## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

ANALOG DEVICES, INC.,    )
                          )
            Plaintiff,    )
                          )    Civil Action No. _____
    vs.                   )
                          )    **JURY TRIAL DEMANDED**
LINEAR TECHNOLOGY CORP.,  )
                          )
            Defendant.    )
_____)

## COMPLAINT

This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq.*, for infringement of three different United States Patents, owned by plaintiff Analog Devices, Inc. ("Analog"). Analog also seeks a declaratory judgment that eight different patents purportedly owned by defendant Linear Technology Corp. ("LTC") are invalid and are not infringed by Analog.

## THE PARTIES

1.    Analog is a Delaware corporation with a principal place of business at Three Technology Way, Norwood, Massachusetts 02062.

2.    LTC is a Delaware corporation with a principal place of business at 1630 McCarthy Blvd., Milpitas, California 95035.

## JURISDICTION AND VENUE

3.    This action arises under the patent laws of the United States, title 35 of the United States Code. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338(a), and 2201.

4.    Venue is proper in this district under 28 U.S.C. §§ 1391(a) and 1400(b). LTC is incorporated, transacts business, and committed acts of infringement in this district, and this

action, in part, arises from LTC's actions in and connection to this district. In addition, Analog also is incorporated in and transacts business in this district, and this action, in part, arises from Analog's actions in and connection to this district.

## FACTS

5.     Analog is the owner by assignment of U.S. Patent No. 4,929,909 (the "'909 patent") entitled "Differential Amplifier With Gain Compensation," which duly issued on May 29, 1990, a true copy of which is attached hereto as Exhibit A.

6.     Analog is the owner by assignment of U.S. Patent No. 6,118,326 (the "'326 patent") entitled "Two Phase Bootstrapped CMOS Switch Drive Technique and Circuit," which duly issued on September 12, 2000, a true copy of which is attached hereto as Exhibit B.

7.     Analog is the owner by assignment of U.S. Patent No. 6,262,633 (the "'633 patent") entitled "High Output Current Operational Amplifier Output Storage," which duly issued on July 17, 2001, a true copy of which is attached hereto as Exhibit C.

8.     LTC is infringing and has infringed and contributed to and induced infringement of the '909, '326, and '633 patents, including without limitation by making, selling, and using its following products that are representative of families of LTC products:

| | | |
|---|---|---|
| LT1794 | LT2220 | LT2220-1 |
| LT2221 | LT2222 | LT2223 |
| LT2224 | LT2225 | LT2226 |
| LT2227 | LT2228 | LT2229 |
| LT2230 | LT2231 | LT2232 |
| LT2233 | LT2234 | LT2245 |
| LT2246 | LT2247 | LT2248 |
| LT2249 | LT2252 | LT2253 |
| LT2254 | LT2255 | LT5534 |

Analog reserves the right to include other LTC parts and family members as infringing the '909 patent, the '326 patent, and/or the '633 patent as is warranted by discovery or further investigation.

9.      Analog is and has been in the business of, *inter alia*, manufacturing, using, and selling high performance signal processing solutions.

10.     Upon information and belief, LTC is the purported owner of all right, title, and interest to U.S. Patent No. 5,481,178 (the "'178 patent") entitled "Control Circuit And Method For Maintaining High Efficiency Over Broad Current Ranges In A Switching Regulator Circuit," which duly issued on January 2, 1996, a true copy of which is attached hereto as Exhibit D.

11.     Upon information and belief, LTC is the purported owner of all right, title, and interest to U.S. Patent No. 5,731,694 (the "'694 patent") entitled "Control Circuit And Method For Maintaining High Efficiency Over Broad Current Ranges In A Switching Regulator Circuit," which duly issued on March 24, 1998, a true copy of which is attached hereto as Exhibit E.

12.     Upon information and belief, LTC is the purported owner of all right, title, and interest to U.S. Patent No. 5,994,885 (the "'885 patent") entitled "Control Circuit And Method For Maintaining High Efficiency Over Broad Current Ranges In A Switching Regulator Circuit," which duly issued on November 30, 2999, a true copy of which is attached hereto as Exhibit F.

13.     Upon information and belief, LTC is the purported owner of all right, title, and interest to U.S. Patent No. 6,304,066 (the "'066 patent") entitled "Control Circuit And Method For Maintaining High Efficiency Over Broad Current Ranges In A Switching Regular [sic] Circuit," which duly issued on  October 16, 2001, a true copy of which is attached hereto as Exhibit G.

- 3 -

14.     Upon information and belief, LTC is the purported owner of all right, title, and interest to U.S. Patent No. 6,580,285 (the "'285 patent") entitled "Output Buffer Circuit With Switching Speed Control Circuit," which duly issued on June 17, 2003, a true copy of which is attached hereto as Exhibit H.

15.     Upon information and belief, LTC is the purported owner of all right, title, and interest to U.S. Patent No. 6,100,678 (the "'678 patent") entitled "Single Package Pin Providing Soft-Start And Short-Circuit Timer Functions In A Voltage Regulator Controller," which duly issued on August 8, 2000, a true copy of which is attached hereto as Exhibit I.

16.     Upon information and belief, LTC is the purported owner of all right, title, and interest to U.S. Patent No.6,144,194 (the "'194 patent") entitled "Polyphase Synchronous Switching Voltage Regulators," which duly issued on November 7, 2000, a true copy of which is attached hereto as Exhibit J.

17.     Upon information and belief, LTC is the purported owner of all right, title, and interest to U.S. Patent No. 6,208,279 (the "'279 patent") entitled "Single-Cycle Oversampling Analog-To-Digital Converter," which duly issued on March 7, 2001, a true copy of which is attached hereto as Exhibit K.

18.     LTC has accused Analog of infringement of the '178, '694, '885, '066, '285, '678, '194, and '279 patents through present and past manufacture, use, and sale of the following products:  ADP 1148, ADP 3806, ADP 1147, ADP 1148, ADP 3154, ADP 3155, ADP 3156, ADP 3157, ADP 3160/7, ADP 3161, ADP 3162, ADP 3163, ADP 3164, ADP 3166, ADP 3168, ADP 3180, ADP 7730/30L, ADP 7731, ADP 7732, ADP 7734, and ADP 7738.  As a result, Analog has a reasonable expectation that LTC will initiate suit because Analog has made, used, or sold and will continue to make, use, or sell the aforementioned products.

- 4 -

19.    LTC's actions give rise to a case of actual controversy within the jurisdiction of the Court, pursuant to 28 U.S.C. §§ 2201 and 2202.

## COUNT I - THE '909 PATENT

20.    Analog repeats each allegation of paragraphs 1 – 19 as if set forth here in full.

21.    LTC is infringing and has infringed and contributed to and induced infringement of the '909 patent. A true and correct copy of the '909 Patent is attached hereto as Exhibit A.

22.    LTC's infringement has been and continues to be willful and deliberate.

23.    As a result of LTC's infringement, Analog has suffered and will continue to suffer substantial damages, and has caused and will continue to cause Analog to suffer irreparable harm for which there is no adequate remedy at law.

## COUNT II – THE '326 PATENT

24.    Analog repeats each allegation of paragraphs 1 – 19 as if set forth here in full.

25.    LTC is infringing and has infringed and contributed to and induced infringement of the '326 patent. A true and correct copy of the '326 Patent is attached hereto as Exhibit B.

26.    LTC's infringement has been and continues to be willful and deliberate.

27.    As a result of LTC's infringement, Analog has suffered and will continue to suffer substantial damages, and has caused and will continue to cause Analog to suffer irreparable harm for which there is no adequate remedy at law.

## COUNT III – THE '633 PATENT

28.    Analog repeats each allegation of paragraphs 1 – 19 as if set forth here in full.

29.    LTC is infringing and has infringed and contributed to and induced infringement of the '633 patent.  A true and correct copy of the '633 Patent is attached hereto as Exhibit C.

30.    LTC's infringement has been and continues to be willful and deliberate.

31.    As a result of LTC's infringement, Analog has suffered and will continue to suffer substantial damages, and has caused and will continue to cause Analog to suffer irreparable harm for which there is no adequate remedy at law.

### COUNT IV – THE '178 PATENT

32.    Analog repeats each allegation of paragraphs 1 – 19 as if set forth here in full.

33.    No past or present product made, used, or sold by Analog infringes the '178 patent.  A true and correct copy of the '178 Patent is attached hereto as Exhibit D.

34.    The '178 patent is invalid under sections 102, 103, and 112 of Title 35 of the United States Code.

35.    To resolve the legal and factual questions raised by LTC and to afford relief from uncertainty and controversy which LTC's accusations have precipitated, Analog is entitled to a declaratory judgment that it does not infringe the '178 patent and that the '178 patent is invalid.

### COUNT V – THE '694 PATENT

36.    Analog repeats each allegation of paragraphs 1 – 19 as if set forth here in full.

37.    No past or present product made, used, or sold by Analog infringes the '694 patent.  A true and correct copy of the '694 Patent is attached hereto as Exhibit E.

38.    The '694 patent is invalid under sections 102, 103, and 112 of title 35 of the United States Code.

- 6 -

39.    To resolve the legal and factual questions raised by LTC and to afford relief from uncertainty and controversy which LTC's accusations have precipitated, Analog is entitled to a declaratory judgment that it does not infringe the '694 patent and that the '694 patent is invalid.

### COUNT VI – THE '885 PATENT

40.    Analog repeats each allegation of paragraphs 1 – 19 as if set forth here in full.

41.    No past or present product made, used, or sold by Analog infringes the '885 patent. A true and correct copy of the '885 Patent is attached hereto as Exhibit F.

42.    The '885 patent is invalid under sections 102, 103, and 112 of title 35 of the United States Code.

43.    To resolve the legal and factual questions raised by LTC and to afford relief from uncertainty and controversy which LTC's accusations have precipitated, Analog is entitled to a declaratory judgment that it does not infringe the '885 patent and that the '885 patent is invalid.

### COUNT VII – THE '066 PATENT

44.    Analog repeats each allegation of paragraphs 1 – 19 as if set forth here in full.

45.    No past or present product made, used, or sold by Analog infringes the '066 patent. A true and correct copy of the '066 Patent is attached hereto as Exhibit G.

46.    The '066 patent is invalid under sections 102, 103, and 112 of title 35 of the United States Code.

47.    To resolve the legal and factual questions raised by LTC and to afford relief from uncertainty and controversy which LTC's accusations have precipitated, Analog is entitled to a declaratory judgment that it does not infringe the '066 patent and that the '066 patent is invalid.

### COUNT VII – THE '285 PATENT

48.    Analog repeats each allegation of paragraphs 1 – 19 as if set forth here in full.

- 7 -

49.    No past or present product made, used, or sold by Analog infringes the '285 patent. A true and correct copy of the '285 Patent is attached hereto as Exhibit H.

50.    The '285 patent is invalid under sections 102, 103, and 112 of title 35 of the United States Code.

51.    To resolve the legal and factual questions raised by LTC and to afford relief from uncertainty and controversy which LTC's accusations have precipitated, Analog is entitled to a declaratory judgment that it does not infringe the '285 patent and that the '285 patent is invalid.

## COUNT IX – THE '678 PATENT

52.    Analog repeats each allegation of paragraphs 1 – 19 as if set forth here in full.

53.    No past or present product made, used, or sold by Analog infringes the '678 patent. A true and correct copy of the '678 Patent is attached hereto as Exhibit I.

54.    The '678 patent is invalid under sections 102, 103, and 112 of title 35 of the United States Code.

55.    To resolve the legal and factual questions raised by LTC and to afford relief from uncertainty and controversy which LTC's accusations have precipitated, Analog is entitled to a declaratory judgment that it does not infringe the '678 patent and that the '678 patent is invalid.

## COUNT X – THE '194 PATENT

56.    Analog repeats each allegation of paragraphs 1 – 19 as if set forth here in full.

57.    No past or present product made, used, or sold by Analog infringes the '194 patent. A true and correct copy of the '194 Patent is attached hereto as Exhibit J.

58.    The '194 patent is invalid under sections 102, 103, and 112 of title 35 of the United States Code.

- 8 -

59.    To resolve the legal and factual questions raised by LTC and to afford relief from uncertainty and controversy which LTC's accusations have precipitated, Analog is entitled to a declaratory judgment that it does not infringe the '194 patent and that the '194 patent is invalid.

### COUNT XI – THE '279 PATENT

60.    Analog repeats each allegation of paragraphs 1 – 19 as if set forth here in full.

61.    No past or present product made, used, or sold by Analog infringes the '279 patent. A true and correct copy of the '279 Patent is attached hereto as Exhibit K.

62.    The '279 patent is invalid under sections 102, 103, and 112 of title 35 of the United States Code.

63.    To resolve the legal and factual questions raised by LTC and to afford relief from uncertainty and controversy which LTC's accusations have precipitated, Analog is entitled to a declaratory judgment that it does not infringe the '279 patent and that the '279 patent is invalid.

**WHEREFORE**, Analog requests that the Court:

1.    Adjudge that Analog is the owner of the '909, '326, and '633 patents and all rights of recovery under each of them, and that each of these patents are good and valid in law and enforceable;

2.    Adjudge that LTC is infringing, has infringed, and has contributed to and induced infringement of the '909, '326, and '633 patents, and that such infringement has been willful and deliberate;

3.    Adjudge that Analog does not and has not infringed the '178, '694, '885, '066, '285, '678, '194, and '279 patents;

4.    Adjudge that the '178, '694, '885, '066, '285, '678, '194, and '279 patents are invalid;

- 9 -

5.     Preliminarily and permanently enjoin LTC, its affiliates, subsidiaries, officers, directors, employees, agents, licensees, successors, and assigns, and all persons in concert with them, from further infringement of the '909, '326, and '633 patents;

6.     Award Analog compensatory damages with interest;

7.     Award treble damages to Analog for LTC's willful infringement;

8.     Award Analog its costs and reasonable attorneys' fees under 35 U.S.C. § 285; and

9.     Award Analog such other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.


_Frederick L. Cottrell, III (#2555)_

Of Counsel:

Wayne L. Stoner
Benjamin M. Stern
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Dated:  May 25, 2006

Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Matthew W. King (#4566)
King@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Tel:  (302) 651-7700
Fax:  (302) 651-7701

*Attorneys for Plaintiff Analog Devices, Inc.*

- 10 -

# EXHIBIT A

# United States Patent [19]

## Gilbert

[11] Patent Number: 4,929,909

[45] Date of Patent: May 29, 1990

[54] **DIFFERENTIAL AMPLIFIER WITH GAIN COMPENSATION**

[75] Inventor: Barrie Gilbert, Beaverton, Oreg.

[73] Assignee: Analog Devices, Inc., Norwood, Mass.

[21] Appl. No.: 328,946

[22] Filed: Mar. 27, 1989

[51] Int. Cl.$^5$ .................................................. H03F 3/45
[52] U.S. Cl. .................................... 330/256; 330/261
[58] Field of Search ........................ 330/256, 261, 289

[56]                   **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,238,738 | 12/1980 | Komori | 330/256 |
| 4,274,061 | 6/1981 | Kraemer | 330/289 X |
| 4,323,854 | 4/1982 | Hester | 330/256 |
| 4,604,586 | 8/1986 | Rinderle | 330/256 X |

| | | | |
|---|---|---|---|
| 4,724,337 | 2/1988 | Maeda et al. | 330/256 X |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 64126 | 11/1982 | European Pat. Off. | 330/261 |
| 2067374 | 7/1981 | United Kingdom | 330/261 |

*Primary Examiner*—James B. Mullins
*Attorney, Agent, or Firm*—Wolf, Greenfield & Sacks

[57]                   **ABSTRACT**

A differential amplifier including circuit means for generating a tail current which is not only porportional to absolute temperature, but also is adjusted to compensate for the non-ideal transistor geometries and properties, including finite beta and non-zero, temperature-dependent intrinsic resistances, so as to result in an amplification ratio which is substantially independent of all component variations.

**10 Claims, 2 Drawing Sheets**





FIG. I PRIOR ART



FIG. 2



FIG. 3

4,929,909

## 1

### DIFFERENTIAL AMPLIFIER WITH GAIN COMPENSATION

#### FIELD OF THE INVENTION

This invention relates to differential amplifier circuits, and, more particularly, gain-compensated differential amplifier circuits.

#### BACKGROUND OF THE INVENTION

The differential amplifier is a very common circuit configuration used to amplify the difference voltage between two input signals. In the ideal case, the output is entirely independent of the individual signal voltages and is dependent only on their difference. Differential amplifiers are widely used in applications where weak signals are to be amplified, particularly weak signals which may be contaminated by common-mode noise. They are universally used in operational amplifiers and are very important in DC amplifier design. Referring to FIG. 1, a schematic circuit diagram is shown for a classic bipolar transistor differential amplifier 10, or "long-tail pair", having a single-ended output.

The differential gain, G, of a differential amplifier and its temperature stability, dG/dT, are typically parameters of great significance in its design and use. The differential mode gain G for the circuit of FIG. 1, taking into account finite current gain (beta) and finite emitter and base resistances for transistors 12 and 14 (which are assumed to be matched), is given by the equation

$$G = R_c/2(r + r_e),$$

where $R_c$ is the resistance of the collector load resistor 13; $r_e$ is the intrinsic "electronic" emitter resistance, $kT/qI$, of each of the transistors 14 and 12, where k is Boltzmann's constant, T is the absolute temperature, q is electronic charge, and I is half of the tail current in the lead 18; and r is the total ohmic emitter resistance, $r = r_{ee'} + r_{bb'}/(beta)$, $r_{ee'}$ being the emitter resistance, $r_{bb'}$ being the base resistance and (beta) being the current gain of each transistor.

Many temperature-dependent factors appear in the foregoing equation. The intrinsic emitter resistance obviously is a function of temperature and perfect stabilization of that quantity requires that the tail current be proportional to absolute temperature (PTAT). The base resistance is very temperature-dependent. The ohmic emitter resistance is also temperature-dependent to a lesser degree. Further, these resistance values are very geometry sensitive and can, with $R_c$ and beta, vary from wafer to wafer (and lot to lot) in the fabrication process.

Accordingly, it is an object of the present invention to provide a differential amplifier with improved temperature stability of gain.

Yet another object of the invention is to provide a differential amplifier in which temperature stabilization and gain uncertainty is minimized from lot to lot in the fabrication process.

#### SUMMARY OF THE INVENTION

The foregoing and other objects of the invention are achieved in a differential amplifier including tail current generator means for providing a tail current which is PTAT and which includes a component of current which compensates for the ohmic resistances of the transistors and finite beta. This latter component of current is a function of the transistor geometries and

## 2

therefore compensates automatically for lot-to-lot variations. The tail current generator means includes a current source biased by a $\Delta V_{BE}$ cell which employs device geometries related to those of the transistors in the long-tail pair.

The invention will be more fully understood from the following detailed description, which should be read in conjunction with the accompanying drawing, in which like numerals are used to identify like elements.

#### BRIEF DESCRIPTION OF THE DRAWING

In the drawing:

FIG. 1 is a schematic circuit diagram of a basic differential amplifier circuit according to the prior art;

FIG. 2 is a simplified schematic circuit diagram of a tail current generator according to the present invention, for use with a differential amplifier to achieve temperature-stable gain; and

FIG. 3 is a detailed schematic circuit diagram of a gain-compensated differential amplifier according to the present invention.

#### DETAILED DESCRIPTION

In the circuit of FIG. 1, the ideal small signal differential voltage gain (assuming infinite beta transistors and negligible base and emitter resistances) is $R_c/2r_e$. Thus, the actual gain differs from the ideal gain by the factor $1/(1 + r/r_e)$. Using typical values such as $r = 2.5$ ohms and $r_e = 26$ ohms, the small signal gain error, due to the assumption that $r << r_e$, is about 10 percent. Since $r_e$ is a function of the tail current, an expression can be derived for setting the tail current to a value which will restore the gain to the idealized value. This expression is

$$2I = 2GV_t/R_c(1 - 2Gr/R_c) \tag{18}$$

where G is the desired gain and $V_T$ is the thermal voltage, $kT/q$. If r were known, it would be a simple matter to raise the tail current by the appropriate factor. However, this ohmic resistance is not easy to measure and, in any event, it varies significantly from one production lot to the next. A design is needed, therefore, which is self-compensating.

A first consideration in the design of a gain-stable, temperature-compensated long-tail pair is the requirement that the tail current be PTAT in order to make the intrinsic emitter resistance constant. For this purpose, the $\Delta V_{BE}$ cell 20 of FIG. 2 is used to bais a current source 22 for generating the tail current, 2I. The use of a $\Delta V_{BE}$ cell as means to generate a tail current which is PTAT is well documented in the literature, as prior art. The current source comprises a common-emitter NPN transistor 24 having an emitter resistor 26, of resistance $R_e$, connected to the negative supply (or ground, if a single-sided supply is used). The $\Delta V_{BE}$ cell 20 is formed by a pair of transistors 28 and 32, a first emitter resistor 34 and a second emitter resistor 36. Transistor 32 has a unit-area emitter, transistor 28 has an emitter area of A units, and transistor 24 has an emitter area of M units. Transistors 28 and 32 are driven to equal current densities by a high-gain feedback circuit 38, which forces an appropriate base voltage. Under the assumption that the differential amplifier is an ideal amplifier, half of the tail current is given by the formula

4,929,909

3

$$I = \frac{V_T}{R_g} \ln (A)$$

If the ohmic emitter resistances are included, though, and the assumption is made that the smaller transistor, transistor 32, has an emitter resistance r and the larger device, transistor 28, emitter resistance r/A, then the equation for I becomes

$$I = \frac{[V_T \ln (A)]/R_g}{1 - (r/R_g)(1 - 1/A)} \qquad (40)$$

The denominator of equation 40 will readily be seen to have the same form as that of equation 18; it will further be seen that algebraic manipulation yields the equation

$$\frac{2Gr}{R_c} = \frac{r(1 - 1/A)}{\cdot \; R_g} \qquad (41)$$

The area ratio A may be chosen to suit the $V_{BE}$ requirements, but is usually much greater than unity, so the term $(1 - 1/A)$ is not very dependent on A. Since r appears on both sides of the equation, it may be eliminated. Rearranging shows that the primary control is in the ratio $R_g/R_c$:

$$\frac{R_g}{R_c} = \frac{(1 - 1/A)}{2G} \qquad (42)$$

Thus in theory, once G, A, and $R_c$ are chosen, $R_g$ can be selected to achieve compensation.

Most of the long-tail pair transistors' internal resistance arises in $R_{bb'}$, in the bases; $R_{ee'}$ is usually much less significant. $R_{bb'}$ is not only troublesome because of its effect on the gain of the long-tail pair (since it appears as $R_{bb'}/$beta in the emitter circuit, and is often comparable to the electronic $r_e$), but also because it introduces noise. $R_{bb'}$ also has an impact on the bandwidth; the higher $R_{bb'}$, the lower the amplifier bandwidth. Minimization of $R_{bb'}$ is thus desirable. To minimize $R_{bb'}$, the transistor geometry should have narrow emitter stripes and base contacts spaced as closely as possible to the emitter edge. A nominal value of $R_{bb'}$ for such a transistor, for example, may be about 57 ohms. However, $R_{bb'}$ may well be subject to a large tolerance. For example, a design nominally intended to yield 57 ohms could produce an $R_{bb'}$ equal to 80 ohms. If the long-tail pair is designed to have a nominal 10 dB gain and the transistors have a minimum of 65, then even with negligible $R_{ee'}$, the actual gain may be as low as 9.54 dB, which is a considerable deviation from the designed gain. Trimming could restore this gain to the desired value, but only at a specific temperature as $R_{bb'}$ is very temperature-dependent. Hence it is desirable to compensate for the base-defect error in a more exact way, which tracks with temperature.

Use of the $\Delta V_{BE}$ cell makes this possible. The operation of a $\Delta V_{BE}$ cell as means to generate a tail current which is PTAT is well documented in the literature, as prior art. However, this invention shows how, with proper design, this $\Delta V_{BE}$ cell can be used to bias the current source (i.e., transistor 24 and emitter resistor 26) to a point which adds to the tail current a component keyed to and tracking the ohmic resistances associated with the device geometries.

4

In the discussion of FIG. 2 above, a somewhat simplified analysis was used, assuming, among other things, that series emitter resistors were not used in the long-tail pair and that only intrinsic emitter resistances need be considered. The present invention has greatest utility when series emitter resistors in the long-tail pair are small (relative to the electronic emitter resistances of the transistors) or are not used, of course, but use of such resistors is not uncommon. The analysis also failed to consider a number of other sources of error. A more rigorous, more generalized circuit model is shown in FIG. 3, which depicts a complete resistance-corrected, gain-compensated differential amplifier according to the invention, with all emitter-related ohmic resistances shown explicitly.

Transistor 32 is assumed to have a unit area emitter geometry, with intrinsic emitter resistance r and series emitter resistor 52 (of resistance $NR_T$. The other $\Delta V_{BE}$ cell transistor 28 has emitter area of A units, intrinsic emitter resistance r/A, series resistors 54 (of resistance $NR_T/A$) and 34 (of resistance $R_g$). Transistors 28 and 32 operate at the same current density, although different collector currents. The long-tail pair transistors 12 and 14 have N-unit emitter areas, intrinsic emitter resistance r/N and, for generality, series emitter resistors 56 and 58 of resistance $R_T$. The current-source transistor 24 has emitter area of M units, intrinsic emitter resistance r/M and a series emitter resistor 26 of resistance $R_e/M$. The quiescent collector current for each of the differential amplifier transistors 12 and 14 is intended to be a constant value, I, over some temperature range of interest. As will be seen, this is provided by establishing an appropriate bias voltage on bias line 60 to the base of transistor 24.

The transconductance of the long-tail pair, and thus its gain, actually is a function of the collector current, not the tail current. Thus, to set the collector current to the desired value, an increase must be made to the tail current to compensate for finite B. Consequently, the tail current $I_{tail}$ (i.e., $I_{tail} = 2I$, as shown in FIG. 1 and FIG. 2), which is also the collector current of transistor 24, must be 2I(1+1/beta). Further, there is a difference between the emitter current $I_{E24}$ of current source transistor 24 and the tail current $I_{tail}$ of the long-tail pair. Each of these B-compensation factors amounts to about 1% gain error, with an associated temperature drift of typically 100 ppm/° C. To correctly compensate for this total error, the voltage applied to bias line 60 has to produce across the series combination of emitter resistor 26 and intrinsic emitter resistance r/M a voltage adequate to cause the emitter current in transistor 24, $I_{E24}$, to be (1+1/beta) times the tail current, or to a first order approximation (1+2/beta) times the total collector current, 2I. Additionally, the long-tail pair may (and normally would be) driven by an emitter follower on each input (not shown). The differential output resistance of the emitter followers typically introduces another "one-alpha" error for which similar compensation may be provided; in such a situation, the emitter current $I_{E24}$ should be 2I(1+3/beta), since second-order terms can be ignored.

A high-gain feedback circuit 38 between the collectors of transistors 28, 32 and the base of transistor 24 drives transistor 32 via a resistance SRe, where S is a factor chosen to eliminate the beta-dependence in the system.

The operation of the $\Delta V_{BE}$ cell 20 is well documented in the literature. It provides on line 60 a drive

4,929,909

5

voltage $V_{bias}$ which produces PTAT. Assuming the various transistors have reasonably matched current gains, the tail current is thus both PTAT and adjusted (i.e., set to an appropriate level) to account for the characteristics (particularly beta) of the transistors in the differential amplifier and the intrinsic emitter resistance of the current source.

Having thus described the inventive concept and an embodiment of the invention, various modifications, alterations and improvements will readily occur to those skilled in the art. Such modifications, alterations and improvements are intended to be suggested though not expressly discussed, as the foregoing detailed description is offered by way of example only and is not intended to be limiting. The invention is limited only by the following claims and equivalents thereto.

What is claimed is:

1. A gain-compensated differential amplifier circuit comprising:
    (a) a transistor differential amplifier, with reasonably matched current gains, operating at a tail current $I_{tail}$;
    (b) a transistor current source responsive to a control voltage for generating said tail current as a function of the control voltage;
    (c) control voltage generating means for generating, as the control voltage, a voltage which varies proportionately to absolute temperature; and
    (d) the control voltage generating means including means for functionally relating the control voltage to the intrinsic emitter resistance of the current source.

2. The amplifier of claim 1 wherein the control voltage generating means is adapted to generate, as the control voltage, a voltage which generates a tail current having a component that is functionally related to and tracks the ohmic resistances associated with the geometries and current gain characteristics of the differential amplifier transistors and the transistor current source.

3. The amplifier of either claim 1 or claim 2 wherein the current source comprises a common-emitter transistor whose collector is connected to receive the emitter currents of the transistors of the differential amplifier and the control voltage generating means includes a $\Delta V_{BE}$ cell for supplying to the base of the common-emitter transistor a control voltage which produces in the collector of the common-emitter transistor a current which is a function of the current gain of the differential amplifier transistors.

4. The amplifier of claim 3 wherein the control voltage produces in the emitter of the common-emitter transistor a current $2I(1+2/\text{beta})$ and a tail current of $2I(1+1/\text{beta})$, where beta is the current gain of the differential amplifier transistors, over a selected temperature range.

6

5. The amplifier of claim 3 wherein the current source further includes an emitter resistor connected between the emitter of the common-emitter transistor and a voltage reference, and wherein the differential amplifier transistors have finite intrinsic emitter resistance and the control voltage is a function of the emitter resistance, the finite intrinsic emitter resistance of the common-emitter transistor and the current gains of the differential amplifier transistors.

6. A gain-compensated differential amplifier circuit comprising:
    (a) a transistor differential amplifier, with reasonably matched current gains, operating at a tail current $I_{tail}$;
    (b) a current source responsive to a control voltage for generating said tail current as a function of the control voltage;
    (c) control voltage generating means for generating, as the control voltage, a voltage which varies proportionately to absolute temperature, and which is provided by a $\Delta V_{BE}$ cell; and
    (d) the $\Delta V_{BE}$ cell including means for functionally relating the control voltage to the intrinsic emitter resistance of the current source

7. The amplifer of claim 6 wherein the control voltage generating means is adapted to generate, as the control voltage, a voltage which generates a tail current having a component that is functionally related to and tracks the resistances associated with the transistor geometries and current gain characteristics of the transistors of the differential amplifier and the current source.

8. The amplifier of either claim 6 or claim 7 wherein the current source comprises a common-emitter transistor whose collector is connected to receive the emitter currents of the transistors of the differential amplifier and the $\Delta V_{BE}$ cell supplies to the base of the common-emitter transistor a control voltage which produces in the collector of the common-emitter transistor a current which is a function of the current gain of the differential amplifier transistors.

9. The amplifier of claim 8 wherein the control voltage produces in the emitter of the common-emitter transistor a current $2I(1+2/\text{beta})$ and a tail current of $2I(1+1/\text{beta})$, where beta is the current gain of the differential amplifier transistors, over a selected temperature range.

10. The amplifier of claim 8 wherein the current source further includes an emitter resistor connected between the emitter of the common-emitter transistor and a voltage reference, and wherein the differential amplifier transistors have finite intrinsic emitter resistance and the control voltage is a function of the emitter resistance, the finite intrinsic emitter resistance of the common-emitter transistor and the current gains of the differential amplifier transistors.

* * * * *

# EXHIBIT B

US006118326A

# United States Patent [19]

## Singer et al.

| [11] | Patent Number: | **6,118,326** |
|---|---|---|
| [45] | Date of Patent: | **Sep. 12, 2000** |

[54] **TWO-PHASE BOOTSTRAPPED CMOS SWITCH DRIVE TECHNIQUE AND CIRCUIT**

[75] Inventors: **Lawrence Singer**, Bedford, Mass ; **Todd L. Brooks**, Irvine, Calif

[73] Assignee: **Analog Devices, Inc.**, Norwood, Mass

[21] Appl No : **08/965,266**

[22] Filed: **Nov. 6, 1997**

[51] Int. Cl.⁷ .................. **H03K 17/16**
[52] U.S. Cl. ................. **327/390**
[58] Field of Search ....... 326/88, 92; 327/390, 327/536

[56] **References Cited**

### U S PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,527,047 | 7/1985 | Donaldson et al | 307/246 |
| 4,734,599 | 3/1988 | Bohac, Jr | 307/497 |
| 5,065,049 | 11/1991 | Jang | 307/443 |
| 5,084,634 | 1/1992 | Gorecki | 307/352 |
| 5,170,075 | 12/1992 | deWit | 307/353 |
| 5,172,019 | 12/1992 | Naylor et al | 307/578 |
| 5,179,296 | 1/1993 | Ito | 307/296.2 |
| 5,216,290 | 6/1993 | Childers | 307/296.1 |
| 5,241,502 | 8/1993 | Lee et al | 365/203 |
| 5,500,612 | 3/1996 | Sauer | 327/91 |
| 5,519,340 | 5/1996 | Rybicki et al | 326/88 |
| 5,581,455 | 12/1996 | Rossi et al | 363/60 |
| 5,594,380 | 1/1997 | Nam | 327/390 |
| 5,621,348 | 4/1997 | Furutani et al | 327/589 |
| 5,640,118 | 6/1997 | Drouot | 327/306 |

| 5,689,208 | 11/1997 | Nadd | 327/390 |
|---|---|---|---|

OTHER PUBLICATIONS

Nonideal Effects in Switched–Capacitor Circuits from Analog MOS Integrated Circuits for Signal Processing, Gregorian et al , 1986, pp 516–517 only.
A 10–bit, 20–MS/s, 35–mW Pipeline A/D Converter, Thomas B. Cho et al., IEEE 1994 Integrated Circuits Conference, pp 499–502

*Primary Examiner*—Jeffrey Zweizig
*Attorney, Agent, or Firm*—Wolf, Greenfield & Sacks, P.C.

[57] **ABSTRACT**

A circuit that produces a gate drive voltage for a MOS transistor switch, that receives an input voltage "on" a source terminal, includes a first input that receives the input voltage, a second input that receives a bias voltage, and a voltage storage element A first switch connects the voltage storage element to sample one of the input voltage and the bias voltage during a first of first and second non-overlapping time intervals A second switch connects the voltage storage element to increase the sampled voltage by another of the input voltage and the bias voltage to the gate drive voltage during the second non-overlapping time interval, while maintaining the gate drive voltage less than a breakdown voltage of the MOS transistor switch A third switch connects the voltage storage element to provide the gate drive voltage to the MOS transistor switch such that a gate-to-source voltage of the MOS transistor switch is maintained approximately constant

**11 Claims, 8 Drawing Sheets**



*FIG. 1*



*FIG. 2*



FIG. 3



FIG. 4

FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9

6,118,326

| 1 | 2 |

**TWO-PHASE BOOTSTRAPPED CMOS
SWITCH DRIVE TECHNIQUE AND CIRCUIT**

FIELD OF THE INVENTION

The present invention relates to a method and circuit for controlling the voltage level of a gate drive signal of a Metal Oxide Semiconductor [MOS] Field Effect Transistor [FET] switch to optimize performance of the MOS FET switch in a discrete time analog circuit.

BACKGROUND OF THE INVENTION

MOS FETs universally are used in analog, discrete time signal processing circuits due to their nearly ideal switching characteristics. Applications include voltage sampling circuits such as discrete-to-continuous time interface circuits and switched-capacitor circuits, such as those used in analog-to-digital converters [ADCs]. In all of these sampling circuits, MOS switches are used to couple signals onto capacitive storage elements. These switches may be turned "on" and "off" by controlling the voltage on their gate electrodes. In order to turn the switches "on", the voltage between the gate and source electrodes (Vgs) must exceed the threshold voltage (Vt) of the transistor.

One common implementation of a MOS switch, a transmission gate, includes a PMOS and NMOS transistor connected in parallel, with complementary gate drive signals that swing from one supply rail to the other. The switch turns "on" when the NMOS gate is high and the PMOS gate is low, and the switch turns "off" when the NMOS gate is low and the PMOS gate is high. This simple operation allows the switch to be operated in as few as two clock phases, without requiring any intervening phases that would reduce the time available for operation of the sampling circuit (i.e., for charging and discharging the capacitive storage elements).

The "on" resistance of the transmission gate increases with decreasing supply voltage (i.e., decreased gate drive voltage). A large switch "on" resistance typically increases the settling time of the sampling circuits: the combination of the MOS switch resistance and the capacitance of the capacitive storage elements results in an RC settling time-constant associated with each capacitor. Furthermore, as is well known, when the transmission gate is turned "on", the resistance of the switch is a nonlinear function of the signal voltage coupled by the switch. With rapidly changing signal voltages, this nonlinear "on" resistance leads to distortion of the signal coupled onto the storage capacitor. Making the "on" resistance of the switch low, and/or making the "on" resistance of the switch constant (i.e., independent of signal voltage), will lead to reduced distortion of the coupled signal.

Modern advancements in MOS processing techniques continue to provide smaller MOS FET device geometries. Smaller device geometries advantageously yield smaller parasitic capacitances; however, as device geometries decrease, a corresponding reduction is required in the supply voltage due to lower breakdown voltages in the devices. For example, as a MOS transistor process size decreases from 0.6 micron to 0.3 micron, the supply voltage rating may typically decrease from 5 volts to 3 volts, respectively.

As the supply voltage is decreased, it becomes more difficult to maintain low "on" resistance in MOS FET switching devices. A smaller gate drive voltage signal swing provides smaller Vgs in the switching devices. This increases the "on" resistance of the switching transistors and thereby increases distortion and settling time. Therefore as the supply voltage is decreased, techniques must be developed to increase the gate drive beyond the supply rail to maintain a low "on" resistance.

One prior art circuit aimed at increasing the gate drive voltage signal swing is called a "clock doubler" circuit, such as that described in a 10-Bit, 20-MS/s, 35-mW Pipeline A/D Converter, by Thomas Cho and Paul Grey, Department of Electrical Engineering and Computer Sciences, University of California, Berkeley, IEEE 1994 Custom Integrated Circuits Conference. This circuit operates to increase the clock signal (i.e., the switch gate drive signal) to approximately twice the supply voltage.

While clock doubler circuits may be made to operate reliably, such circuits may stress the breakdown limits of the switching transistors. In particular, the applicants herein have discovered that clock doubler circuits do not work reliably in smaller geometry processes because the double amplitude gate drive voltages produced by clock doubler circuits will exceed breakdown voltages of the switching transistors.

There also exist a number of prior art circuits aimed at maintaining a relatively low and constant MOS transistor device "on" resistance, each circuit having its own drawbacks or limitations. One such circuit is that described in U.S. Pat. No. 5,084,634 to Gorecki. The Gorecki circuit is directed for use in a continuous-to-discrete time sampling circuit employing a MOS transistor device that receives an input voltage to be sampled. In four clock phases, a bootstrap capacitor is charged and the voltage on one plate thereof is boosted. At the end of the four phases, a boosted version of the input voltage is provided as the gate drive voltage to the MOS transistor device in an attempt to maintain the "on" resistance thereof constant. One significant limitation with Gorecki is that its operation requires four clock phases. Furthermore, the Gorecki circuit will not work reliably with smaller geometry processes because the large amplitude gate drive voltages produced by the circuit will exceed breakdown voltages of the switching transistors.

Another prior art circuit aimed at maintaining constant "on" resistance of a MOS transistor switch is that described in U.S. Pat. No. 5,500,612 to Sauer. Like Gorecki, the Sauer circuit bootstraps the gate drive of the transistor switch to a boosted level of the input voltage. A limitation of the Sauer circuit is that its operation requires three clock phases. An additional limitation is that Sauer employs a transmission gate switch which has a nonlinear parasitic capacitance that will distort the coupled input signal.

A further prior art circuit aimed at maintaining constant "on" resistance of a MOS transistor switch is that described in U.S. Pat. No. 5,170,075 to deWit. Like Gorecki and Sauer, deWit ties the gate voltage of the MOS transistor switch to a boosted level of the input voltage. A drawback of deWit is that deWit does nothing to ensure that the gate drive voltage does not exceed the breakdown voltage of the transistor. In addition, like Sauer, a transmission gate switch is employed, which has a nonlinear parasitic capacitance that will distort the coupled input signal.

It is a general object of the present invention to provide a circuit and method for producing an improved MOS FET switch. The improved MOS FET switch disclosed herein operates on only two clock phases, enabling higher speed operation, provides a nearly constant "on" resistance and parasitic capacitance to reduce distortion, and avoids stressing any devices beyond their breakdown voltages making it suitable for use on smaller geometry processes.

SUMMARY OF THE INVENTION

An embodiment of the invention is directed to a circuit that produces a control voltage for a transistor switch that

6,118,326

3

receives an input voltage on a terminal thereof. The circuit includes a first input that receives the input voltage, a second input that receives a bias voltage, and a voltage storage element A first switch connects the voltage storage element to sample one of the input voltage and the bias voltage during a first of first and second time intervals. A second switch connects the voltage storage element to increase the sampled voltage by the other of the input voltage and the bias voltage to the control voltage during the second time interval, while maintaining the control voltage less than a breakdown voltage of the transistor switch. A third switch connects the voltage storage element to provide the control voltage to the transistor switch.

In one embodiment, the voltage storage element includes a capacitor.

In an embodiment, the transistor switch includes a MOS transistor, the control voltage drives a gate of the MOS transistor and the first and second time intervals are non-overlapping.

In an embodiment, the gate-to-source voltage of the MOS transistor is maintained approximately constant during the second time interval.

In one embodiment, the first switch connects the voltage storage element to sample the input voltage during the first non-overlapping time interval. In this embodiment, the second switch connects the voltage storage element to increase the sampled voltage by the bias voltage during the second non-overlapping time interval.

In another embodiment, the first switch connects the voltage storage element to sample the bias voltage during the first non-overlapping time interval. In this other embodiment, the second switch connects the voltage storage element to increase the sampled voltage by the input voltage during the second non-overlapping time interval. In one version of this embodiment, the second switch includes a MOS transistor, the gate-to-source voltage of which is maintained approximately constant. In a version of this embodiment, the third switch includes a MOS transistor, the gate-to-source voltage of which is maintained approximately constant.

In an embodiment, the circuit further includes a buffering circuit that buffers the input voltage before either being sampled unto the voltage storage element or before increasing the sampled voltage, depending on the embodiment of the invention.

Another embodiment of the invention is directed to a method for producing a control voltage for a transistor switch that receives an input voltage on a terminal thereof. The method comprises the following steps: sampling one of a bias voltage and the input voltage onto a voltage storage element during a first of first and second time intervals; increasing the sampled voltage by another of the bias voltage and the input voltage to the control voltage during the second time interval, while maintaining the control voltage less than a breakdown voltage of the transistor switch; and providing the gate drive voltage to the transistor switch during the second time interval.

In an embodiment, the transistor switch includes a MOS transistor, the control voltage drives a gate of the MOS transistor, the first and second time intervals are non-overlapping, and a gate-to-source voltage of the MOS transistor is maintained approximately constant during the second time interval.

In an embodiment, the step of sampling includes the step of sampling the input voltage onto the voltage storage element during the first non-overlapping time interval. In

4

this embodiment, the step of increasing includes the step of increasing the sampled voltage by the bias voltage during the second non-overlapping time interval.

In another embodiment, the step of sampling includes the step of sampling the bias voltage onto the voltage storage element during the first non-overlapping time interval. In this other embodiment, the step of increasing includes the step of increasing the sampled voltage by the input voltage during the second non-overlapping time interval.

In an embodiment, the method further includes the step of buffering the input voltage before either the step of sampling or the step of increasing, or both.

The features and advantages of the present invention will be more readily understood and apparent from the following detailed description of the invention, which should be read in conjunction with the accompanying drawings and from the claims which are appended to the end of the detailed description.

BRIEF DESCRIPTION OF THE DRAWING

For a better understanding of the present invention, reference is made to the accompanying drawings, which are incorporated herein by reference and in which:

FIG 1 is a general schematic diagram of the circuit of the invention;

FIG 2 is a timing diagram of the switch control signals employed in the circuit of FIG 1;

FIG 3 is a part block, part schematic diagram of a first embodiment of the invention;

FIG 4 is a more detailed schematic diagram of a particular implementation of the embodiment of the invention shown in FIG 3;

FIG 5 is a timing diagram of the switch control signals employed in the circuits of FIGS 4 and 6;

FIG 6 is a schematic diagram of another embodiment of the invention;

FIG 7 is a schematic diagram of a further embodiment of the invention;

FIG 8 is a more detailed schematic diagram of a particular implementation of the embodiment of the invention shown in FIG 7; and

FIG 9 is an even more detailed schematic diagram of a particular implementation of the embodiment of the invention shown in FIG 7.

DETAILED DESCRIPTION

Applicants have discovered that a transmission gate switch has a number of drawbacks that limit its use as a switch in high-performance, high-speed continuous-to-discrete time interface circuits and switched-capacitor circuits, such as those used in analog-to-digital converters (ADCs) Several drawbacks were described above, including the nonlinear "on" resistance of the transmission gate switch and the effect of a decreasing supply voltage on the "on" resistance. An additional drawback discovered by the applicants is described below.

The parasitic capacitance of the transmission gate switch is a nonlinear function of the signal voltage coupled by the switch. As the signal voltage approaches either supply rail, either the NMOS or PMOS device turns "off" (i e , as $V_{gs}$ drops below $V_t$ of the device), and both the resistance and parasitic capacitance of the transmission gate switch change abruptly For example, as the input signal Vin approaches the negative supply rail V−−, the PMOS transistor in the switch

6,118,326

5

will turn "off" when its source-to-gate voltage Vsg drops below the threshold voltage of the PMOS transistor, Vt. When this occurs, the channel beneath the gate is pinched off, and the various device capacitances and charges redistribute themselves For example, when the channel becomes pinched off, the channel charge must flow out of the channel region towards the source/drain regions. Also, the channel-to-bulk capacitance drops to zero, while the gate-to-bulk capacitance increases sharply. Provided that the circuit driving the transmission gate switch (i e , providing the input signal voltage Vin) has a low enough impedance, these changes in the transistor may have a negligible effect on the value of the signal voltage Vin. In most practical applications, however, the impedance of the circuit providing the input signal voltage Vin has a finite value, perhaps 50 ohms or more It is this situation that results in distortion of the input signal Vin

As one of the transistors begins to turn "off", current flows out of the source/drain regions as the channel charge is drained Some of this current flows in the impedance of the circuit providing the signal voltage Vin, resulting in the voltage changing momentarily from its nominal value At the same time, as the channel-to-bulk capacitance drops to zero, the total capacitance on the source and drain nodes of the transistor drops as well

There are time constants resulting from the interaction of the impedance of the circuit providing the input signal voltage Vin, the "on" resistance of the switch, the parasitic capacitances of the switch, and any capacitive elements coupled to the switch As the parasitic capacitances change abruptly (i e , as one of the transistors turns "off"), the time constants will change abruptly as well. This causes distortion of the time-varying input signal voltage Vin This distortion increases with increasing frequency of the input signal voltage Vin, and limits the performance of the switch with high-frequency input signals

It should be appreciated that any transistor coupled to the input signal that turns "off" or "on" as a function of the input signal voltage Vin (e.g., the transistors in the transmission gate switch described above), will cause distortion of the input signal through interactions with the finite impedance of the circuit providing the input signal voltage Vin. The prior art circuits of Sauer and deWit both use transmission gate switches coupled to the input signal Therefore, both these circuits suffer from the distortion mechanism described above.

The present invention relates to a circuit that produces a gate drive voltage for a MOS transistor switch. Three embodiments of the invention are disclosed herein One embodiment is directed to a circuit that boosts the supply voltage to produce the gate drive voltage, while still insuring device stress protection by maintaining a high voltage level of the gate drive voltage below a breakdown voltage of the device. The other two embodiments relate to bootstrapping the gate drive voltage to a boosted level of the input voltage to the MOS transistor device to maintain a relatively constant "on" resistance of the device These embodiments also insure device stress protection and limit nonlinear parasitic capacitances, which may introduce distortion.

A general schematic diagram of the invention is shown in FIG. 1, to which all embodiments of the invention relate. Alternative embodiments are shown in FIGS. 3, 4, 6 and 7. Same reference characters for like elements are used throughout The circuit shown in FIG 1 produces a gate drive voltage "on" node N3 for MOS transistor device M1 in two non-overlapping time intervals (clock phases), Inter-

6

val 1 and Interval 2 (shown in FIG. 2) The gate drive voltage is provided to turn transistor M1 "off" during a first time interval (interval 1 as shown in FIG 2), and to turn transistor M1 "on" during a second time interval (interval 2 as shown in FIG 2) The circuit of the invention includes capacitor $C_{BOOT}$ as well as five switches labeled S1, S2, S3, S4 and S5

Transistor M1 receives an input voltage Vin (i e , on its source terminal) and provides an output voltage Vout (i e , on its drain terminal), when "on" Transistor M1 may be an N-channel transistor or a P-channel transistor Transistor M1 may form part of a discrete time analog sampling circuit, such as a switched-capacitor circuit, which samples input voltage Vin Transistor M1 has an associated breakdown voltage Vbreakdown, a turn-on threshold voltage Vt, an "on" resistance Ron, and a parasitic capacitance, Cp.

In one embodiment of the invention, the gate drive voltage provided to node N3 to turn-on transistor M1 exceeds a supply voltage provided to the circuit yet is maintained below the breakdown voltage Vbreakdown of transistor M1 to insure that transistor M1 does not become stressed. In other embodiments of the invention, the gate drive voltage provided to node N3 to turn "on" transistor M1 is equal to the value of input voltage Vin plus a fixed voltage, such as the supply voltage or a bias voltage This gate drive voltage results in a substantially constant gate-to-source voltage (Vgs) of transistor M1, equal to the fixed voltage and substantially independent of the input voltage Vin This constant Vgs results in a substantially constant "on" resistance Ron of transistor M1. Additionally, Vgs can be maintained below the gate-to-source breakdown voltage of transistor M1 by appropriate choice of the fixed voltage, thus providing stress protection of the transistor M1

As shown in FIG. 1, each of switches S1–S5 is controlled (to open and close) by one of two switch control signals Φ1 and Φ2, labeled next to the switch it controls A timing diagram for the switch control signals Φ1 and Φ2 is shown in FIG 2. Each is shown on the same time axis. The placement of one above the other on the same time axis is done for illustrative purposes only and does not indicate that one attains a higher voltage level than the other

As shown in FIG. 2, signal Φ2 starts off high and goes low at time t1, with signal Φ1 starting low. At time t2, with signal Φ2 being low, signal Φ1 goes high Then at time t3, while signal Φ2 remains low, signal Φ1 goes low This entire time period t2–t3 during which signal Φ1 is high is referred to herein as Interval 1 With signal Φ1 low, at time t4, signal Φ2 goes high With signal Φ1 still remaining low, signal Φ2 goes low, at time t5 This time period t4–t5 during which signal Φ2 is high is referred to herein as Interval 2. Then, at time t6, signal Φ1 goes high beginning another Interval 1 again The interval lengths are exemplary and may not be drawn to scale Actual interval lengths may vary depending on application

Switches S1, S2 and S5 of FIG 1, controlled by signal Φ1, are closed ("on") when signal Φ1 is high and are open ("off") when signal Φ1 is low Switches S3 and S4, controlled by signal Φ2, similarly, are closed ("on") when signal Φ2 is high and are opened ("off") when signal Φ2 is low

The circuit of FIG 1 operates as follows during the two-time intervals, Interval 1 and Interval 2. At time t1, signal Φ2 goes low, opening switches S3 and S4 During Interval 1, at time t2 when signal Φ1 goes high, switches S1, S2 and S5 close, while switches S3 and S4 remain open Node N3 is connected through switch S5 to be at voltage Voff, which voltage is selected to turn transistor M1 "off"

6,118,326

7

Voltage V1 is connected through switch S1 to node N1, connected to the top plate of capacitor $C_{BOOT}$. Similarly, voltage V2 is connected through switch S2 to node N2, connected to the bottom plate of capacitor $C_{BOOT}$. Therefore, capacitor $C_{BOOT}$ is charged to a voltage V1–V2. At the end of Interval 1, at time t3, switches S1 and S2 open, sampling the charge related to voltage V1–V2 onto capacitor $C_{BOOT}$. Switch S5 also opens.

Then, at the beginning of Interval 2, at time t4, switches S3 and S4 close. Voltage V3 is connected through switch S3 to node N2, altering the voltage "on" node N1 by V3 to V1–V2+V3. This voltage V1–V2+V3 "on" node N1 is provided through switch S4 to node N3 as the gate drive voltage of transistor M1 during time Interval 2, turning "on" transistor M1.

As will be described in greater detail below, in each of the embodiments of the invention, the voltages V1, V2 and V3 are controlled to produce the gate drive voltage such that it turns "on" transistor M1 sufficiently when desired yet avoids stressing transistor M1 beyond its breakdown voltages and, in two of the embodiments, maintains a substantially constant "on" resistance Ron of transistor M1. Advantageously, this all is accomplished in two time intervals or clock phases.

FIG. 3 is a part block, part schematic diagram of a first embodiment of the invention. In the embodiment of FIG. 3, the gate drive voltage is controlled such that a high level of the gate drive voltage adequately turns "on" transistor M1 yet is maintained below a breakdown voltage of transistor M1 to insure stress protection of transistor M1. In the embodiment of FIG. 3, voltage V1 is made equal to a produced regulated voltage Vreg, voltage V2 is made equal to negative supply voltage V–– (e.g., zero volts), and voltage V3 is made equal to a positive supply voltage V++. The regulated voltage Vreg is produced by a regulated voltage generating circuit 10.

In one embodiment, regulated voltage generating circuit 10 receives a reference voltage Vref, the positive supply voltage V++ and the negative supply voltage V––, from which it produces the regulated voltage Vreg. The remainder of the circuit, in this general diagram of the first embodiment, is identical to and operates as does the diagram circuit of FIG. 1.

During Interval 1, with switches S1, S2 and S5 closed, and switches S3 and S4 opened, capacitor $C_{BOOT}$ is charged to the regulated voltage Vreg. The charge related to this regulated voltage Vreg is sampled onto capacitor $C_{BOOT}$ at the end of Interval 1. During Interval 2, when switches S1, S2 and S5 opened, and switches S3 and S4 closed, the voltage at node N1 is increased by positive supply voltage V++ to the regulated voltage Vreg plus the positive supply voltage V++, yielding a gate drive voltage of Vreg+V++. The gate drive voltage Vreg+V++is provided through switch S4 to node N3, turning "on" transistor M1.

The regulated voltage Vreg is controlled such that a high level of the gate drive voltage exceeds the positive supply voltage V++, to adequately turn "on" transistor M1, yet is maintained below a breakdown voltage Vbreakdown of transistor M1, to insure stress protection of transistor M1. In one embodiment of the invention, the regulated voltage Vreg is produced according to the following: When Vbreakdown>2 V++, Vreg<V++ When Vbreakdown<2 V++, Vreg<Vbreakdown–V++.

A specific implementation of the embodiment of the invention shown in FIG. 3 is shown in the detailed schematic circuit diagram of FIG. 4. A timing diagram of the switch

8

control signals, used to control operation of the switches of FIG. 4, is shown in FIG. 5. These signals include Φ1B, Φ2B, and Φ1'B. It should be appreciated from the timing diagram of FIG. 5, that Φ1B simply is the inverse of signal Φ1. Similarly, signal Φ2B simply is the inverse of signal Φ2. Both signals Φ1 and Φ2 are shown in the timing diagram of FIG. 2. Signal Φ1'B simply goes from low to high before signal Φ1B. Otherwise, signals Φ1'B and Φ1B are identical. The interval lengths shown are exemplary and may not be drawn to scale. Actual interval lengths may vary according to application.

The circuit of FIG. 4 includes a specific implementation of regulated voltage generating circuit 10. The regulated voltage generating circuit 10 shown includes an operational amplifier 12 having an inverting input terminal and a non-inverting input terminal. Op amp 12 receives a reference voltage Vref on its non-inverting input terminal. Op amp 12 receives positive supply voltage V++ through resistor R1 on its inverting input terminal. Op amp 12 also receives negative supply voltage V–– through resistor R2 on its inverting input terminal. A resistor R3 is connected in feedback between the output and inverting input terminal. The voltage produced at the output of the op amp is the regulated voltage Vreg, which is easily calculated to be Vreg=A*Vref– B*V++–C*V––, where A=(R1*R2+R2*R3+R1*R3)/(R1*R2), B=R3/R1, and C=R3/R2.

By appropriate choices of resistors R1–R3, voltage Vreg can be made to inversely track the positive supply voltage, V++, so that the gate drive voltage "on" node N3 during Interval 2 (i.e., when transistor M1 is turned "on"), which is equal to Vreg+V++–V––, remains constant independent of the supply voltage, V++. During Interval 2, when transistor M1 is turned "on", the gate-to-source voltage (Vgs) of transistor M1 is equal to the voltage difference between the gate drive voltage and the input signal voltage, Vin. By appropriate choices of resistors R1–R3 and reference voltage Vref, the gate drive voltage can be maintained less than the minimum value of the input voltage, $Vin_{min}$, plus the gate-to-source breakdown voltage, Vbreakdown, of transistor M1 (i.e., less than $Vin_{min}$+Vbreakdown), so that the Vgs of transistor M1 will never exceed Vbreakdown.

In the circuit of FIG. 4, switch S1 consists of an NMOS transistor, that receives a gate drive voltage from S1 drive circuit 20. Switch S3 consists of a PMOS transistor and switch S2 consists of a NMOS transistor. The drains of transistors S2 and S3 are tied together and to node N2. The gates of transistors S2 and S3 both are driven by signal Φ1'B such that transistor S2 is "on" and transistor S3 is "off" when Φ1'B is high, and transistor S3 is "on" and transistor S2 is "off" when Φ1'B is low. Switch S4 consists of a PMOS transistor driven by regulated voltage Vreg. Switch S5 consists of an NMOS transistor controlled by signal Φ1B and connected in series with a protection transistor $M_{protect}$ controlled by a bias voltage Vbias (which may be the positive supply voltage V++).

S1 drive circuit 20, which provides the gate drive voltage for transistor S1, insures that transistor S1 turns "on" during Interval 1, regardless of the voltage level of the regulated voltage Vreg. It should be appreciated that S1 drive circuit 20 as shown in FIG. 4 is exemplary and that other embodiments that provide the same function could be used for this purpose. Transistor S1 drive circuit 20 consists of an NMOS transistor M2, the gate of which is connected to node N1 (the source of transistor S1 and top plate of capacitor $C_{BOOT}$), the drain of which is connected to receive the regulated voltage Vreg, and the source of which is connected to node N6, which is connected to the gate of transistor S1. Node N6 also is connected to the top plate of capacitor C1.

6,118,326

9

A PMOS transistor M3 is connected to receive positive supply voltage V++ and an NMOS transistor M4 is connected to receive negative supply voltage V--. Both drains of the two transistors M3 and M4 are connected together to node N7, and both M3 and M4 are driven by control signal Φ2B, such that when M3 is "on", M4 is "off", and when M4 is "on", M3 is "off". Node N7 is connected to the bottom plate of capacitor C1.

Operation of the circuit of FIG. 4 will be described in detail. At time t1, Φ1'B goes high, turning "off" switch S3 and turning "on" switch S2, bringing node N2 to negative supply voltage V--.

At time t2, signal Φ1B goes high, turning "on" transistor S5, bringing node N3 to voltage Voff, turning "off" transistor M1.

During Interval 1, with signals Φ1'B and Φ1B remaining high, at time t3, signal Φ12B goes low. Transistor M3 turns "on" and transistor M4 turns "off" bringing node N7 to positive supply voltage V++. From a previous interval, the voltage at node N6 is at V++−V−−+Vreg (old). Transistor switch S1 turns "on", bringing node N1 to the regulated voltage Vreg. Because node N1 is at Vreg, transistor S4 is "off" and transistor M2 is "off". Capacitor $C_{BOOT}$ is charged to Vreg−V−−.

At time t4, signal Φ2B goes high while both Φ1B and Φ1'B remain high. When signal Φ2B goes high, transistor M4 turns "on" and transistor M3 turns "off". This brings node N7 to negative supply voltage V-- which, in turn, brings node N6 to voltage Vreg (old). This turns transistor S1 "off" which causes the charge relating to voltage Vreg−V−− to be sampled onto capacitor $C_{BOOT}$.

At time t5, both signals Φ1B and Φ1'B go low. This turns "off" transistor S5. It also turns "off" transistor S2 and turns "on" transistor S3, bringing node N2 to voltage V++. This in turn brings node N1 to the gate drive voltage of Vreg+V++−V−−. The voltage "on" node N1 turns "on" transistor M2 bringing node N6 to regulated voltage Vreg. The voltage at node N1 also turns "on" transistor S4 supplying the gate drive voltage of Vreg+V++−V−− to node N3, turning "on" transistor M1.

At time t6, signal Φ1'B goes high, turning "on" transistor S2 and turning "off" transistor S3, bringing node N2 to negative supply voltage V--. This brings the voltage "on" node N1 to Vreg, turning "off" transistor M2 and transistor S4. The turning "off" of transistor M2 causes the sampling onto capacitor C1 of charge relating to voltage Vreg−V−−.

At time t7, signal Φ1B goes high turning "on" transistor S5 bringing node N3 to voltage Voff, turning "off" transistor M1 and repeating the process.

It should be appreciated that protection transistor $M_{protect}$ is connected in series with switching transistor S5 to protect switching transistor S5. A voltage drop from node N3 to voltage Voff is shared across protection transistor $M_{protect}$ and transistor S5 so that neither the drain-to-source voltage Vds of S5 nor the drain-to-source voltage Vds of $M_{protect}$ exceeds its breakdown limit.

It also should be appreciated that transistor S4 is arranged to have gate stress protection. The gate of transistor S4 is connected to receive the regulated voltage Vreg. The source of transistor S4 is connected to node N1. Because transistor S4 is a PMOS transistor, when the voltage at node N1 exceeds the regulated voltage Vreg by at least the turn-on threshold voltage Vt of transistor S4, transistor S4 is turned "on". The source of transistor S4 will increase to Vreg+V++−V−−, which results in a voltage drop of V++−V−− across the gate and source terminals of transistor S4. Since

10

V++−V−− must be less than the gate-to-source breakdown voltage of the process, transistor S4 is not stressed beyond its gate-to-source breakdown voltage. As shown in FIG. 4, the well of PMOS transistor S4 preferably is connected to node N1 to avoid turning "on" the source/drain-to-well parasitic diodes in the PMOS device.

Because transistors S2 and S3 are connected to alternately provide positive supply voltage V++, then negative supply voltage V-- to node N2, a clock signal alternatively could be connected to node N2 for the same purpose, replacing transistors S2 and S3. The same is true with respect to replacing transistors M3 and M4, both connected to node N7, with a clock signal.

A second embodiment of the circuit of the invention is shown in schematic diagram form in FIG. 6. With reference to FIG. 1, in the embodiment of FIG. 6, V1=Vin, V2=V−− and V3=V++. In this second embodiment, the input voltage Vin−V−− is sampled onto capacitor $C_{BOOT}$ during Interval 1 and that voltage is boosted by V++ during Interval 2, and provided as the gate drive voltage. The gate drive voltage thus is a boosted version of a sample of the input voltage, maintaining a relatively constant "on" resistance Ron of transistor M1, as explained below.

The circuit shown in FIG. 6 is identical to that shown in FIG. 4 except that the regulated voltage generating circuit 10 in FIG. 4 is replaced by a voltage buffer 14 that receives input voltage Vin and provides a buffered version of input voltage Vin as voltage V1 (from FIG. 1). The circuit operates similarly to that of FIG. 4 with the same transistor control signals Φ1'B, Φ1B and Φ2B, shown in the timing diagram of FIG. 5.

The circuit of FIG. 6 is, however, quite different from that of FIG. 4 in that a buffered version of input voltage Vin is provided as voltage V1 such that capacitor $C_{BOOT}$ is charged to Vin−V−− during Interval 1. At the end of Interval 1 (i.e., at time t4 on FIG. 5), Φ2B goes high, causing node N2 to go low, causing node N6 to drop, which turns "off" transistor S1. When S1 turns "off", the charge corresponding to the voltage across $C_{BOOT}$, Vin−V−−, is sampled onto capacitor $C_{BOOT}$, resulting in a voltage drop across $C_{BOOT}$ equal to $Vin_{SAMPLED}$−V−−. During Interval 2, node N2 rises to V++ causing node N1 to rise to V++ plus $Vin_{SAMPLED}$−V−−. This gate drive voltage $Vin_{SAMPLED}$+V++−V−− is provided to node N3 to turn "on" transistor M1 during Interval 2. Because the gate drive voltage is equal to a sample of the input voltage Vin plus the difference between the positive supply voltage V++ and negative supply voltage V−−, and the source voltage of transistor M1 is equal to the input voltage Vin, the gate-to-source voltage Vgs of transistor M1 is approximately equal to V++−V−−. This approximately constant Vgs results in a relatively constant "on" resistance Ron of transistor M1, which leads to reduced distortion of the signal coupled between the source and drain of transistor M1.

Additionally, since the transistor M1 is fully turned "on" by a constant Vgs that is much larger than the threshold voltage Vt of the transistor, its parasitic capacitances vary by only a small, weakly nonlinear amount as the input signal Vin varies over a wide range (from as low as the negative supply voltage V−− to as high as the positive supply voltage V++). This is in contrast to a transmission gate, whose dominant parasitic capacitances change abruptly and in a very nonlinear fashion as the signal voltage Vin varies over a wide range, as described above. The parasitic capacitance of transistor M1 interacts with both the finite impedance of the circuit providing input signal voltage Vin and the "on"

6,118,326

11

resistance Ron of transistor M1. Because the parasitic capacitance of transistor M1 remains approximately constant, this interaction does not result in distortion of the input signal voltage Vin.

Moreover, because the Vgs of transistor M1 is maintained at V++–V–– during Interval 2, the gate-to-source breakdown voltage of transistor M1 is never exceeded. Thus, a constant "on" resistance, a nearly constant parasitic capacitance, and device stress protection are provided for a very wide range of input voltages and frequencies.

However, in the embodiment of FIG. 6, it should be appreciated that if the input signal Vin changes significantly between the end of Interval 1 and the end of Interval 2, then $Vin_{SAMPLED}$ will not be equal to Vin, and the Vgs of transistor M1 will vary significantly. This will cause the "on" resistance Ron of transistor M1 to be non-constant. Therefore, the embodiment of FIG. 6 is directed towards applications in which the input signal Vin does not change appreciably between the end of Interval 1 and the end of Interval 2. A typical application for this circuit that meets these requirements is an oversampling circuit in which the frequency components of Vin are low compared to the clock frequency (e.g., a baseband sigma-delta converter).

While the input voltage provided to transistors S1 and S4 is shown as a buffered version of the input voltage Vin in FIG. 6, it should be appreciated that a direct connection of the input voltage Vin alternatively could be provided to transistor S1 and/or transistor S4.

FIG. 7 is a schematic diagram of the third embodiment of the circuit according to the invention. With reference to FIG. 1, in this third embodiment, V1 is equal to V++, V2 is equal to the negative supply voltage V–– and V3 is equal to Vin. In this third embodiment, the difference between the positive supply voltage V++ and negative supply voltage V–– is sampled onto capacitor $C_{BOOT}$ at the end of Interval 1 and that voltage is boosted by the input voltage Vin during Interval 2 and provided as the gate drive voltage of transistor M1, for maintaining a constant "on" resistance Ron of transistor M1, independent of the instantaneous voltage of Vin, and regardless of whether Vin changes between intervals.

The circuit of FIG. 7 includes an S1 drive circuit 30 that produces the gate drive voltage for NMOS transistor switch S1. S1 drive circuit 30 functions to produce the drive voltage of transistor S1 to be greater than the supply voltage V++ plus the threshold voltage Vt of S1 to turn "on" transistor S1 during Interval 1. Drive circuit 30 also produces the gate drive voltage of transistor S1 to be less than or equal to the positive supply voltage V++ plus the threshold voltage Vt of S1, turning "off" transistor S1 during Interval 2.

The circuit of FIG. 7 also includes an S4 drive circuit 40 that produces the gate drive voltage for PMOS transistor switch S4. Transistor S4 drive circuit 40 produces a gate drive voltage that turns transistor S4 "off" during Interval 1 and turns transistor S4 "on" during Interval 2. S4 drive circuit 40 maintains the gate drive voltage at node N4 at Vin during Interval 2 so as not to stress transistor S4, as will be described in more detail below.

Operation of the circuit of FIG. 7 will be described with respect to the timing diagram of FIG. 2. At time t1, signal Φ2 goes low (and Φ2B goes high), bringing node N3 to $V_{OFF}$, turning "off" transistors M1, S3 and S7. PMOS transistor S6 of S4 drive circuit 40 also turns "on", such that positive supply voltage V++ is at node N4. Also at time t1, S1 drive circuit 30 produces a gate drive signal that is greater than V++ plus the threshold voltage Vt of transistor S1, turning

12

"on" transistor S1, which brings node N1 to V++. Because the positive supply voltage V++ is at node N1, and also at node N4, transistor S4 is turned "off". During Interval 1, at time t2, when signal Φ1 goes high and signal Φ2 is low, transistor S2 is turned "on" such that capacitor $C_{BOOT}$ charges to V++–V––.

At time t3, signal Φ1 goes low turning transistor S2 "off", sampling the charge related to the difference between the positive supply voltage V++ and the negative supply V–– onto capacitor $C_{BOOT}$.

At time t4, signal Φ2 goes high (and signal Φ2B goes low), S1 drive circuit 30 provides gate drive voltage of transistor S1 less than the positive supply voltage V++ plus the threshold voltage Vt of transistor S1, turning "off" transistor. PMOS transistor S6 of S4 drive circuit 40 also is turned "off" as is NMOS transistor S5.

At this point, start up circuit 50, which acts as diode, and is controlled by signal Φ2B, pulls the voltage at node N3 up from VOFF. When the voltage at node N3 rises above a threshold voltage of each of transistors M1, S3 and S7, then such transistors begin to turn "on". When transistor S7 begins to turn "on", then transistor S4 begins to turn "on". Some of voltage Vin is provided through M1 transistor S3 to node N2 pushing the voltage at node N1 higher, further turning "on" transistor S4. This, in turn, raises the voltage at node N3, further turning "on" transistors S3 and S7 which enables more of voltage Vin to flow through transistor S3. As this process continues, the voltage at node N2 eventually is at input voltage Vin.

The voltage at node N1 is eventually at Vin+V++–V––. This is the gate drive voltage and is provided through transistor S4, which then is fully turned "on", to node N3, turning "on" transistor M1. At time t5, signal Φ2 goes low, and transistors S1, S6 and S5 are turned "on". As a result, transistors S3, S4 and S7 are turned "off". In addition, transistor M1 is turned "off". Note that time t5 is identical to time t1, and the cycle may be repeated from this point.

As can be seen, because the gate drive voltage of transistor M1, provided during Interval 2, is equal to the input voltage Vin plus the difference between the positive supply voltage V++ and the negative supply voltage V––, and the source voltage of transistor M1 is equal to Vin, the gate-to-source voltage Vgs of transistor M1 is equal to V++–V––. This constant Vgs results in a relatively constant "on" resistance Ron of transistor M1, regardless of the instantaneous value of the input voltage Vin. Because the gate drive voltage is boosted by the input voltage during Interval 2, the "on" resistance is maintained relatively constant even if the input voltage Vin changes significantly between the end of Interval 1 and the end of Interval 2.

Additionally, since the transistor M1 is fully turned "on" by a constant Vgs that is much larger than the threshold voltage Vt of the transistor, its parasitic capacitances vary by only a small, weakly nonlinear amount as the input signal Vin varies over a wide range (from as low as the negative supply voltage V–– to as high as the positive supply voltage V++). This is in contrast to a transmission gate, whose dominant parasitic capacitances change abruptly and in a very nonlinear fashion as the signal voltage Vin varies over a wide range, as described above. The parasitic capacitance of transistor M1 interacts with both the finite impedance of the circuit providing input signal voltage Vin and the "on" resistance Ron of transistor M1. Because the parasitic capacitance of transistor M1 remains approximately constant, this interaction does not result in distortion of the input signal voltage Vin.

6,118,326

13

Moreover, because the Vgs of transistor M1 is maintained at V++−V−− during Interval 2, the gate-to-source breakdown voltage of transistor M1 is never exceeded. Thus, a constant "on" resistance, a nearly constant parasitic capacitance, and device stress protection is provided for a very wide range of input voltages and frequencies.

In a similar manner, because the gate drive voltage of transistor S4, provided during Interval 2 to by S4 drive circuit 40, is equal to the input voltage Vin, and the source voltage of transistor S4 is equal to Vin+V++−V−−, the source-to-gate voltage Vsg of transistor S4 is equal to V++−V−−, which is constant and independent of the instantaneous signal voltage Vin. For reasons cited above, during Interval 2, transistor S4 has a linear "on" resistance and its parasitic capacitances are nearly constant as well. Since transistor S4 is coupled to the input during Interval 2 (through capacitor $C_{BOOT}$ and transistor S3), the parasitic capacitance of transistor S4 interacts with the finite impedance of the circuit providing input signal voltage Vin. Because the parasitic capacitance of transistor S4 remains approximately constant, this interaction does not result in distortion of the input signal voltage Vin.

Moreover, because the Vsg of transistor S4 is maintained at V++−V−− during Interval 2, the gate-to-source breakdown voltage of transistor S4 is never exceeded.

In a similar manner, because the gate drive voltage of transistors S3 and S7, provided during Interval 2, is equal to Vin+V++−V−−, and the source voltage of transistors S3 and S7 is equal to Vin, the gate-to-source voltage Vgs of transistors S3 and S7 is equal to V++−V−−, which is constant and independent of the instantaneous value of the signal voltage Vin. For reasons cited above, transistors S3 and S7 each has a linear "on" resistance during Interval 2, and each has a parasitic capacitance that is nearly constant as well. Since both transistors S3 and S7 are coupled to the input during Interval 2 (S3 directly, and S7 through S3), the parasitic capacitance of transistor S3 and transistor S7 interacts with the finite impedance of the circuit providing input signal voltage Vin. Because the parasitic capacitance of transistors S3 and S7 remains approximately constant, this interaction does not result in distortion of the input signal voltage Vin.

Moreover, because the Vgs of transistors S3 and S7 is maintained at V++−V−− during Interval 2, the gate-to-source breakdown voltage of neither transistor is ever exceeded.

In addition, the capacitors used are double-polysilicon capacitors which avoid non-linear parasitics, which may introduce distortion.

While the input voltage provided to transistor S3 is shown as a direct input in FIG. 7, it should be appreciated that a buffered version of the input voltage Vin alternatively could be provided, as in the embodiment shown in FIG. 6.

FIG. 8 is a more detailed schematic diagram of a particular implementation of the embodiment shown in FIG. 7. The embodiment of FIG. 8 includes S1 drive circuit 30 consisting of an NMOS transistor M8 and a capacitor C2. Also shown is a specific implementation of start up circuit 50 including a PMOS transistor M9 controlled by signal Φ2B and receiving the positive supply voltage V++ at its source. The drain of transistor M9 is connected to the source of the protection transistor $M_{protection}$. Transistor M9 along with the protection transistor $M_{protection}$ acts to function as the start up circuit for transistors M1, S3 and S7, as described with respect to FIG. 7.

FIG. 9 is a more detailed schematic diagram of a the embodiment of the invention shown in FIG. 7. The embodi-

14

ment of FIG. 9 includes S1 drive circuit 30 consisting of transistors MN1, MN2, MN3, and MP1, capacitors, C2 and C3, and resistor R2. The circuit operates to provide a boosted signal to the gate of transistor switch S1 when Φ2B goes high in order to turn "on" transistor S1 at time t1 as shown in FIG. 2, and to bring the gate of transistor switch S1 to V++ in order to turn "off" transistor S1 when Φ2B goes low at time t4 as shown in FIG. 2.

Also shown is a specific implementation of startup circuit 50 including a PMOS transistor M9, controlled by signal Φ2B, and receiving the positive supply voltage V++ at its source. The drain of transistor M9 is connected to the source of the protection transistor $M_{protection}$. Transistor M9 along with the protection transistor $M_{protection}$ acts to function as the start up circuit for transistors M1, S3 and S7, as described with respect to FIG. 7. Also included in startup circuit 50 is capacitor C4 and resistor R1. The purpose of these two elements is to prevent the drain-to-source voltage Vds across transistor $M_{protection}$ from exceeding a maximum stress level, equal to the supply voltage V++−V−−, at time t1 (i.e., at the end of Interval 2), as shown on FIG. 2.

In each of the embodiments described above, stress protection is provided for each and every device in the circuit. For each device in each of the embodiments, none of the drain-to-source voltage Vds, the gate-to-source voltage Vgs, or the gate-to-drain voltage Vgd will be greater than the noted maximum supply voltage for a particular process chosen.

Having thus described at least one illustrative embodiment of the invention, various alterations, modifications and improvements will readily occur to those skilled in the art. Such alterations, modifications and improvements are intended to be within the spirit and scope of the invention. Accordingly, the foregoing description is by way of example only and is not intended as limiting. the invention is limited only as defined in the following claims and the equivalents thereto.

What is claimed is:

1. A circuit that produces a control voltage for a transistor switch that receives an input voltage on a source terminal, the circuit comprising:

a first input that receives the input voltage;

a second input that receives a bias voltage;

a voltage storage element;

a first switch that connects the voltage storage element to sample the bias voltage during a first of first and second time internals;

a second switch that connects the voltage storage element to increase the sampled voltage by the input voltage to the control voltage during the second time interval, while maintaining the control voltage less than a breakdown voltage of the transistor switch; and

a third switch that connects the voltage storage element to provide the control voltage to the transistor switch during the second time interval.

2. The circuit claimed in claim 1 wherein the voltage storage element includes a capacitor.

3. The circuit claimed in claim 1 wherein the transistor switch includes a MOS transistor.

4. The circuit claimed in claim 3 wherein the control voltage drives a gate of the MOS transistor.

5. The circuit claimed in claim 3 wherein a gate-to-source voltage of the MOS transistor is maintained approximately constant during the second time interval.

6. The circuit claimed in claim 1 wherein the first and second time intervals are non-overlapping.

6,118,326

**15**

7 A method for producing a control voltage for a transistor switch that receives an input voltage on a terminal, the method comprising the steps of:

sampling a bias voltage onto a voltage storage element during a first of first and second time intervals;

increasing the sampled voltage by the input voltage to the control voltage during the second time interval, while maintaining the control voltage less than a breakdown voltage of the transistor switch; and

providing the control voltage to the transistor switch during the second time interval

**16**

8 The method claimed in claim 7 wherein the transistor switch includes a MOS transistor

9 The method claimed in claim 8 wherein the control voltage drives a gate of the MOS transistor

10 The method claimed in claim 7 wherein the first and second time intervals are non-overlapping

11 The method claimed in claim 8 wherein a gate-to-source voltage of the MOS transistor is maintained approximately constant during the second time interval

\* \* \* \* \*

# EXHIBIT C

US006262633B1

(12) **United States Patent**     (10) Patent No.:     **US 6,262,633 B1**

Close     (45) Date of Patent:     **Jul. 17, 2001**

(54) **HIGH OUTPUT CURRENT OPERATIONAL AMPLIFIER OUTPUT STAGE**

(75) Inventor:  **JoAnn P. Close**, Los Altos, CA (US)

(73) Assignee:  **Analog Devices, Inc.**, Norwood, MA (US)

( * )  Notice:  Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/560,305**

(22) Filed:  **Apr. 27, 2000**

(51) Int. Cl.$^7$ ............................................. **H03F 3/26**

(52) U.S. Cl. ..................... **330/267; 330/268; 330/255**

(58) Field of Search ..................... 330/255, 267, 330/268

(56)  **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,041,407 | * 8/1977 | Main | 330/13 |
| 6,084,475 | * 7/2000 | Rincon-Mora | 330/255 |
| 6,100,762 | * 8/2000 | Kato | 330/255 |

OTHER PUBLICATIONS

Analog Devices AD8041 Data Sheet (1995) pp. 1–16

* cited by examiner

*Primary Examiner*—Robert Pascal
*Assistant Examiner*—Henry Choe
(74) *Attorney, Agent, or Firm*—Koppel & Jacobs

(57)  **ABSTRACT**

A rail-to-rail op amp output stage is configured to provide one or more additional base drive paths for each of its output transistors, reducing the stage's distortion and increasing its maximum output current without substantially increasing quiescent current. The additional base drive paths reduce the demand on the transistors driving the output transistors, lowering the distortion they might otherwise contribute to the output current. In a preferred embodiment, the collectors of the stage's clamp transistors are connected to the bases of their opposing output transistors, so that each clamp transistor provides an additional base drive path to a respective output transistor, thereby increasing maximum output current without substantially increasing quiescent current, and substantially reducing crossover distortion.

**18 Claims, 7 Drawing Sheets**





FIG. 1
(Prior Art)



FIG. 2a



FIG.2b



FIG.3a



FIG.3b



FIG.4a



FIG.4b



FIG.5a



FIG.5b

US 6,262,633 B1

1

# HIGH OUTPUT CURRENT OPERATIONAL AMPLIFIER OUTPUT STAGE

## BACKGROUND OF THE INVENTION

### 1 Field of the Invention

This invention relates to the field of operational amplifier output stages, and particularly to high output current, low distortion, rail-to-rail output stages

### 2 Description of the Related Art

The characteristics of an operational amplifier (op amp) are defined with various specifications. Three of these, i e , maximum output current, quiescent current, and distortion, tend to be interrelated For example, the quiescent current, i e , the current drawn from the power supplies when no signal is applied to the op amp, tends to limit the maximum output current, with an increase in maximum output current requiring a corresponding increase in quiescent current An increase in quiescent current also tends to improve the distortion performance of the op amp, though at the cost of higher power dissipation

A known op amp output stage is shown in FIG 1, which is a simplified schematic of the output stage of an AD8041 op amp from Analog Devices, Inc in Norwood, Mass A drive circuit 10 produces complementary drive signals 12 and 14 to drive a complementary pair of output transistors Q1 and Q2, respectively Q1 and Q2 are connected in series between supply voltages VCC and VEE, with the junction of their collectors serving as the stage's output terminal OUT Q1 and Q2 conduct respective currents $I_{Q1}$ and $I_{Q2}$ in response to drive signals 12 and 14, which are summed at the output terminal to produce an output current $I_o$

Drive circuit 10 is arranged to receive differential inputs V+ and V−, and to produce complementary drive signals 12 and 14 in response; i e , as drive signal 12 pulls down harder on Q1's base to increase the current $I_{Q1}$ conducted by Q1 to the output, drive signal 14 also decreases to reduce the current $I_{Q2}$ conducted by Q2 Similarly, drive circuit 10 manipulates drive signals 12 and 14 so that when $I_{Q2}$ is increased, $I_{Q1}$ is decreased

A number of implementations can be employed to obtain the A/B-type behavior from drive circuit 10, one of which is illustrated in FIG 1 Differential inputs V− and V+ are connected to transistors Q3 and Q4, respectively, each of which is connected as an emitter follower V− and V+ are also connected to transistors Q5 and Q6, which are also connected as emitter followers; Q3 and Q4 are of opposite polarity to that of Q5 and Q6 A pair of transistors Q7 and Q8 are connected to receive the outputs of emitter follows Q3 and Q4, respectively, and to conduct first and second currents in response A pair of transistors Q9 and Q10 are connected to receive the outputs of emitter follows Q5 and Q6, respectively, and to conduct third and fourth currents in response A current mirror circuit 16 made from transistors Q11 and Q12 is connected to mirror the current conducted by Q7 to Q8, with the difference current between the mirrored current and the Q8 current being drive signal 14. Similarly, a current mirror 18 made from transistors Q13 and Q14 is connected to mirror the current conducted by Q9 to Q10, with the difference current between the mirrored current and the Q10 current being drive signal 12 The emitters of Q7 and Q9 are connected together at a junction 20 and the emitters of Q8 and Q10 are connected together at a junction 22 A compensation capacitor is connected between V− and OUT, and a resistor R1 is connected between junctions 20 and 22 to improve the stage's stability A complementary pair of clamp transistors Q15 and Q16 are

2

biased with respective bias voltages $V_{bias1}$ and $V_{bias2}$ to prevent current mirror transistors Q14 and Q12, respectively, from saturating

The output stage also includes a transistor Q17 connected between mirror transistor Q11 and VCC via a resistor R2, and a transistor Q18 connected between mirror transistor Q13 and VEE via a resistor R3 Q17/R2 and Q18/R3 are part of the scheme to bias output transistors Q1 and Q2 at the proper quiescent current. The collector currents of Q17 and Q18 are mirrored via Q11/Q12 and Q13/Q14, respectively, to provide known currents through Q15 and Q16 This, along with bias voltages $V_{bias1}$ and $V_{bias2}$, and the relative sizes of Q1, Q15, Q2 and Q16 set the output transistors' quiescent operating point

In operation, when V− drops below V+, the voltages at the bases of Q7 and Q9 decrease. This results in the current through Q7 and Q10 (via R1) to be increased, and that through Q8 and Q9 to decrease. The Q10 current is greater than the mirrored Q9 current, and the resulting difference current (drive signal 12) pulls down on the base of output transistor Q1, increasing the current IQ provided to the output terminal At the same time, the mirrored Q7 current is greater than the Q8 current, and the resulting difference current (drive signal 14) reduces the drive to Q2, and thereby reduced $I_{Q2}$. With $IQ_1$ increased and $I_{Q2}$ decreased, the net output current $I_{out}$ is increased

Similarly, when V+ falls below V−, more current flows through the Q9/R1/Q8 path, and less flows through the Q10/R1/Q7 path, increasing the drive to output transistor Q2 and reducing it to Q1, producing a net reduction in $I_o$

The maximum amount of current from Q1 is limited by the amount of current conducted by Q10, which is in turn limited by the current sources I4 and I1 connected in series with follower transistors Q3 and Q6 Specifically, the maximum current from Q1 is given by the lesser of $1)\beta_{Q1} \cdot \beta_{Q10} \cdot I4$ and $2)\beta_{Q1} \cdot \beta_{Q7} \cdot I1$. Similarly, Q2 is limited by the amount of current conducted by Q8, which is limited by the current sources I2 and I3 connected in series with follower transistors Q4 and Q5, with the maximum current from Q2 given by the lesser of $1)\beta_{Q2} \cdot \beta_{Q9} \cdot I3$ and $2)\beta_{Q2} \cdot \beta_{Q8} \cdot I2$ Thus, the stage's quiescent current depends on the magnitudes of the I1–I4 currents, along with the relative sizes of several of the transistor' emitters Increasing I1–I4 increases the maximum value of $I_o$, though doing so also increases the stage's quiescent current and power dissipation

The stage's quiescent current also affects its distortion performance Some nonlinearity is introduced into the output put by the driver stage, primarily due to the behavior of transistors Q7–Q10 as they act to sink and source the required base currents needed by the output transistors The magnitude of the nonlinearity is directly related to the percentage change of the currents through Q7–Q10 Increasing the stage's quiescent current lowers this percentage change, which reduces the nonlinearity and thus improves the distortion performance However, as noted above, increasing quiescent current causes a corresponding and often undesirable increase in power dissipation

## SUMMARY OF THE INVENTION

An op amp output stage is presented which, when compared with prior art output stages, provides lower distortion and up to twice as much output current for the same quiescent current Alternatively, the new stage provides an output current equivalent to that of a prior art amplifier while reducing quiescent current by up to half

US 6,262,633 B1

3

This improved performance is accomplished by providing one or more additional base drive paths for each of the output transistors of an output stage that otherwise resembles the circuit depicted in FIG. 1. Several means are described by which this is done. For example, a pair of transistors can be employed to mirror components of the output transistors' drive signals back to their respective output transistors, thereby providing an additional base drive path to each. The additional base drive reduces the demand on the drive signal transistors (Q7–Q10), which lowers the distortion they might otherwise contribute. Alternatively, the collectors of the clamp transistors are connected to the bases of their opposing output transistors, rather than to the supply voltages as in FIG. 1; when so arranged, each clamp transistor provides an additional base drive path to a respective one of the output transistors. Another alternative combines both of these methods to provide multiple additional base drive paths for the output transistors. All of these techniques reduce the demands on the drive circuit transistors by half or more for a given output current, which decreases the distortion contribution of the output stage when the amplifier is driving a heavy current load.

Further features and advantages of the invention will be apparent to those skilled in the art from the following detailed description, taken together with the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic diagram of a known op amp output stage.

FIG. 2a is a schematic diagram of an operational amplifier output stage per the present invention.

FIG. 2b is an alternative embodiment of the operational amplifier output stage of FIG. 2a, with the output stage's clamp transistors connected to provide additional base drive paths to the output transistors.

FIG. 3a is a schematic diagram of the preferred embodiment of an operational amplifier output stage per the present invention, which depicts the operation of an additional base drive path for one of the output transistors.

FIG. 3b is a schematic diagram of the preferred embodiment of an operational amplifier output stage per the present invention, which depicts the operation of an additional base drive path for the other output transistor.

FIG. 4a is a block diagram of a current feedback amplifier employing an output stage per the present invention.

FIG. 4b is a block diagram of a voltage feedback amplifier employing an output stage per the present invention.

FIG. 5a is a simulated graph of second harmonic distortion versus frequency for an amplifier comprising a current feedback input stage and a prior art output stage, and an amplifier comprising the same current feedback input stage and an output stage per the present invention.

FIG. 5b is a simulated graph of third harmonic distortion versus frequency for an amplifier comprising a current feedback input stage and a prior art output stage, and an amplifier comprising the same current feedback input stage and an output stage per the present invention.

DETAILED DESCRIPTION OF THE INVENTION

An op amp output stage 25 in accordance with the present invention is shown in FIG. 2a. As in FIG. 1, the output stage includes a complementary pair of bipolar output transistors Q1 and Q2 connected in series between first and second

4

supply voltages VCC and VEE. The collectors of Q1 and Q2 are connected together at an output terminal OUT; Q1 conducts a current $I_{Q1}$ and Q2 conducts a current $I_{Q2}$, which are summed at the output terminal to produce the output stage's output current $I_o (=I_{Q1}-I_{Q2})$. Output transistors Q1 and Q2 are driven by complementary drive signals 12 and 14, respectively, which are provided by drive circuit 10. As noted above, drive signals 12 and 14 are "complementary" with respect to the effect they have on the output transistors, such that when Q1 is driven to increase $I_{Q1}$, Q2 is driven to reduce $I_{Q2}$, and vice versa.

The output stage is configured to include a pair of transistors (discussed below) which mirror components of drive signals 12 and 14 back to the bases of their respective output transistors, thereby providing additional base drive to Q1 and Q2. This is illustrated by reference to the exemplary implementation of drive circuit 10 shown in FIG. 2a. Here, rather than current mirrors between Q7 and Q8 and between Q9 and Q10 (as in FIG. 1), diode-connected transistors Q17 and Q18 are connected between VCC and Q9, and between VEE and Q7, respectively; in addition, a first current source I5 is connected to the collector of Q10, and a second current source is connected to the collector of Q8.

As in FIG. 1, the output stage also includes a complementary pair of clamp transistors Q15 and Q16, with Q15 connected between the base of Q1 and VEE and Q16 connected between the base of Q2 and VCC. Q15 and Q16 are biased with respective voltage bias sources $V_{bias1}$ and $V_{bias2}$ to ensure that Q1 and Q2 are never completely cut off; Q15 and Q16 are also part of the scheme to set the quiescent current of output transistors Q1 and Q2, as noted above.

A pair of transistors Q19 and Q20 are added to the output stage to provide additional base drive paths for output transistors Q1 and Q2. Q19 is connected in a mirror configuration with diode-connected transistor Q17, with its collector connected to the base of Q2. Similarly, Q20 is connected in a mirror configuration with diode-connected transistor Q18, with its collector connected to the base of Q1. When connected in this way, Q19 mirrors the Q9/R1/Q8 current component of drive signal 14 to the base of Q2, and Q20 mirrors the Q10/R1/Q7 current component of drive signal 12 to the base of Q1.

In operation, a differential voltage is applied across the drive circuit's input terminals V+ and V−. When V− falls below V+, current flows via the Q10/R1/Q7 current path. The difference between the current from I5 and the Q10 current form a difference current (drive signal 12), which pulls down on the base of Q1 and increases $I_{Q1}$. An increased current in the Q10/R1/Q7 current path results in a decrease in current in the Q9/R1/Q8 current path, with the difference between the I6 current and the Q8 current providing a difference current (drive signal 14) which reduces the voltage at the base of Q2 and reduces $I_{Q2}$. Simultaneously, the Q10/R1/Q7 current is mirrored to the base of Q1 via Q20 (arrows 32), so that Q1's base is pulled down even harder to increase the $I_{Q1}$ current. The increase in $I_{Q1}$ combined with the decrease in $I_{Q2}$ results in a net increase in $I_o$.

Similarly, when V− rises above V+, drive signal 14 increases the voltage at the base of Q2 via the Q9/R1/Q8 current path, increasing $I_{Q2}$. The increased Q9/R1/Q8 current results in a reduction in the Q10/R1/Q7 current, with the difference between the I5 current and the Q10 current providing a difference current (drive signal 12) which reduces the downward pull on the base of Q1 and thereby reduces $I_{Q1}$. Similarly, when V− is greater than V+, the

US 6,262,633 B1

<table>
<tr><td>5</td><td>6</td></tr>
</table>

Q9/R1/Q8 current (arrows 34) is mirrored to the base of Q2 via Q19 (arrows 36), which serves to increase $I_{Q2}$. The increase in $I_{Q2}$ combined with the decrease in $I_{Q1}$ results in a net decrease in $I_o$.

The additional base drive currents provided by Q19 and Q20 serve to offload the demands on drive circuit transistors Q7–Q10. As noted above, the output stage's output current is limited by the magnitude of the output transistors' respective base drives. In the prior art, all of the base drive was necessarily produced by drive circuit 10, with Q1's base drive conducted through Q10 and Q7. The magnitude of Q1's base drive was in turn dependent on the base currents of Q10 and Q7, which were received from current sources I4 and I1, respectively. In this way, the magnitude of the currents provided by I4 and I1 determined the maximum current from Q1. Similarly, the magnitude of the current provided by current sources I3 and I2 determined the maximum current through Q2. As such, maximum output current could only be increased by increasing I1–I4; however, this increases the stage's quiescent current and power dissipation. With the addition of Q19 and Q20, the currents required from Q7–Q10 for a given output current are reduced, lowering the distortion these transistors would otherwise introduce. Alternatively, Q19 and Q20 permit the maximum output current from the output stage to be increased, without a corresponding increase in distortion from the drive signal transistors. Using Q19 and Q20 to increase output current will necessarily result in an increase in quiescent current, however.

Even more benefits are realized when the output stage's clamp transistors are connected as shown in FIG. 2b, which depicts only a portion of the output stage; the portion not shown is the same as in FIG. 2a. Here, rather than connect each clamp transistor between the base of an output transistor and a respective supply voltage (as in FIG. 1), they are connected between the bases of the two output transistors. Thus, the collector of clamp transistor Q15 is moved from VEE to the base of Q2 (with Q15 now being labeled Q15'), and the collector of clamp transistor Q16 is moved from VCC to the base of Q1 (and becomes Q16'). In the prior art, the main task of the clamp transistors is to keep mirror transistors Q12 and Q14 out of saturation (if drive circuit 10 is configured per FIG. 1), and/or to keep the output transistors from being completely cut off (if configured per FIG. 2a). When connected as shown in FIG. 2b, however, clamp transistors Q15' and Q16' still provide the clamping functions, and also provide some additional base drive to the output transistors; i.e., Q15' provides an additional base drive path for Q2, and Q16' does the same for Q1. These additional base drive paths also serve to greatly decrease the output stage's crossover distortion.

Q15' and Q16' operate as follows: as has been previously described, drive signals 12 and 14 are complementary; i.e., when drive signal 12 acts to increase $I_{Q1}$ (by reducing the voltage at the base of Q1), drive signal 14 acts to reduce $I_{Q2}$ (by reducing the voltage at the base of Q2). Assume that V− is less than V+, so that drive signal 12 pulls down on Q1's base, and drive signal 14 decreases the voltage on Q2's base. The base of Q16' is at a fixed voltage set by $V_{bias1}$. Thus, the lower Q2 base voltage (and Q16' emitter voltage) increases the base-emitter voltage of Q16', causing the current in it conducts to be increased. With its collector connected to the base of Q1, Q16' pulls its additional current from the base of Q1, further increasing $I_{Q1}$. Similarly, when V− is greater than V+, the base voltages of Q1 and Q2 increase. The increased voltage at the base of Q1 (and at the emitter of Q15') acts to increase the base-emitter voltage of Q15', so

that it conducts more current to the base of Q2 and thereby further increases $I_{Q2}$.

As noted above, connecting clamp transistors Q15' and Q16' as shown in FIG. 2b lowers distortion by offloading drive circuit transistors Q7–Q10. However, this configuration of the clamp transistors provides additional improvements in distortion performance as follows: when the component currents making up an output transistor's base drive—i.e., Q1's base current, the emitter current of Q15', and the collector current of Q16' (for Q1); Q2's base current, the emitter current of Q16', and the collector current of Q15' (for Q2)—are added together, they cancel each other so as to virtually eliminate crossover distortion.

A preferred implementation of the invention is shown in FIGS. 3a and 3b, in which the only additional base drive paths are those provided by the clamp transistor connection scheme of FIG. 2b. Drive circuit 10 is as it was in FIG. 1, with current mirror 16 connected to mirror the Q7 current to Q8, with the difference between the mirrored current and the Q8 current generating a difference current (drive signal 14) which is delivered to the base of Q2. Similarly, current mirror 18 mirrors the Q9 current to Q10, with the difference between the mirrored current and the Q10 current generating a difference current (drive signal 12) which is delivered to the base of Q1. Clamp transistors Q15' and Q16' are connected as in FIG. 2b, with Q15' providing an additional base drive path for output transistor Q2, and Q16' doing the same for Q1.

As connected in FIG. 3a, clamp transistors Q15' and Q16' keep Q14 and Q12 out of saturation. The emitter of Q15' is connected to the collector of mirror transistor Q14, and its base is connected to a bias voltage source 50. The output of bias voltage source 50 is set so that Q15' prevents the voltage at the collector of Q14 from getting any higher than one base-emitter voltage ($V_{be}$) below VCC. This is easily accomplished with a pair of diode-connected transistors Q21 and Q22 connected in series and biased with a current source I7. This arrangement makes the voltage at the base of Q15' two $V_{be}$'s below VCC. With the voltage at the emitter of Q15' one $V_{be}$ higher than that at its base, the collector of Q14 is kept one $V_{be}$ below VCC. This is sufficient to keep Q14 from saturating, which, if not prevented, could introduce a considerable amount of distortion into the output current.

Q16' is connected in a similar fashion. A bias voltage source 52, suitably implemented with a pair of diode-connected transistors Q23 and Q24 connected in series with a current source I8, places a voltage on the base of Q16' which prevents the collector of Q12 from getting any lower than one $V_{be}$ from VEE. This is sufficient to keep Q12 out of saturation, and thus prevents the occurrence of distortion that might otherwise be introduced into the output current.

Using diodes (diode-connected transistors Q21–Q24) and fixed current sources (I7, I8) to establish the outputs for bias voltage sources 50 and 52 results in particularly well-controlled quiescent currents in output transistors Q1 and Q2 (i.e., temperature and process insensitive).

As noted above, the novel way in which clamp transistors Q15' and Q16' are connected enable them to provide additional base drive paths for the output transistors. The use of clamp transistor Q16' to provide an additional base drive path for output transistor Q1 is illustrated in FIG. 3a. Assume that V− is less than V+. This condition was previously determined to cause drive signal 12 to pull down on output transistor Q1 via the current path formed by Q10, R1 and Q7—as indicated by arrows 54. This current is reflected by current mirror 16 to Q8 to create drive signal 14. Because

US 6,262,633 B1

7

the mirrored current is greater than the small current conducted by Q8, the voltage at the base of output transistor Q2 falls, reducing $I_{Q2}$. However, the lowered voltage at the base of Q2 is also connected to the emitter of clamp transistor Q16'. The base voltage of Q16' is fixed by bias voltage source 52; thus, lowering the emitter voltage of Q16' increases its base-emitter voltage, thereby increasing the amount of current conducted by Q16'. With the collector of Q16' connected to the base of Q1, the increased current through Q16' serves to significantly increase Q1's base drive. In this way, clamp transistor Q16' provides an additional base drive path (as indicated by arrows 56) for Q1

When V– is greater than V+, clamp transistor Q15' provides additional base drive for Q2, as illustrated in FIG 3b As described above, when V– is greater than V+, output transistor Q2 is driven, via Q9, R1 and Q8 (arrows 58), to increase $I_{Q2}$. This drive current is mirrored by current mirror 18 to Q10. Because the mirrored current is greater than the small current through Q10, the difference current (drive signal 12) increases the voltage at the base of Q1, thereby reducing $I_{Q1}$. However, the emitter of Q15' is also connected to the base of Q1, so that Q1's increased base voltage also increases the base-emitter voltage of Q15' The resulting increase in the current conducted by Q15' is fed to the base of Q2, significantly increasing its base drive. Thus, Q15' provides an additional base drive path (as indicated by arrows 60) for Q2

The embodiment shown in FIGS 3a and 3b is preferred because it provides an increase in maximum output current with only a nominal increase in quiescent current, lowers distortion by offloading drive circuit transistors Q7–Q10 and by canceling crossover distortion, and requires no more components than did the prior art That is, all the above benefits are achieved using the same number of transistors as were used in FIG 1

As illustrated in FIG 3a, the magnitude of Q1's base drive current is equal to the sum of the current 54 flowing through the Q10/R1/Q7 current path, given by $I_o/[(1+R_{16})\beta_{Q1}]$, and the current 56 flowing through the Q16'/Q12 current path, given by $(R_{16}*I_o)/[(1+R_{16})\beta_{Q1}]$, where $I_o$ is the output current, $\beta_{Q1}$ is Q1's beta, and $R_{16}$ is the current mirror ratio for mirror 16 For example, if the ratio between Q11 and Q12 is 1:1, Q1's base drive is split 50/50. However, if the ratio between Q11 and Q12 bis 1:2 (and Q13/Q14 remains 1:1), then the Q10/R1/Q7 current path contributes ⅓ of the base drive, and the Q16'/Q12 path contributes ⅔ of the base drive

The components of Q2's base drive current are illustrated in FIG 3b As shown, Q2's base drive is equal to the sum of the current 58 flowing through the Q9/R1/Q8 current path, given by $I_o/[(1+R_{18})\beta_{Q2}]$, and the current 60 flowing through the Q15'/Q14 current path, given by $(R_{18}*I_o)/[(1+R_{18})\beta_{Q2}]$, where $\beta_{Q2}$ is Q2's beta, $I_o$ is as defined above, and R18 is the current mirror ratio for mirror 18.

To ensure that Q1 and Q2 receive well-controlled quiescent currents, drive circuit 10 is preferably arranged so that both Q9/Q10 and Q8/Q12 produce known difference currents such that, when V+=V–, the current in Q12 ($I_{Q12}$) is greater than $I_{Q8}$ and $I_{Q14}$ is greater than $I_{Q10}$ If not so arranged, the collector currents of Q15' and Q16' can go towards zero, resulting in large and poorly-controlled quiescent currents in Q1 and Q2. Ensuring the presence of difference currents can be accomplished by, for example, using current mirrors having ratios higher than 1:1, as discussed above

As noted above, bias voltage sources 50 and 52 are arranged to keep Q14 and Q12 out of saturation To ensure

8

that this is accomplished, current sources I7 and I8 must be properly sized When mirror transistor Q12 demands more current than Q8 can provide, the remainder is taken up by Q16' If the current from I8 is too small, all of I8's current will be stolen by the base of Q16' when Q16' needs to absorb a lot of current, causing the voltage at the base of Q16' to drop This in turn causes the collector voltage of Q12 to drop, which may cause it to saturate I8 should thus be arranged to produce current sufficient to keep Q12 out of saturation even when Q16' must absorb the maximum expected Q8/Q12 difference current. Similarly, I7 must be sized to keep Q14 out of saturation even when Q15' must absorb the maximum expected Q14/Q10 difference current With these I7 and I8 limitations taken into account, the maximum output current $I_o$(max.) of an output stage configured as shown in FIGS 3a and 3b when V– is smaller than V+ (output transistor Q1 dominant) is determined by the smaller of:

1) $I1*\beta_{Q7}*\beta_{Q1}*(1+R_{16})$,

2) $I4*\beta_{Q10}*\beta_{Q1}*(1+R_{16})$, or

3) $I8*\beta_{Q16}'*\beta_{Q1}*[(1+R_{16})/R_{16}]$

Similarly, when V– is greater than V– (output transistor Q2 dominant), the maximum output current is given by the smaller of:

1) $I3*\beta_{Q9}*\beta_{Q2}*(1+R_{18})$,

2) $I2*\beta_{Q8}*\beta_{Q2}*(1+R_{18})$, or

3) $I7*\beta_{Q15}'*\beta_{Q2}*[(1+R_{18})/R_{18}]$

where I1–I4–I7 and I8 are the output currents of their respective current sources, $\beta_x$ is the beta value of the subscripted transistor, and $R_{16}$ and $R_{18}$ are the current mirror ratios of mirrors 16 and 18, respectively

The novel output stage can be combined with an input stage to form either a current feedback amplifier or a voltage feedback amplifier; examples of each are shown in FIGS 4a and 4b, respectively In FIG 4a, current feedback amplifier 100 comprises an input stage 102 connected to drive output stage 25, with the overall output OUT fed back to the input stage via feedback resistors R2 and R3 In FIG 4b, voltage feedback amplifier 110 has an input stage 112 connected to drive output stage 25, with feedback via R2 and R3. In each case, the amplifier's gain G is determined by the value of its feedback resistors, as given by: G=(R2+R3)/R2. The output stage can be driven differentially, or, as shown in FIGS 4a and 4b, with a single-ended input (with the other input of output stage 25 connected to a fixed voltage $V_{fixed}$), with the same benefits provided in either case

As noted above, the invention improves both the output current and distortion performance of an op amp output stage. The improvement in distortion performance afforded by the present invention is illustrated in FIGS 5a and 5b, which are simulated plots of second and third harmonic distortion, respectively, versus frequency for both an amplifier made from a current feedback input stage and an output stage configured per FIGS 1, and an amplifier made from the same current feedback input stage and an output stage configured per FIGS 3a and 3b For each graph, the amplifier: has a gain of +2; is powered with ±2.5 volt supplies with $V_{fixed}$ set to a fixed voltage of 2.5 volts; receives a sinusoidal input voltage sweeping between –1 volt and +1 volt connected to the amplifier input IN; and drives a load resistance of 25 ohms In both graphs, the output stage current mirrors 16 and 18 are arranged with ratios of 1:2 As is clearly evident, the invention reduces distortion over a wide range of frequencies.

While particular embodiments of the invention have been shown and described, numerous variations and alternate

US 6,262,633 B1

9

10

embodiments will occur to those skilled in the art Accordingly, it is intended that the invention be limited only in terms of the appended claims

I claim:

1 An operational amplifier output stage, comprising: complementary bipolar output transistors, the collector-emitter circuits of which are connected in series between a first supply voltage and a second supply voltage, the junction between said collector-emitter circuits being said output stage's output terminal, said output transistors connected to conduct respective currents in response to complementary drive signals with the difference current between said respective currents delivered to said output terminal as said output stage's output current,

a drive circuit connected to provide said complementary drive signals to the bases of said output transistors, said drive circuit arranged to receive an output stage input signal at an output stage input and to conduct components of said complementary drive signals through first and second current paths, the magnitude of said complementary drive signals varying with said output stage input signal, said drive circuit having a given quiescent current which limits the maximum amplitude of said drive signals,

first and second complementary bipolar clamp transistors biased with respective bias voltages, said clamp transistors connected to the bases of respective output transistors to set the quiescent current of said output transistors and to prevent said output transistors from being cut off, and

first and second transistors connected to mirror the currents in said first and second current paths, the collectors of said first and second transistors connected to the bases of their opposing output transistors such that each provides an additional base drive path for its output transistor, said additional base drive paths reducing the amplitudes of the drive signals needed from said drive circuit for a given output current and thereby decreasing the amount of distortion that would otherwise be introduced into said output current by said drive circuit

2 The output stage of claim 1, wherein the collector-emitter circuits of said clamp transistors are connected between the bases of said output transistors such that each provides an additional base drive path for the output transistor to which its collector is connected, said additional base drive paths via said clamp transistors reducing crossover distortion and further reducing the amplitudes of the drive signals needed from said drive circuit for a given output current and thereby increasing the maximum output current available from said output stage for said given quiescent current

3 The output stage of claim 1, further comprising an input stage having at least one input and providing said output stage input signal to said output stage input, said output stage input signal varying with said at least one input, said input stage and said output stage forming an operational amplifier

4 The output stage of claim 3, wherein said output stage input is a differential input and said output stage input signal is a differential voltage

5 The output stage of claim 3, wherein said output stage input is a single-ended input and said output stage input signal is a single-ended voltage.

6 The output stage of claim 3, wherein said operational amplifier is a current feedback amplifier

7 The output stage of claim 3, wherein said operational amplifier is a voltage feedback amplifier

8 An operational amplifier output stage, comprising:
complementary bipolar output transistors, the collector-emitter circuits of which are connected in series between a first supply voltage and a second supply voltage, the junction between said collector-emitter circuits being said output stage's output terminal, said output transistors connected to conduct respective currents in response to complementary drive signals with the difference current between said respective currents delivered to said output terminal as said output stage's output current,

a drive circuit connected to provide said complementary drive signals to the bases of said output transistors, said drive circuit having a given quiescent current which limits the maximum amplitude of said drive signals, and

complementary bipolar clamp transistors biased with respective bias voltages, the collectors of said clamp transistors connected to the bases of their opposing output transistors such that each provides an additional base drive path for the output transistor to which its collector is connected, said additional base drive paths reducing the amplitudes of the drive signals needed from said drive circuit for a given output current and thereby increasing the maximum output current available from said output stage for said given quiescent current

9 The output stage of claim 8, wherein said drive circuit comprises:

first and second inputs connected to receive a differential voltage,

first and second transistors connected as emitter followers, the bases of which are connected to respective ones of said first and second inputs,

third and fourth transistors connected as emitter followers, the bases of which are connected to said first and second inputs, respectively, the polarities of said third and fourth transistors being complementary to those of said first and second transistors,

fifth and sixth transistors connected to receive the outputs of said first and second emitter followers, respectively, and to conduct first and second currents in response, the polarities of said fifth and sixth transistors being complementary to those of said first and second transistors,

a first diode-connected transistor connected to conduct said first current,

a first current source connected in series with said sixth transistor, the difference current between the output of said first current source and said second current being one of said complementary drive signals,

seventh and eighth transistors connected to receive the outputs of said third and fourth emitter followers, respectively, and to conduct third and fourth currents in response, the polarities of said seventh and eighth transistors being complementary to those of said third and fourth transistors,

a second diode-connected transistor connected to conduct said third current,

a second current source connected in series with said eighth transistor, the difference current between the output of said second current source and said fourth current being the other of said complementary drive signals,

the collector-emitter circuits of said fifth and seventh transistors connected in series between said first and

11

second diode-connected transistors and the collector-emitter circuits of said sixth and eighth transistors connected in series between said first and second current sources,

a resistor connected between the junction of said fifth and seventh transistors and the junction of said sixth and eighth transistors, and

ninth and tenth transistors connected in mirror configurations with said first and second diode-connected transistors, respectively, and to said output transistors to mirror said first and third currents to the bases of respective output transistors such that each provides an additional base drive path for the output transistor to which it is connected, said additional base drive paths reducing the amplitudes of the drive signals needed from said drive circuit for a given output current and thereby decreasing the amount of distortion that would otherwise be introduced into said output current by said drive circuit.

10 The output stage of claim 8, wherein said drive circuit comprises:

first and second inputs connected to receive a differential voltage,

first and second transistors connected as emitter followers, the bases of which are connected to respective ones of said first and second inputs,

third and fourth transistors connected as emitter followers, the bases of which are connected to said first and second inputs, respectively, the polarities of said third and fourth transistors being complementary to those of said first and second transistors,

fifth and sixth transistors connected to receive the outputs of said first and second emitter followers, respectively, and to conduct first and second currents in response, the polarities of said fifth and sixth transistors being complementary to those of said first and second transistors,

a first current mirror having an input and an output, said first current mirror connected to mirror said first current to said sixth transistor, the difference current between said mirrored first current and said second current being one of said complementary drive signals,

seventh and eighth transistors connected to receive the outputs of said third and fourth emitter followers, respectively, and to conduct third and fourth currents in response, the polarities of said seventh and eighth transistors being complementary to those of said third and fourth transistors,

a second current mirror having an input and an output, said second current mirror connected to mirror said third current to said eighth transistor, the difference current between said mirrored third current and said fourth current being the other of said complementary drive signals, the collector-emitter circuits of said fifth and seventh transistors connected in series between the inputs of said first and second current mirrors and the collector-emitter circuits of said sixth and eighth transistors connected in series between the outputs of said first and second current mirrors, and

a resistor connected between the junction of said fifth and seventh transistors and the junction of said sixth and eighth transistors

11. The output stage of claim 8, wherein said drive circuit is arranged to receive a differential voltage across first and second inputs and to conduct said complementary drive

12

signals through respective current paths, the magnitude of said complementary drive signals varying with said differential voltage, further comprising an input stage having at least one input and providing said differential voltage to said first and second inputs, said differential voltage varying with said at least one input, said input stage and said output stage forming an operational amplifier

12. The output stage of claim 11, wherein said operational amplifier is a current feedback amplifier.

13. The output stage of claim 11, wherein said operational amplifier is a voltage feedback amplifier

14 The output stage of claim 8, wherein said drive circuit is arranged to receive a single-ended voltage at an output stage input and to conduct said complementary drive signals through respective current paths, the magnitude of said complementary drive signals varying with said single-ended voltage, further comprising an input stage having at least one input and providing said single-ended voltage to said output stage input, said single-ended voltage varying with said at least one input, said input stage and said output stage forming an operational amplifier

15. The output stage of claim 14, wherein said operational amplifier is a current feedback amplifier

16. The output stage of claim 14, wherein said operational amplifier is a voltage feedback amplifier

17 An operational amplifier output stage, comprising:

complementary bipolar output transistors, the collector-emitter circuits of which are connected in series between a first supply voltage and a second supply voltage, the junction between said collector-emitter circuits being said output stage's output terminal, said output transistors connected to conduct respective currents in response to complementary drive signals with the difference current between said respective currents delivered to said output terminal as said output stage's output current,

a drive circuit connected to provide said complementary drive signals to the bases of said output transistors, said drive circuit having a given quiescent current which limits the maximum amplitude of said drive signals, said drive circuit comprising:

first and second inputs connected to receive a differential voltage,

first and second transistors connected as emitter followers, the bases of which are connected to respective ones of said first and second inputs,

third and fourth transistors connected as emitter followers, the bases of which are connected to said first and second inputs, respectively, the polarities of said third and fourth transistors being complementary to those of said first and second transistors,

fifth and sixth transistors connected to receive the outputs of said first and second emitter followers, respectively, and to conduct first and second currents in response, the polarities of said fifth and sixth transistors being complementary to those of said first and second transistors,

a first current mirror having an input and an output, said first current mirror connected to mirror said first current to said sixth transistor, the difference current between said mirrored first current and said second current being one of said complementary drive signals,

seventh and eighth transistors connected to receive the outputs of said third and fourth emitter followers, respectively, and to conduct third and fourth currents in response, the polarities of said seventh and eighth

US 6,262,633 B1

13

transistors being complementary to those of said third and fourth transistors,

a second current mirror having an input and an output, said second current mirror connected to mirror said third current to said eighth transistor, the difference current between said mirrored third current and said fourth current being the other of said complementary drive signals, the collector-emitter circuits of said fifth and seventh transistors connected in series between the inputs of said first and second current mirrors and the collector-emitter circuits of said sixth and eighth transistors connected in series between the outputs of said first and second current mirrors, and

a resistor connected between the junction of said fifth and seventh transistors and the junction of said sixth and eighth transistors, and

14

complementary bipolar clamp transistors biased with respective bias voltages, the collectors of said clamp transistors connected to the bases of their opposing output transistors such that each provides an additional base drive path for the output transistor to which its collector is connected, said additional base drive paths reducing the amplitudes of the drive signals needed from said drive circuit for a given output current and thereby increasing the maximum output current available from said output stage for said given quiescent current

18  The output stage of claim 17, wherein said first and second current mirrors each have ratios of greater than 1:1

*  *  *  *  *

# EXHIBIT D

US005481178A

# United States Patent [19]

## Wilcox et al.

[11] **Patent Number:** 5,481,178

[45] **Date of Patent:** Jan. 2, 1996

[54] **CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULATOR CIRCUIT**

[75] Inventors: **Milton E. Wilcox**, Saratoga; **Randy G. Flatness**, Los Gatos, both of Calif.

[73] Assignee: **Linear Technology Corporation**, Milpitas, Calif

[21] Appl. No.: **36,047**

[22] Filed: **Mar. 23, 1993**

[51] Int. Cl.$^6$ ............................................. G05F 1/618
[52] U.S. Cl. ................................. 323/287; 323/224
[58] Field of Search ...................... 323/259, 344,
323/271, 268, 275, 285, 350, 274, 277,
287, 284, 224

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,395,675 | 7/1983 | Toumani | 323/271 |
| 4,578,630 | 3/1986 | Grosch | 323/271 |
| 4,706,177 | 11/1987 | Josephson | 363/24 |
| 5,097,196 | 6/1992 | Schoneman | |
| 5,177,676 | 1/1993 | Inam et al. | 323/285 X |
| 5,184,729 | 2/1993 | Fung et al. | 341/144 |

FOREIGN PATENT DOCUMENTS

0428377  5/1991  European Pat. Off.

OTHER PUBLICATIONS

"LT1432 5 V High Efficiency Step-Down Switching Regulator Controller," Data Sheet published by Linear Technology Corporation in the *1992 Linear Databook Supplement*, Milpitas, Calif., pp. 4–145 to 4–171

"Max 782/Max 786 Notebook Computer Power Supplies," Advance Information Data Sheet published by Maxim Integrated Products, Feb. 1993, Sunnyvale, Calif., pp. 1–8.

"ML4873 Battery Power Control IC," Advance Information Data Sheet published by Micro Linear Corporation, dated Mar. 15, 1993, San Jose, Calif., pp. 1–8.

*Primary Examiner*—Peter S. Wong
*Assistant Examiner*—Shawn Riley
*Attorney, Agent, or Firm*—Fish & Neave; Mark D. Rowland; Robert W. Morris

[57] **ABSTRACT**

A circuit and method for controlling a switching voltage regulator having (1) a switch including one or more switching transistors and (2) an output adapted to supply current at a regulated voltage to a load including an output capacitor. The circuit and method generates a control signal to turn said one or more switching transistors OFF under operating conditions when the voltage at the output is capable of being maintained substantially at the regulated voltage by the charge on the output capacitor. Such a circuit and method increases the efficiency of the regulator circuit particularly at low average current levels.

**57 Claims, 10 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10

5,481,178

1

## CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULATOR CIRCUIT

### BACKGROUND OF THE INVENTION

The present invention relates to a switching regulator circuit. More particularly, the present invention relates to a control circuit and method for maintaining high efficiency over broad current ranges in a switching regulator circuit.

The purpose of a voltage regulator is to provide a predetermined and constant output voltage to a load from a poorly-specified and fluctuating input voltage source. Generally, there are two different types of regulators: series regulators and switching regulators.

The series regulator employs a pass element (e.g., a power transistor) coupled in series with a load and controls the voltage drop across the pass element in order to regulate the voltage which appears at the load. In contrast, the switching regulator employs a switch (e.g., a power transistor) coupled either in series or parallel with the load. The regulator controls the turning ON and turning OFF of the switch in order to regulate the flow of power to the load. The switching regulator employs inductive energy storage elements to convert the switched current pulses into a steady load current. Thus, power in a switching regulator is transmitted across the switch in discrete current pulses, whereas in a series regulator, power is transmitted across the pass element as a steady current flow.

In order to generate a stream of current pulses, switching regulators typically include control circuitry to turn the switch on and off. The switch duty cycle, which controls the flow of power to the load, can be varied by a variety of methods. For example, the duty cycle can be varied by either (1) fixing the pulse stream frequency and varying the ON or OFF time of each pulse, or (2) fixing the ON or OFF time of each pulse and varying the pulse stream frequency.

Which ever method is used to control the duty cycle, switching regulators are generally more efficient than series regulators. In series regulators, the pass element is generally operated in its linear region where the pass element conducts current continuously. This results in the continuous dissipation of power in the pass transistor. In contrast, in switching regulators, the switch is either OFF, where no power is dissipated by the switch, or ON in a low impedance state, where a small amount of power is dissipated by the switch. This difference in operation generally results in reduced amounts of average power dissipation in switching regulators.

The above difference in efficiency can be more apparent when there is a high input-output voltage difference across the regulator. For example, it would not be unusual for a series regulator to have an efficiency of less than 25 percent when a switching regulator could perform an equivalent function with an efficiency of greater than 75 percent.

Because of their improved efficiency over series regulators, switching regulators are typically employed in battery-operated systems such as portable and laptop computers and hand-held instruments. In such systems, when the switching regulator is supplying close to the rated output current (e.g., when a disk or hard drive is ON in a portable or laptop computer), the efficiency of the overall circuit can be high. However, the efficiency is generally a function of output current and typically decreases at low output current. This reduction in efficiency is generally attributable to the losses

2

associated with operating the switching regulator. These losses include, among others, quiescent current losses in the control circuitry of the regulator, switch losses, switch driver current losses and inductor/transformer winding and core losses.

The reduction in efficiency of a switching regulator at low output current can become important in battery-operated systems where maximizing battery lifetime is desirable.

In view of the foregoing, it would be desirable to provide a high efficiency switching regulator.

It would also be desireable to provide a control circuit and method for maintaining high efficiency over broad current ranges, including low output currents, in a switching regulator circuit.

### SUMMARY OF THE INVENTION

It is therefore an object of the present invention to provide a high efficiency switching regulator.

It is also an object of the present invention to provide a control circuit and method for maintaining high efficiency over broad current ranges, including low output currents, in a switching regulator circuit.

In accordance with these and other objects of the invention, there is provided a circuit and method for controlling a switching voltage regulator having (1) a switch including one or more switching transistors and (2) an output adapted to supply current at a regulated voltage to a load including an output capacitor. The circuit and method generates a control signal to turn the one or more switching transistors OFF under operating conditions when the voltage at the output is capable of being maintained substantially at the regulated voltage by the charge on the output capacitor (e.g., during low output currents). During such periods of time, the load does not consume power from the input power source. Therefore, the regulator efficiency is increased. If desired, other components in the switching regulator, in addition to switching transistors, can also be intentionally held OFF to conserve additional power. This additional feature of the present invention can further increase the efficiency of the overall regulator circuit.

The circuit and method of the present invention can be used to control various types of switches in switching regulator circuits, including switches that use either one or more power transistors. Additionally, the circuit and method can be used to control switches in various types of switching regulator configurations, including voltage step-down, voltage step-up and polarity-inversing configurations.

Additionally, the circuit and method of the present invention can vary the OFF time of the switching transistor in response to the input and output voltages of the switching regulator. This feature of the present invention reduces the emission of audible noise from the switching regulator during low input voltage conditions. It also reduces the potential for current runaway during short circuits in the output voltage for some regulator configurations.

### BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects and advantages of the present invention will be apparent upon consideration of the following detailed description, taken in conjunction with the accompanying drawings, in which like reference characters refer to like parts throughout, and in which:

5,481,178

3

FIG. 1 is a schematic block diagram of a typical prior art switching regulator circuit employing a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 2 is a schematic block diagram of a switching regulator circuit incorporating a first embodiment of the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 3 is a schematic block diagram of a switching regulator circuit incorporating a second embodiment of the high-efficiency control circuit of the present invention to drive a switch including a switching MOSFET and a switching diode in a step-down configuration;

FIG. 4 is a schematic block diagram of a switching regulator circuit incorporating a "user-activated" embodiment of the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 5 is a schematic block diagram of a switching regulator circuit incorporating the variable OFF-time control circuit of the present invention;

FIG. 6 is a detailed schematic diagram of an embodiment of the variable OFF-time control circuit of FIG. 5;

FIG. 7 is a detailed schematic diagram of an exemplary switching regulator circuit incorporating both the variable OFF-time feature and the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 8 is a schematic block diagram of a switching regulator circuit incorporating a circuit of the present invention for preventing reversals in the polarity of the current in the output inductor of the regulator from drawing power from the load;

FIG. 9 is a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a step-up configuration; and

FIG. 10 is a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a polarity-reversing configuration.

### DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 is a schematic block diagram of a typical prior art switching regulator circuit employing a push-pull switch in a step-down configuration.

Referring to FIG. 1, circuit 10 is used to provide a regulated DC output voltage $V_{OUT}$ at terminal 12 (e.g., 5 volts) for driving load 14 which, for example, may be a portable or laptop computer or other battery-operated system. Circuit 10 operates from an unregulated supply voltage $V_{IN}$ coupled to terminal 14 (e.g., a 12 volt battery). Circuit 10 includes push-pull switch 15, driver circuit 20, output circuit 30 and control circuit 35.

Driver circuit 20 is used to drive push-pull switch 15 which includes two synchronously-switched power MOS-FETS 16 (p-channel) and 17 (n-channel) stacked in series between supply rail $V_{IN}$ and ground. Push-pull switch 15 in conjunction with driver circuit 20 is typically referred to as a "half-bridge" configuration. MOSFETS 16 and 17 are used to alternately supply current to output circuit 30 which

4

includes inductor 32 (L1) and output capacitor 34 ($C_{OUT}$). Output circuit 30 smooths the alternating supply of current so that load 12 is provided a regulated voltage $V_{OUT}$. In order to supply the alternating current, MOSFETS 16 and 17 are respectively driven by P-channel driver 26 and N-channel driver 27, which in turn are both controlled by control circuit 35.

Control circuit 35 includes one-shot circuit 25 which provides an OFF pulse of constant duration (e.g., 2 to 10 microseconds) during which time MOSFET 16 is held OFF and MOSFET 17 is held ON by drivers 26 and 27, respectively. Otherwise, one-shot circuit 25 provides an ON pulse during which time MOSFET 16 is held ON and MOSFET 17 is held OFF. Therefore, one-shot circuit 25 alternately turns MOSFETS 16 and 17 ON and OFF to provide an alternating supply of current to (output circuit 30. The duty cycle of the one-shot circuit 35 is in turn controlled by current amplifier 39.

Control circuit 35 monitors the output voltage $V_{OUT}$ through resistor-divider network $R_1/R_2$ (36A/36B) to provide a feedback voltage $V_{FB}$ proportional to the output voltage $V_{OUT}$. Control circuit 35 also monitors the current $I_L$ through inductor L1 to provide a feedback current $I_{FB}$ proportional to inductor current $I_L$. Circuit 10 operates by controlling inductor current $I_L$ so that the feedback voltage $V_{FB}$ is regulated to be substantially equal to a reference voltage $V_{REF}$ provided by reference circuit 37. With feedback voltage $V_{FB}$ being regulated, the output voltage $V_{OUT}$ is in turn regulated to a higher voltage by the ratio of $(R_1+R_2)$ to $R_2$.

Transconductance amplifier 38 is used to compare the feedback voltage $V_{FB}$ to a reference voltage $V_{REF}$. Circuit 10 regulates the output voltage $V_{OUT}$ as follows. During each cycle when switch 15 is "ON", P-MOSFET 16 is turned ON and the current $I_L$ in inductor L1 ramps up at a rate dependent on $V_{IN}$–$V_{OUT}$. When $I_L$ ramps up to a threshold level set by output 38A of transconductance amplifier 38, current comparator 39 trips and triggers the one-shot OFF pulse, initiating the "OFF" cycle of switch 15. During the "OFF" cycle, one-shot circuit 25 holds P-MOSFET 16 OFF and turns N-MOSFET 17 ON. This in turn causes the current $I_L$ in inductor L1 to ramp down at a rate dependent on $V_{OUT}$. Thus, the duty cycle of the periodic turning OFF of switch 15 is controlled so the current $I_L$ produces a regulated output voltage $V_{OUT}$ at terminal 12.

As the output load current increases, the voltage drop across $R_2$ resistor 36B will decrease. This translates into a small error voltage at input 38B of transconductance amplifier 38 that will cause output 38A to increase, thus setting a higher threshold for current comparator 39. Consequently, current $I_L$ in inductor L1 is increased to the level required to support the load current.

Since the OFF time ($t_{OFF}$) of one-shot circuit 25 is constant, switching regulator circuit 10 has a constant ripple current in inductor L1 (for constant output voltage $V_{OUT}$), but has a frequency which varies with $V_{IN}$. The ripple oscillation frequency is given by the equation:

$$f_{RII} = (1/t_{OFF}) [1 - (V_{OUT}/V_{IN})]$$

One disadvantage of circuit 10 in FIG. 1 is that the ripple oscillation frequency $f_{RIP}$ may decrease to an audible level with low input voltages $V_{IN}$. This could occur, for example, when a battery powering the switching regulator circuit is nearly discharged. Inductor L1 may then generate and emit noise that can be objectionable to a user of the device employing the regulator circuit.

5,481,178

5

An additional disadvantage of prior art circuit 10 is that the inductor current $I_L$ is not well controlled when the output voltage $V_{OUT}$ is shorted to ground. The basic relationship between inductor current and voltage is given by the equation $di/dt=V/L$. This means that the rate at which current $I_L$ in inductor L1 decays during the OFF-time depends on the voltage across inductor L1, which is the sum of $V_{OUT}$ and the drain to source voltage, $V_{DS}$, of N-MOSFET 17. During a short, $V_{OUT}$ approaches zero while $V_{DS}$ is also very low, resulting in very little decay of current $I_L$ in inductor L1 during $t_{OFF}$. However, following each OFF cycle, P-MOS-FET 16 is turned back ON until current comparator 39 again trips one-shot constant OFF time control circuit 25. Even for the minimum time that P-MOSFET 16 is ON, the current $I_L$ in inductor L1 may increase by more than it can decrease during $t_{OFF}$. This may result in a runaway condition in which the short circuit current may reach destructive levels.

A further disadvantage of prior art circuit 10 results from the constant ripple current in inductor L1. During $t_{OFF}$, current $I_L$ in inductor L1 always ramps down by the same amount regardless of the output current of the regulator. At low output currents this can cause the current in inductor L1 to reverse polarity and, thus, pull power from the load. During the following ON cycle, current again ramps positive such that the average inductor current equals the load current. Losses associated with this constant ripple current, along with switching losses due to the charging and discharging of switch 15's MOSFET gates, can produce large reductions in efficiency at low output currents. This will be especially the case if the current in inductor L1 reverses and power is pulled from the load to ground through N-MOSFET 17.

A still further disadvantage of prior art circuit 10 concerns the gate drives to P-MOSFET 16 and N-MOSFET 17. Delays are generally incorporated into drivers 26 and 27 to ensure that one power MOSFET turns OFF before the other turns ON. If there is insufficient deadtime between the conduction of the two MOSFETs (due to, for example, device, circuit processing, or temperature variations), current will be passed directly from input supply $V_{IN}$ to ground. This "shoot-through" effect can dramatically reduce efficiency, and in some circumstances, can overheat and destroy the power MOSFETs.

FIG. 2 is a schematic block diagram of a switching regulator circuit incorporating a first embodiment of the high-efficiency control circuit of the present invention for driving a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator circuit 50 includes push-pull switch 15, driver circuit 20 and output circuit 30 similar to those of FIG. 1. Circuit 50 also includes an embodiment FIG of the high-efficiency control circuit of the present invention.

Control circuit 70 includes one-shot circuit 25, current comparator 39 and amplifier 38 similar to those of FIG. 1. However, in addition to those components, control circuit 70 also includes constant current source $I_1$ 72 and hysteretic comparator 74 for providing high efficiency operation at low average current levels.

As will be discussed in greater detail below, constant current source $I_1$ 72 and comparator 74 allow push-pull switch 15 to go into a state of operation where both MOSFETS 16 and 17 are simultaneously OFF under conditions where the output voltage $V_{OUT}$ can be maintained substantially at the regulated voltage $V_{REG}$ by output capacitor $C_{OUT}$. This state of operation is referred to herein as a "sleep mode." The ability of push-pull switch 15 to go into such a sleep mode is in contrast to the regulator circuit of

6

FIG 1 where one of the two MOSFETs 16 and 17 is substantially ON at all times. This feature of the present invention reduces the regulator circuit power consumption since push-pull switch 15 does not dissipate power or allow power to be pulled from load $R_L$ to ground in sleep mode.

Furthermore, if desired, while push-pull switch 15 is in the above-described sleep mode, the regulator circuit can turn OFF other circuit components which are not needed while the regulator is in sleep mode. For example, for the embodiment of the present invention shown in FIG. 2, one-shot circuit 25, current comparator 39, current source $I_1$ 72 and amplifier 38 can also be turned OFF in sleep mode. This feature of the present invention allows the regulator circuit to operate at even higher efficiencies than otherwise possible if only push-pull switch 15 were maintained in a sleep mode.

At high load current levels (e.g., greater than 20 percent of the maximum rated output current) control circuit 70 operates similar to control circuit 35 of FIG. 1. In FIG 2, the current feedback $I_{FB}$ is again provided to the non-inverting input of current comparator 39. Offset $V_{OS}$ 76, which preferably is built into amplifier 38, level-shifts feedback voltage $V_{FB}$ slightly below reference voltage $V_{REF}$, thus keeping the output of hysteretic comparator 74 high during high current conditions. When the feedback current $I_{FB}$ exceeds the current supplied to the inverting input of current comparator 39, the output of comparator 39 goes HIGH so as to initiate the switch "OFF" cycle.

During the "OFF" cycle, output 25A of one-shot circuit 25 is HIGH, which turns P-MOSFET 16 OFF and N-MOSFET 17 ON. After a constant time set by one-shot circuit 25, output 25A goes LOW, thus initiating the next "ON" cycle where P-MOSFET 16 ON and N-MOSFET 17 OFF.

In accordance with the present invention, regulator circuit 50 goes into sleep mode at low output current levels as follows. Hysteretic comparator 74 monitors the feedback voltage $V_{FB}$ and goes LOW when $V_{FB}$ exceeds a predetermined voltage value in excess of the reference voltage $V_{REF}$. Such a condition is indicative of the output voltage $V_{OUT}$ exceeding a predetermined voltage value in excess of the regulated voltage $V_{REG}$. This over voltage condition is intentionally induced at low average output currents by providing a constant current source $I_1$ 72 coupled in parallel with amplifier 38. During the over voltage condition both MOSFETS 16 and 17 are maintained OFF by way of AND gate 66 and NAND gate 68.

Constant current source $I_1$ sets a minimum feedback current threshold for current comparator 39. This sets a minimum current required in inductor L1 during each ON cycle to trip comparator 39. In accordance with the present invention, current comparator 39 is intentionally forced to remain ON at current levels that would otherwise cause it to trip. Thus, more current is supplied to inductor L1 than is necessary to maintain the output voltage $V_{OUT}$ at the regulated voltage $V_{REG}$. As a result, $V_{OUT}$ will begin to increase beyond the regulated voltage $V_{REG}$, causing the feedback voltage $V_{FB}$ to trip hysteretic comparator 74 at a predetermined voltage value in excess of $V_{REF}$. When comparator 74 trips, its output goes LOW to turn both MOSFET 16 and 17 OFF to put the regulator circuit into sleep mode.

In the above-described state of operation (i e., "sleep mode") where MOSFETs 16 and 17 are both simultaneously OFF, the output load 14 is supported substantially by output capacitor $C_{OUT}$. Hysteretic comparator 74 monitors the feedback voltage $V_{FB}$ and when $V_{OUT}$ falls such that $V_{FB}$ has decreased by the amount of the hysteresis in comparator 74, driver circuit 20 is taken out of sleep mode (where

5,481,178

7

MOSFETS 16 and 17 are both driven OFF) so that a new ON cycle is initiated to supply current to load 14. If the load current remains low, $C_{OUT}$ will recharge to a voltage level in excess of $V_{REG}$ and the feedback voltage $V_{FB}$ will again trip comparator 74 after only a few cycles.

Thus, during light loads, control circuit 70 is adapted to turn both MOSFET 16 and MOSFET 17 OFF when they are not needed to maintain the output voltage substantially at the regulated voltage level if the output capacitor $C_{OUT}$ is capable of doing so. When the output voltage falls below the regulated voltage level in such a mode, control circuit 70 is adapted to briefly turn switch 15 ON to recharge the output capacitor $C_{OUT}$ back to a voltage level in excess of the regulated voltage. Therefore, $V_{OUT}$ will oscillate between upper and lower thresholds separated by the comparator 74 hysteresis voltage multiplied by the ratio of $(R_1+R_2)$ to $R_2$. The rate at which the regulator "wakes up" to recharge output capacitor $C_{OUT}$ will automatically adapt to the load current, maintaining high efficiencies even at low output currents.

In accordance with the present invention, control circuit 70 maintains MOSFETS 16 and 17 OFF over periods of time when the output current is low enough to allow the output capacitor $C_{OUT}$ to maintain the output voltage substantially at the regulated voltage. Typically, such periods of OFF time, wherein both MOSFETS 16 and 17 are maintained OFF even though the switching regulator is providing a regulated voltage, can extend from less than 100 microseconds to over a few seconds (respectively corresponding to a few switch cycles to over one-hundred-thousand switch cycles for a switching frequency of 100 kilohertz). Such OFF times typically allow high efficiency to be obtained (e.g., over 90%) over an output current range in excess of 100:1. Because other components in addition to the switching transistors can also be maintained OFF during such periods, even higher efficiencies can typically be obtained.

Control circuit 70 of switching regulator 50 shown in FIG. 2 is used to drive a synchronously-switched switch including MOSFETs 16 and 17. As used herein, the term "synchronously-switched switch" refers to a switch including two switching transistors that are driven out of phase to supply current at a regulated voltage to a load. FIG. 3 shows a second embodiment of the high-efficiency control circuit of the present invention adapted to drive a switch including a switching transistor and a switching diode in a step-down configuration.

As shown in FIG. 3, switching regulator circuit 100 includes switch 115 including P-MOSFET 116 and diode 118. Switch 115 is driven by driver 120 including P-driver 126. The turning-ON and turning-OFF of switch 115 is controlled by control circuit 125. Because control circuit 125 is used to only drive one MOSFET (in contrast to control circuit 70 of FIG. 2), it only has one output terminal 125A (taken from the output of NAND gate 68).

Control circuit 125 includes current comparator 39, amplifier 38, hysteretic comparator 74 and one-shot circuit 25, similar to those shown in control circuit 70 of FIG. 2. As discussed above with respect to FIG. 2, at low average output current levels, constant current source $I_1$ 72 is used to intentionally overdrive the current supplied to inductor L1 so as to cause the output voltage $V_{OUT}$ to increase beyond the regulated voltage level $V_{REG}$ where the output can be supported substantially by output capacitor $C_{OUT}$ for extended periods of time. During these extended time periods, P-MOSFET 116 is maintained OFF in a sleep mode so as to increase circuit efficiency.

8

As discussed above, control circuits 70 and 125 of FIGS. 2 and 3, respectively, provide high-efficiency operation at low average output current levels. Such operation adapts automatically to the output current level. For example, at high output current levels during a first state of operation the switch continually alternates between an ON state and an OFF state to maintain the output voltage $V_{OUT}$ at the regulated voltage level $V_{REG}$. At low output current levels during a second state of operation, where circuit efficiency would otherwise be low, the output voltage $V_{OUT}$ is able to be maintained substantially at the regulated voltage level $V_{REG}$ by output capacitor $C_{OUT}$ without continuously turning the switch ON and OFF. Thus, the control circuit automatically identifies such a condition and allows the regulator circuit to go into a "sleep" mode where a minimal number of circuit components are required to be ON.

In accordance with another feature of the present invention, a regulator circuit can also incorporate a "user activated" embodiment of the control circuit of the present invention where a user input controls whether the regulator circuit is in a "sleep" mode or not. FIG. 4 is a schematic block diagram of a switching regulator circuit incorporating such a "user-activated" embodiment of the high-efficiency control circuit of the present invention for driving a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator circuit 150 in FIG. 4 includes push-pull switch 15, driver 20, output circuit 30 similar to those in circuit 50 of FIG. 2. Control circuit 170 of regulator circuit 150 includes one-shot circuit 25, current comparator 39 and amplifier 38 also similar to those in circuit 50 of FIG. 2. In contrast to FIG. 2, switch 175 (including switches 176 and 178) is used to manually switch regulator circuit 150 into a sleep mode through user input 175A, which may be a control signal from some other type of control circuit (not shown). Upon the closing of switch 175, switches 176 and 178 both close.

Switch 176 is used to turn N-driver 27 OFF in sleep mode by grounding input 66A of AND gate 66 (which normally is held HIGH by resistor 67 coupled to a positive supply). Switch 178 is used to introduce positive feedback, and therefore hysteresis, into amplifier 38 so as to allow control circuit 170 to maintain the output voltage $V_{OUT}$ substantially at the regulated voltage level $V_{REG}$ in sleep mode. (Resistor $R_{HYS}$, coupled between reference circuit 37 and the non-inverting input of transconductance amplifier 38, is used to assist in feeding back the output of amplifier 38 into the non-inverting input of amplifier 38.)

Switch 178 allows amplifier 38 to overdrive the supply of current to inductor L1 (through P-MOSFET 16) so as to intentionally drive the output voltage $V_{OUT}$ to a predetermined level in excess of the regulated voltage level $V_{REG}$. After being driven to such voltage level, the hysteresis in amplifier 38 maintains P-driver 26 OFF until the feedback voltage $V_{FB}$ falls by at least the hysteresis voltage. At that point, output 39A of current amplifier 39 goes HIGH to trigger one-shot circuit 25 so that P-MOSFET 16 is turned ON to re-charge the output capacitor $C_{OUT}$ to the predetermined voltage level in excess of the regulated voltage level $V_{REG}$.

As discussed above, control circuit 170 periodically wakes up during sleep mode to turn P-MOSFET 16 ON to recharge the output capacitor $C_{OUT}$. It will be apparent to those of ordinary skill in art that although N-MOSFET 15 is maintained OFF during such wake-up periods, this does not have to be the case. For example, while control circuit 170 is recharging output capacitor $C_{OUT}$, such recharging could

5,481,178

**9**

be accomplished by alternately turning the switching transistors OFF so as to vary the duty cycle and thereby recharge the output capacitor $C_{OUT}$.

Thus, regulator circuit 150 operates to increase efficiency at low current levels as in regulator circuit 50 of FIG. 2 if a user manually activates a switch. However, in contrast to regulator circuit 50 of FIG. 2, regulator circuit 150 does not automatically adapt to the output current levels. For example, circuit 150 does not take itself out of sleep mode as the average output current increases—it relies upon user deactivation.

As discussed above, the embodiments of the control circuits of the present invention shown in FIGS. 2–4 include one-shot circuit 25. In accordance with another feature of the present invention, the one-shot circuit could be replaced with other types of circuits that control the duty cycle of the power switch. For example, one-shot circuit 25 could be replaced with a pulse-width modulator circuit that provides a pulse-width modulated signal in response to a control signal. Of course, other types of circuits could be used as well.

In accordance with another feature of the present invention, one-shot circuit 25, which provides a constant OFF-time control signal, could be replaced with a one-shot circuit that provides a variable OFF-time control signal dependent upon the output voltage ($V_{OUT}$) and the input voltage ($V_{IN}$). This feature of the present invention can be used to reduce the generation and emission of audible noise from inductor L1 at low input voltages. As discussed above, such noise is associated with oscillation in the inductor current. Furthermore, this feature of the present invention can also be used to control the short circuit current if the output is short circuited.

FIG. 5 is a schematic block diagram of an exemplary switching regulator circuit incorporating the variable OFF-time control circuit of the present invention.

Switching regulator circuit 200 includes push-pull switch 15, driver circuit 20, current feedback circuit 210, voltage feedback circuit 220, feedback control circuit 230 and variable OFF-time circuit 240. Feedback control circuit 230 monitors the output current and output voltage through inputs 232 and 234, respectively, and provides a trigger signal at terminal 236 to initiate the OFF cycle of switch 15. Variable OFF-time circuit 240 is used to control the OFF time as follows.

Circuit 240 includes one-shot generator 245 which is triggered by feedback control circuit 230 through terminal 236. One-shot generator 245 includes an additional terminal 245A coupled to control capacitor ($C_{CON}$) 246 whose voltage is monitored by generator 245. In accordance with the present invention, OFF-time control circuit 250 controls the discharging of capacitor $C_{CON}$, and thus the capacitor voltage, so as to in turn control the OFF time of generator 245. OFF-time control circuit 250 monitors the input and output voltages ($V_{IN}$ and $V_{OUT}$) and, depending upon their values, adjusts the OFF time accordingly.

In accordance with the present invention, if the input voltage $V_{IN}$, decreases so that the inductor L1 oscillation frequency $f_{RIP}$ discussed above falls into an audible range, the OFF time is decreased so that $f_{RIP}$ will accordingly increase out of an audible range. Also, if the output voltage $V_{OUT}$ decreases due to a short circuit so that the voltage across inductor L1 is too low to allow adequate decay in inductor current during the OFF cycle, the OFF time is increased so as to avoid a current runaway condition.

**10**

In the present embodiment the discharging of control capacitor $C_{CON}$ is regulated by controlling the magnitude of control current $I_{CON}$. For example, at low input voltages $I_{CON}$ is increased by OFF-time control circuit 250 so that the voltage on control capacitor $C_{CON}$ rapidly falls. When the control capacitor voltage falls below a predetermined value, the ON cycle of switch 15 is initiated. Additionally, at low output voltages $I_{CON}$ is decreased by OFF-time control circuit 250 so that the voltage on control capacitor $C_{CON}$ slowly decays to lengthen the OFF time.

Although switching regulator circuit 200 shown in FIG. 5 relies upon a particular circuit for discharging a capacitor to control the OFF time, it is apparent that other circuits for performing this same function in response to the input and output voltages can also be used. For example, if desired, an operational amplifier could be used to control the OFF-time.

Thus, a one-shot circuit has been discussed which provides a variable OFF-time control signal that adapts to the input and output voltage levels. This feature of the present invention is used to reduce the generation and emission of audible noise from the regulator circuit at low input voltage levels (i.e., reduce $t_{OFF}$ at low input voltages) and to limit the short circuit current if the output is short circuited (i.e., increase $t_{OFF}$ at low output voltages).

FIG. 6 is a detailed schematic diagram of an exemplary embodiment of the variable OFF-time control circuit of FIG. 5.

OFF-time control circuit 250 accepts as inputs $V_{IN}$ and $V_{OUT}$ at terminals 252 and 254, respectively, and provides an output $I_{CON}$ at terminal 256. As discussed above, $I_{CON}$ provides for the controlled discharging of a control capacitor $C_{CON}$ coupled to terminal 256. Control circuit 250 controls the magnitude of $I_{CON}$, and therefore controls the time it takes control capacitor $C_{CON}$ to discharge. Control circuit 250 includes current source 260 (for providing current $I_{CN2}$), current source 270 (for providing current $I_{CN1}$), current compensation circuit 280 and current mirror output circuit 295. Control circuit 250 works as follows.

Current mirror output circuit 295 is a current mirror circuit including transistor 296 and transistor 298 (having its gate 298A connected to its drain 298B). Circuit 295 accepts a controlled reference current $I_{CREF}$ at input 295A and provides a proportional output current $I_{CON}$ related to the aspect ratios of transistor 296 and 298 (as in conventional current mirror circuits). In accordance with the present invention, $I_{CREF}$ will be equal to either $I_{CN1}$ or ($I_{CN1}+I_{CN2}$) depending upon voltages $V_{IN}$ and $V_{OUT}$ on input terminals 252 and 254, respectively.

When $V_{IN}-V_{OUT}$ is greater than 1.5volts, transistor 262 conducts sufficient current (from current source 264 and current supply $I_s$) to hold transistor 266 OFF. With transistor 266 OFF, current $I_{CN2}$ will be zero and current $I_{CREF}$ will therefore be equal to current $C_{CN1}$ provided at output terminal 270A of current source 270.

Current $I_{Cn1}$ is supplied by a current mirror circuit composed of transistor 272 and transistor 274 (having its gate 274A connected to its drain 274B). In accordance with the present invention, the reference current $I_{CN1REF}$ flowing from transistor 274 will be equal to either $I_{CN1A}$ or ($I_{CN1A}+I_{CN1B}$), depending upon whether transmission gate 282 is open or closed, respectively.

Transmission gate 282 is controlled by comparator 284 and will be OPEN when $V_{OUT}$ is less than $V_{TH3}$. Under OPEN conditions, $I_{CN1REF}$ will be equal to $I_{CN1A}$ which goes to the collector of transistor 276. This current is derived by dividing $V_{OUT}$ by the output divider (composed of resistors 271 and 273) to produce voltage $V_{FB1}$ (at the base of

5,481,178

11

transistor 279). Voltage $V_{FB1}$ is then level shifted up by the base-emitter voltage of transistor 279 and then down by the base-emitter voltage of transistor 276 where it appears across emitter resistor 278. The resulting transistor 276 collector current is then proportional to the output voltage $V_{OUT}$, causing control capacitor $C_{CON}$ to be discharged at a rate which is proportional to the discharge rate of the current in inductor L1.

Thus, when the output voltage $V_{OUT}$ is low, such as during a fault or start-up condition, $t_{OFF}$ will be lengthened to allow the additional time required for the current to ramp down in inductor L1.

When the output voltage $V_{OUT}$ is greater than $V_{TH3}$, the output of comparator 284 closes transmission gate 282 to couple an additional compensation current $I_{CN1B}$ to the drain of transistor 274 to provide current compensation through current compensation circuit 280. Compensation current $I_{CN1B}$ is equal to current $I_{TRIM}$ minus the drain current of transistor 286. Transistors 286 and 288 serve to mirror the collector current in transistor 290 (which is derived in a similar manner to the collector current in transistor 276 discussed above, except that voltage $V_{REF}$ is used instead of voltage $V_{FB1}$)

Compensation current $I_{CN1B}$ has two purposes: 1) to serve as a trimming current to set a desired control current $I_{CON}$ when the output voltage $V_{OUT}$ is substantially at its regulated level, and 2) to maintain a substantially constant control current $I_{CON}$ over a wide range of operating temperatures. During typical circuit manufacturing, variations in the resistance of resistor 278 would normally cause control current $I_{CON}$ to be larger or smaller than desired. By trimming $I_{TRIM}$ while in production, compensation current $I_{CN1B}$ can be adjusted to add or subtract from the collector current ($I_{CN1A}$) of transistor 276 as required to provide a predetermined control current $I_{CON}$. Additionally, if resistors 278 and 292 are matched (i.e., designed and fabricated similarly), then control current $I_{CON}$ variations due to the temperature variation of the resistance of resistor 278 will be substantially cancelled by a corresponding change in the resistance of resistor 292.

If the output voltage $V_{OUT}$ is less than voltage $V_{TH3}$, the output of comparator 284 opens transmission gate 282 and thus inhibits current compensation. This ensures that control current $I_{CON}$ will approach zero as the output voltage $V_{OUT}$ approaches zero, thus guaranteeing control of the inductor current $I_L$ during an output short circuit.

When $V_{IN}$ falls to the point that $V_{IN}-V_{OUT}$ is less than 1.5 volts, the current in transistor 262 no longer holds transistor 266 OFF. As $V_{IN}$ decreases further, transistor 266 adds additional current ($I_{CN2}$) into current mirror output transistor 295, thereby increasing control current $I_{CON}$ and, thus, reducing $t_{OFF}$. This in turn stabilizes the operating frequency as $V_{IN}$ decreases, reducing potential audibility problems. Current source $I_7$ determines the maximum current that transistor 266 adds to control current $I_{CON}$.

Thus, when $V_{IN}$ falls so that $V_{IN}-V_{OUT}$ is less than 1.5 volts (e.g., when a battery is nearly discharged), $t_{OFF}$ will be reduced to increase the oscillation frequency of the regulator circuit so that the generation and emission of audible noise is reduced.

Although variable OFF-time control circuit 250 was discussed above with respect to a regulator circuit which includes push-pull switch 15 and driver 20, it will be apparent that the variable OFF-time feature of the present invention could be used in other regulators as well. For example, this feature could also be used in the regulator circuits of FIGS. 3 and 4 and other circuits that employ one-shot generators to provide a regulated voltage

12

FIG. 7 is a detailed schematic block diagram of an exemplary switching regulator circuit incorporating both the variable OFF-time feature and the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator 300 includes push-pull switch 15, driver 20, output circuit 30 and control circuit 350. Control circuit 350 includes one-shot generator 245, variable OFF-time control circuit 250 for controlling the OFF cycle time and comparator 74 for providing high-efficiency operation at low average output current levels. Switching regulator 300 works as follows.

When the load current exceeds, for example, approximately 20 percent of the maximum output current, the loop operates in a continuous mode wherein comparator 74 does not override output 245A of one-shot generator 245. With $V_{IN}-V_{OUT}$ greater than 1.5 V, operation is substantially similar to that described for FIG. 1. The inductor current is sensed by means of the voltage drop across resistor $R_{SENSE}$, and the threshold for the current comparator 39 is set by the voltage drop across resistor $R_3$. Built-in offset $V_{OS}$ (e.g., about 10 mv) levelshifts feedback voltage $V_{FB}$ slightly below reference voltage $V_{REF}$, thus keeping the output of comparator 74 HIGH in this mode. When the voltage across resistor $R_{SENSE}$ exceeds the threshold across resistor $R_3$, the output of comparator 39 goes HIGH and the RBAR input of RS flip-flop 310 goes LOW, resetting RS flip-flop 310, and thus, initiating the switch OFF cycle.

During the OFF cycle, switch signal $V_{SWB}$ is HIGH, which turns P-MOSFET 16 OFF, N-MOSFET 17 ON and allows $I_{CON}$ to discharge control capacitor $C_{CON}$. The OFF time, $t_{OFF}$, is in turn determined by the time it takes control capacitor $C_{CON}$ to discharge from its initial voltage to $V_{TH1}$, coupled to the non-inverting input of comparator 312. When control capacitor $C_{CON}$ discharges to voltage $V_{TH1}$, the output of comparator 312 goes LOW, thus setting RS flip-flop 310 and initiating the next ON cycle. Voltage $V_{TH1}$ is higher than voltage $V_{TH2}$, thus causing the output of comparator 315 to remain LOW in the continuous mode.

In accordance with present embodiment, the OFF time is controlled by variable OFF-time control circuit 250 described above with respect to FIGS. 5 and 6. Accordingly, circuit 250 includes inputs 252 and 254 coupled to $V_{IN}$ and $V_{OUT}$, respectively, to monitor those voltages.

current source $I_1$ sets a minimum voltage threshold across resistor $R_3$ for current comparator 39. This sets a minimum current required in inductor L1 during each ON cycle to trip comparator 39. If the resulting average inductor current flowing to the output is greater than the load current, then output voltage $V_{OUT}$ will begin to increase, causing feedback voltage $V_{FB}$ to trip the hysteretic comparator 74. Of course, the inductance of inductor L1 and OFF time $t_{OFF}$ are preferably chosen so that the inductor ripple current is not below zero when such tripping occurs. When comparator 74 trips, its output goes LOW and overrides the Q output of RS flip-flop 310, immediately switching switch signal $V_{SWB}$ high. As discussed above, this automatically initiates the beginning of the "sleep" mode of operation.

In sleep mode, capacitor $C_{CON}$ discharges as before, but does not initiate a new switch ON cycle when comparator 312 trips. As discussed above, this is because until feedback voltage $V_{FB}$ has fallen by the amount of hysteresis in comparator 74, the LOW at output 74A forces switch signal $V_{SWB}$ to remain HIGH through NAND gate 316. Accordingly, control capacitor $C_{CON}$ continues to discharge below voltage $V_{TH2}$, causing output 315A of comparator 315 to go

5,481,178

13

HIGH. This in turn causes the N-MOSFET 17 as well as the P-MOSFET 16 to be turned OFF. In addition, unused circuit components such as amplifier 38 and comparators 39 and 312 are also turned OFF when the regulator circuit is in sleep mode. As discussed above, this decreases bias currents substantially during sleep mode, further increasing efficiency at low output current levels.

During the extended off times in sleep mode, much of the regulator and both MOSFETS 16 and 17 are turned off, and the output load is supported substantially by output capacitor $C_{OUT}$. However, when the output voltage $V_{OUT}$ falls such that the feedback voltage $V_{FB}$ has decreased by the amount of hysteresis in comparator 74, all circuit components are again turned on and a new ON cycle is initiated to supply current to the output. If the load current remains low, output capacitor $C_{OUT}$ will recharge, and the feedback voltage $V_{FB}$ will again trip comparator 74 after only a few switch cycles. Thus, during light load conditions, the output voltage $V_{OUT}$ will oscillate between upper and lower thresholds values, as discussed above.

Whenever P-MOSFET 16 is ON, its gate-to-source voltage also appears across MOSFET 334, turning MOSFET 334 ON. This pulls the drain of MOSFET 334 HIGH, and inhibits N-drive 27. Following a LOW-to-HIGH $V_{swn}$ transition, the voltage on the gate of P-MOSFET 16 must rise to a level where MOSFET 334 is conducting less than current source 335 before the drain voltage of MOSFET 334 falls and allows the N-MOSFET 17 to be turned ON. Current $I_{M1}$ is purposely made small so that the gate of MOSFET 334 must rise to within 2 volts of the input voltage $V_{IN}$ before the drive is enabled, ensuring that the P-MOSFET is completely OFF when N-MOSFET 17 turns ON. In a similar manner, MOSFET 332 and current source $I_{M2}$ 333 ensure that the N-MOSFET 17 is completely OFF when the P-MOSFET 16 turns ON. This prevents simultaneous conduction regardless of the driver speeds or MOSFET sizes, ensuring maximum possible efficiency. This feature of the present embodiment is discussed in more detail in commonly-assigned U.S. patent application Ser. No. 07/893,523, filed Jun. 4, 1992, now U.S. Pat. No. 5,365,118, which is hereby incorporated by reference in its entirety. If desired, the control circuit of the present invention can also include circuitry for accommodating transient switch signals as described in copending commonly-assigned U.S. patent application Ser. No. 08/035, 423, filed concurrently herewith , now U.S. Pat. No. 5,408, 150, which is also hereby incorporated by reference in its entirety.

Schottky diode D2 coupled across N-MOSFET 17 shown in FIG. 7 only conducts during the deadtime between the conduction of MOSFETS 16 and 17. Diode D2's purpose is to prevent the body diode of N-MOSFET 17 from turning on and storing charge during the deadtime, which could reduce efficiency (e.g., by approximately 1 percent) in some cases. Diode D2 preferably is selected with a forward voltage of less than about 0.5 volts when conducting the maximum output current.

In accordance with the present invention, the control circuit shown in FIG.7, when incorporated into a 5-volt synchronous step-down switching regulator, is capable of achieving over 90 percent efficiency (for an input voltage of approximately 10 volts) while the output current varies over two orders of magnitude (e.g., 20 mA to 2 A). Under some operating conditions (e.g., for an input voltage of 6 volts) efficiencies of over 95 percent can be maintained over such current levels. Such a control circuit is particularly useful in notebook and palm-top computers, portable instruments, battery-operated digital devices, cellular telephones, DC power distributions systems and GPS systems.

14

As discussed above with respect to FIG. 1, a disadvantage of prior art control circuit 10 is that at low output currents the current in inductor L1 may reverse polarity if during $t_{OFF}$ the current ramps down too much. This may result in power being pulled from the load to ground, through N-MOSFET 17, with an associated reduction in circuit efficiency. In accordance with a still further feature of the present invention, the control circuit can include a circuit for turning OFF the N-MOSFET to prevent such power from being pulled from the load if the inductor current reverses polarity.

FIG. 8 is a schematic block diagram of an exemplary switching regulator circuit incorporating a circuit of the present invention for preventing reversals in the polarity of the current in the output inductor of the regulator from drawing power from the load.

Switching regulator 400 includes push-pull switch 15, driver circuit 20 and output circuit 30 similar to those of FIG. 1. Circuit 400 also includes an embodiment 470 of the high-efficiency control circuit of the present invention for preventing reversals in the polarity of output inductor L1 current from drawing power from the load.

Control circuit 470 includes one-shot circuit 25, current comparator 39 and transconductance amplifier 38 similar to those of FIG. 1. In addition to those components, control circuit 470 also includes comparator 471 and gate 472 for preventing reversals in inductor current polarity from drawing power from the load at low average current levels. Control circuit 470 works as follows.

When output 25a of one-shot circuit goes HIGH to turn P-MOSFET 16 OFF and N-MOSFET 17 ON, the inductor current $I_L$ begins to ramp down. During low average output currents, this current may ramp down towards zero and, eventually, may go negative. Control circuit 470 works by monitoring the inductor current $I_L$, through current feedback signal $I_{FB2}$, and turns N-MOSFET 17 OFF before such current reversals can occur. This prevents N-MOSFET 17 from drawing power from the load to ground.

Comparator 471 includes an input 471a adapted to monitor inductor current $I_L$ by way of current feedback signal $I_{FB2}$. When current feedback signal $I_{FB2}$ falls below current $I_4$ applied to input 471b of comparator 471, comparator output 471c goes LOW and, therefore, turns N-MOSFET 17 OFF by way of NAND gate 472. The turning OFF of N-MOSFET 17 prevents current reversals in inductor current $I_L$ from drawing power from the load 14 to ground through N-MOSFET 17.

After N-MOSFET 17 is turned OFF, it will again be allowed to turn ON as soon as feedback current $I_{FB2}$ exceeds current $I_4$ to cause comparator output 471c to go HIGH. Generally, comparator output 471c will again go HIGH after one-shot circuit 25 turns P-MOSFET 16 ON, which, in turn, causes the inductor current $I_L$ to again ramp up. Such ramping up will allow current feedback signal $I_{FB2}$ to exceed $I_4$ and, therefore, cause comparator output 471c to go HIGH. While comparator 471c is HIGH, one-shot circuit 25 solely controls the turning ON of N-MOSFET 17.

Thus, control circuit 470 includes circuitry for intentionally holding N-MOSFET 17 OFF during periods when current reversals would otherwise allow power to be drawn from the load. This feature of the present invention can increase circuit efficiency at low average output current levels when current reversals are most like to occur.

It will be apparent to those of ordinary skill in the art that although comparator 471 monitors the inductor current $I_L$ through feedback current $I_{FB2}$, other means of detecting current reversals in the inductor current $I_L$ could be used as well. For example, comparator 471 could monitor current feedback signal $I_{FB1}$ just as well so that only one type of

5,481,178

15      16

current feedback signal is employed in control circuit 470. Additionally, many others means of generating a feedback signal indicative of current reversal in inductor current $I_L$ could be used as well (see, e.g., resistor $R_{SENSE}$ in FIG. 7).

The high-efficiency control circuit of the present invention was discussed above with respect to FIGS. 1–8 wherein the switching regulator was configured in a voltage step-down configuration. It will be apparent that the control circuit of the present invention could be used in other configurations as well. For example, FIG. 9 shows a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a voltage step-up configuration.

Switching regulator 500 includes synchronously-switched switch 15' wherein the drains of P-channel MOS-FET 16 and N-channel MOSFET 17 are coupled together and to one side of inductor L1. The other side of inductor L1 is coupled to input $V_{IN}$. Control circuit 70 drives driver circuit 20' including inverting P-driver 26' and inverting N-driver 27', which in turn drive P-channel MOSFET 16 and N-channel MOSFET 17, respectively.

Thus, as shown in FIG. 9, the control circuit of the present invention can be used in switching configurations wherein an input voltage $V_{IN}$ is stepped up to a regulated output voltage $V_{OUT}$. As is the case with the step-down configurations shown in FIGS. 2–8, the control circuit of FIG. 9 can be used in other types of step-up configurations as well. For example, one-shot circuit 25 shown in FIG. 9 can include an additional input for monitoring the input voltage $V_{IN}$ to reduce the generation and emission of audible noise from inductor L1 at low input voltages as discussed above with respect to FIGS. 5 and 6. Also, switching regulator 500 can include circuitry to hold P-MOSFET 16 OFF during periods when the polarity of inductor current $I_L$ would otherwise reverse, as discussed above with respect to FIG. 8.

FIG. 10 shows a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a voltage polarity-inversing configuration.

Switching regulator 600 includes switch 15'' wherein the drain of P-channel MOSFET 16 is coupled to one side of inductor L1 and to $V_{OUT}$ through diode D601. The other side of inductor L1 is coupled to ground. The source of P-channel MOSFET 16 is coupled to the positive input voltage $V_{IN}$. Control circuit 70' drives driver circuit 20'' including P-driver 26 which, in turn, drives P-channel MOSFET 16.

Control circuit 70' operates substantially similar to control circuit 70 discussed above except for the following. Voltage feedback to control circuit 70' is provided by resistors R1 and R2 and amplifier 602. Amplifier 602 inverts the negative polarity voltage at $V_{OUT}$ to provide a positive polarity feedback voltage to control circuit 70'.

Thus, as shown in FIG. 10, the control circuit of the present invention can be used in switching configurations wherein an input voltage $V_{IN}$ is inverted to a regulated output voltage of opposite polarity $V_{OUT}$. As is the case with the step-down configurations shown in FIGS. 2–8, the control circuit of FIG. 10 can be used in other types of polarity-inversing configurations as well. For example, one-shot circuit 25 shown in FIG. 10 can include an additional input for monitoring the input voltage $V_{IN}$ to reduce the generation and emission of audible noise from inductor L1 at low input voltages. Furthermore, one-shot circuit 25 can include an input for monitoring the output voltage $V_{OUT}$ to control the short circuit current if the output is short circuited as discussed above with respect to FIG. 5 and 6. Also, if regulator 600 was synchronously switched and included an

N-MOSFET instead of D601, the regulator could include circuitry to hold such an N-MOSFET OFF during periods when the polarity of inductor current $I_L$ would otherwise reverse, as discussed above with respect to FIG. 8.

It will be apparent to those of ordinary skill in the art that although the present invention has been discussed above with reference to a hysteretic voltage comparator for generating the sleep mode control signal to cause the switching regulator to go into and awake from the sleep mode, other means for performing the same function are also possible. For example, if desired, the sleep mode control signal could be generated in response to a monitored output current. Furthermore, the switching regulator could be taken out of the sleep mode a predetermined time period after going into such a mode, instead after the output voltage falls below a predetermined threshold voltage, as illustrated above.

It will also be apparent that although the present invention has been discussed above with reference to FIGS. 1–10, wherein the power switches were either a pair of complementary MOSFETS (i.e., one p-channel and one n-channel) or a single p-channel MOSFET (FIG. 3), the present invention is applicable to other types of switches as well. For example, the power switch could include a pair of N-channel MOSFETS, a pair of P-channel MOSFETS, or bipolar junction transistors.

Thus, a control circuit and method for maintaining high efficiency over broad current ranges in a switching regulator circuit has been provided.

One skilled in the art will thus appreciate that the present invention can be practiced by other than the described embodiments, which are presented for purposes of illustration and not of limitation, and the present invention is limited only by the claims which follow.

What is claimed is:

1. A circuit for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output capacitor coupled thereto for supplying current at a regulated voltage to a load, the control circuit comprising:

    a first circuit for monitoring a signal from the output terminal to generate a first feedback signal;

    a second circuit for generating a first control signal during a first state of circuit operation, the first control signal being responsive to the first feedback signal to vary the duty cycle of the switching transistors to maintain the output terminal at the regulated voltage; and

    a third circuit for generating a second control signal during a second state of circuit operation to cause both switching transistors to be simultaneously OFF for a period of time if a sensed condition of the regulator indicates that the current supplied to the load falls below a threshold fraction of maximum rated output current for the regulator, whereby operating efficiency of the regulator at low output current levels is improved.

2. The circuit of claim 1 wherein the second control signal is generated in response to the first feedback signal.

3. The circuit of claim 2 wherein the circuit changes from the second to the first state of operation in response to the magnitude of the first feedback signal falling below a first threshold level.

4. The circuit of claim 3 wherein the circuit changes from the first to the second state of operation in response to the magnitude of the first feedback signal exceeding a second threshold level greater than the first threshold level.

5,481,178

**17**

5. The circuit of claim 4, wherein the first feedback signal is a voltage feedback signal and the third circuit includes a voltage comparator having hysteresis.

6. The circuit of claim 5, wherein the current consumed by the switching voltage regulator is reduced during the second state of operation.

7. The circuit of claim 1, wherein the second circuit includes:

a one-shot circuit for generating first and second levels of the first control signal during a switch cycle, wherein the first level causes the switch circuit to couple the input voltage to a node of the output circuit, and the second level causes the switch circuit to couple the node of the output circuit to ground.

8. The circuit of claim 7, wherein the second level is generated for a predetermined time period.

9. The circuit of claim 8, wherein the second circuit includes a fourth circuit for monitoring the current supplied to the output terminal to generate a current feedback signal.

10. The circuit of claim 9, wherein the switch is adapted to be coupled to an inductor and the fourth circuit monitors the inductor current to generate the current feedback signal.

11. The circuit of claim 10, wherein the fourth circuit compares the current feedback signal to a reference current value and triggers the one-shot circuit when the current feedback signal exceeds the reference current value.

12. The circuit of claim 11, wherein the fourth circuit includes a current comparator for triggering the one-shot circuit, the current comparator having a first input coupled to receive the current feedback signal and a second input coupled to a current source for providing the reference current value.

13. The circuit of claim 12, wherein the current source includes:

a transconductance amplifier supplying a current substantially proportional to the difference in voltage between the first feedback signal and a constant voltage; and

a constant current source coupled in parallel with the transconductance amplifier.

14. The circuit of claim 7, wherein second level is generated for a time period dependent upon the input voltage.

15. The circuit of claim 14, wherein the switch is coupled to an inductor, and wherein the second level is generated for a time period that is decreased in response to a decrease in the input voltage, whereby the oscillation frequency of the ripple current through said inductor is increased from an audible frequency to one that does not generate substantial user noise.

16. The circuit of claim 7, wherein the second level is generated for a time period that is dependent upon the voltage at the load.

17. The circuit of claim 16, wherein the switch is coupled to an inductor, and wherein the second level is generated for a time period that is increased in response to a decrease in the voltage at the load, whereby the total decrease in current through said inductor during the time period the second level is generated remains substantially constant.

18. The circuit of claim 7, wherein the one-shot circuit is maintained substantially OFF during the second state of operation, whereby the efficiency of the switching regulator circuit is increased as the circuit changes from the first to the second state of operation.

19. The circuit of claim 12, wherein the current comparator is maintained substantially OFF during the second state of operation, whereby the efficiency of the switching regu-

**18**

lator circuit is increased as the circuit changes from the first to the second state of operation.

20. The circuit of claim 1, wherein the third circuit includes a user-activated switch and wherein the second control signal is generated in response to activation of the user switch.

21. The circuit of claim 20, wherein:

the second circuit includes a transconductance amplifier supplying a current substantially proportional to the difference in voltage between the feedback signal and a constant voltage during the first state of operation; and

wherein activation of the user switch introduces hysteresis into the transconductance amplifier.

22. The circuit of claim 20, wherein the second circuit includes:

a one-shot circuit for generating first and second levels of the first control signal during a switch cycle, wherein the first level causes the switch circuit to couple the input voltage to a node of the output circuit, and the second level causes the switch circuit to couple the node of the output circuit to ground.

23. The circuit of claim 22, wherein the second level is generated for a predetermined time period.

24. The circuit of claim 23, wherein the second circuit includes a fourth circuit for monitoring the current supplied to the output terminal to generate a current feedback signal.

25. The circuit of claim 24, wherein the fourth circuit compares the current feedback signal to a reference current value and triggers the one-shot circuit when the current feedback signal exceeds the reference current value.

26. The circuit of claim 22, wherein the second level is generated for a time period that is dependent upon the input voltage.

27. The circuit of claim 26, wherein the switch is coupled to an inductor, and wherein the second period of time is decreased in response to a decrease in the input voltage, whereby the oscillation frequency of the ripple current through said inductor is increased from an audible frequency to one that does not generate substantial user noise.

28. The circuit of claim 22, wherein the second level is generated for a time period that is dependent upon the voltage at the load.

29. The circuit of claim 28, wherein the switch is coupled to an inductor, and wherein the second level is generated for a time period that is increased in response to a decrease in the voltage at the load, whereby the total decrease in current through said inductor during the time period the second level is generated remains substantially constant.

30. The circuit of claim 22, wherein the one-shot circuit is maintained substantially OFF during the second state of operation, whereby the efficiency of the switching regulator circuit is increased as the circuit changes from the first to the second state of operation.

31. The circuit of claim 1, wherein the circuit is adapted for controlling a switching voltage regulator circuit having first and second switching transistors coupled in series between an input voltage and ground, wherein the first and second switching transistors are commonly coupled to the output circuit, and wherein the input voltage is higher than the voltage at the load, whereby the switching voltage regulator is a step-down voltage regulator.

32. The circuit of claim 1, wherein the circuit is adapted for controlling a switching voltage regulator circuit wherein the input voltage is lower than the voltage at the load, whereby the switching voltage regulator is a step-up voltage regulator.

5,481,178

19

**33** The circuit of claim **1**, wherein the circuit is adapted for controlling a switching voltage regulator circuit wherein the input voltage has an opposite polarity than the voltage at the load, whereby the switching voltage regulator is a polarity-inverting voltage regulator.

**34** A circuit for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output capacitor coupled thereto for supplying current at a regulated voltage to a load, the control circuit comprising:

a first means for generating a voltage feedback signal indicative of the voltage at the output;

a second means for generating a first control signal during a first state of circuit operation, the first control signal being responsive to the voltage feedback signal to vary the duty cycle of the switching transistors to maintain the output terminal at the regulated voltage; and

a third means for generating a second control signal during a second state of circuit operation to cause both switching transistors to be simultaneously OFF for a period of time if a sensed condition of the regulator indicates that the current supplied to the load falls below a threshold fraction of maximum rated output current for the regulator, the period of time having a duration which is a function of the current supplied to the load by the regulator.

**35** The circuit of claim **34**, wherein the third means includes a voltage comparator having hysteresis.

**36** The circuit of claim **34**, wherein the second means includes:

a one-shot circuit for generating first and second levels of the first control signal during a switch cycle, wherein the first level causes the switch circuit to couple the input voltage to a node of the output circuit, and the second level causes the switch circuit to couple the node of the output circuit to ground.

**37** The circuit of claim **36**, wherein the second means includes a fourth means for monitoring the current supplied to the output terminal to generate a current feedback signal.

**38** The circuit of claim **37**, wherein the fourth means compares the current feedback signal to a reference current value and triggers the one-shot circuit when the current feedback signal exceeds the reference current value.

**39** The circuit of claim **38**, wherein the fourth means includes a current comparator for triggering the one-shot circuit, the current comparator having a first input coupled to receive the current feedback signal and a second input coupled to a current source for providing the reference current value.

**40** The circuit of claim **39**, wherein the current source includes:

a transconductance amplifier supplying a current substantially proportional to the difference in voltage between the feedback signal and a constant voltage; and

a constant current source coupled in parallel with the transconductance amplifier.

**41** A method for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output capacitor coupled thereto for supplying current at a regulated voltage to a load, the method comprising the steps of:

(a) monitoring a signal from the output terminal to generate a first feedback signal;

20

(b) varying the duty cycle of the switching transistors in response to the first feedback signal to maintain the output terminal at the regulated voltage during a first state of circuit operation;

(c) turning both switching transistors simultaneously OFF for a period of time during a second state of circuit operation following the first state of circuit operation, so as to allow the output capacitor to maintain the output substantially at the regulated voltage by discharging during the second state of circuit operation, the period of time beginning when the current supplied to the load falls below a threshold fraction of maximum rated output current for the regulator, and having a duration which is a function of the current supplied to the load by the regulator; and

(d) turning at least one of said switching transistors ON to recharge the output capacitor following the second state of circuit operation.

**42** The method of claim **41**, wherein the switching voltage regulator includes a one-shot circuit for varying the duty cycle of the switching transistors and wherein step (c) includes the step of maintaining the one-shot circuit substantially OFF during the second state of operation.

**43** The method of claim **2**, wherein the switching voltage regulator includes a current comparator for triggering the one-shot circuit and wherein step (c) includes the step of maintaining the current comparator substantially OFF during the second state of operation.

**44** A circuit for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output inductor coupled thereto for supplying current at a regulated voltage to a load, the circuit comprising:

a first circuit for monitoring a signal from the output terminal to generate a first feedback signal;

a second circuit for generating a first control signal during a first state of circuit operation, the first control signal being responsive to the first feedback signal to vary the duty cycle of the switching transistors to maintain the output terminal at the regulated voltage; and

a third circuit for monitoring the current to the output terminal to generate a second control signal during a second state of circuit operation when the monitored current compares in a predetermined manner to a threshold indicative of a polarity reversal condition in the output inductor, said second state causing one of said switching transistors to be maintained OFF, such that the switch circuit is prevented from coupling the output circuit to ground.

**45** The circuit of claim **44** wherein the third circuit monitors the current through the inductor to generate the second control signal when the magnitude of the inductor current falls below the current threshold.

**46** The circuit of claim **44** wherein the third circuit prevents reversals in polarity of the current through the inductor.

**47** The circuit of claim **46**, wherein the first feedback signal is a voltage feedback signal and the third circuit includes a current comparator for comparing the monitored current to the current threshold.

**48** The circuit of claim **47**, wherein the current consumed by the switching voltage regulator is reduced during the second state of operation.

**49** The circuit of claim **44**, wherein the second circuit includes:

5,481,178

21

a one-shot circuit for generating first and second levels of the first control signal during a switch cycle, wherein the first level causes the switch circuit to couple the input voltage to a node of the output circuit, and the second level causes the switch circuit to couple the node of the output circuit to ground.

50. The circuit of claim 49, wherein the second level is generated for a predetermined time period.

51. A method for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output inductor coupled thereto for supplying current at a regulated voltage to a load, the method comprising the steps of:

  (a) monitoring a signal from the output terminal to generate a first feedback signal;

  (b) varying the duty cycle of the switching transistors in response to the first feedback signal to maintain the output terminal at the regulated voltage during a first state of circuit operation, wherein the current to the load has a polarity; and

  (c) maintaining one of said switching transistors OFF for a period of time following the first state of circuit operation to de-couple the output circuit from ground during the period of time so as to prevent the current to the load from reversing polarity.

52. The method of claim 51 wherein step (c) includes step (d) of monitoring the current to the output terminal and detecting when the current falls below a current threshold.

53. The method of claim 52 wherein step (d) includes monitoring the current through the inductor.

54. The method of claim 53, wherein the current consumed by the switching voltage regulator is reduced during the second state of operation.

55. A circuit for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output capacitor coupled thereto for supplying current at a regulated voltage to a load, the control circuit comprising:

  drive circuitry for the pair of synchronously switched switching transistor;

  feedback circuitry, coupled to the drive circuitry to control the duty cycle of the pair of synchronously switched switching transistors, the feedback circuitry forming a feedback path in the regulator between the output circuit and the drive circuitry by which feedback information indicative of the current supplied to the load by

22

the regulator conditions the duty cycle of the pair of synchronously switched switching transistors; and

  logic circuitry, coupled to the feedback circuitry and the drive circuitry, which prevents the drive circuitry from turning on either of the pair of synchronously switched switching transistors if the feedback information indicates that the current supplied to the load by the regulator falls below selected sleep mode current level, wherein the synchronously switched switching transistors are prevented from being turned on for a period of time that is a function of the current supplied to the load by the regulator.

56. The circuit of claim 55 wherein:

  the output circuit includes an inductor coupled to the pair of synchronously switched switching transistors and the output terminal;

  the feedback information includes a first feedback signal derived by sensing current conducted between the inductor and the output terminal and a second feedback signal derived by sensing voltage at the output terminal; and

  the feedback circuitry includes a comparator circuit that compares the first feedback signal to an error signal generated from the second feedback signal to control switching between the pair of synchronously switched switching transistors, and a threshold circuit that sets a minimum inductor current value at which the drive circuitry switches between transistors.

57. An improved circuit for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output capacitor coupled thereto for supplying current at a regulated voltage to a load, and wherein the control circuit varies the duty cycle of the switching transistors to maintain the output terminal at the regulated voltage, the improvement comprising:

  circuitry incorporated in the control circuit for detecting a condition in the output circuit indicative of the current supplied to the load falling below a threshold fraction of maximum rated output current for the regulator and for turning off both switching transistors simultaneously for a period of time if the supplied current falls below the threshold, the period of time having a duration which is a function of the current supplied to the load by the regulator.

*   *   *   *   *

# EXHIBIT E

US005731694A

# United States Patent [19]

## Wilcox et al.

[11] **Patent Number:** 5,731,694

[45] **Date of Patent:** Mar. 24, 1998

[54] **CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH EFFICIENCY OVER BROARD CURRENT RANGES IN A SWITCHING REGULATOR CIRCUIT**

[75] Inventors: **Milton E. Wilcox**, Saratoga; **Randy G. Flatness**, Los Gatos, both of Calif.

[73] Assignee: **Linear Technology Corporation**, Milpitas, Calif.

[21] Appl. No.: **799,467**

[22] Filed: **Feb. 13, 1997**

**Related U.S. Application Data**

[63] Continuation of Ser. No. 634,688, Apr. 18, 1996, abandoned, which is a continuation of Ser. No. 476,232, Jun. 7, 1995, abandoned, which is a division of Ser. No. 36,047, Mar. 23, 1993, Pat. No. 5,481,178.

[51] Int. Cl.[6] .................................................. G05F 1/40
[52] U.S. Cl. ...................... 323/287; 323/224; 323/283; 323/290
[58] Field of Search .......................... 323/224, 283–287, 323/290

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 3,571,697 | 3/1971 | Phillips | 323/222 |
| 3,585,491 | 6/1971 | Peterson | 323/271 |
| 3,772,588 | 11/1973 | Kelly et al. | 323/285 |
| 4,013,939 | 3/1977 | Biess et al. | 323/286 |
| 4,395,675 | 7/1983 | Toumani | 323/271 |
| 4,578,630 | 3/1986 | Grosch | 323/271 |
| 4,706,177 | 11/1987 | Josephson | 363/24 |
| 4,823,070 | 4/1989 | Nelson | 323/285 |
| 4,929,882 | 5/1990 | Szepesi | 323/222 |
| 5,028,861 | 7/1991 | Pace et al. | 323/222 |
| 5,097,196 | 3/1992 | Schoneman | 323/222 |
| 5,177,676 | 1/1993 | Inam et al. | 363/80 |
| 5,179,511 | 1/1993 | Troyk et al. | 363/97 |
| 5,184,129 | 2/1993 | Fung et al. | 341/144 |

**FOREIGN PATENT DOCUMENTS**

| | | |
|---|---|---|
| 0 428 377 | 5/1991 | European Pat. Off. |

## OTHER PUBLICATIONS

Lee, Y. S., and Cheng, Y. C.; "Design of Switching Regulator with Combined FM and On–Off Control"; IEEE Transactions on Aerospace and Electronic Systems. vol. AES–22. No. 6; Nov. 1986; pp. 725–731.

"Application Note 29." 1990 Linear Applications Handbook. Linear Technology Corporation AN29–1–AN29–44.

"Application Note 35." 1990 Linear Applications Handbook. Linear Technology Corporation AN35–1–AN35–32.

"LT1432 5V High Efficiency Step–Down Switching Regulator Controller" Data Sheet published by, Linear Technology Corporation in the 1992 Linear Databook Supplement. Milpitas, California, pp. 4–145 to 4–171.

"HIP5060 Power Control IC Single Chip Power Supply." Preliminary Data Sheet. Harris Semiconductor. Jan. 1992. pp. 1–3.

Cassani, John C. et al., "Sophisticated Control IC Enhances 1MHz Current Controlled Regulator Performance." Proceedings of HFPC, May 1992. pp. 167–173.

"UC1895/UC2895/UC3895 Synchronous Rectifier Buck PWM Controller." Preliminary Data Sheet. Unitrode Corporation. Sep. 1992.

Primary Examiner—Peter S. Wong
Assistant Examiner—Shawn Riley
Attorney, Agent, or Firm—Fish & Neave

[57] **ABSTRACT**

A circuit and method for controlling a switching voltage regulator having (1) a switch including one or more switching transistors and (2) an output adapted to supply current at a regulated voltage to a load including an output capacitor. The circuit and method generates a control signal to turn said one or more switching transistors OFF under operating conditions when the voltage at the output is capable of being maintained substantially at the regulated voltage by the charge on the output capacitor. Such a circuit and method increases the efficiency of the regulator circuit particularly at low average current levels.

**7 Claims, 10 Drawing Sheets**





FIG. 1

PRIOR ART



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10

5,731,694

| 1 | 2 |

### CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULATOR CIRCUIT

This is a continuation of application Ser. No. 08/634,688, filed Apr. 18, 1996, now abandoned entitled CONTROL CIRCUIT FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULATOR CIRCUIT, which is a continuation of application Ser. No. 08/476,232, filed Jun. 7, 1995now abandoned, which is a divisional of application Ser. No. 08/036,047, filed Mar. 23, 1993, now U.S. Pat. No. 5,481,178.

### BACKGROUND OF THE INVENTION

The present invention relates to a switching regulator circuit. More particularly, the present invention relates to a control circuit and method for maintaining high efficiency over broad current ranges in a switching regulator circuit.

The purpose of a voltage regulator is to provide a predetermined and constant output voltage to a load from a poorly-specified and fluctuating input voltage source. Generally, there are two different types of regulators: series regulators and switching regulators.

The series regulator employs a pass element (e.g., a power transistor) coupled in series with a load and controls the voltage drop across the pass element in order to regulate the voltage which appears at the load. In contrast, the switching regulator employs a switch (e.g., a power transistor) coupled either in series or parallel with the load. The regulator controls the turning ON and turning OFF of the switch in order to regulate the flow of power to the load. The switching regulator employs inductive energy storage elements to convert the switched current pulses into a steady load current. Thus, power in a switching regulator is transmitted across the switch in discrete current pulses, whereas in a series regulator, power is transmitted across the pass element as a steady current flow.

In order to generate a stream of current pulses, switching regulators typically include control circuitry to turn the switch on and off. The switch duty cycle, which controls the flow of power to the load, can be varied by a variety of methods. For example, the duty cycle can be varied by either (1) fixing the pulse stream frequency and varying the ON or OFF time of each pulse, or (2) fixing the ON or OFF time of each pulse and varying the pulse stream frequency.

Which ever method is used to control the duty cycle, switching regulators are generally more efficient than series regulators. In series regulators, the pass element is generally operated in its linear region where the pass element conducts current continuously. This results in the continuous dissipation of power in the pass transistor. In contrast, in switching regulators, the switch is either OFF, where no power is dissipated by the switch, or ON in a low impedance state, where a small amount of power is dissipated by the switch. This difference in operation generally results in reduced amounts of average power dissipation in switching regulators.

The above difference in efficiency can be more apparent when there is a high input-output voltage difference across the regulator. For example, it would not be unusual for a series regulator to have an efficiency of less than 25 percent when a switching regulator could perform an equivalent function with an efficiency of greater than 75 percent.

Because of their improved efficiency over series regulators, switching regulators are typically employed in battery-operated systems such as portable and laptop computers and hand-held instruments. In such systems, when the switching regulator is supplying close to the rated output current (e.g., when a disk or hard drive is ON in a portable or laptop computer), the efficiency of the overall circuit can be high. However, the efficiency is generally a function of output current and typically decreases at low output current. This reduction in efficiency is generally attributable to the losses associated with operating the switching regulator. These losses include, among others, quiescent current losses in the control circuitry of the regulator, switch losses, switch driver current losses and inductor/transformer winding and core losses.

The reduction in efficiency of a switching regulator at low output current can become important in battery-operated systems where maximizing battery lifetime is desirable.

In view of the foregoing, it would be desirable to provide a high efficiency switching regulator.

It would also be desireable to provide a control circuit and method for maintaining high efficiency over broad current ranges, including low output currents, in a switching regulator circuit.

### SUMMARY OF THE INVENTION

It is therefore an object of the present invention to provide a high efficiency switching regulator.

It is also an object of the present invention to provide a control circuit and method for maintaining high efficiency over broad current ranges, including low output currents, in a switching regulator circuit.

In accordance with these and other objects of the invention, there is provided a circuit and method for controlling a switching voltage regulator having (1) a switch including one or more switching transistors and (2) an output adapted to supply current at a regulated voltage to a load including an output capacitor. The circuit and method generates a control signal to turn the one or more switching transistors OFF under operating conditions when the voltage at the output is capable of being maintained substantially at the regulated voltage by the charge on the output capacitor (e.g., during low output currents). During such periods of time, the load does not consume power from the input power source. Therefore, the regulator efficiency is increased. If desired, other components in the switching regulator, in addition switching transistors, can also be intentionally held OFF to conserve additional power. This additional feature of the present invention can further increase the efficiency of the overall regulator circuit.

The circuit and method of the present invention can be used to control various types of switches in switching regulator circuits, including switches that use either one or more power transistors. Additionally, the circuit and method can be used to control switches in various types of switching regulator configurations, including voltage step-down, voltage step-up and polarity-inverting configurations.

Additionally, the circuit and method of the present invention can vary the OFF time of the switching transistor in response to the input and output voltages of the switching regulator. This feature of the present invention reduces the emission of audible noise from the switching regulator during low input voltage conditions. It also reduces the potential for current runaway during short circuits in the output voltage for some regulator configurations.

### BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects and advantages of the present invention will be apparent upon consideration of the fol-

5,731,694

3

lowing detailed description. taken in conjunction with the accompanying drawings. in which like reference characters refer to like parts throughout. and in which:

FIG. 1 is a schematic block diagram of a typical prior art switching regulator circuit employing a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 2 is a schematic block diagram of a switching regulator circuit incorporating a first embodiment of the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 3 is a schematic block diagram of a switching regulator circuit incorporating a second embodiment of the high-efficiency control circuit of the present invention to drive a switch including a switching MOSFET and a switching diode in a step-down configuration;

FIG. 4 is a schematic block diagram of a switching regulator circuit incorporating a "user-activated" embodiment of the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 5 is a schematic block diagram of a switching regulator circuit incorporating the variable OFF-time control circuit of the present invention;

FIG. 6 is a detailed schematic diagram of an embodiment of the variable OFF-time control circuit of FIG. 5;

FIG. 7 is a detailed schematic block diagram of an exemplary switching regulator circuit incorporating both the variable OFF-time feature and the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 8 is a schematic block diagram of a switching regulator circuit incorporating a circuit of the present invention for preventing reversals in the polarity of the current in the output inductor of the regulator from drawing power from the load;

FIG. 9 is a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a step-up configuration; and

FIG. 10 is a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a polarity-reversing configuration.

## DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 is a schematic block diagram of a typical prior art switching regulator circuit employing a push-pull switch in a step-down configuration.

Referring to FIG. 1. circuit 10 is used to provide a regulated DC output voltage $V_{OUT}$ at terminal 12 (e.g.. 5 volts) for driving load 14 which. for example. may be a portable or laptop computer or other battery-operated system. Circuit 10 operates from an unregulated supply voltage $V_{IN}$ coupled to terminal 14 (e.g.. a 12 volt battery). Circuit 10 includes push-pull switch 15. driver circuit 20. output circuit 30 and control circuit 35.

Driver circuit 20 is used to drive push-pull switch 15 which includes two synchronously-switched power MOS-FETS 16 (p-channel) and 17 (n-channel) stacked in series between supply rail $V_{IN}$ and ground. Push-pull switch 15 in

4

conjunction with driver circuit 20 is typically referred to as a "half-bridge" configuration. MOSFETS 16 and 17 are used to alternately supply current to output circuit 30 which includes capacitor 32 (L1) and output capacitor 34 ($C_{OUT}$). Output circuit 30 smooths the alternating supply of current so that load 12 is provided a regulated voltage $V_{OUT}$. In order to supply the alternating current. MOSFETS 16 and 17 are respectively driven by P-channel driver 26 and N-channel driver 27. which in turn are both controlled by control circuit 35.

Control circuit 35 includes one-shot circuit 25 which provides an OFF pulse of constant duration (e.g.. 2 to 10 microseconds) during which time MOSFET 16 is held OFF and MOSFET 17 is held ON by drivers 26 and 27. respectively. Otherwise. one-shot circuit 25 provides an ON pulse during which time MOSFET 16 is held ON and MOSFET 17 is held OFF. Therefore. one-shot circuit 25 alternately turns MOSFETS 16 and 17 ON and OFF to provide an alternating supply of current to (output circuit 30. The duty cycle of the one-shot circuit 35 is in turn controlled by current amplifier 39.

Control circuit 35 monitors the output voltage $V_{OUT}$ through resistor-divider network $R_1/R_2$(36A/36B) to provide a feedback voltage $V_{FB}$ proportional to the output voltage $V_{OUT}$. Control circuit 35 also monitors the current $I_L$ through inductor L1 to provide a feedback current $I_{FB}$ proportional to inductor current $I_L$. Circuit 10 operates by controlling inductor current $I_L$ so that the feedback voltage $V_{FB}$ is regulated to be substantially equal to a reference voltage $V_{REF}$ provided by reference circuit 37. With feedback voltage $V_{FB}$ being regulated. the output voltage $V_{OUT}$ is in turn regulated to a higher voltage by the ratio of $(R_1+R_2)$ to $R_2$.

Transconductance amplifier 38 is used to compare the feedback voltage $V_{FB}$ to a reference voltage $V_{REF}$. Circuit 10 regulates the output voltage $V_{OUT}$ as follows. During each cycle when switch 15 is "ON". P-MOSFET 16 is turned ON and the current $I_L$ in inductor L1 ramps up at a rate dependent on $V_{IN}-V_{OUT}$. When $I_L$ ramps up to a threshold level set by output 38A of transconductance amplifier 38. current comparator 39 trips and triggers the one-shot OFF pulse. initiating the "OFF" cycle of switch 15. During the "OFF" cycle. one-shot circuit 25 holds P-MOSFET 16 OFF and turns N-MOSFET 17 ON. This in turn causes the current $I_L$ in inductor L1 to ramp down at a rate dependent on $V_{OUT}$. Thus. the duty cycle of the periodic turning OFF of switch 15 is controlled so the current $I_L$ produces a regulated output voltage $V_{OUT}$ at terminal 12.

As the output load current increases. the voltage drop across $R_2$ resistor 36B will decrease. This translates into a small error voltage at input 38B of transconductance amplifier 38 that will cause output 38A to increase. thus setting a higher threshold for current comparator 39. Consequently. current $I_L$ in inductor L1 is increased to the level required to support the load current.

Since the OFF time ($t_{OFF}$) of one-shot circuit 25 is constant. switching regulator circuit 10 has a constant ripple current in inductor L1 (for constant output voltage $V_{OUT}$). but has a frequency which varies with $V_{IN}$. The ripple oscillation frequency is given by the equation:

$$f_{RIP} = (1/t_{OFF})[1-(V_{OUT}/V_{IN})]$$

One disadvantage of circuit 10 in FIG. 1 is that the ripple oscillation frequency $f_{RIP}$ may decrease to an audible level with low input voltages $V_{IN}$. This could occur. for example. when a battery powering the switching regulator circuit is

5,731,694

5

nearly discharged. Inductor L1 may then generate and emit noise that can be objectionable to a user of the device employing the regulator circuit.

An additional disadvantage of prior art circuit 10 is that the inductor current $I_L$ is not well controlled when the output voltage $V_{OUT}$ is shorted to ground. The basic relationship between inductor current and voltage is given by the equation di/dt=V/L. This means that the rate at which current $I_L$ in inductor L1 decays during the OFF-time depends on the voltage across inductor L1, which is the sum of $V_{OUT}$ and the drain to source voltage, $V_{DS}$, of N-MOSFET 17. During a short, $V_{OUT}$ approaches zero while $V_{DS}$ is also very low, resulting in very little decay of current $I_L$ in inductor L1 during $t_{OFF}$. However, following each OFF cycle, P-MOSFET 16 is turned back ON until current comparator 39 again trips one-shot constant OFF time control circuit 25. Even for the minimum time that P-MOSFET 16 is ON, the current $I_L$ in inductor L1 may increase by more than it can decrease during $t_{OFF}$. This may result in a runaway condition in which the short circuit current may reach destructive levels.

A further disadvantage of prior art circuit 10 results from the constant ripple current in inductor L1. During $t_{OFF}$ current $I_L$ in inductor L1 always ramps down by the same amount regardless of the output current of the regulator. At low output currents this can cause the current in inductor L1 to reverse polarity and, thus, pull power from the load. During the following ON cycle, this current again ramps positive such that the average inductor current equals the load current. Losses associated with this constant ripple current, along with switching losses due to the charging and discharging of switch 15's MOSFET gates, can produce large reductions in efficiency at low output currents. This will be especially the case if the current in inductor L1 reverses and power is pulled from the load to ground through N-MOSFET 17.

A still further disadvantage of prior art circuit 10 concerns the gate drives to P-MOSFET 16 and N-MOSFET 17. Delays are generally incorporated into drivers 26 and 27 to ensure that one power MOSFET turns OFF before the other turns ON. If there is insufficient deadtime between the conduction of the two MOSFETs (due to, for example, device, circuit processing, or temperature variations), current will be passed directly from input supply $V_{IN}$ to ground. This "shoot-through" effect can dramatically reduce efficiency, and in some circumstances, can overheat and destroy the power MOSFETs.

FIG. 2 is a schematic block diagram of a switching regulator circuit incorporating a first embodiment of the high-efficiency control circuit of the present invention for driving a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator circuit 50 includes push-pull switch 15, driver circuit 20 and output circuit 30 similar to those of FIG. 1. Circuit 50 also includes an embodiment 70 of the high-efficiency control circuit of the present invention.

Control circuit 70 includes one-shot circuit 25, current comparator 39 and amplifier 38 similar to those of FIG. 1. However, in addition to those components, control circuit 70 also includes constant current source $I_1$ 72 and hysteretic comparator 74 for providing high efficiency operation at low average current levels.

As will be discussed in greater detail below, constant current source $I_1$ 72 and comparator 74 allow push-pull switch 15 to go into a state of operation where both MOSFETS 16 and 17 are simultaneously OFF under conditions where the output voltage $V_{OUT}$ can be maintained

6

substantially at the regulated voltage $V_{REG}$ by output capacitor $C_{OUT}$. This state of operation is referred to herein as a "sleep mode." The ability of push-pull switch 15 to go into such a sleep mode is in contrast to the regulator circuit of FIG. 1 where one of the two MOSFETs 16 and 17 is substantially ON at all times. This feature of the present invention reduces the regulator circuit power consumption since push-pull switch 15 does not dissipate power or allow power to be pulled from load $R_L$ to ground in sleep mode.

Furthermore, if desired, while push-pull switch 15 is in the above-described sleep mode, the regulator circuit can turn OFF other circuit components which are not needed while the regulator is in sleep mode. For example, in the embodiment of the present invention shown in FIG. 2, one-shot circuit 25, current comparator 39, current source $I_1$ 72 and amplifier 38 can also be turned OFF in sleep mode. This feature of the present invention allows the regulator circuit to operate at even higher efficiencies than otherwise possible if only push-pull switch 15 were maintained in a sleep mode.

At high output current levels (e.g., greater than 20 percent of the maximum rated output current) control circuit 70 operates similar to control circuit 35 of FIG. 1. In FIG. 2, the current feedback $I_{FB}$ is again provided to the non-inverting input of current comparator 39. Offset $V_{OS}$ 76, which preferably is built into amplifier 38, level-shifts feedback voltage $V_{FB}$ slightly below reference voltage $V_{REF}$, thus keeping the output of hysteretic comparator 74 high during high current conditions. When the feedback current $I_{FB}$ exceeds the current supplied to the inverting input of current comparator 39, the output of comparator 39 goes HIGH so as to initiate the switch "OFF" cycle.

During the "OFF" cycle, output 25A of one-shot circuit 25 is HIGH, which turns P-MOSFET 16 OFF and N-MOSFET 17 ON. After a constant time set by one-shot circuit 25, output 25A goes LOW, thus initiating the next "ON" cycle where P-MOSFET 16 ON and N-MOSFET 17 OFF.

In accordance with the present invention, regulator circuit 50 goes into sleep mode at low output current levels as follows. Hysteretic comparator 74 monitors the feedback voltage $V_{FB}$ and goes LOW when $V_{FB}$ exceeds a predetermined voltage value in excess of the reference voltage $V_{REF}$. Such a condition is indicative of the output voltage $V_{OUT}$ exceeding a predetermined voltage value in excess of the regulated voltage $V_{REG}$. This over voltage condition is intentionally induced at low average output currents by providing a constant current source $I_1$ 72 coupled in parallel with amplifier 38. During the over voltage condition both MOSFETS 16 and 17 are maintained OFF by way of AND gate 66 and NAND gate 68.

Constant current source 11 sets a minimum feedback current threshold for current comparator 39. This sets a minimum current required in inductor L1 during each ON cycle to trip comparator 39. In accordance with the present invention, current comparator 39 is intentionally forced to remain ON at current levels that would otherwise cause it to trip. Thus, more current is supplied to inductor L1 than is necessary to maintain the output voltage $V_{OUT}$ at the regulated voltage $V_{REG}$. As a result, $V_{OUT}$ will begin to increase beyond the regulated voltage $V_{REG}$, causing the feedback voltage $V_{FB}$ to trip hysteretic comparator 74 at a predetermined voltage value-in excess of $V_{REF}$. When comparator 74 trips, its output goes LOW to turn both MOSFET 16 and 17 OFF to put the regulator circuit into sleep mode.

In the above-described state of operation (i.e., "sleep mode") where MOSFETs 16 and 17 are both simultaneously OFF, the output load 14 is supported substantially by output

5,731,694

7

capacitor $C_{OUT}$. Hysteretic comparator 74 monitors the feedback voltage $V_{FB}$ and when $V_{OUT}$ falls such that $V_{FB}$ has decreased by the amount of the hysteresis in comparator 74, driver circuit 20 is taken out of sleep mode (where MOSFETS 16 and 17 are both driven OFF) so that a new ON cycle is initiated to supply current to load 14. If the load current remains low, $C_{OUT}$ will recharge to a voltage level in excess of $V_{REG}$ and the feedback voltage $V_{FB}$ will again trip comparator 74 after only a few cycles.

Thus, during light loads, control circuit 70 is adapted to turn both MOSFET 16 and MOSFET 17 OFF when they are not needed to maintain the output voltage substantially at the regulated voltage level if the output capacitor $C_{OUT}$ is capable of doing so. When the output voltage falls below the regulated voltage level in such a mode, control circuit 70 is adapted to briefly turn switch 15 ON to recharge the output capacitor $C_{OUT}$ back to a voltage level in excess of the regulated voltage. Therefore, $V_{OUT}$ will oscillate between upper and lower thresholds separated by the comparator 74 hysteresis voltage multiplied by the ratio of $(R_1+R_2)$ to $R_2$. The rate at which the regulator "wakes up" to recharge output capacitor $C_{OUT}$ will automatically adapt to the load current, maintaining high efficiencies even at low output currents

In accordance with the present invention, control circuit 70 maintains MOSFETS 16 and 17 OFF over periods of time when the output current is low enough to allow the output capacitor $C_{OUT}$ to maintain the output voltage substantially at the regulated voltage. Typically, such periods of OFF time, wherein both MOSFETS 16 and 17 are maintained OFF even though the switching regulator is providing a regulated voltage, can extend from less than 100 microseconds to over a few seconds (respectively corresponding to a few switch cycles to over one-hundred-thousand switch cycles for a switching frequency of 100 kilohertz). Such OFF times typically allow high efficiency to be obtained (e.g., over 90%) over an output current range in excess of 100:1. Because other components in addition the switching transistors can also be maintained OFF during such periods, even higher efficiencies can typically be obtained.

Control circuit 70 of switching regulator 50 shown in FIG. 2 is used to drive a synchronously-switched switch including MOSFETs 16 and 17. As used herein, the term "synchronously-switched switch" refers to a switch including two switching transistors that are driven out of phase to supply current at a regulated voltage to a load. FIG. 3 shows a second embodiment of the high-efficiency control circuit of the present invention adapted to drive a switch including a switching transistor and a switching diode in a step-down configuration.

As shown in FIG. 3, switching regulator circuit 100 includes switch 115 including P-MOSFET 116 and diode 118. Switch 115 is driven by driver 120 including P-driver 126. The turning-ON and turning-OFF of switch 115 is controlled by control circuit 125. Because control circuit 125 is used to only drive one MOSFET (in contrast to control circuit 70 of FIG. 2), it only has one output terminal 125A (taken from the output of NAND gate 68).

Control circuit 125 includes current comparator 39, amplifier 38, hysteretic comparator 74 and one-shot circuit 25, similar to those shown in control circuit 70 of FIG. 2. As discussed above with respect to FIG. 2, at low average output current levels, constant current source $I_1$ 72 is used to intentionally overdrive the current supplied to inductor L1 so as to cause the output voltage $V_{OUT}$ to increase beyond the regulated voltage level $V_{REG}$ where the output can be supported substantially by output capacitor $C_{OUT}$ for

8

extended periods of time. During these extended time periods, P-MOSFET 116 is maintained OFF in a sleep mode so as to increase circuit efficiency.

As discussed above, control circuits 70 and 125 of FIGS. 2 and 3, respectively, provide high-efficiency operation at low average output current levels. Operation adapts automatically to the output current level. For example, at high output current levels during a first state of operation the switch continually alternates between an ON state and an OFF state to maintain the output voltage $V_{OUT}$ at the regulated voltage level $V_{REG}$. At low output current levels during a second state of operation, where circuit efficiency would otherwise be low, the output voltage $V_{OUT}$ is able to be maintained substantially at the regulated voltage level $V_{REG}$ by output capacitor without continuously turning the switch ON and OFF. Thus, the control circuit automatically identifies such a condition and allows the regulator circuit to go into a "sleep" mode where a minimal number of circuit components are required to be ON.

In accordance with another feature of the present invention, a regulator circuit can also incorporate a "user activated" embodiment of the control circuit of the present invention where a user input controls whether the regulator circuit is in a "sleep" mode or not. FIG. 4 is a schematic block diagram of a switching regulator circuit incorporating such a "user-activated" embodiment of the high-efficiency control circuit of the present invention for driving a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator circuit 150 in FIG. 4 includes push-pull switch 15, driver 20, driver circuit 30 similar to those in circuit 50 of FIG. 2. Control circuit 170 of regulator circuit 150 includes one-shot circuit 25, current comparator 39 and amplifier 38 also similar to those in circuit 50 of FIG. 2. In contrast to FIG. 2, switch 175 (including switches 176 and 178) is used to manually switch regulator circuit 150 into a sleep mode through user input 175A, which may be a control signal from some other type of control circuit (not shown). Upon the closing of switch 175, switches 176 and 178 both close.

Switch 176 is used to turn N-driver 27 OFF in sleep mode by grounding input 66A of AND gate 66 (which normally is held HIGH by resistor 67 coupled to a positive supply). Switch 178 is used to introduce positive feedback, and therefore hysteresis, into amplifier 38 so as to allow control circuit 170 to maintain the output voltage $V_{OUT}$ substantially at the regulated voltage level $V_{REG}$ in sleep mode. (Resistor $R_{HYS}$, coupled between reference circuit 37 and the non-inverting input of transconductance amplifier 38, is used to assist in feeding back the output of amplifier 38 into the non-inverting input of amplifier 38.)

Switch 178 allows amplifier 38 to overdrive the supply of current to inductor L1 (through P-MOSFET 16) so as to intentionally drive the output voltage $V_{OUT}$ to a predetermined level in excess of the regulated voltage level $V_{REG}$. After being driven to such voltage level, the hysteresis in amplifier 38 maintains P-driver 26 OFF until the feedback voltage $V_{FB}$ falls by at least the hysteresis voltage. At that point, output 39A of current amplifier 39 goes HIGH to trigger one-shot circuit 25 so that P-MOSFET 16 is turned ON to recharge the output capacitor $C_{OUT}$ to the predetermined voltage level in excess of the regulated voltage level $V_{REG}$.

As discussed above, control circuit 170 periodically wakes up during sleep mode to turn P-MOSFET 16 ON to recharge the output capacitor $C_{OUT}$. It will be apparent to those of ordinary skill in art that although N-MOSFET 15 is

5,731,694

9

maintained OFF during such wake-up periods, this does not have to be the case. For example, while control circuit 170 is recharging output capacitor $C_{OUT}$, such recharging could be accomplished by alternately turning the switching transistors OFF so as to vary the duty cycle and thereby recharge the output capacitor $C_{OUT}$.

Thus, regulator circuit 150 operates to increase efficiency at low current levels as in regulator circuit 50 of FIG. 2 if a user manually activates a switch. However, in contrast to regulator circuit 50 of FIG. 2, regulator circuit 150 does not automatically adapt to the output current levels. For example, circuit 150 does not take itself out of sleep mode as the average output current increases—it relies upon user deactivation.

As discussed above, the embodiments of the control circuits of the present invention shown in FIGS. 2–4 include one-shot circuit 25. In accordance with another feature of the present invention, the one-shot circuit could be replaced with other types of circuits that control the duty cycle of the power switch. For example, one-shot circuit 25 could be replaced with a pulse-width modulator circuit that provides a pulse-width modulated signal in response to a control signal. Of course, other types of circuits could be used as well.

In accordance with another feature of the present invention, one-shot circuit 25, which provides a constant OFF-time signal, could be replaced with a one-shot circuit that provides a variable OFF-time control signal dependent upon the output voltage ($V_{OUT}$) and the input voltage ($V_{IN}$). This feature of the present invention can be used to reduce the generation and emission of audible noise from inductor L1 at low input voltages. As discussed above, such noise is associated with oscillation in the inductor current. Furthermore, this feature of the present invention can also be used to control the short circuit current if the output is short circuited.

FIG. 5 is a schematic block diagram of an exemplary switching regulator circuit incorporating the variable OFF-time control circuit of the present invention.

Switching regulator circuit 200 includes push-pull switch 15, driver circuit 20, current feedback circuit 210, voltage feedback circuit 220, feedback control circuit 230 and variable OFF-time circuit 240. Feedback control circuit 230 monitors the output current and output voltage through inputs 232 and 234, respectively, and provides a trigger signal at terminal 236 to initiate the OFF cycle of switch 15. Variable OFF-time circuit 240 is used to control the OFF time as follows.

Circuit 240 includes one-shot generator 245 which is triggered by feedback control circuit 230 through terminal 236. One-shot generator 245 includes an additional terminal 245A coupled to control capacitor ($C_{CON}$) 246 whose voltage is monitored by generator 245. In accordance with the present invention, OFF-time control circuit 250 controls the discharging of capacitor $C_{CON}$, and thus the capacitor voltage, so as to in turn control the OFF time of generator 245. OFF-time control circuit 250 monitors the input and output voltages ($V_{IN}$ and $V_{OUT}$) and, depending upon their values, adjusts the OFF time accordingly.

In accordance with another feature of the present invention, if the input voltage $V_{IN}$ decreases so that the inductor L1 oscillation frequency $f_{RIP}$ discussed above falls into an audible range, the OFF time is decreased so that $f_{RIP}$ will accordingly increase out of an audible range. Also, if the output voltage $V_{OUT}$ decreases due to a short circuit so that the voltage across inductor L1 is too low to allow adequate decay in inductor current during the OFF cycle, the OFF time is increased so as to avoid a current runaway condition.

10

In the present embodiment the discharging of control capacitor $C_{CON}$ is regulated by controlling the magnitude of control current $I_{CON}$. For example, at low input voltages $I_{CON}$ is increased by OFF-time control circuit 250 so that the voltage on control capacitor $C_{CON}$ rapidly falls. When the control capacitor voltage falls below a predetermined value, the ON cycle of switch 15 is initiated. Additionally, at low output voltages $I_{CON}$ is decreased by OFF-time control circuit 250 so that the voltage on control capacitor $C_{CON}$ slowly decays to lengthen the OFF time.

Although switching regulator circuit 200 shown in FIG. 5 relies upon a particular circuit for discharging a capacitor to control the OFF time, it is apparent that other circuits for performing this same function in response to the input and output voltages can also be used. For example, if desired, an operational amplifier could be used to control the OFF-time.

Thus, a one-shot circuit has been discussed which provides a variable OFF-time control signal that adapts to the input and output voltage levels. This feature of the present invention is used to reduce the generation and emission of audible noise from the regulator circuit at low input voltage levels (i.e., reduce $t_{OFF}$ at low input voltages) and to limit the short circuit current if the output is short circuited (i.e., increase $t_{OFF}$ at low output voltages).

FIG. 6 is a detailed schematic diagram of an exemplary embodiment of the variable OFF-time control circuit of FIG. 5.

OFF-time control circuit 250 accepts as inputs $V_{IN}$ and $V_{OUT}$ at terminals 252 and 254, respectively, and provides an output $I_{CON}$ at terminal 256. As discussed above, $I_{CON}$ provides for the controlled discharging of a control capacitor $C_{CON}$ coupled to terminal 256. Control circuit 250 controls the magnitude of $I_{CON}$, and therefore controls the time it takes control capacitor $C_{CON}$ to discharge. Control circuit 250 includes current source 260 (for providing current $I_{CN2}$), current source 270 (for providing current $I_{CN1}$), current compensation circuit 280 and current mirror output circuit 295. Control circuit 250 works as follows.

Current mirror output circuit 295 is a current mirror circuit including transistor 296 and transistor 298 (having its gate 298A connected to its drain 298B). Circuit 295 accepts a controlled reference current $I_{CREF}$ at input 295A and provides a proportional output current $I_{CON}$ related to the aspect ratios of transistor 296 and 298 (as in conventional current mirror circuits). In accordance with the present invention, $I_{CREF}$ will be equal to either $I_{CN1}$ or ($I_{CN1+ICN2}$) depending upon voltages $V_{IN}$ and $V_{OUT}$ on input terminals 252 and 254, respectively.

When $V_{IN}$–$V_{OUT}$ is greater than 1.5 volts, transistor 262 conducts sufficient current (from transistor 264 and current supply $I_6$) to hold transistor 266 OFF. With transistor 266 OFF, current $I_{CN2}$ will be zero and current $I_{CREF}$ will therefore be equal to current $I_{CN1}$ provided at output terminal 270A of current source 270.

Current $I_{CN1}$ is supplied by a current mirror circuit composed of transistor 272 and transistor 274 (having its gate 274A connected to its drain 274B). In accordance with the present invention, the reference current $I_{CN1REF}$ flowing from transistor 274 will be equal to either $I_{CN1A}$ or ($I_{CN1A+}$ $I_{CN1B}$), depending upon whether transmission gate 282 is open or closed, respectively.

Transmission gate 282 is controlled by comparator 284 and will be OPEN when $V_{OUT}$ is less than $V_{THO}$. Under OPEN conditions, $I_{CN1REF}$ will be equal to $I_{CN1A}$ which goes to the collector of transistor 276. This current is derived by dividing $V_{OUT}$ by the output divider (composed of resistors 271 and 273) to produce voltage $V_{FB1}$ (at the base of

5,731,694

11

transistor 279). Voltage $V_{FB1}$ is then level shifted up by the base-emitter voltage of transistor 279 and then down by the base-emitter voltage of transistor 276 where it appears across emitter resistor 278. The resulting transistor 276 collector current is then proportional to the output voltage $V_{OUT}$, causing control capacitor $C_{CON}$ to be discharged at a rate which is proportional to the discharge rate of the current in inductor L1.

Thus, when the output voltage $V_{OUT}$ is low, such as during a fault or start-up condition, $t_{OFF}$ will be lengthened to allow the additional time required for the current to ramp down in inductor L1.

When the output voltage $V_{OUT}$ is greater than $V_{TH3}$, the output of comparator 284 closes transmission gate 282 to couple an additional compensation current $I_{CN1B}$ to the drain of transistor 274 to provide current compensation through current compensation circuit 280. Compensation current $I_{CN1B}$ is equal to current $I_{TRIM}$ minus the drain current of transistor 286. Transistors 286 and 288 serve to mirror the collector current in transistor 290 (which is derived in a similar manner to the collector current in transistor 276 discussed above, except that voltage $V_{REF}$ is used instead of voltage $V_{FB1}$).

Compensation current $I_{CN1B}$ has two purposes: 1) to serve as a trimming current to set a desired control current $I_{CON}$ when the output voltage $V_{OUT}$ is substantially at its regulated level, and 2) to maintain a substantially constant control current $I_{CON}$ over a wide range of operating temperatures. During typical circuit manufacturing, variations in the resistance of resistor 278 would normally cause control current $I_{CON}$ to be larger or smaller than desired. By trimming $I_{TRIM}$ while in production, compensation current $I_{CN1B}$ can be adjusted to add or subtract from the collector current ($I_{CN1A}$) Of transistor 276 as required to provide a predetermined control current $I_{CON}$. Additionally, if resistors 278 and 292 are matched (i.e., designed and fabricated similarly), then control current $I_{CON}$ variations due to the temperature variation of the resistance of resistor 278 will be substantially cancelled by a corresponding change in the resistance of resistor 292.

If the output voltage $V_{OUT}$ is less than voltage $V_{TH3}$, the output of comparator 284 opens transmission gate 282 and thus inhibits current compensation. This ensures that control current $I_{CON}$ will approach zero as the output voltage $V_{OUT}$ approaches zero, thus guaranteeing control of the inductor current $I_L$ during an output short circuit.

When $V_{IN}$ falls to the point that $V_{IN}-V_{OUT}$ is less than 1.5 volts, the current in transistor 262 no longer holds transistor 266 OFF. As $V_{IN}$ decreases further, transistor 266 adds additional current ($I_{CN2}$) into current mirror output circuit 295, thereby increasing control current $I_{CON}$ and, thus, reducing $t_{OFF}$. This in turn stabilizes the operating frequency as $V_{IN}$ decreases, reducing potential audibility problems. Current source $I_7$ determines the maximum current that transistor 266 adds to control current $I_{CON}$.

Thus, when $V_{IN}$ falls so that $V_{IN}-V_{OUT}$ is less than 1.5 volts (e.g., when a battery is nearly discharged), $t_{OFF}$ will be reduced to increase the oscillation frequency of the regulator circuit so that the generation and emission of audible noise is reduced.

Although variable OFF-time control circuit 250 was discussed above with respect to a regulator circuit which includes push-pull switch 15 and driver 20, it will be apparent that the variable OFF-time feature of the present invention could be used in other regulators as well. For example, this feature could also be used in the regulator circuits of FIGS. 3 and 4 and other circuits that employ one-shot generators to provide a regulated voltage.

12

FIG. 7 is a detailed schematic block diagram of an exemplary switching regulator circuit incorporating both the variable OFF-time feature and the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator 300 includes push-pull switch 15, driver 20, output circuit 30 and control circuit 350. Control circuit 350 includes one-shot generator 245, variable OFF-time control circuit 250 for controlling the OFF cycle time and comparator 74 for providing high-efficiency operation at low average output current levels. Switching regulator 300 works as follows.

When the load current exceeds, for example, approximately 20 percent of the maximum output current, the loop operates in a continuous mode wherein comparator 74 does not override output 245A of one-shot generator 245. With $V_{IN}-V_{OUT}$ greater than 1.5 V, operation is substantially similar to that described for FIG. 1. The inductor current is sensed by means of the voltage drop across resistor $R_{SENSE}$, and the threshold for the current comparator 39 is set by the voltage drop across resistor $R_3$. Built-in offset $V_{OS}$ (e.g., about 10 mv) levelshifts feedback voltage $V_{FB}$ slightly below reference voltage $V_{REF}$, thus keeping the output of comparator 74 HIGH in this mode. When the voltage across resistor $R_{sense}$ exceeds the threshold across resistor $R_3$, the output of comparator 39 goes HIGH and the RBAR input of RS flip-flop 310 goes LOW, resetting RS flip-flop 310, and thus, initiating the switch OFF cycle.

During the OFF cycle, switch signal $V_{SWB}$ is HIGH, which turns P-MOSFET 16 OFF, N-MOSFET 17 ON and allows $I_{CON}$ to discharge control capacitor $C_{CON}$. The OFF time, $t_{OFF}$, is in turn determined by the time it takes control capacitor $C_{CON}$ to discharge from its initial voltage to $V_{TH1}$, coupled to the non-inverting input of comparator 312. When control capacitor $C_{CON}$ discharges to voltage $V_{TH1}$, the output of comparator 312 goes LOW, thus setting RS flip-flop 310 and initiating the next ON cycle. Voltage $V_{TH1}$ is higher than voltage $V_{TH2}$, thus causing the output of comparator 315 to remain LOW in the continuous mode.

In accordance with present embodiment, the OFF time is controlled by variable OFF-time control circuit 250 described above with respect to FIGS. 5 and 6. Accordingly, circuit 250 includes inputs 252 and 254 coupled to $V_{IN}$ and $V_{OUT}$, respectively, to monitor those voltages.

Current source $I_1$ sets a minimum voltage threshold across resistor $R_3$ for current comparator 39. This sets a minimum current required in inductor L1 during each ON cycle to trip comparator 39. If the resulting average inductor current flowing to the output is greater than the load current, then output voltage $V_{OUT}$ will begin to increase, causing feedback voltage $V_{FB}$ to trip the hysteretic comparator 74. Of course, the inductance of inductor L1 and OFF time $t_{OFF}$ are preferably chosen so that the inductor ripple current is not below zero when such tripping occurs. When comparator 74 trips, its output goes LOW and overrides the Q output of RS flip-flop 310, immediately switching switch signal $V_{SWB}$ high. As discussed above, this automatically initiates the beginning of the "sleep" mode of operation.

In sleep mode, capacitor $C_{CON}$ discharges as before, but does not initiate a new switch ON cycle when comparator 312 trips. As discussed above, this is because until feedback voltage $V_{FB}$ has fallen by the amount of hysteresis in comparator 74, the LOW at output 74A forces switch signal $V_{SWB}$ to remain HIGH through NAND gate 316. Accordingly, control capacitor $C_{CON}$ continues to discharge below voltage $V_{TH2}$, causing output 315A of comparator 315

5,731,694

13

to go HIGH. This in turn causes the N-MOSFET 17 as well as the P-MOSFET 16 to be turned OFF. In addition, unused circuit components such as amplifier 38 and comparators 39 and 312 are also turned OFF when the regulator circuit is in sleep mode. As discussed above, this decreases bias currents substantially during sleep mode, further increasing efficiency at low output current levels.

During the extended off times in sleep mode, much of the regulator and both MOSFETS 16 and 17 are turned off, and the output load is supported substantially by output capacitor $C_{OUT}$. However, when the output voltage $V_{OUT}$ falls such that the feedback voltage $V_{OUT}$ has decreased by the amount of hysteresis in comparator 74, all circuit components are again turned on and a new ON cycle is initiated to supply current to the output. If the load current remains low, output capacitor $C_{OUT}$ will recharge, and the feedback voltage $V_{FB}$ will again trip comparator 74 after only a few switch cycles. Thus, during light load conditions, the output voltage $V_{OUT}$ will oscillate between upper and lower thresholds values, as discussed above.

Whenever P-MOSFET 16 is ON, its gate-to-source voltage also appears across MOSFET 334, turning MOSFET 334 ON. This pulls the drain of MOSFET 334 HIGH, and inhibits N-drive 27. Following a LOW-to-HIGH $V_{SWB}$ transition, the voltage on the gate of P-MOSFET 16 must rise to a level where MOSFET 334 is conducting less than current source 335 before the drain voltage of MOSFET 334 falls and allows the N-MOSFET 17 to be turned ON. Current $I_{M1}$ is purposely made small so that the gate of MOSFET 334 must rise to within 2 volts of the input voltage $V_{IN}$ before the drive is enabled, ensuring that the P-MOSFET is completely OFF when N-MOSFET 17 turns ON. In a similar manner, MOSFET 332 and current source $I_{M2}$ 333 ensure that the N-MOSFET 17 is completely OFF when the P-MOSFET 16 turns ON. This prevents simultaneous conduction regardless of the driver speeds or MOSFET sizes, ensuring maximum possible efficiency. This feature of the present embodiment is discussed in more detail in commonly-assigned U.S. patent application Ser. No. 07/893, 523, filed Jun. 4, 1992, now U.S. Pat. No. 5,365,118, which is hereby incorporated by reference in its entirety. If desired, the control circuit of the present invention can also include circuitry for accommodating transient switch signals as described in commonly assigned U.S. patent application Ser. No. 08/035,423, filed concurrently herewith, now U.S. Pat. No. 5,408,150, which is also hereby incorporated by reference in its entirety.

Schottky diode D2 coupled across N-MOSFET 17 shown in FIG. 7 only conducts during the deadtime between the conduction of MOSFETS 16 and 17. Diode D2's purpose is to prevent the body diode of N-MOSFET 17 from turning on and storing charge during the deadtime, which could reduce efficiency (e.g., by approximately 1 percent) in some cases. Diode D2 preferably is selected with a forward voltage of less than about 0.5 volts when conducting the maximum output current.

In accordance with the present invention, the control circuit shown in FIG. 7, when incorporated into a 5-volt synchronous step-down switching regulator, is capable of achieving over 90 percent efficiency (for an input voltage of approximately 10 volts) while the output current varies over two orders of magnitude (e.g., 20 mA to 2 A). Under some operating conditions (e.g., for an input voltage of 6 volts) efficiencies of over 95 percent can be maintained over such current levels. Such a control circuit is particularly useful in notebook and palm-top computers, portable instruments, battery-operated digital devices, cellular telephones, DC power distributions systems and GPS systems.

14

As discussed above with respect to FIG. 1, a disadvantage of prior art control circuit 10 is that at low output currents the current in inductor L1 may reverse polarity if during $t_{OFF}$ the current ramps down too much. This may result in power being pulled from the load to ground, through N-MOSFET 17, with an associated reduction in circuit efficiency. In accordance with a still further feature of the present invention, the control circuit can include a circuit for turning OFF the N-MOSFET to prevent such power from being pulled from the load if the inductor current reverses polarity.

FIG. 8 is a schematic block diagram of an exemplary switching regulator circuit incorporating a circuit of the present invention for preventing reversals in the polarity of the current in the output inductor of the regulator from drawing power from the load.

Switching regulator 400 includes push-pull switch 15, driver circuit 20 and output circuit 30 similar to those of FIG. 1. Circuit 400 also includes an embodiment 470 of the high-efficiency control circuit of the present invention for preventing reversals in the polarity of output inductor L1 current from drawing power from the load.

Control circuit 470 includes one-shot circuit 25, current comparator 39 and transconductance amplifier 38 similar to those of FIG. 1. In addition to those components, control circuit 470 also includes comparator 471 and gate 472 for preventing reversals in inductor current polarity from drawing power from the load at low average current levels. Control circuit 470 works as follows.

When output $25a$ of one-shot circuit goes HIGH to turn P-MOSFET 16 OFF and N-MOSFET 17 ON, the inductor current $I_L$ begins to ramp down. During low average output currents, this current may ramp down towards zero and, eventually, may go negative. Control circuit 470 works by monitoring the inductor current $I_L$, through current feedback signal $I_{FB2}$, and turns N-MOSFET 17 OFF before such current reversals can occur. This prevents N-MOSFET 17 from drawing power from the load to ground.

Comparator 471 includes an input $471a$ adapted to monitor inductor current $I_L$ by way of current feedback signal $I_{FB2}$. When current feedback signal $I_{FB2}$ falls below current $I_4$ applied to input $471b$ of comparator 471, comparator output $471c$ goes LOW and, therefore, turns N-MOSFET 17 OFF by way of NAND gate 472. The turning OFF of N-MOSFET 17 prevents current reversals in inductor current $I_L$ from drawing power from load 14 to ground through N-MOSFET 17.

After N-MOSFET 17 is turned OFF, it will again be allowed to turn ON as soon as feedback current $I_{FB2}$ exceeds current $I_4$ to cause comparator output $471c$ to go HIGH. Generally, comparator output $471c$ will again go HIGH after one-shot circuit 25 turns P-MOSFET 16 ON, which, in turn, causes-the inductor current $I_L$ to again ramp up. Such ramping up will allow current feedback signal $I_{FB2}$ to exceed $I_4$ and, therefore, cause comparator output $471c$ to go HIGH. While comparator $471c$ is HIGH, one-shot circuit 25 solely controls the turning ON of N-MOSFET 17.

Thus, control circuit 470 includes circuitry for intentionally holding N-MOSFET 17 OFF during periods when current reversals would otherwise allow power to be drawn from the load. This feature of the present invention can increase circuit efficiency at low average output current levels when current reversals are most like to occur.

It will be apparent to those of ordinary skill in the art that although comparator 471 monitors the inductor current $I_L$ through feedback current $I_{FB2}$, other means of detecting current reversals in the inductor current $I_L$ could be used as well. For example, comparator 471 could monitor current

5,731,694

15

feedback signal $I_{FB1}$ just as well so that only one type of current feedback signal is employed in control circuit 470. Additionally, many others means of generating a feedback signal indicative of current reversal in inductor current $I_L$ could be used as well (see, e.g., resistor $R_{SENSE}$ in FIG. 7).

The high-efficiency control circuit of the present invention was discussed above with respect to FIGS. 1–8 wherein the switching regulator was configured in a voltage step-down configuration. It will be apparent that the control circuit of the present invention could be used in other configurations as well. For example, FIG. 9 shows a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a voltage step-up configuration.

Switching regulator 500 includes synchronously-switched switch 15' wherein the drains of P-channel MOS-FET 16 and N-channel MOSFET 17 are coupled together and to one side of inductor L1. The other side of inductor $L_1$ is coupled to input $V_{IN}$. Control circuit 70 drives driver circuit 20' including inverting P-driver 26' and inverting N-driver 27', which in turn drive P-channel MOSFET 16 and N-channel MOSFET 17, respectively.

Thus, as shown in FIG. 9, the control circuit of the present invention can be used in switching configurations wherein an input voltage $V_{IN}$ is stepped up to a regulated output voltage $V_{OUT}$. As is the case with the step-down configurations shown in FIGS. 2–8, the control circuit of FIG. 9 can be used in other types of step-up configurations as well. For example, one-shot circuit 25 shown in FIG. 9 can include an additional input for monitoring the input voltage $V_{IN}$ to reduce the generation and emission of audible noise from inductor L1 at low input voltages as discussed above with respect to FIGS. 5 and 6. Also, switching regulator 500 can include circuitry to hold P-MOSFET 16 OFF during periods when the polarity of inductor current $I_L$ would otherwise reverse, as discussed above with respect to FIG. 8.

FIG. 10 shows a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a voltage polarity-inverting configuration.

Switching regulator 600 includes switch 15'' wherein the drain of P-channel MOSFET 16 is coupled to one side of inductor L1 and to $V_{OUT}$ through diode D601. The other side of inductor L1 is coupled to ground. The source of P-channel MOSFET 16 is coupled to the positive input voltage $V_{IN}$. Control circuit 70' drives driver circuit 20'' including P-driver 26 which, in turn, drives P-channel MOSFET 16.

Control circuit 70' operates substantially similar to control circuit 70 discussed above except for the following. Voltage feedback to control circuit 70' is provided by resistors R1 and R2 and amplifier 602. Amplifier 602 inverts the negative polarity voltage at $V_{OUT}$ to provide a positive polarity feedback voltage to control circuit 70'.

Thus, as shown in FIG. 10, the control circuit of the present invention can be used in switching configurations wherein an input voltage $V_{IN}$ is inverted to a regulated output voltage of opposite polarity $V_{OUT}$. As is the case with the step-down configurations shown in FIGS. 2–8, the control circuit of FIG. 10 can be used in other types of polarity-inverting configurations as well. For example, one-shot circuit 25 shown in FIG. 10 can include an additional input for monitoring the input voltage $V_{IN}$ to reduce the generation and emission of audible noise from inductor L1 at low input voltages. Furthermore, one-shot circuit 25 can include an input for monitoring the output voltage $V_{OUT}$ to control the short circuit current if the output is short circuited as discussed above with respect to FIG. 5 and 6. Also, if

16

regulator 600 was synchronously switched and included an N-MOSFET instead of D601, the regulator could include circuitry to hold such an N-MOSFET OFF during periods when the polarity of inductor current $I_L$ would otherwise reverse, as discussed above with respect to FIG. 8.

It will be apparent to those of ordinary skill in the art that although the present invention has been discussed above with reference to a hysteretic voltage comparator for generating the sleep mode control signal to cause the switching regulator to go into and awake from the sleep-mode, other means for performing the same function are also possible. For example, if desired, the sleep mode control signal could be generated in response to a monitored output current. Furthermore, the switching regulator could be taken out of the sleep mode a predetermined time period after going into such a mode, instead after the output voltage falls below a predetermined threshold voltage, as illustrated above.

It will also be apparent that although the present invention has been discussed above with reference to FIGS. 1–10, wherein the power switches were either a pair of complementary MOSFETS (i.e., one p-channel and one n-channel) or a single p-channel MOSFET (FIG. 3), the present invention is applicable to other types of switches as well. For example, the power switch could include a pair of N-channel MOSFETS, a pair of P-channel MOSFETS, or bipolar junction transistors.

Thus, a control circuit and method for maintaining high efficiency over broad current ranges in a switching regulator circuit has been provided.

One skilled in the art will thus appreciate that the present invention can be practiced by other than the described embodiments, which are presented for purposes of illustration and not of limitation, and the present invention is limited only by the claims which follow.

What is claimed is:

1. Control circuitry for controlling a switching voltage regulator supplying current at a regulated voltage to a load, said regulator having switching circuitry adapted to receive an input voltage and including a switching transistor, a diode, an inductive element, and output circuitry, including an output capacitor, said control circuitry including:

an error amplifier having inputs coupled to a reference and to said output circuitry;

a current comparator circuit having inputs coupled to an output of said error amplifier and to an inductive element current feedback signal;

a bias source coupled to an input of said current comparator circuit, said bias source setting a minimum feedback current threshold for said current comparator circuit, said minimum feedback current threshold determining a minimum current level required in said inductive element during each on cycle of said switching transistor to trip said current comparator;

a hysteretic comparator having a first input coupled to a reference, a second input coupled to said output circuitry and an output, said output changing from a first state to a second state when the first and second inputs compare in a predetermined manner; and

a logic circuit coupled between said hysteretic comparator and said switching transistor which prevents said switching transistor from turning on when said output of said hysteretic comparator is in said second state.

2. The control circuitry of claim 1 wherein a voltage offset is introduced between an input of said error amplifier and an input of said hysteretic comparator, said voltage offset inhibiting a change in output state of said hysteretic comparator at high load current levels.

5,731,694

17

3. The control circuitry of claim 1, wherein said current comparator is coupled to a one-shot circuit, an output of which is coupled to said logic circuit.

4. The control circuitry of claim 1, wherein an amplifier circuit is coupled between said output circuitry and an input to said error amplifier to provide positive feedback in a switching voltage regulator circuit wherein the input voltage has an opposite polarity from the voltage at the load.

5. A method for controlling a switching voltage regulator supplying current at a regulated voltage to a load, said regulator having switching circuitry adapted to receive an input voltage and including a switching transistor, a diode, an inductive element, and output circuitry, including an output capacitor, the method comprising the steps of:

(a) monitoring the current through the inductive element to generate a first feedback signal;

(b) monitoring an output voltage of the regulator to generate a second feedback signal;

(c) generating a minimum current threshold;

18

(d) generating a current threshold responsive to the second feedback signal, the current threshold being maintained at or above the minimum current threshold;

(e) generating a first control signal to turn the transistor on and off responsive to magnitudes of the first feedback signal and the current threshold; and

(f) generating a second control signal responsive to the second feedback signal exceeding a voltage threshold, the second control signal gating the first control signal to prevent the transistor from turning on regardless of the first control signal, so that the transistor is held off, and the output current is supplied by the output capacitor.

6. The method of claim 5, wherein the current threshold generated by step (d) is the greater of the minimum current threshold, and a current which is substantially proportional to the difference in voltage between the second feedback signal and a constant voltage.

7. The method of claim 5, wherein the first control signal turns the transistor off for a predetermined time period.

* * * * *

# EXHIBIT F

US005994885A

# United States Patent [19]

## Wilcox et al.

[11] **Patent Number:** 5,994,885

[45] **Date of Patent:** Nov. 30, 1999

[54] **CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULATOR CIRCUIT**

[75] Inventors: **Milton E. Wilcox**, Saratoga; **Randy G. Flatness**, Los Gatos, both of Calif.

[73] Assignee: **Linear Technology Corporation**, Milpitas, Calif.

[21] Appl. No.: **08/978,167**

[22] Filed: **Nov. 25, 1997**

### Related U.S. Application Data

[62] Division of application No. 08/799,467, Feb. 13, 1997, Pat. No. 5,731,694, which is a continuation of application No. 08/634,688, Apr. 18, 1996, abandoned, which is a continuation of application No. 08/476,232, Jun. 7, 1995, abandoned, which is a division of application No. 08/036,047, Mar. 23, 1993, Pat. No. 5,481,178.

[51] **Int. Cl.⁶** ........................................... **G05F 1/40**

[52] **U.S. Cl.** ..................... **323/285**; 323/287; 323/283; 323/290

[58] **Field of Search** ...................... 323/285, 283, 323/224, 290, 287, 284, 268, 275

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,458,798 | 7/1969 | Fang et al. |
| 3,571,697 | 3/1971 | Phillips |
| 3,579,091 | 5/1971 | Clarke et al. |
| 3,581,186 | 5/1971 | Weinberger |
| 3,582,758 | 6/1971 | Gunn |
| 3,585,491 | 6/1971 | Petersen |
| 3,733,540 | 5/1973 | Hawkins |
| 3,772,588 | 11/1973 | Kelly et al. ........ 323/285 |
| 3,784,893 | 1/1974 | Rando |

(List continued on next page.)

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 428 377 A2 | 5/1991 | European Pat. Off. |
| 60-32565 | 2/1985 | Japan |
| 60-156269 | 8/1985 | Japan |
| 63-307510 | 12/1988 | Japan |
| 3-113986 | 11/1991 | Japan |
| 4-42771 | 2/1992 | Japan |
| 4-49844 | 2/1992 | Japan |
| 4-101286 | 9/1992 | Japan |
| 4-128086 | 11/1992 | Japan |

### OTHER PUBLICATIONS

Linear Technology Corporation, "New Device Cameos," *Linear Technology Magazine*, 10:18–19 (1992).

Williams, J. and Huffman, B., "Proper instrumentation eases low power dc/dc converter design," EDN, Oct. 27, 1988.

Chryssis, George, "High-frequency switching power supplies," pp. 144–152 and 180–181, McGraw-Hill, 1989.

Hnatek, Eugene R., "Design of Solid State Power Supplies," Third Edition, pp. 65–70, Van Nostrand Reinhold, 1989.

Linear Technology, "LT1846/1847, LT3846/3847 Current Mode PWM Controller," Datasheet, 1990.

Huffman, B., "Efficiency and Power Characteristics of Switching Regulator Circuits," Application Note 46, Linear Technology, Nov. 1991.

Gold, S., "Design Techniques for Electrostatic Discharge Protection," Linear Technology, Oct. 1992.

Unitrode, "UC1846/7, UC2846/7, UC3846/7 Current Mode PWM Controller," Datasheet, dated Jan. 1997 (date of first publication unknown).

(List continued on next page.)

*Primary Examiner*—Peter S. Wong
*Assistant Examiner*—Rajnikant B. Patel
*Attorney, Agent, or Firm*—Fish & Neave

[57] **ABSTRACT**

A circuit and method for controlling a switching voltage regulator having (1) a switch including one or more switching transistors and (2) an output adapted to supply current at a regulated voltage to a load including an output capacitor. The circuit and method generates a control signal to turn said one or more switching transistors OFF under operating conditions when the voltage at the output is capable of being maintained substantially at the regulated voltage by the charge on the output capacitor. Such a circuit and method increases the efficiency of the regulator circuit particularly at low average current levels.

**42 Claims, 10 Drawing Sheets**



5,994,885
Page 2

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,863,128 | 1/1975 | Wilwerding |
| 3,879,647 | 4/1975 | Hamilton et al. |
| 3,992,638 | 11/1976 | Sauvanet |
| 4,013,939 | 3/1977 | Biess et al. |
| 4,035,710 | 7/1977 | Joyce |
| 4,071,884 | 1/1978 | Maigret |
| 4,160,288 | 7/1979 | Stuart et al. |
| 4,326,245 | 4/1982 | Saleh |
| 4,395,675 | 7/1983 | Toumani |
| 4,428,015 | 1/1984 | Nesler |
| 4,462,069 | 7/1984 | Becky |
| 4,479,174 | 10/1984 | Cates |
| 4,493,017 | 1/1985 | Kammiller et al. |
| 4,519,024 | 5/1985 | Federico et al. |
| 4,541,041 | 9/1985 | Park et al. ........................ 363/41 |
| 4,554,499 | 11/1985 | Sherman et al. |
| 4,578,630 | 3/1986 | Grosch |
| 4,610,521 | 9/1986 | Inoue |
| 4,634,956 | 1/1987 | Davis et al. ........................ 323/222 |
| 4,672,303 | 6/1987 | Newton |
| 4,672,518 | 6/1987 | Murdock |
| 4,674,020 | 6/1987 | Hill |
| 4,683,529 | 7/1987 | Bucher, II |
| 4,706,177 | 11/1987 | Josephson |
| 4,709,315 | 11/1987 | Ramos |
| 4,712,169 | 12/1987 | Albach |
| 4,716,514 | 12/1987 | Patel |
| 4,727,308 | 2/1988 | Huljak et al. |
| 4,754,385 | 6/1988 | McDade et al. |
| 4,801,859 | 1/1989 | Dishner |
| 4,813,066 | 3/1989 | Holtz et al. |
| 4,814,684 | 3/1989 | McCurdy |
| 4,819,122 | 4/1989 | Gontowski, Jr. |
| 4,823,070 | 4/1989 | Nelson |
| 4,843,532 | 6/1989 | Freedman |
| 4,866,587 | 9/1989 | Wadlington |
| 4,870,555 | 9/1989 | White |
| 4,884,183 | 11/1989 | Sable ........................ 363/41 |
| 4,902,957 | 2/1990 | Cassani et al. |
| 4,922,404 | 5/1990 | Ludwig et al. |
| 4,928,200 | 5/1990 | Redl et al. |
| 4,929,882 | 5/1990 | Szepesi |
| 4,931,716 | 6/1990 | Jovanovic et al. |
| 4,996,638 | 2/1991 | Orr |
| 5,028,861 | 7/1991 | Pace et al. |
| 5,034,871 | 7/1991 | Okamoto et al. |
| 5,066,900 | 11/1991 | Bassett |
| 5,068,575 | 11/1991 | Dunsmore et al. |
| 5,081,411 | 1/1992 | Walker |
| 5,097,196 | 3/1992 | Schoneman |
| 5,128,603 | 7/1992 | Wölfel |
| 5,134,355 | 7/1992 | Hastings |
| 5,138,249 | 8/1992 | Capel |
| 5,144,547 | 9/1992 | Masamoto |
| 5,170,333 | 12/1992 | Niwayama |
| 5,177,676 | 1/1993 | Inam et al. ........................ 363/80 |
| 5,179,511 | 1/1993 | Troyk et al. |
| 5,184,129 | 2/1993 | Fung et al. |
| 5,193,211 | 3/1993 | Nobusawa |
| 5,237,606 | 8/1993 | Ziermann |
| 5,309,078 | 5/1994 | Cameron ........................ 318/811 |
| 5,396,412 | 3/1995 | Barlage |
| 5,408,162 | 4/1995 | Williams |
| 5,481,178 | 1/1996 | Wilcox et al. ........................ 323/287 |
| 5,548,189 | 8/1996 | Williams |

OTHER PUBLICATIONS

Cassani, John C.; Hodgins, Jonathan J.; Robert G. and Wittlinger, H.A., "Sophisticated Control IC Enhances 1 MHZ Current Controlled Regulator Performance," Proceedings of HFPC, pp. 167–173, May 1992.

Lee, et al., "Design of Switching Regulator with Combined FM and On–Off Control," IEEE Transactions on Aerospace and Electronic Systems, vol. AES–22, No. 6, pp 725–731, Nov. 1986.

Harris Semiconductor, "HIP 5060 Power Control IC Single Chip Power Supply", Preliminary Datasheet, Jan. 1992.

Linear Technology, Williams, J. et al., App. Note 29, "Some Thoughts on DC–DC Converters," Oct. 1988.

Linear Technology, Williams, J., App. Note 35, "Step Down Switching Regulators," Aug. 1989.

Linear Technology, "LT1432 5V High Efficiency Step–Down Switching Regulator Controller," Datasheet, 1992.

Maxim Integrated Products, "MAX782/MAX786 Notebook Computer Power Supplies," Advance Information Datasheet, Feb. 1993.

Micro Linear, "ML4873 Battery Power Control IC," Advance Informatio Datasheet, Mar. 15, 1993.

Unitrode, "UC1895, UC2895, UC3895 Synchronous Rectifier Buck PWM Controller," Advance Information Datasheet, Oct. 5, 1992.

Archer, William R., "Current Drives Synchronous Rectifier," EDN, Nov. 28, 1985.

Archer, William R., "Current–Driven Synchronous Rectifier," Motorola TMOS Power FET Design Ideas, BR316, pp 9–10, 1985.

Blanchard, Richard, et al., "MOSFETs, Schottky Diodes Vie for Low–Voltage–Supply Designs," EDN, p. 197, Jun. 28, 1984.

Borghi et al., "Discontinuous Conduction Mode Power Switching Regulator IC," PCI Oct. 1988 Proceedings, pp 31–41, Oct. 1988.

Brown, Marty, "Practical Switching Power Supply Design," pp. 20–34, Academic Press, Inc., 1990.

Business Wire, "Micro Linear announces first single–chip power controller for notebook computers," Apr. 16, 1992.

Gontowski et al., "Advanced New Integrated Circuits For Current–Mode Control," Proceedings of the Power Electronics Show and Conference, pp. 341–352, Oct. 1988.

Goodenough, Frank, "Synchronous Rectifier UPS PC Battery Life," Electronic Design, pp. 47–53, Apr. 16, 1992.

Goodenough, Frank, "Low–Voltage Analog ICs Wait in the Wings," Electronic Design, Sep. 3, 1992.

Gracie, Paul D., "Intermittent Converter Saves Power," EDN, p. 151, Sep. 1, 1989.

Grant, Duncan A. et al., "Power MOSFETS, Theory and Application," pp. 239–256, Wiley–Interscience, 1989.

Horowitz & Hill, "The Art of Electronics," pp. 356–359, Cambridge University Press, 1989.

Patel, Raoji, "Using Bipolar Synchronous Rectifiers Improves Power Supply Efficiency," Proceedings of the Power Sources Conference, Nov. 1984.

Quinnell, Richard A., "Analog IC Combines Five Functions for Battery Power Management," EDN, Apr. 23, 1992.

Redl et al., "Frequency Stabilization and Synchronization of Free–Running Current–Mode Controlled Converters," PESC '86 Record, pp. 519–530, 1986.

Redl, et al., "Overload–Protection Methods For Switching–Mode DC/DC Converters: Classification, Analysis, and Improvements," PESC '87 Record, pp. 107–118, 1987.

5,994,885
Page 3

Rippel, W.E., "Synchronous Half–Wave Rectifier," JPL
Technical Support Package, Jul. 1989.

Sakai, E. and Harada, K., "Synchronous Rectifier Using a
Bipolar Transistor Driven by Current Transformer," Journal
of the Society of Electronic Data Communication, vol.
J–74–B–1, No. 8, pp. 639–646, Aug. 1991 (in Japanese, with
translation)

Sakai, E. and Harada, K., "A New Synchronous Rectifier
Using Bipolar Transistor Drive by Current Transformer,"
Fourteenth International Telecommunications Energy Con-
ference, pp. 424–429, Oct. 1992.

Savant, C.J., Jr., et al., "Electronic Design: Circuits and
Systems," pp. 612–613, The Benjamin/Cummings Publish-
ing Co., 1991.

Soclof, Sidney, "Applications of Analog Integrated Cir-
cuits," Figure 2.25, pp. 74–75, Prentice–Hall, Inc. 1985.

Sokal et al., "Control Algorithms and Circuit Designs For
Optimally Flyback–Charging an Energy–Storage Capaci-
tor," IEEE Fifth Applied Power Electronics Conference, pp.
295–301, 1990.

Taylor, "Flyback Converter," Electronic Engineering, p. 23,
Jul., Jul. 1976.

Uchida, Takahito, "Switching Regulator Controller," Japa-
nese Inventor Associated Disclosed Technology Publication
No. 92–2362, published Feb. 15, 1992 (in Japanese, with
translation)

Wilcox, M., "The LT1158: Low Voltage, N–Channel Bridge
Design Made Easy," Linear Technology, Feb. 1992.

Williams, Jim, "Basic Principles and Ingenious Circuits
Yield Stout Switchers," EDN, Jan 19, 1990.

Harris Semiconductor, Hodgins et al., "HIP 5060 Family of
Current Mode Control ICs Enhance 1 MHZ Regulator
Performance," Application Note AN9212.1, pp.
11–191–11–197, 1992.

Harris Semiconductor, "HIP 5060 Power Control IC Single
Chip Power Supply", Datasheet, May 1992.

Harris Semiconductor, "HIP 5060 Power Control IC Single
Chip Power Supply", Datasheet, Apr. 1994.

International Rectifier, Clemente et al., "HV Floating MOS-
ate Driver IC," Application Note AN–978A, 1990.

Linear Technology, "LT1074 Switching Regulator," Prelimi-
nary Datasheet, Jun. 1989.

Linear Technology, "LT1072 1.25A High Efficiency Switch-
ing Regulator," Datasheet, 1990.

Linear Technology, "LT1524/LT3524 Regulating Pulse
Width Modulator," 1990.

Linear Technology, Wilcox, M., "LT1158 Half Bridge
N–Channel Power MOSFET Driver," Datasheet, 1992.

Maxim Integrated Products, "MAX635/636/637 Preset/Ad-
justable Output CMOS Inverting Switching Regulators,"
Datasheet, Date Unknown

Maxim Integrated Products, "MAX746 High–Efficiency,
PWM, Step–Down, N–Channel DC–DC Controller,"
Datasheet, Nov. 1993.

Maxim Integrated Products, "MAX747 High–Efficiency
PWM, Step–Down P–Channel DC–DC Controller,"
Datasheet, Sep. 1993.

Maxim Integrated Products, "MAX777L/MAX778L/
MAX779L Low–Voltage Input, 3V/3.3V/5V/ Adjustable
Output, Step–Up DC–DC Converters," Datasheet, Jul. 1996.

Maxim Integrated Products, "MAX783 Triple–Output Pow-
er–Supply Controller for Notebook Computers," Datasheet,
May 1994.

Micro Linear, "ML 4822 DC/DC Converter Controller for
Portable Computers," Datasheet, Aug 1991.

Micro Linear, "ML4862 EVAL User's Guide," Jun. 1992.

Micro Linear, "ML4862 Battery Power Control IC,"
Datasheet, Jul. 1992.

Micro Linear, "ML4862 Battery Power Control IC,"
Datasheet, Jan. 1997.

Micro Linear, "ML4873 Battery Power Control IC,"
Datasheet, Jan. 1997 (preliminary version Mar. 1993—cited
above)

National Semiconductor Corporation, "LM1578/LM2578/
LM3578 Switching Regulator," Preliminary Datasheet,
1987.

Siliconix, "Siliconix Si9110/Si9111," Datasheet, Oct. 1987.

Siliconix, "Si91XX Synchronous Buck Controller,"
Datasheet, Dec. 20, 1990.

Siliconix, "Si9150 Synchronous Buck Regulator Controller,
S–42677, Rev. D," Datasheet, Feb. 14, 1995.

Chetty, P.R., "DC timers control dc–dc converters" Elec-
tronics, pp. 121 & 123, Nov. 13, 1975.

Dell Computer Corporation, "Dell Computer Corporation
Introduces Advanced Notebook PC," (alleged to contain
UC1895 (see Unitrode Advance Information Datasheet, Oct.
5, 1992), Sep. 1991.

Dinsmore, D., "Dual regulator handles two input voltages,"
EDN, Jan. 21, 1993.

Fisher, R.A. et al., "Performance of Low Loss Synchronous
Rectifiers in a Series–Parallel Resonand DC–DC Con-
verter," Proceedings of the Fourth Annual IEEE Applied
Power Electronics Conference and Exposition, pp. 240–246,
Mar. 1989.

Gauen, Kim, "Synchronous Rectifier Improves Step–Down
Converter Efficiency," PCIM, pp. 8, 11–12 & 14–15, Apr.
1993.

Goodenough, F., "Dozing IC Op Amps Wake Up For Input
Signal," Electronic Design, Dec. 5, 1991.

Goodenough, F., "Raise Switcher Efficiency Above 90%",
Electronic Design, Jan. 21, 1993.

Hewett, S., "Improved Switched Mode Power Supply Regu-
lation by Eliminating Turn–off Spikes," IBM Technical
Disclosure Bulletin, vol. 31 No. 4, pp. 97–98, Sep. 1988.

Ikeda, S. et al., "Power MOSFET for Switching Regulator,"
International Telecommunications Energy Conference, Oct.
1982.

Kassakian, J. et al., "Principles of Power Electronics," pp.
103–165, Addison–Wesley Publishing Company, 1991.

Kerridge, Brian, "Battery power breeds efficient regulators,"
EDN, pp. 103–108, Mar. 18, 1993.

Lee, Y.S. and Cheng, Y.C., "A 580kHz switching regulator
using on–off control," Journal of the Institution of Electronic
and Radio Engineers, vol. 57, No. 5, pp. 221–226, Sep.
1987.

Markus, John, "Guidebook of Electronic Circuits," pp. 647
& 649, 1971.

Meakin, Mike, "The LM3578 Switching Power Regulator,"
Electronic Engineering, pp. 47–52, Jul. 1986.

Myers, R. and Peck, R., "200–kHz Power FET Technology
in New Modular Power Supplies," Hewlett–Packard Jour-
nal, Aug 1981.

NASA Jet Propulsion Laboratory, "Synchronous Half–Wave
Rectifier," Jul. 1989.

Patel, R., "Bipolar synchronous rectifiers cut supply losses,"
EDN, Apr. 4, 1985.

Shepard, J., "Powering portable systems," EDN, Nov. 5,
1992.

**5,994,885**

Page 4

Steigerwald, R, "High–Frequency Resonant Transistor DC–DC Converters," IEEE Transactions on Industrial Electronics, vol IE–31, No 2, pp 181–191, May 1984

Williams, J, "Employ pulse–width modulators in a wide range of controllers," EDN, Sep 2, 1981

Williams, J, "Design dc–dc converters to catch noise at the source," Electronic Design, Oct 15, 1981

Williams, J, "Conversion techniques adapt voltages to your needs," EDN, Nov 10, 1982

Williams, J, "Special circuit–design techniques enhance regulator performance," EDN, Sep 1, 1983

Williams, J, "Use low–power design methods to condition battery outputs," EDN, Oct 18, 1984

Williams, J, "Chopper amplifier improves operation of diverse circuits," EDN, Mar 7, 1985

Williams, J., "Design linear circuits for 5V operation," EDN, May 2, 1985

Williams, J, "Design techniques extend V/F–converter performance," EDN, May 16, 1985

Williams, J, "Refine V/F–converter operation with novel design techniques," EDN, May 30, 1985

Williams, J, "Analog circuits operate from a 1.5V cell," EDN, Sep 19, 1985

Williams, J, "Considerations for Five Volt Linear Circuits," Professional Program Session Record 20, Circuits for Analog Signal Processing and Data Conversion is Single +5V Supply Systems, Wescon/85, Nov 1985

Williams, J, "Switching regulator takes on more power," Electronic Product Design, Jan 1986

Williams, J, "Micropower circuits assist low–current signal conditioning," EDN, Aug 6, 1987

Williams, J, "Signal conditioning circuits use μpower design techniques," EDN, Aug 20, 1987

Williams, J, "Regulator IC speeds design of switching power supplies," EDN, Nov 12, 1987

Williams, J, "Galvanically isolated switching supplies provide high power," EDN, Nov 26, 1987

Williams, J, "Clever techniques improve thermocouple measurements," EDN, May 26, 1988

Williams, J, "Design linear circuits that serve digital system needs," EDN, Apr 27, 1989

Williams, J, "Astute designs improve efficiencies of linear regulators," EDN, Aug 17, 1989

Williams, J, "Correcting power–supply problems," EDN, Dec 10, 1991

Williams, J, "1.5 to 5V converter supplies 200mA," EDN, Oct 15, 1992

Williams, J, "Designing supplies for powering LCD backlighting," EDN, Oct 29, 1992

Williams, J, "Bridge forms synchronous rectifier," EDN, Date Unknown

Williams, J and Dendinger, S, "Simplify feedback controllers with a 2–quadrant PWM IC," EDN, May 26, 1983

Williams, J and Huffman, B, "Precise converter designs enhance system performance," EDN, Oct 13, 1988

Williams, J and Huffman, B, "Proper instrumentation eases low–power dc/dc–converter design," EDN, Oct 27, 1988

Williams, J and Huffman, B, "Design dc/dc converters for power conservation and efficiency," EDN, Nov 10, 1988

Williams, J. and Huffman, B, "Switched–capacitor networks simplify dc/dc–converter designs," EDN, Nov 24, 1988

Williams, J and Waller, B, "Performance–Enhancement Techniques for Three–Terminal Regulators," New Electronics, Oct 4, 1983

International Rectifier, "IR Application Note AN–978, HV Floating MOS–Gate Driver ICs, A Typical Block Diagram," Application Note from web page, Date Unknown

International Rectifier, "IR Application Note AN–978, HV Floating MOS–Gate Driver ICs, Full Bridge With Current Mode Control," Application Note from web page, Date Unknown

Linear Technology, Pietkiewicz et al, "DC–DC Converters for Portable Computers," Design Note 52, 1991

Linear Technology, "LT1170/LT1171/LT1172 100kHz, 5A, 2.5A and 1.25A High Efficiency Switching Regulators," Data Sheet, 1991

Linear Technology, "LT1271/LT1269 4A High Efficiency Switching Regulators," Data Sheet, 1992

Linear Technology, Nelson, C, App Note 19, "LT–1070 Design Manual," Jun 1986

Linear Technology, Williams, J, App Note 25, "Switching Regulators for Poets," Sep 1987

Siliconix, "High–Efficiency Buck Converter for Notebook Computers," Application Note AN92–4, Date Unknown

Siliconix, "Designing DC/DC Converters with the Si9110 Switchmode Controller," Siliconix Power Products Data Book, 1991

Siliconix, "Si9150CY/BCY Synchronous Buck Converter Controller," Preliminary Data Sheet, Oct 8, 1992

Siliconix, "Synchronous Rectification," Design Ideas, Oct 1980

Unitrode, "Using Bipolar Synchronous Rectifiers Improves Power Supply Efficiency," Application Note, Jun 1985



FIG. 1

PRIOR ART



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10

5,994,885

1

## CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULATOR CIRCUIT

This is a division of application Ser. No. 08/799,467, filed Feb. 13, 1997 entitled CONTROL CIRCUIT FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULATOR CIRCUIT, now U.S. Pat. No. 5,731,694, which is a continuation of application Ser. No. 08/634,688, filed Apr. 18, 1996, now abandoned, which is a continuation of application Ser. No. 08/476,232, filed Jun 7, 1995, now abandoned, which is a divisional of application Ser. No. 08/036,047, filed Mar. 23, 1993, now U.S. Pat. No. 5,481,178.

### BACKGROUND OF THE INVENTION

The present invention relates to a switching regulator circuit. More particularly, the present invention relates to a control circuit and method for maintaining high efficiency over broad current ranges in a switching regulator circuit

The purpose of a voltage regulator is to provide a predetermined and constant output voltage to a load from a poorly-specified and fluctuating input voltage source. Generally, there are two different types of regulators: series regulators and switching regulators

The series regulator employs a pass element (e.g., a power transistor) coupled in series with a load and controls the voltage drop across the pass element in order to regulate the voltage which appears at the load. In contrast, the switching regulator employs a switch (e.g., a power transistor) coupled either in series or parallel with the load. The regulator controls the turning ON and turning OFF of the switch in order to regulate the flow of power to the load. The switching regulator employs inductive energy storage elements to convert the switched current pulses into a steady load current. Thus, power in a switching regulator is transmitted across the switch in discrete current pulses, whereas in a series regulator, power is transmitted across the pass element as a steady current flow

In order to generate a stream of current pulses, switching regulators typically include control circuitry to turn the switch on and off. The switch duty cycle, which controls the flow of power to the load, can be varied by a variety of methods. For example, the duty cycle can be varied by either (1) fixing the pulse stream frequency and varying the ON or OFF time of each pulse, or (2) fixing the ON or OFF time of each pulse and varying the pulse stream frequency

Which ever method is used to control the duty cycle, switching regulators are generally more efficient than series regulators. In series regulators, the pass element is generally operated in its linear region where the pass element conducts current continuously. This results in the continuous dissipation of power in the pass transistor. In contrast, in switching regulators, the switch is either OFF, where no power is dissipated by the switch, or ON in a low impedance state, where a small amount of power is dissipated by the switch. This difference in operation generally results in reduced amounts of average power dissipation in switching regulators

The above difference in efficiency can be more apparent when there is a high input-output voltage difference across the regulator. For example, it would not be unusual for a series regulator to have an efficiency of less than 25 percent when a switching regulator could perform an equivalent function with an efficiency of greater than 75 percent

2

Because of their improved efficiency over series regulators, switching regulators are typically employed in battery-operated systems such as portable and laptop computers and hand-held instruments. In such systems, when the switching regulator is supplying close to the rated output current (e.g., when a disk or hard drive is ON in a portable or laptop computer), the efficiency of the overall circuit can be high. However, the efficiency is generally a function of output current and typically decreases at low output current. This reduction in efficiency is generally attributable to the losses associated with operating the switching regulator. These losses include, among others, quiescent current losses in the control circuitry of the regulator, switch losses, switch driver current losses and inductor/transformer winding and core losses

The reduction in efficiency of a switching regulator at low output current can become important in battery-operated systems where maximizing battery lifetime is desirable

In view of the foregoing, it would be desirable to provide a high efficiency switching regulator.

It would also be desireable to provide a control circuit and method for maintaining high efficiency over broad current ranges, including low output currents, in a switching regulator circuit.

### SUMMARY OF THE INVENTION

It is therefore an object of the present invention to provide a high efficiency switching regulator.

It is also an object of the present invention to provide a control circuit and method for maintaining high efficiency over broad current ranges, including low output currents, in a switching regulator circuit

In accordance with these and other objects of the invention, there is provided a circuit and method for controlling a switching voltage regulator having (1) a switch including one or more switching transistors and (2) an output adapted to supply current at a regulated voltage to a load including an output capacitor. The circuit and method generates a control signal to turn the one or more switching transistors OFF under operating conditions when the voltage at the output is capable of being maintained substantially at the regulated voltage by the charge on the output capacitor (e.g., during low output currents). During such periods of time, the load does not consume power from the input power source. Therefore, the regulator efficiency is increased. If desired, other components in the switching regulator, in addition switching transistors, can also be intentionally held OFF to conserve additional power. This additional feature of the present invention can further increase the efficiency of the overall regulator circuit

The circuit and method of the present invention can be used to control various types of switches in switching regulator circuits, including switches that use either one or more power transistors. Additionally, the circuit and method can be used to control switches in various types of switching regulator configurations, including voltage step-down, voltage step-up and polarity-inverting configurations.

Additionally, the circuit and method of the present invention can vary the OFF time of the switching transistor in response to the input and output voltages of the switching regulator. This feature of the present invention reduces the emission of audible noise from the switching regulator during low input voltage conditions. It also reduces the potential for current runaway during short circuits in the output voltage for some regulator configurations.

### BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects and advantages of the present invention will be apparent upon consideration of the fol-

5,994,885

3

lowing detailed description, taken in conjunction with the accompanying drawings, in which like reference characters refer to like parts throughout, and in which:

FIG. 1 is a schematic block diagram of a typical prior art switching regulator circuit employing a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 2 is a schematic block diagram of a switching regulator circuit incorporating a first embodiment of the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 3 is a schematic block diagram of a switching regulator circuit incorporating a second embodiment of the high-efficiency control circuit of the present invention to drive a switch including a switching MOSFET and a switching diode in a step-down configuration;

FIG. 4 is a schematic block diagram of a switching regulator circuit incorporating a "user-activated" embodiment of the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 5 is a schematic block diagram of a switching regulator circuit incorporating the variable OFF-time control circuit of the present invention;

FIG. 6 is a detailed schematic diagram of an embodiment of the variable OFF-time control circuit of FIG. 5;

FIG. 7 is a detailed schematic block diagram of an exemplary switching regulator circuit incorporating both the variable OFF-time feature and the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 8 is a schematic block diagram of a switching regulator circuit incorporating a circuit of the present invention for preventing reversals in the polarity of the current in the output inductor of the regulator from drawing power from the load;

FIG. 9 is a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a step-up configuration; and

FIG. 10 is a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a polarity-reversing configuration.

## DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 is a schematic block diagram of a typical prior art switching regulator circuit employing a push-pull switch in a step-down configuration

Referring to FIG. 1, circuit 10 is used to provide a regulated DC output voltage $V_{OUT}$ at terminal 12 (e.g., 5 volts) for driving load 14 which, for example, may be a portable or laptop computer or other battery-operated system Circuit 10 operates from an unregulated supply voltage $V_{IN}$ coupled to terminal 14 (e.g., a 12 volt battery) Circuit 10 includes push-pull switch 15, driver circuit 20, output circuit 30 and control circuit 35

Driver circuit 20 is used to drive push-pull switch 15 which includes two synchronously-switched power MOS-FETS 16 (p-channel) and 17 (n-channel) stacked in series between supply rail $V_{IN}$ and ground Push-pull switch 15 in

4

conjunction with driver circuit 20 is typically referred to as a "half-bridge" configuration MOSFETS 16 and 17 are used to alternately supply current to output circuit 30 which includes inductor 32 (L1) and output capacitor 34 ($C_{OUT}$) Output circuit 30 smooths the alternating supply of current so that load 12 is provided a regulated voltage $V_{OUT}$. In order to supply the alternating current, MOSFETS 16 and 17 are respectively driven by P-channel driver 26 and N-channel driver 27, which in turn are both controlled by control circuit 35

Control circuit 35 includes one-shot circuit which provides an OFF pulse of constant duration (e.g., 2 to 10 microseconds) during which time MOSFET 16 is held OFF and MOSFET 17 is held ON by drivers 26 and 27, respectively Otherwise, one-shot circuit 25 provides an ON pulse during which time MOSFET 16 is held ON and MOSFET 17 is held OFF Therefore, one-shot circuit 25 alternately turns MOSFETS 16 and 17 ON and OFF to provide an alternating supply of current to (output circuit 30 The duty cycle of the one-shot circuit 35 is in turn controlled by current amplifier 39

Control circuit 35 monitors the output voltage $V_{OUT}$ through resistor-divider network $R_1/R_2$ (36A/36B) to provide a feedback voltage $V_{FB}$ proportional to the output voltage $V_{OUT}$ Control circuit 35 also monitors the current $I_L$ through inductor L1 to provide a feedback current $I_{FB}$ proportional to inductor current $I_L$ Circuit 10 operates by controlling inductor current $I_L$ so that the feedback voltage $V_{FB}$ is regulated to be substantially equal to a reference voltage $V_{REF}$ provided by reference circuit 37 With feedback voltage $V_{FB}$ being regulated, the output voltage $V_{OUT}$ is in turn regulated to a higher voltage by the ratio of $(R_1+R_2)/R_2$

Transconductance amplifier 38 is used to compare the feedback voltage $V_{FB}$ to a reference voltage $V_{REF}$. Circuit 10 regulates the output voltage $V_{OUT}$ as follows During each cycle when switch 15 is "ON", P-MOSFET 16 is turned ON and the current $I_L$ in inductor L1 ramps up at a rate dependent on $V_{IN}-V_{OUT}$ When $I_L$ ramps up to a threshold level set by output 38A of transconductance amplifier 38, current comparator 39 trips and triggers the one-shot OFF pulse, initiating the "OFF" cycle of switch 15. During the "OFF" cycle, one-shot circuit 25 holds P-MOSFET 16 OFF and turns N-MOSFET 17 ON This in turn causes the current $I_L$ in inductor L1 to ramp down at a rate dependent on $V_{OUT}$ Thus, the duty cycle of the periodic turning OFF of switch 15 is controlled so the current $I_L$ produces a regulated output voltage $V_{OUT}$ at terminal 12

As the output load current increases, the voltage drop across $R_2$ resistor 36B will decrease This translates into a small error voltage at input 38B of transconductance amplifier 38 that will cause output 38A to increase, thus setting a higher threshold for current comparator 39 Consequently, current $I_L$ in inductor L1 is increased to the level required to support the load current

Since the OFF time ($t_{OFF}$) of one-shot circuit 25 is constant, switching regulator circuit 10 has a constant ripple current in inductor L1 (for constant output voltage $V_{OUT}$), but has a frequency which varies with $V_{IN}$ The ripple oscillation frequency is given by the equation:

$$f_{RIP} = (1/t_{OFF}) [1-(V_{OUT}/V_{IN})]$$

One disadvantage of circuit 10 in FIG. 1 is that the ripple oscillation frequency $f_{RIP}$ may decrease to an audible level with low input voltages $V_{IN}$ This could occur, for example, when a battery powering the switching regulator circuit is

5,994,885

5

nearly discharged. Inductor L1 may then generate and emit noise that can be objectionable to a user of the device employing the regulator circuit.

An additional disadvantage of prior art circuit 10 is that the inductor current $I_L$ is not well controlled when the output voltage $V_{OUT}$ is shorted to ground. The basic relationship between inductor current and voltage is given by the equation di/dt=V/L. This means that the rate at which current $I_L$ in inductor L1 decays during the OFF-time depends on the voltage across inductor L1, which is the sum of $V_{OUT}$ and the drain to source voltage, $V_{DS}$, of N-MOSFET 17. During a short, $V_{OUT}$ approaches zero while $V_{DS}$ is also very low, resulting in very little decay of current $I_L$ in inductor L1 during $t_{OFF}$. However, following each OFF cycle, P-MOSFET 16 is turned back ON until current comparator 39 again trips one-shot custom OFF time control circuit 25. Even for the minimum time that P-MOSFET 16 is ON, the current $I_L$ in inductor L1 may increase by more than it can decrease during $t_{OFF}$. This may result in a runaway condition in which the short circuit current may reach destructive levels.

A further disadvantage of prior art circuit 10 results from the constant ripple current in inductor L1. During $t_{OFF}$, current $I_L$ in inductor L1 always ramps down by the same amount regardless of the output current of the regulator. At low output currents this can cause the current in inductor L1 to reverse polarity and, thus, pull power from the load. During the following ON cycle, this current again ramps positive such that the average inductor current equals the load current. Losses associated with this constant ripple current, along with switching losses due to the charging and discharging of switch 15's MOSFET gates, can produce large reductions in efficiency at low output currents. This will be especially the case if the current in inductor L1 reverses and power is pulled from the load to ground through N-MOSFET 17.

A still further disadvantage of prior art circuit 10 concerns the gate drives to P-MOSFET 16 and N-MOSFET 17. Delays are generally incorporated into drivers 26 and 27 to ensure that one power MOSFET turns OFF before the other turns ON. If there is insufficient deadtime between the conduction of the two MOSFETs (due to, for example, device, circuit processing, or temperature variations), current will be passed directly from input supply $V_{IN}$ to ground. This "shoot-through" effect can dramatically reduce efficiency, and in some circumstances, can overheat and destroy the power MOSFETs.

FIG. 2 is a schematic block diagram of a switching regulator circuit incorporating a first embodiment of the high-efficiency control circuit of the present invention for driving a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator circuit 50 includes push-pull switch 15, driver circuit 20 and output circuit 30 similar to those of FIG. 1. Circuit 50 also includes an embodiment 70 of the high-efficiency control circuit of the present invention.

Control circuit 70 includes one-shot circuit 25, current comparator 39 and amplifier 38 similar to those of FIG. 1. However, in addition to these components, control circuit 70 also includes constant current source $I_1$ 72 and hysteretic comparator 74 for providing high efficiency operation at low average current levels.

As will be discussed in greater detail below, constant current source $I_1$ 72 and comparator 74 allow push-pull switch 15 to go into a state of operation where both MOSFETS 16 and 17 are simultaneously OFF under conditions where the output voltage $V_{OUT}$ can be maintained

6

substantially at the regulated voltage $V_{REG}$ by output capacitor $C_{OUT}$. This state of operation is referred to herein as a "sleep mode." The ability of push-pull switch 15 to go into such a sleep mode is in contrast to the regulator circuit of FIG. 1 where one of the two MOSFETs 16 and 17 is substantially ON at all times. This feature of the present invention reduces the regulator circuit power consumption since push-pull switch 15 does not dissipate power or allow power to be pulled from load $R_L$ to ground in sleep mode.

Furthermore, if desired, while push-pull switch 15 is in the above-described sleep mode, the regulator circuit can turn OFF other circuit components which are not needed while the regulator is in sleep mode. For example, for the embodiment of the present invention shown in FIG. 2, one-shot circuit 25, current comparator 39, current source $I_1$ 72 and amplifier 38 can also be turned OFF in sleep mode. This feature of the present invention allows the regulator circuit to operate at even higher efficiencies than otherwise possible if only push-pull switch 15 were maintained in sleep mode.

At high load current levels (e.g., greater than 20 percent of the maximum rated output current) control circuit 70 operates similar to control circuit 35 of FIG. 1. In FIG. 2, the current feedback $I_{FB}$ is again provided to the non-inverting input of current comparator 39. Offset $V_{OS}$ 76, which preferably is built into amplifier 38, level-shifts feedback voltage $V_{FB}$ slightly below reference voltage $V_{REF}$, thus keeping the output of hysteretic comparator 74 high during high current conditions. When the feedback current $I_{FB}$ exceeds the current supplied to the inverting input of current comparator 39, the output of comparator 39 goes HIGH so as to initiate the switch "OFF" cycle.

During the "OFF" cycle, output 25A of one-shot circuit 25 is HIGH, which turns P-MOSFET 16 OFF and N-MOSFET 17 ON. After a constant time set by one-shot circuit 25, output 25A goes LOW, thus initiating the next "ON" cycle where P-MOSFET 16 ON and N-MOSFET 17 OFF.

In accordance with the present invention, regulator circuit 50 goes into sleep mode at low output current levels as follows. Hysteretic comparator 74 monitors the feedback voltage $V_{FB}$ and goes LOW when $V_{FB}$ exceeds a predetermined voltage value in excess of the reference voltage $V_{REF}$. Such a condition is indicative of the output voltage $V_{OUT}$ exceeding a predetermined voltage value in excess of the regulated voltage $V_{REG}$. This over voltage condition is intentionally induced at low average output currents by providing a constant current source $I_1$ 72 coupled in parallel with amplifier 38. During the over voltage condition both MOSFETS 16 and 17 are maintained OFF by way of AND gate 66 and NAND gate 68.

Constant current source $I_1$ sets a minimum feedback current threshold for current comparator 39. This sets a minimum current required in inductor L1 during each ON cycle to trip comparator 39. In accordance with the present invention, current comparator 39 is intentionally forced to remain ON at current levels that would otherwise cause it to trip. Thus, more current is supplied to inductor L1 than is necessary to maintain the output voltage $V_{OUT}$ at the regulated voltage $V_{REG}$. As a result, $V_{OUT}$ will begin to increase beyond the regulated voltage $V_{REG}$, causing the feedback voltage $V_{FB}$ to trip hysteretic comparator 74 at a predetermined voltage value in excess of $V_{REF}$. When comparator 74 trips, its output goes LOW to turn both MOSFET 16 and 17 OFF to put the regulator circuit into sleep mode.

In the above-described state of operation (i.e., "sleep model") where MOSFETs 16 and 17 are both simultaneously OFF, the output load 14 is supported substantially

5,994,885

7

by output capacitor $C_{OUT}$. Hysteretic comparator 74 monitors the feedback voltage $V_{FB}$ and when $V_{OUT}$ falls such that $V_{FB}$ has decreased by the amount of the hysteresis in comparator 74, driver circuit 20 is taken out of sleep mode (where MOSFETS 16 and 17 are both driven OFF) so that a new ON cycle is initiated to supply current to load 14. If the load current remains low, $C_{OUT}$ will recharge to a voltage level in excess of $V_{REG}$ and the feedback voltage $V_{FB}$ will again trip comparator 74 after only a few cycles

Thus, during light loads, control circuit 70 is adapted to turn both MOSFET 16 and MOSFET 17 OFF when they are not needed to maintain the output voltage substantially at the regulated voltage level if the output capacitor $C_{OUT}$ is capable of doing so. When the output voltage falls below the regulated voltage level in such a mode, control circuit 70 is adapted to briefly turn switch 15 ON to recharge the output capacitor $C_{OUT}$ back to a voltage level in excess of the regulated voltage. Therefore, $V_{OUT}$ will oscillate between upper and lower thresholds separated by the comparator 74 hysteresis voltage multiplied by the ratio of $(R_1+R_2)$ to $R_2$. The rate at which the regulator "wakes up" to recharge output capacitor $C_{OUT}$ will automatically adapt to the load current, maintaining high efficiencies even at low output currents

In accordance with the present invention, control circuit 70 maintains MOSFETS 16 and 17 OFF over periods of time when the output current is low enough to allow the output capacitor $C_{OUT}$ to maintain the output voltage substantially at the regulated voltage. Typically, such periods of OFF time, wherein both MOSFETS 16 and 17 are maintained OFF even though the switching regulator is providing a regulated voltage, can extend from less than 100 microseconds to over a few seconds (respectively corresponding to a few switch cycles to over one-hundred-thousand switch cycles for a switching frequency of 100 kiloHertz) Such OFF times typically allow high efficiency to be obtained (e g., over 90%) over an output current range in excess of 100:1. Because other components in addition the switching transistors can also be maintained OFF during such periods, even higher efficiencies can typically be obtained

Control circuit 70 of switching regulator 50 shown in FIG 2 is used to drive a synchronously-switched switch including MOSFETs 16 and 17. As used herein, the term "synchronously-switched switch" refers to a switch including two switching transistors that are driven out of phase to supply current at a regulated voltage to a load. FIG 3 shows a second embodiment of the high-efficiency control circuit of the present invention adapted to drive a switch including a switching transistor and a switching diode in a step-down configuration

As shown in FIG. 3, switching regulator circuit 100 includes switch 115 including P-MOSFET 116 and diode 118. Switch 115 is driven by driver 120 including P-driver 126. The turning-ON and turning-OFF of switch 115 is controlled by control circuit 125. Because control circuit 125 is used to only drive one MOSFET (in contrast to control circuit 70 of FIG 2), it only has one control terminal 125A (taken from the output of NAND gate 68)

Control circuit 125 includes current comparator 39, amplifier 38, hysteretic comparator 74 and one-shot circuit 25, similar to those shown in control circuit 70 of FIG 2 As discussed above with respect to FIG 2, at low average output current levels, constant current source $I_1$ 72 is used to intentionally overdrive the current supplied to inductor L1 so as to cause the output voltage $V_{OUT}$ to increase beyond the regulated voltage level $V_{REG}$ where the output can be supported substantially by output capacitor $C_{OUT}$ for

8

extended periods of time During these extended time periods, P-MOSFET 116 is maintained OFF in a sleep mode so as to increase circuit efficiency

As discussed above, control circuits 70 and 125 of FIGS 2 and 3, respectively, provide high-efficiency operation at low average output current levels. Such operation adapts automatically to the output current level. For example, at high output current levels during a first state of operation the switch continually alternates between an ON state and an OFF state to maintain the output voltage $V_{OUT}$ at the regulated voltage level $V_{REG}$. At low output current levels during a second state of operation, where circuit efficiency would otherwise be low, the output voltage $V_{OUT}$ is able to be maintained substantially at the regulated voltage level $V_{REG}$ by output capacitor $C_{OUT}$ without continuously turning the switch ON and OFF. Thus, the control circuit automatically identifies such a condition and allows the regulator circuit to go into a "sleep" mode where a minimal number of circuit components are required to be ON

In accordance with another feature of the present invention, a regulator circuit can also incorporate a "user activated" embodiment of the control circuit of the present invention where a user input controls whether the regulator circuit is in a "sleep" mode or not FIG 4 is a schematic block diagram of a switching regulator circuit incorporating such a "user-activated" embodiment of the high-efficiency control circuit of the present invention for driving a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator circuit 150 in FIG 4 includes push-pull switch 15, driver 20, output circuit 30 similar to those in circuit 50 of FIG 2. Control Circuit 170 of regulator circuit 150 includes one-shot circuit 25, current comparator 39 and amplifier 38 also similar to those in circuit 50 of FIG. 2 In contrast to FIG 2, switch 175 (including switches 176 and 178) is used to manually switch regulator circuit 150 into a sleep mode through user input 175A, which may be a control signal from some other type of control circuit (not shown) Upon the closing of switch 175, switches 176 and 178 both close.

Switch 176 is used to turn N-driver 27 OFF in sleep mode by grounding input 66A of AND gate 66 (which normally is held HIGH by resistor 67 coupled to a positive supply). Switch 178 is used to introduce positive feedback, and therefore hysteresis, into amplifier 38 so as to allow control circuit 170 to maintain the output voltage $V_{OUT}$ substantially at the regulated voltage level $V_{REG}$ in sleep mode. (Resistor $R_{INS}$, coupled between reference circuit 37 and the non-inverting input of transconductance amplifier 38, is used to assist in feeding back the output of amplifier 38 into the non-inverting input of amplifier 38 )

Switch 178 allows amplifier 38 to overdrive the supply of current to inductor L1 (through P-MOSFET 16) so as to intentionally drive the output voltage $V_{OUT}$ to a predetermined level in excess of the regulated voltage level $V_{REG}$ After being driven to such voltage level, the hysteresis in amplifier 38 maintains P-driver 26 OFF until the feedback voltage $V_{FB}$ falls by at least the hysteresis voltage. At that point, output 39A of current amplifier 39 goes HIGH to trigger one-shot circuit 25 so that P-MOSFET 16 is turned ON to recharge the output capacitor $C_{OUT}$ to the predetermined voltage level in excess of the regulated voltage level $V_{REG}$

As discussed above, control circuit 170 periodically wakes up during sleep mode to turn P-MOSFET 16 ON to recharge the output capacitor $C_{OUT}$. It will be apparent to those of ordinary skill in art that although N-MOSFET 15 is

5,994,885

9

maintained OFF during such wake-up periods, this does not have to be the case. For example, while control circuit 170 is recharging output capacitor $C_{OUT}$, such recharging could be accomplished by alternately turning the switching transistors OFF so as to vary the duty cycle and thereby recharge the output capacitor $C_{OUT}$.

Thus, regulator circuit 150 operates to increase efficiency at low current levels as in regulator circuit 50 of FIG. 2 if a user manually activates a switch. However, in contrast to regulator circuit 50 of FIG. 2, regulator circuit 150 does not automatically adapt to the output current levels. For example, circuit 150 does not take itself out of sleep mode as the average output current increases—it relies upon user deactivation.

As discussed above, the embodiments of the control circuits of the present invention shown in FIGS. 2–4 include one-shot circuit 25. In accordance with another feature of the present invention, the one-shot circuit could be replaced with other types of circuits that control the duty cycle of the power switch. For example, one-shot circuit 25 could be replaced with a pulse-width modulator circuit that provides a pulse-width modulated signal in response to a control signal. Of course, other types of circuits could be used as well.

In accordance with another feature of the present invention, one-shot circuit 25, which provides a constant OFF-time signal, could be replaced with a one-shot circuit that provides a variable OFF-time control signal dependent upon the output voltage ($V_{OUT}$) and the input voltage ($V_{IN}$). This feature of the present invention can be used to reduce the generation and emission of audible noise from inductor L1 at low input voltages. As discussed above, such noise is associated with oscillation in the inductor current. Furthermore, this feature of the present invention can also be used to control the short circuit current if the output is short circuited.

FIG. 5 is a schematic block diagram of an exemplary switching regulator circuit incorporating the variable OFF-time control circuit of the present invention.

Switching regulator circuit 200 includes push-pull switch 15, driver circuit 20, current feedback circuit 210, voltage feedback circuit 220, feedback control circuit 230 and variable OFF-time circuit 240. Feedback control circuit 230 monitors the output current and output voltage through inputs 232 and 234, respectively, and provides a trigger signal at terminal 236 to initiate the OFF cycle of switch 15. Variable OFF-time circuit 240 is used to control the OFF time as follows.

Circuit 240 includes one-shot generator 245 which is triggered by feedback control circuit 230 through terminal 236. One-shot generator 245 includes an additional terminal 245A coupled to control capacitor ($C_{CON}$) 246 whose voltage is monitored by generator 245. In accordance with the present invention, OFF-time control circuit 250 controls the discharging of capacitor $C_{CON}$, and thus the capacitor voltage, so as to in turn control the OFF time of generator 245. OFF-time control circuit 250 monitors the input and output voltages ($V_{IN}$ and $V_{OUT}$) and, depending upon their values, adjusts the OFF time accordingly.

In accordance with the present invention, if the input voltage $V_{IN}$ decreases so that the inductor L1 oscillation frequency $f_{RIP}$ discussed above falls into an audible range, the OFF time is decreased so that $f_{RIP}$ will accordingly increase out of an audible range. Also, if the output voltage $V_{OUT}$ decreases due to a short circuit so that the voltage across inductor L1 is too low to allow adequate decay in inductor current during the OFF cycle, the OFF time is increased so as to avoid a current runaway condition.

10

In the present embodiment the discharging of control capacitor $C_{CON}$ is regulated by controlling the magnitude of control current $I_{CON}$. For example, at low input levels $I_{CON}$ is increased by OFF-time control circuit 250 so that the voltage on control capacitor $C_{CON}$ rapidly falls. When the control capacitor voltage falls below a predetermined value, the ON cycle of switch 15 is initiated. Additionally, at low output voltages $I_{CON}$ is decreased by OFF-time control circuit 250 so that the voltage on control capacitor $C_{CON}$ slowly decays to lengthen the OFF time.

Although switching regulator circuit 200 shown in FIG. 5 relies upon a particular circuit for discharging a capacitor to control the OFF time, it is apparent that other circuits for performing this same function in response to the input and output voltages can also be used. For example, if desired, an operational amplifier could be used to control the OFF-time.

Thus, a one-shot circuit has been discussed which provides a variable OFF-time control signal that adapts to the input and output voltage levels. This feature of the present invention is used to reduce the generation and emission of audible noise from the regulator circuit at low input voltage levels (i.e., reduce $t_{OFF}$ at low input voltages) and to limit the short circuit current if the output is short circuited (i.e., increase $t_{OFF}$ at low output voltages).

FIG. 6 is a detailed schematic diagram of an exemplary embodiment of the variable OFF-time control circuit of FIG. 5.

OFF-time control circuit 250 accepts as inputs $V_{IN}$ and $V_{OUT}$ at terminals 252 and 254, respectively, and provides an output $I_{CON}$ at terminal 256. As discussed above, $I_{CON}$ provides for the controlled discharging of a control capacitor $C_{CON}$ coupled to terminal 256. Control circuit 250 controls the magnitude of $I_{CON}$, and therefore controls the time it takes control capacitor $C_{CON}$ to discharge. Control circuit 250 includes current source 260 (for providing current $I_{CN2}$), current source 270 (for providing current $I_{CN1}$), current compensation circuit 280 and current mirror output circuit 295. Control circuit 250 works as follows.

Current mirror output circuit 295 is a current mirror circuit including transistor 296 and transistor 298 (having its gate 298A connected to its drain 298B). Circuit 295 accepts a controlled reference current $I_{CREF}$ at input 295A and provides a proportional output current $I_{CON}$ related to the aspect ratios of transistor 296 and 298 (as in conventional current mirror circuits). In accordance with the present invention, $I_{CREF}$ will be equal to either $I_{CN1}$ or $(I_{CN1}+I_{CN2})$ depending upon voltages $V_{IN}$ and $V_{OUT}$ on input terminals 252 and 254, respectively.

When $V_{IN}-V_{OUT}$ is greater than 1.5 volts, transistor 262 conducts sufficient current (from transistor 264 and current supply $I_s$) to hold transistor 266 OFF. With transistor 266 OFF, current $I_{CN2}$ will be zero and current $I_{CREF}$ will therefore be equal to current $I_{CN1}$ provided at output terminal 270A of current source 270.

Current $I_{CN1}$ is supplied by a current mirror circuit composed of transistor 272 and transistor 274 (having its gate 274A connected to its drain 274B). In accordance with the present invention, the reference current $I_{CN1REF}$ flowing from transistor 274 will be equal to either $I_{CN1A}$ or $(I_{CN1A}+I_{CN1B})$, depending upon whether transmission gate 282 is open or closed, respectively.

Transmission gate 282 is controlled by comparator 284 and will be OPEN when $V_{OUT}$ is less than $V_{TH3}$. Under OPEN conditions, $I_{CN1REF}$ will be equal to $I_{CN1A}$ which goes to the collector of transistor 276. This current is derived by dividing $V_{OUT}$ by the output divider (composed of resistors 271 and 273) to produce voltage $V_{FB3}$ (at the base of

5,994,885

11

transistor 279) Voltage $V_{FB1}$ is then level shifted up by the base-emitter voltage of transistor 279 and then down by the base-emitter voltage of transistor 276 where it appears across emitter resistor 278 The resulting transistor 276 collector current is then proportional to the output voltage $V_{OUT}$, causing control capacitor $C_{CON}$ to be discharged at a rate which is proportional to the discharge rate of the current in inductor L1

Thus, when the output voltage $V_{OUT}$ is low, such as during a fault or start-up condition, $t_{OFF}$ will be lengthened to allow the additional time required for the current to ramp down in inductor L1.

When the output voltage $V_{OUT}$ is greater than $V_{TH1}$, the output of comparator 284 closes transmission gate 282 to couple an additional compensation current $I_{CN1B}$ to the drain of transistor 274 to provide current compensation through current compensation circuit 290 Compensation current $I_{CN1B}$ is equal to current $I_{TRIM}$ minus the drain current of transistor 286 Transistors 286 and 288 serve to mirror the collector current in transistor 290 (which is derived in a similar manner to the collector current in transistor 276 discussed above, except that voltage $V_{REF}$ is used instead of voltage $V_{FB1}$)

Compensation current $I_{CN1B}$ has two purposes: 1) to serve as a trimming current to set a desired control current $I_{CON}$ when the output voltage $V_{OUT}$ is substantially at its regulated level, and 2) to maintain a substantially constant control current $I_{CON}$ over a wide range of operating temperatures During typical circuit manufacturing, variations in the resistance of resistor 278 would normally cause control current $I_{CON}$ to be larger or smaller than desired By trimming $I_{TRIM}$ while in production, compensation current $I_{CN1B}$ can be adjusted to add or subtract from the collector current ($I_{CN1A}$) of transistor 276 as required to provide a predetermined control current $I_{CON}$ Additionally, if resistors 278 and 292 are matched (i e , designed and fabricated similarly), then control current $I_{CON}$ variations due to the temperature variation of the resistance of resistor 278 will be substantially cancelled by a corresponding change in the resistance of resistor 292

If the output voltage $V_{OUT}$ is less than voltage $V_{TH1}$, the output of comparator 284 opens transmission gate 282 and thus inhibits current compensation This ensures that control current $I_{CON}$ will approach zero as the output voltage $V_{OUT}$ approaches zero, thus guaranteeing control of the inductor current $I_L$ during an output short circuit.

When $V_{IN}$ falls to the point that $V_{IN}-V_{OUT}$ is less than 1 5 volts, the current in transistor 262 no longer holds transistor 266 OFF. As $V_{IN}$ decreases further, transistor 266 adds additional current ($I_{CN2}$) into current mirror output circuit 295, thereby increasing control current $I_{CON}$ and, thus, reducing $t_{OFF}$ This in turn stabilizes the operating frequency as $V_{IN}$ decreases, reducing potential audibility problems Current source $I_7$ determines the maximum current that transistor 266 adds to control current $I_{CON}$

Thus, when $V_{IN}$ falls so that $V_{IN}-V_{OUT}$ is less than 1 5 volts (e g , when a battery is nearly discharged), $t_{OFF}$ will be reduced to increase the oscillation frequency of the regulator circuit so that the generation and emission of audible noise is reduced

Although variable OFF-time control circuit 250 was discussed above with respect to a regulator circuit which includes push-pull switch 15 and driver 20, it will be apparent that the variable OFF-time feature of the present invention could be used in other regulators as well For example, this feature could also be used in the regulator circuits of FIGS 3 and 4 and other circuits that employ one-shot generators to provide a regulated voltage

12

FIG. 7 is a detailed schematic block diagram of an exemplary switching regulator circuit incorporating both the variable OFF-time feature and the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration

Switching regulator 300 includes push-pull switch 15, driver 20, output circuit 30 and control circuit 350. Control circuit 350 includes one-shot generator 245, variable OFF-time control circuit 250 for controlling the OFF cycle time and comparator 74 for providing high-efficiency operation at low average output current levels. Switching regulator 300 works as follows.

When the load current exceeds, for example, approximately 20 percent of the maximum output current, the loop operates in a continuous mode wherein comparator 74 does not override output 245A of one-shot generator 245 With $V_{IN}-V_{OUT}$ greater than 1 5V, operation is substantially similar to that described for FIG 1 The inductor current is sensed by means of the voltage drop across resistor $R_{SENSE}$, and the threshold for the current comparator 39 is set by the voltage drop across resistor $R_3$. Built-in offset $V_{OS}$ (e g , about 10 mv) levelshifts feedback voltage $V_{FB}$ slightly below reference voltage $V_{REF}$, thus keeping the output of comparator 74 HIGH in this mode When the voltage across resistor $R_{SENSE}$ exceeds the threshold across resistor $R_3$, the output of comparator 39 goes HIGH and the RBAR input of RS flip-flop 310 goes LOW, resetting RS flip-flop 310, and thus, initiating the switch OFF cycle

During the OFF cycle, switch signal $V_{SWB}$ goes HIGH, which turns P-MOSFET 16 OFF, N-MOSFET 17 ON and allows $I_{CON}$ to discharge control capacitor $C_{CON}$ The OFF time, $t_{OFF}$, is in turn determined by the time it takes control capacitor $C_{CON}$ to discharge from its initial voltage to $V_{TH1}$, coupled to the non-inverting input of comparator 312 When control capacitor $C_{CON}$ discharges to voltage $V_{TH1}$, the output of comparator 312 goes LOW, thus setting RS flip-flop 310 and initiating the next ON cycle Voltage $V_{TH1}$ is higher than voltage $V_{TH2}$, thus causing the output of comparator 315 to remain LOW in the continuous mode

In accordance with present embodiment, the OFF time is controlled by variable OFF-time control circuit 250 described above with respect to FIGS 5 and 6 Accordingly, circuit 250 includes inputs 252 and 254 coupled to $V_{IN}$ and $V_{OUT}$, respectively, to monitor those voltages

Current source $I_1$ sets a minimum voltage threshold across resistor $R_3$ for current comparator 39 This sets a minimum current required in inductor L1 during each ON cycle to trip comparator 39 If the resulting average inductor current flowing to the output is greater than the load current, then output voltage $V_{OUT}$ will begin to increase, causing feedback voltage $V_{FB}$ to trip the hysteretic comparator 74 Of course, the inductance of inductor L1 and OFF time $t_{OFF}$ are preferably chosen so that the inductor ripple current is not below zero when such tripping occurs. When comparator 74 trips, its output goes LOW and overrides the Q output of RS flip-flop 310, immediately switching switch signal $V_{SWB}$ high As discussed above, this automatically initiates the beginning of the "sleep" mode of operation

In sleep mode, capacitor $C_{CON}$ discharges as before, but does not initiate a new switch ON cycle when comparator 312 trips As discussed above, this is because until feedback voltage $V_{FB}$ has fallen by the amount of hysteresis in comparator 74, the LOW at output 74A forces switch signal $V_{SWB}$ to remain HIGH through NAND gate 316 Accordingly, control capacitor $C_{CON}$ continues to discharge below voltage $V_{TH1}$, causing output 315A of comparator 315

5,994,885

13

to go HIGH. This in turn causes the N-MOSFET 17 as well as the P-MOSFET 16 to be turned OFF. In addition, unused circuit components such as amplifier 38 and comparators 39 and 312 are also turned OFF when the regulator circuit is in sleep mode. As discussed above, this decreases bias currents substantially during sleep mode, further increasing efficiency at low output current levels.

During the extended off times in sleep mode, much of the regulator and both MOSFETS 16 and 17 are turned off, and the output load is supported substantially by output capacitor $C_{OUT}$. However, when the output voltage $V_{OUT}$ falls such that the feedback voltage $V_{FB}$ has decreased by the amount of hysteresis in comparator 74, all circuit components are again turned on and a new ON cycle is initiated to supply current to the output. If the load current remains low, output capacitor $C_{OUT}$ will recharge, and the feedback voltage $V_{FB}$ will again trip comparator 74 after only a few switch cycles. Thus, during light load conditions, the output voltage $V_{OUT}$ will oscillate between upper and lower thresholds values, as discussed above.

Whenever P-MOSFET 16 is ON, its gate-to-source voltage also appears across MOSFET 334, turning MOSFET 334 ON. This pulls the drain of MOSFET 334 HIGH, and inhibits N-drive 27. Following a LOW-to-HIGH $V_{SWB}$ transition, the voltage on the gate of P-MOSFET 16 must rise to a level where MOSFET 334 is conducting less than current source 335 before the drain voltage of MOSFET 334 falls and allows the N-MOSFET 17 to be turned ON. Current $I_{M1}$ is purposely made small so that the gate of MOSFET 334 must rise to within 2 volts of the input voltage $V_{IN}$ before the drive is enabled, ensuring that the P-MOSFET is completely OFF when N-MOSFET 17 turns ON. In a similar manner, MOSFET 332 and current source $I_{M2}$ 323 ensure that the N-MOSFET 17 is completely OFF when the P-MOSFET 16 turns ON. This prevents simultaneous conduction regardless of the driver speeds or MOSFET sizes, ensuring maximum possible efficiency. This feature of the present embodiment is discussed in more detail in copending commonly-assigned U.S. patent application Ser. No. 07/893, 523, filed Jun. 4, 1992, now U.S. Pat. No. 5,365,118 which is hereby incorporated by reference in its entirety. If desired, the control circuit of the present invention can also include circuitry for accommodating transient switch signals as described in copending commonly-assigned U.S. patent application Ser. No. 08/035,423, filed concurrently herewith, now U.S. Pat. No. 5,408,150, which is also hereby incorporated by reference in its entirety.

Schottky diode D2 coupled across N-MOSFET 17 shown in FIG. 7 only conducts during the deadtime between the conduction of MOSFETS 16 and 17. Diode D2's purpose is to prevent the body diode of N-MOSFET 17 from turning on and storing charge during the deadtime, which could reduce efficiency (e.g., by approximately 1 percent) in some cases. Diode D2 preferably is selected with a forward voltage of less than about 0.5 volts when conducting the maximum output current.

In accordance with the present invention, the control circuit shown in FIG. 7, when incorporated into a 5-volt synchronous step-down switching regulator, is capable of achieving over 90 percent efficiency (for an input voltage of approximately 10 volts) while the output current varies over two orders of magnitude (e.g., 20 mA to 2 A). Under some operating conditions (e.g., for an input voltage of 6 volts) efficiencies of over 95 percent can be maintained over such current levels. Such a control circuit is particularly useful in notebook and palm-top computers, portable instruments, battery-operated digital devices, cellular telephones, DC power distributions systems and GPS systems.

14

As discussed above with respect to FIG. 1, a disadvantage of prior art control circuit 10 is that at low output currents the current in inductor L1 may reverse polarity if during $I_{OFF}$ the current ramps down too much. This may result in power being pulled from the load to ground, through N-MOSFET 17, with an associated reduction in circuit efficiency. In accordance with a still further feature of the present invention, the control circuit can include a circuit for turning OFF the N-MOSFET to prevent such power from being pulled from the load if the inductor current reverses polarity.

FIG. 8 is a schematic block diagram of an exemplary switching regulator circuit incorporating a circuit of the present invention for preventing reversals in the polarity of the current in the output inductor of the regulator from drawing power from the load.

Switching regulator 400 includes push-pull switch 15, driver circuit 20 and output circuit 30 similar to those of FIG. 1. Circuit 400 also includes an embodiment 470 of the high-efficiency control circuit of the present invention for preventing reversals in the polarity of output inductor L1 current from drawing power from the load.

Control circuit 470 includes one-shot circuit 25, current comparator 39 and transconductance amplifier 38 similar to those of FIG. 1. In addition to those components, control circuit 470 also includes comparator 471 and gate 472 for preventing reversals in inductor current polarity from drawing power from the load at low average current levels. Control circuit 470 works as follows.

When output 25a of one-shot circuit goes HIGH to turn P-MOSFET 16 OFF and N-MOSFET 17 ON, the inductor current $I_L$ begins to ramp down. During low average output currents, this current may ramp down towards zero and, eventually, may go negative. Control circuit 470 works by monitoring the inductor current $I_L$, through current feedback signal $I_{FB2}$, and turns N-MOSFET 17 OFF before such current reversals can occur. This prevents N-MOSFET 17 from drawing power from the load to ground.

Comparator 471 includes an input 471a adapted to monitor inductor current $I_L$ by way of current feedback signal $I_{FB2}$. When current feedback signal $I_{FB2}$ falls below current $I_a$ applied to input 471b of comparator 471, comparator output 471c goes LOW and, therefore, turns N-MOSFET 17 OFF by way of NAND gate 472. The turning OFF of N-MOSFET 17 prevents current reversals in inductor current $I_L$ from drawing power from load 14 to ground through N-MOSFET 17.

After N-MOSFET 17 is turned OFF, it will again be allowed to turn ON as soon as feedback current $I_{FB2}$ exceeds current $I_a$ to cause comparator output 471c to go HIGH. Generally, comparator output 471c will again go HIGH after one-shot circuit 25 turns P-MOSFET 16 ON, which, in turn, causes the inductor current $I_L$ to again ramp up. Such ramping up will allow current feedback signal $I_{FB2}$ to exceed $I_a$ and, therefore, cause comparator output 471c to go HIGH. While comparator 471c is HIGH, one-shot circuit 25 solely controls the turning ON of N-MOSFET 17.

Thus, control circuit 470 includes circuitry for intentionally holding N-MOSFET 17 OFF during periods when current reversals would otherwise allow power to be drawn from the load. This feature of the present invention can increase circuit efficiency at low average output current levels when current reversals are most like to occur.

It will be apparent to those of ordinary skill in the art that although comparator 471 monitors the inductor current $I_L$ through feedback current $I_{FB2}$, other means of detecting current reversals in the inductor current $I_L$ could be used as well. For example, comparator 471 could monitor current

5,994,885

15

feedback signal $I_{FB1}$ just as well so that only one type of current feedback signal is employed in control circuit 470 Additionally, many others means of generating a feedback signal indicative of current reversal in inductor current $I_L$ could be used as well (see, e g , resistor $R_{SENSE}$ in FIG 7)

The high-efficiency control circuit of the present invention was discussed above with respect to FIGS 1–8 wherein the switching regulator was configured in a voltage step-down configuration It will be apparent that the control circuit of the present invention could be used in other configurations as well, FIG 9 shows a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a voltage step-up configuration

Switching regulator 500 includes synchronously-switched switch 15' wherein the drains of P-channel MOS-FET 16 and N-channel MOSFET 17 are coupled together and to one side of inductor L1 The other side of inductor L1 is coupled to input $V_{IN}$ Control circuit 70 drives driver circuit 20' including inverting P-driver 26' and inverting N-driver 27', which in turn drive P-channel MOSFET 16 and N-channel MOSFET 17, respectively

Thus, as shown in FIG 9, the control circuit of the present invention can be used in switching configurations wherein an input voltage $V_{IN}$ is stepped up to a regulated output voltage $V_{OUT}$ As is the case with the step-down configurations shown in FIGS 2–8, the control circuit of FIG 9 can be used in other types of step-up configurations as well For example, one-shot circuit 25 shown in FIG 9 can include an additional input for monitoring the input voltage $V_{IN}$ to reduce the generation and emission of audible noise from inductor L1 at low input voltages as discussed above with respect to FIGS 5 and 6 Also, switching regulator 500 can include circuitry to hold P-MOSFET 16 OFF during periods when the polarity of inductor current $I_L$ would otherwise reverse, as discussed above with respect to FIG 8

FIG 10 shows a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a voltage polarity-inverting configuration

Switching regulator 600 includes switch 15'' wherein the drain of P-channel MOSFET 16 is coupled to one side of inductor L1 and to $V_{OUT}$ through diode D601 The other side of inductor L1 is coupled to ground The source of P-channel MOSFET 16 is coupled to the positive input voltage $V_{IN}$ Control circuit 70' drives driver circuit 20'' including P-driver 26 which, in turn, drives P-channel MOSFET 16

Control circuit 70' operates substantially similar to control circuit 70 discussed above except for the following Voltage feedback to control circuit 70' is provided by resistors R1 and R2 and amplifier 602 Amplifier 602 inverts the negative polarity voltage at $V_{OUT}$ to provide a positive polarity feedback voltage to control circuit 70'

Thus, as shown in FIG 10, the control circuit of the present invention can be used in switching configurations wherein an input voltage $V_{IN}$ is inverted to a regulated output voltage of opposite polarity $V_{OUT}$ As is the case with the step-down configurations shown in FIGS 2–8, the control circuit of FIG 10 can be used in other types of polarity-inverting configurations as well For example, one-shot circuit 25 shown in FIG 10 can include an additional input for monitoring the input voltage $V_{IN}$ to reduce the generation and emission of audible noise from inductor L1 at low input voltages Furthermore, one-shot circuit 25 can include an input for monitoring the output voltage $V_{OUT}$ to control the short circuit current if the output is short circuited as discussed above with respect to FIGS 5 and 6 Also, if

16

regulator 600 was synchronously switched and included an N-MOSFET instead of D601, the regulator could include circuitry to hold such an N-MOSFET OFF during periods when the polarity of inductor current $I_L$ would otherwise reverse, as discussed above with respect to FIG 8

It will be apparent to those of ordinary skill in the art that although the present invention has been discussed above with reference to a hysteretic voltage comparator for generating the sleep mode control signal to cause the switching regulator to go into and awake from the sleep-mode, other means for performing the same function are also possible. For example, if desired, the sleep mode control signal could be generated in response to a monitored output current. Furthermore, the switching regulator could be taken out of the sleep mode a predetermined time period after going into such a mode, instead after the output voltage falls below a predetermined threshold voltage, as illustrated above

It will also be apparent that although the present invention has been discussed above with reference to FIGS 1–10, wherein the power switches were either a pair of complementary MOSFETS (i e , one p-channel and one n-channel) or a single p-channel MOSFET (FIG 3), the present invention is applicable to other types of switches as well For example, the power switch could include a pair of N-channel MOSFETS, a pair of P-channel MOSFETS, or bipolar junction transistors

Thus, a control circuit and method for maintaining high efficiency over broad current ranges in a switching regulator circuit has been provided

One skilled in the art will thus appreciate that the present invention can be practiced by other than the described embodiments, which are presented for purposes of illustration and not of limitation, and the present invention is limited only by the claims which follow

What is claimed is:

1. A circuit for controlling a switching voltage regulator having a switch and an output adapted to supply current at a regulated voltage to a load including an output capacitor, the switch coupled between an input voltage and an output voltage and including one or more switching transistors, the circuit comprising:

a first circuit for monitoring an output to generate a first feedback signal;

a second circuit for generating a first control signal during a first state of circuit operation, the second circuit including a one-shot circuit that generates the first control signal to switch the one or more switching transistors "on" or "off" over a first period of time to maintain the output at the regulated voltage, the one-shot circuit being triggered responsive to the first feedback signal, the first period of time being responsive to at least one of the input voltage and the output voltage

2 The circuit of claim 1, wherein the first period of time is responsive to the input voltage

3 The circuit of claim 2, wherein:

the switch is coupled to an inductor;

the first period of time is decreased in response to a decrease in the input voltage; and

an oscillation frequency of the ripple current through the inductor is increased from an audible frequency to one that does not generate substantial user audible noise

4 The circuit of claim 1, wherein the first period of time is responsive to the output voltage

5 The circuit of claim 4, wherein:

the switch is coupled to an inductor;

5,994,885

| 17 | 18 |

the first period of time is increased in response to a decrease in the output voltage; and

the total decrease in current through the inductor is increased while the first control signal is generated

6. The circuit of claim 1, wherein the circuit includes a capacitor coupled to the one-shot circuit and a variable current source for controlling the discharging rate of the capacitor, the discharging rate being responsive to at least one of the input voltage and the output voltage to control the first period of time

7. The circuit of claim 6, wherein the first period of time is responsive to the input voltage

8. The circuit of claim 7, wherein:

the switch is coupled to an inductor;

the first period of time is decreased in response to a decrease in the input voltage; and

an oscillation frequency of the ripple current through the inductor is increased from an audible frequency to one that does not generate substantial user audible noise

9. The circuit of claim 6, wherein the first period of time is responsive to the output voltage

10. The circuit of claim 9, wherein:

the switch is coupled to an inductor;

the first period of time is increased in response to a decrease in the output voltage; and

the total decrease in current through the inductor is increased while the first control signal is generated.

11. A switching voltage regulator that generates an output at an output node from an input at an input node, the output node coupled to an output capacitor, the regulator comprising:

a switching transistor having a first terminal coupled to the input node, a second terminal, and a third terminal;

a driver circuit having a first terminal, and a second terminal coupled to the second terminal of the switching transistor;

an inductor having a first terminal coupled to the third terminal of the switching transistor, and a second terminal coupled to the output node;

a feedback circuit having a first terminal coupled to the output node, and a second terminal, the feedback circuit producing a feedback signal at the second terminal of the feedback circuit;

a feedback control circuit having a first terminal coupled to the second terminal of the feedback circuit, and a second terminal, the feedback control circuit producing a trigger signal at the second terminal of the feedback control circuit, said trigger signal being produced responsive to the feedback signal;

an off-time control circuit having a first terminal and a second terminal, the off-time control circuit producing an off-time control signal at the first terminal of the off-time control circuit, the second terminal of the off-time control circuit being coupled to one of the input node or the output node;

a one-shot generator having a first terminal coupled to the second terminal of the feedback control circuit, a second terminal coupled to the first terminal of the off-time control circuit, and a third terminal coupled to the first terminal of the driver circuit, the one-shot generator generating a switch signal on the third terminal to cause the driver circuit to place the switching transistor in an off state starting upon receipt of the trigger signal, and continuing for a first period of time determined by the off-time control signal

12. The regulator of claim 11, wherein the feedback circuit produces a voltage feedback signal at the second terminal of the feedback circuit.

13. The regulator of claim 11, wherein the feedback circuit produces a current feedback signal at the second terminal of the feedback circuit

14. The regulator of claim 13, wherein the regulator further comprises a voltage feedback circuit having a first terminal coupled to the output node, and a second terminal, the voltage feedback circuit producing a voltage feedback signal at the second terminal of the voltage feedback circuit, and wherein the feedback control circuit has a third terminal coupled to the second terminal of the voltage feedback circuit, and the trigger signal is produced responsive to the current feedback signal and the voltage feedback signal

15. The regulator of claim 11, wherein the second terminal of the off-time control circuit is coupled to the input node, and the off-time control signal is generated responsive to a voltage at the input node to vary the first period of time

16. The regulator of claim 15, wherein the off-time control circuit produces an off-time control signal that decreases the first period of time in response to a decrease in the voltage at the input node, whereby an oscillation frequency of the ripple current through the inductor is increased from an audible frequency to a substantially inaudible frequency.

17. The regulator of claim 11, wherein the second terminal of the off-time control circuit is coupled to the output node, and the off-time control signal is generated responsive to a voltage at the output node to vary the first period of time.

18. The regulator of claim 17, wherein the off-time control circuit produces an off-time control signal that increases the first period of time in response to a decrease in the voltage at the output

19. The regulator of claim 11, wherein the second terminal of the off-time control circuit is coupled to the input node and the off-time control circuit further comprises a third terminal coupled to the output node, and the off-time control signal is generated responsive to a voltage at the input node and a voltage at the output node to vary the first period of time.

20. The regulator of claim 11, wherein the one-shot generator includes a control capacitor coupled between the second terminal of the one-shot generator and ground, and the off time control circuit comprises a variable current source that controls the discharging rate of the control capacitor

21. The regulator of claim 20, wherein the second terminal of the off-time control circuit is coupled to the input node, and the variable current source controls the discharging rate of the control capacitor responsive to a voltage at the input node to vary the first period of time

22. The regulator of claim 21, wherein the variable current source controls the discharging rate of the control capacitor to decrease the first period of time in response to a decrease in the voltage at the input node, whereby an oscillation frequency of the ripple current through the inductor is increased from an audible frequency to a substantially inaudible frequency

23. The regulator of claim 20, wherein the second terminal of the off-time control circuit is coupled to the output node, and the variable current source controls the discharging rate of the control capacitor responsive to a voltage at the output node to vary the first period of time

24. The regulator of claim 23, wherein the variable current source controls the discharging rate of the control capacitor to increase the first period of time in response to a decrease in the voltage at the output node

5,994,885

19

20

**25.** The regulator of claim **20**, wherein the second terminal of the off-time control circuit is coupled to the input node and the off-time control circuit further comprises a third terminal coupled to the output node, and the variable current source controls the discharging rate of the control capacitor responsive to a voltage at the input node and a voltage at the output node to vary the first period of time

**26.** The regulator of claim **25**, wherein the off-time control circuit comprises a control circuit that produces a control current to control the variable current source responsive to a voltage at the input node and a voltage at the output node to vary the first period of time.

**27** The regulator of claim **26**, wherein the control circuit comprises:

   a first current source, providing a first current;

   a second current source, providing a second current;

   a current compensation circuit; and

   a current mirror output circuit that outputs the control current

**28** The regulator of claim **27**, wherein the current mirror output circuit produces a current proportional to the first current, or to the sum of the first current and the second current, depending on the voltage at the input node and the voltage at the output node

**29** The regulator of claim **27**, wherein the second current source causes the second current to be zero when a difference between the voltage at the input node and a voltage at the output node is greater than a predetermined value

**30** The regulator of claim **29**, wherein the second current increases responsive to a decrease in the voltage at the input node when the difference between the voltage at the input node and the voltage at the output node is less than the predetermined value

**31** The regulator of claim **27**, wherein the current compensation circuit adjusts the control current to compensate for changes in temperature

**32** A circuit for controlling a switching voltage regulator having a switch and an output adapted to supply current at a regulated voltage to a load including an output capacitor, the switch coupled between an input voltage and an output voltage and including one or more switching transistors, the circuit comprising:

   means for generating a current feedback signal;

   means for generating a voltage feedback signal;

   means for generating a trigger signal responsive to the current feedback signal and the voltage feedback signal;

   means for generating an off-time control signal responsive to at least one of the input voltage and the output voltage; and

   one-shot means for placing the switch into an off state responsive to the trigger signal, the switch remaining in the off state for a period of time responsive to the off-time control signal

**33** The circuit of claim **31**, wherein the means for generating the off-time control signal causes the period of time to decreases in response to a decrease in the input voltage

**34** The circuit of claim **31**, wherein the means for generating the off-time control signal causes the period of time to increase in response to a decrease in the output voltage

**35** A switching voltage regulator having an output node and an input node, the output node coupled to an output capacitor, the regulator comprising:

   a switching transistor having a first terminal coupled to the input node, a second terminal, and a third terminal;

   a driver circuit having a first terminal, and a second terminal coupled to the second terminal of the switching transistor;

   an inductor having a first terminal coupled to the third terminal of the switching transistor, and a second terminal coupled to the output node;

   a feedback circuit having a first terminal coupled to the output node, and a second terminal;

   a feedback control circuit having a first terminal coupled to the second terminal of the feedback circuit, and a second terminal;

   a one-shot generator having a first terminal coupled to the second terminal of the feedback control circuit, a second terminal, and a third terminal coupled to the first terminal of the driver circuit, the one-shot generator including a control capacitor coupled between the second terminal of the one-shot generator and ground;

   an off-time control circuit having a first terminal coupled to the second terminal of the one-shot generator, and a second terminal coupled to one of the input node or the output node, the off-time control circuit including a variable current source that controls the discharging rate of the control capacitor

**36.** The regulator of claim **35**, wherein the feedback circuit comprises a voltage feedback circuit

**37.** The regulator of claim **35**, wherein the feedback circuit comprises a current feedback circuit

**38** The regulator of claim **37**, wherein the regulator further comprises a voltage feedback circuit having a first terminal coupled to the output node, and a second terminal, and wherein the feedback control circuit has a third terminal coupled to the second terminal of the voltage feedback circuit.

**39.** The regulator of claim **35**, wherein the off-time control circuit further comprises a second terminal coupled to the input node, and the off time control signal is generated responsive to a voltage at the input node to vary the first period of time

**40** The regulator of claim **35**, wherein the second terminal of the off-time control circuit is coupled to the input node

**41** The regulator of claim **35**, wherein the second terminal of the off-time control circuit is coupled to the output node

**42.** The regulator of claim **35**, wherein the second terminal of the off-time control circuit is coupled to the input node and the off-time control circuit further comprises a third terminal coupled to the output node

\*  \*  \*  \*  \*

# EXHIBIT G

US006304066B1

(12) **United States Patent**    (10) **Patent No.:**    **US 6,304,066 B1**

Wilcox et al.    (45) **Date of Patent:**    **Oct. 16, 2001**

(54) **CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULAR CIRCUIT**

(75) Inventors: **Milton E. Wilcox**, Saratoga; **Randy G. Flatness**, Los Gatos, both of CA (US)

(73) Assignee: **Linear Technology Corporation**, Milpitas, CA (US)

( * ) Notice:    Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/395,895**

(22) Filed:    **Sep. 14, 1999**

**Related U.S. Application Data**

(60)    Continuation of application No. 08/978,167, filed on Nov. 25, 1997, now Pat. No. 5,994,885, which is a division of application No. 08/799,967, filed on Feb 13, 1997, now Pat No. 5,731,694, which is a continuation of application No 08/634,688, filed on Apr. 18, 1996, now abandoned, which is a continuation of application No. 08/476,232, filed on Jun 7, 1995, now abandoned, which is a division of application No. 08/036,047, filed on Mar 23, 1993, now Pat No. 5,481,178

(51) Int. Cl.[7] .................................................. G05F 1/40

(52) U.S. Cl. ..................... **323/282**; 323/285; 323/290

(58) Field of Search ........................... 323/282, 284, 323/285, 287, 222; 363/80, 97, 98, 21

(56)    **References Cited**

U S PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,458,798 | 7/1969 | Fang et al |
| 3,571,697 | 3/1971 | Phillips |
| 3,579,091 | 5/1971 | Clarke et al |
| 3,581,186 | 5/1971 | Weinberger |
| 3,582,758 | 6/1971 | Gunn |
| 3,585,491 | 6/1971 | Peterson |
| 3,733,540 | 5/1973 | Hawkins |

( List continued on next page )

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 428 377 | 5/1991 | (EP) |
| 60-32565 | 2/1985 | (JP) |
| 60-156269 | 8/1985 | (JP) |
| 63-307510 | 12/1988 | (JP) |

(List continued on next page )

OTHER PUBLICATIONS

"Application Note 35," 1990 Linear Applications Handbook, Linear Technology Corporation, pp AN35–6 to AN35–11, No Date Available.

"Application Note 29," 1990 Linear Applications Handbook, Linear Technology Corporation, pp AN29–8 to AN29–15, No Date Available

"HIP5060 Power Control IC Single Chip Power Supply," Preliminary Data Sheet, Harris Semiconductor, Jan 1992, pp 1–3

"LT1432 5V High Efficiency Step–Down Switching Regulator Controller," 1992 Linear Databook Supplement, Linear Technology Corporation, pp 4–145 to 4–171, No Date Available

(List continued on next page )

*Primary Examiner*—Peter S. Wong
*Assistant Examiner*—Rajnikant B Patel
(74) *Attorney, Agent, or Firm*—Fish & Neave; Mark D Rowland; Michael J DeHaemer, Jr

(57)    **ABSTRACT**

A circuit and method for controlling a switching voltage regulator having (1) a switch including one or more switching transistors and (2) an output adapted to supply current at a regulated voltage to a load including an output capacitor The circuit and method generates a control signal to turn said one or more switching transistors OFF under operating conditions when the voltage at the output is capable of being maintained substantially at the regulated voltage by the charge on the output capacitor Such a circuit and method increases the efficiency of the regulator circuit particularly at low average current levels

**18 Claims, 10 Drawing Sheets**



## US 6,304,066 B1
Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,772,588 | 11/1973 | Kelly et al . |
| 3,784,893 | 1/1974 | Rando . |
| 3,863,128 | 1/1975 | Wilwerding |
| 3,879,647 | 4/1975 | Hamilton et al |
| 3,992,638 | 11/1976 | Sauvanet . |
| 4,013,939 | 3/1977 | Biess et al |
| 4,035,810 | 7/1977 | Joyce . |
| 4,071,884 | 1/1978 | Maigret |
| 4,160,288 | 7/1979 | Stuart et al . |
| 4,326,245 | 4/1982 | Saleh . |
| 4,395,675 | 7/1983 | Tourmani . |
| 4,428,015 | 1/1984 | Nesler |
| 4,462,069 | 7/1984 | Becky . |
| 4,479,174 | 10/1984 | Cates . |
| 4,493,017 | 1/1985 | Kammiller et al |
| 4,519,024 | 5/1985 | Federico et al . |
| 4,541,041 | 9/1985 | Park et al . |
| 4,554,499 | 11/1985 | Sherman et al |
| 4,578,630 | 3/1986 | Grosch |
| 4,610,521 | 9/1986 | Inoue |
| 4,634,956 | 1/1987 | Davis et al |
| 4,672,303 | 6/1987 | Newton . |
| 4,672,518 | 6/1987 | Murdock . |
| 4,674,020 | 6/1987 | Hill |
| 4,683,529 | 7/1987 | Bucher, II |
| 4,706,177 | 11/1987 | Josephson |
| 4,709,315 | 11/1987 | Ramos . |
| 4,712,169 | 12/1987 | Albach . |
| 4,716,514 | 12/1987 | Patel . |
| 4,727,308 | 2/1988 | Huljak et al . |
| 4,754,385 | 6/1988 | McDade et al . |
| 4,801,859 | 1/1989 | Dishner |
| 4,813,066 | 3/1989 | Holtz et al |
| 4,814,684 | 3/1989 | McCurdy . |
| 4,819,122 | 4/1989 | Gontowski, Jr . |
| 4,823,070 | 4/1989 | Nelson |
| 4,843,532 | 6/1989 | Freedman |
| 4,866,587 | 9/1989 | Wadlington . |
| 4,870,555 | 9/1989 | White . |
| 4,884,183 | 11/1989 | Sable |
| 4,902,957 | 2/1990 | Cassani et al . |
| 4,922,404 | 5/1990 | Ludwig et al . |
| 4,928,200 | 5/1990 | Redl et al . |
| 4,929,882 | 5/1990 | Szepesi . |
| 4,931,716 | 6/1990 | Jovanovic et al . |
| 4,996,638 | 2/1991 | Orr |
| 5,028,861 | 7/1991 | Pace et al . |
| 5,034,871 | 7/1991 | Okamoto et al . |
| 5,066,900 | 11/1991 | Bassett . |
| 5,068,575 | 11/1991 | Dunsmore et al . |
| 5,081,411 | 1/1992 | Walker . |
| 5,097,196 | 3/1992 | Schoneman . |
| 5,128,603 | 7/1992 | Wölfel . |
| 5,134,355 | 7/1992 | Hastings |
| 5,138,249 | 8/1992 | Capel |
| 5,144,547 | 9/1992 | Masamoto |
| 5,170,333 | 12/1992 | Niwayama . |
| 5,177,676 * | 1/1993 | Inam et al . .............. 363/80 |
| 5,179,511 | 1/1993 | Troyk et al . |
| 5,184,129 | 2/1993 | Fung et al . |
| 5,193,211 | 3/1993 | Nobusawa |
| 5,237,606 | 8/1993 | Ziermann . |
| 5,309,078 | 5/1994 | Cameron . |
| 5,396,412 | 3/1995 | Barlage . |
| 5,408,162 | 4/1995 | Williams |
| 5,481,178 | 1/1996 | Wilcox et al . |
| 5,548,189 | 8/1996 | Williams |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 3-113986 | 11/1991 | (JP) . |
| 4-42771 | 2/1992 | (JP) . |
| 4-49844 | 2/1992 | (JP) . |
| 4-101286 | 9/1992 | (JP) . |
| 4-128086 | 11/1992 | (JP) . |

### OTHER PUBLICATIONS

"Max 782/Max 786 Notebook Computer Power Supplies," Advance Information Data Sheet, Maxim Integrated Products, Feb. 1993, pp 1–8.

"ML4873 Battery Power Control IC," Advance Information Data Sheet, Micro Linear Corporation, Mar. 15, 1993, pp 1–8.

"UC1895/UC2895/UC3895 Synchronous Rectifier Buck PWM Controller," Preliminary Data Sheet, Unitrode Corporation, Sep. 1992

Archer, William R., "Current–Driven Synchronous Rectifier," Motorola TMOS Power FET Design Ideas, BR316, pp 9–10, 1985, No Date Available.

Blanchard, Richard, et al , "MOSFETs, Schottky Diodes Vie for Low–Voltage–Supply Designs," EDN, p 197, Jun 28, 1984.

Borghi et al , "Discontinuous Conduction Mode Power Switching Regulator IC," PCI Oct. 1988 Proceedings, pp 31–41, Oct. 1988.

Brown, Marty, "Practical Switching Power Supply Design," pp. 20–34, Academic Press, Inc , 1990, No Date.

Business Wire, "Micro Linear announces first single–chip power controller for notebook computers," Apr 16, 1992

Cassani, John C et al , "Sophisticated Control IC Enhances 1MHz Current Controlled Regulator Performance," Proceedings of HFPC, May 1992, pp. 167–173.

Chetty, P.R , "DC timers control dc–dc converters" Electronics, pp. 121 & 123, Nov. 13, 1975.

Chryssis, George, "High–frequency switching power supplies," pp. 144–152 and 180–181, McGraw–Hill, 1989, No Date Available

Dell Computer Corporation, "Dell Computer Corporation Introduces Advanced Notebook PC," (alleged to contain UC1895 (see Unitrode Advance Information Datasheet, Oct. 5, 1992), Sep. 1991.

Dinsmore, D , "Dual regulator handles two input voltages," EDN, Jan. 21, 1993.

Fisher, R. A et al , "Performance of Low Loss Synchronous Rectifiers in a Series–Parallel Resonant DC–DC Converter," Proceedings of the Fourth Annual IEEE Applied Power Electronics Conference and Exposition, pp. 240–246, Mar 1989.

Gauen, Kim, "Synchronous Rectifier Improves Step–Down Converter Efficiency," PCIM, pp 8, 11–12 & 14–15, Apr 1993

Gold, S , "Design Techniques for Electrostatic Discharge Protection," Linear Technology, Oct 1992

Gong, J et al , "Expression of Cyclins A, D2 and D3 in Individual Normal Mitogen Stimulated Lymphocytes and in MOLT–4 Leukemic Cells Analyzed by Multiparameter Flow Cytometry," *Leukemia*, 9(5):893–899 (1995), No Date .

Gontowski et al , "Advanced Integrated Circuits For Current–Mode Control," Proceedings of the Power Electronics Show and Conference, pp 341–352, Oct 1988.

US 6,304,066 B1

Page 3

Goodenough, Frank, "Synchronous Rectifier UPS PC Battery Life," Electronic Design, pp 47–53, Apr 16, 1992

Goodenough, Frank, "Low–Voltage Analog ICs Wait in the Wings," Electronic Design, Sep 3, 1992

Goodenough, F, "Dozing IC Op Amps Wake Up For Input Signal," Electronic Design, Dec 5, 1991

Goodenough, F, "Raise Switcher Efficiency Above 90%", Electronic Design, Jan 21, 1993

Gracie, Paul D, "Intermittent Converter Saves Power," EDN, p 151, Sep 1, 1989

Grant, Duncan A et al, "Power Mosfets, Theory and Application," pp 239–256, Wiley–Interscience, 1989, No Date

Harris Semiconductor, "HIP 5060 Power Control IC Single Chip Power Supply", Datasheet, Apr 1994

Harris Semiconductor, Hodgins et al, "HIP 5060 Family of Current Mode Control ICs Enhance 1 MHZ Regulator Performance," Application Note AN9212 1, pp 11–191–11–197, 1992, No Date

Harris Semiconductor, "HIP 5060 Power Control IC Single Chip Power Supply", Datasheet, May 1992

Harris Semiconductor, "HIP 5060 Power Control IC Single Chip Power Supply", Preliminary Datasheet, Jan 1992

Hewett, S, "Improved Switched Mode Power Supply Regulation by Eliminating Turn–off Spikes," IBM Technical Disclosure Bulletin, vol 31, No 4, pp 97–98, Sep 1988

Hnatek, Eugene R, "Design of Solid State Power Supplies," Third Edition, pp 65–70, Van Nostrand Reinhold, 1989, No Date

Horowitz & Hill, "The Art of Electronics," pp 356–359, Cambridge University Press, 1989, No Date

Huffman, B, "Efficiency and Power Characteristics of Switching Regulator Circuits," Application Note 46, Linear Technology, Nov 1991

Ikeda, S et al, "Power Mosfet for Switching Regulator," International Telecommunications Energy Conference, Oct 1982

International Rectifier, Clemente et al, "HV Floating MOS–Gate Driver IC," Application Note AN–978A, 1990, No Date

International Rectifier, "IR Application Note AN–978, HV Floating MOS–Gate Driver ICs, A Typical Block Diagram," Application Note from web page, Date Unknown, No Date

International Rectifier, "IR Application Note AN–978, HV Floating MOS Gate Driver ICs, Full Bridge With Current Mode Control," Application Note from web page, Date Unknown, No Date

Juan, G et al, "Unscheduled Expression of Cyclins D1 and D3 in Human Tumour Cell Lines," Cell Proliferation, 29(5):259–266 (1996), No Date

Juan, G et al, "G$_1$ Arrest of U937 Cells by Onconase is Associated with Supression of Cyclin D3 Expression, Induction of p16$^{INK4A}$, p21$^{WAF1/CIP1}$ and p27$^{KIP}$ and Decreased pRb Phosphorylation," Leukemia, 12:1241–1248 (1998), No Date

Juan, G et al, "In Situ DNA Strand Break Labeling for Analysis of Apoptosis and Cell Proliferation by Flow and Laser Scanning Cytometry," Cell Biology, 2nd Edition, Celis, J E (ed), Academic Press, 1:341–350 (1998), No Date

Juan, G et al, "Detection of Cyclins in Individual Cells by Flow and Laser Scanning Cytometry," Methods in Molecular Biology, Flow Cytometry Protocols, Jaroszeski, M J et al (eds), Humana Press, New Jersey, 91:67–75 (1996), No Date

Juan, G et al, Cell Cycle Analysis by Flow and Laser Scanning Cytometry, Cell Biology, 2nd Edition, Celis, J E (ed), Academic Press, 1: 261–274 (1998), No Date

Juan, G et al, "DNA Segments Sensitive to Single–Strand–Specific Nucleases Are Present in Chromatin of Mitotic Cells," Experimental Cell Research, Ringertz, N (ed), Academic Press, 227:197–202 (1996), No Date

Juan, G et al, "Phosphorylation of Retinoblastoma Protein Assayed in Individual HL–60 Cells during Their Proliferation and Differentiation," Exp Cell Res, 244:83–92 (1998), No Date

Juan, G et al, "Phosphorylation of Retinoblastoma Protein (pRb) Assayed in Individual Cells by Multilaser Flow Cytometry," Clinical Immunol Newsletter, 18(9):89–94 (1998), * No Date

Juan, G et al, "Phosphorylation of Retinoblastoma Susceptibility Gene Protein Assayed in Individual Lymphocytes during Their Mitogenic Stimulation," Exp Cell Res, 239:104–110 (1998), * No Date

Kassakian, J et al, "Principles of Power Elecrtonics," pp 103–165, Addison–Wesley Publishing Company, 1991, No Date

Kerridge, Brian, "Battery power breeds efficient regulators," EDN, pp 103–108, Mar 18, 1993

Lee, Y S and Cheng, Y C, "A 580 kHz switching regulator using on–off control," Journal of the Institution of Electronic and Radio Engineers, vol 57, No 5, pp 221–226, Sep 1987

Lee, et al, "Design of Switching Regulator with Combined FM and On–Off Control," IEEE Transactions on Aerospace and Electronic Systems, vol AES–22, No 6, pp 725–731, Nov 1986

Linear Technology, Williams, J, App Note 35, "Step Down Switching Regulators," Aug 1989

Linear Technology, "LT1170/LT1171/LT1172 100kHz, 5A, 2 5A and 1 25A High Efficiency Switching Regulators," Data Sheet, 1991, No Date

Linear Technology, Williams, J et al, App Note 29, "Some Thoughts on DC–DC Converters," Oct 1988

Linear Technology, "LT1846/1847, LT3846/3847 Current Mode PWM Controller," Datasheet, 1990, No Date

Linear Technology, Williams, J, App Note 25, "Switching Regulators for Poets," Sep 1987

Linear Technology, Nelson, C, App Note 19, "LT–1070 Design Manual," Jun 1986

Linear Technology, "LT1271/LT1269 4A High Efficiency Switching Regulators," Data Sheet, 1992, No Date

Linear Technology Corporation, "New Device Cameos," Linear Technology Magazine, 10:18–19 (1992)

Linear Technology, Pietkiewicz et al, "DC–DC Converters for Portable Computers," Design Note 52, 1991, No Date

Linear Technology, "LT1524/LT3524 Regulating Pulse Width Modulator," 1990, No Date

Linear Technology, Wilcox, M, "LT1158 Half Bridge N–Channel Power Mosfet Driver," Datasheet, 1992, No Date

Linear Technology, "LT1074 Switching Regulator," Preliminary Datasheet, Jun 1989

**US 6,304,066 B1**

Page 4

Linear Technology, "LT1072 1 25A High Efficiency Switching Regulator," Datasheet, 1990, No Date.

Luther, E. et al, "Laser Scanning Microscopy Applied to Studies of the Cell Cycle," *Proceedings, Microscopy and Microanalysis,* Bailey, G W et al (eds ), Springer, 235–236 (1997), No Date.

Markus, John, "Guidebook of Electronic Circuits," pp 647 & 649, 1971, No Date.

Maxim Integrated Products, "MAX635/636/637 Preset/Adjustable Output CMOS Inverting Switching Regulators," Datasheet, Date Unknown, No Date.

Maxim Integrated Products, "MAX746 High–Efficiency, PWM, Step–Down, N–Channel DC–DC Controller," Datasheet, Nov 1993.

Maxim Integrated Products, "MAX747 High–Efficiency PWM, Step–Down P–Channel DC–DC Controller," Datasheet, Sep 1993.

Maxim Integrated Products, "MAX782/MAX786 Notebook Computer Power Supplies," Advance Information Datasheet, Feb 1993.

Maxim Integrated Products, "MAX777L/MAX778L/MAX779L Low–Voltage Input, 3V/3 3V/5V/Adjustable Output, Step–Up DC–DC Converters," Datasheet, Jul 1996.

Maxim Integrated Products, "MAX783 Triple–Output Power–Supply Controller for Notebook Computers," Datasheet, May 1994.

Meakin, Mike, "The LM3578 Switching Power Regulator," Electronic Engineering, pp 47–52, Jul 1986.

Micro Linear, "ML4862 Battery Power Control IC," Datasheet, Jul 1992.

Micro Linear, "ML4862 Battery Power Control IC," Datasheet, Jan 1997.

Micro Linear, "ML4873 Battery Power Control IC," Datasheet, Jan 1997 (preliminary version Mar 1993—cited above).

Micro Linear, "ML4862 EVAL User's Guide," Jun 1992.

Micro Linear, "ML4873 Battery Power Control IC," Advance Informatio Datasheet, Mar 15, 1993.

Micro Linear, "ML 4822 DC/DC Converter Controller for Portable Computers," Datasheet, Aug 1991.

Mittnacht, S et al, "G1/S Phosphorylation of the Retinoblastoma Protein Is Associated with an Altered Affinity for the Nuclear Compartment," *Cell,* 65(3):381–393 (1991), No Date.

Mittnacht, S., "Control of pRb Phosphorylation," *Current Opinion in Genetics and Development,* 8:21–27 (1998), No Date.

Myers, R and Peck, R , "200–kHz Power FET Technology in New Modular Power Supplies," Hewlett–Packard Journal, Aug 1981.

NASA Jet Propulsion Laboratory, "Synchronous Half–Wave Rectifier," Jul 1989.

National Semiconductor Corporation, "LM1578/LM2578/LM3578 Switching Regulator," Preliminary Datasheet, 1987, No Date.

Patel, R , "Bipolar synchronous rectifiers cut supply losses," EDN, Apr 4, 1985.

Patel, Raoji, "Using Bipolar Synchronous Rectifiers Improves Power Supply Efficiency," Proceedings of the Power Sources Conference, Nov 1984.

Picker, L.J , "Direct Demonstration of Cytokine Synthesis Heterogeneity Among Human Memory/Effector T Cells by Flow Cytometry," *Blood,* 86(4):1408–1419 (1995), No Date.

Quinnell, Richard A , "Analog IC Combines Five Functions for Battery Power Management," EDN, Apr 23, 1992.

Redl et al , "Frequency Stabilization and Synchronization of Free–Running Current–Mode Controlled Converters," PESC '86 Record, pp 519–530, 1986.

Redl, et al , "Overload–Protection Methods For Switching–Mode DC/DC Converters: Classification, Analysis, and Improvements," PESC '87 Record, pp 107–118, 1987, No Date.

Rippel, W.E , "Synchronous Half–Wave Rectifier," JPL Technical Support Package, Jul 1989.

Sakai, E. and Harada, K , "A New Synchronous Rectifier Using Bipolar Transistor Driven by Current Transformer," Fourteenth International Telecommunications Energy Conference, pp 424–429, Oct 1992.

Sakai, E. and Harada, K , "Synchronous Rectifier Using a Bipolar Transistor Driven by Current Transformer," Journal of the Society of Electronic Data Communication, vol J–74–B–I, No 8, pp 639–646, Aug 1991 (in Japanese, with translation).

Savant, C J , Jr , et al , "Electronic Design: Circuits and Systems," pp 612–613, The Benjamin/Cummings Publishing Co , 1991, No Date.

Shepard, J , "Powering portable systems," EDN, Nov 5, 1992.

Siliconix, "Si91XX Synchronous Buck Controller," Datasheet, Dec 20, 1990.

Siliconix, "Siliconix Si9110/Si9111," Datasheet, Oct 1987.

Siliconix, "Si9150CY/BCY Synchronous Buck Converter Controller," Preliminary Data Sheet, Oct 8, 1992.

Siliconix, "Synchronous Rectification," Design Ideas, Oct 1980.

Siliconix, "Si9150 Synchronous Buck Regulator Controller, S–42677, Rev D," Datasheet, Feb 14, 1995.

Siliconix, "High–Efficiency Buck Converter for Notebook Computers," Application Note AN92–4, Date Unknown, No Date.

Siliconix, "Designing DC/DC Converters with the Si9110 Switchmode Controller," Siliconix Power Products Data Book, 1991, No Date.

Soclof, Sidney, "Applications of Analog Integrated Circuits," Figure 2 25, pp 74–75, Prentice–Hall, Inc 1985, No Date.

Sokal et al , "Control Algorithms and Circuit Designs For Optimally Flyback–Charging an Energy–Storage Capacitor," IEEE Fifth Applied Power Electronics Conference, pp 295–301, 1990, No Date.

Steigerwald, R , "High–Frequency Resonant Transistor DC–DC Converters," IEEE Transactions on Industrial Electronics, vol IE–31, No 2, pp 181–191, May 1984.

Suni, M A et al , "Detection of Antigen–Specific T Cell Cytokine Expression in Whole Blood by Flow Cytometry," *J Immunol Methods,* 212:89–98 (1998), No Date.

Taylor, "Flyback Converter," Electronic Engineering, p 23, Jul 7, 1976.

Terada, N et al , "Differential Regulation of the Tumor Supressor Molecules, Retinoblastoma Susceptibility Gene Product (Rb) and p53, during Cell Cycle Progression of Normal Human T Cells," *J Immunol ,* 147(2):698–704 (1991), No Date.

Uchida, Takahito, "Switching Regulator Controller," Japanese Inventor Associated Disclosed Technology Publication No 92–2362, published Feb 15, 1992 (in Japanese, with translation)

US 6,304,066 B1
Page 5

Unitrode, "UC1846/7, UC2846/7, UC3846/7 Current Mode PWM Controller," Datasheet, dated Jan. 1997 (date of first publication unknown)

Unitrode, "UC1895, UC2895, UC3895 Synchronous Rectifier Buck PWM Controller," Advance Information Datasheet, Oct. 5, 1992

Unitrode, "Using Bipolar Synchronous Rectifiers Improves Power Supply Efficiency," Application Note, Jun. 1985

Waldrop, S.L. et al., "Determination of Antigen–specific Memory/Effector CD4+ T Cell Frequencies by Flow Cytometry," *J. Clin. Inves.,* 99(7):1739–1750 (1997), No Date

Wang, N.P. et al., "Tumor Suppressor Activity of RB and p53 Genes in Human Breast Carcinoma Cells," *Oncogene,* 8:279–288 (1993), No Date

Wilcox, M., "The LT1158: Low Voltage, N–Channel Bridge Design Made Easy," Linear Technology, Feb. 1992, Date Unknown

Williams, J., "Clever techniques improve thermocouple measurements," EDN, May 26, 1988

Williams, J., "Design linear circuits that serve digital system needs," EDN, Apr. 27, 1989

Williams, J., "Astute designs improve efficiencies of linear regulators," EDN, Aug. 17, 1989

Williams, J., "Galvanically isolated switching supplies provide high power," EDN, Nov. 26, 1987

Williams, J., "Correcting power–supply problems," EDN, Dec. 10, 1991

Williams, J., "1.5 to 5V converter supplies 200mA," EDN, Oct. 15, 1992

Williams, J., "Designing supplies for powering LCD backlighting," EDN, Oct. 29, 1992

Williams, J., "Bridge forms synchronous rectifier," EDN, Date Unknown

Williams, J. and Dendinger, S., "Simplify feedback controllers with a 2–quadrant PWM IC," EDN, May 26, 1983

Williams, J. and Huffman, B., "Precise converter designs enhance system performance," EDN, Oct. 13, 1988

Williams, J., "Micropower circuits assist low–current signal conditioning," EDN, Aug. 6, 1987

Williams, J., "Regulator IC speeds design of switching power supplies," EDN, Nov. 12, 1987

Williams, J. and Huffman, B., "Switched–capacitor networks simplify dc/dc–converter designs," EDN, Nov. 24, 1988

Williams, J. and Waller, B., "Performance–Enhancement Techniques for Three–Terminal Regulators," New Electronics, Oct. 4, 1983

Williams, J., "Analog circuits operate from a 1.5V cell," EDN, Sep. 19, 1985.

Williams, J., "Design linear circuits for 5V operation," EDN, May 2, 1985

Williams, J., "Chopper amplifier improves operation of diverse circuits," EDN, Mar. 7, 1985

Williams, J., "Use low–power design methods to condition battery outputs," EDN, Oct. 18, 1984

Williams, J., "Special circuit–design techniques enhance regulator performance," EDN, Sep. 1, 1983

Williams, J., "Conversion techniques adapt voltages to your needs," EDN, Nov. 10, 1982

Williams, J., "Design dc–dc converters to catch noise at the source," Electronic Design, Oct. 15, 1981

Williams, J., "Employ pulse–width modulators in a wide range of controllers," EDN, Sep. 2, 1981

Williams, J., "Signal conditioning circuits use μpower design techniques," EDN, Aug. 20, 1987

Williams, Jim, "Basic Principles and Ingenious Circuits Yield Stout Switchers," EDN, Jan. 19, 1990

Williams, J and Huffman, B., "Proper instrumentation eases low–power dc/dc–converter design," EDN, Oct. 27, 1988

Williams, J., "Switching regulator takes on more power," Electronic Product Design, Jan. 1986

Williams, J and Huffman, B., "Design dc/dc converters for power conservation and efficiency," EDN, Nov. 10, 1988

Williams, J., "Design techniques extend V/F–converter performance," EDN, May 16, 1985

Williams, J., "Refine V/F–converter operation with novel design techniques," EDN, May 30, 1985

Williams, J., "Considerations for Five Volt Linear Circuits," Professional Program Session Record 20, Circuits for Analog Signal Processing and Data Conversion is Single +5V Supply Systems, Wescon/85, Nov. 1985.

Williams, J and Huffman, B., "Proper instrumentation eases low power dc/dc converter design," EDN, Nov. 27, 1988

Zarkowska, T. et al., "Monoclonal Antibodies Specific for Underphosphorylated Retinoblastoma Protein Identify a Cell Cycle Regulated Phosphorylation Site Targeted by CDKs," Oncogene, 14:249–254 (1997), Date Unknown

* cited by examiner

Case 1:06-cv-00346-GMS     Document 1-8     Filed 05/25/2006     Page 7 of 25



FIG. 1

PRIOR ART



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10

US 6,304,066 B1

1

## CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULAR CIRCUIT

The present application is a continuation of application Ser. No 08/978,167, filed Nov. 25, 1997 now U S Pat No 5,994,885, which is a divisional of application Ser. No 08/799,467, filed Feb 13, 1997, now U S Pat No 5,731, 694, which is a continuation of application Ser No 08/634, 688, filed Apr 18, 1996 abandoned, which is a continuation of application Ser No 08/476,232, filed Jun 7, 1995 abandoned, which is a divisional of application Ser. No 08/036,047, filed Mar 23, 1993, now U S Pat No 5,481, 178

### BACKGROUND OF THE INVENTION

The present invention relates to a switching regulator circuit. More particularly, the present invention relates to a control circuit and method for maintaining high efficiency over broad current ranges in a switching regulator circuit

The purpose of a voltage regulator is to provide a predetermined and constant output voltage to a load from a poorly-specified and fluctuating input voltage source Generally, there are two different types of regulators: series regulators and switching regulators

The series regulator employs a pass element (e g , a power transistor) coupled in series with a load and controls the voltage drop across the pass element in order to regulate the voltage which appears at the load. In contrast, the switching regulator employs a switch (e g., a power transistor) coupled either in series or parallel with the load The regulator controls the turning ON and turning OFF of the switch in order to regulate the flow of power to the load The switching regulator employs inductive energy storage elements to convert the switched current pulses into a steady load current Thus, power in a switching regulator is transmitted across the switch in discrete current pulses, whereas in a series regulator, power is transmitted across the pass element as a steady current flow

In order to generate a stream of current pulses, switching regulators typically include control circuitry to turn the switch on and off The switch duty cycle, which controls the flow of power to the load, can be varied by a variety of methods For example, the duty cycle can be varied by either (1) fixing the pulse stream frequency and varying the ON or OFF time of each pulse, or (2) fixing the ON or OFF time of each pulse and varying the pulse stream frequency

Which ever method is used to control the duty cycle, switching regulators are generally more efficient than series regulators In series regulators, the pass element is generally operated in its linear region where the pass element conducts current continuously This results in the continuous dissipation of power in the pass transistor In contrast, in switching regulators, the switch is either OFF, where no power is dissipated by the switch, or ON in a low impedance state, where a small amount of power is dissipated by the switch This difference in operation generally results in reduced amounts of average power dissipation in switching regulators

The above difference in efficiency can be more apparent when there is a high input-output voltage difference across the regulator For example, it would not be unusual for a series regulator to have an efficiency of less than 25 percent when a switching regulator could perform an equivalent function with an efficiency of greater than 75 percent

2

Because of their improved efficiency over series regulators, switching regulators are typically employed in battery-operated systems such as portable and laptop computers and hand-held instruments In such systems, when the switching regulator is supplying close to the rated output current (e g , when a disk or hard drive is ON in a portable or laptop computer), the efficiency of the overall circuit can be high However, the efficiency is generally a function of output current and typically decreases at low output current This reduction in efficiency is generally attributable to the losses associated with operating the switching regulator. These losses include, among others, quiescent current losses in the control circuitry of the regulator, switch losses, switch driver current losses and inductor/transformer winding and core losses

The reduction in efficiency of a switching regulator at low output current can become important in battery-operated systems where maximizing battery lifetime is desirable

In view of the foregoing, it would be desirable to provide a high efficiency switching regulator

It would also be desireable to provide a control circuit and method for maintaining high efficiency over broad current ranges, including low output currents, in a switching regulator circuit

### SUMMARY OF THE INVENTION

It is therefore an object of the present invention to provide a high efficiency switching regulator

It is also an object of the present invention to provide a control circuit and method for maintaining high efficiency over broad current ranges, including low output currents, in a switching regulator circuit

In accordance with these and other objects of the invention, there is provided a circuit and method for controlling a switching voltage regulator having (1) a switch including one or more switching transistors and (2) an output adapted to supply current at a regulated voltage to a load including an output capacitor The circuit and method generates a control signal to turn the one or more switching transistors OFF under operating conditions when the voltage at the output is capable of being maintained substantially at the regulated voltage by the charge on the output capacitor (e g , during low output currents) During such periods of time, the load does not consume power from the input power source. Therefore, the regulator efficiency is increased. If desired, other components in the switching regulator, in addition switching transistors, can also be intentionally held OFF to conserve additional power This additional feature of the present invention can further increase the efficiency of the overall regulator circuit

The circuit and method of the present invention can be used to control various types of switches in switching regulator circuits, including switches that use either one or more power transistors Additionally, the circuit and method can be used to control switches in various types of switching regulator configurations, including voltage step-down, voltage step-up and polarity-inversing configurations

Additionally, the circuit and method of the present invention can vary the OFF time of the switching transistor in response to the input and output voltages of the switching regulator This feature of the present invention reduces the emission of audible noise from the switching regulator during low input voltage conditions It also reduces the potential for current runaway during short circuits in the output voltage for some regulator configurations

### BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects and advantages of the present invention will be apparent upon consideration of the fol-

US 6,304,066 B1

3

lowing detailed description, taken in conjunction with the accompanying drawings, in which like reference characters refer to like parts throughout, and in which:

FIG. 1 is a schematic block diagram of a typical prior art switching regulator circuit employing a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 2 is a schematic block diagram of a switching regulator circuit incorporating a first embodiment of the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 3 is a schematic block diagram of a switching regulator circuit incorporating a second embodiment of the high-efficiency control circuit of the present invention to drive a switch including a switching MOSFET and a switching diode in a step-down configuration;

FIG. 4 is a schematic block diagram of a switching regulator circuit incorporating a "user-activated" embodiment of the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 5 is a schematic block diagram of a switching regulator circuit incorporating the variable OFF-time control circuit of the present invention;

FIG. 6 is a detailed schematic diagram of an embodiment of the variable OFF-time control circuit of FIG. 5;

FIG. 7 is a detailed schematic block diagram of an exemplary switching regulator circuit incorporating both the variable OFF-time feature and the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 8 is a schematic block diagram of a switching regulator circuit incorporating a circuit of the present invention for preventing reversals in the polarity of the current in the output inductor of the regulator from drawing power from the load;

FIG. 9 is a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a step-up configuration; and

FIG. 10 is a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a polarity-reversing configuration

## DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 is a schematic block diagram of a typical prior art switching regulator circuit employing a push-pull switch in a step-down configuration

Referring to FIG. 1, circuit 10 is used to provide a regulated DC output voltage $V_{OUT}$ at terminal 12 (e.g., 5 volts) for driving load 14 which, for example, may be a portable or laptop computer or other battery-operated system. Circuit 10 operates from an unregulated supply voltage $V_{IN}$ coupled to terminal 14 (e.g., a 12 volt battery) Circuit 10 includes push-pull switch 15, driver circuit 20, output circuit 30 and control circuit 35

Driver circuit 20 is used to drive push-pull switch 15 which includes two synchronously-switched power MOS-FETS 16 (p-channel) and 17 (n-channel) stacked in series between supply rail $V_{IN}$ and ground Push-pull switch 15 in

4

conjunction with driver circuit 20 is typically referred to as a "half-bridge" configuration MOSFETS 16 and 17 are used to alternately supply current to output circuit 30 which includes inductor 32 (L1) and output capacitor 34 ($C_{OUT}$) Output circuit 30 smooths the alternating supply of current so that load 12 is provided a regulated voltage $V_{OUT}$. In order to supply the alternating current, MOSFETS 16 and 17 are respectively driven by P-channel driver 26 and N-channel driver 27, which in turn are both controlled by control circuit 35

Control circuit 35 includes one-shot circuit 25 which provides an OFF pulse of constant duration (e.g., 2 to 10 microseconds) during which time MOSFET 16 is held OFF and MOSFET 17 is held ON by drivers 26 and 27, respectively Otherwise, one-shot circuit 25 provides an ON pulse during which time MOSFET 16 is held ON and MOSFET 17 is held OFF Therefore, one-shot circuit 25 alternately turns MOSFETS 16 and 17 ON and OFF to provide an alternating supply of current to (output circuit 30 The duty cycle of the one-shot circuit 35 is in turn controlled by current amplifier 39.

Control circuit 35 monitors the output voltage $V_{OUT}$ through resistor-divider network $R_1/R_2$ (36A/36B) to provide a feedback voltage $V_{FB}$ proportional to the output voltage $V_{OUT}$ Control circuit 35 also monitors the current $I_L$ through inductor L1 to provide a feedback current $I_{FB}$ proportional to inductor current $I_L$ Circuit 10 operates by controlling inductor current $I_L$ so that the feedback voltage $V_{FB}$ is regulated to be substantially equal to a reference voltage $V_{REF}$ provided by reference circuit 37 With feedback voltage $V_{FB}$ being regulated, the output voltage $V_{OUT}$ is in turn regulated to a higher voltage by the ratio of $(R_1+R_2)$ to $R_2$

Transconductance amplifier 38 is used to compare the feedback voltage $V_{FB}$ to a reference voltage $V'_{REF}$ Circuit 10 regulates the output voltage $V_{OUT}$ as follows During each cycle when switch 15 is "ON", P-MOSFET 16 is turned ON and the current $I_L$ in inductor L1 ramps up at a rate dependent on $V_{IN}$-$V_{OUT}$. When $I_L$ ramps up to a threshold level set by output 38A of transconductance amplifier 38, current comparator 39 trips and triggers the one-shot OFF pulse, initiating the "OFF" cycle of switch 15. During the "OFF" cycle, one-shot circuit 25 holds P-MOSFET 16 OFF and turns N-MOSFET 17 ON This in turn causes the current $I_L$ in inductor L1 to ramp down at a rate dependent on $V_{OUT}$ Thus, the duty cycle of the periodic turning OFF of switch 15 is controlled so the current $I_L$ produces a regulated output voltage $V_{OUT}$ at terminal 12

As the output load current increases, the voltage drop across $R_2$ resistor 36B will decrease This translates into a small error voltage at input 38B of transconductance amplifier 38 that will cause output 38A to increase, thus setting a higher threshold for current comparator 39. Consequently, current $I_L$ in inductor L1 is increased to the level required to support the load current

Since the OFF time ($t_{OFF}$) of one-shot circuit 25 is constant, switching regulator circuit 10 has a constant ripple current in inductor L1 (for constant output voltage $V_{OUT}$), but has a frequency which varies with $V_{IN}$ The ripple oscillation frequency is given by the equation:

$$f_{RIP}=(3/t_{OFF}) [1-(V_{OUT}/V_{IN})]$$

One disadvantage of circuit 10 in FIG. 1 is that the ripple oscillation frequency $f_{RIP}$ may decrease to an audible level with low input voltages $V_{IN}$ This could occur, for example, when a battery powering the switching regulator circuit is

US 6,304,066 B1

5

nearly discharged Inductor L1 may then generate and emit noise that can be objectionable to a user of the device employing the regulator circuit

An additional disadvantage of prior art circuit 10 is that the inductor current $I_L$ is not well controlled when the output voltage $V_{OUT}$ is shorted to ground. The basic relationship between inductor current and voltage is given by the equation di/dt=V/L. This means that the rate at which current $I_L$ in inductor L1 decays during the OFF-time depends on the voltage across inductor L1, which is the sum of $V_{OUT}$ and the drain to source voltage, $V_{DS}$, of N-MOSFET 17. During a short, $V_{OUT}$ approaches zero while $V_{DS}$ is also very low, resulting in very little decay of current $I_L$ in inductor L1 during $t_{OFF}$. However, following each OFF cycle, P-MOSFET 16 is turned back ON until current comparator 39 again trips one-shot constant OFF time control circuit 25. Even for the minimum time that P-MOSFET 16 is ON, the current $I_L$ in inductor L1 may increase by more than it can decrease during $t_{OFF}$. This may result in a runaway condition in which the short circuit current may reach destructive levels

A further disadvantage of prior art circuit 10 results from the constant ripple current in inductor L1. During $t_{OFF}$, current $I_L$ in inductor L1 always ramps down by the same amount regardless of the output current of the regulator. At low output currents this can cause the current in inductor l 1 to reverse polarity and, thus, pull power from the load During the following ON cycle, this current again ramps positive such that the average inductor current equals the load current. Losses associated with this constant ripple current, along with switching losses due to the charging and discharging of switch 15's MOSFET gates, can produce large reductions in efficiency at low output currents. This will be especially the case if the current in inductor L1 reverses and power is pulled from the load to ground through N-MOSFET 17.

A still further disadvantage of prior art circuit 10 concerns the gate drives to P-MOSFET 16 and N-MOSFET 17 Delays are generally incorporated into drivers 26 and 27 to ensure that one power MOSFET turns OFF before the other turns ON. If there is insufficient deadtime between the conduction of the two MOSFETS (due to, for example, device, circuit processing, or temperature variations), current will be passed directly from input supply $V_{IN}$ to ground. This "shoot-through" effect can dramatically reduce efficiency, and in some circumstances, can overheat and destroy the power MOSFETs.

FIG. 2 is a schematic block diagram of a switching regulator circuit incorporating a first embodiment of the high-efficiency control circuit of the present invention for driving a switch including a pair of synchronously-switched MOSFETs in a step-down configuration

Switching regulator circuit 50 includes push-pull switch 15, driver circuit 20 and output circuit 30 similar to those of FIG. 1. Circuit 50 also includes an embodiment 70 of the high-efficiency control circuit of the present invention

Control circuit 70 includes one-shot circuit 25, current comparator 39 and amplifier 38 similar to those of FIG. 1. However, in addition to these components, control circuit 70 also includes constant current source $I_1$ 72 and hysteretic comparator 74 for providing high efficiency operation at low average current levels

As will be discussed in greater detail below, constant current source $I_1$ 72 and comparator 74 allow push-pull switch 15 to go into a state of operation where both MOSFETS 16 and 17 are simultaneously OFF under conditions where the output voltage $V_{OUT}$ can be maintained

6

substantially at the regulated voltage $V_{REG}$ by output capacitor $C_{OUT}$ This state of operation is referred to herein as a "sleep mode." The ability of push-pull switch 15 to go into such a sleep mode is in contrast to the regulator circuit of FIG. 1 where one of the two MOSFETs 16 and 17 is substantially ON at all times. This feature of the present invention reduces the regulator circuit power consumption since push-pull switch 15 does not dissipate power or allow power to be pulled from load $R_L$ to ground in sleep mode

Furthermore, if desired, while push-pull switch 15 is in the above-described sleep mode, the regulator circuit can turn OFF other circuit components which are not needed while the regulator is in sleep mode. For example, for the embodiment of the present invention shown in FIG. 2, one-shot circuit 25, current comparator 39, current source $I_1$ 72 and amplifier 38 can also be turned OFF in sleep mode This feature of the present invention allows the regulator circuit to operate at even higher efficiencies than otherwise possible if only push-pull switch 15 were maintained in a sleep mode

At high load current levels (e.g., greater than 20 percent of the maximum rated output current) control circuit 70 operates similar to control circuit 35 of FIG. 1. In FIG. 2, the current feedback $I_{FB}$ is again provided to the non-inverting input of current comparator 39. Offset $V_{OS}$ 76, which preferably is built into amplifier 38, level-shifts feedback voltage $V_{FB}$ slightly below reference voltage $V_{REF}$, thus keeping the output of hysteretic comparator 74 high during high current conditions. When the feedback current $I_{FB}$ exceeds the current supplied to the inverting input of current comparator 39, the output of comparator 39 goes HIGH so as to initiate the switch "OFF" cycle

During the "OFF" cycle, output 25A of one-shot circuit 25 is HIGH, which turns P-MOSFET 16 OFF and N-MOSFET 17 ON. After a constant time set by one-shot circuit 25, output 25A goes LOW, thus initiating the next "ON" cycle where P-MOSFET 16 ON and N-MOSFET 17 OFF

In accordance with the present invention, regulator circuit 50 goes into sleep mode at low output current levels as follows Hysteretic comparator 74 monitors the feedback voltage $V_{FB}$ and goes LOW when $V_{FB}$ exceeds a predetermined voltage value in excess of the reference voltage $V_{REF}$ Such a condition is indicative of the output voltage $V_{OUT}$ exceeding a predetermined voltage value in excess of the regulated voltage $V_{REG}$ This over voltage condition is intentionally induced at low average output currents by providing a constant current source $I_1$ 72 coupled in parallel with amplifier 38 During the over voltage condition both MOSFETS 16 and 17 are maintained OFF by way of AND gate 66 and NAND gate 68

Constant current source $I_1$ sets a minimum feedback current threshold for current comparator 39 This sets a minimum current required in inductor L1 during each ON cycle to trip comparator 39 In accordance with the present invention, current comparator 39 is intentionally forced to remain ON at current levels that would otherwise cause it to trip. Thus, more current is supplied to inductor L1 than is necessary to maintain the output voltage $V_{OUT}$ at the regulated voltage $V_{REG}$ As a result, $V_{OUT}$ will begin to increase beyond the regulated voltage $V_{REG}$, causing the feedback voltage $V_{FB}$ to trip hysteretic comparator 74 at a predetermined voltage value in excess of $V_{REF}$ When comparator 74 trips, its output goes LOW to turn both MOSFET 16 and 17 OFF to put the regulator circuit into sleep mode

In the above-described state of operation (i.e., "sleep mode") where MOSFETs 16 and 17 are both simultaneously OFF, the output load 14 is supported substantially by output

US 6,304,066 B1

7

capacitor $C_{OUT}$. Hysteretic comparator 74 monitors the feedback voltage $V_{FB}$ and when $V_{OUT}$ falls such that $V_{FB}$ has decreased by the amount of the hysteresis in comparator 74, driver circuit 20 is taken out of sleep mode (where MOSFETS 16 and 17 are both driven OFF) so that a new ON cycle is initiated to supply current to load 14. If the load current remains low, $C_{OUT}$ will recharge to a voltage level in excess of $V_{REG}$ and the feedback voltage $V_{FB}$ will again trip comparator 74 after only a few cycles

Thus, during light loads, control circuit 70 is adapted to turn both MOSFET 16 and MOSFET 17 OFF when they are not needed to maintain the output voltage substantially at the regulated voltage level if the output capacitor $C_{OUT}$ is capable of doing so. When the output voltage falls below the regulated voltage level in such a mode, control circuit 70 is adapted to briefly turn switch 15 ON to recharge the output capacitor $C_{OUT}$ back to a voltage level in excess of the regulated voltage. Therefore, $V_{OUT}$ will oscillate between upper and lower thresholds separated by the comparator 74 hysteresis voltage multiplied by the ratio of $(R_1+R_2)$ to $R_2$. The rate at which the regulator "wakes up" to recharge output capacitor $C_{OUT}$ will automatically adapt to the load current, maintaining high efficiencies even at low output currents

In accordance with the present invention, control circuit 70 maintains MOSFETS 16 and 17 OFF over periods of time when the output current is low enough to allow the output capacitor $C_{OUT}$ to maintain the output voltage substantially at the regulated voltage. Typically, such periods of OFF time, wherein both MOSFETS 16 and 17 are maintained OFF even though the switching regulator is providing a regulated voltage, can extend from less than 100 microseconds to over a few seconds (respectively corresponding to a few switch cycles to over one-hundred-thousand switch cycles for a switching frequency of 100 kiloHertz) Such OFF times typically allow high efficiency to be obtained (e.g., over 90%) over an output current range in excess of 100:1 Because other components in addition to the switching transistors can also be maintained OFF during such periods, even higher efficiencies can typically be obtained

Control circuit 70 of switching regulator 50 shown in FIG 2 is used to drive a synchronously-switched switch including MOSFETs 16 and 17. As used herein, the term "synchronously-switched switch" refers to a switch including two switching transistors that are driven out of phase to supply current at a regulated voltage to a load. FIG. 3 shows a second embodiment of the high-efficiency control circuit of the present invention adapted to drive a switch including a switching transistor and a switching diode in a step-down configuration

As shown in FIG. 3, switching regulator circuit 100 includes switch 115 including P-MOSFET 116 and diode 118. Switch 115 is driven by driver 120 including P-driver 126. The turning-ON and turning-OFF of switch 115 is controlled by control circuit 125. Because control circuit 125 is used to only drive one MOSFET (in contrast to control circuit 70 of FIG 2), it only has one control terminal 125A (taken from the output of NAND gate 68)

Control circuit 125 includes current comparator 39, amplifier 38, hysteretic comparator 74 and one-shot circuit 25, similar to those shown in control circuit 70 of FIG 2 As discussed above with respect to FIG. 2, at low average output current levels, constant current source $I_1$ 72 is used to intentionally overdrive the current supplied to inductor L1 so as to cause the output voltage $V_{OUT}$ to increase beyond the regulated voltage level $V_{REG}$ where the output can be supported substantially by output capacitor $C_{OUT}$ for

8

extended periods of time During these extended time periods, P-MOSFET 116 is maintained OFF in a sleep mode so as to increase circuit efficiency

As discussed above, control circuits 70 and 125 of FIGS 2 and 3, respectively, provide high-efficiency operation at low average output current levels Such operation adapts automatically to the output current level For example, at high output current levels during a first state of operation, the switch continually alternates between an ON state and an OFF state to maintain the output voltage $V_{OUT}$ at the regulated voltage level $V_{REG}$ At low output current levels during a second state of operation, where circuit efficiency would otherwise be low, the output voltage $V_{OUT}$ is able to be maintained substantially at the regulated voltage level $V_{REG}$ by output capacitor $C_{OUT}$ without continuously turning the switch ON and OFF Thus, the control circuit automatically identifies such a condition and allows the regulator circuit to go into a "sleep" mode where a minimal number of circuit components are required to be ON

In accordance with another feature of the present invention, a regulator circuit can also incorporate a "user activated" embodiment of the control circuit of the present invention where a user input controls whether the regulator circuit is in a "sleep" mode or not FIG. 4 is a schematic block diagram of a switching regulator circuit incorporating such a "user-activated" embodiment of the high-efficiency control circuit of the present invention for driving a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator circuit 150 in FIG 4 includes push-pull switch 15, driver 20, output circuit 30 similar to those in circuit 50 of FIG 2. Control circuit 170 of regulator circuit 150 includes one-shot circuit 25, current comparator 39 and amplifier 38 also similar to those in circuit 50 of FIG. 2 In contrast to FIG 2, switch 175 (including switches 176 and 178) is used to manually switch regulator circuit 150 into a sleep mode through user input 175A, which may be a control signal from some other type of control circuit (not shown) Upon the closing of switch 175, switches 176 and 178 both close.

Switch 176 is used to turn N-driver 27 OFF in sleep mode by grounding input 66A of AND gate 66 (which normally is held HIGH by resistor 67 coupled to a positive supply) Switch 178 is used to introduce positive feedback, and therefore hysteresis, into amplifier 38 so as to allow control circuit 170 to maintain the output voltage $V_{OUT}$ substantially at the regulated voltage level $V_{REG}$ in sleep mode. (Resistor $R_{INS}$, coupled between reference circuit 37 and the non-inverting input of transconductance amplifier 38, is used to assist in feeding back the output of amplifier 38 into the non-inverting input of amplifier 38.)

Switch 178 allows amplifier 38 to overdrive the supply of current to inductor L1 (through P-MOSFET 16) so as to intentionally drive the output voltage $V_{OUT}$ to a predetermined level in excess of the regulated voltage level $V_{REG}$ After being driven to such voltage level, the hysteresis in amplifier 38 maintains P-driver 26 OFF until the feedback voltage $V_{FB}$ falls by at least the hysteresis voltage. At that point, output 39A of current amplifier 39 goes HIGH to trigger one-shot circuit 25 so that P-MOSFET 16 is turned ON to recharge the output capacitor $C_{OUT}$ to the predetermined voltage level in excess of the regulated voltage level $V_{REG}$

As discussed above, control circuit 170 periodically wakes up during sleep mode to turn P-MOSFET 16 ON to recharge the output capacitor $C_{OUT}$ It will be apparent to those of ordinary skill in art that although N-MOSFET 15 is

US 6,304,066 B1

9

maintained OFF during such wake-up periods, this does not have to be the case. For example, while control circuit 170 is recharging output capacitor $C_{OUT}$, such recharging could be accomplished by alternately turning the switching transistors OFF so as to vary the duty cycle and thereby recharge the output capacitor $C_{OUT}$.

Thus, regulator circuit 150 operates to increase efficiency at low current levels as in regulator circuit 50 of FIG. 2 if a user manually activates a switch. However, in contrast to regulator circuit 50 of FIG. 2, regulator circuit 150 does not automatically adapt to the output current levels. For example, circuit 150 does not take itself out of sleep mode as the average output current increases—it relies upon user deactivation.

As discussed above, the embodiments of the control circuits of the present invention shown in FIGS. 2–4 include one-shot circuit 25. In accordance with another feature of the present invention, the one-shot circuit could be replaced with other types of circuits that control the duty cycle of the power switch. For example, one-shot circuit 25 could be replaced with a pulse-width modulator circuit that provides a pulse-width modulated signal in response to a control signal. Of course, other types of circuits could be used as well.

In accordance with another feature of the present invention, one-shot circuit 25, which provides a constant OFF-time signal, could be replaced with a one-shot circuit that provides a variable OFF-time control signal dependent upon the output voltage ($V_{OUT}$) and the input voltage ($V_{IN}$). This feature of the present invention can be used to reduce the generation and emission of audible noise from inductor L1 at low input voltages. As discussed above, such noise is associated with oscillation in the inductor current. Furthermore, this feature of the present invention can also be used to control the short circuit current if the output is short circuited.

FIG. 5 is a schematic block diagram of an exemplary switching regulator circuit incorporating the variable OFF-time control circuit of the present invention.

Switching regulator circuit 200 includes push-pull switch 15, driver circuit 20, current feedback circuit 210, voltage feedback circuit 220, feedback control circuit 230 and variable OFF-time circuit 240. Feedback control circuit 230 monitors the output current and output voltage through inputs 232 and 234, respectively, and provides a trigger signal at terminal 236 to initiate the OFF cycle of switch 15. Variable OFF-time circuit 240 is used to control the OFF time as follows.

Circuit 240 includes one-shot generator 245 which is triggered by feedback control circuit 230 through terminal 236. One-shot generator 245 includes an additional terminal 245A coupled to control capacitor $C_{CON}$ 246 whose voltage is monitored by generator 245. In accordance with the present invention, OFF-time control circuit 250 controls the discharging of capacitor $C_{CON}$, and thus the capacitor voltage, so as to in turn control the OFF time of generator 245. OFF-time control circuit 250 monitors the input and output voltages ($V_{IN}$ and $V_{OUT}$) and, depending upon their values, adjusts the OFF time accordingly.

In accordance with the present invention, if the input voltage $V_{IN}$ decreases so that the inductor L1 oscillation frequency $f_{RIP}$ discussed above falls into an audible range, the OFF time is decreased so that $f_{RIP}$ will accordingly increase out of an audible range. Also, if the output voltage $V_{OUT}$ decreases due to a short circuit so that the voltage across inductor L1 is too low to allow adequate decay in inductor current during the OFF cycle, the OFF time is increased so as to avoid a current runaway condition.

10

In the present embodiment the discharging of control capacitor $C_{CON}$ is regulated by controlling the magnitude of control current $I_{CON}$. For example, at low input voltages $I_{CON}$ is increased by OFF-time control circuit 250 so that the voltage on control capacitor $C_{CON}$ rapidly falls. When the control capacitor voltage falls below a predetermined value, the ON cycle of switch 15 is initiated. Additionally, at low output voltages $I_{CON}$ is decreased by OFF-time control circuit 250 so that the voltage on control capacitor $C_{CON}$ slowly decays to lengthen the OFF time.

Although switching regulator circuit 200 shown in FIG. 5 relies upon a particular circuit for discharging a capacitor to control the OFF time, it is apparent that other circuits for performing this same function in response to the input and output voltages can also be used. For example, if desired, an operational amplifier could be used to control the OFF-time.

Thus, a one-shot circuit has been discussed which provides a variable OFF-time control signal that adapts to the input and output voltage levels. This feature of the present invention is used to reduce the generation and emission of audible noise from the regulator circuit at low input voltage levels (i.e., reduce $t_{OFF}$ at low input voltages) and to limit the short circuit current if the output is short circuited (i.e., increase $t_{OFF}$ at low output voltages).

FIG. 6 is a detailed schematic diagram of an exemplary embodiment of the variable OFF-time control circuit of FIG. 5.

OFF-time control circuit 250 accepts as inputs $V_{IN}$ and $V_{OUT}$ at terminals 252 and 254, respectively, and provides an output $I_{CON}$ at terminal 256. As discussed above, $I_{CON}$ provides for the controlled discharging of a control capacitor $C_{CON}$ coupled to terminal 256. Control circuit 250 controls the magnitude of $I_{CON}$, and therefore controls the time it takes control capacitor $C_{CON}$ to discharge. Control circuit 250 includes current source 260 (for providing current $I_{CN2}$) current source 270 (for providing current $I_{CN1}$), current compensation circuit 280 and current mirror output circuit 295. Control circuit 250 works as follows.

Current mirror output circuit 295 is a current mirror circuit including transistor 296 and transistor 298 (having its gate 298A connected to its drain 298B). Circuit 295 accepts a controlled reference current $I_{CREF}$ at input 295A and provides a proportional output current $I_{CON}$ related to the aspect ratios of transistor 296 and 298 (as in conventional current mirror circuits). In accordance with the present invention, $I_{CREF}$ will be equal to either $I_{CN1}$ or ($I_{CN1}+I_{CN2}$) depending upon voltages $V_{IN}$ and $V_{OUT}$ on input terminals 252 and 254, respectively.

When $V_{IN}$-$V_{OUT}$ is greater than 1.5 volts, transistor 262 conducts sufficient current (from transistor 264 and current supply $I_6$) to hold transistor 266 OFF. With transistor 266 OFF, current $I_{CN2}$ will be zero and current $I_{CREF}$ will therefore be equal to current $I_{CN1}$ provided at output terminal 270A of current source 270.

Current $I_{CN1}$ is supplied by a current mirror circuit composed of transistor 272 and transistor 274 (having its gate 274A connected to its drain 274B). In accordance with the present invention, the reference current $I_{CN1REF}$ flowing from transistor 274 will be equal to either $I_{CN1A}$ or ($I_{CN1A}+I_{CN1B}$), depending upon whether transmission gate 282 is open or closed, respectively.

Transmission gate 282 is controlled by comparator 284 and will be OPEN when $V_{OUT}$ is less than $V_{TH3}$. Under OPEN conditions, $I_{CN1REF}$ will be equal to $I_{CN1A}$ which goes to the collector of transistor 276. This current is derived by dividing $V_{OUT}$ by the output divider (composed of resistors 271 and 273) to produce voltage $V_{FB1}$ (at the base of

US 6,304,066 B1

11

transistor 279) Voltage $V_{FB1}$ is then level shifted up by the base-emitter voltage of transistor 279 and then down by the base-emitter voltage of transistor 276 where it appears across emitter resistor 278 The resulting transistor 276 collector current is then proportional to the output voltage $V_{OUT}$, causing control capacitor $C_{CON}$ to be discharged at a rate which is proportional to the discharge rate of the current in inductor L1

Thus, when the output voltage $V_{OUT}$ is low, such as during a fault or start-up condition, $t_{OFF}$ will be lengthened to allow the additional time required for the current to ramp down in inductor L1

When the output voltage $V_{OUT}$ is greater than $V_{TH1}$, the output of comparator 284 closes transmission gate 282 to couple an additional compensation current $I_{CN1B}$ to the drain of transistor 274 to provide current compensation through current compensation circuit 280. Compensation current $I_{CN1B}$ is equal to current $I_{TRIM}$ minus the drain current of transistor 286 Transistors 286 and 288 serve to mirror the collector current in transistor 290 (which is derived in a similar manner to the collector current in transistor 276 discussed above, except that voltage $V_{REF}$ is used instead of voltage $V_{FB1}$)

Compensation current $I_{CN1B}$ has two purposes: 1) to serve as a trimming current to set a desired control current $I_{CON}$ when the output voltage $V_{OUT}$ is substantially at its regulated level, and 2) to maintain a substantially constant control current $I_{CON}$ over a wide range of operating temperatures. During typical current manufacturing, variations in the resistance of resistor 278 would normally cause control current $I_{CON}$ to be larger or smaller than desired By trimming $I_{TRIM}$ while in production, compensation current $I_{CN1B}$ can be adjusted to add or subtract from the collector current ($I_{CN1A}$) of transistor 276 as required to provide a predetermined control current $I_{CON}$ Additionally, if resistors 278 and 292 are matched (i e., designed and fabricated similarly), then control current $I_{CON}$ variations due to the temperature variation of the resistance of resistor 278 will be substantially cancelled by a corresponding change in the resistance of resistor 292

If the output voltage $V_{OUT}$ is less than voltage $V_{TH1}$, the output of comparator 284 opens transmission gate 282 and thus inhibits current compensation This ensures that control current $I_{CON}$ will approach zero as the output voltage $V_{OUT}$ approaches zero, thus guaranteeing control of the inductor current $I_L$ during an output short circuit

When $V_{IN}$ falls to the point that $V_{IN}$-$V_{OUT}$ is less than 1 5 volts, the current in transistor 262 no longer holds transistor 266 OFF. As $V_{IN}$ decreases further, transistor 266 adds additional current ($I_{CN2}$) into current mirror output circuit 295, thereby increasing control current $I_{CON}$ and, thus, reducing $t_{OFF}$. This in turn stabilizes the operating frequency as $V_{IN}$ decreases, reducing potential audibility problems Current source $I_7$ determines the maximum current that transistor 266 adds to control current $I_{CON}$

Thus, when $V_{IN}$ falls so that $V_{IN}$-$V_{OUT}$ is less than 1 5 volts (e g., when a battery is nearly discharged), $t_{OFF}$ will be reduced to increase the oscillation frequency of the regulator circuit so that the generation and emission of audible noise is reduced

Although variable OFF-time control circuit 250 was discussed above with respect to a regulator circuit which includes push-pull switch 15 and driver 20, it will be apparent that the variable OFF-time feature of the present invention could be used in other regulators as well For example, this feature could also be used in the regulator circuits of FIGS 3 and 4 and other circuits that employ one-shot generators to provide a regulated voltage

12

FIG 7 is a detailed schematic block diagram of an exemplary switching regulator circuit incorporating both the variable OFF-time feature and the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration

Switching regulator 300 includes push-pull switch 15, driver 20, output circuit 30 and control circuit 350 Control circuit 350 includes one-shot generator 245, variable OFF-time control circuit 250 for controlling the OFF cycle time and comparator 74 for providing high-efficiency operation at low average output current levels Switching regulator 300 works as follows.

When the load current exceeds, for example, approximately 20 percent of the maximum output current, the loop operates in a continuous mode wherein comparator 74 does not override output 245A of one-shot generator 245 With $V_{IN}$-$V_{OUT}$ greater than 1 5 V, operation is substantially similar to that described for FIG 1. The inductor current is sensed by means of the voltage drop across resistor $R_{SENSE}$, and the threshold for the current comparator 39 is set by the voltage drop across resistor $R_3$. Built-in offset $V_{OS}$ (e g., about 10 mv) levelshifts feedback voltage $V_{FB}$ slightly below reference voltage $V_{REF}$, thus keeping the output of comparator 74 HIGH in this mode When the voltage across resistor $R_{SENSE}$ exceeds the threshold across resistor $R_3$, the output of comparator 39 goes HIGH and the RBAR input of RS flip-flop 310 goes LOW, resetting RS flip-flop 310, and thus, initiating the switch OFF cycle

During the OFF cycle, switch signal $V_{SWB}$ is HIGH, which turns P-MOSFET 16 OFF, N-MOSFET 17 ON and allows $I_{CON}$ to discharge control capacitor $C_{CON}$. The OFF time, $t_{OFF}$, is in turn determined by the time it takes control capacitor $C_{CON}$ to discharge from its initial voltage to $V_{TH1}$, coupled to the non-inverting input of comparator 312 When control capacitor $C_{CON}$ discharges to voltage $V_{TH1}$, the output of comparator 312 goes LOW, thus setting RS flip-flop 310 and initiating the next ON cycle Voltage $V_{TH1}$ is higher than voltage $V_{TH2}$, thus causing the output of comparator 315 to remain LOW in the continuous mode

In accordance with present embodiment, the OFF time is controlled by variable OFF-time control circuit 250 described above with respect to FIGS 5 and 6 Accordingly, circuit 250 includes inputs 252 and 254 coupled to $V_{IN}$ and $V_{OUT}$ respectively, to monitor those voltages.

Current source $I_1$ sets a minimum voltage threshold across resistor $R_3$ for current comparator 39 This sets a minimum current required in inductor L1 during each ON cycle to trip comparator 39 If the resulting average inductor current flowing to the output is greater than the load current, then output voltage $V_{OUT}$ will begin to increase, causing feedback voltage $V_{FB}$ to trip the hysteretic comparator 74 Of course, the inductance of inductor L1 and OFF time $t_{OFF}$ are preferably chosen so that the inductor ripple current is not below zero when such tripping occurs. When comparator 74 trips, its output goes LOW and overrides the Q output of RS flip-flop 310, immediately switching switch signal $V_{SWB}$ high As discussed above, this automatically initiates the beginning of the "sleep" mode of operation

In sleep mode, capacitor $C_{CON}$ discharges as before, but does not initiate a new switch ON cycle when comparator 312 trips. As discussed above, this is because until feedback voltage $V_{FB}$ has fallen by the amount of hysteresis in comparator 74, the LOW at output 74A forces switch signal $V_{SWB}$ to remain HIGH through NAND gate 316. Accordingly, control capacitor $C_{CON}$ continues to discharge below voltage $V_{TH1}$, causing output 315A of comparator 315

13

to go HIGH. This in turn causes the N-MOSFET 17 as well as the P-MOSFET 16 to be turned OFF. In addition, unused circuit components such as amplifier 38 and comparators 39 and 312 are also turned OFF when the regulator circuit is in sleep mode. As discussed above, this decreases bias currents substantially during sleep mode, further increasing efficiency at low output current levels.

During the extended off times in sleep mode, much of the regulator and both MOSFETS 16 and 17 are turned off, and the output load is supported substantially by output capacitor $C_{OUT}$. However, when the output voltage $V_{OUT}$ falls such that the feedback voltage $V_{FB}$ has decreased by the amount of hysteresis in comparator 74, all circuit components are again turned on and a new ON cycle is initiated to supply current to the output. If the load current remains low, output capacitor $C_{OUT}$ will recharge, and the feedback voltage $V_{FB}$ will again trip comparator 74 after only a few switch cycles. Thus, during light load conditions, the output voltage $V_{OUT}$ will oscillate between upper and lower thresholds values, as discussed above.

Whenever P-MOSFET 16 is ON, its gate-to-source voltage also appears across MOSFET 334, turning MOSFET 334 ON. This pulls the drain of MOSFET 334 HIGH, and inhibits N-drive 27. Following a LOW-to-HIGH $V_{SWB}$ transition, the voltage on the gate of P-MOSFET 16 must rise to a level where MOSFET 334 is conducting less than current source 335 before the drain voltage of MOSFET 334 falls and allows the N-MOSFET 17 to be turned ON. Current $I_{M1}$ is purposely made small so that the gate of MOSFET 334 must rise to within 2 volts of the input voltage $V_{IN}$ before the drive is enabled, ensuring that the P-MOSFET is completely OFF when N-MOSFET 17 turns ON. In a similar manner, MOSFET 332 and current source $I_{M2}$ 333 ensure that the N-MOSFET 17 is completely OFF when the P-MOSFET 16 turns ON. This prevents simultaneous conduction regardless of the driver speeds or MOSFET sizes, ensuring maximum possible efficiency. This feature of the present embodiment is discussed in more detail in commonly-assigned U.S. patent application Ser. No. 07/893,523, filed Jun. 4, 1992, now U.S. Pat. No. 5,365,118 which is hereby incorporated by reference in its entirety. If desired, the control circuit of the present invention can also include circuitry for accommodating transient switch signals as described in commonly-assigned U.S. patent application Ser. No. 08/035,423, filed Mar. 23, 1993, now U.S. Pat. No. 5,408,150 which is also hereby incorporated by reference in its entirety.

Schottky diode D2 coupled across N-MOSFET 17 shown in FIG. 7 only conducts during the deadtime between the conduction of MOSFETS 16 and 17. Diode D2's purpose is to prevent the body diode of N-MOSFET 17 from turning on and storing charge during the deadtime, which could reduce efficiency (e.g., by approximately 1 percent) in some cases. Diode D2 preferably is selected with a forward voltage of less than about 0.5 volts when conducting the maximum output current.

In accordance with the present invention, the control circuit shown in FIG. 7, when incorporated into a 5-volt synchronous step-down switching regulator, is capable of achieving over 90 percent efficiency (for an input voltage of approximately 10 volts) while the output current varies over two orders of magnitude (e.g., 20 mA to 2 A). Under some operating conditions (e.g., for an input voltage of 6 volts) efficiencies of over 95 percent can be maintained over such current levels. Such a control circuit is particularly useful in notebook and palm-top computers, portable instruments, battery-operated digital devices, cellular telephones, DC power distributions systems and GPS systems.

14

As discussed above with respect to FIG. 1, a disadvantage of prior art control circuit 10 is that at low output currents the current in inductor L1 may reverse polarity if during $I_{OFF}$ the current ramps down too much. This may result in power being pulled from the load to ground, through N-MOSFET 17, with an associated reduction in circuit efficiency. In accordance with a still further feature of the present invention, the control circuit can include a circuit for turning OFF the N-MOSFET to prevent such power from being pulled from the load if the inductor current reverses polarity.

FIG. 8 is a schematic block diagram of an exemplary switching regulator circuit incorporating a circuit of the present invention for preventing reversals in the polarity of the current in the output inductor of the regulator drawing power from the load.

Switching regulator 400 includes push-pull switch 15, driver circuit 20 and output circuit 30 similar to those of FIG. 1. Circuit 400 also includes an embodiment 470 of the high-efficiency control circuit of the present invention for preventing reversals in the polarity of output inductor L1 current from drawing power from the load.

Control circuit 470 includes one-shot circuit 25, current comparator 39 and transconductance amplifier 38 similar to those of FIG. 1. In addition to those components, control circuit 470 also includes comparator 471 and gate 472 for preventing reversals in inductor current polarity from drawing power from the load at low average current levels. Control circuit 470 works as follows.

When output 25a of one-shot circuit goes HIGH to turn P-MOSFET 16 OFF and N-MOSFET 17 ON, the inductor current $I_L$ begins to ramp down. During low average output currents, this current may ramp down towards zero and, eventually, may go negative. Control circuit 470 works by monitoring the inductor current $I_L$, through current feedback signal $I_{FB2}$, and turns N-MOSFET 17 OFF before such current reversals can occur. This prevents N-MOSFET 17 from drawing power from the load to ground.

Comparator 471 includes an input 471a adapted to monitor inductor current $I_L$ by way of current feedback signal $I_{FB2}$. When current feedback signal $I_{FB2}$ falls below current $I_4$ applied to input 471b of comparator 471, comparator output 471c goes LOW and, therefore, turns N-MOSFET 17 OFF by way of NAND gate 472. The turning OFF of N-MOSFET 17 prevents current reversals in inductor current $I_L$ from drawing power from load 14 to ground through N-MOSFET 17.

After N-MOSFET 17 is turned OFF, it will again be allowed to turn ON as soon as feedback current $I_{FB2}$ exceeds current $I_4$ to cause comparator output 471c to go HIGH. Generally, comparator output 471c will again go HIGH after one-shot circuit 25 turns P-MOSFET 16 ON, which, in turn, causes the inductor current $I_L$ to again ramp up. Such ramping up will allow current feedback signal $I_{FB2}$ to exceed $I_4$ and, therefore, cause comparator output 471c to go HIGH. While comparator 471c is HIGH, one-shot circuit 25 solely controls the turning ON of N-MOSFET 17.

Thus, control circuit 470 includes circuitry for intentionally holding N-MOSFET 17 OFF during periods when current reversals would otherwise allow power to be drawn from the load. This feature of the present invention can increase circuit efficiency at low average output current levels when current reversals are most like to occur.

It will be apparent to those of ordinary skill in the art that although comparator 471 monitors the inductor current It through feedback current $I_{FB2}$, other means of detecting current reversals in the inductor current $I_L$ could be used as well. For example, comparator 471 could monitor current

US 6,304,066 B1

15

feedback signal $I_{FB1}$ just as well so that only one type of current feedback signal is employed in control circuit 470. Additionally, many others means of generating a feedback signal indicative of current reversal in inductor current $I_L$ could be used as well (see, e.g., resistor $R_{SENSE}$ in FIG. 7).

The high-efficiency control circuit of the present invention was discussed above with respect to FIGS. 1–8 wherein the switching regulator was configured in a voltage step-down configuration. It will be apparent that the control circuit of the present invention could be used in other configurations as well. For example, FIG. 9 shows a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a voltage step-up configuration.

Switching regulator 500 includes synchronously-switched switch 15' wherein the drains of P-channel MOSFET 16 and N-channel MOSFET 17 are coupled together and to one side of inductor L1. The other side of inductor L1 is coupled to input $V_{IN}$. Control circuit 70 drives driver circuit 20' including inverting P-driver 26' and inverting N-driver 27', which in turn drive P-channel MOSFET 16 and N-channel MOSFET 17, respectively.

Thus, as shown in FIG. 9, the control circuit of the present invention can be used in switching configurations wherein an input voltage $V_{IN}$ is stepped up to a regulated output voltage $V_{OUT}$. As is the case with the step-down configurations shown in FIGS. 2–8, the control circuit of FIG. 9 can be used in other types of step-up configurations as well. For example, one-shot circuit 25 shown in FIG. 9 can include an additional input for monitoring the input voltage $V_{IN}$ to reduce the generation and emission of audible noise from inductor L1 at low input voltages as discussed above with respect to FIGS. 5 and 6. Also, switching regulator 500 can include circuitry to hold P-MOSFET 16 OFF during periods when the polarity of inductor current $I_L$ would otherwise reverse, as discussed above with respect to FIG. 8.

FIG. 10 shows a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a voltage polarity-inversing configuration.

Switching regulator 600 includes switch 15" wherein the drain of P-channel MOSFET 16 is coupled to one side of inductor L1 and to $V_{OUT}$ through diode D601. The other side of inductor L1 is coupled to ground. The source of P-channel MOSFET 16 is coupled to the positive input voltage $V_{IN}$. Control circuit 70' drives driver circuit 20" including P-driver 26 which, in turn, drives P-channel MOSFET 16.

Control circuit 70' operates substantially similar to control circuit 70 discussed above except for the following. Voltage feedback to control circuit 70' is provided by resistors R1 and R2 and amplifier 602. Amplifier 602 inverts the negative polarity voltage at $V_{OUT}$ to provide a positive polarity feedback voltage to control circuit 70'.

Thus, as shown in FIG. 10, the control circuit of the present invention can be used in switching configurations wherein an input voltage $V_{IN}$ is inverted to a regulated output voltage of opposite polarity $V_{OUT}$. As is the case with the step-down configurations shown in FIGS. 2–8, the control circuit of FIG. 10 can be used in other types of polarity-inversing configurations as well. For example, one-shot circuit 25 shown in FIG. 10 can include an additional input for monitoring the input voltage $V_{IN}$ to reduce the generation and emission of audible noise from inductor L1 at low input voltages. Furthermore, one-shot circuit 25 can include an input for monitoring the output voltage $V_{OUT}$ to control the short circuit current if the output is short circuited as discussed above with respect to FIGS. 5 and 6. Also, if

16

regulator 600 was synchronously switched and included an N-MOSFET instead of D601, the regulator could include circuitry to hold such an N-MOSFET OFF during periods when the polarity of inductor current $I_L$ would otherwise reverse, as discussed above with respect to FIG. 8.

It will be apparent to those of ordinary skill in the art that although the present invention has been discussed above with reference to a hysteretic voltage comparator for generating the sleep mode control signal to cause the switching regulator to go into and awake from the sleep-mode, other means for performing the same function are also possible. For example, if desired, the sleep mode control signal could be generated in response to a monitored output current. Furthermore, the switching regulator could be taken out of the sleep mode a predetermined time period after going into such a mode, instead after the output voltage falls below a predetermined threshold voltage, as illustrated above.

It will also be apparent that although the present invention has been discussed above with reference to FIGS. 1–10, wherein the power switches were either a pair of complementary MOSFETS (i.e., one p-channel and one n-channel) or a single p-channel MOSFET (FIG. 3), the present invention is applicable to other types of switches as well. For example, the power switch could include a pair of N-channel MOSFETS, a pair of P-channel MOSFETS, or bipolar junction transistors.

Thus, a control circuit and method for maintaining high efficiency over broad current ranges in a switching regulator circuit has been provided.

One skilled in the art will thus appreciate that the present invention can be practiced by other than the described embodiments, which are presented for purposes of illustration and not of limitation, and the present invention is limited only by the claims which follow.

What is claimed is:

1. A circuit for controlling a switching voltage regulator, the regulator having (1) a switch coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output for supplying current at a regulated voltage to a load which includes an output capacitor, the circuit comprising:

a first circuit for monitoring the output to generate a first feedback signal;

a second circuit for generating a first control signal during a first state of circuit operation, the first control signal being responsive to the first feedback signal to vary the duty cycle of the switching transistors to maintain the output at the regulated voltage; and

a third circuit for generating a second control signal during a second state of circuit operation to cause both switching transistors to be simultaneously OFF for a period of time longer than a switching cycle of the switching transistors, during which period of time the output capacitor maintains the output substantially at the regulated voltage.

2. Circuitry for controlling a switching regulator having an inductive element coupled between a first node and an output of the switching regulator, a first switch coupled between an input of the switching regulator and the first node, and a second switch coupled between the first node and ground, the control circuitry comprising:

a voltage feedback path for monitoring a voltage at the output;

a current feedback path for monitoring a current through the inductor;

a first comparator coupled to the current and voltage feedback paths;

US 6,304,066 B1

17

a second comparator coupled to the voltage feedback path; and

a control circuit operational in first and second states responsive to an output of the second comparator, wherein in the first state the control circuit controls the duty cycle of the first and second switches responsive to the output of the first comparator, and in the second state the control circuit keeps both switches OFF regardless of the output of the first comparator.

3. The circuitry of claim 2 wherein the control circuit provides a first control signal that controls the first and second switches so that one of the switches is OFF when the other switch is ON.

4. The circuitry of claim 3 wherein the control circuit provides a second signal that causes the second switch to be OFF even when the first transistor is OFF.

5. The circuitry of claim 4 wherein the second control signal overrides the first control signal to the second switch.

6. The circuitry of claim 5 further comprising a logic circuit coupled to the first and second control signals and to the second switch.

7. The circuitry of claim 5 wherein the control circuit further comprises:

a capacitor;

a current source turned on or off responsive to the output of the second comparator; and

a current sink coupled to the capacitor, wherein the capacitor is alternately charged by the current source and discharged by the current sink.

8. The circuitry of claim 6 further comprising a third comparator coupled to the capacitor, wherein the third comparator provides the second control signal responsive to a voltage on the capacitor.

9. The circuitry of claim 2 further comprising:

a transconductance amplifier having an input coupled to the voltage feedback path and an output coupled to an input of the first comparator; and

a current sink coupled to the output of the transconductance amplifier.

10. The circuitry of claim 2 wherein the second comparator comprises a hysteretic comparator.

11. A method of regulating a voltage at the output of a switching regulator having first and second switching transistors arranged in a push-pull configuration and an inductor coupled to the first and second switching transistors, the method comprising:

18

monitoring the voltage;

monitoring a current through the inductor; and

controlling the first and second switching transistors so that during a first period of time the first switching transistor is cycled OFF-ON-OFF and the second switching transistor is cycled ON-OFF-ON, and during a second period of time the first and second switching transistors are kept OFF, wherein the second period of time has a duration that is longer than the period of a single OFF-ON-OFF cycle of the first and second switching transistors.

12. The method of claim 11 wherein controlling the first and second switching transistors during the first period of time comprises turning the first switching transistor OFF and the second switching transistor ON when the inductor current reaches a threshold level.

13. The method of claim 12 wherein controlling the first and second switching transistors during the first period of time further comprises turning the first switching transistor ON and the second switching transistor OFF a predetermined interval after the first switching transistor was turned OFF and the second switching transistor was turned ON.

14. The method of claim 11 further comprising determining if the voltage exceeds a first threshold, wherein the first period corresponds to when the voltage is below the first threshold and the second period corresponds to when the voltage is above the first threshold.

15. The method of claim 11 wherein controlling the first and second switching transistors during the first period of time further comprises charging a control capacitor when the first switching transistor is ON and discharging the control capacitor when the first switching transistor if OFF.

16. The method of claim 15 further comprising:

determining if the voltage exceeds a first threshold; and

keeping the first switching transistor OFF when the voltage exceeds the first threshold.

17. The method of claim 16 comprising:

monitoring a voltage on the control capacitor; and

turning the second switching transistor OFF when the voltage on the control capacitor falls below a second threshold.

18. The method of claim 15 further comprising:

monitoring a difference between an input voltage and the output voltage of the switching regulator; and

discharging the control capacitor at a rate determined by the monitored voltage difference.

*    *    *    *    *

# EXHIBIT H

US006580285B2

(12) **United States Patent**

Kato et al.

(10) Patent No.: **US 6,580,285 B2**

(45) Date of Patent: **Jun. 17, 2003**

(54) **OUTPUT BUFFER CIRCUIT WITH SWITCHING SPEED CONTROL CIRCUIT**

(75) Inventors: **Tatsuo Kato**, Kawasaki (JP); **Tomio Mitsuhshi**, Kawasaki (JP)

(73) Assignee: **Fujitsu Limited**, Kawasaki (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/946,602**

(22) Filed: **Sep. 6, 2001**

(65) **Prior Publication Data**

US 2002/0075033 A1 Jun. 20, 2002

(30) **Foreign Application Priority Data**

Dec. 15, 2000 (JP) .................... 2000-382699

(51) Int. Cl.[7] ............ **H03K 19/01**; H03K 19/0175; H03K 5/153

(52) U.S. Cl. ................. **326/17**; 326/86; 327/72

(58) Field of Search ...................... 326/17, 26–27, 326/86–87, 83, 112, 119, 121–122; 327/58, 62, 72, 74, 77–81, 83, 88–89, 143

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,334,885 A * 8/1994 Morris .............. 326/21

5,821,783 A * 10/1998 Torimaru et al ........ 326/87
5,864,506 A * 1/1999 Arcoleo et al ......... 326/83
6,147,521 A * 11/2000 Degoirat et al ........ 549/206

FOREIGN PATENT DOCUMENTS

JP          04321320 A  * 11/1992 ... H03K/19/0175

* cited by examiner

*Primary Examiner*—Michael Tokar
*Assistant Examiner*—James H. Cho
(74) *Attorney, Agent, or Firm*—Arent Fox Kintner Plotkin & Kahn

(57) **ABSTRACT**

Provided is a semiconductor device including an input/output buffer or an output buffer with a buffer transistor. The device can control the switching speed of the buffer transistor into a proper value even when there is an change in process conditions and/or temperature. The device includes a control circuit for changing the size of the buffer transistor. The control circuit changes the size of the buffer transistor based on the switching speed of the buffer transistor or a detection transistor, which speed changes in accordance with process conditions and/or temperature.

**22 Claims, 17 Drawing Sheets**





F I G. 1

# F I G. 2





F I G. 3

# F I G. 4



# F I G. 5



# F I G. 6





F I G. 7



F I G. 8



F I G. 9

# F I G. 10





F I G. 11

# F I G. 12





F I G. 13



F I G. 14

F I G. 15



FIG. 16
PRIOR ART



# FIG.17A
## PRIOR ART



# FIG.17B
## PRIOR ART



US 6,580,285 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# OUTPUT BUFFER CIRCUIT WITH SWITCHING SPEED CONTROL CIRCUIT

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is based upon and claims priority of Japanese Patent Application No. 2000-382699, filed on Dec. 15, 2000, the contents being incorporated herein by reference.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to semiconductor devices, in particular, including output buffers or input/output buffers.

2. Description of the Related Art

FIG. 16 is a circuit diagram of a conventional output buffer. A buffer 110 with a small transistor size and a low driving capability is a buffer for a high power supply voltage and a buffer 120 with a large transistor size and a high driving capability is a buffer for a low power supply voltage. The level of a power supply voltage is detected, and either the buffer 110 or 120 is selected in accordance with the detection result. The buffer 110 includes P-channel MOS (metal oxide semiconductor) transistors 111 and 112 and N-channel MOS transistors 113 and 114. The buffer 120 includes P-channel MOS transistors 121 and 122 and N-channel MOS transistors 123 and 124.

A comparator 102 compares the power supply voltage with a reference voltage generated by a reference voltage generating circuit 101. An inverter 103 logically inverts the output of the comparator 102 and outputs it to the gates of the transistors 112 and 123. An inverter 104 logically inverts the output of the inverter 103 and outputs it to the gates of the transistors 113 and 122. The gates of the transistors 111, 114, 121, and 124 are supplied with an input signal Sin. When the power supply voltage is high, the transistors 112 and 113 are turned on and the transistors 122 and 123 are turned off, so the buffer 110 is selected. Inversely, when the power supply voltage is low, the transistors 122 and 123 are turned on and the transistors 112 and 113 are turned off, so the buffer 120 is selected. The buffer 110 or 120 outputs an output signal Sout. The output signal Sout is a logically inverted signal of the input signal Sin.

The switching speed of a CMOS (complementary metal oxide semiconductor) transistor formed in accordance with process conditions, temperature, and so on, as well as the above-mentioned power supply voltage. Such a change in the switching speed may cause the following problems.

FIG. 4 shows waveforms of the input signal Sin and the output signal Sout when the transistor switching speed is proper. The output signal Sout changes in its waveform with a substantially rectangular shape between the ground potential (0V) and the power supply voltage VDD. When the switching speed is proper, the thus proper output signal Sout is output.

FIG. 17A shows waveforms of the input signal Sin and the output signal Sout when the transistor switching speed is too low. The rising and the falling speed of the output signal Sout are low and the signal falls before it reaches the power supply voltage VDD. As a result, in binary logic consisting of a high level and a low level, the operation of the output signal Sout is delayed, which may cause a malfunction.

FIG. 17B shows waveforms of the input signal Sin and the output signal Sout when the transistor switching speed is too high. Excessive overshoot and undershoot occur in the output signal Sout at each rising timing and each falling timing, respectively. As a result, the output signal Sout is forced to exceed the threshold level of the logical value, which may cause a malfunction. Moreover, such overshoot and undershoot may cause big noise.

In the output buffers shown in FIG. 16, when a switching speed of the transistor has changed due to a change in the power supply voltage, either the buffer 110 or 120 is selected, thereby controlling the transistor switching speed to a proper value. However, no countermeasure can be taken against a change in the transistor switching speed due to a change in process conditions or temperature. As a result, the above-mentioned problem shown in FIG. 17A or 17B arises.

## SUMMARY OF THE INVENTION

An object of the present invention is to provide semiconductor devices including input/output buffers or output buffers, which are capable of controlling the transistor switching speed to a proper value even when there is a change in, e.g., process conditions and/or temperature, and to provide control methods thereof.

Another object of the present invention is to provide semiconductor devices capable of detecting the transistor switching speed.

A semiconductor device according to the present invention comprises an output buffer or an input/output buffer including a buffer transistor and a control circuit for changing the size of the buffer transistor. The control circuit changes the size of the buffer transistor on the basis of the switching speed of the buffer transistor or a detection transistor, which speed changes in accordance with process conditions and/or temperature.

The switching speed of the buffer transistor or the detection transistor which changes in accordance with process conditions and/or temperature is detected in advance or in real time, and the size of the buffer transistor is changed in accordance with the detected switching speed. Even when there is a change in process conditions and/or temperature, the switching speed of the buffer transistor can be controlled to a proper value by changing the size of the buffer transistor accordingly.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a circuit diagram showing an example of construction of a switching speed detecting circuit according to the first embodiment of the present invention;

FIG. 2 is a graph for explaining the operation of the switching speed detecting circuit according to the first embodiment;

FIG. 3 is a circuit diagram showing an example of construction of a semiconductor device including switching speed detecting circuits and output buffers according to the first embodiment;

FIG. 4 is a waveform chart of input/output signals of the semiconductor device according to the first embodiment;

FIG. 5 is a circuit diagram showing an example of construction of a switching speed detecting circuit according to the second embodiment of the present invention;

FIG. 6 is a graph for explaining the operation of the switching speed detecting circuit according to the second embodiment;

FIG. 7 is a circuit diagram showing an example of construction of a semiconductor device including switching

US 6,580,285 B2

3

speed detecting circuits and output buffers according to the second embodiment;

FIG. 8 is a circuit diagram showing an example of construction of a semiconductor device including output buffers according to the third embodiment of the present invention;

FIG. 9 is a circuit diagram showing an example of construction of a semiconductor device including output buffers according to the fourth embodiment of the present invention;

FIG. 10 is a circuit diagram showing an example of construction of a semiconductor device including an input/output buffer according to the fifth embodiment of the present invention;

FIG. 11 is a circuit diagram showing an example of construction of a semiconductor device including input/output buffers according to the sixth embodiment of the present invention;

FIG. 12 is a timing chart of a latch circuit;

FIG. 13 is a circuit diagram showing an example of construction of a semiconductor device including output buffers or input/output buffers according to the seventh embodiment of the present invention;

FIG. 14 is a circuit diagram showing the construction of a transient detecting circuit;

FIG. 15 is a timing chart of the transient detecting circuit;

FIG. 16 is a circuit diagram showing the construction of output buffers according to a prior art; and

FIG. 17A and FIG. 17B are waveform charts of input/output signals in case of too low and too high switching speeds, respectively.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

### First Embodiment

FIG. 1 is a circuit diagram showing an example of construction of a transistor switching speed detecting circuit $21n$ according to the first embodiment of the present invention.

The construction of the switching speed detecting circuit $21n$ will be described first. Resistances 1 and 2 are connected in series between the power supply potential and the ground potential. One end of a resistance 4 is connected to the power supply potential and the other end is connected to the drain of an N-channel MOS transistor 5. In the transistor 5, its gate is connected to the power supply potential and its source is connected to the ground potential to maintain its ON state. In a comparator 6, its positive (+) terminal is connected to the interconnection node between the resistances 1 and 2, its negative (–) terminal is connected to the interconnection node between the resistance 4 and the transistor 5, and its output terminal is connected to the input terminal of an inverter 7. The inverter 7 as a logical NOT circuit logically inverts the output of the comparator 6 and outputs it as a signal S1.

The operation of the switching speed detecting circuit $21n$ will be described with reference to the graph of FIG. 2. In the graph of FIG. 2, the axis of abscissas represents power supply voltage and the axis of ordinates represents input voltage in relation to the (+) terminal and the (–) terminal of the comparator 6. In the comparator 6, a reference voltage 11 divided by the resistances 1 and 2 is input to the (+) terminal while a voltage 12 between the source and drain of the transistor 5 is input to the (–) terminal.

4

The reference voltage 11 is proportional to the power supply voltage. The voltage 12 has a fixed value in the saturation region in which the power supply voltage is at or higher than a predetermined value. In the saturation region, the fixed value can take one of the values of, e.g., voltages $12a$, $12b$, and $12c$ in accordance with the level of the drain current flowing in the transistor 5. The voltages $12a$, $12b$, and $12c$ appear at low, medium, and high drain currents, respectively. The voltage $12a$ indicates a low switching speed of the transistor 5 because of a small drain current, a high ON resistance of the transistor 5, and so a high CR time constant. Contrastingly, the voltage $12c$ indicates a high switching speed of the transistor 5 because of a large drain current, a low ON resistance of the transistor 5, and so a low CR time constant. Thus, the higher the voltage 12 is, the lower the switching speed is. In other words, the lower the voltage 12 is, the higher the switching speed is. The switching speed is substantially proportional to the drain current.

In a predetermined power supply voltage, the comparator 6 compares the voltage 11 at the (+) terminal with the voltage 12 at the (–) terminal. It outputs a high level when the voltage 11 at the (+) terminal is higher than the voltage 12 at the (–) terminal, and outputs a low level in the reverse case. In other words, the comparator 6 outputs the low level when the drain current is small and the switching speed of the transistor 5 is low, and outputs the high level when the drain current is large and the switching speed of the transistor 5 is high.

The inverter 7 logically inverts the output of the comparator 6 and outputs it as the signal S1. Therefore, the signal S1 thus output is at a high level when the drain current is small and the switching speed of the transistor 5 is low, and at a low level when the drain current is large and the switching speed of the transistor 5 is high.

FIG. 3 is a circuit diagram showing an example of construction of a semiconductor device including switching speed detecting circuits and output buffers according to the first embodiment. The switching speed detecting circuit $21n$ for N-channel is the same as the switching speed detecting circuit $21n$ shown in FIG. 1. A switching speed detecting circuit $21p$ for P-channel is a circuit for detecting the switching speed of a P-channel MOS transistor, wherein the P-channel MOS transistor is used instead of the N-channel MOS transistor 5 in the switching speed detecting circuit $21n$ in FIG. 1 and the power supply potential is connected to the gate of the P-channel MOS transistor.

The switching speed detecting circuit $21n$ for N-channel outputs a high level when the switching speed is low, and outputs a low level when the switching speed is high. The switching speed detecting circuit $21p$ for P-channel outputs a high level when the switching speed is high, and outputs a low level when the switching speed is low.

In an OR circuit 22, one input is connected to the output of the switching speed detecting circuit $21p$ for P-channel and the other input is connected to the line for the input signal Sin. In an AND circuit 23, one input is connected to the output of the switching speed detecting circuit $21n$ for N-channel and the other input is connected to the line for the input signal Sin.

A first buffer 28 includes a CMOS transistor consisting of a P-channel MOS transistor 24 and an N-channel MOS transistor 25. A second buffer 29 includes a CMOS transistor consisting of a P-channel MOS transistor 26 and an N-channel MOS transistor 27.

The construction of the first buffer 28 will be described first. In the P-channel MOS transistor 24, its gate is con-

US 6,580,285 B2

5

nected to the output of the OR circuit 22, its source is connected to the power supply potential, and its drain is connected to the drain of the transistor 25 In the N-channel MOS transistor 25, its gate is connected to the output of the AND circuit 23, and its source is connected to the ground potential The interconnection node between the drain of the transistor 24 and the drain of the transistor 25 is connected to the line for an output signal Sout

The construction of the second buffer 29 will be described next In the P-channel MOS transistor 26, its gate is con- 10 nected to the line for the input signal Sin, its source is connected to the power supply potential, and its drain is connected to the drain of the transistor 27 In the N-channel MOS transistor 27, its gate is connected to the line for the input signal Sin, and its source to the ground potential The 15 interconnection node between the drain of the transistor 26 and the drain of the transistor 27 is connected to the line for the output signal Sout

An operation of the semiconductor device will be described The switching speed detecting circuit 21p for 20 P-channel outputs a high level when the switching speed of the P-channel MOS transistor is high, and outputs a low level when the switching speed of the P-channel MOS transistor is low The switching speed detecting circuit 21n for N-channel outputs a low level when the switching speed 25 of the N-channel MOS transistor is high, and outputs a high level when the switching speed of the N-channel MOS transistor is low

First, a case wherein the transistor switching speed is relatively high (proper) will be described The switching 30 speed detecting circuit 21p for P-channel outputs a high level and the switching speed detecting circuit 21n for N-channel outputs a low level Since the OR circuit 22 receives the high level from the switching speed detecting circuit 21p for P-channel, it always outputs a high level 35 irrespective of the level of the input signal Sin Since the gate of the transistor 24 is always supplied with the high level, the transistor 24 is turned off to disconnect the line for the output signal Sout from the power supply potential 40 Since the AND circuit 23 receives the low level from the switching speed detecting circuit 21n for N-channel, it always outputs a low level irrespective of the level of the input signal Sin Since the gate of the transistor 25 is always supplied with the low level, the transistor 25 is turned off to 45 disconnect the line for the output signal Sout from the ground potential

As a result, the first buffer 28 does not operate and only the second buffer 29 operates When the input signal Sin is at a high level, the transistor 26 is turned off and the 50 transistor 27 is turned on Thus, the line for the output signal Sout is connected to the ground potential so that the output signal Sout may be at a low level Contrastingly, when the input signal Sin is at a low level, the transistor 26 is turned on and the transistor 27 is turned off Thus, the line for the 55 output signal Sout is connected to the power supply potential so that the output signal Sout may be at a high level As shown in FIG 4, the output signal Sout is output as a logically inverted signal of the input signal Sin At this time, the switching speed of the buffer transistors is at a proper 60 value

A case wherein the transistor switching speed is low will be described next The switching speed detecting circuit 21p for P-channel outputs a low level and the switching speed detecting circuit 21n for N-channel outputs a high level 65 Since the OR circuit 22 receives the low level from the switching speed detecting circuit 21p for P-channel, it

6

outputs the same signal as the input signal Sin Since the AND circuit 23 receives the high level from the switching speed detecting circuit 21n for N-channel, it outputs the same signal as the input signal Sin Since the P-channel MOS transistors 24 and 26 are both supplied with the input signal Sin in their gates, they perform the same operation Since the N-channel MOS transistors 25 and 27 are both supplied with the input signal Sin in their gates, they perform the same operation

Consequently, the first buffer 28 and the second buffer 29 are connected in parallel with each other and operate in this state More specifically, when the input signal Sin is at a high level, the transistors 24 and 26 are turned off, and the transistors 25 and 27 are turned on and connected in parallel The transistors 25 and 27 operate in this state The line for the output signal Sout is connected to the ground potential to be at a low level This is equivalent to the case wherein the gate widths of the transistors are broadened, thereby increasing the drive capabilities of the buffers Contrastingly, when the input signal Sin is at a low level, the transistors 25 and 27 are turned off, and the transistors 24 and 26 are turned on and connected in parallel The transistors 24 and 26 operate in this state The line for the output signal Sout is connected to the power-source potential to be at a high level This is equivalent to the case wherein the gate widths of the transistors are broadened, thereby increasing the drive capabilities of the buffers As shown in FIG 4, the output signal Sout is output as a logically inverted signal of the input signal Sin. At this time, since the first buffer 28 and the second buffer 29 are both in operation, the switching speed of the transistors is at a proper value

As described above, when the switching speed of the transistors is relatively high, only the second buffer 29 is put into operation, and when the switching speed of the transistors is low, the first buffer 28 and the second buffer 29 are both put into operation Thus, the switching speed of the buffer transistors can always be kept at a proper value

When the switching speed is too low, the rising speed and the falling speed of the output signal Sout become low to cause a malfunction as shown in FIG 17A. On the other hand, when the switching speed is too high, excessive overshoot and undershoot occur in the output signal Sout at each rising timing and each falling timing to cause a malfunction and big noise

The switching speed may change in accordance with a change in process conditions, temperature, and so on, as well as a change in the power supply voltage In the semiconductor device according to this embodiment, even when there is a change in the power supply voltage, process conditions and/or temperature, and so on, the switching speed detecting circuits 21p and 21n detect the switching speed and the size of the buffer transistor is changed in accordance with the detected switching speed Thus, the switching speed can always be kept at a proper value as shown in FIG 4

Second Embodiment

Although the first embodiment exemplified the case wherein the switching speed detecting circuits 21n and 21p detect two states of the switching speed, that is, high and low, the second embodiment of the present invention intends to detect three or more states of the switching speed In this embodiment, a case wherein three states of the switching speed are detected will be described by way of example

FIG 5 is a circuit diagram showing an example of construction of a switching speed detecting circuit 41n for

7

N-channel according to the second embodiment of the present invention. Three resistances 31, 32, and 33 are connected in series between the power supply potential and the ground potential. One end of the resistance 4 is connected to the power supply potential and the other end is connected to the drain of the N-channel MOS transistor 5. In the transistor, 5, its gate is connected to the power supply potential, and its source is connected to the ground potential. In a first comparator 6a, its positive (+) terminal is connected to the interconnection node between the resistances 31 and 32, and its negative (−) terminal is connected to the interconnection node between the drain of the transistor 5 and the resistance 4. In an inverter 7a, its input is connected to the output of the first comparator 6a, and its output is connected to the line for the signal S1. In a second comparator 6b, its (+) terminal is connected to the interconnection node between the resistances 32 and 33, and its (−) terminal is connected to the interconnection node between the drain of the transistor 5 and the resistance 4. In an inverter 7b, its input is connected to the output of the second comparator 6b, and its output is connected to the line for a signal S2.

The first comparator 6a compares a high reference voltage 11a with the voltage 12 between the source and drain of the transistor 5. It outputs a high level when the reference voltage 11a is higher than the voltage 12, and outputs a low level in the reverse case. The second comparator 6b compares a low reference voltage 11b with the voltage 12 between the source and drain of the transistor 5. It outputs a high level when the reference voltage 11b is higher than the voltage 12, and outputs a low level in the reverse case. As shown in FIG. 6, the comparisons of the voltage 12 with the high and low reference voltages 11a and 11b make it possible to detect three states of the switching speed as the signals S1 and S2.

FIG. 7 is a circuit diagram showing an example of construction of a semiconductor device including switching speed detecting circuits and output buffers according to the second embodiment. The switching speed detecting circuit 41n for N-channel has the same construction as that shown in FIG. 6. A switching speed detecting circuit 41p for P-channel is a circuit in which a P-channel MOS transistor is used in the switching speed detecting circuit 41n for N-channel shown in FIG. 6, like the first embodiment.

An OR circuit 22a is supplied at its one input with the signal S1 of the switching speed detecting circuit 41p for P-channel, and at its other input with the input signal Sin. An OR circuit 22b is supplied at its one input with the signal S2 of the switching speed detecting circuit 41p for P-channel, and at its other input with the input signal Sin.

An AND circuit 23a is supplied at its one input with the signal S1 of the switching speed detecting circuit 41n for N-channel, and at its other input with the input signal Sin. An AND circuit 23b is supplied at its one input with the signal S2 of the switching speed detecting circuit 41n for N-channel, and at its other input with the input signal Sin.

A first buffer 28a includes a P-channel MOS transistor 24a and an N-channel MOS transistor 25a. The gate of the transistor 24a is connected to the output of the OR circuit 22a. The gate of the transistor 25a is connected to the output of the AND circuit 23a.

A second buffer 28b includes a P-channel MOS transistor 24b and an N-channel MOS transistor 25b. The gate of the transistor 24b is connected to the output of the OR circuit 22b. The gate of the transistor 25b is connected to the output of the AND circuit 23b.

8

A third buffer 29 includes a P-channel MOS transistor 26 and an N-channel MOS transistor 27. The transistors 26 and 27 are supplied with the input signal Sin at their gates.

The switching speed detecting circuits 41p and 41n can output three states of switching speed detection results, i.e., a high speed, a medium speed, and a low speed. When the switching speed is high, only the third buffer 29 operates. When it is medium, the second buffer 28b and the third buffer 29 operate. When it is low, the first to the third buffers 28a, 28b, and 29 operate.

The lower the detected speed is, the larger the number of buffers, i.e., the number of transistors, connected in parallel is. The drive capacity of the buffers is thereby increased. This makes it possible to always control the switching speed into a proper value even when there is a change in process conditions, temperature, and so on. Although the case wherein three states of the switching speed are detected has been described, four or more states of the switching speed can be detected likewise to control the switching speed of the buffer transistors. As the number of states to be detected is increased, the more accurate control of the switching speed can be performed.

Third Embodiment

FIG. 8 is a circuit diagram showing an example of construction of a semiconductor device including output buffers according to the third embodiment of the present invention. In this third embodiment, a nonvolatile memory 51 and a drain current measurement result register 52 are provided instead of the switching speed detecting circuits 21p and 21n in the first embodiment (FIG. 3), and the other feature is the same as in the first embodiment.

As a preparatory stage, the drain current of an MOS transistor for buffer or detection is measured at the time of a PP test (wafer test) conducted in a wafer state or an FT test (final test) conducted in a package state. The measured drain current indicates the switching speed of the transistor. The switching speed is low when the drain current is small, while the switching speed is high when the drain current is large.

The data of the switching speed is stored in advance in the nonvolatile memory 51. The data can indicate two, three, or more states of the switching speed as described above. A case of two states will be described below by way of example. The nonvolatile memory 51 can keep its storage contents even when the power supply is cut off.

The drain current measurement result register 52 reads out the data of the drain current, i.e., the switching speed, from the nonvolatile memory 51 to make outputs similar to those of the switching speed detecting circuits 21p and 21n in the first embodiment (FIG. 3). More specifically, when the switching speed is low, the drain current measurement result register 52 outputs a low level to the OR circuit 22 and outputs a high level to the AND circuit 23. When the switching speed is high, it outputs a high level to the OR circuit 22 and outputs a low level to the AND circuit 23. The subsequent operation is the same as in the first embodiment (FIG. 3).

According to the third embodiment, since the nonvolatile memory 51 and the drain current measurement result register 52 are used instead of the switching speed detecting circuits 21p and 21n, the size and cost of the semiconductor device can be reduced in comparison with the first embodiment. But, in the third embodiment, since the switching speed is not detected and controlled in real time unlike the first embodiment, it can not cope with a change in temperature but can cope with a change in process conditions. That

US 6,580,285 B2

9

is, the nonvolatile memory 51 stores the data of the switching speed taking a change in process conditions into consideration, and thereby the switching speed of the buffer transistors is controlled

### Fourth Embodiment

FIG 9 is a circuit diagram showing an example of construction of a semiconductor device including output buffers according to the fourth embodiment of the present invention In this fourth embodiment, fuses 61, 62, 63, and 64 are provided instead of the switching speed detecting circuits 21p and 21n in the first embodiment (FIG. 3), and the other feature is the same as in the first embodiment

As a preparatory stage, like the third embodiment, the drain current of an MOS transistor for buffer or detection is measured at the time of a PP test conducted in a wafer state or an FT test conducted in a package state. In accordance with the measured drain current, either the fuse 61 or 62 is cut off and either the fuse 63 or 64 is cut off When the drain current is low, i e , when the switching speed is low, the fuses 61 and 64 are cut off while the fuses 62 and 63 are kept intact Contrastingly, when the drain current is high, i e , when the switching speed is high, the fuses 62 and 63 are cut off while the fuses 61 and 64 are kept intact The fuses 61 to 64 can be cut off by, for example, irradiation with a laser The operation of this semiconductor device is the same as in the first embodiment (FIG. 3) and the third embodiment (FIG 8)

According to the fourth embodiment, the same effect as in the third embodiment can be obtained, moreover, the size and cost of the semiconductor device can be reduced more than the third embodiment Although the third embodiment uses the nonvolatile memory and the fourth embodiment uses the fuses, another type of memory may be used also

### Fifth Embodiment

FIG 10 is a circuit diagram showing an example of construction of a semiconductor device including an input/output buffer according to the fifth embodiment of the present invention In the semiconductor device according to this fifth embodiment, an inverter 75 is added to the output buffer of the first to fourth embodiments to constitute an input/output buffer.

This semiconductor device including the input/output buffer is provided in a semiconductor chip 77 The semiconductor chip 77 is connected to a pin 76 of an IC package through the line for an output signal Sout The input of the inverter 75 is connected to the pin 76

In an output state, the input/output buffer is in the same connection state as in the first to fourth embodiments, and in an input state, it is controlled into a connection state as shown in FIG 10 More specifically, in the input state, the gate of the P-channel MOS transistor 26 is at a high level while the gate of the N-channel MOS transistor 27 is at a low level. Thus, the transistors 26 and 27 are turned off After this, a signal input through the pin 76 is supplied to the inverter 75 Although the above-described first to fourth embodiments use the output buffers, this fifth embodiment allows the first to fourth embodiment to use the input/output buffer

### Sixth Embodiment

FIG. 11 is a circuit diagram showing an example of construction of a semiconductor device including input/output buffers according to the sixth embodiment of the

10

present invention FIG 11 shows an output state of the input/output buffers. In an input state, they are controlled to have the construction shown in FIG. 10 In this sixth embodiment, latch circuits 72p and 72n and an input/output control circuit 71 are added to the first embodiment (FIG 3) The other feature is the same as in the first embodiment According to this embodiment, in order to stabilize an output signal, the size of the buffer, i e , the size of the buffer transistors is not changed in the output state and the size of the buffer transistors can be changed only in the input state

An input/output switching signal CTL indicates either the input or output state When the signal CTL indicates the output state, the input/output control circuit 71 supplies the input signal Sin to the OR circuit 22, the AND circuit 23, and the gates of the transistors 26 and 27 When the signal CTL indicates the input state, the input/output control circuit 71 supplies a signal for turning off the transistors 24, 25, 26, and 27 to the OR circuit 22, the AND circuit 23, and the gates of the transistors 26 and 27

In the latch circuit 72p, its control terminal is connected to the line for the signal CTL, its input terminal is connected to the output of the switching speed detecting circuit 21p for P-channel, and its output terminal is connected to the input of the OR circuit 22 In the latch circuit 72n, its control terminal is connected to the line for the signal CTL, its input terminal is connected to the output of the switching speed detecting circuit 21n for N-channel, and its output terminal is connected to the input of the AND circuit 23

The operation of the latch circuit 72n will be described with reference to the timing chart of FIG. 12 In the control signal CTL, for example, a high level indicates a through-through state (the input is output as it is), and a low level indicates a state of latching a signal An input signal S1 is the input signal of the latch circuit 72n An output signal S11 is the output signal of the latch circuit 72n

When the signal CTL is at a low level, the latch circuit 72n holds the input signal S1 at that time When the CTL signal is at a high level, the output signal S11 is the same as the input signal S1 Only in the input state wherein the CTL signal is at the high level, the output signal S11 can be changed, and so the buffer transistor size can be changed. The operation of the latch circuit 72p is the same as that of the latch circuit 72n. When the input/output buffers are in the output state, since the buffer transistor size does not change, the stable output signal Sout can be output

### Seventh Embodiment

FIG 13 is a circuit diagram showing an example of construction of a semiconductor device including output buffers according to the seventh embodiment of the present invention. Input/output buffers may be used instead of the output buffers. In this seventh embodiment, the latch circuits 72p, 72n and a transient detecting circuit 80 are added to the first embodiment (FIG 3). The other feature is the same as in the first embodiment. In this embodiment, in order to stabilize an output signal, the buffer size, i e , the buffer transistor size is not changed while the input signal Sin is changing

The transient detecting circuit 80, which is equivalent to an ATD (address transition detector) circuit, inputs an input signal Sin and outputs an output signal S41. The output signal S41 is at a low level only when the input signal Sin is changing

In the latch circuit 72p, its control terminal is connected to the line for the signal S41, its input terminal is connected to the output of the switching speed detecting circuit 21p for

US 6,580,285 B2

11

P-channel, and its output terminal is connected to the input of the OR circuit 22. In the latch circuit 72n, its control terminal is connected to the line for the signal S41, its input terminal is connected to the output of the switching speed detecting circuit 21n for N-channel, and its output terminal is connected to the input of the AND circuit 23.

FIG. 14 shows an example of construction of the transient detecting circuit 80. An inverter 81 inputs the input signal Sin. The inverter 81, an inverter 82, a condenser 83, and an inverter 85 are connected in series. A resistance 84 is connected between the interconnection node between the condenser 83 and the inverter 85, and the ground potential.

An inverter 92 inputs the input signal Sin. The inverter 92, a condenser 93, and an inverter 95 are connected in series. A resistance 94 is connected between the interconnection node between the condenser 93 and the inverter 95, and the ground potential.

In an AND circuit 97, its one input is connected to the output of the inverter 85, and its other input is connected to the output of the inverter 95.

The operation of the transient detecting circuit 80 will be described with reference to the timing chart of FIG. 15. A case wherein the input signal Sin rises at a time t1 and falls at a time t2 will be described by way of example. The output signal S22 of the inverter 82 is the same as the input signal Sin. The input signal S23 of the inverter 85, which corresponds to a differentiated signal of the signal S22, rises at the time t1 and then attenuates gradually. The output signal S24 of the inverter 85 is the inverted signal of the input signal S23 on a binary logic level.

The output signal S32 of the inverter 92 is a logically inverted signal of the input signal Sin. The input signal S33 of the inverter 95, which corresponds to a differentiated signal of the signal S32, rises at the time t2 and then attenuates gradually. The output signal S34 of the inverter 95 is the inverted signal of the signal S33 on a binary logic level. The output signal S41 of the AND circuit 97 is the AND signal of the signals S24 and S34. The signal S41 is at a low level while the input signal Sin is changing, and at a high level when it is not changing.

In FIG. 13, the buffer transistor size is changeable only when the input signal Sin is not changing since the latch circuits 72n and 72p operate as shown in FIG. 12. When the input signal Sin is changing, since the buffer transistor size does not change, the stable output signal Sout can be output.

As described above, in the first to seventh embodiments, the switching speed of the buffer transistors can be controlled into a proper value even when there is a change in process conditions. In the first and second embodiments, since the switching speed is detected and controlled in real time, the switching speed of the buffer transistors can be controlled into a proper value even when there is a change in process conditions, the power supply voltage and/or temperature. Controlling the switching speed into a proper value can prevent a malfunction and noise.

In the third and fourth embodiments, since data of the switching speed is stored in the memory to control the switching speed of the buffer transistors, the size and cost of the semiconductor device can be reduced. In the fifth embodiment, the switching speed of the buffer transistors can be controlled also in the input/output buffer.

In the sixth embodiment, since the buffer transistor size is not changed in the output state, and can be changed only in the input state, a stable output signal can be obtained. In the seventh embodiment, since the buffer transistor size is not changed while the input signal is changing, and it can be

12

changed only when the input signal is not changing, a stable output signal can be obtained.

In the above embodiments, the buffer transistor size is changed by changing the number of buffer transistors connected in parallel. However, as shown in FIG. 16, buffers 110 and 120 different in transistor size may be provided. In this case, by selecting one of the buffers 110 and 120, the transistor size is changed to control the switching speed. Bipolar transistors may also be used instead of MOS transistors.

Any of the above-described embodiments is only for the purpose of example and they are never used to limit the technical scope of the present invention. Therefore, the present invention can be embodied in various forms without departing from its technical spirit or its principal feature.

As described above, according to the embodiments, the switching speed of a buffer transistor or a detection transistor, which speed may change in accordance with process conditions and/or temperature, is detected in advance or in real time, and the buffer transistor size is changed in accordance with the detected switching speed. Even when there is a change in process conditions and/or temperature, by changing the buffer transistor size accordingly, the switching speed of the buffer transistor can be controlled into a proper value. Controlling the switching speed into a proper value can prevent a malfunction and noise.

What is claimed is:

1. A semiconductor device, comprising:

at least one of an output buffer and an input/output buffer, including a buffer transistor; and

a control circuit for changing a size of said buffer transistor on the basis of the switching speed of at least one of said buffer transistor and a detection transistor,

wherein said control circuit includes said detection transistor, detects the switching speed of said detection transistor, and changes said size of said buffer transistor on the basis of said switching speed detected, and

wherein said control circuit can change said size of said buffer transistor only when said input/output buffer is in an input state.

2. The device according to claim 1, wherein said control circuit includes a latch circuit, and said latch circuit can change said size of said buffer transistor only when said input/output buffer is in said input state.

3. The device according to claim 1, wherein said control circuit includes a comparator for comparing a voltage generated in said detection transistor with a reference voltage, and changes said size of said buffer transistor in accordance with the comparison result by said comparator.

4. The device according to claim 1, wherein said control circuit makes a memory store data of the switching speed of at least one of said buffer transistor and said detection transistor measured in advance, and changes said size of said buffer transistor in accordance with said data of said switching speed stored in said memory.

5. The device according to claim 1, wherein said memory is a nonvolatile memory.

6. The device according to claim 1, wherein said memory is a fuse system.

7. The device according to claim 1, wherein said control circuit changes said size of said buffer transistor by controlling the number of buffer transistors connected in parallel.

8. The device according to claim 1, wherein said buffer transistor is a CMOS transistor.

9. The device according to claim 1, wherein said control circuit changes said size of said buffer transistor in accor-

US 6,580,285 B2

13

dance with the switching speed of a P-channel MOS transistor and the switching speed of an N-channel MOS transistor

10. The device according to claim 1, wherein said buffer transistor is a bipolar transistor

11. A semiconductor device comprising:

at least one of an output buffer and an input/output buffer, including a buffer transistor; and

a control circuit for changing a size of said buffer transistor on the basis of the switching speed of at least one of said buffer transistor and a detection transistor,

wherein said control circuit includes said detection transistor, detects the switching speed of said detection transistor, and changes said size of said buffer transistor on the basis of said switching speed detected, and

wherein said control circuit can change said size of said buffer transistor only when an output of at least one of said output buffer and said input/output buffer is not changing.

12. The device according to claim 11, wherein said control circuit includes a latch circuit, and said latch circuit can change said size of said buffer transistor only when said output is not changing

13. The device according to claim 11, wherein said control circuit includes a comparator for comparing a voltage generated in said detection transistor with a reference voltage, and changes said size of said buffer transistor in accordance with the comparison result by said comparator

14. The device according to claim 11, wherein said control circuit makes a memory store data of the switching speed of at least one of said buffer transistor and said detection transistor measured in advance, and changes said size of said buffer transistor in accordance with said data of said switching speed stored in said memory

15. The device according to claim 11, wherein said memory is a nonvolatile memory

14

16. The device according to claim 11, wherein said memory is a fuse system.

17. The device according to claim 11, wherein said control circuit changes said size of said buffer transistor by controlling the number of buffer transistors connected in parallel.

18. The device according to claim 11, wherein said buffer transistor is a CMOS transistor.

19. The device according to claim 11, wherein said control circuit changes said size of said buffer transistor in accordance with the switching speed of a P-channel MOS transistor and the switching speed of an N-channel MOS transistor.

20. The device according to claim 11, wherein said buffer transistor is a bipolar transistor.

21. A control method for at least one of an output buffer and an input/output buffer, including a buffer transistor, said method comprising the step of:

(a) changing a size of said buffer transistor on the basis of a switching speed of at least one of said buffer transistor or a detection transistor;

(b) detecting the switching speed of the detection transistor; and

(c) changing the size of the buffer transistor only when the input/output buffer is in an input state

22. A control method for at least one of an output buffer and an input/output buffer, including a buffer transistor, said method comprising the step of:

(a) changing a size of said buffer transistor on the basis of a switching speed of at least one of said buffer transistor or a detection transistor;

(b) detecting the switching speed of the detection transistor; and

(c) changing said size of said buffer transistor only when an output of at least one of said output buffer and said input/output buffer is not changing

* * * * *

# EXHIBIT I

RLF1-2409499-1

US006100678A

# United States Patent [19]

## Hobrecht

[11] Patent Number: 6,100,678

[45] Date of Patent: Aug. 8, 2000

[54] **SINGLE PACKAGE PIN PROVIDING SOFT-START AND SHORT-CIRCUIT TIMER FUNCTIONS IN A VOLTAGE REGULATOR CONTROLLER**

[75] Inventor: **Stephen W. Hobrecht**, Los Altos, Calif.

[73] Assignee: **Linear Technology Corporation,** Milpitas, Calif.

[21] Appl. No.: **09/383,458**

[22] Filed: **Aug. 26, 1999**

**Related U.S. Application Data**

[60] Provisional application No. 60/099,907, Sep. 11, 1998

[51] Int. Cl.[7] .................................................. G05F 1/575
[52] U.S. Cl. ............................... 323/288; 323/280
[58] Field of Search .......................... 323/273, 274, 323/277, 280, 282, 284, 288

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,806,842 | 2/1989 | Bittner | 323/288 |
| 5,264,780 | 11/1993 | Bruer et al. | 323/284 |
| 5,335,162 | 8/1994 | Martin-Lopez et al. | 323/288 |

OTHER PUBLICATIONS

Linear Technology Corporation, 1630 McCarthy Blvd., Milpitas CA 95035, "LTC1155, Dual High Side Micropower MOSFET Driver", <http://www.linear-tech.com> Mar 1999.

Linear Technology Corporation, 1630 McCarthy Blvd., Milpitas CA 95035, "LTC1435, High Efficiency Low noise Synchronous Step–Down Switching Regulator", <http://www.linear-tech.com> Aug 1996.

Linear Technology Corporation, 1630 McCarthy Blvd., Milpitas CA 95035, "LTC1438/LTC1439, Dual High Efficiency, Low Noise, Synchronous Step–Down Switching Regulators", <http://www.linear-tech.com> Jan 1997.

Maxim Integrated Products, 120 San Gabriel Drive, Sunnyvale, CA 94086, "Max1630–1635, Multi–Output, Low–Noise Power–Supply Controllers for Notebook Computers", <http://www.maxim-ic.com> Apr 1997.

Semtech Corporation, 652 Mitchell Road, Newbury Park, CA 91320, "SC1144, Programmable, High Performance Multi–Phase, PWM Controller", <http://www.semtech.com> Aug 1999.

*Primary Examiner*—Jeffrey Sterrett
*Attorney, Agent, or Firm*—Fish & Neave; Matthew T. Byrne

[57] **ABSTRACT**

Circuits and methods for implementing both a soft-start function and a short-circuit timer function in voltage regulator controller circuits using only a single package pin are provided. The soft-start and short-circuit timer functions are performed by measuring the voltage across an external capacitor as the capacitor is charged and discharged by a function control circuit. The soft-start function is performed by charging the capacitor from a completely discharged state using a current source in the function control circuit and by using the capacitor voltage as a current limit signal to gradually increase the current drawn from a voltage source to the normal operating level. The short-circuit timer function is performed by using the charge and discharge times of the capacitor to delay the shutdown of the voltage regulator in response to a short-circuit detection.

**32 Claims, 2 Drawing Sheets**





FIG. 1



FIG. 2

6,100,678

1

## SINGLE PACKAGE PIN PROVIDING SOFT-START AND SHORT-CIRCUIT TIMER FUNCTIONS IN A VOLTAGE REGULATOR CONTROLLER

### CROSS REFERENCE TO RELATED APPLICATION

This application claims the benefit of U S provisional patent application No 60/099,907, filed Sep 11, 1998

### BACKGROUND OF THE INVENTION

The present invention relates to voltage regulator controller circuits More particularly, the present invention relates to circuits and methods for providing both a soft-start function and a short-circuit timer function using a single package pin in a voltage regulator controller circuit

The purpose of a voltage regulator is to provide a predetermined and substantially constant output voltage to a load from a voltage source which may be poorly-specified or fluctuating In a typical linear voltage regulator, the voltage at the regulator output is regulated by controlling the flow of current passing through a pass element (such as a power transistor) from the voltage source to the load In typical switching voltage regulators, the voltage at each regulator output is regulated by controlling the width of current pulses passing through an inductive energy storage element (such as an inductor) from the voltage source to the load In both of these types of voltage regulators, a voltage regulator controller circuit must be employed to control the flow of current in the linear regulators and the width of the current pulses in the switching regulators

One feature typically found in switching-based voltage regulator controller circuits is a soft-start function A soft-start function typically reduces current surges at a voltage source by gradually increasing the current limit of the voltage regulator controller circuit so that the current drawn from the voltage source gradually increases from a low level to a normal operating level In some implementations of a soft-start function, a package pin is used to enable a voltage regulator designer to control whether the soft-start function is to be active and, if so, to control the rate at which the soft-start function increases the current limit of the voltage regulator controller circuit One problem with using a package pin for such a soft-start function is that once the soft-start function has performed its task, the pin is no longer in active use in the circuit

Another feature found in some voltage regulator controller circuits is a short-circuit latch off function This function protects a voltage regulator from short circuits at the output of the voltage regulator by causing the regulator to be shutdown when a short circuit at the output of the voltage regulator is detected One problem with the known short-circuit latch off function in voltage regulator controller circuits is it's susceptibility to noise and brief periods of large current surges When either of these conditions occur, these known voltage regulator controller circuits may cause the voltage regulators to be shutdown even though the conditions were only temporary and not sufficient to damage the regulator Another problem with known short-circuit latch off functions in voltage regulator controller circuits is that they are not externally controllable In certain instances it is desirable to disable a short circuit latch off function, for example, when testing a circuit

In view of the foregoing, it would be desirable to provide voltage regulator controller circuits that provide a soft-start function that utilizes an external pin to control the soft-start

2

feature and that also allows the external pin to be used for other purposes once the soft-start period has passed

It would also be desirable to provide voltage regulator controller circuits that provide a short circuit protection mechanism that is not subject to noise and brief periods of large current surges

It would be further desirable to provide voltage regulator controller circuits that provide a short circuit protection mechanism that enables the mechanism to be disabled.

It would be even further desirable to provide voltage regulator controller circuits that provide a soft-start function and a short circuit protection mechanism that share a single package pin.

### SUMMARY OF THE INVENTION

It is therefore an object of the invention to provide voltage regulator controller circuits that provide a soft-start function that utilizes an external pin to control the soft-start feature and that also allows the external pin to be used for other purposes once the soft-start period has passed

It is another object of the invention to provide voltage regulator controller circuits that provide a short circuit protection mechanism that is not subject to noise and brief periods of large current surges

It is yet another object of the invention to provide voltage regulator controller circuits that provide a short circuit protection mechanism that enables the mechanism to be disabled

It is still another object of the invention to provide voltage regulator controller circuits that provide a soft-start function and a short circuit protection mechanism that share a single package pin

In accordance with these and other objects of the invention, there are provided circuits and methods for implementing a short-circuit timer function that integrates a short-circuit detection signal over a certain period of time and that allows the function to be disabled The circuits and methods of the present invention also implement both a soft-start function and the short-circuit timer function in voltage regulator controller circuits using only a single package pin This is accomplished by using the single package pin to connect a function control circuit within each voltage regulator controller circuit to an external capacitor. The function control circuit performs the soft-start and short-circuit timer functions by measuring the voltage across the external capacitor as the capacitor is charged and discharged by the function control circuit

The function control circuit performs the soft-start function by charging the capacitor from a completely discharged state to a point where the voltage across the capacitor is just below an "armed" level Initially, from the completely discharged state, the capacitor is charged by a current source in the function control circuit Because the capacitor voltage is below an "ON/OFF" voltage level at this point, the rest of the voltage regulator is held OFF by an "ON/OFF" signal from the function control circuit However, once the capacitor voltage becomes greater than the "ON/OFF" voltage level, the rest of the voltage regulator is turned ON by the "ON/OFF" signal Then, as the capacitor voltage continues to increase beyond the "ON/OFF" voltage level, the capacitor voltage is used by the voltage regulator controller circuit as a current limit signal to gradually increase the current drawn from the voltage source to the normal operating level

Once the capacitor voltage reaches and continues to increase past the "armed" voltage level, the function control

6,100,678

3

circuit performs the short-circuit timer function In doing so, when a short circuit detection circuit connected to the function control circuit detects a short at the output of the voltage regulator, a short circuit detection signal is provided by the short circuit detection circuit to the function control circuit. After the short circuit detection signal is received, a second current source in the function control circuit starts discharging the external capacitor. Once the capacitor discharges past a "threshold" voltage level, the function control circuit outputs a short circuit shutdown signal that causes the rest of the voltage regulator to shutdown The discharging of the capacitor and shutting down of the voltage regulator can be overridden by providing an additional current source that provides a charge current to the capacitor equal to the amount of current being drained out of the capacitor by the second current source

In some preferred embodiments of the present invention, a zener diode is provided in parallel with the external capacitor to prevent the voltage across the capacitor from going beyond a maximum voltage level during charging Also in some preferred embodiments of the present invention, a voltage source is provided between the capacitor and the second current source that prevents the capacitor voltage from dropping below a minimum voltage level when discharging

## BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects and advantages of the present invention will be apparent upon consideration of the following detailed description, taken in conjunction with the accompanying drawings, in which like reference characters refer to like parts throughout, and in which:

FIG 1 is a schematic block diagram of a portion of a voltage regulator controller circuit incorporating one embodiment of a function control circuit and an external capacitor in accordance with the principles of the present invention; and

FIG 2 is a general illustration of the voltage at different times across the capacitor of the portion of the voltage regulator controller circuit shown in FIG 1, in accordance with the principles of the present invention

## DETAILED DESCRIPTION OF THE INVENTION

FIG 1 illustrates a portion 100 of a voltage regulator controller circuit that provides soft-start and short-circuit timer functions in accordance with the present invention. As shown, portion 100 includes a function control circuit 102, a package pin 106, and an external capacitor 104 Function control circuit 102 includes a zener diode 108, a first current source 110, a voltage source 112, a switch 114, a second current source 116, three comparators 118, 120, and 122, a latch 124, and two "AND" logic devices 126 and 128 Current sources 110 and 116 and voltage source 112 may be any suitable current sources and voltage source Switch 114 may be any suitable controllable switch such as a field effect transistor, bipolar junction transistor, relay, etc

In operation, current source 110 provides a first current I1 to capacitor 104 through package pin 106. This current I1 causes the voltage Vc across capacitor 104 to increase When voltage Vc is less than a logic LOW level, this voltage Vc at reset input ("R") of latch 124 causes latch 124 to be reset so that the output ("Q") of latch 124 is LOW Once voltage Vc rises to the point where it exceeds the level provided by voltage reference V1 134, comparator 118 outputs a HIGH ON/OFF signal 140 that causes the remain-

4

der of the voltage regulator controller circuit to turn ON Once the remainder of the voltage regulator controller circuit has turned ON, voltage Vc across capacitor 104 is used as a current limit signal 144 for the soft-start function of the voltage regulator

When capacitor 104 charges to the point where its voltage exceeds the level provided by voltage reference V4 138, comparator 122 drives the set input ("S") of latch 124 HIGH, and, thereby, causes output Q of latch 124 to go HIGH When HIGH, the output of latch 124 provides an "armed" signal to one of the inputs of each of "AND" logic devices 126 and 128 In this way, comparator 122 and latch 124 act as an arming circuit By driving the armed signal inputs of logic devices 126 and 128 HIGH, the outputs of logic devices 126 and 128 become responsive to the other input of each of logic devices 126 and 128, and, thus, gate the signal provided at the other input of each of logic devices 126 and 128 In this way, logic devices 126 and 128 act as gating circuits For example, short circuit detection signal 130, from a short circuit detection circuit (not shown) that is connected to the output of the voltage regulator, is gated by the output of logic device 128 when the armed signal output by latch 124 is HIGH Accordingly, when short circuit detection signal 130 goes HIGH and the armed signal is HIGH, the output of logic device 128 goes HIGH (thereby providing a discharge signal) and drives switch 114 so that switch 114 becomes CLOSED

Once CLOSED, switch 114 enables a second current I2 (that is greater than first current I1) to flow into current source 116. This second current I2 flows into current source 116 from first current source 110, capacitor 104, and shutdown override current 146 In normal operation, shutdown override current 146 is zero, and, thus, all of current I2 is provided by current source 110 and capacitor 104 Accordingly, the current drawn out of capacitor 104 by current source 116 when switch 114 is CLOSED is normally equal to current I2 minus current I1 As this current flows out of capacitor 104, voltage Vc across capacitor 104 also drops. When voltage Vc drops below a threshold voltage provided by voltage reference V3 136, the output of comparator 120 goes HIGH, thereby causing the output of logic device 126 to also go HIGH (as the armed signal input to logic device 126 is also HIGH). This HIGH output of logic device 126 is then provided to the rest of the voltage regulator controller circuit as short circuit shutdown signal 142 to shutdown the regulator due to a shorted output

To limit the voltage that capacitor 104 charges to when no short circuit is detected, zener diode 108 is provided in parallel with capacitor 104 Once voltage Vc reaches the breakdown voltage of diode 108, current I1 from current source 110 is diverted away from capacitor 104 by diode 108, and, thus, voltage Vc is capped at that breakdown voltage By limiting the voltage across capacitor 104, a maximum short-circuit discharge time for capacitor 104 is set

Voltage source 112 is provided between capacitor 104 and current source 116 to prevent capacitor 104 from discharging below a minimum voltage By preventing voltage Vc from dropping below this minimum voltage, ON/OFF signal 140 is prevented from going LOW and resetting latch 124 by the voltage at reset input R dropping below a LOW logic level In this way, once circuit 102 becomes armed, the circuit will not disarm itself

Although a particular arrangement of particular devices is shown in FIG 1, the present invention may be implemented by other embodiments than that illustrated in FIG 1 For

6,100,678

5

example, comparator 118 and voltage reference V1 134 may be omitted and ON/OFF signal 140 may always be HIGH, may be omitted, or may be provided by another circuit. As another example, the latching and logic functions provided by latch 124 and logic devices 126 and 128 may be replaced by any other suitable devices that provide arming and gating functions as described above As yet another example, diode 108 could be omitted and the maximum voltage reached by capacitor 104 could be determined by one or more characteristics of current source 110 As still another example, voltage source 112 could be omitted and the minimum voltage reached by capacitor 104 could be determined by one or more characteristics of current sources 110 and 116

Through function control circuit 102, the soft-start and short-circuit timer functions can be activated and controlled by a voltage regulator designer through single package pin 106. For example, to activate both functions, the designer simply has to connect external capacitor 104 to package pin 106. The size of the capacitor 104 selected by the designer in light of the characteristics of circuit 102 will then determine the current-limit-increase rate of the soft-start function and the minimum short-circuit-before-shutdown time of the short-circuit timer function. As another example, to disable the soft-start function, the designer can simply place a voltage source equal to voltage V4 accross the positive side of capacitor 104 and ground. As yet another example, to disable the short-circuit timer function, the designer simply has to connect a current source to pin 106 that provides current to capacitor 104 equal to current I2 minus current I1 when current source 116 tries to discharge capacitor 104

As shown in FIG. 2, voltage Vc across capacitor 104 is illustrated over time for two possible scenarios Between times T1 and T3, these two possible scenarios overlap, and accordingly, only a single graph line is shown in FIG. 2 by graph line segments 201 and 202. Starting at time T1, capacitor 104 is charged from a completely discharged state (shown as "0V" or 0 volts) Voltage Vc then increases with time so that voltage V1 is reached by time T2 as illustrated by graph line segment 201 Voltage V1 may be, for example, 0 6 volts, although any other suitable voltage may also be used At this point, the remainder of the voltage regulator controller circuit is turned ON by ON/OFF signal 140 and voltage Vc is used to provide soft-start function current limit signal 144 Next, voltage Vc continues to increase to the arming voltage level at voltage V4 and time T3 as shown by graph line segment 202 Voltage V4 may be, for example, 3 5 volts, although any other suitable voltage may also be used At this point, the armed signal provided by the output of latch 124 goes HIGH and the short-circuit timer function is activated

Then, in a first scenario, short circuit detection signal 130 causes capacitor 104 to immediately discharge (and, thus, voltage Vc drops) as illustrated by graph line segment 204. The immediate discharging of capacitor 104 may be caused by the output of the voltage regulator being shorted to ground since any point in time up to and including time T3 As voltage Vc drops past voltage V3, short circuit shutdown signal 142 goes HIGH causing the remainder of the voltage regulator controller circuit to shutdown Voltage V3 may be, for example, 2 6 volts, although any other suitable voltage may also be used Once voltage Vc reaches voltage V2, voltage Vc is held at voltage V2 by voltage source 112 as illustrated by graph line segment 206 Voltage V2 may be, for example, 2 5 volts, although any other suitable voltage may also be used

In a second scenario, once the arming voltage at voltage V4 is reached by voltage Vc at time T3, capacitor 104

6

continues to charge to voltage V5 at time T4 as shown by graph line segment 214 Voltage V5 may be, for example, 6 0 volts, although any other suitable voltage may also be used At this point, voltage Vc across capacitor 104 is held at voltage V5 by zener diode 108 which has a breakdown voltage equal to voltage V5 Between times T4 and T5, zener diode 108 continues to maintain voltage Vc at voltage V5 as illustrated by graph line segment 208 Then at time T5, a short circuit detection signal 130 is received by function control circuit 102 and voltage Vc is caused to decrease as capacitor 104 discharges, as shown by graph line segment 210. As with the first scenario, once voltage Vc drops past voltage V3, short circuit shutdown signal 142 goes HIGH causing the remainder of the voltage regulator controller circuit to shutdown Also, once voltage Vc reaches voltage V2, voltage Vc is held at voltage V2 by voltage source 112 as illustrated by graph line segment 212

Although not shown, at any point in time after time T3 or T5 for the first or second scenarios, respectively, capacitor 104 could be recharged similarly to that shown in graph line segments 202 and 204 upon short circuit detection signal 130 going LOW Upon such a recharging of capacitor 104, a subsequent receipt of a HIGH short circuit detection signal 130 would cause capacitor 104 to be redischarged, and possibly the controller circuit to be shutdown, as described above

As shown in FIG. 2, the minimum and maximum discharge times of capacitor 104 to shutdown are shown by graph line segments 204 and 210, respectively As can be seen, the minimum discharge time is equal to time T4 minus time T3 and the maximum discharge time is equal to time T6 minus time T5 Although, only two scenarios are illustrated in FIG. 2, an infinite number of other scenarios are possible as capacitor 104 could be caused to discharge at any voltage between and including voltages V4 and V5 Moreover, the times between any pair of times T1, T2, T3, T4, T5, and T6 could have any duration as a function of the size of capacitor 104, the sizes of current sources 110 and 116, the breakdown voltage of diode 108, the voltage of voltage source 112, the voltages of voltage references 134, 136, and 138, the timing of any short circuit detection signal 130, and the size and timing of any shutdown override current 146

Persons skilled in the art will appreciate that the principles of the present invention can be practiced by other than the described embodiments, which are presented for purposes of illustration and not of limitation, and the present invention is limited only by the claims which follow

What is claimed is:

1. A voltage regulator control circuit that provides a short-circuit timer function through a single package pin coupled to an external capacitor, comprising:

charging and draining circuitry, coupled to the single package pin, that charges and drains voltage on the capacitor;

monitoring circuitry, coupled to the capacitor that:

a) causes the charging and draining circuitry to charge the capacitor when a SHORT CIRCUIT DETECTION signal indicates that a short circuit is not present;

b) causes the charging and draining circuitry to discharge the capacitor once the capacitor voltage has reached an arming voltage and while the SHORT CIRCUIT DETECTION signal indicates that a short circuit is present; and

c) provides a SHORT CIRCUIT SHUTDOWN signal when the capacitor voltage has fallen below a threshold voltage

6,100,678

7

2. The control circuit of claim 1, wherein the control circuit further provides a soft-start function and wherein the capacitor voltage is used to provide a CURRENT LIMIT signal for a portion of the time the capacitor is being charged

3. The control circuit of claim 1, wherein the capacitor can be charged with a SHUTDOWN OVERRIDE signal once the capacitor voltage has reached an arming voltage and while the SHORT CIRCUIT DETECTION signal indicates that a short circuit is present

4. The control circuit of claim 1, wherein the monitoring circuitry provides an ON signal to other voltage regulator circuitry when the capacitor voltage exceeds an ON/OFF voltage

5. A method for providing a short-circuit timer function in a voltage regulator control circuit through a single package pin coupled to an external capacitor, comprising:

charging the capacitor when a SHORT CIRCUIT DETECTION signal indicates that a short circuit is not present;

discharging the capacitor once voltage on the capacitor has reached an arming voltage and while the SHORT CIRCUIT DETECTION signal indicates that a short circuit is present; and

providing a SHORT CIRCUIT SHUTDOWN signal when the capacitor voltage has fallen from the arming voltage to below a threshold voltage.

6. The method of claim 5, further providing a soft-start function, comprising:

providing the capacitor voltage as a CURRENT LIMIT signal for a portion of the time the capacitor is being charged

7. The method of claim 5, further comprising:

charging the capacitor with a SHUTDOWN OVERRIDE signal once the capacitor voltage has reached an arming voltage and while the SHORT CIRCUIT DETECTION signal indicates that a short circuit is present.

8. The method of claim 5, further comprising providing an ON signal to other voltage regulator circuitry when the capacitor voltage exceeds an ON/OFF voltage

9. A voltage regulator controller circuit that provides a soft-start function and a short-circuit timer function through a single package pin connected to an external capacitor, comprising:

a first current source that provides current to the capacitor through the single package pin so that a capacitor voltage is created in the capacitor;

an arming circuit that produces an ARMED signal when the arming circuit detects that the capacitor voltage exceeds an arming voltage;

a first gating circuit that produces a DISCHARGE signal when both a SHORT CIRCUIT DETECTION signal and the ARMED signal are present;

a second current source that drains current from the capacitor;

a switch that causes the second current source to drain current from the capacitor when the DISCHARGE signal is present;

a first comparator that produces a first comparator output when the capacitor voltage is below a threshold voltage; and

a second gating circuit that produces a SHORT CIRCUIT SHUTDOWN signal when the first comparator output and the ARMED signal are present.

10. The circuit of claim 9, wherein the arming circuit comprises:

8

a second comparator that produces a SET signal when the capacitor voltage exceeds the arming voltage; and

a latch that outputs the ARMED signal when the SET signal is present.

11. The circuit of claim 10, wherein the latch is reset when the capacitor voltage is below a LOW logic level.

12. The circuit of claim 9, wherein the first gating circuit is an "AND" logic device that receives the SHORT CIR-CUIT DETECTION signal and the ARMED signal as inputs, and that outputs the DISCHARGE signal

13. The circuit of claim 9, wherein the switch is a field effect transistor.

14. The circuit of claim 9, wherein the switch is a bipolar junction transistor.

15. The circuit of claim 9, wherein the second gating circuit is an "AND" logic device that receives the first comparator output and the ARMED signal as inputs, and that outputs the SHORT CIRCUIT SHUTDOWN signal

16. The circuit of claim 9, further comprising a zener diode that limits the capacitor voltage to a maximum voltage.

17. The circuit of claim 9, further comprising a voltage source that limits the capacitor voltage to a minimum voltage

18. The circuit of claim 9, further comprising a third comparator that provides an ON/OFF signal when the capacitor voltage exceeds an ON/OFF voltage level

19. The circuit of claim 9, wherein the capacitor voltage is used to set a current limit as part of the soft-start function of the voltage regulator controller circuit.

20. The circuit of claim 9, wherein a shutdown override current is provided to the capacitor that prevents the capaci-tor from being discharged by the second current source

21. A method for providing a soft-start function and a short-circuit timer function in a voltage regulator controller circuit through a single package pin connected to an external capacitor, comprising:

providing current to the capacitor through the single package pin so that a capacitor voltage is created in the capacitor;

producing an ARMED signal when the capacitor voltage at the single package pin exceeds an arming voltage;

producing a DISCHARGE signal when both a SHORT CIRCUIT DETECTION signal and the ARMED signal are present;

draining current from the capacitor through the single package pin when the DISCHARGE signal is present;

producing a first comparator output when the capacitor voltage is below a threshold voltage; and

producing a SHORT CIRCUIT SHUTDOWN signal when both the first comparator output and the ARMED signal are present

22. The method of claim 21, wherein the producing of the ARMED signal comprises:

producing a SET signal when the capacitor voltage exceeds the arming voltage; and

latching the ARMED signal when the SET signal is present

23. The method of claim 22, wherein the ARMED signal that is latched is reset when the capacitor voltage is below a LOW logic level

24. The method of claim 21, wherein the producing of the DISCHARGE signal is performed using an "AND" logic device that receives the SHORT CIRCUIT DETECTION signal and the ARMED signal as inputs, and that outputs the DISCHARGE signal

6,100,678

9

**25**. The method of claim **21**, wherein the draining of the current is performed using a field effect transistor

**26**. The method of claim **21**, wherein the draining of the current is performed using a bipolar junction transistor.

**27**. The method of claim **21**, wherein the producing of the SHORT CIRCUIT SHUTDOWN signal is performed using an "AND" logic device that receives the first comparator output and the ARMED signal as inputs, and that outputs the SHORT CIRCUIT SHUTDOWN signal

**28**. The method of claim **21**, further comprising limiting the capacitor voltage to a maximum voltage

**29**. The method of claim **21**, further comprising limiting the capacitor voltage to a minimum voltage

10

**30**. The method of claim **21**, further comprising providing an ON/OFF signal when the capacitor voltage exceeds an ON/OFF voltage level

**31**. The method of claim **21**, further comprising setting a current limit using the capacitor voltage as part of the soft-start function of the voltage regulator controller circuit.

**32**. The method of claim **21**, further comprising providing a shutdown override current to the capacitor that prevents the capacitor from being discharged

* * * * *

# EXHIBIT J

US006144194A

# United States Patent [19]

## Varga

[11] **Patent Number:** **6,144,194**

[45] **Date of Patent:** *Nov. 7, 2000

[54] **POLYPHASE SYNCHRONOUS SWITCHING VOLTAGE REGULATORS**

[75] Inventor: **Craig Steven Varga**, Mountain View, Calif.

[73] Assignee: **Linear Technology Corp.**, Milpitas, Calif

[ * ] Notice: This patent issued on a continued prosecution application filed under 37 CFR 1 53(d), and is subject to the twenty year patent term provisions of 35 U S C 154(a)(2)

[21] Appl No: 09/114,384

[22] Filed: **Jul. 13, 1998**

[51] Int. Cl.[7] ........................... G05F 1/40
[52] U.S. Cl. ................ **323/285**; 323/269; 323/282
[58] Field of Search .............. 323/285, 282, 323/281, 280, 269; 363/40, 41, 43, 65, 71; 318/798

[56] **References Cited**

U S PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,137,489 | 1/1979 | Lipo | 318/798 |
| 4,920,309 | 4/1990 | Szepesi | 323/269 |

OTHER PUBLICATIONS

1992 Linear Databook Supplement at pp 7–13 to 7–22, published by Linear Technology Corporation, Milpitas, California, copyright 1992.

1995 Linear Databook vol IV at pp 4–360 to 4–373, published by Linear Technology Corporation, Milpitas, California, copyright 1995

1996 Linear Databook vol V at pp 4–212 to 4–230, published by Linear Technology Corporation, Milpitas, California, copyright 1996

1996 Linear Databook vol V at pp 4–231 to 4–258, published by Linear Technology Corporation, Milpitas, California, copyright 1996

Ashok Bindra, "Multiphase Controller Meets Pentium's Power Demands," Electronic Design, 46(18):28–34 (Aug 3, 1998)

Semtech Corp , SC1144 Datasheet, Preliminary –Aug 4, 1998

Semtech Corp , SC1144EVB User's Manual, Preliminary Sep 1, 1998

Semtech Corp , SC1144 Datasheet, Preliminary –Aug 24, 1999

*Primary Examiner*—Adolf Deneke Berhane
*Assistant Examiner*—Rajnikant B. Patel
*Attorney, Agent, or Firm*—Fish & Neave

[57] **ABSTRACT**

The invention provides polyphase synchronous switching regulator circuits that include N power stages connected in parallel, with each stage synchronized to a timing control signal that is 360°/N out of phase from one another Each power stage supplies current $I_{OUT}/N$ to the load Current-mode and voltage-mode control implementations are described that provide efficient, low voltage, high current synchronous switching regulator circuits that have low input ripple current, low EMI, high slew-rate capability and low output ripple

**33 Claims, 4 Drawing Sheets**





## FIG. 1A   (PRIOR ART)



## FIG. 1B   (PRIOR ART)



FIG. 2



FIG. 3



FIG. 4A



FIG. 4B

6,144,194

1

## POLYPHASE SYNCHRONOUS SWITCHING VOLTAGE REGULATORS

### BACKGROUND OF THE INVENTION

The present invention relates to synchronous switching voltage regulator circuits. More particularly, the present invention relates to polyphase synchronous switching regulator circuits that provide lower peak input current, lower root-mean-square (RMS) input ripple current, lower RMS output ripple current, higher slew-rate capability and less stringent input and output filter requirements compared to comparable single-phase synchronous switching regulator circuits.

Switching regulators provide a predetermined and substantially constant output voltage from a source voltage that may be poorly-specified or fluctuating, or that may be at an inappropriate amplitude for the load. Such regulators typically employ a switch that includes one or more switching elements coupled in series or in parallel with the load. The switching elements may be, for example, metal-oxide semiconductor field-effect transistor (MOSFET) switches. Control circuitry regulates the current supplied to the load by varying the ON-OFF times of the switching elements (i.e., the regulator's duty cycle, which is the percentage of time that a switch is ON during a cycle of operation). Inductive energy storage elements typically are used to convert the switched current pulses into a steady flow of load current.

Synchronous switching regulators include a main switching element and a synchronous switching element that typically are driven by non-overlapping clock pulses to supply current at a regulated voltage to a load. Synchronous switching regulators that use power MOSFET switches frequently are used in portable battery-powered electronic products and thermally-sensitive products. These regulators convert the typically fluctuating input voltage to a regulated output voltage. Such regulators provide high operating efficiency and thus long battery life with little heat generation.

The duty cycle of a synchronous switching regulator typically is controlled by monitoring the regulator's output voltage. In particular, the control circuitry generates a feedback signal $V_e$ that is proportional to the difference between the regulator's output voltage and a reference voltage $V_e$ may be used to provide either "voltage-mode" or "current-mode" regulation. In voltage-mode regulation, $V_e$ and a periodic sawtooth waveform $V_s$ are provided as inputs to a comparator, the output of which controls the duty cycle of the power MOSFET switches. For example, if $V_e$ is connected to the comparator's non-inverting input, $V_s$ is connected to the comparator's inverting input, and at the start of each clock cycle $V_s$ is below $V_e$, then the comparator's output is HIGH, the main switch is ON and the synchronous switch is OFF. When $V_s$ exceeds $V_e$, the comparator's output changes state to LOW, which turns OFF the main switch and turns ON the synchronous switch.

In current-mode regulation, a voltage $V_i$ is generated that is proportional to the current in the output inductor, and $V_i$ and $V_e$ are provided as inputs to a comparator, the output of which controls the duty cycle of the power MOSFET switches. For example, if $V_i$ is connected to the comparator's non-inverting input, $V_e$ is connected to the comparator's inverting input, and if at the start of each clock cycle $V_i$ is below $V_e$, then the comparator's output is LOW, the main switch is ON and the synchronous switch is OFF. When $V_i$ exceeds $V_e$, the comparator's output changes state to HIGH, which turns OFF the main switch and turns ON the

2

synchronous switch. In this regard, the main switch turns OFF when the output current reaches its desired value.

Prior art synchronous switching regulators typically include a single power stage controlled by a single-phase clock. Such single-phase synchronous switching regulators are inefficient, however, for applications that require low voltage (e.g., <2 volts) at high current (e.g., greater than 35 amps), such as power supplies for advanced microprocessors. In particular, because the input RMS ripple current in a switching buck regulator is approximately one-half the output current, high output current buck regulators require large input capacitors to provide sufficient input ripple filtering. Typically, this requires connecting many capacitors in parallel, which is costly and consumes valuable circuit board space.

In addition, for many switching regulator topologies, the input current has sharp discontinuities as a result of the switching action of the main switch. Because the regulator's peak input current is approximately equal to the circuit's output current, high current designs require substantial filtering to limit conducted electromagnetic interference (EMI). Further, for applications that require output currents greater than approximately 15 amps, the necessary output filter inductors are too large to be implemented using surface mount technology. Additionally, large output capacitors typically are required to minimize output ripple current.

Moreover, many state-of-the-art microprocessors have dynamic loading characteristics that frequently change from nearly zero load to full load within a very short time span, often tens to hundreds of nanoseconds. Power supplies for such microprocessors must have very high current slew rate capability to meet such dynamic load requirements and minimize the decoupling capacitance required at the load. High slew rate capability requires that the inductor value should be minimized. Because the output ripple current is inversely proportional to inductor value, however, prior art synchronous switching regulator circuits typically achieve high slew rate only at the expense of large output ripple current.

In view of the foregoing, it would be desirable to provide efficient, low voltage, high current, synchronous switching regulator circuits that have low input and output ripple currents.

It would further be desirable to provide low voltage, high current synchronous switching regulator circuits that limit conducted EMI.

It additionally would be desirable to provide low voltage, high current synchronous switching regulator circuits that may be implemented using surface-mount technology.

It also would be desirable to provide low voltage, high current synchronous switching regulator circuits that have high current slew rate capability and low output ripple current.

### SUMMARY OF THE INVENTION

Accordingly, it is an object of this invention to provide efficient, low voltage, high current synchronous switching regulator circuits that have low input and output ripple currents.

It still further is an object of this invention to provide low voltage, high current synchronous switching regulator circuits that limit conducted EMI.

It additionally is an object of this invention to provide low voltage, high current synchronous switching regulator circuits that may be implemented with surface-mount technology.

6,144,194

3

It also is an object of this invention to provide low voltage, high current synchronous switching regulator circuits that have high current slew rate capability and low output ripple current.

In accordance with these and other objects of the present invention, polyphase synchronous switching regulator circuits are described that provide regulated output voltage $V_{OUT}$ to load $R_L$ at output current $I_{OUT}$. Exemplary voltage regulators include N power stages connected in parallel, with each stage synchronized to a timing control signal that is $360°/N$ out of phase from adjacent stages. Each power stage supplies current $I_{OUT}/N$ to the load. Circuits may be implemented using current-mode and voltage-mode control.

BRIEF DESCRIPTION OF THE DRAWINGS

The above-mentioned objects and features of the present invention can be more clearly understood from the following detailed description considered in conjunction with the following drawings, in which the same reference numerals denote the same structural elements throughout, and in which:

FIG. 1A is a schematic diagram of a conventional single stage current-mode synchronous switching regulator;

FIG. 1B is a schematic diagram of a conventional single stage voltage-mode synchronous switching regulator;

FIG. 2 is a schematic diagram of an exemplary embodiment of a 3-stage current-mode synchronous switching regulator constructed in accordance with the principles of the present invention;

FIG. 3 is a schematic diagram of an exemplary embodiment of a 3-stage voltage-mode synchronous switching regulator constructed in accordance with the principles of the present invention;

FIG. 4A is a diagram of a 3-phase clock that provides timing control signals for the circuit of FIG. 2; and

FIG. 4B is a diagram of a 3-phase sawtooth voltage waveform that provides timing control signals for the PWM controllers shown in FIG. 3.

DETAILED DESCRIPTION OF THE INVENTION

To provide background for the present invention, the following detailed description first describes previously known single-phase synchronous switching regulator circuits. Then, the modification of such previously known regulators to construct polyphase regulators is described and alternative embodiments are disclosed.

A. Prior Art Single-phase Synchronous Switching Regulators

FIG. 1A shows a prior art single-phase current-mode synchronous switching regulator 10 in which current sense resistor 24 monitors current $I_L$ in inductor 16. Regulator 10 typically is used for DC-to-DC conversion of an unregulated supply voltage $V_{IN}$ (e.g., a battery) to a regulated output voltage $V_{OUT}$, for driving a load $R_L$, which, although simply shown as a resistor, may be, for example, a portable communication device or a computer. Examples of single-phase current-mode synchronous switching regulators include the LTC1148 and LTC1435, sold by Linear Technology Corporation, of Milpitas, Calif., and the MAX797, sold by Maxim Integrated Products, Inc., of Sunnyvale, Calif.

Regulator 10 typically operates as follows: at the beginning of a cycle, oscillator 36 generates a single-phase clock signal at a desired switching frequency, typically 100–300 kHz, that sets latch 34, causing driver 32 to turn ON main

4

switch 12 and turn OFF synchronous switch 14. This results in a voltage of approximately $V_{IN}-V_{OUT}$ across inductor 16, which increases current $I_L$ through inductor 16. Current sense amplifier 26 detects the voltage generated across sense resistor 24, and generates an output $V_{I_s}$ that is connected to the non-inverting input of comparator 30. The inverting input of comparator 30 is coupled to the output $V_{EC}$ of error amplifier 28. $V_{EC}$ is proportional to the difference between reference voltage $V_{REFC}$ and feedback voltage $V_{FBC}$, whose value is determined by $V_{OUT}$ and voltage divider resistors 20 and 22. Inductor 16 and capacitor 18 form a low-pass filter to remove undesirable harmonics of the switching frequency from output voltage $V_{OUT}$.

As inductor current $I_L$ increases, $V_{I_s}$ increases. When $I_s$ exceeds $V_{EC}$, comparator 30 trips and resets latch 34, which then causes driver 32 to turn OFF main switch 12 and turn ON synchronous switch 14. This changes the voltage across inductor 16 to approximately $-V_{OUT}$, causing inductor current $I_L$, which is conducted by synchronous switch 14, to decrease until the next clock pulse of oscillator 36 sets latch 34.

During normal operation, therefore, main switch 12 is turned OFF when inductor current $I_L$ reaches a predetermined level set by the output $V_{EC}$ of error amplifier 28. If the regulated output voltage $V_{OUT}$ increases above a predetermined steady-state value set by voltage divider resistors 20 and 22 and voltage reference $V_{REFC}$, error voltage $V_{EC}$ decreases. As a result, $V_{I_s}$ crosses $V_{EC}$ earlier in the switch cycle than during steady-state operation. The shortened duty cycle causes regulated output voltage $V_{OUT}$ to decrease until it reaches its previous steady-state value. If, however, the regulated output voltage $V_{OUT}$ decreases below the predetermined steady-state value, error voltage $V_{EC}$ increases, and the duty cycle of switch 12 is lengthened because $V_{I_s}$ crosses $V_{EC}$ later in the switch cycle than during steady-state operation. The lengthened duty cycle causes regulated output voltage $V_{OUT}$ to increase until it reaches its previous steady-state value.

Alternatively, prior art synchronous switching regulators may be implemented using voltage-mode control, in which the regulator monitors the output voltage to set duty cycle. Examples of voltage-mode switching regulators are the LTC1430, sold by Linear Technology Corporation, and the Si9150, sold by Siliconix Incorporated, of Santa Clara, Calif. FIG. 1B shows such a prior art single-phase voltage-mode synchronous switching regulator 50 that operates as follows: main switch 52 and synchronous switch 54 are coupled to pulse width modulator (PWM) controller 64, which varies the regulator's duty cycle in response to variations in the regulated output voltage $V_{OUT}$. In particular, error amplifier 66 produces output voltage $V_{EV}$ that changes in proportion to any difference in voltage between reference voltage $V_{REFV}$ and feedback voltage $V_{FBV}$. Voltage divider resistors 60 and 62 set the value of $V_{FBV}$ to be proportional to the regulated output voltage $V_{OUT}$.

In particular, at the start of each clock cycle, PWM Controller 64 turns ON main switch 52 and turns OFF synchronous switch 54. PWM Controller 64 turns main switch 52 OFF and synchronous switch 54 ON when the sawtooth signal produced by sawtooth generator 68 exceeds $V_{EV}$. As in the current-mode regulator of FIG. 1A, inductor 56 and capacitor 58 form a low-pass filter to remove undesirable harmonics of the switching frequency from output voltage $V_{OUT}$.

During normal operation, if $V_{OUT}$ decreases below its desired steady-state value set by voltage divider resistors 60

6,144,194

and 62 and voltage reference $V_{REFV}$, $V_{EV}$ increases and therefore the sawtooth signal provided by sawtooth generator 68 crosses $V_{EV}$ later in the clock cycle, causing PWM controller 64 to extend the ON-duration of main switch 52. As a result, the current flowing through main switch 52 and inductor 56 increases, and $V_{OUT}$ increases until it reaches its previous steady-state value. If, however, $V_{OUT}$ increases above its desired steady-state value, $V_{EV}$ decreases and therefore the sawtooth signal provided by sawtooth generator 68 crosses $V_{EV}$ earlier in the clock cycle, causing PWM controller 64 to shorten the ON-duration of main switch 52. As a result, the current flowing through main switch 52 and inductor 56 decreases, and $V_{OUT}$ decreases until it reaches its previous steady-state value

B Polyphase Synchronous Regulators

FIG 2 shows a schematic diagram of one exemplary embodiment of a polyphase synchronous current-mode switching regulator of the present invention. Regulator 70 includes three separate current-mode switching regulator stages, 70a, 70b and 70c, each of which are derived from the single-phase regulator 10 of FIG 1A Regulator stages 70a, 70b and 70c are identical, except that stages 70b and 70c share the output voltage feedback loop consisting of divider resistors 20a and 22a, voltage reference $V_{REF}$ and error amplifier 28a

Regulator stage 70a includes main switch 12a, synchronous switch 14a, inductor 16a, sense resistor 24a, output capacitor 18a, voltage divider resistors 20a and 22a, current sense amplifier 26a, error amplifier 28a, comparator 30a, driver 32a, latch 34a and oscillator 36a that function in the same manner as the corresponding circuit components described above in connection with FIG. 1A.

Regulator stage 70b similarly includes main switch 12b, synchronous switch 14b, inductor 16b, sense resistor 24b, output capacitor 18b, current sense amplifier 26b, comparator 30b, driver 32b, latch 34b and oscillator 36b The inverting input of comparator 30b is coupled to output $V_e$ of error amplifier 28a, completing the feedback loop for regulator stage 70b, which also functions as described above in connection with FIG 1A.

Likewise, regulator stage 70c includes main switch 12c, synchronous switch 14c, inductor 16c, sense resistor 24c, output capacitor 18c, current sense amplifier 26c, comparator 30c, driver 32c, latch 34c and oscillator 36c The inverting input of comparator 30c is also coupled to output $V_e$ of error amplifier 28a, providing output feedback for regulator stage 70c, which also functions as described above in connection with FIG. 1A.

Oscillators 36a, 36b and 36c generate a three-phase clock, $\phi_1$, $\phi_2$ and $\phi_3$, as shown in FIG. 4A. Clock signals $\phi_1$, $\phi_2$ and $\phi_3$ operate at a common switching frequency $f_s = 1/T_s$, but are 360°/3=120° out of phase from each other As a result, regulator stages 70a, 70b and 70c each operate 120° out of phase from one another As shown in FIG. 4A, clock signals $\phi_1$, $\phi_2$ and $\phi_3$ are squarewaves pulses. Persons skilled in the art will recognize that clock signals $\phi_1$, $\phi_2$ and $\phi_3$ may be overlapping or non-overlapping waveforms Oscillators 36a, 36b and 36c are known in the art, and will not be further described herein

Because the inverting inputs of comparators 30a, 30b and 30c each receive the same control signal from output $V_e$ of error amplifier 28a, regulator stages 70a, 70b and 70c supply currents $I_{L1}$, $I_{L2}$ $I_{L3}$ that are substantially equal Further, because currents $I_{L1}$, $I_{L2}$ and $I_{L3}$ are each only ⅓ the total output current $I_{OUT}$ supplied to load $R_L$, inductors 16a, 16b and 16c are smaller than that required for a single-stage design, and may be implemented using surface-mount tech-

nology Additionally, because currents $I_{L1}$, $I_{L2}$ and $I_{L3}$ are out of phase with respect to one another, their ripple currents tend to cancel, thereby reducing the composite output ripple current As a result, each stage may be designed for high slew rate capability by using a smaller inductor (and consequently higher per-stage output ripple current) than would normally be acceptable in a single-stage design

Moreover, the input current pulses of regulator stages 70a, 70b and 70c are time-interleaved, which effectively increases the apparent switching frequency of regulator 70 to three times the switching frequency $f_s$ of each individual stage Further, the apparent duty factor of regulator 70 is increased because the composite ON-time for switches 12a, 12b and 12c is longer than the ON-time of the main switch in a single-stage design. Because the peak current of each stage is reduced (e g , typically $I_{OUT}/3$) and the input current pulses are time-interleaved, the input current peak-to-average ratio is reduced As a result, the total RMS input ripple current is reduced compared to a single-stage design, and therefore the input filter capacitor requirements and conducted EMI are reduced

Persons skilled in the art will recognize that the circuitry of the present invention may be implemented using circuit elements other than those shown and discussed above For example, Hall-effect devices, current sense transformers, or other suitable current-sense device may be used instead of sense resistors 24a, 24b and 24c.

FIG 3 shows a schematic diagram of another exemplary embodiment of a polyphase synchronous switching regulator of the present invention In particular, regulator 80 includes three separate voltage-mode switching regulator stages, 80a, 80b and 80c, each of which are derived from the single-phase regulator 50 of FIG. 1B. Regulator stages 80a, 80b and 80c are identical, except that stages 80b and 80c also include error amplifiers 82 and 84 that operate in accordance with the principles of the present invention to force the input current of regulator stages 80b and 80c to equal to the input current of regulator stage 80a

Regulator stages 80a, 80b and 80c each include a core switching regulator that includes main switch 52a–c, synchronous switch 54a–c, inductor 56a–c, output capacitor 58a–c, voltage divider resistors 60a–c and 62a–c, voltage reference $V_{REFa–c}$, error amplifier 28a–c, PWM controller 64a–c and sawtooth generator 78a–c, respectively Each core switching regulator functions as described above in connection with the single-phase regulator of FIG. 1B Sawtooth generators 78a, 78b and 78c, constructed in accordance with previously known techniques, generate sawtooth waveforms Buss $\phi_{1S}$, $\phi_{2S}$ and $\phi_{3S}$ as shown in FIG 4B that operate at a common frequency $f_s = 1/T_S$, but are 360°/3= 120° out of phase from each other As a result, regulator stages 80a, 80b and 80c operate 120° out of phase from adjacent stages

Although ideally all three regulator stages 80a–80c are identical, in practice, small variations in component values (e g , voltage divider resistors 60a–c and 62a–c, and voltage reference $V_{REFa–c}$) cause slightly different (e g , on the order of several percent) output voltages from stage-to-stage Unless corrected, such small errors would cause large current imbalances from stage-to-stage

To prevent such large stage-to-stage current imbalances, regulator 80 includes additional circuitry that force the currents in each stage to be substantially equal In particular, regulator stages 80a, 80b and 80c also include current sense resistors 72a–c, that are coupled between the input node $V_{IN}$ and main switches 52a–c, respectively Capacitors 76a–c are coupled between ground and the node formed between

6,144,194

7

resistors 72$a$–$c$, and main switches 52$a$–$c$, respectively. Resistors 72$a$–$c$, and capacitors 76$a$–$c$ provide filtering to limit the input current ripple of each regulator stage. Regulator stages 80$a$, 80$b$ and 80$c$ also include current sense amplifiers 74$a$–$c$ whose inputs are coupled across sense resistors 72$a$–$c$, and whose outputs $V_{ca}$–$V_{cc}$, are proportional to the input currents $I_a$–$I_c$ of regulator stages 80$a$, 80$b$ and 80$c$, respectively.

Regulator stages 80$b$ and 80$c$ also include error amplifiers 82 and 84 that operate to force input currents $I_b$ and $I_c$ of regulator stages 80$b$ and 80$c$ to substantially equal input current $I_a$ of regulator stage 80$a$. That is, regulator stage 80$a$ functions as a master, and regulator stages 80$b$ and 80$c$ function as slaves whose input currents are forced to substantially equal the input current of the master. In particular, output $V_{ca}$ of current sense amplifier 74$a$ is coupled to the inverting input of error amplifiers 82 and 84. Output $V_{cb}$ of current sense amplifier 74$b$ is coupled to the non-inverting input of error amplifier 82, and output $V_{cc}$ of current sense amplifier 74$c$ is coupled to the non-inverting input of error amplifier 84. Resistor 86 is coupled between the output $V_{ceb}$ of error amplifier 82 and the inverting input of error amplifier 52$b$, and resistor 88 is coupled between the output $V_{cec}$ of error amplifier 84 and the inverting input of error amplifier 52$c$.

Error amplifier 82 provides output $V_{ceb}$ that is proportional to the difference between the input currents $I_a$ and $I_b$. Together with error amplifier 52$b$, error amplifier 82 tends to force $I_b$ to substantially equal $I_a$. In particular, if input current $I_b$ is less than input current $I_a$, $V_{cb}$ will be less than $V_{ca}$, which will cause output $V_{ceb}$ of error amplifier 82 to decrease from its steady-state value. As a result, output error voltage $V_{ceb}$ of error amplifier 52$b$ will increase, which will cause PWM controller 64$b$ to increase the duty cycle of main switch 52$b$, and thereby increase input current $I_b$.

If however, input current $I_b$ is greater than input current $I_a$, $V_{cb}$ will be greater than $V_{ca}$, which will cause output $V_{ceb}$ of error amplifier 82 to increase from its steady-state value. As a result, output error voltage $V_{ceb}$ of error amplifier 52$b$ will decrease, which will cause PWM controller 64$b$ to decrease the duty cycle of main switch 52$b$, and thereby decrease input current $I_b$. Error amplifier 84 operates in a similar manner to force input current $I_c$ to substantially equal input current $I_a$.

A person of ordinary skill in the art will understand that current sense resistors 72$a$–$c$, alternatively could be coupled between output node $V_{OUT}$ and inductors 56$a$–$c$ , respectively, to sense output current, and that error amplifiers 82 and 84 could be configured to force the output currents of regulator stages 80$b$ and 80$c$ to substantially equal the output current of regulator stage 80$a$.

A person of ordinary skill in the art also will appreciate that the present invention is not limited to the embodiments described above that use three regulator stages that operate with three-phase clocks or sawtooth waveforms. Instead, the present invention more generally involves connecting N regulator stages, with each stage synchronized to a clock (for current-mode implementations) or sawtooth waveform (for voltage-mode embodiments) that is 360°/N out of phase from the adjacent stage. Each stage supplies current $I_L$/N to the load, and the composite regulator operates at an apparent switching frequency of N$f_s$, M where $f_s$ is the switching frequency of each individual stage.

8

Persons skilled in the art further will recognize that the circuitry of the present invention may be implemented using circuit configurations other than those shown and discussed above. For example, the present invention also may be implemented using well-known boost and forward converter circuit topologies. All such modifications are within the scope of the present invention, which is limited only by the claims which follow.

What is claimed is:

1. A polyphase synchronous switching regulator that generates an output signal at an output node, the output signal supplying a current I at a regulated voltage to a load, the regulator comprising:

an input node to which an input signal is applied;
timing circuitry that generates N-phase timing pulses;
control circuitry coupled to the output node that controls a duty cycle of the regulator;
N synchronous switching regulator stages coupled to the input node, the output node, the timing circuitry and the control circuitry, each of the N regulator stages providing current I/N to the output node in response to the N-phase timing pulses such that the N regulator stages operate 360°/N out of phase from one another.

2. The polyphase synchronous switching regulator of claim 1, wherein the control circuitry provides current-mode control.

3. The polyphase synchronous switching regulator of claim 1, wherein the control circuitry provides voltage-mode control.

4. The polyphase synchronous switching regulator of claim 1, wherein the control circuitry comprises feedback circuitry coupled to the output node, the feedback circuitry providing N feedback signals that control the duty cycle of the regulator, each feedback signal coupled to a corresponding one of the N synchronous switching regulator stages and having a predetermined relationship to the output signal and a reference voltage.

5. The polyphase synchronous switching regulator of claim 4, wherein each of the N feedback signals is proportional to a difference between a voltage proportional to a reference voltage and a voltage proportional to the output signal.

6. The polyphase synchronous switching regulator of claim 4, wherein each of the N feedback signals is proportional to a difference between a voltage proportional to a corresponding one of N reference voltages, and a voltage proportional to the output signal.

7. The polyphase synchronous switching regulator of claim 1, wherein the control circuitry comprises current sense circuitry that monitors current in each of the N synchronous switching regulator stages and provides N current sense signals that control the duty cycle of the regulator.

8. The polyphase synchronous switching regulator of claim 1, wherein the control circuitry comprises:

current sense circuitry that monitors current in each of the N synchronous switching regulator stages and provides N current sense signals;

feedback circuitry coupled to the output node and the current sense signals, the feedback circuitry providing N feedback signals that control the duty cycle of the regulator, each feedback signal coupled to a corre-

6,144,194

9 | 10

sponding one of the N regulator stages and having a predetermined relationship to the output signal and a reference voltage

9. The polyphase synchronous switching regulator of claim 8, wherein each of the N feedback signals has a predetermined relationship to the output signal and a corresponding one of N reference voltages.

10. The polyphase synchronous switching regulator of claim 8, wherein the N feedback signals further force the monitored currents in the N regulator stages to be substantially equal.

11. The polyphase synchronous switching regulator of claim 1, wherein the timing pulses comprise squarewave pulses.

12. The polyphase synchronous switching regulator of claim 1, wherein the timing pulses comprise sawtooth pulses.

13. A polyphase synchronous switching regulator that generates an output signal at an output node, the output signal supplying a current I at a regulated voltage to a load, the regulator comprising:

an input node to which an input signal is applied;

timing circuitry that generates N-phase timing pulses;

feedback circuitry coupled to the output node, the feedback circuitry providing N feedback signals that control a duty cycle of the regulator;

N synchronous switching regulator stages coupled to the input node, the output node, the timing circuitry and the feedback circuitry, each of the N synchronous switching regulator stages providing current I/N to the output node in response to the N-phase timing pulses such that the N regulator stages operate 360°/N out of phase from one another.

14. The polyphase synchronous switching regulator of claim 13, wherein the feedback circuitry further comprises an error amplifier.

15. The polyphase synchronous switching regulator of claim 14, wherein the error amplifier has an inverting input coupled to the output node, a non-inverting input coupled to a reference voltage, and an output that controls the duty cycle of the regulator.

16. The polyphase synchronous switching regulator of claim 15, wherein the feedback circuitry further comprises a resistor-divider network.

17. The polyphase synchronous switching regulator of claim 16, wherein:

the resistor-divider network comprises a first resistor coupled between the inverting input and GROUND and a second resistor coupled between the output node and the inverting input; and

the voltage at the inverting input substantially equals the reference voltage when the output substantially equals the regulated voltage.

18. The polyphase synchronous switching regulator of claim 17, wherein each of the N regulator stages further comprises a comparator.

19. The polyphase synchronous switching regulator of claim 17, wherein the feedback circuitry further comprises:

current sense circuitry that monitors current in each of the N synchronous switching regulator stages and provides N current sense signals that are proportional to the monitored currents; and

N comparators that each have a non-inverting input coupled to a corresponding one of the N current sense signals, an inverting input coupled to the output of the error amplifier, and an output that controls a duty cycle of a corresponding one of the N synchronous switching regulator stages.

20. The polyphase synchronous switching regulator of claim 19, wherein the current sense circuitry comprises a current sense resistor.

21. The polyphase synchronous switching regulator of claim 20, wherein the current sense circuitry further comprises a current sense amplifier.

22. The polyphase synchronous switching regulator of claim 21, wherein:

the current sense amplifier has an inverting input, a non-inverting input, and an output;

the current sense resistor is coupled between the inputs of the current sense amplifier; and

the output of the current sense amplifier is coupled to the non-inverting input of the comparator.

23. The polyphase synchronous switching regulator of claim 13, wherein the feedback circuitry comprises N error amplifiers.

24. The polyphase synchronous switching regulator of claim 23, wherein each error amplifier has an inverting input coupled to the output node, a non-inverting input coupled to a corresponding one of N reference voltages, and an output coupled to a corresponding one of the N regulator stages to control the duty cycle of the regulator.

25. The polyphase synchronous switching regulator of claim 24, wherein the feedback circuitry further comprises N resistor-divider networks.

26. The polyphase synchronous switching regulator of claim 25, wherein:

each resistor-divider network is coupled to a corresponding one of the N error amplifiers and comprises a first resistor coupled between the inverting input of the error amplifier and GROUND and a second resistor coupled between the inverting input of the error amplifier and the output node, the voltage at the inverting input being substantially equal to the reference voltage that is coupled to the non-inverting input when the output substantially equals the regulated voltage.

27. The polyphase synchronous switching regulator of claim 13, wherein:

the feedback circuitry provides voltage-mode control; and

each synchronous switching regulator stage further comprises current sense circuitry that monitors current in the regulator stage and provides current sense signals that are proportional to the monitored current.

28. The polyphase synchronous switching regulator of claim 27, wherein the current sense signal of each synchronous switching regulator stage is coupled to the feedback circuitry, the N feedback signals further causing the monitored current in each stage to be substantially equal.

29. The polyphase synchronous switching regulator of claim 27, wherein the current sense circuitry comprises a current sense amplifier.

30. A method for generating an output signal at an output node, the output supplying a current I at a regulated voltage to a load, the method comprising:

6,144,194

## 11

providing an input signal at an input node;

providing timing control circuitry that generates N-phase timing pulses;

providing control circuitry coupled to the output node that controls a duty cycle of the regulator; and

providing N synchronous switching regulator stages coupled to the input node, the output node, the timing circuitry and the control circuitry, each of the regulator stages providing current I/N to the output node in response to the N-phase timing pulses such that the N regulator stages operate 360°/N out of phase from one another

**31** The method of claim **30**, further comprising controlling the duty cycle of the regulator using current-mode control

## 12

**32** The method of claim **30**, further comprising controlling the duty cycle of the regulator using voltage-mode control

**33** A method for generating an output signal an output node, the output signal supplying a current I at a regulated voltage to a load, the method comprising:

receiving an input signal at the input node;

generating N-phase timing pulses;

controlling a duty cycle of the regulator; and

providing current I/N to the output node in response to the N-phase timing pulses from N synchronous switching regulator stages that operate 360°/N out of phase from one another

\*   \*   \*   \*   \*

# EXHIBIT K

US006208279B1

(12) **United States Patent**     (10) **Patent No.:**     **US 6,208,279 B1**

Oprescu                          (45) **Date of Patent:**     **Mar. 27, 2001**

(54) **SINGLE-CYCLE OVERSAMPLING ANALOG-TO-DIGITAL CONVERTER**

(75) Inventor: **Florin A. Oprescu**, Sunnyvale, CA (US)

(73) Assignee: **Linear Technology Dorporation**, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl No.: **09/135,159**

(22) Filed: **Aug. 17, 1998**

(51) Int. Cl.[7] .................................................. H03M 3/00
(52) U.S. Cl. .................................. 341/143; 341/155
(58) Field of Search ........................... 341/143, 155, 341/144

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,968,987 | * | 11/1990 | Naka et al. ............................ 341/143 |
| 5,189,419 | * | 2/1993 | Lyden ................................... 341/143 |
| 5,349,352 | * | 9/1994 | Saleh ................................... 341/143 |
| 5,450,028 | * | 9/1995 | Therssen .............................. 327/91 |
| 5,923,273 | * | 7/1999 | Pastorello ............................ 341/77 |
| 5,952,947 | * | 9/1999 | Nussbaum et al. ................... 341/143 |

OTHER PUBLICATIONS

Max W. Huaser "Principles of Oversampling A/D Conversion", *J. Audio Eng. Soc.*, vol. 39, No. 1/2 1991 Jan./Feb., pp. 3–26

J.C. Candy and G.C. Temes, Oversampling Methods for A/D and D/A Conversion, Oversampling Delta–Sigma Converters, IEEE Press 1992, pp. 1–25

J.C. Candy and G.C. Temes, A Novel Architecture Design for VLSI Implementation of an FIR Decimation Filter, Oversampling Delta–Sigma Converters, IEEE Press 1992, pp. 467–470

J.C. Candy adn G.C. Temes, Using Triangularly Weighted Interpolation to Get 13–Bit PCM from a Delta–Sigma Modulator, Oversampling Delta–Sigma Converters, IEEE Press 1992, pp. 377–384.

Norsworthy et al., Chapter 13: Decimation and Interpolation for ΔΣ Conversion, Delta–Sigma Data Converters, IEEE Press 1997, pp 406–444

* cited by examiner

*Primary Examiner*—Peguy Jean Pierre
(74) *Attorney, Agent, or Firm*—Fish & Neave; Robert W Morris; Michael E Shanahan

(57) **ABSTRACT**

An oversampling delta-sigma analog-to-digital converter suitable for single-cycle operation is provide. In a preferred embodiment of the present invention, only one multiply-accumulate processor is present in the digital filtering stage for decimating the output sequence R(I). A system controller produces precisely timed modulator enable (EnM) and digital filter enable (EnF) signals for coordinating activation of certain circuit elements and for managing power consumption of the system

**44 Claims, 9 Drawing Sheets**





FIG. 1a

PRIOR ART



Quantized Output Signal Y(k)

Analog
Input
Signal V(t)

FIG. 1b



FIG. 1C



FIG. 2

PRIOR ART



**FIG. 3**
**PRIOR ART**



**FIG. 4**
**Prior Art**



FIG. 5



**FIG. 6**



FIG. 7

US 6,208,279 B1

1

# SINGLE-CYCLE OVERSAMPLING ANALOG-TO-DIGITAL CONVERTER

## BACKGROUND OF THE INVENTION

This invention is concerned with analog-to-digital converters More particularly, it is concerned with oversampling delta-sigma analog-to-digital converters which are suitable for performing single-cycle conversions

Although real world signals are analog, it is often desirable to convert them into the digital domain using analog-to-digital (A/D) converters Circuit designers are motivated to perform this conversion because of the efficient methods currently available for the transmission, storage and manipulation of digital signals A digital representation of an audio signal, for example, allows a CD player to achieve virtually error free storage using optical discs The need for complicated signal processing may also necessitate A/D conversion because such signal processing is only feasible in the digital domain using either digital computers or special purpose digital signal processors Signal processing in the digital domain is also particularly useful in such areas as biomedical applications to provide the required accuracy for such tasks as magnetic resonance imaging (MRI)

Oversampling methods have recently become popular in A/D converters because they avoid many of the difficulties encountered with traditional methods for analog-to-digital conversion This is because such converters have certain attributes that are difficult to implement on integrated circuit devices. Foremost among these is the use of analog filters and the need for high-precision analog circuitry that is vulnerable to noise and interference The virtue of traditional conversion techniques is the ability to use a relatively low sampling frequency, usually the Nyquist rate of the input signal (i e , twice the signal bandwidth)

Traditional A/D converter systems require low-pass antialiasing filters at their input to attenuate the magnitude of high-frequency noise and out-of-band components of the signal that alias in-band when sampled at the Nyquist rate. The frequency characteristics of such filters are determined by the precision of the analog components with which they are made

On the other hand, oversampling A/D converters can use simple and relatively high-tolerance analog components, but require fast and fairly complex digital signal processing stages They modulate the analog input into a simple digital code, usually single-bit words, at a frequency much higher than the Nyquist rate. These modulators operate by trading off resolution in amplitude for resolution in time such that imprecise analog circuits may be used The use of high-frequency modulation can eliminate the need for abrupt cutoffs in the analog anti-aliasing filters at the input to the A/D converter A digital low-pass filter can smooth the output of the digital modulator, attenuating noise, interference, and high-frequency components of the signal before they can alias into the signal band when the signal is re-sampled at the Nyquist rate Another digital filter may be used to decimate the single-bit code to a high-word-rate digital pulse code modulated signal at the output

Oversampling A/D converters make extensive use of digital processing, taking advantage of the fact that integrated circuit technology is better suited for providing fast digital circuits than for providing precise analog circuits. Because their sampling rate usually needs to be substantially higher than the Nyquist rate, conventional oversampling A/D converters are generally used in medium-speed digital applications such as digital audio, digital telephony and data

2

communications Such applications require the continuous production of A/D conversion results from a single input source As a result, a well-defined settling time is of little importance to conventional A/D converters. Furthermore, power consumption in conventional oversampling A/D converters tends to be relatively high because the converter circuitry must remain constantly activated to produce continuous conversion results

Nevertheless, due to their exceptional resolution and accuracy, oversampling A/D converters are also desirable for such tasks as data acquisition, industrial control and test and measurement instrumentation In many such applications, only a single conversion result from a given input source is desired. For example, an analog input signal may be selected from a number of uncorrelated distinct sources by an input multiplexer or may be sampled at uncorrelated time intervals depending upon the desired function In such applications, the A/D converter makes only one conversion for a given input signal before a new input signal is provided for conversion Therefore, in single conversion or "single-cycle conversion" applications, output data oversampling and strong time correlation between successive conversion results is of little importance

Conventional oversampling A/D converters are not well suited for performing single-cycle A/D conversions because they are designed to repeatedly sample a given analog input signal for an extended period of time to produce multiple conversion results at a rate higher than twice the input signal bandwidth Such A/D converters have complex digital filtering stages and poorly defined settling times which tends to make input multiplexing difficult In addition, because conventional oversampling A/D converters are typically designed to operate continuously for extended periods of time, they contain no power saving circuitry for turning off portions of the converter when not in use, a condition that occurs frequently in single-cycle operation.

In view of the foregoing, it would be therefore desirable to provide an oversampling A/D converter suitable for providing single-cycle A/D conversions

It would also be desirable to provide an oversampling A/D converter that included circuitry for selectively turning on and off portions of the converter circuitry to minimize power consumption when conversions are not required

It would be also desirable to provide an oversampling A/D converter that included digital filter circuitry of reduced complexity

It would be additionally desirable to provide an oversampling A/D converter that has a well defined settling time to facilitate input multiplexing

## SUMMARY OF THE INVENTION

It is therefore an object of the present invention to provide an oversampling A/D converter that is suitable for performing single-cycle A/D conversions

It is another object of the present invention to provide an A/D converter that includes circuitry for minimizing power consumption.

It is another object of the present invention to provide an oversampling A/D converter that includes digital filter circuitry of reduced complexity

It is further object of the present invention to provide an oversampling A/D converter that has a well defined settling time to facilitate input multiplexing

In accordance with these and other objects of the present invention, oversampling delta-sigma A/D converters suit-

US 6,208,279 B1

3

able for single-cycle operation are described The A/D converters may include a delta-sigma modulator, a digital decimation filter and a system controller Upon receipt of a conversion start signal the system controller may direct the delta-sigma modulator to sample and digitize an analog input signal to produce series of pulse density modulated output signals $Y(k)$ Output signals $Y(k)$ are filtered and decimated by the digital filter to produce an output word $R(I)$ which is a digital representation the sampled input signal In a preferred embodiment of the present invention, only one multiply-accumulate processor is present in the digital filtering stage for decimating output signals $Y(k)$ The system controller may produce precisely timed modulator enable (EnM) and digital filter enable (EnF) signals for coordinating activation and de-activation of certain circuit elements in the A/D converter to minimize power consumption

### BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects of the present invention will be apparent upon consideration of the following detailed description, taken in conjunction with the accompanying drawings, in which like reference characters refer to like parts throughout, and in which:

FIG. 1$a$ is a block diagram of a prior art oversampling delta-sigma A/D converter;

FIG. 1$b$ is a graph illustrating the response of a one-bit delta-sigma modulator a ramp input signal;

FIG. 1$c$ is a graph illustrating the response of a two-bit delta-sigma modulator a ramp input signal;

FIG. 2 is a schematic diagram of a prior art multiply-accumulate processor;

FIG. 3 is a schematic diagram of four prior art multiply-accumulate processors operating in parallel;

FIG. 4 is a schematic diagram of another implementation of four prior art multiply-accumulate processors operating in parallel;

FIG. 5 is a block diagram of an oversampling A/D converter in constructed accordance with the principles present invention;

FIG. 6 is a schematic diagram of portions of a third-order delta-sigma modulator constructed in accordance with the principles of the present invention

FIG. 7 is a schematic diagram of a single multiply-accumulate processor arrangement that may be used in the decimating digital filter of the present invention

### BACKGROUND

A block diagram of a conventional oversampling delta-sigma A/D converter 10 is shown in FIG. 1$a$ A/D converter 10 consists of three basic blocks, delta-sigma modulator 20, finite-impulse-response (FIR) digital filter 30, and system controller 40 In FIG. 1$a$, delta-sigma modulator 20 continuously samples analog input signal $V(t)$ at a very high rate (i e , many times the Nyquist rate) as directed by clock signal ClkM produced by system controller 40 Modulator 20 generates a series of digital one-bit output samples $Y(k)$ that oscillate between logic "high" and logic "low" depending on the magnitude of input signal $V(t)$ This causes analog input signal $V(t)$ to become pulse-density-modulated, that is, the average level of the digital signal $Y(k)$ at the output of modulator 20 is approximately equal to the average magnitude of the analog input signal $V(t)$ over the same time period FIG. 1$b$ illustrates the response of a first-order delta-sigma modulator 20 to a ramp input signal $V(t)$ As the magnitude of $V(t)$ increases the number of digital pulses in

4

signal $Y(k)$ that are logic high also increase so that the average value of those pulses match the current value of $V(t)$. Conversely, as the magnitude of $V(t)$ decreases, the number of digital pulses in signal $Y(k)$ that are logic high also decreases to reflect the value of $V(t)$

Although one-bit quantization is common, multi-bit quantization may be suitable for certain applications. In such applications, the resolution of digital signal $Y(k)$ varies according to the number of quantization levels available in a given delta-sigma modulator 20 FIG. 1$c$ illustrates the response of a second-order (two-bit) delta-sigma modulator to a ramp input signal $V(t)$ The output of second-order delta-sigma modulator 20 oscillates predominately between three of the four available levels such that the local average of digital signal $Y(k)$ equals the average magnitude of analog input $V(t)$ Even though multi-bit modulators are more complex than single-bit modulators, they are desirable in certain applications because they avoid quantizier saturation problems that occur in single-bit modulators when the average magnitude of input signal $V(t)$ is greater than the maximum density of $Y(k)$ If desired, such problems can also be avoided by scaling the input signal $V(t)$ to match the maximum resolution of modulator 20

As shown in FIG. 1$a$, digital filter 30 further processes modulated digital signals $Y(k)$ as directed by clock signal ClkF produced by system controller 40 Digital signals $Y(k)$ are produced by modulator 20 at a frequency Fs and represents the pulse-modulated input signal $V(t)$ together with any quantization noise, out-of-band components, circuit noise, and interference that may be included in the analog signal. As pulses in signal $Y(k)$ propagate through digital filter 30, quantization noise is attenuated and digital signal $Y(k)$ is decimated into digital output words $R(I)$ at a frequency of Fo The modulator output frequency Fs is usually an integer multiple of the digital filter output frequency Fo such that Fs>Fo. The digital filter decimation ratio D is defined as D=Fs/Fo. This represents the ratio at which digital signal $Y(k)$ (which is a sequence of one-bit digital words occurring at a high sampling frequency Fs) is transformed into a series long digital output words $R(I)$ Thus, digital filter 30 may be viewed as a pulse-density-modulation (short digital word) to pulse-code-modulation (long digital word) converter

It is common for output word $R(I)$ to retain a certain degree of oversampling after passing through digital filter 30 If desired, further digital processing such as low-pass filtering and down-sampling digital word $R(I)$ to the Nyquist rate may be performed to produce the final output signal (not shown)

A schematic diagram of a multiply-accumulate processor 41 that is included in digital filter 30 is shown in FIG. 2 Multiply-accumulate processor 41 includes three basic blocks, multiplier 42, adder 44, and register 46 As shown in FIG. 2, filter coefficient sequence $S(j)$ of length n ($j=1,2 \ldots n$) is convolved with pulses of digital signal $Y(k)$ The convolution operation is performed by multiplying successive samples of digital signal $Y(k)$ with successive coefficients of the coefficient sequence $S(j)$ in multiplier 42. Typically, each coefficient in sequence $S(j)$ is multiplied with one element of digital sequence $Y(k)$ every clock cycle The results of each multiplication are accumulated in register 46 by adder 44 A complete convolution result is available in register 46 after all the coefficients in coefficient sequence $S(j)$ are multiplied with input samples $Y(k)$ Accordingly, a multiply-accumulate processor 41 having a coefficient sequence $S(j)$ of length n will typically require n clock cycles to produce one complete convolution result.

US 6,208,279 B1

5

If the length n of coefficient sequence S(j) is chosen so that the amount of time required to multiply all the coefficients in that sequence is less than or equal to the output rate B (B=1/Fo) of digital filter 30, a complete convolution result will always be available in register 46 at a rate greater than or equal to B. Such a configuration would allow A/D converter 10 to produce an output word R(l) for an input signal V(t) at a data rate faster than required output rate B. Nevertheless, this is not usually done in practice because selecting a coefficient sequence of length n such that n clock cycles is less than or equal to the output rate B tends to limit the overall performance of A/D converter 10 (i.e., increases speed but decreases resolution). Thus, in most applications the amount of time required to calculate a complete convolution result is longer than the desired output rate B. This means that a single multiply-accumulate processor 41 cannot produce output words R(l) fast enough to satisfy the required output rate B.

Conventional delta-sigma A/D converters avoid this problem by operating multiple multiply-accumulate processors 41 in parallel. For example, assuming a particular digital filter has a coefficient sequence of length n which takes four times longer than the required output rate B to process a complete convolution result. A digital filter having a Sinc[4] (Kω) frequency response (where K is constant) can be constructed that will provide an output word R(l) at an output rate B after an initial transient delay period. This is shown in FIG. 3. Because the length of the coefficient sequence n is equal to four times B, and because the calculation of a complete convolution result requires n cycles, a minimum of four multiply-accumulate processors 41 are required to operate in parallel to produce one output word R(l) every B clock cycles.

As shown in FIG. 3, the four coefficient sequences S[j], S[(j+B)mod(n)], S[(j+2B)mod(n)], S[(j+3B)mod(n)] are identical copies of the same filter coefficient sequence S[j] j=1,2 . . . n, each delayed from the previous one by exactly B clock cycles in a circular fashion. These coefficient sequences are multiplied during every clock cycle with one element of the modulator output signal Y(k) in the four multipliers 42 and the results are accumulated in registers 46 by adders 44. For example, in FIG. 3, assume the desired output rate B is equal to ten clock cycles and the coefficient sequence length n is equal to 40. It will take 40 clock cycles to produce the first output word R(l). Thereafter, output words R(l) will be produced every 10 clock cycles.

The multiply-accumulate processor scheme shown in FIG. 3 operates as follows. As the first ten digital signal elements Y(1)–Y(10) are produced by the modulator and applied to the input of the filter, multiply-accumulate processor 41a multiplies each corresponding S(j) coefficient with a corresponding element of the digital signal Y(k), (i.e., S(1) with Y(1) etc.) and stores each result in register 46a. When the following ten digital signal elements Y(11)–Y(20) are produced and applied to the filter input, multiply-accumulate processor 41a multiplies the next ten S(j) coefficients (i.e., S(11)–S(20)) with the corresponding elements and again stores each result in register 46a. Simultaneously, multiply-accumulate processor 46b multiplies the digital signal element Y(11)–Y(20) with the first ten S(j) coefficients S(1)–S(10) and stores each result in register 46b. When digital signal elements Y(21)–Y(30) are produced and applied to the filter input, multiply-accumulate processor 41a multiplies the next ten S(j) coefficients S(21)–S(30) with those elements and stores each result in register 46a. Simultaneously, multiply-accumulate processor 46b multiplies the digital signal elements Y(21)–Y(30) with the next

6

ten S(j) coefficients (i.e., S(11)–S(20)) and stores each result in register 46b. Also, multiply-accumulate processor 46c multiplies the digital signal elements Y(21)–Y(30) with S(j) coefficients S(1)–S(10) and stores each result in register 46c. When digital signal elements Y(31)–Y(40) are produced and arrive at the filter input, multiply-accumulate processor 41a multiplies the next ten S(j) coefficients, S(31)–S(40) with those elements and stores each result in register 46a.

At this point, a complete convolution result is present in register 46a. because all 40 coefficient sequence elements in S(j) (i.e., S(1)–S(40)) have been multiplied with 40 elements of digital input signal Y(k) (i.e., Y(1)–Y(40)). Therefore, a digital word R(l) representing the analog input signal V(t) is present in register 46a. In addition, multiply-accumulate processors 41b, 41c and 41d multiply digital input signal elements Y(31)–Y(40) with their corresponding filter coefficients and store each result in their respective registers 46b–46d.

As can be seen from the above description, every B clock cycles one of the four registers 46 completes a convolution calculation when it accumulates the result of the multiplication between an input signal element Y(k) and the last filter coefficient S(n) generating the output word R(l). In the next cycle, that multiply-accumulate processor (41a) is reused to start computing the R(l+4) output word. The corresponding register (46a) is initialized to zero and another sequence of n multiply-accumulate operations is started which will result in the output sequence sample R(l+4). The coefficient sequence index restarts from j=1 in a circular fashion.

A well-known alternative implementation of the Sinc[4] (Kω) filter depicted in FIG. 3 is shown in FIG. 4. In FIG. 4, four input digital signal sequences Y(k), Y(k–B), Y(k–2*B) and Y(k–3*B) which are copies of the input signal Y(k) are each delayed by B cycles with respect to the previous one. The delay is produced by delay blocks 53. These four sequences are multiplied in separate multiply-accumulator processors 50 with the coefficient sequence S[j] thus generating the output word R(l). Each multiply-accumulate processor comprises a multiplier 52 an adder 54 and an accumulator register 56.

Upon inspection of the filter configurations shown in FIGS. 3 and 4, it is apparent that a conventional oversampling A/D converter using such filters will experience a transient delay period when a new input signal V(t) is applied at the converter input. For example, in FIG. 1, depending on the architecture of modulator 20, after a delay of m cycles (the modulator transient delay) digital signal Y(k) starts to reflect the newly applied input signal V(t). As a function of the status of digital filter 30 at this exact moment in time, a correct analog-to-digital conversion result R(l) may be obtained after a variable delay ranging from a minimum of n cycles to a maximum of n+B−1 cycles. In various practical implementations an additional delay of p cycles may occur due to internal pipeline stages. Thus, the total transient response time of A/D converter 10 may vary from a minimum of m+n+p cycles to a maximum of m+n+B+p−1 cycles.

It is also clear from FIGS. 3 and 4 that only one of the multiply-accumulate processors 41 or 50 is used at any given time to produce the desired output word R(i). The output of the other multiply-accumulate processors is discarded as inaccurate due to the transient delay or is redundant if output oversampling characteristics are not used in subsequent digital processing. Hence, when conventional A/D converter 10 is used in applications where it is required

7

to make discrete single-cycle conversions, most of the decimating filter circuitry serves no purpose

## DETAILED DESCRIPTION OF THE INVENTION

Improved oversampling A/D converter systems suitable for making single-cycle A/D conversions are provided In a preferred embodiment of the present invention, only one multiply-accumulate processor is present in the digital filtering stage for decimating the output sequence R(I) A system controller may produce precisely timed modulator enable (EnM) and digital filter enable (EnF) signals for coordinating activation of certain circuit elements and for managing power consumption of the system

An oversampling A/D converter system 100 incorporating principles of the present invention is shown in FIG 5 Oversampling A/D converter system 100 includes three basic blocks, delta-sigma modulator 101, finite-impulse-response (FIR) digital filter 102, and system controller 103. As shown in FIG 5, modulator 101 and digital filter 102 each have circuit enable inputs System controller 103 may selectively enable and disable these circuits by asserting and de-asserting their respective enable signals "EnM" and "EnF" Consequently, A/D converter system 100 may be enabled, disabled and then re-enabled to make a series of discrete analog-to-digital conversions at selected points in time.

It will be understood that the terms "asserted" and "de-asserted" are used herein only for convenience, and that no fixed logic levels are intended or should be inferred by the use of these terms For example, these terms could interchanged without affecting the operation of the invention disclosed herein.

As shown in FIG 5, operation of A/D converter 100 may be initiated by asserting a start conversion signal "CS" which directs system controller 103 to begin the conversion process This signal may be generated in a number various ways depending upon the desired mode of operation For example, the CS signal may be generated by an external source whenever an analog-to-digital conversion is desired (single-cycle operation) The CS signal may also be created internally (i.e , within A/D converter 100) in an automatic fashion immediately following the completion of a previous conversion (continuous operation), or it may be generated internally or externally at the expiration of an adjustable delay period following the completion of the previous conversion cycle (repetitive single-cycle operation) Controller 103 may also use an internally or externally generated clock signal Clk to produce a modulator clock signal ClkM, and a digital filter clock signal ClkF

Modulator 101 may be initially set to a default low-power consumption mode (i.e , disabled) in order to conserve power When the CS signal is asserted, system controller 103 may enable (i.e , activate) modulator 101 using the modulator enable signal (EnM). This allows modulator 101 to produce pulse-density modulated digital samples Y(k) that are a digital representation of the ratio between input signal Vin and reference signal Vref. Each time the CS signal is asserted, system controller 103 preferably enables modulator 101 for only the amount of time necessary to produce the minimum number of valid samples Y(k) required by digital filter 102 to generate one digital conversion result (i.e , one digital word) This number of samples is typically represented as n successive valid samples Y(k) The amount of time that modulator 101 may be enabled can be represented as the value of m+n where n is the required number of input

8

samples and m is the transient delay of modulator 101 which may vary depending upon the specific configuration of modulator 101 After the m+n time period has expired, the last required analog input sample should have been processed by modulator 101 At this point, system controller 103 preferably de-asserts modulator enable signal (EnM) in order to disable modulator 101 once it has finished processing analog input signals This allows modulator 101 to be disabled at the exact moment when in time the last analog input signal has been processed, thus conserving power

It will be understood, however, that for some specific modulator architectures, there may be certain benefits associated with extending the time modulator 101 is enabled, such as simplification of the overall system timing requirements In addition, extending the activation time may provide additional output samples Y(k), which may be useful for certain functions such as internal self-calibration

As shown in FIG 5, digital samples Y(k) are further processed by digital filter 102 Because digital samples Y(k) are delayed by a factor of m with respect to analog input signal Vin, valid samples of Y(k) are not present at the input of digital filter 102 when modulator 101 is initially enabled. Therefore, there is no need to enable digital filter 102 concurrently with modulator 101 System controller 103 preferably waits until the first valid sample of sequence Y(k) is present at the input of digital filter 102 before enabling it This reduces the overall power consumption of A/D converter 100 during the conversion process by only enabling digital filter 102 when it is required to process digital samples Y(k)

System controller 103 may determine the proper time to enable digital filter 102 by counting-down the known transient delay time m from the moment modulator 101 is initially enabled Once that period expires, the first valid sample of sequence Y(k) should be present at the input of digital filter 102. System controller 103 may then enable digital filter 102 by asserting the filter enable signal (EnF), thus allowing digital filter 102 to become enabled at the exact moment in time that the first valid digital sample Y(k) is present at its input

When the filter enable signal (EnF) is asserted, digital filter 102 begins to filter digital samples Y(k). Digital samples Y(k) may be produced by modulator 101 at a frequency Fs and represent the pulse-modulated input signal (i.e , the ratio between Vin and Vref) together with any modulation noise and interference that may be included in the analog input signal Vin. As digital samples Y(k) propagate through digital filter 102, modulation noise is attenuated and samples Y(k) are decimated into digital output word R(I)

Similar to the operation of modulator 101, digital filter 102 is preferably enabled for only the minimum amount of time required to produce one digital conversion result This amount of time can be represented as the value of n+p where n is the number of valid input samples Y(k) processed by digital filter 102 and p is the pipeline delay of digital filter 102 which may vary depending upon the filter's specific configuration. After the n+p time period has expired, system controller 103 preferably de-asserts the filter enable signal (EnF) thus disabling filter 102 when it is finished processing input samples Y(k). This reduces the power consumption of A/D converter 100 by disabling digital filter 102 when conversions are not being performed

System controller 103 may determine the proper time to disable digital filter 102 by counting-down the known pipeline delay time p from the moment that modulator 101 is

US 6,208,279 B1

9

disabled Once that period expires, the last valid sample of Y(k) should have been processed by digital filter 102 This allows digital filter 102 to be disabled at the exact moment when in time the last valid digital sample Y(k) has been filtered

It will be understood, however, that for some specific digital filter architectures there may be certain benefits associated with extending the time digital filter 102 is enabled such as simplification of the overall system timing requirements In addition, extending the activation time of filter 102 may provide additional output words R(l) which can be used for certain functions such as internal self-calibration

Although only a generalized block diagram of digital filter 102 suitable for use in the present invention is shown in FIG. 5, a specific implementation of such a filter is described in a co-pending commonly-assigned patent application "Hardware Implementation of a Decimating Finite Impulse Response Filter," application Ser No. 09/135,229, which is hereby incorporated by reference

The A/D converter system 100 shown in FIG. 5 may operate as follows Initially, A/D converter 100 may be in a default "power-conservation" mode with the conversion start signal CS de-asserted In this mode, system controller 103 may place both modulator 101 and digital filter 102 in a low power consumption state (i.e., disabled) by de-asserting both the filter enable signal (EnF) and the modulator enable signal (EnM) When the CS signal is asserted, system controller 103 may enable modulator 101 to produce a pulse-density modulated sequence Y(k) of analog input signal Vin Modulator 101 may be enabled for a time value greater than or equal to m+n to obtain n valid samples Y(k) and then may be immediately disabled by controller 103 Digital filter 102 preferably remains disabled until the first valid sample Y(k) is present at its input System controller 103 may then enable digital filter 103 for a time value greater than or equal to n+p in order to attenuate modulation noise and to decimate digital samples Y(k) into a digital output word R(l) System controller 103 may then immediately disable digital filter 102 At this point, A/D converter 100 has returned to the default power-conservation mode and may remain there until the conversion start signal CS is once again asserted

By operating in this way, A/D converter system 100 reduces its overall power consumption in both the conversion mode (i.e., when the CS signal asserted and an A/D conversion is in progress) and in the idle mode (i.e., when the CS signal is de-asserted and no A/D conversion in progress) For example, in the conversion mode, modulator 101 and digital filter 102 may be enabled by system controller 103 only for the minimum amount of time required to perform their respective tasks, otherwise they are disabled. This allows A/D converter 100 to consume only the minimum amount of power necessary to produce a conversion result Similarly, in the idle mode, system controller 103 may disable modulator 101 and digital filter 102 to minimize power consumption during periods for which A/D converter system 100 is inactive

In FIG. 5, if the conversion start signal CS is asserted synchronously with the application of a new input signal Vin (e.g., if the conversion start signal CS is asserted when the state of an input multiplexer is changed) the transient response time of A/D converter 100 may be defined as the value of m+n+p clock cycles This is the minimum possible transient delay for A/D converter 100 wherein digital filter 102 has a coefficient sequence of length n If the conversion

10

start signal CS is asserted a synchronously with the application of a new input signal Vin (e.g., if the state of an input multiplexer changes some time after the conversion start signal CS is asserted but before A/D converter completes a conversion cycle) the transient response time of A/D converter 100 may be defined as the value of 2*n+m+p−1 clock cycles. This is because the conversion start signal CS may be maintained asserted at the end of a conversion cycle during which the input signal was changed so that A/D converter 100 can perform a subsequent conversion to produce a result which accurately reflects the new input signal The 2*n+m+p−1 value represents the maximum transient delay for A/D converter 100 wherein digital filter 102 has a coefficient sequence of length n Thus, the A/D converter 100 provides well-defined settling times to facilitate input multiplexing

Specific implementations of delta-sigma modulators are well known in the art and have often been described in such papers as "Principles of Oversampling A/D Conversion," by Max Hauser in J. Audio Eng. Soc., Vol. 39 No. ½, 1991 A schematic diagram of a suitable delta-sigma modulator for use in the present invention is shown in FIG. 6 In FIG. 6, a first order delta-sigma modulator 200 is shown which has all three poles in the origin and feed-forward stabilization Modulator 200 includes summing node 201, integrators 202–204, adder 205, comparator 206, clock generator 207 and initialization controller 208 In operation, modulator 200 pulse-density modulates analog input signal Vin to produce digital samples Y(k) When modulation is desired (e.g., when the conversion start signal CS is asserted and the state of an input multiplexer is changed), the modulator enable signal (EnM) is asserted and an analog input signal Vin is provided at the input of summing node 201 In response to the assertion of the modulator enable signal (EnM), clock generator 207 may use the modulator clock signal (ClkM) to produce clock signals Clk1, Clk2, Clk3, Clk4 and Clk5 with the appropriate relative phase relationships so that the operation of certain portions of modulator 200 (i.e., summing node 201, integrators 202–204, output adder 205 and comparator 206) are properly coordinated

For every cycle of clock signal Clk1, analog reference signal Vref is subtracted from the input signal Vin as directed by digital feedback signal Y at summing node 201 This produces a resultant error signal E which is applied to the input of integrator 202 Integrator 202 integrates the resultant error signal E during each cycle of clock signal Clk2 and generates an output signal IE1 which is applied to the input of both integrator 203 and adder 205 Integrator 203 further integrates IE1 during each cycle of clock signal Clk3 and generates an output signal IE2 which is applied to the input of both integrator 203 and adder 205 Integrator 204 further integrates IE2 during each cycle of clock signal Clk4 and generates an output signal IE3 which is applied to the input of adder 205 Adder 205 generates the algebraic sum of the three output signals IE1, IE2 and IE3 with specific weights and signs to create a third-order integrated and feed-forward compensated error signal IE which is applied to the input of comparator 206 At this point, comparator 206 may compare error signal IE with an internal reference voltage (not shown) and produce a digital output sample Y(k) for every cycle of clock signal Clk5 Comparator 206 may be configured to produce either single-bit or multi-bit output words depending on the desired resolution of output sample Y(k)

Once a desired number of digital output samples Y(k) have been produced, modulator 200 may be disabled by de-asserting the modulator enable signal (EnM) When modulator 200 is disabled, it is typically desirable to "initialize" or "reset" integrators 202–204 and comparator 206

US 6,208,279 B1

11

to a predefined set of initial conditions using initialization controller 208 to ensure the stability of modulator 200 Such initializations may be accomplished by turning ON or OFF certain switches (not shown) connected across the integrating capacitors (not shown) of each one of the three integrators 202–204 and by resetting comparator 206 to Y=0 state.

Although the initial conditions of integrators 202–204 and comparator 206 have only a small effect upon the accuracy of the conversion result produced by A/D converter system 100 (FIG. 5), it is usually difficult to guarantee the stability of the modulator due to the unpredictability of initial conditions. The usual practical approach to test for stability is an extensive simulation of all the possible initial condition cases. For the general case this represents a cross product of all possible input signal values and all possible modulator initial conditions. By precisely defining the initial conditions of modulator 200 (i.e., integrators 202–204 and comparator 206), the number of possible cases that must be simulated to guarantee the overall modulator stability is dramatically reduced, thus minimizing the amount of time necessary to design modulator 200.

The A/D converter system 100 shown in FIG. 5 may allow modulator 101 to be initialized just before the beginning of a new conversion cycle using the modulator enable signal (EnM). For example, the modulator enable signal (EnM) 101 is typically deasserted by system controller 103 to disable modulator 101 after it produces n valid samples Y(k). During a portion of the time modulator 101 is disabled, digital filter 102 may still be processing digital samples Y(k) to complete the conversion cycle. De-asserting the modulator enable signal (EnM) may cause some or all of the integrating capacitors (not shown) within modulator 101 to be initialized so that when the next conversion cycle begins (i.e., when the modulator enable signal (EnM) is once again asserted) modulator 101 is already initialized.

As an additional power saving measure, when the modulator 101 is disabled, some or all of the circuits contained in modulator 101 may be turned off. The non-negligible stabilization time required by modulator 101 when those circuits are turned back on (i.e., when the enable modulator signal (EnM) is once again asserted) can be accounted for by the modulator transient delay factor m. This approach provides a very precise power management mechanism resulting in minimal power consumption.

Specific implementations of FIR decimation filters are well known in the art and have often been described in such papers as "A Novel Architecture Design For VLSI Implementation Of An FIR Decimation Filter," *IEEE Proc ICASP* '85, pp. 1380–1383, March 1985. A schematic diagram of a multiply-accumulate processor suitable for use in the digital decimating filter of the present invention is shown in FIG. 7.

Unlike prior art A/D converter systems which employ multiple multiply-accumulate processors in their digital filters, the A/D converter system of the present invention preferably includes only one multiply-accumulate processor in its digital filtering stage. This can be seen by comparing the prior art multiply-accumulate processor scheme of FIG. 3 or FIG. 4 with the single multiply-accumulate processor shown in FIG. 7.

As discussed in the background section of this application, traditional oversampling A/D converter systems are configured to produce multiple conversion results from a given input signal. Analog input signals are applied to the input of these A/D converters for a long enough time so that their multiply-accumulate processors overcome the transient delay period by accumulating enough convolution results to

12

begin producing digital output signals at a data rate much faster than normally possible with only one multiply-accumulate processor. Such A/D converters rely on the assumptions that: 1) it is desired to obtain multiple sequential conversion results from a particular input signal and 2) that they will be connected to one input signal long enough to accumulate the input samples required to begin producing digital conversion results at the faster data rate.

However, these assumptions are not always true. In fact, in many data acquisition applications such as test and measurement and industrial control it is often desired to obtain a series of single cycle conversion results from a number of unrelated sources. For example, the input of an A/D converter installed in a computer may be connected to a multiplexer that scans the operating voltages of several actuators on a production line. The computer may monitor the actuator operating voltages with the A/D converter to ensure they are operating within a specified voltage range. In this and similar applications the multiplexer remains connected to a particular input channel only long enough for the A/D converter to produce one conversion result. After that conversion result is obtained, the A/D converter may be reset as the multiplexer changes channels so that the next input signal can be converted.

For single cycle conversion applications such as the one described above, A/D converters need only one multiply-accumulate processor in their digital filtering stage. This is because only one complete convolution result needs to be generated for each input signal. After that result is produced, a new input signal is applied to the A/D converter which requires the convolution process to start from the beginning. Any convolution results stored in other multiply-accumulate processors from the previous conversion cycle must be discarded as inaccurate or are lost when the A/D converter is reset. Therefore, when conventional A/D converters containing multiple multiply-accumulate processors are used in single-cycle applications, all but one of those multiply-accumulate processors serves no purpose.

In contrast to the conventional A/D converters, the present invention provides A/D converters with digital filters that use a single multiply-accumulate processor arrangement suitable for making efficient single-cycle A/D conversions. This type of arrangement greatly simplifies the digital filter implementation and reduces power consumption. An example of a suitable multiply-accumulate processor arrangement for use in digital filter 102 of the present invention (FIG. 5) is shown in FIG. 7.

In FIG. 7, multiply-accumulate processor 300 includes input multiplier 310, adder 311, register 312, and coefficient generator 313. In operation, multiply-accumulate processor 300 attenuates modulation noise and decimates the digital samples Y(k) that are supplied by modulator 101 (FIG. 1) to produce digital output word R(l). When filtering is desired, the filter enable signal (EnF) is asserted which directs coefficient generator 313 to provide the first coefficient S(1) of coefficient sequence S(j) at one input of multiplier 310 at the exact moment in time at which the first valid modulator output sample Y(1) is available at the other input of the multiplier 310. The filter enable signal (EnF) is maintained asserted a sufficiently long period of time for all the n filter coefficients S(j), j=1,2    n generated by the coefficient generator 313 to be multiplied with the corresponding modulator output sample Y(k), k=1,2    n. And the results of that multiplication are accumulated in the register 312 by the adder 311 to produce a complete convolution result (which is the digital output word R(l))

Once a digital output word R(l) has been output by register 312, multiply accumulate processor 300 may be

US 6,208,279 B1

13

disabled by de-asserting the filter enable signal (EnF). When disabled, some or all of the circuits in digital filter 102 (FIG 5) may be placed in a power conservation mode to minimize power consumption. As an additional power saving mechanism, system controller 103 (FIG 5) may interrupt the operation of clock signal ClkF while the filter enable signal (EnF) signal is de-asserted. Furthermore, when the filter enable signal (EnF) transitions from the de-asserted state to the asserted state, register 312 (FIG 7) may be initialized to delete any previous convolution results which may be present from previous conversions.

Although preferred embodiments of the present invention have been disclosed with various circuits connected to other circuits, persons skilled in the art will appreciate that it may not be necessary for such connections to be direct and additional circuits may be interconnected between the shown connected circuits without departing from the spirit of the invention as shown. Persons skilled in the art also will appreciate that the present invention can be practiced by other than the described embodiments. The described embodiments are presented for purposes of illustration and not of limitation, and the present invention is limited only by the claims which follow.

What is claimed is:

1 An oversampling analog-to-digital converter circuit comprising:

a delta-sigma modulator circuit that receives an analog input signal and converts said analog input signal to modulated digital samples, said delta-sigma modulator circuit having an input and an output;

a filter circuit coupled to said output of said modulator circuit that receives said modulated digital samples from said modulator circuit and converts said modulated digital samples into a digital output word; and

a system controller circuit coupled to said modulator circuit and said filter circuit that selectively enables and disables said modulator circuit and said filter circuit.

2 The oversampling analog-to-digital converter circuit defined in claim 1 wherein said system controller circuit is configured to receive a conversion start signal such that when said conversion start signal is asserted said system controller circuit directs said analog-to-digital converter circuit to convert said analog input signal into said digital output word.

3 The oversampling analog-to-digital converter circuit defined in claim 2 wherein said system controller circuit is configured to disable said analog-to-digital converter circuit when said digital output word is produced.

4 The oversampling analog-to-digital converter circuit defined in claim 1 wherein said modulator circuit is configured to receive a modulator enable signal from said system controller circuit.

5 The oversampling analog-to-digital converter circuit defined in claim 4 wherein said modulator circuit is enabled when said modulator enable signal is asserted.

6 The oversampling analog-to-digital converter circuit defined in claim 4 wherein said modulator circuit is disabled when said modulator enable signal is de-asserted.

7 The oversampling analog-to-digital converter circuit defined in claim 6 wherein:

said modulator is enabled when said modulator enable signal is asserted; and

said system controller circuit maintains said modulator enable signal asserted for a period of time necessary for said modulator circuit to produce an amount of digital samples required by said digital filter circuit to generate said digital output word.

14

8 The oversampling analog-to-digital converter circuit defined in claim 1 wherein said filter circuit is configured to receive a filter enable signal from said system controller circuit.

9 The oversampling analog-to-digital converter circuit defined in claim 8 wherein said filter circuit is enabled when said filter enable signal is asserted.

10 The oversampling analog-to-digital converter circuit defined in claim 8 wherein said filter circuit is disabled when said filter enable signal is de-asserted.

11 The oversampling analog-to-digital converter circuit defined in claim 10 wherein:

said digital filter circuit is enabled when said filter enable signal is asserted; and

said system controller circuit maintains said filter enable signal asserted for a period of time necessary for said filter circuit to filter said digital output samples produced by said modulator circuit to generate said digital output word.

12 The oversampling analog-to-digital converter circuit defined in claim 1 wherein the modulator circuit is a third order delta-sigma modulator.

13 The oversampling analog-to-digital converter circuit defined in claim 1 wherein the modulator circuit further comprises clock generator circuitry.

14 The oversampling analog-to-digital converter circuit defined in claim 1 wherein the modulator circuit further comprises an initialization controller.

15 The oversampling analog-to-digital converter circuit defined in claim 14 wherein the modulator circuit further comprises integrating circuitry and wherein said initialization controller is capable of selectively resetting the integrator circuitry to predefined set of initial conditions.

16 The oversampling analog-to-digital converter circuit defined in claim 14 wherein the modulator further comprises comparator circuitry and wherein said initialization controller is capable of selectively resetting the comparator circuitry to predefined set of initial conditions.

17 The oversampling analog-to-digital converter circuit defined in claim 1 wherein said filter circuitry is a finite impulse response filter.

18 The oversampling analog-to-digital converter circuit defined in claim 1 wherein said digital filter circuitry further comprises a coefficient generator.

19 The oversampling analog-to-digital converter circuit defined in claim 18 wherein said coefficient generator is configured to receive a filter enable signal from said system controller circuit.

20 The oversampling analog-to-digital converter circuit defined in claim 1 having a settling time of m+n+p when said analog input signal is applied synchronously to said analog-to-digital converter circuit.

21 The oversampling analog-to-digital converter circuit defined in claim 1 having a settling time of 2*n+m+p−1 when said analog input signal is applied a synchronously to said analog-to-digital converter circuit.

22 The oversampling analog-to-digital converter circuit defined in claim 1 wherein said digital filter circuit further comprises one multiply-accumulate processor.

23 A method for converting analog signals to digital signals comprising:

modulating said analog signals to create modulated digital samples;

filtering said modulated digital samples with a digital filter to create a digital output word; and

providing control signals that selectively enable and disable the operation of circuitry that modulates and filters.

US 6,208,279 B1

15

16

**24.** The method defined in claim **23** wherein the providing step further comprises:

enabling the modulator for the period of time necessary to produce an amount of digital samples required by said digital filter to generate the digital output word

**25.** The method defined in claim **24** wherein the providing step further comprises:

disabling the modulator immediately after said amount of digital samples is produced

**26.** The method defined in claim **24** wherein the providing step of further comprises:

enabling said digital filter when a first of said digital samples is provided.

**27.** The method defined in claim **24** wherein the providing step of further comprises:

disabling said digital filter immediately after said digital output word is produced

**28.** The method defined in claim **23** wherein modulating is characterized by use of a delta-sigma modulator

**29.** The method defined in claim **23** wherein filtering is characterized by use of a finite impulse response filter

**30.** The method defined in claim **23** wherein said analog-to-digital conversion is characterized by a settling time of m+n+p when said analog signals are converted to said digital output word synchronously

**31.** The method defined in claim **23** wherein said analog-to-digital conversion is characterized by a settling time of 2\*n+m+p−1 when said analog signals are converted to said digital output word a synchronously.

**32.** A method for making single-cycle analog-to-digital conversions comprising:

directing modulator circuitry to modulate analog input signals to produce modulated digital samples;

providing control signals that selectively enable and disable the modulator circuitry and that selectively initializes said modulator circuitry

**33.** The method defined in claim **32** further comprising:

directing digital filter circuitry to filter said modulated digital samples to produce a digital output word.

**34.** The method defined in claim **33** further comprising:

providing control signals that selectively enable and disable the directing of said filter circuitry and that selectively initializes said filter circuitry

**35.** The method defined in claim **32** wherein the providing step further comprises:

enabling the modulator directing of said modulator circuitry for a period of time necessary to produce said amount of digital samples required by the digital filter to generate said digital output word.

**36.** The method defined in claim **35** wherein the providing step further comprises:

disabling said modulator directing step immediately after said amount of digital samples is produced

**37.** The method defined in claim **35** wherein the providing step further comprises:

initializing said modulator circuitry after said amount of digital samples is produced.

**38.** The method defined in claim **37** wherein the initializing step further comprises:

setting integrator circuitry to a set of predefined initial conditions.

**39.** The method defined in claim **35** wherein the providing step of further comprises:

enabling the directing of said digital filter circuitry when a first of said modulated digital samples is provided

**40.** The method defined in claim **39** wherein the providing step of further comprises:

disabling the directing of said filter immediately after said digital output word is produced

**41.** The method defined in claim **39** wherein the providing step further comprises:

initializing said digital filter circuitry after said digital output word is produced

**42.** The method defined in claim **41** wherein the initializing step further comprises:

setting said digital filter circuitry to a set of predefined initial conditions.

**43.** The method defined in claim **32** wherein the modulator directing step is characterized by use of a delta-sigma modulator

**44.** The method defined in claim **32** wherein the filter directing step is characterized by use of a finite impulse response filter

\* \* \* \* \*

JS 44 (Rev 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Analog Devices, Inc.

**DEFENDANTS**
Linear Technology Corp.

**(b)** County of Residence of First Listed Plaintiff _____ New Castle County _____
(EXCEPT IN U S PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U S PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES. USE THE LOCATION OF THE LAND INVOLVED

**(c)** Attorney's (Firm Name. Address. and Telephone Number)
Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

■ 3  Federal Question (U S Government Not a Party)

☐ 2  U S Government Defendant

☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault. Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs | ■ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending ☐ 380 Other Personal Property Damage | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 385 Property Damage Product Liability | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholder's Suits | ☐ 355 Motor Vehicle Product Liability | | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | **CIVIL RIGHTS** | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | ☐ 441 Voting | **Habeas Corpus:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl Ret Inc Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Eject | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 445 Amer. w/Disabilities - Employment | ☐ 550 Civil Rights | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 446 Amer. w/Disabilities - Other | ☐ 555 Prison Condition | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | | | | ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)

■ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Justice

## VI. CAUSE OF ACTION
Cite the U S Civil Statute under which you are filing (Do not cite jurisdictional statues unless diversity):
Action for patent infringement under 35 U.S.C. § 1. et. seq.

Brief description of cause: Action for patent infringement. declaratory judgment and injunctive relief and damages

## VII. REQUESTED IN COMPLAINT
☐ CHECK IF THIS IS A CLASS ACTION UNDER F R C P 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ■ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions:)   JUDGE _____   DOCKET NUMBER _____

DATE  May 25, 2006

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG JUDGE _____

INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44
Authority For Civil Cover Sheet

RLF1-3015856-1

AO FORM 85 RECEIPT (REV. 9/04)

## United States District Court for the District of Delaware

Civil Action No. _____

# ACKNOWLEDGMENT
# OF  RECEIPT  FOR AO FORM  85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____*1*____ COPIES OF AO FORM 85.

_____5/25/06_____
(Date forms issued)

_____
(Signature of Party or their Representative)

_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action