# United States District Court
# District Of Delaware

| | |
|---|---|
| ANALOG DEVICES, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LINEAR TECHNOLOGY CORP., )<br>)<br>Defendant. )<br>) | Civil Action No. _____ |

TO:   Linear Technology Corporation
      c/o Corporation Trust Company
      Corporation Trust Center
      1209 Orange Street
      Wilmington, DE 19801

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY
**Frederick L. Cottrell, III, Esquire**
**Richards, Layton & Finger**
**One Rodney Square**
**Wilmington, DE 19899**
**(302) 651-7700**

an answer to the complaint which is herewith served upon you, within <u>twenty (20) days</u> after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

5-25-06

_____         _____
CLERK                            DATE
     Bet Dunca

_____
(By) DEPUTY CLERK

RLF1-3015892-1

AO 440 (Rev 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 5/25/06 |
| NAME OF SERVER (PPJNT) BARRY EVELAND | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

　Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: SERVED : LINEAR TECHNOLOGY CORPORATION C/O THE CORPORATION TRUST CO AT 1209 ORANGE STREET WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY SCOTT LASCALA (PROCESS AGENT)

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/25/06
　　　　　　　Date

*Signature of Server*
BARRY EVELAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 26, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and caused the same to be served on the defendants at the addresses and in the manner indicated below:

**BY HAND**
Linear Technology Corporation
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801


_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com