AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following  X Patents or  ☐ Trademarks:

| DOCKET NO.<br>06-346 | DATE FILED<br>5/25/06 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Analog Devices Inc. | | DEFENDANT<br>Linear Technology Corp. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 4,929,909 | 5/29/90 | Analog Devices Inc. |
| 2 | 6,118,326 | 9/12/00 | Analog Devices Inc. |
| 3 | US 6,262,633 B1 | 7/17/01 | Analog Devices Inc. |
| 4 | 5,481,178 | 1/2/96 | Linear Technology Corporation |
| 5 | 5,731,694 | 3/24/98 | Linear Technology Corporation |
|   | 5,994,885 | 11/30/99 | Linear Technology Corporation |
|   | US 6,304,066 B1 | 10/16/01 | Linear Technology Corporation |
|   | US 6,580,285 B2 | 6/17/03 | Fujitsu Limited |
|   | 6,100,678 | 8/8/00 | Linear Technology Corporation |
|   | 6,144,194 | 11/7/00 | Linear Technology Corporation |
|   | US 6,208,279 B1 | 3/27/01 | Linear Technology Corporation |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

AO 120 (Rev. 3/04)

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK OF COURT | | May 26, 2006 |

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**