IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANALOG DEVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-346 (GMS) |
| | ) | |
| LINEAR TECHNOLOGY CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time of defendant Linear Technology Corp. ("Linear") to answer, move, or otherwise respond to the First Amended Complaint (D.I. 6) is hereby extended through and including July 14, 2006. Linear requests this extension to permit it additional time to review and evaluate the Complaint, which involves allegations concerning eleven patents.

RICHARDS LAYTON & FINGER                MORRIS, NICHOLS, ARSHT & TUNNELL, LLP

/s/ Kelly E. Farnan (#4395)                      /s/ Karen Jacobs Louden (#2881)
_____       _____
Frederick L. Cottrell, III (#2555)               Karen Jacobs Louden (#2881)
Matthew W. King (#4566)                     klouden@mnat.com
Kelly E. Farnan (#4395)                          1201 N. Market Street
farnan@rlf.com                                       P.O. Box 1347
One Rodney Square                                Wilmington, DE  19899
P.O. Box 551                                          (302) 658-9200
Wilmington, DE  19899                          Attorneys for defendant
(302) 651-7700
Attorneys for plaintiff

SO ORDERED this _____ day of _____, 2006.

_____
J.

522921