IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANALOG DEVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-346 (GMS) |
| | ) | |
| LINEAR TECHNOLOGY CORP., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time of defendant Linear Technology Corp. ("Linear") to answer, move, or otherwise respond to the First Amended Complaint (D.I. 6) is hereby extended through and including July 28, 2006. Linear requests this extension to permit it additional time to review and evaluate the Complaint, which involves allegations concerning eleven patents.

RICHARDS LAYTON & FINGER          MORRIS, NICHOLS, ARSHT & TUNNELL, LLP

*/s/ Kelly E. Farnan*               /s/ *Karen Jacobs Louden*
_____     _____
Frederick L. Cottrell, III (#2555)  Jack B. Blumenfeld (#1014)
Matthew W. King (#4566)            Karen Jacobs Louden (#2881)
Kelly E. Farnan (#4395)            klouden@mnat.com
farnan@rlf.com                     1201 N. Market Street
One Rodney Square                  P.O. Box 1347
P.O. Box 551                       Wilmington, DE 19899
Wilmington, DE 19899               (302) 658-9200
(302) 651-7700                     Attorneys for defendant
Attorneys for plaintiff

SO ORDERED this _____ day of _____, 2006.

_____
J.

522921