IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANALOG DEVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-346 (GMS) |
| | ) | |
| LINEAR TECHNOLOGY CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## LINEAR TECHNOLOGY CORPORATION'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant and Counterclaim-Plaintiff Linear Technology Corporation states that it has no parent corporation and that no publicly traded corporation owns more than 10% of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
jblumenfeld@mnat.com
klouden@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19801
(302) 658-9200
  Attorneys for defendant and counter-plaintiff
  Linear Technology Corporation

OF COUNSEL:

Robert C. Morgan
Laurence S. Rogers
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY  10022
(212) 596-9000

Mark D. Rowland
ROPES & GRAY LLP
525 University Avenue
Suite 300
Palo Alto, CA  94301-1917
(650) 617-4000


July 28, 2006

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on July 28, 2006 I electronically filed the foregoing Answer and Counterclaims with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Kelly E. Farnan
> RICHARDS, LAYTON & FINGER

I also certify that copies were caused to be served on July 28, 2006 upon the following in the manner indicated:

**BY HAND**

> Kelly E. Farnan
> Richards, Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, DE  19899

> */s/ Jack B. Blumenfeld (#1014)*
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899
> (302) 658-9200
> jblumenfeld@mnat.com