## **AMENDED CERTIFICATE OF SERVICE**

I, Jack B. Blumenfeld, hereby certify that on July 28, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Kelly E. Farnan
> RICHARDS, LAYTON & FINGER

I also certify that copies were caused to be served on July 28, 2006 upon the following in the manner indicated:

> **BY HAND**
>
> Kelly E. Farnan
> Richards, Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, DE  19899

> */s/ Jack B. Blumenfeld (#1014)*
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899
> (302) 658-9200
> jblumenfeld@mnat.com