IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANALOG DEVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> LINEAR TECHNOLOGY CORP. <br><br> Defendant. <br><br> _____ <br><br><br> LINEAR TECHNOLOGY CORP. <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> ANALOG DEVICES, INC. <br><br> Counterclaim-Defendant. | C.A. No. 06-346 (GMS) <br><br> **JURY TRIAL DEMANDED** |

## FIRST AMENDED ANSWER AND COUNTERCLAIMS

I.    **FIRST AMENDED ANSWER**

Linear Technology Corporation ("LTC"), for its First Amended Answer and Counterclaims to corresponding numbered paragraphs of the First Amended Complaint of Analog Devices, Inc. ("Analog"), avers as follows:

### THE PARTIES

1.    Upon information and belief, admitted.

2.    Admitted.

### JURISDICTION AND VENUE

3.    LTC admits that the First Amended Complaint purports to state a

cause of action for patent infringement arising under the Patent Laws of the United States,

Title 35 of the United States Code, and purports that jurisdiction is proper under 28 U.S.C.

§§ 1331 and 1338(a) with respect to averments in the First Amended Complaint concerning

patents that Analog purports to own.  Except as so admitted, LTC denies the remaining

averments of paragraph 3 of the First Amended Complaint and in particular denies that this

court has subject matter jurisdiction over this action under 28 U.S.C. § 2201.

       4.      Admits that venue is proper in this Judicial District under 28 U.S.C.

§ 1400(b) with respect to averments in the First Amended Complaint concerning patents that

Analog purports to own, and to the extent that LTC is incorporated in the State of Delaware

and may be said to reside in this Judicial District; admits, on information and belief, that

Analog is incorporated in and transacts business in this Judicial District and, except as so

admitted, denies the remaining averments of paragraph 4 of the First Amended Complaint.

**FACTS**

       5.      Admits that U.S. Patent No. 4,929,909 is entitled "Differential

Amplifier With Gain Compensation," that the patent on its face states that it issued on

May 29, 1990 and that it is assigned to Analog, and that a copy of the patent was attached to

the First Amended Complaint as Exhibit A; denies that the patent "duly" issued; and denies

the remaining averments of paragraph 5 of the First Amended Complaint.

       6.      Admits that U.S. Patent No. 6,118,326 is entitled "Two-Phase

BootStrapped CMOS Switch Drive Technique And Circuit," that the patent on its face states

that it issued on September 12, 2000 and that it is assigned to Analog, and that a copy of the

patent was attached to the First Amended Complaint as Exhibit B; denies that the patent

"duly" issued; and denies the remaining averments of paragraph 6 of the First Amended

Complaint.

7.      Admits that U.S. Patent No. 6,262,633 is entitled "High Output Current Operational Amplifier Output Stage," that the patent on its face states that it issued on July 17, 2001 and that it is assigned to Analog, and that a copy of the patent was attached to the First Amended Complaint as Exhibit C; denies that the patent "duly" issued; and denies the remaining averments of paragraph 7 of the First Amended Complaint.

8.      Denied.

9.      Upon information and belief, admits that Analog is in the business of manufacturing, using, and selling integrated circuits that utilize signal processing circuitry and techniques and, except as so admitted, denies the remaining averments of paragraph 9 of the First Amended Complaint.

10.     Admitted.

11.     Admitted.

12.     Admitted.

13.     Admitted.

14.     Admitted.

15.     Admitted.

16.     Admitted.

17.     Admitted, with the correction that the patent duly and legally issued on March 27, 2001.

18.     Admits that LTC has charged Analog with infringing LTC's U.S. Patent No. 5,481,178 by making, using, selling, offering for sale, and/or importing products identified as the ADP1148 and ADP1149 families of integrated circuits, and that such charge of infringement was made in a lawsuit LTC commenced against Analog styled *Linear Technology Corporation v. Impala Linear Corporation, et al.*, Civil Action No. 3:98-cv-

01727 (N.D. Cal.), which lawsuit as against Analog was dismissed without prejudice on

July 26, 2002; denies that Analog, at the time it filed the First Amended Complaint in this

action, had a reasonable expectation or apprehension that LTC would initiate suit with

respect to the '178 patent or any other LTC patent identified by Analog in paragraph 18 of

the First Amended Complaint; and except as so admitted denies the remaining averments of

paragraph 18 of the First Amended Complaint.

19.    Denied.

## COUNT I – '909 PATENT

20.    LTC repeats its responses to the averments set forth in

paragraphs 1-19, above.

21.    Denied.

22.    Denied.

23.    Denied.

## COUNT II – '326 PATENT

24.    LTC repeats its responses to the averments set forth in

paragraphs 1-19, above.

25.    Denied.

26.    Denied.

27.    Denied.

## COUNT III – '633 PATENT

28.    LTC repeats its responses to the averments set forth in

paragraphs 1-19, above.

29.    Denied.

30.    Denied.

31.    Denied.

## COUNT IV – '178 PATENT

32.    LTC repeats its responses to the averments set forth in paragraphs 1-19, above.

33.    Denied.

34.    Denied.

35.    Denied.

## COUNT V – '694 PATENT

36.    LTC repeats its responses to the averments set forth in paragraphs 1-19, above.

37.    Denied.

38.    Denied.

39.    Denied.

## COUNT VI – '885 PATENT

40.    LTC repeats its responses to the averments set forth in paragraphs 1-19, above.

41.    Denied.

42.    Denied.

43.    Denied.

## COUNT VII – '066 PATENT

44.    LTC repeats its responses to the averments set forth in paragraphs 1-19, above.

45.    Denied.

46.    Denied.

47.     Denied.

### COUNT VIII – '258 PATENT

48.     LTC repeats its responses to the averments set forth in paragraphs 1-19, above.

49.     Denied.

50.     Denied.

51.     Denied.

### COUNT IX – '678 PATENT

52.     LTC repeats its responses to the averments set forth in paragraphs 1-19, above.

53.     Denied.

54.     Denied.

55.     Denied.

### COUNT X – '194 PATENT

56.     LTC repeats its responses to the averments set forth in paragraphs 1-19, above.

57.     Denied.

58.     Denied.

59.     Denied.

### COUNT XI – '279 PATENT

60.     LTC repeats its responses to the averments set forth in paragraphs 1-19, above.

61.     LTC states that it is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 61 of the First Amended

Complaint.

      62.    Denied.

      63.    Denied.

### FIRST AFFIRMATIVE DEFENSE

### (Noninfringement of '909, '326 and '633 Patents)

      64.    LTC has not infringed, contributed to the infringement of, or actively induced others to infringe, any valid claim of the '909 patent. In addition, by reason of arguments and/or amendments made to obtain issuance of the '909 patent, Analog is estopped from asserting infringement of the '909 patent by LTC's products.

      65.    LTC has not infringed, contributed to the infringement of, or actively induced others to infringe, any valid claim of the '326 patent. In addition, by reason of arguments and/or amendments made to obtain issuance of the '326 patent, Analog is estopped from asserting infringement of the '326 patent by LTC's products.

      66.    LTC has not infringed, contributed to the infringement of, or actively induced others to infringe, any valid claim of the '633 patent. In addition, by reason of arguments and/or amendments made to obtain issuance of '633 patent, Analog is estopped from asserting infringement of the '633 patent by LTC's products.

### SECOND AFFIRMATIVE DEFENSE

### (Invalidity of '909, '326 and '633 Patents)

      67.    The '909 patent is invalid for failure to comply with one or more provisions of 35 U.S.C. §§ 101, 102, 103 and/or 112.

      68.    The '326 patent is invalid for failure to comply with one or more provisions of 35 U.S.C. §§ 101, 102, 103 and/or 112.

      69.    The '633 patent is invalid for failure to comply with one or more

provisions of 35 U.S.C. §§ 101, 102, 103 and/or 112.

## THIRD AFFIRMATIVE DEFENSE

### (Limitation on Damages – Failure to Mark or Give Notice)

70.    Analog's claims for damages are limited pursuant to 35 U.S.C. § 287.

## FOURTH AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

71.    To the extent Analog does not assert that each LTC product identified in paragraph 8 of the First Amended Complaint infringes each of the '909, '326, and '633 patents, Analog has failed to state a claim upon which relief can be granted because Analog has not identified which particular LTC product(s) allegedly infringe(s) which particular Analog patent(s).

## FIFTH AFFIRMATIVE DEFENSE

### (Lack of Declaratory Judgment Jurisdiction)

72.    This Court lacks subject matter jurisdiction over Counts IV-XI of the First Amended Complaint for lack of Declaratory Judgment jurisdiction under 28 U.S.C. § 2201.

## SIXTH AFFIRMATIVE DEFENSE

### (Laches, Estoppel, Acquiescence)

73.    Analog's claims with respect to Counts I-III of the First Amended Complaint are barred by the doctrines of laches, estoppel, and/or acquiescence, and thus Analog is precluded from recovering any damages from LTC for allegedly infringing activities and from obtaining injunctive relief.

**PRAYER FOR RELIEF**

**(For First Amended Answer)**

WHEREFORE, having fully answered the First Amended Complaint, LTC prays for entry of judgment:

    A.    Dismissing the First Amended Complaint with prejudice;

    B.    Declaring that each of the claims of the '909, '326, and '633 patents is invalid and not infringed by LTC;

    C.    Declaring that any claims for relief sought by Analog for infringement of the '909, '326, and '633 patents are barred by the doctrines of laches, equitable estoppel and acquiescence;

    D.    Permanently enjoining Analog, its officers, employees, agents and those in privity with any of them from directly or indirectly charging or instituting any action for infringement, inducing infringement or contributory infringement of the '909, '326, and '633 patents against LTC or any other person or entity in privity with LTC, including without limitation LTC's successors, assigns, agents, suppliers and customers;

    E.    Declaring that this case is exceptional and awarding LTC its attorney fees and costs under 35 U.S.C. § 285 and any other damages as may be proved;

    F.    Awarding to LTC its costs and disbursements, including pre-judgment and post-judgment interest, incurred in this action; and

    G.    Awarding to LTC such other and further relief as the Court may deem just.

## II.    FIRST AMENDED COUNTERCLAIMS

As and for its First Amended Counterclaims against Analog, LTC avers as follows:

### THE PARTIES

74.    LTC is a Delaware corporation having a principal place of business at 1630 McCarthy Blvd., Milpitas, California 95035.

75.    Upon information and belief, Analog is a Delaware corporation having a principal place of business at Three Technology Way, Norwood, Massachusetts 02062.

### JURISDICTION AND VENUE

76.    These Counterclaims arise under the patent laws of the United States, Title 35 of the United States Code.  This Court has subject matter jurisdiction over these Counterclaims pursuant to 28 U.S.C. §§ 1331 and 1338(a).

77.    Venue is proper in this Judicial District by virtue of Analog having invoked the jurisdiction of this Court by the filing of its Complaint and First Amended Complaint, and pursuant to 28 U.S.C. § 1400(b).

### FACTS

78.    LTC is the owner by assignment of U.S. Patent No. 5,481,178, entitled "Control Circuit And Method For Maintaining High Efficiency Over Broad Current Ranges In A Switching Regulator Circuit," which duly and legally issued January 2, 1996.  A true copy of the '178 patent is attached hereto as Exhibit A.

79.    LTC is the owner by assignment of U.S. Patent No. 5,731,694, entitled "Control Circuit And Method For Maintaining High Efficiency Over Broad Current Ranges In A Switching Regulator Circuit," which duly and legally issued March 24, 1998.  A true copy of the '694 patent is attached hereto as Exhibit B.

80.    LTC is the owner by assignment of U.S. Patent No. 5,994,885, entitled "Control Circuit And Method For Maintaining High Efficiency Over Broad Current Ranges In A Switching Regulator Circuit," which duly and legally issued November 30, 1999.  A true copy of the '885 patent is attached hereto as Exhibit C.

81.    LTC is the owner by assignment of U.S. Patent No. 6,304,066, entitled "Control Circuit And Method For Maintaining High Efficiency Over Broad Current Ranges In A Switching Regulator Circuit," which duly and legally issued October 16, 2001.  A true copy of the '066 patent is attached hereto as Exhibit D.

82.    LTC is the owner by assignment of U.S. Patent No. 6,580,258, entitled "Control Circuit And Method For Maintaining High Efficiency Over Broad Current Ranges In A Switching Regulator Circuit," which duly and legally issued June 17, 2003.  A true copy of the '258 patent is attached hereto as Exhibit E.

83.    LTC is the owner by assignment of U.S. Patent No. 6,144,194, entitled "Polyphase Synchronous Switching Voltage Regulators," which duly and legally issued November 7, 2000.  A true copy of the '194 patent is attached hereto as Exhibit F.

84.    LTC is the owner by assignment of U.S. Patent No. 6,100,678, entitled "Single Package Pin Providing Soft-Start And Short-Circuit Timer Functions In A Voltage Regulator Controller," which duly and legally issued August 8, 2000.  A true copy of the '678 patent is attached hereto as Exhibit G.

85.    LTC is the owner by assignment of U.S. Patent No. 5,212,618, entitled "Electrostatic Discharge Clamp Using Vertical NPN Transistor," which duly and legally issued May 18, 1993.  A true copy of the '618 patent is attached hereto as Exhibit H.

## COUNT I

### (Infringement of '178 Patent)

86.    LTC repeats and reavers paragraphs 74-85 of these Counterclaims.

87.    On information and belief, Analog has infringed and is continuing to infringe the '178 patent by making, using, selling, offering for sale, and/or importing, and by actively inducing and contributing to others' using, selling, offering to sell and/or importing, at least the ADP1148, ADP3020, ADP3025, ADP3026, ADP3205, ADP3153, ADP3154, ADP3155, ADP3156, ADP3157, and ADP3051 families of products, and will continue to do so unless enjoined by this Court.

88.    LTC has complied with the patent marking statute, 35 U.S.C. § 287, with respect to the '178 patent.  In addition, Analog had actual notice of the '178 patent, but nevertheless infringed the '178 patent.

89.    Analog's infringement, inducement of infringement and contributory infringement of the '178 patent has damaged LTC and, unless Analog is enjoined, will continue to damage LTC in an amount not yet fully determined.

## COUNT II

### (Infringement of '694 Patent)

90.    LTC repeats and reavers paragraphs 74-85 of these Counterclaims.

91.    On information and belief, Analog has infringed and is continuing to infringe the '694 patent by making, using, selling, offering for sale, and/or importing, and by actively inducing and contributing to others' using, selling, offering to sell and/or importing, at least the ADP1147, ADP3088 and ADP3205 families of products, and will continue to do so unless enjoined by this Court.

92.    LTC has complied with the patent marking statute, 35 U.S.C. § 287,

with respect to the '694 patent.

93.    Analog's infringement, inducement of infringement and contributory infringement of the '694 patent has damaged LTC and, unless Analog is enjoined, will continue to damage LTC in an amount not yet fully determined.

## COUNT III

### (Infringement of '885 Patent)

94.    LTC repeats and reavers paragraphs 74-85 of these Counterclaims.

95.    On information and belief, Analog has infringed and is continuing to infringe the '885 patent by making, using, selling, offering for sale, and/or importing, and by actively inducing and contributing to others' using, selling, offering to sell and/or importing, at least the ADP1147, ADP1148, ADP3153, ADP3154, ADP3155, ADP3156, ADP3157, ADP3158/78, ADP3159/79, ADP3170 and ADP3171 families of products, and will continue to do so unless enjoined by this Court.

96.    LTC has complied with the patent marking statute, 35 U.S.C. § 287, with respect to the '885 patent.

97.    Analog's infringement, inducement of infringement and contributory infringement of the '885 patent has damaged LTC and, unless Analog is enjoined, will continue to damage LTC in an amount not yet fully determined.

## COUNT IV

### (Infringement of '066 Patent)

98.    LTC repeats and reavers paragraphs 74-85 of these Counterclaims.

99.    On information and belief, Analog has infringed and is continuing to infringe the '066 patent by making, using, selling, offering for sale, and/or importing, and by actively inducing and contributing to others' using, selling, offering to sell and/or importing,

at least the ADP3020, ADP3025, ADP3026, ADP3205, ADP3153, ADP3154, ADP3155, ADP3156, ADP3157 and ADP3051 families of products, and will continue to do so unless enjoined by this Court.

100.    LTC has complied with the patent marking statute, 35 U.S.C. § 287, with respect to the '066 patent.

101.    Analog's infringement, inducement of infringement and contributory infringement of the '066 patent has damaged LTC and, unless Analog is enjoined, will continue to damage LTC in an amount not yet fully determined.

## COUNT V

### (Infringement of '258 Patent)

102.    LTC repeats and reavers paragraphs 74-85 of these Counterclaims.

103.    On information and belief, Analog has infringed and is continuing to infringe the '258 patent by making, using, selling, offering for sale, and/or importing, and by actively inducing and contributing to others' using, selling, offering to sell and/or importing, at least the ADP1148, ADP3020, ADP3025, ADP3026, ADP3205, ADP3513, ADP3154, ADP3155, ADP3156, ADP3157, ADP3806 families of products, and will continue to do so unless enjoined by this Court.

104.    LTC has complied with the patent marking statute, 35 U.S.C. § 287, with respect to the '258 patent.

105.    Analog's infringement, inducement of infringement and contributory infringement of the '258 patent has damaged LTC and, unless Analog is enjoined, will continue to damage LTC in an amount not yet fully determined.

## COUNT VI

### (Infringement of '194 Patent)

106.    LTC repeats and reavers paragraphs 74-85 of these Counterclaims.

107.    On information and belief, Analog has infringed and is continuing to infringe the '194 patent by making, using, selling, offering for sale, and/or importing, and by actively inducing and contributing to others' using, selling, offering to sell and/or importing, at least the ADP3203, ADP3204, ADP3205, ADP3206, ADP3160/67, ADP3161, ADP3162, ADP3163, ADP3164, ADP3165, ADP3166, ADP3168, ADP3180, ADP3188, ADP3181, ADP3182, ADP3186, ADP1823, ADP3192, ADP3207 families of products, and will continue to do so unless enjoined by this Court.

108.    LTC has complied with the patent marking statute, 35 U.S.C. § 287, with respect to the '194 patent.

109.    Analog's infringement, inducement of infringement and contributory infringement of the '194 patent has damaged LTC and, unless Analog is enjoined, will continue to damage LTC in an amount not yet fully determined.

## COUNT VII

### (Infringement of '678 Patent)

110.    LTC repeats and reavers paragraphs 74-85 of these Counterclaims.

111.    On information and belief, Analog has infringed and is continuing to infringe the '678 patent by making, using, selling, offering for sale, and/or importing, and by actively inducing and contributing to others' using, selling, offering to sell and/or importing, at least the ADP3203, ADP3204, ADP3205, ADP3421, ADP3422, ADP3166, ADP3168, ADP3180, ADP3181, ADP3182, ADP3186, ADP3207 families of products, and will continue to do so unless enjoined by this Court.

112.    LTC has complied with the patent marking statute, 35 U.S.C. § 287, with respect to the '678 patent.

113.    Analog's infringement, inducement of infringement and contributory infringement of the '678 patent has damaged LTC and, unless Analog is enjoined, will continue to damage LTC in an amount not yet fully determined.

## COUNT VIII

### (Infringement of '618 Patent)

114.    LTC repeats and reavers paragraphs 74-85 of these Counterclaims.

115.    On information and belief, Analog has infringed and is continuing to infringe the '618 patent by making, using, selling, offering for sale, and/or importing, and by actively inducing and contributing to others' using, selling, offering to sell and/or importing, at least the ADR390, ADR391, ADR392, ADR395 families of products, and will continue to do so unless enjoined by this Court.

116.    LTC has complied with the patent marking statute, 35 U.S.C. § 287, with respect to the '618 patent.

117.    Analog's infringement, inducement of infringement and contributory infringement of the '618 patent has damaged LTC and, unless Analog is enjoined, will continue to damage LTC in an amount not yet fully determined.

**WHEREFORE**, counterclaim-plaintiff LTC prays for prays for entry of judgment:

A.    That plaintiff LTC is the owner of the '178, '694, '885, '066, '258, '194, '678 and '618 patents and of all rights of recovery thereunder;

B.    That Analog has infringed, actively induced infringement of, and

16

contributed to the infringement of, LTC's 178, '694, '885, '066, '258, '194, '678 and '618 patents;

C.     Preliminarily and permanently enjoining Analog, its respective officers, agents, servants, employees, attorneys, all parent and subsidiary corporations, their assigns and successors in interest, and those persons in active concert or participation with any of them who receive notice of the injunction, including distributors and customers, from infringement of LTC's '178, '694, '885, '066, '258, '194, '678 and '618 patents;

D.     Accounting for damages caused by Analog's infringements, together with pre-judgment and post-judgment interest;

E.     That Analog has willfully infringed, and that said damages be trebled pursuant to 35 U.S.C. § 284;

F.     Declaring this an exceptional case and awarding to LTC its reasonable attorneys' fees pursuant to 35 U.S.C. § 285;

G.     Awarding to LTC its costs and disbursements incurred in this action; and

H.     Awarding to LTC such other and further relief as the Court may deem just.

## <u>DEMAND FOR JURY TRIAL</u>

LTC demands a jury trial on all issues properly triable to a jury in this case.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  Attorneys for defendant Linear Technology
  Corporation

OF COUNSEL:

Robert C. Morgan
Laurence S. Rogers
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY  10020
(212) 596-9000

Mark D. Rowland
Ropes & Gray LLP
525 University Avenue
Suite 300
Palo Alto, CA  94301
(650) 617-4000

August 4, 2006
531588

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that on August 4, 2006 I electronically filed the

foregoing Answer and Counterclaims with the Clerk of the Court using CM/ECF, which will

send notification of such filing(s) to the following:

Kelly E. Farnan
RICHARDS, LAYTON & FINGER

I also certify that copies were caused to be served on August 4, 2006 upon the

following in the manner indicated:

### <u>BY HAND</u>

Kelly E. Farnan
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

*/s/  Karen Jacobs Louden*
klouden@mnat.com

# EXHIBIT A

US005481178A

# United States Patent [19]

## Wilcox et al.

[11] Patent Number: **5,481,178**

[45] Date of Patent: **Jan. 2, 1996**

[54] **CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULATOR CIRCUIT**

[75] Inventors: **Milton E. Wilcox**, Saratoga; **Randy G. Flatness**, Los Gatos, both of Calif.

[73] Assignee: **Linear Technology Corporation**, Milpitas, Calif.

[21] Appl. No.: **36,047**

[22] Filed: **Mar. 23, 1993**

[51] Int. Cl.⁶ ............................................. G05F 1/618
[52] U.S. Cl. ................................. 323/287; 323/224
[58] Field of Search ......................... 323/259, 344, 323/271, 268, 275, 285, 350, 274, 277, 287, 284, 224

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,395,675 | 7/1983 | Toumani | 323/271 |
| 4,578,630 | 3/1986 | Grosch | 323/271 |
| 4,706,177 | 11/1987 | Josephson | 363/24 |
| 5,097,196 | 6/1992 | Schoneman | |
| 5,177,676 | 1/1993 | Inam et al. | 323/285 X |
| 5,184,729 | 2/1993 | Fung et al. | 341/144 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0428377 | 5/1991 | European Pat. Off. . |

### OTHER PUBLICATIONS

"LT1432 5 V High Efficiency Step–Down Switching Regulator Controller," Data Sheet published by Linear Technology Corporation in the *1992 Linear Databook Supplement*, Milpitas, Calif. , pp. 4–145 to 4–171.

"Max 782/Max 786 Notebook Computer Power Supplies," Advance Information Data Sheet published by Maxim Integrated Products, Feb. 1993, Sunnyvale, Calif., pp. 1–8.

"ML4873 Battery Power Control IC," Advance Information Data Sheet published by Micro Linear Corporation, dated Mar. 15, 1993, San Jose, Calif., pp. 1–8.

*Primary Examiner*—Peter S. Wong
*Assistant Examiner*—Shawn Riley
*Attorney, Agent, or Firm*—Fish & Neave; Mark D. Rowland; Robert W. Morris

[57]          **ABSTRACT**

A circuit and method for controlling a switching voltage regulator having (1) a switch including one or more switching transistors and (2) an output adapted to supply current at a regulated voltage to a load including an output capacitor. The circuit and method generates a control signal to turn said one or more switching transistors OFF under operating conditions when the voltage at the output is capable of being maintained substantially at the regulated voltage by the charge on the output capacitor. Such a circuit and method increases the efficiency of the regulator circuit particularly at low average current levels.

**57 Claims, 10 Drawing Sheets**





FIG. 1

PRIOR ART



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10

5,481,178

1

## CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULATOR CIRCUIT

### BACKGROUND OF THE INVENTION

The present invention relates to a switching regulator circuit. More particularly, the present invention relates to a control circuit and method for maintaining high efficiency over broad current ranges in a switching regulator circuit.

The purpose of a voltage regulator is to provide a predetermined and constant output voltage to a load from a poorly-specified and fluctuating input voltage source. Generally, there are two different types of regulators: series regulators and switching regulators.

The series regulator employs a pass element (e.g., a power transistor) coupled in series with a load and controls the voltage drop across the pass element in order to regulate the voltage which appears at the load. In contrast, the switching regulator employs a switch (e.g., a power transistor) coupled either in series or parallel with the load. The regulator controls the turning ON and turning OFF of the switch in order to regulate the flow of power to the load. The switching regulator employs inductive energy storage elements to convert the switched current pulses into a steady load current. Thus, power in a switching regulator is transmitted across the switch in discrete current pulses, whereas in a series regulator, power is transmitted across the pass element as a steady current flow.

In order to generate a stream of current pulses, switching regulators typically include control circuitry to turn the switch on and off. The switch duty cycle, which controls the flow of power to the load, can be varied by a variety of methods. For example, the duty cycle can be varied by either (1) fixing the pulse stream frequency and varying the ON or OFF time of each pulse, or (2) fixing the ON or OFF time of each pulse and varying the pulse stream frequency.

Which ever method is used to control the duty cycle, switching regulators are generally more efficient than series regulators. In series regulators, the pass element is generally operated in its linear region where the pass element conducts current continuously. This results in the continuous dissipation of power in the pass transistor. In contrast, in switching regulators, the switch is either OFF, where no power is dissipated by the switch, or ON in a low impedance state, where a small amount of power is dissipated by the switch. This difference in operation generally results in reduced amounts of average power dissipation in switching regulators.

The above difference in efficiency can be more apparent when there is a high input-output voltage difference across the regulator. For example, it would not be unusual for a series regulator to have an efficiency of less than 25 percent when a switching regulator could perform an equivalent function with an efficiency of greater than 75 percent.

Because of their improved efficiency over series regulators, switching regulators are typically employed in battery-operated systems such as portable and laptop computers and hand-held instruments. In such systems, when the switching regulator is supplying close to the rated output current (e.g., when a disk or hard drive is ON in a portable or laptop computer), the efficiency of the overall circuit can be high. However, the efficiency is generally a function of output current and typically decreases at low output current. This reduction in efficiency is generally attributable to the losses

2

associated with operating the switching regulator. These losses include, among others, quiescent current losses in the control circuitry of the regulator, switch losses, switch current losses and inductor/transformer winding and core losses.

The reduction in efficiency of a switching regulator at low output current can become important in battery-operated systems where maximizing battery lifetime is desirable.

In view of the foregoing, it would be desirable to provide a high efficiency switching regulator.

It would also be desireable to provide a control circuit and method for maintaining high efficiency over broad current ranges, including low output currents, in a switching regulator circuit.

### SUMMARY OF THE INVENTION

It is therefore an object of the present invention to provide a high efficiency switching regulator.

It is also an object of the present invention to provide a control circuit and method for maintaining high efficiency over broad current ranges, including low output currents, in a switching regulator circuit.

In accordance with these and other objects of the invention, there is provided a circuit and method for controlling a switching voltage regulator having (1) a switch including one or more switching transistors and (2) an output adapted to supply current at a regulated voltage to a load including an output capacitor. The circuit and method generates a control signal to turn the one or more switching transistors OFF under operating conditions when the voltage at the output is capable of being maintained substantially at the regulated voltage by the charge on the output capacitor (e.g., during low output currents). During such periods of time, the load does not consume power from the input power source. Therefore, the regulator efficiency is increased. If desired, other components in the switching regulator, in addition to switching transistors, can also be intentionally held OFF to conserve additional power. This additional feature of the present invention can further increase the efficiency of the overall regulator circuit.

The circuit and method of the present invention can be used to control various types of switches in switching regulator circuits, including switches that use either one or more power transistors. Additionally, the circuit and method can be used to control switches in various types of switching regulator configurations, including voltage step-down, voltage step-up and polarity-inverting configurations.

Additionally, the circuit and method of the present invention can vary the OFF time of the switching transistor in response to the input and output voltages of the switching regulator. This feature of the present invention reduces the emission of audible noise from the switching regulator during low input voltage conditions. It also reduces the potential for current runaway during short circuits in the output voltage for some regulator configurations.

### BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects and advantages of the present invention will be apparent upon consideration of the following detailed description, taken in conjunction with the accompanying drawings, in which like reference characters refer to like parts throughout, and in which:

5,481,178

3

FIG. 1 is a schematic block diagram of a typical prior art switching regulator circuit employing a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 2 is a schematic block diagram of a switching regulator circuit incorporating a first embodiment of the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 3 is a schematic block diagram of a switching regulator circuit incorporating a second embodiment of the high-efficiency control circuit of the present invention to drive a switch including a switching MOSFET and a switching diode in a step-down configuration;

FIG. 4 is a schematic block diagram of a switching regulator circuit incorporating a "user-activated" embodiment of the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 5 is a schematic block diagram of a switching regulator circuit incorporating the variable OFF-time control circuit of the present invention;

FIG. 6 is a detailed schematic diagram of an embodiment of the variable OFF-time control circuit of FIG. 5;

FIG. 7 is a detailed schematic diagram of an exemplary switching regulator circuit incorporating both the variable OFF-time feature and the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 8 is a schematic block diagram of a switching regulator circuit incorporating a circuit of the present invention for preventing reversals in the polarity of the current in the output inductor of the regulator from drawing power from the load;

FIG. 9 is a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a step-up configuration; and

FIG. 10 is a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a polarity-reversing configuration.

## DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 is a schematic block diagram of a typical prior art switching regulator circuit employing a push-pull switch in a step-down configuration.

Referring to FIG. 1, circuit 10 is used to provide a regulated DC output voltage $V_{OUT}$ at terminal 12 (e.g., 5 volts) for driving load 14 which, for example, may be a portable or laptop computer or other battery-operated system. Circuit 10 operates from an unregulated supply voltage $V_{IN}$ coupled to terminal 14 (e.g., a 12 volt battery). Circuit 10 includes push-pull switch 15, driver circuit 20, output circuit 30 and control circuit 35.

Driver circuit 20 is used to drive push-pull switch 15 which includes two synchronously-switched power MOS-FETS 16 (p-channel) and 17 (n-channel) stacked in series between supply rail $V_{IN}$ and ground. Push-pull switch 15 in conjunction with driver circuit 20 is typically referred to as a "half-bridge" configuration. MOSFETS 16 and 17 are used to alternately supply current to output circuit 30 which

4

includes inductor 32 (L1) and output capacitor 34 ($C_{OUT}$). Output circuit 30 smooths the alternating supply of current so that load 12 is provided a regulated voltage $V_{OUT}$. In order to supply the alternating current, MOSFETS 16 and 17 are respectively driven by P-channel driver 26 and N-channel driver 27, which in turn are both controlled by control circuit 35.

Control circuit 35 includes one-shot circuit 25 which provides an OFF pulse of constant duration (e.g., 2 to 10 microseconds) during which time MOSFET 16 is held OFF and MOSFET 17 is held ON by drivers 26 and 27, respectively. Otherwise, one-shot circuit 25 provides an ON pulse during which time MOSFET 16 is held ON and MOSFET 17 is held OFF. Therefore, one-shot circuit 25 alternately turns MOSFETS 16 and 17 ON and OFF to provide an alternating supply of current to (output circuit 30. The duty cycle of the one-shot circuit 35 is in turn controlled by current amplifier 39.

Control circuit 35 monitors the output voltage $V_{OUT}$ through resistor-divider network $R_1/R_2$ (36A/36B) to provide a feedback voltage $V_{FB}$ proportional to the output voltage $V_{OUT}$. Control circuit 35 also monitors the current $I_L$ through inductor L1 to provide a feedback current $I_{FB}$ proportional to inductor current $I_L$. Circuit 10 operates by controlling inductor current $I_L$ so that the feedback voltage $V_{FB}$ is regulated to be substantially equal to a reference voltage $V_{REF}$ provided by reference circuit 37. With feedback voltage $V_{FB}$ being regulated, the output voltage $V_{OUT}$ is in turn regulated to a higher voltage by the ratio of ($R_1+R_2$) to $R_2$.

Transconductance amplifier 38 is used to compare the feedback voltage $V_{FB}$ to a reference voltage $V_{REF}$. Circuit 10 regulates the output voltage $V_{OUT}$ as follows. During each cycle when switch 15 is "ON", P-MOSFET 16 is turned ON and the current $I_L$ in inductor L1 ramps up at a rate dependent on $V_{IN}-V_{OUT}$. When $I_L$ ramps up to a threshold level set by output 38A of transconductance amplifier 38, current comparator 39 trips and triggers the one-shot OFF pulse, initiating the "OFF" cycle of switch 15. During the "OFF" cycle, one-shot circuit 25 holds P-MOSFET 16 OFF and turns N-MOSFET 17 ON. This in turn causes the current $I_L$ in inductor L1 to ramp down at a rate dependent on $V_{OUT}$. Thus, the duty cycle of the periodic turning OFF of switch 15 is controlled so the current $I_L$ produces a regulated output voltage $V_{OUT}$ at terminal 12.

As the output load current increases, the voltage drop across $R_2$ resistor 36B will decrease. This translates into a small error voltage at input 38B of transconductance amplifier 38 that will cause output 38A to increase, thus setting a higher threshold for current comparator 39. Consequently, current $I_L$ in inductor L1 is increased to the level required to support the load current.

Since the OFF time ($t_{OFF}$) of one-shot circuit 25 is constant, switching regulator circuit 10 has a constant ripple current in inductor L1 (for constant output voltage $V_{OUT}$), but has a frequency which varies with $V_{IN}$. The ripple oscillation frequency is given by the equation:

$$f_{RIP} = (1/t_{OFF})\ [1-(V_{OUT}/V_{IN})]$$

One disadvantage of circuit 10 in FIG. 1 is that the ripple oscillation frequency $f_{RIP}$ may decrease to an audible level with low input voltages $V_{IN}$. This could occur, for example, when a battery powering the switching regulator circuit is nearly discharged. Inductor L1 may then generate and emit noise that can be objectionable to a user of the device employing the regulator circuit.

5,481,178

5

An additional disadvantage of prior art circuit 10 is that the inductor current $I_L$ is not well controlled when the output voltage $V_{OUT}$ is shorted to ground. The basic relationship between inductor current and voltage is given by the equation di/dt=V/L. This means that the rate at which current $I_L$ in inductor L1 decays during the OFF-time depends on the voltage across inductor L1, which is the sum of $V_{OUT}$ and the drain to source voltage, $V_{DS}$, of N-MOSFET 17. During a short, $V_{OUT}$ approaches zero while $V_{DS}$ is also very low, resulting in very little decay of current $I_L$ in inductor L1 during $t_{OFF}$. However, following each OFF cycle, P-MOSFET 16 is turned back ON until current comparator 39 again trips one-shot control circuit 25. Even for the minimum time that P-MOSFET 16 is ON, the current $I_L$ in inductor L1 may increase by more than it can decrease during $t_{OFF}$. This may result in a runaway condition in which the short circuit current may reach destructive levels.

A further disadvantage of prior art circuit 10 results from the constant ripple current in inductor L1. During $t_{OFF}$, current $I_L$ in inductor L1 always ramps down by the same amount regardless of the output current of the regulator. At low output currents this can cause the current in inductor L1 to reverse polarity and, thus, pull power from the load. During the following ON cycle, this current again ramps positive such that the average inductor current equals the load current. Losses associated with this constant ripple current, along with switching losses due to the charging and discharging of switch 15's MOSFET gates, can produce large reductions in efficiency at low output currents. This will be especially the case if the current in inductor L1 reverses and power is pulled from the load to ground through N-MOSFET 17.

A still further disadvantage of prior art circuit 10 concerns the gate drives to P-MOSFET 16 and N-MOSFET 17. Delays are generally incorporated into drivers 26 and 27 to ensure that one power MOSFET turns OFF before the other turns ON. If there is insufficient deadtime between the conduction of the two MOSFETs (due to, for example, device, circuit processing, or temperature variations), current will be passed directly from input supply $V_{IN}$ to ground. This "shoot-through" effect can dramatically reduce efficiency, and in some circumstances, can overheat and destroy the power MOSFETs.

FIG. 2 is a schematic block diagram of a switching regulator circuit incorporating a first embodiment of the high-efficiency control circuit of the present invention for driving a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator circuit 50 includes push-pull switch 15, driver circuit 20 and output circuit 30 similar to those of FIG. 1. Circuit 50 also includes an embodiment 70 of the high-efficiency control circuit of the present invention.

Control circuit 70 includes one-shot circuit 25, current comparator 39 and amplifier 38 similar to those of FIG. 1. However, in addition to those components, control circuit 70 also includes constant current source $I_1$ 72 and hysteretic comparator 74 for providing high efficiency operation at low average current levels.

As will be discussed in greater detail below, constant current source $I_1$ 72 and comparator 74 allow push-pull switch 15 to go into a state of operation where both MOSFETs 16 and 17 are simultaneously OFF under conditions where the output voltage $V_{OUT}$ can be maintained substantially at the regulated voltage $V_{REG}$ by output capacitor $C_{OUT}$. This state of operation is referred to herein as a "sleep mode." The ability of push-pull switch 15 to go into such a sleep mode is in contrast to the regulator circuit of

6

FIG. 1 where one of the two MOSFETs 16 and 17 is substantially ON at all times. This feature of the present invention reduces the regulator circuit power consumption since push-pull switch 15 does not dissipate power or allow power to be pulled from load $R_L$ to ground in sleep mode.

Furthermore, if desired, while push-pull switch 15 is in the above-described sleep mode, the regulator circuit can turn OFF other circuit components which are not needed while the regulator is in sleep mode. For example, for the embodiment of the present invention shown in FIG. 2, one-shot circuit 25, current comparator 39, current source $I_1$ 72 and amplifier 38 can also be turned OFF in sleep mode. This feature of the present invention allows the regulator circuit to operate at even higher efficiencies than otherwise possible if only push-pull switch 15 were maintained in a sleep mode.

At high load current levels (e.g., greater than 20 percent of the maximum rated output current) control circuit 70 operates similar to control circuit 35 of FIG. 1. In FIG. 2, the current feedback $I_{FB}$ is again provided to the non-inverting input of current comparator 39. Offset $V_{OS}$ 76, which preferably is built into amplifier 38, level-shifts feedback voltage $V_{FB}$ slightly below reference voltage $V_{REF}$, thus keeping the output of hysteretic comparator 74 high during high current conditions. When the feedback current $I_{FB}$ exceeds the current supplied to the inverting input of current comparator 39, the output of comparator 39 goes HIGH so as to initiate the switch "OFF" cycle.

During the "OFF" cycle, output 25A of one-shot circuit 25 is HIGH, which turns P-MOSFET 16 OFF and N-MOSFET 17 ON. After a constant time set by one-shot circuit 25, output 25A goes LOW, thus initiating the next "ON" cycle where P-MOSFET 16 ON and N-MOSFET 17 OFF.

In accordance with the present invention, regulator circuit 50 goes into sleep mode at low output current levels as follows. Hysteretic comparator 74 monitors the feedback voltage $V_{FB}$ and goes LOW when $V_{FB}$ exceeds a predetermined voltage value in excess of the reference voltage $V_{REF}$. Such a condition is indicative of the output voltage $V_{OUT}$ exceeding a predetermined voltage value in excess of the regulated voltage $V_{REG}$. This over voltage condition is intentionally induced at low average output currents by providing a constant current source $I_1$ 72 coupled in parallel with amplifier 38. During the over voltage condition both MOSFETs 16 and 17 are maintained OFF by way of AND gate 66 and NAND gate 68.

Constant current source $I_1$ sets a minimum feedback current threshold for current comparator 39. This sets a minimum current required in inductor L1 during each ON cycle to trip comparator 39. In accordance with the present invention, current comparator 39 is intentionally forced to remain ON at current levels that would otherwise cause it to trip. Thus, more current is supplied to inductor L1 than is necessary to maintain the output voltage $V_{OUT}$ at the regulated voltage $V_{REG}$. As a result, $V_{OUT}$ will begin to increase beyond the regulated voltage $V_{REG}$, causing the feedback voltage $V_{FB}$ to trip hysteretic comparator 74 at a predetermined voltage value in excess of $V_{REF}$. When comparator 74 trips, its output goes LOW to turn both MOSFET 16 and 17 OFF to put the regulator circuit into sleep mode.

In the above-described state of operation (i.e., "sleep mode") where MOSFETs 16 and 17 are both simultaneously OFF, the output load 14 is supported substantially by output capacitor $C_{OUT}$. Hysteretic comparator 74 monitors the feedback voltage $V_{FB}$ and when $V_{OUT}$ falls such that $V_{FB}$ has decreased by the amount of the hysteresis in comparator 74, driver circuit 20 is taken out of sleep mode (where

5,481,178

7

MOSFETS 16 and 17 are both driven OFF) so that a new ON cycle is initiated to supply current to load 14. If the load current remains low, $C_{OUT}$ will recharge to a voltage level in excess of $V_{REG}$ and the feedback voltage $V_{FB}$ will again trip comparator 74 after only a few cycles.

Thus, during light loads, control circuit 70 is adapted to turn both MOSFET 16 and MOSFET 17 OFF when they are not needed to maintain the output voltage substantially at the regulated voltage level if the output capacitor $C_{OUT}$ is capable of doing so. When the output voltage falls below the regulated voltage level in such a mode, control circuit 70 is adapted to briefly turn switch 15 ON to recharge the output capacitor $C_{OUT}$ back to a voltage level in excess of the regulated voltage. Therefore, $V_{OUT}$ will oscillate between upper and lower thresholds separated by the comparator 74 hysteresis voltage multiplied by the ratio of $(R_1+R_2)$ to $R_2$. The rate at which the regulator "wakes up" to recharge output capacitor $C_{OUT}$ will automatically adapt to the load current, maintaining high efficiencies even at low output currents.

In accordance with the present invention, control circuit 70 maintains MOSFETS 16 and 17 OFF over periods of time when the output current is low enough to allow the output capacitor $C_{OUT}$ to maintain the output voltage substantially at the regulated voltage. Typically, such periods of OFF time, wherein both MOSFETS 16 and 17 are maintained OFF even though the switching regulator is providing a regulated voltage, can extend from less than 100 microseconds to over a few seconds (respectively corresponding to a few switch cycles to over one-hundred-thousand switch cycles for a switching frequency of 100 kilohertz). Such OFF times typically allow high efficiency to be obtained (e.g., over 90%) over an output current range in excess of 100:1. Because other components in addition to the switching transistors can also be maintained OFF during such periods, even higher efficiencies can typically be obtained.

Control circuit 70 of switching regulator 50 shown in FIG. 2 is used to drive a synchronously-switched switch including MOSFETs 16 and 17. As used herein, the term "synchronously-switched switch" refers to a switch including two switching transistors that are driven out of phase to supply current at a regulated voltage to a load. FIG. 3 shows a second embodiment of the high-efficiency control circuit of the present invention adapted to drive a switch including a switching transistor and a switching diode in a step-down configuration.

As shown in FIG. 3, switching regulator circuit 100 includes switch 115 including P-MOSFET 116 and diode 118. Switch 115 is driven by driver 120 including P-driver 126. The turning-ON and turning-OFF of switch 115 is controlled by control circuit 125. Because control circuit 125 is used to only drive one MOSFET (in contrast to control circuit 70 of FIG. 2), it only has one output terminal 125A (taken from the output of NAND gate 68).

Control circuit 125 includes current comparator 39, amplifier 38, hysteretic comparator 74 and one-shot circuit 25, similar to those shown in control circuit 70 of FIG. 2. As discussed above with respect to FIG. 2, at low average output current levels, constant current source $I_1$ 72 is used to intentionally overdrive the current supplied to inductor L1 so as to cause the output voltage $V_{OUT}$ to increase beyond the regulated voltage level $V_{REG}$ where the output can be supported substantially by output capacitor $C_{OUT}$ for extended periods of time. During these extended time periods, P-MOSFET 116 is maintained OFF in a sleep mode so as to increase circuit efficiency.

8

As discussed above, control circuits 70 and 125 of FIGS. 2 and 3, respectively, provide high-efficiency operation at low average output current levels. Such operation adapts automatically to the output current level. For example, at high output current levels during a first state of operation the switch continually alternates between an ON state and an OFF state to maintain the output voltage $V_{OUT}$ at the regulated voltage level $V_{REG}$. At low output current levels during a second state of operation, where circuit efficiency would otherwise be low, the output voltage $V_{OUT}$ is able to be maintained substantially at the regulated voltage level $V_{REG}$ by output capacitor $C_{OUT}$ without continuously turning the switch ON and OFF. Thus, the control circuit automatically identifies such a condition and allows the regulator circuit to go into a "sleep" mode where a minimal number of circuit components are required to be ON.

In accordance with another feature of the present invention, a regulator circuit can also incorporate a "user activated" embodiment of the control circuit of the present invention where a user input controls whether the regulator circuit is in a "sleep" mode or not. FIG. 4 is a schematic block diagram of a switching regulator circuit incorporating such a "user-activated" embodiment of the high-efficiency control circuit of the present invention for driving a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator circuit 150 in FIG. 4 includes push-pull switch 15, driver 20, output circuit 30 similar to those in circuit 50 of FIG. 2. Control circuit 170 of regulator circuit 150 includes one-shot circuit 25, current comparator 39 and amplifier 38 also similar to those in circuit 50 of FIG. 2. In contrast to FIG. 2, switch 175 (including switches 176 and 178) is used to manually switch regulator circuit 150 into a sleep mode through user input 175A, which may be a control signal from some other type of control circuit (not shown). Upon the closing of switch 175, switches 176 and 178 both close.

Switch 176 is used to turn N-driver 27 OFF in sleep mode by grounding input 66A of AND gate 66 (which normally is held HIGH by resistor 67 coupled to a positive supply). Switch 178 is used to introduce positive feedback, and therefore hysteresis, into amplifier 38 so as to allow control circuit 170 to maintain the output voltage $V_{OUT}$ substantially at the regulated voltage level $V_{REG}$ in sleep mode. (Resistor $R_{HYS}$, coupled between resistor 37 and the non-inverting input of transconductance amplifier 38, is used to assist in feeding back the output of amplifier 38 into the non-inverting input of amplifier 38.)

Switch 178 allows amplifier 38 to overdrive the supply of current to inductor L1 (through P-MOSFET 16) so as to intentionally drive the output voltage $V_{OUT}$ to a predetermined level in excess of the regulated voltage level $V_{REG}$. After being driven to such voltage level, the hysteresis in amplifier 38 maintains P-driver 26 OFF until the feedback voltage $V_{FB}$ falls by at least the hysteresis voltage. At that point, output 39A of current amplifier 39 goes HIGH to trigger one-shot circuit 25 so that P-MOSFET 16 is turned ON to re-charge the output capacitor $C_{OUT}$ to the predetermined voltage level in excess of the regulated voltage level $V_{REG}$.

AS discussed above, control circuit 170 periodically wakes up during sleep mode to turn P-MOSFET 16 ON to recharge the output capacitor $C_{OUT}$. It will be apparent to those of ordinary skill in art that although N-MOSFET 15 is maintained OFF during such wake-up periods, this does not have to be the case. For example, while control circuit 170 is recharging output capacitor $C_{OUT}$, such recharging could

5,481,178

9

be accomplished by alternately turning the switching transistors OFF so as to vary the duty cycle and thereby recharge the output regulator capacitor $C_{OUT}$.

Thus, regulator circuit 150 operates to increase efficiency at low current levels as in regulator circuit 50 of FIG. 2 if a user manually activates a switch. However, in contrast to regulator circuit 50 of FIG. 2, regulator circuit 150 does not automatically adapt to the output current levels. For example, circuit 150 does not take itself out of sleep mode as the average output current increases—it relies upon user deactivation.

As discussed above, the embodiments of the control circuits of the present invention shown in FIGS. 2–4 include one-shot circuit 25. In accordance with another feature of the present invention, the one-shot circuit could be replaced with other types of circuits that control the duty cycle of the power switch. For example, one-shot circuit 25 could be replaced with a pulse-width modulator circuit that provides a pulse-width modulated signal in response to a control signal. Of course, other types of circuits could be used as well.

In accordance with another feature of the present invention, one-shot circuit 25, which provides a constant OFF-time signal, could be replaced with a one-shot circuit that provides a variable OFF-time control signal dependent upon the output voltage ($V_{OUT}$) and the input voltage ($V_{IN}$). This feature of the present invention can be used to reduce the generation and emission of audible noise from inductor L1 at low input voltages. As discussed above, such noise is associated with oscillation in the inductor current. Furthermore, this feature of the present invention can also be used to control the short circuit current if the output is short circuited.

FIG. 5 is a schematic block diagram of an exemplary switching regulator circuit incorporating the variable OFF-time control circuit of the present invention.

Switching regulator circuit 200 includes push-pull switch 15, driver circuit 20, current feedback circuit 210, voltage feedback circuit 220, feedback control circuit 230 and variable OFF-time circuit 240. Feedback control circuit 230 monitors the output current and output voltage through inputs 232 and 234, respectively, and provides a trigger signal at terminal 236 to initiate the OFF cycle of switch 15. Variable OFF-time circuit 240 is used to control the OFF time as follows.

Circuit 240 includes one-shot generator 245 which is triggered by feedback control circuit 230 through terminal 236. One-shot generator 245 includes an additional terminal 245A coupled to control capacitor ($C_{CON}$) 246 whose voltage is monitored by generator 245. In accordance with the present invention, OFF-time control circuit 250 controls the discharging of capacitor $C_{CON}$, and thus the capacitor voltage, so as to in turn control the OFF time of generator 245. OFF-time control circuit 250 monitors the input and output voltages ($V_{IN}$ and $V_{OUT}$) and, depending upon their values, adjusts the OFF time accordingly.

In accordance with the present invention, if the input voltage $V_{IN}$, decreases so that the inductor L1 oscillation frequency $f_{RIP}$ discussed above falls into an audible range, the OFF time is decreased so that $f_{RIP}$ will accordingly increase out of an audible range. Also, if the output voltage $V_{OUT}$ decreases due to a short circuit so that the voltage across inductor L1 is too low to allow adequate decay in inductor current during the OFF cycle, the OFF time is increased so as to avoid a current runaway condition.

10

In the present embodiment the discharging of control capacitor $C_{CON}$ is regulated by controlling the magnitude of control current $I_{CON}$. For example, at low input voltages $I_{CON}$ is increased by OFF-time control circuit 250 so that the voltage on control capacitor $C_{CON}$ rapidly falls. When the control capacitor voltage falls below a predetermined value, the ON cycle of switch 15 is initiated. Additionally, at low output voltages $I_{CON}$ is decreased by OFF-time control circuit 250 so that the voltage on control capacitor $C_{CON}$ slowly decays to lengthen the OFF time.

Although switching regulator circuit 200 shown in FIG. 5 relies upon a particular circuit for discharging a capacitor to control the OFF time, it is apparent that other circuits for performing this same function in response to the input and output voltages can also be used. For example, if desired, an operational amplifier could be used to control the OFF-time.

Thus, a one-shot circuit has been discussed which provides a variable OFF-time control signal that adapts to the input and output voltage levels. This feature of the present invention is used to reduce the generation and emission of audible noise from the regulator circuit at low input voltage levels (i.e., reduce $t_{OFF}$ at low input voltages) and to limit the short circuit current if the output is short circuited (i.e., increase $t_{OFF}$ at low output voltages).

FIG. 6 is a detailed schematic diagram of an exemplary embodiment of the variable OFF-time control circuit of FIG. 5.

OFF-time control circuit 250 accepts as inputs $V_{IN}$ and $V_{OUT}$ at terminals 252 and 254, respectively, and provides an output $I_{CON}$ at terminal 256. As discussed above, $I_{CON}$ provides for the controlled discharging of a control capacitor $C_{CON}$ coupled to terminal 256. Control circuit 250 controls the magnitude of $I_{CON}$, and therefore controls the time it takes control capacitor $C_{CON}$ to discharge. Control circuit 250 includes current source 260 (for providing current $I_{CN2}$), current source 270 (for providing current $I_{CN1}$), current compensation circuit 280 and current mirror output circuit 295. Control circuit 250 works as follows.

Current mirror circuit 295 is a current mirror circuit including transistor 296 and transistor 298 (having its gate 298A connected to its drain 298B). Circuit 295 accepts a controlled reference current $I_{CREF}$ at input 295A and provides a proportional output current $I_{CON}$ related to the aspect ratios of transistor 296 and 298 (as in conventional current mirror circuits). In accordance with the present invention, $I_{CREF}$ will be equal to either $I_{CN1}$ or ($I_{CN1}+I_{CN2}$) depending upon voltages $V_{IN}$ and $V_{OUT}$ on input terminals 252 and 254, respectively.

When $V_{IN}-V_{OUT}$ is greater than 1.5 volts, transistor 262 conducts sufficient current (from transistor 264 and current supply $I_s$) to hold transistor 266 OFF. With transistor 266 OFF, current $I_{CN2}$ will be zero and current $I_{CREF}$ will therefore be equal to current $C_{CN1}$ provided at output terminal 270A of current source 270.

Current $I_{Cn1}$ is supplied by a current mirror circuit composed of transistor 272 and transistor 274 (having its gate 274A connected to its drain 274B). In accordance with the present invention, the reference current $I_{CN1REF}$ flowing from transistor 274 will be equal to either $I_{CN1A}$ or ($I_{CN1A}+I_{CN1B}$), depending upon whether transmission gate 282 is open or closed, respectively.

Transmission gate 282 is controlled by comparator 284 and will be OPEN when $V_{OUT}$ is less than $V_{TH3}$. Under OPEN conditions, $I_{CN1REF}$ will be equal to $I_{CN1A}$ which goes to the collector of transistor 276. This current is derived by dividing $V_{OUT}$ by the output divider (composed of resistors 271 and 273) to produce voltage $V_{FBi}$ (at the base of

5,481,178

11

transistor 279). Voltage $V_{FB1}$ is then level shifted up by the base-emitter voltage of transistor 279 and then down by the base-emitter voltage of transistor 276 where it appears across emitter resistor 278. The resulting transistor 276 collector current is then proportional to the output voltage $V_{OUT}$, causing control capacitor $C_{CON}$ to be discharged at a rate which is proportional to the discharge rate of the current in inductor L1.

Thus, when the output voltage $V_{OUT}$ is low, such as during a fault or start-up condition, $t_{OFF}$ will be lengthened to allow the additional time required for the current to ramp down in inductor L1.

When the output voltage $V_{OUT}$ is greater than $V_{TH3}$, the output of comparator 284 closes transmission gate 282 to couple an additional compensation current $I_{CN1B}$ is to the drain of transistor 274 to provide current compensation through current compensation circuit 280. Compensation current $I_{CN1B}$ is equal to current $I_{TRIM}$ minus the drain current of transistor 286. Transistors 286 and 288 serve to mirror the collector current in transistor 290 (which is derived in a similar manner to the collector current in transistor 276 discussed above, except that voltage $V_{REF}$ is used instead of voltage $V_{FB1}$).

Compensation current $I_{CN1B}$ has two purposes: 1) to serve as a trimming current to set a desired control current $I_{CON}$ when the output voltage $V_{OUT}$ is substantially at its regulated level, and 2) to maintain a substantially constant control current $I_{CON}$ over a wide range of operating temperatures. During typical circuit manufacturing, variations in the resistance of resistor 278 would normally cause control current $I_{CON}$ to be larger or smaller than desired. By trimming $I_{TRIM}$ while in production, compensation current $I_{CN1B}$ can be adjusted to add or subtract from the collector current ($I_{CN1A}$) of transistor 276 as required to provide a predetermined control current $I_{CON}$. Additionally, if resistors 278 and 292 are matched (i.e., designed and fabricated similarly), then control current $I_{CON}$ variations due to the temperature variation of the resistance of resistor 278 will be substantially cancelled by a corresponding change in the resistance of resistor 292.

If the output voltage $V_{OUT}$ is less than voltage $V_{TH3}$, the output of comparator 284 opens transmission gate 282 and thus inhibits current compensation. This ensures that control current $I_{CON}$ will approach zero as the output voltage $V_{OUT}$ approaches zero, thus guaranteeing control of the inductor current $I_L$ during an output short circuit.

When $V_{IN}$ falls to the point that $V_{IN}-V_{OUT}$ is less than 1.5 volts, the current in transistor 262 no longer holds transistor 266 OFF. As $V_{IN}$ decreases further, transistor 266 adds additional current ($I_{CN2}$) into current mirror output transistor 295, thereby increasing control current $I_{CON}$ and, thus, reducing $t_{OFF}$. This in turn stabilizes the operating frequency as $V_{IN}$ decreases, reducing potential audibility problems. Current source $I_7$ determines the maximum current that transistor 266 adds to control current $I_{CON}$.

Thus, when $V_{IN}$ falls so that $V_{IN}-V_{OUT}$ is less than 1.5 volts (e.g., when a battery is nearly discharged), $t_{OFF}$ will be reduced to increase the oscillation frequency of the regulator circuit so that the generation and emission of audible noise is reduced.

Although variable OFF-time control circuit 250 was discussed above with respect to a regulator circuit which includes push-pull switch 15 and driver 20, it will be apparent that the variable OFF-time feature of the present invention could be used in other regulators as well. For example, this feature could also be used in the regulator circuits of FIGS. 3 and 4 and other circuits that employ one-shot generators to provide a regulated voltage.

12

FIG. 7 is a detailed schematic block diagram of an exemplary switching regulator circuit incorporating both the variable OFF-time feature and the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator 300 includes push-pull switch 15, driver 20, output circuit 30 and control circuit 350. Control circuit 350 includes one-shot generator 245, variable OFF-time control circuit 250 for controlling the OFF cycle time and comparator 74 for providing high-efficiency operation at low average output current levels. Switching regulator 300 works as follows.

When the load current exceeds, for example, approximately 20 percent of the maximum output current, the loop operates in a continuous mode wherein comparator 74 does not override output 245A of one-shot generator 245. With $V_{IN}-V_{OUT}$ greater than 1.5 V, operation is substantially similar to that described for FIG. 1. The inductor current is sensed by means of the voltage drop across resistor $R_{SENSE}$, and the threshold for the current comparator 39 is set by the voltage drop across resistor $R_3$. Built-in offset $V_{OS}$ (e.g., about 10 mv) levelshifts feedback voltage $V_{FB}$ slightly below reference voltage $V_{REF}$, thus keeping the output of comparator 74 HIGH in this mode. When the voltage across resistor $R_{SENSE}$ exceeds the threshold across resistor $R_3$, the output of comparator 39 goes HIGH and the RBAR input of RS flip-flop 310 goes LOW, resetting RS flip-flop 310 and, thus, initiating the switch OFF cycle.

During the OFF cycle, switch signal $V_{SWB}$ is HIGH, which turns P-MOSFET 16 OFF, N-MOSFET 17 ON and allows $I_{CON}$ to discharge control capacitor $C_{CON}$. The OFF time, $t_{OFF}$, is in turn determined by the time it takes control capacitor $C_{CON}$ to discharge from its initial voltage to voltage $V_{TH1}$, coupled to the non-inverting input of comparator 312. When control capacitor $C_{CON}$ discharges to voltage $V_{TH1}$, the output of comparator 312 goes LOW, thus setting RS flip-flop 310 and initiating the next ON cycle. Voltage $V_{TH1}$ is higher than voltage $V_{TH2}$, thus causing the output of comparator 315 to remain LOW in the continuous mode.

In accordance with present embodiment, the OFF time is controlled by variable OFF-time control circuit 250 described above with respect to FIGS. 5 and 6. Accordingly, circuit 250 includes inputs 252 and 254 coupled to $V_{IN}$ and $V_{OUT}$, respectively, to monitor those voltages.

current source $I_1$ sets a minimum voltage threshold across resistor $R_3$ for current comparator 39. This sets a minimum current required in inductor L1 during each ON cycle to trip comparator 39. If the resulting average inductor current flowing to the output is greater than the load current, then output voltage $V_{OUT}$ will begin to increase, causing feedback voltage $V_{FB}$ to trip the hysteretic comparator 74. Of course, the inductance of inductor L1 and OFF time $t_{OFF}$ are preferably chosen so that the inductor ripple current is not below zero when such tripping occurs. When comparator 74 trips, its output goes LOW and overrides the Q output of RS flip-flop 310, immediately switching switch signal $V_{SWB}$ high. As discussed above, this automatically initiates the beginning of the "sleep" mode of operation.

In sleep mode, capacitor $C_{CON}$ discharges as before, but does not initiate a new switch ON cycle when comparator 312 trips. As discussed above, this is because until feedback voltage $V_{FB}$ has fallen by the amount of hysteresis in comparator 74, the LOW at output 74A forces switch signal $V_{SWB}$ to remain HIGH through NAND gate 316. Accordingly, control capacitor $C_{CON}$ continues to discharge below voltage $V_{TH2}$, causing output 315A of comparator 315 to go

5,481,178

**13**

HIGH. This in turn causes the N-MOSFET 17 as well as the P-MOSFET 16 to be turned OFF. In addition, unused circuit components such as amplifier 38 and comparators 39 and 312 are also turned OFF when the regulator circuit is in sleep mode. As discussed above, this decreases bias currents substantially during sleep mode, further increasing efficiency at low output current levels.

During the extended off times in sleep mode, much of the regulator and both MOSFETS 16 and 17 are turned off, and the output load is supported substantially by output capacitor $C_{OUT}$. However, when the output voltage $V_{OUT}$ falls such that the feedback voltage $V_{FB}$ has decreased by the amount of hysteresis in comparator 74, all circuit components are again turned on and a new ON cycle is initiated to supply current to the output. If the load current remains low, output capacitor $C_{OUT}$ will recharge, and the feedback voltage $V_{FB}$ will again trip comparator 74 after only a few switch cycles. Thus, during light load conditions, the output voltage $V_{OUT}$ will oscillate between upper and lower thresholds values, as discussed above.

Whenever P-MOSFET 16 is ON, its gate-to-source voltage also appears across MOSFET 334, turning MOSFET 334 ON. This pulls the drain of MOSFET 334 HIGH, and inhibits N-drive 27. Following a LOW-to-HIGH $V_{SWB}$ transition, the voltage on the gate of P-MOSFET 16 must rise to a level where MOSFET 334 is conducting less than current source 335 before the drain voltage of MOSFET 334 falls and allows the N-MOSFET 17 to be turned ON. Current $I_{M1}$ is purposely made small so that the gate of MOSFET 334 must rise to within 2 volts of the input voltage $V_{IN}$ before the drive is enabled, ensuring that the P-MOSFET is completely OFF when N-MOSFET 17 turns ON. In a similar manner, MOSFET 332 and current source $I_{M2}$ 333 ensure that the N-MOSFET 17 is completely OFF when the P-MOSFET 16 turns ON. This prevents simultaneous conduction regardless of the driver speeds or MOSFET sizes, ensuring maximum possible efficiency. This feature of the present embodiment is discussed in more detail in commonly-assigned U.S. patent application Ser. No. 07/893,523, filed Jun. 4, 1992, now U.S. Pat. No. 5,365,118, which is hereby incorporated by reference in its entirety. If desired, the control circuit of the present invention can also include circuitry for accommodating transient switch signals as described in copending commonly-assigned U.S. patent application Ser. No. 08/035, 423, filed concurrently herewith , now U.S. Pat. No. 5,408, 150, which is also hereby incorporated by reference in its entirety.

Schottky diode D2 coupled across N-MOSFET 17 shown in FIG. 7 only conducts during the deadtime between the conduction of MOSFETS 16 and 17. Diode D2's purpose is to prevent the body diode of N-MOSFET 17 from turning on and storing charge during the deadtime, which could reduce efficiency (e.g., by approximately 1 percent) in some cases. Diode D2 preferably is selected with a forward voltage of less than about 0.5 volts when conducting the maximum output current.

In accordance with the present invention, the control circuit shown in FIG.7, when incorporated into a 5-volt synchronous step-down switching regulator, is capable of achieving over 90 percent efficiency (for an input voltage of approximately 10 volts) while the output current varies over two orders of magnitude (e.g., 20 mA to 2 A). Under some operating conditions (e.g., for an input voltage of 6 volts) efficiencies of over 95 percent can be maintained over such current levels. Such a control circuit is particularly useful in notebook and palm-top computers, portable instruments, battery-operated digital devices, cellular telephones, DC power distributions systems and GPS systems.

**14**

As discussed above with respect to FIG. 1, a disadvantage of prior art control circuit 10 is that at low output currents the current in inductor L1 may reverse polarity if during $t_{OFF}$ the current ramps down too much. This may result in power being pulled from the load to ground, through N-MOSFET 17, with an associated reduction in circuit efficiency. In accordance with a still further feature of the present invention, the control circuit can include a circuit for turning OFF the N-MOSFET to prevent such power from being pulled from the load if the inductor current reverses polarity.

FIG. 8 is a schematic block diagram of an exemplary switching regulator circuit incorporating a circuit of the present invention for preventing reversals in the polarity of the current in the output inductor of the regulator from drawing power from the load.

Switching regulator 400 includes push-pull switch 15, driver circuit 20 and output circuit 30 similar to those of FIG. 1. Circuit 400 also includes an embodiment 470 of the high-efficiency control circuit of the present invention for preventing reversals in the polarity of output inductor L1 current from drawing power from the load.

Control circuit 470 includes one-shot circuit 25, current comparator 39 and transconductance amplifier 38 similar to those of FIG. 1. In addition to those components, control circuit 470 also includes comparator 471 and gate 472 for preventing reversals in inductor current polarity from drawing power from the load at low average current levels. Control circuit 470 works as follows.

When output 25a of one-shot circuit goes HIGH to turn P-MOSFET 16 OFF and N-MOSFET 17 ON, the inductor current $I_L$ begins to ramp down. During low average output currents, this current may ramp down towards zero and, eventually, may go negative. Control circuit 470 works by monitoring the inductor current $I_L$, through current feedback signal $I_{FB2}$, and turns N-MOSFET 17 OFF before such current reversals can occur. This prevents N-MOSFET 17 from drawing power from the load to ground.

Comparator 471 includes an input 471a adapted to monitor inductor current $I_L$ by way of current feedback signal $I_{FB2}$. When current feedback signal $I_{FB2}$ falls below current $I_4$ applied to input 471b of comparator 471, comparator output 471c goes LOW and, therefore, turns N-MOSFET 17 OFF by way of NAND gate 472. The turning OFF of N-MOSFET 17 prevents current reversals in inductor current $I_L$ from drawing power from load 14 to ground through N-MOSFET 17.

After N-MOSFET 17 is turned OFF, it will again be allowed to turn ON as soon as feedback current $I_{FB2}$ exceeds current $I_4$ to cause comparator output 471c to go HIGH. Generally, comparator output 471c will again go HIGH after one-shot circuit 25 turns P-MOSFET 16 ON, which, in turn, causes the inductor current $I_L$ to again ramp up. Such ramping up will allow current feedback signal $I_{FB2}$ to exceed $I_4$ and, therefore, cause comparator output 471c to go HIGH. While comparator 471c is HIGH, one-shot circuit 25 solely controls the turning ON of N-MOSFET 17.

Thus, control circuit 470 includes circuitry for intentionally holding N-MOSFET 17 OFF during periods when current reversals would otherwise allow power to be drawn from the load. This feature of the present invention can increase circuit efficiency at low average output current levels when current reversals are most like to occur.

It will be apparent to those of ordinary skill in the art that although comparator 471 monitors the inductor current $I_L$ through feedback current $I_{FB2}$, other means of detecting current reversals in the inductor current $I_L$ could be used as well. For example, comparator 471 could monitor current feedback signal $I_{FB1}$ just as well so that only one type of

5,481,178

15

current feedback signal is employed in control circuit 470. Additionally, many others means of generating a feedback signal indicative of current reversal in inductor current $I_L$ could be used as well (see, e.g., resistor $R_{SENSE}$ in FIG. 7).

The high-efficiency control circuit of the present invention was discussed above with respect to FIGS. 1–8 wherein the switching regulator was configured in a voltage step-down configuration. It will be apparent that the control circuit of the present invention could be used in other configurations as well. For example, FIG. 9 shows a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a voltage step-up configuration.

Switching regulator 500 includes synchronously-switched switch 15' wherein the drains of P-channel MOS-FET 16 and N-channel MOSFET 17 are coupled together and to one side of inductor L1. The other side of inductor L1 is coupled to input $V_{IN}$. Control circuit 70 drives driver circuit 20' including inverting P-driver 26' and inverting N-driver 27', which in turn drive P-channel MOSFET 16 and N-channel MOSFET 17, respectively.

Thus, as shown in FIG. 9, the control circuit of the present invention can be used in switching configurations wherein an input voltage $V_{IN}$ is stepped up to a regulated output voltage $V_{OUT}$. As is the case with the step-down configurations shown in FIGS. 2–8, the control circuit of FIG. 9 can be used in other types of step-up configurations as well. For example, one-shot circuit 25 shown in FIG. 9 can include an additional input for monitoring the input voltage $V_{IN}$ to reduce the generation and emission of audible noise from inductor L1 at low input voltages as discussed above with respect to FIGS. 5 and 6. Also, switching regulator 500 can include circuitry to hold P-MOSFET 16 OFF during periods when the polarity of inductor current $I_L$ would otherwise reverse, as discussed above with respect to FIG. 8.

FIG. 10 shows a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a voltage polarity-inversing configuration.

Switching regulator 600 includes switch 15'' wherein the drain of P-channel MOSFET 16 is coupled to one side of inductor L1 and to $V_{OUT}$ through diode D601. The other side of inductor L1 is coupled to ground. The source of P-channel MOSFET 16 is coupled to the positive input voltage $V_{IN}$. Control circuit 70' drives driver circuit 20'' including P-driver 26 which, in turn, drives P-channel MOSFET 16.

Control circuit 70' operates substantially similar to control circuit 70 discussed above except for the following. Voltage feedback to control circuit 70' is provided by resistors R1 and R2 and amplifier 602. Amplifier 602 inverts the negative polarity voltage at $V_{OUT}$ to provide a positive polarity feedback voltage to control circuit 70'.

Thus, as shown in FIG. 10, the control circuit of the present invention can be used in switching configurations wherein an input voltage $V_{IN}$ is inverted to a regulated output voltage of opposite polarity $V_{OUT}$. As is the case with the step-down configurations shown in FIGS. 2–8, the control circuit of FIG. 10 can be used in other types of polarity-inversing configurations as well. For example, one-shot circuit 25 shown in FIG. 10 can include an additional input for monitoring the input voltage $V_{IN}$ to reduce the generation and emission of audible noise from inductor L1 at low input voltages. Furthermore, one-shot circuit 25 can include an input for monitoring the output voltage $V_{OUT}$ to control the short circuit current if the output is short circuited as discussed above with respect to FIG. 5 and 6. Also, if regulator 600 was synchronously switched and included an

16

N-MOSFET instead of D601, the regulator could include circuitry to hold such an N-MOSFET OFF during periods when the polarity of inductor current $I_L$ would otherwise reverse, as discussed above with respect to FIG. 8.

It will be apparent to those of ordinary skill in the art that although the present invention has been discussed above with reference to a hysteretic voltage comparator for generating the sleep mode control signal to cause the switching regulator to go into and awake from the sleep mode, other means for performing the same function are also possible. For example, if desired, the sleep mode control signal could be generated in response to a monitored output current. Furthermore, the switching regulator could be taken out of the sleep mode a predetermined time period after going into such a mode, instead after the output voltage falls below a predetermined threshold voltage, as illustrated above.

It will also be apparent that although the present invention has been discussed above with reference to FIGS. 1–10, wherein the power switches were either a pair of complementary MOSFETS (i.e., one p-channel and one n-channel) or a single p-channel MOSFET (FIG. 3), the present invention is applicable to other types of switches as well. For example, the power switch could include a pair of N-channel MOSFETS, a pair of P-channel MOSFETS, or bipolar junction transistors.

Thus, a control circuit and method for maintaining high efficiency over broad current ranges in a switching regulator circuit has been provided.

One skilled in the art will thus appreciate that the present invention can be practiced by other than the described embodiments, which are presented for purposes of illustration and not of limitation, and the present invention is limited only by the claims which follow.

What is claimed is:

1. A circuit for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output capacitor coupled thereto for supplying current at a regulated voltage to a load, the control circuit comprising:

a first circuit for monitoring a signal from the output terminal to generate a first feedback signal;

a second circuit for generating a first control signal during a first state of circuit operation, the first control signal being responsive to the first feedback signal to vary the duty cycle of the switching transistors to maintain the output terminal at the regulated voltage; and

a third circuit for generating a second control signal during a second state of circuit operation to cause both switching transistors to be simultaneously OFF for a period of time if a sensed condition of the regulator indicates that the current supplied to the load falls below a threshold fraction of maximum rated output current for the regulator, whereby operating efficiency of the regulator at low output current levels is improved.

2. The circuit of claim 1 wherein the second control signal is generated in response to the first feedback signal.

3. The circuit of claim 2 wherein the circuit changes from the second to the first state of operation in response to the magnitude of the first feedback signal falling below a first threshold level.

4. The circuit of claim 3 wherein the circuit changes from the first to the second state of operation in response to the magnitude of the first feedback signal exceeding a second threshold level greater than the first threshold level.

5,481,178

17

**5.** The circuit of claim 4, wherein the first feedback signal is a voltage feedback signal and the third circuit includes a voltage comparator having hysteresis.

**6.** The circuit of claim 5, wherein the current consumed by the switching voltage regulator is reduced during the second state of operation.

**7.** The circuit of claim 1, wherein the second circuit includes:

a one-shot circuit for generating first and second levels of the first control signal during a switch cycle, wherein the first level causes the switch circuit to couple the input voltage to a node of the output circuit, and the second level causes the switch circuit to couple the node of the output circuit to ground.

**8.** The circuit of claim 7, wherein the second level is generated for a predetermined time period.

**9.** The circuit of claim 8, wherein the second circuit includes a fourth circuit for monitoring the current supplied to the output terminal to generate a current feedback signal.

**10.** The circuit of claim 9, wherein the switch is adapted to be coupled to an inductor and the fourth circuit monitors the inductor current to generate the current feedback signal.

**11.** The circuit of claim 10, wherein the fourth circuit compares the current feedback signal to a reference current value and triggers the one-shot circuit when the current feedback signal exceeds the reference current value.

**12.** The circuit of claim 11, wherein the fourth circuit includes a current comparator for triggering the one-shot circuit, the current comparator having a first input coupled to receive the current feedback signal and a second input coupled to a current source for providing the reference current value.

**13.** The circuit of claim 12, wherein the current source includes:

a transconductance amplifier supplying a current substantially proportional to the difference in voltage between the first feedback signal and a constant voltage; and

a constant current source coupled in parallel with the transconductance amplifier.

**14.** The circuit of claim 7, wherein second level is generated for a time period dependent upon the input voltage.

**15.** The circuit of claim 14, wherein the switch is coupled to an inductor, and wherein the second level is generated for a time period that is decreased in response to a decrease in the input voltage, whereby the oscillation frequency of the ripple current through said inductor is increased from an audible frequency to one that does not generate substantial user noise.

**16.** The circuit of claim 7, wherein the second level is generated for a time period that is dependent upon the voltage at the load.

**17.** The circuit of claim 16, wherein the switch is coupled to an inductor, and wherein the second level is generated for a time period that is increased in response to a decrease in the voltage at the load, whereby the total decrease in current through said inductor during the time period the second level is generated remains substantially constant.

**18.** The circuit of claim 7, wherein the one-shot circuit is maintained substantially OFF during the second state of operation, whereby the efficiency of the switching regulator circuit is increased as the circuit changes from the first to the second state of operation.

**19.** The circuit of claim 12, wherein the current comparator is maintained substantially OFF during the second state of operation, whereby the efficiency of the switching regu-

18

lator circuit is increased as the circuit changes from the first to the second state of operation.

**20.** The circuit of claim 1, wherein the third circuit includes a user-activated switch and wherein the second control signal is generated in response to activation of the user switch.

**21.** The circuit of claim 20, wherein:

the second circuit includes a transconductance amplifier supplying a current substantially proportional to the difference in voltage between the feedback signal and a constant voltage during the first state of operation; and

wherein activation of the user switch introduces hysteresis into the transconductance amplifier.

**22.** The circuit of claim 20, wherein the second circuit includes:

a one-shot circuit for generating first and second levels of the first control signal during a switch cycle, wherein the first level causes the switch circuit to couple the input voltage to a node of the output circuit, and the second level causes the switch circuit to couple the node of the output circuit to ground.

**23.** The circuit of claim 22, wherein the second level is generated for a predetermined time period.

**24.** The circuit of claim 23, wherein the second circuit includes a fourth circuit for monitoring the current supplied to the output terminal to generate a current feedback signal.

**25.** The circuit of claim 24, wherein the fourth circuit compares the current feedback signal to a reference current value and triggers the one-shot circuit when the current feedback signal exceeds the reference current value.

**26.** The circuit of claim 22, wherein the second level is generated for a time period that is dependent upon the input voltage.

**27.** The circuit of claim 26, wherein the switch is coupled to an inductor, and wherein the second period of time is decreased in response to a decrease in the input voltage, whereby the oscillation frequency of the ripple current through said inductor is increased from an audible frequency to one that does not generate substantial user noise.

**28.** The circuit of claim 22, wherein the second level is generated for a time period that is dependent upon the voltage at the load.

**29.** The circuit of claim 28, wherein the switch is coupled to an inductor, and wherein the second level is generated for a time period that is increased in response to a decrease in the voltage at the load, whereby the total decrease in current through said inductor during the time period the second level is generated remains substantially constant.

**30.** The circuit of claim 22, wherein the one-shot circuit is maintained substantially OFF during the second state of operation, whereby the efficiency of the switching regulator circuit is increased as the circuit changes from the first to the second state of operation.

**31.** The circuit of claim 1, wherein the circuit is adapted for controlling a switching voltage regulator circuit having first and second switching transistors coupled in series between an input voltage and ground, wherein the first and second switching transistors are commonly coupled to the output circuit, and wherein the input voltage is higher than the voltage at the load, whereby the switching voltage regulator is a step-down voltage regulator.

**32.** The circuit of claim 1, wherein the circuit is adapted for controlling a switching voltage regulator circuit wherein the input voltage is lower than the voltage at the load, whereby the switching voltage regulator is a step-up voltage regulator.

5,481,178

19 20

**33.** The circuit of claim **1,** wherein the circuit is adapted for controlling a switching voltage regulator circuit wherein the input voltage has an opposite polarity than the voltage at the load, whereby the switching voltage regulator is a polarity-inversing voltage regulator.

**34.** A circuit for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output capacitor coupled thereto for supplying current at a regulated voltage to a load, the control circuit comprising:

a first means for generating a voltage feedback signal indicative of the voltage at the output;

a second means for generating a first control signal during a first state of circuit operation, the first control signal being responsive to the voltage feedback signal to vary the duty cycle of the switching transistors to maintain the output terminal at the regulated voltage; and

a third means for generating a second control signal during a second state of circuit operation to cause both switching transistors to be simultaneously OFF for a period of time if a sensed condition of the regulator indicates that the current supplied to the load falls below a threshold fraction of maximum rated output current for the regulator, the period of time having a duration which is a function of the current supplied to the load by the regulator.

**35.** The circuit of claim **34,** wherein the third means includes a voltage comparator having hysteresis.

**36.** The circuit of claim **34,** wherein the second means includes:

a one-shot circuit for generating first and second levels of the first control signal during a switch cycle, wherein the first level causes the switch circuit to couple the input voltage to a node of the output circuit, and the second level causes the switch circuit to couple the node of the output circuit to ground.

**37.** The circuit of claim **36,** wherein the second means includes a fourth means for monitoring the current supplied to the output terminal to generate a current feedback signal.

**38.** The circuit of claim **37,** wherein the fourth means compares the current feedback signal to a reference current value and triggers the one-shot circuit when the current feedback signal exceeds the reference current value.

**39.** The circuit of claim **38,** wherein the fourth means includes a current comparator for triggering the one-shot circuit, the current comparator having a first input coupled to receive the current feedback signal and a second input coupled to a current source for providing the reference current value.

**40.** The circuit of claim **39,** wherein the current source includes:

a transconductance amplifier supplying a current substantially proportional to the difference in voltage between the feedback signal and a constant voltage; and

a constant current source coupled in parallel with the transconductance amplifier.

**41.** A method for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output capacitor coupled thereto for supplying current at a regulated voltage to a load, the method comprising the steps of:

(a) monitoring a signal from the output terminal to generate a first feedback signal;

(b) varying the duty cycle of the switching transistors in response to the first feedback signal to maintain the output terminal at the regulated voltage during a first state of circuit operation;

(c) turning both switching transistors simultaneously OFF for a period of time during a second state of circuit operation following the first state of circuit operation, so as to allow the output capacitor to maintain the output substantially at the regulated voltage by discharging during the second state of circuit operation, the period of time beginning when the current supplied to the load falls below a threshold fraction of maximum rated output current for the regulator, and having a duration which is a function of the current supplied to the load by the regulator; and

(d) turning at least one of said switching transistors ON to recharge the output capacitor following the second state of circuit operation.

**42.** The method of claim **41,** wherein the switching voltage regulator includes a one-shot circuit for varying the duty cycle of the switching transistors and wherein step (c) includes the step of maintaining the one-shot circuit substantially OFF during the second state of operation.

**43.** The method of claim **2,** wherein the switching voltage regulator includes a current comparator for triggering the one-shot circuit and wherein step (c) includes the step of maintaining the current comparator substantially OFF during the second state of operation.

**44.** A circuit for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output inductor coupled thereto for supplying current at a regulated voltage to a load, the circuit comprising:

a first circuit for monitoring a signal from the output terminal to generate a first feedback signal;

a second circuit for generating a first control signal during a first state of circuit operation, the first control signal being responsive to the first feedback signal to vary the duty cycle of the switching transistors to maintain the output terminal at the regulated voltage; and

a third circuit for monitoring the current to the output terminal to generate a second control signal during a second state of circuit operation when the monitored current compares in a predetermined manner to a threshold indicative of a polarity reversal condition in the output inductor, said second state causing one of said switching transistors to be maintained OFF, such that the switch circuit is prevented from coupling the output circuit to ground.

**45.** The circuit of claim **44** wherein the third circuit monitors the current through the inductor to generate the second control signal when the magnitude of the inductor current falls below the current threshold.

**46.** The circuit of claim **44** wherein the third circuit prevents reversals in polarity of the current through the inductor.

**47.** The circuit of claim **46,** wherein the first feedback signal is a voltage feedback signal and the third circuit includes a current comparator for comparing the monitored current to the current threshold.

**48.** The circuit of claim **47,** wherein the current consumed by the switching voltage regulator is reduced during the second state of operation.

**49.** The circuit of claim **44,** wherein the second circuit includes:

5,481,178

21

a one-shot circuit for generating first and second levels of the first control signal during a switch cycle, wherein the first level causes the switch circuit to couple the input voltage to a node of the output circuit, and the second level causes the switch circuit to couple the node of the output circuit to ground.

50. The circuit of claim 49, wherein the second level is generated for a predetermined time period.

51. A method for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output inductor coupled thereto for supplying current at a regulated voltage to a load, the method comprising the steps of:

(a) monitoring a signal from the output terminal to generate a first feedback signal;

(b) varying the duty cycle of the switching transistors in response to the first feedback signal to maintain the output terminal at the regulated voltage during a first state of circuit operation, wherein the current to the load has a polarity; and

(c) maintaining one of said switching transistors OFF for a period of time following the first state of circuit operation to de-couple the output circuit from ground during the period of time so as to prevent the current to the load from reversing polarity.

52. The method of claim 51 wherein step (c) includes step (d) of monitoring the current to the output terminal and detecting when the current falls below a current threshold.

53. The method of claim 52 wherein step (d) includes monitoring the current through the inductor.

54. The circuit of claim 53, wherein the current consumed by the switching voltage regulator is reduced during the second state of operation.

55. A circuit for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output capacitor coupled thereto for supplying current at a regulated voltage to a load, the control circuit comprising:

drive circuitry for the pair of synchronously switched switching transistor;

feedback circuitry, coupled to the drive circuitry to control the duty cycle of the pair of synchronously switched switching transistors, the feedback circuitry forming a feedback path in the regulator between the output circuit and the drive circuitry by which feedback information indicative of the current supplied to the load by

22

the regulator conditions the duty cycle of the pair of synchronously switched switching transistors; and

logic circuitry, coupled to the feedback circuitry and the drive circuitry, which prevents the drive circuitry from turning on either of the pair of synchronously switched switching transistors if the feedback information indicates that the current supplied to the load by the regulator falls below selected sleep mode current level, wherein the synchronously switched switching transistors are prevented from being turned on for a period of time that is a function of the current supplied to the load by the regulator.

56. The circuit of claim 55 wherein:

the output circuit includes an inductor coupled to the pair of synchronously switched switching transistors and the output terminal;

the feedback information includes a first feedback signal derived by sensing current conducted between the inductor and the output terminal and a second feedback signal derived by sensing voltage at the output terminal; and

the feedback circuitry includes a comparator circuit that compares the first feedback signal to an error signal generated from the second feedback signal to control switching between the pair of synchronously switched switching transistors, and a threshold circuit that sets a minimum inductor current value at which the drive circuitry switches between transistors.

57. An improved circuit for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output capacitor coupled thereto for supplying current at a regulated voltage to a load, and wherein the control circuit varies the duty cycle of the switching transistors to maintain the output terminal at the regulated voltage, the improvement comprising:

circuitry incorporated in the control circuit for detecting a condition in the output circuit indicative of the current supplied to the load falling below a threshold fraction of maximum rated output current for the regulator and for turning off both switching transistors simultaneously for a period of time if the supplied current falls below the threshold, the period of time having a duration which is a function of the current supplied to the load by the regulator.

* * * * *

EXHIBIT B

US005731694A

# United States Patent [19]

## Wilcox et al.

[11] Patent Number: 5,731,694

[45] Date of Patent: Mar. 24, 1998

[54] **CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH EFFICIENCY OVER BROARD CURRENT RANGES IN A SWITCHING REGULATOR CIRCUIT**

[75] Inventors: **Milton E. Wilcox**, Saratoga; **Randy G. Flatness**, Los Gatos, both of Calif.

[73] Assignee: **Linear Technology Corporation**, Milpitas, Calif.

[21] Appl. No.: **799,467**

[22] Filed: **Feb. 13, 1997**

### Related U.S. Application Data

[63] Continuation of Ser. No. 634,688, Apr. 18, 1996, abandoned, which is a continuation of Ser. No. 476,232, Jun. 7, 1995, abandoned, which is a division of Ser. No. 36,047, Mar. 23, 1993, Pat. No. 5,481,178.

[51] Int. Cl.[6] ........................................ G05F 1/40

[52] U.S. Cl. ................... **323/287**; 323/224; 323/283; 323/290

[58] **Field of Search** ................... 323/224, 283–287, 323/290

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,571,697 | 3/1971 | Phillips | 323/222 |
| 3,585,491 | 6/1971 | Peterson | 323/271 |
| 3,772,588 | 11/1973 | Kelly et al. | 323/285 |
| 4,013,939 | 3/1977 | Biess et al. | 323/286 |
| 4,395,675 | 7/1983 | Toumani | 323/271 |
| 4,578,630 | 3/1986 | Grosch | 323/271 |
| 4,706,177 | 11/1987 | Josephson | 363/24 |
| 4,823,070 | 4/1989 | Nelson | 323/285 |
| 4,929,882 | 5/1990 | Szepesi | 323/222 |
| 5,028,861 | 7/1991 | Pace et al. | 323/222 |
| 5,097,196 | 3/1992 | Schoneman | 323/222 |
| 5,177,676 | 1/1993 | Inam et al. | 363/80 |
| 5,179,511 | 1/1993 | Troyk et al. | 363/97 |
| 5,184,129 | 2/1993 | Fung et al. | 341/144 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 428 377 | 5/1991 | European Pat. Off. . |

### OTHER PUBLICATIONS

Lee, Y. S., and Cheng, Y. C.; "Design of Switching Regulator with Combined FM and On–Off Control"; IEEE Transactions on Aerospace and Electronic Systems, vol. AES–22, No. 6; Nov. 1986; pp. 725–731.

"Application Note 29," 1990 Linear Applications Handbook, Linear Technology Corporation AN29–1–AN29–44.

"Application Note 35," 1990 Linear Applications Handbook, Linear Technology Corporation AN35–1–AN35–32.

"LT1432 5V High Efficiency Step–Down Switching Regulator Controller" Data Sheet published by, Linear Technology Corporation in the 1992 Linear Databook Supplement, Milpitas, California, pp. 4–145 to 4–171.

"HIP5060 Power Control IC Single Chip Power Supply," Preliminary Data Sheet, Harris Semiconductor, Jan. 1992, pp. 1–3.

Cassani, John C. et al., "Sophisticated Control IC Enhances 1MHz Current Controlled Regulator Performance," Proceedings of HFPC, May 1992, pp. 167–173.

"UC1895/UC2895/UC3895 Synchronous Rectifier Buck PWM Controller," Preliminary Data Sheet, Unitrode Corporation, Sep. 1992.

Primary Examiner—Peter S. Wong
Assistant Examiner—Shawn Riley
Attorney, Agent, or Firm—Fish & Neave

[57] **ABSTRACT**

A circuit and method for controlling a switching voltage regulator having (1) a switch including one or more switching transistors and (2) an output adapted to supply current at a regulated voltage to a load including an output capacitor. The circuit and method generates a control signal to turn said one or more switching transistors OFF under operating conditions when the voltage at the output is capable of being maintained substantially at the regulated voltage by the charge on the output capacitor. Such a circuit and method increases the efficiency of the regulator circuit particularly at low average current levels.

**7 Claims, 10 Drawing Sheets**





FIG. 1

PRIOR ART



FIG. 2



FIG. 3



FIG. 4



FIG. 5





FIG. 7



FIG. 8



FIG. 9



FIG. 10

5,731,694

1

## CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULATOR CIRCUIT

This is a continuation of application Ser. No. 08/634,688, filed Apr. 18, 1996, now abandoned entitled CONTROL CIRCUIT FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULATOR CIRCUIT, which is a continuation of application Ser. No. 08/476,232, filed Jun. 7, 1995 now abandoned, which is a divisional of application Ser. No. 08/036,047, filed Mar. 23, 1993, now U.S. Pat. No. 5,481,178.

### BACKGROUND OF THE INVENTION

The present invention relates to a switching regulator circuit. More particularly, the present invention relates to a control circuit and method for maintaining high efficiency over broad current ranges in a switching regulator circuit.

The purpose of a voltage regulator is to provide a predetermined and constant output voltage to a load from a poorly-specified and fluctuating input voltage source. Generally, there are two different types of regulators: series regulators and switching regulators.

The series regulator employs a pass element (e.g., a power transistor) coupled in series with a load and controls the voltage drop across the pass element in order to regulate the voltage which appears at the load. In contrast, the switching regulator employs a switch (e.g., a power transistor) coupled either in series or parallel with the load. The regulator controls the turning ON and turning OFF of the switch in order to regulate the flow of power to the load. The switching regulator employs inductive energy storage elements to convert the switched current pulses into a steady load current. Thus, power in a switching regulator is transmitted across the switch in discrete current pulses, whereas in a series regulator, power is transmitted across the pass element as a steady current flow.

In order to generate a stream of current pulses, switching regulators typically include control circuitry to turn the switch on and off. The switch duty cycle, which controls the flow of power to the load, can be varied by a variety of methods. For example, the duty cycle can be varied by either (1) fixing the pulse stream frequency and varying the ON or OFF time of each pulse, or (2) fixing the ON or OFF time of each pulse and varying the pulse stream frequency.

Which ever method is used to control the duty cycle, switching regulators are generally more efficient than series regulators. In series regulators, the pass element is generally operated in its linear region where the pass element conducts current continuously. This results in the continuous dissipation of power in the pass transistor. In contrast, in switching regulators, the switch is either OFF, where no power is dissipated by the switch, or ON in a low impedance state, where a small amount of power is dissipated by the switch. This difference in operation generally results in reduced amounts of average power dissipation in switching regulators.

The above difference in efficiency can be more apparent when there is a high input-output voltage difference across the regulator. For example, it would not be unusual for a series regulator to have an efficiency of less than 25 percent when a switching regulator could perform an equivalent function with an efficiency of greater than 75 percent.

Because of their improved efficiency over series regulators, switching regulators are typically employed in

2

battery-operated systems such as portable and laptop computers and hand-held instruments. In such systems, when the switching regulator is supplying close to the rated output current (e.g., when a disk or hard drive is ON in a portable or laptop computer), the efficiency of the overall circuit can be high. However, the efficiency is generally a function of output current and typically decreases at low output current. This reduction in efficiency is generally attributable to the losses associated with operating the switching regulator. These losses include, among others, quiescent current losses in the control circuitry of the regulator, switch losses, switch driver current losses and inductor/transformer winding and core losses.

The reduction in efficiency of a switching regulator at low output current can become important in battery-operated systems where maximizing battery lifetime is desirable.

In view of the foregoing, it would be desirable to provide a high efficiency switching regulator.

It would also be desirable to provide a control circuit and method for maintaining high efficiency over broad current ranges, including low output currents, in a switching regulator circuit.

### SUMMARY OF THE INVENTION

It is therefore an object of the present invention to provide a high efficiency switching regulator.

It is also an object of the present invention to provide a control circuit and method for maintaining high efficiency over broad current ranges, including low output currents, in a switching regulator circuit.

In accordance with these and other objects of the invention, there is provided a circuit and method for controlling a switching voltage regulator having (1) a switch including one or more switching transistors and (2) an output adapted to supply current at a regulated voltage to a load including an output capacitor. The circuit and method generates a control signal to turn the one or more switching transistors OFF under operating conditions when the voltage at the output is capable of being maintained substantially at the regulated voltage by the charge on the output capacitor (e.g., during low output currents). During such periods of time, the load does not consume power from the input power source. Therefore, the regulator efficiency is increased. If desired, other components in the switching regulator, in addition switching transistors, can also be intentionally held OFF to conserve additional power. This additional feature of the present invention can further increase the efficiency of the overall regulator circuit.

The circuit and method of the present invention can be used to control various types of switches in switching regulator circuits, including switches that use either one or more power transistors. Additionally, the circuit and method can be used to control switches in various types of switching regulator configurations, including voltage step-down, voltage step-up and polarity-inverting configurations.

Additionally, the circuit and method of the present invention can vary the OFF time of the switching transistor in response to the input and output voltages of the switching regulator. This feature of the present invention reduces the emission of audible noise from the switching regulator during low input voltage conditions. It also reduces the potential for current runaway during short circuits in the output voltage for some regulator configurations.

### BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects and advantages of the present invention will be apparent upon consideration of the fol-

5,731,694

3

lowing detailed description, taken in conjunction with the accompanying drawings, in which like reference characters refer to like parts throughout, and in which:

FIG. 1 is a schematic block diagram of a typical prior art switching regulator circuit employing a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 2 is a schematic block diagram of a switching regulator circuit incorporating a first embodiment of the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 3 is a schematic block diagram of a switching regulator circuit incorporating a second embodiment of the high-efficiency control circuit of the present invention to drive a switch including a switching MOSFET and a switching diode in a step-down configuration;

FIG. 4 is a schematic block diagram of a switching regulator circuit incorporating a "user-activated" embodiment of the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 5 is a schematic block diagram of a switching regulator circuit incorporating the variable OFF-time control circuit of the present invention;

FIG. 6 is a detailed schematic diagram of an embodiment of the variable OFF-time control circuit of FIG. 5;

FIG. 7 is a detailed schematic block diagram of an exemplary switching regulator circuit incorporating both the variable OFF-time feature and the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 8 is a schematic block diagram of a switching regulator circuit incorporating a circuit of the present invention for preventing reversals in the polarity of the current in the output inductor of the regulator from drawing power from the load;

FIG. 9 is a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a step-up configuration; and

FIG. 10 is a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a polarity-reversing configuration.

## DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 is a schematic block diagram of a typical prior art switching regulator circuit employing a push-pull switch in a step-down configuration.

Referring to FIG. 1, circuit 10 is used to provide a regulated DC output voltage $V_{OUT}$ at terminal 12 (e.g., 5 volts) for driving load 14 which, for example, may be a portable or laptop computer or other battery-operated system. Circuit 10 operates from an unregulated supply voltage $V_{IN}$ coupled to terminal 14 (e.g., a 12 volt battery). Circuit 10 includes push-pull switch 15, driver circuit 20, output circuit 30 and control circuit 35.

Driver circuit 20 is used to drive push-pull switch 15 which includes two synchronously-switched power MOS-FETS 16 (p-channel) and 17 (n-channel) stacked in series between supply rail $V_{IN}$ and ground. Push-pull switch 15 in

4

conjunction with driver circuit 20 is typically referred to as a "half-bridge" configuration. MOSFETS 16 and 17 are used to alternately supply current to output circuit 30 which includes inductor 32 (L1) and output capacitor 34 ($C_{OUT}$). Output circuit 30 smooths the alternating supply of current so that load 12 is provided a regulated voltage $V_{OUT}$. In order to supply the alternating current, MOSFETS 16 and 17 are respectively driven by P-channel driver 26 and N-channel driver 27, which in turn are both controlled by control circuit 35.

Control circuit 35 includes one-shot circuit 25 which provides an OFF pulse of constant duration (e.g., 2 to 10 microseconds) during which time MOSFET 16 is held OFF and MOSFET 17 is held ON by drivers 26 and 27, respectively. Otherwise, one-shot circuit 25 provides an ON pulse during which time MOSFET 16 is held ON and MOSFET 17 is held OFF. Therefore, one-shot circuit 25 alternately turns MOSFETS 16 and 17 ON and OFF to provide an alternating supply of current to (output circuit 30. The duty cycle of the one-shot circuit 35 is in turn controlled by current amplifier 39.

Control circuit 35 monitors the output voltage $V_{OUT}$ through resistor-divider network $R_1/R_2$(36A/36B) to provide a feedback voltage $V_{FB}$ proportional to the output voltage $V_{OUT}$. Control circuit 35 also monitors the current $I_L$ through inductor L1 to provide a feedback current $I_{FB}$ proportional to inductor current $I_L$. Circuit 10 operates by controlling inductor current $I_L$ so that the feedback voltage $V_{FB}$ is regulated to be substantially equal to a reference voltage $V_{REF}$ provided by reference circuit 37. With feedback voltage $V_{FB}$ being regulated, the output voltage $V_{OUT}$ is in turn regulated to a higher voltage by the ratio of $(R_1+R_2)$ to $R_2$.

Transconductance amplifier 38 is used to compare the feedback voltage $V_{FB}$ to a reference voltage $V_{REF}$. Circuit 10 regulates the output voltage $V_{OUT}$ as follows. During each cycle when switch 15 is "ON", P-MOSFET 16 is turned ON and the current $I_L$ in inductor L1 ramps up at a rate dependent on $V_{IN}$-$V_{OUT}$. When $I_L$ ramps up to a threshold level set by output 38A of transconductance amplifier 38, current comparator 39 trips and triggers the one-shot OFF pulse, initiating the "OFF" cycle of switch 15. During the "OFF" cycle, one-shot circuit 25 holds P-MOSFET 16 OFF and turns N-MOSFET 17 ON. This in turn causes the current $I_L$ in inductor L1 to ramp down at a rate dependent on $V_{OUT}$. Thus, the duty cycle of the periodic turning OFF of switch 15 is controlled so the current $I_L$ produces a regulated output voltage $V_{OUT}$ at terminal 12.

As the output load current increases, the voltage drop across $R_2$ resistor 36B will decrease. This translates into a small error voltage at input 38B of transconductance amplifier 38 that will cause output 38A to increase, thus setting a higher threshold for current comparator 39. Consequently, current $I_L$ in inductor L1 is increased to the level required to support the load current.

Since the OFF time ($t_{OFF}$) of one-shot circuit 25 is constant, switching regulator circuit 10 has a constant ripple current in inductor L1 (for constant output voltage $V_{OUT}$), but has a frequency which varies with $V_{IN}$. The ripple oscillation frequency is given by the equation:

$$f_{RIP} = (1/t_{OFF})[1-(V_{OUT}/V_{IN})]$$

One disadvantage of circuit 10 in FIG. 1 is that the ripple oscillation frequency $f_{RIP}$ may decrease to an audible level with low input voltages $V_{IN}$. This could occur, for example, when a battery powering the switching regulator circuit is

5,731,694

5

nearly discharged. Inductor L1 may then generate and emit noise that can be objectionable to a user of the device employing the regulator circuit.

An additional disadvantage of prior art circuit 10 is that the inductor current $I_L$ is not well controlled when the output voltage $V_{OUT}$ is shorted to ground. The basic relationship between inductor current and voltage is given by the equation di/dt=V/L. This means that the rate at which current $I_L$ in inductor L1 decays during the OFF-time depends on the voltage across inductor L1, which is the sum of $V_{OUT}$ and the drain to source voltage, $V_{DS}$, of N-MOSFET 17. During a short, $V_{OUT}$ approaches zero while $V_{DS}$ is also very low, resulting in very little decay of current $I_L$ in inductor L1 during $t_{OFF}$. However, following each OFF cycle, P-MOSFET 16 is turned back ON until current comparator 39 again trips one-shot constant OFF time control circuit 25. Even for the minimum time that P-MOSFET 16 is ON, the current $I_L$ in inductor L1 may increase by more than it can decrease during $t_{OFF}$. This may result in a runaway condition in which the short circuit current may reach destructive levels.

A further disadvantage of prior art circuit 10 results from the constant ripple current in inductor L1. During $t_{OFF}$, current $I_L$ in inductor L1 always ramps down by the same amount regardless of the output current of the regulator. At low output currents this can cause the current in inductor L1 to reverse polarity and, thus, pull power from the load. During the following ON cycle, this current again ramps positive such that the average inductor current equals the load current. Losses associated with this constant ripple current, along with switching losses due to the charging and discharging of switch 15's MOSFET gates, can produce large reductions in efficiency at low output currents. This will be especially the case if the current in inductor L1 reverses and power is pulled from the load to ground through N-MOSFET 17.

A still further disadvantage of prior art circuit 10 concerns the gate drives to P-MOSFET 16 and N-MOSFET 17. Delays are generally incorporated into drivers 26 and 27 to ensure that one power MOSFET turns OFF before the other turns ON. If there is insufficient deadtime between the conduction of the two MOSFETs (due to, for example, device, circuit processing, or temperature variations), current will be passed directly from input supply $V_{IN}$ to ground. This "shoot-through" effect can dramatically reduce efficiency, and in some circumstances, can overheat and destroy the power MOSFETs.

FIG. 2 is a schematic block diagram of a switching regulator circuit incorporating a first embodiment of the high-efficiency control circuit of the present invention for driving a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator circuit 50 includes push-pull switch 15, driver circuit 20 and output circuit 30 similar to those of FIG. 1. Circuit 50 also includes an embodiment 70 of the high-efficiency control circuit of the present invention.

Control circuit 70 includes one-shot circuit 25, current comparator 39 and amplifier 38 similar to those of FIG. 1. However, in addition to those components, control circuit 70 also includes constant current source $I_1$ 72 and hysteretic comparator 74 for providing high efficiency operation at low average current levels.

As will be discussed in greater detail below, constant current source $I_1$ 72 and comparator 74 allow push-pull switch 15 to go into a state of operation where both MOSFETS 16 and 17 are simultaneously OFF under conditions where the output voltage $V_{OUT}$ can be maintained

6

substantially at the regulated voltage $V_{REG}$ by output capacitor $C_{OUT}$. This state of operation is referred to herein as a "sleep mode." The ability of push-pull switch 15 to go into such a sleep mode is in contrast to the regulator circuit of FIG. 1 where one of the two MOSFETs 16 and 17 is substantially ON at all times. This feature of the present invention reduces the regulator circuit power consumption since push-pull switch 15 does not dissipate power or allow power to be pulled from load $R_L$ to ground in sleep mode.

Furthermore, if desired, while push-pull switch 15 is in the above-described sleep mode, the regulator circuit can turn OFF other circuit components which are not needed while the regulator is in sleep mode. For example, for the embodiment of the present invention shown in FIG. 2, one-shot circuit 25, current comparator 39, current source $I_1$ 72 and amplifier 38 can also be turned OFF in sleep mode. This feature of the present invention allows the regulator circuit to operate at even higher efficiencies than otherwise possible if only push-pull switch 15 were maintained in a sleep mode.

At high load current levels (e.g., greater than 20 percent of the maximum rated output current) control circuit 70 operates similar to control circuit 35 of FIG. 1. In FIG. 2, the current feedback $I_{FB}$ is again provided to the non-inverting input of current comparator 39. Offset $V_{OS}$ 76, which preferably is built into amplifier 38, level-shifts feedback voltage $V_{FB}$ slightly below reference voltage $V_{REF}$, thus keeping the output of hysteretic comparator 74 high during high current conditions. When the feedback current $I_{FB}$ exceeds the current supplied to the inverting input of current comparator 39, the output of comparator 39 goes HIGH so as to initiate the switch "OFF" cycle.

During the "OFF" cycle, output 25A of one-shot circuit 25 is HIGH, which turns P-MOSFET 16 OFF and N-MOSFET 17 ON. After a constant time set by one-shot circuit 25, output 25A goes LOW, thus initiating the next "ON" cycle where P-MOSFET 16 ON and N-MOSFET 17 OFF.

In accordance with the present invention, regulator circuit 50 goes into sleep mode at low output current levels as follows. Hysteretic comparator 74 monitors the feedback voltage $V_{FB}$ and goes LOW when $V_{FB}$ exceeds a predetermined voltage value in excess of the reference voltage $V_{REF}$. Such a condition is indicative of the output voltage $V_{OUT}$ exceeding a predetermined voltage value in excess of the regulated voltage $V_{REG}$. This over voltage condition is intentionally induced at low average output currents by providing a constant current source $I_1$ 72 coupled in parallel with amplifier 38. During the over voltage condition both MOSFETS 16 and 17 are maintained OFF by way of AND gate 66 and NAND gate 68.

Constant current source 11 sets a minimum feedback current threshold for current comparator 39. This sets a minimum current required in inductor L1 during each ON cycle to trip comparator 39. In accordance with the present invention, current comparator 39 is intentionally forced to remain ON at current levels that would otherwise cause it to trip. Thus, more current is supplied to inductor L1 than is necessary to maintain the output voltage $V_{OUT}$ at the regulated voltage $V_{REG}$. As a result, $V_{OUT}$ will begin to increase beyond the regulated voltage $V_{REG}$, causing the feedback voltage $V_{FB}$ to trip hysteretic comparator 74 at a predetermined voltage value-in excess of $V_{REF}$. When comparator 74 trips, its output goes LOW to turn both MOSFET 16 and 17 OFF to put the regulator circuit into sleep mode.

In the above-described state of operation (i e., "sleep mode") where MOSFETs 16 and 17 are both simultaneously OFF, the output load 14 is supported substantially by output

5,731,694

**7**

capacitor $C_{OUT}$. Hysteretic comparator 74 monitors the feedback voltage $V_{FB}$ and when $V_{OUT}$ falls such that $V_{FB}$ has decreased by the amount of the hysteresis in comparator 74, driver circuit 20 is taken out of sleep mode (where MOSFETS 16 and 17 are both driven OFF) so that a new ON cycle is initiated to supply current to load 14. If the load current remains low, $C_{OUT}$ will recharge to a voltage level in excess of $V_{REG}$ and the feedback voltage $V_{FB}$ will again trip comparator 74 after only a few cycles.

Thus, during light loads, control circuit 70 is adapted to turn both MOSFET 16 and MOSFET 17 OFF when they are not needed to maintain the output voltage substantially at the regulated voltage level if the output capacitor $C_{OUT}$ is capable of doing so. When the output voltage falls below the regulated voltage level in such a mode, control circuit 70 is adapted to briefly turn switch 15 ON to recharge the output capacitor $C_{OUT}$ back to a voltage level in excess of the regulated voltage. Therefore, $V_{OUT}$ will oscillate between upper and lower thresholds separated by the comparator 74 hysteresis voltage multiplied by the ratio of $(R_1+R_2)$ to $R_2$. The rate at which the regulator "wakes up" to recharge output capacitor $C_{OUT}$ will automatically adapt to the load current, maintaining high efficiencies even at low output currents.

In accordance with the present invention, control circuit 70 maintains MOSFETS 16 and 17 OFF over periods of time when the output current is low enough to allow the output capacitor $C_{OUT}$ to maintain the output voltage substantially at the regulated voltage. Typically, such periods of OFF time, wherein both MOSFETS 16 and 17 are maintained OFF even though the switching regulator is providing a regulated voltage, can extend from less than 100 microseconds to over a few seconds (respectively corresponding to a few switch cycles to over one-hundred-thousand switch cycles for a switching frequency of 100 kilohertz). Such OFF times typically allow high efficiency to be obtained (e.g., over 90%) over an output current range in excess of 100:1. Because other components in addition to the switching transistors can also be maintained OFF during such periods, even higher efficiencies can typically be obtained.

Control circuit 70 of switching regulator 50 shown in FIG. 2 is used to drive a synchronously-switched switch including MOSFETs 16 and 17. As used herein, the term "synchronously-switched switch" refers to a switch including two switching transistors that are driven out of phase to supply current at a regulated voltage to a load. FIG. 3 shows a second embodiment of the high-efficiency control circuit of the present invention adapted to drive a switch including a switching transistor and a switching diode in a step-down configuration.

As shown in FIG. 3, switching regulator circuit 100 includes switch 115 including P-MOSFET 116 and diode 118. Switch 115 is driven by driver 120 including P-driver 126. The turning-ON and turning-OFF of switch 115 is controlled by control circuit 125. Because control circuit 125 is used to only drive one MOSFET (in contrast to control circuit 70 of FIG. 2), it only has one output terminal 125A (taken from the output of NAND gate 68).

Control circuit 125 includes current comparator 39, amplifier 38, hysteretic comparator 74 and one-shot circuit 25, similar to those shown in control circuit 70 of FIG. 2. As discussed above with respect to FIG. 2, at low average output current levels, constant current source $I_1$ 72 is used to intentionally overdrive the current supplied to inductor L1 so as to cause the output voltage $V_{OUT}$ to increase beyond the regulated voltage level $V_{REG}$ where the output can be supported substantially by output capacitor $C_{OUT}$ for

**8**

extended periods of time. During these extended time periods, P-MOSFET 116 is maintained OFF in a sleep mode so as to increase circuit efficiency.

As discussed above, control circuits 70 and 125 of FIGS. 2 and 3, respectively, provide high-efficiency operation at low average output current levels. Such operation adapts automatically to the output current level. For example, at high output current levels during a first state of operation the switch continually alternates between an ON state and an OFF state to maintain the output voltage $V_{OUT}$ at the regulated voltage level $V_{REG}$. At low output current levels during a second state of operation, where circuit efficiency would otherwise be low, the output voltage $V_{OUT}$ is able to be maintained substantially at the regulated voltage level $V_{REG}$ by output capacitor without continuously turning the switch ON and OFF. Thus, the control circuit automatically identifies such a condition and allows the regulator circuit to go into a "sleep" mode where a minimal number of circuit components are required to be ON.

In accordance with another feature of the present invention, a regulator circuit can also incorporate a "user activated" embodiment of the control circuit of the present invention where a user input controls whether the regulator circuit is in a "sleep" mode or not. FIG. 4 is a schematic block diagram of a switching regulator circuit incorporating such a "user-activated" embodiment of the high-efficiency control circuit of the present invention for driving a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator circuit 150 in FIG. 4 includes push-pull switch 15, driver 20, output circuit 30 similar to those in circuit 50 of FIG. 2. Control circuit 170 of regulator circuit 150 includes one-shot circuit 25, current comparator 39 and amplifier 38 also similar to those in circuit 50 of FIG. 2. In contrast to FIG. 2, switch 175 (including switches 176 and 178) is used to manually switch regulator circuit 150 into a sleep mode through user input 175A, which may be a control signal from some other type of control circuit (not shown). Upon the closing of switch 175, switches 176 and 178 both close.

Switch 176 is used to turn N-driver 27 OFF in sleep mode by grounding input 66A of AND gate 66 (which normally is held HIGH by resistor 67 coupled to a positive supply). Switch 178 is used to introduce positive feedback, and therefore hysteresis, into amplifier 38 so as to allow control circuit 170 to maintain the output voltage $V_{OUT}$ substantially at the regulated voltage level $V_{REG}$ in sleep mode. (Resistor $R_{HYS}$ coupled between reference circuit 37 and the non-inverting input of transconductance amplifier 38, is used to assist in feeding back the output of amplifier 38 into the non-inverting input of amplifier 38.)

Switch 178 allows amplifier 38 to overdrive the supply of current to inductor L1 (through P-MOSFET 16) so as to intentionally drive the output voltage $V_{OUT}$ to a predetermined level in excess of the regulated voltage level $V_{REG}$. After being driven to such voltage level, the hysteresis in amplifier 38 maintains P-driver 26 OFF until the feedback voltage $V_{FB}$ falls by at least the hysteresis voltage. At that point, output 39A of current amplifier 39 goes HIGH to trigger one-shot circuit 25 so that P-MOSFET 16 is turned ON to recharge the output capacitor $C_{OUT}$ to the predetermined voltage level in excess of the regulated voltage level $V_{REG}$.

As discussed above, control circuit 170 periodically wakes up during sleep mode to turn P-MOSFET 16 ON to recharge the output capacitor $C_{OUT}$. It will be apparent to those of ordinary skill in art that although N-MOSFET 15 is

5,731,694

9

maintained OFF during such wake-up periods, this does not have to be the case. For example, while control circuit 170 is recharging output capacitor $C_{OUT}$, such recharging could be accomplished by alternately turning the switching transistors OFF so as to vary the duty cycle and thereby recharge the output capacitor $C_{OUT}$.

Thus, regulator circuit 150 operates to increase efficiency at low current levels as in regulator circuit 50 of FIG. 2 if a user manually activates a switch. However, in contrast to regulator circuit 50 of FIG. 2, regulator circuit 150 does not automatically adapt to the output current levels. For example, circuit 150 does not take itself out of sleep mode as the average output current increases—it relies upon user deactivation.

As discussed above, the embodiments of the control circuits of the present invention shown in FIGS. 2–4 include one-shot circuit 25. In accordance with another feature of the present invention, the one-shot circuit could be replaced with other types of circuits that control the duty cycle of the power switch. For example, one-shot circuit 25 could be replaced with a pulse-width modulator circuit that provides a pulse-width modulated signal in response to a control signal. Of course, other types of circuits could be used as well.

In accordance with another feature of the present invention, one-shot circuit 25, which provides a constant OFF-time signal, could be replaced with a one-shot circuit that provides a variable OFF-time control signal dependent upon the output voltage ($V_{OUT}$) and the input voltage ($V_{IN}$). This feature of the present invention can be used to reduce the generation and emission of audible noise from inductor L1 at low input voltages. As discussed above, such noise is associated with oscillation in the inductor current. Furthermore, this feature of the present invention can also be used to control the short circuit current if the output is short circuited.

FIG. 5 is a schematic block diagram of an exemplary switching regulator circuit incorporating the variable OFF-time control circuit of the present invention.

Switching regulator circuit 200 includes push-pull switch 15, driver circuit 20, current feedback circuit 210, voltage feedback circuit 220, feedback control circuit 230 and variable OFF-time circuit 240. Feedback control circuit 230 monitors the output current and output voltage through inputs 232 and 234, respectively, and provides a trigger signal at terminal 236 to initiate the OFF cycle of switch 15. Variable OFF-time circuit 240 is used to control the OFF time as follows.

Circuit 240 includes one-shot generator 245 which is triggered by feedback control circuit 230 through terminal 236. One-shot generator 245 includes an additional terminal 245A coupled to control capacitor ($C_{CON}$) 246 whose voltage is monitored by generator 245. In accordance with the present invention, OFF-time control circuit 250 controls the discharging of capacitor $C_{CON}$, and thus the capacitor voltage, so as to in turn control the OFF time of generator 245. OFF-time control circuit 250 monitors the input and output voltages ($V_{IN}$ and $V_{OUT}$) and, depending upon their values, adjusts the OFF time accordingly.

In accordance with the present invention, if the input voltage $V_{IN}$ decreases so that the inductor L1 oscillation frequency $f_{RIP}$ discussed above falls into an audible range, the OFF time is decreased so that $f_{RIP}$ will accordingly increase out of an audible range. Also, if the output voltage $V_{OUT}$ decreases due to a short circuit so that the voltage across inductor L1 is too low to allow adequate decay in inductor current during the OFF cycle, the OFF time is increased so as to avoid a current runaway condition.

10

In the present embodiment the discharging of control capacitor $C_{CON}$ is regulated by controlling the magnitude of control current $I_{CON}$. For example, at low input voltages $I_{CON}$ is increased by OFF-time control circuit 250 so that the voltage on control capacitor $C_{CON}$ rapidly falls. When the control capacitor voltage falls below a predetermined value, the ON cycle of switch 15 is initiated. Additionally, at low output voltages $I_{CON}$ is decreased by OFF-time control circuit 250 so that the voltage on control capacitor $C_{CON}$ slowly decays to lengthen the OFF time.

Although switching regulator circuit 200 shown in FIG. 5 relies upon a particular circuit for discharging a capacitor to control the OFF time, it is apparent that other circuits for performing this same function in response to the input and output voltages can also be used. For example, if desired, an operational amplifier could be used to control the OFF-time.

Thus, a one-shot circuit has been discussed which provides a variable OFF-time control signal that adapts to the input and output voltage levels. This feature of the present invention is used to reduce the generation and emission of audible noise from the regulator circuit at low input voltage levels (i.e., reduce $t_{OFF}$ at low input voltages) and to limit the short circuit current if the output is short circuited (i.e., increase $t_{OFF}$ at low output voltages).

FIG. 6 is a detailed schematic diagram of an exemplary embodiment of the variable OFF-time control circuit of FIG. 5.

OFF-time control circuit 250 accepts as inputs $V_{IN}$ and $V_{OUT}$ at terminals 252 and 254, respectively, and provides an output $I_{CON}$ at terminal 256. As discussed above, $I_{CON}$ provides for the controlled discharging of a control capacitor $C_{CON}$ coupled to terminal 256. Control circuit 250 controls the magnitude of $I_{CON}$, and therefore controls the time it takes control capacitor $C_{CON}$ to discharge. Control circuit 250 includes current source 260 (for providing current $I_{CN2}$), current source 270 (for providing current $I_{CN1}$), current compensation circuit 280 and current mirror output circuit 295. Control circuit 250 works as follows.

Current mirror circuit 295 is a current mirror circuit including transistor 296 and transistor 298 (having its gate 298A connected to its drain 298B). Circuit 295 accepts a controlled reference current $I_{CREF}$ at input 295A and provides a proportional output current $I_{CON}$ related to the aspect ratios of transistor 296 and 298 (as in conventional current mirror circuits). In accordance with the present invention, $I_{CREF}$ will be equal to either $I_{CN1}$ or ($I_{CN1+ICN2}$) depending upon voltages $V_{IN}$ and $V_{OUT}$ on input terminals 252 and 254, respectively.

When $V_{IN}-V_{OUT}$ is greater than 1.5 volts, transistor 262 conducts sufficient current (from transistor 264 and current supply $I_0$) to hold transistor 266 OFF. With transistor 266 OFF, current $I_{CN2}$ will be zero and current $I_{CREF}$ will therefore be equal to current $I_{CN1}$ provided at output terminal 270A of current source 270.

Current $I_{CN1}$ is supplied by a current mirror circuit composed of transistor 272 and transistor 274 (having its gate 274A connected to its drain 274B). In accordance with the present invention, the reference current $I_{CN1,REF}$ flowing from transistor 274 will be equal to either $I_{CN1A}$ or ($I_{CN1A}+I_{CN1B}$), depending upon whether transmission gate 282 is open or closed, respectively.

Transmission gate 282 is controlled by comparator 284 and will be OPEN when $V_{OUT}$ is less than $V_{TH3}$. Under OPEN conditions, $I_{CN1REF}$ will be equal to $I_{CN1A}$ which goes to the collector of transistor 276. This current is derived by dividing $V_{OUT}$ by the output divider (composed of resistors 271 and 273) to produce voltage $V_{FB1}$ (at the base of

5,731,694

**11**

transistor 279). Voltage $V_{FB1}$ is then level shifted up by the base-emitter voltage of transistor 279 and then down by the base-emitter voltage of transistor 276 where it appears across emitter resistor 278. The resulting transistor 276 collector current is then-proportional to the output voltage $V_{OUT}$ causing control capacitor $C_{CON}$ to be discharged at a rate which is proportional to the discharge rate of the current in inductor L1.

Thus, when the output voltage $V_{OUT}$ is low, such as during a fault or start-up condition, $t_{OFF}$ will be lengthened to allow the additional time required for the current to ramp down in inductor L1.

When the output voltage $V_{OUT}$ is greater than $V_{TH3}$, the output of comparator 284 closes transmission gate 282 to couple an additional compensation current $I_{CN1B}$ to the drain of transistor 274 to provide current compensation through current compensation circuit 280. Compensation current $I_{CN1B}$ is equal to current $I_{TRIM}$ minus the drain current of transistor 286. Transistors 286 and 288 serve to mirror the collector current in transistor 290 (which is derived in a similar manner to the collector current in transistor 276 discussed above, except that voltage $V_{REF}$ is used instead of voltage $V_{FB1}$).

Compensation current $I_{CN1B}$ has two purposes: 1) to serve as a trimming current to set a desired control current $I_{CON}$ when the output voltage $V_{OUT}$ is substantially at its regulated level, and 2) to maintain a substantially constant control current $I_{CON}$ over a wide range of operating temperatures. During typical circuit manufacturing, variations in the resistance of resistor 278 would normally cause control current $I_{CON}$ to be larger or smaller than desired. By trimming $I_{TRIM}$ while in production, compensation current $I_{CN1B}$ can be adjusted to add or subtract from the collector current ($I_{CN1A}$) Of transistor 276 as required to provide a predetermined control current $I_{CON}$. Additionally, if resistors 278 and 292 are matched (i.e., designed and fabricated similarly), then control current $I_{CON}$ variations due to the temperature variation of the resistance of resistor 278 will be substantially cancelled by a corresponding change in the resistance of resistor 292.

If the output voltage $V_{OUT}$ is less than voltage $V_{TH3}$, the output of comparator 284 opens transmission gate 282 and thus inhibits current compensation. This ensures that control current $I_{CON}$ will approach zero as the output voltage $V_{OUT}$ approaches zero, thus guaranteeing control of the inductor current $I_L$ during an output short circuit.

When $V_{IN}$ falls to the point that $V_{IN}-V_{OUT}$ is less than 1.5 volts, the current in transistor 262 no longer holds transistor 266 OFF. As $V_{IN}$ decreases further, transistor 266 adds additional current ($I_{CN2}$) into current mirror output circuit 295, thereby increasing control current $I_{CON}$and, thus, reducing $t_{OFF}$. This in turn stabilizes the operating frequency as $V_{IN}$ decreases, reducing potential audibility problems. Current source $I_7$ determines the maximum current that transistor 266 adds to control current $I_{CON}$.

Thus, when $V_{IN}$ falls so that $V_{IN}-V_{OUT}$ is less than 1.5 volts (e.g., when a battery is nearly discharged), $t_{OFF}$ will be reduced to increase the oscillation frequency of the regulator circuit so that the generation and emission of audible noise is reduced.

Although variable OFF-time control circuit 250 was discussed above with respect to a regulator circuit which includes push-pull switch 15 and driver 20, it will be apparent that the variable OFF-time feature of the present invention could be used in other regulators as well. For example, this feature could also be used in the regulator circuits of FIGS. 3 and 4 and other circuits that employ one-shot generators to provide a regulated voltage.

**12**

FIG. 7 is a detailed schematic block diagram of an exemplary switching regulator circuit incorporating both the variable OFF-time feature and the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator 300 includes push-pull switch 15, driver 20, output circuit 30 and control circuit 350. Control circuit 350 includes one-shot generator 245, variable OFF-time control circuit 250 for controlling the OFF cycle time and comparator 74 for providing high-efficiency operation at low average output current levels. Switching regulator 300 works as follows.

When the load current exceeds, for example, approximately 20 percent of the maximum output current, the loop operates in a continuous mode wherein comparator 74 does not override output 245A of one-shot generator 245. With $V_{IN}-V_{OUT}$ greater than 1.5 V, operation is substantially similar to that described for FIG. 1. The inductor current is sensed by means of the voltage drop across resistor $R_{SENSE}$, and the threshold for the current comparator 39 is set by the voltage drop across resistor $R_3$. Built-in offset $V_{OS}$ (e.g., about 10 mv) levelshifts feedback voltage $V_{FB}$ slightly below reference voltage $V_{REF}$, thus keeping the output of comparator 74 HIGH in this mode. When the voltage across resistor $R_{sense}$ exceeds the threshold across resistor $R_3$, the output of comparator 39 goes HIGH and the RBAR input of RS flip-flop 310 goes LOW, resetting RS flip-flop 310, and thus, initiating the switch OFF cycle.

During the OFF cycle, switch signal $V_{SWB}$ is HIGH, which turns P-MOSFET 16 OFF, N-MOSFET 17 ON and allows $I_{CON}$ to discharge control capacitor $C_{CON}$. The OFF time, $t_{OFF}$, is in turn determined by the time it takes control capacitor $C_{CON}$ to discharge from its initial voltage to $V_{TH1}$, coupled to the non-inverting input of comparator 312. When control capacitor $C_{CON}$ discharges to voltage $V_{TH1}$, the output of comparator 312 goes LOW, thus setting RS flip-flop 310 and initiating the next ON cycle. Voltage $V_{TH1}$ is higher than voltage $V_{TH2}$, thus causing the output of comparator 315 to remain LOW in the continuous mode.

In accordance with present embodiment, the OFF time is controlled by variable OFF-time control circuit 250 described above with respect to FIGS. 5 and 6. Accordingly, circuit 250 includes inputs 252 and 254 coupled to $V_{IN}$ and $V_{OUT}$, respectively, to monitor those voltages.

Current source $I_1$ sets a minimum voltage threshold across resistor $R_3$ for current comparator 39. This sets a minimum current required in inductor L1 during each ON cycle to trip comparator 39. If the resulting average inductor current flowing to the output is greater than the load current, then output voltage $V_{OUT}$ will begin to increase, causing feedback voltage $V_{FB}$ to trip the hysteretic comparator 74. Of course, the inductance of inductor L1 and OFF time $t_{OFF}$ are preferably chosen so that the inductor ripple current is not below zero when such tripping occurs. When comparator 74 trips, its output goes LOW and overrides the Q output of RS flip-flop 310, immediately switching switch signal $V_{SWB}$ high. As discussed above, this automatically initiates the beginning of the "sleep" mode of operation.

In sleep mode, capacitor $C_{CON}$ discharges as before, but does not initiate a new switch ON cycle when comparator 312 trips. As discussed above, this is because until feedback voltage $V_{FB}$ has fallen by the amount of hysteresis in comparator 74, the LOW at output 74A forces switch signal $V_{SWB}$ to remain HIGH through NAND gate 316. Accordingly, control capacitor $C_{CON}$ continues to discharge below voltage $V_{TH2}$, causing output 315A of comparator 315

5,731,694

**13**

to go HIGH. This in turn causes the N-MOSFET 17 as well as the P-MOSFET 16 to be turned OFF. In addition, unused circuit components such as amplifier 38 and comparators 39 and 312 are also turned OFF when the regulator circuit is in sleep mode. As discussed above, this decreases bias currents substantially during sleep mode, further increasing efficiency at low output current levels.

During the extended off times in sleep mode, much of the regulator and both MOSFETS 16 and 17 are turned off, and the output load is supported substantially by output capacitor $C_{OUT}$. However, when the output voltage $V_{OUT}$ falls such that the feedback voltage $V_{OUT}$ has decreased by the amount of hysteresis in comparator 74, all circuit components are again turned on and a new ON cycle is initiated to supply current to the output. If the load current remains low, output capacitor $C_{OUT}$ will recharge, and the feedback voltage $V_{FB}$ will again trip comparator 74 after only a few switch cycles. Thus, during light load conditions, the output voltage $V_{OUT}$ will oscillate between upper and lower thresholds values, as discussed above.

Whenever P-MOSFET 16 is ON, its gate-to-source voltage also appears across MOSFET 334, turning MOSFET 334 ON. This pulls the drain of MOSFET 334 HIGH, and inhibits N-drive 27. Following a LOW-to-HIGH $V_{SWB}$ transition, the voltage on the gate of P-MOSFET 16 must rise to a level where MOSFET 334 is conducting less than current source 335 before the drain voltage of MOSFET 334 falls and allows the N-MOSFET 17 to be turned ON. Current $I_{M1}$ is purposely made small so that the gate of MOSFET 334 must rise to within 2 volts of the input voltage $V_{IN}$ before the drive is enabled, ensuring that the P-MOSFET is completely OFF when N-MOSFET 17 turns ON. In a similar manner, MOSFET 332 and current source $I_{M2}$ 333 ensure that the N-MOSFET 17 is completely OFF when the P-MOSFET 16 turns ON. This prevents simultaneous conduction regardless of the drive speeds or MOSFET sizes, ensuring maximum possible efficiency. This feature of the present embodiment is discussed in more detail in commonly-assigned U.S. patent application Ser. No. 07/893, 523, filed Jun. 4, 1992, now U.S. Pat. No. 5,365,118, which is hereby incorporated by reference in its entirety. If desired, the control circuit of the present invention can also include circuitry for accommodating transient switch signals as described in commonly assigned U.S. patent application Ser. No. 08/035,423, filed concurrently herewith, now U.S. Pat. No. 5,408,150, which is also hereby incorporated by reference in its entirety.

Schottky diode D2 coupled across N-MOSFET 17 shown in FIG. 7 only conducts during the deadtime between the conduction of MOSFETS 16 and 17. Diode D2's purpose is to prevent the body diode of N-MOSFET 17 from turning on and storing charge during the deadtime, which could reduce efficiency (e.g., by approximately 1 percent) in some cases. Diode D2 preferably is selected with a forward voltage of less than about 0.5 volts when conducting the maximum output current.

In accordance with the present invention, the control circuit shown in FIG. 7, when incorporated into a 5-volt synchronous step-down switching regulator, is capable of achieving over 90 percent efficiency (for an input voltage of approximately 10 volts) while the output current varies over two orders of magnitude (e.g., 20 mA to 2 A). Under some operating conditions (e.g., for an input voltage of 6 volts) efficiencies of over 95 percent can be maintained over such current levels. Such a control circuit is particularly useful in notebook and palm-top computers, portable instruments, battery-operated digital devices, cellular telephones, DC power distributions systems and GPS systems.

**14**

As discussed above with respect to FIG. 1, a disadvantage of prior art control circuit 10 is that at low output currents the current in inductor L1 may reverse polarity if during $t_{OFF}$ the current ramps down too much. This may result in power being pulled from the load to ground, through N-MOSFET 17, with an associated reduction in circuit efficiency. In accordance with a still further feature of the present invention, the control circuit can include a circuit for turning OFF the N-MOSFET to prevent such power from being pulled from the load if the inductor current reverses polarity.

FIG. 8 is a schematic block diagram of an exemplary switching regulator circuit incorporating a circuit of the present invention for preventing reversals in the polarity of the current in the output inductor of the regulator from drawing power from the load.

Switching regulator 400 includes push-pull switch 15, driver circuit 20 and output circuit 30 similar to those of FIG. 1. Circuit 400 also includes an embodiment of the high-efficiency control circuit of the present invention for preventing reversals in the polarity of output inductor L1 current from drawing power from the load.

Control circuit 470 includes one-shot circuit 25, current comparator 39 and transconductance amplifier 38 similar to those of FIG. 1. In addition to those components, control circuit 470 also includes comparator 471 and gate 472 for preventing reversals in inductor current polarity from drawing power from the load at low average current levels. Control circuit 470 works as follows.

When output 25a of one-shot circuit goes HIGH to turn P-MOSFET 16 OFF and N-MOSFET 17 ON, the inductor current $I_L$ begins to ramp down. During low average output currents, this current may ramp down towards zero and, eventually, may go negative. Control circuit 470 works by monitoring the inductor current $I_L$, through current feedback signal $I_{FB2}$, and turns N-MOSFET 17 OFF before such current reversals can occur. This prevents N-MOSFET 17 from drawing power from the load to ground.

Comparator 471 includes an input 471a adapted to monitor inductor current $I_L$ by way of current feedback signal $I_{FB2}$. When current feedback signal $I_{FB2}$ falls below current $I_a$ applied to input 471b of comparator 471, comparator output 471c goes LOW and, therefore, turns N-MOSFET 17 OFF by way of NAND gate 472. The turning OFF of N-MOSFET 17 prevents current reversals in inductor current $I_L$ from drawing power from load 14 to ground through N-MOSFET 17.

After N-MOSFET 17 is turned OFF, it will again be allowed to turn ON as soon as feedback current $I_{FB2}$ exceeds current $I_a$ to cause comparator output 471c to go HIGH. Generally, comparator output 471c will again go HIGH after one-shot circuit 25 turns P-MOSFET 16 ON, which, in turn, causes the inductor current $I_L$ to again ramp up. Such ramping up will allow current feedback signal $I_{FB2}$ to exceed $I_a$ and, therefore, cause comparator output 471c to go HIGH. While comparator 471c is HIGH, one-shot circuit 25 solely controls the turning ON of N-MOSFET 17.

Thus, control circuit 470 includes circuitry for intentionally holding N-MOSFET 17 OFF during periods when current reversals would otherwise allow power to be drawn from the load. This feature of the present invention can increase circuit efficiency at low average output current levels when current reversals are most like to occur.

It will be apparent to those of ordinary skill in the art that although comparator 471 monitors the inductor current $I_L$ through feedback current $I_{FB2}$, other means of detecting current reversals in the inductor current $I_L$ could be used as well. For example, comparator 471 could monitor current

5,731,694

15

feedback signal $I_{FB1}$ just as well so that only one type of current feedback signal is employed in control circuit 470. Additionally, many others means of generating a feedback signal indicative of current reversal in inductor current $I_L$ could be used as well (see, e.g., resistor $R_{SENSE}$ in FIG. 7).

The high-efficiency control circuit of the present invention was discussed above with respect to FIGS. 1–8 wherein the switching regulator was configured in a voltage step-down configuration. It will be apparent that the control circuit of the present invention could be used in other configurations as well. For example, FIG. 9 shows a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a voltage step-up configuration.

Switching regulator 500 includes synchronously-switched switch 15' wherein the drains of P-channel MOSFET 16 and N-channel MOSFET 17 are coupled together and to one side of inductor L1. The other side of inductor $L_1$ is coupled to input $V_{IN}$. Control circuit 70 drives driver circuit 20' including inverting P-driver 26' and inverting N-driver 27', which in turn drive P-channel MOSFET 16 and N-channel MOSFET 17, respectively.

Thus, as shown in FIG. 9, the control circuit of the present invention can be used in switching configurations wherein an input voltage $V_{IN}$ is stepped up to a regulated output voltage $V_{OUT}$. As is the case with the step-down configurations shown in FIGS. 2–8, the control circuit of FIG. 9 can be used in other types of step-up configurations as well. For example, one-shot circuit 25 shown in FIG. 9 can include an additional input for monitoring the input voltage $V_{IN}$ to reduce the generation and emission of audible noise from inductor L1 at low input voltages as discussed above with respect to FIGS. 5 and 6. Also, switching regulator 500 can include circuitry to hold P-MOSFET 16 OFF during periods when the polarity of inductor current $I_L$ would otherwise reverse, as discussed above with respect to FIG. 8.

FIG. 10 shows a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a voltage polarity-inverting configuration.

Switching regulator 600 includes switch 15'' wherein the drain of P-channel MOSFET 16 is coupled to one side of inductor L1 and to $V_{OUT}$ through diode D601. The other side of inductor L1 is coupled to ground. The source of P-channel MOSFET 16 is coupled to the positive input voltage $V_{IN}$. Control circuit 70' drives driver circuit 20'' including P-driver 26 which, in turn, drives P-channel MOSFET 16.

Control circuit 70' operates substantially similar to control circuit 70 discussed above except for the following. Voltage feedback to control circuit 70' is provided by resistors R1 and R2 and amplifier 602. Amplifier 602 inverts the negative polarity voltage at $V_{OUT}$ to provide a positive polarity feedback voltage to control circuit 70'.

Thus, as shown in FIG. 10, the control circuit of the present invention can be used in switching configurations wherein an input voltage $V_{IN}$ is inverted to a regulated output voltage of opposite polarity $V_{OUT}$. As is the case with the step-down configurations shown in FIGS. 2–8, the control circuit of FIG. 10 can be used in other types of polarity-inverting configurations as well. For example, one-shot circuit 25 shown in FIG. 10 can include an additional input for monitoring the input voltage $V_{IN}$ to reduce the generation and emission of audible noise from inductor L1 at low input voltages. Furthermore, one-shot circuit 25 can include an input for monitoring the output voltage $V_{OUT}$ to control the short circuit current if the output is short circuited as discussed above with respect to FIG. 5 and 6. Also, if

16

regulator 600 was synchronously switched and included an N-MOSFET instead of D601, the regulator could include circuitry to hold such an N-MOSFET OFF during periods when the polarity of inductor current $I_L$ would otherwise reverse, as discussed above with respect to FIG. 8.

It will be apparent to those of ordinary skill in the art that although the present invention has been discussed above with reference to a hysteretic voltage comparator for generating the sleep mode control signal to cause the switching regulator to go into and awake from the sleep-mode, other means for performing the same function are also possible. For example, if desired, the sleep mode control signal could be generated in response to a monitored output current. Furthermore, the switching regulator could be taken out of the sleep mode a predetermined time period after going into such a mode, instead after the output voltage falls below a predetermined threshold voltage, as illustrated above.

It will also be apparent that although the present invention has been discussed above with reference to FIGS. 1–10, wherein the power switches were either a pair of complementary MOSFETS (i.e., one p-channel and one n-channel) or a single p-channel MOSFET (FIG. 3), the present invention is applicable to other types of switches as well. For example, the power switch could include a pair of N-channel MOSFETS, a pair of P-channel MOSFETS, or bipolar junction transistors.

Thus, a control circuit and method for maintaining high efficiency over broad current ranges in a switching regulator circuit has been provided.

One skilled in the art will thus appreciate that the present invention can be practiced by other than the described embodiments, which are presented for purposes of illustration and not of limitation, and the present invention is limited only by the claims which follow.

What is claimed is:

1. Control circuitry for controlling a switching voltage regulator supplying current at a regulated voltage to a load, said regulator having switching circuitry adapted to receive an input voltage and including a switching transistor, a diode, an inductive element, and output circuitry, including an output capacitor, said control circuitry including:

an error amplifier having inputs coupled to a reference and to said output circuitry;

a current comparator circuit having inputs coupled to an output of said error amplifier and to an inductive element current feedback signal;

a bias source coupled to an input of said current comparator circuit, said bias source setting a minimum feedback current threshold for said current comparator circuit, said minimum feedback current threshold determining a minimum current level required in said inductive element during each on cycle of said switching transistor to trip said current comparator;

a hysteretic comparator having a first input coupled to a reference, a second input coupled to said output circuitry and an output, said output changing from a first state to a second state when the first and second inputs compare in a predetermined manner; and

a logic circuit coupled between said hysteretic comparator and said switching transistor which prevents said switching transistor from turning on when said output of said hysteretic comparator is in said second state.

2. The control circuitry of claim 1 wherein a voltage offset is introduced between an input of said error amplifier and an input of said hysteretic comparator, said voltage offset inhibiting a change in output state of said hysteretic comparator at high load current levels.

5,731,694

**17**

3. The control circuitry of claim 1, wherein said current comparator is coupled to a one-shot circuit, an output of which is coupled to said logic circuit.

4. The control circuitry of claim 1, wherein an amplifier circuit is coupled between said output circuitry and an input to said error amplifier to provide positive feedback in a switching voltage regulator circuit wherein the input voltage has an opposite polarity from the voltage at the load.

5. A method for controlling a switching voltage regulator supplying current at a regulated voltage to a load, said regulator having switching circuitry adapted to receive an input voltage and including a switching transistor, a diode, an inductive element, and output circuitry, including an output capacitor, the method comprising the steps of:

    (a) monitoring the current through the inductive element to generate a first feedback signal;

    (b) monitoring an output voltage of the regulator to generate a second feedback signal;

    (c) generating a minimum current threshold;

**18**

    (d) generating a current threshold responsive to the second feedback signal, the current threshold being maintained at or above the minimum current threshold;

    (e) generating a first control signal to turn the transistor on and off responsive to magnitudes of the first feedback signal and the current threshold; and

    (f) generating a second control signal responsive to the second feedback signal exceeding a voltage threshold, the second control signal gating the first control signal to prevent the transistor from turning on regardless of the first control signal, so that the transistor is held off, and the output current is supplied by the output capacitor.

6. The method of claim 5, wherein the current threshold generated by step (d) is the greater of the minimum current threshold, and a current which is substantially proportional to the difference in voltage between the second feedback signal and a constant voltage.

7. The method of claim 5, wherein the first control signal turns the transistor off for a predetermined time period.

\* \* \* \* \*

EXHIBIT C

US005994885A

# United States Patent [19]

## Wilcox et al.

[11] **Patent Number:** 5,994,885

[45] **Date of Patent:** Nov. 30, 1999

[54] **CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULATOR CIRCUIT**

[75] Inventors: **Milton E. Wilcox**, Saratoga; **Randy G. Flatness**, Los Gatos, both of Calif.

[73] Assignee: **Linear Technology Corporation**, Milpitas, Calif.

[21] Appl. No.: **08/978,167**

[22] Filed: **Nov. 25, 1997**

### Related U.S. Application Data

[62] Division of application No. 08/799,467, Feb. 13, 1997, Pat. No. 5,731,694, which is a continuation of application No. 08/634,688, Apr. 18, 1996, abandoned, which is a continuation of application No. 08/476,232, Jun. 7, 1995, abandoned, which is a division of application No. 08/036,047, Mar. 23, 1993, Pat. No. 5,481,178.

[51] **Int. Cl.⁶** ..................................................... $G05F\ 1/40$

[52] **U.S. Cl.** ............................ 323/285; 323/287; 323/283; 323/290

[58] **Field of Search** ...................................... 323/285, 283, 323/224, 290, 287, 284, 268, 275

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,458,798 | 7/1969 | Fang et al. . |
| 3,571,697 | 3/1971 | Phillips . |
| 3,579,091 | 5/1971 | Clarke et al. . |
| 3,581,186 | 5/1971 | Weinberger . |
| 3,582,758 | 6/1971 | Gunn . |
| 3,585,491 | 6/1971 | Petersen . |
| 3,733,540 | 5/1973 | Hawkins . |
| 3,772,588 | 11/1973 | Kelly et al. ............................. 323/285 |
| 3,784,893 | 1/1974 | Rando . |

(List continued on next page.)

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 428 377 A2 | 5/1991 | European Pat. Off. . |
| 60-32565 | 2/1985 | Japan . |
| 60-156269 | 8/1985 | Japan . |
| 63-307510 | 12/1988 | Japan . |
| 3-113986 | 11/1991 | Japan . |
| 4-42771 | 2/1992 | Japan . |
| 4-49844 | 2/1992 | Japan . |
| 4-101286 | 9/1992 | Japan . |
| 4-128086 | 11/1992 | Japan . |

### OTHER PUBLICATIONS

Linear Technology Corporation, "New Device Cameos," *Linear Technology Magazine*, 10:18–19 (1992).

Williams, J. and Huffman, B., "Proper instrumentation eases low power dc/dc converter design," EDN, Oct. 27, 1988.

Chryssis, George, "High–frequency switching power supplies," pp. 144–152 and 180–181, McGraw–Hill, 1989.

Hnatek, Eugene R., "Design of Solid State Power Supplies," Third Edition, pp. 65–70, Van Nostrand Reinhold, 1989.

Linear Technology, "LT1846/1847, LT3846/3847 Current Mode PWM Controller," Datasheet, 1990.

Huffman, B., "Efficiency and Power Characteristics of Switching Regulator Circuits," Application Note 46, Linear Technology, Nov. 1991.

Gold, S., "Design Techniques for Electrostatic Discharge Protection," Linear Technology, Oct. 1992.

Unitrode, "UC1846/7, UC2846/7, UC3846/7 Current Mode PWM Controller," Datasheet, dated Jan. 1997 (date of first publication unknown).

(List continued on next page.)

*Primary Examiner*—Peter S. Wong
*Assistant Examiner*—Rajnikant B. Patel
*Attorney, Agent, or Firm*—Fish & Neave

[57] **ABSTRACT**

A circuit and method for controlling a switching voltage regulator having (1) a switch including one or more switching transistors and (2) an output adapted to supply current at a regulated voltage to a load including an output capacitor. The circuit and method generates a control signal to turn said one or more switching transistors OFF under operating conditions when the voltage at the output is capable of being maintained substantially at the regulated voltage by the charge on the output capacitor. Such a circuit and method increases the efficiency of the regulator circuit particularly at low average current levels.

**42 Claims, 10 Drawing Sheets**



**5,994,885**

Page 2

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,863,128 | 1/1975 | Wilwerding . |
| 3,879,647 | 4/1975 | Hamilton et al. . |
| 3,992,638 | 11/1976 | Sauvanet . |
| 4,013,939 | 3/1977 | Biess et al. . |
| 4,035,710 | 7/1977 | Joyce . |
| 4,071,884 | 1/1978 | Maigret . |
| 4,160,288 | 7/1979 | Stuart et al. . |
| 4,326,245 | 4/1982 | Saleh . |
| 4,395,675 | 7/1983 | Toumani . |
| 4,428,015 | 1/1984 | Nesler . |
| 4,462,069 | 7/1984 | Becky . |
| 4,479,174 | 10/1984 | Cates . |
| 4,493,017 | 1/1985 | Kammiller et al. . |
| 4,519,024 | 5/1985 | Federico et al. . |
| 4,541,041 | 9/1985 | Park et al. ............................... 363/41 |
| 4,554,499 | 11/1985 | Sherman et al. . |
| 4,578,630 | 3/1986 | Grosch . |
| 4,610,521 | 9/1986 | Inoue . |
| 4,634,956 | 1/1987 | Davis et al. ............................ 323/222 |
| 4,672,303 | 6/1987 | Newton . |
| 4,672,518 | 6/1987 | Murdock . |
| 4,674,020 | 6/1987 | Hill . |
| 4,683,529 | 7/1987 | Bucher, II . |
| 4,706,177 | 11/1987 | Josephson . |
| 4,709,315 | 11/1987 | Ramos . |
| 4,712,169 | 12/1987 | Albach . |
| 4,716,514 | 12/1987 | Patel . |
| 4,727,308 | 2/1988 | Huljak et al. . |
| 4,754,385 | 6/1988 | McDade et al. . |
| 4,801,859 | 1/1989 | Dishner . |
| 4,813,066 | 3/1989 | Holtz et al. . |
| 4,814,684 | 3/1989 | McCurdy . |
| 4,819,122 | 4/1989 | Gontowski, Jr. . |
| 4,823,070 | 4/1989 | Nelson . |
| 4,843,532 | 6/1989 | Freedman . |
| 4,866,587 | 9/1989 | Wadlington . |
| 4,870,555 | 9/1989 | White . |
| 4,884,183 | 11/1989 | Sable .......................................... 363/41 |
| 4,902,957 | 2/1990 | Cassani et al. . |
| 4,922,404 | 5/1990 | Ludwig et al. . |
| 4,928,200 | 5/1990 | Redl et al. . |
| 4,929,882 | 5/1990 | Szepesi . |
| 4,931,716 | 6/1990 | Jovanovic et al. . |
| 4,996,638 | 2/1991 | Orr . |
| 5,028,861 | 7/1991 | Pace et al. . |
| 5,034,871 | 7/1991 | Okamoto et al. . |
| 5,066,900 | 11/1991 | Bassett . |
| 5,068,575 | 11/1991 | Dunsmore et al. . |
| 5,081,411 | 1/1992 | Walker . |
| 5,097,196 | 3/1992 | Schoneman . |
| 5,128,603 | 7/1992 | Wölfel . |
| 5,134,355 | 7/1992 | Hastings . |
| 5,138,249 | 8/1992 | Capel . |
| 5,144,547 | 9/1992 | Masamoto . |
| 5,170,333 | 12/1992 | Niwayama . |
| 5,177,676 | 1/1993 | Inam et al. ............................... 363/80 |
| 5,179,511 | 1/1993 | Troyk et al. . |
| 5,184,129 | 2/1993 | Fung et al. . |
| 5,193,211 | 3/1993 | Nobusawa . |
| 5,237,606 | 8/1993 | Ziermann . |
| 5,309,078 | 5/1994 | Cameron ............................... 318/811 |
| 5,396,412 | 3/1995 | Barlage . |
| 5,408,162 | 4/1995 | Williams . |
| 5,481,178 | 1/1996 | Wilcox et al. ......................... 323/287 |
| 5,548,189 | 8/1996 | Williams . |

OTHER PUBLICATIONS

Cassani, John C.; Hodgins, Jonathan J.; Robert G. and Wittlinger, H.A., "Sophisticated Control IC Enhances 1 MHZ Current Controlled Regulator Performance," Proceedings of HFPC, pp. 167–173, May 1992.

Lee, et al., "Design of Switching Regulator with Combined FM and On–Off Control," IEEE Transactions on Aerospace and Electronic Systems, vol. AES–22, No. 6, pp. 725–731, Nov. 1986.

Harris Semiconductor, "HIP 5060 Power Control IC Single Chip Power Supply", Preliminary Datasheet, Jan. 1992.

Linear Technology, Williams, J. et al., App. Note 29, "Some Thoughts on DC–DC Converters," Oct. 1988.

Linear Technology, Williams, J., App. Note 35, "Step Down Switching Regulators," Aug. 1989.

Linear Technology, "LT1432 5V High Efficiency Step–Down Switching Regulator Controller," Datasheet, 1992.

Maxim Integrated Products, "MAX782/MAX786 Notebook Computer Power Supplies," Advance Information Datasheet, Feb. 1993.

Micro Linear, "ML4873 Battery Power Control IC," Advance Informatio Datasheet, Mar. 15, 1993.

Unitrode, "UC1895, UC2895, UC3895 Synchronous Rectifier Buck PWM Controller," Advance Information Datasheet, Oct. 5, 1992.

Archer, William R., "Current Drives Synchronous Rectifier," EDN, Nov. 28, 1985.

Archer, William R., "Current–Driven Synchronous Rectifier," Motorola TMOS Power FET Design Ideas, BR316, pp. 9–10, 1985.

Blanchard, Richard, et al., "MOSFETs, Schottky Diodes Vie for Low–Voltage–Supply Designs," EDN, p. 197, Jun. 28, 1984.

Borghi et al., "Discontinuous Conduction Mode Power Switching Regulator IC," PCI Oct. 1988 Proceedings, pp. 31–41, Oct. 1988.

Brown, Marty, "Practical Switching Power Supply Design," pp. 20–34, Academic Press, Inc., 1990.

Business Wire, "Micro Linear announces first single–chip power controller for notebook computers," Apr. 16, 1992.

Gontowski et al., "Advanced New Integrated Circuits For Current–Mode Control," Proceedings of the Power Electronics Show and Conference, pp. 341–352, Oct. 1988.

Goodenough, Frank, "Synchronous Rectifier UPS PC Battery Life," Electronic Design, pp. 47–53, Apr. 16, 1992.

Goodenough, Frank, "Low–Voltage Analog ICs Wait in the Wings," Electronic Design, Sep. 3, 1992.

Gracie, Paul D., "Intermittent Converter Saves Power," EDN, p. 151, Sep. 1, 1989.

Grant, Duncan A. et al., "Power MOSFETS, Theory and Application," pp. 239–256, Wiley–Interscience, 1989.

Horowitz & Hill, "The Art of Electronics," pp. 356–359, Cambridge University Press, 1989.

Patel, Raoji, "Using Bipolar Synchronous Rectifiers Improves Power Supply Efficiency," Proceedings of the Power Sources Conference, Nov. 1984.

Quinnell, Richard A., "Analog IC Combines Five Functions for Battery Power Management," EDN, Apr. 23, 1992.

Redl et al., "Frequency Stabilization and Synchronization of Free–Running Current–Mode Controlled Converters," PESC '86 Record, pp. 519–530, 1986.

Redl, et al., "Overload–Protection Methods For Switching–Mode DC/DC Converters: Classification, Analysis, and Improvements," PESC '87 Record, pp. 107–118, 1987.

**5,994,885**

Page 3

Rippel, W.E., "Synchronous Half–Wave Rectifier," JPL Technical Support Package, Jul. 1989.

Sakai, E. and Harada, K., "Synchronous Rectifier Using a Bipolar Transistor Driven by Current Transformer," Journal of the Society of Electronic Data Communication, vol. J–74–B–1, No. 8, pp. 639–646, Aug. 1991 (in Japanese, with translation).

Sakai, E. and Harada, K., "A New Synchronous Rectifier Using Bipolar Transistor Drive by Current Transformer," Fourteenth International Telecommunications Energy Conference, pp. 424–429, Oct. 1992.

Savant, C.J., Jr., et al., "Electronic Design: Circuits and Systems," pp. 612–613, The Benjamin/Cummings Publishing Co., 1991.

Soclof, Sidney, "Applications of Analog Integrated Circuits," Figure 2.25, pp. 74–75, Prentice–Hall, Inc. 1985.

Sokal et al., "Control Algorithms and Circuit Designs For Optimally Flyback–Charging an Energy–Storage Capacitor," IEEE Fifth Applied Power Electronics Conference, pp. 295–301, 1990.

Taylor, "Flyback Converter," Electronic Engineering, p. 23, Jul., Jul. 1976.

Uchida, Takahito, "Switching Regulator Controller," Japanese Inventor Associated Disclosed Technology Publication No. 92–2362, published Feb. 15, 1992 (in Japanese, with translation).

Wilcox, M., "The LT1158: Low Voltage, N–Channel Bridge Design Made Easy," Linear Technology, Feb. 1992.

Williams, Jim, "Basic Principles and Ingenious Circuits Yield Stout Switchers," EDN, Jan 19, 1990.

Harris Semiconductor, Hodgins et al., "HIP 5060 Family of Current Mode Control ICs Enhance 1 MHZ Regulator Performance," Application Note AN9212.1, pp. 11–191–11–197, 1992.

Harris Semiconductor, "HIP 5060 Power Control IC Single Chip Power Supply," Datasheet, May 1992.

Harris Semiconductor, "HIP 5060 Power Control IC Single Chip Power Supply", Datasheet, Apr. 1994.

International Rectifier, Clemente et al., "HV Floating MOSate Driver IC," Application Note AN–978A, 1990.

Linear Technology, "LT1074 Switching Regulator," Preliminary Datasheet, Jun. 1989.

Linear Technology, "LT1072 1.25A High Efficiency Switching Regulator," Datasheet, 1990.

Linear Technology, "LT1524/LT3524 Regulating Pulse Width Modulator," 1990.

Linear Technology, Wilcox, M., "LT1158 Half Bridge N–Channel Power MOSFET Driver," Datasheet, 1992.

Maxim Integrated Products, "MAX635/636/637 Preset/Adjustable Output CMOS Inverting Switching Regulators," Datasheet, Date Unknown.

Maxim Integrated Products, "MAX746 High–Efficiency, PWM, Step–Down, N–Channel DC–DC Controller," Datasheet, Nov. 1993.

Maxim Integrated Products, "MAX747 High–Efficiency PWM, Step–Down P–Channel DC–DC Controller," Datasheet, Sep. 1993.

Maxim Integrated Products, "MAX777L/MAX778L/MAX779L Low–Voltage Input, 3V/3.3V/5V/ Adjustable Output, Step–Up DC–DC Converters," Datasheet, Jul. 1996.

Maxim Integrated Products, "MAX783 Triple–Output Power–Supply Controller for Notebook Computers," Datasheet, May 1994.

Micro Linear, "ML 4822 DC/DC Converter Controller for Portable Computers," Datasheet, Aug. 1991.

Micro Linear, "ML4862 EVAL User's Guide," Jun. 1992.

Micro Linear, "ML4862 Battery Power Control IC," Datasheet, Jul. 1992.

Micro Linear, "ML4862 Battery Power Control IC," Datasheet, Jan. 1997.

Micro Linear, "ML4873 Battery Power Control IC," Datasheet, Jan. 1997 (preliminary version Mar. 1993—cited above).

National Semiconductor Corporation, "LM1578/LM2578/LM3578 Switching Regulator," Preliminary Datasheet, 1987.

Siliconix, "Siliconix Si9110/Si9111," Datasheet, Oct. 1987.

Siliconix, "Si91XX Synchronous Buck Controller," Datasheet, Dec. 20, 1990.

Siliconix, "Si9150 Synchronous Buck Regulator Controller, S–42677, Rev. D," Datasheet, Feb. 14, 1995.

Chetty, P.R., "DC timers control dc–dc converters" Electronics, pp. 121 & 123, Nov. 13, 1975.

Dell Computer Corporation, "Dell Computer Corporation Introduces Advanced Notebook PC," (alleged to contain UC1895 (see Unitrode Advance Information Datasheet, Oct. 5, 1992), Sep. 1991.

Dinsmore, D., "Dual regulator handles two input voltages," EDN, Jan. 21, 1993.

Fisher, R. A. et al., "Performance of Low Loss Synchronous Rectifiers in a Series–Parallel Resonand DC–DC Converter," Proceedings of the Fourth Annual IEEE Applied Power Electronics Conference and Exposition, pp. 240–246, Mar. 1989.

Gauen, Kim, "Synchronous Rectifier Improves Step–Down Converter Efficiency," PCIM, pp. 8, 11–12 & 14–15, Apr. 1993.

Goodenough, F., "Dozing IC Op Amps Wake Up For Input Signal," Electronic Design, Dec. 5, 1991.

Goodenough, F., "Raise Switcher Efficiency Above 90%", Electronic Design, Jan. 21, 1993.

Hewett, S., "Improved Switched Mode Power Supply Regulation by Eliminating Turn–off Spikes," IBM Technical Disclosure Bulletin, vol. 31 No. 4, pp. 97–98, Sep. 1988.

Ikeda, S. et al., "Power MOSFET for Switching Regulator," International Telecommunications Energy Conference, Oct. 1982.

Kassakian, J. et al., "Principles of Power Electronics," pp. 103–165, Addison–Wesley Publishing Company, 1991.

Kerridge, Brian, "Battery power breeds efficient regulators," EDN, pp. 103–108, Mar. 18, 1993.

Lee, Y. S. and Cheng, Y. C., "A 580kHz switching regulator using on–off control," Journal of the Institution of Electronic and Radio Engineers, vol. 57, No. 5, pp. 221–226, Sep. 1987.

Markus, John, "Guidebook of Electronic Circuits," pp. 647 & 649, 1971.

Meakin, Mike, "The LM3578 Switching Power Regulator," Electronic Engineering, pp. 47–52, Jul. 1986.

Myers, R. and Peck, R., "200–kHz Power FET Technology in New Modular Power Supplies," Hewlett–Packard Journal, Aug. 1981.

NASA Jet Propulsion Laboratory, "Synchronous Half–Wave Rectifier," Jul. 1989.

Patel, R., "Bipolar synchronous rectifiers cut supply losses," EDN, Apr. 4, 1985.

Shepard, J., "Powering portable systems," EDN, Nov. 5, 1992.

5,994,885
Page 4

Steigerwald, R., "High–Frequency Resonant Transistor DC–DC Converters," IEEE Transactions on Industrial Electronics, vol. IE–31, No. 2, pp. 181–191, May 1984.

Williams, J., "Employ pulse–width modulators in a wide range of controllers," EDN, Sep. 2, 1981.

Williams, J., "Design dc–dc converters to catch noise at the source," Electronic Design, Oct. 15, 1981.

Williams, J., "Conversion techniques adapt voltages to your needs," EDN, Nov. 10, 1982.

Williams, J., "Special circuit–design techniques enhance regulator performance," EDN, Sep. 1, 1983.

Williams, J., "Use low–power design methods to condition battery outputs," EDN, Oct. 18, 1984.

Williams, J., "Chopper amplifier improves operation of diverse circuits," EDN, Mar. 7, 1985.

Williams, J., "Design linear circuits for 5V operation," EDN, May 2, 1985.

Williams, J., "Design techniques extend V/F–converter performance," EDN, May 16, 1985.

Williams, J., "Refine V/F–converter operation with novel design techniques," EDN, May 30, 1985.

Williams, J., "Analog circuits operate from a 1.5V cell," EDN, Sep. 19, 1985.

Williams, J., "Considerations for Five Volt Linear Circuits," Professional Program Session Record 20, Circuits for Analog Signal Processing and Data Conversion is Single +5V Supply Systems, Wescon/85, Nov. 1985.

Williams, J., "Switching regulator takes on more power," Electronic Product Design, Jan. 1986.

Williams, J., "Micropower circuits assist low–current signal conditioning," EDN, Aug. 6, 1987.

Williams, J., "Signal conditioning circuits use $\mu$power design techniques," EDN, Aug. 20, 1987.

Williams, J., "Regulator IC speeds design of switching power supplies," EDN, Nov. 12, 1987.

Williams, J., "Galvanically isolated switching supplies provide high power," EDN, Nov. 26, 1987.

Williams, J., "Clever techniques improve thermocouple measurements," EDN, May 26, 1988.

Williams, J., "Design linear circuits that serve digital system needs," EDN, Apr. 27, 1989.

Williams, J., "Astute designs improve efficiencies of linear regulators," EDN, Aug. 17, 1989.

Williams, J., "Correcting power–supply problems," EDN, Dec. 10, 1991.

Williams, J., "1.5 to 5V converter supplies 200mA," EDN, Oct. 15, 1992.

Williams, J., "Designing supplies for powering LCD back-lighting," EDN, Oct. 29, 1992.

Williams, J., "Bridge forms synchronous rectifier," EDN, Date Unknown

Williams, J. and Dendinger, S., "Simplify feedback controllers with a 2–quandrant PWM IC," EDN, May 26, 1983.

Williams, J. and Huffman, B., "Precise converter designs enhance system performance," EDN, Oct. 13, 1988.

Williams, J. and Huffman, B., "Proper instrumentation eases low–power dc/dc–converter design," EDN, Oct. 27, 1988.

Williams, J. and Huffman, B., "Design dc/dc converters for power conservation and efficiency," EDN, Nov. 10, 1988.

Williams, J. and Huffman, B., "Switched–capacitor networks simplify dc/dc–converter designs," EDN, Nov. 24, 1988.

Williams, J. and Waller, B., "Performance–Enhancement Techniques for Three–Terminal Regulators," New Electronics, Oct. 4, 1983.

International Rectifier, "IR Application Note AN–978, HV Floating MOS–Gate Driver ICs, A Typical Block Diagram," Application Note from web page, Date Unknown.

International Rectifier, "IR Application Note AN–978, HV Floating MOS–Gate Driver ICs, Full Bridge With Current Mode Control," Application Note from web page, Date Unknown.

Linear Technology, Pietkiewicz et al., "DC–DC Converters for Portable Computers," Design Note 52, 1991.

Linear Technology, "LT1170/LT1171/LT1172 100kHz, 5A, 2.5A and 1.25A High Efficiency Switching Regulators," Data Sheet, 1991.

Linear Technology, "LT1271/LT1269 4A High Efficiency Switching Regulators," Data Sheet, 1992.

Linear Technology, Nelson, C., App. Note 19, "LT–1070 Design Manual," Jun. 1986.

Linear Technology, Williams, J., App. Note 25, "Switching Regulators for Poets," Sep. 1987.

Siliconix, "High–Efficiency Buck Converter for Notebook Computers," Application Note AN92–4, Date Unknown.

Siliconix, "Designing DC/DC Converters with the Si9110 Switchmode Controller," Siliconix Power Products Data Book, 1991.

Siliconix, "Si9150CY/BCY Synchronous Buck Converter Controller," Preliminary Data Sheet, Oct. 8, 1992.

Siliconix, "Synchronous Rectification," Design Ideas, Oct. 1980.

Unitrode, "Using Bipolar Synchronous Rectifiers Improves Power Supply Efficiency," Application Note, Jun. 1985.



FIG. 1

PRIOR ART



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10

5,994,885

1

# CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULATOR CIRCUIT

This is a division of application Ser. No. 08/799,467, filed Feb. 13, 1997 entitled CONTROL CIRCUIT FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULATOR CIRCUIT, now U.S. Pat. No. 5,731,694, which is a continuation of application Ser. No. 08/634,688, filed Apr. 18, 1996, now abandoned, which is a continuation of application Ser. No. 08/476,232, filed Jun. 7, 1995, now abandoned, which is a divisional of application Ser. No. 08/036,047, filed Mar. 23, 1993, now U.S. Pat. No. 5,481,178.

## BACKGROUND OF THE INVENTION

The present invention relates to a switching regulator circuit. More particularly, the present invention relates to a control circuit and method for maintaining high efficiency over broad current ranges in a switching regulator circuit.

The purpose of a voltage regulator is to provide a predetermined and constant output voltage to a load from a poorly-specified and fluctuating input voltage source. Generally, there are two different types of regulators: series regulators and switching regulators.

The series regulator employs a pass element (e.g., a power transistor) coupled in series with a load and controls the voltage drop across the pass element in order to regulate the voltage which appears at the load. In contrast, the switching regulator employs a switch (e.g., a power transistor) coupled either in series or parallel with the load. The regulator controls the turning ON and turning OFF of the switch in order to regulate the flow of power to the load. The switching regulator employs inductive energy storage elements to convert the switched current pulses into a steady load current. Thus, power in a switching regulator is transmitted across the switch in discrete current pulses, whereas in a series regulator, power is transmitted across the pass element as a steady current flow.

In order to generate a stream of current pulses, switching regulators typically include control circuitry to turn the switch on and off. The switch duty cycle, which controls the flow of power to the load, can be varied by a variety of methods. For example, the duty cycle can be varied by either (1) fixing the pulse stream frequency and varying the ON or OFF time of each pulse, or (2) fixing the ON or OFF time of each pulse and varying the pulse stream frequency.

Which ever method is used to control the duty cycle, switching regulators are generally more efficient than series regulators. In series regulators, the pass element is generally operated in its linear region where the pass element conducts current continuously. This results in the continuous dissipation of power in the pass transistor. In contrast, in switching regulators, the switch is either OFF, where no power is dissipated by the switch, or ON in a low impedance state, where a small amount of power is dissipated by the switch. This difference in operation generally results in reduced amounts of average power dissipation in switching regulators.

The above difference in efficiency can be more apparent when there is a high input-output voltage difference across the regulator. For example, it would not be unusual for a series regulator to have an efficiency of less than 25 percent when a switching regulator could perform an equivalent function with an efficiency of greater than 75 percent.

2

Because of their improved efficiency over series regulators, switching regulators are typically employed in battery-operated systems such as portable and laptop computers and hand-held instruments. In such systems, when the switching regulator is supplying close to the rated output current (e.g., when a disk or hard drive is ON in a portable or laptop computer), the efficiency of the overall circuit can be high. However, the efficiency is generally a function of output current and typically decreases at low output current. This reduction in efficiency is generally attributable to the losses associated with operating the switching regulator. These losses include, among others, quiescent current losses in the control circuitry of the regulator, switch losses, switch driver current losses and inductor/transformer winding and core losses.

The reduction in efficiency of a switching regulator at low output current can become important in battery-operated systems where maximizing battery lifetime is desirable.

In view of the foregoing, it would be desirable to provide a high efficiency switching regulator.

It would also be desirable to provide a control circuit and method for maintaining high efficiency over broad current ranges, including low output currents, in a switching regulator circuit.

## SUMMARY OF THE INVENTION

It is therefore an object of the present invention to provide a high efficiency switching regulator.

It is also an object of the present invention to provide a control circuit and method for maintaining high efficiency over broad current ranges, including low output currents, in a switching regulator circuit.

In accordance with these and other objects of the invention, there is provided a circuit and method for controlling a switching voltage regulator having (1) a switch including one or more switching transistors and (2) an output adapted to supply current at a regulated voltage to a load including an output capacitor. The circuit and method generates a control signal to turn the one or more switching transistors OFF under operating conditions when the voltage at the output is capable of being maintained substantially at the regulated voltage by the charge on the output capacitor (e.g., during low output currents). During such periods of time, the load does not consume power from the input power source. Therefore, the regulator efficiency is increased. If desired, other components in the switching regulator, in addition switching transistors, can also be intentionally held OFF to conserve additional power. This additional feature of the present invention can further increase the efficiency of the overall regulator circuit.

The circuit and method of the present invention can be used to control various types of switches in switching regulator circuits, including switches that use either one or more power transistors. Additionally, the circuit and method can be used to control switches in various types of switching regulator configurations, including voltage step-down, voltage step-up and polarity-inversing configurations.

Additionally, the circuit and method of the present invention can vary the OFF time of the switching transistor in response to the input and output voltages of the switching regulator. This feature of the present invention reduces the emission of audible noise from the switching regulator during low input voltage conditions. It also reduces the potential for current runaway during short circuits in the output voltage for some regulator configurations.

## BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects and advantages of the present invention will be apparent upon consideration of the fol-

5,994,885

3

lowing detailed description, taken in conjunction with the accompanying drawings, in which like reference characters refer to like parts throughout, and in which:

FIG. 1 is a schematic block diagram of a typical prior art switching regulator circuit employing a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 2 is a schematic block diagram of a switching regulator circuit incorporating a first embodiment of the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 3 is a schematic block diagram of a switching regulator circuit incorporating a second embodiment of the high-efficiency control circuit of the present invention to drive a switch including a switching MOSFET and a switching diode in a step-down configuration;

FIG. 4 is a schematic block diagram of a switching regulator circuit incorporating a "user-activated" embodiment of the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 5 is a schematic block diagram of a switching regulator circuit incorporating the variable OFF-time control circuit of the present invention;

FIG. 6 is a detailed schematic diagram of an embodiment of the variable OFF-time control circuit of FIG. 5;

FIG. 7 is a detailed schematic block diagram of an exemplary switching regulator circuit incorporating both the variable OFF-time feature and the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 8 is a schematic block diagram of a switching regulator circuit incorporating a circuit of the present invention for preventing reversals in the polarity of the current in the output inductor of the regulator from drawing power from the load;

FIG. 9 is a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a step-up configuration; and

FIG. 10 is a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a polarity-reversing configuration.

## DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 is a schematic block diagram of a typical prior art switching regulator circuit employing a push-pull switch in a step-down configuration.

Referring to FIG. 1, circuit 10 is used to provide a regulated DC output voltage $V_{OUT}$ at terminal 12 (e.g., 5 volts) for driving load 14 which, for example, may be a portable or laptop computer or other battery-operated system. Circuit 10 operates from an unregulated supply voltage $V_{IN}$ coupled to terminal 14 (e.g., a 12 volt battery). Circuit 10 includes push-pull switch 15, driver circuit 20, output circuit 30 and control circuit 35.

Driver circuit 20 is used to drive push-pull switch 15 which includes two synchronously-switched power MOSFETS 16 (p-channel) and 17 (n-channel) stacked in series between supply rail $V_{IN}$ and ground. Push-pull switch 15 in

4

conjunction with driver circuit 20 is typically referred to as a "half-bridge" configuration. MOSFETS 16 and 17 are used to alternately supply current to output circuit 30 which includes inductor 32 (L1) and output capacitor 34 ($C_{OUT}$). Output circuit 30 smooths the alternating supply of current so that load 12 is provided a regulated voltage $V_{OUT}$. In order to supply the alternating current, MOSFETS 16 and 17 are respectively driven by P-channel driver 26 and N-channel driver 27, which in turn are both controlled by control circuit 35.

Control circuit 35 includes one-shot circuit which provides an OFF pulse of constant duration (e.g., 2 to 10 microseconds) during which time MOSFET 16 is held OFF and MOSFET 17 is held ON by drivers 26 and 27, respectively. Otherwise, one-shot circuit 25 provides an ON pulse during which time MOSFET 16 is held ON and MOSFET 17 is held OFF. Therefore, one-shot circuit 25 alternately turns MOSFETS 16 and 17 ON and OFF to provide an alternating supply of current to (output circuit 30. The duty cycle of the one-shot circuit 35 is in turn controlled by current amplifier 39.

Control circuit 35 monitors the output voltage $V_{OUT}$ through resistor-divider network $R_1/R_2$ (36A/36B) to provide a feedback voltage $V_{FB}$ proportional to the output voltage $V_{OUT}$. Control circuit 35 also monitors the current $I_L$ through inductor L1 to provide a feedback current $I_{FB}$ proportional to inductor current $I_L$. Circuit 10 operates by controlling inductor current $I_L$ so that the feedback voltage $V_{FB}$ is regulated to be substantially equal to a reference voltage $V_{REF}$ provided by reference circuit 37. With feedback voltage $V_{FB}$ being regulated, the output voltage $V_{OUT}$ is in turn regulated to a higher voltage by the ratio of $(R_1+R_2)$ to $R_2$.

Transconductance amplifier 38 is used to compare the feedback voltage $V_{FB}$ to a reference voltage $V_{REF}$. Circuit 10 regulates the output voltage $V_{OUT}$ as follows. During each cycle when switch 15 is "ON", P-MOSFET 16 is turned ON and the current $I_L$ in inductor L1 ramps up at a rate dependent on $V_{IN}-V_{OUT}$. When $I_L$ ramps up to a threshold level set by output 38A of transconductance amplifier 38, current comparator 39 trips and triggers the one-shot OFF pulse, initiating the "OFF" cycle of switch 15. During the "OFF" cycle, one-shot circuit 25 holds P-MOSFET 16 OFF and turns N-MOSFET 17 ON. This in turn causes the current $I_L$ in inductor L1 to ramp down at a rate dependent on $V_{OUT}$. Thus, the duty cycle of the periodic turning OFF of switch 15 is controlled so the current $I_L$ produces a regulated output voltage $V_{OUT}$ at terminal 12.

As the output load current increases, the voltage drop across $R_2$ resistor 36B will decrease. This translates into a small error voltage at input 38B of transconductance amplifier 38 that will cause output 38A to increase, thus setting a higher threshold for current comparator 39. Consequently, current $I_L$ in inductor L1 is increased to the level required to support the load current.

Since the OFF time ($t_{OFF}$) of one-shot circuit 25 is constant, switching regulator circuit 10 has a constant ripple current in inductor L1 (for constant output voltage $V_{OUT}$), but has a frequency which varies with $V_{IN}$. The ripple oscillation frequency is given by the equation:

$$f_{RIP}=(1/t_{OFF}) [1-(V_{OUT}/V_{IN})]$$

One disadvantage of circuit 10 in FIG. 1 is that the ripple oscillation frequency $f_{RIP}$ may decrease to an audible level with low input voltages $V_{IN}$. This could occur, for example, when a battery powering the switching regulator circuit is

| 5 | 6 |

nearly discharged. Inductor L1 may then generate and emit noise that can be objectionable to a user of the device employing the regulator circuit.

An additional disadvantage of prior art circuit 10 is that the inductor current $I_L$ is not well controlled when the output voltage $V_{OUT}$ is shorted to ground. The basic relationship between inductor current and voltage is given by the equation di/dt=V/L. This means that the rate at which current $I_L$ in inductor L1 decays during the OFF-time depends on the voltage across inductor L1, which is the sum of $V_{OUT}$ and the drain to source voltage, $V_{DS}$, of N-MOSFET 17. During a short, $V_{OUT}$ approaches zero while $V_{DS}$ is also very low, resulting in very little decay of current $I_L$ in inductor L1 during $t_{OFF}$. However, following each OFF cycle, P-MOSFET 16 is turned back ON until current comparator 39 again trips one-shot constant OFF time control circuit 25. Even for the minimum time that P-MOSFET 16 is ON, the current $I_L$ in inductor L1 may increase by more than it can decrease during $t_{OFF}$. This may result in a runaway condition in which the short circuit current may reach destructive levels.

A further disadvantage of prior art circuit 10 results from the constant ripple current in inductor L1. During $t_{OFF}$, current $I_L$ in inductor L1 always ramps down by the same amount regardless of the output current of the regulator. At low output currents this can cause the current in inductor L1 to reverse polarity and, thus, pull power from the load. During the following ON cycle, this current again ramps positive such that the average inductor current equals the load current Losses associated with this constant ripple current, along with switching losses due to the charging and discharging of switch 15's MOSFET gates, can produce large reductions in efficiency at low output currents. This will be especially the case if the current in inductor L1 reverses and power is pulled from the load to ground through N-MOSFET 17.

A still further disadvantage of prior art circuit 10 concerns the gate drives to P-MOSFET 16 and N-MOSFET 17. Delays are generally incorporated into drivers 26 and 27 to ensure that one power MOSFET turns OFF before the other turns ON. If there is insufficient deadtime between the conduction of the two MOSFETs (due to, for example, device, circuit processing, or temperature variations), current will be passed directly from input supply $V_{IN}$ to ground. This "shoot-through" effect can dramatically reduce efficiency, and in some circumstances, can overheat and destroy the power MOSFETs.

FIG. 2 is a schematic block diagram of a switching regulator circuit incorporating a first embodiment of the high-efficiency control circuit of the present invention for driving a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator circuit 50 includes push-pull switch 15, driver circuit 20 and output circuit 30 similar to those of FIG. 1. Circuit 50 also includes an embodiment 70 of the high-efficiency control circuit of the present invention.

Control circuit 70 includes one-shot circuit 25, current comparator 39 and amplifier 38 similar to those of FIG. 1. However, in addition to those components, control circuit 70 also includes constant current source $I_1$ 72 and hysteretic comparator 74 for providing high efficiency operation at low average current levels.

As will be discussed in greater detail below, constant current source $I_1$ 72 and comparator 74 allow push-pull switch 15 to go into a state of operation where both MOSFETS 16 and 17 are simultaneously OFF under conditions where the output voltage $V_{OUT}$ can be maintained

substantially at the regulated voltage $V_{REG}$ by output capacitor $C_{OUT}$. This state of operation is referred to herein as a "sleep mode." The ability of push-pull switch 15 to go into such a sleep mode is in contrast to the regulator circuit of FIG. 1 where one of the two MOSFETs 16 and 17 is substantially ON at all times. This feature of the present invention reduces the regulator circuit power consumption since push-pull switch 15 does not dissipate power or allow power to be pulled from load $R_L$ to ground in sleep mode.

Furthermore, if desired, while push-pull switch 15 is in the above-described sleep mode, the regulator circuit can turn OFF other circuit components which are not needed while the regulator is in sleep mode. For example, for the embodiment of the present invention shown in FIG. 2, one-shot circuit 25, current comparator 39, current source $I_1$ 72 and amplifier 38 can also be turned OFF in sleep mode. This feature of the present invention allows the regulator circuit to operate at even higher efficiencies than otherwise possible if only push-pull switch 15 were maintained in a sleep mode.

At high load current levels (e.g., greater than 20 percent of the maximum rated output current) control circuit 70 operates similar to control circuit 35 of FIG. 1. In FIG. 2, the current feedback $I_{FB}$ is again provided to the non-inverting input of current comparator 39. Offset $V_{OS}$ 76, which preferably is built into amplifier 38, level-shifts feedback voltage $V_{FB}$ slightly below reference voltage $V_{REF}$, thus keeping the output of hysteretic comparator 74 high during high current conditions. When the feedback current $I_{FB}$ exceeds the current supplied to the inverting input of current comparator 39, the output of comparator 39 goes HIGH so as to initiate the switch "OFF" cycle.

During the "OFF" cycle, output 25A of one-shot circuit 25 is HIGH, which turns P-MOSFET 16 OFF and N-MOSFET 17 ON. After a constant time set by one-shot circuit 25, output 25A goes LOW, thus initiating the next "ON" cycle where P-MOSFET 16 is ON and N-MOSFET 17 OFF.

In accordance with the present invention, regulator circuit 50 goes into sleep mode at low output current levels as follows. Hysteretic comparator 74 monitors the feedback voltage $V_{FB}$ and goes LOW when $V_{FB}$ exceeds a predetermined voltage value in excess of the reference voltage $V_{REF}$. Such a condition is indicative of the output voltage $V_{OUT}$ exceeding a predetermined voltage value in excess of the regulated voltage $V_{REG}$. This over voltage condition is intentionally induced at low average output currents by providing a constant current source $I_1$ 72 coupled in parallel with amplifier 38. During the over voltage condition both MOSFETS 16 and 17 are maintained OFF by way of AND gate 66 and NAND gate 68.

Constant current source $I_1$ sets a minimum feedback current threshold for current comparator 39. This sets a minimum current required in inductor L1 during each ON cycle to trip comparator 39. In accordance with the present invention, current comparator 39 is intentionally forced to remain ON at current levels that would otherwise cause it to trip. Thus, more current is supplied to inductor L1 than is necessary to maintain the output voltage $V_{OUT}$ at the regulated voltage $V_{REG}$. As a result, $V_{OUT}$ will begin to increase beyond the regulated voltage $V_{REG}$, causing the feedback voltage $V_{FB}$ to trip hysteretic comparator 74 at a predetermined voltage value in excess of $V_{REF}$. When comparator 74 trips, its output goes LOW to turn both MOSFET 16 and 17 OFF to put the regulator circuit into sleep mode.

In the above-described state of operation (i.e., "sleep model") where MOSFETs 16 and 17 are both simultaneously OFF, the output load 14 is supported substantially

5,994,885

7

by output capacitor $C_{OUT}$. Hysteretic comparator 74 monitors the feedback voltage $V_{FB}$ and when $V_{OUT}$ falls such that $V_{FB}$ has decreased by the amount of the hysteresis in comparator 74, driver circuit 20 is taken out of sleep mode (where MOSFETS 16 and 17 are both driven OFF) so that a new ON cycle is initiated to supply current to load 14. If the load current remains low, $C_{OUT}$ will recharge to a voltage level in excess of $V_{REG}$ and the feedback voltage $V_{FB}$ will again trip comparator 74 after only a few cycles.

Thus, during light loads, control circuit 70 is adapted to turn both MOSFET 16 and MOSFET 17 OFF when they are not needed to maintain the output voltage substantially at the regulated voltage level if the output capacitor $C_{OUT}$ is capable of doing so. When the output voltage falls below the regulated voltage level in such a mode, control circuit 70 is adapted to briefly turn switch 15 ON to recharge the output capacitor $C_{OUT}$ back to a voltage level in excess of the regulated voltage. Therefore, $V_{OUT}$ will oscillate between upper and lower thresholds separated by the comparator 74 hysteresis value multiplied by the ratio of $(R_1+R_2)$ to $R_2$. The rate at which the regulator "wakes up" to recharge output capacitor $C_{OUT}$ will automatically adapt to the load current, maintaining high efficiencies even at low output currents.

In accordance with the present invention, control circuit 70 maintains MOSFETS 16 and 17 OFF over periods of time when the output current is low enough to allow the output capacitor $C_{OUT}$ to maintain the output voltage substantially at the regulated voltage. Typically, such periods of OFF time, wherein both MOSFETS 16 and 17 are maintained OFF even though the switching regulator is providing a regulated voltage, can extend from less than 100 microseconds to over a few seconds frequency correspondingly to a few switch cycles to over one-hundred-thousand switch cycles for a switching frequency of 100 kiloHertz). Such OFF times typically allow high efficiency to be obtained (e.g., over 90%) over an output current range in excess of 100:1. Because other components in addition the switching transistors can also be maintained OFF during such periods, even higher efficiencies can typically be obtained.

Control circuit 70 of switching regulator 50 shown in FIG. 2 is used to drive a synchronously-switched switch including MOSFETS 16 and 17. As used herein, the term "synchronously-switched switch" refers to a switch including two switching transistors that are driven out of phase to supply current at a regulated voltage to a load. FIG. 3 shows a second embodiment of the high-efficiency control circuit of the present invention adapted to drive a switch including a switching transistor and a switching diode in a step-down configuration.

As shown in FIG. 3, switching regulator circuit 100 includes switch 115 including P-MOSFET 116 and diode 118. Switch 115 is driven by driver 120 including P-driver 126. The turning-ON and turning-OFF of switch 115 is controlled by control circuit 125. Because control circuit 125 is used to only drive one MOSFET (in contrast to control circuit 70 of FIG. 2), it only has one output terminal 125A (taken from the output of NAND gate 68).

Control circuit 125 includes current comparator 39, amplifier 38, hysteretic comparator 74 and one-shot circuit 25, similar to those shown in control circuit 70 of FIG. 2. As discussed above with respect to FIG. 2, at low average output current levels, constant current source $I_1$ 72 is used to intentionally overdrive the current supplied to inductor L1 so as to cause the output voltage $V_{OUT}$ to increase beyond the regulated voltage level $V_{REG}$ where the output can be supported substantially by output capacitor $C_{OUT}$ for

8

extended periods of time. During these extended time periods, P-MOSFET 116 is maintained OFF in a sleep mode so as to increase circuit efficiency.

As discussed above, control circuits 70 and 125 of FIGS. 2 and 3, respectively, provide high-efficiency operation at low average output current levels. Such operation adapts automatically to the output current level. For example, at high output current levels during a first state of operation an ON state continually alternates between an ON state and an OFF state to maintain the output voltage $V_{OUT}$ at the regulated voltage level $V_{REG}$. At low output current levels during a second state of operation, where circuit efficiency would otherwise be low, the output voltage $V_{OUT}$ is able to be maintained substantially at the regulated voltage level $V_{REG}$ by output capacitor $C_{OUT}$ without continuously turning the switch ON and OFF. Thus, the control circuit automatically identifies such a condition and allows the regulator circuit to go into a "sleep" mode where a minimal number of circuit components are required to be ON.

In accordance with another feature of the present invention, a regulator circuit can also incorporate a "user activated" embodiment of the control circuit of the present invention where a user input controls whether the regulator circuit is in a "sleep" mode or not. FIG. 4 is a schematic block diagram of a switching regulator circuit incorporating such a "user-activated" embodiment of the high-efficiency control circuit of the present invention for driving a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator circuit 150 in FIG. 4 includes push-pull switch 15, driver 20, output circuit 30 similar to those in circuit 50 of FIG. 2. Control circuit 170 of regulator circuit 150 includes one-shot circuit 25, current comparator 39 and amplifier 38 also similar to those in circuit 50 of FIG. 2. In contrast to FIG. 2, switch 175 (including switches 176 and 178) is used to manually switch regulator circuit 150 into a sleep mode through user input 175A, which may be a control signal from some other type of control circuit (not shown). Upon the closing of switch 175, switches 176 and 178 both close.

Switch 176 is used to turn N-driver 27 OFF in sleep mode by grounding input 66A of AND gate 66 (which normally is held HIGH by resistor 67 coupled to a positive supply). Switch 178 is used to introduce positive feedback, and therefore hysteresis, into amplifier 38 so as to allow control circuit 170 to maintain the output voltage $V_{OUT}$ substantially at the regulated voltage level $V_{REG}$ in sleep mode. (Resistor $R_{HYS}$, coupled between reference circuit 37 and the non-inverting input of transconductance amplifier 38, is used to assist in feeding back the output of amplifier 38 into the non-inverting input of amplifier 38.)

Switch 178 allows amplifier 38 to overdrive the supply of current to inductor L1 (through P-MOSFET 16) so as to intentionally drive the output voltage $V_{OUT}$ to a predetermined level in excess of the regulated voltage level $V_{REG}$. After being driven to such voltage level, the hysteresis in amplifier 38 maintains P-driver 26 OFF until the feedback voltage $V_{FB}$ falls by at least the hysteresis voltage. At that point, output 39A of current amplifier 39 goes HIGH to trigger one-shot circuit 25 so that P-MOSFET 16 is turned ON to recharge the output capacitor $C_{OUT}$ to the predetermined voltage level in excess of the regulated voltage level $V_{REG}$.

As discussed above, control circuit 170 periodically wakes up during sleep mode to turn P-MOSFET 16 ON to recharge the output capacitor $C_{OUT}$. It will be apparent to those of ordinary skill in art that although N-MOSFET 15 is

5,994,885

9
10

maintained OFF during such wake-up periods, this does not have to be the case. For example, while control circuit 170 is recharging output capacitor $C_{OUT}$, such recharging could be accomplished by alternately turning the switching transistors OFF so as to vary the duty cycle and thereby recharge the output capacitor $C_{OUT}$.

Thus, regulator circuit 150 operates to increase efficiency at low current levels as in regulator circuit 50 of FIG. 2 if a user manually activates a switch. However, in contrast to regulator circuit 50 of FIG. 2, regulator circuit 150 does not automatically adapt to the output current levels. For example, circuit 150 does not take itself out of sleep mode as the average output current increases—it relies upon user deactivation.

As discussed above, the embodiments of the control circuits of the present invention shown in FIGS. 2–4 include one-shot circuit 25. In accordance with another feature of the present invention, the one-shot circuit could be replaced with other types of circuits that control the duty cycle of the power switch. For example, one-shot circuit 25 could be replaced with a pulse-width modulator circuit that provides a pulse-width modulated signal in response to a control signal. Of course, other types of circuits could be used as well.

In accordance with another feature of the present invention, one-shot circuit 25, which provides a constant OFF-time signal, could be replaced with a one-shot circuit that provides a variable OFF-time control signal dependent upon the output voltage ($V_{OUT}$) and the input voltage ($V_{IN}$). This feature of the present invention can be used to reduce the generation and emission of audible noise from inductor L1 at low input voltages. As discussed above, such noise is associated with oscillation in the inductor current. Furthermore, this feature of the present invention can also be used to control the short circuit current if the output is short circuited.

FIG. 5 is a schematic block diagram of an exemplary switching regulator circuit incorporating the variable OFF-time control circuit of the present invention.

Switching regulator circuit 200 includes push-pull switch 15, driver circuit 20, current feedback circuit 210, voltage feedback circuit 220, feedback control circuit 230 and variable OFF-time circuit 240. Feedback control circuit 230 monitors the output current and output voltage through inputs 232 and 234, respectively, and provides a trigger signal at terminal 236 to initiate the OFF cycle of switch 15. Variable OFF-time circuit 240 is used to control the OFF time as follows.

Circuit 240 includes one-shot generator 245 which is triggered by feedback control circuit 230 through terminal 236. One-shot generator 245 includes an additional terminal 245A coupled to control capacitor ($C_{CON}$) 246 whose voltage is monitored by generator 245. In accordance with the present invention, OFF-time control circuit 250 controls the discharging of capacitor $C_{CON}$, and thus the capacitor voltage, so as to in turn control the OFF time of generator 245. OFF-time control circuit 250 monitors the input and output voltages ($V_{IN}$ and $V_{OUT}$) and, depending upon their values, adjusts the OFF time accordingly.

In accordance with the present invention, if the input voltage $V_{IN}$ decreases so that the inductor L1 oscillation frequency $f_{RIP}$ discussed above falls into an audible range, the OFF time is decreased so that $f_{RIP}$ will accordingly increase out of an audible range. Also, if the output voltage $V_{OUT}$ decreases due to a short circuit so that the voltage across inductor L1 is too low to allow adequate decay in inductor current during the OFF cycle, the OFF time is increased so as to avoid a current runaway condition.

In the present embodiment the discharging of control capacitor $C_{CON}$ is regulated by controlling the magnitude of control current $I_{CON}$. For example, at low input voltages $I_{CON}$ is increased by OFF-time control circuit 250 so that the voltage on control capacitor $C_{CON}$ rapidly falls. When the control capacitor voltage falls below a predetermined value, the ON cycle of switch 15 is initiated. Additionally, at low output voltages $I_{CON}$ is decreased by OFF-time control circuit 250 so that the voltage on control capacitor $C_{CON}$ slowly decays to lengthen the OFF time.

Although switching regulator circuit 200 shown in FIG. 5 relies upon a particular circuit for discharging a capacitor to control the OFF time, it is apparent that other circuits for performing this same function in response to the input and output voltages can also be used. For example, if desired, an operational amplifier could be used to control the OFF-time.

Thus, a one-shot circuit has been discussed which provides a variable OFF-time control signal that adapts to the input and output voltage levels. This feature of the present invention is used to reduce the generation and emission of audible noise from the regulator circuit at low input voltage levels (i.e., reduce $t_{OFF}$ at low input voltages) and to limit the short circuit current if the output is short circuited (i.e., increase $t_{OFF}$ at low output voltages).

FIG. 6 is a detailed schematic diagram of an exemplary embodiment of the variable OFF-time control circuit of FIG. 5.

OFF-time control circuit 250 accepts as inputs $V_{IN}$ and $V_{OUT}$ at terminals 252 and 254, respectively, and provides an output $I_{CON}$ at terminal 256. As discussed above, $I_{CON}$ provides for the controlled discharging of a control capacitor $C_{CON}$ coupled to terminal 256. Control circuit 250 controls the magnitude of $I_{CON}$, and therefore controls the time it takes control capacitor $C_{CON}$ to discharge. Control circuit 250 includes current source 260 (for providing current $I_{CN2}$), current source 270 (for providing current $I_{CN1}$), current compensation circuit 280 and current mirror output circuit 295. Control circuit 250 works as follows.

Current mirror output circuit 295 is a current mirror circuit including transistor 296 and transistor 298 (having its gate 298A connected to its drain 298B). Circuit 295 accepts a controlled reference current $I_{CREF}$ at input 295A and provides a proportional output current $I_{CON}$ related to the aspect ratios of transistor 296 and 298 (as in conventional current mirror circuits). In accordance with the present invention, $I_{CREF}$ will be equal to either $I_{CN1}$ or ($I_{CN1}+I_{CN2}$) depending upon voltages $V_{IN}$ and $V_{OUT}$ on input terminals 252 and 254, respectively.

When $V_{IN}-V_{OUT}$ is greater than 1.5 volts, transistor 262 conducts sufficient current (from transistor 264 and current supply $I_s$) to hold transistor 266 OFF. With transistor 266 OFF, current $I_{CN2}$ will be zero and current $I_{CREF}$ will therefore be equal to current $I_{CN1}$ provided at output terminal 270A of current source 270.

Current $I_{CN1}$ is supplied by a current mirror circuit composed of transistor 272 and transistor 274 (having its gate 274A connected to its drain 274B). In accordance with the present invention, the reference current $I_{CN1REF}$ flowing from transistor 274 will be equal to either $I_{CN1A}$ or ($I_{CN1A}+I_{CN1B}$), depending upon whether transmission gate 282 is open or closed, respectively.

Transmission gate 282 is controlled by comparator 284 and will be OPEN when $V_{OUT}$ is less than $V_{TH3}$. Under OPEN conditions, $I_{CN1REF}$ will be equal to $I_{CN1A}$ which goes to the collector of transistor 276. This current is derived by dividing $V_{OUT}$ by the output divider (composed of resistors 271 and 273) to produce voltage $V_{FB1}$ (at the base of

5,994,885

11

transistor 279). Voltage $V_{FB1}$ is then level shifted up by the base-emitter voltage of transistor 279 and then down by the base-emitter voltage of transistor 276 where it appears across emitter resistor 278. The resulting transistor 276 collector current is then proportional to the output voltage $V_{OUT}$, causing control capacitor $C_{CON}$ to be discharged at a rate which is proportional to the discharge rate of the current in inductor L1.

Thus, when the output voltage $V_{OUT}$ is low, such as during a fault or start-up condition, $t_{OFF}$ will be lengthened to allow the additional time required for the current to ramp down in inductor L1.

When the output voltage $V_{OUT}$ is greater than $V_{TH3}$, the output of comparator 284 closes transmission gate 282 to couple an additional compensation current $I_{CN1B}$ to the drain of transistor 274 to provide current compensation through current compensation circuit 280. Compensation current $I_{CN1B}$ is equal to current $I_{TRIM}$ minus the drain current of transistor 286. Transistors 286 and 288 serve to mirror the collector current in transistor 290 (which is derived in a similar manner to the collector current in transistor 276 discussed above, except that voltage $V_{REF}$ is used instead of voltage $V_{FB1}$).

Compensation current $I_{CN1B}$ has two purposes: 1) to serve as a trimming current to set a desired control current $I_{CON}$ when the output voltage $V_{OUT}$ is substantially at its regulated level, and 2) to maintain a substantially constant control current $I_{CON}$ over a wide range of operating temperatures. During typical circuit manufacturing, variations in the resistance of resistor 278 would normally cause control current $I_{CON}$ to be larger or smaller than desired. By trimming $I_{TRIM}$ while in production, compensation current $I_{CN1B}$ can be adjusted to add or subtract from the collector current ($I_{CN1A}$) of transistor 276 as required to provide a predetermined control current $I_{CON}$. Additionally, if resistors 278 and 292 are matched (i.e., designed and fabricated similarly), then control current $I_{CON}$ variations due to the temperature variation of the resistance of resistor 278 will be substantially cancelled by a corresponding change in the resistance of resistor 292.

If the output voltage $V_{OUT}$ is less than voltage $V_{TH3}$, the output of comparator 284 opens transmission gate 282 and thus inhibits current compensation. This ensures that control current $I_{CON}$ will approach zero as the output voltage $V_{OUT}$ approaches zero, thus guaranteeing control of the inductor current $I_L$ during an output short circuit.

When $V_{IN}$ falls to the point that $V_{IN}-V_{OUT}$ is less than 1.5 volts, the current in transistor 262 no longer holds transistor 266 OFF. As $V_{IN}$ decreases further, transistor 266 adds additional current ($I_{CN2}$) into current mirror output circuit 295, thereby increasing control current $I_{CON}$ and, thus, reducing $t_{OFF}$. This in turn stabilizes the operating frequency as $V_{IN}$ decreases, reducing potential audibility problems. Current source $I_7$ determines the maximum current that transistor 266 adds to control current $I_{CON}$.

Thus, when $V_{IN}$ falls so that $V_{IN}-V_{OUT}$ is less than 1.5 volts (e.g., when a battery is nearly discharged), $t_{OFF}$ will be reduced to increase the oscillation frequency of the regulator circuit so that the generation and emission of audible noise is reduced.

Although variable OFF-time control circuit 250 was discussed above with respect to a regulator circuit which includes push-pull switch 15 and driver 20, it will be apparent that the variable OFF-time feature of the present invention could be used in other regulators as well. For example, this feature could also be used in the regulator circuits of FIGS. 3 and 4 and other circuits that employ one-shot generators to provide a regulated voltage.

12

FIG. 7 is a detailed schematic block diagram of an exemplary switching regulator circuit incorporating both the variable OFF-time feature and the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator 300 includes push-pull switch 15, driver 20, output circuit 30 and control circuit 350. Control circuit 350 includes one-shot generator 245, variable OFF-time control circuit 250 for controlling the OFF cycle time and comparator 74 for providing high-efficiency operation at low average output current levels. Switching regulator 300 works as follows.

When the load current exceeds, for example, approximately 20 percent of the maximum output current, the loop operates in a continuous mode wherein comparator 74 does not override output 245A of one-shot generator 245. With $V_{IN}-V_{OUT}$ greater than 1.5V, operation is substantially similar to that described for FIG. 1. The inductor current is sensed by means of the voltage drop across resistor $R_{SENSE}$, and the threshold for the current comparator 39 is set by the voltage drop across resistor $R_3$. Built-in offset $V_{OS}$ (e.g., about 10 mv) levelshifts feedback voltage $V_{FB}$ slightly below reference voltage $V_{REF}$, thus keeping the output of comparator 74 HIGH in this mode. When the voltage across resistor $R_{SENSE}$ exceeds the threshold across resistor $R_3$, the output of comparator 39 goes HIGH and the RBAR input of RS flip-flop 310 goes LOW, resetting RS flip-flop 310, and thus, initiating the switch OFF cycle.

During the OFF cycle, switch signal $V_{SWB}$ is HIGH, which turns P-MOSFET 16 OFF, N-MOSFET 17 ON and allows $I_{CON}$ to discharge control capacitor $C_{CON}$. The OFF time, $t_{OFF}$, is in turn determined by the time it takes control capacitor $C_{CON}$ to discharge from its initial voltage to $V_{TH1}$, coupled to the non-inverting input of comparator 312. When control capacitor $C_{CON}$ discharges to voltage $V_{TH1}$, the output of comparator 312 goes LOW, thus setting RS flip-flop 310 and initiating the next ON cycle. Voltage $V_{TH1}$ is higher than voltage $V_{TH2}$, thus causing the output of comparator 315 to remain LOW in the continuous mode.

In accordance with present embodiment, the OFF time is controlled by variable OFF-time control circuit 250 described above with respect to FIGS. 5 and 6. Accordingly, circuit 250 includes inputs 252 and 254 coupled to $V_{IN}$ and $V_{OUT}$, respectively, to monitor those voltages.

Current source $I_1$ sets a minimum voltage threshold across resistor $R_3$ for current comparator 39. This sets a minimum current required in inductor L1 during each ON cycle to trip comparator 39. If the resulting average inductor current flowing to the output is greater than the load current, then output voltage $V_{OUT}$ will begin to increase, causing feedback voltage $V_{FB}$ to trip the hysteretic comparator 74. Of course, the inductance of inductor L1 and OFF time $t_{OFF}$ are preferably chosen so that the inductor ripple current is not below zero when such tripping occurs. When comparator 74 trips, its output goes LOW and overrides the Q output of RS flip-flop 310, immediately switching switch signal $V_{SWB}$ high. As discussed above, this automatically initiates the beginning of the "sleep" mode of operation.

In sleep mode, capacitor $C_{CON}$ discharges as before, but does not initiate a new switch ON cycle when comparator 312 trips. As discussed above, this is because until feedback voltage $V_{FB}$ has fallen by the amount of hysteresis in comparator 74, the LOW at output 74A forces switch signal $V_{SWB}$ to remain HIGH through NAND gate 316. Accordingly, control capacitor $C_{CON}$ continues to discharge below voltage $V_{TH2}$, causing output 315A of comparator 315

5,994,885

13

to go HIGH. This in turn causes the N-MOSFET 17 as well as the P-MOSFET 16 to be turned OFF. In addition, unused circuit components such as amplifier 38 and comparators 39 and 312 are also turned OFF when the regulator circuit is in sleep mode. As discussed above, this decreases bias currents substantially during sleep mode, further increasing efficiency at low output current levels.

During the extended off times in sleep mode, much of the regulator and both MOSFETS 16 and 17 are turned off, and the output load is supported substantially by output capacitor $C_{OUT}$. However, when the output voltage $V_{OUT}$ falls such that the feedback voltage $V_{FB}$ has decreased by the amount of hysteresis in comparator 74, all circuit components are again turned on and a new ON cycle is initiated to supply current to the output. If the load current remains low, output capacitor $C_{OUT}$ will recharge, and the feedback voltage $V_{FB}$ will again trip comparator 74 after only a few switch cycles. Thus, during light load conditions, the output voltage $V_{OUT}$ will oscillate between upper and lower thresholds values, as discussed above.

Whenever P-MOSFET 16 is ON, its gate-to-source voltage also appears across MOSFET 334, turning MOSFET 334 ON. This pulls the drain of MOSFET 334 HIGH, and inhibits N-drive 27. Following a LOW-to-HIGH $V_{SWB}$ transition, the voltage on the gate of P-MOSFET 16 must rise to a level where MOSFET 334 is conducting less than current source 335 before the drain voltage of MOSFET 334 falls and allows the N-MOSFET 17 to be turned ON. Current $I_{M1}$ is purposely made small so that the gate of MOSFET 334 must rise to within 2 volts of the input voltage $V_{IN}$ before the drive is enabled, ensuring that the P-MOSFET is completely OFF when N-MOSFET 17 turns ON. In a similar manner, MOSFET 332 and current source $I_{M2}$ 333 ensure that the N-MOSFET 17 is completely OFF when the P-MOSFET 16 turns ON. This prevents simultaneous conduction regardless of the driver speeds or MOSFET sizes, ensuring maximum possible efficiency. This feature of the present embodiment is discussed in more detail in copending commonly-assigned U.S. patent application Ser. No. 07/893,523, filed Jun. 4, 1992, now U.S. Pat. No. 5,365,118 which is hereby incorporated by reference in its entirety. If desired, the control circuit of the present invention can also include circuitry for accommodating transient switch signals as described in copending commonly-assigned U.S. patent application Ser. No. 08/035,423, filed concurrently herewith, now U.S. Pat. No. 5,408,150, which is also hereby incorporated by reference in its entirety.

Schottky diode D2 coupled across N-MOSFET 17 shown in FIG. 7 only conducts during the deadtime between the conduction of MOSFETS 16 and 17. Diode D2's purpose is to prevent the body diode of N-MOSFET 17 from turning on and storing charge during the deadtime, which could reduce efficiency (e.g., by approximately 1 percent) in some cases. Diode D2 preferably is selected with a forward voltage of less than about 0.5 volts when conducting the maximum output current.

In accordance with the present invention, the control circuit shown in FIG. 7, when incorporated into a 5-volt synchronous step-down switching regulator, is capable of achieving over 90 percent efficiency (for an input voltage of approximately 10 volts) while the output current varies over two orders of magnitude (e.g., 20 mA to 2 A). Under some operating conditions (e.g., for an input voltage of 6 volts) efficiencies of over 95 percent can be maintained over such current levels. Such a control circuit is particularly useful in notebook and palm-top computers, portable instruments, battery-operated digital devices, cellular telephones, DC power distributions systems and GPS systems.

14

As discussed above with respect to FIG. 1, a disadvantage of prior art control circuit 10 is that at low output currents the current in inductor L1 may reverse polarity if during $t_{OFF}$ the current ramps down too much. This may result in power being pulled from the load to ground, through N-MOSFET 17, with an associated reduction in circuit efficiency. In accordance with a still further feature of the present invention, the control circuit can include a circuit for turning OFF the N-MOSFET to prevent such power from being pulled from the load if the inductor current reverses polarity.

FIG. 8 is a schematic block diagram of an exemplary switching regulator circuit incorporating a circuit of the present invention for preventing reversals in the polarity of the current in the output inductor of the regulator from drawing power from the load.

Switching regulator 400 includes push-pull switch 15, driver circuit 20 and output circuit 30 similar to those of FIG. 1. Circuit 400 also includes an embodiment 470 of the high-efficiency control circuit of the present invention for preventing reversals in the polarity of output inductor L1 current from drawing power from the load.

Control circuit 470 includes one-shot circuit 25, current comparator 39 and transconductance amplifier 38 similar to those of FIG. 1. In addition to those components, control circuit 470 also includes comparator 471 and gate 472 for preventing reversals in inductor current polarity from drawing power from the load at low average current levels. Control circuit 470 works as follows.

When output 25a of one-shot circuit goes HIGH to turn P-MOSFET 16 OFF and N-MOSFET 17 ON, the inductor current $I_L$ begins to ramp down. During low average output currents, this current may ramp down towards zero and, eventually, may go negative. Control circuit 470 works by monitoring the inductor current $I_L$, through current feedback signal $I_{FB2}$, and turns N-MOSFET 17 OFF before such current reversals can occur. This prevents N-MOSFET 17 from drawing power from the load to ground.

Comparator 471 includes an input 471a adapted to monitor inductor current $I_L$ by way of current feedback signal $I_{FB2}$. When current feedback signal $I_{FB2}$ falls below current $I_4$ applied to input 471b of comparator 471, comparator output 471c goes LOW and, therefore, turns N-MOSFET 17 OFF by way of NAND gate 472. The turning OFF of N-MOSFET 17 prevents current reversals in inductor current $I_L$ from drawing power from load 14 to ground through N-MOSFET 17.

After N-MOSFET 17 is turned OFF, it will again be allowed to turn ON as soon as feedback current $I_{FB2}$ exceeds current $I_4$ to cause comparator output 471c to go HIGH. Generally, comparator output 471c will again go HIGH after one-shot circuit 25 turns P-MOSFET 16 ON, which, in turn, causes the inductor current $I_L$ to again ramp up. Such ramping up will allow current feedback signal $I_{FB2}$ to exceed $I_4$ and, therefore, cause comparator output 471c to go HIGH. While comparator 471c is HIGH, one-shot circuit 25 solely controls the turning ON of N-MOSFET 17.

Thus, control circuit 470 includes circuitry for intentionally holding N-MOSFET 17 OFF during periods when current reversals would otherwise allow power to be drawn from the load. This feature of the present invention can increase circuit efficiency at low average output current levels when current reversals are most likely to occur.

It will be apparent to those of ordinary skill in the art that although comparator 471 monitors the inductor current $I_L$ through feedback current $I_{FB2}$, other means of detecting current reversals in the inductor current $I_L$ could be used as well. For example, comparator 471 could monitor current

5,994,885

15

feedback signal $I_{FB1}$ just as well so that only one type of current feedback signal is employed in control circuit 470. Additionally, many others means of generating a feedback signal indicative of current reversal in inductor current $I_L$ could be used as well (see, e.g., resistor $R_{SENSE}$ in FIG. 7).

The high-efficiency control circuit of the present invention was discussed above with respect to FIGS. 1–8 wherein the switching regulator was configured in a voltage step-down configuration. It will be apparent that the control circuit of the present invention could be used in other configurations as well. For example, FIG. 9 shows a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a voltage step-up configuration.

Switching regulator 500 includes synchronously-switched switch 15' wherein the drains of P-channel MOS-FET 16 and N-channel MOSFET 17 are coupled together and to one side of inductor L1. The other side of inductor L1 is coupled to input $V_{IN}$. Control circuit 70 drives driver circuit 20' including inverting P-driver 26' and inverting N-driver 27', which in turn drive P-channel MOSFET 16 and N-channel MOSFET 17, respectively.

Thus, as shown in FIG. 9, the control circuit of the present invention can be used in switching configurations wherein an input voltage $V_{IN}$ is stepped up to a regulated output voltage $V_{OUT}$. As is the case with the step-down configurations shown in FIGS. 2–8, the control circuit of FIG. 9 can be used in other types of step-up configurations as well. For example, one-shot circuit 25 shown in FIG. 9 can include an additional input for monitoring the input voltage $V_{IN}$ to reduce the generation and emission of audible noise from inductor L1 at low input voltages as discussed above with respect to FIGS. 5 and 6. Also, switching regulator 500 can include circuitry to hold P-MOSFET 16 OFF during periods when the polarity of inductor current $I_L$ would otherwise reverse, as discussed above with respect to FIG. 8.

FIG. 10 shows a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a voltage polarity-inversing configuration.

Switching regulator 600 includes switch 15" wherein the drain of P-channel MOSFET 16 is coupled to one side of inductor L1 and to $V_{OUT}$ through diode D601. The other side of inductor L1 is coupled to ground. The source of P-channel MOSFET 16 is coupled to the positive input voltage $V_{IN}$. Control circuit 70' drives driver circuit 20' including P-driver 26 which, in turn, drives P-channel MOSFET 16.

Control circuit 70' operates substantially similar to control circuit 70 discussed above except for the following. Voltage feedback to control circuit 70' is provided by resistors R1 and R2 and amplifier 602. Amplifier 602 inverts the negative polarity voltage at $V_{OUT}$ to provide a positive polarity feedback voltage to control circuit 70'.

Thus, as shown in FIG. 10, the control circuit of the present invention can be used in switching configurations wherein an input voltage $V_{IN}$ is inverted to a regulated output voltage of opposite polarity $V_{OUT}$. As is the case with the step-down configurations shown in FIGS. 2–8, the control circuit of FIG. 10 can be used in other types of polarity-inversing configurations as well. For example, one-shot circuit 25 shown in FIG. 10 can include an additional input for monitoring the input voltage $V_{IN}$ to reduce the generation and emission of audible noise from inductor L1 at low input voltages. Furthermore, one-shot circuit 25 can include an input for monitoring the output voltage $V_{OUT}$ to control the short circuit current if the output is short circuited as discussed above with respect to FIGS. 5 and 6. Also, if

16

regulator 600 was synchronously switched and included an N-MOSFET instead of D601, the regulator could include circuitry to hold such an N-MOSFET OFF during periods when the polarity of inductor current $I_L$ would otherwise reverse, as discussed above with respect to FIG. 8.

It will be apparent to those of ordinary skill in the art that although the present invention has been discussed above with reference to a hysteretic voltage comparator for generating the sleep mode control signal to cause the switching regulator to go into and awake from the sleep-mode, other means for performing the same function are also possible. For example, if desired, the sleep mode control signal could be generated in response to a monitored output current. Furthermore, the switching regulator could be taken out of the sleep mode a predetermined time period after going into such a mode, instead after the output voltage falls below a predetermined threshold voltage, as illustrated above.

It will also be apparent that although the present invention has been discussed above with reference to FIGS. 1–10, wherein the power switches were either a pair of complementary MOSFETS (i.e., one p-channel and one n-channel) or a single p-channel MOSFET (FIG. 3), the present invention is applicable to other types of switches as well. For example, the power switch could include a pair of N-channel MOSFETS, a pair of P-channel MOSFETS, or bipolar junction transistors.

Thus, a control circuit and method for maintaining high efficiency over broad current ranges in a switching regulator circuit has been provided.

One skilled in the art will thus appreciate that the present invention can be practiced by other than the described embodiments, which are presented for purposes of illustration and not of limitation, and the present invention is limited only by the claims which follow.

What is claimed is:

1. A circuit for controlling a switching voltage regulator having a switch and an output adapted to supply current at a regulated voltage to a load including an output capacitor, the switch coupled between an input voltage and an output voltage and including one or more switching transistors, the circuit comprising:

a first circuit for monitoring an output to generate a first feedback signal;

a second circuit for generating a first control signal during a first state of circuit operation, the second circuit including a one-shot circuit that generates the first control signal to switch the one or more switching transistors "on" or "off" over a first period of time to maintain the output at the regulated voltage, the one-shot circuit being triggered responsive to the first feedback signal, the first period of time being responsive to at least one of the input voltage and the output voltage.

2. The circuit of claim 1, wherein the first period of time is responsive to the input voltage.

3. The circuit of claim 2, wherein:

the switch is coupled to an inductor;

the first period of time is decreased in response to a decrease in the input voltage; and

an oscillation frequency of the ripple current through the inductor is increased from an audible frequency to one that does not generate substantial user audible noise.

4. The circuit of claim 1, wherein the first period of time is responsive to the output voltage.

5. The circuit of claim 4, wherein:

the switch is coupled to an inductor;

5,994,885

17

the first period of time is increased in response to a decrease in the output voltage; and

the total decrease in current through the inductor is increased while the first control signal is generated.

6. The circuit of claim 1, wherein the circuit includes a capacitor coupled to the one-shot circuit and a variable current source for controlling the discharging rate of the capacitor, the discharging rate being responsive to at least one of the input voltage and the output voltage to control the first period of time.

7. The circuit of claim 6, wherein the first period of time is responsive to the input voltage.

8. The circuit of claim 7, wherein:

the switch is coupled to an inductor;

the first period of time is decreased in response to a decrease in the input voltage; and

an oscillation frequency of the ripple current through the inductor is increased from an audible frequency to one that does not generate substantial user audible noise.

9. The circuit of claim 6, wherein the first period of time is responsive to the output voltage.

10. The circuit of claim 9, wherein:

the switch is coupled to an inductor;

the first period of time is increased in response to a decrease in the output voltage; and

the total decrease in current through the inductor is increased while the first control signal is generated.

11. A switching voltage regulator that generates an output at an output node from an input at an input node, the output node coupled to an output capacitor, the regulator comprising:

a switching transistor having a first terminal coupled to the input node, a second terminal, and a third terminal;

a driver circuit having a first terminal, and a second terminal coupled to the second terminal of the switching transistor;

an inductor having a first terminal coupled to the third terminal of the switching transistor, and a second terminal coupled to the output node;

a feedback circuit having a first terminal coupled to the output node, and a second terminal, the feedback circuit producing a feedback signal at the second terminal of the feedback circuit;

a feedback control circuit having a first terminal coupled to the second terminal of the feedback circuit, and a second terminal, the feedback control circuit producing a trigger signal at the second terminal of the feedback control circuit, said trigger signal being produced responsive to the feedback signal;

an off-time control circuit having a first terminal and a second terminal, the off-time control circuit producing an off-time control signal at the first terminal of the off-time control circuit, the second terminal of the off-time control circuit being coupled to one of the input node or the output node;

a one-shot generator having a first terminal coupled to the second terminal of the feedback control circuit, a second terminal coupled to the first terminal of the off-time control circuit, and a third terminal coupled to the first terminal of the driver circuit, the one-shot generator generating a switch signal on the third terminal to cause the driver to place the switching transistor in an off state starting upon receipt of the trigger signal, and continuing for a first period of time determined by the off-time control signal.

18

12. The regulator of claim 11, wherein the feedback circuit produces a voltage feedback signal at the second terminal of the feedback circuit.

13. The regulator of claim 11, wherein the feedback circuit produces a current feedback signal at the second terminal of the feedback circuit.

14. The regulator of claim 13, wherein the regulator further comprises a voltage feedback circuit having a first terminal coupled to the output node, and a second terminal, the voltage feedback circuit producing a voltage feedback signal at the second terminal of the voltage feedback circuit, and wherein the feedback control circuit has a third terminal coupled to the second terminal of the voltage feedback circuit, and the trigger signal is produced responsive to the current feedback signal and the voltage feedback signal.

15. The regulator of claim 11, wherein the second terminal of the off-time control circuit is coupled to the input node, and the off-time control signal is generated responsive to a voltage at the input node to vary the first period of time.

16. The regulator of claim 15, wherein the off-time control circuit produces an off-time control signal that decreases the first period of time in response to a decrease in the voltage at the input node, whereby an oscillation frequency of the ripple current through the inductor is increased from an audible frequency to a substantially inaudible frequency.

17. The regulator of claim 11, wherein the second terminal of the off-time control circuit is coupled to the output node, and the off-time control signal is generated responsive to a voltage at the output node to vary the first period of time.

18. The regulator of claim 17, wherein the off-time control circuit produces an off-time control signal that increases the first period of time in response to a decrease in the voltage at the output.

19. The regulator of claim 11, wherein the second terminal of the off-time control circuit is coupled to the input node and the off-time control circuit further comprises a third terminal coupled to the output node, and the off-time control signal is generated responsive to a voltage at the input node and a voltage at the output node to vary the first period of time.

20. The regulator of claim 11, wherein the one-shot generator includes a control capacitor coupled between the second terminal of the one-shot generator and ground, and the off time control circuit comprises a variable current source that controls the discharging rate of the control capacitor.

21. The regulator of claim 20, wherein the second terminal of the off-time control circuit is coupled to the input node, and the variable current source controls the discharging rate of the control capacitor responsive to a voltage at the input node to vary the first period of time.

22. The regulator of claim 21, wherein the variable current source controls the discharging rate of the control capacitor to decrease the first period of time in response to a decrease in the voltage at the input node, whereby an oscillation frequency of the ripple current through the inductor is increased from an audible frequency to a substantially inaudible frequency.

23. The regulator of claim 20, wherein the second terminal of the off-time control circuit is coupled to the output node, and the variable current source controls the discharging rate of the control capacitor responsive to a voltage at the output node to vary the first period of time.

24. The regulator of claim 23, wherein the variable current source controls the discharging rate of the control capacitor to increase the first period of time in response to a decrease in the voltage at the output node.

5,994,885

19

25. The regulator of claim 20, wherein the second terminal of the off-time control circuit is coupled to the input node and the off-time control circuit further comprises a third terminal coupled to the output node, and the variable current source controls the discharging rate of the control capacitor responsive to a voltage at the input node and a voltage at the output node to vary the first period of time.

26. The regulator of claim 25, wherein the off-time control circuit comprises a control circuit that produces a control current to control the variable current source responsive to a voltage at the input node and a voltage at the output node to vary the first period of time.

27. The regulator of claim 26, wherein the control circuit comprises:

a first current source, providing a first current;

a second current source, providing a second current;

a current compensation circuit; and

a current mirror output circuit that outputs the control current.

28. The regulator of claim 27, wherein the current mirror output circuit produces a current proportional to the first current, or to the sum of the first current and the second current, depending on the voltage at the input node and the voltage at the output node.

29. The regulator of claim 27, wherein the second current source causes the second current to be zero when a difference between the voltage at the input node and a voltage at the output node is greater than a predetermined value.

30. The regulator of claim 29, wherein the second current increases responsive to a decrease in the voltage at the input node when the difference between the voltage at the input node and the voltage at the output node is less than the predetermined value.

31. The regulator of claim 27, wherein the current compensation circuit adjusts the control current to compensate for changes in temperature.

32. A circuit for controlling a switching voltage regulator having a switch and an output adapted to supply current at a regulated voltage to a load including an output capacitor, the switch coupled between an input voltage and an output voltage and including one or more switching transistors, the circuit comprising:

means for generating a current feedback signal;

means for generating a voltage feedback signal;

means for generating a trigger signal responsive to the current feedback signal and the voltage feedback signal;

means for generating an off-time control signal responsive to at least one of the input voltage and the output voltage; and

one-shot means for placing the switch into an off state responsive to the trigger signal, the switch remaining-in the off state for a period of time responsive to the off-time control signal.

33. The circuit of claim 31, wherein the means for generating the off-time control signal causes the period of time to decreases in response to a decrease in the input voltage.

20

34. The circuit of claim 31, wherein the means for generating the off-time control signal causes the period of time to increase in response to a decrease in the output voltage.

35. A switching voltage regulator having an output node and an input node, the output node coupled to an output capacitor, the regulator comprising:

a switching transistor having a first terminal coupled to the input node, a second terminal, and a third terminal;

a driver circuit having a first terminal, and a second terminal coupled to the second terminal of the switching transistor;

an inductor having a first terminal coupled to the third terminal of the switching transistor, and a second terminal coupled to the output node;

a feedback circuit having a first terminal coupled to the output node, and a second terminal;

a feedback control circuit having a first terminal coupled to the second terminal of the feedback circuit, and a second terminal;

a one-shot generator having a first terminal coupled to the second terminal of the feedback control circuit, a second terminal, and a third terminal coupled to the first terminal of the driver circuit, the one-shot generator including a control capacitor coupled between the second terminal of the one-shot generator and ground;

an off-time control circuit having a first terminal coupled to the second terminal of the one-shot generator, and a second terminal coupled to one of the input node or the output node, the off-time control circuit including a variable current source that controls the discharging rate of the control capacitor.

36. The regulator of claim 35, wherein the feedback circuit comprises a voltage feedback circuit.

37. The regulator of claim 35, wherein the feedback circuit comprises a current feedback circuit.

38. The regulator of claim 37, wherein the regulator further comprises a voltage feedback circuit having a first terminal coupled to the output node, and a second terminal, and wherein the feedback control circuit has a third terminal coupled to the second terminal of the voltage feedback circuit.

39. The regulator of claim 35, wherein the off-time control circuit further comprises a second terminal coupled to the input node, and the off time control signal is generated responsive to a voltage at the input node to vary the first period of time.

40. The regulator of claim 35, wherein the second terminal of the off-time control circuit is coupled to the input node.

41. The regulator of claim 35, wherein the second terminal of the off-time control circuit is coupled to the output node.

42. The regulator of claim 35, wherein the second terminal of the off-time control circuit is coupled to the input node and the off-time control circuit further comprises a third terminal coupled to the output node.

* * * * *

EXHIBIT D

US006304066B1

(12) **United States Patent**
Wilcox et al.

(10) Patent No.: **US 6,304,066 B1**
(45) Date of Patent: **Oct. 16, 2001**

(54) **CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULAR CIRCUIT**

(75) Inventors: **Milton E. Wilcox**, Saratoga; **Randy G. Flatness**, Los Gatos, both of CA (US)

(73) Assignee: **Linear Technology Corporation**, Milpitas, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/395,895**

(22) Filed: **Sep. 14, 1999**

**Related U.S. Application Data**

(60) Continuation of application No. 08/978,167, filed on Nov. 25, 1997, now Pat. No. 5,994,885, which is a division of application No. 08/799,467, filed on Feb. 13, 1997, now Pat. No. 5,731,694, which is a continuation of application No. 08/634,688, filed on Apr. 18, 1996, now abandoned, which is a continuation of application No. 08/476,232, filed on Jun. 7, 1995, now abandoned, which is a continuation of application No. 08/036,047, filed on Mar. 23, 1993, now Pat. No. 5,481,178.

(51) Int. Cl.$^7$ ........................................ G05F 1/40

(52) U.S. Cl. ............................ 323/282; 323/285; 323/290

(58) Field of Search ................................. 323/282, 284, 323/285, 287, 222; 363/80, 97, 98, 21

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,458,798 | 7/1969 | Fang et al. . |
| 3,571,697 | 3/1971 | Phillips . |
| 3,579,091 | 5/1971 | Clarke et al. . |
| 3,581,186 | 5/1971 | Weinberger . |
| 3,582,758 | 6/1971 | Gunn . |
| 3,585,491 | 6/1971 | Peterson . |
| 3,733,540 | 5/1973 | Hawkins . |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 428 377 | 5/1991 | (EP) . |
| 60-32565 | 2/1985 | (JP) . |
| 60-156269 | 8/1985 | (JP) . |
| 63-307510 | 12/1988 | (JP) . |

(List continued on next page.)

OTHER PUBLICATIONS

"Application Note 35," 1990 Linear Applications Handbook, Linear Technology Corporation, pp. AN35–6 to AN35–11, No Date Available.
"Application Note 29," 1990 Linear Applications Handbook, Linear Technology Corporation, pp. AN29–8 to AN29–15, No Date Available.
"HIP5060 Power Control IC Single Chip Power Supply," Preliminary Data Sheet, Harris Semiconductor, Jan. 1992, pp. 1–3.
"LT1432 5V High Efficiency Step–Down Switching Regulator Controller," 1992 Linear Databook Supplement, Linear Technology Corporation, pp. 4–145 to 4–171, No Date Available.

(List continued on next page.)

*Primary Examiner*—Peter S. Wong
*Assistant Examiner*—Rajnikant B. Patel
(74) *Attorney, Agent, or Firm*—Fish & Neave; Mark D. Rowland; Michael J. DeHaemer, Jr.

(57) **ABSTRACT**

A circuit and method for controlling a switching voltage regulator having (1) a switch including one or more switching transistors and (2) an output adapted to supply current at a regulated voltage to a load including an output capacitor. The circuit and method generates a control signal to turn said one or more switching transistors OFF under operating conditions when the voltage at the output is capable of being maintained substantially at the regulated voltage by the charge on the output capacitor. Such a circuit and method increases the efficiency of the regulator circuit particularly at low average current levels.

**18 Claims, 10 Drawing Sheets**



## US 6,304,066 B1
Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,772,588 | 11/1973 | Kelly et al. . |
| 3,784,893 | 1/1974 | Rando . |
| 3,863,128 | 1/1975 | Wilwerding . |
| 3,879,647 | 4/1975 | Hamilton et al. . |
| 3,992,638 | 11/1976 | Sauvanet . |
| 4,013,939 | 3/1977 | Biess et al. . |
| 4,035,810 | 7/1977 | Joyce . |
| 4,071,884 | 1/1978 | Maigret . |
| 4,160,288 | 7/1979 | Stuart et al. . |
| 4,326,245 | 4/1982 | Saleh . |
| 4,395,675 | 7/1983 | Tourmani . |
| 4,428,015 | 1/1984 | Nesler . |
| 4,462,069 | 7/1984 | Becky . |
| 4,479,174 | 10/1984 | Cates . |
| 4,493,017 | 1/1985 | Kammiller et al. . |
| 4,519,024 | 5/1985 | Federico et al. . |
| 4,541,041 | 9/1985 | Park et al. . |
| 4,554,499 | 11/1985 | Sherman et al. . |
| 4,578,630 | 3/1986 | Grosch . |
| 4,610,521 | 9/1986 | Inoue . |
| 4,634,956 | 1/1987 | Davis et al. . |
| 4,672,303 | 6/1987 | Newton . |
| 4,672,518 | 6/1987 | Murdock . |
| 4,674,020 | 6/1987 | Hill . |
| 4,683,529 | 7/1987 | Bucher, II . |
| 4,706,177 | 11/1987 | Josephson . |
| 4,709,315 | 11/1987 | Ramos . |
| 4,712,169 | 12/1987 | Albach . |
| 4,716,514 | 12/1987 | Patel . |
| 4,727,308 | 2/1988 | Huljak et al. . |
| 4,754,385 | 6/1988 | McDade et al. . |
| 4,801,859 | 1/1989 | Dishner . |
| 4,813,066 | 3/1989 | Holtz et al. . |
| 4,814,684 | 3/1989 | McCurdy . |
| 4,819,122 | 4/1989 | Gontowski, Jr. . |
| 4,823,070 | 4/1989 | Nelson . |
| 4,843,532 | 6/1989 | Freedman . |
| 4,866,587 | 9/1989 | Wadlington . |
| 4,870,555 | 9/1989 | White . |
| 4,884,183 | 11/1989 | Sable . |
| 4,902,957 | 2/1990 | Cassani et al. . |
| 4,922,404 | 5/1990 | Ludwig et al. . |
| 4,928,200 | 5/1990 | Redl et al. . |
| 4,929,882 | 5/1990 | Szepesi . |
| 4,931,716 | 6/1990 | Jovanovic et al. . |
| 4,996,638 | 2/1991 | Orr . |
| 5,028,861 | 7/1991 | Pace et al. . |
| 5,034,871 | 7/1991 | Okamoto et al. . |
| 5,066,900 | 11/1991 | Bassett . |
| 5,068,575 | 11/1991 | Dunsmore et al. . |
| 5,081,411 | 1/1992 | Walker . |
| 5,097,196 | 3/1992 | Schoneman . |
| 5,128,603 | 7/1992 | Wölfel . |
| 5,134,355 | 7/1992 | Hastings . |
| 5,138,249 | 8/1992 | Capel . |
| 5,144,547 | 9/1992 | Masamoto . |
| 5,170,333 | 12/1992 | Niwayama . |
| 5,177,676 * | 1/1993 | Inam et al. ............................ 363/80 |
| 5,179,511 | 1/1993 | Troyk et al. . |
| 5,184,129 | 2/1993 | Fung et al. . |
| 5,193,211 | 3/1993 | Nobusawa . |
| 5,237,606 | 8/1993 | Ziermann . |
| 5,309,078 | 5/1994 | Cameron . |
| 5,396,412 | 3/1995 | Barlage . |
| 5,408,162 | 4/1995 | Williams . |
| 5,481,178 | 1/1996 | Wilcox et al. . |
| 5,548,189 | 8/1996 | Williams . |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3-113986 | 11/1991 | (JP) . | |
| 4-42771 | 2/1992 | (JP) . | |
| 4-49844 | 2/1992 | (JP) . | |
| 4-101286 | 9/1992 | (JP) . | |
| 4-128086 | 11/1992 | (JP) . | |

### OTHER PUBLICATIONS

"Max 782/Max 786 Notebook Computer Power Supplies," Advance Information Data Sheet, Maxim Integrated Products, Feb. 1993, pp. 1–8.

"ML4873 Battery Power Control IC," Advance Information Data Sheet, Micro Linear Corporation, Mar. 15, 1993, pp. 1–8.

"UC1895/UC2895/UC3895 Synchronous Rectifier Buck PWM Controller," Preliminary Data Sheet, Unitrode Corporation, Sep. 1992.

Archer, William R., "Current–Driven Synchronous Rectifier," Motorola TMOS Power FET Design Ideas, BR316, pp. 9–10, 1985, No Date Available.

Blanchard, Richard, et al., "MOSFETs, Schottky Diodes Vie for Low–Voltage–Supply Designs," EDN, p. 197, Jun. 28, 1984.

Borghi et al., "Discontinuous Conduction Mode Power Switching Regulator IC," PCI Oct. 1988 Proceedings, pp. 31–41, Oct. 1988.

Brown, Marty, "Practical Switching Power Supply Design," pp. 20–34, Academic Press, Inc., 1990, No Date.

Business Wire, "Micro Linear announces first single–chip power controller for notebook computers," Apr. 16, 1992.

Cassani, John C. et al., "Sophisticated Control IC Enhances 1MHz Current Controlled Regulator Performance," Proceedings of HFPC, May 1992, pp. 167–173.

Chetty, P.R., "DC timers control dc–dc converters" Electronics, pp. 121 & 123, Nov. 13, 1975.

Chryssis, George, "High–frequency switching power supplies," pp. 144–152 and 180–181, McGraw–Hill, 1989, No Date Available.

Dell Computer Corporation, "Dell Computer Corporation Introduces Advanced Notebook PC," (alleged to contain UC1895 (see Unitrode Advance Information Datasheet, Oct. 5, 1992), Sep. 1991.

Dinsmore, D., "Dual regulator handles two input voltages," EDN, Jan. 21, 1993.

Fisher, R. A. et al., "Performance of Low Loss Synchronous Rectifiers in a Series–Parallel Resonand DC–DC Converter," Proceedings of the Fourth Annual IEEE Applied Power Electronics Conference and Exposition, pp. 240–246, Mar. 1989.

Gauen, Kim, "Synchronous Rectifier Improves Step–Down Converter Efficiency," PCIM, pp. 8, 11–12 & 14–15, Apr. 1993.

Gold, S., "Design Techniques for Electrostatic Discharge Protection," Linear Technology, Oct. 1992.

Gong, J. et al., "Expression of Cyclins A, D2 and D3 in Individual Normal Mitogen Stimulated Lymphocytes and in MOLT–4 Leukemic Cells Analyzed by Multiparameter Flow Cytometry," Leukemia, 9(5):893–899 (1995), No Date.

Gontowski et al., "Advanced Integrated Circuits For Current–Mode Control," Proceedings of the Power Electronics Show and Conference, pp. 341–352, Oct. 1988.

Goodenough, Frank, "Synchronous Rectifier UPS Battery Life," Electronic Design, pp. 47–53, Apr. 16, 1992.

Goodenough, Frank, "Low–Voltage Analog ICs Wait in the Wings," Electronic Design, Sep. 3, 1992.

Goodenough, F., "Dozing IC Op Amps Wake Up For Input Signal," Electronic Design, Dec. 5, 1991.

Goodenough, F., "Raise Switcher Efficiency Above 90%", Electronic Design, Jan. 21, 1993.

Gracie, Paul D., "Intermittent Converter Saves Power," EDN, p. 151, Sep. 1, 1989.

Grant, Duncan A. et al., "Power Mosfets, Theory and Application," pp. 239–256, Wiley–Interscience, 1989, No Date.

Harris Semiconductor, "HIP 5060 Power Control IC Single Chip Power Supply", Datasheet, Apr. 1994.

Harris Semiconductor, Hodgins et al., "HIP 5060 Family of Current Mode Control ICs Enhance 1 MHZ Regulator Performance," Application Note AN9212.1, pp. 11–191–11–197, 1992, No Date.

Harris Semiconductor, "HIP 5060 Power Control IC Single Chip Power Supply", Datasheet, May 1992.

Harris Semiconductor, "HIP 5060 Power Control IC Single Chip Power Supply", Preliminary Datasheet, Jan. 1992.

Hewett, S., "Improved Switched Mode Power Supply Regulation by Eliminating Turn–off Spikes," IBM Technical Disclosure Bulletin, vol. 31, No. 4, pp. 97–98, Sep. 1988.

Hnatek, Eugene R., "Design of Solid State Power Supplies," Third Edition, pp. 65–70, Van Nostrand Reinhold, 1989, No Date.

Horowitz & Hill, "The Art of Electronics," pp. 356–359, Cambridge University Press, 1989, No Date.

Huffman, B., "Efficiency and Power Characteristics of Switching Regulator Circuits," Application Note 46, Linear Technology, Nov. 1991.

Ikeda, S. et al., "Power Mosfet for Switching Regulator," International Telecommunications Energy Conference, Oct. 1982.

International Rectifier, Clemente et al., "HV Floating MOS–Gate Driver IC," Application Note AN–978A, 1990, No Date.

International Rectifier, "IR Application Note AN–978, HV Floating MOS–Gate Driver ICs, A Typical Block Diagram," Application Note from web page, Date Unknown, No Date.

International Rectifier, "IR Application Note AN–978, HV Floating MOS Gate Driver ICs, Full Bridge With Current Mode Control," Application Note from web page, Date Unknown, No Date.

Juan, G. et al., "Unscheduled Expression of Cyclins D1 and D3 in Human Tumour Cell Lines," Cell Proliferation, 29(5):259–266 (1996), No Date.

Juan, G. et al., "G₁ Arrest of U937 Cells by Onconase is Associated with Supression of Cyclin D3 Expression, Induction of p16$^{INK4A}$, p21$^{WAF1/CIP1}$ and p27$^{KIP}$ and Decreased pRb Phosphorylation," Leukemia, 12:1241–1248 (1998), No Date.

Juan, G. et al., "In Situ DNA Strand Break Labeling for Analysis of Apoptosis and Cell Proliferation by Flow and Laser Scanning Cytometry," Cell Biology, 2nd Edition, Celis, J.E. (ed.), Academic Press, 1:341–350 (1998), No Date.

Juan, G. et al., "Detection of Cyclins in Individual Cells by Flow and Laser Scanning Cytometry," Methods in Molecular Biology, Flow Cytometry Protocols, Jaroszeski, M.J. et al. (eds.), Humana Press, New Jersey, 91:67–75 (1996), No Date.

Juan, G. et al., Cell Cycle Analysis by Flow and Laser Scanning Cytometry, Cell Biology, 2nd Edition, Celis, J.E. (ed.), Academic Press, 1: 261–274 (1998), No Date.

Juan, G. et al., "DNA Segments Sensitive to Single–Strand–Specific Nucleases Are Present in Chromatin of Mitotic Cells," Experimental Cell Research, Ringertz, N.(ed.), Academic Press, 227:197–202 (1996), No Date.

Juan, G. et al., "Phosphorylation of Retinoblastoma Protein Assayed in Individual HL–60 Cells during Their Proliferation and Differentiation," Exp. Cell Res., 244:83–92 (1998), No Date.

Juan, G. et al., "Phosphorylation of Retinoblastoma Protein (pRb) Assayed in Individual Cells by Multilaser Flow Cytometry," Clinical Immunol. Newsletter, 18(9):89–94 (1998), * No Date.

Juan, G. et al., "Phosphorylation of Retinoblastoma Susceptibility Gene Protein Assayed in Individual Lymphocytes during Their Mitogenic Stimulation," Exp. Cell Res., 239:104–110 (1998), * No Date.

Kassakian, J. et al., "Principles of Power Electronics," pp. 103–165, Addison–Wesley Publishing Company, 1991, No Date.

Kerridge, Brian, "Battery power breeds efficient regulators," EDN, pp. 103–108, Mar. 18, 1993.

Lee, Y. S. and Cheng, Y. C., "A 580 kHz switching regulator using on–off control," Journal of the Institution of Electronic and Radio Engineers, vol. 57, No. 5, pp. 221–226, Sep. 1987.

Lee, et al., "Design of Switching Regulator with Combined FM and On–Off Control," IEEE Transactions on Aerospace and Electronic Systems, vol. AES–22, No. 6, pp. 725–731, Nov. 1986.

Linear Technology, Williams, J., App. Note 35, "Step Down Switching Regulators," Aug. 1989.

Linear Technology, "LT1170/LT1171/LT1172 100kHz, 5A, 2.5A and 1.25A High Efficiency Switching Regulators," Data Sheet, 1991, No Date.

Linear Technology, Williams, J. et al., App. Note 29, "Some Thoughts on DC–DC Converters," Oct. 1988.

Linear Technology, "LT1846/1847, LT3846/3847 Current Mode PWM Controller," Datasheet, 1990, No Date.

Linear Technology, Williams, J., App. Note 25, "Switching Regulators for Poets," Sep. 1987.

Linear Technology, Nelson, C., App. Note 19, "LT–1070 Design Manual," Jun. 1986.

Linear Technology, "LT1271/LT1269 4A High Efficiency Switching Regulators," Data Sheet, 1992, No Date.

Linear Technology Corporation, "New Device Cameos," Linear Technology Magazine, 10:18–19 (1992).

Linear Technology, Pietkiewicz et al., "DC–DC Converters for Portable Computers," Design Note 52, 1991, No Date.

Linear Technology, "LT1524/LT3524 Regulating Pulse Width Modulator," 1990, No Date.

Linear Technology, Wilcox, M., "LT1158 Half Bridge N–Channel Power Mosfet Driver," Datasheet, 1992, No Date.

Linear Technology, "LT1074 Switching Regulator," Preliminary Datasheet, Jun. 1989.

**US 6,304,066 B1**

Page 4

Linear Technology, "LT1072 1.25A High Efficiency Switching Regulator," Datasheet, 1990, No Date.

Luther, E. et al, "Laser Scanning Microscopy Applied to Studies of the Cell Cycle," *Proceedings, Microscopy and Microanalysis*, Bailey, G.W. et al. (eds.), Springer, 235–236 (1997), No Date.

Markus, John, "Guidebook of Electronic Circuits," pp. 647 & 649, 1971, No Date.

Maxim Integrated Products, "MAX635/636/637 Preset/Adjustable Output CMOS Inverting Switching Regulators," Datasheet, Date Unknown, No Date.

Maxim Integrated Products, "MAX746 High–Efficiency, PWM, Step–Down, N–Channel DC–DC Controller," Datasheet, Nov. 1993.

Maxim Integrated Products, "MAX747 High–Efficiency PWM, Step–Down P–Channel DC–DC Controller," Datasheet, Sep. 1993.

Maxim Integrated Products, "MAX782/MAX786 Notebook Computer Power Supplies," Advance Information Datasheet, Feb. 1993.

Maxim Integrated Products, "MAX777L/MAX778L/MAX779L Low–Voltage Input, 3V/3.3V/5V/Adjustable Output, Step–Up DC–DC Converters," Datasheet, Jul. 1996.

Maxim Integrated Products, "MAX783 Triple–Output Power–Supply Controller for Notebook Computers," Datasheet, May 1994.

Meakin, Mike, "The LM3578 Switching Power Regulator," Electronic Engineering, pp. 47–52, Jul. 1986.

Micro Linear, "ML4862 Battery Power Control IC," Datasheet, Jul. 1992.

Micro Linear, "ML4862 Battery Power Control IC," Datasheet, Jan. 1997.

Micro Linear, "ML4873 Battery Power Control IC," Datasheet, Jan. 1997 (preliminary version Mar. 1993—cited above).

Micro Linear, "ML4862 EVAL User's Guide," Jun. 1992.

Micro Linear, "ML4873 Battery Power Control IC," Advance Informatio Datasheet, Mar. 15, 1993.

Micro Linear, "ML 4822 DC/DC Converter Controller for Portable Computers," Datasheet, Aug. 1991.

Mittnacht, S. et al., "G1/S Phosphorylation of the Retinoblastoma Protein Is Associated with an Altered Affinity for the Nuclear Compartment," *Cell*, 65(3):381–393 (1991), No Date.

Mittnacht, S., "Control of pRb Phosphorylation," *Current Opinion in Genetics and Development*, 8:21–27 (1998), No Date.

Myers, R. and Peck, R., "200–kHz Power FET Technology in New Modular Power Supplies," Hewlett–Packard Journal, Aug. 1981.

NASA Jet Propulsion Laboratory, "Synchronous Half–Wave Rectifier," Jul. 1989.

National Semiconductor Corporation, "LM1578/LM2578/LM3578 Switching Regulator," Preliminary Datasheet, 1987, No Date.

Patel, R., "Bipolar synchronous rectifiers cut supply losses," EDN, Apr. 4, 1985.

Patel, Raoji, "Using Bipolar Synchronous Rectifiers Improves Power Supply Efficiency," Proceedings of the Power Sources Conference, Nov. 1984.

Picker, L.J., "Direct Demonstration of Cytokine Synthesis Heterogeneity Among Human Memory/Effector T Cells by Flow Cytometry," *Blood*, 86(4):1408–1419 (1995), No Date.

Quinnell, Richard A., "Analog IC Combines Five Functions for Battery Power Management," EDN, Apr. 23, 1992.

Redl et al., "Frequency Stabilization and Synchronization of Free–Running Current–Mode Controlled Converters," PESC '86 Record, pp. 519–530, 1986.

Redl, et al., "Overload–Protection Methods For Switching–Mode DC/DC Converters: Classification, Analysis, and Improvements," PESC '87 Record, pp. 107–118, 1987, No Date.

Rippel, W.E., "Synchronous Half–Wave Rectifier," JPL Technical Support Package, Jul. 1989.

Sakai, E. and Harada, K., "A New Synchronous Rectifier Using Bipolar Transistor Driven by Current Transformer," Fourteenth International Telecommunications Energy Conference, pp. 424–429, Oct. 1992.

Sakai, E. and Harada, K., "Synchronous Rectifier Using a Bipolar Transistor Driven by Current Transformer," Journal of the Society of Electronic Data Communication, vol. J–74–B–I, No. 8, pp. 639–646, Aug. 1991 (in Japanese, with translation).

Savant, C.J., Jr., et al., "Electronic Design: Circuits and Systems," pp. 612–613, The Benjamin/Cummings Publishing Co., 1991, No Date.

Shepard, J., "Powering portable systems," EDN, Nov. 5, 1992.

Siliconix, "Si91XX Synchronous Buck Controller," Datasheet, Dec. 20, 1990.

Siliconix, "Siliconix Si9110/Si9111," Datasheet, Oct. 1987.

Siliconix, "Si9150CY/BCY Synchronous Buck Converter Controller," Preliminary Data Sheet, Oct. 8, 1992.

Siliconix, "Synchronous Rectification," Design Ideas, Oct. 1980.

Siliconix, "Si9150 Synchronous Buck Regulator Controller, S–42677, Rev. D," Datasheet, Feb. 14, 1995.

Siliconix, "High–Efficiency Buck Converter for Notebook Computers," Application Note AN92–4, Date Unknown, No Date.

Siliconix, "Designing DC/DC Converters with the Si9110 Switchmode Controller," Siliconix Power Products Data Book, 1991, No Date.

Soclof, Sidney, "Applications of Analog Integrated Circuits," Figure 2.25, pp. 74–75, Prentice–Hall, Inc. 1985, No Date.

Sokal et al., "Control Algorithms and Circuit Designs For Optimally Flyback–Charging an Energy–Storage Capacitor," IEEE Fifth Applied Power Electronics Conference, pp. 295–301, 1990, No Date.

Steigerwald, R., "High–Frequency Resonant Transistor DC–DC Converters," IEEE Transactions on Industrial Electronics, vol. IE–31, No. 2, pp. 181–191, May 1984.

Suni, M.A. et al., "Detection of Antigen–Specific T Cell Cytokine Expression in Whole Blood by Flow Cytometry," *J. Immunol. Methods*, 212:89–98 (1998), No Date.

Taylor, "Flyback Converter," Electronic Engineering, p. 23, Jul. 7, 1976.

Terada, N. et al., "Differential Regulation of the Tumor Supressor Molecules, Retinoblastoma Susceptibility Gene Product (Rb) and p53, during Cell Cycle Progression of Normal Human T Cells," *J. Immunol.*, 147(2):698–704 (1991), No Date.

Uchida, Takahito, "Switching Regulator Controller," Japanese Inventor Associated Disclosed Technology Publication No. 92–2362, published Feb. 15, 1992 (in Japanese, with translation).

**US 6,304,066 B1**

Page 5

Unitrode, "UC1846/7, UC2846/7, UC3846/7 Current Mode PWM Controller," Datasheet, dated Jan. 1997 (date of first publication unknown).

Unitrode, "UC1895, UC2895, UC3895 Synchronous Rectifier Buck PWM Controller," Advance Information Datasheet, Oct. 5, 1992.

Unitrode, "Using Bipolar Synchronous Rectifiers Improves Power Supply Efficiency," Application Note, Jun. 1985.

Waldrop, S.L. et al., "Determination of Antigen–specific Memory/Effector CD4+ T Cell Frequencies by Flow Cytometry," *J. Clin. Inves.,* 99(7):1739–1750 (1997), No Date.

Wang, N.P. et al., "Tumor Suppressor Activity of RB and p53 Genes in Human Breast Carcinoma Cells," *Oncogene,* 8:279–288 (1993), No Date.

Wilcox, M., "The LT1158: Low Voltage, N–Channel Bridge Design Made Easy," Linear Technology, Feb. 1992, Date Unknown.

Williams, J., "Clever techniques improve thermocouple measurements," EDN, May 26, 1988.

Williams, J., "Design linear circuits that serve digital system needs," EDN, Apr. 27, 1989.

Williams, J., "Astute designs improve efficiencies of linear regulators," EDN, Aug. 17, 1989.

Williams, J., "Galvanically isolated switching supplies provide high power," EDN, Nov. 26, 1987.

Williams, J., "Correcting power–supply problems," EDN, Dec. 10, 1991.

Williams, J., "1.5 to 5V converter supplies 200mA," EDN, Oct. 15, 1992.

Williams, J., "Designing supplies for powering LCD backlighting," EDN, Oct. 29, 1992.

Williams, J., "Bridge forms synchronous rectifier," EDN, Date Unknown.

Williams, J. and Dendinger, S., "Simplify feedback controllers with a 2–quadrant PWM IC," EDN, May 26, 1983.

Williams, J. and Huffman, B., "Precise converter designs enhance system performance," EDN, Oct. 13, 1988.

Williams, J., "Micropower circuits assist low–current signal conditioning," EDN, Aug. 6, 1987.

Williams, J., "Regulator IC speeds design of switching power supplies," EDN, Nov. 12, 1987.

Williams, J. and Huffman, B., "Switched–capacitor networks simplify dc/dc–converter designs," EDN, Nov. 24, 1988.

Williams, J. and Waller, B., "Performance–Enhancement Techniques for Three–Terminal Regulators," New Electronics, Oct. 4, 1983.

Williams, J., "Analog circuits operate from a 1.5V cell," EDN, Sep. 19, 1985.

Williams, J., "Design linear circuits for 5V operation," EDN, May 2, 1985.

Williams, J., "Chopper amplifier improves operation of diverse circuits," EDN, Mar. 7, 1985.

Williams, J., "Use low–power design methods to condition battery outputs," EDN, Oct. 18, 1984.

Williams, J., "Special circuit–design techniques enhance regulator performance," EDN, Sep. 1, 1983.

Williams, J., "Conversion techniques adapt voltages to your needs," EDN, Nov. 10, 1982.

Williams, J., "Design dc–dc converters to catch noise at the source," Electronic Design, Oct. 15, 1981.

Williams, J., "Employ pulse–width modulators in a wide range of controllers," EDN, Sep. 2, 1981.

Williams, J., "Signal conditioning circuits use µpower design techniques," EDN, Aug. 20, 1987.

Williams, Jim, "Basic Principles and Ingenious Circuits Yield Stout Switchers," EDN, Jan. 19, 1990.

Williams, J. and Huffman, B., "Proper instrumentation eases low–power dc/dc–converter design," EDN, Oct. 27, 1988.

Williams, J., "Switching regulator takes on more power," Electronic Product Design, Jan. 1986.

Williams, J. and Huffman, B., "Design dc/dc converters for power conservation and efficiency," EDN, Nov. 10, 1988.

Williams, J., "Design techniques extend V/F–converter performance," EDN, May 16, 1985.

Williams, J., "Refine V/F–converter operation with novel design techniques," EDN, May 30, 1985.

Williams, J., "Considerations for Five Volt Linear Circuits," Professional Program Session Record 20, Circuits for Analog Signal Processing and Data Conversion is Single +5V Supply Systems, Wescon/85, Nov. 1985.

Williams, J. and Huffman, B., "Proper instrumentation eases low power dc/dc converter design," EDN, Nov. 27, 1988.

Zarkowska, T. et al., "Monoclonal Antibodies Specific for Underphosphorylated Retinoblastoma Protein Identify a Cell Cycle Regulated Phosphorylation Site Targeted by CDKs," Oncogene, 14:249–254 (1997), Date Unknown.

* cited by examiner



FIG. 1

PRIOR ART



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10

US 6,304,066 B1

1

## CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULAR CIRCUIT

The present application is a continuation of application Ser. No. 08/978,167, filed Nov. 25, 1997 now U.S. Pat. No. 5,994,885, which is a divisional of application Ser. No. 08/799,467, filed Feb. 13, 1997, now U.S. Pat. No. 5,731, 694, which is a continuation of application Ser. No. 08/634, 688, filed Apr. 18, 1996 abandoned, which is a continuation of application Ser. No. 08/476,232, filed Jun. 7, 1995 abandoned, which is a divisional of application Ser. No. 08/036,047, filed Mar. 23, 1993, now U.S. Pat. No. 5,481, 178.

### BACKGROUND OF THE INVENTION

The present invention relates to a switching regulator circuit. More particularly, the present invention relates to a control circuit and method for maintaining high efficiency over broad current ranges in a switching regulator circuit.

The purpose of a voltage regulator is to provide a predetermined and constant output voltage to a load from a poorly-specified and fluctuating input voltage source. Generally, there are two different types of regulators: series regulators and switching regulators.

The series regulator employs a pass element (e.g., a power transistor) coupled in series with a load and controls the voltage drop across the pass element in order to regulate the voltage which appears at the load. In contrast, the switching regulator employs a switch (e.g., a power transistor) coupled either in series or parallel with the load. The regulator controls the turning ON and turning OFF of the switch in order to regulate the flow of power to the load. The switching regulator employs inductive energy storage elements to convert the switched current pulses into a steady load current. Thus, power in a switching regulator is transmitted across the switch in discrete current pulses, whereas in a series regulator, power is transmitted across the pass element as a steady current flow.

In order to generate a stream of current pulses, switching regulators typically include control circuitry to turn the switch on and off. The switch duty cycle, which controls the flow of power to the load, can be varied by a variety of methods. For example, the duty cycle can be varied by either (1) fixing the pulse stream frequency and varying the ON or OFF time of each pulse, or (2) fixing the ON or OFF time of each pulse and varying the pulse stream frequency.

Which ever method is used to control the duty cycle, switching regulators are generally more efficient than series regulators. In series regulators, the pass element is generally operated in its linear region where the pass element conducts current continuously. This results in the continuous dissipation of power in the pass transistor. In contrast, in switching regulators, the switch is either OFF, where no power is dissipated by the switch, or ON in a low impedance state, where a small amount of power is dissipated by the switch. This difference in operation generally results in reduced amounts of average power dissipation in switching regulators.

The above difference in efficiency can be more apparent when there is a high input-output voltage difference across the regulator. For example, it would not be unusual for a series regulator to have an efficiency of less than 25 percent when a switching regulator could perform an equivalent function with an efficiency of greater than 75 percent.

2

Because of their improved efficiency over series regulators, switching regulators are typically employed in battery-operated systems such as portable and laptop computers and hand-held instruments. In such systems, when the switching regulator is supplying close to the rated output current (e.g., when a disk or hard drive is ON in a portable or laptop computer), the efficiency of the overall circuit can be high. However, the efficiency is generally a function of output current and typically decreases at low output current. This reduction in efficiency is generally attributable to the losses associated with operating the switching regulator. These losses include, among others, quiescent current losses in the control circuitry of the regulator, switch losses, switch driver current losses and inductor/transformer winding and core losses.

The reduction in efficiency of a switching regulator at low output current can become important in battery-operated systems where maximizing battery lifetime is desirable.

In view of the foregoing, it would be desirable to provide a high efficiency switching regulator.

It would also be desireable to provide a control circuit and method for maintaining high efficiency over broad current ranges, including low output currents, in a switching regulator circuit.

### SUMMARY OF THE INVENTION

It is therefore an object of the present invention to provide a high efficiency switching regulator.

It is also an object of the present invention to provide a control circuit and method for maintaining high efficiency over broad current ranges, including low output currents, in a switching regulator circuit.

In accordance with these and other objects of the invention, there is provided a circuit and method for controlling a switching voltage regulator having (1) a switch including one or more switching transistors and (2) an output adapted to supply current at a regulated voltage to a load including an output capacitor. The circuit and method generates a control signal to turn the one or more switching transistors OFF under operating conditions when the voltage at the output is capable of being maintained substantially at the regulated voltage by the charge on the output capacitor (e.g., during low output currents). During such periods of time, the load does not consume power from the input power source. Therefore, the regulator efficiency is increased. If desired, other components in the switching regulator, in addition switching transistors, can also be intentionally held OFF to conserve additional power. This additional feature of the present invention can further increase the efficiency of the overall regulator circuit.

The circuit and method of the present invention can be used to control various types of switches in switching regulator circuits, including switches that use either one or more power transistors. Additionally, the circuit and method can be used to control switches in various types of switching regulator configurations, including voltage step-down, voltage step-up and polarity-inverting configurations.

Additionally, the circuit and method of the present invention can vary the OFF time of the switching transistor in response to the input and output voltages of the switching regulator. This feature of the present invention reduces the emission of audible noise from the switching regulator during low input voltage conditions. It also reduces the potential for current runaway during short circuits in the output voltage for some regulator configurations.

### BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects and advantages of the present invention will be apparent upon consideration of the fol-

US 6,304,066 B1

3

lowing detailed description, taken in conjunction with the accompanying drawings, in which like reference characters refer to like parts throughout, and in which:

FIG. 1 is a schematic block diagram of a typical prior art switching regulator circuit employing a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 2 is a schematic block diagram of a switching regulator circuit incorporating a first embodiment of the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 3 is a schematic block diagram of a switching regulator circuit incorporating a second embodiment of the high-efficiency control circuit of the present invention to drive a switch including a switching MOSFET and a switching diode in a step-down configuration;

FIG. 4 is a schematic block diagram of a switching regulator circuit incorporating a "user-activated" embodiment of the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 5 is a schematic block diagram of a switching regulator circuit incorporating the variable OFF-time control circuit of the present invention;

FIG. 6 is a detailed schematic diagram of an embodiment of the variable OFF-time control circuit of FIG. 5;

FIG. 7 is a detailed schematic block diagram of an exemplary switching regulator circuit incorporating both the variable OFF-time feature and the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 8 is a schematic block diagram of a switching regulator circuit incorporating a circuit of the present invention for preventing reversals in the polarity of the current in the output inductor of the regulator from drawing power from the load;

FIG. 9 is a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a step-up configuration; and

FIG. 10 is a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a polarity-reversing configuration.

DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 is a schematic block diagram of a typical prior art switching regulator circuit employing a push-pull switch in a step-down configuration.

Referring to FIG. 1, circuit 10 is used to provide a regulated DC output voltage $V_{OUT}$ at terminal 12 (e.g., 5 volts) for driving load 14 which, for example, may be a portable or laptop computer or other battery-operated system. Circuit 10 operates from an unregulated supply voltage $V_{IN}$ coupled to terminal 14 (e.g., a 12 volt battery). Circuit 10 includes push-pull switch 15, driver circuit 20, output circuit 30 and control circuit 35.

Driver circuit 20 is used to drive push-pull switch 15 which includes two synchronously-switched power MOS-FETS 16 (p-channel) and 17 (n-channel) stacked in series between supply rail $V_{IN}$ and ground. Push-pull switch 15 in

4

conjunction with driver circuit 20 is typically referred to as a "half-bridge" configuration. MOSFETS 16 and 17 are used to alternately supply current to output circuit 30 which includes inductor 32 (L1) and output capacitor 34 ($C_{OUT}$). Output circuit 30 smooths the alternating supply of current so that load 12 is provided a regulated voltage $V_{OUT}$. In order to supply the alternating current, MOSFETS 16 and 17 are respectively driven by P-channel driver 26 and N-channel driver 27, which in turn are both controlled by control circuit 35.

Control circuit 35 includes one-shot circuit 25 which provides an OFF pulse of constant duration (e.g., 2 to 10 microseconds) during which time MOSFET 16 is held OFF and MOSFET 17 is held ON by drivers 26 and 27, respectively. Otherwise, one-shot circuit 25 provides an ON pulse during which time MOSFET 16 is held ON and MOSFET 17 is held OFF. Therefore, one-shot circuit 25 alternately turns MOSFETS 16 and 17 ON and OFF to provide an alternating supply of current to (output circuit 30. The duty cycle of the one-shot circuit 35 is in turn controlled by current amplifier 39.

Control circuit 35 monitors the output voltage $V_{OUT}$ through resistor-divider network $R_1/R_2$ (36A/36B) to provide a feedback voltage $V_{FB}$ proportional to the output voltage $V_{OUT}$. Control circuit 35 also monitors the current $I_L$ through inductor L1 to provide a feedback current $I_{FB}$ proportional to inductor current $I_L$. Circuit 10 operates by controlling inductor current $I_L$ so that the feedback voltage $V_{FB}$ is regulated to be substantially equal to a reference voltage $V_{REF}$ provided by reference circuit 37. With feedback voltage $V_{FB}$ being regulated, the output voltage $V_{OUT}$ is in turn regulated to a higher voltage by the ratio of $(R_1+R_2)$ to $R_2$.

Transconductance amplifier 38 is used to compare the feedback voltage $V_{FB}$ to a reference voltage $V_{REF}$. Circuit 10 regulates the output voltage $V_{OUT}$ as follows. During each cycle when switch 15 is "ON", P-MOSFET 16 is turned ON and the current $I_L$ in inductor L1 ramps up at a rate dependent on $V_{IN}$-$V_{OUT}$. When $I_L$ ramps up to a threshold level set by output 38A of transconductance amplifier 38, current comparator 39 trips and triggers the one-shot OFF pulse, initiating the "OFF" cycle of switch 15. During the "OFF" cycle, one-shot circuit 25 holds P-MOSFET 16 OFF and turns N-MOSFET 17 ON. This in turn causes the current $I_L$ in inductor L1 to ramp down at a rate dependent on $V_{OUT}$. Thus, the duty cycle of the periodic turning OFF of switch 15 is controlled so the current $I_L$ produces a regulated output voltage $V_{OUT}$ at terminal 12.

As the output load current increases, the voltage drop across $R_2$ resistor 36B will decrease. This translates into a small error voltage at input 38B of transconductance amplifier 38 that will cause output 38A to increase, thus setting a higher threshold for current comparator 39. Consequently, current $I_L$ in inductor L1 is increased to the level required to support the load current.

Since the OFF time ($t_{OFF}$) of one-shot circuit 25 is constant, switching regulator circuit 10 has a constant ripple current in inductor L1 (for constant output voltage $V_{OUT}$), but has a frequency which varies with $V_{IN}$. The ripple oscillation frequency is given by the equation:

$$f_{RIP} = (1/t_{OFF}) \; [1-(V_{OUT}/V_{IN})]$$

One disadvantage of circuit 10 in FIG. 1 is that the ripple oscillation frequency $f_{RIP}$ may decrease to an audible level with low input voltages $V_{IN}$. This could occur, for example, when a battery powering the switching regulator circuit is

US 6,304,066 B1

5

6

nearly discharged. Inductor L1 may then generate and emit noise that can be objectionable to a user of the device employing the regulator circuit.

An additional disadvantage of prior art circuit 10 is that the inductor current $I_L$ is not well controlled when the output voltage $V_{OUT}$ is shorted to ground. The basic relationship between inductor current and voltage is given by the equation di/dt=V/L. This means that the rate at which current $I_L$ in inductor L1 decays during the OFF-time depends on the voltage across inductor L1, which is the sum of $V_{OUT}$ and the drain to source voltage, $V_{DS}$, of N-MOSFET 17. During a short, $V_{OUT}$ approaches zero while $V_{DS}$ is also very low, resulting in very little decay of current $I_L$ in inductor L1 during $t_{OFF}$. However, following each OFF cycle, P-MOSFET 16 is turned back ON until current comparator 39 again trips one-shot constant OFF time control circuit 25. Even for the minimum time that P-MOSFET 16 is ON, the current $I_L$ in inductor L1 may increase by more than it can decrease during $t_{OFF}$. This may result in a runaway condition in which the short circuit current may reach destructive levels.

A further disadvantage of prior art circuit 10 results from the constant ripple current in inductor L1. During $t_{OFF}$, current $I_L$ in inductor L1 always ramps down by the same amount regardless of the output current of the regulator. At low output currents this can cause the current in inductor L1 to reverse polarity and, thus, pull power from the load. During the following ON cycle, this current again ramps positive such that the average inductor current equals the load current. Losses associated with this constant ripple current, along with switching losses due to the charging and discharging of switch 15's MOSFET gates, can produce large reductions in efficiency at low output currents. This will be especially the case if the current in inductor L1 reverses and power is pulled from the load to ground through N-MOSFET 17.

A still further disadvantage of prior art circuit 10 concerns the gate drives to P-MOSFET 16 and N-MOSFET 17. Delays are generally incorporated into drivers 26 and 27 to ensure that one power MOSFET turns OFF before the other turns ON. If there is insufficient deadtime between the conduction of the two MOSFETS (due to, for example, device, circuit processing, or temperature variations), current will be passed directly from input supply $V_{IN}$ to ground. This "shoot-through" effect can dramatically reduce efficiency, and in some circumstances, can overheat and destroy the power MOSFETs.

FIG. 2 is a schematic block diagram of a switching regulator circuit incorporating a first embodiment of the high-efficiency control circuit of the present invention for driving a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator circuit 50 includes push-pull switch 15, driver circuit 20 and output circuit 30 similar to those of FIG. 1. Circuit 50 also includes an embodiment 70 of the high-efficiency control circuit of the present invention.

Control circuit 70 includes one-shot circuit 25, current comparator 39 and amplifier 38 similar to those of FIG. 1. However, in addition to those components, control circuit 70 also includes constant current source $I_1$ 72 and hysteretic comparator 74 for providing high efficiency operation at low average current levels.

As will be discussed in greater detail below, constant current source $I_1$ 72 and comparator 74 allow push-pull switch 15 to go into a state of operation where both MOSFETS 16 and 17 are simultaneously OFF under conditions where the output voltage $V_{OUT}$ can be maintained

substantially at the regulated voltage $V_{REG}$ by output capacitor $C_{OUT}$. This state of operation is referred to herein as a "sleep mode." The ability of push-pull switch 15 to go into such a sleep mode is in contrast to the regulator circuit of FIG. 1 where one of the two MOSFETs 16 and 17 is substantially ON at all times. This feature of the present invention reduces the regulator circuit power consumption since push-pull switch 15 does not dissipate power or allow power to be pulled from load $R_L$ to ground in sleep mode.

Furthermore, if desired, while push-pull switch 15 is in the above-described sleep mode, the regulator circuit can turn OFF other circuit components which are not needed while the regulator is in sleep mode. For example, for the embodiment of the present invention shown in FIG. 2, one-shot circuit 25, current comparator 39, current source $I_1$ 72 and amplifier 38 can also be turned OFF in sleep mode. This feature of the present invention allows the regulator circuit to operate at even higher efficiencies than otherwise possible if only push-pull switch 15 were maintained in a sleep mode.

At high load current levels (e.g., greater than 20 percent of the maximum rated output current) control circuit 70 operates similar to control circuit 35 of FIG. 1. In FIG. 2, the current feedback $I_{FB}$ is again provided to the non-inverting input of current comparator 39. Offset $V_{OS}$ 76, which preferably is built into amplifier 38, level-shifts feedback voltage $V_{FB}$ slightly below reference voltage $V_{REF}$, thus keeping the output of hysteretic comparator 74 high during high current conditions. When the feedback current $I_{FB}$ exceeds the current supplied to the inverting input of current comparator 39, the output of comparator 39 goes HIGH so as to initiate the switch "OFF" cycle.

During the "OFF" cycle, output 25A of one-shot circuit 25 is HIGH, which turns P-MOSFET 16 OFF and N-MOSFET 17 ON. After a constant time set by one-shot circuit 25, output 25A goes LOW, thus initiating the next "ON" cycle where P-MOSFET 16 ON and N-MOSFET 17 OFF.

In accordance with the present invention, regulator circuit 50 goes into sleep mode at low output current levels as follows. Hysteretic comparator 74 monitors the feedback voltage $V_{FB}$ and goes LOW when $V_{FB}$ exceeds a predetermined voltage value in excess of the reference voltage $V_{REF}$. Such a condition is indicative of the output voltage $V_{OUT}$ exceeding a predetermined voltage value in excess of the regulated voltage $V_{REG}$. This over voltage condition is intentionally induced at low average output currents by providing a constant current source $I_1$ 72 coupled in parallel with amplifier 38. During the over voltage condition both MOSFETS 16 and 17 are maintained OFF by way of AND gate 66 and NAND gate 68.

Constant current source $I_1$ sets a minimum feedback current threshold for current comparator 39. This sets a minimum current required in inductor L1 during each ON cycle to trip comparator 39. In accordance with the present invention, current comparator 39 is intentionally forced to remain ON at current levels that would otherwise cause it to trip. Thus, more current is supplied to inductor L1 than is necessary to maintain the output voltage $V_{OUT}$ at the regulated voltage $V_{REG}$. As a result, $V_{OUT}$ will begin to increase beyond the regulated voltage $V_{REG}$, causing the feedback voltage $V_{FB}$ to trip hysteretic comparator 74 at a predetermined voltage value in excess of $V_{REF}$. When comparator 74 trips, its output goes LOW to turn both MOSFET 16 and 17 OFF to put the regulator circuit into sleep mode.

In the above-described state of operation (i.e., "sleep mode") where MOSFETs 16 and 17 are both simultaneously OFF, the output load 14 is supported substantially by output

US 6,304,066 B1

7

capacitor $C_{OUT}$. Hysteretic comparator 74 monitors the feedback voltage $V_{FB}$ and when $V_{OUT}$ falls such that $V_{FB}$ has decreased by the amount of the hysteresis in comparator 74, driver circuit 20 is taken out of sleep mode (where MOSFETS 16 and 17 are both driven OFF) so that a new ON cycle is initiated to supply current to load 14. If the load current remains low, $C_{OUT}$ will recharge to a voltage level in excess of $V_{REG}$ and the feedback voltage $V_{FB}$ will trip comparator 74 after only a few cycles.

Thus, during light loads, control circuit 70 is adapted to turn both MOSFET 16 and MOSFET 17 OFF when they are not needed to maintain the output voltage substantially at the regulated voltage level if the output capacitor $C_{OUT}$ is capable of doing so. When the output voltage falls below the regulated voltage level in such a mode, control circuit 70 is adapted to briefly turn switch 15 ON to recharge the output capacitor $C_{OUT}$ back to a voltage level in excess of the regulated voltage. Therefore, $V_{OUT}$ will oscillate between upper and lower thresholds separated by the comparator 74 hysteresis multiplied by the ratio of $(R_1+R_2)$ to $R_2$. The rate at which the regulator "wakes up" to recharge output capacitor $C_{OUT}$ will automatically adapt to the load current, maintaining high efficiencies even at low output currents.

In accordance with the present invention, control circuit 70 maintains MOSFETS 16 and 17 OFF over periods of time when the output current is low enough to allow the output capacitor $C_{OUT}$ to maintain the output voltage substantially at the regulated voltage. Typically, such periods of OFF time, wherein both MOSFETS 16 and 17 are maintained OFF even though the switching regulator is providing a regulated voltage, can extend from less than 100 microseconds to over a few seconds (respectively corresponding to a few switch cycles to over one-hundred-thousand switch cycles for a switching frequency of 100 kiloHertz). Such OFF times typically allow high efficiency to be obtained (e.g., over 90%) over an output current range in excess of 100:1. Because other components in addition the switching transistors can also be maintained OFF during such periods, even higher efficiencies can typically be obtained.

Control circuit 70 of switching regulator 50 shown in FIG. 2 is used to drive a synchronously-switched switch including MOSFETs 16 and 17. As used herein, the term "synchronously-switched switch" refers to a switch including two switching transistors that are driven out of phase to supply current at a regulated voltage to a load. FIG. 3 shows a second embodiment of the high-efficiency control circuit of the present invention adapted to drive a switch including a switching transistor and a switching diode in a step-down configuration.

As shown in FIG. 3, switching regulator circuit 100 includes switch 115 including P-MOSFET 116 and diode 118. Switch 115 is driven by driver 120 including P-driver 126. The turning-ON and turning-OFF of switch 115 is controlled by control circuit 125. Because control circuit 125 is used to only drive one MOSFET (in contrast to control circuit 70 of FIG. 2), it only has one output terminal 125A (taken from the output of NAND gate 68).

Control circuit 125 includes current comparator 39, amplifier 38, hysteretic comparator 74 and one-shot circuit 25, similar to those shown in control circuit 70 of FIG. 2. As discussed above with respect to FIG. 2, at low average output current levels, constant current source $I_1$ 72 is used to intentionally overdrive the current supplied to inductor L1 so as to cause the output voltage $V_{OUT}$ to increase beyond the regulated voltage level $V_{REG}$ where the output can be supported substantially by output capacitor $C_{OUT}$ for

8

extended periods of time. During these extended time periods, P-MOSFET 116 is maintained OFF in a sleep mode so as to increase circuit efficiency.

As discussed above, control circuits 70 and 125 of FIGS. 2 and 3, respectively, provide high-efficiency operation at low average output current levels. Such operation adapts automatically to the output current level. For example, at high output current levels during a first state of operation the switch continually alternates between an ON state and an OFF state to maintain the output voltage $V_{OUT}$ at the regulated voltage level $V_{REG}$. At low output current levels during a second state of operation, where circuit efficiency would otherwise be low, the output voltage $V_{OUT}$ is able to be maintained substantially at the regulated voltage level $V_{REG}$ by output capacitor $C_{OUT}$ without continuously turning the switch ON and OFF. Thus, the control circuit automatically identifies such a condition and allows the regulator circuit to go into a "sleep" mode where a minimal number of circuit components are required to be ON.

In accordance with another feature of the present invention, a regulator circuit can also incorporate a "user activated" embodiment of the control circuit of the present invention where a user input controls whether the regulator circuit is in a "sleep" mode or not. FIG. 4 is a schematic block diagram of a switching regulator circuit incorporating such a "user-activated" embodiment of the high-efficiency control circuit of the present invention for driving a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator circuit 150 in FIG. 4 includes push-pull switch 15, driver 20, output circuit 30 similar to those in circuit 50 of FIG. 2. Control circuit 170 of regulator circuit 150 includes one-shot circuit 25, current comparator 39 and amplifier 38 also similar to those in circuit 50 of FIG. 2. In contrast to FIG. 2, switch 175 (including switches 176 and 178) is used to manually switch regulator circuit 150 into a sleep mode through user input 175A, which may be a control signal from some other type of control circuit (not shown). Upon the closing of switch 175, switches 176 and 178 both close.

Switch 176 is used to turn N-driver 27 OFF in sleep mode by grounding input 66A of AND gate 66 (which normally is held HIGH by resistor 67 coupled to a positive supply). Switch 178 is used to introduce positive feedback, and therefore hysteresis, into amplifier 38 so as to allow control circuit 170 to maintain the output voltage $V_{OUT}$ substantially at the regulated voltage level $V_{REG}$ in sleep mode. (Resistor $R_{HYS}$, coupled between reference circuit 37 and the non-inverting input of transconductance amplifier 38, is used to assist in feeding back the output of amplifier 38 into the non-inverting input of amplifier 38.)

Switch 178 allows amplifier 38 to overdrive the supply of current to inductor L1 (through P-MOSFET 16) so as to intentionally drive the output voltage $V_{OUT}$ to a predetermined level in excess of the regulated voltage level $V_{REG}$. After being driven to such voltage level, the hysteresis in amplifier 38 maintains P-driver 26 OFF until the feedback voltage $V_{FB}$ falls by at least the hysteresis voltage. At that point, output 39A of current amplifier 39 goes HIGH to trigger one-shot circuit 25 so that P-MOSFET 16 is turned ON to recharge the output capacitor $C_{OUT}$ to the predetermined voltage level in excess of the regulated voltage level $V_{REG}$.

As discussed above, control circuit 170 periodically wakes up during sleep mode to turn P-MOSFET 16 ON to recharge the output capacitor $C_{OUT}$. It will be apparent to those of ordinary skill in art that although N-MOSFET 15 is

US 6,304,066 B1

9

maintained OFF during such wake-up periods, this does not have to be the case. For example, while control circuit 170 is recharging output capacitor $C_{OUT}$, such recharging could be accomplished by alternately turning the switching transistors OFF so as to vary the duty cycle and thereby recharge the output capacitor $C_{OUT}$.

Thus, regulator circuit 150 operates to increase efficiency at low current levels as in regulator circuit 50 of FIG. 2 if a user manually activates a switch. However, in contrast to regulator circuit 50 of FIG. 2, regulator circuit 150 does not automatically adapt to the output current levels. For example, circuit 150 does not take itself out of sleep mode as the average output current increases—it relies upon user deactivation.

As discussed above, the embodiments of the control circuits of the present invention shown in FIGS. 2–4 include one-shot circuit 25. In accordance with another feature of the present invention, the one-shot circuit could be replaced with other types of circuits that control the duty cycle of the power switch. For example, one-shot circuit 25 could be replaced with a pulse-width modulator circuit that provides a pulse-width modulated signal in response to a control signal. Of course, other types of circuits could be used as well.

In accordance with another feature of the present invention, one-shot circuit 25, which provides a constant OFF-time signal, could be replaced with a one-shot circuit that provides a variable OFF-time control signal dependent upon the output voltage ($V_{OUT}$) and the input voltage ($V_{IN}$). This feature of the present invention can be used to reduce the generation and emission of audible noise from inductor L1 at low input voltages. As discussed above, such noise is associated with oscillation in the inductor current. Furthermore, this feature of the present invention can also be used to control the short circuit current if the output is short circuited.

FIG. 5 is a schematic block diagram of an exemplary switching regulator circuit incorporating the variable OFF-time control circuit of the present invention.

Switching regulator circuit 200 includes push-pull switch 15, driver circuit 20, current feedback circuit 210, voltage feedback circuit 220, feedback control circuit 230 and variable OFF-time circuit 240. Feedback control circuit 230 monitors the output current and output voltage through inputs 232 and 234, respectively, and provides a trigger signal at terminal 236 to initiate the OFF cycle of switch 15. Variable OFF-time circuit 240 is used to control the OFF time as follows.

Circuit 240 includes one-shot generator 245 which is triggered by feedback control circuit 230 through terminal 236. One-shot generator 245 includes an additional terminal 245A coupled to control capacitor ($C_{CON}$) 246 whose voltage is monitored by generator 245. In accordance with the present invention, OFF-time control circuit 250 controls the discharging of capacitor $C_{CON}$, and thus the capacitor voltage, so as to in turn control the OFF time of generator 245. OFF-time control circuit 250 monitors the input and output voltages ($V_{IN}$ and $V_{OUT}$) and, depending upon their values, adjusts the OFF time accordingly.

In accordance with the present invention, if the input voltage $V_{IN}$ decreases so that the inductor L1 oscillation frequency $f_{RIP}$ discussed above falls into an audible range, the OFF time is decreased so that $f_{RIP}$ will accordingly increase out of an audible range. Also, if the output voltage $V_{OUT}$ decreases due to a short circuit so that the voltage across inductor L1 is too low to allow adequate decay in inductor current during the OFF cycle, the OFF time is increased so as to avoid a current runaway condition.

10

In the present embodiment the discharging of control capacitor $C_{CON}$ is regulated by controlling the magnitude of control current $I_{CON}$. For example, at low input voltages $I_{CON}$ is increased by OFF-time control circuit 250 so that the voltage on control capacitor $C_{CON}$ rapidly falls. When the control capacitor voltage falls below a predetermined value, the ON cycle of switch 15 is initiated. Additionally, at low output voltages $I_{CON}$ is decreased by OFF-time control circuit 250 so that the voltage on control capacitor $C_{CON}$ slowly decays to lengthen the OFF time.

Although switching regulator circuit 200 shown in FIG. 5 relies upon a particular circuit for discharging a capacitor to control the OFF time, it is apparent that other circuits for performing this same function in response to the input and output voltages can also be used. For example, if desired, an operational amplifier could be used to control the OFF-time.

Thus, a one-shot circuit has been discussed which provides a variable OFF-time control signal that adapts to the input and output voltage levels. This feature of the present invention is used to reduce the generation and emission of audible noise from the regulator circuit at low input voltage levels (i.e., reduce $t_{OFF}$ at low input voltages) and to limit the short circuit current if the output is short circuited (i.e., increase $t_{OFF}$ at low output voltages).

FIG. 6 is a detailed schematic diagram of an exemplary embodiment of the variable OFF-time control circuit of FIG. 5.

OFF-time control circuit 250 accepts as inputs $V_{IN}$ and $V_{OUT}$ at terminals 252 and 254, respectively, and provides an output $I_{CON}$ at terminal 256. As discussed above, $I_{CON}$ provides for the controlled discharging of a control capacitor $C_{CON}$ coupled to terminal 256. Control circuit 250 controls the magnitude of $I_{CON}$, and therefore controls the time it takes control capacitor $C_{CON}$ to discharge. Control circuit 250 includes current source 260 (for providing current $I_{CN2}$), current source 270 (for providing current $I_{CN1}$), current compensation circuit 280 and current mirror output circuit 295. Control circuit 250 works as follows.

Current mirror output circuit 295 is a current mirror circuit including transistor 296 and transistor 298 (having its gate 298A connected to its drain 298B). Circuit 295 accepts a controlled reference current $I_{CREF}$ at input 295A and provides a proportional output current $I_{CON}$ related to the aspect ratios of transistor 296 and 298 (as in conventional current mirror circuits). In accordance with the present invention, $I_{CREF}$ will be equal to either $I_{CN1}$ or ($I_{CN1}+I_{CN2}$) depending upon voltages $V_{IN}$ and $V_{OUT}$ on input terminals 252 and 254, respectively.

When $V_{IN}-V_{OUT}$ is greater than 1.5 volts, transistor 262 conducts sufficient current (from transistor 264 and current supply $I_6$) to hold transistor 266 OFF. With transistor 266 OFF, current $I_{CN2}$ will be zero and current $I_{CREF}$ will therefore be equal to current $I_{CN1}$ provided at output terminal 270A of current source 270.

Current $I_{CN1}$ is supplied by a current mirror circuit composed of transistor 272 and transistor 274 (having its gate 274A connected to its drain 274B). In accordance with the present invention, the reference current $I_{CN1REF}$ flowing from transistor 274 will be equal to either $I_{CN1A}$ or ($I_{CN1A}+I_{CN1B}$), depending upon whether transmission gate 282 is open or closed, respectively.

Transmission gate 282 is controlled by comparator 284 and will be OPEN when $V_{OUT}$ is less than $V_{THD}$. Under OPEN conditions, $I_{CN1REF}$ will be equal to $I_{CN1A}$ which goes to the collector of transistor 276. This current is derived by dividing $V_{OUT}$ by the output divider (composed of resistors 271 and 273) to produce voltage $V_{FB1}$ (at the base of

US 6,304,066 B1

11

transistor 279). Voltage $V_{FB1}$ is then level shifted up by the base-emitter voltage of transistor 279 and then down by the base-emitter voltage of transistor 276 where it appears across emitter resistor 278. The resulting transistor 276 collector current is then proportional to the output voltage $V_{OUT}$ causing control capacitor $C_{CON}$ to be discharged at a rate which is proportional to the discharge rate of the current in inductor L1.

Thus, when the output voltage $V_{OUT}$ is low, such as during a fault or start-up condition, $t_{OFF}$ will be lengthened to allow the additional time required for the current to ramp down in inductor L1.

When the output voltage $V_{OUT}$ is greater than $V_{TH1}$, the output of comparator 284 closes transmission gate 282 to couple an additional compensation current $I_{CN1B}$ to the drain of transistor 274 to provide current compensation through current compensation circuit 280. Compensation current $I_{CN1B}$ is equal to current $I_{TRIM}$ minus the drain current of transistor 286. Transistors 286 and 288 serve to mirror the collector current in transistor 290 (which is derived in a similar manner to the collector current in transistor 276 discussed above, except that voltage $V_{REF}$ is used instead of voltage $V_{FB1}$).

Compensation current $I_{CN1B}$ has two purposes: 1) to serve as a trimming current to set a desired control current $I_{CON}$ when the output voltage $V_{OUT}$ is substantially at its regulated level, and 2) to maintain a substantially constant control current $I_{CON}$ over a wide range of operating temperatures. During typical circuit manufacturing, variations in the resistance of resistor 278 would normally cause control current $I_{CON}$ to be larger or smaller than desired. By trimming $I_{TRIM}$ while in production, compensation current $I_{CN1B}$ can be adjusted to add or subtract from the collector current ($I_{CN1A}$) as required to provide a predetermined control current $I_{CON}$. Additionally, if resistors 278 and 292 are matched (i.e., designed and fabricated similarly), then control current $I_{CON}$ variations due to the temperature variation of the resistance of resistor 278 will be substantially cancelled by a corresponding change in the resistance of resistor 292.

If the output voltage $V_{OUT}$ is less than voltage $V_{TH3}$, the output of comparator 284 opens transmission gate 282 and thus inhibits current compensation. This ensures that control current $I_{CON}$ will approach zero as the output voltage $V_{OUT}$ approaches zero, thus guaranteeing control of the inductor current $I_L$ during an output short circuit.

When $V_{IN}$ falls to the point that $V_{IN}$–$V_{OUT}$ is less than 1.5 volts, the current in transistor 262 no longer holds transistor 266 OFF. As $V_{IN}$ decreases further, transistor 266 adds additional current ($I_{CN2}$) into current mirror output circuit 295, thereby increasing control current $I_{CON}$ and, thus, reducing $t_{OFF}$. This in turn stabilizes the operating frequency as $V_{IN}$ decreases, reducing potential audibility problems. Current source $I_7$ determines the maximum current that transistor 266 adds to control current $I_{CON}$.

Thus, when $V_{IN}$ falls so that $V_{IN}$–$V_{OUT}$ is less than 1.5 volts (e.g., when a battery is nearly discharged), $t_{OFF}$ will be reduced to increase the oscillation frequency of the regulator circuit so that the generation and emission of audible noise is reduced.

Although variable OFF-time control circuit 250 was discussed above with respect to a regulator circuit which includes push-pull switch 15 and driver 20, it will be apparent that the variable OFF-time feature of the present invention could be used in other regulators as well. For example, this feature could also be used in the regulator circuits of FIGS. 3 and 4 and other circuits that employ one-shot generators to provide a regulated voltage.

12

FIG. 7 is a detailed schematic block diagram of an exemplary switching regulator circuit incorporating both the variable OFF-time feature and the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator 300 includes push-pull switch 15, driver 20, output circuit 30 and control circuit 350. Control circuit 350 includes one-shot generator 245, variable OFF-time control circuit 250 for controlling the OFF cycle time and comparator 74 for providing high-efficiency operation at low average output current levels. Switching regulator 300 works as follows.

When the load current exceeds, for example, approximately 20 percent of the maximum output current, the loop operates in a continuous mode wherein comparator 74 does not override output 245A of one-shot generator 245. With $V_{IN}$–$V_{OUT}$ greater than 1.5 V, operation is substantially similar to that described for FIG. 1. The inductor current is sensed by means of the voltage drop across resistor $R_{SENSE}$, and the threshold for the current comparator 39 is set by the voltage drop across resistor $R_3$. Built-in offset $V_{OS}$ (e.g., about 10 mv) levelshifts feedback voltage $V_{FB}$ slightly below reference voltage $V_{REF}$ thus keeping the output of comparator 74 HIGH in this mode. When the voltage across resistor $R_{SENSE}$ exceeds the threshold across resistor $R_3$, the output of comparator 39 goes HIGH and the RBAR input of RS flip-flop 310 goes LOW, resetting RS flip-flop 310, and thus, initiating the switch OFF cycle.

During the OFF cycle, switch signal $V_{SWB}$ is HIGH, which turns P-MOSFET 16 OFF, N-MOSFET 17 ON and allows $I_{CON}$ to discharge control capacitor $C_{CON}$. The OFF time, $t_{OFF}$, is in turn determined by the time it takes control capacitor $C_{CON}$ to discharge from its initial voltage to $V_{TH1}$, coupled to the non-inverting input of comparator 312. When control capacitor $C_{CON}$ discharges to voltage $V_{TH1}$, the output of comparator 312 goes LOW, thus setting RS flip-flop 310 and initiating the next ON cycle. Voltage $V_{TH1}$ is higher than voltage $V_{TH2}$, thus causing the output of comparator 315 to remain LOW in the continuous mode.

In accordance with present embodiment, the OFF time is controlled by variable OFF-time control circuit 250 described above with respect to FIGS. 5 and 6. Accordingly, circuit 250 includes inputs 252 and 254 coupled to $V_{IN}$ and $V_{OUT}$ respectively, to monitor those voltages.

Current source $I_1$ sets a minimum voltage threshold across resistor $R_3$ for current comparator 39. This sets a minimum current required in inductor L1 during each ON cycle to trip comparator 39. If the resulting average inductor current flowing to the output is greater than the load current, then output voltage $V_{OUT}$ will begin to increase, causing feedback voltage $V_{FB}$ to trip the hysteretic comparator 74. Of course, the inductance of inductor L1 and OFF time $t_{OFF}$ are preferably chosen so that the inductor ripple current is not below zero when such tripping occurs. When comparator 74 trips, its output goes LOW and overrides the Q output of RS flip-flop 310, immediately switching switch signal $V_{SWB}$ high. As discussed above, this automatically initiates the beginning of the "sleep" mode of operation.

In sleep mode, capacitor $C_{CON}$ discharges as before, but does not initiate a new switch ON cycle when comparator 312 trips. As discussed above, this is because until feedback voltage $V_{FB}$ has fallen by the amount of hysteresis in comparator 74, the LOW at output 74A forces switch signal $V_{SWB}$ to remain HIGH through NAND gate 316. Accordingly, control capacitor $C_{CON}$ continues to discharge below voltage $V_{TH2}$, causing output 315A of comparator 315

US 6,304,066 B1

13

to go HIGH. This in turn causes the N-MOSFET 17 as well as the P-MOSFET 16 to be turned OFF. In addition, unused circuit components such as amplifier 38 and comparators 39 and 312 are also turned OFF when the regulator circuit is in sleep mode. As discussed above, this decreases bias currents substantially during sleep mode, further increasing efficiency at low output current levels.

During the extended off times in sleep mode, much of the regulator and both MOSFETS 16 and 17 are turned off, and the output load is supported substantially by output capacitor $C_{OUT}$. However, when the output voltage $V_{OUT}$ falls such that the feedback voltage $V_{FB}$ has decreased by the amount of hysteresis in comparator 74, all circuit components are again turned on and a new ON cycle is initiated to supply current to the output. If the load current remains low, output capacitor $C_{OUT}$ will recharge, and the feedback voltage $V_{FB}$ will again trip comparator 74 after only a few switch cycles. Thus, during light load conditions, the output voltage $V_{OUT}$ will oscillate between upper and lower thresholds values, as discussed above.

Whenever P-MOSFET 16 is ON, its gate-to-source voltage also appears across MOSFET 334, turning MOSFET 334 ON. This pulls the drain of MOSFET 334 HIGH, and inhibits N-drive 27. Following a LOW-to-HIGH $V_{SWB}$ transition, the voltage on the gate of P-MOSFET 16 must rise to a level where MOSFET 334 is conducting less than current source 335 before the drain voltage of MOSFET 334 falls and allows the N-MOSFET 17 to be turned ON. Current $I_{M2}$ is purposely made small so that the gate of MOSFET 334 must rise to within 2 volts of the input voltage $V_{IN}$ before the drive is enabled, ensuring that the P-MOSFET is completely OFF when N-MOSFET 17 turns ON. In a similar manner, MOSFET 332 and current source $I_{M2}$ 333 ensure that the N-MOSFET 17 is completely OFF when the P-MOSFET 16 turns ON. This prevents simultaneous conduction regardless of the driver speeds or MOSFET sizes, ensuring maximum possible efficiency. This feature of the present embodiment is discussed in more detail in commonly-assigned U.S. patent application Ser. No. 07/893, 523, filed Jun. 4, 1992, now U.S. Pat. No. 5,365,118 which is hereby incorporated by reference in its entirety. If desired, the control circuit of the present invention can also include circuitry for accommodating transient switch signals as described in commonly-assigned U.S. patent application Ser. No. 08/035,423, filed Mar. 23, 1993, now U.S. Pat. No. 5,408,150 which is also hereby incorporated by reference in its entirety.

Schottky diode D2 coupled across N-MOSFET 17 shown in FIG. 7 only conducts during the deadtime between the conduction of MOSFETS 16 and 17. Diode D2's purpose is to prevent the body diode of N-MOSFET 17 from turning on and storing charge during the deadtime, which could reduce efficiency (e.g., by approximately 1 percent) in some cases. Diode D2 preferably is selected with a forward voltage of less than about 0.5 volts when conducting the maximum output current.

In accordance with the present invention, the control circuit shown in FIG. 7, when incorporated into a 5-volt synchronous step-down switching regulator, is capable of achieving over 90 percent efficiency (for an input voltage of approximately 10 volts) while the output current varies over two orders of magnitude (e.g., 20 mA to 2 A). Under some operating conditions (e.g., for an input voltage of 6 volts) efficiencies of over 95 percent can be maintained over such current levels. Such a control circuit is particularly useful in notebook and palm-top computers, portable instruments, battery-operated digital devices, cellular telephones, DC power distributions systems and GPS systems.

14

As discussed above with respect to FIG. 1, a disadvantage of prior art control circuit 10 is that at low output currents the current in inductor L1 may reverse polarity if during $t_{OFF}$ the current ramps down too much. This may result in power being pulled from the load to ground, through N-MOSFET 17, with an associated reduction in circuit efficiency. In accordance with a still further feature of the present invention, the control circuit can include a circuit for turning OFF the N-MOSFET to prevent such power from being pulled from the load if the inductor current reverses polarity.

FIG. 8 is a schematic block diagram of an exemplary switching regulator circuit incorporating a circuit of the present invention for preventing reversals in the polarity of the current in the output inductor of the regulator from drawing power from the load.

Switching regulator 400 includes push-pull switch 15, driver circuit 20 and output circuit 30 similar to those of FIG. 1. Circuit 400 also includes an embodiment 470 of the high-efficiency control circuit of the present invention for preventing reversals in the polarity of output inductor L1 current from drawing power from the load.

Control circuit 470 includes one-shot circuit 25, current comparator 39 and transconductance amplifier 38 similar to those of FIG. 1. In addition to those components, control circuit 470 also includes comparator 471 and gate 472 for preventing reversals in inductor current polarity from drawing power from the load at low average current levels. Control circuit 470 works as follows.

When output 25a of one-shot circuit goes HIGH to turn P-MOSFET 16 OFF and N-MOSFET 17 ON, the inductor current $I_L$ begins to ramp down. During low average output currents, this current may ramp down towards zero and, eventually, may go negative. Control circuit 470 works by monitoring the inductor current $I_L$, through current feedback signal $I_{FB2}$, and turns N-MOSFET 17 OFF before such current reversals can occur. This prevents N-MOSFET 17 from drawing power from the load to ground.

Comparator 471 includes an input 471a adapted to monitor inductor current $I_L$ by way of current feedback signal $I_{FB2}$. When current feedback signal $I_{FB2}$ falls below current $I_4$ applied to input 471b of comparator 471, comparator output 471c goes LOW and, therefore, turns N-MOSFET 17 OFF by way of NAND gate 472. The turning OFF of N-MOSFET 17 prevents current reversals in inductor current $I_L$ from drawing power from load 14 to ground through N-MOSFET 17.

After N-MOSFET 17 is turned OFF, it will again be allowed to turn ON as soon as feedback current $I_{FB2}$ exceeds current $I_4$ to cause comparator output 471c to go HIGH. Generally, comparator output 471c will again go HIGH after one-shot circuit 25 turns P-MOSFET 16 ON, which, in turn, causes the inductor current $I_L$ to again ramp up. Such ramping up will allow current feedback signal $I_{FB2}$ to exceed $I_4$ and, therefore, cause comparator output 471c to go HIGH. While comparator 471c is HIGH, one-shot circuit 25 solely controls the turning ON of N-MOSFET 17.

Thus, control circuit 470 includes circuitry for intentionally holding N-MOSFET 17 OFF during periods when current reversals would otherwise allow power to be drawn from the load. This feature of the present invention can increase circuit efficiency at low average output current levels when current reversals are most likely to occur.

It will be apparent to those of ordinary skill in the art that although comparator 471 monitors the inductor current It through feedback current $I_{FB2}$, other means of detecting current reversals in the inductor current $I_L$ could be used as well. For example, comparator 471 could monitor current

US 6,304,066 B1

15

feedback signal $I_{FB1}$ just as well so that only one type of current feedback signal is employed in control circuit 470. Additionally, many others means of generating a feedback signal indicative of current reversal in inductor current $I_L$ could be used as well (see, e.g., resistor $R_{SENSE}$ in FIG. 7).

The high-efficiency control circuit of the present invention was discussed above with respect to FIGS. 1–8 wherein the switching regulator was configured in a voltage step-down configuration. It will be apparent that the control circuit of the present invention could be used in other configurations as well. For example, FIG. 9 shows a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a voltage step-up configuration.

Switching regulator 500 includes synchronously-switched switch 15' wherein the drains of P-channel MOS-FET 16 and N-channel MOSFET 17 are coupled together and to one side of inductor L1. The other side of inductor L1 is coupled to input $V_{IN}$. Control circuit 70 drives driver circuit 20' including inverting P-driver 26' and inverting N-driver 27', which in turn drive P-channel MOSFET 16 and N-channel MOSFET 17, respectively.

Thus, as shown in FIG. 9, the control circuit of the present invention can be used in switching configurations wherein an input voltage $V_{IN}$ is stepped up to a regulated output voltage $V_{OUT}$. As is the case with the step-down configurations shown in FIGS. 2–8, the control circuit of FIG. 9 can be used in other types of step-up configurations as well. For example, one-shot circuit 25 shown in FIG. 9 can include an additional input for monitoring the input voltage $V_{IN}$ to reduce the generation and emission of audible noise from inductor L1 at low input voltages as discussed above with respect to FIGS. 5 and 6. Also, switching regulator 500 can include circuitry to hold P-MOSFET 16 OFF during periods when the polarity of inductor current $I_L$ would otherwise reverse, as discussed above with respect to FIG. 8.

FIG. 10 shows a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a voltage polarity-inverting configuration.

Switching regulator 600 includes switch 15" wherein the drain of P-channel MOSFET 16 is coupled to one side of inductor L1 and to $V_{OUT}$ through diode D601. The other side of inductor L1 is coupled to ground. The source of P-channel MOSFET 16 is coupled to the positive input voltage $V_{IN}$. Control circuit 70' drives driver circuit 20" including P-driver 26 which, in turn, drives P-channel MOSFET 16.

Control circuit 70' operates substantially similar to control circuit 70 discussed above except for the following. Voltage feedback to control circuit 70' is provided by resistors R1 and R2 and amplifier 602. Amplifier 602 inverts the negative polarity voltage at $V_{OUT}$ to provide a positive polarity feedback voltage to control circuit 70'.

Thus, as shown in FIG. 10, the control circuit of the present invention can be used in switching configurations wherein an input voltage $V_{IN}$ is inverted to a regulated output voltage of opposite polarity $V_{OUT}$. As is the case with the step-down configurations shown in FIGS. 2–8, the control circuit of FIG. 10 can be used in other types of polarity-inverting configurations as well. For example, one-shot circuit 25 shown in FIG. 10 can include an additional input for monitoring the input voltage $V_{IN}$ to reduce the generation and emission of audible noise from inductor L1 at low input voltages. Furthermore, one-shot circuit 25 can include an input for monitoring the output voltage $V_{OUT}$ to control the short circuit current if the output is short circuited as discussed above with respect to FIGS. 5 and 6. Also, if

16

regulator 600 was synchronously switched and included an N-MOSFET instead of D601, the regulator could include circuitry to hold such an N-MOSFET OFF during periods when the polarity of inductor current $I_L$ would otherwise reverse, as discussed above with respect to FIG. 8.

It will be apparent to those of ordinary skill in the art that although the present invention has been discussed above with reference to a hysteretic voltage comparator for generating the sleep mode control signal to cause the switching regulator to go into and awake from the sleep-mode, other means for performing the same function are also possible. For example, if desired, the sleep mode control signal could be generated in response to a monitored output current. Furthermore, the switching regulator could be taken out of the sleep mode a predetermined time period after going into such a mode, instead after the output voltage falls below a predetermined threshold voltage, as illustrated above.

It will also be apparent that although the present invention has been discussed above with reference to FIGS. 1–10, wherein the power switches were either a pair of complementary MOSFETS (i.e., one p-channel and one n-channel) or a single p-channel MOSFET (FIG. 3), the present invention is applicable to other types of switches as well. For example, the power switch could include a pair of N-channel MOSFETS, a pair of P-channel MOSFETS, or bipolar junction transistors.

Thus, a control circuit and method for maintaining high efficiency over broad current ranges in a switching regulator circuit has been provided.

One skilled in the art will thus appreciate that the present invention can be practiced by other than the described embodiments, which are presented for purposes of illustration and not of limitation, and the present invention is limited only by the claims which follow.

What is claimed is:

1. A circuit for controlling a switching voltage regulator, the regulator having (1) a switch coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output for supplying current at a regulated voltage to a load which includes an output capacitor, the circuit comprising:

a first circuit for monitoring the output to generate a first feedback signal;

a second circuit for generating a first control signal during a first state of circuit operation, the first control signal being responsive to the first feedback signal to vary the duty cycle of the switching transistors to maintain the output at the regulated voltage; and

a third circuit for generating a second control signal during a second state of circuit operation to cause both switching transistors to be simultaneously OFF for a period of time longer than a switching cycle of the switching transistors, during which period of time the output capacitor maintains the output substantially at the regulated voltage.

2. Circuitry for controlling a switching regulator having an inductive element coupled between a first node and an output of the switching regulator, a first switch coupled between an input of the switching regulator and the first node, and a second switch coupled between the first node and ground, the control circuitry comprising:

a voltage feedback path for monitoring a voltage at the output;

a current feedback path for monitoring a current through the inductor;

a first comparator coupled to the current and voltage feedback paths;

US 6,304,066 B1

17

a second comparator coupled to the voltage feedback path; and

a control circuit operational in first and second states responsive to an output of the second comparator, wherein in the first state the control circuit controls the duty cycle of the first and second switches responsive to the output of the first comparator, and in the second state the control circuit keeps both switches OFF regardless of the output of the first comparator.

3. The circuitry of claim 2 wherein the control circuit provides a first control signal that controls the first and second switches so that one of the switches is OFF when the other switch is ON.

4. The circuitry of claim 3 wherein the control circuit provides a second signal that causes the second switch to be OFF even when the first transistor is OFF.

5. The circuitry of claim 4 wherein the second control signal overrides the first control signal to the second switch.

6. The circuitry of claim 5 further comprising a logic circuit coupled to the first and second control signals and to the second switch.

7. The circuitry of claim 5 wherein the control circuit further comprises:

a capacitor;

a current source turned on or off responsive to the output of the second comparator; and

a current sink coupled to the capacitor, wherein the capacitor is alternately charged by the current source and discharged by the current sink.

8. The circuitry of claim 6 further comprising a third comparator coupled to the capacitor, wherein the third comparator provides the second control signal responsive to a voltage on the capacitor.

9. The circuitry of claim 2 further comprising:

a transconductance amplifier having an input coupled to the voltage feedback path and an output coupled to an input of the first comparator; and

a current sink coupled to the output of the transconductance amplifier.

10. The circuitry of claim 2 wherein the second comparator comprises a hysteretic comparator.

11. A method of regulating a voltage at the output of a switching regulator having first and second switching transistors arranged in a push-pull configuration and an inductor coupled to the first and second switching transistors, the method comprising:

18

monitoring the voltage;

monitoring a current through the inductor; and

controlling the first and second switching transistors so that during a first period of time the first switching transistor is cycled OFF-ON-OFF and the second switching transistor is cycled ON-OFF-ON, and during a second period of time the first and second switching transistors are kept OFF, wherein the second period of time has a duration that is longer than the period of a single OFF-ON-OFF cycle of the first and second switching transistors.

12. The method of claim 11 wherein controlling the first and second switching transistors during the first period of time comprises turning the first switching transistor OFF and the second switching transistor ON when the inductor current reaches a threshold level.

13. The method of claim 12 wherein controlling the first and second switching transistors during the first period of time further comprises turning the first switching transistor ON and the second switching transistor OFF a predetermined interval after the first switching transistor was turned OFF and the second switching transistor was turned ON.

14. The method of claim 11 further comprising determining if the voltage exceeds a first threshold, wherein the first period corresponds to when the voltage is below the first threshold and the second period corresponds to when the voltage is above the first threshold.

15. The method of claim 11 wherein controlling the first and second switching transistors during the first period of time further comprises charging a control capacitor when the first switching transistor is ON and discharging the control capacitor when the first switching transistor if OFF.

16. The method of claim 15 further comprising:

determining if the voltage exceeds a first threshold; and

keeping the first switching transistor OFF when the voltage exceeds the first threshold.

17. The method of claim 16 comprising:

monitoring a voltage on the control capacitor; and

turning the second switching transistor OFF when the voltage on the control capacitor falls below a second threshold.

18. The method of claim 15 further comprising:

monitoring a difference between an input voltage and the output voltage of the switching regulator; and

discharging the control capacitor at a rate determined by the monitored voltage difference.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.      : 6,304,066 B1                                    Page 1 of 2
DATED           : October 16, 2001
INVENTOR(S)     : Wilcox et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

<u>Title page,</u>
Item [56], **References Cited**, change "4,035,810" to -- 4,035,710 --
Above entry that begins "Archer, William R., Current-driven…" insert this new
entry: -- Archer, William R., "Current Drives Synchronous Rectifier," EDN, p.279,
11/28/85 --
Change "Power Mosfets" to -- POWER MOSFETS, --
Change "Mosfet" to -- MOSFET --
Change "MOS Gate" to -- MOS-Gate --
Change "Cell Proliferation," to -- *Cell Proliferation,* --
After "DC-DC Converters," insert -- 1990 Linear Applications Handbook, pp. AN 29-1
to AN 29-44, --
Change "Mosfet" to -- MOSFET --
After "Datasheet," insert -- pp. 1-8, --
Before "Datasheet, 1992" insert -- Advance Information --

<u>Column 3,</u>
Line 66, change "FETS16" to -- FETs 16 --

<u>Column 4,</u>
Lines 2, 7 and 18, change "MOSFETS" to -- MOSFETs --

<u>Column 6,</u>
Line 49, change "MOSFETS" to -- MOSFETs --

<u>Column 7,</u>
Lines 5, 26 and 30, change "MOSFETS" to -- MOSFETs --

<u>Column 13,</u>
Lines 9 and 49, change "MOSFETS" to -- MOSFETs --

<u>Column 14,</u>
Line 64, change "It" to -- $I_L$ --

<u>Column 16,</u>
Line 20, change "MOSFETS" to -- MOSFETs --
Line 24, change both occurrences of "MOSFETS" to -- MOSFETs --

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,304,066 B1                                    Page 2 of  2
DATED          : October 16, 2001
INVENTOR(S)  : Wilcox et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 18,
Line 33, change "transistor if OFF." to -- transistor is OFF. --

Signed and Sealed this

Twelfth Day of November, 2002

*Attest:*

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

*Attesting Officer*

## UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,304,066 B1                                    Page 1 of 2
DATED         : October 16, 2001
INVENTOR(S) : Wilcox et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Title page,
Item [56], **References Cited**, change "4,035,810" to -- 4,035,710 --
Above entry that begins "Archer, William R., Current-driven…" insert this new
entry: -- Archer, William R., "Current Drives Synchronous Rectifier," EDN, p.279,
11/28/85 --
Change "Power Mosfets" to -- POWER MOSFETs, --
Change "Mosfet" to -- MOSFET --
Change "MOS Gate" to -- MOS-Gate --
Change "Cell Proliferation," to -- *Cell Proliferation,* --
After "DC-DC Converters," insert -- 1990 Linear Applications Handbook, pp. AN 29-1
to AN 29-44, --
Change "Mosfet" to -- MOSFET --
After "Datasheet," insert -- pp. 1-8, --
Before "Datasheet, 1992" insert -- Advance Information --
Replace "Datasheet, Jan. 1997" with -- Advance Information Datasheet, Mar. 1997 --
Replace "Information Datasheet, Mar. 15, 1993." with -- Information Datasheet, Mar.
15, 1993, pp. 1-8. --
Delete entire entry "Williams, J. and Huffman. B. "Proper instrumentation eases low
power dc/dc converter design," EDN, Nov. 27, 1998."

Column 3,
Line 66, change "FETS16" to -- FETs 16 --

Column 4,
Lines 2, 7 and 18, change "MOSFETS" to -- MOSFETs --

Column 6,
Line 49, change "MOSFETS" to -- MOSFETs --

Column 7,
Lines 5, 26 and 30, change "MOSFETS" to -- MOSFETs --

Column 13,
Lines 9 and 49, change "MOSFETS" to -- MOSFETs --

## UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   : 6,304,066 B1                                    Page 2 of 2
DATED        : October 16, 2001
INVENTOR(S)  : Wilcox et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

<u>Column 14,</u>
Line 64, change "It" to -- $I_L$ --

<u>Column 16,</u>
Line 20, change "MOSFETS" to -- MOSFETs --
Line 24, change both occurrences of "MOSFETS" to -- MOSFETs --

<u>Column 18,</u>
Line 33, change "transistor if OFF." to -- transistor is OFF. --

This certificate supersedes Certificate of Correction issued November 12, 2002

Signed and Sealed this

Eleventh Day of February, 2003

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

# EXHIBIT E

US006580258B2

(12) **United States Patent**           (10) Patent No.:     **US 6,580,258 B2**
    Wilcox et al.                         (45) **Date of Patent:**      **Jun. 17, 2003**

(54) **CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULATOR CIRCUIT**

(75) Inventors: **Milton E. Wilcox**, Saratoga; **Randy G. Flatness**, Los Gatos, both of CA (US)

(73) Assignee: **Linear Technology Corporation**, Milpitas, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/978,120**

(22) Filed: **Oct. 15, 2001**

(65)         **Prior Publication Data**

US 2002/0017897 A1 Feb. 14, 2002

**Related U.S. Application Data**

(60) Continuation of application No. 09/395,895, filed on Sep. 14, 1999, now Pat. No. 6,304,066, which is a continuation of application No. 08/978,167, filed on Nov. 26, 1997, now Pat. No. 5,994,885, which is a division of application No. 08/799,467, filed on Feb. 13, 1997, now Pat. No. 5,731,694, which is a continuation of application No. 08/634,688, filed on Apr. 18, 1996, now abandoned, which is a continuation of application No. 08/476,232, filed on Jun. 7, 1995, now abandoned, which is a division of application No. 08/036,047, filed on Mar. 23, 1993, now Pat. No. 5,481,178.

(51) Int. Cl.⁷ ............................................... **G05F 1/40**
(52) U.S. Cl. ........................................ **323/282; 323/272**
(58) Field of Search ................................. 323/282, 280, 323/281, 283, 284, 286, 272, 266

(56)          **References Cited**

U.S. PATENT DOCUMENTS

3,458,798 A      7/1969  Fang et al.
3,571,697 A      3/1971  Phillips

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

EP      0 428 377 A2    5/1991
JP      60-32565        2/1985
JP      60-156269       8/1985
JP      63-307510       12/1988
JP      3-113986        11/1991
JP      4-42771         2/1992
JP      4-49844         2/1992
JP      4-101286        9/1992
JP      4-128086        11/1992

OTHER PUBLICATIONS

Written Interlocutory Decision from the Opposition Division dated Dec. 23, 2002, Application No. 94 104 509.8.

Linear Technology, "LTC1148/LTC1148–3.3/LTC1148–5 High Efficiency Synchronous Stepdown Switching Regulator," Preliminary Datasheet, Nov. 1992.

Archer, William R., "Current Drives Synchronous Rectifier," EDN, p. 279, Nov. 28, 1985.

Archer, William R., "Current–Driven Synchronous Rectifier," Motorola TMOS Power FET Design Ideas, BR316, pp. 9–10, 1985.

(List continued on next page.)

*Primary Examiner*—Rajnikant B. Patel
(74) *Attorney, Agent, or Firm*—Fish & Neave; Mark D. Rowland

(57)          **ABSTRACT**

A circuit and method for controlling a switching voltage regulator having (1) a switch including one or more switching transistors and (2) an output adapted to supply current at a regulated voltage to a load including an output capacitor. The circuit and method generates a control signal to turn said one or more switching transistors OFF under operating conditions when the voltage at the output is capable of being maintained substantially at the regulated voltage by the charge on the output capacitor. Such a circuit and method increases the efficiency of the regulator circuit particularly at low average current levels.

**35 Claims, 10 Drawing Sheets**



**US 6,580,258 B2**
Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,579,091 A | 5/1971 | Clarke et al. |
| 3,581,186 A | 5/1971 | Weinberger |
| 3,582,758 A | 6/1971 | Gunn |
| 3,585,491 A | 6/1971 | Peterson |
| 3,733,540 A | 5/1973 | Hawkins |
| 3,772,588 A | 11/1973 | Kelly et al. |
| 3,784,893 A | 1/1974 | Rando |
| 3,863,128 A | 1/1975 | Wilwerding |
| 3,879,647 A | 4/1975 | Hamilton et al. |
| 3,978,393 A * | 8/1976 | Wisner et al. ............. 323/272 |
| 3,992,638 A | 11/1976 | Sauvanet |
| 4,013,939 A | 3/1977 | Biess et al. |
| 4,035,710 A | 7/1977 | Joyce |
| 4,071,884 A | 1/1978 | Maigret |
| 4,160,288 A | 7/1979 | Stuart et al. |
| 4,326,245 A | 4/1982 | Saleh |
| 4,395,671 A | 7/1983 | Toumani |
| 4,428,015 A | 1/1984 | Nesler |
| 4,462,069 A | 7/1984 | Becky |
| 4,479,174 A | 10/1984 | Cates |
| 4,493,017 A | 1/1985 | Kammiller et al. |
| 4,519,024 A | 5/1985 | Federico et al. |
| 4,541,041 A | 9/1985 | Park et al. |
| 4,554,499 A | 11/1985 | Sherman et al. |
| 4,578,630 A | 3/1986 | Grosch |
| 4,610,521 A | 9/1986 | Inoue |
| 4,634,956 A | 1/1987 | Davis et al. |
| 4,672,303 A | 6/1987 | Newton |
| 4,672,518 A | 6/1987 | Murdock |
| 4,674,020 A | 6/1987 | Hill |
| 4,683,529 A | 7/1987 | Bucher, II |
| 4,706,177 A | 11/1987 | Josephson |
| 4,709,315 A | 11/1987 | Ramos |
| 4,712,169 A | 12/1987 | Albach |
| 4,716,514 A | 12/1987 | Patel |
| 4,727,308 A | 2/1988 | Huljak et al. |
| 4,754,385 A | 6/1988 | McDade et al. |
| 4,801,859 A | 1/1989 | Dishner |
| 4,813,066 A | 3/1989 | Holtz et al. |
| 4,814,684 A | 3/1989 | McCurdy |
| 4,819,122 A | 4/1989 | Gontowski, Jr. |
| 4,823,070 A | 4/1989 | Nelson |
| 4,843,532 A | 6/1989 | Freedman |
| 4,866,587 A | 9/1989 | Wadlington |
| 4,870,555 A | 9/1989 | White |
| 4,884,183 A | 11/1989 | Sable |
| 4,902,957 A | 2/1990 | Cassani et al. |
| 4,922,404 A | 5/1990 | Ludwig et al. |
| 4,928,200 A | 5/1990 | Redl et al. |
| 4,929,882 A | 5/1990 | Szepesi |
| 4,931,716 A | 6/1990 | Jovanovic et al. |
| 4,996,638 A | 2/1991 | Orr |
| 5,028,861 A | 7/1991 | Pace et al. |
| 5,034,871 A | 7/1991 | Okamoto et al. |
| 5,066,900 A | 11/1991 | Bassett |
| 5,068,575 A | 11/1991 | Dunsmore et al. |
| 5,081,411 A | 1/1992 | Walker |
| 5,097,196 A | 3/1992 | Schoneman |
| 5,128,603 A | 7/1992 | Wölfel |
| 5,134,355 A | 7/1992 | Hastings |
| 5,138,249 A | 8/1992 | Capel |
| 5,144,547 A | 9/1992 | Masamoto |
| 5,170,333 A | 12/1992 | Niwayama |
| 5,177,676 A | 1/1993 | Inam et al. |
| 5,179,511 A | 1/1993 | Troyk et al. |
| 5,184,129 A | 2/1993 | Fung et al. |
| 5,193,211 A | 3/1993 | Nobusawa |
| 5,237,606 A | 8/1993 | Ziermann |
| 5,309,078 A | 5/1994 | Cameron |
| 5,396,412 A | 3/1995 | Barlage |
| 5,408,162 A | 4/1995 | Williams |
| 5,481,178 A | 1/1996 | Wilcox et al. |
| 5,548,189 A | 8/1996 | Williams |
| 6,307,360 B1 * | 10/2001 | Kajiwara et al. ........... 323/282 |
| 6,333,623 B1 * | 12/2001 | Heisley et al. ............. 323/280 |

### OTHER PUBLICATIONS

Blanchard, Richard, et al., "MOSFETs, Schottky Diodes Vie for Low–Voltage–Supply Designs," EDN, p. 197, Jun. 28, 1984.

Borghi et al., "Discontinuous Conduction Mode Power Switching Regulator IC," PCI Oct. 1988 Proceedings, pp. 31–41, Oct. 1988.

Brown, Marty, "Practical Switching Power Supply Design," pp. 20–34, Academic Press, Inc., 1990. No Date.

Business Wire, "Micro Linear announces first single–chip power controller for notebook computers," Apr. 16, 1992.

Cassani, John C. et al., "Sophisticated Control IC Enhances 1MHz Current Controlled Regulator Performance," Proceedings of HFPC, May 1992, pp. 167–173.

Chetty, P.R., "DC timers control dc–dc converters" Electronics, pp. 121 & 123, Nov. 13, 1975.

Chryssis, George, "High–frequency switching power supplies," pp. 144–152 and 180–181, McGraw–Hill, 1989. No Date.

Dell Computer Corporation, "Dell Computer Corporation Introduces Advanced Notebook PC," (alleged to contain UC1895, see Unitrode Advance Information Datasheet Oct. 5, 1992)., Sep. 1991.

Dinsmore, D., "Dual regulator handles two input voltages," EDN, Jan. 21, 1993.

Fisher, R. A. et al., "Performance of Low Loss Synchronous Rectifiers in a Series–Parallel Resonant DC–DC Converter," Proceedings of the Fourth Annual IEEE Applied Power Electronics Conference and Exposition, pp. 240–246, Mar. 1989.

Gauen, Kim, "Synchronous Rectifier Improves Step–Down Converter Efficiency," PCIM, pp. 8, 11–12 & 14–15, Apr. 1993.

Gontowski et al., "Advanced New Integrated Circuits For Current–Mode Control," Proceedings of the Power Electronics Show and Conference, pp. 341–352, Oct. 1986.

Goodenough, Frank, "Synchronous Rectifier UPS PC Battery Life," Electronic Design, pp. 47–53, Apr. 16, 1992.

Goodenough, Frank, "Low–Voltage Analog ICs Wait in the Wings," Electronic Design, Sep. 3, 1992.

Goodenough, F., "Dozing IC Op Amps Wake Up For Input Signal," Electronic Design, Dec. 5, 1991.

Goodenough, F., "Raise Switcher Efficiency Above 90%", Electronic Design, Jan. 21, 1993.

Gracie, Paul D., "Intermittent Converter Saves Power," EDN, p. 151, Sep. 1, 1989.

Grant, Duncan A. et al., "POWER MOSFETS, Theory and Application," pp. 239–256, Wiley–Interscience, 1989 No Date.

Harris Semiconductor, "HIP 5060 Power Control IC Single Chip Power Supply", Datasheet, Apr. 1994.

Harris Semiconductor, Hodgins et al., "HIP 5060 Family of Current Mode Control ICs Enhance 1 MHZ Regulator Performance,"Application Note AN9212.1, pp. 11–191 to 11–197, 1992.

Harris Semiconductor, "HIP 5060 Power Control IC Single Chip Power Supply", Datasheet, May, 1992.

Harris Semiconductor, "HIP 5060 Power Control IC Single Chip Power Supply", Preliminary Datasheet, Jan. 1992.

US 6,580,258 B2

Page 3

Hewett, S., "Improved Switched Mode Power Supply Regulation by Eliminating Turn–off Spikes," IBM Technical Disclosure Bulletin, vol. 31, No. 4, pp. 97–98, Sep. 1988.

Hnatek, Eugene R., "Design of Solid State Power Supplies," Third Edition, pp. 65–70, Van Nostrand Reinhold, 1989 No Date.

Horowitz & Hill, "The Art of Electronics," pp. 356–359, Cambridge University Press, 1989. No Date.

Huffman, B., "Efficiency and Power Characteristics of Switching Regulator Circuits," Application Note 46, Linear Technology, Nov. 1991.

Ikeda, S. et al., "Power MOSFET for Switching Regulator," International Telecommunications Energy Conference, Oct. 1992.

International Rectifier, Clemente et al., "HV Floating MOS–Gate Driver IC," Application Note AN–978A, 1990 No Date.

International Rectifier, "IR Application Note AN–978, HV Floating MOS–Gate Driver ICs, A Typical Block Diagram," Application Note from web page, Date Unknown No Date.

International Rectifier, "IR Application Note AN–978, HV Floating MOS Gate Driver ICs, Full Bridge With Current Mode Control," Application Note from web page, Date Unknown.

Kassakian, J. et al., "Principles of Power Electronics," pp. 103–165, Addison–Wesley Publishing Company, 1991 No Date.

Kerridge, Brian, "Battery power breeds efficient regulators," EDN, pp. 103–108, Mar. 18, 1993.

Lee, Y. S. and Cheng, Y. C., "A 580 kHz switching regulator using on–off control," Journal of the Institution of Electronic and Radio Engineers, vol. 57, No. 5, pp. 221–226, Sep. 1987.

Lee, et al., "Design of Switching Regulator with Combined FM and On–Off Control," IEEE Transactions on Aerospace and Electronic Systems, vol. AES–22, No. 6, pp. 725–731, Nov. 1986.

Linear Technology, Williams, J., Application Note 35, "Step Down Switching Regulators," 1990 Linear Applications Handbook, pp. AN35–1 to AN35–32, Aug. 1989.

Linear Technology, Williams, J., Application Note 29, "Some Thoughts on DC–DC Converters," 1990 Linear Applications Handbook, pp. AN29–1 to AN29–44, Oct. 1988.

Linear Technology, "LT1846/1847, LT3846/3847 Current Mode PWM Controller," Datasheet, 1990 No Date.

Linear Technology, Williams, J., App. Note 25, "Switching Regulators for Poets," Sep. 1987.

Linear Technology, Nelson, C., App. Note 19, "LT–1070 Design Manual," Jun. 1986.

Linear Technology, "LT1271/LT1269 4A High Efficiency Switching Regulators," Data Sheet, 1992 No Date.

Linear Technology, "LT1170/LT1171/LT1172 100kHz 5A, 2.5A, 1.25A High Efficiency Switching Regulators," Data Sheet, 1991. No Date.

Linear Technology, "LT1432 5V High Efficiency Step––Down Switching Regulator Controller," 1992 Linear Databook Supplement, pp. 4–145 to 4–171 No Date.

Linear Technology, "New Device Cameos," Linear Technology Magazine, 10:18–19 1992.

Linear Technology, Pietkiewicz et al., "DC–DC Converters for Portable Computers," Design Note 52, 1991 No Date.

Linear Technology, "LT1524/LT3524 Regulating Pulse Width Modulator," 1990 No Date.

Linear Technology, Wilcox, M., "LT1158 Half Bridge N–Channel Power MOSFET Driver," Datasheet, 1992 No Date.

Linear Technology, "LT1074 Switching Regulator," Preliminary Datasheet, Jun. 1989.

Linear Technology, "LT1072 1.25A High Efficiency Switching Regulator," Datasheet, 1990 No Date.

Markus, John, "Guidebook of Electronic Circuits," pp. 647 & 649, 1971 No Date.

Maxim Integrated Products, Inc., "MAX635/636/637 Preset/Adjustable Output CMOS Inverting Switching Regulators,"Datasheet, Date Unknown.

Maxim Integrated Products, Inc., "MAX746 High–Efficiency, PWM, Step–Down, N–Channel DC–DC Controller," Datasheet, Nov. 1993.

Maxim Integrated Products, Inc., "MAX477 High–Efficiency PWM, Step–Down P–Channel DC–DC Controller," Datasheet, Sep. 1993.

Maxim Integrated Products, Inc., "MAX777L/MAX778L/ MAX779L Low–Voltage Input, 3V/3.3V/5V/ Adjustable Output, Step–Up DC–DC Converters," Datasheet, Jul. 1996.

Maxim Integrated Products, Inc., "MAX782/MAX786 Notebook Computer Power Supplies," Advance Information Data Sheet, Feb. 1993, pp. 1–8.

Maxim Integrated Products, Inc., "MAX783 Triple–Output Power–Supply Controller for Notebook Computers," Datasheet, May 1994.

Meakin, Mike, "The LM3578 Switching Power Regulator," Electronic Engineering, pp. 47–52, Jul. 1986.

Micro Linear Corporation, "ML4862 Battery Power Control IC," Advance Information Datasheet, Jul. 1992.

Micro Linear Corporation, "ML4873 Battery Power Control IC," Advance Information Data Sheet, Mar. 15, 1993, pp. 1–8.

Micro Linear Corporation, "ML4862 Battery Power Control IC," Datasheet, Mar. 1997.

Micro Linear Corporation, "ML4873 Battery Power Control IC" Datasheet, Jan. 1997 (preliminary version Mar. 1993 – cited above).

Micro Linear Corporation, "ML4862 EVAL User's Guide," Jun. 1992.

Micro Linear Corporation,"ML 4822 DC/DC Converter Controller for Portable Computers," Datasheet, Aug. 1991.

Myers, R. and Peckl, R., "200–kHz Power FET Technology in New Modular Power Supplies," Hewlett–Packard Journal, Aug. 1981.

NASA Jet Propulsion Laboratory, "Synchronous Half–Wave Rectifier," Jul. 1989.

National Semiconductor Corporation, "LM1578/LM2578/ LM3578 Switching Regulator," Preliminary Datasheet, 1987 No Date.

Patel, R., "Bipolar synchronous rectifiers cut supply losses," EDN, Apr. 4, 1985.

Patel, Raoji, "Using Bipolar Synchronous Rectifiers Improves Power Supply Efficiency," Proceedings of the Power Sources Conference, Nov. 1984.

Quinnell, Richard A., "Analog IC Combines Five Functions for Battery Power Management," EDN, Apr. 23, 1992.

Redl et al., "Frequency Stabilization and Synchronization of Free–Running Current–Mode Controlled Converters," PESC '86 Record, pp. 519–530, 1986 No Date.

**US 6,580,258 B2**

Page 4

Redl, et al., "Overload–Protection Methods For Switching–Mode DC/DC Converters: Classification, Analysis, and Improvements," PESC '87 Record, pp. 107–118, 1987 No Date.

Rippel, W.E., "Synchronous Half–Wave Rectifier," NASA Jet Propulsion Laboratory Technical Support Package vol. 13, No. 7, Item #15, Jul. 1989.

Sakai, E. and Harada, K., "A New Synchronous Rectifier Using Bipolar Transistor Driven by Current Transformer," Fourteenth International Telecommunications Energy Conference, pp. 424–429, Oct. 1992.

Sakai, E. and Harada, K., "Synchronous Rectifier Using a Bipolar Transistor Driven by Current Transformer," Journal of the Society of Electronic Data Communication, vol. J–74–B–I, No. 8, pp. 639–646, Aug. 1991 (in Japanese, with translation).

Savant, C.J., Jr., et al., "Electronic Design: Circuits and Systems," pp. 612–613, The Benjamin/Cummings Publishing Co., 1991.

Shepard, J., "Powering portable systems," EDN Nov. 5, 1992.

Siliconix, "Si91XX Synchronous Buck Controller," Objective Specification, Dec. 20. 1990.

Siliconix, "Siliconix Si9110/Si9111, "Datasheet, Oct. 1987.

Siliconix, "Si9150CY/BCY Synchronous Buck Converter Controller," Preliminary Data Sheet, Oct. 8, 1992.

Siliconix, "Synchronous Rectification," Design Ideas, Oct. 1980.

Siliconix, "Si9150 Synchronous Buck Regulator Controller, S–42677, Rev. D," Datasheet, Feb. 14, 1995.

Siliconix, "High–Efficiency Buck Converter for Notebook Computers," Application Note AN92–4, Date Unknown.

Siliconix, "Designing DC/DC Convertors with the Si9110 Switchmode Controller," Siliconix Power Products Data Book, 1991 No Date.

Soclof, Sidney, "Applications of Analog Integrated Circuits," Figure 2.25, pp. 74–75, Prentice–Hall, Inc. 1985 No Date.

Sokal et al., "Control Algorithms and Circuit Designs For Optimally Flyback–Charging and Energy–Storage Capacitor," IEEE Fifth Applied Power Electronics Conference, pp. 295–301, 1990 No Date.

Steigerwald, R., "High–Frequency Resonant Transistor DC–DC Converters," IEEE Transactions on Industrial Electronics, vol. IE–31, No. 2, pp. 181–191, May 1984.

Taylor, "Flyback Converter," Electronic Engineering, p. 23, Jul. 7, 1976.

Uchida, Takahito, "Switching Regulator Controller," Japanese Inventor Associated Disclosed Technology Publication No. 92–2362, published Feb. 15, 1992 (in Japanese, with translation).

Unitrode, "UC1846/7, UC2846/7, UC3846/7 Current Mode PWM Controller," Datasheet, dated Jan. 1997 (date of first publication unknown).

Unitrode, "UC1895, UC2895, UC3895 Synchronous Rectifier Buck PWM Controller," Advance Information Datasheet, Oct. 6, 1992.

Unitrode, "Using Bipolar Synchronous Rectifiers Improves Power Supply Efficiency," Application Note U–103, 1989–1990 Unitrode Semiconductor Databook and Application Notes, pp. 12–88 to 12–94, Jun. 1985.

Wilcox, M., "The LT1158: Low Voltage, N–Channel Bridge Design Made Easy," Linear Technology Magazine, vol. 2, No. 1, Feb. 1992.

Williams, J., "Clever techniques improve thermocouple measurements," EDN, May 26, 1988.

Williams, J., "Design linear circuits that serve digital system needs," EDN, Apr. 27, 1989.

Williams, J., "Astute designs improve efficiencies of linear regulators," EDN, Aug. 17, 1989.

Williams, J., "Galvanically isolated switching supplies provide high power," EDN, Nov. 26, 1987.

Williams, J., "Correcting power–supply problems," EDN, Oct. 10, 1991.

Williams, J., "1.5 to 5V converter supplies 200mA," EDN, Oct. 15, 1992.

Williams, J., "Designing supplies for powering LCD backlighting," EDN, Oct. 29, 1992.

Williams, J., "Bridge forms synchronous rectifier," EDN, Date Unknown.

Williams, J. and Dendinger, S., "Simplify feedback controllers with a 2–quadrant PWM IC," EDN May 26, 1983.

Williams, J. and Huffman, B., "Precise convertor designs enhance system performance," EDN, Oct. 13, 1988.

Williams, J., "Micropower circuits assist low–current signal conditioning," EDN, Aug. 6, 1987.

Williams, J., "Regulator IC speeds design of switching power supplies," EDN, Nov. 12, 1987.

Williams, J. and Huffman, B., "Switched–capacitor networks simplify dc/dc–converter designs," EDN, Nov. 24, 1988.

Williams, J. and Waller, B., "Performance–Enhancement Techniques for Three–Terminal Regulators," New Electronics, Oct. 4, 1983.

Williams, J., "Analog circuits operate from a 1.5V cell," EDN, Sep. 19, 1985.

Williams, J., "Design linear circuits for 5V operation," EDN, May 2, 1985.

Williams, J., "Chopper amplifier improves operation of diverse circuits," EDN, Mar. 7, 1985.

Williams, J., "Use low–power design methods to condition battery outputs," EDN, Oct. 18, 1984.

Williams, J., "Special circuit–design techniques enhance regulator performance," EDN, Sep. 1, 1983.

Williams, J., "Conversion techniques adapt voltages to your needs," EDN, Nov. 10, 1982.

Williams, J., "Design dc–dc converters to catch noise at the source," Electronic Design, Oct. 15, 1981.

Williams, J., "Employ pulse–width modulators in a wide range of controllers," EDN, Sep. 2, 1981.

Williams, J., "Signal conditioning circuits use $\mu$power design techniques," EDN, Aug. 10, 1987.

Williams, J., "Basic Principles and Ingenious Circuits Yield Stout Switchers," EDN, Jan. 18, 1990.

Williams, J. and Huffman, B., "Proper instrumentation eases low–power dc/dc converter design," EDN, Oct. 27, 1988.

Williams, J., "Switching regulator takes on more power," Electronic Product Design, Jan. 1986.

Williams, J. and Huffman, B., "Design dc/dc converters for power conservation and efficiency," EDN, Nov. 10, 1988.

Williams, J., "Design techniques extend V/F–converter performance," EDN, May 16, 1985.

Williams, J., "Refine V/F–converter operation with novel design techniques," EDN, May 30, 1985.

Williams, J., "Considerations for Five Volt Linear Circuits," Professional Program Session Record 20, Circuits for Analog Signal Processing and Data Conversion is Single +5V Supply Systems, Wescon/85, Nov. 1985.

US 6,580,258 B2
Page 5

Gottleib, I. M., Electronic Power Control, TAB Books, pp. 107–111, 1991 No. Date.

Casey, L.F., "Circuit Design For 1–10 MHZ DC–DC Conversion," Massachusetts Institute of Technology ScD. Thesis, Fig. 3–15, pp. 73–80, 1989 No Date.

Gottleib, I. M., "Practical Power–Control Techniques," Howard W. Sams & Co., pp. 116–120, 1987 No Date.

Graf, Rudolf F., "Modern Dictionary of Electronics," 6th Edition, pp. 402–03, 1984 No Date.

Linear Technology, LT1073 Micropower DC–DC Converter Adjustable and Fixed 5V, 12V, Datasheet, 1991 No Date.

Linear Technology, Pietkiewicz, S., "A Low–Voltage, Micro–Power 1 Amp Switching Regulator," presented at the International Solid State Circuits Conference, 1990 No Date.

Linear Technology, Nelson., C., "The LT1432:5 Volt Regulator Achieves 90% Efficiency," Linear Technology Magazine, vol. 2, No. 1, pp. 18–19, Feb. 1992.

Maxim Integrated Products, Inc., MAX782, Addendum to Advance Information Sheet and EV Kit Document, bearing Bates numbers L07760–007785, contains dates in Feb. 1993 and Mar. 1993 (MAX782 Advance Information Data Sheet cited above).

Maxim Integrated Products, Inc., "MAX635/36/37 Fixed Output CMOS Inverting Switching Regulators," Maxim 1989 Integrated Circuits Data Book, pp. 6–49 to 6–46, 1989 No Date.

Maxim Integrated Products, Inc., "MAX638 Fixed +5V CMOS Step–Down Switching Regulator," Maxim 1989 Integrated Circuits Data Book, pp. 6–57 to 6–64, 1989 No Date.

Maxim Integrated Products, Inc., "MAX639 High–Efficiency, +5V Adjustable Step–Down Switching Regulator," Datasheet, Dec. 1991.

Micro Linear Corporation, "ML4860 Battery to DC Power Control IC for Portable Systems," Advanced Information, Feb. 1992.

Micro Linear Corporation, "ML4861 Low Voltage Boost Regulator," Preliminary Datasheet, Jul. 1992 No Date.

Siliconix, "Si9150 Synchronous Buck Converter Controller," Objective Specification, handwritten pp. 7–17, Sep. 10, 1991.

Siliconix, Si9150 documents bearing Bates numbers U040269–71, 9104 No Date.

Unitrode's First Amended Answer to Amended Complaint for Patent Infringement No Date.

Linear Technology Corporation's Reply and Counterclaims to Unitrode's First Amended Answer to LTC's Amended Complaint No Date.

Order dated Sep. 21, 2001, Linear Technology Corporation v. Impala Linear Corporation, No. C–98–1727 VRW (N.D. Cal.).

Claim Construction Order dated Jun. 9, 1999, Linear Technology Corporation v. Impala Linear Corporation, No. C 98–1727 EMS (N.D. Cal.).

Preliminary Opinion from the Opposition Division dated Jul. 16, 2002, Application No. 94 104 509.8.

* cited by examiner



FIG. 1

PRIOR ART



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10

US 6,580,258 B2

1

# CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULATOR CIRCUIT

The present application is a continuation of application Ser. No. 09/395,895, filed Sep. 14, 1999, now U.S. Pat. No. 6,304,066, which is a continuation of application Ser. No. 08/978,167, filed Nov. 26, 1997, now U.S. Pat. No. 5,994, 885, which is a division of application Ser. No. 08/799,467, filed Feb. 13, 1997, now U.S. Pat. No. 5,731,694, which is a continuation of application Ser. No. 08/634,688, filed Apr. 18, 1996 now abandoned, which is a continuation of application Ser. No. 08/476,232, filed Jun. 07, 1995 now abandoned, which is a division of application Ser. No. 08/036,047, filed Mar. 23, 1993, now U.S. Pat. No. 5,481, 178.

## BACKGROUND OF THE INVENTION

The present invention relates to a switching regulator circuit. More particularly, the present invention relates to a control circuit and method for maintaining high efficiency over broad current ranges in a switching regulator circuit.

The purpose of a voltage regulator is to provide a predetermined and constant output voltage to a load from a poorly-specified and fluctuating input voltage source. Generally, there are two different types of regulators: series regulators and switching regulators.

The series regulator employs a pass element (e.g., a power transistor) coupled in series with a load and controls the voltage drop across the pass element in order to regulate the voltage which appears at the load. In contrast, the switching regulator employs a switch (e.g., a power transistor) coupled either in series or parallel with the load. The regulator controls the turning ON and turning OFF of the switch in order to regulate the flow of power to the load. The switching regulator employs inductive energy storage elements to convert the switched current pulses into a steady load current. Thus, power in a switching regulator is transmitted across the switch in discrete current pulses, whereas in a series regulator, power is transmitted across the pass element as a steady current flow.

In order to generate a stream of current pulses, switching regulators typically include control circuitry to turn the switch on and off. The switch duty cycle, which controls the flow of power to the load, can be varied by a variety of methods. For example, the duty cycle can be varied by either (1) fixing the pulse stream frequency and varying the ON or OFF time of each pulse, or (2) fixing the ON or OFF time of each pulse and varying the pulse stream frequency.

Which ever method is used to control the duty cycle, switching regulators are generally more efficient than series regulators. In series regulators, the pass element is always operated in its linear region where the pass element conducts current continuously. This results in the continuous dissipation of power in the pass transistor. In contrast, in switching regulators, the switch is either OFF, where no power is dissipated by the switch, or ON in a low impedance state, where a small amount of power is dissipated by the switch. This difference in operation generally results in reduced amounts of average power dissipation in switching regulators.

The above difference in efficiency can be more apparent when there is a high input-output voltage difference across the regulator. For example, it would not be unusual for a series regulator to have an efficiency of less than 25 percent

2

when a switching regulator could perform an equivalent function with an efficiency of greater than 75 percent.

Because of their improved efficiency over series regulators, switching regulators are typically employed in battery-operated systems such as portable and laptop computers and hand-held instruments. In such systems, when the switching regulator is supplying close to the rated output current (e.g., when a disk or hard drive is ON in a portable or laptop computer), the efficiency of the overall circuit can be high. However, the efficiency is generally a function of output current and typically decreases at low output current. This reduction in efficiency is generally attributable to the losses associated with operating the switching regulator. These losses include, among others, quiescent current losses in the control circuitry of the regulator, switch losses, switch driver current losses and inductor/transformer winding and core losses.

The reduction in efficiency of a switching regulator at low output current can become important in battery-operated systems where maximizing battery lifetime is desirable.

In view of the foregoing, it would be desirable to provide a high efficiency switching regulator.

It would also be desireable to provide a control circuit and method for maintaining high efficiency over broad current ranges, including low output currents, in a switching regulator circuit.

## SUMMARY OF THE INVENTION

It is therefore an object of the present invention to provide a high efficiency switching regulator.

It is also an object of the present invention to provide a control circuit and method for maintaining high efficiency over broad current ranges, including low output currents, in a switching regulator circuit.

In accordance with these and other objects of the invention, there is provided a circuit and method for controlling a switching voltage regulator having (1) a switch including one or more switching transistors and (2) an output adapted to supply current at a regulated voltage to a load including an output capacitor. The circuit and method generates a control signal to turn the one or more switching transistors OFF under operating conditions when the voltage at the output is capable of being maintained substantially at the regulated voltage by the charge on the output capacitor (e.g., during low output currents). During such periods of time, the load does not consume power from the input power source. Therefore, the regulator efficiency is increased. If desired, other components in the switching regulator, in addition switching transistors, can also be intentionally held OFF to conserve additional power. This additional feature of the present invention can further increase the efficiency of the overall regulator circuit.

The circuit and method of the present invention can be used to control various types of switches in switching regulator circuits, including switches that use either one or more power transistors. Additionally, the circuit and method can be used to control switches in various types of switching regulator configurations, including voltage step-down, voltage step-up and polarity-inversing configurations.

Additionally, the circuit and method of the present invention can vary the OFF time of the switching transistor in response to the input and output voltages of the switching regulator. This feature of the present invention reduces the emission of audible noise from the switching regulator during low input voltage conditions. It also reduces the

US 6,580,258 B2

**3**

potential for current runaway during short circuits in the output voltage for some regulator configurations.

BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects and advantages of the present invention will be apparent upon consideration of the following detailed description, taken in conjunction with the accompanying drawings, in which like reference characters refer to like parts throughout, and in which:

FIG. 1 is a schematic block diagram of a typical prior art switching regulator circuit employing a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 2 is a schematic block diagram of a switching regulator circuit incorporating a first embodiment of the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 3 is a schematic block diagram of a switching regulator circuit incorporating a second embodiment of the high-efficiency control circuit of the present invention to drive a switch including a switching MOSFET and a switching diode in a step-down configuration;

FIG. 4 is a schematic block diagram of a switching regulator circuit incorporating a "user-activated" embodiment of the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 5 is a schematic block diagram of a switching regulator circuit incorporating the variable OFF-time control circuit of the present invention;

FIG. 6 is a detailed schematic diagram of an embodiment of the variable OFF-time control circuit of FIG. 5;

FIG. 7 is a detailed schematic block diagram of an exemplary switching regulator circuit incorporating both the variable OFF-time feature and the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 8 is a schematic block diagram of a switching regulator circuit incorporating a circuit of the present invention for preventing reversals in the polarity of the current in the output inductor of the regulator from drawing power from the load;

FIG. 9 is a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a step-up configuration; and

FIG. 10 is a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a polarity-reversing configuration.

DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 is a schematic block diagram of a typical prior art switching regulator circuit employing a push-pull switch in a step-down configuration.

Referring to FIG. 1, circuit 10 is used to provide a regulated DC output voltage $V_{OUT}$ at terminal 12 (e.g., 5 volts) for driving load 14 which, for example, may be a portable or laptop computer or other battery-operated system. Circuit 10 operates from an unregulated supply voltage

**4**

$V_{IN}$ coupled to terminal 14 (e.g., a 12 volt battery). Circuit 10 includes push-pull switch 15, driver circuit 20, output circuit 30 and control circuit 35.

Driver circuit 20 is used to drive push-pull switch 15 which includes two synchronously-switched power MOSFETS 16 (p-channel) and 17 (n-channel) stacked in series between supply rail $V_{IN}$ and ground. Push-pull switch 15 in conjunction with driver circuit 20 is typically referred to as a "half-bridge" configuration. MOSFETS 16 and 17 are used to alternately supply current to output circuit 30 which includes inductor 32 (L1) and output capacitor 34 ($C_{OUT}$). Output circuit 30 smooths the alternating supply of current so that load 12 is provided a regulated voltage $V_{OUT}$. In order to supply the alternating current, MOSFETS 16 and 17 are respectively driven by P-channel driver 26 and N-channel driver 27, which in turn are both controlled by control circuit 35.

Control circuit 35 includes one-shot circuit 25 which provides an OFF pulse of constant duration (e.g., 2 to 10 microseconds) during which time MOSFET 16 is held OFF and MOSFET 17 is held ON by drivers 26 and 27, respectively. Otherwise, one-shot circuit 25 provides an ON pulse during which time MOSFET 16 is held ON and MOSFET 17 is held OFF. Therefore, one-shot circuit 25 alternately turns MOSFETS 16 and 17 ON and OFF to provide an alternating supply of current to (output circuit 30. The duty cycle of the one-shot circuit 35 is in turn controlled by current amplifier 39.

Control circuit 35 monitors the output voltage $V_{OUT}$ through resistor-divider network $R_1/R_2$ (36A/36B) to provide a feedback voltage $V_{FB}$ proportional to the output voltage $V_{OUT}$. Control circuit 35 also monitors the current $I_L$ through inductor L1 to provide a feedback current $I_{FB}$ proportional to inductor current $I_L$. Circuit 10 operates by controlling inductor current $I_L$ so that the feedback voltage $V_{FB}$ is regulated to be substantially equal to a reference voltage $V_{REF}$ provided by reference circuit 37. With feedback voltage $V_{FB}$ being regulated, the output voltage $V_{OUT}$ is in turn regulated to a higher voltage by the ratio of ($R_1$+to $R_2$) to $R_2$.

Transconductance amplifier 38 is used to compare the feedback voltage $V_{FB}$ to a reference voltage $V_{REF}$. Circuit 10 regulates the output voltage $V_{OUT}$ as follows. During each cycle when switch 15 is "ON", P-MOSFET 16 is turned ON and the current $I_L$ in inductor L1 ramps up at a rate dependent on $V_{IN}$–$V_{OUT}$. When $I_L$ ramps up to a threshold level set by output 38A of transconductance amplifier 38, current comparator 39 trips and triggers the one-shot OFF pulse, initiating the "OFF" cycle of switch 15. During the "OFF" cycle, one-shot circuit 25 holds P-MOSFET 16 OFF and turns N-MOSFET 17 ON. This in turn causes the current $I_L$ in inductor L1 to ramp down at a rate dependent on $V_{OUT}$. Thus, the duty cycle of the periodic turning OFF of switch 15 is controlled so the current $I_L$ produces a regulated output voltage $V_{OUT}$ at terminal 12.

As the output load current increases, the voltage drop across $R_2$ resistor 36B will decrease. This translates into a small error voltage at input 38B of transconductance amplifier 38 that will cause output 38A to increase, thus setting a higher threshold for current comparator 39. Consequently, current $I_L$ in inductor L1 is increased to the level required to support the load current.

Since the OFF time ($t_{OFF}$) of one-shot circuit 25 is constant, switching regulator circuit 10 has a constant ripple current in inductor L1 (for constant output voltage $V_{OUT}$), but has a frequency which varies with $V_{IN}$. The ripple oscillation frequency is given by the equation:

US 6,580,258 B2

5

$$f_{RIP} = (1/t_{OFF})[1 - (V_{OUT}/V_{IN})]$$

One disadvantage of circuit 10 in FIG. 1 is that the ripple oscillation frequency $f_{RIP}$ may decrease to an audible level with low input voltages $V_{IN}$. This could occur, for example, when a battery powering the switching regulator circuit is nearly discharged. Inductor L1 may then generate and emit noise that can be objectionable to a user of the device employing the regulator circuit.

An additional disadvantage of prior art circuit 10 is that the inductor current $I_L$ is not well controlled when the output voltage $V_{OUT}$ is shorted to ground. The basic relationship between inductor current and voltage is given by the equation di/dt=V/L. This means that the rate at which current $I_L$ in inductor L1 decays during the OFF-time depends on the voltage across inductor L1, which is the sum of $V_{OUT}$ and the drain to source voltage, $V_{DS}$, of N-MOSFET 17. During a short, $V_{OUT}$ approaches zero while $V_{DS}$ is also very low, resulting in very little decay of current $I_L$ in inductor L1 during $t_{OFF}$. However, following each OFF cycle, P-MOSFET 16 is turned back ON until current comparator 39 again trips one-shot constant OFF time control circuit 25. Even for the minimum time that P-MOSFET 16 is ON, the current $I_L$ in inductor L1 may increase by more than it can decrease during $t_{OFF}$. This may result in a runaway condition in which the short circuit current may reach destructive levels.

A further disadvantage of prior art circuit 10 results from the constant ripple current in inductor L1. During $t_{OFF}$ current $I_L$ in inductor L1 always ramps down by the same amount regardless of the output current of the regulator. At low output currents this can cause the current in inductor L1 to reverse polarity and, thus, pull power from the load. During the following ON cycle, this current again ramps positive such that the average inductor current equals the load current. Losses associated with this constant ripple current, along with switching losses due to the charging and discharging of switch 15's MOSFET gates, can produce large reductions in efficiency at low output currents. This will be especially the case if the current in inductor L1 reverses and power is pulled from the load to ground through N-MOSFET 17.

A still further disadvantage of prior art circuit 10 concerns the gate drives to P-MOSFET 16 and N-MOSFET 17. Delays are generally incorporated into drivers 26 and 27 to ensure that one power MOSFET turns OFF before the other turns ON. If there is insufficient deadtime between the conduction of the two MOSFETs (due to, for example, device, circuit processing, or temperature variations), current will be passed directly from input supply $V_{IN}$ to ground. This "shoot-through" effect can dramatically reduce efficiency, and in some circumstances, can overheat and destroy the power MOSFETs.

FIG. 2 is a schematic block diagram of a switching regulator circuit incorporating a first embodiment of the high-efficiency control circuit of the present invention for driving a switch including a pair of synchronously-switched MOSFETS in a step-down configuration.

Switching regulator circuit 50 includes push-pull switch 15, driver circuit 20 and output circuit 30 similar to those of FIG. 1. Circuit 50 also includes an embodiment 70 of the high-efficiency control circuit of the present invention.

Control circuit 70 includes one-shot circuit 25, current comparator 39 and amplifier 38 similar to those of FIG. 1. However, in addition to those components, control circuit 70 also includes constant current source $I_1$ 72 and hysteretic comparator 74 for providing high efficiency operation at low average current levels.

6

As will be discussed in greater detail below, constant current source $I_1$ 72 and comparator 74 allow push-pull switch 15 to go into a state of operation where both MOSFETS 16 and 17 are simultaneously OFF under conditions where the output voltage $V_{OUT}$ can be maintained substantially at the regulated voltage $V_{REG}$ by output capacitor $C_{OUT}$. This state of operation is referred to herein as a "sleep mode." The ability of push-pull switch 15 to go into such a sleep mode is in contrast to the regulator circuit of FIG. 1 where one of the two MOSFETs 16 and 17 is substantially ON at all times. This feature of the present invention reduces the regulator circuit power consumption since push-pull switch 15 does not dissipate power or allow power to be pulled from load $R_L$ to ground in sleep mode.

Furthermore, if desired, while push-pull switch 15 is in the above-described sleep mode, the regulator circuit can turn OFF other circuit components which are not needed while the regulator is in sleep mode. For example, for the embodiment of the present invention shown in FIG. 2, one-shot circuit 25, current comparator 39, current source $I_1$ 72 and amplifier 38 can also be turned OFF in sleep mode. This feature of the present invention allows the regulator circuit to operate at even higher efficiencies than otherwise possible if only push-pull switch 15 were maintained in a sleep mode.

At high load current levels (e.g., greater than 20 percent of the maximum rated output current) control circuit 70 operates similar to control circuit 35 of FIG. 1. In FIG. 2, the current feedback $I_{FB}$ is again provided to the non-inverting input of current comparator 39. Offset $V_{OS}$ 76, which preferably is built into amplifier 38, level-shifts feedback voltage $V_{FB}$ slightly below reference voltage $V_{REF}$, thus keeping the output of hysteretic comparator 74 high during high current conditions. When the feedback current $I_{FB}$ exceeds the current supplied to the inverting input of current comparator 39, the output of comparator 39 goes HIGH so as to initiate the switch "OFF" cycle.

During the "OFF" cycle, output 25A of one-shot circuit 25 is HIGH, which turns P-MOSFET 16 OFF and N-MOSFET 17 ON. After a constant time set by one-shot circuit 25, output 25A goes LOW, thus initiating the next "ON" cycle where P-MOSFET 16 ON and N-MOSFET 17 OFF.

In accordance with the present invention, regulator circuit 50 goes into sleep mode at low output current levels as follows. Hysteretic comparator 74 monitors the feedback voltage $V_{FB}$ and goes LOW when $V_{FB}$ exceeds a predetermined voltage value in excess of the reference voltage $V_{REF}$. Such a condition is indicative of the output voltage $V_{OUT}$ exceeding a predetermined voltage value in excess of the regulated voltage $V_{REG}$. This over voltage condition is intentionally induced at low average output currents by providing a constant current source $I_1$ 72 coupled in parallel with amplifier 38. During the over voltage condition both MOSFETS 16 and 17 are maintained OFF by way of AND gate 66 and NAND gate 68.

Constant current source $I_1$ sets a minimum feedback current threshold for current comparator 39. This sets a minimum current required in inductor L1 during each ON cycle to trip comparator 39. In accordance with the present invention, current comparator 39 is intentionally forced to remain ON at current levels that would otherwise cause it to trip. Thus, more current is supplied to inductor L1 than is necessary to maintain the output voltage $V_{OUT}$ at the regulated voltage $V_{REG}$. As a result, $V_{OUT}$ will begin to increase beyond the regulated voltage $V_{REG}$, causing the feedback voltage $V_{FB}$ to trip hysteretic comparator 74 at a predetermined voltage value in excess of $V_{REF}$. When comparator 74

US 6,580,258 B2

7

trips, its output goes LOW to turn both MOSFET 16 and 17 OFF to put the regulator circuit into sleep mode.

In the above-described state of operation (i.e., "sleep mode") where MOSFETS 16 and 17 are both simultaneously OFF, the output load 14 is supported substantially by output capacitor $C_{OUT}$. Hysteretic comparator 74 monitors the feedback voltage $V_{FB}$ and when $V_{OUT}$ falls such that $V_{FB}$ has decreased by the amount of the hysteresis in comparator 74, driver circuit 20 is taken out of sleep mode (where MOSFETS 16 and 17 are both driven OFF) so that a new ON cycle is initiated to supply current to load 14. If the load current remains low, $C_{OUT}$ will recharge to a voltage level in excess of $V_{REG}$ and the feedback voltage $V_{FB}$ will again trip comparator 74 after only a few cycles.

Thus, during light loads, control circuit 70 is adapted to turn both MOSFET 16 and MOSFET 17 OFF when they are not needed to maintain the output voltage substantially at the regulated voltage level if the output capacitor $C_{OUT}$ is capable of doing so. When the output voltage falls below the regulated voltage level in such a mode, control circuit 70 is adapted to briefly turn switch 15 ON to recharge the output capacitor $C_{OUT}$ back to a voltage level in excess of the regulated voltage. Therefore, $V_{OUT}$ will oscillate between upper and lower thresholds separated by the comparator 74 hysteresis voltage multiplied by the ratio of $(R_1+R_2)$ to $R_2$. The rate at which the regulator "wakes up" to recharge output capacitor $C_{OUT}$ will automatically adapt to the load current, maintaining high efficiencies even at low output currents.

In accordance with the present invention, control circuit 70 maintains MOSFETS 16 and 17 OFF over periods of time when the output current is low enough to allow the output capacitor $C_{OUT}$ to maintain the output voltage substantially at the regulated voltage. Typically, such periods of OFF time, wherein both MOSFETS 16 and 17 are maintained OFF even though the switching regulator is providing a regulated voltage, can extend from less than 100 microseconds to over a few seconds (respectively corresponding to a few switch cycles to over one-hundred-thousand switch cycles for a switching frequency of 100 kiloHertz). Such OFF times typically allow high efficiency to be obtained (e.g., over 90%) over an output current range in excess of 100:1. Because other components in addition the switching transistors can also be maintained OFF during such periods, even higher efficiencies can typically be obtained.

Control circuit 70 of switching regulator 50 shown in FIG. 2 is used to drive a synchronously-switched switch including MOSFETs 16 and 17. As used herein, the term "synchronously-switched switch" refers to a switch including two switching transistors that are driven out of phase to supply current at a regulated voltage to a load. FIG. 3 shows a second embodiment of the high-efficiency control circuit of the present invention adapted to drive a switch including a switching transistor and a switching diode in a step-down configuration.

As shown in FIG. 3, switching regulator circuit 100 includes switch 115 including P-MOSFET 116 and diode 118. Switch 115 is driven by driver 120 including P-driver 126. The turning-ON and turning-OFF of switch 115 is controlled by control circuit 125. Because control circuit 125 is used to only drive one MOSFET (in contrast to control circuit 70 of FIG. 2), it only has one output terminal 125A (taken from the output of NAND gate 68).

Control circuit 125 includes current comparator 39, amplifier 38, hysteretic comparator 74 and one-shot circuit 25, similar to those in control circuit 70 of FIG. 2. As discussed above with respect to FIG. 2, at low average

8

output current levels, constant current source $I_1$ 72 is used to intentionally overdrive the current supplied to inductor L1 so as to cause the output voltage $V_{OUT}$ to increase beyond the regulated voltage level $V_{REG}$ where the output can be supported substantially by output capacitor $C_{OUT}$ for extended periods of time. During these extended time periods, P-MOSFET 116 is maintained OFF in a sleep mode so as to increase circuit efficiency.

As discussed above, control circuits 70 and 125 of FIGS. 2 and 3, respectively, provide high-efficiency operation at low average output current levels. Such operation adapts automatically to the output current level. For example, at high output current levels during a first state of operation the switch continually alternates between an ON state and an OFF state to maintain the output voltage $V_{OUT}$ at the regulated voltage level $V_{REG}$. At low output current levels during a second state of operation, where circuit efficiency would otherwise be low, the output voltage $V_{OUT}$ is able to be maintained substantially at the regulated voltage level $V_{REG}$ by output capacitor $C_{OUT}$ without continuously turning the switch ON and OFF. Thus, the control circuit automatically identifies such a condition and allows the regulator circuit to go into a "sleep" mode where a minimal number of circuit components are required to be ON.

In accordance with another feature of the present invention, a regulator circuit can also incorporate a "user activated" embodiment of the control circuit of the present invention where a user input controls whether the regulator circuit is in a "sleep" mode or not. FIG. 4 is a schematic block diagram of a switching regulator circuit incorporating such a "user-activated" embodiment of the high-efficiency control circuit of the present invention for driving a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator circuit 150 in FIG. 4 includes push-pull switch 15, driver 20, output circuit 30 similar to those in circuit 50 of FIG. 2. Control circuit 170 of regulator circuit 150 includes one-shot circuit 25, current comparator 39 and amplifier 38 also similar to those in circuit 50 of FIG. 2. In contrast to FIG. 2, switch 175 (including switches 176 and 178) is used to manually switch regulator circuit 150 into a sleep mode through user input 175A, which may be a control signal from some other type of control circuit (not shown). Upon the closing of switch 175, switches 176 and 178 both close.

Switch 176 is used to turn N-driver 27 OFF in sleep mode by grounding input 66A of AND gate 66 (which normally is held HIGH by resistor 67 coupled to a positive supply). Switch 178 is used to introduce positive feedback, and therefore hysteresis, into amplifier 38 so as to allow control circuit 170 to maintain the output voltage $V_{OUT}$ substantially at the regulated voltage level $V_{REG}$ in sleep mode. (Resistor $R_{HYS}$, coupled between reference circuit 37 and the non-inverting input of transconductance amplifier 38, is used to assist in feeding back the output of amplifier 38 into the non-inverting input of amplifier 38.)

Switch 178 allows amplifier 38 to overdrive the supply of current to inductor L1 (through P-MOSFET 16) so as to intentionally drive the output voltage $V_{OUT}$ to a predetermined level in excess of the regulated voltage level $V_{REG}$. After being driven to such voltage level, the hysteresis in amplifier 38 maintains P-driver 26 OFF until the feedback voltage $V_{FB}$ falls by at least the hysteresis voltage. At that point, output 39A of current amplifier 39 goes HIGH to trigger one-shot circuit 25 so that P-MOSFET 16 is turned ON to re-charge the output capacitor $C_{OUT}$ to the predetermined voltage level in excess of the regulated voltage level $V_{REG}$.

US 6,580,258 B2

9
10

As discussed above, control circuit 170 periodically wakes up during sleep mode to turn P-MOSFET 16 ON to recharge the output capacitor $C_{OUT}$. It will be apparent to those of ordinary skill in art that although N-MOSFET 15 is maintained OFF during such wake-up periods, this does not have to be the case. For example, while control circuit 170 is recharging output capacitor $C_{OUT}$, such recharging could be accomplished by alternately turning the switching transistors OFF so as to vary the duty cycle and thereby recharge the output capacitor $C_{OUT}$.

Thus, regulator circuit 150 operates to increase efficiency at low current levels as in regulator circuit 50 of FIG. 2 if a user manually activates a switch. However, in contrast to regulator circuit 50 of FIG. 2, regulator circuit 150 does not automatically adapt to the output current levels. For example, circuit 150 does not take itself out of sleep mode as the average output current increases—it relies upon user deactivation.

As discussed above, the embodiments of the control circuits of the present invention shown in FIGS. 2–4 include one-shot circuit 25. In accordance with another feature of the present invention, the one-shot circuit could be replaced with other types of circuits that control the duty cycle of the power switch. For example, one-shot circuit 25 could be replaced with a pulse-width modulator circuit that provides a pulse-width modulated signal in response to a control signal. Of course, other types of circuits could be used as well.

In accordance with another feature of the present invention, one-shot circuit 25, which provides a constant OFF-time signal, could be replaced with a one-shot circuit that provides a variable OFF-time control signal dependent upon the output voltage ($V_{OUT}$) and the input voltage ($V_{IN}$). This feature of the present invention can be used to reduce the generation and emission of audible noise from inductor L1 at low input voltages. As discussed above, such noise is associated with oscillation in the inductor current. Furthermore, this feature of the present invention can also be used to control the short circuit current if the output is short circuited.

FIG. 5 is a schematic block diagram of an exemplary switching regulator circuit incorporating the variable OFF-time control circuit of the present invention.

Switching regulator circuit 200 includes push-pull switch 15, driver circuit 20, current feedback circuit 210, voltage feedback circuit 220, feedback control circuit 230 and variable OFF-time circuit 240. Feedback control circuit 230 monitors the output current and output voltage through inputs 232 and 234, respectively, and provides a trigger signal at terminal 236 to initiate the OFF cycle of switch 15. Variable OFF-time circuit 240 is used to control the OFF time as follows.

Circuit 240 includes one-shot generator 245 which is triggered by feedback control circuit 230 through terminal 236. One-shot generator 245 includes an additional terminal 245A coupled to control capacitor ($C_{CON}$) 246 whose voltage is monitored by generator 245. In accordance with the present invention, OFF-time control circuit 250 controls the discharging of capacitor $C_{CON}$, and thus the capacitor voltage, so as to in turn control the OFF time of generator 245. OFF-time control circuit 250 monitors the input and output voltages ($V_{IN}$ and $V_{OUT}$) and, depending upon their values, adjusts the OFF time accordingly.

In accordance with the present invention, if the input voltage $V_{IN}$ decreases so that the inductor L1 oscillation frequency $f_{RIP}$ discussed above falls into an audible range, the OFF time is decreased so that $f_{RIP}$ will accordingly

increase out of an audible range. Also, if the output voltage $V_{OUT}$ decreases due to a short circuit so that the voltage across inductor L1 is too low to allow adequate decay in inductor current during the OFF cycle, the OFF time is increased so as to avoid a current runaway condition.

In the present embodiment the discharging of control capacitor $C_{CON}$ is regulated by controlling the magnitude of control current $I_{CON}$. For example, at low input voltages $I_{CON}$ is increased by OFF-time control circuit 250 so that the voltage on control capacitor $C_{CON}$ rapidly falls. When the control capacitor voltage falls below a predetermined value, the ON cycle of switch 15 is initiated. Additionally, at low output voltages $I_{CON}$ is decreased by OFF-time control circuit 250 so that the voltage on control capacitor $C_{CON}$ slowly decays to lengthen the OFF time.

Although switching regulator circuit 200 shown in FIG. 5 relies upon a particular circuit for discharging a capacitor to control the OFF time, it is apparent that other circuits for performing this same function in response to the input and output voltages can also be used. For example, if desired, an operational amplifier could be used to control the OFF-time.

Thus, a one-shot circuit has been discussed which provides a variable OFF-time control signal that adapts to the input and output voltage levels. This feature of the present invention is used to reduce the generation and emission of audible noise from the regulator circuit at low input voltage levels (i.e., reduce $t_{OFF}$ at low input voltages) and to limit the short circuit current if the output is short circuited (i.e., increase $t_{OFF}$ at low output voltages).

FIG. 6 is a detailed schematic diagram of an exemplary embodiment of the variable OFF-time control circuit of FIG. 5.

OFF-time control circuit 250 accepts as inputs $V_{IN\ and}$ $v_{OUT}$ at terminals 252 and 254, respectively, and provides an output $I_{CON}$ at terminal 256. As discussed above, $I_{CON}$ provides for the controlled discharging of a control capacitor $C_{CON}$ coupled to terminal 256. Control circuit 250 controls the magnitude of $I_{CON}$, and therefore controls the time it takes control capacitor $C_{CON}$ to discharge. Control circuit 250 includes current source 260 (for providing current $I_{CN2}$), current source 270 (for providing current $I_{CN1}$), current compensation circuit 280 and current mirror output circuit 295. Control circuit 250 works as follows.

Current mirror output circuit 295 is a current mirror circuit including transistor 296 and transistor 298 (having its gate 298A connected to its drain 298B). Circuit 295 accepts a controlled reference current $I_{CREF}$ at input 295A and provides a proportional output current $I_{CON}$ related to the aspect ratios of transistor 296 and 298 (as in conventional current mirror circuits). In accordance with the present invention, $I_{CREF}$ will be equal to either $I_{CN1}$ or ($I_{CN1}+I_{CN2}$) depending upon voltages $V_{IN}$ and $V_{OUT}$ on input terminals 252 and 254, respectively.

When $V_{IN}-V_{OUT}$ is greater than 1.5 volts, transistor 262 conducts sufficient current (from transistor 264 and current supply $I_s$) to hold transistor 266 OFF. With transistor 266 OFF, current $I_{CN2}$ will be zero and current $I_{CREF}$ will therefore be equal to current $I_{CN1}$ provided at output terminal 270A of current source 270.

Current $I_{CN1}$ is supplied by a current mirror circuit composed of transistor 272 and transistor 274 (having its gate 274A connected to its drain 274B). In accordance with the present invention, the reference current $I_{CN1REF}$ flowing from transistor 274 will be equal to either $I_{CN1A}$ or ($I_{CN1A}+I_{CN1B}$), depending upon whether transmission gate 282 is open or closed, respectively.

Transmission gate 282 is controlled by comparator 284 and will be OPEN when $V_{OUT}$ is less than $V_{TH3}$. Under

US 6,580,258 B2

11

OPEN conditions, $I_{CN1REF}$ will be equal to $I_{CN1A}$ which goes to the collector of transistor 276. This current is derived by dividing $V_{OUT}$ by the output divider (composed of resistors 271 and 273) to produce voltage $V_{FB1}$ (at the base of transistor 279). Voltage $V_{FB1}$ is then level shifted up by the base-emitter voltage of transistor 279 and then down by the base-emitter voltage of transistor 276 where it appears across emitter resistor 278. The resulting transistor 276 collector current is then proportional to the output voltage $V_{OUT}$ causing control capacitor $C_{CON}$ to be discharged at a rate which is proportional to the discharge rate of the current in inductor L1.

Thus, when the output voltage $V_{OUT}$ is low, such as during a fault or start-up condition, $t_{OFF}$ will be lengthened to allow the additional time required for the current to ramp down in inductor L1.

When the output voltage $V_{OUT}$ is greater than $V_{TH3}$, the output of comparator 284 closes transmission gate 282 to couple an additional compensation current $I_{CN1B}$ to the drain of transistor 274 to provide current compensation through current compensation circuit 280. Compensation current $I^{CN1B}$ is equal to current $I_{TRIM}$ minus the drain current of transistor 286. Transistors 286 and 288 serve to mirror the collector current in transistor 290 (which is derived in a similar manner to the collector current in transistor 276 discussed above, except that voltage $V_{REF}$ is used instead of voltage $V_{FB1}$)

Compensation current $I_{CN1B}$ has two purposes: 1) to serve as a trimming current to set a desired control current $I_{CON}$ when the output voltage $V_{OUT}$ is substantially at its regulated level, and 2) to maintain a substantially constant control current $I_{CON}$ over a wide range of operating temperatures. During typical circuit manufacturing, variations in the resistance of resistor 278 would normally cause control current $I_{CON}$ to be larger or smaller than desired. By trimming $I_{TRIM}$ while in production, compensation current $I_{CN1B}$ can be adjusted to add or subtract from the collector current ($I_{CN1A}$) of transistor 276 as required to provide a predetermined control current $I_{CON}$. Additionally, if resistors 278 and 292 are matched (i.e., designed and fabricated similarly), then control current $I_{CON}$ variations due to the temperature variation of the resistance of resistor 278 will be substantially cancelled by a corresponding change in the resistance of resistor 292.

If the output voltage $V_{OUT}$ is less than voltage $V_{TH3}$, the output of comparator 284 opens transmission gate 282 and thus inhibits current compensation. This ensures that control current $I_{CON}$ will approach zero as the output voltage $V_{OUT}$ approaches zero, thus guaranteeing control of the inductor current $I_L$ during an output short circuit.

When $V_{IN}$ falls to the point that $V_{IN}-V_{OUT}$ is less than 1.5 volts, the current in transistor 262 no longer holds transistor 266 OFF. As $V_{IN}$ decreases further, transistor 266 adds additional current ($I_{CN2}$) into current mirror output circuit 295, thereby increasing control current $I_{CON}$ and, thus, reducing $t_{OFF}$. This in turn stabilizes the operating frequency as $V_{IN}$ decreases, reducing potential audibility problems. Current source $I_7$ determines the maximum current that transistor 266 adds to control current $I_{CON}$.

Thus, when $V_{IN}$ falls so that $V_{IN}-V_{OUT}$ is less than 1.5 volts (e.g., when a battery is nearly discharged), $t_{OFF}$ will be reduced to increase the oscillation frequency of the regulator circuit so that the generation and emission of audible noise is reduced.

Although variable OFF-time control circuit 250 was discussed above with respect to a regulator circuit which includes push-pull switch 15 and driver 20, it will be

12

apparent that the variable OFF-time feature of the present invention could be used in other regulators as well. For example, this feature could also be used in the regulator circuits of FIGS. 3 and 4 and other circuits that employ one-shot generators to provide a regulated voltage.

FIG. 7 is a detailed schematic block diagram of an exemplary switching regulator circuit incorporating both the variable OFF-time feature and the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator 300 includes push-pull switch 15, driver 20, output circuit 30 and control circuit 350. Control circuit 350 includes one-shot generator 245, variable OFF-time control circuit 250 for controlling the OFF cycle time and comparator 74 for providing high-efficiency operation at low average output current levels. Switching regulator 300 works as follows.

When the load current exceeds, for example, approximately 20 percent of the maximum output current, the loop operates in a continuous mode wherein comparator 74 does not override output 245A of one-shot generator 245. With $V_{IN}-V_{OUT}$ greater than 1.5V, operation is substantially similar to that described for FIG. 1. The inductor current is sensed by means of the voltage drop across resistor $R_{SENSE}$, and the threshold for the current comparator 39 is set by the voltage drop across resistor $R_3$. Built-in offset $V_{OS}$ (e.g., about 10 mv) levelshifts feedback voltage $V_{FB}$ slightly below reference voltage $V_{REF}$, thus keeping the output of comparator 74 HIGH in this mode. When the voltage across resistor $R_{SENSE}$ exceeds the threshold across resistor $R_3$, the output of comparator 39 goes HIGH and the RBAR input of RS flip-flop 310 goes LOW, resetting RS flip-flop 310, and thus, initiating the switch OFF cycle.

During the OFF cycle, switch signal $V_{SWB}$ is HIGH, which turns P-MOSFET 16 OFF, N-MOSFET 17 ON and allows $I_{CON}$ to discharge control capacitor $C_{CON}$. The OFF time, $t_{OFF}$, is in turn determined by the time it takes control capacitor $C_{CON}$ to discharge from its initial voltage to $V_{TH1}$, coupled to the non-inverting input of comparator 312. When control capacitor $C_{CON}$ discharges to voltage $V_{TH1}$, the output of comparator 312 goes LOW, thus setting RS flip-flop 310 and initiating the next ON cycle. Voltage $V_{TH1}$ is higher than voltage $V_{TH2}$, thus causing the output of comparator 315 to remain LOW in the continuous mode.

In accordance with present embodiment, the OFF time is controlled by variable OFF-time control circuit 250 described above with respect to FIGS. 5 and 6. Accordingly, circuit 250 includes inputs 252 and 254 coupled to $V_{IN}$ and $V_{OUT}$, respectively, to monitor those voltages.

Current source $I_1$ sets a minimum voltage threshold across resistor $R_3$ for current comparator 39. This sets a minimum current required in inductor L1 during each ON cycle to trip comparator 39. If the resulting average inductor current flowing to the output is greater than the load current, then output voltage $V_{OUT}$ will begin to increase, causing feedback voltage $V_{FB}$ to trip the hysteretic comparator 74. Of course, the inductance of inductor L1 and OFF time $t_{OFF}$ are preferably chosen so that the inductor ripple current is not below zero when such tripping occurs. When comparator 74 trips, its output goes LOW and overrides the Q output of RS flip-flop 310, immediately switching switch signal $V_{SWB}$ high. As discussed above, this automatically initiates the beginning of the "sleep" mode of operation.

In sleep mode, capacitor $C_{CON}$ discharges as before, but does not initiate a new switch ON cycle when comparator 312 trips. As discussed above, this is because until feedback

US 6,580,258 B2

13

voltage $V_{FB}$ has fallen by the amount of hysteresis in comparator 74, the LOW at output 74A forces switch signal $V_{SWB}$ to remain HIGH through NAND gate 316. Accordingly, control capacitor $C_{CON}$ continues to discharge below voltage $V_{TH2}$, causing output 315A of comparator 315 to go HIGH. This in turn causes the N-MOSFET 17 as well as the P-MOSFET 16 to be turned OFF. In addition, unused circuit components such as amplifier 38 and comparators 39 and 312 are also turned OFF when the regulator circuit is in sleep mode. As discussed above, this decreases bias currents substantially during sleep mode, further increasing efficiency at low output current levels.

During the extended off times in sleep mode, much of the regulator and both MOSFETS 16 and 17 are turned off, and the output load is supported substantially by output capacitor $C_{OUT}$. However, when the output voltage $V_{OUT}$ falls such that the feedback voltage $V_{FB}$ has decreased by the amount of hysteresis in comparator 74, all circuit components are again turned on and a new ON cycle is initiated to supply current to the output. If the load current remains low, output capacitor $C_{OUT}$ will recharge, and the feedback voltage $V_{FB}$ will again trip comparator 74 after only a few switch cycles. Thus, during light load conditions, the output voltage $V_{OUT}$ will oscillate between upper and lower thresholds values, as discussed above.

Whenever P-MOSFET 16 is ON, its gate-to-source voltage also appears across MOSFET 334, turning MOSFET 334 ON. This pulls the drain of MOSFET 334 HIGH, and inhibits N-drive 27. Following a LOW-to-HIGH $V_{SWB}$ transition, the voltage on the gate of P-MOSFET 16 must rise to a level where MOSFET 334 is conducting less than current source 335 before the drain voltage of MOSFET 334 falls and allows the N-MOSFET 17 to be turned ON. Current $I^{M1}$ is purposely made small so that the gate of MOSFET 334 must rise to within 2 volts of the input voltage $V_{IN}$ before the drive is enabled, ensuring that the P-MOSFET is completely OFF when N-MOSFET 17 turns ON. In a similar manner, MOSFET 332 and current source $I_{M2}$ 333 ensure that the N-MOSFET 17 is completely OFF when the P-MOSFET 16 turns ON. This prevents simultaneous conduction regardless of the driver speeds or MOSFET sizes, ensuring maximum possible efficiency. This feature of the present embodiment is discussed in more detail in copending commonly-assigned U.S. patent application (LT-20) Ser. No. 07/893,523, filed Jun. 4, 1992, which is hereby incorporated by reference in its entirety. If desired, the control circuit of the present invention can also include circuitry for accommodating transient switch signals as described in copending commonly-assigned U.S. patent application (LT-20CIP) Ser. No. 08/035,423, filed concurrently herewith, which is also hereby incorporated by reference in its entirety.

Schottky diode D2 coupled across N-MOSFET 17 shown in FIG. 7 only conducts during the deadtime between the conduction of MOSFETS 16 and 17. Diode D2's purpose is to prevent the body diode of N-MOSFET 17 from turning on and storing charge during the deadtime, which could reduce efficiency (e.g., by approximately 1 percent) in some cases. Diode D2 preferably is selected with a forward voltage of less than about 0.5 volts when conducting the maximum output current.

In accordance with the present invention, the control circuit shown in FIG.7, when incorporated into a 5-volt synchronous step-down switching regulator, is capable of achieving over 90 percent efficiency (for an input voltage of approximately 10 volts) while the output current varies over two orders of magnitude (e.g., 20 mA to 2 A). Under some operating conditions (e.g., for an input voltage of 6 volts)

14

efficiencies of over 95 percent can be maintained over such current levels. Such a control circuit is particularly useful in notebook and palm-top computers, portable instruments, battery-operated digital devices, cellular telephones, DC power distributions systems and GPS systems.

As discussed above with respect to FIG. 1, a disadvantage of prior art control circuit 10 is that at low output currents the currant in inductor L1 may reverse polarity if during $t_{OFF}$ the current ramps down too much. This may result in power being pulled from the load to ground, through N-MOSFET 17, with an associated reduction in circuit efficiency. In accordance with a still further feature of the present invention, the control circuit can include a circuit for turning OFF the N-MOSFET to prevent such power from being pulled from the load if the inductor current reverses polarity.

FIG. 8 is a schematic block diagram of an exemplary switching regulator circuit incorporating a circuit of the present invention for preventing reversals in the polarity of the current in the output inductor of the regulator from drawing power from the load.

Switching regulator 400 includes push-pull switch 15, driver circuit 20 and driver circuit 30 similar to those of FIG. 1. Circuit 400 also includes an embodiment 470 of the high-efficiency control circuit of the present invention for preventing reversals in the polarity of output inductor L1 current from drawing power from the load.

Control circuit 470 includes one-shot circuit 25, current comparator 39 and transconductance amplifier 38 similar to those of FIG. 1. In addition to those components, control circuit 470 also includes comparator 471 and gate 472 for preventing reversals in inductor current polarity from drawing power from the load at low average current levels. Control circuit 470 works as follows.

When output 25a of one-shot circuit goes HIGH to turn P-MOSFET 16 OFF and N-MOSFET 17 ON, the inductor current $I_L$ begins to ramp down. During low average output currents, this current may ramp down towards zero and, eventually, may go negative. Control circuit 470 works by monitoring the inductor current $I_L$, through current feedback signal $I_{FB2}$, and turns N-MOSPET 17 OFF before such current reversals can occur. This prevents N-MOSFET 17 from drawing power from the load to ground.

Comparator 471 includes an input 471a adapted to monitor inductor current $I_L$ by way of current feedback signal $I_{FB2}$. When current feedback signal $I_{FB2}$ falls below current $I_4$ applied to input 471b of comparator 471, comparator output 471c goes LOW and, therefore, turns N-MOSFET 17 OFF by way of NAND gate 472. The turning OFF of N-MOSFET 17 prevents current reversals in inductor current $I_L$ from drawing power from load 14 to ground through N-MOSFET 17.

After N-MOSFET 17 is turned OFF, it will again be allowed to turn ON as soon as feedback current $I_{FB2}$ exceeds current $I_4$ to cause comparator output 471c to go HIGH. Generally, comparator output 471c will again go HIGH after one-shot circuit 25 turns P-MOSFET 16 ON, which, in turn, causes·the inductor current $I_L$ to again ramp up. Such ramping up will allow current feedback signal $I_{FB2}$ to exceed $I_4$ and, therefore, cause comparator output 471c to go HIGH. While comparator 471c is HIGH, one-shot circuit 25 solely controls the turning ON of N-MOSFET 17.

Thus, control circuit 470 includes circuitry for intentionally holding N-MOSFET 17 OFF during periods when current reversals would otherwise allow power to be drawn from the load. This feature of the present invention can increase circuit efficiency at low average output current levels when current reversals are most like to occur.

US 6,580,258 B2

15

It will be apparent to those of ordinary skill in the art that although comparator 471 monitors the inductor current $I_L$ through feedback current $I_{FB2}$, other means of detecting current reversals in the inductor current $I_L$ could be used as well. For example, comparator 471 could monitor current feedback signal $I_{FB1}$ just as well so that only one type of current feedback signal is employed in control circuit 470. Additionally, many others means of generating a feedback signal indicative of current reversal in inductor current $I_L$ could be used as well (see, e.g., resistor $R_{SENSE}$ in FIG. 7).

The high-efficiency control circuit of the present invention was discussed above with respect to FIGS. 1–8 wherein the switching regulator was configured in a voltage step-down configuration. It will be apparent that the control circuit of the present invention could be used in other configurations as well. For example, FIG. 9 shows a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a voltage step-up configuration.

Switching regulator-500 includes synchronously-switched switch 15' wherein the drains of P-channel MOSFET 16 and N-channel MOSFET 17 are coupled together and to one side of inductor L1. The other side of inductor L1 is coupled to input $V_{IN}$. Control circuit 70 drives driver circuit 20' including inverting P-driver 26' and inverting N-driver 27', which in turn drive P-channel MOSFET 16 and N-channel MOSFET 17, respectively.

Thus, as shown in FIG. 9, the control circuit of the present invention can be used in switching configurations wherein an input voltage $V_{IN}$ is stepped up to a regulated output voltage $V_{OUT}$. As is the case with the step-down configurations shown in FIGS. 2–8, the control circuit of FIG. 9 can be used in other types of step-up configurations as well. For example, one-shot circuit 25 shown in FIG. 9 can include an additional input for monitoring the input voltage $V_{IN}$ to reduce the generation and emission of audible noise from inductor L1 at low input voltages as discussed above with respect to FIGS. 5 and 6. Also, switching regulator 500 can include circuitry to hold P-MOSFET 16 OFF during periods when the polarity of inductor current $I_L$ would otherwise reverse, as discussed above with respect to FIG. 8.

FIG. 10 shows a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a voltage polarity-inversing configuration.

Switching regulator 600 includes switch 15" wherein the drain of P-channel MOSFET 16 is coupled to one side of inductor L1 and to VA through diode D601. The other side of inductor L1 is coupled to ground. The source of P-channel MOSFET 16 is coupled to the positive input voltage $V_{IN}$. Control circuit 70' drives driver circuit 20" including P-driver 26 which, in turn, drives P-channel MOSFET 16.

Control circuit 70' operates substantially similar to control circuit 70 discussed above except for the following. Voltage feedback to control circuit 70' is provided by resistors R1 and R2 and amplifier 602. Amplifier 602 inverts the negative polarity voltage at $V_{OUT}$ to provide a positive polarity feedback voltage to control circuit 70'.

Thus, as shown in FIG. 10, the control circuit of the present invention can be used in switching configurations wherein an input voltage $V_{IN}$ is inverted to a regulated output voltage of opposite polarity $V_{OUT}$. As is the case with the step-down configurations shown in FIGS. 2–8, the control circuit of FIG. 10 can be used in other types of polarity-inversing configurations as well. For example, one-shot circuit 25 shown in FIG. 10 can include an additional input for monitoring the input voltage $V_{IN}$ to reduce the

16

generation and emission of audible noise from inductor L1 at low input voltages. Furthermore, one-shot circuit 25 can include an input for monitoring the output voltage $V_{OUT}$ to control the short circuit current if the output is short circuited as discussed above with respect to FIG. 5 and 6. Also, if regulator 600 was synchronously switched and included an N-MOSFET instead of D601, the regulator could include circuitry to hold such an N-MOSFET OFF during periods when the polarity of inductor current $I_L$ would otherwise reverse, as discussed above with respect to FIG. 8.

It will be apparent to those of ordinary skill in the art that although the present invention has been discussed above with reference to a hysteretic voltage comparator for generating the sleep mode control signal to cause the switching regulator to go into and awake from the sleep-mode, other means for performing the same function are also possible. For example, if desired, the sleep mode control signal could be generated in response to a monitored output current. Furthermore, the switching regulator could be taken out of the sleep mode a predetermined time period after going into such a mode, instead after the output voltage falls below a predetermined threshold voltage, as illustrated above.

It will also be apparent that although the present invention has been discussed above with reference to FIGS. 1–10, wherein the power switches were either a pair of complementary MOSFETS (i.e., one p-channel and one n-channel) or a single p-channel MOSFET (FIG. 3), the present invention is applicable to other types of switches as well. For example, the power switch could include a pair of N-channel MOSFETS, a pair of P-channel MOSFETS, or bipolar junction transistors.

Thus, a control circuit and method for maintaining high efficiency over broad current ranges in a switching regulator circuit has been provided.

One skilled in the art will thus appreciate that the present invention can be practiced by other than the described embodiments, which are presented for purposes of illustration and not of limitation, and the present invention is limited only by the claims which follow.

What is claimed is:

1. A circuit for controlling a switching voltage regulator, the regulator having (1) a switch coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output for supplying current at a regulated voltage to a load which includes an output capacitor, the circuit comprising:

a first circuit for monitoring the output to generate a first feedback signal;

a second circuit for generating a first control signal during a first state of circuit operation, the first control signal being responsive to the first feedback signal to vary the duty cycle of the switching transistors to maintain the output at the regulated voltage; and

a third circuit for generating a second control signal during a second state of circuit operation to cause both switchin transistors to be OFF for a first period of time during which the output capacitor maintains the output substantially at the regulated voltage.

2. The circuit of claim 1 wherein the second control signal is generated in response to the first feedback signal.

3. The circuit of claim 2 wherein the circuit changes from the second to the first state of operation in response to the magnitude of the first feedback signal falling below a first threshold level.

4. The circuit of claim 3, wherein the circuit changes from the first to the second state of operation in response to the magnitude of the first feedback signal exceeding a second threshold level greater than the first threshold level.

US 6,580,258 B2

17

**5.** The circuit of claim 4, wherein the first feedback signal is a voltage feedback signal and the third circuit includes a voltage comparator having hysteresis.

**6.** The circuit of claim 5, wherein the current consumed by the switching voltage regulator is reduced during the second state of operation.

**7.** The circuit of claim 2, wherein the second circuit includes:

a one-shot circuit for generating the first control signal, the first control signal being generated over a second period of time during a switch cycle.

**8.** The circuit of claim 7, wherein the second period of time is a predetermined time period.

**9.** The circuit of claim 8, wherein the second circuit includes a fourth circuit for monitoring the current supplied to the load to generate a current feedback signal.

**10.** The circuit of claim 9, wherein the switch is adapted to be coupled to an inductor and the fourth circuit monitors the inductor current to generate the current feedback signal.

**11.** The circuit of claim 10, wherein the fourth circuit compares the current feedback signal to a reference current value and triggers the one-shot circuit when the current feedback signal exceeds the reference current value.

**12.** The circuit of claim 11, wherein the fourth circuit includes a current comparator for triggering the one-shot circuit, the current comparator having a first input coupled to receive the current feedback signal and a second input coupled to a current source for providing the reference current value.

**13.** The circuit of claim 12, wherein the current source includes:

a transconductance amplifier supplying a current substantially proportional to the difference in voltage between the first feedback signal and a constant voltage; and

a constant current source coupled in parallel with the transconductance amplifier.

**14.** The circuit of claim 7, wherein the second period of time is dependent upon the input voltage.

**15.** The circuit of claim 14, wherein the switch is coupled to an inductor, and wherein the second period of time is decreased in response to a decrease in the input voltage, whereby the oscillation frequency of the ripple current through said inductor is increased from an audible frequency to one that does not generate substantial user noise.

**16.** The circuit of claim 7, wherein the second period of time is dependent upon the voltage at the load.

**17.** The circuit of claim 16, wherein the switch is coupled to an inductor, and wherein the second period of time is increased in response to a decrease in the voltage at the load, whereby the total decrease in current through said inductor is increased while the first control signal is generated.

**18.** The circuit of claim 7, wherein the one-shot circuit is maintained substantially OFF during the second state of operation, whereby the efficiency of the switching regulator circuit is increased as the circuit changes from the first to the second state of operation.

**19.** The circuit of claim 12, wherein the current comparator is maintained substantially OFF during the second state of operation, whereby the efficiency of the switching regulator circuit is increased as the circuit changes from the first to the second state of operation.

**20.** The circuit of claim 1, wherein the third circuit includes a user-activated switch and wherein the second control signal is generated in response to activation of the user switch.

**21.** The circuit of claim 20 wherein:

the second circuit includes a transconductance amplifier supplying a current substantially proportional to the

18

difference in voltage between the feedback signal and a constant voltage during the first state of operation; and

wherein activation of the user switch introduces hysteresis into the transconductance amplifier.

**22.** The circuit of claim 20, wherein the second circuit includes:

a one-shot circuit for generating the first control signal, the first control signal being generated over a second period of time during a switch cycle.

**23.** The circuit of claim 22, wherein the second period of time is a predetermined time period.

**24.** The circuit of claim 23, wherein the second circuit includes a fourth circuit for monitoring the current supplied to the load to generate a current feedback signal.

**25.** The circuit of claim 24, wherein the fourth circuit compares the current feedback signal to a reference current value and triggers the one-shot circuit when the current feedback signal exceeds the reference current value.

**26.** The circuit of claim 22, wherein the second period of time is dependent upon the input voltage.

**27.** The circuit of claim 26, wherein the switch is coupled to an inductor, and wherein the second period of time is decreased in response to a decrease in the input voltage, whereby the oscillation frequency of the ripple current through said inductor is increased from an audible frequency to one that does not generate substantially user noise.

**28.** The circuit of claim 22, wherein the second period of time is dependent upon the voltage at the load.

**29.** The circuit of claim 28, wherein the switch is coupled to am inductor, and wherein the second period of time is increased in response to a decrease in the voltage at the load, whereby the total decrease in current through said inductor is increased while the first control signal is generated.

**30.** The circuit of claim 22, wherein the one-shot circuit is maintained substantially OFF during the second state of operation, whereby the efficiency of the switching regulator circuit is increased as the circuit changes from the first to the second state of operation.

**31.** The circuit of claim 1, wherein the circuit is adapted for controlling a switching voltage regulator circuit having first and second switching transistors coupled in series between an input voltage and ground, wherein the first and second switching transistors are commonly coupled at the output terminal, and wherein the input voltage is higher than the voltage at the load, whereby the switching voltage regulator is a step-down voltage regulator.

**32.** The circuit of claim 1, wherein the circuit is adapted for controlling a switching voltage regulator circuit wherein the input voltage is lower than the voltage at the load, whereby the switching voltage regulator is a step-up voltage regulator.

**33.** The circuit of claim 1, wherein the circuit is adapted for controlling a switching voltage regulator circuit wherein the input voltage has an opposite polarity than the voltage at the load, whereby the switching voltage regulator is a polarity-inverting voltage regulator.

**34.** A method for controlling a switching voltage regulator, the regulator having (1) a switch coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output for supplying current at a regulated voltage to a load which includes an output capacitor, the method comprising the steps of:

(a) monitoring the output to generate a first feedback signal;

(b) varying the duty cycle of the switching transistors in response to the first feedback signal to maintain the

US 6,580,258 B2

19

output at the regulated voltage during a first state of circuit operations;

(c) turning both switching transistors OFF for a first period of time following the first state of circuit operation so as to allow the output capacitor to maintain the output substantially at the regulated voltage by discharging during a second state of circuit operation; and

(d) turning at least one of said switching transistors ON to recharge the output capacitor following the second state of circuit operation.

**35.** A circuit for controlling a switching voltage regulator, the regulator having (1) a switch coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output for supplying current at a regulated voltage to a load which includes an output inductor, the circuit comprising:

20

a first circuit for monitoring the output to generate a first feedback signal;

a second circuit for generating a first control signal during a first state of circuit operation, the first control signal being responsive to the first feedback signal to vary the duty cycle of the switching transistors to maintain the output at the regulated voltage; and

a third circuit for monitoring the current to the load to generate a second control signal during a second state of circuit operation to cause one of said switching transistors to be maintained OFF when the magnitude of the monitored current falls below a current threshold.

* * * * *

EXHIBIT F



US006144194A

# United States Patent [19]

## Varga

[11] **Patent Number:** **6,144,194**

[45] **Date of Patent:** ***Nov. 7, 2000**

[54] **POLYPHASE SYNCHRONOUS SWITCHING VOLTAGE REGULATORS**

[75] Inventor: **Craig Steven Varga**, Mountain View, Calif.

[73] Assignee: **Linear Technology Corp.**, Milpitas, Calif.

[ * ] Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

[21] Appl. No.: **09/114,384**

[22] Filed: **Jul. 13, 1998**

[51] Int. Cl.[7] ........................................ G05F 1/40

[52] U.S. Cl. ......................... 323/285; 323/269; 323/282

[58] Field of Search ................................... 323/285, 282, 323/281, 280, 269; 363/40, 41, 43, 65, 71; 318/798

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,137,489 | 1/1979 | Lipo | 318/798 |
| 4,920,309 | 4/1990 | Szepesi | 323/269 |

### OTHER PUBLICATIONS

1992 Linear Databook Supplement at pp. 7–13 to 7–22, published by Linear Technology Corporation, Milpitas, California, copyright 1992.

1995 Linear Databook vol. IV at pp. 4–360 to 4–373, published by Linear Technology Corporation, Milpitas, California, copyright 1995.

1996 Linear Databook vol. V at pp. 4–212 to 4–230, published by Linear Technology Corporation, Milpitas, California, copyright 1996.

1996 Linear Databook vol. V at pp. 4–231 to 4–258, published by Linear Technology Corporation, Milpitas, California, copyright 1996.

Ashok Bindra, "Multiphase Controller Meets Pentium's Power Demands," Electronic Design, 46(18):28–34 (Aug.3, 1998).

Semtech Corp., SC1144 Datasheet, Preliminary –Aug. 4, 1998.

Semtech Corp., SC1144EVB User's Manual, Preliminary Sep. 1, 1998.

Semtech Corp., SC1144 Datasheet, Preliminary –Aug. 24, 1999.

*Primary Examiner*—Adolf Deneke Berhane
*Assistant Examiner*—Rajnikant B. Patel
*Attorney, Agent, or Firm*—Fish & Neave

[57] **ABSTRACT**

The invention provides polyphase synchronous switching regulator circuits that include N power stages connected in parallel, with each stage synchronized to a timing control signal that is 360°/N out of phase from one another. Each power stage supplies current $I_{OUT}/N$ to the load. Current-mode and voltage-mode control implementations are described that provide efficient, low voltage, high current synchronous switching regulator circuits that have low input ripple current, low EMI, high slew-rate capability and low output ripple.

**33 Claims, 4 Drawing Sheets**





## FIG. 1A    (PRIOR ART)



## FIG. 1B    (PRIOR ART)



FIG. 2



FIG. 3



FIG. 4A



FIG. 4B

6,144,194

# 1

## POLYPHASE SYNCHRONOUS SWITCHING VOLTAGE REGULATORS

### BACKGROUND OF THE INVENTION

The present invention relates to synchronous switching voltage regulator circuits. More particularly, the present invention relates to polyphase synchronous switching regulator circuits that provide lower peak input current, lower root-mean-square (RMS) input ripple current, lower RMS output ripple current, higher slew-rate capability and less stringent input and output filter requirements compared to comparable single-phase synchronous switching regulator circuits.

Switching regulators provide a predetermined and substantially constant output voltage from a source voltage that may be poorly-specified or fluctuating, or that may be at an inappropriate amplitude for the load. Such regulators typically employ a switch that includes one or more switching elements coupled in series or in parallel with the load. The switching elements may be, for example, power metal-oxide semiconductor field-effect transistor (MOSFET) switches. Control circuitry regulates the current supplied to the load by varying the ON-OFF times of the switching elements (i.e., the regulator's duty cycle, which is the percentage of time that a switch is ON during a cycle of operation). Inductive energy storage elements typically are used to convert the switched current pulses into a steady flow of load current.

Synchronous switching regulators include a main switching element and a synchronous switching element that typically are driven by non-overlapping clock pulses to supply current at a regulated voltage to a load. Synchronous switching regulators that use power MOSFET switches frequently are used in portable battery-powered electronic products and thermally-sensitive products. These regulators convert the typically fluctuating input voltage to a regulated output voltage. Such regulators provide high operating efficiency and thus long battery life with little heat generation.

The duty cycle of a synchronous switching regulator typically is controlled by monitoring the regulator's output voltage. In particular, the control circuitry generates a feedback signal $V_e$ that is proportional to the difference between the regulator's output voltage and a reference voltage. $V_e$ may be used to provide either "voltage-mode" or "current-mode" regulation. In voltage-mode regulation, $V_e$ and a periodic sawtooth waveform $V_s$ are provided as inputs to a comparator, the output of which controls the duty cycle of the power MOSFET switches. For example, if $V_e$ is connected to the comparator's non-inverting input, $V_s$ is connected to the comparator's inverting input, and at the start of each clock cycle $V_s$ is below $V_e$, then the comparator's output is HIGH, the main switch is ON and the synchronous switch is OFF. When $V_s$ exceeds $V_e$, the comparator's output changes state to LOW, which turns OFF the main switch and turns ON the synchronous switch.

In current-mode regulation, a voltage $V_i$ is generated that is proportional to the current in the output inductor, and $V_i$ and $V_e$ are provided as inputs to a comparator, the output of which controls the duty cycle of the power MOSFET switches. For example, if $V_i$ is connected to the comparator's non-inverting input, $V_e$ is connected to the comparator's inverting input, and if at the start of each clock cycle $V_i$ is below $V_e$, then the comparator's output is LOW, the main switch is ON and the synchronous switch is OFF. When $V_i$ exceeds $V_e$, the comparator's output changes state to HIGH, which turns OFF the main switch and turns ON the

# 2

synchronous switch. In this regard, the main switch turns OFF when the output current reaches its desired value.

Prior art synchronous switching regulators typically include a single power stage controlled by a single-phase clock. Such single-phase synchronous switching regulators are inefficient, however, for applications that require low voltage (e.g., <2 volts) at high current (e.g., greater than 35 amps), such as power supplies for advanced microprocessors. In particular, because the input RMS ripple current in a switching buck regulator is approximately one-half the output current, high output current buck regulators require large input capacitors to provide sufficient input ripple filtering. Typically, this requires connecting many capacitors in parallel, which is costly and consumes valuable circuit board space.

In addition, for many switching regulator topologies, the input current has sharp discontinuities as a result of the switching action of the main switch. Because the regulator's peak input current is approximately equal to the circuit's output current, high current designs require substantial filtering to limit conducted electromagnetic interference (EMI). Further, for applications that require output currents greater than approximately 15 amps, the necessary output filter inductors are too large to be implemented using surface mount technology. Additionally, large output capacitors typically are required to minimize output ripple current.

Moreover, many state-of-the-art microprocessors have dynamic loading characteristics that frequently change from nearly zero load to full load within a very short time span, often tens to hundreds of nanoseconds. Power supplies for such microprocessors must have very high current slew rate capability to meet such dynamic load requirements and minimize the decoupling capacitance required at the load. High slew rate capability requires that the inductor value should be minimized. Because the output ripple current is inversely proportional to inductor value, however, prior art synchronous switching regulator circuits typically achieve high slew rate only at the expense of large output ripple current.

In view of the foregoing, it would be desirable to provide efficient, low voltage, high current, synchronous switching regulator circuits that have low input and output ripple currents.

It would further be desirable to provide low voltage, high current synchronous switching regulator circuits that limit conducted EMI.

It additionally would be desirable to provide low voltage, high current synchronous switching regulator circuits that may be implemented using surface-mount technology.

It also would be desirable to provide low voltage, high current synchronous switching regulator circuits that have high current slew rate capability and low output ripple current.

### SUMMARY OF THE INVENTION

Accordingly, it is an object of this invention to provide efficient, low voltage, high current synchronous switching regulator circuits that have low input and output ripple currents.

It still further is an object of this invention to provide low voltage, high current synchronous switching regulator circuits that limit conducted EMI.

It additionally is an object of this invention to provide low voltage, high current synchronous switching regulator circuits that may be implemented with surface-mount technology.

6,144,194

3

It also is an object of this invention to provide low voltage, high current synchronous switching regulator circuits that have high current slew rate capability and low output ripple current.

In accordance with these and other objects of the present invention, polyphase synchronous switching regulator circuits are described that provide regulated output voltage $V_{OUT}$ to load $R_L$ at output current $I_{OUT}$. Exemplary voltage regulators include N power stages connected in parallel, with each stage synchronized to a timing control signal that is 360°/N out of phase from adjacent stages. Each power stage supplies current $I_{OUT}$/N to the load. Circuits may be implemented using current-mode and voltage-mode control.

## BRIEF DESCRIPTION OF THE DRAWINGS

The above-mentioned objects and features of the present invention can be more clearly understood from the following detailed description considered in conjunction with the following drawings, in which the same reference numerals denote the same structural elements throughout, and in which:

FIG. 1A is a schematic diagram of a conventional single stage current-mode synchronous switching regulator;

FIG. 1B is a schematic diagram of a conventional single stage voltage-mode synchronous switching regulator;

FIG. 2 is a schematic diagram of an exemplary embodiment of a 3-stage current-mode synchronous switching regulator constructed in accordance with the principles of the present invention;

FIG. 3 is a schematic diagram of an exemplary embodiment of a 3-stage voltage-mode synchronous switching regulator constructed in accordance with the principles of the present invention;

FIG. 4A is a diagram of a 3-phase clock that provides timing control signals for the circuit of FIG. 2; and

FIG. 4B is a diagram of a 3-phase sawtooth voltage waveform that provides timing control signals for the PWM controllers shown in FIG. 3.

## DETAILED DESCRIPTION OF THE INVENTION

To provide background for the present invention, the following detailed description first describes previously known single-phase synchronous switching regulator circuits. Then, the modification of such previously known regulators to construct polyphase regulators is described and alternative embodiments are disclosed.

A. Prior Art Single-phase Synchronous Switching Regulators

FIG. 1A shows a prior art single-phase current-mode synchronous switching regulator 10 in which current sense resistor 24 monitors current $I_L$ in inductor 16. Regulator 10 typically is used for DC-to-DC conversion of an unregulated supply voltage $V_{IN}$ (e.g., a battery) to a regulated output voltage $V_{OUT}$, for driving a load $R_L$, which, although simply shown as a resistor, may be, for example, a portable communication device or a computer. Examples of single-phase current-mode synchronous switching regulators include the LTC1148 and LTC1435, sold by Linear Technology Corporation, of Milpitas, Calif., and the MAX797, sold by Maxim Integrated Products, Inc., of Sunnyvale, Calif.

Regulator 10 typically operates as follows: at the beginning of a cycle, oscillator 36 generates a single-phase clock signal at a desired switching frequency, typically 100–300 kHz, that sets latch 34, causing driver 32 to turn ON main

4

switch 12 and turn OFF synchronous switch 14. This results in a voltage of approximately $V_{IN}$–$V_{OUT}$ across inductor 16, which increases current $I_L$ through inductor 16. Current sense amplifier 26 detects the voltage generated across sense resistor 24, and generates an output $V_{I_s}$ that is connected to the non-inverting input of comparator 30. The inverting input of comparator 30 is coupled to the output $V_{EC}$ of error amplifier 28. $V_{EC}$ is proportional to the difference between reference voltage $V_{REFC}$ and feedback voltage $V_{FBC}$, whose value is determined by $V_{OUT}$ and voltage divider resistors 20 and 22. Inductor 16 and capacitor 18 form a low-pass filter to remove undesirable harmonics of the switching frequency from output voltage $V_{OUT}$.

As inductor current $I_L$ increases, $V_{I_s}$ increases. When $I_S$ exceeds $V_{EC}$, comparator 30 trips and resets latch 34, which then causes driver 32 to turn OFF main switch 12 and turn ON synchronous switch 14. This changes the voltage across inductor 16 to approximately –$V_{OUT}$, causing inductor current $I_L$, which is conducted by synchronous switch 14, to decrease until the next clock pulse of oscillator 36 sets latch 34.

During normal operation, therefore, main switch 12 is turned OFF when inductor current $I_L$ reaches a predetermined level set by the output $V_{EC}$ of error amplifier 28. If the regulated output voltage $V_{OUT}$ increases above a predetermined steady-state value set by voltage divider resistors 20 and 22 and voltage reference $V_{REFC}$, error voltage $V_{EC}$ decreases. As a result, $V_{I_s}$ crosses $V_{EC}$ earlier in the switch cycle than during steady-state operation. The shortened duty cycle causes regulated output voltage $V_{OUT}$ to decrease until it reaches its previous steady-state value. If, however, the regulated output voltage $V_{OUT}$ decreases below the predetermined steady-state value, error voltage $V_{EC}$ increases, and the duty cycle of switch 12 is lengthened because $V_{I_s}$ crosses $V_{EC}$ later in the switch cycle than during steady-state operation. The lengthened duty cycle causes regulated output voltage $V_{OUT}$ to increase until it reaches its previous steady-state value.

Alternatively, prior art synchronous switching regulators may be implemented using voltage-mode control, in which the regulator monitors the output voltage to set duty cycle. Examples of voltage-mode switching regulators are the LTC1430, sold by Linear Technology Corporation, and the Si9150, sold by Siliconix Incorporated, of Santa Clara, Calif. FIG. 1B shows such a prior art single-phase voltage-mode synchronous switching regulator 50 that operates as follows: main switch 52 and synchronous switch 54 are coupled to pulse width modulator (PWM) controller 64, which varies the regulator's duty cycle in response to variations in the regulated output voltage $V_{OUT}$. In particular, error amplifier 66 produces output voltage $V_{EV}$ that changes in proportion to any difference in voltage between reference voltage $V_{REFV}$ and feedback voltage $V_{FBV}$. Voltage divider resistors 60 and 62 set the value of $V_{FBV}$ to be proportional to the regulated output voltage $V_{OUT}$.

In particular, at the start of each clock cycle, PWM Controller 64 turns ON main switch 52 and turns OFF synchronous switch 54. PWM Controller 64 turns main switch 52 OFF and synchronous switch 54 ON when the sawtooth signal produced by sawtooth generator 68 exceeds $V_{EV}$. As in the current-mode regulator of FIG. 1A, inductor 56 and capacitor 58 form a low-pass filter to remove undesirable harmonics of the switching frequency from output voltage $V_{OUT}$.

During normal operation, if $V_{OUT}$ decreases below its desired steady-state value set by voltage divider resistors 60

6,144,194

and 62 and voltage reference $V_{REFV}$, $V_{EV}$ increases and therefore the sawtooth signal provided by sawtooth generator 68 crosses $V_{EV}$ later in the clock cycle, causing PWM controller 64 to extend the ON-duration of main switch 52. As a result, the current flowing through main switch 52 and inductor 56 increases, and $V_{OUT}$ increases until it reaches its previous steady-state value. If, however, $V_{OUT}$ increases above its desired steady-state value, $V_{EV}$ decreases and therefore the sawtooth signal provided by sawtooth generator 68 crosses $V_{EV}$ earlier in the clock cycle, causing PWM controller 64 to shorten the ON-duration of main switch 52. As a result, the current flowing through main switch 52 and inductor 56 decreases, and $V_{OUT}$ decreases until it reaches its previous steady-state value.

B. Polyphase Synchronous Regulators

FIG. 2 shows a schematic diagram of one exemplary embodiment of a polyphase synchronous current-mode switching regulator of the present invention. Regulator 70 includes three separate current-mode switching regulator stages, 70a, 70b and 70c, each of which are derived from the single-phase regulator 10 of FIG. 1A. Regulator stages 70a, 70b and 70c are identical, except that stages 70b and 70c share the output voltage feedback loop consisting of divider resistors 20a and 22a, voltage reference $V_{REF}$ and error amplifier 28a.

Regulator stage 70a includes main switch 12a, synchronous switch 14a, inductor 16a, sense resistor 24a, output capacitor 18a, voltage divider resistors 20a and 22a, current sense amplifier 26a, error amplifier 28a, comparator 30a, driver 32a, latch 34a and oscillator 36a that function in the same manner as the corresponding circuit components described above in connection with FIG. 1A.

Regulator stage 70b similarly includes main switch 12b, synchronous switch 14b, inductor 16b, sense resistor 24b, output capacitor 18b, current sense amplifier 26b, comparator 30b, driver 32b, latch 34b and oscillator 36b. The inverting input of comparator 30b is coupled to output $V_e$ of error amplifier 28a, completing the feedback loop for regulator stage 70b, which also functions as described above in connection with FIG. 1A.

Likewise, regulator stage 70c includes main switch 12c, synchronous switch 14c, inductor 16c, sense resistor 24c, output capacitor 18c, current sense amplifier 26c, comparator 30c, driver 32c, latch 34c and oscillator 36c. The inverting input of comparator 30c is also coupled to output $V_e$ of error amplifier 28a, providing output feedback for regulator stage 70c, which also functions as described above in connection with FIG. 1A.

Oscillators 36a, 36b and 36c generate a three-phase clock, $\phi_1$, $\phi_2$ and $\phi_3$, as shown in FIG. 4A. Clock signals $\phi_1$, $\phi_2$ and $\phi_3$ operate at a common switching frequency $f_s = 1/T_s$, but are 360°/3=120° out of phase from each other. As a result, regulator stages 70a, 70b and 70c each operate 120° out of phase from one another. As shown in FIG. 4A, clock signals $\phi_1$, $\phi_2$ and $\phi_3$ are squarewave pulses. Persons skilled in the art will recognize that clock signals $\phi_1$, $\phi_2$ and $\phi_3$ may be overlapping or non-overlapping waveforms. Oscillators 36a, 36b and 36c are known in the art, and will not be further described herein.

Because the inverting inputs of comparators 30a, 30b and 30c each receive the same control signal from output $V_e$ of error amplifier 28a, regulator stages 70a, 70b and 70c supply currents $I_{L1}$, $I_{L2}$, $I_{L3}$ that are substantially equal. Further, because currents $I_{L1}$, $I_{L2}$ and $I_{L3}$ each supply only ⅓ the total output current $I_{OUT}$ supplied to load $R_L$, inductors 16a, 16b and 16c are smaller than that required for a single-stage design, and may be implemented using surface-mount tech-

nology. Additionally, because currents $I_{L1}$, $I_{L2}$ and $I_{L3}$ are out of phase with respect to one another, their ripple currents tend to cancel, thereby reducing the composite output ripple current. As a result, each stage may be designed for high slew rate capability by using a smaller inductor (and consequently higher per-stage output ripple current) than would normally be acceptable in a single-stage design.

Moreover, the input current pulses of regulator stages 70a, 70b and 70c are time-interleaved, which effectively increases the apparent switching frequency of regulator 70 to three times the switching frequency $f_s$ of each individual stage. Further, the apparent duty factor of regulator 70 is increased because the composite ON-time for switches 12a, 12b and 12c is longer than the ON-time of the main switch in a single-stage design. Because the peak current of each stage is reduced (e.g., typically $I_{OUT}/3$) and the input current pulses are time-interleaved, the input current peak-to-average ratio is reduced. As a result, the total RMS input ripple current is reduced compared to a single-stage design, and therefore the input filter capacitor requirements and conducted EMI are reduced.

Persons skilled in the art will recognize that the circuitry of the present invention may be implemented using circuit elements other than those shown and discussed above. For example, Hall-effect devices, current sense transformers, or other suitable current-sense device may be used instead of sense resistors 24a, 24b and 24c.

FIG. 3 shows a schematic diagram of another exemplary embodiment of a polyphase synchronous switching regulator of the present invention. In particular, regulator 80 includes three separate voltage-mode switching regulator stages, 80a, 80b and 80c, each of which are derived from the single-phase regulator 50 of FIG. 1B. Regulator stages 80a, 80b and 80c are identical, except that stages 80b and 80c also include error amplifiers 82 and 84 that operate in accordance with the principles of the present invention to force the input current of regulator stages 80b and 80c to equal to the input current of regulator stage 80a.

Regulator stages 80a, 80b and 80c each include a core switching regulator that includes main switch 52a–c, synchronous switch 54a–c, inductor 56a–c, output capacitor 58a–c, voltage divider resistors 60a–c and 62a–c, voltage reference $V_{REF a–c}$, error amplifier 52a–c, PWM controller 64a–c and sawtooth generator 78a–c, respectively. Each core switching regulator functions as described above in connection with the single-phase regulator of FIG. 1B. Sawtooth generators 78a, 78b and 78c, constructed in accordance with previously known techniques, generate sawtooth waveforms Buss $\phi_{1S}$, $\phi_{2S}$ and $\phi_{3S}$ as shown in FIG. 4B that operate at a common frequency $f_s = 1/T_s$, but are 360°/3= 120° out of phase from each other. As a result, regulator stages 80a, 80b and 80c operate 120° out of phase from adjacent stages.

Although ideally all three regulator stages 80a–80c are identical, in practice, small variations in component values (e.g., voltage divider resistors 60a–c and 62a–c, and voltage reference $V_{REF a–c}$) cause slightly different (e.g., on the order of several percent) output voltages from stage-to-stage. Unless corrected, such small errors would cause large current imbalances from stage-to-stage.

To prevent such large stage-to-stage current imbalances, regulator 80 includes additional circuitry that force the currents in each stage to be substantially equal. In particular, regulator stages 80a, 80b and 80c also include current sense resistors 72a–c, that are coupled between the input node $V_{IN}$ and main switches 52a–c, respectively. Capacitors 76a–c are coupled between ground and the node formed between

6,144,194

7

resistors 72a–c, and main switches 52a–c, respectively. Resistors 72a–c, and capacitors 76a–c provide filtering to limit the input current ripple of each regulator stage. Regulator stages 80a, 80b and 80c also include current sense amplifiers 74a–c whose inputs are coupled across sense resistors 72a–c, and whose outputs $V_{ca}$–$V_{cc}$, are proportional to the input currents $I_a$–$I_c$ of regulator stages 80a, 80b and 80c, respectively.

Regulator stages 80b and 80c also include error amplifiers 82 and 84 that operate to force input currents $I_b$ and $I_c$ of regulator stages 80b and 80c to substantially equal input current $I_a$ of regulator stage 80a. That is, regulator stage 80a functions as a master, and regulator stages 80b and 80c function as slaves whose input currents are forced to substantially equal the input current of the master. In particular, output $V_{ca}$ of current sense amplifier 74a is coupled to the inverting input of error amplifiers 82 and 84. Output $V_{cb}$ of current sense amplifier 74b is coupled to the non-inverting input of error amplifier 82, and output $V_{cc}$ of current sense amplifier 74c is coupled to the non-inverting input of error amplifier 84. Resistor 86 is coupled between the output $V_{ceb}$ of error amplifier 82 and the inverting input of error amplifier 52b, and resistor 88 is coupled between the output $V_{cec}$ of error amplifier 84 and the inverting input of error amplifier 52c.

Error amplifier 82 provides output $V_{ceb}$ that is proportional to the difference between the input currents $I_a$ and $I_b$. Together with error amplifier 52b, error amplifier 82 tends to force $I_b$ to substantially equal $I_a$. In particular, if input current $I_b$ is less than input current $I_a$, $V_{cb}$ will be less than $V_{ca}$, which will cause output $V_{ceb}$ of error amplifier 82 to decrease from its steady-state value. As a result, output error voltage $V_{eb}$ of error amplifier 52b will increase, which will cause PWM controller 64b to increase the duty cycle of main switch 52b, and thereby increase input current $I_b$.

If however, input current $I_b$ is greater than input current $I_a$, $V_{cb}$ will be greater than $V_{ca}$, which will cause output $V_{ceb}$ of error amplifier 82 to increase from its steady-state value. As a result, output error voltage $V_{eb}$ of error amplifier 52b will decrease, which will cause PWM controller 64b to decrease the duty cycle of main switch 52b, and thereby decrease input current $I_b$. Error amplifier 84 operates in a similar manner to force input current $I_c$ to substantially equal input current $I_a$.

A person of ordinary skill in the art will understand that current sense resistors 72a–c, alternatively could be coupled between output node $V_{OUT}$ and inductors 56a–c, respectively, to sense output current, and that error amplifiers 82 and 84 could be configured to force the output currents of regulator stages 80b and 80c to substantially equal the output current of regulator stage 80a.

A person of ordinary skill in the art also will appreciate that the present invention is not limited to the embodiments described above that use three regulator stages that operate with three-phase clocks or sawtooth waveforms. Instead, the present invention more generally involves connecting N regulator stages, with each stage synchronized to a clock (for current-mode implementations) or sawtooth waveform (for voltage-mode embodiments) that is 360°/N out of phase from the adjacent stage. Each stage supplies current $I_L$/N to the load, and the composite regulator operates at an apparent switching frequency of $Nf_s$, M where $f_s$ is the switching frequency of each individual stage.

8

Persons skilled in the art further will recognize that the circuitry of the present invention may be implemented using circuit configurations other than those shown and discussed above. For example, the present invention also may be implemented using well-known boost and forward converter circuit topologies. All such modifications are within the scope of the present invention, which is limited only by the claims which follow.

What is claimed is:

1. A polyphase synchronous switching regulator that generates an output signal at an output node, the output signal supplying a current I at a regulated voltage to a load, the regulator comprising:

an input node to which an input signal is applied;
timing circuitry that generates N-phase timing pulses;
control circuitry coupled to the output node that controls a duty cycle of the regulator;
N synchronous switching regulator stages coupled to the input node, the output node, the timing circuitry and the control circuitry, each of the N regulator stages providing current I/N to the input node in response to the N-phase timing pulses such that the N regulator stages operate 360°/N out of phase from one another.

2. The polyphase synchronous switching regulator of claim 1, wherein the control circuitry provides current-mode control.

3. The polyphase synchronous switching regulator of claim 1, wherein the control circuitry provides voltage-mode control.

4. The polyphase synchronous switching regulator of claim 1, wherein the control circuitry comprises feedback circuitry coupled to the output node, the feedback circuitry providing N feedback signals that control the duty cycle of the regulator, each feedback signal coupled to a corresponding one of the N synchronous switching regulator stages and having a predetermined relationship to the output signal and a reference voltage.

5. The polyphase synchronous switching regulator of claim 4, wherein each of the N feedback signals is proportional to a difference between a voltage proportional to a reference voltage and a voltage proportional to the output signal.

6. The polyphase synchronous switching regulator of claim 4, wherein each of the N feedback signals is proportional to a difference between a voltage proportional to a corresponding one of N reference voltages, and a voltage proportional to the output signal.

7. The polyphase synchronous switching regulator of claim 1, wherein the control circuitry comprises current sense circuitry that monitors current in each of the N synchronous switching regulator stages and provides N current sense signals that control the duty cycle of the regulator.

8. The polyphase synchronous switching regulator of claim 1, wherein the control circuitry comprises:

current sense circuitry that monitors current in each of the N synchronous switching regulator stages and provides N current sense signals;
feedback circuitry coupled to the output node and the current sense signals, the feedback circuitry providing N feedback signals that control the duty cycle of the regulator, each feedback signal coupled to a corre-

6,144,194

**9**

sponding one of the N regulator stages and having a predetermined relationship to the output signal and a reference voltage.

9. The polyphase synchronous switching regulator of claim 8, wherein each of the N feedback signals has a predetermined relationship to the output signal and a corresponding one of N reference voltages.

10. The polyphase synchronous switching regulator of claim 8, wherein the N feedback signals further force the monitored currents in the N regulator stages to be substantially equal.

11. The polyphase synchronous switching regulator of claim 1, wherein the timing pulses comprise squarewave pulses.

12. The polyphase synchronous switching regulator of claim 1, wherein the timing pulses comprise sawtooth pulses.

13. A polyphase synchronous switching regulator that generates an output signal at an output node, the output signal supplying a current I at a regulated voltage to a load, the regulator comprising:

an input node to which an input signal is applied;

timing circuitry that generates N-phase timing pulses;

feedback circuitry coupled to the output node, the feedback circuitry providing N feedback signals that control a duty cycle of the regulator;

N synchronous switching regulator stages coupled to the input node, the output node, the timing circuitry and the feedback circuitry, each of the N synchronous switching regulator stages providing current I/N to the output node in response to the N-phase timing pulses such that the N regulator stages operate 360°/N out of phase from one another.

14. The polyphase synchronous switching regulator of claim 13, wherein the feedback circuitry further comprises an error amplifier.

15. The polyphase synchronous switching regulator of claim 14, wherein the error amplifier has an inverting input coupled to the output node, a non-inverting input coupled to a reference voltage, and an output that controls the duty cycle of the regulator.

16. The polyphase synchronous switching regulator of claim 15, wherein the feedback circuitry further comprises a resistor-divider network.

17. The polyphase synchronous switching regulator of claim 16, wherein:

the resistor-divider network comprises a first resistor coupled between the inverting input and GROUND and a second resistor coupled between the output node and the inverting input; and

the voltage at the inverting input substantially equals the reference voltage when the output substantially equals the regulated voltage.

18. The polyphase synchronous switching regulator of claim 17, wherein each of the N regulator stages further comprises a comparator.

19. The polyphase synchronous switching regulator of claim 17, wherein the feedback circuitry further comprises:

current sense circuitry that monitors current in each of the N synchronous switching regulator stages and provides N current sense signals that are proportional to the monitored currents; and

**10**

N comparators that each have a non-inverting input coupled to a corresponding one of the N current sense signals, an inverting input coupled to the output of the error amplifier, and an output that controls a duty cycle of a corresponding one of the N synchronous switching regulator stages.

20. The polyphase synchronous switching regulator of claim 19, wherein the current sense circuitry comprises a current sense resistor.

21. The polyphase synchronous switching regulator of claim 20, wherein the current sense circuitry further comprises a current sense amplifier.

22. The polyphase synchronous switching regulator of claim 21, wherein:

the current sense amplifier has an inverting input, a non-inverting input, and an output;

the current sense resistor is coupled between the inputs of the current sense amplifier; and

the output of the current sense amplifier is coupled to the non-inverting input of the comparator.

23. The polyphase synchronous switching regulator of claim 13, wherein the feedback circuitry comprises N error amplifiers.

24. The polyphase synchronous switching regulator of claim 23, wherein each error amplifier has an inverting input coupled to the output node, a non-inverting input coupled to a corresponding one of N reference voltages, and an output coupled to a corresponding one of the N regulator stages to control the duty cycle of the regulator.

25. The polyphase synchronous switching regulator of claim 24, wherein the feedback circuitry further comprises N resistor-divider networks.

26. The polyphase synchronous switching regulator of claim 25, wherein:

each resistor-divider network is coupled to a corresponding one of the N error amplifiers and comprises a first resistor coupled between the inverting input of the error amplifier and GROUND and a second resistor coupled between the inverting input of the error amplifier and the output node, the voltage at the inverting input being substantially equal to the reference voltage that is coupled to the non-inverting input when the output substantially equals the regulated voltage.

27. The polyphase synchronous switching regulator of claim 13 wherein:

the feedback circuitry provides voltage-mode control; and

each synchronous switching regulator stage further comprises current sense circuitry that monitors current in the regulator stage and provides current sense signals that are proportional to the monitored current.

28. The polyphase synchronous switching regulator of claim 27, wherein the current sense signal of each synchronous switching regulator stage is coupled to the feedback circuitry, the N feedback signals further causing the monitored current in each stage to be substantially equal.

29. The polyphase synchronous switching regulator of claim 27, wherein the current sense circuitry comprises a current sense amplifier.

30. A method for generating an output signal at an output node, the output supplying a current I at a regulated voltage to a load, the method comprising:

6,144,194

11

providing an input signal at an input node;

providing timing control circuitry that generates N-phase timing pulses;

providing control circuitry coupled to the output node that controls a duty cycle of the regulator; and

providing N synchronous switching regulator stages coupled to the input node, the output node, the timing circuitry and the control circuitry, each of the regulator stages providing current I/N to the output node in response to the N-phase timing pulses such that the N regulator stages operate 360°/N out of phase from one another.

31. The method of claim 30, further comprising controlling the duty cycle of the regulator using current-mode control.

12

32. The method of claim 30, further comprising controlling the duty cycle of the regulator using voltage-mode control.

33. A method for generating an output signal an output node, the output signal supplying a current I at a regulated voltage to a load, the method comprising:

receiving an input signal at the input node;

generating N-phase timing pulses;

controlling a duty cycle of the regulator; and

providing current I/N to the output node in response to the N-phase timing pulses from N synchronous switching regulator stages that operate 360°/N out of phase from one another.

*  *  *  *  *

EXHIBIT G

US006100678A

# United States Patent [19]

## Hobrecht

[11] **Patent Number:** 6,100,678

[45] **Date of Patent:** Aug. 8, 2000

[54] **SINGLE PACKAGE PIN PROVIDING SOFT-START AND SHORT-CIRCUIT TIMER FUNCTIONS IN A VOLTAGE REGULATOR CONTROLLER**

[75] Inventor: **Stephen W. Hobrecht**, Los Altos, Calif.

[73] Assignee: **Linear Technology Corporation**, Milpitas, Calif.

[21] Appl. No.: **09/383,458**

[22] Filed: **Aug. 26, 1999**

**Related U.S. Application Data**

[60] Provisional application No. 60/099,907, Sep. 11, 1998.

[51] Int. Cl.[7] .................................................... G05F 1/575
[52] U.S. Cl. ........................................ 323/288; 323/280
[58] Field of Search .................................. 323/273, 274, 323/277, 280, 282, 284, 288

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 4,806,842 | 2/1989 | Bittner | 323/288 |
| 5,264,780 | 11/1993 | Bruer et al. | 323/284 |
| 5,335,162 | 8/1994 | Martin-Lopez et al. | 323/288 |

**OTHER PUBLICATIONS**

Linear Technology Corporation, 1630 McCarthy Blvd., Milpitas CA 95035, "LTC1155, Dual High Side Micropower MOSFET Driver", <http://www.linear–tech.com>. Mar. 1999.

Linear Technology Corporation, 1630 McCarthy Blvd., Milpitas CA 95035, "LTC1435, High Efficiency Low noise Synchronous Step–Down Switching Regulator", <http://www.linear–tech.com>. Aug. 1996.

Linear Technology Corporation, 1630 McCarthy Blvd., Milpitas CA 95035, "LTC1438/LTC1439, Dual High Efficiency, Low Noise, Synchronous Step–Down Switching Regulators", <http://www.linear–tech.com>. Jan. 1997.

Maxim Integrated Products, 120 San Gabriel Drive, Sunnyvale, CA 94086, "Max1630–1635, Multi–Output, Low–Noise Power–Supply Controllers for Notebook Computers", <http://www.maxim–ic.com>. Apr. 1997.

Semtech Corporation, 652 Mitchell Road, Newbury Park, CA 91320, "SC1144, Programmable, High Performance Multi–Phase, PWM Controller", <http://www.semtech-.com>. Aug. 1999.

*Primary Examiner*—Jeffrey Sterrett
*Attorney, Agent, or Firm*—Fish & Neave; Matthew T. Byrne

[57] **ABSTRACT**

Circuits and methods for implementing both a soft-start function and a short-circuit timer function in voltage regulator controller circuits using only a single package pin are provided. The soft-start and short-circuit timer functions are performed by measuring the voltage across an external capacitor as the capacitor is charged and discharged by a function control circuit. The soft-start function is performed by charging the capacitor from a completely discharged state using a current source in the function control circuit and by using the capacitor voltage as a current limit signal to gradually increase the current drawn from a voltage source to the normal operating level. The short-circuit timer function is performed by using the charge and discharge times of the capacitor to delay the shutdown of the voltage regulator in response to a short-circuit detection.

**32 Claims, 2 Drawing Sheets**





FIG. 1



FIG. 2

6,100,678

1

# SINGLE PACKAGE PIN PROVIDING SOFT-START AND SHORT-CIRCUIT TIMER FUNCTIONS IN A VOLTAGE REGULATOR CONTROLLER

## CROSS REFERENCE TO RELATED APPLICATION

This application claims the benefit of U.S. provisional patent application No. 60/099,907, filed Sep. 11, 1998.

## BACKGROUND OF THE INVENTION

The present invention relates to voltage regulator controller circuits. More particularly, the present invention relates to circuits and methods for providing both a soft-start function and a short-circuit timer function using a single package pin in a voltage regulator controller circuit.

The purpose of a voltage regulator is to provide a predetermined and substantially constant output voltage to a load from a voltage source which may be poorly-specified or fluctuating. In a typical linear voltage regulator, the voltage at the regulator output is regulated by controlling the flow of current passing through a pass element (such as a power transistor) from the voltage source to the load. In typical switching voltage regulators, the voltage at each regulator output is regulated by controlling the width of current pulses passing through an inductive energy storage element (such as an inductor) from the voltage source to the load. In both of these types of voltage regulators, a voltage regulator controller circuit must be employed to control the flow of current in the linear regulators and the width of the current pulses in the switching regulators.

One feature typically found in switching-based voltage regulator controller circuits is a soft-start function. A soft-start function typically reduces current surges at a voltage source by gradually increasing the current limit of the voltage regulator controller circuit so that the current drawn from the voltage source gradually builds from a low level to a normal operating level. In some implementations of a soft-start function, a package pin is used to enable a voltage regulator designer to control whether the soft-start function is to be active and, if so, to control the rate at which the soft-start function increases the current limit of the voltage regulator controller circuit. One problem with using a package pin for such a soft-start function is that once the soft-start function has performed its task, the pin is no longer in active use in the circuit.

Another feature found in some voltage regulator controller circuits is a short-circuit latch off function. This function protects a voltage regulator from short circuits at the output of the voltage regulator by causing the regulator to be shutdown when a short circuit at the output of the voltage regulator is detected. One problem with the known short-circuit latch off function in voltage regulator controller circuits is it's susceptibility to noise and brief periods of large current surges. When either of these conditions occur, these known voltage regulator controller circuits may cause the voltage regulators to be shutdown even though the conditions were only temporary and not sufficient to damage the regulator. Another problem with known short-circuit latch off functions in voltage regulator controller circuits is that they are not externally controllable. In certain instances it is desirable to disable a short circuit latch off function, for example, when testing a circuit.

In view of the foregoing, it would be desirable to provide voltage regulator controller circuits that provide a soft-start function that utilizes an external pin to control the soft-start

2

feature and that also allows the external pin to be used for other purposes once the soft-start period has passed.

It would also be desirable to provide voltage regulator controller circuits that provide a short circuit protection mechanism that is not subject to noise and brief periods of large current surges.

It would be further desirable to provide voltage regulator controller circuits that provide a short circuit protection mechanism that enables the mechanism to be disabled.

It would be even further desirable to provide voltage regulator controller circuits that provide a soft-start function and a short circuit protection mechanism that share a single package pin.

## SUMMARY OF THE INVENTION

It is therefore an object of the invention to provide voltage regulator controller circuits that provide a soft-start function that utilizes an external pin to control the soft-start feature and that also allows the external pin to be used for other purposes once the soft-start period has passed.

It is another object of the invention to provide voltage regulator controller circuits that provide a short circuit protection mechanism that is not subject to noise and brief periods of large current surges.

It is yet another object of the invention to provide voltage regulator controller circuits that provide a short circuit protection mechanism that enables the mechanism to be disabled.

It is still another object of the invention to provide voltage regulator controller circuits that provide a soft-start function and a short circuit protection mechanism that share a single package pin.

In accordance with these and other objects of the invention, there are provided circuits and methods for implementing a short-circuit timer function that integrates a short-circuit detection signal over a certain period of time and that allows the function to be disabled. The circuits and methods of the present invention also implement both a soft-start function and the short-circuit timer function in voltage regulator controller circuits using only a single package pin. This is accomplished by using the single package pin to connect a function control circuit within each voltage regulator controller circuit to an external capacitor. The function control circuit performs the soft-start and short-circuit timer functions by measuring the voltage across the external capacitor as the capacitor is charged and discharged by the function control circuit.

The function control circuit performs the soft-start function by charging the capacitor from a completely discharged state to a point where the voltage across the capacitor is just below an "armed" level. Initially, from the completely discharged state, the capacitor is charged by a current source in the function control circuit. Because the capacitor voltage is below an "ON/OFF" voltage level at this point, the rest of the voltage regulator is held OFF by an "ON/OFF" signal from the function control circuit. However, once the capacitor voltage becomes greater than the "ON/OFF" voltage level, the rest of the voltage regulator is turned ON by the "ON/OFF" signal. The capacitor voltage continues to increase beyond the "ON/OFF" voltage level, the capacitor voltage is used by the voltage regulator controller circuit as a current limit signal to gradually increase the current drawn from the voltage source to the normal operating level.

Once the capacitor voltage reaches and continues to increase past the "armed" voltage level, the function control

6,100,678

3

circuit performs the short-circuit timer function. In doing so, when a short circuit detection circuit connected to the function control circuit detects a short at the output of the voltage regulator, a short circuit detection signal is provided by the short circuit detection circuit to the function control circuit. After the short circuit detection signal is received, a second current source in the function control circuit starts discharging the external capacitor. Once the capacitor discharges past a "threshold" voltage level, the function control circuit outputs a short circuit shutdown signal that causes the rest of the voltage regulator to shutdown. The discharging of the capacitor and shutting down of the voltage regulator can be overridden by providing an additional current source that provides a charge current to the capacitor equal to the amount of current being drained out of the capacitor by the second current source.

In some preferred embodiments of the present invention, a zener diode is provided in parallel with the external capacitor to prevent the voltage across the capacitor from going beyond a maximum voltage level during charging. Also in some preferred embodiments of the present invention, a voltage source is provided between the capacitor and the second current source that prevents the capacitor voltage from dropping below a minimum voltage level when discharging.

BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects and advantages of the present invention will be apparent upon consideration of the following detailed description, taken in conjunction with the accompanying drawings, in which like reference characters refer to like parts throughout, and in which:

FIG. 1 is a schematic block diagram of a portion of a voltage regulator controller circuit incorporating one embodiment of a function control circuit and an external capacitor in accordance with the principles of the present invention; and

FIG. 2 is a general illustration of the voltage at different times across the capacitor of the portion of the voltage regulator controller circuit shown in FIG. 1, in accordance with the principles of the present invention.

DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 illustrates a portion 100 of a voltage regulator controller circuit that provides soft-start and short-circuit timer functions in accordance with the present invention. As shown, portion 100 includes a function control circuit 102, a package pin 106, and an external capacitor 104. Function control circuit 102 includes a zener diode 108, a first current source 110, a voltage source 112, a switch 114, a second current source 116, three comparators 118, 120, and 122, a latch 124, and two "AND" logic devices 126 and 128. Current sources 110 and 116 and voltage source 112 may be any suitable current sources and voltage source. Switch 114 may be any suitable controllable switch such as a field effect transistor, bipolar junction transistor, relay, etc.

In operation, current source 110 provides a first current I1 to capacitor 104 through package pin 106. This current I1 causes the voltage Vc across capacitor 104 to increase. When voltage Vc is less than a logic LOW level, this voltage Vc at reset input ("R") of latch 124 causes latch 124 to be reset so that the output ("Q") of latch 124 is LOW. Once voltage Vc rises to the point where it exceeds the level provided by voltage reference V1 134, comparator 118 outputs a HIGH ON/OFF signal 140 that causes the remain-

4

der of the voltage regulator controller circuit to turn ON. Once the remainder of the voltage regulator controller circuit has turned ON, voltage Vc across capacitor 104 is used as a current limit signal 144 for the soft-start function of the voltage regulator.

When capacitor 104 charges to the point where its voltage exceeds the level provided by voltage reference V4 138, comparator 122 drives the set input ("S") of latch 124 HIGH, and, thereby, causes output Q of latch 124 to go HIGH. When HIGH, the output of latch 124 provides an "armed" signal to one of the inputs of each of "AND" logic devices 126 and 128. In this way, comparator 122 and latch 124 act as an arming circuit. By driving the armed signal inputs of logic devices 126 and 128 HIGH, the outputs of logic devices 126 and 128 become responsive to the other input of each of logic devices 126 and 128, and, thus, gate the signal provided at the other input of each of logic devices 126 and 128. In this way, logic devices 126 and 128 act as gating circuits. For example, short circuit detection signal 130, from a short circuit detection circuit (not shown) that is connected to the output of the voltage regulator, is gated by the output of logic device 128 when the armed signal output by latch 124 is HIGH. Accordingly, when short circuit detection signal 130 goes HIGH and the armed signal is HIGH, the output of logic device 128 goes HIGH (thereby providing a discharge signal) and drives switch 114 so that switch 114 becomes CLOSED.

Once CLOSED, switch 114 enables a second current I2 (that is greater than first current I1) to flow into current source 116. This second current I2 flows into current source 116 from first current source 110, capacitor 104, and shutdown override current 146. In normal operation, shutdown override current 146 is zero, and, thus, all of current I2 is provided by current source 110 and capacitor 104. Accordingly, the current drawn out of capacitor 104 by current source 116 when switch 114 is CLOSED is normally equal to current I2 minus current I1. As this current flows out of capacitor 104, voltage Vc across capacitor 104 also drops. When voltage Vc drops below a threshold voltage provided by voltage reference V3 136, the output of comparator 120 goes HIGH, thereby causing the output of logic device 126 to also go HIGH (as the armed signal input to logic device 126 is also HIGH). This HIGH output of logic device 126 is then provided to the rest of the voltage regulator controller circuit as short circuit shutdown signal 142 to shutdown the regulator due to a shorted output.

To limit the voltage that capacitor 104 charges to when no short circuit is detected, zener diode 108 is provided in parallel with capacitor 104. Once voltage Vc reaches the breakdown voltage of diode 108, current I1 from current source 110 is diverted away from capacitor 104 by diode 108, and, thus, voltage Vc is capped at that breakdown voltage. By limiting the voltage across capacitor 104, a maximum short-circuit discharge time for capacitor 104 is set.

Voltage source 112 is provided between capacitor 104 and current source 116 to prevent capacitor 104 from discharging below a minimum voltage. By preventing voltage Vc from dropping below this minimum voltage, ON/OFF signal 140 is prevented from going LOW and resetting latch 124 by the voltage at reset input R dropping below a LOW logic level. In this way, once circuit 102 becomes armed, the circuit will not disarm itself.

Although a particular arrangement of particular devices is shown in FIG. 1, the present invention may be implemented by other embodiments than that illustrated in FIG. 1. For

6,100,678

5

example, comparator 118 and voltage reference V1 134 may be omitted and ON/OFF signal 140 may always be HIGH, may be omitted, or may be provided by another circuit. As another example, the latching and logic functions provided by latch 124 and logic devices 126 and 128 may be replaced by any other suitable devices that provide arming and gating functions as described above. As yet another example, diode 108 could be omitted and the maximum voltage reached by capacitor 104 could be determined by one or more characteristics of current source 110. As still another example, voltage source 112 could be omitted and the minimum voltage reached by capacitor 104 could be determined by one or more characteristics of current sources 110 and 116.

Through function control circuit 102, the soft-start and short-circuit timer functions can be activated and controlled by a voltage regulator designer through single package pin 106. For example, to activate both functions, the designer simply has to connect external capacitor 104 to package pin 106. The size of the capacitor 104 selected by the designer in light of the characteristics of circuit 102 will then determine the current-limit-increase rate of the soft-start function and the minimum short-circuit-before-shutdown time of the short-circuit timer function. As another example, to disable the soft-start function, the designer can simply place a voltage source equal to voltage V4 accross the positive side of capacitor 104 and ground. As yet another example, to disable the short-circuit timer function, the designer simply has to connect a current source to pin 106 that provides current to capacitor 104 equal to current I2 minus current I1 when current source 116 tries to discharge capacitor 104.

As shown in FIG. 2, voltage Vc across capacitor 104 is illustrated over time for two possible scenarios. Between times T1 and T3, these two possible scenarios overlap, and accordingly, only a single graph line is shown in FIG. 2 by graph line segments 201 and 202. Starting at time T1, capacitor 104 is charged from a completely discharged state (shown as "0V" or 0 volts). Voltage Vc then increases with time so that voltage V1 is reached by time T2 as illustrated by graph line segment 201. Voltage V1 may be, for example, 0.6 volts, although any other suitable voltage may also be used. At this point, the remainder of the voltage regulator controller circuit is turned ON by ON/OFF signal 140 and voltage Vc is used to provide soft-start function current limit signal 144. Next, voltage Vc continues to increase to the arming voltage level at voltage V4 and time T3 as shown by graph line segment 202. Voltage V4 may be, for example, 3.5 volts, although any other suitable voltage may also be used. At this point, the armed signal provided by the output of latch 124 goes HIGH and the short-circuit timer function is activated.

Then, in a first scenario, short circuit detection signal 130 causes capacitor 104 to immediately discharge (and, thus, voltage Vc drops) as illustrated by graph line segment 204. The immediate discharging of capacitor 104 may be caused by the output of the voltage regulator being shorted to ground since any point in time up to and including time T3. As voltage Vc drops past voltage V3, short circuit shutdown signal 142 goes HIGH causing the remainder of the voltage regulator controller circuit to shutdown. Voltage V3 may be, for example, 2.6 volts, although any other suitable voltage may also be used. Once voltage Vc reaches voltage V2, voltage Vc is held at voltage V2 by voltage source 112 as illustrated by graph line segment 206. Voltage V2 may be, for example, 2.5 volts, although any other suitable voltage may also be used.

In a second scenario, once the arming voltage at voltage V4 is reached by voltage Vc at time T3, capacitor 104

6

continues to charge to voltage V5 at time T4 as shown by graph line segment 214. Voltage V5 may be, for example, 6.0 volts, although any other suitable voltage may also be used. At this point, voltage Vc across capacitor 104 is held at voltage V5 by zener diode 108 which has a breakdown voltage equal to voltage V5. Between times T4 and T5, zener diode 108 continues to maintain voltage Vc at voltage V5 as illustrated by graph line segment 208. Then at time T5, a short circuit detection signal 130 is received by function control circuit 102 and voltage Vc is caused to decrease as capacitor 104 discharges, as shown by graph line segment 210. As with the first scenario, once voltage Vc drops past voltage V3, short circuit shutdown signal 142 goes HIGH causing the remainder of the voltage regulator controller circuit to shutdown. Also, once voltage Vc reaches voltage V2, voltage Vc is held at voltage V2 by voltage source 112 as illustrated by graph line segment 212.

Although not shown, at any point in time after time T3 or T5 for the first or second scenarios, respectively, capacitor 104 could be recharged similarly to that shown in graph line segments 202 and 204 upon short circuit detection signal 130 going LOW. Upon such a recharging of capacitor 104, a subsequent receipt of a HIGH short circuit detection signal 130 would cause capacitor 104 to be redischarged, and possibly the controller circuit to be shutdown, as described above.

As shown in FIG. 2, the minimum and maximum discharge times of capacitor 104 to shutdown are shown by graph line segments 204 and 210, respectively. As can be seen, the minimum discharge time is equal to time T4 minus time T3 and the maximum discharge time is equal to time T6 minus time T5. Although, only two scenarios are illustrated in FIG. 2, an infinite number of other scenarios are possible as capacitor 104 could be caused to discharge at any voltage between and including voltages V4 and V5. Moreover, the times between any pair of times T1, T2, T3, T4, T5, and T6 could have any duration as a function of the size of capacitor 104, the sizes of current sources 110 and 116, the breakdown voltage of diode 108, the voltage of voltage source 112, the voltages of voltage references 134, 136, and 138, the timing of any short circuit detection signal 130, and the size and timing of any shutdown override current 146.

Persons skilled in the art will appreciate that the principles of the present invention can be practiced by other than the described embodiments, which are presented for purposes of illustration and not of limitation, and the present invention is limited only by the claims which follow.

What is claimed is:

1. A voltage regulator control circuit that provides a short-circuit timer function through a single package pin coupled to an external capacitor, comprising:

    charging and draining circuitry, coupled to the single package pin, that charges and drains voltage on the capacitor;

    monitoring circuitry, coupled to the capacitor that:

        a) causes the charging and draining circuitry to charge the capacitor when a SHORT CIRCUIT DETECTION signal indicates that a short circuit is not present;

        b) causes the charging and draining circuitry to discharge the capacitor once the capacitor voltage has reached an arming voltage-and while the SHORT CIRCUIT DETECTION signal indicates that a short circuit is present; and

        c) provides a SHORT CIRCUIT SHUTDOWN signal when the capacitor voltage has fallen below a threshold voltage.

6,100,678

7

2. The control circuit of claim 1, wherein the control circuit further provides a soft-start function and wherein the capacitor voltage is used to provide a CURRENT LIMIT signal for a portion of the time the capacitor is being charged.

3. The control circuit of claim 1, wherein the capacitor can be charged with a SHUTDOWN OVERRIDE signal once the capacitor voltage has reached an arming voltage and while the SHORT CIRCUIT DETECTION signal indicates that a short circuit is present.

4. The control circuit of claim 1, wherein the monitoring circuitry provides an ON signal to other voltage regulator circuitry when the capacitor voltage exceeds an ON/OFF voltage.

5. A method for providing a short-circuit timer function in a voltage regulator control circuit through a single package pin coupled to an external capacitor, comprising:

charging the capacitor when a SHORT CIRCUIT DETECTION signal indicates that a short circuit is not present;

discharging the capacitor once voltage on the capacitor has reached an arming voltage and while the SHORT CIRCUIT DETECTION signal indicates that a short circuit is present; and

providing a SHORT CIRCUIT SHUTDOWN signal when the capacitor voltage has fallen from the arming voltage to below a threshold voltage.

6. The method of claim 5, further providing a soft-start function, comprising:

providing the capacitor voltage as a CURRENT LIMIT signal for a portion of the time the capacitor is being charged.

7. The method of claim 5, further comprising:

charging the capacitor with a SHUTDOWN OVERRIDE signal once the capacitor voltage has reached an arming voltage and while the SHORT CIRCUIT DETECTION signal indicates that a short circuit is present.

8. The method of claim 5, further comprising providing an ON signal to other voltage regulator circuitry when the capacitor voltage exceeds an ON/OFF voltage.

9. A voltage regulator controller circuit that provides a soft-start function and a short-circuit timer function through a single package pin connected to an external capacitor, comprising:

a first current source that provides current to the capacitor through the single package pin so that a capacitor voltage is created in the capacitor;

an arming circuit that produces an ARMED signal when the arming circuit detects that the capacitor voltage exceeds an arming voltage;

a first gating circuit that produces a DISCHARGE signal when both a SHORT CIRCUIT DETECTION signal and the ARMED signal are present;

a second current source that drains current from the capacitor;

a switch that causes the second current source to drain current from the capacitor when the DISCHARGE signal is present;

a first comparator that produces a first comparator output when the capacitor voltage is below a threshold voltage; and

a second gating circuit that produces a SHORT CIRCUIT SHUTDOWN signal when the first comparator output and the ARMED signal are present.

10. The circuit of claim 9, wherein the arming circuit comprises:

8

a second comparator that produces a SET signal when the capacitor voltage exceeds the arming voltage; and

a latch that outputs the ARMED signal when the SET signal is present.

11. The circuit of claim 10, wherein the latch is reset when the capacitor voltage is below a LOW logic level.

12. The circuit of claim 9, wherein the first gating circuit is an "AND" logic device that receives the SHORT CIR-CUIT DETECTION signal and the ARMED signal as inputs, and that outputs the DISCHARGE signal.

13. The circuit of claim 9, wherein the switch is a field effect transistor.

14. The circuit of claim 9, wherein the switch is a bipolar junction transistor.

15. The circuit of claim 9, wherein the second gating circuit is an "AND" logic device that receives the first comparator output and the ARMED signal as inputs, and that outputs the SHORT CIRCUIT SHUTDOWN signal.

16. The circuit of claim 9, further comprising a zener diode that limits the capacitor voltage to a maximum voltage.

17. The circuit of claim 9, further comprising a voltage source that limits the capacitor voltage to a minimum voltage.

18. The circuit of claim 9, further comprising a third comparator that provides an ON/OFF signal when the capacitor voltage exceeds an ON/OFF voltage level.

19. The circuit of claim 9, wherein the capacitor voltage is used to set a current limit as part of the soft-start function of the voltage regulator controller circuit.

20. The circuit of claim 9, wherein a shutdown override current is provided to the capacitor that prevents the capacitor from being discharged by the second current source.

21. A method for providing a soft-start function and a short-circuit timer function in a voltage regulator controller circuit through a single package pin connected to an external capacitor, comprising:

providing current to the capacitor through the single package pin so that a capacitor voltage is created in the capacitor;

producing an ARMED signal when the capacitor voltage at the single package pin exceeds an arming voltage;

producing a DISCHARGE signal when both a SHORT CIRCUIT DETECTION signal and the ARMED signal are present;

draining current from the capacitor through the single package pin when the DISCHARGE signal is present;

producing a first comparator output when the capacitor voltage is below a threshold voltage; and

producing a SHORT CIRCUIT SHUTDOWN signal when both the first comparator output and the ARMED signal are present.

22. The method of claim 21, wherein the producing of the ARMED signal comprises:

producing a SET signal when the capacitor voltage exceeds the arming voltage; and

latching the ARMED signal when the SET signal is present.

23. The method of claim 22, wherein the ARMED signal that is latched is reset when the capacitor voltage is below a LOW logic level.

24. The method of claim 21, wherein the producing of the DISCHARGE signal is performed using an "AND" logic device that receives the SHORT CIRCUIT DETECTION signal and the ARMED signal as inputs, and that outputs the DISCHARGE signal.

6,100,678

<table>
<tr><td>9</td><td>10</td></tr>
</table>

**25**. The method of claim **21**, wherein the draining of the current is performed using a field effect transistor.

**26**. The method of claim **21**, wherein the draining of the current is performed using a bipolar junction transistor.

**27**. The method of claim **21**, wherein the producing of the SHORT CIRCUIT SHUTDOWN signal is performed using an "AND" logic device that receives the first comparator output and the ARMED signal as inputs, and that outputs the SHORT CIRCUIT SHUTDOWN signal.

**28**. The method of claim **21**, further comprising limiting the capacitor voltage to a maximum voltage.

**29**. The method of claim **21**, further comprising limiting the capacitor voltage to a minimum voltage.

**30**. The method of claim **21**, further comprising providing an ON/OFF signal when the capacitor voltage exceeds an ON/OFF voltage level.

**31**. The method of claim **21**, further comprising setting a current limit using the capacitor voltage as part of the soft-start function of the voltage regulator controller circuit.

**32**. The method of claim **21**, further comprising providing a shutdown override current to the capacitor that prevents the capacitor from being discharged.

* * * * *

EXHIBIT H



US005212618A

# United States Patent [19]

## O'Neill et al.

| | |
|---|---|
| [11] | Patent Number: **5,212,618** |
| [45] | Date of Patent: **May 18, 1993** |

[54] **ELECTROSTATIC DISCHARGE CLAMP USING VERTICAL NPN TRANSISTOR**

[75] Inventors: **Dennis P. O'Neill**, San Mateo County; **William C. Rempfer**; **Robert C. Dobkin**, both of Santa Clara County, all of Calif.

[73] Assignee: **Linear Technology Corporation**, Milpitas, Calif.

[21] Appl. No.: **518,151**

[22] Filed: **May 3, 1990**

[51] Int. Cl.⁵ ........................ H02H 9/04; H02L 27/04
[52] U.S. Cl. ........................................ **361/56**; 361/91; 257/356
[58] Field of Search ................. 361/56, 91; 357/23.13

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,230,429 | 1/1966 | Stehney | 361/56 |
| 3,967,295 | 6/1976 | Stewart | 357/23.13 |
| 4,106,048 | 8/1978 | Khajezadeh | 361/56 |
| 4,131,908 | 12/1978 | Daub et al. | 357/23.13 |
| 4,367,509 | 1/1983 | Snyder et al. | 361/91 |
| 4,400,711 | 8/1983 | Avery | 361/56 |
| 4,543,593 | 9/1985 | Fujita | 361/91 |
| 4,567,500 | 1/1986 | Avery | 361/56 |
| 4,573,099 | 2/1986 | Ganesan et al. | 361/56 |
| 4,652,902 | 3/1987 | Takata et al. | 357/23.13 |
| 4,656,491 | 4/1987 | Igarashi | 357/23.13 |
| 4,937,471 | 6/1990 | Park et al. | 357/23.13 |
| 4,939,616 | 7/1990 | Rountree | 361/56 |
| 4,990,802 | 2/1991 | Smooha | 357/23.13 |
| 5,010,380 | 4/1991 | Avery | 357/23.13 |
| 5,027,181 | 6/1991 | Larik et al. | 361/56 |
| 5,099,302 | 3/1992 | Pavlin | 357/23.13 |
| 5,159,518 | 10/1992 | Roy | 361/91 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 269946 | 7/1989 | German Democratic Rep. | |
| 2-214164 | 8/1990 | Japan | |
| 2090701 | 7/1982 | United Kingdom | 357/23.13 |
| 2127214 | 4/1984 | United Kingdom | |

2210197  6/1989  United Kingdom .

*Primary Examiner*—Geoffrey S. Evans
*Attorney, Agent, or Firm*—Flehr, Hohbach, Test, Albritton & Herbert

[57] **ABSTRACT**

An electrostatic discharge protection clamp particularly useful for with bipolar and biCMOS integrated circuits include an NPN transistor formed in an isolated tub in an epitaxial layer grown on a substrate. The collector of the NPN transistor is connected to the input terminal, and the emitter of the NPN transistor is connected to the substrate. A resistor interconnects the base and the emitter. Advantageously, the P-doped base can abut the P-doped isolation region forming the tub, and the P-doped isolation region can interconnect the emitter to the substrate. Below $BV_{CES}$ the clamp will look like an open circuit, and above $BV_{CES}$ the transistor will start conducting current. The transistor will break down collector to base. Conduction of the transistor causes a voltage drop across the base-emitter junction, and when this voltage drop exceeds the base-emitter forward voltage the transistor will turn on. Once the transistor is turned on and current starts flowing in the emitter, avalanche effects will cause the breakdown voltage to snap back to $BV_{CEO}$ and remain there until the emitter current drops below some low level, which will be at the end of the electrostatic discharge pulse. In the negative direction the tub provides an effective clamp which will clamp the voltage to a low value and limit the power dissipation in the junction. Alternatively, a bidirectional clamp can be provided in which a second NPN transistor is fabricated in the tub with the emitter of the second transistor connected to the input terminal and the collectors of the two transistors being interconnected by the N-doped epitaxial layer of the tub. The dopant conductivities can be reversed.

**21 Claims, 4 Drawing Sheets**





*FIG.—1*



*FIG.—2A*



*FIG.—2B*



FIG.—3A

FIG.—3B

FIG.—5A          FIG.—5B



FIG.—4A          FIG.—4B



FIG.—6A

FIG.—6B



*FIG. - 7*



*FIG. - 8*

5,212,618

1

# ELECTROSTATIC DISCHARGE CLAMP USING VERTICAL NPN TRANSISTOR

## BACKGROUND OF THE INVENTION

This invention relates generally to electrostatic discharge clamps, and more particularly to a voltage clamp employing a vertical NPN transistor structure.

The input terminals to bipolar circuits must be provided with electrostatic discharge clamps in order to protect the bipolar circuitry, especially sensitive input structures. The human body, for example, can be modeled as a charged 100 PF capacitor in series with a 1.5 K ohm resistor with capacitor voltages sometimes exceeding 10 KV. Thus, a human body can provide peak voltage and current sufficient to damage circuits designed to operate at a low voltage level.

Protection against electrostatic discharge voltages is conventionally provided by placing or connecting input terminals to a negative doped region, in a semiconductor substrate which has a positive dopant concentration. The resulting PN junction, or diode, will clamp the input terminal to a low negative voltage relative to the substrate value by discharging a large negative voltage to the substrate. This is much less effective for positive electrostatic discharge voltages, however, because the reverse biased diode is less capable of clamping at a voltage low enough to prevent damage. To be useful, electrostatic discharge circuits must clamp well in both directions.

Protection against voltage discharge has heretofore been provided in MOS circuits by connecting the input terminal to a lateral NPN transistor. This invention is directed to a novel clamp particularly useful with bipolar circuits and biCMOS circuits and which can be effective for positive and negative electrostatic discharge voltages.

## SUMMARY OF THE INVENTION

An object of the present invention is to provide an improved electrostatic discharge clamp.

Another object of this invention is to provide an improved clamp which is effective for both positive and negative electrostatic discharge.

Still another object of the invention is to provide an electrostatic discharge clamp which is particularly useful with bipolar and biCMOS circuits.

One feature of the invention is an electrostatic discharge clamp including a vertical NPN transistor which can clamp an input terminal to $BV_{CEO}$ of the transistor after a voltage exceeding $BV_{CES}$ of the transistor is applied to the terminal. Below $BV_{CEO}$ the clamp appears as an open circuit.

The vertical NPN transistor is fabricated in an N-doped region formed in a P-doped substrate. The transistor is in parallel with a diode formed by the region and substrate. The base and emitter of the transistor are interconnected by a resistance, which can be the resistance of the base region

In operation, the clamp will break down collector to base to limit positive electrostatic discharge. Below $BV_{CES}$ the clamp will look like an open circuit. Above $BV_{CES}$ the transistor will start conducting current because the transistor breaks down from collector to base. The geometry of the transistor is such that at least part of the breakdown current flows through the base resistance thereby causing a voltage drop across the base resistance. The emitter is placed near the end of the base

2

which will be at the highest potential, and the emitter is shorted to the end of the base which is at the lower potential. When this voltage drop exceeds the base-emitter forward voltage, the transistor will turn on. Once the transistor is on and current flows in the emitter, avalanche effects will cause breakdown voltage to snap back to $BV_{CEO}$ and remain there until the emitter current drops back to some low level, which will happen at the end of the electrostatic discharge pulse. Accordingly, the clamp works by limiting the power (I.V) dissipated to a level that prevents damage.

The objects and features of the invention will be more readily understood from the following detailed description and dependent claims when taken with the drawing.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic diagram of an electrostatic discharge clamp in accordance with the invention.

FIGS. 2A and 2B are a sectional view and a plan view respectively, of one embodiment of the clamp of FIG. 1.

FIGS. 3A and 3B are a section view and a plan view, respectively, of another embodiment of the clamp of FIG. 1.

FIGS. 4A and 4B are a plan view and schematic, respectively, of a bidirectional clamp in accordance with the invention.

FIGS. 5A and 5B are a plan view and sectional view, respectively, of an alternative embodiment of the invention

FIGS. 6A and 6B are a plan view and sectional view, respectively, of another embodiment of the invention.

FIGS. 7 and 8 are sectional views of biCMOS circuits which are equivalent to FIGS. 2A and 4A, respectively.

## DETAILED DESCRIPTION OF ILLUSTRATIVE EMBODIMENTS

Referring now to the drawing, FIG. 1 is a schematic of an electrostatic discharge clamp in accordance with the invention. The clamp comprises a vertical NPN transistor 10 having its collector connected to the input terminal 12 and its emitter connected to the substrate. A resistor $R_B$ interconnects the base of the transistor and the emitter. A substrate diode 14 is connected in parallel with transistor 10 with the cathode of the diode connected to the input terminal 12 and the anode of the diode connected to the substrate. The clamp is fabricated in an N-doped tub formed in a P-doped substrate.

FIGS. 2A and 2B are a section view and plan view, respectively, of one embodiment of the clamp of FIG. 1. In this embodiment a P-doped substrate 20 has a N-doped epitaxial layer 22 formed thereon. P-doped isolation regions 24 define an isolation region or tub in the epitaxial layer 22. The NPN transistor of the clamp of FIG. 1 is fabricated in the isolated tub with an N+ buried layer 26 between the substrate 20 and the isolated epitaxial layer 22 which functions as the collector, a P-doped region 28 functioning as the base, and an N+ doped region 30 functioning as the emitter. An N+ sinker 32 is formed from the surface of the epitaxial layer to the buried layer 26 to provide a low resistance surface contact to the collector. An N+ diffusion 33 is made to provide a contact surface to the sinker 32. The collector is interconnected to the input terminal (not shown), and the base and emitter are interconnected to a substrate contact 34 which can be provided on the P+

5,212,618

**3**

isolation region **24**. The base is interconnected with the contact **34** through a resistance **36** which can be a discrete resistor fabricated on the surface of the epitaxial layer. Alternatively, the resistor can be the resistance of the base region between the emitter and the isolation region since the value of the resistor from the base of the clamp to ground is noncritical and can vary from several ohms to several hundred ohms.

This is illustrated in FIGS. 3A and 3B which are a section view and a plan view, respectively, of another embodiment of the clamp of FIG. 1. This structure is similar to the structure of FIGS. 2A and 2B, and like elements have the same reference numerals. However, in this embodiment the base region **28** abuts the isolation region **24** with the resistance **36** provided solely by the resistance of the base region between the emitter and the isolation region **24**. As long as a portion of the emitter/ base junction is in the tub away from the isolation region, transistor action will occur. The base resistor now comprises the pinched resistance underneath the emitter **30** and the base resistance extending from the emitter to the isolation region.

It will be noted that the collector/base breakdown will occur first at the corners of the base, then at a slightly higher voltage, breakdown will occur et the edges of the base and finally at the bottom of the base. For the current levels which occur during an electrostatic discharge spike (i.e. several amperes) voltage drops in the base are sufficient for breakdown to occur in all three of the areas. Additionally, it will be noted that the N+ sinker to the collector helps minimize the collector resistance; hence, the voltage drop across the clamp at high currents. However, the clamp is operable at 10 KV even without the sinker.

The clamp as illustrated in FIGS. 1–3 is operable for device pins which are driven positive with respect to the substrate of the device in normal operation. In the negative direction the clamp is limited to the $V_{BE}$ of the tubsubstrate diode. Such a clamp is satisfactory for most bipolar devices; however, some inputs in bipolar devices must look like an open circuit when driven, plus or minus 30 V with respect to the substrate.

FIGS. 4A and 4B are a plan view and schematic, respectively, of another embodiment of the invention which is operates in both directions and allows the input pin to go ±60 V without clamping action. In this embodiment, two transistors, Q1 and Q2, are formed in z tub **40**. The emitter **41** of transistor Q1 is connected to an input terminal **42** and through a small distributed base resistance R1 to the base **43** of transistor Q1. The emitter **44** of transistor Q2 is connected to ground and through a small distributed base resistance R2 to the base **46** of transistor Q2, similar to the circuitry of FIGS. 1–3. The collectors of transistors Q1 and Q2 are interconnected and comprise the N-doped tub and buried layer **40**, as in the structure of FIGS. 1–3.

In operation, when the input pin is pulled positive the P-type base of transistor Q2 will forward bias to the tub, but the tub will not conduct until the voltage on the tub exceeds the $BV_{CES}$ of transistor Q2. Once the tub voltage exceeds $BV_{CES}$ of transistor Q2, transistor Q2 will turn on and an SCR can form and clamp the tub voltage to $BV_{CEO}$ or less as described above with reference to the clamps of FIGS. 1–3. In the negative direction two diodes are formed. The first diode is from the base of transistor Q2 to the tub, and since the Q2 base is tied to the substrate this diode will turn on when the tub is below the substrate by $1V_{BE}$. The second diode is the

**4**

inherent substrate to tub diode which will forward bias when the tub is pulled below substrate by $1V_{BE}$. The diodes will not conduct, however, until the emitter of transistor Q1 is pulled negative with respect to the tub by a voltage greater than $BV_{CES}$ of transistor Q1. At this point transistor Q1 will turn on and an SCR can form and clamp the voltage from the tub to its emitter at $BV_{CEO}$ voltage or less. This operation is similar to the clamps of FIGS. 1–3 and the operation of the Q2 clamp for positive voltages.

Accordingly, the input pin voltage range for normal operation can be plus or minus $BV_{CES}$ (typically 60–80 V) and during an electrostatic discharge spike the input pin will be clamped to plus or minus $BV_{CEO}$ (typically 40–50 V) plus $1V_{BE}$. Other variations in the structure of the clamp transistor can be made.

FIGS. 5A and 5B are a plan view and section view, respectively, of one embodiment in which the size of the emitter region **50** is increased. In this embodiment the breakdown current will flow from the collector region to the end of the contact **52** that is outside of the emitter region **50**. Part of the current flowing into the base at the opposite end of the base must flow beneath the emitter, and in doing so will raise the potential of the base under the emitter sufficiently to forward bias the base-emitter junction and turn on the transistor.

Another embodiment of the invention includes forming an opening in the center of the emitter to expose the base, as illustrated in the plan view and section view of FIGS. 6A and 6B. The emitter is **60**, the opening is **62**, the base is **66**, and the initial contact to the base and emitter is **64**. This forces all of the breakdown current from the edges of the base to flow beneath the emitter, through the pinched resistance so that the emitter/base junction forward biases evenly around its entire periphery.

The invention has been described in bipolar embodiments with respect to FIGS. 2A-2B and 4A-4B. However, the invention is applicable in other circuits, such as biCMOS, as illustrated in the section views cf FIGS. 7 and 8. FIG. 7 is equivalent to FIG. 2A except a diffused N− well in a P-substrate is employed rather than an epitaxial layer grown on a substrate. Like elements have the same reference. P diffusions **25** and **27** serve to make contact to the lightly doped substrate **20** and base **28**, respectively. Similarly, FIG. 8 is equivalent to FIG. 4A.

There has been described an improved electrostatic discharge protection clamp in which a vertical NPN transistor is used to clamp the input pin to $BV_{CEO}$ of the transistor and limit power dissipation during an ESD spike. The geometry can be arranged so that below $BV_{CES}$ the clamp is an open circuit, and above $BV_{CES}$ the breakdown current will flow in such a way as to forward bias the base-emitter junction and promote avalanche multiplication of the base current and cause the transistor to clamp at a voltage near $BV_{CEO}$ for the duration of the spike.

While the invention has been described with reference to specific embodiments, the description is illustrative of the invention and is not to be construed as limiting the invention. For example, the conductivity types can be reversed in the several illustrative embodiments. Thus, various modifications and applications may occur to those skilled in the art without departing from the true spirit and scope of the invention as defined by the appended claims.

We claim:

5,212,618

| 5 | 6 |

**1.** An electrostatic discharge protection clamp for an input terminal to an integrated circuit comprising:

a semiconductor substrate of one conductivity type,

a first semiconductor region of opposite conductive type abutting a surface of said substrate,

a vertical bipolar transistor formed in said first semi-conductor region and having emitter, base, and collector regions, with said collector region being coupled to said input terminal and diode-connected to said substrate, and with said base region being coupled to said emitter region via a current limiting resistive elements, said vertical bipolar transistor having a collector-base breakdown voltage below a pre-selected voltage level such that said vertical bipolar transistor is inactive at input voltages applied to said input terminal below the pre-selected breakdown voltage and forms a current path for discharging excess charge on said input terminal when said input voltage exceeds the pre-selected voltage level.

**2.** The electrostatic discharge clamp as defined by claim **1** wherein said integrated circuit comprises a bipolar circuit and wherein said transistor breakdown voltage corresponds to the breakdown voltage between said collector and base regions of said vertical bipolar transistor, said first semiconductor region being an epitaxial layer grown on said substrate.

**3.** The electrostatic discharge clamp as defined by claim **1** wherein said integrated circuit comprises a biCMOS circuit and wherein said transistor breakdown voltage corresponds to the breakdown voltage between said collector and base regions of said vertical bipolar transistor, said first region being a doped region in said substrate.

**4.** A bidirectional electrostatic discharge protection clamp for an input terminal to an integrated circuit comprising:

a P-doped semiconductor substrate,

an N-doped semiconductor layer grown on a surface of said P-doped semiconductor substrate,

a P-doped isolation region extending from a surface of said N-doped layer to said substrate and surrounding a tub of said N-doped layer,

a vertical NPN bipolar transistor formed in said tub, said transistor having a collector diode-connected to said substrate comprising said N-doped layer in said tube, a base comprising a P-doped region in said N-doped layer in said tub, and an N-doped emitter in said P-doped region, said vertical bipolar transistor having a collector-base breakdown volt-age below a pre-selected voltage level such that said vertical bipolar transistor is inactive at input voltages applied to said input terminal below the pre-selected breakdown voltage and forms a cur-rent path for discharging excess charge on said input terminal when said input voltage exceeds the pre-selected voltage level,

resistive means interconnecting said base to said emit-ter, and

interconnect means connecting said collector to said input terminal.

**5.** The electrostatic discharge protection clamp as defined by claim **4** wherein said substrate is connected to circuit ground.

**6.** The electrostatic discharge protection clamp as defined by claim **4** wherein said collector further in-cludes a buried N+ doped region between said tube and said substrate.

**7.** The electrostatic discharge protection clamp as defined by claim **4** wherein said base P-doped region abuts said P-doped isolation region, said resistive means comprising the resistance of said P-doped region.

**8.** The electrostatic discharge protection clamp as defined by claim **4** wherein said N-doped emitter has a central opening exposing said base.

**9.** An electrostatic discharge protection clamp for an input terminal to an integrated circuit comprising:

a P-doped semiconductor substrate,

an N-doped epitaxial semiconductor layer grown on a surface of said P-doped semiconductor substrate,

a P-doped isolation region extending from a surface of said epitaxial layer to said substrate and sur-rounding a tub of said epitaxial layer,

a vertical NPN transistor formed in said tub, said transistor having a collector comprising said N-doped epitaxial layer in said tube and a buried N+ doped region between said tub and said substrate, a base comprising a P-doped region in said N-doped epitaxial layer in said tub, and an N-doped emitter in said P-doped region,

an n+ region extending between the surface of said tub and the N+ buried region to provide contact from the surface to the buried region,

resistive means interconnecting said base to said emit-ter,

first interconnect means connecting said collector to an input terminal, and

second interconnect means connecting said emitter to said substrate.

**10.** The electrostatic discharge protection clamp as defined by claim **9** wherein said base and emitter are connected to said substrate through said P-doped isola-tion region.

**11.** The electrostatic discharge protection clamp as defined by claim **10** wherein said base P-doped region abuts said P-doped isolation region, said resistive means comprising the resistance of said P-doped region.

**12.** A bidirectional electrostatic discharge protection clamp for an input terminal to an integrated circuit, said protection clamp being disposed to prevent first and second preselected electrostatic discharge voltages of first and second polarities impressed upon said input terminal from exceeding first and second breakdown voltages characteristic of first and second vertical bipo-lar transistors, respectively, comprising:

a semiconductor substrate of one conductivity type,

a first semiconductor region of opposite conductivity type abutting a surface of said substrate,

first and second vertical bipolar transistors formed in said first semiconductor region, each of said tran-sistors having an emitter, a base, a collector, and an input terminal, said first and second vertical bipolar transistors being inactive at input voltages applied to said input terminal below the first and second pre-selected voltages, respectively, and forming first and second current paths for discharging ex-cess charge on said input terminal when said input voltage exceeds the first pre-selected voltages, respectively,

first interconnect means connecting emitter of said first transistor to said input terminal,

first resistive means connecting said base of said first transistor to said input terminal,

second interconnect means connecting said emitter of said second transistor to said substrate, and

5,212,618

7

8

second resistive means connecting said base of said second transistor to said substrate.

**13.** The electrostatic discharge clamp as defined by claim **12** wherein said integrated circuit comprises a bipolar circuit and wherein said first and second transistor breakdown voltages respectively correspond to the breakdown voltages between said collector and base regions of said first and second vertical bipolar transistors, said first semiconductor region being an epitaxial layer grown on said substrate.

**14.** The electrostatic discharge clamp as defined by claim **12** wherein said integrated circuit comprises a biCMOS circuit and wherein said first and second transistor breakdown voltages respectively correspond to the breakdown voltages between said collector and base regions of said first and second vertical bipolar transistors, said first region being a doped region in said substrate.

**15.** A bidirectional electrostatic discharge protection clamp for an input terminal to an integrated circuit, said protection clamp being disposed to prevent electrostatic discharge voltages of first and second polarities impressed upon said input terminal from exceeding first and second breakdown voltages characteristic of first and second vertical bipolar transistors, respectively, comprising:

a P-doped semiconductor substrate,

an N-doped layer grown on a surface of said P-doped semiconductor substrate,

a P-doped isolation region extending from a surface of said N-doped layer to said substrate and surrounding a tub of said N-doped layer,

first and second NPN bipolar transistors formed in said tub, each of said transistors having a collector diode-connected to said substrate comprising said N-doped layer in said tub, each of said transistors having a base comprising P-doped regions in said N-doped layer in said tub, and each of said transistors having an N-doped emitter in one of said P-doped regions wherein said first and second bipolar transistors have collector-base breakdown voltages such that said transistors are inactive at input voltages applied to said input terminal below the first and second breakdown voltages, respectively,

interconnect means connecting said emitter of said first transistor to said input terminal, first resistive means connecting said base of said first transistor to said input terminal, and

second resistive means connecting said base of said second transistor to said substrate.

**16.** The bidirectional electrostatic discharge protection clamp as defined by claim **15** wherein said substrate is connected to circuit ground and said base and said emitter of said second transistor are connected to said substrate.

**17.** The bidirectional electrostatic discharge protection clamp as defined in claim **16** wherein said base and emitter of said second transistor are connected to said substrate through said P-doped isolation region.

**18.** The bidirectional electrostatic discharge protection clamp as defined by claim **17** wherein said base P-doped region of said second transistor abuts said P-doped isolation region, said resistive means comprising the resistance of said P-doped region.

**19.** The bidirectional electrostatic discharge protection clamp as defined by claim **18** wherein said collectors further include a buried N+ doped region between said tub and said substrate.

**20.** A bidirectional electrostatic discharge protection clamp for an input terminal to an integrated circuit comprising:

a P-doped semiconductor substrate connected to circuit ground,

an N-doped epitaxial layer grown on a surface of said P-doped semiconductor substrate,

a P-doped isolation region extending from a surface of said epitaxial layer to said substrate and surrounding a tub of said epitaxial layer,

first and second NPN bipolar transistors formed in said tub, each of said transistors having a collector comprising said N-doped layer in said tub wherein said collectors further include a buried N+ doped region between said tub and said substrate, each of said transistors having a base comprising P-doped regions in said N-doped epitaxial layer in said tub wherein said base P-doped region of said second transistor abuts said P-doped isolation region, and each of said transistors having an N-doped emitter in one of said P-doped regions wherein said base and wherein said base and said emitter of said second transistor are connected to said substrate through said P-doped isolation region,

an n+ region extending between the surface of said tub and the N+ buried region to provide contact from the surface to the buried region,

an input terminal,

first interconnect means connecting said emitter of said first transistor to said input terminal,

first resistive means connecting said base of said first transistor to said input terminal, said first resistive means comprising the resistance of said P-doped region,

second interconnect means connecting said emitter of said second transistor to said substrate, and

second resistive means connecting said base of said second transistor to said substrate, said resistive means comprising the resistance of said P-doped region.

**21.** An electrostatic discharge protection clamp for an input terminal to an integrated circuit comprising:

a semiconductor substrate of one conductivity type,

a first semiconductor region of opposite conductive type abutting a surface of said substrate,

a vertical bipolar transistor formed in said first semiconductor region and having emitter, base, and collector regions, with said collector region being coupled to said input terminal and said base region being coupled to said emitter region via a current limiting resistive element, said vertical bipolar transistor having a collector-base voltage below a pre-selected voltage level such that said vertical bipolar transistor is inactive at input voltages applied to said input terminal below the pre-selected breakdown voltage and forms a current path for discharging excess charge on said input terminal when said input voltage exceeds the pre-selected voltage level, and

a PN junction connecting said substrate to said collector region.

* * * * *

# UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. :    5,212,618                          Page 1 of 2

DATED      :    May 18, 1993

INVENTOR(S) :   O'Neill et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

TITLE PAGE

In the abstract, line 2, delete "with".

In the abstract, line 3, change "include" to --includes--.

At column 3, line 39, change "tubsubstrate" to --substrate--.

At column 3, line 47, delete "z".

At column 3, line 58, change "Q2" to --Q1--.

At column 5, line 12, change "elements" to --element--.

At column 5, line 13, delete "below" and insert --above--.

At column 5, line 47, change "tube" to --tub--.

At column 5, line 51, delete "below" and insert --above--.

At column 5, line 67, change "tube" to --tub--.

At column 6, line 18, change "tube" to --tub--.

At column 6, line 43, change "voltages" to --voltage--.

At column 6, line 43, change "characteristic" to --characteristics--.

At column 6, line 61, after "first" insert --and second--.

At column 7, line 25, change "voltages" to --voltage--.

At column 7, line 25, change "characteristic" to --characteristics--.

At column 8, line 26, delete "and wherein said base".

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 5,212,618                                     Page 2 of 2

DATED      : May 18, 1993

INVENTOR(S) :   O'Neill et al.

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

At column 8, line 56, delete "below" and insert --above--.

Signed and Sealed this

Thirteenth Day of September, 1994

*Attest:*

BRUCE LEHMAN

*Attesting Officer*          *Commissioner of Patents and Trademarks*