IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANALOG DEVICES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-346 (GMS) |
| | ) |
| LINEAR TECHNOLOGY CORP., | ) |
| | ) |
| Defendant. | ) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Gabrielle E. Higgins, Esq. of Ropes & Gray LLP, 525 University Avenue, Suite 300, Palo Alto, California, 94301 to represent defendant Linear Technology Corporation in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Karen Jacobs Louden*
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
   Attorneys for defendant Linear Technology
   Corporation

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____          _____
                                          United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

*/s/ Gabrielle Higgins*
Gabrielle E. Higgins
ROPES & GRAY LLP
525 University Avenue, Suite 300
Palo Alto, CA 94301
(650) 617-4015

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 14, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

    Frederick L. Cottrell, III

I further certify that on August 14, 2006, copies of the foregoing were caused to be served by hand on the following counsel in the manner indicated:

Frederick L. Cottrell, III
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

/s/ Karen Jacobs Louden
Karen Jacobs Louden (#2881)
klouden@mnat.com