IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANALOG DEVICES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) ) ) | |
| | ) | |
| v. | ) | C.A. No. 06-346 (GMS) |
| | ) | |
| LINEAR TECHNOLOGY CORP., | ) ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, subject to the approval of the Court, that the time within which Analog Devices, Inc. ("Analog") must answer or otherwise respond to the First Amended Answer and Counterclaims (D.I. 14) is hereby extended through and including September 18, 2006. Analog requests this extension to permit it additional time to review and evaluate the Counterclaim.

_Kelly E. Farnan_
Frederick L. Cottrell, III (#2555)
Matthew W. King (#4566)
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Plaintiff/Counterclaim Defendant

/s/ Karen Jacobs Louden
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Attorneys for Defendant/Counterclaim Plaintiff

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Gregory M. Sleet