IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANALOG DEVICES, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LINEAR TECHNOLOGY CORP., )<br>)<br>Defendant. )<br>) | C. A. No. 06-346-GMS<br><br>**JURY TRIAL DEMANDED** |

### MOTION AND ORDER FOR *PRO HAC VICE* APPEARANCE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of David L. Cavanaugh of Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue, N.W., Washington, D.C. 20006 to represent Plaintiff, Analog Devices, Inc., in this matter

OF COUNSEL:

Wayne L. Stoner
Benjamin M. Stern
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Dated: October 2, 2006

*/s/ Kelly E. Farnan*
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Kelly E. Farnan (#4395)
Farnan@rlf.com
Matthew W. King (#4566)
King@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Tel: (302) 651-7700
Fax: (302) 651-7701
*Attorneys for Plaintiff Analog Devices, Inc.*

### ORDER GRANTING MOTION

SO ORDERED this _____ day of October, 2006.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the Commonwealth of Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

David L. Cavanaugh
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

DATE: October 2, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 2, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the address and in the manner indicated below:

**BY HAND**

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Robert C. Morgan, Esq.
Laurence S. Rogers, Esq.
Ropes & Gray, LLP
1251 Avenue of the Americas
New York, NY 10020

Mark D. Rowland, Esq.
Ropes & Gray, LLP
525 University Avenue
Suite 300
Palo Alto, CA 94301

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Farnan@rlf.com

RLF1-3018521-2