IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANALOG DEVICES, INC., ) | |
|     Plaintiff/Counterclaim ) | C. A. No. 06-346-GMS |
|     Defendant, ) | |
| ) | |
| vs. ) | |
| ) | |
| LINEAR TECHNOLOGY CORP., ) | |
|     Defendant/Counterclaim ) | |
|     Plaintiff. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 16, 2006 Analog Devices, Inc.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a) were served upon the following counsel of record at the addresses and in the manner indicated:

**BY HAND**

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Robert C. Morgan, Esq.
Laurence S. Rogers, Esq.
Ropes & Gray, LLP
1251 Avenue of the Americas
New York, NY 10020

Mark D. Rowland, Esq.
Ropes & Gray, LLP
525 University Avenue, Suite 300
Palo Alto, CA 94301

*/s/ Kelly E. Farnan*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
  Attorneys for Plaintiff

Dated: October 18, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 18, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the address and in the manner indicated below:

### BY HAND

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

### BY FEDERAL EXPRESS

Robert C. Morgan, Esq.
Laurence S. Rogers, Esq.
Ropes & Gray, LLP
1251 Avenue of the Americas
New York, NY 10020

Mark D. Rowland, Esq.
Ropes & Gray, LLP
525 University Avenue
Suite 300
Palo Alto, CA 94301

_Kelly E. Farnan_
Kelly E. Farnan (#4395)
Farnan@rlf.com