IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANALOG DEVICES, INC.,         ) | |
|      ) | |
|    Plaintiff/Counterclaim Defendant,   ) | |
|      ) | |
|    v.   ) | C.A. No. 06-346 (GMS) |
|      ) | |
| LINEAR TECHNOLOGY CORP.,   ) | |
|      ) | |
|    Defendant/Counterclaim Plaintiff.   ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Linear Technology Corporation's First Set of Interrogatories (Nos. 1-91) and (2) Linear Technology Corporation's First Request for Production of Document and Things (Nos. 1-69) were caused to be served on October 18, 2006 upon the following in the manner indicated:

### BY HAND

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

### BY FEDERAL EXPRESS

Wayne L. Stoner
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ Karen Jacobs Louden*

                                      _____
                                      Jack B. Blumenfeld (#1014)
                                      Karen Jacobs Louden (#2881)
                                      1201 N. Market Street
                                      P.O. Box 1347
                                      Wilmington, DE  19899
                                      (302) 658-9200
                                      klouden@mnat.com
                                        *Attorneys for Defendant*
                                        *Linear Technology Corporation*

OF COUNSEL:

Robert C. Morgan
Laurence S. Rogers
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY  10020
(212) 596-9000

Mark D. Rowland
Ropes & Gray LLP
525 University Avenue
Suite 300
Palo Alto, CA  94301
(650) 617-4000

October 18, 2006

## **CERTIFICATE OF SERVICE**

I, Karen Jacobs Louden, hereby certify that on October 18, 2006 I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Frederick L. Cottrell, III
> RICHARDS, LAYTON & FINGER

I also certify that copies were caused to be served on October 18, 2006 upon the following in the manner indicated:

### **BY HAND**

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

### **BY FEDERAL EXPRESS**

Wayne L. Stoner
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

*/s/ Karen J. Louden (#2881)*
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
klouden@mnat.com