IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANALOG DEVICES, INC., | ) | |
| | ) | |
|     Plaintiff/Counterclaim Defendant, | ) ) | |
| | ) | |
| v. | ) | C.A. No. 06-346 (GMS) |
| | ) | |
| LINEAR TECHNOLOGY CORP., | ) | |
| | ) | |
|     Defendant/Counterclaim Plaintiff. | ) ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, subject to the approval of the Court, that Count XI and allegations in the Complaint directed to U.S. Patent No. 6,208,279 (the "'279 patent") are hereby dismissed without prejudice. Each party is to bear its own attorney fees, expenses and costs with respect to the '279 patent.

*Kelly E Farnan* (signature)
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Plaintiff/Counterclaim Defendant

/s/Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com
Karen Jacobs Louden (#2881)
klouden@mnat.com
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Attorneys for Defendant/Counterclaim Plaintiff

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Gregory M. Sleet