IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANALOG DEVICES, INC., )<br>)<br>Plaintiff/Counterclaim )<br>Defendant, )<br>)<br>v. )<br>)<br>LINEAR TECHNOLOGY CORP., )<br>)<br>Defendant/Counterclaim )<br>Plaintiff. )<br>) | C.A. No. 06-346 (GMS) |

**STIPULATION**

Defendant Linear Technology Corp. ("LTC") consents to and waives any conflict of interest arising in connection with Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") continuing to represent plaintiff Analog Devices, Inc. ("Analog") in this action as to all claims and issues that are currently raised, provided that:

1. WilmerHale shall continue to maintain an ethical wall around Matthew Byrne, as outlined in the August 17, 2006 letter from Michael R. Heyison to Jack Blumenfeld, for the duration of this action, and such ethical wall has not been and will not be breached during the pendency of this action.

2. LTC and its counsel may contact Mr. Byrne to discuss his work in prosecuting U.S. Patent No. 6,100,678 (the "'678 patent"). Analog, through WilmerHale, shall inform Mr. Byrne that he shall not disclose anything about such contact or discussion (including the fact of the contact or discussion) to WilmerHale or any individual counsel for, or representative of, Analog.

3. Analog states that it has no current intention of calling Mr. Byrne as a witness (either at deposition or trial, or by affidavit or declaration). In the event Analog intends to call Mr. Byrne as a witness with respect to the '678 patent (either at deposition or trial, or by affidavit or declaration), then Analog shall promptly inform LTC of its intent to do so, WilmerHale shall promptly withdraw as counsel for Analog as to the '678 patent only (but may continue to represent Analog in this action as to all other issues), and Analog shall secure new counsel to represent it for purposes of the '678 patent.

4. LTC states that it has no current intention of calling Mr. Byrne as a witness (either at deposition or trial, or by affidavit or declaration) and that LTC will not do so unless LTC believes, in good faith, that it is reasonably necessary to address an issue raised by Analog in this case with respect to the '678 patent. In the event LTC in the future believes it reasonably necessary to call Mr. Byrne as a witness (either at deposition or trial, or by affidavit or declaration) to address an issue raised by Analog with respect to the '678 patent, then LTC shall promptly inform Analog of its intent to do so and advise Analog whether LTC objects to WilmerHale's continued representation of Analog with respect to the '678 patent. In the event LTC does so object, WilmerHale shall promptly withdraw from such continued representation of Analog regarding the '678 patent unless Analog disagrees with LTC as to the reasonable necessity of LTC calling Mr. Byrne as a witness. If Analog disagrees, and the parties after good faith negotiation are unable to resolve the issue, the parties shall promptly present the issue to the Court for resolution. In the event that WilmerHale agrees to withdraw or the Court decides that WilmerHale must withdraw from representing Analog with respect to the '678 patent, then WilmerHale shall promptly withdraw from continued representation with respect to the '678 patent only, and Analog shall secure new counsel to represent it for purposes of the '678 patent.

| | |
|---|---|
| Dated:  December 4, 2006 | Dated:  December 4, 2006 |
| RICHARDS LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Kelly E. Farnan* | */s/ Jack B. Blumenfeld* |
| _____ | _____ |
| Frederick L. Cottrell, III (#2555) | Jack B. Blumenfeld (#1014) |
| cottrell@rlf.com | jblumenfeld@mnat.com |
| Kelly E. Farnan (#4395) | Karen Jacobs Louden (#2881) |
| farnan@rlf.com | klouden@mnat.com |
| Matthew W. King (#4566) | 1201 N. Market Street |
| king@rlf.com | Wilmington, DE  19899 |
| One Rodney Square | (302) 658-9200 |
| P.O. Box. 551 | |
| Wilmington, DE  19899 | |
| (302) 651-7700 | |
| | |
| WILMER CUTLER PICKERING     HALE AND DORR LLP | ROPES & GRAY LLP |
| */s/ Benjamin M. Stern* | */s/ Laurence S. Rogers* |
| _____ | _____ |
| Wayne L. Stoner | Robert C. Morgan |
| Benjamin M. Stern | Laurence S. Rogers |
| 60 State Street | 1251 Avenue of the Americas |
| Boston, MA  02109 | New York, NY  10020 |
| (617) 526-6000 | (212) 596-9000 |
| | |
| *Attorneys for Plaintiff* | Mark D. Rowland |
| *Analog Devices, Inc.* | 525 University Avenue |
| | Palo Alto, CA  94301-1917 |
| | (650) 617-4000 |
| | |
| | *Attorneys for Defendant* |
| | *Linear Technology Corp.* |