IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANALOG DEVICES, INC., <br><br>    Plaintiff/Counterclaim Defendant, <br><br> vs. <br><br> LINEAR TECHNOLOGY CORP., <br><br>    Defendant/Counterclaim Plaintiff. | C. A. No. 06-346-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 18, 2006 Analog Devices, Inc.'s Response to Linear Technology Corporation's First Request for Production of Documents and Things (No. 1-69) were served upon the following counsel of record at the addresses and in the manner indicated:

**BY EMAIL AND HAND DELIVERY**

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

**BY EMAIL**

Robert C. Morgan, Esq.
Laurence S. Rogers, Esq.
Ropes & Gray, LLP
1251 Avenue of the Americas
New York, NY 10020

Mark D. Rowland, Esq.
Ropes & Gray, LLP
525 University Avenue, Suite 300
Palo Alto, CA 94301

*/s/ Kelly E. Farnan*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
   Attorneys for Plaintiff

Dated: December 18, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 18, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the addresses and in the manner indicated below:

**BY EMAIL AND HAND DELIVERY:**

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

**BY EMAIL**

Robert C. Morgan, Esq.
Laurence S. Rogers, Esq.
Ropes & Gray, LLP
1251 Avenue of the Americas
New York, NY 10020

Mark D. Rowland, Esq.
Ropes & Gray, LLP
525 University Avenue
Suite 300
Palo Alto, CA 94301

*Kelly E. Farnan*
Kelly E. Farnan (#4395)
Farnan@rlf.com