IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANALOG DEVICES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-346 (GMS) |
| | ) | |
| LINEAR TECHNOLOGY CORP., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of Linear Technology Corp.'s Responses To Analog Devices, Inc.'s First Set Of Interrogatories (Nos. 1-88) and Linear Technology Corp.'s Responses To Analog Devices, Inc.'s First Set Of Document Requests were caused to be served on December 13, 2006 upon the following counsel in the manner indicated:

### BY U.S. MAIL AND E-MAIL

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

Wayne L. Stoner
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
klouden@mnat.com
  Attorneys for defendant Linear Technology
  Corporation

OF COUNSEL:

Robert C. Morgan
Laurence S. Rogers
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY  10020
(212) 596-9000

Mark D. Rowland
Ropes & Gray LLP
525 University Avenue
Suite 300
Palo Alto, CA  94301
(650) 617-4000

December 19, 2006

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on December 19, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Frederick L. Cottrell, III
> RICHARDS, LAYTON & FINGER

I also certify that copies were caused to be served on November 8, 2006 upon the following in the manner indicated:

**BY HAND**

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**BY MAIL**

Wayne L. Stoner
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109


*/s/ Karen Jacobs Louden*
klouden@mnat.com