IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANALOG DEVICES, INC., | ) |
|     Plaintiff/Counterclaim Defendant, | ) ) ) |
| v. | )   C.A. No. 06-346 (GMS) |
| LINEAR TECHNOLOGY CORP., | ) ) ) |
|     Defendant/Counterclaim Plaintiff. | ) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of Linear Technology Corp's Amended And Supplemental Responses To Analog Devices, Inc.'s Interrogatories Nos. 10-12 and 48-54 were caused to be served on January 23, 2007 upon the following counsel in the manner indicated:

**BY HAND**

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
Wilmington, DE  19801

**BY FEDERAL EXPRESS & E-MAIL**

Wayne L. Stoner
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Karen Jacobs Louden*

        _____
        Jack B. Blumenfeld (#1014)
        Karen Jacobs Louden (#2881)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE  19899
        (302) 658-9200
        klouden@mnat.com
          *Attorneys for Defendant and Counterclaim-*
          *Plaintiff Linear Technology Corp.*

OF COUNSEL:

Robert C. Morgan
Laurence S. Rogers
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY  10020
(212) 596-9000

Mark D. Rowland
Ropes & Gray LLP
525 University Avenue
Suite 300
Palo Alto, CA  94301
(650) 617-4000

January 23, 2007
530525.1

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on January 23, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Frederick L. Cottrell, III
>RICHARDS, LAYTON & FINGER

I also certify that copies were caused to be served on January 23, 2007 upon the following in the manner indicated:

**BY HAND**

>Frederick L. Cottrell, III
>Richards, Layton & Finger
>One Rodney Square
>P.O. Box 551
>Wilmington, DE 19899

**BY FEDERAL EXPRESS**

>Wayne L. Stoner
>Wilmer Cutler Pickering Hale and Dorr LLP
>60 State Street
>Boston, MA 02109

>*/s/ Karen Jacobs Louden*
>Karen Jacobs Louden (#2881)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>Wilmington, DE 19801
>(302) 658-9200
>klouden@mnat.com