IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANALOG DEVICES, INC., ) | |
|     Plaintiff/Counterclaim Defendant, ) ) ) | C. A. No. 06-346-GMS |
| vs. ) | |
| LINEAR TECHNOLOGY CORP., ) | |
|     Defendant/Counterclaim Plaintiff. ) ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 21, 2007 Analog Devices, Inc.'s Second Request for Production of Documents and Things From Linear Technology Corp. (Nos. 70-87) were served upon the following counsel of record at the addresses and in the manner indicated:

**BY HAND DELIVERY**

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Robert C. Morgan, Esquire
Laurence S. Rogers, Esquire
Ropes & Gray, LLP
1251 Avenue of the Americas
New York, NY 10020

Mark D. Rowland, Esquire
Ropes & Gray, LLP
525 University Avenue, Suite 300
Palo Alto, CA 94301

*Kelly E. Farnan*

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P. O. Box 551
Wilmington, DE 19899
(302) 651-7700
    Attorneys for Plaintiff

Dated: March 21, 2007

RLF1-3069028-1