IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANALOG DEVICES, INC., | ) | |
|   Plaintiff/Counterclaim Defendant, | ) ) ) | C. A. No. 06-346-GMS |
| vs. | ) ) | |
| LINEAR TECHNOLOGY CORP., | ) ) | |
|   Defendant/Counterclaim Plaintiff. | ) ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 28, 2007 Analog Devices, Inc.'s Second Set of Interrogatories To Linear Technology Corp. (Nos. 89-96) were served upon the following counsel of record at the addresses and in the manner indicated:

**BY HAND DELIVERY**

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

**BY E-MAIL**

Robert C. Morgan, Esquire
Laurence S. Rogers, Esquire
Ropes & Gray, LLP
1251 Avenue of the Americas
New York, NY 10020

Mark D. Rowland, Esquire
Ropes & Gray, LLP
525 University Avenue, Suite 300
Palo Alto, CA 94301

*/s/ Kelly E. Farnan*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P. O. Box 551
Wilmington, DE 19899
(302) 651-7700
 Attorneys for Plaintiff

Dated: March 29, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 29, 2007, I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the addresses and in the manner indicated below:

**BY HAND DELIVERY:**

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899

**BY E-MAIL**

Robert C. Morgan, Esquire
Laurence S. Rogers, Esquire
Ropes & Gray, LLP
1251 Avenue of the Americas
New York, NY  10020

Mark D. Rowland, Esquire
Ropes & Gray, LLP
525 University Avenue
Suite 300
Palo Alto, CA  94301

_/s/ Kelly E. Farnan_
Kelly E. Farnan (#4395)

RLF1-3018521-2