IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANALOG DEVICES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-346 (GMS) |
| | ) | |
| LINEAR TECHNOLOGY CORP., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Linear Technology's Responses to Analog Devices, Inc.'s Second Set of Interrogatories (Nos. 89-96) and Linear Technology's Responses to Analog Devices, Inc.'s Second Request for Production of Documents and Things (Nos. 70-87) were caused to be served on April 27, 2007 upon the following counsel in the manner indicated:

**BY U.S. MAIL & E-MAIL**

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
Wilmington, DE  19801

Wayne L. Stoner
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        */s/ Jack B. Blumenfeld*

                                        Jack B. Blumenfeld (#1014)
                                        Karen Jacobs Louden (#2881)
                                        1201 N. Market Street
                                        P.O. Box 1347
                                        Wilmington, DE  19899
                                        (302) 658-9200
                                        jblumenfeld@mnat.com
                                          *Attorneys for Defendant and Counterclaim-*
                                          *Plaintiff Linear Technology Corp.*

OF COUNSEL:

Robert C. Morgan
Laurence S. Rogers
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10036
(212) 596-9000

Mark D. Rowland
Ropes & Gray LLP
525 University Avenue
Suite 300
Palo Alto, CA  94301
(650) 617-4000

April 27, 2007
530525.1

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on April 27, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>   Frederick L. Cottrell, III
>   RICHARDS, LAYTON & FINGER

I also certify that copies were caused to be served on April 27, 2007 upon the following in the manner indicated:

> **BY E-MAIL**
>
> Frederick L. Cottrell, III
> Richards, Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, DE  19899
>
> Wayne L. Stoner
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, MA  02109

>   */s/ Jack Blumenfeld*
>   Jack B. Blumenfeld (#1014)
>   MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>   Wilmington, DE  19801
>   (302) 658-9200
>   jblumenfeld@mnat.com