**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ANALOG DEVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-346 (GMS) |
| | ) | |
| LINEAR TECHNOLOGY CORP., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT APPENDIX IN SUPPORT**
**OF FINAL JOINT CLAIM CONSTRUCTION CHARTS FOR THE**
**PATENTS BEING ASSERTED BY LINEAR TECHNOLOGY CORP.**

RICHARDS LAYTON & FINGER, P.A.          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Kelly E. Farnan (#4395)          /s/ Karen Jacobs Louden (#2881)
Frederick L. Cottrell, III (#2555)          Jack B. Blumenfeld (#1014)
cottrell@rlf.com          jblumenfeld@mnat.com
Kelly E. Farnan (#4395)          Karen Jacobs Louden (#2881)
farnan@rlf.com          klouden@mnat.com
Matthew W. King (#4566)          1201 N. Market Street
king@rlf.com          Wilmington, DE 19899
One Rodney Square          (302) 658-9200
P.O. Box. 551          *Attorneys for Defendant*
Wilmington, DE 19899          *Linear Technology Corporation*
(302) 651-7700
*Attorneys for Plaintiff*
*Analog Devices, Inc.*

April 30, 2007

**JOINT APPENDIX OF INTRINSIC EVIDENCE**

| Tab | Description | Party Citing | Page(s) |
|-----|-------------|--------------|---------|
| 1 | *Linear Tech. Corp. v. Impala Linear Corp.*, 379 F.3d 1311 (Fed. Cir. 2004) | Linear | A 1 – A 13 |
| 2 | *Linear Tech. Corp. v. Impala Linear Corp.*, June 9, 1999 Claim Construction Order, CA No. C 98-1727 FMS | Linear | A 14 – A 56 |
| 3 | *Linear Tech. Corp. v. Impala Linear Corp.*, March 30, 1998 Joint Claim Construction Chart, CA No. C 98-1727 FMS | Linear | A 57 – A 103 |
| 4 | U.S. Patent No. 5,481,178 | ADI Linear | A 104 – A 125 |
| 5 | February 10, 1994 Restriction Requirement and Office Action | ADI | A 126 – A 131 |
| 6 | March 3, 1994 Response to February 10, 1994 Restriction Requirement | ADI | A 132 – A 133 |
| 7 | July 15, 1994 Response to April 7, 1994 Office Action | ADI | A 134 – A 150 |
| 8 | June 5, 1995 Response to December 5, 1994 Office Action | ADI | A 151 – A 181 |
| 9 | U.S. Patent No. 5,731,694 | ADI Linear | A 182 – A 201 |
| 10 | June 7, 1995 Transmittal Letter for Rule 60 Continuation Application | ADI | A 202 – A 205 |
| 11 | U.S. Patent No. 5,994,885 | ADI Linear | A 206 – A 229 |
| 12 | November 24, 1997 Transmittal Letter for Rule 60 Continuation Application | ADI | A 230 – A 233 |
| 13 | April 13, 1999 Response to October 1, 1998 Office Action | ADI | A 234 – A 250 |
| 14 | U.S. Patent No. 6,304,066 | ADI Linear | A 251 – A 278 |
| 15 | August 4, 2000 Response to January 21, 2000 Office Action | ADI | A 279 – A 289 |
| 16 | U.S. Patent No. 6,580,258 | ADI Linear | A 290 – A 314 |
| 17 | October 15, 2001 Transmittal Letter for Rule 53(b) Continuing Patent Application | ADI | A 315 – A 318 |
| 18 | U.S. Patent No. 6,144,194 | ADI Linear | A 319 – A 329 |
| 19 | October 19, 1999 Response to June 21, 1999 Office Action | ADI | A 330 – A341 |
| 20 | U.S. Patent No. 5,212,618 | ADI Linear | A 342 – A 352 |
| 21 | U.S. Patent No. 6,100,678 | ADI Linear | A 353 – A 360 |

# TAB 1

LEXSEE 379 F3D 1311

**LINEAR TECHNOLOGY CORPORATION, Plaintiff/Counterclaimant-Appellant, v. IMPALA LINEAR CORPORATION, TOYODA AUTOMATIC LOOM WORKS, LTD., and ANALOG DEVICES, INC., Defendants, and MAXIM INTEGRATED PRODUCTS, INC., Defendant/Counterclaim Defendant-Cross Appellant, and UNITRODE CORPORATION, Defendant, and RONALD VINSANT, Counterclaim Defendant-Appellee.**

**02-1569,-1576**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

*379 F.3d 1311; 2004 U.S. App. LEXIS 17108; 72 U.S.P.Q.2D (BNA) 1311*

**August 17, 2004, Revised Opinion Issued**

**PRIOR HISTORY:** [**1] Appealed from: United States District Court for the Northern District of California. Judge Vaughn R. Walker. *Linear Tech. Corp. v. Impala Linear Corp., 371 F.3d 1364, 2004 U.S. App. LEXIS 11882 (Fed. Cir., 2004)*

**DISPOSITION:** VACATED-IN-PART, AFFIRMED-IN-PART, AND REMANDED.

**COUNSEL:** Alan H. Blankenheimer, Heller Ehrman White & McAuliffe LLP, of San Diego, California, filed a combined petition for rehearing and rehearing for defendant/counterclaim defendant-cross appellant, and counterclaim defendant-appellee. On the petition was Laura E. Underwood. Of counsel on the petition were Chad S. Campbell and Dan L. Bagatell, Brown & Bain, P.A., of Phoenix, Arizona.

William K. West, Jr., Howrey Simon Arnold & White, LLP, of Washington, DC, filed a response to the petition for plaintiff/counterclaimant-appellant. With him on the response was David W. Long.

William P. Atkins, Pillsbury Winthrop LLP, of McLean, Virginia, filed an amicus curiae brief for Intel Corporation. With him on the brief was Evan Finkel, of Los Angeles, California.

**JUDGES:** Before NEWMAN, SCHALL, and LINN, Circuit Judges.

**OPINION BY:** Linn

**OPINION:** [*1315] LINN, Circuit Judge.

A petition for panel rehearing was filed by Maxim and granted by the panel for the limited purpose of correcting this court's reporting of the district court's decision on [**2] Linear's motion for summary judgment that Vinsant was not an inventor of the '178 patent. This opinion replaces the court's original opinion in response to the petition for rehearing. The disposition of the appeal is unchanged.

Linear Technology Corporation ("Linear") appeals from a decision of the United States District Court for the Northern District of California, in Civil Action No. 98-CV-1727, granting summary judgment of non-infringement in favor of defendant Maxim Integrated Products, Inc. ("Maxim") with respect to Linear's U.S. Patent No. 5,481,178 ("the '178 patent"). Maxim conditionally cross-appeals the district court's entry of summary judgment that Ronald Vinsant was not an inventor of the '178 patent. Because the district court erred in construing the "circuit" and "circuitry," "vary the duty cycle," and "simultaneously off" claim limitations of the '178 patent, we vacate the judgment of non-infringement and remand for further consideration. Because genuine issues of material fact have been raised concerning Maxim's contributory infringement or inducement, we vacate the district court's [*1316] summary judgment of no contributory infringement or inducement of the current reversal [**3] method claims

of the '178 patent. Because Maxim failed to raise a genuine issue of material fact, the matter of inventorship was amenable to determination on summary judgment on the undisputed factual premises. On these premises, the district court correctly held that Vinsant was not a joint inventor of the '178 patent.

## I. BACKGROUND

This appeal relates to voltage regulators, which are designed to provide a predetermined and constant voltage output from a fluctuating input voltage source, such as a battery, to an energy consuming device, called a "load." Voltage regulators of the "switching" type use transistors, which are turned on and off like switches, to control the electrical power supplied by a power source. '178 patent, col. 1, ll. 20-24. Switching voltage regulators transmit power to the load in discrete current pulses. Id. at col. 1, ll. 27- 28. To ensure a steady flow of current pulses, control circuitry is used to turn the transistors on and off. Id. at col. 1, ll. 31-33. Selectively turning the transistors off advantageously reduces the power dissipated in the regulator itself, yielding higher efficiencies for switching voltage regulators as compared to other [**4] regulator designs. See id. at col. 1, ll. 39-41; id. at col. 1, ll. 48-50. The '178 patent discloses a "sleep mode" where both switching transistors are turned off to additionally reduce the power consumed by the regulator itself to further improve the regulator's efficiency. Id. at col. 5, ll. 59-66. Also disclosed is a current reversal prevention mode where the regulator prevents the reverse flow of electrical current to forestall power from being drained from the load. Id. at col. 14, ll. 1-10.

Independent claim 1 is representative of a "sleep mode" claim of the '178 patent, and is reproduced below with the disputed limitations highlighted:

1. A circuit for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output capacitor coupled thereto for supplying current at a regulated voltage to a load, the control circuit comprising:

a first circuit for monitoring a signal from the output terminal to generate a first feedback signal;

a second circuit [**5] for generating a first control signal during a first state of circuit operation, the first control signal being responsive to the first feedback signal to vary the duty cycle of the switching transistors to maintain the output terminal at the regulated voltage; and

a third circuit for generating a second control signal during a second state of circuit operation to cause both switching transistors to be simultaneously OFF for a period of time if a sensed condition of the regulator indicates that the current supplied to the load falls below a threshold fraction of maximum rated output current for the regulator, whereby operating efficiency of the regulator at low output current levels is improved.

Id. at col. 16, ll. 34-57 (emphases added). Asserted independent claims 34, 41, 55, and 57 are also "sleep mode" claims.

Independent claim 51 is exemplary of a current reversal prevention mode claim, and is reproduced below:

51. A method for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output [**6] circuit including an output terminal and an output inductor coupled thereto for supplying [*1317] current at a regulated voltage to a load, the method comprising the steps of:

(a) monitoring a signal from the output terminal to generate a first feedback signal;

(b) varying the duty cycle of the switching

**A 2**

transistors in response to the first feedback signal to maintain the output terminal at the regulated voltage during a first state of circuit operation, wherein the current to the load has a polarity; and

(c) maintaining one of said switching transistors OFF for a period of time following the first state of circuit operation to de-couple the output circuit from ground during the period of time so as to prevent the current to the load from reversing polarity.

Id. at col. 21, ll. 9-27 (emphasis added).

In 1997, Linear sued Maxim; Impala Linear Corporation ("Impala"); Toyoda Automatic Loom Works, Ltd. ("Toyoda"); Analog Devices, Inc. ("Analog"); and Unitrode Corporation ("Unitrode"), all manufacturers of switching voltage regulators, for infringement of claims 1-3, 31-35, 41, and 55-57 (the sleep mode claims) and claims 44-48 and 51-54 (the current reversal claims) [**7] of the '178 patent. On June 9, 1999, the district court issued a claim construction order construing all asserted claims of the '178 patent. *Linear Tech. Corp. v. Impala Linear Corp.*, No. C-98-1727-FMS (N.D. Cal. June 9, 1999) ("Claim Construction Order"). On September 21, 2001, a different district court judge issued an order granting summary judgment of non-infringement in favor of Maxim and granting Linear's motion for summary judgment that Vinsant was not an inventor of the '178 patent. *Linear Tech. Corp v. Impala Linear Corp.*, 2001 U.S. Dist. LEXIS 25905, No. C-98-1727-VRW (N.D. Cal. Sep. 21, 2001) ("Summary Judgment Order"). Some of the original claim constructions in the Claim Construction Order were modified in the subsequent Summary Judgment Order. On October 26, 2001, the district court entered final judgments under *Rule 54(b)* concerning Unitrode, Maxim, and Vinsant and, given the interest of Analog in the claim constructions, issued an Order certifying an interlocutory appeal of the claim construction determinations under *28 U.S.C. § 1292(b)*.

Following the October 26, 2001 order, Linear and Analog sought leave of this court for permission to proceed with an [**8] interlocutory appeal of the district court's claim constructions under *28 U.S.C. § 1292(b)*. We denied their request and also dismissed the appeals

from the *Rule 54(b)* final judgments as to Unitrode, Maxim, and Vinsant. *Linear Tech. Corp. v. Impala Linear Corp.*, 31 Fed. Appx. 700 (Fed. Cir. 2002).

Following dismissal by this court, Linear and Analog stipulated to dismiss Linear's claims against Analog without prejudice, and the remaining parties sought re-entry of the *Rule 54(b)* judgments as to them. On July 26, 2002, the district court entered a new final judgment of non-infringement in favor of Maxim, Unitrode, and Vinsant, and certified the judgment under *Rule 54(b)*. In the interim, Linear settled with Unitrode, and this court granted a joint motion to dismiss Unitrode's appeal. *Linear Tech. Corp. v. Impala Linear Corp.*, 64 Fed. Appx. 226 (Fed. Cir. 2003). This left Maxim and Vinsant as the only remaining adverse parties in this litigation.

Linear again appealed. Maxim objects to the district court's certification of the *Rule 54(b)* judgments without imposing a condition barring Linear from bringing Analog back into the [**9] case at a future point. Maxim argues that Linear is likely to revive its claims against Analog once the appeal to this court is resolved, and that this matter should be dismissed for lack of jurisdiction unless Linear commits not to [*1318] rejoin Analog in the event of a remand. Further, Maxim claims that Linear's actions are potentially an evasion of our previous order dismissing the case due to improper certification under *Rule 54(b)*, see *Linear Tech., 31 Fed. Appx. at 703*, because this appeal is "virtually identical" to the appeal this court previously rejected. Maxim contends that the new *Rule 54(b)* judgments are merely an attempt to manufacture appellate jurisdiction.

Maxim's argument overlooks a critical point. Unlike the prior appeal, Analog is no longer a party to the litigation. In the prior appeal, Analog remained a party to the litigation with Linear's unresolved infringement claims pending against it, while the other defendants litigated the district court's claim constructions and summary judgments of non-infringement. See *Linear Tech., 31 Fed. Appx. at 702*. Linear has settled with, or stipulated to the dismissal of its claims with, all of the [**10] parties except Maxim and Vinsant. Proper *Rule 54(b)* judgments have been entered concerning Maxim and Vinsant. Linear's claims against Analog have been dismissed without prejudice; Analog is no longer a party to this appeal; and Linear's dispute as to Analog has ended, with consequences to Linear, such as the running of the statute of limitations on damages. A dismissal

without prejudice is nonetheless a final, appealable judgment. *United States v. Wallace & Tiernan Co., 336 U.S. 793, 795 n.1, 93 L. Ed. 1042, 69 S. Ct. 824 (1949)* ("That the dismissal was without prejudice to filing another suit does not make the cause unappealable, for denial of relief and dismissal of the case ended this suit so far as the District Court was concerned.").

Because Linear has now presented us with a final, appealable judgment, we have jurisdiction pursuant to *28 U.S.C. § 1295(a)(1)*.

## II. ANALYSIS

### A. Standard of Review

"We review the grant of summary judgment de novo, drawing all reasonable inferences in favor of the non-moving party." *Teleflex, Inc. v. Ficosa N. Am. Corp., 299 F.3d 1313, 1323 (Fed. Cir. 2002)* (citing *Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 255, 91 L. Ed. 2d 202, 106 S. Ct. 2505 (1986))*. [**11] When evaluating a motion for summary judgment, we view the record evidence through the same evidentiary standard that would prevail at trial. *Eli Lilly & Co. v. Barr Labs., Inc., 251 F.3d 955, 962 (Fed. Cir. 2001)*. Summary judgment is only appropriate if there are no genuine issues of material fact and the movant is entitled to judgment as a matter of law. *SRI Int'l v. Matsushita Elec. Corp., 775 F.2d 1107, 1116 (Fed. Cir. 1985)* (en banc).

Claim construction is a question of law reviewed de novo. *Ferguson Beauregard v. Mega Sys., Inc., 350 F.3d 1327, 1338 (Fed. Cir. 2003)*. Whether claim language should be interpreted as a means-plus-function limitation under *35 U.S.C. § 112 P 6* is a question of law. *Personalized Media Communs., L.L.C. v. ITC, 161 F.3d 696, 702 (Fed. Cir. 1998)*. If *§ 112 P 6* is applicable, the determination of the corresponding structure is also a question of law. *Kemco Sales, Inc. v. Control Papers Co., 208 F.3d 1352, 1360 (Fed. Cir. 2000)*. Infringement, whether literal or under the doctrine of equivalents, is a question of fact. [**12] *Ferguson, 350 F.3d at 1338*.

Inventorship is a question of law reviewed de novo, based on underlying findings of fact. See *Univ. of Colo. Found., Inc. v. Am. Cyanamid Co., 342 F.3d 1298, 1304 (Fed. Cir. 2003)*. A party seeking correction of inventorship must provide clear and convincing evidence of [*1319] inventorship. *Hess v. Advanced Cardiovascular Sys., Inc., 106 F.3d 976, 979-80 (Fed.*

*Cir. 1997)*.

### B. Main Appeal

#### 1. "Circuit" and "Circuitry" Limitations

The parties dispute whether the "circuit" and "circuitry" limitations in independent claims 1, 44, 55, and 57 of the '178 patent are means-plus-function limitations subject to *35 U.S.C. § 112 P 6*. Claim 1 is illustrative, and we reiterate the language of that claim with the relevant limitations highlighted:

> 1. A circuit for controlling a switching voltage regulator . . . the control circuit comprising:
>
> a first circuit for monitoring a signal from the output terminal to generate a first feedback signal;
>
> a second circuit for generating a first control signal during a first state of circuit operation, the first control signal being responsive [**13] to the first feedback signal to vary the duty cycle of the switching transistors to maintain the output terminal at the regulated voltage; and
>
> a third circuit for generating a second control signal during a second state of circuit operation to cause both switching transistors to be simultaneously OFF for a period of time if a sensed condition of the regulator indicates that the current supplied to the load falls below a threshold
> . . . .

'178 patent, col. 16, ll. 35-57 (emphasis added). Rejecting Linear's expert testimony that the word "circuit" used in the claim would be understood by persons of ordinary skill in the art to connote sufficient structure to perform the recited function, the district court ultimately concluded that these limitations were means-plus-function limitations subject to *35 U.S.C. § 112* P 6. Claim Construction Order, slip op. at 2-3. The

**A 4**

district court remarked that the only recitation of structure in the claim was in the preamble. Id. at 4.

Linear argues that the district court legally erred in failing to apply the presumption that *§ 112* P 6 does not apply if the word "means" is not present in [**14] the limitation. Further, Linear contends that the district court erred in disregarding Linear's expert evidence that persons skilled in the art would understand the word "circuit" to connote the structure needed to perform the operations recited by the claim language. Maxim responds that *§ 112* P 6 was correctly applied to these limitations because "circuit" and "circuitry" are too generic to provide sufficient structure to. avoid the application of *§ 112* P 6.

Our precedent has established that "[a] claim limitation that actually uses the word 'means' will invoke a rebuttable presumption that *§ 112* P 6 applies. By contrast, a claim term that does not use 'means' will trigger the rebuttable presumption that *§ 112* P 6 does not apply." *CCS Fitness, Inc. v. Brunswick Corp., 288 F.3d 1359, 1369 (Fed. Cir. 2002)* (internal citation omitted); see also *Personalized Media, 161 F.3d at 703.*

Because none of the disputed limitations include the word "means," the district court legally erred by failing to apply the rebuttable presumption that *§ 112* P 6 does not apply. The district court should [**15] have imposed on Maxim, who advocated a construction under *§ 112* P 6, the burden of overcoming the presumption by demonstrating that the claim fails to "recite sufficiently definite structure" or recites a "function without reciting sufficient structure for performing that function." *Watts v. XL Sys., Inc., 232 F.3d 877, 880 (Fed. Cir. 2000)*; see also *Apex Inc. v. Raritan Computer, Inc., 325 F.3d 1364, 1371-72 (Fed. Cir. 2003)* ("[A] claim term that does not use 'means' will trigger the rebuttable [*1320] presumption that *§ 112,* P 6 does not apply. . . . [The party alleging that *§ 112,* P 6 applies in the absence of a 'means' claim term] can rebut this presumption if it demonstrates that the claim term fails to recite sufficiently definite structure or else recites a function without reciting sufficient structure for performing that function." (internal citations and quotation marks omitted)); *CCS Fitness, 288 F.3d at 1369.* Instead, the district court placed on Linear the burden to establish that the claim recited sufficient structure. See, e.g., Claim Construction Order, slip op. at 3 ("The Court finds that [Linear's [**16] expert] Dr. Blauschild's definition of

'circuit' does not recite sufficient structure for purposes of *§ 112* P 6.").

"To help determine whether a claim term recites sufficient structure, we examine whether it has an understood meaning in the art." *CCS Fitness, 288 F.3d at 1369.* Technical dictionaries, which are evidence of the understandings of persons of skill in the technical arts, plainly indicate that the term "circuit" connotes structure. See *Tex. Digital Sys., Inc. v. Telegenix, Inc., 308 F.3d 1193, 1202 (Fed. Cir. 2002)* ("Dictionaries are always available to the court to aid in the task of determining meanings that would have been attributed by those of skill in the relevant art to any disputed terms used by the inventor in the claims."). For example, The Dictionary of Computing 75 (4th ed. 1996) defines "circuit" as "the combination of a number of electrical devices and conductors that, when interconnected to form a conducting path, fulfill some desired function." See Rudolf F. Graf, Modern Dictionary of Electronics 116 (7th ed. 1999) (defining "circuit" as "the interconnection of a number of devices in one or more [**17] closed paths to perform a desired electrical or electronic function"). Thus, when the structure-connoting term "circuit" is coupled with a description of the circuit's operation, sufficient structural meaning generally will be conveyed to persons of ordinary skill in the art, and *§ 112* P 6 presumptively will not apply. See *Apex, 325 F.3d at 1373* ("The term 'circuit' with an appropriate identifier such as 'interface,' 'programming' and 'logic,' certainly identifies some structural meaning to one of ordinary skill in the art.").

This is exemplified by the claim language in the '178 patent. Claim 1 recites: "a first circuit for monitoring a signal from the output terminal to generate a first feedback signal." '178 patent, col. 16, ll. 42-43. The contextual language describes the objective of the "circuit," "monitoring a signal from the output terminal," and the desired output of the "circuit," "generating a first feedback signal." The "second circuit" and "third circuit" limitations in claim 1 are accompanied by similar language reciting their respective objectives or operations. See id. at col. 16, ll. 44-57. That persons of ordinary skill in the art [**18] would understand the structural arrangements of circuit components from the term "circuit" coupled with the qualifying language of claim 1 was recognized by Linear's expert witness. See Claim Construction Order, slip op. at 2-3 (quoting the declaration of Dr. Blauschild that a person of ordinary

**A 5**

skill in the art reading the claims "would have an understanding of, and would be able to draw, structural arrangements of the circuit elements defined by the claims."); see also *Apex, 325 F.3d at 1374* ("Moreover, every use of the term ['circuit'] in the asserted claims includes additional adjectival qualifications further identifying sufficient structure to perform the claimed functions to one of ordinary skill in the art.").

We hold that because the term "circuit" is used in each of the disputed limitations of claims 1, 44, 55, and 57 of the '178 patent with a recitation of the respective circuit's operation in sufficient detail to [*1321] suggest structure to persons of ordinary skill in the art, the "circuit" and "circuitry" limitations of such claims are not means-plus-function limitations subject to *35 U.S.C. § 112 P 6.* The district court's holding [**19] to the contrary was an error of law.

2. PWM Circuits as Corresponding Structure to "Vary the Duty Cycle"

All asserted apparatus claims except claim 41 (claims 1-3, 31-35, 44-48, and 55-57) include limitations concerning "varying the [regulator] duty cycle" that were analyzed by the district court under *§ 112 P 6.* The parties dispute whether pulse width modulation ("PWM") mentioned in the written description should have been considered as structure corresponding to the "varying the duty cycle" functional language of the claims in the district court's claim construction. See *B. Braun Medical v. Abbott Lab., 124 F.3d 1419, 1424 (Fed. Cir. 1997)* ("Structure disclosed in the specification is 'corresponding' structure only if the specification or prosecution history clearly links or associates that structure to the function recited in the claim. This duty to link or associate structure to function is the quid pro quo for the convenience of employing *§ 112, P 6.*").

Because we have held that the "circuit" and "circuitry" limitations of independent claims 1, 44, 55, and 57 are not subject to *35 U.S.C. § 112 P 6,* only independent [**20] claim 34, and its dependent claim 35, have a means-plus-function limitation remaining at issue. The disputed limitation of claim 34 provides:

a second means for generating a first control signal during a first state of circuit operation, the first control signal being

responsive to the voltage feedback signal to vary the duty cycle of the switching transistors to maintain the output terminal at the regulated voltage . . . .

'178 patent, col. 19, ll. 15-19 (emphases added).

The parties do not dispute that the constant off-time circuit depicted in the Figures of the '178 patent is corresponding structure. Linear argues the district court erred in finding on summary judgment that the PWM circuit was "essentially generic" and thus was not corresponding structure for the sleep mode limitations. Linear argues that PWM circuits are not generic, but instead identify a specific class of structures, which is sufficient under *§ 112 P 6.* Maxim responds that the expression "pulse width modulation" refers to the function performed by circuits that control regulator output, but does not describe an actual circuit or structure for performing that function. It [**21] contends that passages in the '178 patent specification discussing PWM circuits cannot be corresponding structure because they describe only function, and describe no particular structure.

The district court's initial claim construction ruling stated that PWM circuits were corresponding structure to the "vary the duty cycle" limitation of claim 34. Claim Construction Order, slip op. at 22. On summary judgment, the district court modified its earlier ruling, stating that PWM circuits were not corresponding structure for these limitations. *Summary Judgment Order, 2001 U.S. Dist. LEXIS 25905 at *35-36.* Relying on deposition testimony by the named inventor, Dr. Wilcox, the district court found that "the term 'pulse-width modulator' is essentially generic" and "does not reference a specific structure." *2001 U.S. Dist. LEXIS 25905 at *36.*

"The determination of the claimed function and corresponding structure of a means-plus-function claim limitation is a question of law, reviewed de novo." *ACTV Inc. v. Walt Disney Co., 346 F.3d 1082, 1087 (Fed. Cir. 2003).* In construing a means-plus-function claim limitation, [*1322] the recited function within that limitation must first be identified. Id. "Then, [**22] the written description must be examined to determine the structure that corresponds to and performs that function." Id. "Proper application of *§ 112 P 6* generally reads the

claim element to embrace distinct and alternative described structures for performing the claimed function." *Creo Prods., Inc. v. Presstek, Inc., 305 F.3d 1337, 1346 (Fed. Cir. 2002).*

The claim language states that the function of the "second means" limitation in claim 34 is to generate a first control signal to vary the duty cycle of the switching transistors to maintain the output terminal at the regulated voltage. See '178 patent, col. 19, ll. 15-19. As the district court correctly recognized in its claim construction order, Claim Construction Order, slip op. at 22, the '178 patent specification links the structure of PWM circuitry to the function of controlling the duty cycle of the switching transistors in the following passage:

> As discussed above, the embodiments of the control circuits of the present invention shown in FIGS. 2-4 include one-shot circuit 25. In accordance with another feature of the present invention, the one-shot circuit could be replaced [**23] with other types of circuits that control the duty cycle of the power switch. For example, one-shot circuit 25 could be replaced with a pulse-width modulator circuit that provides a pulse-width modulated signal in response to a control signal. Of course, other types of circuits could be used as well.

'178 patent, col. 9, ll. 12-22 (emphasis added).

Contrary to Maxim's argument, and the district court's conclusion on summary judgment, PWM circuits are not excludable from the corresponding structure for failing to reference a specific structure. See *Summary Judgment Order, 2001 U.S. Dist. LEXIS 25905 at *36.* Although the expression "PWM circuit" does not reference a specific circuit structure, persons of skill in the art would understand that "PWM circuit" references a discrete class of circuit structures that perform known functions. That the disputed term is not limited to a single structure does not disqualify it as a corresponding structure, as long as the class of structures is identifiable by a person of ordinary skill in the art. See *Creo Prods., 305 F.3d at 1347* ("Under our case law interpreting *§ 112, P 6,* knowledge of one skilled in the art can be called

upon to [**24] flesh out a particular structural reference in the specification for the purpose of satisfying the statutory requirement of definiteness."). Linear cites technical textbooks and electronic parts catalogs indicating that PWM circuits are well-known circuit structures to persons of skill in the art. Thus, we conclude that the district court erred in excluding PWM circuits from the corresponding structure of the "second means" limitation of claim 34 of the '178 patent.

3. "Simultaneously Off"

The parties dispute whether the "simultaneously off" sleep mode limitations of claims 1-6, 31-33, 34-35, 41, and 57 of the '178 patent were correctly construed. The relevant limitations of the independent claims of the '178 patent provide:

> (claim 1) a third circuit for generating a second control signal during a second state of circuit operation to cause both switching transistors to be simultaneously OFF for a period of time if a sensed condition of the regulator indicates that the current supplied to the load falls below a threshold fraction of maximum rated output current for the regulator, whereby operating efficiency of the regulator at low output current levels is improved.

[**25]

[*1323] '178 patent, col. 16, ll. 49-57 (emphasis added).

> (claim 34) a third means for generating a second control signal during a second state of circuit operation to cause both switching transistors to be simultaneously OFF for a period of time if a sensed condition of the regulator indicates that the current supplied to the load falls below a threshold fraction of maximum rated output current for the regulator, the period of time having a duration which is a function of the current supplied to the load by the regulator.

Id. at col. 19, ll. 20-27 (emphasis added).

**A 7**

(claim 41) turning both switching transistors simultaneously OFF for a period of time during a second state of circuit operation following the first state of circuit operation, so as to allow the output capacitor to maintain the output substantially at the regulated voltage by discharging during the second state of circuit operation, the period of time beginning when the current supplied to the load falls below a threshold fraction of maximum rated output current for the regulator, and having a duration which is a function of the current supplied to the load by the regulator . . . .

[**26] Id. at col. 20, ll. 5-14 (emphasis added).

(claim 57) circuitry incorporated in the control circuit for detecting a condition in the output circuit indicative of the current supplied to the load falling below a threshold fraction of maximum rated output current for the regulator and for turning both switching transistors simultaneously for a period of time if the supplied current falls below the threshold, the period of time having a duration which is a function of the current supplied to the load by the regulator.

Id. at col. 22, ll. 41-49 (emphasis added).

Linear argues that the district court misconstrued these limitations and erred in not giving the claim term "simultaneously off" the full range of its ordinary and customary meaning by requiring that the transistors be switched off at the same moment. Linear argues that the correct construction refers to the action of the circuit in holding both transistors off at the same time. In support of its construction, Linear points to the following passage in the '178 patent specification:

Constant current source I[1] 72 and comparator 74 allow push-pull switch 15 to go into a state of operation [**27] where both MOSFETS 16 and 17 are simultaneously OFF under conditions where the output voltage VOUT can be maintained substantially at the regulated voltage VREG by output capacitor COUT. This state of operation is referred to herein as a "sleep mode." The ability of push-pull switch 15 to go into such a sleep mode is in contrast to the regulator circuit of FIG. 1 where one of the two MOSFETs 16 and 17 is substantially ON at all times. This feature of the present invention reduces the regulator circuit power consumption since push-pull switch 15 does not dissipate power or allow power to be pulled from load RL to ground in sleep mode.

'178 patent, col. 5, l. 59 - col. 6, l. 5 (emphases added). Linear argues that the plain meaning of "simultaneously" merely requires a condition existing or occurring at the same time. It thus contends that the limitation "simultaneously off" only requires both transistors to be off at the same time, regardless of when each transistor is turned off or whether one transistor is turned off before the other.

[*1324] Maxim responds that these limitations are directed to the manner in which sleep mode is entered. In amending its claims to distinguish [**28] the prior art, the applicant stated "the switching transistors of applicants' regulator are turned off if the current supplied to the load falls below a threshold level." In describing the sleep mode claims in response to a rejection, applicant stated: "When the output current of the regulator drops below a threshold level . . . the regulator's switching transistors are turned off simultaneously for a period of time while previously stored energy in the regulator's output circuit supplies current to the load."

In construing the claims, the district court relied on the definition of "simultaneous" from Webster's Ninth New Collegiate Dictionary 1099 (1991): "existing or occurring at the same time; exactly coincident." Claim Construction Order, slip op. at 11. The district court found this definition to suggest that an action was required. The court thus construed the term to encompass "the act of turning or causing both transistors to be off, not the state of being off, that occurs simultaneously." Id.

379 F.3d 1311, *1324; 2004 U.S. App. LEXIS 17108, **28;
72 U.S.P.Q.2D (BNA) 1311

The plain meaning of the word simultaneously is "in a simultaneous manner: at the same time: CONCURRENTLY." Webster's Third New International Dictionary 2122 (1993). [**29] The definition of simultaneous is "existing or occurring at the same time: COINCIDENT, CONCURRENT." Id. (emphasis added). Because simultaneously merely requires a condition to exist at the same time or concurrently, the district court erroneously construed the "simultaneously off" limitations too narrowly. The disputed limitation in claims 1 and 34 "to cause both switching transistors to be simultaneously OFF for a period of time" does not require the switching transistors to be turned off or disabled at the same instant, as the district court held. (emphasis added). To construe the term in that way overlooks the phrase "period of time," which refers to a span of time more consistent with the recitation of a state of operation of the transistors rather than an act of transition between states. Thus, we conclude that the ordinary and customary meaning of "simultaneously off," in contextual relation to the "period of time" language of the claims, encompasses the simultaneous state of both switching transistors being disabled or held off. The parallel provisions in claims 44 and 57, e.g., "turning both switching transistors simultaneously OFF for a period of time," do not [**30] merit a different construction. The applicant did not disavow the broader meaning of "simultaneously off" in the specification or prosecution history. The passages in the prosecution history cited by Maxim are not disclaimers of claim scope meriting a narrower construction, but are instead consistent with our claim construction of "simultaneously off."

Thus, the "simultaneously off" limitations of claim 1, 34, 44, and 57 only require that both switching transistors be held off or disabled for an overlapping period of time. The switching transistors do not need to be turned off or disabled at the same instant. The district court erred in construing the claims to the contrary.

4. Contributory Infringement or Inducement of Current Reversal Method Claims

The parties dispute whether Linear presented sufficient evidence to find direct infringement by Maxim's customers to support its claim of contributory infringement or inducement of the current reversal method claims 51-54 of the '178 patent by Maxim. The parties' dispute centers around step (c) of claim 51, which

states in pertinent part:

[*1325] maintaining one of said switching transistors OFF for a period of time following the first [**31] state of circuit operation to de-couple the output circuit from ground during the period of time so as to prevent the current to the load from reversing polarity.

'178 patent, col. 21, ll. 24-29 (emphasis added). The district court construed this limitation as follows:

The purpose [of the current reversal protection feature] is to prevent the regulator from drawing power from the load. As far as the Court is aware, power is not drawn from the load just because the 'saw tooth' current dips below a value of zero. Rather, because the average inductor current is designed to match the output current, the relevant measure of when the regulator draws power from the load is when the average (not instantaneous) current reverses polarity.

Claim Construction Order, slip op. at 35 (second emphasis added). Linear does not appeal this construction.

On summary judgment, the district court concluded that for Maxim to infringe limitation (c) of claim 51, which requires prevention of the average inductor current from reversing polarity, Maxim's accused circuits must be used with a load capable of creating a reverse average inductor current. *Summary Judgment, 2001 U.S. Dist. LEXIS 25905 at 45.* In support of its allegation of infringement, Linear submitted an expert declaration by Robert Blauschild (the "RB I" declaration) stating that Maxim's accused circuits were used in computers made by two of Maxim's customers. *2001 U.S. Dist. LEXIS 25905 at *46.* But Blauschild's "RB I" expert declaration was excluded by the district court for failure to previously disclose expert opinions under *Federal Rule of*

379 F.3d 1311, *1325; 2004 U.S. App. LEXIS 17108, **31;
72 U.S.P.Q.2D (BNA) 1311

*Civil Procedure 26. 2001 U.S. Dist. LEXIS 25905 at
*47-48.* Finding that this was the only evidence Linear
provided in opposition to summary judgment, *2001 U.S.
Dist. LEXIS 25905 at *49*, the district court granted
summary judgment of non-infringement in favor of
Maxim, finding that Linear could not prevail on its
indirect infringement claims because it had not
established that Maxim's parts were used to actually
prevent reverse average inductor current, *2001 U.S. Dist.
LEXIS 25905 at *49-50.*

Linear argues that the district court erred in granting
summary judgment that Maxim had not contributed to or
induced its customers' infringement of claim 51, by
ignoring record evidence indicating Maxim's indirect
infringement. Linear points to Maxim's parts data sheets,
items on Maxim's webpage, an article published [**33]
in a leading industry journal by Maxim, and an opinion
by Maxim's counsel to argue it presented evidence that
Maxim's customers used the current reversal feature of
Maxim's accused parts.

Maxim responds that summary judgment was
properly granted because Maxim's products do not
prevent the reversal of the average inductor current, as
required by the district court's construction of claim 51.
Maxim states that its products are not designed or
intended for uses where average inductor current reversal
is possible. It argues that the Maxim documents to which
Linear cites at most address preventing instantaneous
inductor current reversal. Maxim thus contends that
Linear failed in its burden to establish Maxim's
contributory infringement or inducement of claim 51.

Summary judgment is appropriate "if the pleadings,
depositions, answers to interrogatories, and admissions
on file, together with the affidavits, if any, show that
there is no genuine issue as to any material fact and that
the moving party is entitled to a judgment as a matter of
law." *Fed. R. Civ. P. 56(c).* Because Linear bears the
burden of establishing infringement at trial, in moving
[**34] for summary judgment Maxim need only
establish a deficiency [*1326] concerning an element of
Linear's infringement claim. *Celotex Corp. v. Catrett, 477
U.S. 317, 322, 91 L. Ed. 2d 265, 106 S. Ct. 2548 (1986)*
("The plain language of *Rule 56(c)* mandates the entry of
summary judgment, after adequate time for discovery and
upon motion, against a party who fails to make a showing
sufficient to establish the existence of an element
essential to that party's case, and on which that party will

bear the burden of proof at trial."). To survive Maxim's
motion for summary judgment of no contributory
infringement or inducement, Linear, as the non-moving
party, must "designate specific facts showing that there is
a genuine issue for trial." *Id. at 324* (internal quotation
marks omitted).

Although not directly infringing, a party may still be
liable for inducement or contributory infringement of a
method claim under *35 U.S.C. §§ 271(b), (c)* if it sells
infringing devices to customers who use them in a way
that directly infringes the method claim. *R.F. Del., Inc. v.
Pac. Keystone Techs., Inc., 326 F.3d 1255, 1267 (Fed.
Cir. 2003).* "Liability for either [**35] active inducement
of infringement or for contributory infringement is
dependent upon the existence of direct infringement." *Joy
Techs., Inc. v. Flakt, Inc., 6 F.3d 770, 774 (Fed. Cir.
1993).* There can be no inducement or contributory
infringement without an underlying act of direct
infringement. Id.

While the evidentiary showing in this case may be
sparse and not altogether clear, we believe that Linear has
satisfied its burden under Celotex by presenting specific
facts showing that there is a genuine issue for trial as to
Maxim's contributory infringement or inducement of
claim 51 of the '178 patent. See *Celotex, 477 U.S. at 325.*
Linear's evidence establishes that Maxim products used at
least in IBM computers may have circuitry that prevents
reversal of inductor current. For example, Linear cites a
document from Maxim's webpage that states in pertinent
part:

> Another MAX782 innovation--fast,
> precise current sensing--allows the device
> to turn off its synchronous-rectifier switch
> as the inductor's discharge current passes
> through zero. . . . Competitive chips either
> disable the synchronous rectifier
> completely at light loads, or [**36] leave
> it on and pay a big penalty in quiescent
> supply current. (With the rectifier on, the
> reversal of inductor current after discharge
> causes a transfer of energy from the output
> capacity back to the battery. . . .)

Appellant's Br. at 53 (quoting Joint Appx. at 14167)
(emphases added). This document raises a factual issue
whether Maxim's accused device turns the switching
transistors off to prevent the current to the load from

379 F.3d 1311, *1326; 2004 U.S. App. LEXIS 17108, **36;
72 U.S.P.Q.2D (BNA) 1311

reversing polarity, as required by claim 51. Even if Linear's evidence only pertains to instantaneous inductor current, as Maxim contends, Linear persuasively argues that the "prevention [of] instantaneous inductor current also prevents reversal of average inductor current." Appellant's Reply Br. at 24. In effect, Linear argues the prevention of instantaneous inductor current by definition prevents the average inductor current from reversing polarity. This may provide a basis for establishing that Maxim's devices can directly infringe the current reversal prevention claims of the '178 patent.

Linear also presented evidence that Maxim's customers directly infringe by using Maxim's parts to prevent current reversal. Disregarding the content of Blauschild's [**37] "RB I" expert declaration, which was excluded by the district court, the record nonetheless contains circumstantial evidence of direct infringement. For example, the record includes a letter from Maxim's customer, IBM, stating that: "the [*1327] Thinkpads which use Maxim chips use the reverse current protection feature of those chips." Joint Appx. at 11226. This evidence, together with the Maxim webpage noted above, and other record evidence, provides sufficient support for Linear to survive summary judgment.

Because Linear's evidence raises a genuine issue as to Maxim's contributory infringement or inducement of claim 51 of the '178 patent, we vacate the district court's summary judgment of non-infringement.

C. Cross-Appeal

1. Inventorship

The parties dispute whether the district court correctly found that Ronald Vinsant's claim of joint inventorship of the '178 patent was not corroborated. Maxim argues that Vinsant developed the polarity reversing circuitry in 1989 while working at Teledyne and that after joining Linear, Vinsant shared his knowledge with the named inventor Wilcox. Maxim contends that Vinsant qualifies as a joint inventor and that Maxim cannot infringe because it has [**38] since purchased Teledyne's ownership interest. Maxim argues that Vinsant provided detailed "written and oral testimony" that he conceived the claimed polarity reversal prevention aspects and that the district court erred in finding no corroboration. Linear responds that the district court did not err because Vinsant failed to present a single contemporaneous document or witness

from Teledyne to corroborate Vinsant's claim.

The district court found that Maxim failed to present contemporaneous corroborating documentation or witnesses describing Vinsant's conception at Teledyne. See *Summary Judgment Order, 2001 U.S. Dist. LEXIS 25905 at *90-91* ("Where are the diagrams, notes and letters that undoubtedly would have been produced contemporaneous with Vinsant's conception?"). The district court noted that Maxim's evidence was circumstantial and was "highly ambiguous" and "tangential at best." *2001 U.S. Dist. LEXIS 25905 at *90.*

A party seeking correction of inventorship must provide clear and convincing evidence of inventorship. *Hess, 106 F.3d at 979-80; Ethicon, Inc. v. U.S. Surgical Corp., 135 F.3d 1456, 1461 (Fed. Cir. 1998).* To meet the clear and convincing evidentiary burden, the alleged [**39] co-inventors must prove their contribution to the conception with more than their own testimony concerning the relevant facts. *Trovan, Ltd. v. Sokymat SA, 299 F.3d 1292, 1302 (Fed. Cir. 2002)* (citing *Price v. Symsek, 988 F.2d 1187, 1194 (Fed. Cir. 1993)).* Whether the co-inventor's testimony has been sufficiently corroborated is evaluated under a "rule of reason analysis," which requires that an "evaluation of all pertinent evidence must be made so that a sound determination of the credibility of the inventor's story may be reached." *Price, 988 F.2d at 1195.* Corroborating evidence may take many forms. Reliable evidence of corroboration preferably comes in the form of records made contemporaneously with the inventive process. *Sandt Tech., Inc. v. Resco Metal & Plastics Corp., 264 F.3d 1344, 1350-51 (Fed. Cir. 2001).* Circumstantial evidence of an independent nature may also corroborate. *Trovan, 299 F.3d at 1303.* Additionally, oral testimony from someone other than the alleged inventor may corroborate. Id. Maxim cross appeals from the district court's grant of Linear's motion for summary judgment [**40] that Vinsant was not an inventor of the '178 patent. Summary judgment is properly granted if the evidence, when viewed in a light most favorable to the non-moving party, fails to establish the inventorship of an omitted inventor by clear and convincing evidence. See *Teleflex, 299 F.3d at 1323.*

[*1328] In making its inventorship determination, the district court correctly set forth our inventorship precedent, including the need to evaluate the evidence of corroboration under a rule of reason analysis. See

379 F.3d 1311, *1328; 2004 U.S. App. LEXIS 17108, **40;
72 U.S.P.Q.2D (BNA) 1311

*Summary Judgment Order, 2001 U.S. Dist. LEXIS 25905 at \*81.* The court then thoroughly reviewed the evidence presented and concluded that no reasonable juror could find that Maxim had corroborated Vinsant's testimony that he invented the polarity reversing circuitry while at Teledyne. *2001 U.S. Dist. LEXIS 25905 at \*132.*

a. Reni Testimony and Exhibit D-136

Maxim presented testimony by Daniele Reni, an Apple employee who allegedly discussed regulator circuitry with Vinsant while he was at Teledyne. Maxim also relied on a circuit diagram from Reni's files, made by Vinsant and referred to at trial as D-136. *Summary Judgment Order, 2001 U.S. Dist. LEXIS 25905 at \*82-83.* It was undisputed that the D-136 diagram did not depict [**41] a complete synchronous switching regulator. From the partial circuitry shown in the D-136 diagram, the district court could not determine whether the transistor turns off at peak current or when the current approaches or crosses zero. *2001 U.S. Dist. LEXIS 25905 at \*82.* The district court observed that Reni's testimony did not shed light on what concepts were depicted in the D-136 diagram. *2001 U.S. Dist. LEXIS 25905 at \*83-84.* At best, the district court noted, Reni recalled that he discussed current reversal with Vinsant and they conducted brainstorming sessions about this issue. *2001 U.S. Dist. LEXIS 25905 at \*83-84.* The district court observed that it was unclear whether the current reversal to which Reni testified was "current reversal" within the meaning of the '178 patent claims. *2001 U.S. Dist. LEXIS 25905 at \*86.* Noting that Reni's testimony was at best "terse and cryptic," the court concluded that the testimony and D-136 diagram did almost nothing to corroborate Vinsant's claim of inventorship. Id.

Maxim argues that Reni's testimony and the D-136 diagram together corroborate Vinsant's inventorship claim. Maxim contends that whether the circuit in the D-136 diagram turned off at peak or near-zero current was a fact dispute to be resolved by a jury. Further, [**42] Maxim argues that Reni's testimony about "current reversal" described the concept claimed in the '178 patent.

After reviewing the district court's analysis, we find no error in the district court's reasoning or conclusion. The district court correctly observed that Maxim failed to establish that either the circuitry depicted in the D-136 diagram or the current reversal concepts Reni testified that he discussed with Vinsant depicted or explained

"current reversal" within the meaning of the '178 patent claims. At best, Maxim urges us to re-weigh Reni's testimony and the D-136 diagram to infer that they represent details sufficient to corroborate Vinsant's inventorship claim. Maxim thus fails to establish a dispute of material fact that either Reni's testimony or the D-136 diagram corroborated Vinsant's inventorship of a regulator within the scope of the '178 patent claims.

b. Notebook Diagram

Maxim also introduced a diagram in a Linear lab notebook labeled "Ron Vinsant's Laptop Switcher Proposal" dated February 21, 1991 ("notebook diagram"). *Summary Judgment Order, 2001 U.S. Dist. LEXIS 25905 at \*86-87.* The district court concluded that, even assuming the notebook diagram depicted a circuit within [**43] the scope of the '178 patent claims, the notebook diagram would still fail to corroborate Vinsant's claim that he conceived of current reversal circuitry at Teledyne. *2001 U.S. Dist. LEXIS 25905 at \*87.* The court noted that at best, the notebook diagram could only establish Vinsant's conception at Linear, id., after he left the employ of Teledyne. Maxim argues that the notebook diagram "lends great credibility" to Vinsant's testimony [*1329] that he explained approaches he had previously used at Teledyne to the named inventor Wilcox at Linear. Cross-Appellant's Br. at 65.

The district court's conclusion was based on sound facts and analysis. The notebook diagram is inconclusive of what circuitry Vinsant may have developed while at Teledyne, and thus fails to corroborate Vinsant's claim. The notebook diagram only documents the current reversal circuitry Vinsant discussed at Linear, and not what circuitry Vinsant may have previously developed at Teledyne. Again, Maxim fails to establish an error in the district court's conclusion that the notebook diagram could only corroborate Vinsant's alleged conception at Linear.

c. Vinsant's Drawing for Counsel

Maxim presented to the district court a circuit diagram [**44] Vinsant produced in 1998 when he met with Maxim's counsel. *Summary Judgment Order, 2001 U.S. Dist. LEXIS 25905 at \*82.* The district court did not explicitly analyze this evidence in its opinion.

Maxim argues that a circuit diagram Vinsant produced when he met with Maxim's counsel contains

379 F.3d 1311, *1329; 2004 U.S. App. LEXIS 17108, **44;
72 U.S.P.Q.2D (BNA) 1311

elements of the current reversal claims, even though Vinsant never reviewed the '178 patent. Maxim argues that because this drawing is simply a "more detailed version" of the contemporaneous D-136 and notebook diagrams, it supports Vinsant's account. Cross-Appellant's Br. at 65-66. Linear responds that this drawing was litigation-inspired, Vinsant was shown the '178 patent by defense counsel, and Vinsant had heard defense counsel's characterizations of the patent.

We have previously held that the most reliable corroborating evidence are "records made contemporaneously with the inventive process." *Sandt Tech., 264 F.3d at 1350-51.* Because this record was made in 1998, many years after Vinsant allegedly conceived of the current reversal circuitry at Teledyne, it is of questionable value as corroboration for Vinsant's claim of conception during his employment at Teledyne. We find no error in the district [**45] court's failure to discuss this diagram.

Because the district court, after viewing the evidence in a light favorable to Maxim, correctly concluded that no reasonable juror could find that Vinsant's inventorship claim was corroborated, we affirm the district court's

grant of summary judgment that Vinsant was not an inventor of the '178 patent.

## III. CONCLUSION

Because the district court erred in construing the "circuit," "vary the duty cycle," and "simultaneously off" claim limitations of the '178 patent, we vacate the judgment of non-infringement and remand for further consideration. We further vacate the district court's summary judgment of no contributory infringement or inducement of the current reversal method claims of the '178 patent, because genuine issues of material fact have been raised concerning Maxim's contributory infringement or inducement. As to Maxim's cross-appeal, because the district court did not err in granting summary judgment that Vinsant was not a joint inventor of the '178 patent, we affirm.

VACATED-IN-PART,     AFFIRMED-IN-PART,
AND REMANDED.

## IV. COSTS

No costs.

**A 13**

# TAB 2

FILED

JUN 9  1 01 PM

RICHARD W. WIEKING
CLERK
U S. DISTRICT COURT
NO DIST OF CA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LINEAR TECHNOLOGY CORPORATION,    )
                                  )
            Plaintiff,            )
                                  )       No. C 98-1727 FMS
      vs.                         )
                                  )       CLAIM CONSTRUCTION
IMPALA LINEAR CORPORATION, TOYODA )       ORDER
AUTOMATIC LOOM WORKS, LTD.,       )
ANALOG DEVICES, INC., MAXIM       )
INTEGRATED PRODUCTS, INC.,        )
UNITRODE CORPORATION,             )
                                  )
            Defendants.           )
_____)

### INTRODUCTION

Pending before the Court is the construction of U.S. Patent No. 5,481,178 (the "Patent"). A Markman hearing in this matter was held on April 6 and 8, at which time each side responded to issues raised in a tentative claim construction order prepared by the Court and distributed to the parties in advance. Each side presented approximately two and a half hours of oral argument and testimony and submitted exhibits into evidence. After the hearing, the parties submitted in writing proposed changes to the tentative construction order. The Court also received written responses to an order to show cause regarding the applicability of 35 U.S.C. § 112, ¶ 6 to the independent circuitry claims. Having reviewed and considered all of the above, the Court now ORDERS as follows.

\

\

\

\

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DISCUSSION

**I.        Applicability of 35 U.S.C. § 112, ¶ 6**

     **A.        Are Independent Circuitry Claims 1, 44, 55, and 57 Means-Plus-Function Claims Subject to § 112, ¶ 6?**

Claims 1, 44, 55, and 57 are all defined in terms of a "circuit" or "circuitry" for performing certain functions. For example, the first element of claims 1 and 44 read: a "first circuit" for "monitoring a signal from the output terminal to generate a first feedback signal." Patent col. 16:41-42, 20:36-37. Similarly, claim 55 refers to "drive circuitry" coupled to "feedback circuitry" that controls the duty cycle of the synchronously switched switching transistors. Claim 55 also describes "logic circuitry" that causes both switching transistors to be switched off during low load levels.

The question of whether claims 1, 44, 55, and 57 are means-plus-function claims was argued extensively at the <u>Markman</u> hearing. It was also the subject of the Court's post-hearing order to show cause. Although the Court had tentatively concluded that § 112, ¶ 6 did not apply to the independent circuitry claims, based on defendants' presentation at the hearing and its response to the order to show cause, the Court revises its position.

To determine whether a claim's recitation of structure is sufficient to avoid § 112, ¶ 6, the Federal Circuit has focused on two questions:

    (a)        Does the structural term in the claim element have a "well-known meaning to those of skill" in the relevant art(s)?

    (b)        Is that term drafted only in generic form, such as a "means," an "element," or a "device" for performing a function?

Although some structure must be disclosed in order to bypass § 112, ¶ 6, recitation of "precise physical structure" is not required. <u>Personalized Media Communications, LLC v. International Trade Comm'n</u>, 161 F.3d 696, 705 (Fed. Cir. 1998).

Plaintiff's expert Robert Blauschild declared that "[t]he term 'circuit' would tell a person of ordinary skill in the art that each element is an assembly of electronic components such as transistors, resistors and capacitors." Declaration of Robert A. Blauschild ("Blauschild Decl.")

2

**A 15**

1  ¶ II.3.  By reading claims 1, 44, 55, and 57, such a person "would have an understanding of, and

2  would be able to draw, structural arrangements of the circuit elements defined by the claims.  This

3  is because the language of the claims describes each of the circuits in terms that convey known

4  types of structure."  Id. ¶ II.2.  Defendants' expert Dr. Martin Schlecht disputes these assertions.

5  See Declaration of Martin F. Schlecht ("Schlecht Decl.").

6          The Court finds that Dr. Blauschild's definition of "circuit" does not recite

7  sufficient structure for purposes of § 112, ¶ 6.  The definition is analogous to a 'mechanism that

8  has an assembly of mechanical components, such as . . . .'  Dr. Blauschild has not identified

9  articulable structural limits of a 'circuit,' the absence of which would tend to question (but not

10  necessarily defeat) whether a given object constituted a 'circuit.'  His definition of a circuit more

11  closely resembles generic terms such as "element" or "device" than terms such as "detent

12  mechanism," see Greenberg v. Ethicon Endo-Surgery, Inc., 91 F.3d 1580 (Fed. Cir. 1996), and

13  "digital detector," see Personalized Media, 161 F.3d 696, which have withstood § 112, ¶ 6

14  analysis.  Because claims drafted in such open-ended language would entitle plaintiffs to a

15  potentially limitless array of structural embodiments, § 112, ¶ 6 should be applied to lend

16  interpretive contours to these claims.

17          In the Court's view, plaintiff's strongest counter argument to this position relies on

18  the preamble of claims 1, 44, 55, and 57 to limit the meaning of the term "circuit."  According to

19  this argument, the preamble's recitation of structure and the reference to a "control circuit" lend

20  sufficient contours to the meaning of "circuit" in the individual claim elements.  For the reasons

21  stated in defendants' response to the Court's order to show cause, this argument is rejected.

22          In Database Excelleration Sys., Inc. v. Imperial Tech., Inc., 48 U.S.P.Q.2d 1533

23  (N.D. Cal. 1998), it was held in this district that "[t]he term 'circuit' alone indicates sufficient

24  structure."  Id. at 1537.  The claim element in that case read:

25          a control circuit comprising a first port, a second port, a first control line and a
           second control line, wherein said first port is operatively coupled to said

26          nonvolatile media, said second port is operatively coupled to said parallel path, said
           first control line is operatively coupled to said volatile storage medium and said

27          second control line is operatively couplable to said disk controller.

28                               3

**A 16**

1    U.S. Patent No. 5,555,402.  Because the claim element at issue there recited structure in the form

2    of "port[s]" and "control line[s]," and defined physical relationships between such structures, the

3    court held that § 112, ¶ 6 did not apply.  The observation that the term circuit "alone" provides

4    sufficient structure to avoid § 112, ¶ 6 was unnecessary to the holding of <u>Database Excelleration</u>.

5    Strictly speaking, it is <u>dictum</u>.

6            That holding, moreover, would not extend to the claims at issue here.  A crucial

7    difference between the claim in <u>Database Excelleration</u> and those in this case is that in the former,

8    the claim element itself contained the quoted recitation of structure.  Here, by contrast, the only

9    recitation of structure appears in the preamble.  Section 112, ¶ 6 does not apply to the claim as a

10   whole but rather to its elements: "An <u>element</u> in a claim for a combination may be expressed as a

11   means or step for performing a specified function . . . ."  35 U.S.C. § 112, ¶ 6 (emphasis added).

12   Although the preamble has been held in some cases to limit the overall scope of claims, <u>see</u> <u>Bell</u>

13   <u>Communications Research, Inc. v. Vitalink Communications Corp.</u>, 55 F.3d 615 (Fed. Cir. 1995),

14   whether a claim is drafted in means-plus-function format is a question that must be decided on an

15   "element-by-element basis."  <u>Cole v. Kimberly-Clark Corp.</u>, 102 F.3d 524, 531 (Fed. Cir. 1996).

16   Accordingly, the Court construes independent claims 1, 44, 55, and 57 as means plus function

17   claims.

18       **B.       Are Independent Method Claims 41 and 51 Step-Plus-Function Claims**

19            **Subject to § 112, ¶ 6?**

20            Although the construction of means-plus-function claims under § 112, ¶ 6 is well

21   established, the case law in the related context of step-plus-function claims is sparse and leaves

22   many issues unresolved.  To fill in the gaps, courts have relied on an analogy in the text of § 112,

23   ¶ 6 between "means" and "step," and between "structure" and "acts," in order to apply parallel

24   hermeneutic principles to both types of claims.  <u>See</u> <u>O.I. Corp. v. Tekmar Co., Inc.</u>, 115 F.3d

25   1576, 1583 (Fed. Cir. 1997).  Thus, just as § 112, ¶ 6 is implicated when means plus function

26   without structure is present, so is it invoked when steps plus function without acts are present.  <u>Id.</u>

27   at 1582-83.  Method claims worded in the latter fashion are accordingly limited to the acts

28

4

**A  17**

1    disclosed in the specification and their equivalents. See id. at 1582.

2         The preamble in each of claims 41 and 51 introduces "steps of," raising a

3    rebuttable presumption that each claim element is a "step" and thus that § 112, ¶ 6 applies. See

4    Altech Controls Corp. v. E.I.L. Instruments, Inc., 44 U.S.P.Q.2d 1890, 1896 (S.D. Tex. 1997)

5    (use of word "means" or "step" creates a presumption that the inventor "intended to invoke the

6    claim format of § 112, ¶ 6").

7         Each element of claim 41 and 51 of the Patent also recites a function.  In claim 41,

8    the four respective functions are as follows: "to generate a first feedback signal"; "to maintain the

9    output terminal at the regulated voltage during a first state of circuit operation"; "to allow the

10   output capacitor to maintain the output substantially at the regulated voltage . . ."; and "to

11   recharge the output capacitor following the second state of circuit operation." See Patent cols.

12   19:66-20:18.  In claim 51, two of the three recited functions are the same as the first two

13   functions in claim 41.  The third function is "to de-couple the output circuit from ground during

14   the period of time so as to prevent the current to the load from reversing polarity." Id. col. 21:26-

15   28.  Given the recitation of steps and function, the remaining question is whether there is any

16   recitation of "acts." See O.I. Corp., 115 F.3d at 1583.  If so, the presumption favoring application

17   of § 112, ¶ 6 would be overcome.

18        The court construes claims 41 and 51 to contain sufficient recitals of acts to avoid

19   § 112, ¶ 6.  In claim 41, the respective acts are "monitoring a signal from the output terminal";

20   "varying the duty cycle of the switching transistors in response to the first feedback signal";

21   "turning both switching transistors simultaneously OFF for a period of time during a second state

22   of circuit operation following the first state of operation"; and "turning at least one . . . switching

23   transistor[] ON." Patent cols. 19:66-20:16.  In claim 51, the first two acts are the same as in claim

24   41, but the third act is "maintaining one of said switching transistors OFF for a period of time

25   following the first state of circuit operation." Id. col. 21:24-25.  These claim elements describe

26   concrete acts, not merely generic ones.  The fact that they do not conjure one precise act to an

27   individual skilled in the art is immaterial. Cf. Personalized Media, 161 F.3d at 705 (in means-

28                                    5

plus-function context, recitation is sufficient even if it conveys to those skilled in the art "a variety

of structures"); Greenberg, 91 F.3d at 1583 (in means-plus-function context, "single well-defined"

structure not required).

It would be different if the claim elements had been drafted simply as a "step" for

performing a function. For example, § 112, ¶ 6 would clearly be invoked were the first step in

claim 41 written as "a step for generating a first feedback signal" rather than as "a step of

monitoring a signal from the output terminal to generate a first feedback signal." The former

gives no indication of what set of acts constitute the "step" for performing the recited function,

allowing the patentee to claim any number of different acts to accomplish the step described. It

therefore raises the traditional concern with step-plus-function claims in a way the latter does not.

The difference is that "monitoring a signal from the output terminal" restricts the step to a finite

act. As the Federal Circuit in O.I. Corp. aptly explained, "[i]f we were to construe every process

claim containing steps described by an 'ing' verb, such as passing, heating [and] reacting . . . into a

step-plus-function limitation, we would be limiting process claims in a manner never intended by

Congress." O.I. Corp. 115 F.3d at 1583. To the extent Altech Controls Corp. v. E.I.L.

Instruments, Inc., 44 U.S.P.Q.2d 1890 (S.D. Tex. 1997), holds otherwise, it is not followed.

Unlike the independent cirucitry claims, the independent method claims will therefore not be

construed under § 112, ¶ 6.

**II.    Construction of Claims**

Unless otherwise indicated, the "Agreed Construction of the Claims" column in the

parties' Joint Claim Construction Chart is incorporated by reference into this order. The Court

construes the sleep mode claims in Section A, followed by the current reversal claims in Section

B.

**A.    "Sleep Mode" Claims (Claims 1-43 and 55-57)**

**1.    Claim 1**

**A circuit for controlling a switching voltage regulator, the regulator
having (1) a switch circuit coupled to receive an input voltage and**

6

# A 19

**including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output capacitor coupled thereto for supplying current at a regulated voltage to a load, the control circuit comprising:**

"Switching Voltage Regulator." The parties agree that a "switching voltage regulator" is a device or circuit that receives an input voltage and produces a predetermined and constant output voltage. Parties' Joint Claim Construction Chart ("JCCC") at 1. They dispute whether it controls the "opening and closing" of only "[one] switch," or of "one or more switching transistors." Id.

The Patent specification speaks in terms of "turning ON and turning OFF . . . the switch" and "turn[ing] the switch on and off," not in terms of "opening and closing" or "switching transistors." See, e.g., Patent col. 1:23, 32-33. Accordingly, the switching voltage regulator is further construed as controlling the turning on and off of the switch.

"Switch Circuit Coupled." A direct connection need not exist between circuit elements in order for them to be "coupled." See Patent cols. 1:20-22, 15:40-46. Thus, plaintiff would appear correct that circuit elements are "coupled" when a current path exists between them.

"Output Circuit Including." For purposes of claims 1, 34, 41, 55, and 57, an "output circuit" is a circuit on the load side of the switching transistors, which includes a capacitor, that smooths the current pulses generated by switching the switching transistors ON and OFF. See JCCC at 3. For purposes of claims 44 and 51, however, the output circuit includes an inductor as so described in the claim preamble. For purposes of claim 56, the output circuit includes both a capacitor and an inductor.

Figures 1-4 depict the "output terminal" 12 not as a point to which the load is directly connected, as defendants contend, but rather as a point or node of the switching regulator to which the load is coupled. Id. (plaintiff's construction).

Similarly, therefore, a "load" must be construed as a device, circuit, or system that is merely coupled to the output terminal to which the regulator supplies current. Id.

7

**A 20**

An "output capacitor" is a capacitor connected in parallel to the load which is used to assist in smoothing the current pulses from the switching transistors, see Patent col. 4:2-3 (inductor L1 and output capacitor $C_{OUT}$ together "smooth[] the alternating supply of current"), and which absorbs and discharges current to assist in providing a regulated voltage to the load. See JCCC at 3 (plaintiff's construction).

"Regulated voltage" is a voltage having a controlled value. Id. (plaintiff's construction). Defendants' proposal may be an accurate interpretation of "the regulated voltage $V_{REG}$"; however, the claim at issue refers only to supplying current at "a" regulated voltage. The Court therefore adopts the broader meaning suggested by plaintiff.

        **a.**      **a first circuit for monitoring a signal from the output terminal to generate a first feedback signal;**

The "first circuit" is a circuit that is distinct from each of the second and third circuits. JCCC at 4. It shall be construed under § 112, ¶ 6 as the combination of resistors 36A and 36B, or the combination of resistors R1 and R2 and operational amplifier 602, and equivalents thereof. Defendants' Proposed Order ("DPO") at 6.

A "signal" is a voltage or current by which information can be transmitted. Id.

        **b.**      **a second circuit for generating a first control signal during a first state of circuit operation, the first control signal being responsive to the first feedback signal to vary the duty cycle of the switching transistors to maintain the output terminal at the regulated voltage; and**

A "control signal" is a signal generated by a circuit and used to affect the operation of other circuitry. JCCC at 6 (plaintiff's construction).

The "first state of circuit operation" is the state in which the switching transistors are both enabled for switching and are synchronously switched such that one transistor is ON and the other transistor is OFF, with a varying duty cycle to maintain a regulated voltage at the output terminal.

The second circuit is a circuit that is distinct from each of the first and third circuits and shall be construed under § 112, ¶ 6 as the combination of transconductance amplifier 38,

8

**A 21**

1  reference voltage 37, current comparator 39, constant time one-shot circuit 25 which outputs the

2  first control signal, and equivalents thereof.  DPO at 6-7.  The output of the second circuit is

3  responsive to a signal provided by the first circuit.  See JCCC at 7 (defendants' construction).

### i.    Regulated Voltage Limitation

5  The claim indicates that the "regulated voltage" is the output voltage that is

6  maintained during the first state of operation through varying the duty cycle of the switching

7  transistors.  Patent col. 16:44-48.  Defendants argue that the second state of circuit operation

8  ("sleep mode") is initiated by something other than the regulated voltage.

9  Plaintiff retorts that nothing in the patent language requires a voltage signal, as

10  opposed to a current signal, to initiate the second state of circuit operation.  Nor is it necessary for

11  the output voltage to overcharge.  For example, the specification suggests the alternative of

12  triggering the second state of operation "in response to a monitored output current."  Patent col.

13  16:11.  These arguments do not squarely address defendants' main contention that the regulated

14  voltage cannot itself initiate the second state of circuit operation.  Defendants' interpretation

15  therefore controls.

16      **c.**    **a third circuit for generating a second control signal during a**
        **second state of circuit operation to cause both switching**
17      **transistors to be simultaneously OFF for a period of time if a**
        **sensed condition of the regulator indicates that the current**
18      **supplied to the load falls below a threshold fraction of**
        **maximum rated output current for the regulator, whereby**
19      **operating efficiency of the regulator at low output current**
        **levels is improved.**

20      The third circuit is a circuit that is distinct from each of the first and second

21  circuits, and shall be construed under § 112, ¶ 6 as the combination of hysteretic comparator 74,

22  the offset voltage 76, constant current source $I_1$ (72), logic gates 66, 68, and 69, reference voltage

23  $V_{REF}$, and equivalents thereof.  DPO at 7.

### i.    Causation Limitation

25  Defendants seek to impose a "causation limitation" according to which the second

26  control signal must cause not just one, but both switching transistors to be off.  Because the

27

28
                                    9

# A 22

synchronously switched switching transistors are never on at the same time, however, what defendants mean is that the second control signal must cause one switch to turn off and the other to remain off. This effectively excludes a situation wherein the second control signal causes only one switch to shut off, while the other is independently held off by another signal. The event that triggers the second control signal is described by the clause beginning "if a sensed condition of the regulator indicates."[1]

Plaintiff appears to agree with this construction. It concedes that the sleep mode claims exclude a situation in which the second control signal causes "only one transistor" to be off "without affecting the other transistor." Reply at 17. This may occur during current reversal protection mode but not during sleep mode. Id.

The claim language corroborates defendants' construction because it requires "both" transistors to be off. This is in contrast to the current reversal claims, in which only "one" of the switching transistors is turned off.[2] Taken as a whole, the claims therefore establish a plain dichotomy between causing "both" and causing only "one" transistor to be off.

The fact that "both" transistors are caused to be off during sleep mode, however, does not require a single signal that is directly received by both transistors.[3] The parties agree that the term "cause," as used in the phrase "cause both transistors to be simultaneously OFF," has the meaning ascribed to it in ordinary usage: to bring about a result. See JCCC at 8. Just as a result may be engendered directly or indirectly, the second control signal need not act directly on both transistors in order to cause both to be off. It may send a signal to a device, circuit, or system that

---

[1]      In the case of claim 41, the relevant clause begins: "when the current supplied to the load falls below . . . ." In claim 55, the clause begins: "if the feedback information indicates that . . . ." In claim 57, the clause begins: "a condition in the output circuit indicative of . . . ."

[2]      See claims 44 and 51.

[3]      Defendants concede this much when they describe the second control signal as sent "either directly or through intermediate logic" to each transistor. See Opposition at 28. They appear most concerned with the causal result, not its means, as evidenced by the following account of the causation limitation: "whenever the second signal second control signal is in its active condition, both switching transistors must each be OFF." JCCC at 9 (defendants' construction).

**A 23**

1  ultimately sends the signal to both transistors.  In short, unmediated causality is not required.

2  What is important is that a chain of events is initiated that acts not just on one but on both

3  transistors.

### ii.    Simultaneous Disabling Limitation

5  Defendants next contend that the phrase "cause . . . to be simultaneously off"

6  requires shutting off or disabling the two transistors at the same point in time.  By contrast,

7  plaintiff interprets "to be simultaneously off" to mean simply a durational overlap in the time that

8  the two transistors are kept off.

9  Although the Court initially favored plaintiff's interpretation, upon further

10  consideration it finds defendants' construction more persuasive.  If one of the functions of a patent

11  is to give notice to the public of what is claimed, in construing claim language it is important to

12  give words the meaning normally ascribed to them.  In ordinary usage, the most commonly

13  understood meaning of the root word "simultaneous" is that of occurring at the same point in

14  time.  See, e.g., Webster's Ninth New Collegiate Dictionary 1099 (1991) ("existing or occurring at

15  the same time; exactly coincident").  The adverbial form of that word-- "simultaneously"--more

16  clearly suggests that what is modified is not a state of being but rather an action.  Thus, it is the

17  act of turning or causing both transistors to be off, not the state of being off, that occurs

18  simultaneously.

19  Of the four independent circuitry claims that employ the adverb "simultaneously,"

20  two do so in a manner that readily suggests this meaning over that offered by plaintiffs.  Claim 41,

21  for example, reads: "turning both switching transistors simultaneously OFF."  Patent col. 20:5.

22  Claim 57 reads: "turning off both switching transistors simultaneously."  Id. col. 45.  Although the

23  term "simultaneously" in Claims 1 and 34 is used in a manner that appears consistent with

24  plaintiff's interpretation, the Court finds that defendants' construction is the better one.

### iii.    Load Current Limitation

26  The claim element explains how the second state of operation ("sleep mode") is

27  initiated when a "sensed condition of the regulator indicates that the current supplied to the load"

28

11

**A 24**

1    falls below a threshold level. The "sensed condition" detects when the load begins to draw low

2    levels of current and instructs the regulator to initiate sleep mode accordingly.

3            Defendants propose to restrict the meaning of "current supplied to the load" to

4    current that (1) flows from the output to the load, and (2) has a value dependent upon the

5    characteristics of the load. See Opposition at 32. Plaintiffs contest this interpretation, apparently

6    fearing that it would exclude monitoring the current that flows through the inductor.

7            The parties are to some degree talking past one another insofar as both

8    interpretations would appear not just correct, but also mutually compatible. Defendants

9    accurately state that the current actually supplied to the load is different from the inductor current.

10   Yet the claim does not require the third circuit to monitor the output current directly, as opposed

11   to through a reasonably accurate indicator of the output current.[4] Indeed, the Patent itself teaches

12   generating the second control signal when the inductor current (not the output current) falls below

13   a minimum level set by current source $I_1$. See Patent col. 6:47-50. This is possible because the

14   level of the inductor current is regulated to correspond to the amount of the current drawn by the

15   load (the output current), such that the flow of current out of the capacitor roughly matches the

16   flow of current into it. When the output current is low, so, too is the inductor current. Thus,

17   although the phrase "current supplied to the load" means output current, not inductor current, the

18   claim element is not limited to monitoring only output current.

19                          iv.    **Fraction Limitation**

20           Both parties agree that "threshold fraction of maximum rated output current" is a

21   number greater than zero that represents the proportionality of two numbers, the proportion being

22   relative to a rated maximum output current. See JCCC at 8.

23           Referring to the specification's example of 20 percent, defendants seek to limit the

24

25          [4]    The claim language refers to a sensed condition of the regulator that "indicates" when
     the output current falls below a threshold level. See also Patent cols. 19:6-28, 21:37-22:13, 22: 31-
26   49 (claims 34, 55, and 57). This word choice suggests that the output current itself need not be
     monitored, only a reasonably accurate index or proxy of it. Nothing in the Patent or the materials
27   submitted by the parties precludes the inductor current from serving as such an index.

28                                         12

                              **A 25**

threshold fraction to an "appreciable fraction." To the extent "appreciable fraction" is used to denote a value within the range of 20 percent, defendants' proposed construction would constitute an impermissible restriction of the claim language by an example in the specification. All the fraction needs to be is a "number greater than zero . . . ." See id.

Finally, plaintiff objects to the characterization of the threshold fraction as a constant figure, arguing that the fraction can be variable. To support this contention, plaintiffs merely state that the claims do not define the threshold fraction as a "constant percentage." Reply at 25:1. Because the maximum rated output is constant, the Court has difficulty discerning how the threshold fraction of that output could be anything other than a constant percentage. Plaintiff's interpretation is denied.

### v.    Period of Time Limitation

The "period of time" is the time in which both switching transistors are simultaneously off. JCCC at 9. The period of time does not refer to dead time. Id.

Defendants propose to equate "period of time" to the time during which the current remains below a threshold fraction of maximum rated output current.[5] The two are not necessarily coterminous, however, because it is possible for the top switch to turn on even though the output current remains below the threshold fraction while the load is idle. During sleep mode, stored up electrons in the capacitor are used instead of the switching transistors to supply a minimal level of current to the load. When the capacitor has discharged, one or both transistors turn(s) on to recharge it. Reply at 10. The period of time that the switches are off is therefore not necessarily related to whether the output current is above or below the threshold fraction. It can also be a function of how much current is drawn by the load after the point at which the transistors

---

[5]    The claim element causes both transistors be off "for a period of time if a sensed condition of the regulator indicates that the current supplied to the load falls below a threshold fraction of maximum rated output current" (emphasis added). From this, defendants argue that the claim language itself defines "period of time" as the time that a low current condition is detected. This argument requires substituting the word "while" for the word "if" in the language just quoted. The word "if" clarifies that falling below the threshold fraction is merely the condition precedent for commencing the "period of time."

13

**A 26**

1     are caused to be off.

2                         **vi.**       **User Activated Switch**

3            Claim 1 does not teach user-activated sleep mode. There is nothing inconsistent

4     about a device that includes both automatic and user-activated sleep mode. Claim 1 therefore

5     does not preclude claim 20, which is dependent on claim 1, from incorporating user-activated

6     sleep mode. In that sense, claim 1 is broad enough to cover user-activated sleep mode. Standing

7     alone, however, claim 1 does not "include[] both automatic and user-activated sleep mode."

8     Defendants' Proposed Changes to Tentative Construction Order at 13.

9                 **2.**      **Claim 2**

10                     **The circuit of claim 1 wherein the second control signal is generated in response to the first feedback signal.**

11

12            The second control signal is generated based upon an input from the first feedback signal. Plaintiff's Proposed Order ("PPO") at 3.

13

14            Defendants propose to limit the first feedback signal to a signal produced by "monitoring the output voltage of the regulator." DPO at 8. Nonetheless, the Patent does not

15

16     exclude generating a first feedback signal through other means, such as by monitoring the output

17     current. Defendants' interpretation is rejected.

18                 **3.**      **Claim 3**

19                     **The circuit of claim 2 wherein the circuit changes from the second to the first state of operation in response to the magnitude of the first feedback signal falling below a first threshold level.**

20

21            The "magnitude of the first feedback signal falling below a first threshold level"

22     means that the magnitude of the first feedback signal is compared to the first threshold level to

23     determine whether the first feedback signal is less than the first threshold level. DPO at 8. The

24     "magnitude" is the absolute value of the first feedback signal without consideration to its polarity.

25     Joint Claim Construction Statement ("JCCC") at 11 (defendants' construction; <u>accord</u> plaintiffs'

26     construction).

27

28                                 14

4.    Claim 4

The circuit of claim 3 wherein the circuit changes from the first to the second state of operation in response to the magnitude of the first feedback signal exceeding a second threshold level greater than the first threshold level.

The "magnitude of the first feedback signal exceeding a second threshold level" means that the magnitude of the first feedback signal is compared to the second threshold level to determine whether the first feedback signal is greater than the second threshold level. DPO at 9. The "magnitude" is the absolute value of the first feedback signal without consideration to its polarity. See JCCC at 11 (defendants' construction; accord plaintiff's construction).

5.    Claim 5

The circuit of claim 4, wherein the first feedback signal is a voltage feedback signal and the third circuit includes a voltage comparator having hysteresis.

A "voltage comparator having hysteresis" is a circuit that compares signals representing two voltages and that has different trip points depending on the state of the output of the comparator (i.e., which trip point was last reached). PPO at 4.

6.    Claim 6

The circuit of claim 5, wherein the current consumed by the switching voltage regulator is reduced during the second state of operation.

The current drawn from the input voltage or from the load by the switching voltage regulator is reduced during the second state of operation. PPO at 4.

Defendants' construction is rejected because the specification contemplates reducing not just the current drawn from the input, but also the current drawn from the load. As the specification explains, during the second state of operation, power "consumption" is reduced because "push-pull switch 15 does not . . . allow power to be pulled from load $R_L$ to ground." Patent col. 6:3-5.

7.    Claim 7

The circuit of claim 1, wherein the second circuit includes:

a one-shot circuit for generating first and second levels of the

15

**A 28**

first control signal during a switch cycle, wherein the first level causes
the switch circuit to couple the input voltage to a node of the output
circuit, and the second level causes the switch circuit to couple the
node of the output circuit to ground.

A one-shot is a circuit that outputs a pulse of a predetermined duration once it is
triggered by a[n ] input and then returns to its original state where it remains until triggered again.
DPO at 9.  One-shot circuit 25 provides an OFF-pulse of constant duration during which the
transistor 16 is held OFF and transistor 17 is held ON.  One-shot circuit 25 normally provides an
ON pulse during which the transistor 17 is held OFF and transistor 16 is held ON.  Id.

During the first level when the switch is ON, the switch circuit couples the input
voltage to a node of the output circuit.  During the second level when the switch is OFF, the
switch circuit couples the node of the output circuit to ground.  PPO at 4.

### 8. Claim 8

The circuit of claim 7, wherein the second level is generated for a
predetermined time period.

Something is "predetermined" when factors governing its characteristics are
determined by design prior to operation.  JCCC at 14.

### 9. Claim 9

The circuit of claim 8, wherein the second circuit includes a fourth
circuit for monitoring the current supplied to the output terminal to
generate a current feedback signal.

The second circuit includes a fourth circuit which monitors the current that flows
to the output terminal from the switching transistors to generate a feedback signal indicative of a
current level.  PPO at 5.

Although output current is logically distinct from inductor current, the specification
makes clear that the "current supplied to the output terminal" may be monitored without directly
sensing the output current.  For example, in related contexts the specification describes the
alternative of monitoring the inductor current.  See Patent cols. 4:22-24, 5:24-26, 6:17-28, 12:19-
22.  Defendants' proposal to restrict this claim to monitoring a "DC current that flows from the
output terminal to the load . . . . having a value that is dependent upon characteristics of the load,"

16

**A 29**

1    is rejected.

2              **10.     Claim 10**

3                        **The circuit of claim 9, wherein the switch is adapted to be coupled to**
     **an inductor and the fourth circuit monitors the inductor current to**
4                        **generate the current feedback signal.**

5              Defendants distinguish between instantaneous inductor current (the inductor

6    current flowing through the inductor at any point in time, Opposition at 41:2-3) and average

7    inductor current (the flow of current over time). Relying on examples from the specification, they

8    propose a blanket construction of the term "inductor current" to mean instantaneous inductor

9    current. <u>See, e.g.</u>, Patent col. 5:21-26 ("inductor current again ramps positive such that the

10   average inductor current equals the load current").

11             Defendants accurately note that the term "inductor current" is widely used in the

12   specification to denote "instantaneous inductor current." At the hearing, Dr. Schlecht testified

13   that a person skilled in the art would understand "inductor current" in this way. Nonetheless, the

14   specification sometimes speaks of "inductor current" in the contrary sense of an <u>average</u> inductor

15   current. <u>See id.</u> col. 4:46-52 (synchronous switching--ramping up and down--causes [average]

16   inductor current to increase to a level that can support the load current). Although this usage in

17   the Patent may be modest in comparison, it weighs against the global construction defendants

18   seek. By looking at the use of the term in its context, one skilled in the art would be apprised of

19   the meaning of "inductor current" as either instantaneous or average current. The inductor

20   current can be either instantaneous or average current, depending on the context.

21             **11.     Claim 11**

22                       **The circuit of claim 10, wherein the fourth circuit compares the**
     **current feedback signal to a reference current value and triggers the**
23                       **one-shot circuit when the current feedback signal exceeds the**
     **reference current value.**

24             A "reference current value" is a predetermined current value. The current

25   feedback signal exceeds the reference current value when it has a greater current value. DPO at

26   10. Although defendants do not refer to specific examples from the Patent in support of this

27

28                                              17

                              **A 30**

1    interpretation, the interpretation appears faithful to the claim language.

2    **12.    Claim 12**

3    **The circuit of claim 11, wherein the fourth circuit includes a current comparator for triggering the one-shot circuit, the current comparator having a first input coupled to receive the current feedback signal and a second input coupled to a current source for providing the reference current value.**

6    The fourth circuit includes a current comparator that compares currents, or signals

7    indicative of currents, to determine which is greater. The current comparator has a first input

8    which is coupled to receive the current feedback signal and a second input which is coupled to a

9    current source which is a source of current for providing a reference current value. The current

10   comparator triggers the one-shot circuit. PPO at 5.

11   Defendants seek to restrict the claim to a current comparator that compares only

12   "currents," not signals indicative of currents. This construction is betrayed by the language of the

13   claim, which refers to comparing a current feedback "signal" with a reference current. It is also

14   inconsistent with Figure 7 of the specification, in which current comparator 39 compares "the

15   voltage drop across resistor Rsense" with "the voltage drop across resistor R3." See Patent col.

16   12:19-29. Because the specification teaches comparing currents directly and through signals

17   indicative of such currents such as "voltage drops," defendants' construction is denied.

18   The output of the comparator has one of two levels. DPO at 10. As plaintiff

19   conceded at the hearing, the Patent specification does not establish the existence of a "third

20   indeterminate level."

21   The claim language clearly implies that the "current source" is a "separate" source

22   of current from the current feedback signal.

23   **13.    Claim 13**

24   **The circuit of claim 12, wherein the current source includes:**

25   **a transconductance amplifier supplying a current substantially proportional to the difference in voltage between the first feedback signal and a constant voltage; and**

27   The parties agree on the meaning of "transconductance amplifier." See JCCC at

28

18

**A 31**

17.

**a constant current source coupled in parallel with the transconductance amplifier.**

The constant current source is coupled in parallel with the transconductance amplifier such that currents flowing through the two devices are conducted to or from the same node. PPO at 6. Defendants propose an alternative construction whereby the currents are conducted to or from the same <u>pair of nodes</u>. Because reference characters 38 and 72 are shown to connect to the same node in Figure 7, defendants' proposal is declined.

**14.   Claim 14**

**The circuit of claim 7, wherein second level is generated for a time period dependent upon the input voltage.**

The OFF-time of one-shot circuit is varied in accordance with the input voltage. DPO at 10; <u>accord</u> JCCC at 17.

**15.   Claim 15**

**The circuit of claim 14, wherein the switch is coupled to an inductor, and wherein the second level is generated for a time period that is decreased in response to a decrease in the input voltage, whereby the oscillation frequency of the ripple current through said inductor is increased from an audible frequency to one that does not generate substantial user noise.**

The switch is coupled to an inductor and the OFF time of the switch is decreased in response to a decrease in the input voltage. The decrease in the OFF time of the switch prevents the oscillation frequency of the ripple current through the inductor from generating substantial user noise.[6] PPO at 6.

**16.   Claim 16**

**The circuit of claim 7, wherein the second level is generated for a time period that is dependent upon the voltage at the load.**

The parties have agreed on the construction of this claim. <u>See</u> JCCC at 18.

---

[6]   The Court adopts this construction on the understanding that the off time of the switch is equivalent to the off time of the one-shot circuit.

19

**A 32**

17.    **Claim 17**

> The circuit of claim 16, wherein the switch is coupled to an inductor, and wherein the second level is generated for a time period that is increased in response to a decrease in the voltage at the load, whereby the total decrease in current through said inductor during the time period the second level is generated remains substantially constant.

This claim is directed to current limiting. The OFF time of the switch is increased in response to a decrease in the voltage at the load such that the current in the inductor decays a substantially constant amount for each off time period. PPO at 6.

18.    **Claim 18**

> The circuit of claim 7, wherein the one-shot circuit is maintained substantially OFF during the second state of operation whereby the efficiency of the switching regulator circuit is increased as the circuit changes from the first to the second state of operation.

The one-shot circuit is maintained substantially OFF during the second state of circuit operation, such that the bias currents for the circuit element are reduced. PPO at 7.

"Maintained substantially off" is not equivalent to "turned off," as defendants propose. Such an interpretation not only thwarts the plain meaning of the claim but is also belied by examples from the specification. The specification does not require turning off the one-shot in order to achieve improved efficiency. Rather, it simply teaches that the regulator "can" turn off other circuit components--including the one-shot circuit--"if [so] desired." Patent col. 6:6-11.

The purpose of maintaining the one-shot substantially off is to "decrease[] bias currents substantially during sleep mode." Id. col. 13:5-6. This, in turn, serves one of the principal goals of the invention: "further increasing efficiency at low output current levels." Id. col. 13:6-7. Plaintiff's construction thus accurately defines "maintaining substantially off," consistent with the underlying purpose of the Patent.

19.    **Claim 19**

> The circuit of claim 12, wherein the current comparator is maintained substantially OFF during the second state of operation, whereby the efficiency of the switching regulator circuit is increased as the circuit changes from the first to the second state of operation.

The current comparator is maintained substantially OFF during the second state of

20

**A 33**

circuit operation such that the bias currents for the circuit element are reduced.  PPO at 7.

The interpretation of this claim is substantially similar to that of claim 18.  See claim 18.

### 20.    Claim 31

**The circuit of claim 1, wherein the circuit is adapted for controlling a switching voltage regulator circuit having first and second switching transistors coupled in series between an input voltage and ground, wherein the first and second switching transistors are commonly coupled to the output circuit, and wherein the input voltage is higher than the voltage at the load, whereby the switching voltage regulator is a step-down voltage regulator.**

The switching voltage regulator is a step-down voltage regulator such that the unregulated input voltage is greater than the regulated output voltage.  See PPO at 7; DPO at 12.

The Court has essentially adopted plaintiff's construction, with some minor modifications.  First, because the claim refers to a "step-down voltage regulator," plaintiff's reference to "step-down regulator" was modified accordingly.  Second, because the very purpose of a voltage regulator is to take an unregulated input voltage and produce a regulated output voltage, the Court incorporated this aspect of defendants' proposed construction.

### 21.    Claim 32

**The circuit of claim 1, wherein the circuit is adapted for controlling a switching voltage regulator circuit wherein the input voltage is lower than the voltage at the load, whereby the switching voltage regulator is a step-up regulator.**

The switching voltage regulator is a step-up voltage regulator such that the unregulated input voltage is less than the regulated output voltage.  See PPO at 7; DPO at 12.

The construction of this claim raises similar issues to the construction of claim 31. See claim 31.

### 22.    Claim 33

**The circuit of claim 1, wherein the circuit is adapted for controlling a switching voltage regulator circuit wherein the input voltage has an opposite polarity than the voltage at the load, whereby the switching voltage regulator is a polarity-inversing voltage regulator.**

The switching voltage regulator is a polarity inversing voltage regulator such that

21

# A 34

1    the input voltage has the opposite polarity of the output voltage.  PPO at 8.

2    **23.    Claim 34**

3    **A circuit for controlling a switching voltage regulator, the regulator
having (1) a switch circuit coupled to receive an input voltage and**

4    **including a pair of synchronously switched switching transistors and
(2) an output circuit including an output terminal and an output**

5    **capacitor coupled thereto for supplying current at a regulated voltage
to a load, the control circuit comprising:**

6

7    See claim 1.

    **a.        a first means for generating a voltage feedback signal from the**

8    **output terminal to generate a first feedback signal;**

9    See claim 1.  This is a means-plus-function element governed by § 112, ¶ 6.  The

10   structures disclosed in the specification that correspond to the recited function are the following

11   and their equivalents: (i) the combination of resistors 36A and 36B; (ii) the combination of

12   resistors R1 and R2 and operational amplifier 602; and (iii) voltage feedback circuit 220.  See Fig.

13   5.

14   **b.        a second means for generating a first control signal during a
first state of circuit operation, the first control signal being**

15   **responsive to the voltage feedback signal to vary the duty cycle
of the switching transistors to maintain the output terminal at**

16   **the regulated voltage; and**

17   See claim 1.  This is a means plus function element governed by § 112, ¶ 6.  The

18   structures in the specification that correspond to the recited function are the following and their

19   equivalents: (i) the combination of drive circuit 20, transconductance amplifier 38, offset voltage

20   $V_{os}$ 76, reference circuit 37, current source $I_1$ 72, current comparator 39, and constant off-time

21   one shot circuit 25, which outputs the first control signal; (ii) combinations having a pulse-width

22   modulator circuit that provides a pulse width modulated signal in response to a control signal,

23   Patent col. 9:18-21; (iii) circuit 240 in Fig. 5.; (iv) the combination illustrated in Fig. 7 (resistors

24   Rsense and R3, one-shot circuit 245, off time controller 250 and capacitor $C_{CON}$); (v) an

25   "operational amplifier," Patent col. 10:15-16; and (vi) the circuitry described at col. 13 lines 36-

26   46.

27

28

                                          22

                                **A 35**

  c. **a third means for generating a second control signal during a second state of circuit operation to cause both switching transistors to be simultaneously OFF for a period of time if a sensed condition of the regulator indicates that the current supplied to the load falls below a threshold fraction of maximum rated output current for the regulator, the period of time having a duration which is a function of the current supplied to the load by the regulator.**

  See claim 1.  This is a means plus function element governed by § 112, ¶ 6.  The structures in the specification that correspond to the recited functions are the following and their equivalents: (i) the combination of hysteretic comparator 74, the offset voltage 76, constant current source $I_1$ (72), logic gates 66, 68, and 69, and reference voltage 37, all as disclosed in Figure 2; and (ii) the circuitry disclosed in Figure 7 (72, 74, $V_{OS}$, 315, 316 and related sleep control logic).  Plaintiff seeks to add to this list an alternative method for generating the second control signal in response to a monitored output current.  <u>See</u> Patent col. 16:5-15.  Because this is a method and not a structure, however, plaintiff's request is rejected.

  <u>Duration</u>.  "Duration" is the period of time that both switching transistors are disabled (held OFF).  DPO at 13.

  <u>Function</u>.  The duration is a "function" of how much current is supplied to the load while the switching transistors are off.  This is consistent with Court's interpretation of the period of time limitation[7] and with plaintiff's proposed construction in the JCCC.

  i. **Causal, Simultaneous Disabling, Load Current, Period of Time, and Fraction Limitations**

  See claim 1.

  24. **Claim 35**

  **The circuit of claim 34, wherein the third means includes a voltage comparator having hysteresis.**

  See claim 5.

\

---

  [7] See interpretation of claim 1.

<div align="center">23</div>

<div align="center"># A 36</div>

25.    **Claim 36**

> **The circuit of claim 34, wherein the second means includes:**
>> **a one-shot circuit for generating first and second levels of first control signal during a switch cycle, wherein the first level causes the switch circuit to couple the input voltage to a node of the output circuit, and the second level causes the switch circuit to couple the node of the output circuit to ground.**

See claim 7.

26.    **Claim 37**

> **The circuit of claim 36, wherein the second means includes a fourth means for monitoring the current supplied to the output terminal to generate a current feedback signal.**

See claims 7, 9. This is a means-plus-function element whose interpretation is governed by § 112, ¶ 6. The second means includes a fourth means whose function is generating a current feedback signal. This function is performed by monitoring the current supplied to the output terminal. The structures described in the specification capable of performing the specified function are $I_{FB}$, current comparator 39, sense resistor and resistor R3 in Figure 7, and equivalents thereof. See PPO at 9; Patent col. 12:10-22.

27.    **Claim 38**

> **The circuit of claim 37, wherein the fourth means compares the current feedback signal to a reference current value and triggers the one-shot circuit when the current feedback signal exceeds the reference current value.**

See claim 12. The function is comparing the current feedback signal to a reference current value and triggering the one-shot circuit when the current feedback signal exceeds the reference current value. The structure described in the specification that is capable of performing the specified function is current comparator 39 or an equivalent thereof. PPO at 10.

28.    **Claim 39**

> **The circuit of claim 38, wherein the fourth means includes a current comparator for triggering the one-shot circuit, the current comparator having a first input coupled to receive the current feedback signal and a second input coupled to a current source for providing the reference current value.**

See claim 12.

24

# A 37

29.    **Claim 40**

The circuit of claim 39, wherein the current source includes: a transconductance amplifier supplying a current substantially proportional to the difference in voltage between the feedback signal and a constant voltage; and a constant current source coupled in parallel with the transconductance amplifier.

See claims 12, 13.

30.    **Claim 41**

A method for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output capacitor coupled thereto for supplying current at a regulated voltage to a load, the method comprising the steps of:

See claim 1.

a.    monitoring a signal from the output terminal to generate a first feedback signal;

See claim 1. This is not a step-plus-function limitation to which § 112, ¶ 6 applies. See Section II.B, supra.

b.    varying the duty cycle of the switching transistors in response to the first feedback signal to maintain the output terminal at the regulated voltage during a first state of circuit operation;

See claim 1. This is not a step-plus-function limitation to which § 112, ¶ 6 applies. See Section II.B, supra.

c.    turning both switching transistors simultaneously OFF for a period of time during a second state of circuit operation following the first state of circuit operation, so as to allow the output capacitor to maintain the output substantially at the regulated voltage by discharging during the second state of circuit operation, the period of time beginning when the current supplied to the load falls below a threshold fraction of maximum rated output current for the regulator, and having a duration which is a function of the current supplied to the load by the regulator; and

See claim 1, 34. This is not a step-plus-function limitation to which § 112, ¶ 6 applies. See Section II.B, supra.

"Substantially at the regulated voltage" allows for, but does not require, greater

25

**A 38**

variation in the voltage having a controlled value. JCCC at 30 (plaintiff's construction). This is consistent with the Court's construction of "regulated voltage."[8]

### i.    Causation Limitation

Because claim 41 is a method claim, plaintiff is at least partially correct that the causation limitation cannot read literally onto this claim. Certainly, the claim does not require a "second control signal" to cause the transistors to be off. See Reply at 19. Nonetheless, by reciting the step of "turning both switching transistors . . . off" the patentees were surely claiming an act or acts accomplished not just on one, but on both transistors. This does not require the transistors to be turned off at the same time, nor does it describe how the transistors are turned off--for example, whether directly or indirectly, or by a single signal. All it requires is the act(s) of turning off both transistors.

### ii.    Period of Time Limitation

See claims 1, 34.

### iii.    Simultaneous Disabling, Load Current, and Fraction Limitations

See claim 1.

### d.    turning at least one of said switching transistors ON to recharge the output capacitor following the second state of circuit operation.

This is not a step-plus-function limitation to which § 112, ¶ 6 applies. See Section II.B, supra.

### i.    Third State of Circuit Operation

During the second state of operation in which the switching transistors are simultaneously off, current is supplied to the load by the output capacitor. When the capacitor can no longer maintain the output voltage, the regulator "'wakes up' to recharge the output capacitor $C_{OUT}$." Patent col. 7:18-21. This triggers what the Court will refer to as a "third state

---

[8]    See interpretation of claim 1.

26

**A 39**

1    of circuit operation"[9] recited in element d.  After the capacitor is recharged to a voltage level in

2    excess of the regulated voltage, the feedback voltage again trips comparator 74 and the regulator

3    reverts back to the second state during which both switching transistors are held simultaneously

4    off.  See id. col. 7:2-5, 7:10-12.

5            Claim 41 does not recite a step for returning back to the second state once the

6    capacitor has been recharged.  Although it claims turning off both transistors in a second state of

7    operation "following the first state of operation," it does not claim the same step following the

8    third state of operation.[10]

9        31.    **Claim 42**

10       **The method of claim 41, wherein the switching voltage regulator
         includes a one-shot circuit for varying the duty cycle of the switching**

11       **transistors and wherein step (c) includes the step of maintaining the
         one-shot circuit substantially OFF during the second state of**

12       **operation.**

13       The one-shot circuit is a structure, PPO at 12, and shall be construed consistently

14   with claim 7.  DPO at 17; accord JCCC at 32 (plaintiff's construction).  "Switching voltage

15   regulator" shall be construed consistently with claim 1.  DPO at 17; accord JCCC at 32 (plaintiff's

16   construction).  "Duty cycle" and "varying the duty cycle" are construed in connection with claim

17   1, paragraph (b).  DPO at 17.  "Maintaining substantially off" shall be construed consistently with

18   claim 18.  Id.

19       32.    **Claim 43**

20       **The method of claim 2, wherein the switching voltage regulator
         includes a current comparator for triggering the one-shot circuit and**

21       **wherein step (c) includes the step of maintaining the current
         comparator substantially OFF during the second state of operation.**

22

---

23       [9]    Plaintiff disputes whether there is a "third state" distinct from the second state.  The
24   difference between the two is apparent, however, because the specification explains how "driver
     circuit 20 is taken out of sleep mode [the second state] . . . so that a new ON cycle is initiated to
25   supply current to load 14."  Patent col. 6:66-7:2 (emphasis added).  Similarly, claim 41 describes a
     state "following the second state of circuit operation," 20:17-18 (emphasis added), in which at least
26   one transistor is turned on to recharge the output capacitor.

     [10]    Defendants are correct that sleep mode claims 1-33 and 55-57 also do not recite the
27   third state of circuit operation.

28                                27

**A 40**

1  Because the claim apparently mistakenly refers to the method of "claim 2," the

2  Court construes it as referring to "claim 42."

3  "State of operation," "switching voltage regulator, and second state of operation"

4  are construed in connection with claim 1. "One shot circuit" shall be construed consistently with

5  claim 7. DPO at 17; accord JCCC at 32 (plaintiff's construction). "Current comparator" is a

6  structure, PPO at 12, and shall be construed consistently with claim 12. DPO at 17; accord JCCC

7  at 32 (plaintiff's construction). "Substantially OFF" shall be construed consistently with claim 19.

8  DPO at 17.

9        **33.    Claim 55**

10        **A circuit for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and**

11        **including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output**

12        **capacitor coupled thereto for supplying current at a regulated voltage to a load, the control circuit comprising:**

13      See claim 1.

14

15        **a.    drive circuitry for the pair of synchronously switched switching transistor[s];**

16      See claim 1. The drive circuitry shall be construed under § 112, ¶ 6 as driver

17  circuit 20, and equivalents thereof. DPO at 22. "Drive circuitry" is distinct from each of the

18  feedback circuitry and logic circuitry. JCCC at 46 (defendants' construction).

19        **b.    feedback circuitry, coupled to the drive circuitry to control the duty cycle of the pair of synchronously switched switching**

20        **transistors, the feedback circuitry forming a feedback path in the regulator between the output circuit and the drive circuitry**

21        **by which feedback information indicative of the current supplied to the load by the regulator conditions the duty cycle**

22        **of the pair of synchronously switched switching transistors; and**

23      See claim 1. The feedback circuitry shall be construed under § 112, ¶ 6 as the

24  combination of resistors 36A and 36B, transconductance amplifier 38, reference voltage 37,

25  current comparator 39, constant time one-shot circuit 25 which outputs the first control signal,

26  and equivalents thereof. DPO at 22. "Feedback circuitry" is distinct from each of the drive

27

28

circuitry and logic circuitry.  JCCC at 46 (defendants' construction).

>        c.     **logic circuitry, coupled to the feedback circuitry, which prevents the drive circuitry from turning on either of the pair of synchronously switched switching transistors if the feedback information indicates that the current supplied to the load by the regulator falls below selected sleep mode current level, wherein the synchronously switched switching transistors are prevented from being turned on for a period of time that is a function of the current supplied to the load by the regulator.**

See claim 1.  The logic circuitry shall be construed under § 112, ¶ 6 as offset voltage $V_{os}$ 76, constant current source $I_1$ (72), hysteretic comparator 74, logic gates 66, 68, and 69, reference voltage 37, and equivalents thereof.  DPO at 22.

### i.     Causation Limitation

This claim element is drafted in terms of logic circuitry that "prevents the drive circuitry from turning on either of the pair of synchronously switched switching transistors."  It assumes that the switches are already off, and claims logic circuitry to ensure that not one but both switching transistors remain off.  With respect to the causation limitation, this claim is different from claim 1 in at least three respects: (1) it does not use the term "cause"; (2) it does not claim a structure for turning off, but rather only for "prevent[ing] . . . from turning on"; and (3) it claims the agency of "logic circuitry," not a "second control signal."  In all other respects, the causation limitation of claim 1 controls.

### ii.     Simultaneous Disabling Limitation

The term "simultaneously" does not appear in the language of the claim.  Nonetheless, defendants propose to read this limitation into the claim because plaintiff allegedly claimed simultaneous causation during prosecution.  This argument is unpersuasive.  The prosecution history shows that plaintiff amended what would become claim 55 in order to "more particularly point out . . . that the switching transistors of the regulator turn off simultaneously under <u>low</u> output current, rather than overcurrent conditions."  Rowland Exh. B at 165 (emphasis in original).  The plain import of this sentence is to distinguish turning the transistors off under low rather than high current conditions, not to impute simultaneous causation onto the claim.

1    Defendants' proposal is rejected.

2                              iii.        **Load Current Limitation**

3        See claim 1.

4                              iv.        **Period of Time Limitation**

5        See claims 1, 34.

6                              v.        **Threshold Fraction Limitation**

7        Claim 55 recites keeping the switching transistors off if the output current falls

8    below a "selected sleep mode current level," rather than a "threshold fraction of maximum rated

9    output," as appears in other claims. The plain language of this claim therefore precludes the

10   threshold fraction limitation.

11       Defendants' citations to the prosecution history fail to persuade. During

12   prosecution, plaintiff requested an amendment to claims 1, 34, 41, and 57 to include the phrase

13   "falls below a threshold fraction of maximum rated output." Rowland Exh. B at 159-161.

14   Plaintiff treated claim 55 differently, seeking to add the alternative phrase "falls below a selected

15   sleep mode current level." Id. at 162. It further maintained the distinction between claim 55 and

16   the other independent sleep mode claims by explaining that claims 1, 34, 41, and 57--not claim 55-

17   -recited a threshold that is a "fraction of the regulator's maximum rated output." Id. at 165.

18   Defendants invest too much meaning in global remarks made during prosecution regarding the

19   sleep mode claims, and in plaintiff's use of the term "id est," in order to impute the "threshold

20   fraction" definition onto plaintiff's studied use of the phrase "selected sleep mode current level."

21   The threshold fraction limitation accordingly does not apply.

22              34.      **Claim 56**

23                       **The circuit of claim 55 wherein:**

24              a.      **the output circuit includes an inductor coupled to the pair of**
                        **synchronously switched switching transistors and the output**
25                      **terminal;**

26       "Output circuit" is defined in claim 1. "Coupled and "output terminal" shall be

27   construed consistently with claim 1. DPO at 23; accord JCCC at 48 (plaintiff's and defendants'

28
                                                30


**A 43**

1    constructions).

2             **b.**     **the feedback information includes a first feedback signal
3                      derived by sensing current conducted between the inductor and
4                      the output terminal and a second feedback signal derived by
                  sensing voltage at the output terminal; and**

5           The feedback information includes both a voltage feedback signal and a current

6    feedback signal, PPO at 17; this follows from the language of the claim. "Current conducted

7    between the inductor and the output terminal" means the current flowing from the inductor to the

8    output terminal. DPO at 23. This interpretation is faithful to the plain meaning of the claim.

9    "Signal" and "feedback signal" shall be construed consistently with claim 1. DPO at 23; <u>accord</u>

10    JCCC at 48 (plaintiff's construction). Defendants propose to interpret the first feedback signal as

11    $I_{FB}$ and the second feedback signal as $V_{FB}$, presumably on the theory that § 112, ¶ 6 applies here.

12    If so, the Court concurs, with the additional observation that the claims also embrace

13    "equivalents" of $I_{FB}$ and $V_{FB}$.

14             **c.**     **the feedback circuitry includes a comparator circuit that
15                      compares the first feedback signal to an error signal generated
16                      from the second feedback signal to control switching between
                  the pair of synchronously switched switching transistors, and a
                  threshold circuit that sets a minimum inductor current value at
                  which the drive circuitry switches between transistors.**

17           A "comparator circuit that compares" compares signals at its inputs to determine

18    which signal is greater, and the output of the comparator has one of two levels. DPO at 24; <u>see</u>

19    JCCC (plaintiff's construction). Although plaintiff contends that the output of the comparator may

20    have a third indeterminate level, the Court has been unable to confirm this construction by

21    reference to the Patent language. It is, however, difficult to dispute plaintiff's interpretation that

22    the output of the comparator controls the switching between the synchronously switched

23    switching transistors. <u>See</u> PPO at 17.

24           An "error signal" is a voltage or current signal generated by an amplifier when two

25    signals are compared. The difference of the two signals is represented by the magnitude of the

26    error signal. DPO at 24.

27

28

**A 44**

35.     Claim 57

An improved circuit for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output capacitor coupled thereto for supplying current at a regulated voltage to a load, and wherein the control circuit varies the duty cycle of the switching transistors to maintain the output terminal at the regulated voltage, the improvement comprising:

See claim 1. Although this paragraph begins with the term "an improved circuit," it merely recites admitted prior art. See Ex Parte Jepson, 1917 C.D. 62, 243 O.G. 525 (Ass't Comm'r Pat. 1917). It shall be construed under § 112, ¶ 6 as the combination of resistors 36A and 36B (or resistors R1 and R2 and operational amplifier 602), transconductance amplifier 38, reference voltage 37, current comparator 39, constant time one-shot circuit 25, and equivalents thereof. DPO at 24.

a.      circuitry incorporated in the control circuit for detecting a condition in the output circuit indicative of the current supplied to the load falling below a threshold fraction of maximum rated output current for the regulator and for turning off both switching transistors simultaneously for a period of time if the supplied current falls below the threshold, the period of time having a duration which is a function of the current supplied to the load by the regulator.

See claim 1. The "improvement" portion of claim 57 shall be construed under § 112, ¶ 6 as the hysteretic comparator 74, logic circuits 66, 68, and 69, constant current source 72, $V_{os}$ 76, reference voltage 37, and equivalents thereof. DPO at 24.

i.      Causation Limitation

This claim element is drafted in terms of circuitry for "turning off both switching transistors . . . ." With respect to the causation limitation, it is different from claim 1 only insofar as (1) it does not use the term "cause," and (2) it claims "circuitry incorporated in the control circuit," not a "second control signal," to cause the desired result. In all other respects, the causation limitation of claim 1 controls.

ii.     Simultaneous Disabling, Load Current, and Fraction Limitations

32

**A 45**

1    See claim 1.

2                    iii.        Period of Time Limitation

3    See claims 1, 34.

4    B.    The "Current Reversal" Claims (Claims 44-54)

5        1.    Claim 44

6            A circuit for controlling a switching voltage regulator, the regulator
             having (1) a switch circuit coupled to receive an input voltage and
7            including a pair of synchronously switched switching transistors and
             (2) an output circuit including an output terminal and an output
             inductor coupled thereto for supplying current at a regulated voltage
             to a load, the control circuit comprising:

9    See claim 1.

10            a.        a first circuit for monitoring a signal from the output terminal
11                    to generate a first feedback signal;

12    See claim 1. The first circuit is a circuit that is distinct from each of the second and

13    third circuits, and shall be construed under § 112, ¶ 6 as the combination of resistors 36A and

14    36B, or the combination of resistors R1 and R2 and operational amplifier 602, and equivalents

15    thereof. DPO at 17.

16            b.        a second circuit for generating a first control signal during a
                     first state of circuit operation, the first control signal being
17                    responsive to the first feedback signal to vary the duty cycle of
                     the switching transistors to maintain the output terminal at the
18                    regulated voltage; and

19    See claim 1. The second circuit is a circuit that is distinct from each of the first and

20    third circuits, and shall be construed under § 112, ¶ 6 as the combination of transconductance

21    amplifier 38, reference voltage 37, current comparator 39, constant time one-shot circuit 25 which

22    outputs the first control signal, and equivalents thereof. DPO at 17.

23            c.        a third circuit for monitoring the current to the output
                     terminal to generate a second control signal during a second
24                    state of circuit operation when the monitored current compares
                     in a predetermined manner to a threshold indicative of a
25                    polarity reversal condition in the output inductor, said second
                     state causing one of said switching transistors to be maintained
26                    OFF, such that the switch circuit is prevented from coupling
                     the output circuit to ground.

27

28                                33

                        **A 46**

1    See claim 1. The third circuit is a circuit that is distinct from the first and second

2    circuits, and shall be construed under § 112, ¶ 6 as the combination of hysteretic comparator 74,

3    the offset voltage 76, constant current source $I_1$ (72), logic gates 66, 68, and 69, reference voltage

4    37, and equivalents thereof. DPO at 18.

5               **i.**    **Positive Threshold Limitation**

6    For purposes of the Patent, a current reversal occurs when the current changes

7    polarity from positive to negative. Defendants contend that the threshold indicative of a current

8    reversal must be "sufficiently positive" so as to trigger the reversal protection feature before the

9    <u>instantaneous</u> or 'saw tooth' current reverses polarity. Plaintiffs retort that the reversal protection

10    feature need only be triggered before the <u>average</u> inductor current changes polarity. The

11    difference is that on plaintiff's interpretation, the 'saw tooth' current may ramp down and actually

12    reverse polarity as long as the average inductor current remains positive.

13    Defendants support their position by reference to the claim language, the

14    specification, and the prosecution history. The claim language refers to a second state of

15    operation in which one switching transistor is maintained off "such that the switch circuit is

16    <u>prevented</u> from coupling the output circuit to ground." Patent col. 20:49-51 (emphasis added).

17    They interpret this clause to mean that the current reversal protection feature must stop (or

18    "prevent") the 'saw tooth' current from ever reversing polarity. Plaintiffs counter that preventing

19    the output circuit from "coupling . . . to ground" simply means that the instantaneous current

20    cannot ramp down; it says nothing about whether the instantaneous current is prevented from

21    reversing polarity. The Court concurs.

22    Defendants next turn to the preferred embodiment in the specification, which

23    describes how the 'saw tooth' current is prevented from reversing polarity:

24    When output 25a of one-shot circuit goes HIGH to turn P-MOSFET 16 OFF and
     N-MOSFET 17 ON, the inductor current $I_L$ begins to ramp down. During low

25    average output currents, this current may ramp down toward zero and, eventually,
     may go negative. Control circuit 470 . . . turns N-MOSFET 17 OFF <u>before</u> such

26    current reversals can occur. <u>This prevents N-MOSFET 17 from drawing power
     from the load.</u>

27

28    34

# A 47

1    Patent col. 14:28-36 (emphasis added). Although this passage from the specification supports

2    defendants' position, the Court finds that defendants have emphasized an atomistic reading of the

3    reversal protection feature at the expense of understanding its basic purpose. That purpose, as

4    emphasized throughout the Patent as well as in the text cited above, is to prevent the regulator

5    from drawing power from the load. As far as the Court is aware, power is not drawn from the

6    load just because the 'saw tooth' current dips below a value of zero. Rather, because the average

7    inductor current is designed to match the output current, the relevant measure of when the

8    regulator draws power from the load is when the average (not instantaneous) current reverses

9    polarity.

10       The prosecution history confirms that the issue is not preventing current reversals

11    per se, but rather in order to prevent current being drawn from the load. For example, plaintiff

12    represented to the Examiner that claims 44 and 51 were "directed to preventing low load currents

13    from causing polarity reversal in the inductor" and explained polarity reversals as "a condition

14    which causes power to be drawn from a load." Rowland Exh. B at 109. Plaintiff continued: "The

15    amended language of these claims recites more particularly that it is the transistor coupled to

16    ground that remains off, thereby preventing the output current from reversing polarity." Id.

17    (emphasis added). The latter excerpt makes clear that the purpose of the reversal protection

18    feature is to prevent the "output current from reversing polarity"--in other words, to prevent

19    current from being drawn from the load. This condition can be satisfied if the threshold indicative

20    of a polarity reversal condition is set (a) exactly when the instantaneous inductor current reverses

21    (zero), (b) just before reversal (slightly positive), or (c) just afterwards (slightly negative)--so long

22    as the protection feature is triggered before power is actually drawn from the load. It is therefore

23    not necessary for the threshold to be positive or even "sufficiently positive."

24       The threshold indicative of a polarity reversal condition is accordingly construed, in

25    light of the foregoing remarks, as a value[11] which, when compared to the monitored current to the

26

27      [11]     Plaintiff itself construed "threshold" as a level or "value." See JCCC at 8.

28

**A 48**

output terminal will predict that the switching voltage regulator is about to, or has already

entered, the polarity reversal condition.  Compare Defendants' proposal at the hearing with JCCC

at 38 (plaintiff's construction).  The Court adopts this interpretation with the caveat that the

threshold may not be set at a level where power is allowed to be drawn from the load.  Although

the instantaneous inductor current may dip below zero before the threshold is reached, the

threshold must be set so as to prevent any and all power from being drawn from the load.

### ii.    Causation and Simultaneous Disabling

Unlike the sleep mode claims, which claim a third circuit to cause "both"

transistors to be simultaneously off, the polarity reversal claims describe a second state of

operation that causes "one" of the switching transistors to be off.  See Patent cols. 20:48, 21:23.

Defendants conceded this much in their claim construction chart.  See JCCC at 37 (defendants'

construction).[12]  Against the clear import of the claim language and their own earlier averments,

defendants now seek to impose the causation limitation on the polarity reversal claims, so as to

require the second control signal to cause both switching transistors to be off.

Defendants attempt to buttress their construction by referring to the prosecution

history.  They contend that during prosecution, plaintiff consistently failed to challenge the patent

Examiner's grouping of the current reversal claims with the sleep mode claims, and even

affirmatively led the Examiner to believe that both categories of claims were part of the same

invention.  These acts and omissions during three "Office Actions" purportedly require reading the

causation and simultaneous disabling limitations into claim 41.

In a first Office Action, the Examiner imposed a "restriction requirement," putting

plaintiff to the election of prosecuting some but not all claims.  In so doing, the Examiner grouped

claims 44 and 51 together with the sleep mode claims, allegedly without any objection from

plaintiff.

The first Office action does not help defendants because a restriction requirement is

---

[12]    "When the output current of the regulator drops below a threshold level, one of the
regulator's transistors is intentionally held OFF by the second control signal."  Id. (emphasis added).

36

## A 49

1    not the same as a rejection for estoppel purposes.  See R2 Medical Sys., Inc., v. Katecho, Inc.,

2    931 F.Supp. 1397, 1438 (N.D. Ill. 1996) (citation omitted).  A restriction merely forces the

3    applicant to organize or "group" his claims for case management.  See id.  Because the applicant's

4    response to the restriction cannot be construed as a concession in order to obtain the patent, the

5    preclusive effect of the response is limited.  Id.  The R2 Medical court found estoppel based on a

6    response to a restriction requirement where the applicant had (1) "expressly abandoned" the

7    claimed feature or (2) "clearly expressed an understanding" that the asserted limitation should

8    apply.  See id.  Neither, however, has been shown here.

9           In a second and third Office Action, the Examiner again clustered all claims

10   together and rejected them as anticipated either by prior art or a combination of prior art.

11   Defendants again argue that plaintiff did not contest the Examiner's grouping and actually

12   distinguished the prior art on the very ground that it failed to teach turning both transistors off.

13          The file history reveals that plaintiff scrupulously distinguished between the sleep

14   mode claims and the current reversal claims.  When plaintiff discussed the improvement of turning

15   both switching transistors off, it typically did so in the context of discussing sleep mode, not

16   current reversal protection.[13]  It also typically went on to distinguish what would become claims

17   44 and 51 on the ground that they required only one transistor to be off.[14]  Defendants' arguments

18   from the prosecution history are accordingly rejected.  The causation and simultaneous disabling

19   limitations do not apply to this claim.

20                        iii.    Load Current Limitation

21          The claim element recites a circuit for monitoring the current supplied to the

22   output terminal to generate a signal that initiates the current reversal feature.  Consistent with their

23   _____

24   [13]    See, e.g., Rowland Exh. at 109 (turning both switches off when the output capacitor
      can maintain the desired voltage), 163 (turning both switches off when output drops below threshold
25   fraction).

26   [14]    See, e.g., id. at 109, 163 (stating that sleep mode claims--not current reversal claims--
      had been amended to more distinctly claim turning both transistors off under specified conditions),
27   165 (distinguishing prior art as "even less pertinent" to eventual claims 44 and 51, which "are directed
      to a different feature of the present invention).

28                                     37

1  interpretation of "load current" in the sleep mode claims, defendants propose to construe the

2  "current supplied to the output terminal" as the current on the load side of the output capacitor.

3  This effectively excludes monitoring inductor current.

4         The Patent's preferred embodiment betrays defendants' construction.  During low

5  average output currents, the inductor current $I_L$ "ramps down toward zero and, eventually may go

6  negative."  Patent col. 14:31-32.  "Control circuit 470 works by monitoring the inductor current

7  $I_L$, through current feedback signal $I_{FB2}$, and turns N-MOSFET 17 OFF before such current

8  reversals can occur.  This prevents N-MOSFET 17 from drawing power from the load to ground."

9  Id. col. 14:32-36.  In this embodiment, therefore, the third circuit preempts the polarity reversal

10  condition by monitoring the inductor current.

11         It is "rarely, if ever, correct and would require highly persuasive evidentiary

12  support" to interpret a claim such that the preferred embodiment in the specification falls outside

13  the scope of the patent.  Atmel Corp. v. Information Storage Devices, Inc., 997 F.Supp. 1210,

14  1219 (N.D. Cal. 1998).  Defendants propose precisely what the Court has said it is undisposed to

15  do.

16                   **iv.**     **Period of Time Limitation**

17         The claim element refers to "maintain[ing]" one of the switching transistors off

18  when a polarity reversal condition is indicated.  Defendants seek to interpret "maintain[] off"

19  consistent with the period of time limitation discussed with regard to the sleep mode claims.  The

20  expression "period of time," however, does not appear in the claim.  In any event, the Court does

21  not agree that the "period of time" is a function of the time during which a low load current is

22  detected.  Defendants' construction is accordingly denied.

23         In the alternative, defendants propose interpreting the word "maintain[]" according

24  to its dictionary definition: "to keep in an [off] state," or "to continue . . . in" an off state.  The

25  Court accepts this suggestion, but rejects the conclusion defendants draw from it--namely, that it

26  requires the transistor to be held off "for more than a trivial amount of time."  Opposition at 48.

27  Insofar as "trivial" is used in the ordinary sense of the word, it is an inappropriate benchmark

28

<div align="center">38</div>

<div align="center">**A 51**</div>

because the time periods involved are often less than a fraction of a second.  Moreover, as used in the claim, the word "maintain" refers to the transistor being held off for as long as it takes to rectify the current reversal condition.  It is not used to denote a predetermined measure of time.

## 2.    Claim 45

**The circuit of claim 44 wherein the third circuit monitors the current through the inductor to generate the second control signal when the magnitude of the inductor current falls below the current threshold.**

The third circuit monitors the current through the inductor and generates the second control signal when the magnitude of the current through the inductor falls below the threshold indicative of a polarity reversal condition.  PPO at 13.

On the meaning of "inductor current," see claim 10.  "Control signal" and "signal" are construed in connection with claim 1.  DPO at 19; accord JCCC at 38 (plaintiff's construction).  "Threshold," "third circuit," and "second control circuit" are construed in connection with claim 44.  DPO at 19.  In view of the Court's determination of the positive threshold limitation, see claim 44, the latter part of defendants' proposed construction is denied.

## 3.    Claim 46

**The circuit of claim 44 wherein the third circuit prevents reversals in polarity of the current through the inductor.**

The third circuit causes one of the transistors to be OFF before the current through the inductor reverses direction.  PPO at 13.  The current may be positive or at zero when the transistors are caused to be off in order to "prevent" polarity reversals.

Reversals in polarity are changes in current signals from positive to negative or negative to positive with regard to a "0" (zero) current level.  Id.; DPO at 19.  "Polarity" of current and "third circuit" are construed in connection with claim 44.  Id.

## 4.    Claim 47

**The circuit of claim 46, wherein the first feedback signal is a voltage feedback signal and the third circuit includes a current comparator for comparing the monitored current to the current threshold.**

The first feedback signal is a voltage feedback signal.  The third circuit includes a

39

# A 52

1  current comparator which compares the current supplied to the output terminal to the threshold

2  indicative of a polarity reversal condition. PPO at 13.

3        "Third circuit" shall be construed consistently with claim 46. "Threshold" and

4  "monitored current" shall be construed consistently with claim 44. "First feedback signal" and

5  "signal" shall be construed consistently with claim 1. A "voltage feedback signal" shall be

6  construed consistently with claim 5. "Current comparator" shall be construed consistently with

7  claim 12. DPO at 19; accord JCCC at 39 (plaintiff's construction). See also construction of claim

8  12 and 34.

9        **5.**    **Claim 48**

10        **The circuit of claim 47, wherein the current consumed by the**

11  **switching voltage regulator is reduced during the second state of operation.**

12        The current drawn from the load by the switching voltage regulator is reduced

13  during the second state of operation. PPO at 14. This construction is consistent with the

14  underlying purpose of current reversal mode.

15        "Switching voltage regulator" and "state of circuit operation" are construed in

16  connection with claim 1. DPO at 19; accord JCCC at 40 (plaintiff's construction).

17        **6.**    **Claim 49**

18        **The circuit of claim 44, wherein the second circuit includes:**

19        **a one-shot circuit for generating first and second levels of the first control signal during a switch cycle, wherein the first level causes the switch circuit to couple the input voltage to a node of the output**

20  **circuit, and the second level causes the switch circuit to couple the node of the output circuit to ground.**

21

22        See claim 7. "Cause," "control signal," "signal," "second circuit," and "output

23  circuit" shall be construed consistently with claim 1. "One-shot circuit" shall be construed

   consistently with claim 7. DPO at 19; accord JCCC at 40 (plaintiff's construction).

24        **7.**    **Claim 50**

25        **The circuit of claim 49, wherein the second level is generated for a**

26  **predetermined time period.**

27        See claim 8.

28  

      40

# A 53

8.    Claim 51

A method for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output inductor coupled thereto for supplying current at a regulated voltage to a load, the control circuit comprising:

See claim 1.

a.    monitoring a signal from the output terminal to generate a first feedback signal;

See claims 1, 44.  This is not a step-plus-function limitation to which § 112, ¶ 6 applies.  See Section II.B, supra.

b.    varying the duty cycle of the switching transistors in response to the first feedback signal to maintain the output terminal at the regulated voltage during a first state of circuit operation, wherein the current to the load has a polarity; and

See claims 1, 44.  This is not a step-plus-function limitation to which § 112, ¶ 6 applies.  See Section II.B, supra.

c.    maintaining one of said switching transistors OFF for a period of time following the first state of circuit operation to de-couple the output circuit from ground during the period of time so as to prevent the current to the load from reversing polarity.

See claim 44.  This is not a step-plus-function limitation to which § 112, ¶ 6 applies.  See Section II.B, supra.

i.    Positive Threshold, Causation, Simultaneous Disabling, and Load Current Limitations

See claim 44.

ii.    Period of Time Limitation

Defendants propose to interpret "period of time" in claim 51 consistently with the phrase "period of time" as used in the sleep mode claims.

Identical or "indisputably interchangeable" claim terms that share a common ancestry should be construed consistently.  See Abtox v. Exitron Corp., 122 F.3d 1019, amended, 131 F.3d 1009, 1010 (Fed. Cir. 1997).  "Similar" or "parallel" claim terms should not.  Atmel

41

**A 54**

1   <u>Corp. v. Information Storage Devices, Inc.</u>, 997 F.Supp. 1210, 1215 (N.D. Cal. 1998).

2           Although the identical expression "period of time" appears in both claim 51 and the

3   sleep mode claims, it is used differently in the two contexts. In the latter, it refers to the interval

4   during which the switching transistors are maintained off such that the current drawn by the load

5   can be supplied by the current stored in the capacitor. The "period of time" is thus dependent

6   upon the amount of current drawn by the load during the low load state. In the former, "period of

7   time" refers to the time the bottom transistor must be held off to avoid a polarity reversal

8   condition. Because the meaning of the term is not "indisputably interchangeable" between claim

9   51 and the sleep mode claims, defendants' proposal is denied.

10          **9.      Claim 52**

11                  **The method of claim 51 wherein step (c) includes step (d) of
                    monitoring the current to the output terminal and detecting when the**

12                  **current falls below a current threshold.**

13          This element requires the acts of monitoring the current to the output terminal and

14  detecting when that current falls below a current threshold. PPO at 15.

15          **10.     Claim 53**

16                  **The method of claim 52 wherein step (d) includes monitoring the
                    current through the inductor.**

17          This element requires the act of monitoring the current through the inductor. PPO

18  at 15.

19

20          **11.     Claim 54**

21                  **The circuit of claim 53, wherein the current consumed by the
                    switching voltage regulator is reduced during the second state of**

22                  **operation.**

23          This element requires that the current drawn from the load by the switching voltage

24  regulator be reduced during the second state of operation when one of the switching transistors is

25  maintained OFF for a period of time to decouple the output circuit from ground in order to

26  prevent the current to the load from reversing polarity. PPO at 15. Plaintiff's interpretation is

27  faithful to the language of the claim and the teaching of the Patent.

28                                          42

**A 55**

1    "Switching voltage regulator" is construed in connection with claim 1.  "Second

2  state of operation" shall be construed consistently with claim 44.  DPO at 21; accord JCCC at 45

3  (plaintiff's construction).

4

5  SO ORDERED.

6  Dated: June 9, 1999

7

8                                    FERN M. SMITH
                                     United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

43

**A 56**

# TAB 3

## PARTIES' JOINT CLAIM CONSTRUCTION CHART (CIVIL L.R. 16-11(b))

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| 1. A circuit for controlling a switching voltage regulator, the regulator having | There are no special or uncommon meanings of words or phrases in the preamble.<br><br>A "switching voltage regulator" is a device or circuit that receives an input voltage and provides a predetermined and constant output voltage by controlling the opening and closing of one or more switching transistors. | LTC's Response to Defendants' Position Regarding Fig. 2: LTC does not agree that any of the claims are limited to the particular embodiment of Figure 2 of the patent, and does not agree that the restriction requirement or LTC's election imposes such a limitation.<br><br>Voltage regulators, and switching regulators in particular, are the subject of the '178 patent in its entirety. More specifically, switching voltage regulators are described at column 1, lines 12-30. See e.g. Figs. 2, 3, 4, 5, 7, 8, 9, and 10. | A "switching voltage regulator" is a device or circuit that receives an input voltage and provides a predetermined and constant output voltage by controlling the opening and closing of a switch. | This claim is particularly directed to the circuit of Fig. 2 in view of the file history (see Restriction Requirement of 2/10/94 indicating application claims 1-33, 66-72, 80-92 and 86-96 are directed to Figure 2 and Election of March 18, 1994 without traverse or argument to the contrary). | |
| (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and | Circuit elements are "coupled" when a current path exists between them. | See e.g. discussion of a switch coupled to a load at col 1, lines 17-24 and Fig. 1. See also other uses of "coupled" in the specification, e.g. col. 15, lines 40-46. | Circuit elements are "coupled" when a direct connection exists between them. | See e.g. Fig. 1 and the corresponding description at col. 3, lines 57-58 regarding $V_{in}$. See also other uses of "couple" in the specification. See, e.g., col. 1, lines 2-24. | A "switching transistor" is a transistor that is opened and closed in a manner simulating a switch, to control the flow of current.<br><br>"[A] pair of switching transistors" are "synchronously switched" when controlled so that when one transistor is ON the other transistor is OFF. The switching transistors are driven out of phase to supply current at a regulated voltage to a load. A brief "dead time" may exist between a time when one transistor is turned OFF and the other is turned ON, such that both transistors are momentarily OFF during this time.<br><br>A "switch circuit" is a circuit which includes synchronously switched switching transistors. |

1

**A  57**

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| (claim 1 cont.)<br><br>(2) an output circuit including an output terminal and an output capacitor coupled thereto for supplying current at a regulated voltage to a load, the control circuit comprising: | An "output terminal" is a point or node of the switching regulator to which the load is coupled.<br><br>An "output capacitor" is a capacitor coupled to the output terminal in parallel with the load which absorbs and discharges current to assist in providing a regulated voltage to the load. | An output terminal is represented by reference character 12 in the FIGS. See also, col. 3, lines 53-57.<br><br>An output capacitor is described in connection with the output circuit at e.g., col. 3, line 66-col. 4, line 3; and col. 6, line 61-col. 7, line 5; and is represented by reference character 34 in the FIGS. | An "output terminal" is the point of the switching voltage regulator to which the load is connected.<br><br>An "output capacitor" is a capacitor connected in parallel to the load which is used to assist in smoothing the current pulses from the switching transistors, and having sufficient capacitance to maintain the output voltage substantially at the regulated voltage when the switching transistors are both simultaneously OFF. | See, e.g., Fig. 1; and col. 3, lines 53-57.<br><br>See, e.g., Fig. 2; col. 3, lines 64 - col. 4, line 3; and col. 6, lines 61 - col. 7, line 21). | An "output circuit" is a circuit on the load side of the switching transistors, which includes a capacitor, that smooths the current pulses generated by switching the switching transistors ON and OFF. |
| | A "load" is a device, circuit, or system coupled to the output terminal to which the regulator supplies [a] current.<br><br>"Regulated voltage" is a voltage having a controlled value. | A load is represented by reference character 14 (R_L) in the FIGS. See also, col. 3, lines 53-57.<br><br>Regulated voltage is described, e.g., at col. 3, lines 53-58; col. 4, lines 1-2 [and] col. 6, lines 39-41; 53-58; and col. 7, lines 6-32. | A "load" is a device, circuit, or system directly connected to the output terminal which draws a current from the regulator.<br><br>A "regulated voltage" is a value of the output voltage maintained by varying the duty cycle of the switching transistors that will not cause the circuit to enter into the second state of operation. | See, e.g., Fig. 1; and col. 3, lines 53-57.<br><br>See, e.g., col. 6, lines 34-46 [56] and 53-60; col. 7, line 58 - col. 8, line 16; and col. 12, line 49 - col. 13, line 19 | |

2

**A 58**

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| (claim 1 cont.) | There are no special or uncommon meanings of words or phrases in this element. | | | | "Monitoring a signal" means to keep track of it.<br><br>It is "generated" in that it is provided by the circuit. |
| (a) a first circuit for monitoring a signal from the output terminal to generate a first feedback signal; | The "first circuit" is a physical structure. This structure is an assembly of electronic components. The first circuit describes a monitoring circuit that is distinct from the second and third circuits in that not each and every electronic component in the circuits is the same. | Examples of the first circuit are illustrated in Figs. 2 and 7. See also, e.g., col. 4, lines 19-24; col. 6, lines 19-25; col. 9, lines 39-45; and col. 12, lines 19-25. | A "first circuit" is a circuit that is distinct from each of the second and third circuits. | See, e.g., Fig. 2; col. 4, lines 31- 45; and col. 6, lines 17-33. | |
| | A "feedback signal" is a signal providing information about a condition of [the] a portion of a circuit (e.g., indicating a level of current or voltage), which is used to influence the circuit. | Generation and use of feedback signals are described at col. 4, lines 19-30, and are typically indicated in the FIGS. by the subscript 'FB'. See also, col. 9, lines 39-45. | | | |
| | A "signal" is a voltage or current by which information can be transmitted. | Both voltage and current (feedback) signals are described at col. 4, lines 19-30. See also, col. 9, lines 39-45, and discussions of monitoring output current and voltage in the cited references (e.g., from, U.S. Patent No. 5,177,676, Fig. 2 and accompanying text). | A "signal" is the voltage at the output terminal by which information can be transmitted. | Voltage feedback signals are described at col. 4, lines 19-30. Feedback signals and the circuits that generate them are described in the Response filed 7/19/94, p. 14, l. 18-20; and col. 4, lines 19-22 and 46-50. | |
| | Neither the claim language nor the specification limits the claim to circuits that monitor only a single voltage from the output terminal. | | "Monitoring a signal from the output terminal" means to monitor a voltage from the output terminal; this is the only signal monitored from the output terminal. | See, e.g., Figs. 1 and 2; col. 6, lines 34-46. | |

3

**A 59**

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| (claim 1 cont.) | A "first feedback signal" is a feedback signal generated by the first circuit.<br><br>LTC's Response To Defendants' Position Regarding 35 U.S.C. § 112, ¶ 6: LTC does not agree that] with the defendants' contention that claim 1 element (a) is to be construed under Section 112 paragraph 6. This element includes recitations of structure "in support thereof." Furthermore, as stated above, the structures of the claim are not limited to the circuitry in Fig. 2. | See language of claim 1 | "A first feedback signal" is generated by monitoring the output voltage of the regulator.<br><br>Paragraph (a) of claim 1 is recited as a means for performing a specified function under 35 U.S.C. § 112, ¶ 6, without the recital of structure in support thereof. As such, the claim shall be construed to cover the corresponding structure, material, or acts described in the specification and equivalents thereof. The first circuit is disclosed as the combination of resistors 36A and 36B, and operational amplifier 602. Paragraph (a) of claim 1 is limited to the disclosed first circuit and equivalents thereof. | See, e.g., Figs. 1 and 2; and col. 4, lines 27-30.<br><br>See, Fig 2; col. 4, lines 19-67; and col. 6, lines 17-33. | |

4

**A 60**

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| (claim 1 cont.)<br><br>(b) a second circuit for generating a first control signal during a first state of circuit operation, the first control signal being responsive to the first feedback signal to vary the duty cycle of the switching transistors to maintain the output terminal at the regulated voltage; | [There are no special or uncommon meanings of words or phrases in this element.]<br><br>A "control signal" is a signal generated by a circuit and used to affect the operation of other circuitry. | Control signals are described through-out the specification of the '178 patent. One such signal is the output of one-shot circuit 25, or a replacement circuit, which is responsive to voltage and current feedback signals to vary duty cycle of the switching transistors to maintain the output terminal at the regulated voltage. Col. 4, lines 8-45, col. 9, lines 13:22. See also the output of one-shot 245 in FIG. 7. Circuits for generating this [analog] signal are described at col. 4, lines 8-52; col. 5, lines 53-54; col. 6, lines 17-33; col. 9, line 36-col. 11, line 67, and col. 12, lines 14-45. | A "control signal" is a digital signal that by itself or in combination with other control signals (digital signals) has a direct effect on the operation of the regulator. | See, e.g., col. 6, lines 25 - 29; col. 6 lines 47 - 60; and col. 9, lines 13-22. | Duty cycle of the switching transistors" is a measure of the ratio of the interval of time that one of the switching transistors is ON during a switch cycle to the duration of the entire switch cycle. "Duty cycle" is "varied" by changing this ratio.<br><br>"Responsive" means influenced by. |
| | A "state of circuit operation" refers to one of at least two distinguishable ways in which a circuit may normally operate.<br><br>The "first state of circuit operation" is a state in which the switching transistors are synchronously switched such that the switch continually alternates between an ON state and OFF state to maintain the output voltage at a nominal regulated voltage level. | States of circuit operation, also referred to as modes, are described at col. 5, line 59-col. 6, line 16; col. 6, line 61-col. 7, line 5; col. 8, lines 1-16; and, col. 12, line 1-col. 13, line 19.<br><br>First state of circuit operation is defined at col. 8, lines 4-8. | The "first state of circuit operation" is the state in which the switching transistors are both enabled for switching and are synchronously switched, such that one transistor is ON and the other transistor is OFF, with a varying duty cycle to maintain a regulated voltage at the output terminal, including the dead time between switching | See, e.g., col. 6, lines 17-33; and Response filed 6/9/95 at p. 6, lines 11-27. | |

5

**A  61**

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| (claim 1 cont) | The "second circuit" is a physical structure. This structure is an assembly of electronic components. The second circuit describes a control circuit that is distinct from the first and third circuits in that not each and every electronic component in the circuits is the same.<br><br>LTC does not agree [that] with the defendants' contention that claim 1 element (b) is to be construed under Section 112 paragraph 6. This element includes recitations of structure "in support thereof." _Furthermore, as stated above, the structures of the claim are not limited to the circuitry in Fig. 2._ | Examples of the second circuit are illustrated in Figs. 2 and 7. See, e.g., col. 4, lines 24-52; col. 6, lines 25-33; and, col. 12, lines 25-45. _See also, col. 9, lines 12-22; col. 10, lines 11-16; col. 13, lines 40-46; col. 15, lines 22-35; and col. 15, line 66-col. 16, line 4._ | A "second circuit" is a circuit that is distinct from each of the first and third circuits and the output of the second circuit is dependent on a signal provided by the first circuit.<br><br>Paragraph (b) of claim 1 is recited as a means for performing a specified function under 35 U.S.C. § 112, ¶6, without the recital of structure in support thereof. As such, the claim shall be construed to cover the corresponding structure, material, or acts described in the specification and equivalents thereof. The second circuit is disclosed as the combination of transconductance amplifier 38, offset voltage $V_{os}$ 76, reference voltage 37, constant current source 1, 72, current comparator 39, constant time one-shot circuit 25 which outputs the first control signal. Paragraph (b) of claim 1 is limited to the disclosed second circuit and equivalents thereof. | See, e.g., Fig. 2; col. 4, lines 31-52; and col. 6 lines 17 - 33.<br><br>See, e.g., Fig 2; col. 4, lines 19-67; and col. 6, lines 17-33. one-shot circuit 25 which outputs the first control signal. Paragraph (b) of claim 1 is limited to the disclosed second circuit and equivalents thereof. | |

6

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| (claim 1 cont.)<br><br>(e) a third circuit for generating a second control signal during a second state of circuit operation to cause both switching transistors to be simultaneously OFF for a period of time if a sensed condition of the regulator indicates that the current supplied to the load falls below a threshold fraction of maximum rated output current for the regulator, whereby operating efficiency of the regulator at low output current levels is improved. | [There are no special or uncommon meanings of words or phrases in this element.]<br><br>To "cause" means to initiate, either directly or indirectly; a change that ultimately has the indicated result. | Causation is described in several places in the specification. For example, direct causation is described at col. 4, lines 39-52 and col. 6, lines 58-60; and indirect causation is described at col. 10, line 28-col. 11, line 8 and col. 12, line 28-col. 13, line 2. | "Cause" has no special or unusual meanings. | | A "condition of the regulator" refers to the value of one or more of the currents and voltages that are present in the regulator as it operates. |
| | A "threshold fraction of maximum rated output current" is a number greater than zero that represents the proportionality of two numbers: current supplied to the load (an average value), and maximum current that can be supplied to the load during normal operation (also an average value). | Threshold fraction of maximum rated output current and delivery of load current are described at col. 5, lines 18-32; col. 6, lines 17-28, lines 41-44; col. 9, lines 4-11; and, col. 12, lines 14-29, lines 49-52. | A "threshold fraction of maximum rated output current" is a number greater than zero that represents the proportionality of two positive numbers, the proportion being relative to a rated maximum output current. | See, e.g. col. 14, lines 27-35; col. 3 lines 32-36. | A "condition of the regulator is "sensed" by sensing one or more of the various currents and voltages in the regulator.<br><br>A sensed condition "indicates" that operating conditions may be inferred from the sensed condition. |
| | "Current supplied to the load," which is the output current, is the current that flows between the output terminal and the load. | The relationship between the inductor current and the current supplied to the load is described at col. 4 lines 46-52, and col. 5, lines 24-26. | The "current supplied to the load," which is the output current, is the current that flows from the output terminal to the load having a value that is dependent upon characteristics of the load. | The current supplied to the load as it relates to the inductor current and the current flowing through resistor R₅ is described in col. 4, lines 46-52. The response of 7/19/94 at 2 also refers to the effect of the current supplied to the load on the inductor current. | A parameter "falls below" a threshold when its value is less than the threshold.<br><br>"Operating efficiency" is a ratio of the output power of the regulator to input power of the regulator. |
| | A "threshold" is a [predetermined] level or value at which some change in circuit operation takes place. | Thresholds are described throughout the '178 patent, e.g., at col. 4, lines 36-41; col. 6, lines 17-47; and, col. 12, lines 14-29. | A "threshold" level is a predetermined value at which some operational characteristic of the circuit changes | See, e.g. col. 4, lines 36-41; and col. 6, lines 17-47. | |
| | The "second state of circuit operation" is the state in which the output voltage is able to be maintained substantially at the regulated voltage level by the output capacitor without continuously turning the switch ON and OFF. | See, e.g. col. 8, lines 7-11. | The "second state of circuit operation" is the so-called "sleep mode" in which both of the synchronously switched switching transistors are simultaneously disabled (held OFF) in response to the second control signal. | See, e.g., col. 5, line 59 - col. 6, line 5; col. 6, line 34 - col. 7, line 2; col. 7, lines 58-67; Response filed 7/19/94, p. 12; and Response filed 6/6/85, p. 6. | |

7

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| (claim 1 cont.) | The "period of time" is the time in which both switching transistors are OFF. The length of time of this period of time is at least one switch cycle, but is not necessarily equal to the duration in which the current remains below a threshold fraction of maximum rated output current. The period of time does not refer to dead time. | Period of time is described at col. 7, lines 22-37, 55-67; col. 12, line 60 - col. 13 line 19. | The "period of time" is the time in which both switching transistors are simultaneously disabled (held OFF). The length of time being equal to the duration in which the current remains below a threshold fraction of maximum rated output current. The period of time does not refer to the dead time. | See e.g. col. 2, lines 31-37; and col. 5, lines 55-58. | |
| | The "second control signal" is separate and distinct from the first control signal. | The second control signal is illustrated as being separate and distinct from the first control signal in Figs. 2 and 7. | The "second control signal" is a single signal that is separate and distinct from the first control signal. In the second control signal's active condition, the second control signal "causes" both switching transistors to be simultaneously OFF in that it keeps each of the switching transistors from being turned ON in response to the first control signal. That is, whenever the second control signal is in its active condition, both switching transistors must each be OFF. | See, e.g., Fig. 2; col. 6, lines 55-60; col. 7, lines 58-67; Response filed 7/19/94, p. 12; and Response filed 6/9/95, pp. 6-7. | |
| | "Low output current levels" are output currents wherein the voltage at the output is capable of being maintained substantially at the regulated voltage by the charge on the output capacitor over multiple switch cycles, while both switching transistors are OFF. The specification also refers to this as "light loads." | See e.g. the discussion at col. 2, lines 31-36, and at col. 7, lines 6-37. | "Low output current levels" are output currents wherein the voltage at the output is capable of being maintained at a substantially regulated voltage by the charge on the output capacitor over multiple switch cycles. | | |

8

**A 64**

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| (claim 1 cont.) | A "third circuit" is a physical structure. This structure is an assembly of electronic components. The third circuit describes a control circuit that is distinct from the first and second circuits in that not each and every electronic component of the circuits is the same.<br><br>LTC does not agree [that] with the defendants' contention that claim 1 element (c) is to be construed under Section 112 paragraph 6. This element includes recitations of structure "in support thereof." Furthermore, as stated above, the structures of the claim are not limited to the circuitry in Fig. 2. | Examples of the third circuit are illustrated in Figs. 2 and 7. See also, e.g., col. 6, line 34- col. 7, line 5; col. 12, line 46- col. 13, line 2; and col. 16, lines 5-16. | A "third circuit" is a circuit that is distinct from each of the first and second circuits.<br><br>Paragraph (c) of claim 1 is recited as a means for performing a specified function under 35 U.S.C. § 112, ¶ 6, without the recital of structure in support thereof. As such, the claim shall be construed to cover the corresponding structure, material, or acts described in the specification and equivalents thereof. The third circuit is disclosed as the comparator of hysteretic comparator 74. Paragraph (c) of claim 1 is limited to the disclosed first circuit and equivalents thereof. | Fig. 2 shows three amplifiers, elements 38, 39, and 74, which when combined with the associated circuitry form three separate circuits that produce three signals. Amplifier 74 generates a second control signal to turn both transistors OFF. The third circuit is described in col. 6, lines 34-46.<br><br>See, e.g., Fig. 2, and col. 6, line 17 - col. 7, line 5. | |
| 2. The circuit of claim 1 wherein the second control signal is generated in response to the first feedback signal. | There are no special or uncommon meanings of words or phrases in this claim.<br><br>["Signal," "control signal," "feedback signal," and "second control signal" are defined in connection with claim 1.]<br><br>"Feedback signal" is defined in connection with claim 1. | See discussion at col. 6, line 34-col. 7, line 21; col. 12, line 46-col. 13, line 19; and col. 16, lines 11-12. | There are no unusual or uncommon meanings of the words in this claim.<br><br>["Signal," "control signal," "first feedback signal" and "second control signal" are defined in connection with claim 1.] | See, e.g., col. 6, lines 34-38. | "Signal," "control signal," "first feedback signal" and "second control signal" are defined in connection with claim 1. |

9

A 65

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| 3. The circuit of claim 2 wherein the circuit changes from the second to the first state of operation in response to the magnitude of the first feedback signal falling below a first threshold level. | There are no special or uncommon meanings of words or phrases in this claim. "Magnitude" is the value of the first feedback signal, with or without consideration [to] of its polarity. "State of operation" is defined in connection with claim 1. The "magnitude of the first feedback signal falling below a first threshold level" means that the value of the first feedback signal becomes less than the first threshold level. ["Signal," "state of operation," "threshold," "feedback signal," "first state of operation," and "second state of operation" are defined in connection with claim 1.] "Feedback signal" is defined in connection with claim 1. | See discussion at col. 6, line 61-col. 7, line 21 and col. 12, line 60-col. 13, line 19. See e.g., discussion of level shifting of the voltage feedback signal in the context of hysteretic comparator 74 at col. 6, lines 21-25, 36-41, and col. 6, line 55 - col. 7 line 5. Level shifting may change the polarity of the signal. See e.g. col. 15, lines 47-52. See the language of claim 3. | The "magnitude" is the absolute value of the first feedback signal without consideration to its polarity. The "magnitude of the first feedback signal falling below a first threshold level" means that the magnitude of the first feedback signal is compared to the first threshold level to determine whether the first feedback signal is less than the first threshold level. ["Signal," "state of operation," "threshold," "first feedback signal," and "second state of operation" are defined in connection with claim 1.] | | "Signal," "threshold," "first state of operation," "first feedback signal" and "second state of operation" are defined in connection with claim 1. |

10

**A 66**

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| 4. The circuit of Claim 3 wherein the circuit changes from the first to the second state of operation in response to the magnitude of the first feedback signal exceeding a second threshold level greater than the first threshold level. | There are no special or uncommon meanings of words or phrases in this claim.<br><br>The "magnitude of the first feedback signal exceeding a second threshold level" means that the value of the first feedback signal becomes greater than the second threshold level.<br><br>"State of operation" is defined in connection with claim 1.<br><br>["Signal," "state of operation," "threshold," "first feedback signal," and "second state of operation" are defined in connection with claim 1.]<br><br>["Magnitude" is defined in connection with claim 3.]<br><br>"Feedback signal" is defined in connection with claim 1. | See discussion at col. 6, line 34-col. 7, line 21 and col. 12, line 46-col. 13, line 19.<br><br>See the language of claim 4. | The "magnitude of the first feedback signal exceeding a second threshold level" means the magnitude of the first feedback signal is compared to the second threshold level to determine whether the first feedback signal is greater than the second threshold level.<br><br>["Signal," "state of operation," "threshold," "first feedback signal," and "second state of operation" are defined in connection with claim 1.]<br><br>["Magnitude" is defined in connection with claim 3.] |  | "Signal," "threshold," "first feedback signal" "first state of operation" and "second state of operation" are defined in connection with claim 1.<br><br>"Magnitude" is defined in connection with claim 3. |
| 5. The circuit of claim 4, wherein the first feedback signal is a voltage feedback signal | There are no special or uncommon meanings of words or phrases in this claim.<br><br>A "voltage feedback signal" is a feedback signal indicating the value of a voltage at a node in a circuit.<br><br>["Signal" is defined in connection with claim 1.] | See reference character $V_{fb}$ in the FIGS., and the discussion at col. 4, lines 19-22; and col. 6, lines 36-38. | The "voltage feedback signal" is a voltage having the characteristics of a 'signal' as defined in claim 1, paragraph (o).<br><br>["Signal" and "first feedback signal" are defined in connection with claim 1.] | See, e.g., col. 6, line 23; and col. 6, lines 36-38. | "Signal" and "first feedback signal" are defined in connection with claim 1. |

11

**A 67**

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| and the third circuit includes a voltage comparator having hysteresis. | A "voltage comparator having hysteresis" is a circuit that compares signals representing two voltages and has two different trip points depending on the state of the output of the comparator (i.e. which trip point was last reached). ["Third circuit" is defined in connection with claim 1.] | See the discussion of the operation of hysteretic comparator 74 of FIGS. 2, 3, 7, 9, at col 10, at col. 6, line 34 - col. 7, line 2. | A voltage comparator with hysteresis is a voltage comparator which senses input voltages and trips at different points depending on the direction of change of the inputs. The output of the comparator has one of two levels. ["Third circuit" is defined in connection with claim 1.] | See, e.g. col. 6, line 34 - col. 7, line 5. | "Third circuit" is defined in connection with claim 1. |
| 6. The circuit of claim 5, wherein the current consumed by the switching voltage regulator is reduced during the second state of operation. | There are no special or uncommon meanings of words or phrases in this claim. A current is "consumed" in that the current is drawn from the input voltage or from the load. ["Second state of operation," and "state of operation" are defined in connection with claim 1.] "State of operation" is defined in connection with claim 1. | See col. 2, lines 31-43. See col. 2, lines 36-37; and col. 5, line 66 - col. 6, line 5. | There are no unusual or uncommon meanings of the words in this claim. A current is "consumed" in that the current is drawn from the input voltage source. ["Second state of operation" is defined in connection with claim 1.] | See, e.g. col. 5, line 66 - col. 6, line 5. | "Switching voltage regulator" is defined in connection with claim 1. "Second state of operation" is defined in connection with claim 1. |

12

A 68

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| 7. The circuit of claim 1, wherein the second circuit includes: a one-shot circuit for generating first and second levels of the first control signal during a switch cycle, wherein the first level causes the switch circuit to couple the input voltage to a node of the output circuit, and the second level causes the switch circuit to couple the node of the output circuit to ground. | There are no special or uncommon meanings of words or phrases in this claim.<br><br>A "one-shot circuit" is a circuit that changes state in response to an input signal, and resets to its previous state after a [predetermined (constant or variable)] time interval [constant or variable]. | The operation of a one-shot circuit is described at col. 4, lines 8-18 and col. 9, line 23-col. 11, line 67. | A one-shot is a circuit that outputs a pulse of predetermined duration once it is triggered by a digital input and then returns to its original state where it remains until triggered again.<br><br>The first control signal has two levels. One-shot circuit 25 provides an OFF-pulse of constant duration during which the transistor 16 is held OFF and transistor 17 is held ON. One-shot circuit 25 normally provides an ON pulse during which the transistor 17 is held OFF and transistor 16 is held ON. | See, e.g., Response filed 7/19/94 at p. 13, lines 13-16; and col. 4, lines 8-14. | A "switch cycle" is an period including a first interval beginning when the switch is turned ON and ending when the switch is turned OFF, and an adjacent interval beginning when the switch is turned OFF and ending when the switch is turned ON.<br><br>The relationship of the elements recited in claim 7 limits the circuit of claim 2 [1] to a step-down converter (i.e., a converter wherein the input voltage is greater than the output voltage).<br><br>"Switch circuit" is defined in connection with claim 1. |
| | ["Cause," "signal," "control signal," "second circuit" and "output circuit" are defined in connection with claim 1.] | | ["Cause," "signal," "control signal," "second circuit" and "output circuit" are defined in connection with claim 1.] | | "Cause," "signal," "control signal," "second circuit" and "output circuit" are defined in connection with claim 1. |
| 8. The circuit of claim 7, wherein the second level is generated for a predetermined time period. | There are no special or uncommon meanings of words or phrases in this claim. | | There are no unusual or uncommon meanings of the words in this claim. | See, e.g., col. 4, lines 8-14. | Something is "predetermined" when factors governing its characteristics are determined by design prior to operation. |

13

**A 69**

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| 9. The circuit of claim 8, wherein the second circuit includes a fourth circuit for monitoring the current supplied to the output terminal to generate a current feedback signal. | There are no special or uncommon meanings of words or phrases in this claim.<br><br>A "current feedback signal" is a feedback signal indicative of a current level.<br><br>The "current supplied to the output terminal" is the current that flows to the output terminal from the switching transistors.<br><br>["Output terminal," "signal," and "second circuit," are defined in connection with claim 1.] | See generally $I_s$ and $I_{FB}$ in the FIGS., and the description at col. 4, lines 22-24; col. 6, lines 17-28 and col. 12, lines 19-22.<br><br>[The fourth circuit monitors the current supplied to the output terminal by sensing the inductor current. See col. 4, lines 46-52.]<br><br>The specification describes various exemplary embodiments of circuits that monitor the current supplied to the output terminal. See e.g., col. 4, lines 22-24; col. 5, lines 24-26; col. 6, lines 17-28; and col. 12, lines 19-22. | The "current feedback signal" is a current.<br><br>The "current supplied to the output terminal" which is the output current is the current that flows from the output terminal to the load having a value that is dependent upon characteristics of the load.<br><br>["Output terminal," "signal," and "second circuit," are defined in connection with claim 1.] | See, e.g., Fig. 2; col. 4, lines 19-24.<br><br>See, e.g. col. 4, lines 22-24. | "Generate" is defined in connection with claim 1.<br><br>"Output terminal," "signal" and "second circuit" are defined in connection with claim 1. |
| 10. The circuit of claim 9, wherein the switch is adapted to be coupled to an inductor and the fourth circuit monitors the inductor current to generate the current feedback signal. | There are no special or uncommon meanings of words or phrases in this claim.<br><br>"Inductor current" is the current flowing through the inductor.<br><br>["Coupled" and "signal" are defined in connection with claim 1.]<br><br>["Current feedback signal" is defined in connection with claim 9.] | See col. 4, lines 22-24; col. 6, lines 17-28 and col. 12, lines 19-22. | "Inductor current" is the instantaneous current flowing through the inductor.<br><br>["Coupled" and "signal" are defined in connection with claim 1.]<br><br>["Current feedback signal" is defined in connection with claim 9.] | | "Generate "is defined in connection with claim 1.<br><br>"Coupled" and "signal" are defined in connection with claim 1.<br><br>"Current feedback signal" is defined in connection with claim 9. |

14

**A 70**

| Claims | Plaintiff's Construction of the Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of the Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| 11. The circuit of claim 10, wherein the fourth circuit compares the current feedback signal to a reference current value and triggers the one-shot circuit when the current feedback signal exceeds the reference current value. | There are no special or uncommon meanings of words or phrases in this claim. ["Signal" is defined in connection with claim 1.] ["One-shot circuit" is defined in connection with claim 7.] ["Current feedback signal" is defined in connection with claim 9.] | See discussion at col. 4, lines 31-45; col. 6, lines 17-28; col. 6, lines 47-60; col. 12, lines 19-29; and col. 12, lines 46-59. | There are no unusual or uncommon meanings of the words of this claim. ["Signal" is defined in connection with claim 1.] ["One-shot circuit" is defined in connection with claim 7.] ["Current feedback signal" is defined in connection with claim 9.] | | "Signal" is defined in connection with claim 1. "One-shot circuit" is defined in connection with claim 7. "Current feedback signal" is defined in connection with claim 9. |
| 12. The circuit of claim 11, wherein the fourth circuit includes a current comparator for triggering the one-shot circuit, the current comparator having a first input coupled to receive the current feedback signal and a second input coupled to a current source for providing the reference current value. | There are no special or uncommon meanings of words or phrases in this claim. A "current comparator" compares currents or signals indicative of currents, to determine which [signal] is greater. The output of the current comparator normally has one of two values, but it can have a third indeterminate value. A "current source" is a source of current for providing a reference current. ["Coupled" and "signal" are defined in connection with claim 1.] ["One-shot circuit" is defined in connection with claim 7.] ["Current feedback signal" is defined in connection with claim 9.] | See reference character 39 throughout the FIGS., and the discussion at col. 4, lines 36-39; col. 6, lines 17-28; col. 6, lines 47-60; col. 12, lines 19-29; and col. 12, lines 46-59. Current sources are indicated in the FIGS. by linked circles, such as the circuit elements designated by reference character 1 in Fig. 2. See e.g., col. 6, lines 41-44. | A "current comparator" compares currents that flow into its input terminals and outputs a current indicative of the comparison. The output of the comparator has one of two levels. A "current source" is a separate source of current for providing a reference current. ["Coupled" and "signal" are defined in connection with claim 1.] ["One-shot circuit" is defined in connection with claim 7.] ["Current feedback signal" is defined in connection with claim 9.] | See, e.g., Fig. 2; col. 5, lines 55-65; and col. 6, lines 19-28. | "Coupled" and "signal" are defined in connection with claim 1. "One-shot circuit" is defined in connection with claim 7. "Current feedback signal" is defined in connection with claim 9. |

15

**A 71**

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| 13. The circuit of claim 12, wherein the current source includes: a transconductance amplifier supplying a current substantially proportional to the difference in voltage between the first feedback signal and a constant voltage; and | There are no special or uncommon meanings of words or phrases in the preamble. ["Coupled," "feedback signal" and "signal" are defined in connection with claim 1.] "Feedback signal" is defined in connection with claim 1. | | ["Coupled," "first feedback signal" and "signal" are defined in connection with claim 1.] | | A "transconductance amplifier" is an amplifier that generates an output current based on the voltages of its inputs. "Current source" is defined in connection with claim 12. "Coupled," "first feedback signal" and "signal" are defined in connection with claim 1. |
| a constant current source coupled in parallel with the transconductance amplifier. | There are no special or uncommon meanings of words or phrases in this element. Two or more devices providing currents are "coupled in parallel" when currents flowing through the devices are conducted to or from the same node. | See e.g. reference characters 38 and 72 in Fig 2 and the discussion at col. 6 lines 41-45. | Two or more devices providing currents are "coupled in parallel" when currents flowing through the devices are conducted to or from the same pair of nodes. | | |
| 14. The circuit of claim 7, wherein second level is generated for a time period dependent upon the input voltage. | There are no special or uncommon meanings of words or phrases in this claim. | | | | The OFF-time of one-shot circuit is varied in accordance with the input voltage. |
| 15. The circuit of claim 14, wherein the switch is coupled to an inductor, and wherein the second level is generated for a time period that is decreased in response to a decrease in the input voltage, whereby the oscillation frequency of the ripple current through said inductor is increased from an audible frequency to one that does not generate substantial user noise. | There are no special or uncommon meanings of words or phrases in this claim. A ripple current has an "oscillation frequency" in that the rise and fall of the ripple current repeats. ["Coupled" is defined in connection with claim 1.] | | ["Coupled" is defined in connection with claim 1.] | | "Ripple current" is the alternating current provided by the switching transistors to the inductor. The "frequency of the ripple current" is defined as: $f_{RP} = (1/t_{OFF})[1-(V_{out}/V_{IN})]$, wherein $t_{OFF}$ is the OFF-time, $V_{out}$ is the output voltage, and $V_{IN}$ is the input voltage. "Audible frequency" is typically less than 20 kHz. "Coupled" is defined in connection with claim 1. |

16

A 72

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| 16. The circuit of claim 7, wherein the second level is generated for a time period that is dependent upon the voltage at the load. | There are no special or uncommon meanings of words or phrases in this claim. ["Load" is defined in connection with claim 1.] | See discussion at col. 9, line 23-col. 11, line 67. | ["Load" is defined in connection with claim 1.] | | The "voltage at the load" is $V_{out}$. The OFF time of one-shot circuit is varied in accordance with the voltage at the load. "Load" is defined in connection with claim 1. |
| 17. The circuit of claim 16, wherein the switch is coupled to an inductor, and wherein the second level is generated for a time period that is increased in response to a decrease in the voltage at the load, whereby the total decrease in current through said inductor during the time period the second level is generated remains substantially constant. | There are no special or uncommon meanings of words or phrases in this claim. ["Load," and "coupled" are defined in connection with claim 1.] | | ["Load" and "coupled" are defined in connection with claim 1.] | | Directed to current limiting. The OFF-time of the one-shot circuit is increased such that the current in the output inductor decays a substantially constant amount for each OFF-time period. "Voltage at the load" is defined in connection with claim 16. "Load," and "coupled" are defined in connection with claim 1. |
| 18. The circuit of claim 7, wherein the one-shot circuit is maintained substantially OFF during the second state of operation, whereby the efficiency of the switching regulator circuit is increased as the circuit changes from the first to the second state of operation. | There are no special or uncommon meanings of words or phrases in this claim. "Maintained substantially OFF" means that the bias currents for the circuit element are reduced. ["State of operation," "first state of operation," and "second state of operation" are defined in connection with claim 1.] ["One-shot circuit" is defined in connection with claim 7.] "State of operation," is defined in connection with claim 1. | See col. 2, lines 38-43 and col. 6, lines 6-16. See col. 13, lines 2-7. | Maintaining substantially OFF means that the one-shot is turned OFF. ["First state of operation" and "second state of operation" are defined in connection with claim 1.] ["One-shot circuit" is defined in connection with claim 7.] | See, e.g., col. 6, lines 6-12. | "First state of operation" and "second state of operation" are defined in connection with claim 1. "One-shot circuit" is defined in connection with claim 7. |

17

A 73

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| 19. The circuit of claim 12, wherein the current comparator is maintained substantially OFF during the second state of operation, whereby the efficiency of the switching regulator circuit is increased as the circuit changes from the first to the second state of operation. | There are no special or uncommon meanings of words or phrases in this claim.<br><br>"Maintained substantially OFF" means that the bias currents for the circuit element are reduced.<br><br>["State of operation," "first state of operation," and "second state of operation" are defined in connection with claim 1.]<br><br>["Current comparator" is defined in connection with claim 12.]<br><br>"State of operation" is defined in connection with claim 1. | See col. 2, lines 38-43 and col. 6, lines 6-16.<br><br>See col. 13, lines 2-7. | Maintaining the current comparator substantially OFF means that the current comparator is turned OFF.<br><br>["First state of operation" and "second state of operation" are defined in connection with claim 1.]<br><br>["Current comparator" is defined in connection with claim 12.] | See, e.g., col. 6, lines 6-12. | "First state of operation" and "second state of operation" are defined in connection with claim 1.<br><br>"Current comparator" is defined in connection with claim 12. |

18

A 74

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| 20. The circuit of claim 1, wherein the third circuit includes a user-activated switch and wherein the second control signal is generated in response to activation of the user switch. | Defendants seek to construe a claim that was not in their original Claim Construction Chart. Plaintiff has not asserted that this claim was infringed.<br><br>There are no special or uncommon meanings of words or phrases in this claim.<br><br>A switch is "user-activated" in that an input from the user determines whether the switch is opened or closed.<br><br>LTC's responses to defendants' position regarding Fig. 4.1 LTC does not agree that this claim is "directed to the embodiment of Fig. 4." LTC also does not agree that claim 20 excludes entering and exiting from sleep mode automatically.<br><br>The specification discloses that features of illustrated embodiments may be combined. | A user-activated switch is designated by reference character 175 of Fig. 4 and described in the patent at col. 8, lines 30-37.<br><br>See e.g. col. 8, lines 17-21; col. 12, lines 1-6; col. 15, lines 22-35; col. 15, line 53 - col. 16, line 15. | Directed to the embodiment of Fig. 4. Entry into and exit from the "sleep mode" of operation is not performed automatically, but is initiated by user intervention, such as by supplying a sleep mode enable signal to the regulator. | See, e.g. col. 8, line 17 - col. 9, line 11. | |
| 31. The circuit of claim 1, wherein the circuit is adapted for controlling a switching voltage regulator circuit having first and second switching transistors coupled in series between an input voltage and ground, wherein the first and second switching transistors are commonly coupled to the output circuit, and wherein the voltage at the load, whereby the switching voltage regulator is a step-down voltage regulator. | There are no special or uncommon meanings of words or phrases in this claim.<br><br>["Output circuit," "load," and "coupled" are defined in connection with claim 1.] | The switching transistors designated by reference characters 16 and 17 in FIGS. 2 and 7 are shown 'coupled in series between an input voltage and ground.'<br><br>The switching transistors designated by reference characters 16 and 17 in FIGS. 2 and 7 are shown 'commonly coupled' to output circuit 30.<br><br>FIGS. 2 and 7 are schematic representations of exemplary step-down regulators. | There are no unusual or uncommon meanings of the words of this claim.<br><br>["Output circuit," "load" and "coupled" are defined in connection with claim 1.] | A step-down voltage regulator is shown in Figs. 2 and 3. | "Switching voltage regulator" and "switching transistor" are defined in connection with claim 1.<br><br>"Voltage of the load" is defined in connection with claim 16.<br><br>"Output circuit," "load" and "coupled" are defined in connection with claim 1. |

19

A 75

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| 32. The circuit of claim 1, wherein the circuit is adapted for controlling a switching voltage regulator wherein the input voltage is lower than the voltage at the load, whereby the switching voltage regulator is a step-up voltage regulator. | There are no special or uncommon meanings of words or phrases in this claim.<br><br>["Load" is defined in connection with claim 1.] | FIG. 9 is a schematic representation of an exemplary step-up voltage regulator. | There are no unusual or uncommon meanings of the words of this claim.<br><br>["Load" is defined in connection with claim 1.] | A step-up voltage regulator is shown in Fig. 9. | "Switching voltage regulator" is defined in connection with claim 1.<br><br>"Voltage at the load" is defined in connection with claim 16.<br><br>"Load" is defined in connection with claim 1. |
| 33. The circuit of claim 1, wherein the circuit is adapted for controlling a switching voltage regulator wherein the input voltage has an opposite polarity than the voltage at the load, whereby the switching voltage regulator is a polarity-inverting voltage regulator. | There are no special or uncommon meanings of words or phrases in this claim.<br><br>["Load" is defined in connection with claim 1.] | | There are no unusual or uncommon meanings of the words of this claim.<br><br>["Load" is defined in connection with claim 1.] | A polarity-inverting voltage regulator is shown in Fig. 10. | The "polarity" of a voltage indicates whether it is greater than or less than ground. Voltages are of opposite polarity when one is greater than ground and the other is less than ground.<br><br>"Polarity-inverting" indicates that the regulated voltage has a polarity opposite that of the input voltage.<br><br>"Switching voltage regulator" is defined in connection with claim 1.<br><br>"Voltage at the load" is defined in connection with claim 16.<br><br>"Load" is defined in connection with claim 1. |
| 34. A circuit for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and | There are no special or uncommon meanings of words or phrases in this portion of the preamble.<br><br>["Output capacitor" is defined in connection with claim 1.] | See discussion of claim 1, element (1). | [See discussion of "output capacitor" in claim 1, paragraph (1)] | See discussion of claim 1, paragraph (1) | "Switching voltage regulator," "switching transistor," "switch circuit" and "synchronously switched" are defined in connection with claim 1.<br><br>"Output capacitor" is defined in connection with claim 1. |

20

**A 76**

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| (2) an output circuit including an output terminal and an output capacitor coupled thereto for supplying current at regulated voltage to a load, the control circuit comprising: | There are no special or uncommon meanings of words or phrases in this portion of the preamble.<br><br>["Output circuit," "output terminal," "regulated voltage," "coupled," and "load" are defined in connection with claim 1.] | See discussion of claim 1, element (2). | [See discussion of "Output circuit," "output terminal," "regulated voltage," "coupled," and "load" in claim 1, paragraph (2).] | See discussion of claim 1, paragraph (2). | "Output circuit," "output terminal," "regulated voltage," "coupled," and "load" are defined in connection with claim 1. |
| (a) a first means for generating a voltage feedback signal indicative of the voltage at the output; | There are no special or uncommon meanings of words or phrases in this claim.<br><br>The "voltage feedback signal" is indicative of the voltage at the output<br><br>["Voltage feedback signal" is defined in connection with claim 5.]<br><br>["Signal" is defined in connection with claim 1.]<br><br>The structures disclosed in the specification that are capable of performing the specified function include a resistor divider, with or without an operational amplifier, or other conventional voltage feedback circuits. | See discussion of claim 1, element (a) and claim 5.<br><br>See the language of claim 34<br><br>See e.g., resistors R1 and R2, operational amplifier 602, and voltage feedback circuit 220. | The magnitude of the "voltage feedback signal" is indicative of the output voltage.<br><br>[Concerning the term "voltage feedback signal," see discussion of claim 5.]<br><br>[Concerning the term "signal," see discussion of claim 1, paragraph (a).]<br><br>The first means is a circuit that is distinct from each of the circuits of the second and third means.<br><br>Paragraph (a) of claim 34 is recited as a means for performing a specified function under 35 U.S.C. § 112, ¶ 6. Accordingly, The first means is disclosed as the combination of resistors 36A and 36B, and operational amplifier 602. | Voltage feedback signals are described at col. 4, lines 19-30. Feedback signals and the circuits that generate them are described in the Response filed 7/1/1994, p. 14, l. 18-20, and col. 4, lines 46-50. | The "voltage at the output" is the voltage at the output terminal.<br><br>Paragraph (a) of claim 34 is recited as a means for performing a specified function under 35 U.S.C. § 112, ¶ 6, without the recital of structure in support thereof. As such, the claim shall be construed to cover the corresponding structure, material, or acts described in the specification and equivalents thereof. [Paragraph (a) of claim 34 is limited to the disclosed first means and equivalents thereof.]<br><br>"Voltage feedback signal" is defined in connection with claim 5.<br><br>"Signal" is defined in connection with claim 1. |

21

A 77

| Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Plaintiff's Construction of Claims | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| [b] a second means for generating a first control signal during a first state of circuit operation, the first control signal being responsive to the voltage feedback signal to vary the duty cycle of the switching transistors to maintain the output terminal at the regulated voltage; and | See discussion of claim 1, element (b). | [There are no special or uncommon meanings of words or phrases in this element.]<br><br>['First state of circuit operation,' 'control signal,' and 'state of circuit operation' are defined in connection with claim 1.]<br><br>The structures described in the specification that are capable of performing the specified function include the combination of drive circuit 20, transconductance amplifier 38, offset voltage $V_{OS}$ 76, reference voltage 37, current source 1 72, current comparator 39, a feedback current path between inductor L and current comparator 39, and constant off-time one-shot circuit 25, which outputs the first control signal. The described structures also include combinations having a pulse width modulator circuit or a variable off-time one-shot circuit (e.g. circuit 240 or the circuit described at col. 10, lines 15-16]. The described structures also include the combination illustrated in Fig. 7 (transistors $R_{SNS}$ and $R_1$, one-shot circuit 245, off-time controller 250 and capacitor $C_{CON}$) and the circuitry described in the patents described at col. 13, lines 36-46.<br><br>'State of circuit operation' is defined in connection with claim 1. | [See discussion of 'first state of circuit operation,' 'control signal' and 'state of circuit operation' in claim 1, paragraph (b).]<br><br>Paragraph (b) of claim 34 is recited as a means for performing a specified function under 35 U.S.C. § 112, ¶ 6. The second circuit is disclosed as the combination of transconductance amplifier 38, offset voltage $V_{OS}$ 76, reference voltage 37, constant current source 1, 72, current comparator 39, constant time one-shot circuit 25 which outputs the first control signal. | See discussion of claim 1, paragraph (b). | 'Varying,' 'duty cycle of the switching transistors' and 'responsive' are defined in connection with claim 1.<br><br>Paragraph (b) of claim 34 is recited as a means for performing a specified function under 35 U.S.C. § 112, ¶ 6, without the recital of structure in support thereof. As such, the claim shall be construed to cover the corresponding structure, material, or acts described in the specification and equivalents thereof. [Paragraph (b) of claim 34 is limited to the disclosed second circuit and equivalents thereof.]<br><br>'First state of circuit operation,' and 'control signal' are defined in connection with claim 1. |

22

A 78

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| [c] a third means for generating a second control signal during a second state of circuit operation to cause both switching transistors to be simultaneously OFF for a period of time if a sensed condition of the regulator indicates that the current supplied to the load falls below a threshold fraction of maximum rated output current for the regulator, the period of time having a duration which is a function of the current supplied to the load by the regulator. | [There are no special or uncommon meanings of words or phrases in this element.]<br><br>"Duration" is the period of time that both switching transistors are OFF.<br><br>Duration is a "function" of current supplied to the load in that the duration depends on the rate at which the switching transistors are OFF.<br><br>["Threshold," "second state of circuit operation," "period of time," "second control signal," "current supplied to the load," "cause," and "threshold fraction of maximum rated output current" are defined in connection with claim 1.]<br><br>The structures described in the specification that are capable of performing the specified function include hysteretic comparator 74, current source 1, 72, and logic circuits 66, 68, and 69. The described structures also include combinations such as the circuitry as disclosed in Fig. 7 including 72, 74, 315, 316 and related sleep control logic] and as disclosed in col. 16, 5-15. | See discussion of claim 1, element [c]. See also, col. 2, lines 32-36; col. 7, lines 18-37; col. 13, lines 7-19.<br><br>The duration of time such that both switching transistors are OFF. The duration of time is described at col. 7, lines 22- 37; col. 12, line 60 - col. 13 line 19.<br><br>See discussion at col. 7, lines 6-21; col. 13, lines 8-19. | The third means is a circuit that is distinct from each of the circuits of the first and second means.<br><br>"Duration" is the period of time that both transistors are disabled (held OFF).<br><br>Duration is a "function" of current supplied to the load in that the duration depends on the current drawn by the load while the switching transistors are disabled (held OFF).<br><br>[See discussion of claim 1, paragraph (c) for the terms "threshold," "threshold fraction of maximum rated output current", "second state of circuit operation", "second control signal", "period of time" and "current supplied to the load".]<br><br>Paragraph (c) of claim 34 is recited as a means for performing a specified function under 35 U.S.C. § 112, ¶ 6. As such, the claims shall be construed to cover the corresponding structure, material, or acts described in the specification and equivalents thereof. The third means is disclosed as the combination of hysteretic comparator 74. | See, e.g., col. 6, lines 44-46; Response of 7/19/04, paragraph 2.<br><br><br><br>The meaning of function is apparent from Fig. 2, comparator 74 and the accompanying explanation of col. 6, lines 34-46. The Response of 7/19/04 at 12-14 and the Response of 6/9/05 also explains what it means to be a function of current. | "Condition of the regulator," "indicates," "falls below" and "sensed" are defined in connection with claim 1.<br><br>Paragraph (c) of claim 34 is recited as a means for performing a specified function under 35 U.S.C. § 112, ¶ 6, without the recital of structure in support thereof.<br><br>[Paragraph (c) of claim 34 is limited to the disclosed third means and equivalents thereof.]<br><br>"Threshold," "second state of circuit operation," "period of time," "second control signal," "current supplied to the load," "cause," and "threshold fraction of maximum rated output current" are defined in connection with claim 1. |
| 35. The circuit of claim 34, wherein the third means includes a voltage comparator having hysteresis. | There are no special or uncommon meanings of words or phrases in this element.<br><br>["Voltage comparator having hysteresis" is defined in connection with claim 5.] | See discussion of claim 5. | Refers to hysteretic comparator 74.<br><br>["Voltage comparator having hysteresis" is defined in connection with claim 5.] | See, e.g., col. 6, line 23 and lines 36-38. | "Voltage comparator having hysteresis" is defined in connection with claim 5. |

23

A 79

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| 36. The circuit of claim 34, wherein the second means includes: a one-shot circuit for generating first and second levels of first control signal during a switch cycle, wherein the first level causes the switch circuit to couple the input voltage to a node of the output circuit, and the second level causes the switch circuit to couple the node of the output circuit to ground. | There are no special or uncommon meanings of words or phrases in the preamble. ["Cause," "signal," "control signal," and "output circuit" are defined in connection with claim 1.] ["One-shot circuit" is defined in connection with claim 7.] | See discussion of claim 7. | See discussion of claim 7. ["Cause," "signal," "control signal," and "output circuit" are defined in connection with claim 1.] ["One-shot circuit" is defined in connection with claim 7.] | See discussion of claim 7. | "Switch circuit" is defined in connection with claim 1. "Switch cycle" is defined in connection with claim 7. "Cause," "signal," "control signal," and "output circuit" are defined in connection with claim 1. "One-shot circuit" is defined in connection with claim 7. |
| 37. The circuit of claim 36, wherein the second means includes a fourth means for monitoring the current supplied to the output terminal to generate a current feedback signal. | There are no special or uncommon meanings of words or phrases in this claim. ["Current feedback signal," and "current supplied to the output terminal" are defined in connection with claim 9.] ["Output terminal" and "signal" are defined in connection with claim 1.] | See discussion of claim 9. | See discussion of claim 9. ["Current feedback signal" and "current supplied to the output terminal" are defined in connection with claim 9.] ["Output terminal" and "signal" are defined in connection with claim 1.] | See discussion of claim 9. | "Generate" is defined in connection with claim 1. "Current feedback signal" and "current supplied to the output terminal" are defined in connection with claim 9. "Output terminal" and "signal" are defined in connection with claim 1. |
| 38. The circuit of claim 37, wherein the fourth means compares the current feedback signal to a reference current value and triggers the one-shot circuit when the current feedback signal exceeds the reference current value. | There are no special or uncommon meanings of words or phrases in this claim. ["Signal" is defined in connection with claim 1.] ["One-shot circuit" is defined in connection with claim 7.] ["Current feedback signal" is defined in connection with claim 9.] | See discussion of claim 11. | See discussion of claim 11. ["Signal" is defined in connection with claim 1.] ["One-shot circuit" is defined in connection with claim 7.] ["Current feedback signal" is defined in connection with claim 9.] | See discussion of claim 11. | "Signal" is defined in connection with claim 1. "One-shot circuit" is defined in connection with claim 7. "Current feedback signal" is defined in connection with claim 9. |

24

A 80

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| 39. The circuit of claim 38, wherein the fourth means includes a current comparator for triggering the one-shot circuit, the current comparator having a first input coupled to receive the current feedback signal and a second input coupled to a current source for providing the reference current value. | There are no special or uncommon meanings of words or phrases in this claim. ["Current comparator" is defined in connection with claim 12.] ["Coupled," and "signal" are defined in connection with claim 1.] ["One-shot circuit" is defined in connection with claim 7.] ["Current feedback signal" is defined in connection with claim 9.] | See discussion of claim 12. | See discussion of claim 12. ["Current comparator" is defined in connection with claim 12.] ["Coupled," and "signal" are defined in connection with claim 1.] ["One-shot circuit" is defined in connection with claim 7.] ["Current feedback signal" is defined in connection with claim 9.] | See discussion of claim 12. | "Current source" is defined in connection with claim 12. "Signal" and "coupled" are defined in connection with claim 1. "One-shot circuit" is defined in connection with claim 7. "Current feedback signal" is defined in connection with claim 9. "Current comparator" is defined in connection with claim 12. |
| 40. The circuit of claim 39, wherein the current source a transconductance amplifier supplying a current substantially proportional to the difference in voltage between the feedback signal and a constant voltage; and a constant current source coupled in parallel with the transconductance amplifier. | There are no special or uncommon meanings of words or phrases in the preamble. ["Current comparator" is defined in connection with claim 12.] ["Coupled," and "signal" are defined in connection with claim 1.] | See discussion of claim 13. | See discussion of claim 13. ["Current comparator" is defined in connection with claim 12.] ["Coupled" and "signal" are defined in connection with claim 1.] | See discussion of claim 13. | "Current source" is defined in connection with claim 12. "Transconductance amplifier" and "coupled in parallel" are defined in connection with claim 13. "Current comparator" is defined in connection with claim 12. "Coupled," and "signal" are defined in connection with claim 1. |
| 41. A method for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and | There are no special or uncommon meanings of words or phrases in this portion of the preamble.. | See discussion of claim 1, element (1). | See discussion of claim 1, paragraph (1). | See discussion of claim 1, paragraph (1). | "Switching voltage regulator," "switching transistor," "switch circuit" and "synchronously switched" are defined in connection with claim 1. |

25

A 81

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| (2) an output circuit including an output terminal and an output capacitor coupled thereto for supplying current at a regulated voltage to a load, the method comprising the steps of: | There are no special or uncommon meanings of words or phrases in this portion of the preamble.<br><br>["Output capacitor," "output circuit," "output terminal," "regulated voltage," "coupled," and "load" are defined in connection with claim 1.] | See discussion of claim 1, element (2). | | See discussion of claim 1, paragraph (2).<br><br>[See discussion of "output capacitor," "output circuit," "output terminal," "regulated voltage," "coupled" and "load" in claim 1, paragraph (2).] | "Output capacitor," "output circuit," "output terminal," "regulated voltage," "coupled," and "load" are defined in connection with claim 1. |
| (a) monitoring a signal from the output terminal to generate a first feedback signal; | There are no special or uncommon meanings of words or phrases in this element.<br><br>["Signal," and "feedback signal" are defined in connection with claim 1.]<br><br>Neither the claim language nor the specification limits the claim to circuits that monitor only a single voltage from the output terminal.<br><br>Claim 41 element (a) should not be interpreted under Section 112 paragraph 6 because it recites acts in support of the functional language it uses.<br><br>"Feedback signal" is defined in connection with claim 1. | See discussion of claim 1, element (a). | See discussion of claim 1, paragraph (a).<br><br>["Signal," is defined in connection with claim 1.<br><br>"Monitoring a signal from the output terminal" is defined in connection with claim 1.<br><br>Paragraph (a) of claim 41 is recited as a step plus function and is interpreted under 35 U.S.C. § 112, ¶ 6. As such, the claim shall be construed to cover the corresponding structure, material, or acts described in the specification and equivalents thereof. | See discussion of claim 1, paragraph (a). | "Monitoring a signal" and "generate" are defined in connection with claim 1.<br><br>"Signal" is defined in connection with claim 1. |

26

A 82

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| (b) varying the duty cycle of the switching transistors in response to the first feedback signal to maintain the output terminal at the regulated voltage during a first state of circuit operation; | [There are no special or uncommon meanings of words or phrases in this element.]<br><br>['State of circuit operation,' and 'first state of circuit operation' are defined in connection with claim 1.]<br><br>Claim 41 element (b) should not be interpreted under Section 112 paragraph 6 because it recites acts in support of the functional language it uses.<br><br>'State of circuit operation' is defined in connection with claim 1. | See discussion of claim 1, element (b). | See discussion of claim 1, paragraph (b).<br><br>['State of circuit operation,' 'first feedback signal' and 'first state of circuit operation' are defined in connection with claim 1.]<br><br>Paragraph (b) of claim 41 is recited as a step plus function and is interpreted under 35 U.S.C. § 112, ¶ 6. As such, the claim shall be construed to cover the corresponding structure, material, or acts described in the specification and equivalents thereof. | See discussion of claim 1, paragraph (b). | 'Varying' and 'duty cycle of the switching transitions' are defined in connection with claim 1.<br><br>'First feedback signal' and 'first state of circuit operation' are defined in connection with claim 1. |

27

A 83

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| (c) turning both switching transistors simultaneously OFF for a period of time during a second state of circuit operation following the first state of operation, so as to allow the output capacitor to maintain the output substantially at the regulated voltage by discharging during the second state of circuit operation, the period of time beginning when the current supplied to the load falls below a threshold fraction of maximum rated output current for the regulator, and having a duration which is a function of the current supplied to the load by the regulator; and | [There are no special or uncommon meanings of words or phrases in this element]<br><br>"Substantially at the regulated voltage" allows for, but does not require, greater variation in the voltage having a controlled value.<br><br>"Turning both switching transistors simultaneously OFF for a period of time" means that the OFF times of the switching transistors overlap for a period of time (i.e. the switching transistors are OFF simultaneously for the period of time).<br><br>["Second state of circuit operation," and "current supplied to the load," are defined in connection with claim 1.]<br><br>["Duration," and "function" are defined in connection with claim 34.] | See discussion of claim 1, element (c). See also col. 7, lines 6-21.<br><br>See discussion at col. 7, lines 22-26.<br><br>For example, in Fig. 2 hysteretic comparator 74 turns OFF the switching transistor that is ON and prevents the switching transistor that is OFF from turning ON such that both switching transistors are simultaneously OFF for a period of time. See discussion at col. 6, line 58 - col. 7 line 10. See also col. 12, line 55 - col. 13, line 2. | "[Substantially at the regulated voltage" are the values of the output voltage when the switching transistors are disabled (held OFF) and is maintained by the output capacitor.<br><br>"Turning . . . simultaneously OFF" means that both transistors are simultaneously disabled (held OFF) and simultaneously prevented from switching beginning with and for the duration of the recited period of time, that period of time being the duration when the load current falls below the threshold fraction of maximum rated output current.<br><br>["Second state of circuit operation," and "current supplied to the load," are defined in connection with claim 1.]<br><br>["Duration" and "function" are defined in connection with claim 34.] | See, e.g. col. 6, lines 61-64; and col. 7, lines 6-15.<br><br>"Turning . . . simultaneously OFF" is shown pictorially by Fig. 2. The Response of comparator 74. The Response of 7/19/94 at 12-14 and the Response of 6/9/95 at 6, 8 describe the simultaneous turn off of both transistors.<br><br>See, e.g. col. 6, lines 47-60. | "Discharging" means that the energy stored by the capacitor is decreasing as charge is transferred from the capacitor.<br><br>"Falls below" is defined in connection with claim 1.<br><br>"Second state of circuit operation," and "current supplied to the load," are defined in connection with claim 1.<br><br>"Duration" and "function" are defined in connection with claim 34. |
| (claim 41 cont.) | ["Threshold," "period of time," and "threshold fraction of maximum rated output current" are defined in connection with claim 1.]<br><br>Claim 41 element (c) should not be interpreted under Section 112 paragraph 6 because it recites acts in support of the functional language it uses. | | ["Threshold," "period of time," and "threshold fraction of maximum rated output current" are defined in connection with claim 1.]<br><br>Paragraph (c) of claim 41 is recited as a step plus function and is interpreted under 35 U.S.C. § 112, ¶ 6. As such, the claim shall be construed to cover the corresponding structure, material, or acts described in the specification and equivalents thereof. | | "Threshold," "period of time," and "threshold fraction of maximum rated output current" are defined in connection with claim 1. |

28

A 84

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| (d) turning at least one of said switching transistors ON to recharge the output capacitor following the second state of circuit operation. | There are no special or uncommon meanings of words or phrases in this element.<br><br>Claim 41 element (d) should not be interpreted under Section 112 paragraph 6 because it recites acts in support of the functional language it uses. | See discussion at col. 6, line 61 - col. 7, line 2), and col. 13, lines 8-19. | Paragraph (d) of claim 41 is recited as a step plus function and is interpreted under 35 U.S.C. § 112, ¶ 6. As such, the claim shall be construed to cover the corresponding structure, material, or acts described in the specification and equivalents thereof. | See, e.g. col. 6, line 61 - col. 7, line 5. | The output capacitor is "recharged" in that current flows into the capacitor. |
| 42. The method of claim 41, wherein the switching voltage regulator includes a one-shot circuit for varying the duty cycle of the switching transistors and wherein step (c) includes the step of maintaining the one-shot circuit substantially OFF during the second state of operation. | There are no special or uncommon meanings of words or phrases in this claim.<br><br>["State of operation," and "second state of operation," are defined in connection with claim 1.]<br><br>["One-shot circuit" is defined in connection with claim 7.]<br><br>["Maintained substantially OFF" is defined in connection with claim 18.]<br><br><u>"State of operation" is defined in connection with claim 1.</u> | See discussion of claims 1, element (b), claim 7, and 18. | [See discussion of claim 7 regarding the "one-shot"; discussion of claim 1, paragraph (b), regarding "duty-cycle" and varying the duty cycle. See discussion of claim 18 for maintaining substantially OFF.] | See discussion of claim 1, paragraph (b), claim 7 and claim 18. | "Switching voltage regulator," "varying," "duty cycle of the switching transistors" and "switching transistors" are defined in connection with claim 1.<br><br><u>"Second state of operation" are defined in connection with claim 1.</u><br><br><u>"One-shot circuit" is defined in connection with claim 7.</u><br><br><u>"Maintained substantially OFF" is defined in connection with claim 18.</u> |

29

**A 85**

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| 43. The method of claim [42], wherein the switching voltage regulator comparator for triggering the one-shot circuit and wherein step (c) includes a step of maintaining the current comparator substantially OFF during the second state of operation. | There are no special or uncommon meanings of words or phrases in this claim.<br><br>["State of operation," and "second state of operation" are defined in connection with claim 1.]<br><br>["One-shot circuit" is defined in connection with claim 7.]<br><br>["Current comparator" is defined in connection with claim 12.]<br><br>"Maintained substantially OFF" is defined in connection with claim 18.<br><br>"State of operation" is defined in connection with claim 1. | See discussion of claims 1, 11, 12 and 19. | [See discussion of claim 12 regarding "current comparator."] See discussion of claim 19 regarding substantially OFF.<br><br>["State of operation," and "second state of operation" are defined in connection with claim 1.]<br><br>["One-shot circuit" is defined in connection with claim 7.] | See claims 1, 7, 12 and 19. | "Switching voltage regulator" is defined in connection with claim 1.<br><br>"Second state of operation" is defined in connection with claim 1.<br><br>"One-shot circuit" is defined in connection with claim 7.<br><br>"Current comparator" is defined in connection with claim 12. |
| 44. A circuit for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and | There are no special or uncommon meanings of words or phrases in this portion of the preamble.<br><br>LTC does not agree with the contentions expressed by the defendants in footnote 1. | See discussion of claim 1, element (1). | See discussion of claim 1, paragraph (1) and footnote 1. | See discussion of claim 1, paragraph (1) and footnote 1. | "Switching voltage regulator," "switching transistor," "switch circuit" and "synchronously switched" are defined in connection with claim 1. |

1    Defendants contend that remarks appearing in the specification and file history, combined with language appearing in the claims themselves, require that claims 44-54 be construed to incorporate the so-called "sleep mode" requirement wherein both transistors are simultaneously disabled (held OFF) during a second state of operation, as more fully set forth in connection with, e.g., claims 1, 34 and 41. See, e.g., Restriction Requirement dated 2/10/94 in which the Examiner indicated application claims 1-33, 66-72, 80-92 and 86-96 are directed to Figure 2 and Election of March 18, 1994 without traverse. See also Response filed 7/19/94 describing application claims 1-33, 66-72, 80-92 and 86-96 as simultaneously turning both transistors OFF when the load has decreased to the point the output capacitor can maintain the output at the desired voltage (p. 11, line 27 - p. 12, line 26; and p. 13, line 1-10). See also, Response filed 6/9/95, in which the invention is described as simultaneously turning OFF both switching transistors.

30

A 86

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| (2) an output circuit including an output terminal and an output inductor coupled thereto for supplying current at a regulated voltage to a load, the circuit comprising: | There are no special or uncommon meanings of words or phrases in this portion of the preamble.<br><br>"Regulated voltage" is defined in connection with claim 1.<br><br>["Output circuit," "output terminal," "regulated voltage," "coupled," and "load" are defined in connection with claim 1.] | See discussion of claim 1, element (2). | A "regulated voltage" is a value of the output voltage maintained by varying the duty cycle of the switching transistors.<br><br>["Coupled," "output terminal," and "load" are defined in connection with claim 1.] |  | An "output circuit" is a circuit on the load side of the switching transistors, which includes an output terminal and an inductor that smooths the voltage pulses generated by switching ON and OFF the pair of synchronously switched switching transistors.<br><br>"Output terminal," "coupled," and "load" are defined in connection with claim 1. |
| (a) a first circuit for monitoring a signal from the output terminal to generate a first feedback signal; | There are no special or uncommon meanings of words or phrases in this element.<br><br>["First circuit," "feedback signal" and "signal" are defined in connection with claim 1.]<br><br>Neither the claim language nor the specification limits the claim to circuits that monitor only a single voltage from the output terminal.<br><br>"Feedback signal" is defined in connection with claim 1.<br><br>LTC does not agree [that] with the defendants' contention that claim 44 element (a) is to be construed under Section 112 paragraph 6. This element includes recitations of structure. | See discussion of claim 1, element (a). | See discussion of claim 1, paragraph (a).<br><br>["First circuit" and "signal" are defined in connection with claim 1.]<br><br>"Monitoring a signal from the output terminal" is defined in connection with claim 1. | See, e.g., col. 4, lines 24-30.<br><br>See discussion of claim 1, paragraph (a). | "Monitoring a signal" and "generate" are defined in connection with claim 1.<br><br>"First circuit," "first feedback signal" and "signal" are defined in connection with claim 1. |

31

A 87

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| [b] a second circuit for generating a first control signal during a first state of circuit operation, the first control signal being responsive to the first feedback signal to vary the duty cycle of the switching transistors to maintain the output terminal at the regulated voltage; and | [There are no special or uncommon meanings of words or phrases in this element.]<br><br>["Control signal," "state of circuit operation," "second circuit," "first state of circuit operation, and "second circuit" are defined in connection with claim 1.]<br><br>"State of circuit operation" is defined in connection with claim 1.<br><br>LTC does not agree [that] with the defendants' contention that claim 44 element (b) is to be construed under Section 112 paragraph 6. This element includes recitations of structure. | See discussion of claim 1, element (b). | See discussion of claim 1, paragraph (b).<br><br>["Control signal," "second circuit," "first state of circuit operation" and "second circuit" are defined in connection with claim 1.] | See discussion of claim 1, paragraph (b). | "Varying," "duty cycle of the switching transistors" and "responsive" are defined in connection with claim 1.<br><br>"Control signal," "first state of circuit operation," and "second circuit," are defined in connection with claim 1 |

32

**A 88**

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| [c] a third circuit for monitoring the current to the output terminal to generate a second control signal during a second state of circuit operation when the monitored current compares in a predetermined manner to a threshold indicative of a polarity reversal condition in the output inductor, said second state causing one of said switching transistors to be maintained OFF, such that the switch circuit is prevented from coupling the output circuit to ground. | [There are no special or uncommon meanings of words or phrases in this element]<br><br>"Second state of circuit operation" is the state of operation wherein the second control signal causes one of the switching transistors to be maintained OFF during periods when current reversals may otherwise occur.<br><br>"Second control signal" is separate and distinct from the first control signal. | See discussion at col. 11, lines 4-8, and col. 14, lines 37-39.<br><br>See discussion at col. 12, lines 49-55; and col. 12, line 65 - col. 13, line 2; col. 14, line 1 - col. 15, line 4; and col. 15, line 66 - col. 16, line 4.<br><br>Second control signal is illustrated as being separate and distinct from the first control signal in Figs. 2 and 7. | A "second state of circuit operation" is the mode of operation wherein the second control signal intentionally holds one of the transistors OFF during periods when current reversals would otherwise occur.<br><br>The "second control signal" is a single signal separate and distinct from the first control signal. It is generated by the third circuit when the control circuit is in the second state of operation. | See, e.g., See, e.g., Fig. 8; col. 14, lines 32-45 and 56-59; Response filed 7/19/94 at p. 12, lines 23-28; and Response filed 6/9/95, in which claims 86 and 93 are indicated to prevent polarity reversal (p. 8, lines 15-18).<br><br>Regarding the requirement that the "second state of circuit operation" require the so-called "sleep mode" see, e.g., Fig. 8; col. 14, lines 32-45 and 56-59; Response filed 7/19/94 describing application claims 1-33, 66-72, 80-92 and 86-96 as simultaneously turning both transistors OFF when the load has decreased to the point the output capacitor can maintain the output at the desired voltage (p. 11, line 27 - p. 12, line 26; and p. 13, line 1-10). See also, Response filed 6/9/95, in which the invention is described as simultaneously turning OFF both switching transistors.<br><br>See, e.g., Fig. 2; col. 6, lines 55-60; col. 7, lines 58-67; Response filed 7/19/94, p. 12; and Response filed 6/9/95, p. 6-7. | "Polarity" indicates the direction of current flow. |

33

**A 89**

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| (claim 44 cont.) | "Polarity reversal condition" means that the inductor current [is decreased toward zero and the current may thereafter flow in the reverse direction absent an intervening event] has reversed from its normal direction. | The specification describes circuits for monitoring the current to the output using either a voltage feedback signal or a current feedback signal in comparison with a threshold indicative of a polarity reversal condition. See, e.g., FIG. 7 and discussion at col. 12, lines 49-55; col. 12, line 65-col. 13, line 2; col. 14, line 1-col. 15, line 4; and col. 15, line 66-col. 16, line 4. | A "polarity reversal condition" means that the instantaneous inductor current is decreased toward zero and the current will thereafter flow in the reverse direction absent an intervening event. | See, e.g., col. 14, lines 17-36. | "Predetermined" is defined in connection with claim 8. |
| | When the inductor current drops below a "threshold indicative of polarity reversal condition," the second control signal causes one of the switching transistors to be maintained OFF. | | When the output current of the regulator drops below a threshold level, one of the regulator's transistors is intentionally held OFF by the second control signal. | | |
| | The "third circuit" is a physical structure. This structure is an assembly of electronic components. The third circuit describes a monitoring and control circuit that is distinct from the first and second circuitry in that not each and every electronic component of the circuits is the same. | Examples of the third circuit are illustrated in Figs. (2 and) 7 and 8. | The third circuit is a circuit that is distinct from each of the first and second circuits. The third circuit monitors the output current ("monitored current"). | | |
| | "Threshold," "[third circuit,]" and "state of circuit operation," are defined in connection with claim 1. | | A "threshold" is a level or value at which some change in circuit operation takes place. When the output current of the regulator drops below a threshold level, one of the regulator's transistors is intentionally held OFF by the second control signal. | See, e.g., col. 14, lines 37-61, and Response filed 7/19/94 at p. 12, lines 23-29. | |
| | A "threshold indicative of a polarity reversal condition" is a measure of when either the current to the output terminal or a variable that depends on that current predicts that the switching voltage regulator is about to or has entered the polarity reversal condition. | | | | |

34

**A 90**

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| (claim 44 cont.) | "Monitored current" is the current to the output terminal. "Current to the output terminal" is defined in connection with claim 9.<br><br>LTC does not agree (that) with the defendants' contention that claim 44 element (c) is to be construed under Section 112 paragraph 6. This element includes recitations of structure. Furthermore, the structures of the claim are not limited to the circuitry in Fig. 8. | See e.g., col. 4, lines 19-52; and col. 14, line 56 - col. 15, line 4. | The current to the output terminal is current to the load; that is the "monitored current."<br><br>Paragraph (c) of claim 44 is recited as a means for performing a specified function under 35 U.S.C. § 112, ¶ 6, without the recital of structure in support thereof. As such, the claim shall be construed to cover the corresponding structure, material, or acts described in the specification and equivalents thereof. Accordingly, the third circuit is disclosed as the combination of the current comparator 471, logic gate 472, reference current source I, and equivalents thereof. | See, e.g., col. 4, lines 37-55; col. 14, line 56 - col. 15, line 4. | |
| 45. The circuit of claim 44 wherein the third circuit monitors the current through the inductor to generate the second control signal when the magnitude of the inductor current falls below the current threshold. | There are no special or uncommon meanings of words or phrases in this claim.<br><br>["Control signal," "signal," and "threshold" are defined in connection with claim 1.]<br><br>["Second control signal," and "third circuit" are defined in connection with claim 44.]<br><br>"Threshold" is defined in connection with claim 1. | See e.g., col. 14, lines 37-55. See also cites in discussion of claim 44, element (c). | Comparator 471 comprises I_REF, which is a current indicative of the instantaneous inductor current I_L to I_L.<br><br>["Control signal," and "signal," are defined in connection with claim 1.]<br><br>["Threshold," "third circuit," and "second control signal" are defined in connection with claim 44.]<br><br>"Threshold" is defined in connection with claim 44 | See, e.g., col. 14, lines 37-55. | "Generate" and "falls below" are defined in connection with claim 1.<br><br>"Inductor current" is current through the inductor, which is defined in connection with claim 10.<br><br>"Control signal," and "signal" are defined in connection with claim 1.<br><br>"Second control signal," and "third circuit" are defined in connection with claim 44. |

35

**A 91**

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| 46. The circuit of claim 44 wherein the third circuit prevents reversals in polarity of the current through the inductor. | There are no special or uncommon meanings of words or phrases in this claim.<br><br>['Prevents reversals in the polarity of the current' by causing one the switching transistors to be maintained OFF.]<br><br>['Third circuit' is defined in connection with claim 44.] | See cites in discussion of claim 44, element (c).<br><br>See e.g., at col. 14, lines 17-45. | [The "third circuit." defined in claim 44, "prevents reversals in the polarity of the current" by opening (turning OFF) one of the transistors before the current reverses direction.] | See e.g. col. 14, lines 17-36. | "Reversals in polarity" are changes in current signals from positive to negative or negative to positive with regard to a "0" (zero) current level.<br><br>"Polarity" of current is defined in connection with claim 44.<br><br>"Third circuit" is defined in connection with claim 44.<br><br>The "third circuit." defined in claim 44, "prevents reversals in the polarity of the current" by opening (turning OFF) one of the transistors before the current reverses direction. |
| 47. The circuit of claim 46, wherein the first feedback signal is a voltage feedback signal and the third circuit includes a current comparator for comparing the monitored current to the current threshold. | There are no special or uncommon meanings of words or phrases in this claim.<br><br>['Third circuit." "signal," and 'threshold' are defined in connection with claim 1.]<br><br>['Voltage feedback signal' is defined in claim 5.]<br><br>['Current comparator' is defined in connection with claim 12.]<br><br>['Monitored current' is defined in connection with claim 44.]<br><br>"Threshold" is defined in connection with claim 1.<br><br>"Third circuit" is defined in connection with claim 44. | See discussion at col. 14, lines 21-55. | See discussion of claim 12 and claim 34.<br><br>"Third circuit" is defined in claim 46.<br><br>['Threshold" and 'monitored current" are defined in connection with claim 44.]<br><br>['First feedback signal," and "signal" are defined in connection with claim 1.]<br><br>[A "voltage feedback signal" is discussed in claim 5.]<br><br>['Current comparator" is defined in connection with claim 12.]<br><br>"Threshold" is defined in connection with claim 44. | See discussion of claims 12 and 34.<br><br>See discussion of claim 34. | "First feedback signal," and "signal" are defined in connection with claim 1.<br><br>"Voltage feedback signal" is defined in claim 5.<br><br>"Current comparator" is defined in connection with claim 12.<br><br>"Monitored current" is defined in connection with claim 44. |

36

A 92

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| 48. The circuit of claim 47, wherein the current consumed by the switching voltage regulator is reduced during the second state of operation. | There are no special or uncommon meanings of words or phrases in this claim. ["State of operation," and "second state of operation" are defined in connection with claim 1.] "State of operation" is defined in connection with claim 1. | See discussion at col. 14, lines 1-9; col. 14, lines 28-36; and col. 14, lines 56-61. | There are no unusual or uncommon meanings of the words in this claim. ["Second state of operation" is defined in connection with claim 44.] | See, e.g., col. 14, lines 14 - 61. | "Switching voltage regulator" is defined in connection with claim 1. "Consumed" is defined in connection with claim 6. "Second state of operation" is defined in connection with claim 44. |
| 49. The circuit of claim 44, wherein the second circuit includes: | There are no special or uncommon meanings of words or phrases in the preamble. |  | See discussion of claim 7. | See discussion of claim 7. |  |
| a one-shot circuit for generating first and second levels of the first control signal during a switch cycle, wherein the first level causes the switch circuit to couple the input voltage to a node of the output circuit, and the second level causes the switch circuit to couple the node of the output circuit to ground. | There are no special or uncommon meanings of words or phrases in this element. ["Cause," "control signal," "signal," "second circuit" and "output circuit" are defined in connection with claim 1.] ["One-shot circuit" is defined in connection with claim 7.] | See discussion of claim 7. | ["Cause," "control signal," "signal," "second circuit" and "output circuit" are defined in connection with claim 1.] ["One-shot circuit" is defined in connection with claim 7.] |  | "Switch circuit" is defined in connection with claim 1. "Switch cycle" is defined in connection with claim 1. "Cause," "control signal," "signal," "second circuit" and "output circuit" are defined in connection with claim 1. "One-shot circuit" is defined in connection with claim 7. |
| 50. The circuit of claim 49, wherein the second level is generated for a predetermined time period. | There are no special or uncommon meanings of words or phrases in this claim. | See discussion of claim 8. | See discussion of claim 8. | See discussion of claim 8. | "Predetermined" is defined in connection with claim 8. |
| 51. A method for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and | There are no special or uncommon meanings of words or phrases in this portion of the preamble. ["Coupled" is defined in connection with claim 1.] | See discussion of claim 1, element (1). | See discussion of claim 1, paragraph (1). ["Coupled" is defined in connection with claim 1.] | See discussion of claim 1, paragraph (1). | "Switching voltage regulator," "switching transistor," "switch circuit" and "synchronously switched" are defined in connection with claim 1. "Coupled" is defined in connection with claim 1. |

37

A 93

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| (2) an output circuit including an output terminal and an output inductor coupled thereto for supplying current at a regulated voltage to a load, the method comprising the steps of: | There are no special or uncommon meanings of words or phrases in this portion of the preamble.<br><br>['Output circuit,' 'output terminal,' 'regulated voltage,' 'coupled,' and 'load' are defined in connection with claim 1.]<br><br>'Regulated voltage' is defined in connection with claim 1. | See discussion of claim 1, element (2). | See discussion of claim 44, paragraph (2).<br><br>['Output circuit' and 'regulated voltage,' are defined in connection with claim 44.]<br><br>['Output terminal,' 'coupled' and 'load' are defined in connection with claim 1.]<br><br>'Regulated voltage' is defined in connection with claim 44. | See discussion of claim 44, paragraph (2). | 'Output terminal,' 'coupled,' and 'load' are defined in connection with claim 44.<br><br>'Output circuit' is defined in connection with claim 44. |
| (a) monitoring a signal from the output terminal to generate a first feedback signal; | There are no special or uncommon meanings of words or phrases in this element.<br><br>['Signal' and 'feedback signal' are defined in connection with claim 1.]<br><br>Neither the claim language nor the specification limits the claim to circuits that monitor only a single voltage from the output terminal.<br><br>Claim 51 element (a) should not be interpreted under Section 112 paragraph 6 because it recites acts in support of the functional language it uses.<br><br>'Feedback signal' is defined in connection with claim 1. | See discussion of claim 1, element (a). | See discussion of claim 1, paragraph (a).<br><br>['Signal' and 'first feedback signal' are defined in connection with claim 1.]<br><br>'Monitoring a signal from the output terminal' is defined in connection with claim 1.<br><br>Paragraph (a) of claim 51 is recited as a step plus function and is interpreted under 35 U.S.C. § 112, ¶ 6. As such, the claim shall be construed to cover the corresponding structure, material, or acts described in the specification and equivalents thereof. | See discussion of claim 1, paragraph (a). | 'Monitoring a signal' and 'generate' are defined in connection with claim 1.<br><br>'Signal' and 'first feedback signal' are defined in connection with claim 1. |

38

A  94

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| (b) varying the duty cycle of the switching transistors in response to the first feedback signal to maintain the output terminal at the regulated voltage during a first state of circuit operation, wherein the current to the load has a polarity; and | [There are no special or uncommon meanings of words or phrases in this element.]<br><br>["First state of circuit operation," and "state of circuit operation" are defined in connection with claim 1.]<br><br>"State of circuit operation" is defined in connection with claim 1.<br><br>Claim 51 element (b) should not be interpreted under Section 112 paragraph 6 because it recites acts in support of the functional language it uses. | See discussion of claim 1, element (b) and claim 6. | [The "first state of circuit operation," "duty cycle," "output terminal" are defined in connection with claim 1.]<br><br>["First feedback signal" and "regulated voltage" are defined in connection with claim 44.]<br><br>Paragraph (b) of claim 51 is recited as a step plus function and is interpreted under 35 U.S.C. § 112, ¶ 6. As such, the claim shall be construed to cover the corresponding structure, material, or acts described in the specification and equivalents thereof. | See, generally, col. 4, lines 19-22.<br><br>See, e.g., col. 14, lines 21-23; col. 4, lines 19-52; and Response filed 7/19/94 at p. 12, lines 23-29. | "Varying" and "duty cycle of the switching transistors," are defined in connection with claim 1.<br><br>"Polarity" is defined in connection with claim 44.<br><br>"First state of circuit operation" is defined in connection with claim 1. |

39

**A 95**

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| (c) maintaining one of said switching transistors OFF for a period of time following the first state of circuit operation to de-couple the output circuit from ground during the period of time so as to prevent the current to the load from reversing polarity. | There are no special or uncommon meanings of words or phrases in this element.<br><br>Claim 51 element (c) should not be interpreted under Section 112 paragraph 6 because it recites acts in support of the functional language it uses. | See discussion of claim 44, element (c). | Element (c) requires that an action be taken in which one of the transistors is maintained OFF so as to decouple the output circuit from ground for a period of time, and that this action be taken to prevent the load current from reversing polarity, and it further requires that the load current would have reversed polarity but for the action having been taken.<br><br>Paragraph (c) of claim 51 is recited as a step plus function and is interpreted under 35 U.S.C. § 112, ¶ 6. As such, the claim shall be construed to cover the corresponding structure, material, or acts described in the specification and equivalents thereof. | See, e.g., Fig. 8; col. 14, lines 37-45 and 56-59; Response filed 7/19/94 at p. 12, lines 23-29; and Response filed 6/9/95, in which claims 86 and 93 are indicated to prevent polarity reversal (p. 8, lines 15-18).<br><br>See, e.g., col. 14, lines 37-61; and Response filed 7/19/94 at p. 12, lines 23-29. | "Polarity" of current is defined in connection with claim 44.<br><br>To prevent current from reversing polarity is defined in connection with claim 46. |

40

**A 96**

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| 52. The method of claim 51 wherein step (c) includes step (d) of monitoring the current to the output terminal and detecting when the current falls below a current threshold. | There are no special or uncommon meanings of words or phrases in this claim.<br><br>["Output terminal" and "threshold" are defined in connection with claim 1.]<br><br>"Current to the output terminal" is the same as "current supplied to the output terminal" which is defined in connection with claim 9.<br><br>Claim 52 should not be interpreted under Section 112 paragraph 6 because it recites acts in support of the functional language it uses. | The specification describes steps for detecting when current to the output terminal falls below a current threshold (e.g., using VFB, VTH2, or current feedback signal). See, e.g., FIG. 7 and discussion at col. 12, lines 49-55; col. 12, line 65-col. 13, line 2; col. 14, line 1-col. 15, line 4; and col. 15, line 66-col. 16, line 4.<br><br>See e.g. col. 4, lines 44-52; col. 14, line 56 - col. 15, line 4. | This limitation is construed to only cover a current threshold greater than zero.<br><br>["Output terminal" and "threshold" are defined in the discussion of claim 1, paragraph (c).]<br><br>The "current to the output terminal" is the same as the "output current" and is described in claim 1, paragraph (c).<br><br>Paragraph (d) of claim 52 is recited as a step plus function and is interpreted under 35 U.S.C. § 112, ¶ 6. As such, the claim shall be construed to cover the corresponding structure, material, or acts described in the specification and equivalents thereof. | See e.g. col. 14, lines 17-21 and 32-36.<br><br>See discussion of claim 1.<br><br>See, e.g., col. 4, lines 37-55; col. 14, line 56 - col. 15, line 4. | "Detecting" means to determine the existence, presence or fact of an event or condition.<br><br>"Falls below" is defined in connection with claim 1.<br><br>"Output terminal" and "threshold" are defined in connection with claim 1. |
| 53. The method of claim 52 wherein step (d) includes monitoring the current through the inductor. | There are no special or uncommon meanings of words or phrases in this claim. | See cites in discussion of claim 52. | Comparator 471 compares I_FB, which is a current indicative of the instantaneous inductor current I, to I_r. | See, e.g., col. 14, lines 37-55. | |
| 54. The circuit of claim 53, wherein the current consumed by the switching voltage regulator is reduced during the second state of operation. | There are no special or uncommon meanings of words or phrases in this claim.<br><br>"State of operation" is defined in connection with claim 1.<br><br>["Second state of operation" is defined in connection with claim 44.] | See discussion of claim 48. | See discussion of claim 48.<br><br>["Second state of operation" is defined in connection with claim 44.] | See discussion of claim 48. | "Switching voltage regulator" and "switching transistor" are defined in connection with claim 1.<br><br>"Consumed" is defined in claim 6.<br><br>"Second state of operation" is defined in connection with claim 44. |

41

A 97

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| 55. A circuit for controlling a switching voltage regulator, the regulator having<br><br>(1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and | There are no special or uncommon meanings of words or phrases in this portion of the preamble. | See discussion of claim 1, element (1). | See discussion of claim 1, paragraph (1). | See discussion of claim 1, paragraph (1). | "Switching voltage regulator," "switching transistor," "switch circuit" and " synchronously switched" are defined in connection with claim 1. |
| (2) an output circuit including an output terminal and an output capacitor coupled thereto for supplying current at a regulated voltage to a load, the control circuit comprising: | There are no special or uncommon meanings of words or phrases in this portion of the preamble.<br><br>["Output capacitor," "output circuit," "output terminal," "regulated voltage," "coupled," and "load" are defined in connection with claim 1.] | See discussion of claim 1, element (2). | See discussion of claim 1, paragraph (2).<br><br>["Output capacitor," "output terminal," "coupled" and "load" are defined in connection with claim 1.]<br><br>["Output circuit" and "regulated voltage" are defined in connection with claim 44.] | See discussion of claim 1, paragraph (2). | "Output capacitor," "output circuit," "output terminal," "regulated voltage," "coupled," and "load" are defined in connection with claim 1. |
| (a) drive circuitry for the pair of synchronously switched switching transistor; | There are no special or uncommon meanings of words or phrases in this element.<br><br>The "drive circuitry" is a physical structure. This structure is an assembly of electronic components. The drive circuitry is distinct from the feedback circuitry and logic circuitry in that not each and every electronic component in the circuits is the same. | See e.g., driver circuit 20 and related circuitry discussed at col. 13, lines 20-46. | The drive circuitry is distinct from each of the feedback circuitry and logic circuitry. | | "Drive circuitry" is circuitry for providing the necessary currents or voltages for turning the switching transistors ON and OFF. |

42

A 98

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| (b) feedback circuitry, coupled to the drive circuitry to control the duty cycle of the pair of synchronously switched switching transistors, the feedback circuitry forming a feedback path in the regulator between the output circuit and the drive circuitry by which feedback information indicative of the current supplied to the load by the regulator conditions the duty cycle of the pair of synchronously switched switching transistors; and | There are no special or uncommon meanings of words or phrases in this element.<br><br>The "feedback circuitry" is a physical structure. This structure is an assembly of electronic components. The feedback circuitry is distinct from the drive circuitry and the logic circuitry in that not each and every electronic component in the circuits are the same. | See e.g. the following circuit elements in Fig. 2: transconductance amplifier 38, offset voltage V$_{os}$ 76, reference voltage 37, current source L 72, current comparator 39, a feedback current path between inductor L and current comparator 39, one-shot circuit 245, resistors R$_{sens}$ and R$_v$, off-time controller 250, capacitor C$_{comp}$, and related circuitry. | The feedback circuitry is distinct from each of the drive circuitry and logic circuitry. | | A feedback path is a circuit path which communicates feedback signals between portions of the regulator.<br><br>"To control the duty cycle" means to vary the duty cycle to achieve a desired result.<br><br>"Conditions" means controls.<br><br>"Feedback information" see feedback signal defined in connection with claim 1.<br><br>"Varying" and "duty cycle of the switching transistors," are defined in connection with claim 1. |

43

**A 99**

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| (c) logic circuitry, coupled to the feedback circuitry and the drive circuitry, which prevents the drive circuitry from turning on either of the pair of synchronously switched switching transistors if the feedback information indicates that the current supplied to the load by the regulator falls below selected sleep mode current level, wherein the synchronously switched switching transistors are prevented from being turned on for a period of time that is a function of the current supplied to the load by the regulator. | There are no special or uncommon meanings of words or phrases in this element.<br><br>"Logic circuitry" is circuitry that receives one or more input signals from the feedback circuitry and outputs one or more logic signals, high or low, to the drive circuitry.<br><br>It "prevents the drive circuitry from turning on" the switching transistors in that it directly or indirectly turns OFF, or blocks or disables a signal that would turn ON, the switching transistors.<br><br>"Sleep mode current level" is a current level below which the regulator enters into a second mode of circuit operation.<br><br>The "logic circuitry" is a physical structure. This structure is an assembly of electronic components. The logic circuitry is distinct from the drive circuitry and the feedback circuitry in that not each and every electronic component in the circuits is the same.<br><br>["Current supplied to the load," and "period of time" are defined in claim 1.]<br><br>"Function" is defined in connection with claim 34.] | See for example, comparator 74, AND gate 66 and NAND gate 68 in FIG. 2. See the description at col. 6, lines 34-46. See for example also comparator 74, NAND gate 316 and comparator 315 in FIG. 7, and discussion at col. 12, line 60-col. 13, line 2.<br><br>See discussion at col. 6, lines 34-46, col. 8, lines 38-60, and col. 12, line 55 - col. 13, line 2.<br><br>Sleep mode current levels are discussed, e.g., at col. 6, lines 17-46, and col. 12, lines 14-59. | "Logic circuitry" is circuitry that has as its inputs the control signals generated by the feedback circuitry and that outputs a logic signal, high or low, to cause a physical condition, i.e. turning on or off a switch.<br><br>To "prevent[] ... from turning on" means that both transistors must be held off anytime the specified condition occurs.<br><br>"Sleep mode current level" is a predetermined current level that represents a percentage of the maximum rated output current below which the regulator is operated in a second mode of circuit operation.<br><br>The logic circuitry is distinct from each of the drive circuitry and feedback circuitry.<br><br>["Coupled," "current supplied to the load," "period of time" and "function" are defined in connection with claim 1.] | The logic circuitry of Fig. 2 includes AND gate 66 and NAND gate 68. The interplay of the logic circuitry with the feedback circuitry is described in col. 6, lines 34-46.<br><br>Fig. 2 shows the control signal output of comparator 74 preventing either transistor from being turned on if Vfb exceeds Vref. Col. 6, lines 44-46 describe this aspect of Fig. 2. The Response of 7/19/94 at 12 also describes the disablement of the transistors.<br><br>See discussion of claims 1 and 34. | "Falls below" is defined in connection with claim 1.<br><br>"Current supplied to the load," and "period of time" are defined in claim 1.<br><br>"Function" is defined in connection with claim 34. |

44

A 100

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| 56. The circuit of claim 55 wherein: [a] the output circuit includes an inductor coupled to the pair of synchronously switched switching transistors and the output terminal; | There are no special or uncommon meanings of words or phrases in this element. ["Output circuit," "coupled," and "output terminal" are defined in connection with claim 1.] | See discussion of claim 1, element (i). | [The "output circuit" is discussed in claim 44.] ["Coupled" and "output terminal" are defined in connection with claim 1.] | | "Switching transistor," "synchronously switched" and "switch circuit" are defined in connection with claim 1. "Output circuit," "coupled," and "output terminal" are defined in connection with claim 1. |
| [b] the feedback information includes a first feedback signal derived by sensing current conducted between the inductor and the output terminal and a second feedback signal derived by sensing voltage at the output terminal; and | There are no special or uncommon meanings of words or phrases in this element. ["Signal," and "feedback signal" are defined in connection with claim 1.] "Feedback signal is defined in connection with claim 1." | See discussion of current and voltage feedback signals in claim 1, element (a). | "Current conducted between the inductor and the output terminal" means the current flowing from the inductor to the output terminal. ["Signal" is defined in connection with claim 1.] | | "Signal" is defined in connection with claim 1. |
| [c] the feedback circuitry includes a comparator circuit that compares the first feedback signal to an error signal generated from the second feedback signal to control switching between the pair of synchronously switched switching transistors, and a threshold circuit that sets a minimum inductor current value at which the drive circuitry switches between transistors. | There are no special or uncommon meanings of words or phrases in this element. An "error signal" is a voltage or current signal that represents the difference between two signals. A "comparator circuit that compares" compares signals at its inputs to determine which signal is greater. The output of the comparator normally has one of two values, but it can have a third indeterminate value. | See discussion at col. 6, lines 17-60 and col. 12, lines 14-59. See e.g., discussion of voltage feedback signal at col. 4, lines 19-52. See e.g., discussion of comparator 39 at col. 4, lines 37-52; col. 6, lines 25-28; and col. 12, lines 19-29. | An "error signal" is a voltage or current signal generated by an amplifier when two signals are compared. The difference of the two signals is represented by the magnitude of the error signal. A "comparator circuit that compares" compares signals at its inputs to determine which signal is greater, and the output of the comparator has one of two levels. | See, e.g., Fig. 2; and col. 4, lines 46-52. | "Inductor current" is defined in connection with claim 10. "Drive circuitry" is defined in connection with claim 56. |

45

A   101

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| 57. An improved circuit for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and | There are no special or uncommon meanings of words or phrases in this portion of the preamble. | See discussion of claim 1, element (1). | Jepson-type claim. This portion of claim 57 recites admitted prior art. See discussion of claim 1, paragraph (1). | See. Fig. 1; and col. 3, line 49 - col. | "Switching voltage regulator," "switching transistor," "switch circuit" and "synchronously switched" are defined in connection with claim 1. |
| (2) an output circuit including an output terminal and an output capacitor coupled thereto for supplying current at a regulated voltage to a load, and wherein the control circuit varies the duty cycle of the switching transistors to maintain the output terminal at the regulated voltage, the improvement comprising: | There are no special or uncommon meanings of words or phrases in this portion of the preamble. ["Output capacitor," "output circuit," "output terminal," "load," "regulated voltage," and "coupled," are defined in connection with claim 1.] | See discussion of claim 1, elements (2) and (b). | This portion of claim 57 recites admitted prior art. See discussion of claim 1, paragraphs (2), (a) and (b). ["Output capacitor," "output circuit," "output terminal," "load," "regulated voltage" and "coupled," are defined in connection with claim 1.] | | "Varying" and "duty cycle of the switching transistors," are defined in connection with claim 1. ["Output capacitor," "output circuit," "output terminal," "load," "regulated voltage" and "coupled," are defined in connection with claim 1.] |

46

A  102

| Claims | Plaintiff's Construction of Claims | Evidence That Describes or Explains Plaintiff's Claim Construction | Defendants' Construction of Claims | Evidence that Describes or Explains Defendants' Claim Construction | Agreed Construction of the Claims |
|---|---|---|---|---|---|
| circuitry incorporated in the control circuit for detecting a condition in the output circuit indicative of the current supplied to the load falling below a threshold fraction of maximum rated output current for the regulator and for turning off both switching transistors simultaneously for a period of time if the supplied current falls below the threshold, the period of time having a duration which is a function of the current supplied to the load by the regulator. | There are no special or uncommon meanings of words or phrases in this element.<br><br>['Period of time,' 'current supplied to the load,' and 'threshold fraction of maximum rated output current' are defined in connection with claim 1.]<br><br>['Duration,' and 'function' are defined in connection with claim 34.]<br><br>['Turning OFF both switching transistors simultaneously for a period of time' is defined in connection with claim 41.]<br><br>LTC does not agree with the defendants' contention that claim 57, element (c) is to be construed under Section 112 paragraph 6. This element includes recitations of structure. | See discussion of claim 1, element (c). See also, col. 2, lines 32-36; col. 7, lines 18-37; col. 13, lines 7-19. | Includes only the circuit elements in Figure 2 that are not shown in Figure 1, e.g., Hysteretic comparator 74, logic circuits 66, 68 and 69, constant current source 72, and $V_m$ 76.<br><br>[Concerning the terms "current supplied to the load," "threshold fraction of maximum rated output current," "turning OFF both switching transistors simultaneously," "period of time," "threshold," "duration," "function," "output current," and "load" see discussion of claim 1, paragraph (c), claim 34, paragraph (c), claim 41, paragraph (c), and claim 55, paragraph (c).]<br><br>"Output current" is defined in claim 1, paragraph (c).<br><br>The "improvement" portion of claim 57 is recited as a means for performing a specified function under 35 U.S.C. § 112, ¶ 6, without the recital of structure in support thereof. As such, the claims shall be construed to cover the corresponding structure, material, or acts described in the specification and equivalents thereof. The "improvement" of claim 57 is limited to the disclosed circuitry and equivalents thereof. | See, e.g., Fig. 2 and col. 5, line 43-col. 7, line 43.<br><br>See, e.g., Fig. 2 and col. 6, line 17-col. 7, line 5. | "Falls below" is defined in connection with claim 1.<br><br>"Detecting" is defined in connection with claim 52.<br><br>"Period of time," "current supplied to the load," "threshold" and "threshold fraction of maximum rated output current" are defined in connection with claim 1.<br><br>"Duration" and "function" are defined in connection with claim 34.<br><br>"Turning OFF both switching transistors simultaneously for a period of time" is defined in connection with claim 41. |

47

A  103

# TAB 4

US005481178A

## United States Patent [19]

### Wilcox et al.

[11] **Patent Number:** 5,481,178

[45] **Date of Patent:** Jan. 2, 1996

[54] **CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULATOR CIRCUIT**

[75] Inventors: **Milton E. Wilcox**, Saratoga; **Randy G. Flatness**, Los Gatos, both of Calif.

[73] Assignee: **Linear Technology Corporation**, Milpitas, Calif.

[21] Appl. No.: **36,047**

[22] Filed: **Mar. 23, 1993**

[51] Int. Cl.[6] ..................................................... G05F 1/618
[52] U.S. Cl. ................................................. 323/287; 323/224
[58] Field of Search ...................................... 323/259, 344, 323/271, 268, 275, 285, 350, 274, 277, 287, 284, 224

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,395,675 | 7/1983 | Toumani | 323/271 |
| 4,578,630 | 3/1986 | Grosch | 323/271 |
| 4,706,177 | 11/1987 | Josephson | 363/24 |
| 5,097,196 | 6/1992 | Schoneman | |
| 5,177,676 | 1/1993 | Inam et al. | 323/285 X |
| 5,184,729 | 2/1993 | Fung et al. | 341/144 |

FOREIGN PATENT DOCUMENTS

0428377  5/1991  European Pat. Off. .

OTHER PUBLICATIONS

"LT1432 5 V High Efficiency Step–Down Switching Regulator Controller," Data Sheet published by Linear Technology Corporation in the *1992 Linear Databook Supplement*, Milpitas, Calif. , pp. 4–145 to 4–171.
"Max 782/Max 786 Notebook Computer Power Supplies," Advance Information Data Sheet published by Maxim Integrated Products, Feb. 1993, Sunnyvale, Calif., pp. 1–8.
"ML4873 Battery Power Control IC," Advance Information Data Sheet published by Micro Linear Corporation, dated Mar. 15, 1993, San Jose, Calif., pp. 1–8.

*Primary Examiner*—Peter S. Wong
*Assistant Examiner*—Shawn Riley
*Attorney, Agent, or Firm*—Fish & Neave; Mark D. Rowland; Robert W. Morris

[57] **ABSTRACT**

A circuit and method for controlling a switching voltage regulator having (1) a switch including one or more switching transistors and (2) an output adapted to supply current at a regulated voltage to a load including an output capacitor. The circuit and method generates a control signal to turn said one or more switching transistors OFF under operating conditions when the voltage at the output is capable of being maintained substantially at the regulated voltage by the charge on the output capacitor. Such a circuit and method increases the efficiency of the regulator circuit particularly at low average current levels.

**57 Claims, 10 Drawing Sheets**



LINEAR 000002



FIG. 1

PRIOR ART

A   105

LINEAR 000003



FIG. 2

LINEAR 000004



FIG. 3

LINEAR 000005



FIG. 4

LINEAR 000006



FIG. 5

LINEAR 000007



FIG. 6

LINEAR 000008



FIG. 7

A   111

LINEAR 000009



FIG. 8

LINEAR 000010



FIG. 9

LINEAR 000011



FIG. 10

5,481,178

1

## CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULATOR CIRCUIT

### BACKGROUND OF THE INVENTION

The present invention relates to a switching regulator circuit. More particularly, the present invention relates to a control circuit and method for maintaining high efficiency over broad current ranges in a switching regulator circuit.

The purpose of a voltage regulator is to provide a predetermined and constant output voltage to a load from a poorly-specified and fluctuating input voltage source. Generally, there are two different types of regulators: series regulators and switching regulators.

The series regulator employs a pass element (e.g., a power transistor) coupled in series with a load and controls the voltage drop across the pass element in order to regulate the voltage which appears at the load. In contrast, the switching regulator employs a switch (e.g., a power transistor) coupled either in series or parallel with the load. The regulator controls the turning ON and turning OFF of the switch in order to regulate the flow of power to the load. The switching regulator employs inductive energy storage elements to convert the switched current pulses into a steady load current. Thus, power in a switching regulator is transmitted across the switch in discrete current pulses, whereas in a series regulator, power is transmitted across the pass element as a steady current flow.

In order to generate a stream of current pulses, switching regulators typically include control circuitry to turn the switch on and off. The switch duty cycle, which controls the flow of power to the load, can be varied by a variety of methods. For example, the duty cycle can be varied by either (1) fixing the pulse stream frequency and varying the ON or OFF time of each pulse, or (2) fixing the ON or OFF time of each pulse and varying the pulse stream frequency.

Which ever method is used to control the duty cycle, switching regulators are generally more efficient than series regulators. In series regulators, the pass element is generally operated in its linear region where the pass element conducts current continuously. This results in the continuous dissipation of power in the pass transistor. In contrast, in switching regulators, the switch is either OFF, where no power is dissipated by the switch, or ON in a low impedance state, where a small amount of power is dissipated by the switch. This difference in operation generally results in reduced amounts of average power dissipation in switching regulators.

The above difference in efficiency can be more apparent when there is a high input-output voltage difference across the regulator. For example, it would not be unusual for a series regulator to have an efficiency of less than 25 percent when a switching regulator could perform an equivalent function with an efficiency of greater than 75 percent.

Because of their improved efficiency over series regulators, switching regulators are typically employed in battery-operated systems such as portable and laptop computers and hand-held instruments. In such systems, when the switching regulator is supplying close to the rated output current (e.g., when a disk or hard drive is ON in a portable or laptop computer), the efficiency of the overall circuit can be high. However, the efficiency is generally a function of output current and typically decreases at low output current. This reduction in efficiency is generally attributable to the losses

2

associated with operating the switching regulator. These losses include, among others, quiescent current losses in the control circuitry of the regulator, switch losses, switch driver current losses and inductor/transformer winding and core losses.

The reduction in efficiency of a switching regulator at low output current can become important in battery-operated systems where maximizing battery lifetime is desirable.

In view of the foregoing, it would be desirable to provide a high efficiency switching regulator.

It would also be desireable to provide a control circuit and method for maintaining high efficiency over broad current ranges, including low output currents, in a switching regulator circuit.

### SUMMARY OF THE INVENTION

It is therefore an object of the present invention to provide a high efficiency switching regulator.

It is also an object of the present invention to provide a control circuit and method for maintaining high efficiency over broad current ranges, including low output currents, in a switching regulator circuit.

In accordance with these and other objects of the invention, there is provided a circuit and method for controlling a switching voltage regulator having (1) a switch including one or more switching transistors and (2) an output adapted to supply current at a regulated voltage to a load including an output capacitor. The circuit and method generates a control signal to turn the one or more switching transistors OFF under operating conditions when the voltage at the output is capable of being maintained substantially at the regulated voltage by the charge on the output capacitor (e.g., during low output currents). During such periods of time, the load does not consume power from the input power source. Therefore, the regulator efficiency is increased. If desired, other components in the switching regulator, in addition to switching transistors, can also be intentionally held OFF to conserve additional power. This additional feature of the present invention can further increase the efficiency of the overall regulator circuit.

The circuit and method of the present invention can be used to control various types of switches in switching regulator circuits, including switches that use either one or more power transistors. Additionally, the circuit and method can be used to control switches in various types of switching regulator configurations, including voltage step-down, voltage step-up and polarity-inverting configurations.

Additionally, the circuit and method of the present invention can vary the OFF time of the switching transistor in response to the input and output voltages of the switching regulator. This feature of the present invention reduces the emission of audible noise from the switching regulator during low input voltage conditions. It also reduces the potential for current runaway during short circuits in the output voltage for some regulator configurations.

### BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects and advantages of the present invention will be apparent upon consideration of the following detailed description, taken in conjunction with the accompanying drawings, in which like reference characters refer to like parts throughout, and in which:

**A 115**

LINEAR 000012

5,481,178

3

FIG. 1 is a schematic block diagram of a typical prior art switching regulator circuit employing a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 2 is a schematic block diagram of a switching regulator circuit incorporating a first embodiment of the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 3 is a schematic block diagram of a switching regulator circuit incorporating a second embodiment of the high-efficiency control circuit of the present invention to drive a switch including a switching MOSFET and a switching diode in a step-down configuration;

FIG. 4 is a schematic block diagram of a switching regulator circuit incorporating a "user-activated" embodiment of the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 5 is a schematic block diagram of a switching regulator circuit incorporating the variable OFF-time control circuit of the present invention;

FIG. 6 is a detailed schematic diagram of an embodiment of the variable OFF-time control circuit of FIG. 5;

FIG. 7 is a detailed schematic block diagram of an exemplary switching regulator circuit incorporating both the variable OFF-time feature and the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 8 is a schematic block diagram of a switching regulator circuit incorporating a circuit of the present invention for preventing reversals in the polarity of the current in the output inductor of the regulator from drawing power from the load;

FIG. 9 is a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a step-up configuration; and

FIG. 10 is a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a polarity-reversing configuration.

## DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 is a schematic block diagram of a typical prior art switching regulator circuit employing a push-pull switch in a step-down configuration.

Referring to FIG. 1, circuit 10 is used to provide a regulated DC output voltage $V_{OUT}$ at terminal 12 (e.g., 5 volts) for driving load 14 which, for example, may be a portable or laptop computer or other battery-operated system. Circuit 10 operates from an unregulated supply voltage $V_{IN}$ coupled to terminal 14 (e.g., a 12 volt battery). Circuit 10 includes push-pull switch 15, driver circuit 20, output circuit 30 and control circuit 35.

Driver circuit 20 is used to drive push-pull switch 15 which includes two synchronously-switched power MOS-FETS 16 (p-channel) and 17 (n-channel) stacked in series between supply rail $V_{IN}$ and ground. Push-pull switch 15 in conjunction with driver circuit 20 is typically referred to as a "half-bridge" configuration. MOSFETS 16 and 17 are used to alternately supply current to output circuit 30 which

4

includes inductor 32 (L1) and output capacitor 34 ($C_{OUT}$). Output circuit 30 smooths the alternating supply of current so that load 12 is provided a regulated voltage $V_{OUT}$. In order to supply the alternating current, MOSFETS 16 and 17 are respectively driven by P-channel driver 26 and N-channel driver 27, which in turn are both controlled by control circuit 35.

Control circuit 35 includes one-shot circuit 25 which provides an OFF pulse of constant duration (e.g., 2 to 10 microseconds) during which time MOSFET 16 is held OFF and MOSFET 17 is held ON by drivers 26 and 27, respectively. Otherwise, one-shot circuit 25 provides an ON pulse during which time MOSFET 16 is held ON and MOSFET 17 is held OFF. Therefore, one-shot circuit 25 alternately turns MOSFETS 16 and 17 ON and OFF to provide an alternating supply of current to (output circuit 30. The duty cycle of the one-shot circuit 35 is in turn controlled by current amplifier 39.

Control circuit 35 monitors the output voltage $V_{OUT}$ through resistor-divider network $R_1/R_2$ (36A/36B) to provide a feedback voltage $V_{FB}$ proportional to the output voltage $V_{OUT}$. Control circuit 35 also monitors the current $I_L$ through inductor L1 to provide a feedback current $I_{FB}$ proportional to inductor current $I_L$. Circuit 10 operates by controlling inductor current $I_L$ so that the feedback voltage $V_{FB}$ is regulated to be substantially equal to a reference voltage $V_{REF}$ provided by reference circuit 37. With feedback voltage $V_{FB}$ being regulated, the output voltage $V_{OUT}$ is in turn regulated to a higher voltage by the ratio of ($R_1+R_2$) to $R_2$.

Transconductance amplifier 38 is used to compare the feedback voltage $V_{FB}$ to a reference voltage $V_{REF}$. Circuit 10 regulates the output voltage $V_{OUT}$ as follows. During each cycle when switch 15 is "ON", P-MOSFET 16 is turned ON and the current $I_L$ in inductor L1 ramps up at a rate dependent on $V_{IN}-V_{OUT}$. When $I_L$ ramps up to a threshold level set by output 38A of transconductance amplifier 38, current comparator 39 trips and triggers the one-shot OFF pulse, initiating the "OFF" cycle of switch 15. During the "OFF" cycle, one-shot circuit 25 holds P-MOSFET 16 OFF and turns N-MOSFET 17 ON. This in turn causes the current $I_L$ in inductor L1 to ramp down at a rate dependent on $V_{OUT}$. Thus, the duty cycle of the periodic turning OFF of switch 15 is controlled so the current $I_L$ produces a regulated output voltage $V_{OUT}$ at terminal 12.

As the output load current increases, the voltage drop across $R_2$ resistor 36B will decrease. This translates into a small error voltage at input 38B of transconductance amplifier 38 that will cause output 38A to increase, thus setting a higher threshold for current comparator 39. Consequently, current $I_L$ in inductor L1 is increased to the level required to support the load current.

Since the OFF time ($t_{OFF}$) of one-shot circuit 25 is constant, switching regulator circuit 10 has a constant ripple current in inductor L1 (for constant output voltage $V_{OUT}$), but has a frequency which varies with $V_{IN}$. The ripple oscillation frequency is given by the equation:

$$f_{RIP} = (1/t_{OFF}) [1 - (V_{OUT}/V_{IN})]$$

One disadvantage of circuit 10 in FIG. 1 is that the ripple oscillation frequency $f_{RIP}$ may decrease to an audible level with low input voltages $V_{IN}$. This could occur, for example, when a battery powering the switching regulator circuit is nearly discharged. Inductor L1 may then generate and emit noise that can be objectionable to a user of the device employing the regulator circuit.

**A 116**

LINEAR 000013

5,481,178

**5**

An additional disadvantage of prior art circuit 10 is that the inductor current $I_L$ is not well controlled when the output voltage $V_{OUT}$ is shorted to ground. The basic relationship between inductor current and voltage is given by the equation di/dt=V/L. This means that the rate at which current $I_L$ in inductor L1 decays during the OFF-time depends on the voltage across inductor L1, which is the sum of $V_{OUT}$ and the drain to source voltage, $V_{DS}$, of N-MOSFET 17. During a short, $V_{OUT}$ approaches zero while $V_{DS}$ is also very low, resulting in very little decay of current $I_L$ in inductor L1 during $t_{OFF}$. However, following each OFF cycle, P-MOSFET 16 is turned back ON until current comparator 39 again trips one-shot constant OFF time control circuit 25. Even for the minimum time that P-MOSFET 16 is ON, the current $I_L$ in inductor L1 may increase by more than it can decrease during $t_{OFF}$. This may result in a runaway condition in which the short circuit current may reach destructive levels.

A further disadvantage of prior art circuit 10 results from the constant ripple current in inductor L1. During $t_{OFF}$, current $I_L$ in inductor L1 always ramps down by the same amount regardless of the output current of the regulator. At low output currents this can cause the current in inductor L1 to reverse polarity and, thus, pull power from the load. During the following ON cycle, this current again ramps positive such that the average inductor current equals the load current. Losses associated with this constant ripple current, along with switching losses due to the charging and discharging of switch 15's MOSFET gates, can produce large reductions in efficiency at low output currents. This will be especially the case if the current in inductor L1 reverses and power is pulled from the load to ground through N-MOSFET 17.

A still further disadvantage of prior art circuit 10 concerns the gate drives to P-MOSFET 16 and N-MOSFET 17. Delays are generally incorporated into drivers 26 and 27 to ensure that one power MOSFET turns OFF before the other turns ON. If there is insufficient deadtime between the conduction of the two MOSFETs (due to, for example, device, circuit processing, or temperature variations), current will be passed directly from input supply $V_{IN}$ to ground. This "shoot-through" effect can dramatically reduce efficiency, and in some circumstances, can overheat and destroy the power MOSFETs.

FIG. 2 is a schematic block diagram of a switching regulator circuit incorporating a first embodiment of the high-efficiency control circuit of the present invention for driving a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator circuit 50 includes push-pull switch 15, driver circuit 20 and output circuit 30 similar to those of FIG. 1. Circuit 50 also includes an embodiment 70 of the high-efficiency control circuit of the present invention.

Control circuit 70 includes one-shot circuit 25, current comparator 39 and amplifier 38 similar to those of FIG. 1. However, in addition to those components, control circuit 70 also includes constant current source $I_1$ 72 and hysteretic comparator 74 for providing high efficiency operation at low average current levels.

As will be discussed in greater detail below, constant current source $I_1$ 72 and comparator 74 allow push-pull switch 15 to go into a state of operation where both MOSFETS 16 and 17 are simultaneously OFF under conditions where the output voltage $V_{OUT}$ can be maintained substantially at the regulated voltage $V_{REG}$ by output capacitor $C_{OUT}$. This state of operation is referred to herein as a "sleep mode." The ability of push-pull switch 15 to go into such a sleep mode is in contrast to the regulator circuit of

**6**

FIG. 1 where one of the two MOSFETs 16 and 17 is substantially ON at all times. This feature of the present invention reduces the regulator circuit power consumption since push-pull switch 15 does not dissipate power or allow power to be pulled from load $R_L$ to ground in sleep mode.

Furthermore, if desired, while push-pull switch 15 is in the above-described sleep mode, the regulator circuit can turn OFF other circuit components which are not needed while the regulator is in sleep mode. For example, for the embodiment of the present invention shown in FIG. 2, one-shot circuit 25, current comparator 39, current source $I_1$ 72 and amplifier 38 can also be turned OFF in sleep mode. This feature of the present invention allows the regulator circuit to operate at even higher efficiencies than otherwise possible if only push-pull switch 15 were maintained in a sleep mode.

At high load current levels (e.g., greater than 20 percent of the maximum rated output current) control circuit 70 operates similar to control circuit 35 of FIG. 1. In FIG. 2, output feedback $I_{FB}$ is again provided to the non-inverting input of current comparator 39. Offset $V_{OS}$ 76, which preferably is built into amplifier 38, level-shifts feedback voltage $V_{FB}$ slightly below reference voltage $V_{REF}$, thus keeping the output of hysteretic comparator 74 high during high current conditions. When the feedback current $I_{FB}$ exceeds the current supplied to the inverting input of current comparator 39, the output of comparator 39 goes HIGH so as to initiate the switch "OFF" cycle.

During the "OFF" cycle, output 25A of one-shot circuit 25 is HIGH, which turns P-MOSFET 16 OFF and N-MOSFET 17 ON. After a constant time set by one-shot circuit 25, output 25A goes LOW, thus initiating the next "ON" cycle where P-MOSFET 16 ON and N-MOSFET 17 OFF.

In accordance with the present invention, regulator circuit 50 goes into sleep mode at low output current levels as follows. Hysteretic comparator 74 monitors the feedback voltage $V_{FB}$ and goes LOW when $V_{FB}$ exceeds a predetermined voltage value in excess of the reference voltage $V_{REF}$. Such a condition is indicative of the output voltage $V_{OUT}$ exceeding a predetermined voltage value in excess of the regulated voltage $V_{REG}$. This over voltage condition is intentionally induced at low average output currents by providing a constant current source $I_1$ 72 coupled in parallel with amplifier 38. During the over voltage condition both MOSFETS 16 and 17 are maintained OFF by way of AND gate 66 and NAND gate 68.

Constant current source $I_1$ sets a minimum feedback current threshold for current comparator 39. This sets a minimum current required in inductor L1 during each ON cycle to trip comparator 39. In accordance with the present invention, current comparator 39 is intentionally forced to remain ON at current levels that would otherwise cause it to trip. Thus, more current is supplied to inductor L1 than is necessary to maintain the output voltage $V_{OUT}$ at the regulated voltage $V_{REG}$. As a result, $V_{OUT}$ will begin to increase beyond the regulated voltage $V_{REG}$, causing the feedback voltage $V_{FB}$ to trip hysteretic comparator 74 at a predetermined voltage value in excess of $V_{REF}$. When comparator 74 trips, its output goes LOW to turn both MOSFET 16 and 17 OFF to put the regulator circuit into sleep mode.

In the above-described state of operation (i.e., "sleep mode") where MOSFETs 16 and 17 are both simultaneously OFF, the output load 14 is supported substantially by output capacitor $C_{OUT}$. Hysteretic comparator 74 monitors the feedback voltage $V_{FB}$ and when $V_{OUT}$ falls such that $V_{FB}$ has decreased by the amount of the hysteresis in comparator 74, driver circuit 20 is taken out of sleep mode (where

**A 117**

LINEAR 000014

5,481,178

7

MOSFETS 16 and 17 are both driven OFF) so that a new ON cycle is initiated to supply current to load 14. If the load current remains low, $C_{OUT}$ will recharge to a voltage level in excess of $V_{REG}$ and the feedback voltage $V_{FB}$ will again trip comparator 74 after only a few cycles.

Thus, during light loads, control circuit 70 is adapted to turn both MOSFET 16 and MOSFET 17 OFF when they are not needed to maintain the output voltage substantially at the regulated voltage level if the output capacitor $C_{OUT}$ is capable of doing so. When the output voltage falls below the regulated voltage level in such a mode, control circuit 70 is adapted to briefly turn switch 15 ON to recharge the output capacitor $C_{OUT}$ back to a voltage level in excess of the regulated voltage. Therefore, $V_{OUT}$ will oscillate between upper and lower thresholds separated by the comparator 74 hysteresis voltage multiplied by the ratio of $(R_1+R_2)$ to $R_2$. The rate at which the regulator "wakes up" to recharge output capacitor $C_{OUT}$ will automatically adapt to the load current, maintaining high efficiencies even at low output currents.

In accordance with the present invention, control circuit 70 maintains MOSFETS 16 and 17 OFF over periods of time when the output current is low enough to allow the output capacitor $C_{OUT}$ to maintain the output voltage substantially at the regulated voltage. Typically, such periods of OFF time, wherein both MOSFETS 16 and 17 are maintained OFF even though the switching regulator is providing a regulated voltage, can extend from less than 100 microseconds to over a few seconds (respectively corresponding to a few switch cycles to over one-hundred-thousand switch cycles for a switching frequency of 100 kilohertz). Such OFF times typically allow high efficiency to be obtained (e.g., over 90%) over an output current range in excess of 100:1. Because other components in addition the switching transistors can also be maintained OFF during such periods, even higher efficiencies can typically be obtained.

Control circuit 70 of switching regulator 50 shown in FIG. 2 is used to drive a synchronously-switched switch including MOSFETs 16 and 17. As used herein, the term "synchronously-switched switch" refers to a switch including two switching transistors that are driven out of phase to supply current at a regulated voltage to a load. FIG. 3 shows a second embodiment of the high-efficiency control circuit of the present invention adapted to drive a switch including a a switching transistor and a switching diode in a step-down configuration.

As shown in FIG. 3, switching regulator circuit 100 includes switch 115 including P-MOSFET 116 and diode 118. Switch 115 is driven by driver 120 including P-driver 126. The turning-ON and turning-OFF of switch 115 is controlled by control circuit 125. Because control circuit 125 is used to only drive one MOSFET (in contrast to control circuit 70 of FIG. 2), it only has one output terminal 125A (taken from the output of NAND gate 68).

Control circuit 125 includes comparator 39, amplifier 38, hysteretic comparator 74 and one-shot circuit 25, similar to those shown in control circuit 70 of FIG. 2. As discussed above with respect to FIG. 2, at low average output current levels, constant current source $I_1$ 72 is used to intentionally overdrive the current supplied to inductor L1 so as to cause the output voltage $V_{OUT}$ to increase beyond the regulated voltage level $V_{REG}$ where the output can be supported substantially by output capacitor $C_{OUT}$ for extended periods of time. During these extended time periods, P-MOSFET 116 is maintained OFF in a sleep mode so as to increase circuit efficiency.

8

As discussed above, control circuits 70 and 125 of FIGS. 2 and 3, respectively, provide high-efficiency operation at low average output current levels. Such operation adapts automatically to the output current level. For example, at high output current levels during a first state of operation the switch continually alternates between an ON state and an OFF state to maintain the output voltage $V_{OUT}$ at the regulated voltage level $V_{REG}$. At low output current levels during a second state of operation, where circuit efficiency would otherwise be low, the output voltage $V_{OUT}$ is able to be maintained substantially at the regulated voltage level $V_{REG}$ by output capacitor $C_{OUT}$ without continuously turning the switch ON and OFF. Thus, the control circuit automatically identifies such a condition and allows the regulator circuit to go into a "sleep" mode where a minimal number of circuit components are required to be ON.

In accordance with another feature of the present invention, a regulator circuit can also incorporate a "user activated" embodiment of the control circuit of the present invention where a user input controls whether the regulator circuit is in a "sleep" mode or not. FIG. 4 is a schematic block diagram of a switching regulator circuit incorporating such a "user-activated" embodiment of the high-efficiency control circuit of the present invention for driving a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator circuit 150 in FIG. 4 includes push-pull switch 15, driver 20, output circuit 30 similar to those in circuit 50 of FIG. 2. Control circuit 170 of regulator circuit 150 includes one-shot circuit 25, current comparator 39 and amplifier 38 also similar to those in circuit 50 of FIG. 2. In contrast to FIG. 2, switch 175 (including switches 176 and 178) is used to manually switch regulator circuit 150 into a sleep mode through user input 175A, which may be a control signal from some other type of control circuit (not shown). Upon the closing of switch 175, switches 176 and 178 both close.

Switch 176 is used to turn N-driver 27 OFF in sleep mode by grounding input 66A of AND gate 66 (which normally is held HIGH by resistor 67 coupled to a positive supply). Switch 178 is used to introduce positive feedback, and therefore hysteresis, into amplifier 38 so as to allow control circuit 170 to maintain the output voltage $V_{OUT}$ substantially at the regulated voltage level $V_{REG}$ in sleep mode. (Resistor $R_{HYS}$, coupled between reference circuit 37 and the non-inverting input of transconductance amplifier 38, is used to assist in feeding back the output of amplifier 38 into the non-inverting input of amplifier 38.)

Switch 178 allows amplifier 38 to overdrive the supply of current to inductor L1 (through P-MOSFET 16) so as to intentionally drive the output voltage $V_{OUT}$ to a predetermined level in excess of the regulated voltage level $V_{REG}$. After being driven to such voltage level, the hysteresis in amplifier 38 maintains P-driver 26 OFF until the feedback voltage $V_{FB}$ falls by at least the hysteresis voltage. At that point, output 39A of current amplifier 39 goes HIGH to trigger one-shot circuit 25 so that P-MOSFET 16 is turned ON to re-charge the output capacitor $C_{OUT}$ to the predetermined voltage level in excess of the regulated voltage level $V_{REG}$.

As discussed above, control circuit 170 periodically wakes up during sleep mode to turn P-MOSFET 16 ON to recharge the output capacitor $C_{OUT}$. It will be apparent to those of ordinary skill in art that although N-MOSFET 15 is maintained OFF during such wake-up periods, this does not have to be the case. For example, while control circuit 170 is recharging output capacitor $C_{OUT}$, such recharging could

**A 118**

LINEAR 000015

5,481,178

9

10

be accomplished by alternately turning the switching transistors OFF so as to vary the duty cycle and thereby recharge the output capacitor $C_{OUT}$.

Thus, regulator circuit 150 operates to increase efficiency at low current levels as in regulator circuit 50 of FIG. 2 if a user manually activates a switch. However, in contrast to regulator circuit 50 of FIG. 2, regulator circuit 150 does not automatically adapt to the output current levels. For example, circuit 150 does not take itself out of sleep mode as the average output current increases—it relies upon user deactivation.

As discussed above, the embodiments of the control circuits of the present invention shown in FIGS. 2–4 include one-shot circuit 25. In accordance with another feature of the present invention, the one-shot circuit could be replaced with other types of circuits that control the duty cycle of the power switch. For example, one-shot circuit 25 could be replaced with a pulse-width modulator circuit that provides a pulse-width modulated signal in response to a control signal. Of course, other types of circuits could be used as well.

In accordance with another feature of the present invention, one-shot circuit 25, which provides a constant OFF-time signal, could be replaced with a one-shot circuit that provides a variable OFF-time control signal dependent upon the output voltage ($V_{OUT}$) and the input voltage ($V_{IN}$). This feature of the present invention can be used to reduce the generation and emission of audible noise from inductor L1 at low input voltages. As discussed above, such noise is associated with oscillation in the inductor current. Furthermore, this feature of the present invention can also be used to control the short circuit current if the output is short circuited.

FIG. 5 is a schematic block diagram of an exemplary switching regulator circuit incorporating the variable OFF-time control circuit of the present invention.

Switching regulator circuit 200 includes push-pull switch 15, driver circuit 20, current feedback circuit 210, voltage feedback circuit 220, feedback control circuit 230 and variable OFF-time control circuit 240. Feedback control circuit 230 monitors the output current and output voltage through inputs 232 and 234, respectively, and provides a trigger signal at terminal 236 to initiate the OFF cycle of switch 15. Variable OFF-time circuit 240 is used to control the OFF time as follows.

Circuit 240 includes one-shot generator 245 which is triggered by feedback control circuit 230 through terminal 236. One-shot generator 245 includes an additional terminal 245A coupled to control capacitor ($C_{CON}$) 246 whose voltage is monitored by generator 245. In accordance with the present invention, OFF-time control circuit 250 controls the discharging of capacitor $C_{CON}$, and thus the capacitor voltage, so as to in turn control the OFF time of generator 245. OFF-time control circuit 250 monitors the input and output voltages ($V_{IN}$ and $V_{OUT}$) and, depending upon their values, adjusts the OFF time accordingly.

In accordance with the present invention, if the input voltage $V_{IN}$, decreases so that the inductor L1 oscillation frequency $f_{RIP}$ discussed above falls into an audible range, the OFF time is decreased so that $f_{RIP}$ will accordingly increase out of an audible range. Also, if the output voltage $V_{OUT}$ decreases due to a short circuit so that the voltage across inductor L1 is too low to allow adequate decay in inductor current during the OFF cycle, the OFF time is increased so as to avoid a current runaway condition.

In the present embodiment the discharging of control capacitor $C_{CON}$ is regulated by controlling the magnitude of control current $I_{CON}$. For example, at low input voltages $I_{CON}$ is increased by OFF-time control circuit 250 so that the voltage on control capacitor $C_{CON}$ rapidly falls. When the control capacitor voltage falls below a predetermined value, the ON cycle of switch 15 is initiated. Additionally, at low output voltages $I_{CON}$ is decreased by OFF-time control circuit 250 so that the voltage on control capacitor $C_{CON}$ slowly decays to lengthen the OFF time.

Although switching regulator circuit 200 shown in FIG. 5 relies upon a particular circuit for discharging a capacitor to control the OFF time, it is apparent that other circuits for performing this same function in response to the input and output voltages can also be used. For example, if desired, an operational amplifier could be used to control the OFF-time.

Thus, a one-shot circuit has been discussed which provides a variable OFF-time control signal that adapts to the input and output voltage levels. This feature of the present invention is used to reduce the generation and emission of audible noise from the regulator circuit at low input voltage levels (i.e., reduce $t_{OFF}$ at low input voltages) and to limit the short circuit current if the output is short circuited (i.e., increase $t_{OFF}$ at low output voltages).

FIG. 6 is a detailed schematic diagram of an exemplary embodiment of the variable OFF-time control circuit of FIG. 5.

OFF-time control circuit 250 accepts as inputs $V_{IN}$ and $V_{OUT}$ at terminals 252 and 254, respectively, and provides an output $I_{CON}$ at terminal 256. As discussed above, $I_{CON}$ provides for the controlled discharging of a control capacitor $C_{CON}$ coupled to terminal 256. Control circuit 250 controls the magnitude of $I_{CON}$, and therefore controls the time it takes control capacitor $C_{CON}$ to discharge. Control circuit 250 includes current source 260 (for providing current $I_{CN2}$), current source 270 (for providing current $I_{CN1}$), current compensation circuit 280 and current mirror output circuit 295. Control circuit 250 works as follows.

Current mirror output circuit 295 is a current mirror circuit including transistor 296 and transistor 298 (having its gate 298A connected to its drain 298B). Circuit 295 accepts a controlled reference current $I_{CREF}$ at input 295A and provides a proportional output current $I_{CON}$ related to the aspect ratios of transistor 296 and 298 (as in conventional current mirror circuits). In accordance with the present invention, $I_{CREF}$ will be equal to either $I_{CN1}$ or ($I_{CN1}+I_{CN2}$) depending upon voltages $V_{IN}$ and $V_{OUT}$ on input terminals 252 and 254, respectively.

When $V_{IN}-V_{OUT}$ is greater than 1.5volts, transistor 262 conducts sufficient current (from transistor 264 and current supply $I_s$) to hold transistor 266 OFF. With transistor 266 OFF, current $I_{CN2}$ will be zero and current $I_{CREF}$ will therefore be equal to current $C_{CN1}$ provided at output terminal 270A of current source 270.

Current $I_{Cn1}$ is supplied by a current mirror circuit composed of transistor 272 and transistor 274 (having its gate 274A connected to its drain 274B). In accordance with the present invention, the reference current $I_{CN1REF}$ flowing from transistor 274 will be equal to either $I_{CN1A}$ or ($I_{CN1A}+I_{CN1B}$), depending upon whether transmission gate 282 is open or closed, respectively.

Transmission gate 282 is controlled by comparator 284 and will be OPEN when $V_{OUT}$ is less than $V_{TH3}$. Under OPEN conditions, $I_{CN1REF}$ will be equal to $I_{CN1A}$ which goes to the collector of transistor 276. This current is derived by dividing $V_{OUT}$ by the output divider (composed of resistors 271 and 273) to produce voltage $V_{FB1}$ (at the base of

A 119

LINEAR 000016

5,481,178

11

transistor 279). Voltage $V_{FB1}$ is then level shifted up by the base-emitter voltage of transistor 279 and then down by the base-emitter voltage of transistor 276 where it appears across emitter resistor 278. The resulting transistor 276 collector current is then proportional to the output voltage $V_{OUT}$, causing control capacitor $C_{CON}$ to be discharged at a rate which is proportional to the discharge rate of the current in inductor L1.

Thus, when the output voltage $V_{OUT}$ is low, such as during a fault or start-up condition, $t_{OFF}$ will be lengthened to allow the additional time required for the current to ramp down in inductor L1.

When the output voltage $V_{OUT}$ is greater than $V_{TH3}$, the output of comparator 284 closes transmission gate 282 to couple an additional compensation current $I_{CN1B}$ is to the drain of transistor 274 to provide current compensation through current compensation circuit 280. Compensation current $I_{CN1B}$ is equal to current $I_{TRIM}$ minus the drain current of transistor 286. Transistors 286 and 288 serve to mirror the collector current in transistor 290 (which is derived in a similar manner to the collector current in transistor 276 discussed above, except that voltage $V_{REF}$ is used instead of voltage $V_{FB1}$).

Compensation current $I_{CN1B}$ has two purposes: 1) to serve as a trimming current to set a desired control current $I_{CON}$ when the output voltage $V_{OUT}$ is substantially at its regulated level, and 2) to maintain a substantially constant control current $I_{CON}$ over a wide range of operating temperatures. During typical circuit manufacturing, variations in the resistance of resistor 278 would normally cause control current $I_{CON}$ to be larger or smaller than desired. By trimming $I_{TRIM}$ while in production, compensation current $I_{CN1B}$ can be adjusted to add or subtract from the collector current ($I_{CN1A}$) of transistor 276 as required to provide a predetermined control current $I_{CON}$. Additionally, if resistors 278 and 292 are matched (i.e., designed and fabricated similarly), then control current $I_{CON}$ variations due to the temperature variation of the resistance of resistor 278 will be substantially cancelled by a corresponding change in the resistance of resistor 292.

If the output voltage $V_{OUT}$ is less than voltage $V_{TH3}$, the output of comparator 284 opens transmission gate 282 and thus inhibits current compensation. This ensures that control current $I_{CON}$ will approach zero as the output voltage $V_{OUT}$ approaches zero, thus guaranteeing control of the inductor current $I_L$ during an output short circuit.

When $V_{IN}$ falls to the point that $V_{IN}-V_{OUT}$ is less than 1.5 volts, the current in transistor 262 no longer holds transistor 266 OFF. As $V_{IN}$ decreases further, transistor 266 adds additional current ($I_{CN2}$) into current mirror output circuit 295, thereby increasing control current $I_{CON}$ and, thus, reducing $t_{OFF}$. This in turn stabilizes the operating frequency as $V_{IN}$ decreases, reducing potential audibility problems. Current source $I_7$ determines the maximum current that transistor 266 adds to control current $I_{CON}$.

Thus, when $V_{IN}$ falls so that $V_{IN}-V_{OUT}$ is less than 1.5 volts (e.g., when a battery is nearly discharged), $t_{OFF}$ will be reduced to increase the oscillation frequency of the regulator circuit so that the generation and emission of audible noise is reduced.

Although variable OFF-time control circuit 250 was discussed above with respect to a regulator circuit which includes push-pull switch 15 and driver 20, it will be apparent that the variable OFF-time feature of the present invention could be used in other regulators as well. For example, this feature could also be used in the regulator circuits of FIGS. 3 and 4 and other circuits that employ one-shot generators to provide a regulated voltage.

12

FIG. 7 is a detailed schematic block diagram of an exemplary switching regulator circuit incorporating both the variable OFF-time feature and the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator 300 includes push-pull switch 15, driver 20, output circuit 30 and control circuit 350. Control circuit 350 includes one-shot generator 245, variable OFF-time control circuit 250 for controlling the OFF cycle time and comparator 74 for providing high-efficiency operation at low average output current levels. Switching regulator 300 works as follows.

When the load current exceeds, for example, approximately 20 percent of the maximum output current, the loop operates in a continuous mode when comparator 74 does not override output 245A of one-shot generator 245. With $V_{IN}-V_{OUT}$ greater than 1.5 V, operation is substantially similar to that described for FIG. 1. The inductor current is sensed by means of the voltage drop across resistor $R_{SENSE}$, and the threshold for the current comparator 39 is set by the voltage drop across resistor $R_3$. Built-in offset $V_{OS}$ (e.g., about 10 mv) levelshifts feedback voltage $V_{FB}$ slightly below reference voltage $V_{REF}$, thus keeping the output of comparator 74 HIGH in this mode. When the voltage across resistor $R_{SENSE}$ exceeds the threshold across resistor $R_3$, the output of comparator 39 goes HIGH and the RBAR input of RS flip-flop 310 goes LOW, resetting RS flip-flop 310, and thus, initiating the switch OFF cycle.

During the OFF cycle, switch signal $V_{SWB}$ is HIGH, which turns P-MOSFET 16 OFF, N-MOSFET 17 ON and allows $I_{CON}$ to discharge control capacitor $C_{CON}$. The OFF time, $t_{OFF}$, is in turn determined by the time it takes control capacitor $C_{CON}$ to discharge from its initial voltage to $V_{TH1}$, coupled to the non-inverting input of comparator 312. When control capacitor $C_{CON}$ discharges to voltage $V_{TH1}$, the output of comparator 312 goes LOW, thus setting RS flip-flop 310 and initiating the next ON cycle. Voltage $V_{TH1}$ is higher than voltage $V_{TH2}$, thus causing the output of comparator 315 to remain LOW in the continuous mode.

In accordance with present embodiment, the OFF time is controlled by variable OFF-time control circuit 250 described above with respect to FIGS. 5 and 6. Accordingly, circuit 250 includes inputs 252 and 254 coupled to $V_{IN}$ and $V_{OUT}$, respectively, to monitor those voltages.

current source $I_1$ sets a minimum voltage threshold across resistor $R_3$ for current comparator 39. This sets a minimum current required in inductor L1 during each ON cycle to trip comparator 39. If the resulting average inductor current flowing to the output is greater than the load current, then output voltage $V_{OUT}$ will begin to increase, causing feedback voltage $V_{FB}$ to trip the hysteretic comparator 74. Of course, the inductance of inductor L1 and OFF time $t_{OFF}$ are preferably chosen so that the inductor ripple current is not below zero when such tripping occurs. When comparator 74 trips, its output goes LOW and overrides the Q output of RS flip-flop 310, immediately switching switch signal $V_{SWB}$ high. As discussed above, this automatically initiates the beginning of the "sleep" mode of operation.

In sleep mode, capacitor $C_{CON}$ discharges as before, but does not initiate a new switch ON cycle when comparator 312 trips. As discussed above, this is because until feedback voltage $V_{FB}$ has fallen by the amount of hysteresis in comparator 74, the LOW at output 74A forces switch signal $V_{SWB}$ to remain HIGH through NAND gate 316. Accordingly, control capacitor $C_{CON}$ continues to discharge below voltage $V_{TH2}$, causing output 315A of comparator 315 to go

A   120

5,481,178

13

HIGH. This in turn causes the N-MOSFET 17 as well as the P-MOSFET 16 to be turned OFF. In addition, unused circuit components such as amplifier 38 and comparators 39 and 312 are also turned OFF when the regulator circuit is in sleep mode. As discussed above, this decreases bias currents substantially during sleep mode, further increasing efficiency at low output current levels.

During the extended off times in sleep mode, much of the regulator and both MOSFETS 16 and 17 are turned off, and the output load is supported substantially by output capacitor $C_{OUT}$. However, when the output voltage $V_{OUT}$ falls such that the feedback voltage $V_{FB}$ has decreased by the amount of hysteresis in comparator 74, all circuit components are again turned on and a new ON cycle is initiated to supply current to the output. If the load current remains low, output capacitor $C_{OUT}$ will recharge, and the feedback voltage $V_{FB}$ will again trip comparator 74 after only a few switch cycles. Thus, during light load conditions, the output voltage $V_{OUT}$ will oscillate between upper and lower thresholds values, as discussed above.

Whenever P-MOSFET 16 is ON, its gate-to-source voltage also appears across MOSFET 334, turning MOSFET 334 ON. This pulls the drain of MOSFET 334 HIGH, and inhibits N-drive 27. Following a LOW-to-HIGH $V_{SWB}$ transition, the voltage on the gate of P-MOSFET 16 must rise to a level where MOSFET 334 is conducting less than current source 335 before the drain voltage of MOSFET 334 falls and allows the N-MOSFET 17 to be turned ON. Current $I_{M1}$ is purposely made small so that the gate of MOSFET 334 must rise to within 2 volts of the input voltage $V_{IN}$ before the drive is enabled, ensuring that the P-MOSFET is completely OFF when N-MOSFET 17 turns ON. In a similar manner, MOSFET 332 and current source $I_{M2}$ 333 ensure that the N-MOSFET 17 is completely OFF when the P-MOSFET 16 turns ON. This prevents simultaneous conduction regardless of the driver speeds or MOSFET sizes, ensuring maximum possible efficiency. This feature of the present embodiment is discussed in more detail in commonly-assigned U.S. patent application Ser. No. 07/893,523, filed Jun. 4, 1992, now U.S. Pat. No. 5,365,118, which is hereby incorporated by reference in its entirety. If desired, the control circuit of the present invention can also include circuitry for accommodating transient switch signals as described in copending commonly-assigned U.S. patent application Ser. No. 08/035, 423, filed concurrently herewith , now U.S. Pat. No. 5,408, 150, which is also hereby incorporated by reference in its entirety.

Schottky diode D2 coupled across N-MOSFET 17 shown in FIG. 7 only conducts during the deadtime between the conduction of MOSFETS 16 and 17. Diode D2's purpose is to prevent the body diode of N-MOSFET 17 from turning on and storing charge during the deadtime, which could reduce efficiency (e.g., by approximately 1 percent) in some cases. Diode D2 preferably is selected with a forward voltage of less than about 0.5 volts when conducting the maximum output current.

In accordance with the present invention, the control circuit shown in FIG.7, when incorporated into a 5-volt synchronous step-down switching regulator, is capable of achieving over 90 percent efficiency (for an input voltage of approximately 10 volts) while the output current varies over two orders of magnitude (e.g., 20 mA to 2 A). Under some operating conditions (e.g., for an input voltage of 6 volts) efficiencies of over 95 percent can be maintained over such current levels. Such a control circuit is particularly useful in notebook and palm-top computers, portable instruments, battery-operated digital devices, cellular telephones, DC power distributions systems and GPS systems.

14

As discussed above with respect to FIG. 1, a disadvantage of prior art control circuit 10 is that at low output currents the current in inductor L1 may reverse polarity if during $t_{OFF}$ the current ramps down too much. This may result in power being pulled from the load to ground, through N-MOSFET 17, with an associated reduction in circuit efficiency. In accordance with a still further feature of the present invention, the control circuit can include a circuit for turning OFF the N-MOSFET to prevent such power from being pulled from the load if the inductor current reverses polarity.

FIG. 8 is a schematic block diagram of an exemplary switching regulator circuit incorporating a circuit of the present invention for preventing reversals in the polarity of the current in the output inductor of the regulator from drawing power from the load.

Switching regulator 400 includes push-pull switch 15, driver circuit 20 and output circuit 30 similar to those of FIG. 1. Circuit 400 also includes an embodiment 470 of the high-efficiency control circuit of the present invention for preventing reversals in the polarity of output inductor L1 current from drawing power from the load.

Control circuit 470 includes one-shot circuit 25, current comparator 39 and transconductance amplifier 38 similar to those of FIG. 1. In addition to these components, control circuit 470 also includes comparator 471 and gate 472 for preventing reversals in inductor current polarity from drawing power from the load at low average current levels. Control circuit 470 works as follows.

When output 25a of one-shot circuit goes HIGH to turn P-MOSFET 16 OFF and N-MOSFET 17 ON, the inductor current $I_L$ begins to ramp down. During low average output currents, this current may ramp down towards zero and, eventually, may go negative. Control circuit 470 works by monitoring the inductor current $I_L$ through current feedback signal $I_{FB2}$, and turns N-MOSFET 17 OFF before such current reversals can occur. This prevents N-MOSFET 17 from drawing power from the load to ground.

Comparator 471 includes an input 471a adapted to monitor inductor current $I_L$ by way of current feedback signal $I_{FB2}$. When current feedback signal $I_{FB2}$ falls below current $I_4$ applied to input 471b of comparator 471, comparator output 471c goes LOW and, therefore, turns N-MOSFET 17 OFF by way of NAND gate 472. The turning OFF of N-MOSFET 17 prevents current reversals in inductor current $I_L$ from drawing power from load 14 to ground through N-MOSFET 17.

After N-MOSFET 17 is turned OFF, it will again be allowed to turn ON as soon as feedback current $I_{FB2}$ exceeds current $I_4$ to cause comparator output 471c to go HIGH. Generally, comparator output 471c will again go HIGH after one-shot circuit 25 turns P-MOSFET 16 ON, which, in turn, causes the inductor current $I_L$ to again ramp up. Such ramping up will allow current feedback signal $I_{FB2}$ to exceed $I_4$ and, therefore, cause comparator output 471c to go HIGH. While comparator 471c is HIGH, one-shot circuit 25 solely controls the turning ON of N-MOSFET 17.

Thus, control circuit 470 includes circuitry for intentionally holding N-MOSFET 17 OFF during periods when current reversals would otherwise allow power to be drawn from the load. This feature of the present invention can increase circuit efficiency at low average output current levels when current reversals are most like to occur.

It will be apparent to those of ordinary skill in the art that although comparator 471 monitors the inductor current $I_L$ through feedback current $I_{FB2}$, other means of detecting current reversals in the inductor current $I_L$ could be used as well. For example, comparator 471 could monitor current feedback signal $I_{FB1}$ just as well so that only one type of

A  121

5,481,178

15

current feedback signal is employed in control circuit 470. Additionally, many others means of generating a feedback signal indicative of current reversal in inductor current $I_L$ could be used as well (see, e. g., resistor $R_{SENSE}$ in FIG. 7).

The high-efficiency control circuit of the present invention was discussed above with respect to FIGS. 1–8 wherein the switching regulator was configured in a voltage step-down configuration. It will be apparent that the control circuit of the present invention could be used in other configurations as well. For example, FIG. 9 shows a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a voltage step-up configuration.

Switching regulator 500 includes synchronously-switched switch 15' wherein the drains of P-channel MOSFET 16 and N-channel MOSFET 17 are coupled together and to one side of inductor L1. The other side of inductor L1 is coupled to input $V_{IN}$. Control circuit 70 drives driver circuit 20' including inverting P-driver 26' and inverting N-driver 27', which in turn drive P-channel MOSFET 16 and N-channel MOSFET 17, respectively.

Thus, as shown in FIG. 9, the control circuit of the present invention can be used in switching configurations wherein an input voltage $V_{IN}$ is stepped up to a regulated output voltage $V_{OUT}$. As is the case with the step-down configurations shown in FIGS. 2–8, the control circuit of FIG. 9 can be used in other types of step-up configurations as well. For example, one-shot circuit 25 shown in FIG. 9 can include an additional input for monitoring the input voltage $V_{IN}$ to reduce the generation and emission of audible noise from inductor L1 at low input voltages as discussed above with respect to FIGS. 5 and 6. Also, switching regulator 500 can include circuitry to hold P-MOSFET 16 OFF during periods when the polarity of inductor current $I_L$ would otherwise reverse, as discussed above with respect to FIG. 8.

FIG. 10 shows a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a voltage polarity-inversing configuration.

Switching regulator 600 includes switch 15'' wherein the drain of P-channel MOSFET 16 is coupled to one side of inductor L1 and to $V_{OUT}$ through diode D601. The other side of inductor L1 is coupled to ground. The source of P-channel MOSFET 16 is coupled to the positive input voltage $V_{IN}$. Control circuit 70' drives driver circuit 20'' including P-driver 26 which, in turn, drives P-channel MOSFET 16.

Control circuit 70' operates substantially similar to control circuit 70 discussed above except for the following. Voltage feedback to control circuit 70' is provided by resistors R1 and R2 and amplifier 602. Amplifier 602 inverts the negative polarity voltage at $V_{OUT}$ to provide a positive polarity feedback voltage to control circuit 70'.

Thus, as shown in FIG. 10, the control circuit of the present invention can be used in switching configurations wherein an input voltage $V_{IN}$ is inverted to a regulated output voltage of opposite polarity $V_{OUT}$. As is the case with the step-down configurations shown in FIGS. 2–8, the control circuit of FIG. 10 can be used in other types of polarity-inversing configurations as well. For example, one-shot circuit 25 shown in FIG. 10 can include an additional input for monitoring the input voltage $V_{IN}$ to reduce the generation and emission of audible noise from inductor L1 at low input voltages. Furthermore, one-shot circuit 25 can include an input for monitoring the output voltage $V_{OUT}$ to control the short circuit current if the output is short circuited as discussed above with respect to FIGS. 5 and 6. Also, if regulator 600 was synchronously switched and included an

16

N-MOSFET instead of D601, the regulator could include circuitry to hold such an N-MOSFET OFF during periods when the polarity of inductor current $I_L$ would otherwise reverse, as discussed above with respect to FIG. 8.

It will be apparent to those of ordinary skill in the art that although the present invention has been discussed above with reference to a hysteretic voltage comparator for generating the sleep mode control signal to cause the switching regulator to go into and awake from the sleep mode, other means for performing the same function are also possible. For example, if desired, the sleep mode control signal could be generated in response to a monitored output current. Furthermore, the switching regulator could be taken out of the sleep mode a predetermined time period after going into such a mode, instead after the output voltage falls below a predetermined threshold voltage, as illustrated above.

It will also be apparent that although the present invention has been discussed above with reference to FIGS. 1–10, wherein the power switches were either a pair of complementary MOSFETS (i.e., one p-channel and one n-channel) or a single p-channel MOSFET (FIG. 3), the present invention is applicable to other types of switches as well. For example, the power switch could include a pair of N-channel MOSFETS, a pair of P-channel MOSFETS, or bipolar junction transistors.

Thus, a control circuit and method for maintaining high efficiency over broad current ranges in a switching regulator circuit has been provided.

One skilled in the art will thus appreciate that the present invention can be practiced by other than the described embodiments, which are presented for purposes of illustration and not of limitation, and the present invention is limited only by the claims which follow.

What is claimed is:

1. A circuit for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output capacitor coupled thereto for supplying current at a regulated voltage to a load, the control circuit comprising:

a first circuit for monitoring a signal from the output terminal to generate a first feedback signal;

a second circuit for generating a first control signal during a first state of circuit operation, the first control signal being responsive to the first feedback signal to vary the duty cycle of the switching transistors to maintain the output terminal at the regulated voltage; and

a third circuit for generating a second control signal during a second state of circuit operation to cause both switching transistors to be simultaneously OFF for a period of time if a sensed condition of the regulator indicates that the current supplied to the load falls below a threshold fraction of maximum rated output current for the regulator, whereby operating efficiency of the regulator at low output current levels is improved.

2. The circuit of claim 1 wherein the second control signal is generated in response to the first feedback signal.

3. The circuit of claim 2 wherein the circuit changes from the second to the first state of operation in response to the magnitude of the first feedback signal falling below a first threshold level.

4. The circuit of claim 3 wherein the circuit changes from the first to the second state of operation in response to the magnitude of the first feedback signal exceeding a second threshold level greater than the first threshold level.

**A  122**

LINEAR 000019

5,481,178

<table>
<tr><td>17</td><td>18</td></tr>
</table>

**5.** The circuit of claim 4, wherein the first feedback signal is a voltage feedback signal and the third circuit includes a voltage comparator having hysteresis.

**6.** The circuit of claim 5, wherein the current consumed by the switching voltage regulator is reduced during the second state of operation.

**7.** The circuit of claim 1, wherein the second circuit includes:

a one-shot circuit for generating first and second levels of the first control signal during a switch cycle, wherein the first level causes the switch circuit to couple the input voltage to a node of the output circuit, and the second level causes the switch circuit to couple the node of the output circuit to ground.

**8.** The circuit of claim 7, wherein the second level is generated for a predetermined time period.

**9.** The circuit of claim 8, wherein the second circuit includes a fourth circuit for monitoring the current supplied to the output terminal to generate a current feedback signal.

**10.** The circuit of claim 9, wherein the switch is adapted to be coupled to an inductor and the fourth circuit monitors the inductor current to generate the current feedback signal.

**11.** The circuit of claim 10, wherein the fourth circuit compares the current feedback signal to a reference current value and triggers the one-shot circuit when the current feedback signal exceeds the reference current value.

**12.** The circuit of claim 11, wherein the fourth circuit includes a current comparator for triggering the one-shot circuit, the current comparator having a first input coupled to receive the current feedback signal and a second input coupled to a current source for providing the reference current value.

**13.** The circuit of claim 12, wherein the current source includes:

a transconductance amplifier supplying a current substantially proportional to the difference in voltage between the first feedback signal and a constant voltage; and

a constant current source coupled in parallel with the transconductance amplifier.

**14.** The circuit of claim 7, wherein second level is generated for a time period dependent upon the input voltage.

**15.** The circuit of claim 14, wherein the switch is coupled to an inductor, and wherein the second level is generated for a time period that is decreased in response to a decrease in the input voltage, whereby the oscillation frequency of the ripple current through said inductor is increased from an audible frequency to one that does not generate substantial user noise.

**16.** The circuit of claim 7, wherein the second level is generated for a time period that is dependent upon the voltage at the load.

**17.** The circuit of claim 16, wherein the switch is coupled to an inductor, and wherein the second level is generated for a time period that is increased in response to a decrease in the voltage at the load, whereby the total decrease in current through said inductor during the time period the second level is generated remains substantially constant.

**18.** The circuit of claim 7, wherein the one-shot circuit is maintained substantially OFF during the second state of operation, whereby the efficiency of the switching regulator circuit is increased as the circuit changes from the first to the second state of operation.

**19.** The circuit of claim 12, wherein the current comparator is maintained substantially OFF during the second state of operation, whereby the efficiency of the switching regu-

lator circuit is increased as the circuit changes from the first to the second state of operation.

**20.** The circuit of claim 1, wherein the third circuit includes a user-activated switch and wherein the second control signal is generated in response to activation of the user switch.

**21.** The circuit of claim 20, wherein:

the second circuit includes a transconductance amplifier supplying a current substantially proportional to the difference in voltage between the feedback signal and a constant voltage during the first state of operation; and

wherein activation of the user switch introduces hysteresis into the transconductance amplifier.

**22.** The circuit of claim 20, wherein the second circuit includes:

a one-shot circuit for generating first and second levels of the first control signal during a switch cycle, wherein the first level causes the switch circuit to couple the input voltage to a node of the output circuit, and the second level causes the switch circuit to couple the node of the output circuit to ground.

**23.** The circuit of claim 22, wherein the second level is generated for a predetermined time period.

**24.** The circuit of claim 23, wherein the second circuit includes a fourth circuit for monitoring the current supplied to the output terminal to generate a current feedback signal.

**25.** The circuit of claim 24, wherein the fourth circuit compares the current feedback signal to a reference current value and triggers the one-shot circuit when the current feedback signal exceeds the reference current value.

**26.** The circuit of claim 22, wherein the second level is generated for a time period that is dependent upon the input voltage.

**27.** The circuit of claim 26, wherein the switch is coupled to an inductor, and wherein the second period of time is decreased in response to a decrease in the input voltage, whereby the oscillation frequency of the ripple current through said inductor is increased from an audible frequency to one that does not generate substantial user noise.

**28.** The circuit of claim 22, wherein the second level is generated for a time period that is dependent upon the voltage at the load.

**29.** The circuit of claim 28, wherein the switch is coupled to an inductor, and wherein the second level is generated for a time period that is increased in response to a decrease in the voltage at the load, whereby the total decrease in current through said inductor during the time period the second level is generated remains substantially constant.

**30.** The circuit of claim 22, wherein the one-shot circuit is maintained substantially OFF during the second state of operation, whereby the efficiency of the switching regulator circuit is increased as the circuit changes from the first to the second state of operation.

**31.** The circuit of claim 1, wherein the circuit is adapted for controlling a switching voltage regulator circuit having first and second switching transistors coupled in series between an input voltage and ground, wherein the first and second switching transistors are commonly coupled to the output circuit, and wherein the input voltage is higher than the voltage at the load, whereby the switching voltage regulator is a step-down voltage regulator.

**32.** The circuit of claim 1, wherein the circuit is adapted for controlling a switching voltage regulator circuit wherein the input voltage is lower than the voltage at the load, whereby the switching voltage regulator is a step-up voltage regulator.

**A  123**

LINEAR 000020

5,481,178

**19**

**33.** The circuit of claim **1**, wherein the circuit is adapted for controlling a switching voltage regulator circuit wherein the input voltage has an opposite polarity than the voltage at the load, whereby the switching voltage regulator is a polarity-inverting voltage regulator.

**34.** A circuit for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output capacitor coupled thereto for supplying current at a regulated voltage to a load, the control circuit comprising:

a first means for generating a voltage feedback signal indicative of the voltage at the output;

a second means for generating a first control signal during a first state of circuit operation, the first control signal being responsive to the voltage feedback signal to vary the duty cycle of the switching transistors to maintain the output terminal at the regulated voltage; and

a third means for generating a second control signal during a second state of circuit operation to cause both switching transistors to be simultaneously OFF for a period of time if a sensed condition of the regulator indicates that the current supplied to the load falls below a threshold fraction of maximum rated output current for the regulator, the period of time having a duration which is a function of the current supplied to the load by the regulator.

**35.** The circuit of claim **34**, wherein the third means includes a voltage comparator having hysteresis.

**36.** The circuit of claim **34**, wherein the second means includes:

a one-shot circuit for generating first and second levels of the first control signal during a switch cycle, wherein the first level causes the switch circuit to couple the input voltage to a node of the output circuit, and the second level causes the switch circuit to couple the node of the output circuit to ground.

**37.** The circuit of claim **36**, wherein the second means includes a fourth means for monitoring the current supplied to the output terminal to generate a current feedback signal.

**38.** The circuit of claim **37**, wherein the fourth means compares the current feedback signal to a reference current value and triggers the one-shot circuit when the current feedback signal exceeds the reference current value.

**39.** The circuit of claim **38**, wherein the fourth means includes a current comparator for triggering the one-shot circuit, the current comparator having a first input coupled to receive the current feedback signal and a second input coupled to a current source for providing the reference current value.

**40.** The circuit of claim **39**, wherein the current source includes:

a transconductance amplifier supplying a current substantially proportional to the difference in voltage between the feedback signal and a constant voltage; and

a constant current source coupled in parallel with the transconductance amplifier.

**41.** A method for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output capacitor coupled thereto for supplying current at a regulated voltage to a load, the method comprising the steps of:

(a) monitoring a signal from the output terminal to generate a first feedback signal;

**20**

(b) varying the duty cycle of the switching transistors in response to the first feedback signal to maintain the output terminal at the regulated voltage during a first state of circuit operation;

(c) turning both switching transistors simultaneously OFF for a period of time during a second state of circuit operation following the first state of circuit operation, so as to allow the output capacitor to maintain the output substantially at the regulated voltage by discharging during the second state of circuit operation, the period of time beginning when the current supplied to the load falls below a threshold fraction of maximum rated output current for the regulator, and having a duration which is a function of the current supplied to the load by the regulator; and

(d) turning at least one of said switching transistors ON to recharge the output capacitor following the second state of circuit operation.

**42.** The method of claim **41**, wherein the switching voltage regulator includes a one-shot circuit for varying the duty cycle of the switching transistors and wherein step (c) includes the step of maintaining the one-shot circuit substantially OFF during the second state of operation.

**43.** The method of claim **2**, wherein the switching voltage regulator includes a current comparator for triggering the one-shot circuit and wherein step (c) includes the step of maintaining the current comparator substantially OFF during the second state of operation.

**44.** A circuit for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output inductor coupled thereto for supplying current at a regulated voltage to a load, the circuit comprising:

a first circuit for monitoring a signal from the output terminal to generate a first feedback signal;

a second circuit for generating a first control signal during a first state of circuit operation, the first control signal being responsive to the first feedback signal to vary the duty cycle of the switching transistors to maintain the output terminal at the regulated voltage; and

a third circuit for monitoring the current to the output terminal to generate a second control signal during a second state of circuit operation when the monitored current compares in a predetermined manner to a threshold indicative of a polarity reversal condition in the output inductor, said second state causing one of said switching transistors to be maintained OFF, such that the switch circuit is prevented from coupling the output circuit to ground.

**45.** The circuit of claim **44** wherein the third circuit monitors the current through the inductor to generate the second control signal when the magnitude of the inductor current falls below the current threshold.

**46.** The circuit of claim **44** wherein the third circuit prevents reversals in polarity of the current through the inductor.

**47.** The circuit of claim **46**, wherein the first feedback signal is a voltage feedback signal and the third circuit includes a current comparator for comparing the monitored current to the current threshold.

**48.** The circuit of claim **47**, wherein the current consumed by the switching voltage regulator is reduced during the second state of operation.

**49.** The circuit of claim **44**, wherein the second circuit includes:

LINEAR 000021

5,481,178

| 21 | 22 |

a one-shot circuit for generating first and second levels of the first control signal during a switch cycle, wherein the first level causes the switch circuit to couple the input voltage to a node of the output circuit, and the second level causes the switch circuit to couple the node of the output circuit to ground.

50. The circuit of claim 49, wherein the second level is generated for a predetermined time period.

51. A method for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output inductor coupled thereto for supplying current at a regulated voltage to a load, the method comprising the steps of:

(a) monitoring a signal from the output terminal to generate a first feedback signal;

(b) varying the duty cycle of the switching transistors in response to the first feedback signal to maintain the output terminal at the regulated voltage during a first state of circuit operation, wherein the current to the load has a polarity; and

(c) maintaining one of said switching transistors OFF for a period of time following the first state of circuit operation to de-couple the output circuit from ground during the period of time so as to prevent the current to the load from reversing polarity.

52. The method of claim 51 wherein step (c) includes step (d) of monitoring the current to the output terminal and detecting when the current falls below a current threshold.

53. The method of claim 52 wherein step (d) includes monitoring the current through the inductor.

54. The circuit of claim 53, wherein the current consumed by the switching voltage regulator is reduced during the second state of operation.

55. A circuit for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output capacitor coupled thereto for supplying current at a regulated voltage to a load, the control circuit comprising:

drive circuitry for the pair of synchronously switched switching transistor;

feedback circuitry, coupled to the drive circuitry to control the duty cycle of the pair of synchronously switched switching transistors, the feedback circuitry forming a feedback path in the regulator between the output circuit and the drive circuitry by which feedback information indicative of the current supplied to the load by the regulator conditions the duty cycle of the pair of synchronously switched switching transistors; and

logic circuitry, coupled to the feedback circuitry and the drive circuitry, which prevents the drive circuitry from turning on either of the pair of synchronously switched switching transistors if the feedback information indicates that the current supplied to the load by the regulator falls below selected sleep mode current level, wherein the synchronously switched switching transistors are prevented from being turned on for a period of time that is a function of the current supplied to the load by the regulator.

56. The circuit of claim 55 wherein:

the output circuit includes an inductor coupled to the pair of synchronously switched switching transistors and the output terminal;

the feedback information includes a first feedback signal derived by sensing current conducted between the inductor and the output terminal and a second feedback signal derived by sensing voltage at the output terminal; and

the feedback circuitry includes a comparator circuit that compares the first feedback signal to an error signal generated from the second feedback signal to control switching between the pair of synchronously switched switching transistors, and a threshold circuit that sets a minimum inductor current value at which the drive circuitry switches between transistors.

57. An improved circuit for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output capacitor coupled thereto for supplying current at a regulated voltage to a load, and wherein the control circuit varies the duty cycle of the switching transistors to maintain the output terminal at the regulated voltage, the improvement comprising:

circuitry incorporated in the control circuit for detecting a condition in the output circuit indicative of the current supplied to the load falling below a threshold fraction of maximum rated output current for the regulator and for turning off both switching transistors simultaneously for a period of time if the supplied current falls below the threshold, the period of time having a duration which is a function of the current supplied to the load by the regulator.

* * * * *

**A  125**

LINEAR 000022

# TAB 5



UNITED STATES DEPARTMENT OF COMMERCE
**Patent and Trademark Office**
Address : COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/036,047 | 03/23/93 | WILCOX | M    LT-26 |

VOELTZ, E        EXAMINER

E1M1/0210

DAVID C. RADULESCU
FISH & NEAVE
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

ART UNIT        PAPER NUMBER

2102        3

DATE MAILED:    02/10/94

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☐ This application has been examined    ☐ Responsive to communication filed on _____    ☐ This action is made final.

A shortened statutory period for response to this action is set to expire _____ month(s), **30** days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☐ Notice of References Cited by Examiner, PTO-892.    2. ☐ Notice re Patent Drawing, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449.    4. ☐ Notice of Informal Patent Application, Form PTO-152.
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.    6. ☐ _____

**Part II    SUMMARY OF ACTION**

1. ☒ Claims _____ **1-96** _____ are pending in the application.

   Of the above, claims _____ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☐ Claims _____ are rejected.

5. ☐ Claims _____ are objected to.

6. ☒ Claims _____ **1-96** _____ are subject to restriction or election requirement.

7. ☒ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings
   are ☐ acceptable. ☐ not acceptable (see explanation or Notice re Patent Drawing, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____ has (have) been ☐ approved by the
    examiner. ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed on _____, has been ☐ approved. ☐ disapproved (see explanation).

12. ☐ Acknowledgment is made of the claim for priority under U.S.C. 119. The certified copy has ☐ been received ☐ not been received
    ☐ been filed in parent application, serial no. _____ ; filed on _____.

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in
    accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

# A   126

EXAMINER'S ACTION

PTOL-326 (Rev. 9-89)

Serial Number: 08/036,047                                                          -2-

Art Unit: 2102


**Part III   DETAILED ACTION**


*Election/Restriction*

This application contains claims directed to the following patentably distinct species of

the claimed invention:

> Figure 2 : Synchronous Regulator - Claims 1-33, 66-72, 80-82 and 86-96;

> Figure 3 : Asynchronous Regulator - Claims 34-55, 73-79 and 83-85;

> Figure 5 : Alternate Control Synchronous Regulator - Claims 36-65.

Applicant is required under 35 U.S.C. § 121 to elect a single disclosed species for

prosecution on the merits to which the claims shall be restricted if no generic claim is finally

held to be allowable.  Currently, there are no claims generic.

Applicant is advised that a response to this requirement must include an identification
of the species that is elected consonant with this requirement, and a listing of all claims
readable thereon, including any claims subsequently added.  An argument that a claim is
allowable or that all claims are generic is considered nonresponsive unless accompanied by
an election.

Upon the allowance of a generic claim, applicant will be entitled to consideration of
claims to additional species which are written in dependent form or otherwise include all the
limitations of an allowed generic claim as provided by 37 C.F.R. § 1.141.  If claims are
added after the election, applicant must indicate which are readable upon the elected species.
M.P.E.P. § 809.02(a).

Should applicant traverse on the ground that the species are not patentably distinct,
applicant should submit evidence or identify such evidence now of record showing the
species to be obvious variants or clearly admit on the record that this is the case.  In either
instance, if the examiner finds one of the inventions unpatentable over the prior art, the
evidence or admission may be used in a rejection under 35 U.S.C. § 103 of the other
invention.

# A   127

LINEAR 000105

Serial Number: 08/036,047                                                -3-

Art Unit: 2102

Applicant is advised that the response to this requirement to be complete must include an election of the invention to be examined even though the requirement be traversed.

Applicant is reminded that upon the cancellation of claims to a non-elected invention, the inventorship must be amended in compliance with 37 C.F.R. § 1.48(b) if one or more of the currently named inventors is no longer an inventor of at least one claim remaining in the application. Any amendment of inventorship must be accompanied by a diligently-filed petition under 37 C.F.R. § 1.48(b) and by the fee required under 37 C.F.R. § 1.17(h).

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Emanuel Todd Voeltz whose telephone number is (703) 308-2823.

etv

February 9, 1994

EMANUEL T. VOELTZ
PRIMARY EXAMINER
GROUP 2100

A  128

84

LINEAR 000106

PTO FORM 948
(REV. 7-92)

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

ATTACHMENT TO PAPER NUMBER

APPLICATION NUMBER 036047

GROUP

# NOTICE OF DRAFTSPERSON'S PATENT DRAWING REVIEW

THE PTO DRAFTSMEN REVIEW ALL ORIGINALLY FILED DRAWINGS REGARDLESS
OF WHETHER THEY WERE DESIGNATED AS INFORMAL OR FORMAL. ADDITIONALLY, THE PATENT
EXAMINER WILL ALSO REVIEW THE DRAWINGS FOR COMPLIANCE WITH THE REGULATIONS.

The drawings filed  3/23/93 .

A. ☐ are approved by the draftsperson.

B. ☑ are objected to by the draftsperson under 37 CFR 1.84 for the reason(s) checked below.  The examiner will require
submission of new, corrected drawings at the appropriate time. Corrected drawings must be submitted according to the
instructions listed on the back of this Notice.

1. Paper and ink. 37 CFR 1.84(a)

   ☐ Sheet(s)_____Poor.

2. Size of Sheet and Margins.  37 CFR 1.84(b)

   Acceptable Paper Sizes and Margins

   | Margin | 8 1/2 by 14 inches | 8 1/2 by 13 inches | DIN size A4 21 by 29.7 cm. |
   |--------|--------|--------|--------|
   | Top | 2 inches | 1 inch | 2.5 cm. |
   | Left | 1/4 inch | 1/4 inch | 2.5 cm. |
   | Right | 1/4 inch | 1/4 inch | 1.5 cm. |
   | Bottom | 1/4 inch | 1/4 inch | 1.0 cm. |

   ☐ Proper Size Paper Required.
   All Sheets Must be Same Size.
   Sheet(s) _____

   ☑ Proper Margins Required.
   Sheet(s) Fig 1-5,7-10

   ☑ TOP     ☐ RIGHT
   ☑ LEFT    ☐ BOTTOM

3. Character of Lines. 37 CFR 1.84(c)

   ☑ Lines Pale or Rough and Blurred.
   Fig(s) 1-10_____

   ☐ Solid Black Shading Not Allowed.
   Fig(s)_____

4. ☐ Photographs Not Approved.

   _____

5. Hatching and Shading. 37 CFR 1.84(d)

   ☐ Shade Lines are Required.
   Fig(s) _____

   ☐ Criss-Cross Hatching Not Allowed.
   Fig(s) _____

   ☐ Double Line Hatching Not Allowed.
   Fig(s) _____

   ☐ Parts in Section Must be Hatched.
   Fig(s) _____

6. Reference Characters. 37 CFR 1.84(f)

   ☑ Reference Characters Poor or Incorrectly Sized.
   Fig(s) 1-10 .

   ☐ Reference Characters Placed Incorrectly.
   Fig(s) _____

7. Views. 37 CFR 1.84(i) & (j)

   ☐ Figures Must be Numbered Properly.

   ☐ Figures Must Not be Connected.
   Fig(s) _____

8. ☐ Identification of Drawings. 37 CFR 1.84(1)
   Extraneous Matter or Copy Machine
   Marks Not Allowed. Fig(s) _____

9. ☐ Changes Not Completed from Prior
   PTO-948 dated _____

☐ Comments;

Telephone inquires concerning this review should be directed to the Chief Draftsperson at telephone number (703) 305-8404.

_____
Reviewing Draftsperson

A  129

_____
5/4/93
Date

Note: Any objection to the drawings made by the examiner will be communicated separately in an office action.

PTO Copy

85

LINEAR 000107

PATENTS

REV. 4/93
Modified PTO 1082
For Other Than A Small Entity

Attorney Docket No. <u>LT-26</u>

Applicant(s)      :    Milton E. Wilcox and Randy G. Flatness

Serial No.        :    08/036,047

Filed             :    March 23, 1993

For               :    CONTROL CIRCUIT AND METHOD FOR MAINTAINING
                       HIGH EFFICIENCY OVER BROAD CURRENT RANGES
                       IN A SWITCHING REGULATOR CIRCUIT

Group Art Unit :       2102

Examiner          :    E. Todd Voeltz

Hon. Commissioner of Patents
  and Trademarks                       MAR 0 3 1994
Washington, D.C. 20231

<div align="center">TRANSMITTAL LETTER</div>

Sir:

        Transmitted herewith:  [ ] a Preliminary Amendment;
[X]  a Response to Examiner's Action; [ ] a Supplemental
Amendment; [ ] a substitute Specification; [ ] a Declaration;
[ ] a Supplemental Declaration; [ ] a Power of Attorney; [ ] an
Associate Power of Attorney; [ ] formal drawings; to be filed in
the above-identified patent application.

<u>FEE FOR ADDITIONAL CLAIMS</u>

[X]  A fee for additional claims is not required.

[ ]  A fee for additional claims is required.  The additional
     fee has been calculated as shown below:

| | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDITIONAL FEES |
|---|---|---|---|---|---|
| TOTAL CLAIMS | – | * = | | X $22 = | $ |
| INDEPENDENT CLAIMS | – | ** = | | X $74 = | $ |
| FIRST PRESENTATION OF A MULTIPLE DEPENDENT CLAIM | | | | + $230 = | $ |
| * If less than 20, insert 20. | | | | TOTAL | <u>$</u> |
| ** If less than 3, insert 3. | | | | | |

# A  130

LINEAR 000108

[ ]   A check in the amount of $_____ in payment of the filing fee is transmitted herewith.

[X]   The Commissioner is hereby authorized to charge payment of any additional filing fees required under 37 C.F.R. § 1.16, in connection with the paper(s) transmitted herewith, or credit any overpayment of same, to deposit Account No. 06-1075. A duplicate copy of this transmittal letter is transmitted herewith.

[ ]   Please charge $_____ to Deposit Account No. 06-1075 in payment of the filing fee. A duplicate copy of this transmittal letter is transmitted herewith.

EXTENSION FEE

[ ]   The following extension is applicable to the Response filed herewith; [ ] $110.00 extension fee for response within first month pursuant to 37 C.F.R. § 1.17(a); [ ] $360.00 extension fee for response within second month pursuant to 37 C.F.R. § 1.17(b); [ ] $840.00 extension fee for response within third month pursuant to 37 C.F.R. § 1.17(c); [ ] $1,320.00 extension fee for response within fourth month pursuant to 37 C.F.R. § 1.17(d).

[ ]   A check in the amount of [ ] $110.00; [ ] $360,00; [ ] $840.00; [ ] $1,320.00; in payment of the extension fee is transmitted herewith.

[X]   The Commissioner is hereby authorized to charge payment of any additional fees required under 37 C.F.R. § 1.17 in connection with the paper(s) transmitted herewith, or to credit any overpayment of same, to Deposit Account No. 06-1075. A duplicate copy of this transmittal letter is transmitted herewith.

[ ]   Please charge the [ ] $110.00; [ ] $360.00; [ ] $840.00; [ ] $1,320.00; extension fee to Deposit Account No. 06-1075. A duplicate copy of this transmittal letter is transmitted herewith.

Robert W. Morris
Registration No. 36,613
Agent(s) for Applicant(s)

c/o   FISH & NEAVE
       1251 Avenue of the Americas
       New York, New York 10020
       Tel.: (212) 596-9000

# A   131

LINEAR 000109

# TAB 6



#=4
Wilcox
3/1/94

PATENTS
LT-26

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

PATENT APPLICATION

Applicants      :   Milton E. Wilcox and Randy G. Flatness

Serial No.      :   08/036,047

Filed           :   March 23, 1993

For             :   CONTROL CIRCUIT AND METHOD FOR MAINTAINING
                    HIGH EFFICIENCY OVER BROAD CURRENT RANGES
                    IN A SWITCHING REGULATOR CIRCUIT

Group Art Unit  :   2102

Examiner        :   E. Todd Voeltz

                              New York, New York 10020
                              February 18, 1994

Hon. Commissioner of Patents
   and Trademarks
Washington, D.C.  20231                    MAR 0 3 1994

                   RESPONSE TO EXAMINER'S ACTION

Sir:

        In an action mailed February 10, 1994, the Examiner

required that this application be restricted to the invention

of claims 1-33, 66-72, 80-82 and 86-96, or to the invention of

claims 34-55, 73-79 and 83-85, or to the invention of

claims 36-65.  In response to this restriction requirement,

applicants hereby affirm the February 18, 1994 telephonic

election of the invention of claims 1-33, 66-72, 80-82

and 86-96 to be examined.  Such election is made without

traverse, but is made expressly without waiver of applicants'

right to pursue Invention II (claims 34-55, 73-79 and 83-85)

and Invention III (claims 36-65) in divisional applications.

                        Respectfully submitted,

                        _____
                        Robert W. Morris
                        Registration No. 36,613
                        Agent for Applicants
                        c/o FISH & NEAVE
                           1251 Avenue of the Americas
                           New York, New York 10020
                           Tel.: (212) 596-9000

A  132

LINEAR 000110

Attorney Docket No. <u>LT/26</u>

Applicant(s)  : MILTON E. WILCOX ET AL.

Title         : CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH
                EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING

Filed Date    : REGULATOR CIRCUIT
              : MARCH 23, 1993

Serial No.    : 08/036,047

MAR 0 3 1994

"EXPRESS MAIL"  mailing label number <u>IB718802755US</u>

Date of Deposit <u>FEBRUARY 18, 1994</u>

    I hereby certify that this paper/fee is being deposited with the United States Postal Service "EXPRESS MAIL POST OFFICE TO ADDRESSEE" service under 37 C.F.R. 1.10 on the date indicated above and is addressed to the Hon. Commissioner of Patents and Trademarks, Washington, D.C. 20231.

<u>ANTONIO MELENDEZ</u>

RESPONSE TO RESTRICTION REQUIREMENT

# A 133

LINEAR 000111

# TAB 7

PATENTS
LT-26

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

PATENT APPLICATION

Applicants        :   Milton E. Wilcox and Randy G. Flatness

Serial No.        :   08/036,047

Filed             :   March 23, 1993

For               :   CONTROL CIRCUIT AND METHOD FOR
                      MAINTAINING HIGH EFFICIENCY OVER BROAD
                      CURRENT RANGES IN A SWITCHING
                      REGULATOR CIRCUIT

Group Art Unit    :   2102

Examiner          :   E. Todd Voeltz

July 15, 1994

Hon. Commissioner of Patents
    and Trademarks
Washington, D.C.  20231

PETITION FOR EXTENSION OF TIME
AND RESPONSE TO EXAMINER'S ACTION

Sir:

Petition Under 37 C.F.R. § 1.136(a)
For Extension of Time

        Pursuant to 37 C.F.R. § 1.136(a), applicants hereby

petition for a one-month extension of the shortened statutory

period set for response to the Examiner's Action dated April 7,

1994, to make the date for response August 7, 1994.  A check in

the amount of $110.00, in payment of the fee set forth in 37

C.F.R. § 1.17(b), is enclosed herewith.

RESPONSE TO EXAMINER'S ACTION

        Responsive to the April 7, 1994 Examiner's Action,

please amend the above-identified patent application as

follows:

In the Specification

        Page 4, line 24: Change "addition switching" to

--addition to switching--.

090 BA 07/28/94 08036047              1 115      110.00 CK

# A  134

98                                    LINEAR 000120

In the Claims

Please amend claims 1, 7-9, 14-17, 22-26, 28, 29, 31, 66, 68, 69, 71, 80, 86, 91-94 as follows:

1.    (Amended) A circuit for controlling a switching voltage regulator, the regulator having (1) a switch <u>circuit</u> coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output <u>circuit including an output terminal and an output capacitor coupled thereto</u> for supplying current at a regulated voltage to a load [which includes an output capacitor], the <u>control</u> circuit comprising:

a first circuit for monitoring <u>a signal from</u> the output <u>terminal</u> to generate a first feedback signal;

a second circuit for generating a first control signal during a first state of circuit operation, the first control signal being responsive to the first feedback signal to vary the duty cycle of the switching transistors to maintain the output <u>terminal</u> at the regulated voltage; and

a third circuit for generating a second control signal during a second state of circuit operation to cause both switching transistors to be simultaneously OFF for a [first] period of time [during which the output capacitor maintains the output substantially at the regulated voltage] <u>if a sensed condition of the regulator indicates that the current supplied to the load compares in a predetermined manner to a current threshold</u>.

7.    (Amended)  The circuit of claim [2] <u>1</u>, wherein the second circuit includes:

a one-shot circuit for generating <u>first and second levels of</u> the first control signal [, the first control signal being generated over a second period of time] during a

2

**A  135**

LINEAR 000121

switch cycle, <u>wherein the first level causes the switch circuit</u> <u>to couple the input voltage to a node of the output circuit,</u> <u>and the second level causes the switch circuit to couple the</u> <u>node of the output circuit to ground</u>.

8.   (Amended)   The circuit of claim 7, wherein the second <u>level</u> [period of time] is <u>generated for</u> a predetermined time period.

*A2 Cond.*

9.   (Amended)   The circuit of claim 8, wherein the second circuit includes a fourth circuit for monitoring the current supplied to the <u>output terminal</u> [load] to generate a current feedback signal.

14.   (Amended)   The circuit of claim 7, wherein second <u>level</u> [period of time] is <u>generated for a time period</u> dependent upon the input voltage.

*A3*

15.   (Amended)   The circuit of claim 14, wherein the switch is coupled to an inductor, and wherein the second <u>level</u> [period of time] is <u>generated for a time period that</u> is decreased in response to a decrease in the input voltage, whereby the oscillation frequency of the ripple current through said inductor is increased from an audible frequency to one that does not generate substantial user noise.

16.   (Amended)   The circuit of claim 7, wherein the second <u>level</u> [period of time] is <u>generated for a time period</u> <u>that</u> is dependent upon the voltage at the load.

17.   (Amended)   The circuit of claim 16, wherein the switch is coupled to an inductor, and wherein the <u>second level</u>

3

*49*

**A  136**

LINEAR 000122

[period of time] is <u>generated for a time period that</u> is increased in response to a decrease in the voltage at the load, whereby the total decrease in current through said inductor [is increased while the first control signal is generated] <u>during the time period the second level is generated remains substantially constant</u>.

*A 3 Cond*

---

22.   (Amended)   The circuit of claim 20, wherein the second circuit includes:

*A4*

    a one-shot circuit for generating <u>first and second levels of</u> the first control signal [, the first control signal being generated over a second period of time] during a switch cycle, <u>wherein the first level causes the switch circuit to couple the input voltage to a node of the output circuit, and the second level causes the switch circuit to couple the node of the output circuit to ground</u>.

23.   (Amended)   The circuit of claim 22, wherein the second <u>level</u> [period of time] is <u>generated for</u> a predetermined time period.

24.   (Amended)   The circuit of claim 23, wherein the second circuit includes a fourth circuit for monitoring the current supplied to the <u>output terminal</u> [load] to generate a current feedback signal.

---

*A5*

26.   (Amended)   The circuit of claim 22, wherein the second <u>level</u> [period of time] is <u>generated for a time period that</u> is dependent upon the input voltage.

4

**A   137**

LINEAR 000123

28.    (Amended)   The circuit of claim 22, wherein the second _level_ [period of time] is _generated for a time period that_ is dependent upon the voltage at the load.



29.    (Amended)   The circuit of claim 28, wherein the switch is coupled to an inductor, and wherein the second _level_ [period of time] is _generated for a time period that_ is increased in response to a decrease in the voltage at the load, whereby the total decrease in current through said inductor [is increased while the first control signal is generated] _during the time period the second level is generated remains substantially constant_.



31.    (Amended)   The circuit of claim 1, wherein the circuit is adapted for controlling a switching voltage regulator circuit having first and second switching transistors coupled in series between an input voltage and ground, wherein the first and second switching transistors are commonly coupled _to_ [at] the output _circuit_ [terminal], and wherein the input voltage is higher than the voltage at the load, whereby the switching voltage regulator is a step-down voltage regulator.

66.    (Amended)   A circuit for controlling a switching voltage regulator, the regulator having (1) a switch _circuit_ coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output _circuit including an output terminal and an output capacitor coupled thereto_ for supplying current at a regulated voltage to a load [which includes an output capacitor], the _control_ circuit comprising:

a first means for generating a voltage feedback signal indicative of the voltage at the output;

5

**A   138**

LINEAR 000124

a second means for generating a first control signal during a first state of circuit operation, the first control signal being responsive to the voltage feedback signal to vary the duty cycle of the switching transistors to maintain the output <u>terminal</u> at the regulated voltage; and

a third means for generating a second control signal during a second state of circuit operation to cause both switching transistors to be simultaneously OFF for a [first] period of time [during which the output capacitor maintains the output substantially at the regulated voltage] <u>having a duration which is a function of the current supplied to the load by the regulator</u>.

68. (Amended) The circuit of claim [67] 66, wherein the second means includes:

a one-shot circuit for generating <u>first and second levels of</u> the first control signal [, the first control signal being generated over a second period of time] during a switch cycle, <u>wherein the first level causes the switch circuit to couple the input voltage to a node of the output circuit, and the second level causes the switch circuit to couple the node of the output circuit to ground</u>.

69. (Amended) The circuit of claim 68, wherein the second means includes a fourth means for monitoring the current supplied to the <u>output terminal</u> [load] to generate a current feedback signal.

71. (Amended) The circuit of claim 70, wherein the fourth <u>means</u> [circuit] includes a current comparator for triggering the one-shot circuit, the current comparator having a first input coupled to receive the current feedback signal

6

LINEAR 000125

and a second input coupled to a current source for providing the reference current value.

80.    (Amended)    A method for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output capacitor coupled thereto for supplying current at a regulated voltage to a load [which includes an output capacitor], the method comprising the steps of:

(a) monitoring a signal from the output terminal to generate a first feedback signal;

(b) varying the duty cycle of the switching transistors in response to the first feedback signal to maintain the output terminal at the regulated voltage during a first state of circuit operation;

(c) turning both switching transistors simultaneously OFF for a [first] period of time during a second state of circuit operation following the first state of circuit operation so as to allow the output capacitor to maintain the output substantially at the regulated voltage by discharging during a second state of circuit operation, the period of time having a duration which is a function of the current supplied to the load by the regulator; and

(d) turning at least one of said switching transistors ON to recharge the output capacitor following the second state of circuit operation.

86.    (Amended)    A circuit for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of

7

**A  140**

LINEAR 000126

synchronously switched switching transistors and (2) an output circuit including an output terminal and an output inductor coupled thereto for supplying current at a regulated voltage to a load [which includes an output inductor], the circuit comprising:



a first circuit for monitoring a signal from the output terminal to generate a first feedback signal;

a second circuit for generating a first control signal during a first state of circuit operation, the first control signal being responsive to the first feedback signal to vary the duty cycle of the switching transistors to maintain the output terminal at the regulated voltage; and

a third circuit for monitoring the current to the output terminal [load] to generate a second control signal during a second state of circuit operation when the monitored current compares in a predetermined manner to a threshold indicative of a polarity reversal condition in the output inductor, said second state causing [to cause] one of said switching transistors to be maintained OFF, such that the switch circuit is prevented from coupling the output circuit to ground [when the magnitude of the monitored current falls below a current threshold].

91. (Amended)  The circuit of claim [87] 86, wherein the second circuit includes:



a one-shot circuit for generating first and second levels of the first control signal [, the first control signal being generated over a second period of time] during a switch cycle, wherein the first level causes the switch circuit to couple the input voltage to a node of the output circuit, and the second level causes the switch circuit to couple the node of the output circuit to ground.

8

**A   141**

LINEAR 000127

50'
92. (Amended)  The circuit of claim 91, wherein the
second level [period of time] is generated for a predetermined
time period.

51
93. (Amended)  A method for controlling a switching
voltage regulator, the regulator having (1) a switch circuit
coupled to receive an input voltage and including a pair of
synchronously switched switching transistors and (2) an output
circuit including an output terminal and an output inductor
coupled thereto for supplying current at a regulated voltage to
a load [which includes an inductor], the method comprising the
steps of:

(a) monitoring a signal from the output terminal to
generate a first feedback signal;

(b) varying the duty cycle of the switching
transistors in response to the first feedback signal to
maintain the output terminal at the regulated voltage during a
first state of circuit operation, wherein the current to the
load has a polarity; and

(c) maintaining one of said switching transistors OFF
for a [first] period of time following the first state of
circuit operation to de-couple the output circuit from ground
during the period of time so as to prevent the current to the
load from reversing polarity.

52.
94. (Amended) The method of claim 93 wherein step
(c) includes step (d) of monitoring the current to the output
terminal [load] and detecting when the current falls below a
current threshold.

Please add new claims 97-99 as follows:

9

**A  142**

LINEAR 000128

--97.  A circuit for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output capacitor coupled thereto for supplying current at a regulated voltage to a load, the control circuit comprising:

drive circuitry for the pair of synchronously switched switching transistors;

feedback circuitry, coupled to the drive circuitry to control the duty cycle of the pair of synchronously switched switching transistors, the feedback circuitry forming a feedback path in the regulator between the output circuit and the drive circuitry by which feedback information indicative of the current supplied to the load by the regulator conditions the duty cycle of the pair of synchronously switched switching transistors; and

logic circuitry, coupled to the feedback circuitry and the drive circuitry, which prevents the drive circuitry from turning on either of the pair of synchronously switched switching transistors when the feedback information indicates that the current supplied to the load by the regulator compares in a predetermined manner to a selected sleep mode current level.

--98.  The circuit of claim 97 wherein:

the output circuit includes an inductor coupled to the pair of synchronously switched switching transistors and the output terminal;

the feedback information includes a first feedback signal derived by sensing current conducted between the

10

**A 143**

LINEAR 000129

inductor and the output terminal and a second feedback signal derived by sensing voltage at the output terminal; and

the feedback circuitry includes a comparator circuit that compares the first feedback signal to an error signal generated from the second feedback signal to control switching between the pair of synchronously switched switching transistors, and a threshold circuit that sets a minimum inductor current value at which the drive circuitry switches between transistors.

--99.  An improved circuit for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output capacitor coupled thereto for supplying current at a regulated voltage to a load, and wherein the control circuit varies the duty cycle of the switching transistors to maintain the output terminal at the regulated voltage, the improvement comprising:

circuitry incorporated in the control circuit for detecting a condition in the output circuit indicative of the current supplied to the load falling below a threshold value and for turning off both switching transistors simultaneously when the supplied current falls below the threshold value.

## REMARKS

### Summary of Examiner's Action

Claims 1-33, 66-72, 80-82, and 86-96 are pending in this application.

The Examiner has rejected claims 1-33, 66-72, 80-82, and 86-96 under 35 U.S.C. § 102(b) as being anticipated by Inam, et al., U.S. Patent No. 5,177,676 (hereinafter "Inam").

11

# A   144

LINEAR 000130

Summary of Applicants' Response

Applicants have amended the specification and claim 71 to correct inadvertent errors.  Applicants have also amended claims 1, 7-9, 14-17, 22-24, 26, 28-29, 31, 66, 68, 69, 80, 86, and 91-94 to more particularly point out and distinctly claim the invention, and have added new claims 97-99.  No new matter has been added by specification or claim amendments.

Applicants' invention is a switching voltage regulator control circuit having improved efficiency during periods of low load current.  The circuitry of this invention monitors conditions in the output circuit of the regulator and turns both switching transistors OFF when current drawn by a load has decreased to the point that the output capacitor can maintain the output at the desired voltage over multiple switch cycles without further charging.  In this state of operation, the switching transistors will not dissipate any power, thereby increasing efficiency during periods of low current levels. The amended language of independent claims 1 and 66 more particularly recites the relationship between load current and the turning off the transistors.  Independent claim 80 has been amended to explain more particularly the relationship between load current and the duration of the period during which both switching transistors are kept off.  Independent claims 86 and 93 are directed to preventing low load currents from causing polarity reversal in the inductor (a condition which causes power to be drawn from a load).  The amended language of these claims recites more particularly that it is the transistor coupled to ground that remains off, thereby preventing the output current from reversing polarity.

The Examiner's rejections are respectfully traversed.

12

**A   145**

LINEAR 000131

Applicants' Amendments to Claims 1, 7-9, 14-17,
<u>22-24, 26, 28-29, 31, 66, 68, 69, 71, 80, 86, and 91-94</u>

      Independent claims 1, 66, 80, 86, and 93 have been amended to replace "switch" with --switch circuit--; to identify more clearly the output terminal and the capacitor or inductor element in the output circuit; to more clearly refer to the context of the invention as a "control" circuit; and to more particularly point out that the invention is based on turning off both switching transistors as a function of the load current. Claims 9, 24, and 31, which depend from claim 1; claim 69, which depends from claim 66; and claim 94, which depends from claim 93, have been amended to bring these claims into accord with the amended language of claims 1, 66, and 93.

      Claims 7, 22, 68, and 91 have been amended to identify more clearly the two levels of the first control signal. Claims 7, 68, and 91 have also been amended to depend directly from independent claims 1, 66, and 86, respectively. Claims 8, and 14-17, which depend on claim 7; claims 23, 26, 28, and 29, which depend on claim 22; and claim 92, which depends on claim 91, have been amended to bring these claims into accord with the amended language of claims 7, 22, and 91 by replacing "second period of time" with --duration of the second level--. Claims 17 and 29, concerning the current limiting feature of the present invention, have also been amended to remove an ambiguity in the claims. The claims now state that this feature allows the total decrease in inductor current during the time period that the second level of the control signal is generated (i.e. the off time of the regulator cycle) to remain substantially constant (so as to avoid a current runaway condition).

      Claim 71 has been amended to replace "circuit" with --means-- to correct an inadvertent error.

<div align="center">13</div>

<div align="center">

**A   146**

</div>

LINEAR 000132

Applicants' Response to the
Rejection Under 35 U.S.C § 102(b)

Applicants respectfully traverse the Examiner's rejections of claims 1-33, 66-72, 80-82, and 86-96 based on Inam.

The Examiner characterizes Figure 2 of Inam as showing switches 208 and 212 "switched synchronously via a set of control circuits comprising a voltage feedback circuit (106) and current feedback circuit (112) and modulator (206)." However, there is no teaching in Inam that the circuit turns off both transistors 208 and 212 as a function of the load current. More particularly, although Inam states that inverter 104, of which modulator 206 is a component, "comprises circuitry to introduce current limiting and dead time between the switching transistors" (Inam, column 4, lines 19-26), there is no disclosure of any circuitry or any other suggestion that the dead time is based on load current levels. Inam also has no teaching that feedback signals are used to control sleep mode operation of the circuit. For at least these reasons, applicants' respectfully submit that Inam does not anticipate the use of feedback to turn off both switches during low load conditions, as recited by applicants' claims.

Supplemental Information Disclosure Statement

Also enclosed herewith is a Supplemental Information Disclosure Statement concerning the results of a search at the European Patent Office relating to a foreign counterpart of the present application. Applicants bring to the Examiner's attention European Patent Application EP-A-0 428 377, Bassett. Bassett does not teach turning off both switches of a voltage regulator during low load conditions.

14

A   147

LINEAR 000133

Conclusion

Applicants respectfully submit that this application, as amended and including claims 1-33, 66-72, 80-82, and 86-99, is in condition for allowance.  Reconsideration and prompt allowance of this application are respectfully requested.

Respectfully submitted,

Mark D. Rowland
Reg. No. 32,077
Attorney for Applicants
c/o  FISH & NEAVE
     1251 Avenue of the Americas
     New York, NY  10020
     Tel.:  (212) 596-9000

I Hereby Certify that this
Correspondence is being
Deposited with the U. S.
Postal Service as First
Class Mail in an Envelope
Addressed to: Commissioner
of Patents and Trademarks,
Washington, D.C. 20231, on
July 15, 1994

Dalene Quiachon-Rosen
Name of Person Signing

Signature of Person Signing

15

**A  148**

Attorney Docket No. LT-26

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Examiner | : | E. Todd Voeltz |
| Group Art Unit | : | 2102 |
| Applicants | : | Milton E. Wilcox and Randy G. Flatness |
| Serial No. | : | 08/036,047 |
| Filed | : | March 23, 1993 |
| For | : | CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULATOR CIRCUIT |

Hon. Commissioner of Patents
   and Trademarks
Washington, D.C. 20231

TRANSMITTAL LETTER FOR STATEMENT
UNDER 37 C.F.R. §§ 1.56 AND 1.98

Sir:

Transmitted herewith is a Statement Under §§ 1.56 and 1.98 in the above-identified application.  This Statement is submitted more than three months from the application filing date and after the mailing date of the first Office Action on the merits, but before the mailing date of either a final action under 37 C.F.R. § 1.113, or a notice of allowance under 37 C.F.R. § 1.311.

In accordance with 37 C.F.R. § 1.98, this Statement is accompanied by:

      [X]  a certification as required under 37 C.F.R. § 1.97(e)(1) or § 1.97(e)(2);

      [ ]  the fee as set forth in 37 C.F.R. § 1.17(p).

A   149

LINEAR 000135

The Commissioner is hereby authorized to charge payment of any additional fees required under 37 C.F.R. § 1.17, or credit any overpayment, to Deposit Account No. 06-1075. A duplicate copy of this letter is transmitted herewith.

Respectfully submitted,

Mark D. Rowland
Registration No. 32,077
Attorney for Applicants
c/o FISH & NEAVE
    1251 Avenue of the Americas
    New York, New York  10020
    Tel.:  (212) 596-9000

I Hereby Certify that this
Correspondence is being
Deposited with the U. S.
Postal Service as First
Class Mail in an Envelope
Addressed to: Commissioner
of Patents and Trademarks,
Washington, D.C. 20231, on
*May 15, 1994*

Dalene Quiachon-Rosen
Name of Person Signing

*Dalene Quiachon-Rosen*
Signature of Person Signing

2

**A 150**

LINEAR 000136

# TAB 8

## FAX COVER LETTER

**FISH & NEAVE**
525 UNIVERSITY AVENUE
PALO ALTO, CA 94301
TEL.NO.: (415) 617-4000
SENDER'S DIRECT LINE: (415)617-4042
FAX NO.: (415) 617-4090

RECIPIENT: Examiner Shawn Riley _____

LOCATION: USPTO Group 2100 _____

TELECOPIER NUMBER: (703)305-3431/3432 _____

THE SENDER IS: Michael J Dehaemer _____

TOTAL NUMBER OF PAGES, INCLUDING COVER LETTER: _____ 32 ____

WE ARE TRANSMITTING FROM A CANON 7000/7500.

DATE: 7/13/95   TIME: ___ 11:44am ___

THIS COMMUNICATION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT THE UNAUTHORIZED DISSEMINATION OF THE COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE.
**********************************************************
MESSAGE: _____

Examiner Riley:

Today, my office received a Notice of Abandonment dated July, 10 1995. The application being abandoned in view of applicant's failure to respond to the Office letter, mailed December 5, 1995. However, applicant filed a response on June 5, 1995, using a Certificate of Mailing.

This FAX is a copy of the papers filed on June 5, 1995

Please call me at (415)617-4042 if there are any other actions that must be taken regarding this matter.

_____ Reg # 39,164

M J DeHaemer, Jr.

PLEASE ACKNOWLEDGE COMPLETE RECEIPT OF THIS TRANSMISSION BY SIGNING AND RETURNING THIS COVER SHEET TO US BY FAX:

Signed: _____   Date: _____

If not completely received, please call back at (415) 617-4021 (ask for TELECOPIER) as soon as possible.

# A 151

LINEAR 000177

REV. 1/93
Modified PTO 1082
For Other Than A Small Entity

Attorney Docket No. <u>LT-26</u>

Applicants        :   Milton E. Wilcox and Randy G. Flatness

Serial No.        :   08/036,047

Filed             :   March 23, 1993

For               :   CONTROL CIRCUIT AND METHOD FOR
                      MAINTAINING HIGH EFFICIENCY OVER BROAD
                      CURRENT RANGES IN A SWITCHING REGULATOR
                      CIRCUIT

Examiner          :   Shawn Riley

Group Art Unit    :   2102

                                                    June 5, 1995

Hon. Assistant Commissioner
  for Patents
Washington, D.C. 20231

<u>TRANSMITTAL LETTER</u>

Sir:

        Transmitted herewith:  [ ] a Preliminary Amendment;
[X] a Petition for Extension of Time and Response to Examiner's
Action; [X] a Supplemental Information Disclosure Statement; [ ]
a Supplemental Amendment; [ ] a substitute Specification; [ ] a
Declaration; [ ] a Supplemental Declaration; [ ] a Power of
Attorney; [ ] an Associate Power of Attorney; [ ] formal
drawings; to be filed in the above-identified patent
application.

<u>FEE FOR ADDITIONAL CLAIMS</u>

[X]  A fee for additional claims is not required.

[ ]  A fee for additional claims is required.  The additional
     fee has been calculated as shown below:

|  | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDITIONAL FEES |
|---|---|---|---|---|---|
| TOTAL CLAIMS | – | 96 * = 0 | | X  $22 = | $0.00 |
| INDEPENDENT CLAIMS | 7 – | 9 ** = 0 | | X  $74 = | $0.00 |
| FIRST PRESENTATION OF A MULTIPLE DEPENDENT CLAIM | | | | +  $230 = | $0.00 |
| * If less than 20, insert 20. | | | | TOTAL | $ 0.00 |
| ** If less than 3, insert 3. | | | | | |

# A  152

[ ]   A check in the amount of $_____ in payment of the filing fee is transmitted herewith.

[X]   The Commissioner is hereby authorized to charge payment of any additional filing fees required under 37 C.F.R. § 1.16, in connection with the paper(s) transmitted herewith, or credit any overpayment of same, to deposit Account No. 06-1075. A duplicate copy of this transmittal letter is transmitted herewith.

[ ]   Please charge $_____ to Deposit Account No. 06-1075 in payment of the filing fee. A duplicate copy of this transmittal letter is transmitted herewith.

<u>EXTENSION FEE</u>

[X]   The following extension is applicable to the Response filed herewith; [ ] $110.00 extension fee for response within first month pursuant to 37 C.F.R. § 1.17(a); [ ] $360.00 extension fee for response within second month pursuant to 37 C.F.R. § 1.17(b); [X] $870.00 extension fee for response within third month pursuant to 37 C.F.R. § 1.17(c); [ ] $1,320.00 extension fee for response within fourth month pursuant to 37 C.F.R. § 1.17(d).

  [X]   A check in the amount of [ ] $110.00; [ ] $360,00; [X] $870.00; [ ] $1,320.00; in payment of the extension fee is transmitted herewith.

  [X]   The Commissioner is hereby authorized to charge payment of any additional fees required under 37 C.F.R. § 1.17 in connection with the paper(s) transmitted herewith, or to credit any overpayment of same, to Deposit Account No. 06-1075. A duplicate copy of this transmittal letter is transmitted herewith.

  [ ]   Please charge the [ ] $110.00; [ ] $360.00; [ ] $840.00; [ ] $1,320.00; extension fee to Deposit Account No. 06-1075. A duplicate copy of this transmittal letter is transmitted herewith.

Mark D. Rowland
Registration No. 32,077
Attorney(s) for Applicant(s)

c/o  FISH & NEAVE
     1251 Avenue of the Americas
     New York, New York 10020
     Tel.: (212) 596-9000

I Hereby Certify that this Correspondence is being Deposited with the U. S. Postal Service as First Class Mail in an Envelope Addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231, on
_June 5, 1999_

Dalene Quiachon-Rosen
Name of Person Signing
_Dalene Quiachon-Rosen_
Signature of Person Signing

2

# A   153

LINEAR 000179

PATENTS
LT-26

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

PATENT APPLICATION

Applicants          :    Milton E. Wilcox and Randy G. Flatness

Serial No.          :    08/036,047

Filed               :    March 23, 1993

For                 :    CONTROL CIRCUIT AND METHOD FOR
                         MAINTAINING HIGH EFFICIENCY OVER BROAD
                         CURRENT RANGES IN A SWITCHING
                         REGULATOR CIRCUIT

Group Art Unit      :    2102

Examiner            :    Shawn Riley

                                                        June 5, 1995

Hon. Assistant Commissioner
     for Patents
Washington, D.C.  20231

PETITION FOR EXTENSION OF TIME
AND RESPONSE TO EXAMINER'S ACTION

Sir:

Petition Under 37 C.F.R. § 1.136(a)
For Extension of Time

        Pursuant to 37 C.F.R. § 1.136(a), applicants hereby

petition for a three-month extension of the shortened statutory

period set forth for response to the Examiner's Action dated

December 5, 1994.  A check in the amount of eight-hundred

seventy dollars ($870.00), in payment of the fee set forth in

37 C.F.R. § 1.17(c), is enclosed herewith.


Response to Examiner's Action

        In response to the Examiner's Action, dated December

5, 1994, please amend the above-identified patent application

as follows:


In the Claims

        Please amend claims 1, 66, 80, 97 and 99 as follows:

        1.    (Twice amended) A circuit for controlling a

switching voltage regulator, the regulator having (1) a switch

## A   154

LINEAR 000180

circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output capacitor coupled thereto for supplying current at a regulated voltage to a load, the control circuit comprising:

a first circuit for monitoring a signal from the output terminal to generate a first feedback signal;

a second circuit for generating a first control signal during a first state of circuit operation, the first control signal being responsive to the first feedback signal to vary the duty cycle of the switching transistors to maintain the output terminal at the regulated voltage; and

a third circuit for generating a second control signal during a second state of circuit operation to cause both switching transistors to be simultaneously OFF for a period of time if a sensed condition of the regulator indicates that the current supplied to the load falls below a [compares in a predetermined manner to a current] threshold fraction of maximum rated output current for the regulator, whereby operating efficiency of the regulator at low output current levels is improved.


66.  (Twice amended)  A circuit for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output capacitor coupled thereto for supplying current at a regulated voltage to a load, the control circuit comprising:

a first means for generating a voltage feedback signal indicative of the voltage at the output;

# A  155

            LINEAR 000181

a second means for generating a first control signal during a first state of circuit operation, the first control signal being responsive to the voltage feedback signal to vary the duty cycle of the switching transistors to maintain the output terminal at the regulated voltage; and

a third means for generating a second control signal during a second state of circuit operation to cause both switching transistors to be simultaneously OFF for a period of time <u>if a sensed condition of the regulator indicates that the current supplied to the load falls below a threshold fraction of maximum rated output current for the regulator, the period of time</u> having a duration which is a function of the current supplied to the load by the regulator.

80.    (Twice amended)  A method for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output capacitor coupled thereto for supplying current at a regulated voltage to a load, the method comprising the steps of:

(a) monitoring a signal from the output terminal to generate a first feedback signal;

(b) varying the duty cycle of the switching transistors in response to the first feedback signal to maintain the output terminal at the regulated voltage during a first state of circuit operation;

(c) turning both switching transistors simultaneously OFF for a period of time during a second state of circuit operation following the first state of circuit operation, so as to allow the output capacitor to maintain the output substantially at the regulated voltage by discharging during

3

**A  156**

LINEAR 000182

[a] <u>the</u> second state of circuit operation, the period of time <u>beginning when the current supplied to the load falls below a</u> <u>threshold fraction of maximum rated output current for the</u> <u>regulator, and</u> having a duration which is a function of the current supplied to the load by the regulator; and

(d) turning at least one of said switching transistors ON to recharge the output capacitor following the second state of circuit operation.

97.    (Amended) A circuit for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output capacitor coupled thereto for supplying current at a regulated voltage to a load, the control circuit comprising:

drive circuitry for the pair of synchronously switched switching transistors;

feedback circuitry, coupled to the drive circuitry to control the duty cycle of the pair of synchronously switched switching transistors, the feedback circuitry forming a feedback path in the regulator between the output circuit and the drive circuitry by which feedback information indicative of the current supplied to the load by the regulator conditions the duty cycle of the pair of synchronously switched switching transistors; and

logic circuitry, coupled to the feedback circuitry and the drive circuitry, which prevents the drive circuitry from turning on either of the pair of synchronously switched switching transistors [when] if the feedback information indicates that the current supplied to the load by the

4

**A   157**

LINEAR 000183

regulator <u>falls below</u> [compares in a predetermined manner to] a
selected sleep mode current level[.]<u>,</u>
<u>wherein the synchronously switched switching transistors are</u>
<u>prevented from being turned on for a period of time that is a</u>
<u>function of the current supplied to the load by the regulator.</u>

99.    (Amended)  An improved circuit for controlling a
switching voltage regulator, the regulator having (1) a switch
circuit coupled to receive an input voltage and including a
pair of synchronously switched switching transistors and (2) an
output circuit including an output terminal and an output
capacitor coupled thereto for supplying current at a regulated
voltage to a load, and wherein the control circuit varies the
duty cycle of the switching transistors to maintain the output
terminal at the regulated voltage, the improvement comprising:
circuitry incorporated in the control circuit for
detecting a condition in the output circuit indicative of the
current supplied to the load falling below a threshold [value]
<u>fraction of maximum rated output current for the regulator</u> and
for turning off both switching transistors simultaneously
[when] <u>for a period of time if</u> the supplied current falls below
the threshold [value]<u>, the period of time having a duration</u>
<u>which is a function of the current supplied to the load by the</u>
<u>regulator.</u>

<u>REMARKS</u>

<u>Summary of Examiner's Action</u>

Claims 1-33, 66-72, 80-82, and 86-99 are pending in
this application.

The Examiner has rejected claims 1-33, 66-72, 80-82,
86-96, and 99 under 35 U.S.C. § 103 as being unpatentable over
Inam, et al., U.S. Patent No. 5,177,676 (hereinafter "Inam"),

5

# A   158

LINEAR 000184

in view of Josephson, U.S. Patent 4,706,177 (hereinafter "Josephson").

The Examiner has rejected claims 97 and 98 under 103 U.S.C. § 103 as being unpatentable over Inam and Josephson as applied to claims 1-33, 66-72, 80-82, 86-96, and 99, and further in view of Fung et al., U.S. Patent 5,184,129 (hereinafter "Fung").

<u>Summary of Applicants' Response</u>

Applicants respectfully traverse the Examiner's rejections.

Applicants' invention is directed to maintaining high efficiency in a switching voltage regulator circuit by providing two states of circuit operation. At high load current levels, the circuit provides a regulated DC output voltage by alternatively turning on and off the two transistors of a push-pull switch. When the output current of the regulator drops below a threshold level--i.e. below some fraction (e.g., 20%) of the regulator's maximum rated output current--the regulator's switching transistors are turned off simultaneously for a period of time while previously stored energy in the regulator's output circuit supplies current to the load. This two-state technique for improving efficiency would not have been obvious from an AC power source circuit that disables its output during an overload (the asserted combination of Inam and Josephson), or from an AC power source that goes into a sleep mode when it is not functioning (Inam and Fung).

In accordance with the above, applicants have amended claims 1, 66, 80, 97 and 99 to more particularly point out and distinctly claim that the switching transistors of applicants'

6

A   159

LINEAR 000185

regulator are turned off if the current supplied to the load <u>falls below</u> a threshold level.


Applicants' Response to the Rejection
<u>of Claims 1-33, 66-72, 80-82, 86-96, and 99</u>

Applicants respectfully traverse the Examiner's rejections of claims 1-33, 66-72, 80-82, 86-96, and 99 based on Inam and Josephson.

The Examiner acknowledges that "Inam et al. do not show a circuit simultaneously turning off both switching transistors in response to a predetermined threshold." However, the Examiner characterizes Figure 1 of Josephson as showing a circuit which synchronously shuts off transistors 16 and 18 in response to a predetermined threshold. The Examiner asserts that it would have been obvious to include such a circuit into the circuit of Inam "for the purpose of disabling the output as a function of the amplitude and time duration of the overcurrent condition." Applicants' respectfully submit that the inclusion of Josephson's circuit into Inam's circuit, as the Examiner suggests, would not result in applicants' claimed invention.

Both Inam and Josephson are directed to circuits that supply AC power. These circuits cannot be operated in a state in which the AC output voltage is supplied to a load while all switching transistors are turned off. Simultaneously turning off the switching transistors in such circuits for efficiency at low load currents would disrupt the output AC waveform. This is confirmed by Josephson, which as noted by the Examiner states that turning off the transistors disables the output.

Accordingly, while Josephson teaches turning off transistors during overcurrent conditions, a form of current limiting, to purposely prevent the coupling of power to the load, modification of Inam's AC source to incorporate this

7

**A  160**

LINEAR 000186

teaching would only provide Inam with overload protection, and not a state of regulator operation that improves efficiency at low output current levels. Moreover, there can be no suggestion in these references to improve efficiency by turning off the switching transistors at low output currents because the AC regulation would then be rendered inoperable.

Applicants' amendments to claims 1, 66, 80, 97 and 99 more particularly point out and distinctly claim that the switching transistors of the regulator turn off simultaneously under _low_ output current, rather than overcurrent, conditions. As recited in claims 1, 66, 80 and 99, the threshold output current dividing the two states of operation of the regulator is a fraction of the regulator's maximum rated output current (see, e.g., the specification at pages 12-16).

Claims 86 and 93 are directed to a different feature of the present invention and recite that the output circuit is de-coupled from ground under polarity reversal (low load) conditions. Josephson is even less pertinent to these claims, as Josephson is directed towards de-coupling the output from the power source (not ground), in order to limit current.

In short, Josephson and Inam do not make obvious turning off switching transistors specifically under low output current conditions as recited in applicants' claims. Josephson teaches current limiting to turn off switching transistors to protect them from overcurrents (Josephson, column 2, lines 28-34). Conversely, the synchronous switching regulator of the applicants' invention changes operating state under low output current conditions, the precise opposite of the conditions which motivate the desire to turn off the transistors in Josephson's circuit. Furthermore, applicants' invention is directed towards saving power, a benefit neither Josephson nor Inam teaches or suggests.

8

# A   161

LINEAR 000187

For at least the above reasons, improving the efficiency of synchronously switched regulators at low output currents, which is the problem solved by applicants, is unrelated to Josephson's overcurrent protection problem, and it would not have been obvious to look to Inam and Josephson, alone or in combination, for a technique of increasing switching regulator efficiency at low output currents.

Applicants' Response to the
Rejection of Claims 97 and 98

Applicants respectfully traverse the Examiner's rejections of claims 97 and 98 under 35 U.S.C. § 103 as being unpatentable over Inam and Josephson in view of Fung.

The Examiner asserts that it would have been obvious to use the sleep mode circuit as taught by Fung in combination with Inam's voltage source, because Fung (as interpreted by the Examiner) states "that such a modification would reduce current surges thereby minimizing power utilization when main circuit utilizing transistors is not functioning." Here, again, applicants' claimed invention involves conserving power while the regulator is functioning. Moreover, the current surges mentioned in the cited portion of Fung are those occurring as a result of switching between normal operating mode and sleep mode. They are unrelated to load current.

Fung discloses sleep mode circuitry that disables a digital-to-analog converter (DAC) "so as to minimize power utilization when the DACs are not used " (Fung, column 1, lines 39-40). In contrast, applicants use sleep mode to refer to a mode of operation of a voltage regulator that continues to function by supplying current at a regulated voltage. Unlike applicants' claimed circuit, Fung's DAC could not continue to provide the desired output when the circuit is maintained off in sleep mode. Thus, Fung would have provided no motivation to

9

**A   162**

LINEAR 000188

increase <u>operating</u> efficiency of a circuit by placing it in sleep mode.

<u>Conclusion</u>

Applicants respectfully submit that this application is in condition for allowance. Entry of this amendment, and reconsideration and prompt allowance of this application, including claims 1-33, 66-72, 80-82, and 86-99, are respectfully requested.

Respectfully submitted,

Mark D. Rowland
Reg. No. 32,077
Attorney for Applicants
c/o  FISH & NEAVE
      1251 Avenue of the Americas
      New York, NY  10020
      Tel.:  (212) 596-9000

I Hereby Certify that this
Correspondence is being
Deposited with the U.S.
Postal Service as First
Class Mail in an Envelope
Addressed to: Commissioner
of Patents and Trademarks,
Washington, D.C. 20231, on
*June 5, 1995*

Dalene Quiachon-Rosen
Name of Person Signing
*Dalene Quiachon-Rosen*
Signature of Person Signing

10

A   163

LINEAR 000189

PATENTS
LT-26

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

PATENT APPLICATION

| | | |
|---|---|---|
| Applicants | : | Milton E. Wilcox and Randy G. Flatness |
| Serial No. | : | 08/036,047 |
| Filed | : | March 23, 1993 |
| For | : | CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULATOR CIRCUIT |
| Group Art Unit | : | 2102 |
| Examiner | : | Shawn Riley |

June 5, 1995

Hon. Assistant Commissioner
  for Patents
Washington, D.C.  20231

CERTIFICATION UNDER 37 C.F.R. § 1.97(e) AND
SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

Sir:

Certification under 37 C.F.R. § 1.97(e)(1)

Pursuant to 37 C.F.R. § 1.97(e)(1), applicants, through their attorney, hereby certify that each item of information contained in the Information Disclosure Statement contained hereinbelow was cited in a communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this Statement.

Supplemental Information Disclosure Statement

Pursuant to 37 C.F.R. §§ 1.56, 1.97 and 1.98, applicants, through their attorney, hereby make the following document of record in the above-identified patent application:

Shoneman U.S. Patent 5,097,196, issued March 17, 1992. A copy of the aforementioned document, which is listed on the accompanying Form PTO-1449 (submitted in duplicate), is enclosed herewith.  Also enclosed is a copy of an EPO

# A  164

LINEAR 000190

Communication in a counterpart foreign application citing the aforementioned document.

It is respectfully requested that this document be (1) fully considered by the Patent and Trademark Office during the examination of this application; and (2) printed on any patent which may issue on this application. Applicant request that a copy of Form PTO-1449, as considered and initialed by the Examiner, be returned with the next communication.

In accordance with 37 C.F.R. § 1.97(h), applicants do not by this disclosure admit, or imply, that the foregoing reference by itself, or in combination with any other information, establish a prima facie case of unpatentability of a claim. In addition, applicants expressly reserve the right to establish invention prior to the effective date of the reference cited, pursuant to 37 C.F.R. § 1.131.

An early and favorable action is respectfully requested.

Respectfully submitted,

Mark D. Rowland
Reg. No. 32,077
Attorney for Applicants
c/o  FISH & NEAVE
     1251 Avenue of the Americas
     New York, NY  10020
     Tel.:  (212) 596-9000

I Hereby Certify that this
Correspondence is being
Deposited with the U.S.
Postal Service as First
Class Mail in an Envelope
Addressed to: Commissioner
of Patents and Trademarks,
Washington, D.C. 20231, on
June 5, 1995
Dalene Outschoorn-Rosen
Name of Person Signing
Dalene Outschoorn-Rosen
Signature of Person Signing

2

**A  165**

LINEAR 000191

EPA/EPO/OEB
D-80298 München
☎ 089 / 2399-0
Tx 523 658 epmu d
Fax 069 / 2399 - 4465

| Europäisches Patentamt | European Patent Office | Office européen des brevets |
|---|---|---|
| Generaldirektion 2 | Directorate General 2 | Direction générale 2 |

VOSSIUS & PARTNER
Siebertstrasse 4
D-81675 München
ALLEMAGNE

EINGEGANGEN
Vossius & Partner
2 2. MAI 1995

Crist
Nord.

Datum/Date
19. 05. 95

Zeichen/Ref/Réf
9 495 EP

Anmeldung Nr./Application No./Demande n°/Patent Nr./Patent No./Brevet n°
94104509.8-1231/

Anmelder/Applicant/Demandeur/Patentinhaber/Proprietor/Titulaire
LINEAR TECHNOLOGY CORPORATION

### COMMUNICATION PURSUANT TO ARTICLE 96(2) AND RULE 51(2) EPC

The /further/ examination of the above-identified application has revealed that it does not meet the requirements of the European Patent Convention for the reasons enclosed herewith. If the deficiencies indicated are not rectified the application may be refused pursuant to Article 97(1) EPC.

You are invited to file your observations and insofar as the deficiencies are such as to be rectifiable, to correct the indicated deficiencies within a **period**

of _four (4)_ months

from the notification of this communication, this period being computed in accordance with Rules 78(3) and 83(2) and (4) EPC.

Amendments to the description, claims and drawings are to be filed where appropriate within the said period in **three copies** on separate sheets (Rule 36(1) EPC).

**Failure to comply with this invitation in due time will result in the application being deemed to be withdrawn (Article 96(3) EPC).**

Telephone numbers:      (The Hague)

**Primary examiner**      (070) 340- _2523_
(substantive examination)

Primary examiner
for the Examining Division

**Formalities officer**      (070) 340- _2663_
(formalities including extension of time limits)

M. BERTIN

**Examiners' clerk**      (070) 340- _J.J. Constant_
(other matters)      tel: (070)340231
The Hague

Enclosures : _3_ page(s) reasons (Form 2906)

+ Document US-5037196

**Registered letter**

EPO Form 2001 1 07 91

# A 166

LINEAR 000192

| Bescheid/Protokoll (Anlage) | Communication/Minutes (Annex) | Notification/Procès-verbal (Annexe) |
|---|---|---|
| Datum<br>Date<br>Date    **1 9. 05. 95** | Blatt<br>Sheet    1<br>Feuille | Anmelde-Nr.<br>Application No.    94104509.8<br>Demande n° |

The examination is being carried out on **the following application documents**:

The application documents as originally filed

\*\*\*\*\*

1)      The following document is cited from the examiner's own knowledge (see
        Guidelines, C-VI, 8.9). A copy of the document is annexed to the communication:
        the numbering will be adhered to in the rest of the procedure:

        (D1) US - A - 5 097 196

2)      The various definitions of the invention given in independent claims 1, 2, 35, 41,
        42, 49, 50, 53 and 60 are such that the claims as a whole are not concise,
        contrary to Article 84 EPC. The claims should be recast to include only the
        minimum necessary number of independent claims in any one category, Rule
        29(2) EPC, with dependent claims as appropriate [Rule 29(4) EPC].
        In the present case it is considered appropriate to use only one independent
        claim in any category.

3)      The present application does not meet the requirements of Article 52 (1) EPC
        because the subject-matter of Claim 1 is not new in the sense of Article 54 (1)
        and (2) EPC.
        Specifically, document D1 discloses a circuit for controlling a switching voltage
        regulator (see figures 3-6 with the corresponding description), the regulator
        having a coupled to receive an input voltage(12) and including pair of
        synchronously switched switching transistors(S1 and S2) and an output for
        supplying current at a regulated voltage to a load (20, 24) which includes an
        output capacitor (24), the circuit comprising:
                a first circuit (96, 88, see figure 5) for monitoring the output to generate a
        first feedback signal;
                a second circuit (98, 102) for generating a first control signal during a first
        state of circuit operation, the first control signal being responsive to the first
        feedback signal to vary the duty cycle of the switching transistors to maintain the

EPA/EPO/OEB 2906/WP 12.94

# A   167

LINEAR 000193

| Bescheid/Protokoll (Anlage) | Communication/Minutes (Annex) | | Notification/Procès-verbal (Annexe) | |
|---|---|---|---|---|
| Datum Date Date | **1 9. 05. 95** | Blatt Sheet Feuille | **2** | Anmelde-Nr. Application No. Demande n° | 94104509.8 |

output at the 15 regulated voltage; and

a third circuit (94, 102) for generating a second control signal during a second state of circuit operation to cause both switching transistors to be simultaneously OFF for a first period of time during which the output capacitor maintains the output substantially at the regulated voltage (see 60 and 62 in figure 6).

The disclosure of Document D1 comprises all features of the subject-matter of claim 1 and consequently claim 1 is not allowable.

4)  Further more the present application does not meet the requirements of Article 52 (1) EPC because the
The subject-matter of Claim 2 is not new in the sense of Article 54 (1) and (2) EPC.
The subject-matter of claim 2 comprises all features of the subject-matter of claim 1 and the additional following feature: "The second control signal is responsive to the first feedback signal"
this feature is also comprised in the disclosure of D1 (see figure 5 with the corresponding description).

Consequently claim 2 is not allowable.

5)  According to the above mentioned objection (see point 2) relating to Article 84 EPC, it is yet not possible to emit a judgment concerning the allowability of the claims 3-63.

6)  It is not at present apparent which part of the application could serve as a basis for a new, allowable claim. Should the applicant nevertheless regard some particular matter as patentable an independent claim including such matter should be filed taking account of Rule 29(1) EPC. The applicant should also indicate in the letter of reply the difference of the subject-matter of the new claim vis-à-vis the state of the art and the significance thereof.

7)  Accordingly to above mentioned comment (see 3 & 4) it is appropriate to draft the independent claim(s) in the two-part form as required by Rule 29(1) EPC, whereby the feature known from the prior art of document D1 should be placed in

EPA/EPO/OEB 2906WP 12.94

A  168

LINEAR 000194

| Bescheid/Protokoll (Anlage) | Communication/Minutes (Annex) | Notification/Procès-verbal (Annexe) |
|---|---|---|
| Datum<br>Date<br>Date  **19.05.95** | Blatt<br>Sheet  **3**<br>Feuille | Anmelde-Nr.<br>Application No.  **94104509.8**<br>Demande n° |

the preamble.

If the applicant is of the opinion that a two-part form of claim would be inappropriate he is invited to provide reasons in his reply. In addition, the applicant should ensure that it is clear from the description which feature of the subject-matter of the independent claim(s) is known from document D1; see Guidelines C-III,2.3b.

8)   Reference signs in parentheses should be inserted in the claims to increase their intelligibility [Rule 29(7) EPC]. This applies to both the preamble and characterising portion.

9)   The applicant is requested to file new claims which take account of the above comments.

10)  To meet the requirements of Rule 27(1)(b) EPC, the document D1 should be identified in the description and the relevant background art disclosed therein should be briefly discussed.

11)  The description will need to be brought into conformity with the new claims to be filed [Rule 27(1)(c) EPC]; care should be taken during revision, especially of the introductory portion including any statements of problem or advantage, not to add subject-matter which extends beyond the content of the application as originally filed [Article 123(2) EPC].

12)  The applicant is requested to file amendments by way of replacement pages, avoiding unnecessary recasting of the description. The applicant should also take account of the requirements of Rule 36(1) EPC. In particular, fair copies of the amendments should be filed in triplicate. If handwritten amendments are submitted, they should be clearly legible for the printer.

EPA/EPO/OEB 2906WP 12.94

# A   169

LINEAR 000195

PATENTS

REV. 1/93
Modified PTO 1082
For Other Than A Small Entity

MAIL ROOM
JUN 9 1995 25
PAT & TRADEMARK OFF.

Attorney Docket No. LT-26

Applicants          :    Milton E. Wilcox and Randy G. Flatness

Serial No.          :    08/036,047

Filed               :    March 23, 1993

For                 :    CONTROL CIRCUIT AND METHOD FOR
                         MAINTAINING HIGH EFFICIENCY OVER BROAD
                         CURRENT RANGES IN A SWITCHING REGULATOR
                         CIRCUIT

Examiner            :    Shawn Riley

Group Art Unit      :    2102

June 5, 1995

Hon. Assistant Commissioner
   for Patents
Washington, D.C. 20231

TRANSMITTAL LETTER

Sir:

      Transmitted herewith:   [ ] a Preliminary Amendment;
[X] a Petition for Extension of Time and Response to Examiner's
Action; [X] a Supplemental Information Disclosure Statement; [ ]
a Supplemental Amendment; [ ] a substitute Specification; [ ] a
Declaration; [ ] a Supplemental Declaration; [ ] a Power of
Attorney; [ ] an Associate Power of Attorney; [ ] formal
drawings; to be filed in the above-identified patent
application.

FEE FOR ADDITIONAL CLAIMS

[X]  A fee for additional claims is not required.

[ ]  A fee for additional claims is required.  The additional
     fee has been calculated as shown below:

| | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDITIONAL FEES |
|---|---|---|---|---|---|
| TOTAL CLAIMS | – | 96 * | = 0 | X  $22 = | $0.00 |
| INDEPENDENT CLAIMS | 7 | – 9 ** | = 0 | X  $74 = | $0.00 |
| FIRST PRESENTATION OF A MULTIPLE DEPENDENT CLAIM | | | | +  $230 = | $0.00 |
| *   If less than 20, insert 20. | | | | TOTAL | $  0.00 |
| **  If less than 3, insert 3. | | | | | |

# A  170

LINEAR 000196

[ ]  A check in the amount of $_____ in payment of the filing fee is transmitted herewith.

[X]  The Commissioner is hereby authorized to charge payment of any additional filing fees required under 37 C.F.R. § 1.16, in connection with the paper(s) transmitted herewith, or credit any overpayment of same, to deposit Account No. 06-1075. A duplicate copy of this transmittal letter is transmitted herewith.

[ ]  Please charge $_____ to Deposit Account No. 06-1075 in payment of the filing fee. A duplicate copy of this transmittal letter is transmitted herewith.

<u>EXTENSION FEE</u>

[X]  The following extension is applicable to the Response filed herewith; [ ] $110.00 extension fee for response within first month pursuant to 37 C.F.R. § 1.17(a); [ ] $360.00 extension fee for response within second month pursuant to 37 C.F.R. § 1.17(b); [X] $870.00 extension fee for response within third month pursuant to 37 C.F.R. § 1.17(c); [ ] $1,320.00 extension fee for response within fourth month pursuant to 37 C.F.R. § 1.17(d).

[X]  A check in the amount of [ ] $110.00; [ ] $360,00; [X] $870.00; [ ] $1,320.00; in payment of the extension fee is transmitted herewith.

[X]  The Commissioner is hereby authorized to charge payment of any additional fees required under 37 C.F.R. § 1.17 in connection with the paper(s) transmitted herewith, or to credit any overpayment of same, to Deposit Account No. 06-1075. A duplicate copy of this transmittal letter is transmitted herewith.

[ ]  Please charge the [ ] $110.00; [ ] $360.00; [ ] $840.00; [ ] $1,320.00; extension fee to Deposit Account No. 06-1075. A duplicate copy of this transmittal letter is transmitted herewith.

Mark D. Rowland
Registration No. 32,077
Attorney(s) for Applicant(s)

c/o  FISH & NEAVE
1251 Avenue of the Americas
New York, New York 10020
Tel.:  (212) 596-9000

I Hereby Certify that this Correspondence is being Deposited with the U. S. Postal Service as First Class Mail in an Envelope Addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231, on *June 5, 1995*

Dalene Guiachon-Rosen
Name of Person Signing

Dalene Guiachon-Rosen
Signature of Person Signing

2

**A 171**

LINEAR 000197

PATENTS
LT-26

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

PATENT APPLICATION

| | | |
|---|---|---|
| Applicants | : | Milton E. Wilcox and Randy G. Flatness |
| Serial No. | : | 08/036,047 |
| Filed | : | March 23, 1993 |
| For | : | CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULATOR CIRCUIT |
| Group Art Unit | : | 2102 |
| Examiner | : | Shawn Riley |

June 5, 1995

Hon. Assistant Commissioner
    for Patents
Washington, D.C.  20231

PETITION FOR EXTENSION OF TIME
AND RESPONSE TO EXAMINER'S ACTION

Sir:

Petition Under 37 C.F.R. § 1.136(a)
For Extension of Time

        Pursuant to 37 C.F.R. § 1.136(a), applicants hereby petition for a three-month extension of the shortened statutory period set forth for response to the Examiner's Action dated December 5, 1994.  A check in the amount of eight-hundred seventy dollars ($870.00), in payment of the fee set forth in 37 C.F.R. § 1.17(c), is enclosed herewith.

Response to Examiner's Action

        In response to the Examiner's Action, dated December 5, 1994, please amend the above-identified patent application as follows:

In the Claims

        Please amend claims 1, 66, 80, 97 and 99 as follows:

        1.    (Twice amended) A circuit for controlling a switching voltage regulator, the regulator having (1) a switch

A  172

LINEAR 000198

circuit coupled to receive an input voltage and including a
pair of synchronously switched switching transistors and (2) an
output circuit including an output terminal and an output
capacitor coupled thereto for supplying current at a regulated
voltage to a load, the control circuit comprising:

a first circuit for monitoring a signal from the
output terminal to generate a first feedback signal;

a second circuit for generating a first control
signal during a first state of circuit operation, the first
control signal being responsive to the first feedback signal to
vary the duty cycle of the switching transistors to maintain
the output terminal at the regulated voltage; and

a third circuit for generating a second control
signal during a second state of circuit operation to cause both
switching transistors to be simultaneously OFF for a period of
time if a sensed condition of the regulator indicates that the
current supplied to the load <u>falls below a</u> [compares in a
predetermined manner to a current] threshold <u>fraction of
maximum rated output current for the regulator, whereby
operating efficiency of the regulator at low output current
levels is improved.</u>

*B'*
*Concl'd*

34. (Twice amended)  A circuit for controlling a
switching voltage regulator, the regulator having (1) a switch
circuit coupled to receive an input voltage and including a
pair of synchronously switched switching transistors and (2) an
output circuit including an output terminal and an output
capacitor coupled thereto for supplying current at a regulated
voltage to a load, the control circuit comprising:

a first means for generating a voltage feedback
signal indicative of the voltage at the output;

*B2*

2

**A  173**

*59*

LINEAR 000199

a second means for generating a first control signal during a first state of circuit operation, the first control signal being responsive to the voltage feedback signal to vary the duty cycle of the switching transistors to maintain the output terminal at the regulated voltage; and

*B2*

*Concl'd*

a third means for generating a second control signal during a second state of circuit operation to cause both switching transistors to be simultaneously OFF for a period of time if a sensed condition of the regulator indicates that the current supplied to the load falls below a threshold fraction of maximum rated output current for the regulator, the period of time having a duration which is a function of the current supplied to the load by the regulator.

*B3*

21. 80.    (Twice amended)  A method for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output capacitor coupled thereto for supplying current at a regulated voltage to a load, the method comprising the steps of:

(a) monitoring a signal from the output terminal to generate a first feedback signal;

(b) varying the duty cycle of the switching transistors in response to the first feedback signal to maintain the output terminal at the regulated voltage during a first state of circuit operation;

(c) turning both switching transistors simultaneously OFF for a period of time during a second state of circuit operation following the first state of circuit operation, so as to allow the output capacitor to maintain the output substantially at the regulated voltage by discharging during

3

*6 U*

# A   174

LINEAR 000200

[a] the second state of circuit operation, the period of time beginning when the current supplied to the load falls below a threshold fraction of maximum rated output current for the regulator, and having a duration which is a function of the current supplied to the load by the regulator; and

(d) turning at least one of said switching transistors ON to recharge the output capacitor following the second state of circuit operation.

*B3 Concl'd*

---

55.~~97~~. (Amended) A circuit for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output capacitor coupled thereto for supplying current at a regulated voltage to a load, the control circuit comprising:

*B4*

drive circuitry for the pair of synchronously switched switching transistors;

feedback circuitry, coupled to the drive circuitry to control the duty cycle of the pair of synchronously switched switching transistors, the feedback circuitry forming a feedback path in the regulator between the output circuit and the drive circuitry by which feedback information indicative of the current supplied to the load by the regulator conditions the duty cycle of the pair of synchronously switched switching transistors; and

logic circuitry, coupled to the feedback circuitry and the drive circuitry, which prevents the drive circuitry from turning on either of the pair of synchronously switched switching transistors [when] if the feedback information indicates that the current supplied to the load by the

4

*61*

**A 175**

LINEAR 000201

B4

regulator <u>falls below</u> [compares in a predetermined manner to] a selected sleep mode current level[.]<u>,</u>

<u>wherein the synchronously switched switching transistors are prevented from being turned on for a period of time that is a function of the current supplied to the load by the regulator.</u>

B5

5̶7̶.̶ 9̶5̶.  (Amended)  An improved circuit for controlling a switching voltage regulator, the regulator having (1) a switch circuit coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output circuit including an output terminal and an output capacitor coupled thereto for supplying current at a regulated voltage to a load, and wherein the control circuit varies the duty cycle of the switching transistors to maintain the output terminal at the regulated voltage, the improvement comprising:

   circuitry incorporated in the control circuit for detecting a condition in the output circuit indicative of the current supplied to the load falling below a threshold [value] <u>fraction of maximum rated output current for the regulator</u> and for turning off both switching transistors simultaneously [when] <u>for a period of time if</u> the supplied current falls below the threshold [value]<u>, the period of time having a duration which is a function of the current supplied to the load by the regulator.</u>

<u>REMARKS</u>

<u>Summary of Examiner's Action</u>

   Claims 1-33, 66-72, 80-82, and 86-99 are pending in this application.

   The Examiner has rejected claims 1-33, 66-72, 80-82, 86-96, and 99 under 35 U.S.C. § 103 as being unpatentable over Inam, et al., U.S. Patent No. 5,177,676 (hereinafter "Inam"),

5

# A  176

LINEAR 000202

in view of Josephson, U.S. Patent 4,706,177 (hereinafter "Josephson").

The Examiner has rejected claims 97 and 98 under 103 U.S.C. § 103 as being unpatentable over Inam and Josephson as applied to claims 1-33, 66-72, 80-82, 86-96, and 99, and further in view of Fung et al., U.S. Patent 5,184,129 (hereinafter "Fung").

Summary of Applicants' Response

Applicants respectfully traverse the Examiner's rejections.

Applicants' invention is directed to maintaining high efficiency in a switching voltage regulator circuit by providing two states of circuit operation. At high load current levels, the circuit provides a regulated DC output voltage by alternatively turning on and off the two transistors of a push-pull switch. When the output current of the regulator drops below a threshold level--i.e. below some fraction (e.g., 20%) of the regulator's maximum rated output current--the regulator's switching transistors are turned off simultaneously for a period of time while previously stored energy in the regulator's output circuit supplies current to the load. This two-state technique for improving efficiency would not have been obvious from an AC power source circuit that disables its output during an overload (the asserted combination of Inam and Josephson), or from an AC power source that goes into a sleep mode when it is not functioning (Inam and Fung).

In accordance with the above, applicants have amended claims 1, 66, 80, 97 and 99 to more particularly point out and distinctly claim that the switching transistors or applicants'

6

A  177

6

LINEAR 000203

regulator are turned off if the current supplied to the load <u>falls below</u> a threshold level.

Applicants' Response to the Rejection
of Claims 1-33, 66-72, 80-82, 86-96, and 99

Applicants respectfully traverse the Examiner's rejections of claims 1-33, 66-72, 80-82, 86-96, and 99 based on Inam and Josephson.

The Examiner acknowledges that "Inam et al. do not show a circuit simultaneously turning off both switching transistors in response to a predetermined threshold." However, the Examiner characterizes Figure 1 of Josephson as showing a circuit which synchronously shuts off transistors 16 and 18 in response to a predetermined threshold. The Examiner asserts that it would have been obvious to include such a circuit into the circuit of Inam "for the purpose of disabling the output as a function of the amplitude and time duration of the overcurrent condition." Applicants' respectfully submit that the inclusion of Josephson's circuit into Inam's circuit, as the Examiner suggests, would not result in applicants' claimed invention.

Both Inam and Josephson are directed to circuits that supply AC power. These circuits cannot be operated in a state in which the AC output voltage is supplied to a load while all switching transistors are turned off. Simultaneously turning off the switching transistors in such circuits for efficiency at low load currents would disrupt the output AC waveform. This is confirmed by Josephson, which as noted by the Examiner states that turning off the transistors disables the output.

Accordingly, while Josephson teaches turning off transistors during overcurrent conditions, a form of current limiting, to purposely prevent the coupling of power to the load, modification of Inam's AC source to incorporate this

7

A  178

LINEAR 000204

teaching would only provide Inam with overload protection, and not a state of regulator operation that improves efficiency at low output current levels. Moreover, there can be no suggestion in these references to improve efficiency by turning off the switching transistors at low output currents because the AC regulation would then be rendered inoperable.

Applicants' amendments to claims 1, 66, 80, 97 and 99 more particularly point out and distinctly claim that the switching transistors of the regulator turn off simultaneously under _low_ output current, rather than overcurrent, conditions. As recited in claims 1, 66, 80 and 99, the threshold output current dividing the two states of operation of the regulator is a fraction of the regulator's maximum rated output current (see, e.g., the specification at pages 12-16).

Claims 86 and 93 are directed to a different feature of the present invention and recite that the output circuit is de-coupled from ground under polarity reversal (low load) conditions. Josephson is even less pertinent to these claims, as Josephson is directed towards de-coupling the output from the power source (not ground), in order to limit current.

In short, Josephson and Inam do not make obvious turning off switching transistors specifically under low output current conditions as recited in applicants' claims. Josephson teaches current limiting to turn off switching transistors to protect them from overcurrents (Josephson, column 2, lines 28-34). Conversely, the synchronous switching regulator of the applicants' invention changes operating state under low output current conditions, the precise opposite of the conditions which motivate the desire to turn off the transistors in Josephson's circuit. Furthermore, applicants' invention is directed towards saving power, a benefit neither Josephson nor Inam teaches or suggests.

8

## A   179

LINEAR 000205

For at least the above reasons, improving the efficiency of synchronously switched regulators at low output currents, which is the problem solved by applicants, is unrelated to Josephson's overcurrent protection problem, and it would not have been obvious to look to Inam and Josephson, alone or in combination, for a technique of increasing switching regulator efficiency at low output currents.

Applicants' Response to the
Rejection of Claims 97 and 98

Applicants respectfully traverse the Examiner's rejections of claims 97 and 98 under 35 U.S.C. § 103 as being unpatentable over Inam and Josephson in view of Fung.

The Examiner asserts that it would have been obvious to use the sleep mode circuit as taught by Fung in combination with Inam's voltage source, because Fung (as interpreted by the Examiner) states "that such a modification would reduce current surges thereby minimizing power utilization when main circuit utilizing transistors is not functioning." Here, again, applicants' claimed invention involves conserving power while the regulator is functioning. Moreover, the current surges mentioned in the cited portion of Fung are those occurring as a result of switching between normal operating mode and sleep mode. They are unrelated to load current.

Fung discloses sleep mode circuitry that disables a digital-to-analog converter (DAC) "so as to minimize power utilization when the DACs are not used " (Fung, column 1, lines 39-40). In contrast, applicants use sleep mode to refer to a mode of operation of a voltage regulator that continues to function by supplying current at a regulated voltage. Unlike applicants' claimed circuit, Fung's DAC could not continue to provide the desired output when the circuit is maintained off in sleep mode. Thus, Fung would have provided no motivation to

9

A  180

LINEAR 000206

increase <u>operating</u> efficiency of a circuit by placing it in sleep mode.

<u>Conclusion</u>

Applicants respectfully submit that this application is in condition for allowance.  Entry of this amendment, and reconsideration and prompt allowance of this application, including claims 1-33, 66-72, 80-82, and 86-99, are respectfully requested.

Respectfully submitted,

Mark D. Rowland
Reg. No. 32,077
Attorney for Applicants
c/o  FISH & NEAVE
    1251 Avenue of the Americas
    New York, NY  10020
    Tel.:  (212) 596-9000

I Hereby Certify that this
Correspondence is being
Deposited with the U.S.
Postal Service as First
Class Mail in an Envelope
Addressed to: Commissioner
of Patents and Trademarks,
Washington, D.C. 20231, on
_June 5, 1995_

Dalene Quiachon-Rosen
Name of Person Signing
_Dalene Quiachon-Rosen_
Signature of Person Signing

10

A  181

LINEAR 000207

# TAB 9

US005731694A

# United States Patent [19]

## Wilcox et al.

[11] **Patent Number:** 5,731,694

[45] **Date of Patent:** Mar. 24, 1998

[54] **CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH EFFICIENCY OVER BROARD CURRENT RANGES IN A SWITCHING REGULATOR CIRCUIT**

[75] Inventors: **Milton E. Wilcox**, Saratoga; **Randy G. Flatness**, Los Gatos, both of Calif.

[73] Assignee: **Linear Technology Corporation**, Milpitas, Calif.

[21] Appl. No.: **799,467**

[22] Filed: **Feb. 13, 1997**

### Related U.S. Application Data

[63] Continuation of Ser. No. 634,688, Apr. 18, 1996, abandoned, which is a continuation of Ser. No. 476,232, Jun. 7, 1995, abandoned, which is a division of Ser. No. 36,047, Mar. 23, 1993, Pat. No. 5,481,178.

[51] **Int. Cl.⁶** .............................................. **G05F 1/40**
[52] **U.S. Cl.** ........................... **323/287**; 323/224; 323/283; 323/290
[58] **Field of Search** ........................... 323/224, 283–287, 323/290

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,571,697 | 3/1971 | Phillips | 323/222 |
| 3,585,491 | 6/1971 | Peterson | 323/271 |
| 3,772,588 | 11/1973 | Kelly et al. | 323/285 |
| 4,013,939 | 3/1977 | Biess et al. | 323/286 |
| 4,395,675 | 7/1983 | Toumani | 323/271 |
| 4,578,630 | 3/1986 | Grosch | 323/271 |
| 4,706,177 | 11/1987 | Josephson | 363/24 |
| 4,823,070 | 4/1989 | Nelson | 323/285 |
| 4,929,882 | 5/1990 | Szepesi | 323/222 |
| 5,028,861 | 7/1991 | Pace et al. | 323/222 |
| 5,097,196 | 3/1992 | Schoeman | 323/222 |
| 5,177,676 | 1/1993 | Inam et al. | 363/80 |
| 5,179,511 | 1/1993 | Troyk et al. | 363/97 |
| 5,184,129 | 2/1993 | Fung et al. | 341/144 |

#### FOREIGN PATENT DOCUMENTS

0 428 377  5/1991  European Pat. Off. .

### OTHER PUBLICATIONS

Lee, Y. S., and Cheng, Y. C.; "Design of Switching Regulator with Combined FM and On–Off Control"; IEEE Transactions on Aerospace and Electronic Systems, vol. AES–22, No. 6; Nov. 1986; pp. 725–731.

"Application Note 29," 1990 Linear Applications Handbook, Linear Technology Corporation AN29–1–AN29–44.

"Application Note 35," 1990 Linear Applications Handbook, Linear Technology Corporation AN35–1–AN35–32.

"LT1432 5V High Efficiency Step–Down Switching Regulator Controller" Data Sheet published by, Linear Technology Corporation in the 1992 Linear Databook Supplement, Milpitas, California, pp. 4–145 to 4–171.

"HIP5060 Power Control IC Single Chip Power Supply," Preliminary Data Sheet, Harris Semiconductor, Jan. 1992, pp. 1–3.

Cassani, John C. et al., "Sophisticated Control IC Enhances 1MHz Current Controlled Regulator Performance," Procedings of HFPC, May 1992, pp. 167–173.

"UC1895/UC2895/UC3895 Synchronous Rectifier Buck PWM Controller," Preliminary Data Sheet, Unitrode Corporation, Sep. 1992.

*Primary Examiner*—Peter S. Wong
*Assistant Examiner*—Shawn Riley
*Attorney, Agent, or Firm*—Fish & Neave

[57] **ABSTRACT**

A circuit and method for controlling a switching voltage regulator having (1) a switch including one or more switching transistors and (2) an output adapted to supply current at a regulated voltage to a load including an output capacitor. The circuit and method generates a control signal to turn said one or more switching transistors OFF under operating conditions when the voltage at the output is capable of being maintained substantially at the regulated voltage by the charge on the output capacitor. Such a circuit and method increases the efficiency of the regulator circuit particularly at low average current levels.

**7 Claims, 10 Drawing Sheets**



LINEAR 000245

LINEAR 000246



FIG. 1

PRIOR ART

A    183

LINEAR 000247

U.S. Patent     Mar. 24, 1998     Sheet 2 of 10     5,731,694



FIG. 2

LINEAR 000248



FIG. 3

LINEAR 000249



FIG. 4

LINEAR 000250



FIG. 5

LINEAR 000251



FIG. 6

A   188

LINEAR 000252

U.S. Patent        Mar. 24, 1998        Sheet 7 of 10        5,731,694



FIG. 7

A   189

LINEAR 000253



FIG. 8

A    190

LINEAR 000254



FIG. 9

LINEAR 000255

U.S. Patent      Mar. 24, 1998      Sheet 10 of 10      5,731,694



FIG. 10

A   192

5,731,694

## 1

### CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULATOR CIRCUIT

This is a continuation of application Ser. No. 08/634,688, filed Apr. 18, 1996, now abandoned entitled CONTROL CIRCUIT FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULATOR CIRCUIT, which is a continuation of application Ser. No. 08/476,232, filed Jun. 7, 1995 now abandoned, which is a divisional of application Ser. No. 08/036,047, filed Mar. 23, 1993, now U.S. Pat. No. 5,481,178.

### BACKGROUND OF THE INVENTION

The present invention relates to a switching regulator circuit. More particularly, the present invention relates to a control circuit and method for maintaining high efficiency over broad current ranges in a switching regulator circuit.

The purpose of a voltage regulator is to provide a predetermined and constant output voltage to a load from a poorly-specified and fluctuating input voltage source. Generally, there are two different types of regulators: series regulators and switching regulators.

The series regulator employs a pass element (e.g., a power transistor) coupled in series with a load and controls the voltage drop across the pass element in order to regulate the voltage which appears at the load. In contrast, the switching regulator employs a switch (e.g., a power transistor) coupled either in series or parallel with the load. The regulator controls the turning ON and turning OFF of the switch in order to regulate the flow of power to the load. The switching regulator employs inductive energy storage elements to convert the switched current pulses into a steady load current. Thus, power in a switching regulator is transmitted across the switch in discrete current pulses, whereas in a series regulator, power is transmitted across the pass element as a steady current flow.

In order to generate a stream of current pulses, switching regulators typically include control circuitry to turn the switch on and off. The switch duty cycle, which controls the flow of power to the load, can be varied by a variety of methods. For example, the duty cycle can be varied by either (1) fixing the pulse stream frequency and varying the ON or OFF time of each pulse, or (2) fixing the ON or OFF time of each pulse and varying the pulse stream frequency.

Which ever method is used to control the duty cycle, switching regulators are generally more efficient than series regulators. In series regulators, the pass element is generally operated in its linear region where the pass element conducts current continuously. This results in the continuous dissipation of power in the pass transistor. In contrast, in switching regulators, the switch is either OFF, where no power is dissipated by the switch, or ON in a low impedance state, where a small amount of power is dissipated by the switch. This difference in operation generally results in reduced amounts of average power dissipation in switching regulators.

The above difference in efficiency can be more apparent when there is a high input-output voltage difference across the regulator. For example, it would not be unusual for a series regulator to have an efficiency of less than 25 percent when a switching regulator could perform an equivalent function with an efficiency of greater than 75 percent.

Because of their improved efficiency over series regulators, switching regulators are typically employed in

## 2

battery-operated systems such as portable and laptop computers and hand-held instruments. In such systems, when the switching regulator is supplying close to the rated output current (e.g., when a disk or hard drive is ON in a portable or laptop computer), the efficiency of the overall circuit can be high. However, the efficiency is generally a function of output current and typically decreases at low output current. This reduction in efficiency is generally attributable to the losses associated with operating the switching regulator. These losses include, among others, quiescent current losses in the control circuitry of the regulator, switch losses, switch driver current losses and inductor/transformer winding and core losses.

The reduction in efficiency of a switching regulator at low output current can become important in battery-operated systems where maximizing battery lifetime is desirable.

In view of the foregoing, it would be desirable to provide a high efficiency switching regulator.

It would also be desireable to provide a control circuit and method for maintaining high efficiency over broad current ranges, including low output currents, in a switching regulator circuit.

### SUMMARY OF THE INVENTION

It is therefore an object of the present invention to provide a high efficiency switching regulator.

It is also an object of the present invention to provide a control circuit and method for maintaining high efficiency over broad current ranges, including low output currents, in a switching regulator circuit.

In accordance with these and other objects of the invention, there is provided a circuit and method for controlling a switching voltage regulator having (1) a switch including one or more switching transistors and (2) an output adapted to supply current at a regulated voltage to a load including an output capacitor. The circuit and method generates a control signal to turn the one or more switching transistors OFF under operating conditions when the voltage at the output is capable of being maintained substantially at the regulated voltage by the charge on the output capacitor (e.g., during low output currents). During such periods of time, the load does not consume power from the input power source. Therefore, the regulator efficiency is increased. If desired, other components in the switching regulator, in addition switching transistors, can also be intentionally held OFF to conserve additional power. This additional feature of the present invention can further increase the efficiency of the overall regulator circuit.

The circuit and method of the present invention can be used to control various types of switches in switching regulator circuits, including switches that use either one or more power transistors. Additionally, the circuit and method can be used to control switches in various types of switching regulator configurations, including voltage step-down, voltage step-up and polarity-inversing configurations.

Additionally, the circuit and method of the present invention can vary the OFF time of the switching transistor in response to the input and output voltages of the switching regulator. This feature of the present invention reduces the emission of audible noise from the switching regulator during low input voltage conditions. It also reduces the potential for current runaway during short circuits in the output voltage for some regulator configurations.

### BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects and advantages of the present invention will be apparent upon consideration of the fol-

**A   193**

LINEAR 000256

5,731,694

3

lowing detailed description, taken in conjunction with the accompanying drawings, in which like reference characters refer to like parts throughout, and in which:

FIG. 1 is a schematic block diagram of a typical prior art switching regulator circuit employing a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 2 is a schematic block diagram of a switching regulator circuit incorporating a first embodiment of the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 3 is a schematic block diagram of a switching regulator circuit incorporating a second embodiment of the high-efficiency control circuit of the present invention to drive a switch including a switching MOSFET and a switching diode in a step-down configuration;

FIG. 4 is a schematic block diagram of a switching regulator circuit incorporating a "user-activated" embodiment of the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 5 is a schematic block diagram of a switching regulator circuit incorporating the variable OFF-time control circuit of the present invention;

FIG. 6 is a detailed schematic diagram of an embodiment of the variable OFF-time control circuit of FIG. 5;

FIG. 7 is a detailed schematic block diagram of an exemplary switching regulator circuit incorporating both the variable OFF-time feature and the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 8 is a schematic block diagram of a switching regulator circuit incorporating a circuit of the present invention for preventing reversals in the polarity of the current in the output inductor of the regulator from drawing power from the load;

FIG. 9 is a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a step-up configuration; and

FIG. 10 is a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a polarity-reversing configuration.

DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 is a schematic block diagram of a typical prior art switching regulator circuit employing a push-pull switch in a step-down configuration.

Referring to FIG. 1, circuit 10 is used to provide a regulated DC output voltage $V_{OUT}$ at terminal 12 (e.g., 5 volts) for driving load 14 which, for example, may be a portable or laptop computer or other battery-operated system. Circuit 10 operates from an unregulated supply voltage $V_{IN}$ coupled to terminal 14 (e.g., a 12 volt battery). Circuit 10 includes push-pull switch 15, driver circuit 20, output circuit 30 and control circuit 35.

Driver circuit 20 is used to drive push-pull switch 15 which includes two synchronously-switched power MOS-FETS 16 (p-channel) and 17 (n-channel) stacked in series between supply rail $V_{IN}$ and ground. Push-pull switch 15 in

4

conjunction with driver circuit 20 is typically referred to as a "half-bridge" configuration. MOSFETS 16 and 17 are used to alternately supply current to output circuit 30 which includes inductor 32 (L1) and output capacitor 34 ($C_{OUT}$). Output circuit 30 smooths the alternating supply of current so that load 12 is provided a regulated voltage $V_{OUT}$. In order to supply the alternating current, MOSFETS 16 and 17 are respectively driven by P-channel driver 26 and N-channel driver 27, which in turn are both controlled by control circuit 35.

Control circuit 35 includes one-shot circuit 25 which provides an OFF pulse of constant duration (e.g., 2 to 10 microseconds) during which time MOSFET 16 is held OFF and MOSFET 17 is held ON by drivers 26 and 27, respectively. Otherwise, one-shot circuit 25 provides an ON pulse during which time MOSFET 16 is held ON and MOSFET 17 is held OFF. Therefore, one-shot circuit 25 alternately turns MOSFETS 16 and 17 ON and OFF to provide an alternating supply of current to (output circuit 30. The duty cycle of the one-shot circuit 35 is in turn controlled by current amplifier 39.

Control circuit 35 monitors the output voltage $V_{OUT}$ through resistor-divider network $R_1/R_2$(36A/36B) to provide a feedback voltage $V_{FB}$ proportional to the output voltage $V_{OUT}$. Control circuit 35 also monitors the current $I_L$ through inductor L1 to provide a feedback current $I_{FB}$ proportional to inductor current $I_L$. Circuit 10 operates by controlling inductor current $I_L$ so that the feedback voltage $V_{FB}$ is regulated to be substantially equal to a reference voltage $V_{REF}$ provided by reference circuit 37. With feedback voltage $V_{FB}$ being regulated, the output voltage $V_{OUT}$ is in turn regulated to a higher voltage by the ratio of $(R_1+R_2)$ to $R_2$.

Transconductance amplifier 38 is used to compare the feedback voltage $V_{FB}$ to a reference voltage $V_{REF}$. Circuit 10 regulates the output voltage $V_{OUT}$ as follows. During each cycle when switch 15 is "ON", P-MOSFET 16 is turned ON and the current $I_L$ in inductor L1 ramps up at a rate dependent on $V_{IN}-V_{OUT}$. When $I_L$ ramps up to a threshold level set by output 38A of transconductance amplifier 38, current comparator 39 trips and triggers the one-shot OFF pulse, initiating the "OFF" cycle of switch 15. During the "OFF" cycle, one-shot circuit 25 holds P-MOSFET 16 OFF and turns N-MOSFET 17 ON. This in turn causes the current $I_L$ in inductor L1 to ramp down at a rate dependent on $V_{OUT}$. Thus, the duty cycle of the periodic turning OFF of switch 15 is controlled so the current $I_L$ produces a regulated output voltage $V_{OUT}$ at terminal 12.

As the output load current increases, the voltage drop across $R_2$ resistor 36B will decrease. This translates into a small error voltage at input 38B of transconductance amplifier 38 that will cause output 38A to increase, thus setting a higher threshold for current comparator 39. Consequently, current $I_L$ in inductor L1 is increased to the level required to support the load current.

Since the OFF time ($t_{OFF}$) of one-shot circuit 25 is constant, switching regulator circuit 10 has a constant ripple current in inductor L1 (for constant output voltage $V_{OUT}$), but has a frequency which varies with $V_{IN}$. The ripple oscillation frequency is given by the equation:

$$f_{RIP} = (1/t_{OFF})[1-(V_{OUT}/V_{IN})]$$

One disadvantage of circuit 10 in FIG. 1 is that the ripple oscillation frequency $f_{RIP}$ may decrease to an audible level with low input voltages $V_{IN}$. This could occur, for example, when a battery powering the switching regulator circuit is

**A 194**

LINEAR 000257

5,731,694

**5**

nearly discharged. Inductor L1 may then generate and emit noise that can be objectionable to a user of the device employing the regulator circuit.

An additional disadvantage of prior art circuit 10 is that the inductor current $I_L$ is not well controlled when the output voltage $V_{OUT}$ is shorted to ground. The basic relationship between inductor current and voltage is given by the equation $di/dt = V/L$. in inductor L1 decays during the OFF-time depends on the voltage across inductor L1, which is the sum of $V_{OUT}$ and the drain to source voltage, $V_{DS}$, of N-MOSFET 17. During a short, $V_{OUT}$ approaches zero while $V_{DS}$ is also very low, resulting in very little decay of current $I_L$ in inductor L1 during $t_{OFF}$. However, following each OFF cycle, P-MOSFET 16 is turned back ON until current comparator 39 again trips one-shot constant OFF time control circuit 25. Even for the minimum time that P-MOSFET 16 is ON, the current $I_L$ in inductor L1 may increase by more than it can decrease during $t_{OFF}$. This may result in a runaway condition in which the short circuit current may reach destructive levels.

A further disadvantage of prior art circuit 10 results from the constant ripple current in inductor L1. During $t_{OFF}$, current $I_L$ in inductor L1 always ramps down by the same amount regardless of the output current of the regulator. At low output currents this can cause the current in inductor L1 to reverse polarity and, thus, pull power from the load. During the following ON cycle, this current again ramps positive such that the average inductor current equals the load current. Losses associated with this constant ripple current, along with switching losses due to the charging and discharging of switch 15's MOSFET gates, can produce large reductions in efficiency at low output currents. This will be especially the case if the current in inductor L1 reverses and power is pulled from the load to ground through N-MOSFET 17.

A still further disadvantage of prior art circuit 10 concerns the gate drives to P-MOSFET 16 and N-MOSFET 17. Delays are generally incorporated into drivers 26 and 27 to ensure that one power MOSFET turns OFF before the other turns ON. If there is insufficient deadtime between the conduction of the two MOSFETs (due to, for example, device, circuit processing, or temperature variations), current will be passed directly from input supply $V_{IN}$ to ground. This "shoot-through" effect can dramatically reduce efficiency, and in some circumstances, can overheat and destroy the power MOSFETs.

FIG. 2 is a schematic block diagram of a switching regulator circuit incorporating a first embodiment of the high-efficiency control circuit of the present invention for driving a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator circuit 50 includes push-pull switch 15, driver circuit 20 and output circuit 30 similar to those of FIG. 1. Circuit 50 also includes an embodiment 70 of the high-efficiency control circuit of the present invention.

Control circuit 70 includes one-shot circuit 25, current comparator 39 and amplifier 38 similar to those of FIG. 1. However, in addition to those components, control circuit 70 also includes constant current source $I_1$ 72 and hysteretic comparator 74 for providing high efficiency operation at low average current levels.

As will be discussed in greater detail below, constant current source $I_1$ 72 and comparator 74 allow push-pull switch 15 to go into a state of operation where both MOSFETS 16 and 17 are simultaneously OFF under conditions where the output voltage $V_{OUT}$ can be maintained

**6**

substantially at the regulated voltage $V_{REG}$ by output capacitor $C_{OUT}$. This state of operation is referred to herein as a "sleep mode." The ability of push-pull switch 15 to go into such a sleep mode is in contrast to the regulator circuit of FIG. 1 where one of the two MOSFETs 16 and 17 is substantially ON at all times. This feature of the present invention reduces the regulator circuit power consumption since push-pull switch 15 does not dissipate power or allow power to be pulled from load $R_L$ to ground in sleep mode.

Furthermore, if desired, while push-pull switch 15 is in the above-described sleep mode, the regulator circuit can turn OFF other circuit components which are not needed while the regulator is in sleep mode. For example, for the embodiment of the present invention shown in FIG. 2, one-shot circuit 25, current comparator 39, current source $I_1$ 72 and amplifier 38 can also be turned OFF in sleep mode. This feature of the present invention allows the regulator circuit to operate at even higher efficiencies than otherwise possible if only push-pull switch 15 were maintained in a sleep mode.

At high load current levels (e.g., greater than 20 percent of the maximum rated output current) control circuit 70 operates similar to control circuit 35 of FIG. 1. In FIG. 2, the current feedback $I_{FB}$ is again provided to the non-inverting input of current comparator 39. Offset $V_{OS}$ 76, which preferably is built into amplifier 38, level-shifts feedback voltage $V_{FB}$ slightly below reference voltage $V_{REF}$, thus keeping the output of hysteretic comparator 74 high during high current conditions. When the feedback current $I_{FB}$ exceeds the current supplied to the inverting input of current comparator 39, the output of comparator 39 goes HIGH so as to initiate the switch "OFF" cycle.

During the "OFF" cycle, output 25A of one-shot circuit 25 is HIGH, which turns P-MOSFET 16 OFF and N-MOSFET 17 ON. After a constant time set by one-shot circuit 25, output 25A goes LOW, thus initiating the next "ON" cycle where P-MOSFET 16 ON and N-MOSFET 17 OFF.

In accordance with the present invention, regulator circuit 50 goes into sleep mode at low output current levels as follows. Hysteretic comparator 74 monitors the feedback voltage $V_{FB}$ and goes LOW when $V_{FB}$ exceeds a predetermined voltage value in excess of the reference voltage $V_{REF}$. Such a condition is indicative of the output voltage $V_{OUT}$ exceeding a predetermined voltage range in excess of the regulated voltage $V_{REG}$. This over voltage condition is intentionally induced at low average output currents by providing a constant current source $I_1$ 72 coupled in parallel with amplifier 38. During the over voltage condition both MOSFETS 16 and 17 are maintained OFF by way of AND gate 66 and NAND gate 68.

Constant current source 11 sets a minimum feedback current threshold for current comparator 39. This sets a minimum current required in inductor L1 during each ON cycle to trip comparator 39. In accordance with the present invention, current comparator 39 is intentionally forced to remain ON at current levels that would otherwise cause it to trip. Thus, more current is supplied to inductor L1 than is necessary to maintain the output voltage $V_{OUT}$ at the regulated voltage $V_{REG}$. As a result, $V_{OUT}$ will begin to increase beyond the regulated voltage $V_{REG}$, causing the feedback voltage $V_{FB}$ to trip hysteretic comparator 74 at a predetermined voltage value-in excess of $V_{REF}$. When comparator 74 trips, its output goes LOW to turn both MOSFET 16 and 17 OFF to put the regulator circuit into sleep mode.

In the above-described state of operation (i.e., "sleep mode") where MOSFETs 16 and 17 are both simultaneously OFF, the output load 14 is supported substantially by output

**A  195**

5,731,694

7

capacitor $C_{OUT}$. Hysteretic comparator 74 monitors the feedback voltage $V_{FB}$ and when $V_{OUT}$ falls such that $V_{FB}$ has decreased by the amount of the hysteresis in comparator 74, driver circuit 20 is taken out of sleep mode (where MOSFETS 16 and 17 are both driven OFF) so that a new ON cycle is initiated to supply current to load 14. If the load current remains low, $C_{OUT}$ will recharge to a voltage level in excess of $V_{REG}$ and the feedback voltage $V_{FB}$ will again trip comparator 74 after only a few cycles.

Thus, during light loads, control circuit 70 is adapted to turn both MOSFET 16 and MOSFET 17 OFF when they are not needed to maintain the output voltage substantially at the regulated voltage level if the output capacitor $C_{OUT}$ is capable of doing so. When the output voltage falls below the regulated voltage level in such a mode, control circuit 70 is adapted to briefly turn switch 15 ON to recharge the output capacitor $C_{OUT}$ back to a voltage level in excess of the regulated voltage. Therefore, $V_{OUT}$ will oscillate between upper and lower thresholds separated by the comparator 74 hysteresis voltage multiplied by the ratio of $(R_1+R_2)$ to $R_2$. The rate at which the regulator "wakes up" to recharge output capacitor $C_{OUT}$ will automatically adapt to the load current, maintaining high efficiencies even at low output currents.

In accordance with the present invention, control circuit 70 maintains MOSFETS 16 and 17 OFF over periods of time when the output current is low enough to allow the output capacitor $C_{OUT}$ to maintain the output voltage substantially at the regulated voltage. Typically, such periods of OFF time, wherein both MOSFETS 16 and 17 are maintained OFF even though the switching regulator is providing a regulated voltage, can extend from less than 100 microseconds to over a few seconds (respectively corresponding to a few switch cycles to over one-hundred-thousand switch cycles for a switching frequency of 100 kilohertz). Such OFF times typically allow high efficiency to be obtained (e.g., over 90%) over an output current range in excess of 100:1. Because other components in addition to the switching transistors can also be maintained OFF during such periods, even higher efficiencies can typically be obtained.

Control circuit 70 of switching regulator 50 shown in FIG. 2 is used to drive a synchronously-switched switch including MOSFETS 16 and 17. As used herein, the term "synchronously-switched switch" refers to a switch including two switching transistors that are driven out of phase to supply current at a regulated voltage to a load. FIG. 3 shows a second embodiment of the high-efficiency control circuit of the present invention adapted to drive a switch including a switching transistor and a switching diode in a step-down configuration.

As shown in FIG. 3, switching regulator 100 includes switch 115 including P-MOSFET 116 and diode 118. Switch 115 is driven by driver 120 including P-driver 126. The turning-ON and turning-OFF of switch 115 is controlled by control circuit 125. Because control circuit 125 is used to only drive one MOSFET (in contrast to control circuit 70 of FIG. 2), it only has one output terminal 125A (taken from the output of NAND gate 68).

Control circuit 125 includes current comparator 39, amplifier 38, hysteretic comparator 74 and one-shot circuit 25, similar to those shown in control circuit 70 of FIG. 2. As discussed above with respect to FIG. 2, at low average output current levels, constant current source $I_1$ 72 is used to intentionally overdrive the current supplied to inductor L1 so as to cause the output voltage $V_{OUT}$ to increase beyond the regulated voltage level $V_{REG}$ where the output can be supported substantially by output capacitor $C_{OUT}$ for

8

extended periods of time. During these extended time periods, P-MOSFET 116 is maintained OFF in a sleep mode so as to increase circuit efficiency.

As discussed above, control circuits 70 and 125 of FIGS. 2 and 3, respectively, provide high-efficiency operation at low average output current levels. Such operation adapts automatically to the output current level. For example, at high output current levels during a first state of operation the switch continually alternates between an ON state and an OFF state to maintain the output voltage $V_{OUT}$ at the regulated voltage level $V_{REG}$. At low output current levels during a second state of operation, where circuit efficiency would otherwise be low, the output voltage $V_{OUT}$ is able to be maintained substantially at the regulated voltage level $V_{REG}$ by output capacitor $C_{OUT}$ without continuously turning the switch ON and OFF. Thus, the control circuit automatically identifies such a condition and allows the regulator circuit to go into a "sleep" mode where a minimal number of circuit components are required to be ON.

In accordance with another feature of the present invention, a regulator circuit can also incorporate a "user activated" embodiment of the control circuit of the present invention where a user input controls whether the regulator circuit is in a "sleep" mode or not. FIG. 4 is a schematic block diagram of a switching regulator circuit incorporating such a "user-activated" embodiment of the high-efficiency control circuit of the present invention for driving a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator circuit 150 in FIG. 4 includes push-pull switch 15, driver 20, output circuit 30 similar to those in circuit 50 of FIG. 2. Control circuit 170 of regulator circuit 150 includes one-shot circuit 25, current comparator 39 and amplifier 38 also similar to those in circuit 50 of FIG. 2. In contrast to FIG. 2, switch 175 (including switches 176 and 178) is used to manually switch regulator circuit 150 into a sleep mode through user input 175A, which may be a control signal from some other type of control circuit (not shown). Upon the closing of switch 175, switches 176 and 178 both close.

Switch 176 is used to turn N-driver 27 OFF in sleep mode by grounding input 66A of AND gate 66 (which normally is held HIGH by resistor 67 coupled to a positive supply). Switch 178 is used to introduce positive feedback, and therefore hysteresis, into amplifier 38 so as to allow control circuit 170 to maintain the output voltage $V_{OUT}$ substantially at the regulated voltage level $V_{REG}$ in sleep mode. (Resistor $R_{HYS}$ coupled between reference circuit 37 and the non-inverting input of amplifier 38, is used to assist in feeding back the output of amplifier 38 into the non-inverting input of amplifier 38.)

Switch 178 allows amplifier 38 to overdrive the supply of current to inductor L1 (through P-MOSFET 16) so as to intentionally drive the output voltage $V_{OUT}$ to a predetermined level in excess of the regulated voltage level $V_{REG}$. After being driven to such voltage level, the hysteresis in amplifier 38 maintains P-driver 26 OFF until the feedback voltage $V_{FB}$ falls by at least the hysteresis voltage. At that point, output 39A of current amplifier 39 goes HIGH to trigger one-shot circuit 25 so that P-MOSFET 16 is turned ON to recharge the output capacitor $C_{OUT}$ to the predetermined voltage level in excess of the regulated voltage level $V_{REG}$.

As discussed above, control circuit 170 periodically wakes up during sleep mode to turn P-MOSFET 16 ON to recharge the output capacitor $C_{OUT}$. It will be apparent to those of ordinary skill in art that although N-MOSFET 15 is

LINEAR 000259

5,731,694

9

maintained OFF during such wake-up periods, this does not have to be the case. For example, while control circuit 170 is recharging output capacitor $C_{OUT}$, such recharging could be accomplished by alternately turning the switching transistors OFF so as to vary the duty cycle and thereby recharge the output capacitor $C_{OUT}$.

Thus, regulator circuit 150 operates to increase efficiency at low current levels as in regulator circuit 50 of FIG. 2 if a user manually activates a switch. However, in contrast to regulator circuit 50 of FIG. 2, regulator circuit 150 does not automatically adapt to the output current levels. For example, circuit 150 does not take itself out of sleep mode as the average output current increases—it relies upon user deactivation.

As discussed above, the embodiments of the control circuits of the present invention shown in FIGS. 2–4 include one-shot circuit 25. In accordance with another feature of the present invention, the one-shot circuit could be replaced with other types of circuits that control the duty cycle of the power switch. For example, one-shot circuit 25 could be replaced with a pulse-width modulator circuit that provides a pulse-width modulated signal in response to a control signal. Of course, other types of circuits could be used as well.

In accordance with another feature of the present invention, one-shot circuit 25, which provides a constant OFF-time signal, could be replaced with a one-shot circuit that provides a variable OFF-time control signal dependent upon the output voltage ($V_{OUT}$) and the input voltage ($V_{IN}$). This feature of the present invention can be used to reduce the generation and emission of audible noise from inductor L1 at low input voltages. As discussed above, such noise is associated with oscillation in the inductor current. Furthermore, this feature of the present invention can also be used to control the short circuit current if the output is short circuited.

FIG. 5 is a schematic block diagram of an exemplary switching regulator circuit incorporating the variable OFF-time control circuit of the present invention.

Switching regulator circuit 200 includes push-pull switch 15, driver circuit 20, current feedback circuit 210, voltage feedback circuit 220, feedback control circuit 230 and variable OFF-time circuit 240. Feedback control circuit 230 monitors the output current and output voltage through inputs 232 and 234, respectively, and provides a trigger signal at terminal 236 to initiate the OFF cycle of switch 15. Variable OFF-time circuit 240 is used to control the OFF time as follows.

Circuit 240 includes one-shot generator 245 which is triggered by feedback control circuit 230 through terminal 236. One-shot generator 245 includes an additional terminal 245A coupled to control capacitor ($C_{CON}$) 246 whose voltage is monitored by generator 245. In accordance with the present invention, OFF-time control circuit 250 controls the discharging of capacitor $C_{CON}$, and thus the capacitor voltage, so as to in turn control the OFF time of generator 245. OFF-time control circuit 250 monitors the input and output voltages ($V_{IN}$ and $V_{OUT}$) and, depending upon their values, adjusts the OFF time accordingly.

In accordance with the present invention, if the input voltage $V_{IN}$ decreases so that the inductor L1 oscillation frequency $f_{RIP}$ discussed above falls into an audible range, the OFF time is decreased so that $f_{RIP}$ will accordingly increase out of an audible range. Also, if the output voltage $V_{OUT}$ decreases due to a short circuit so that the voltage across inductor L1 is too low to allow adequate decay in inductor current during the OFF cycle, the OFF time is increased so as to avoid a current runaway condition.

10

In the present embodiment the discharging of control capacitor $C_{CON}$ is regulated by controlling the magnitude of control current $I_{CON}$. For example, at low input voltages $I_{CON}$ is increased by OFF-time control circuit 250 so that the voltage on control capacitor $C_{CON}$ rapidly falls. When the control capacitor voltage falls below a predetermined value, the ON cycle of switch 15 is initiated. Additionally, at low output voltages $I_{CON}$ is decreased by OFF-time control circuit 250 so that the voltage on control capacitor $C_{CON}$ slowly decays to lengthen the OFF time.

Although switching regulator circuit 200 shown in FIG. 5 relies upon a particular circuit for discharging a capacitor to control the OFF time, it is apparent that other circuits for performing this same function in response to the input and output voltages can also be used. For example, if desired, an operational amplifier could be used to control the OFF-time.

Thus, a one-shot circuit has been discussed which provides a variable OFF-time control signal that adapts to the input and output voltage levels. This feature of the present invention is used to reduce the generation and emission of audible noise from the regulator circuit at low input voltage levels (i.e., reduce $t_{OFF}$ at low input voltages) and to limit the short circuit current if the output is short circuited (i.e., increase $t_{OFF}$ at low output voltages).

FIG. 6 is a detailed schematic diagram of an exemplary embodiment of the variable OFF-time control circuit of FIG. 5.

OFF-time control circuit 250 accepts as inputs $V_{IN}$ and $V_{OUT}$ at terminals 252 and 254, respectively, and provides an output $I_{CON}$ at terminal 256. As discussed above, $I_{CON}$ provides for the controlled discharging of a control capacitor $C_{CON}$ coupled to terminal 256. Control circuit 250 controls the magnitude of $I_{CON}$, and therefore controls the time it takes control capacitor $C_{CON}$ to discharge. Control circuit 250 includes current source 260 (for providing current $I_{CN2}$), current source 270 (for providing current $I_{CN1}$), current compensation circuit 280 and current mirror output circuit 295. Control circuit 250 works as follows.

Current mirror output circuit 295 is a current mirror circuit including transistor 296 and transistor 298 (having its gate 298A connected to its drain 298B). Circuit 295 accepts a controlled reference current $I_{CREF}$ at input 295A and provides a proportional output current $I_{CON}$ related to the aspect ratios of transistor 296 and 298 (as in conventional current mirror circuits). In accordance with the present invention, $I_{CREF}$ will be equal to either $I_{CN1}$ or ($I_{CN1+ICN2}$) depending upon voltages $V_{IN}$ and $V_{OUT}$ on input terminals 252 and 254, respectively.

When $V_{IN}-V_{OUT}$ is greater than 1.5 volts, transistor 262 conducts sufficient current (from transistor 264 and current supply $I_6$) to hold transistor 266 OFF. With transistor 266 OFF, current $I_{CN2}$ will be zero and current $I_{CREF}$ will therefore be equal to current $I_{CN1}$ provided at output terminal 270A of current source 270.

Current $I_{CN1}$ is supplied by a current mirror circuit composed of transistor 272 and transistor 274 (having its gate 274A connected to its drain 274B). In accordance with the present invention, the reference current $I_{CN1REF}$ flowing from transistor 274 will be equal to either $I_{CN1A}$ or ($I_{CN1A}+ I_{CN1B}$), depending upon whether transmission gate 282 is open or closed, respectively.

Transmission gate 282 is controlled by comparator 284 and will be OPEN when $V_{OUT}$ is less than $V_{TH3}$. Under OPEN conditions, $I_{CN1REF}$ will be equal to $I_{CN1A}$ which goes to the collector of transistor 276. This current is derived by dividing $V_{OUT}$ by the output divider (composed of resistors 271 and 273) to produce voltage $V_{FB1}$ (at the base of

A    197

LINEAR 000260

5,731,694

**11**

transistor 279). Voltage $V_{FB1}$ is then level shifted up by the base-emitter voltage of transistor 279 and then down by the base-emitter voltage of transistor 276 where it appears across emitter resistor 278. The resulting transistor 276 collector current is then proportional to the output voltage $V_{OUT}$, causing control capacitor $C_{CON}$ to be discharged at a rate which is proportional to the discharge rate of the current in inductor L1.

Thus, when the output voltage $V_{OUT}$ is low, such as during a fault or start-up condition, $t_{OFF}$ will be lengthened to allow the additional time required for the current to ramp down in inductor L1.

When the output voltage $V_{OUT}$ is greater than $V_{TH3}$, the output of comparator 284 closes transmission gate 282 to couple an additional compensation current $I_{CN1B}$ to the drain of transistor 274 to provide current compensation through current compensation circuit 280. Compensation current $I_{CN1B}$ is equal to current $I_{TRIM}$ minus the drain current of transistor 286. Transistors 286 and 288 serve to mirror the collector current in transistor 290 (which is derived in a similar manner to the collector current in transistor 276 discussed above, except that voltage $V_{REF}$ is used instead of voltage $V_{FB1}$).

Compensation current $I_{CN1B}$ has two purposes: 1) to serve as a trimming current to set a desired control current $I_{CON}$ when the output voltage $V_{OUT}$ is substantially at its regulated level, and 2) to maintain a substantially constant control current $I_{CON}$ over a wide range of operating temperatures. During typical circuit manufacturing, variations in the resistance of resistor 278 would normally cause control current $I_{CON}$ to be larger or smaller than desired. By trimming $I_{TRIM}$ while in production, compensation current $I_{CN1B}$ can be adjusted to add or subtract from the collector current ($I_{CN1A}$) of transistor 276 as required to provide a predetermined control current $I_{CON}$. Additionally, if resistors 278 and 292 are matched (i.e., designed and fabricated similarly), then control current $I_{CON}$ variations due to the temperature variation of the resistance of resistor 278 will be substantially cancelled by a corresponding change in the resistance of resistor 292.

If the output voltage $V_{OUT}$ is less than voltage $V_{TH3}$, the output of comparator 284 opens transmission gate 282 and thus inhibits current compensation. This ensures that control current $I_{CON}$ will approach zero as the output voltage $V_{OUT}$ approaches zero, thus guaranteeing control of the inductor current $I_L$ during an output short circuit.

When $V_{IN}$ falls to the point that $V_{IN}-V_{OUT}$ is less than 1.5 volts, the current in transistor 262 no longer holds transistor 266 OFF. As $V_{IN}$ decreases further, transistor 266 adds additional current ($I_{CN2}$) into current mirror output circuit 295, thereby increasing control current $I_{CON}$ and, thus, reducing $t_{OFF}$. This in turn stabilizes the operating frequency as $V_{IN}$ decreases, reducing potential audibility problems. Current source $I_Y$ determines the maximum current that transistor 266 adds to control current $I_{CON}$.

Thus, when $V_{IN}$ falls so that $V_{IN}-V_{OUT}$ is less than 1.5 volts (e.g., when a battery is nearly discharged), $t_{OFF}$ will be reduced to increase the oscillation frequency of the regulator circuit so that the generation and emission of audible noise is reduced.

Although variable OFF-time control circuit 250 was discussed above with respect to a regulator circuit which includes push-pull switch 15 and driver 20, it will be apparent that the variable OFF-time feature of the present invention could be used in other regulators as well. For example, this feature could also be used in the regulator circuits of FIGS. 3 and 4 and other circuits that employ one-shot generators to provide a regulated voltage.

**12**

FIG. 7 is a detailed schematic block diagram of an exemplary switching regulator circuit incorporating both the variable OFF-time feature and the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator 300 includes push-pull switch 15, driver 20, output circuit 30 and control circuit 350. Control circuit 350 includes one-shot generator 245, variable OFF-time control circuit 250 for controlling the OFF cycle time and comparator 74 for providing high-efficiency operation at low average output current levels. Switching regulator 300 works as follows.

When the load current exceeds, for example, approximately 20 percent of the maximum output current, the loop operates in a continuous mode wherein comparator 74 does not override output 245A of one-shot generator 245. With $V_{IN}-V_{OUT}$ greater than 1.5 V, operation is substantially similar to that described for FIG. 1. The inductor current is sensed by means of the voltage drop across resistor $R_{SENSE}$, and the threshold for the current comparator 39 is set by the voltage drop across resistor $R_3$. Built-in offset $V_{OS}$ (e.g., about 10 mv) levelshifts feedback voltage $V_{FB}$ slightly below reference voltage $V_{REF}$, thus keeping the output of comparator 74 HIGH in this mode. When the voltage across resistor $R_{sense}$ exceeds the threshold across resistor $R_3$, the output of comparator 39 goes HIGH and the RBAR input of RS flip-flop 310 goes LOW, resetting RS flip-flop 310, and thus, initiating the switch OFF cycle.

During the OFF cycle, switch signal $V_{SWB}$ is HIGH, which turns P-MOSFET 16 OFF, N-MOSFET 17 ON and allows $I_{CON}$ to discharge control capacitor $C_{CON}$. The OFF time, $t_{OFF}$ is in turn determined by the time it takes control capacitor $C_{CON}$ to discharge from its initial voltage to $V_{TH1}$, coupled to the non-inverting input of comparator 312. When control capacitor $C_{CON}$ discharges to voltage $V_{TH1}$, the output of comparator 312 goes LOW, thus setting RS flip-flop 310 and initiating the next ON cycle. Voltage $V_{TH1}$ is higher than voltage $V_{TH2}$, thus causing the output of comparator 315 to remain LOW in the continuous mode.

In accordance with present embodiment, the OFF time is controlled by variable OFF-time control circuit 250 described above with respect to FIGS. 5 and 6. Accordingly, circuit 250 includes inputs 252 and 254 coupled to $V_{IN}$ and $V_{OUT}$, respectively, to monitor those voltages.

Current source $I_L$ sets a minimum voltage threshold across resistor $R_3$ for current comparator 39. This sets a minimum current required in inductor L1 during each ON cycle to trip comparator 39. If the resulting average inductor current flowing to the output is greater than the load current, then output voltage $V_{OUT}$ will begin to increase, causing feedback voltage $V_{FB}$ to trip the hysteretic comparator 74. Of course, the inductance of inductor L1 and OFF time $t_{OFF}$ are preferably chosen so that the inductor ripple current is not below zero when such tripping occurs. When comparator 74 trips, its output goes LOW and overrides the Q output of RS flip-flop 310. Immediately switching switch signal $V_{SWB}$ high. As discussed above, this automatically initiates the beginning of the "sleep" mode of operation.

In sleep mode, capacitor $C_{CON}$ discharges as before, but does not initiate a new switch ON cycle when comparator 312 trips. As discussed above, this is because until feedback voltage $V_{FB}$ has fallen by the amount of hysteresis in comparator 74, the LOW at output 74A forces switch signal $V_{SWB}$ to remain HIGH through NAND gate 316. Accordingly, control capacitor $C_{CON}$ continues to discharge below voltage $V_{TH2}$, causing output 315A of comparator 315

**A   198**

LINEAR 000261

5,731,694

13

to go HIGH. This in turn causes the N-MOSFET 17 as well as the P-MOSFET 16 to be turned OFF. In addition, unused circuit components such as amplifier 38 and comparators 39 and 312 are also turned OFF when the regulator circuit is in sleep mode. As discussed above, this decreases bias currents substantially during sleep mode, further increasing efficiency at low output current levels.

During the extended off times in sleep mode, much of the regulator and both MOSFETS 16 and 17 are turned off, and the output load is supported substantially by output capacitor $C_{OUT}$. However, when the output voltage $V_{OUT}$ falls such that the feedback voltage $V_{OUT}$ has decreased by the amount of hysteresis in comparator 74, all circuit components are again turned on and a new ON cycle is initiated to supply current to the output. If the load current remains low, output capacitor $C_{OUT}$ will recharge, and the feedback voltage $V_{FB}$ will again trip comparator 74 after only a few switch cycles. Thus, during light load conditions, the output voltage $V_{OUT}$ will oscillate between upper and lower thresholds values, as discussed above.

Whenever P-MOSFET 16 is ON, its gate-to-source voltage also appears across MOSFET 334, turning MOSFET 334 ON. This pulls the drain of MOSFET 334 HIGH, and inhibits N-drive 27. Following a LOW-to-HIGH $V_{SWB}$ transition, the voltage on the gate of P-MOSFET 16 must rise to a level where MOSFET 334 is conducting less than current source 335 before the drain voltage of MOSFET 334 falls and allows the N-MOSFET 17 to be turned ON. Current $I_{M1}$ is purposely made small so that the gate of P-MOSFET 334 must rise to within 2 volts of the input voltage $V_{IN}$ before the drive is enabled, ensuring that the P-MOSFET is completely OFF when N-MOSFET 17 turns ON. In a similar manner, MOSFET 332 and current source $I_{M2}$ 333 ensure that the N-MOSFET 17 is completely OFF when the P-MOSFET 16 turns ON. This prevents simultaneous conduction regardless of the driver speeds or MOSFET sizes, ensuring maximum possible efficiency. This feature of the present embodiment is discussed in more detail in commonly-assigned U.S. patent application Ser. No. 07/893, 523, filed Jun. 4, 1992, now U.S. Pat. No. 5,365,118, which is hereby incorporated by reference in its entirety. If desired, the control circuit of the present invention can also include circuitry for accommodating transient switch signals as described in commonly assigned U.S. patent application Ser. No. 08/035,423, filed concurrently herewith, now U.S. Pat. No. 5,408,150, which is also hereby incorporated by reference in its entirety.

Schottky diode D2 coupled across N-MOSFET 17 shown in FIG. 7 only conducts during the deadtime between the conduction of MOSFETS 16 and 17. Diode D2's purpose is to prevent the body diode of N-MOSFET 17 from turning on and storing charge during the deadtime, which could reduce efficiency (e.g., by approximately 1 percent) in some cases. Diode D2 preferably is selected with a forward voltage of less than about 0.5 volts when conducting the maximum output current.

In accordance with the present invention, the control circuit shown in FIG. 7, when incorporated into a 5-volt synchronous step-down switching regulator, is capable of achieving over 90 percent efficiency (for an input voltage of approximately 10 volts) while the output current varies over two orders of magnitude (e.g., 20 mA to 2 A). Under some operating conditions (e.g., for an input voltage of 6 volts) efficiencies of over 95 percent can be maintained over such current levels. Such a control circuit is particularly useful in notebook and palm-top computers, portable instruments, battery-operated digital devices, cellular telephones, DC power distributions systems and GPS systems.

14

As discussed above with respect to FIG. 1, a disadvantage of prior art control circuit 10 is that at low output currents the current in inductor L1 may reverse during if during $t_{OFF}$ the current ramps down too much. This may result in power being pulled from the load to ground, through N-MOSFET 17, with an associated reduction in circuit efficiency. In accordance with a still further feature of the present invention, the control circuit can include a circuit for turning OFF the N-MOSFET to prevent such power from being pulled from the load if the inductor current reverses polarity.

FIG. 8 is a schematic block diagram of an exemplary switching regulator circuit incorporating a circuit of the present invention for preventing reversals in the polarity of the current in the output inductor of the regulator from drawing power from the load.

Switching regulator 400 includes push-pull switch 15, driver circuit 20 and output circuit 30 similar to those of FIG. 1. Switching regulator 400 also includes an embodiment 470 of the high-efficiency control circuit of the present invention for preventing reversals in the polarity of output inductor L1 current from drawing power from the load.

Control circuit 470 includes one-shot circuit 25, current comparator 39 and transconductance amplifier 38 similar to those of FIG. 1. In addition to those components, control circuit 470 also includes comparator 471 and gate 472 for preventing reversals in inductor current polarity from drawing power from the load at low average current levels. Control circuit 470 works as follows.

When output $25a$ of one-shot circuit goes HIGH to turn P-MOSFET 16 OFF and N-MOSFET 17 ON, the inductor current $I_L$ begins to ramp down. During low average output currents, this current may ramp down towards zero and, eventually, may go negative. Control circuit 470 works by monitoring the inductor current $I_L$, through current feedback signal $I_{FB2}$, and turns N-MOSFET 17 OFF before such current reversals can occur. This prevents N-MOSFET 17 from drawing power from the load to ground.

Comparator 471 includes input $471a$ adapted to monitor inductor current $I_L$ by way of current feedback signal $I_{FB2}$. When current feedback signal $I_{FB2}$ falls below current $I_a$ applied to input $471b$ of comparator 471, comparator output $471c$ goes LOW and, therefore, turns N-MOSFET 17 OFF by way of NAND gate 472. The turning OFF of N-MOSFET 17 prevents current reversals in inductor current $I_L$ from drawing power from load 14 to ground through N-MOSFET 17.

After N-MOSFET 17 is turned OFF, it will again be allowed to turn ON as soon as feedback current $I_{FB2}$ exceeds current $I_a$ to cause comparator output $471c$ to go HIGH. Generally, comparator output $471c$ will again go HIGH after one-shot circuit 25 turns P-MOSFET 16 ON, which, in turn, causes-the inductor current $I_L$ to again ramp up. Such ramping up will allow current feedback signal $I_{FB2}$ to exceed $I_a$ and, therefore, cause comparator output $471c$ to go HIGH. While comparator $471c$ is HIGH, one-shot circuit 25 solely controls the turning ON of N-MOSFET 17.

Thus, control circuit 470 includes circuitry for intentionally holding N-MOSFET 17 OFF during periods when current reversals would otherwise allow power to be drawn from the load. This feature of the present invention can increase circuit efficiency at low average output current levels when current reversals are most like to occur.

It will be apparent to those of ordinary skill in the art that although comparator 471 monitors the inductor current $I_L$ through feedback current $I_{FB2}$, other means of detecting current reversals in the inductor current $I_L$ could be used as well. For example, comparator 471 could monitor current

**A 199**

5,731,694

## 15

feedback signal $I_{FB1}$ just as well so that only one type of current feedback signal is employed in control circuit 470. Additionally, many others means of generating a feedback signal indicative of current reversal in inductor current $I_L$ could be used as well (see, e.g., resistor $R_{SENSE}$ in FIG. 7).

The high-efficiency control circuit of the present invention was discussed above with respect to FIGS. 1–8 wherein the switching regulator was configured in a voltage step-down configuration. It will be apparent that the control circuit of the present invention could be used in other configurations as well. For example, FIG. 9 shows a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a voltage step-up configuration.

Switching regulator 500 includes synchronously-switched switch 15' wherein the drains of P-channel MOS-FET 16 and N-channel MOSFET 17 are coupled together and to one side of inductor L1. The other side of inductor $L_1$ is coupled to input $V_{IN}$. Control circuit 70 drives driver circuit 20' including inverting P-driver 26' and inverting N-driver 27', which in turn drive P-channel MOSFET 16 and N-channel MOSFET 17, respectively.

Thus, as shown in FIG. 9, the control circuit of the present invention can be used in switching configurations wherein an input voltage $V_{IN}$ is stepped up to a regulated output voltage $V_{OUT}$. As is the case with the step-down configurations shown in FIGS. 2–8, the control circuit of FIG. 9 can be used in other types of step-up configurations as well. For example, one-shot circuit 25 shown in FIG. 9 can include an additional input for monitoring the input voltage $V_{IN}$ to reduce the generation and emission of audible noise from inductor L1 at low input voltages as discussed above with respect to FIGS. 5 and 6. Also, switching regulator 500 can include circuitry to hold P-MOSFET 16 OFF during periods when the polarity of inductor current $I_L$ would otherwise reverse, as discussed above with respect to FIG. 8.

FIG. 10 shows a schematic block diagram of a switching regulator incorporating the high-efficiency control circuit of the present invention in a voltage polarity-inverting configuration.

Switching regulator 600 includes switch 15'' wherein the drain of P-channel MOSFET 16 is coupled to one side of inductor L1 and to $V_{OUT}$ through diode D601. The other side of inductor L1 is coupled to ground. The source of P-channel MOSFET 16 is coupled to the positive input voltage $V_{IN}$. Control circuit 70' drives driver circuit 20'' including P-driver 26 which, in turn, drives P-channel MOSFET 16.

Control circuit 70' operates substantially similar to control circuit 70 discussed above except for the following. Voltage feedback to control circuit 70' is provided by resistors R1 and R2 and amplifier 602. Amplifier 602 inverts the negative polarity voltage at $V_{OUT}$ to provide a positive polarity feedback voltage to control circuit 70'.

Thus, as shown in FIG. 10, the control circuit of the present invention can be used in switching configurations wherein an input voltage $V_{IN}$ is inverted to a regulated output voltage of opposite polarity $V_{OUT}$. As is the case with the step-down configurations shown in FIGS. 2–8, the control circuit of FIG. 10 can be used in other types of polarity-inverting configurations as well. For example, one-shot circuit 25 shown in FIG. 10 can include an additional input for monitoring the input voltage $V_{IN}$ to reduce the generation and emission of audible noise from inductor L1 at low input voltages. Furthermore, one-shot circuit 25 can include an input for monitoring the output voltage $V_{OUT}$ to control the short circuit current if the output is short circuited as discussed above with respect to FIG. 5 and 6. Also, if

## 16

regulator 600 was synchronously switched and included an N-MOSFET instead of D601, the regulator could include circuitry to hold such an N-MOSFET OFF during periods when the polarity of inductor current $I_L$ would otherwise reverse, as discussed above with respect to FIG. 8.

It will be apparent to those of ordinary skill in the art that although the present invention has been discussed above with reference to a hysteretic voltage comparator for generating the sleep mode control signal to cause the switching regulator to go into and awake from the sleep-mode, other means for performing the same function are also possible. For example, if desired, the sleep mode control signal could be generated in response to a monitored output current. Furthermore, the switching regulator could be taken out of the sleep mode a predetermined time period after going into such a mode, instead after the output voltage falls below a predetermined threshold voltage, as illustrated above.

It will also be apparent that although the present invention has been discussed above with reference to FIGS. 1–10, wherein the power switches were either a pair of complementary MOSFETS (i.e., one p-channel and one n-channel) or a single p-channel MOSFET (FIG. 3), the present invention is applicable to other types of switches as well. For example, the power switch could include a pair of N-channel MOSFETS, a pair of P-channel MOSFETS, or bipolar junction transistors.

Thus, a control circuit and method for maintaining high efficiency over broad current ranges in a switching regulator circuit has been provided.

One skilled in the art will thus appreciate that the present invention can be practiced by other than the described embodiments, which are presented for purposes of illustration and not of limitation, and the present invention is limited only by the claims which follow.

What is claimed is:

1. Control circuitry for controlling a switching voltage regulator supplying current at a regulated voltage to a load, said regulator having switching circuitry adapted to receive an input voltage and including a switching transistor, a diode, an inductive element, and output circuitry, including an output capacitor, said control circuitry including:

an error amplifier having inputs coupled to a reference and to said output circuitry;

a current comparator circuit having inputs coupled to an output of said error amplifier and to an inductive element current feedback signal;

a bias source coupled to an input of said current comparator circuit, said bias source setting a minimum feedback current threshold for said current comparator circuit, said minimum feedback current threshold determining a minimum current level required in said inductive element during each on cycle of said switching transistor to trip said current comparator;

a hysteretic comparator having a first input coupled to a reference, a second input coupled to said output circuitry and an output, said output changing from a first state to a second state when the first and second inputs compare in a predetermined manner; and

a logic circuit coupled between said hysteretic comparator and said switching transistor which prevents said switching transistor from turning on when said output of said hysteretic comparator is in said second state.

2. The control circuitry of claim 1 wherein a voltage offset is introduced between an input of said error amplifier and an input of said hysteretic comparator, said voltage offset inhibiting a change in output state of said hysteretic comparator at high load current levels.

**A  200**

LINEAR 000263

5,731,694

### 17

3. The control circuitry of claim 1, wherein said current comparator is coupled to a one-shot circuit, an output of which is coupled to said logic circuit.

4. The control circuitry of claim 1, wherein an amplifier circuit is coupled between said output circuitry and an input to said error amplifier to provide positive feedback in a switching voltage regulator circuit wherein the input voltage has an opposite polarity from the voltage at the load.

5. A method for controlling a switching voltage regulator supplying current at a regulated voltage to a load, said regulator having switching circuitry adapted to receive an input voltage and including a switching transistor, a diode, an inductive element, and output circuitry, including an output capacitor, the method comprising the steps of:

(a) monitoring the current through the inductive element to generate a first feedback signal;

(b) monitoring an output voltage of the regulator to generate a second feedback signal;

(c) generating a minimum current threshold;

### 18

(d) generating a current threshold responsive to the second feedback signal, the current threshold being maintained at or above the minimum current threshold;

(e) generating a first control signal to turn the transistor on and off responsive to magnitudes of the first feedback signal and the current threshold; and

(f) generating a second control signal responsive to the second feedback signal exceeding a voltage threshold, the second control signal gating the first control signal to prevent the transistor from turning on regardless of the first control signal, so that the transistor is held off, and the output current is supplied by the output capacitor.

6. The method of claim 5, wherein the current threshold generated by step (d) is the greater of the minimum current threshold, and a current which is substantially proportional to the difference in voltage between the second feedback signal and a constant voltage.

7. The method of claim 5, wherein the first control signal turns the transistor off for a predetermined time period.

* * * * *

A  201

LINEAR 000264

# TAB 10

08/476232

REV. 10/94
For Other Than A Small Entity

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Attorney Docket No. LT-26 DIV1

Anticipated Classification
of this application:
Class _____ Subclass _____

Prior application:
Examiner _____
Art Unit  2102

## EXPRESS MAIL CERTIFICATION

"Express Mail" mailing label number EG204708271US.

Date of Deposit June 7, 1995 _____

        I hereby certify that this transmittal letter and the
other papers and fees identified in this transmittal letter as
being transmitted herewith are being deposited with the United
States Postal Service "Express Mail Post Office to Addressee"
service under 37 C.F.R. § 1.10 on the date indicated above and
is addressed to the Hon. Assistant Commissioner for Patents,
Washington, D.C. 20231.

                        _____
                        GLENN SHUMAN

Hon. Assistant Commissioner
   for Patents                          New York, New York
Washington, D.C. 20231                  June 7, 1995

TRANSMITTAL LETTER FOR
RULE 60 CONTINUATION APPLICATION

Sir:

        This is a request for filing a [ ] continuation,
[X] divisional, application under 37 C.F.R. § 1.60, of pending
prior application Serial No. 08/036,047, filed on March 23, 1993
of Milton E. Wilcox and Randy G. Flatness
for CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH EFFICIENCY
OVER BROAD CURRENT RANGES IN A SWITCHING REGULATOR CIRCUIT

_____

    1.    [X]   Enclosed is a copy of the prior application,
                including the oath or declaration as originally
                filed and the undersigned registered attorney
                hereby states that these application papers
                comprise a true copy of the prior application as
                filed.

# A  202

LINEAR 000342

2.    [X]  Cancel in this application original claims _1-33, 56-72, 80-82, and 86-96 of the prior application before calculating the filing fee.

3.    [X]  The filing fee is calculated below:

CLAIMS AS FILED IN THE PRIOR APPLICATION,
LESS ANY CLAIMS CANCELLED IN PARAGRAPH 2

| FOR | NUMBER FILED | | NUMBER EXTRA | | RATE | | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | | | | $730.00 |
| TOTAL CLAIMS | 32 | − 20 = | 12 | X | $22 | = | $264.00 |
| INDEPENDENT CLAIMS | 3 | − 3 = | 0 | X | $76 | = | $ 0.00 |
| [ ] MULTIPLE DEPENDENT CLAIMS | | | | + | $240 | = | $ |
| | | | | | TOTAL | | $994.00 |

4.    [ ]  Please charge $_____ to Deposit Account No. 06-1075 in payment of the filing fee.  A duplicate copy of this transmittal letter is transmitted herewith.

5.    [X]  A check in the amount of $994.00 in payment of the filing fee is transmitted herewith.

5a.   [ ]  This application is being filed unaccompanied by a filing fee.  The appropriate filing fee will be paid in response to a Notice to File Missing Parts, pursuant to 37 C.F.R. § 1.53(d).

6.    [X]  The Commissioner is hereby authorized to charge payment of any additional filing fees required under 37 C.F.R. § 1.16, in connection with the paper(s) transmitted herewith, or credit any overpayment of same, to Deposit Account No. 06-1075.  A duplicate copy of this transmittal letter is transmitted herewith.

7.    [X]  Amend the specification by inserting before the first line the sentence:

-- Cross-Reference to Related Application This application is a division of application Serial No. 08/036,047, filed March 23, 1993, entitled CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULATOR CIRCUIT. --

2

**A  203**

LINEAR 000343

8.  [ ]  Transfer the drawings from the prior application
         to this application and abandon said prior
         application as of the filing date accorded this
         application.  A duplicate copy of this sheet is
         enclosed for filing in the prior application
         file.

9.  [ ]  New formal drawings are enclosed.

10. [X]  Informal drawings are enclosed in order to
         expedite prosecution of this application.  Formal
         drawings will be filed during the pendency of
         this application.

11. [ ]  Priority of application Serial No. _____,
         filed on _____
         _____ is claimed under 35 U.S.C. § 119.

    (1)  [ ]  The certified copy has been filed in prior
              application Serial No. _____, filed _____
              _____.

    (2)  [ ]  The certified copy is enclosed.

12. [X]  The prior Application Serial No. 08/036,047,
         filed March 23, 1993, is assigned of record to
         Linear Technology Corporation _____.

13. [X]  The power of attorney in prior Application Serial
         No. 08/036,047 is to:

         Charles B. Smith, Esq.  , Reg. No. 16,763 _____
         Laurence S. Rogers, Esq., Reg. No. 28,465 _____

    a.   [X]  The power appears in the original paper in
              the prior application.

    b.   [ ]  Since the power does not appear in the
              original papers, a copy of the power in the
              prior application is enclosed.

    c.   [ ]  Since the undersigned's power does not
              appear in original papers, a copy of the
              undersigned's power in the prior application
              is enclosed.

    d.   [X]  The undersigned is authorized to represent
              the applicants in these matters pursuant to
              the provisions of 37 C.F.R. § 1.34(a).

# A  204

3

LINEAR 000344

14.  [X]  Address all future communications to:

                    Robert W. Morris
                    Registration No. 36,613

              c/o  FISH & NEAVE
                    1251 Avenue of the Americas
                    New York, New York 10020-1104
                    Tel.:  (212) 596-9000

15.  [ ]  A preliminary amendment is enclosed.

                    Robert W. Morris
                    Registration No. 36,613
                    Agent for Applicants

              c/o  FISH & NEAVE
                    1251 Avenue of the Americas
                    New York, New York 10020-1104
                    Tel.:  (212) 596-9000

**A  205**

4

LINEAR 000345

# TAB 11

US005994885A

# United States Patent [19]

## Wilcox et al.

[11] Patent Number: 5,994,885

[45] Date of Patent: Nov. 30, 1999

[54] **CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULATOR CIRCUIT**

[75] Inventors: **Milton E. Wilcox**, Saratoga; **Randy G. Flatness**, Los Gatos, both of Calif.

[73] Assignee: **Linear Technology Corporation**, Milpitas, Calif.

[21] Appl. No.: **08/978,167**

[22] Filed: **Nov. 25, 1997**

### Related U.S. Application Data

[62] Division of application No. 08/799,467, Feb. 13, 1997, Pat. No. 5,731,694, which is a continuation of application No. 08/634,688, Apr. 18, 1996, abandoned, which is a continuation of application No. 08/476,232, Jun. 7, 1995, abandoned, which is a division of application No. 08/036,047, Mar. 23, 1993, Pat. No. 5,481,178.

[51] Int. Cl.[6] ...................................................... **G05F 1/40**
[52] U.S. Cl. .......................... **323/285**; 323/287; 323/283; 323/290
[58] Field of Search ............................ 323/285, 283, 323/224, 290, 287, 284, 268, 275

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,458,798 | 7/1969 | Fang et al. . |
| 3,571,697 | 3/1971 | Phillips . |
| 3,579,091 | 5/1971 | Clarke et al. . |
| 3,581,186 | 5/1971 | Weinberger . |
| 3,582,758 | 6/1971 | Gunn . |
| 3,585,491 | 6/1971 | Petersen . |
| 3,733,540 | 5/1973 | Hawkins . |
| 3,772,588 | 11/1973 | Kelly et al. .............................. 323/285 |
| 3,784,893 | 1/1974 | Rando . |

(List continued on next page.)

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 428 377 A2 | 5/1991 | European Pat. Off. . |
| 60-32565 | 2/1985 | Japan . |
| 60-156269 | 8/1985 | Japan . |

| | | |
|---|---|---|
| 63-307510 | 12/1988 | Japan . |
| 3-113986 | 11/1991 | Japan . |
| 4-42771 | 2/1992 | Japan . |
| 4-49844 | 2/1992 | Japan . |
| 4-101286 | 9/1992 | Japan . |
| 4-128086 | 11/1992 | Japan . |

### OTHER PUBLICATIONS

Linear Technology Corporation, "New Device Cameos," *Linear Technology Magazine*, 10:18–19 (1992).
Williams, J. and Huffman, B., "Proper instrumentation eases low power dc/dc converter design," EDN, Oct. 27, 1988.
Chryssis, George, "High–frequency switching power supplies," pp. 144–152 and 180–181, McGraw–Hill, 1989.
Hnatek, Eugene R., "Design of Solid State Power Supplies," Third Edition, pp. 65–70, Van Nostrand Reinhold, 1989.
Linear Technology, "LT1846/1847, LT3846/3847 Current Mode PWM Controller," Datasheet, 1990.
Huffman, B., "Efficiency and Power Characteristics of Switching Regulator Circuits," Application Note 46, Linear Technology, Nov. 1991.
Gold, S., "Design Techniques for Electrostatic Discharge Protection," Linear Technology, Oct. 1992.
Unitrode, "UC1846/7, UC2846/7, UC3846/7 Current Mode PWM Controller," Datasheet, dated Jan. 1997 (date of first publication unknown).

(List continued on next page.)

*Primary Examiner*—Peter S. Wong
*Assistant Examiner*—Rajnikant B. Patel
*Attorney, Agent, or Firm*—Fish & Neave

[57] **ABSTRACT**

A circuit and method for controlling a switching voltage regulator having (1) a switch including one or more switching transistors and (2) an output adapted to supply current at a regulated voltage to a load including an output capacitor. The circuit and method generates a control signal to turn said one or more switching transistors OFF under operating conditions when the voltage at the output is capable of being maintained substantially at the regulated voltage by the charge on the output capacitor. Such a circuit and method increases the efficiency of the regulator circuit particularly at low average current levels.

**42 Claims, 10 Drawing Sheets**



LINEAR 000452

A  206

5,994,885
Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,863,128 | 1/1975 | Wilwerding . |
| 3,879,647 | 4/1975 | Hamilton et al. . |
| 3,992,638 | 11/1976 | Sauvanet . |
| 4,013,939 | 3/1977 | Biess et al. . |
| 4,035,710 | 7/1977 | Joyce . |
| 4,071,884 | 1/1978 | Maigret . |
| 4,160,288 | 7/1979 | Stuart et al. . |
| 4,326,245 | 4/1982 | Saleh . |
| 4,395,675 | 7/1983 | Toumani . |
| 4,428,015 | 1/1984 | Nesler . |
| 4,462,069 | 7/1984 | Becky . |
| 4,479,174 | 10/1984 | Cates . |
| 4,493,017 | 1/1985 | Kammiller et al. . |
| 4,519,024 | 5/1985 | Federico et al. . |
| 4,541,041 | 9/1985 | Park et al. ............................ 363/41 |
| 4,554,499 | 11/1985 | Sherman et al. . |
| 4,578,630 | 3/1986 | Grosch . |
| 4,610,521 | 9/1986 | Inoue . |
| 4,634,956 | 1/1987 | Davis et al. ........................... 323/222 |
| 4,672,303 | 6/1987 | Newton . |
| 4,672,518 | 6/1987 | Murdock . |
| 4,674,020 | 6/1987 | Hill . |
| 4,683,529 | 7/1987 | Bucher, II . |
| 4,706,177 | 11/1987 | Josephson . |
| 4,709,315 | 11/1987 | Ramos . |
| 4,712,169 | 12/1987 | Albach . |
| 4,716,514 | 12/1987 | Patel . |
| 4,727,308 | 2/1988 | Huljak et al. . |
| 4,754,385 | 6/1988 | McDade et al. . |
| 4,801,859 | 1/1989 | Dishner . |
| 4,813,066 | 3/1989 | Holtz et al. . |
| 4,814,684 | 3/1989 | McCurdy . |
| 4,819,122 | 4/1989 | Gontowski, Jr. . |
| 4,823,070 | 4/1989 | Nelson . |
| 4,843,532 | 6/1989 | Freedman . |
| 4,866,587 | 9/1989 | Wadlington . |
| 4,870,555 | 9/1989 | White . |
| 4,884,183 | 11/1989 | Sable ................................. 363/41 |
| 4,902,957 | 2/1990 | Cassani et al. . |
| 4,922,404 | 5/1990 | Ludwig et al. . |
| 4,928,200 | 5/1990 | Redl et al. . |
| 4,929,882 | 5/1990 | Szepesi . |
| 4,931,716 | 6/1990 | Jovanovic et al. . |
| 4,996,638 | 2/1991 | Orr . |
| 5,028,861 | 7/1991 | Pace et al. . |
| 5,034,871 | 7/1991 | Okamoto et al. . |
| 5,066,900 | 11/1991 | Bassett . |
| 5,068,575 | 11/1991 | Dunsmore et al. . |
| 5,081,411 | 1/1992 | Walker . |
| 5,097,196 | 3/1992 | Schoneman . |
| 5,128,603 | 7/1992 | Wölfel . |
| 5,134,355 | 7/1992 | Hastings . |
| 5,138,249 | 8/1992 | Capel . |
| 5,144,547 | 9/1992 | Masamoto . |
| 5,170,333 | 12/1992 | Niwayama . |
| 5,177,676 | 1/1993 | Inam et al. ........................... 363/80 |
| 5,179,511 | 1/1993 | Troyk et al. . |
| 5,184,129 | 2/1993 | Fung et al. . |
| 5,193,211 | 3/1993 | Nobusawa . |
| 5,237,606 | 8/1993 | Ziermann . |
| 5,309,078 | 5/1994 | Cameron ............................. 318/811 |
| 5,396,412 | 3/1995 | Barlage . |
| 5,408,162 | 4/1995 | Williams . |
| 5,481,178 | 1/1996 | Wilcox et al. ........................ 323/287 |
| 5,548,189 | 8/1996 | Williams . |

## OTHER PUBLICATIONS

Cassani, John C.; Hodgins, Jonathan J.; Robert G. and Wittlinger, H.A., "Sophisticated Control IC Enhances 1 MHZ Current Controlled Regulator Performance," Proceedings of HFPC, pp. 167–173, May 1992.

Lee, et al., "Design of Switching Regulator with Combined FM and On–Off Control," IEEE Transactions on Aerospace and Electronic Systems, vol. AES–22, No. 6, pp. 725–731, Nov. 1986.

Harris Semiconductor, "HIP 5060 Power Control IC Single Chip Power Supply", Preliminary Datasheet, Jan. 1992.

Linear Technology, Williams, J. et al., App. Note 29, "Some Thoughts on DC–DC Converters," Oct. 1988.

Linear Technology, Williams, J., App. Note 35, "Step Down Switching Regulators," Aug. 1989.

Linear Technology, "LT1432 5V High Efficiency Step–Down Switching Regulator Controller," Datasheet, 1992.

Maxim Integrated Products, "MAX782/MAX786 Notebook Computer Power Supplies," Advance Information Datasheet, Feb. 1993.

Micro Linear, "ML4873 Battery Power Control IC," Advance Informatio Datasheet, Mar. 15, 1993.

Unitrode, "UC1895, UC2895, UC3895 Synchronous Rectifier Buck PWM Controller," Advance Information Datasheet, Oct. 5, 1992.

Archer, William R., "Current Drives Synchronous Rectifier," EDN, Nov. 28, 1985.

Archer, William R., "Current–Driven Synchronous Rectifier," Motorola TMOS Power FET Design Ideas, BR316, pp. 9–10, 1985.

Blanchard, Richard, et al., "MOSFETs, Schottky Diodes Vie for Low–Voltage–Supply Designs," EDN, p. 197, Jun. 28, 1984.

Borghi et al., "Discontinuous Conduction Mode Power Switching Regulator IC," PCI Oct. 1988 Proceedings, pp. 31–41, Oct. 1988.

Brown, Marty, "Practical Switching Power Supply Design," pp. 20–34, Academic Press, Inc., 1990.

Business Wire, "Micro Linear announces first single–chip power controller for notebook computers," Apr. 16, 1992.

Gontowski et al., "Advanced New Integrated Circuits For Current–Mode Control," Proceedings of the Power Electronics Show and Conference, pp. 341–352, Oct. 1988.

Goodenough, Frank, "Synchronous Rectifier UPS PC Battery Life," Electronic Design, pp. 47–53, Apr. 16, 1992.

Goodenough, Frank, "Low–Voltage Analog ICs Wait in the Wings," Electronic Design, Sep. 3, 1992.

Gracie, Paul D., "Intermittent Converter Saves Power," EDN, p. 151, Sep. 1, 1989.

Grant, Duncan A. et al., "Power MOSFETS, Theory and Application," pp. 239–256, Wiley–Interscience, 1989.

Horowitz & Hill, "The Art of Electronics," pp. 356–359, Cambridge University Press, 1989.

Patel, Raoji, "Using Bipolar Synchronous Rectifiers Improves Power Supply Efficiency," Proceedings of the Power Sources Conference, Nov. 1984.

Quinnell, Richard A., "Analog IC Combines Five Functions for Battery Power Management," EDN, Apr. 23, 1992.

Redl et al., "Frequency Stabilization and Synchronization of Free–Running Current–Mode Controlled Converters," PESC '86 Record, pp. 519–530, 1986.

Redl, et al., "Overload–Protection Methods For Switching–Mode DC/DC Converters: Classification, Analysis, and Improvements," PESC '87 Record, pp. 107–118, 1987.

A   207

LINEAR 000453

**5,994,885**
Page 3

Rippel, W.E., "Synchronous Half–Wave Rectifier," JPL Technical Support Package, Jul. 1989.

Sakai, E. and Harada, K., "Synchronous Rectifier Using a Bipolar Transistor Driven by Current Transformer," Journal of the Society of Electronic Data Communication, vol. J–74–B–1, No. 8, pp. 639–646, Aug. 1991 (in Japanese, with translation).

Sakai, E. and Harada, K., "A New Synchronous Rectifier Using Bipolar Transistor Drive by Current Transformer," Fourteenth International Telecommunications Energy Conference, pp. 424–429, Oct. 1992.

Savant, C.J., Jr., et al., "Electronic Design: Circuits and Systems," pp. 612–613, The Benjamin/Cummings Publishing Co., 1991.

Soclof, Sidney, "Applications of Analog Integrated Circuits," Figure 2.25, pp. 74–75, Prentice–Hall, Inc. 1985.

Sokal et al., "Control Algorithms and Circuit Designs For Optimally Flyback–Charging an Energy–Storage Capacitor," IEEE Fifth Applied Power Electronics Conference, pp. 295–301, 1990.

Taylor, "Flyback Converter," Electronic Engineering, p. 23, Jul., Jul. 1976.

Uchida, Takahito, "Switching Regulator Controller," Japanese Inventor Associated Disclosed Technology Publication No. 92–2362, published Feb. 15, 1992 (in Japanese, with translation).

Wilcox, M., "The LT1158: Low Voltage, N–Channel Bridge Design Made Easy," Linear Technology, Feb. 1992.

Williams, Jim, "Basic Principles and Ingenious Circuits Yield Stout Switchers," EDN, Jan 19, 1990.

Harris Semiconductor, Hodgins et al., "HIP 5060 Family of Current Mode Control ICs Enhance 1 MHZ Regulator Performance," Application Note AN9212.1, pp. 11–191–11–197, 1992.

Harris Semiconductor, "HIP 5060 Power Control IC Single Chip Power Supply", Datasheet, May 1992.

Harris Semiconductor, "HIP 5060 Power Control IC Single Chip Power Supply", Datasheet, Apr. 1994.

International Rectifier, Clemente et al., "HV Floating MOS–ate Driver IC," Application Note AN–978A, 1990.

Linear Technology, "LT1074 Switching Regulator," Preliminary Datasheet, Jun. 1989.

Linear Technology, "LT1072 1.25A High Efficiency Switching Regulator," Datasheet, 1990.

Linear Technology, "LT1524/LT3524 Regulating Pulse Width Modulator," 1990.

Linear Technology, Wilcox, M., "LT1158 Half Bridge N–Channel Power MOSFET Driver," Datasheet, 1992.

Maxim Integrated Products, "MAX635/636/637 Preset/Adjustable Output CMOS Inverting Switching Regulators," Datasheet, Date Unknown.

Maxim Integrated Products, "MAX746 High–Efficiency, PWM, Step–Down, N–Channel DC–DC Controller," Datasheet, Nov. 1993.

Maxim Integrated Products, "MAX747 High–Efficiency PWM, Step–Down P–Channel DC–DC Controller," Datasheet, Sep. 1993.

Maxim Integrated Products, "MAX777L/MAX778L/MAX779L Low–Voltage Input, 3V/3.3V/5V/ Adjustable Output, Step–Up DC–DC Converters," Datasheet, Jul. 1996.

Maxim Integrated Products, "MAX783 Triple–Output Power–Supply Controller for Notebook Computers," Datasheet, May 1994.

Micro Linear, "ML 4822 DC/DC Converter Controller for Portable Computers," Datasheet, Aug. 1991.

Micro Linear, "ML4862 EVAL User's Guide," Jun. 1992.

Micro Linear, "ML4862 Battery Power Control IC," Datasheet, Jul. 1992.

Micro Linear, "ML4862 Battery Power Control IC," Datasheet, Jan. 1997.

Micro Linear, "ML4873 Battery Power Control IC," Datasheet, Jan. 1997 (preliminary version Mar. 1993—cited above).

National Semiconductor Corporation, "LM1578/LM2578/LM3578 Switching Regulator," Preliminary Datasheet, 1987.

Siliconix, "Siliconix Si9110/Si9111," Datasheet, Oct. 1987.

Siliconix, "Si91XX Synchronous Buck Controller," Datasheet, Dec. 20, 1990.

Siliconix, "Si9150 Synchronous Buck Regulator Controller, S–42677, Rev. D," Datasheet, Feb. 14, 1995.

Chetty, P.R., "DC timers control dc–dc converters" Electronics, pp. 121 & 123, Nov. 13, 1975.

Dell Computer Corporation, "Dell Computer Corporation Introduces Advanced Notebook PC," (alleged to contain UC1895 (see Unitrode Advance Information Datasheet, Oct. 5, 1992), Sep. 1991.

Dinsmore, D., "Dual regulator handles two input voltages," EDN, Jan. 21, 1993.

Fisher, R. A. et al., "Performance of Low Loss Synchronous Rectifiers in a Series–Parallel Resonand DC–DC Converter," Proceedings of the Fourth Annual IEEE Applied Power Electronics Conference and Exposition, pp. 240–246, Mar. 1989.

Gauen, Kim, "Synchronous Rectifier Improves Step–Down Converter Efficiency," PCIM, pp. 8, 11–12 & 14–15, Apr. 1993.

Goodenough, F., "Dozing IC Op Amps Wake Up For Input Signal," Electronic Design, Dec. 5, 1991.

Goodenough, F., "Raise Switcher Efficiency Above 90%", Electronic Design, Jan. 21, 1993.

Hewett, S., "Improved Switched Mode Power Supply Regulation by Eliminating Turn–off Spikes," IBM Technical Disclosure Bulletin, vol. 31 No. 4, pp. 97–98, Sep. 1988.

Ikeda, S. et al., "Power MOSFET for Switching Regulator," International Telecommunications Energy Conference, Oct. 1982.

Kassakian, J. et al., "Principles of Power Electronics," pp. 103–165, Addison–Wesley Publishing Company, 1991.

Kerridge, Brian, "Battery power breeds efficient regulators," EDN, pp. 103–108, Mar. 18, 1993.

Lee, Y. S. and Cheng, Y. C., "A 580kHz switching regulator using on–off control," Journal of the Institution of Electronic and Radio Engineers, vol. 57, No. 5, pp. 221–226, Sep. 1987.

Markus, John, "Guidebook of Electronic Circuits," pp. 647 & 649, 1971.

Meakin, Mike, "The LM3578 Switching Power Regulator," Electronic Engineering, pp. 47–52, Jul. 1986.

Myers, R. and Peck, R., "200–kHz Power FET Technology in New Modular Power Supplies," Hewlett–Packard Journal, Aug. 1981.

NASA Jet Propulsion Laboratory, "Synchronous Half–Wave Rectifier," Jul. 1989.

Patel, R., "Bipolar synchronous rectifiers cut supply losses," EDN, Apr. 4, 1985.

Shepard, J., "Powering portable systems," EDN, Nov. 5, 1992.

**A 208**

5,994,885
Page 4

Steigerwald, R., "High–Frequency Resonant Transistor DC–DC Converters," IEEE Transactions on Industrial Electronics, vol. IE–31, No. 2, pp. 181–191, May 1984.

Williams, J., "Employ pulse–width modulators in a wide range of controllers," EDN, Sep. 2, 1981.

Williams, J., "Design dc–dc converters to catch noise at the source," Electronic Design, Oct. 15, 1981.

Williams, J., "Conversion techniques adapt voltages to your needs," EDN, Nov. 10, 1982.

Williams, J., "Special circuit–design techniques enhance regulator performance," EDN, Sep. 1, 1983.

Williams, J., "Use low–power design methods to condition battery outputs," EDN, Oct. 18, 1984.

Williams, J., "Chopper amplifier improves operation of diverse circuits," EDN, Mar. 7, 1985.

Williams, J., "Design linear circuits for 5V operation," EDN, May 2, 1985.

Williams, J., "Design techniques extend V/F–converter performance," EDN, May 16, 1985.

Williams, J., "Refine V/F–converter operation with novel design techniques," EDN, May 30, 1985.

Williams, J., "Analog circuits operate from a 1.5V cell," EDN, Sep. 19, 1985.

Williams, J., "Considerations for Five Volt Linear Circuits," Professional Program Session Record 20, Circuits for Analog Signal Processing and Data Conversion is Single +5V Supply Systems, Wescon/85, Nov. 1985.

Williams, J., "Switching regulator takes on more power," Electronic Product Design, Jan. 1986.

Williams, J., "Micropower circuits assist low–current signal conditioning," EDN, Aug. 6, 1987.

Williams, J., "Signal conditioning circuits use $\mu$power design techniques," EDN, Aug. 20, 1987.

Williams, J., "Regulator IC speeds design of switching power supplies," EDN, Nov. 12, 1987.

Williams, J., "Galvanically isolated switching supplies provide high power," EDN, Nov. 26, 1987.

Williams, J., "Clever techniques improve thermocouple measurements," EDN, May 26, 1988.

Williams, J., "Design linear circuits that serve digital system needs," EDN, Apr. 27, 1989.

Williams, J., "Astute designs improve efficiencies of linear regulators," EDN, Aug. 17, 1989.

Williams, J., "Correcting power–supply problems," EDN, Dec. 10, 1991.

Williams, J., "1.5 to 5V converter supplies 200mA," EDN, Oct. 15, 1992.

Williams, J., "Designing supplies for powering LCD backlighting," EDN, Oct. 29, 1992.

Williams, J., "Bridge forms synchronous rectifier," EDN, Date Unknown

Williams, J. and Dendinger, S., "Simplify feedback controllers with a 2–quandrant PWM IC," EDN, May 26, 1983.

Williams, J. and Huffman, B., "Precise converter designs enhance system performance," EDN, Oct. 13, 1988.

Williams, J. and Huffman, B., "Proper instrumentation eases low–power dc/dc–converter design," EDN, Oct. 27, 1988.

Williams, J. and Huffman, B., "Design dc/dc converters for power conservation and efficiency," EDN, Nov. 10, 1988.

Williams, J. and Huffman, B., "Switched–capacitor networks simplify dc/dc–converter designs," EDN, Nov. 24, 1988.

Williams, J. and Waller, B., "Performance–Enhancement Techniques for Three–Terminal Regulators," New Electronics, Oct. 4, 1983.

International Rectifier, "IR Application Note AN–978, HV Floating MOS–Gate Driver ICs, A Typical Block Diagram," Application Note from web page, Date Unknown.

International Rectifier, "IR Application Note AN–978, HV Floating MOS–Gate Driver ICs, Full Bridge With Current Mode Control," Application Note from web page, Date Unknown.

Linear Technology, Pietkiewicz et al., "DC–DC Converters for Portable Computers," Design Note 52, 1991.

Linear Technology, "LT1170/LT1171/LT1172 100kHz, 5A, 2.5A and 1.25A High Efficiency Switching Regulators," Data Sheet, 1991.

Linear Technology, "LT1271/LT1269 4A High Efficiency Switching Regulators," Data Sheet, 1992.

Linear Technology, Nelson, C., App. Note 19, "LT–1070 Design Manual," Jun. 1986.

Linear Technology, Williams, J., App. Note 25, "Switching Regulators for Poets," Sep. 1987.

Siliconix, "High–Efficiency Buck Converter for Notebook Computers," Application Note AN92–4, Date Unknown.

Siliconix, "Designing DC/DC Converters with the Si9110 Switchmode Controller," Siliconix Power Products Data Book, 1991.

Siliconix, "Si9150CY/BCY Synchronous Buck Converter Controller," Preliminary Data Sheet, Oct. 8, 1992.

Siliconix, "Synchronous Rectification," Design Ideas, Oct. 1980.

Unitrode, "Using Bipolar Synchronous Rectifiers Improves Power Supply Efficiency," Application Note, Jun. 1985.

**A   209**

LINEAR 000455

LINEAR 000456



FIG. 1

PRIOR ART

A    210

LINEAR 000457



FIG. 2

U.S. Patent    Nov. 30, 1999    Sheet 3 of 10    5,994,885

LINEAR 000458



FIG. 3

LINEAR 000459



FIG. 4

**A   213**

LINEAR 000460



FIG. 5

LINEAR 000461



FIG. 6

**A    215**

LINEAR 000462



FIG. 7

A  216

LINEAR 000463



FIG. 8

LINEAR 000464



FIG. 9

LINEAR 000465



FIG. 10

5,994,885

## 1

**CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULATOR CIRCUIT**

This is a division of application Ser. No. 08/799,467, filed Feb. 13, 1997 entitled CONTROL CIRCUIT FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULATOR CIRCUIT, now U.S. Pat. No. 5,731,694, which is a continuation of application Ser. No. 08/634,688, filed Apr. 18, 1996, now abandoned, which is a continuation of application Ser. No. 08/476,232, filed Jun. 7, 1995, now abandoned, which is a divisional of application Ser. No. 08/036,047, filed Mar. 23, 1993, now U.S. Pat. No. 5,481,178.

### BACKGROUND OF THE INVENTION

The present invention relates to a switching regulator circuit. More particularly, the present invention relates to a control circuit and method for maintaining high efficiency over broad current ranges in a switching regulator circuit.

The purpose of a voltage regulator is to provide a predetermined and constant output voltage to a load from a poorly-specified and fluctuating input voltage source. Generally, there are two different types of regulators: series regulators and switching regulators.

The series regulator employs a pass element (e.g., a power transistor) coupled in series with a load and controls the voltage drop across the pass element in order to regulate the voltage which appears at the load. In contrast, the switching regulator employs a switch (e.g., a power transistor) coupled either in series or parallel with the load. The regulator controls the turning ON and turning OFF of the switch in order to regulate the flow of power to the load. The switching regulator employs inductive energy storage elements to convert the switched current pulses into a steady load current. Thus, power in a switching regulator is transmitted across the switch in discrete current pulses, whereas in a series regulator, power is transmitted across the pass element as a steady current flow.

In order to generate a stream of current pulses, switching regulators typically include control circuitry to turn the switch on and off. The switch duty cycle, which controls the flow of power to the load, can be varied by a variety of methods. For example, the duty cycle can be varied by either (1) fixing the pulse stream frequency and varying the ON or OFF time of each pulse, or (2) fixing the ON or OFF time of each pulse and varying the pulse stream frequency.

Which ever method is used to control the duty cycle, switching regulators are generally more efficient than series regulators. In series regulators, the pass element is generally operated in its linear region where the pass element conducts current continuously. This results in the continuous dissipation of power in the pass transistor. In contrast, in switching regulators, the switch is either OFF, where no power is dissipated by the switch, or ON in a low impedance state, where a small amount of power is dissipated by the switch. This difference in operation generally results in reduced amounts of average power dissipation in switching regulators.

The above difference in efficiency can be more apparent when there is a high input-output voltage difference across the regulator. For example, it would not be unusual for a series regulator to have an efficiency of less than 25 percent when a switching regulator could perform an equivalent function with an efficiency of greater than 75 percent.

## 2

Because of their improved efficiency over series regulators, switching regulators are typically employed in battery-operated systems such as portable and laptop computers and hand-held instruments. In such systems, when the switching regulator is supplying close to the rated output current (e.g., when a disk or hard drive is ON in a portable or laptop computer), the efficiency of the overall circuit can be high. However, the efficiency is generally a function of output current and typically decreases at low output current. This reduction in efficiency is generally attributable to the losses associated with operating the switching regulator. These losses include, among others, quiescent current losses in the control circuitry of the regulator, switch losses, switch driver current losses and inductor/transformer winding and core losses.

The reduction in efficiency of a switching regulator at low output current can become important in battery-operated systems where maximizing battery lifetime is desirable.

In view of the foregoing, it would be desirable to provide a high efficiency switching regulator.

It would also be desireable to provide a control circuit and method for maintaining high efficiency over broad current ranges, including low output currents, in a switching regulator circuit.

### SUMMARY OF THE INVENTION

It is therefore an object of the present invention to provide a high efficiency switching regulator.

It is also an object of the present invention to provide a control circuit and method for maintaining high efficiency over broad current ranges, including low output currents, in a switching regulator circuit.

In accordance with these and other objects of the invention, there is provided a circuit and method for controlling a switching voltage regulator having (1) a switch including one or more switching transistors and (2) an output adapted to supply current at a regulated voltage to a load including an output capacitor. The circuit and method generates a control signal to turn the one or more switching transistors OFF under operating conditions when the voltage at the output is capable of being maintained substantially at the regulated voltage by the charge on the output capacitor (e.g., during low output currents). During such periods of time, the load does not consume power from the input power source. Therefore, the regulator efficiency is increased. If desired, other components in the switching regulator, in addition switching transistors, can also be intentionally held OFF to conserve additional power. This additional feature of the present invention can further increase the efficiency of the overall regulator circuit.

The circuit and method of the present invention can be used to control various types of switches in switching regulator circuits, including switches that use either one or more power transistors. Additionally, the circuit and method can be used to control switches in various types of switching regulator configurations, including voltage step-down, voltage step-up and polarity-inverting configurations.

Additionally, the circuit and method of the present invention can vary the OFF time of the switching transistor in response to the input and output voltages of the switching regulator. This feature of the present invention reduces the emission of audible noise from the switching regulator during low input voltage conditions. It also reduces the potential for current runaway during short circuits in the output voltage for some regulator configurations.

### BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects and advantages of the present invention will be apparent upon consideration of the fol-

**A   220**

LINEAR 000466

5,994,885

3

lowing detailed description, taken in conjunction with the accompanying drawings, in which like reference characters refer to like parts throughout, and in which:

FIG. 1 is a schematic block diagram of a typical prior art switching regulator circuit employing a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 2 is a schematic block diagram of a switching regulator circuit incorporating a first embodiment of the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 3 is a schematic block diagram of a switching regulator circuit incorporating a second embodiment of the high-efficiency control circuit of the present invention to drive a switch including a switching MOSFET and a switching diode in a step-down configuration;

FIG. 4 is a schematic block diagram of a switching regulator circuit incorporating a "user-activated" embodiment of the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 5 is a schematic block diagram of a switching regulator circuit incorporating the variable OFF-time control circuit of the present invention;

FIG. 6 is a detailed schematic diagram of an embodiment of the variable OFF-time control circuit of FIG. 5;

FIG. 7 is a detailed schematic block diagram of an exemplary switching regulator circuit incorporating both the variable OFF-time feature and the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 8 is a schematic block diagram of a switching regulator circuit incorporating a circuit of the present invention for preventing reversals in the polarity of the current in the output inductor of the regulator from drawing power from the load;

FIG. 9 is a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a step-up configuration; and

FIG. 10 is a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a polarity-reversing configuration.

## DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 is a schematic block diagram of a typical prior art switching regulator circuit employing a push-pull switch in a step-down configuration.

Referring to FIG. 1, circuit 10 is used to provide a regulated DC output voltage $V_{OUT}$ at terminal 12 (e.g., 5 volts) for driving load 14 which, for example, may be a portable or laptop computer or other battery-operated system. Circuit 10 operates from an unregulated supply voltage $V_{IN}$ coupled to terminal 14 (e.g., a 12 volt battery). Circuit 10 includes push-pull switch 15, driver circuit 20, output circuit 30 and control circuit 35.

Driver circuit 20 is used to drive push-pull switch 15 which includes two synchronously-switched power MOS-FETS 16 (p-channel) and 17 (n-channel) stacked in series between supply rail $V_{IN}$ and ground. Push-pull switch 15 in

4

conjunction with driver circuit 20 is typically referred to as a "half-bridge" configuration. MOSFETS 16 and 17 are used to alternately supply current to output circuit 30 which includes inductor 32 (L1) and output capacitor 34 ($C_{OUT}$). Output circuit 30 smooths the alternating supply of current so that load 12 is provided a regulated voltage $V_{OUT}$. In order to supply the alternating current, MOSFETS 16 and 17 are respectively driven by P-channel driver 26 and N-channel driver 27, which in turn are both controlled by control circuit 35.

Control circuit 35 includes one-shot circuit which provides an OFF pulse of constant duration (e.g., 2 to 10 microseconds) during which time MOSFET 16 is held OFF and MOSFET 17 is held ON by drivers 26 and 27, respectively. Otherwise, one-shot circuit 25 provides an ON pulse during which time MOSFET 16 is held ON and MOSFET 17 is held OFF. Therefore, one-shot circuit 25 alternately turns MOSFETS 16 and 17 ON and OFF to provide an alternating supply of current to (output circuit 30. The duty cycle of the one-shot circuit 35 is in turn controlled by current amplifier 39.

Control circuit 35 monitors the output voltage $V_{OUT}$ through resistor-divider network $R_1/R_2$ (36A/36B) to provide a feedback voltage $V_{FB}$ proportional to the output voltage $V_{OUT}$. Control circuit 35 also monitors the current $I_L$ through inductor L1 to provide a feedback current $I_{FB}$ proportional to inductor current $I_L$. Circuit 10 operates by controlling inductor current $I_L$ so that the feedback voltage $V_{FB}$ is regulated to be substantially equal to a reference voltage $V_{REF}$ provided by reference circuit 37. With feedback voltage $V_{FB}$ being regulated, the output voltage $V_{OUT}$ is in turn regulated to a higher voltage by the ratio of $(R_1+R_2)$ to $R_2$.

Transconductance amplifier 38 is used to compare the feedback voltage $V_{FB}$ to a reference voltage $V_{REF}$. Circuit 10 regulates the output voltage $V_{OUT}$ as follows. During each cycle when switch 15 is "ON", P-MOSFET 16 is turned ON and the current $I_L$ in inductor L1 ramps up at a rate dependent on $V_{IN}$–$V_{OUT}$. When $I_L$ ramps up to a threshold level set by output 38A of transconductance amplifier 38, current comparator 39 trips and triggers the one-shot OFF pulse, initiating the "OFF" cycle of switch 15. During the "OFF" cycle, one-shot circuit 25 holds P-MOSFET 16 OFF and turns N-MOSFET 17 ON. This in turn causes the current $I_L$ in inductor L1 to ramp down at a rate dependent on $V_{OUT}$. Thus, the duty cycle of the periodic turning OFF of switch 15 is controlled so the current $I_L$ produces a regulated output voltage $V_{OUT}$ at terminal 12.

As the output load current increases, the voltage drop across $R_2$ resistor 36B will decrease. This translates into a small error voltage at input 38B of transconductance amplifier 38 that will cause output 38A to increase, thus setting a higher threshold for current comparator 39. Consequently, current $I_L$ in inductor L1 is increased to the level required to support the load current.

Since the OFF time ($t_{OFF}$) of one-shot circuit 25 is constant, switching regulator circuit 10 has a constant ripple current in inductor L1 (for constant output voltage $V_{OUT}$), but has a frequency which varies with $V_{IN}$. The ripple oscillation frequency is given by the equation:

$$f_{RIP}=(1/t_{OFF})\ [1-(V_{OUT}/V_{IN})]$$

One disadvantage of circuit 10 in FIG. 1 is that the ripple oscillation frequency $f_{RIP}$ may decrease to an audible level with low input voltages $V_{IN}$. This could occur, for example, when a battery powering the switching regulator circuit is

# A  221

5,994,885

5

nearly discharged. Inductor L1 may then generate and emit noise that can be objectionable to a user of the device employing the regulator circuit.

An additional disadvantage of prior art circuit 10 is that the inductor current $I_L$ is not well controlled when the output voltage $V_{OUT}$ is shorted to ground. The basic relationship between inductor current and voltage is given by the equation di/dt=V/L. This means that the rate at which current $I_L$ in inductor L1 decays during the OFF-time depends on the voltage across inductor L1, which is the sum of $V_{OUT}$ and the drain to source voltage, $V_{DS}$, of N-MOSFET 17. During a short, $V_{OUT}$ approaches zero while $V_{DS}$ is also very low, resulting in very little decay of current $I_L$ in inductor L1 during $t_{OFF}$. However, following each OFF cycle, P-MOSFET 16 is turned back ON until current comparator 39 again trips one-shot constant OFF time control circuit 25. Even for the minimum time that P-MOSFET 16 is ON, the current $I_L$ in inductor L1 may increase by more than it can decrease during $t_{OFF}$. This may result in a runaway condition in which the short circuit current may reach destructive levels.

A further disadvantage of prior art circuit 10 results from the constant ripple current in inductor L1. During $t_{OFF}$, current $I_L$ in inductor L1 always ramps down by the same amount regardless of the output current of the regulator. At low output currents this can cause the current in inductor L1 to reverse polarity and, thus, pull power from the load. During the following ON cycle, this current again ramps positive such that the average inductor current equals the load current Losses associated with this constant ripple current, along with switching losses due to the charging and discharging of switch 15's MOSFET gates, can produce large reductions in efficiency at low output currents. This will be especially the case if the current in inductor L1 reverses and power is pulled from the load to ground through N-MOSFET 17.

A still further disadvantage of prior art circuit 10 concerns the gate drives to P-MOSFET 16 and N-MOSFET 17. Delays are generally incorporated into drivers 26 and 27 to ensure that one power MOSFET turns OFF before the other turns ON. If there is insufficient deadtime between the conduction of the two MOSFETs (due to, for example, device, circuit processing, or temperature variations), current will be passed directly from input supply $V_{IN}$ to ground. This "shoot-through" effect can dramatically reduce efficiency, and in some circumstances, can overheat and destroy the power MOSFETs.

FIG. 2 is a schematic block diagram of a switching regulator circuit incorporating a first embodiment of the high-efficiency control circuit of the present invention for driving a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator circuit 50 includes push-pull switch 15, driver circuit 20 and output circuit 30 similar to those of FIG. 1. Circuit 50 also includes an embodiment of the high-efficiency control circuit of the present invention.

Control circuit 70 includes one-shot circuit 25, current comparator 39 and amplifier 38 similar to those of FIG. 1. However, in addition to those components, control circuit 70 also includes constant current source $I_1$ 72 and hysteretic comparator 74 for providing high efficiency operation at low average current levels.

As will be discussed in greater detail below, constant current source $I_1$ 72 and comparator 74 allow push-pull switch 15 to go into a state of operation where both MOSFETS 16 and 17 are simultaneously OFF under conditions where the output voltage $V_{OUT}$ can be maintained

6

substantially at the regulated voltage $V_{REG}$ by output capacitor $C_{OUT}$. This state of operation is referred to herein as a "sleep mode." The ability of push-pull switch 15 to go into such a sleep mode is in contrast to the regulator circuit of FIG. 1 where one of the two MOSFETs 16 and 17 is substantially ON at all times. This feature of the present invention reduces the regulator circuit power consumption since push-pull switch 15 does not dissipate power or allow power to be pulled from load $R_L$ to ground in sleep mode.

Furthermore, if desired, while push-pull switch 15 is in the above-described sleep mode, the regulator circuit can turn OFF other circuit components which are not needed while the regulator is in the sleep mode. For example, for the embodiment of the present invention shown in FIG. 2, one-shot circuit 25, current comparator 39, current source $I_1$ 72 and amplifier 38 can also be turned OFF in sleep mode. This feature of the present invention allows the regulator circuit to operate at even higher efficiencies than otherwise possible if only push-pull switch 15 were maintained in a sleep mode.

At high load current levels (e.g., greater than 20 percent of the maximum rated output current) control circuit 70 operates similar to control circuit 35 of FIG. 1. In FIG. 2, the current feedback $I_{FB}$ is again provided to the non-inverting input of current comparator 39. Offset $V_{OS}$ 76, which preferably is built into amplifier 38, level-shifts feedback voltage $V_{FB}$ slightly below reference voltage $V_{REF}$, thus keeping the output of hysteretic comparator 74 high during high current conditions. When the feedback current $I_{FB}$ exceeds the current supplied to the inverting input of current comparator 39, the output of comparator 39 goes HIGH so as to initiate the switch "OFF" cycle.

During the "OFF" cycle, output 25A of one-shot circuit 25 is HIGH, which turns P-MOSFET 16 OFF and N-MOSFET 17 ON. After a constant time set by one-shot circuit 25, output 25A goes LOW, thus initiating the next "ON" cycle where P-MOSFET 16 ON and N-MOSFET 17 OFF.

In accordance with the present invention, regulator circuit 50 goes into sleep mode at low output current levels as follows. Hysteretic comparator 74 monitors the feedback voltage $V_{FB}$ and goes LOW when $V_{FB}$ exceeds a predetermined voltage value in excess of the reference voltage $V_{REF}$. Such a condition is indicative of the output voltage $V_{OUT}$ exceeding a predetermined voltage value in excess of the regulated voltage $V_{REG}$. This over voltage condition is intentionally induced at low average output currents by providing a constant current source $I_1$ 72 coupled in parallel with amplifier 38. During the over voltage condition both MOSFETS 16 and 17 are maintained OFF by way of AND gate 66 and NAND gate 68.

Constant current source $I_1$ sets a minimum feedback current threshold for current comparator 39. This sets a minimum current required in inductor L1 during each ON cycle to trip comparator 39. In accordance with the present invention, current comparator 39 is intentionally forced to remain ON at current levels that would otherwise cause it to trip. Thus, more current is supplied to inductor L1 than is necessary to maintain the output voltage $V_{OUT}$ at the regulated voltage $V_{REG}$. As a result, $V_{OUT}$ will begin to increase beyond the regulated voltage $V_{REG}$, causing the feedback voltage $V_{FB}$ to trip hysteretic comparator 74 at a predetermined voltage value in excess of $V_{REF}$. When comparator 74 trips, its output goes LOW to turn both MOSFET 16 and 17 OFF to put the regulator circuit into sleep mode.

In the above-described state of operation (i.e., "sleep model") where MOSFETs 16 and 17 are both simultaneously OFF, the output load 14 is supported substantially

A  222

LINEAR 000468

5,994,885

7

by output capacitor $C_{OUT}$. Hysteretic comparator 74 monitors the feedback voltage $V_{FB}$ and when $V_{OUT}$ falls such that $V_{FB}$ has decreased by the amount of the hysteresis in comparator 74, driver circuit 20 is taken out of sleep mode (where MOSFETS 16 and 17 are both driven OFF) so that a new ON cycle is initiated to supply current to load 14. If the load current remains low, $C_{OUT}$ will recharge to a voltage level in excess of $V_{REG}$ and the feedback voltage $V_{FB}$ will again trip comparator 74 after only a few cycles.

Thus, during light loads, control circuit 70 is adapted to turn both MOSFET 16 and MOSFET 17 OFF when they are not needed to maintain the output voltage substantially at the regulated voltage level if the output capacitor $C_{OUT}$ is capable of doing so. When the output voltage falls below the regulated voltage level in such a mode, control circuit 70 is adapted to briefly turn switch 15 ON to recharge the output capacitor $C_{OUT}$ back to a voltage level in excess of the regulated voltage. Therefore, $V_{OUT}$ will oscillate between upper and lower thresholds separated by the comparator 74 hysteresis voltage multiplied by the ratio of $(R_1+R_2)$ to $R_2$. The rate at which the regulator "wakes up" to recharge output capacitor $C_{OUT}$ will automatically adapt to the load current, maintaining high efficiencies even at low output currents.

In accordance with the present invention, control circuit 70 maintains MOSFETS 16 and 17 OFF over periods of time when the output current is low enough to allow the output capacitor $C_{OUT}$ to maintain the output voltage substantially at the regulated voltage. Typically, such periods of OFF time, wherein both MOSFETS 16 and 17 are maintained OFF even though the switching regulator is providing a regulated voltage, can extend from less than 100 microseconds to over a few seconds (respectively corresponding to a few switch cycles to over one-hundred-thousand switch cycles for a switching frequency of 100 kiloHertz). Such OFF times typically allow high efficiency to be obtained (e.g., over 90%) over an output current range in excess of 100:1. Because other components in addition the switching transistors can also be maintained OFF during such periods, even higher efficiencies can typically be obtained.

Control circuit 70 of switching regulator 50 shown in FIG. 2 is used to drive a synchronously-switched switch including MOSFETs 16 and 17. As used herein, the term "synchronously-switched switch" refers to a switch including two switching transistors that are driven out of phase to supply current at a regulated voltage to a load. FIG. 3 shows a second embodiment of the high-efficiency control circuit of the present invention adapted to drive a switch including a switching transistor and a switching diode in a step-down configuration.

As shown in FIG. 3, switching regulator circuit 100 includes switch 115 including P-MOSFET 116 and diode 118. Switch 115 is driven by driver 120 including P-driver 126. The turning-ON and turning-OFF of switch 115 is controlled by control circuit 125. Because control circuit 125 is used to only drive one MOSFET (in contrast to control circuit 70 of FIG. 2), it only has one output terminal 125A (taken from the output of NAND gate 68).

Control circuit 125 includes current comparator 39, amplifier 38, hysteretic comparator 74 and one-shot circuit 25, similar to those shown in control circuit 70 of FIG. 2. As discussed above with respect to FIG. 2, at low average output current levels, constant current source $I_1$ 72 is used to intentionally overdrive the current supplied to inductor L1 so as to cause the output voltage $V_{OUT}$ to increase beyond the regulated voltage level $V_{REG}$ where the output can be supported substantially by output capacitor $C_{OUT}$ for

8

extended periods of time. During these extended time periods, P-MOSFET 116 is maintained OFF in a sleep mode so as to increase circuit efficiency.

As discussed above, control circuits 70 and 125 of FIGS. 2 and 3, respectively, provide high-efficiency operation at low average output current levels. Such operation adapts automatically to the output current level. For example, at high output current levels during a first state of operation, an ON state and an OFF state to maintain the output voltage $V_{OUT}$ at the regulated voltage level $V_{REG}$. At low output current levels during a second state of operation, where circuit efficiency would otherwise be low, the output voltage $V_{OUT}$ is able to be maintained substantially at the regulated voltage level $V_{REG}$ by output capacitor $C_{OUT}$ without continuously turning the switch ON and OFF. Thus, the control circuit automatically identifies such a condition and allows the regulator circuit to go into a "sleep" mode where a minimal number of circuit components are required to be ON.

In accordance with another feature of the present invention, a regulator circuit can also incorporate a "user activated" embodiment of the control circuit of the present invention where a user input controls whether the regulator circuit is in a "sleep" mode or not. FIG. 4 is a schematic block diagram of a switching regulator circuit incorporating such a "user-activated" embodiment of the high-efficiency control circuit of the present invention for driving a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator circuit 150 in FIG. 4 includes push-pull switch 15, driver 20, output circuit 30 similar to those in circuit 50 of FIG. 2. Control circuit 170 of regulator circuit 150 includes one-shot circuit 25, current comparator 39 and amplifier 38 also similar to those in circuit 50 of FIG. 2. In contrast to FIG. 2, switch 175 (including switches 176 and 178) is used to manually switch regulator circuit 150 into a sleep mode through user input 175A, which may be a control signal from some other type of control circuit (not shown). Upon the closing of switch 175, switches 176 and 178 both close.

Switch 176 is used to turn N-driver 27 OFF in sleep mode by grounding input 66A of AND gate 66 (which normally is held HIGH by resistor 67 coupled to a positive supply). Switch 178 is used to introduce positive feedback, and therefore hysteresis, into amplifier 38 so as to allow control circuit 170 to maintain the output voltage $V_{OUT}$ substantially at the regulated voltage level $V_{REG}$ in sleep mode. (Resistor $R_{HYS}$, coupled between reference circuit 37 and the non-inverting input of transconductance amplifier 38, is used to assist in feeding back the output of amplifier 38 into the non-inverting input of amplifier 38.)

Switch 178 allows amplifier 38 to overdrive the supply of current to inductor L1 (through P-MOSFET 16) so as to intentionally drive the output voltage $V_{OUT}$ to a predetermined level in excess of the regulated voltage level $V_{REG}$. After being driven to such voltage level, the hysteresis in amplifier 38 maintains P-driver 26 OFF until the feedback voltage $V_{FB}$ falls by at least the hysteresis voltage. At that point, output 39A of current amplifier 39 goes HIGH to trigger one-shot circuit 25 so that P-MOSFET 16 is turned ON to recharge the output capacitor $C_{OUT}$ to the predetermined voltage level in excess of the regulated voltage level $V_{REG}$.

As discussed above, control circuit 170 periodically wakes up during sleep mode to turn P-MOSFET 16 ON to recharge the output capacitor $C_{OUT}$. It will be apparent to those of ordinary skill in art that although N-MOSFET 15 is

A  223

LINEAR 000469

5,994,885

9

maintained OFF during such wake-up periods, this does not have to be the case. For example, while control circuit 170 is recharging output capacitor $C_{OUT}$, such recharging could be accomplished by alternately turning the switching transistors OFF so as to vary the duty cycle and thereby recharge the output capacitor $C_{OUT}$.

Thus, regulator circuit 150 operates to increase efficiency at low current levels as in regulator circuit 50 of FIG. 2 if a user manually activates a switch. However, in contrast to regulator circuit 50 of FIG. 2, regulator circuit 150 does not automatically adapt to the output current levels. For example, circuit 150 does not take itself out of sleep mode as the average output current increases—it relies upon user deactivation.

As discussed above, the embodiments of the control circuits of the present invention shown in FIGS. 2–4 include one-shot circuit 25. In accordance with another feature of the present invention, the one-shot circuit could be replaced with other types of circuits that control the duty cycle of the power switch. For example, one-shot circuit 25 could be replaced with a pulse-width modulator circuit that provides a pulse-width modulated signal in response to a control signal. Of course, other types of circuits could be used as well.

In accordance with another feature of the present invention, one-shot circuit 25, which provides a constant OFF-time signal, could be replaced with a one-shot circuit that provides a variable OFF-time control signal dependent upon the output voltage ($V_{OUT}$) and the input voltage ($V_{IN}$). This feature of the present invention can be used to reduce the generation and emission of audible noise from inductor L1 at low input voltages. As discussed above, such noise is associated with oscillation in the inductor current. Furthermore, this feature of the present invention can also be used to control the short circuit current if the output is short circuited.

FIG. 5 is a schematic block diagram of an exemplary switching regulator circuit incorporating the variable OFF-time control circuit of the present invention.

Switching regulator circuit 200 includes push-pull switch 15, driver circuit 20, current feedback circuit 210, voltage feedback circuit 220, feedback control circuit 230 and variable OFF-time circuit 240. Feedback control circuit 230 monitors the output current and output voltage through inputs 232 and 234, respectively, and provides a trigger signal at terminal 236 to initiate the OFF cycle of switch 15. Variable OFF-time circuit 240 is used to control the OFF time as follows.

Circuit 240 includes one-shot generator 245 which is triggered by feedback control circuit 230 through terminal 236. One-shot generator 245 includes an additional terminal 245A coupled to control capacitor ($C_{CON}$) 246 whose voltage is monitored by generator 245. In accordance with the present invention, OFF-time control circuit 250 controls the discharging of capacitor $C_{CON}$, and thus the capacitor voltage, so as to in turn control the OFF time of generator 245. OFF-time control circuit 250 monitors the input and output voltages ($V_{IN}$ and $V_{OUT}$) and, depending upon their values, adjusts the OFF time accordingly.

In accordance with the present invention, if the input voltage $V_{IN}$ decreases so that the inductor L1 oscillation frequency $f_{RIP}$ discussed above falls into an audible range, the OFF time is decreased so that $f_{RIP}$ will accordingly increase out of an audible range. Also, if the output voltage $V_{OUT}$ decreases due to a short circuit so that the voltage across inductor L1 is too low to allow adequate decay in inductor current during the OFF cycle, the OFF time is increased so as to avoid a current runaway condition.

10

In the present embodiment the discharging of control capacitor $C_{CON}$ is regulated by controlling the magnitude of control current $I_{CON}$. For example, at low input voltages $I_{CON}$ is increased by OFF-time control circuit 250 so that the voltage on control capacitor $C_{CON}$ rapidly falls. When the control capacitor voltage falls below a predetermined value, the ON cycle of switch 15 is initiated. Additionally, at low output voltages $I_{CON}$ is decreased by OFF-time control circuit 250 so that the voltage on control capacitor $C_{CON}$ slowly decays to lengthen the OFF time.

Although switching regulator circuit 200 shown in FIG. 5 relies upon a particular circuit for discharging a capacitor to control the OFF time, it is apparent that other circuits for performing this same function in response to the input and output voltages can also be used. For example, if desired, an operational amplifier could be used to control the OFF-time.

Thus, a one-shot circuit has been discussed which provides a variable OFF-time control signal that adapts to the input and output voltage levels. This feature of the present invention is used to reduce the generation and emission of audible noise from the regulator circuit at low input voltage levels (i.e., reduce $t_{OFF}$ at low input voltages) and to limit the short circuit current if the output is short circuited (i.e., increase $t_{OFF}$ at low output voltages).

FIG. 6 is a detailed schematic diagram of an exemplary embodiment of the variable OFF-time control circuit of FIG. 5.

OFF-time control circuit 250 accepts as inputs $V_{IN}$ and $V_{OUT}$ at terminals 252 and 254, respectively, and provides an output $I_{CON}$ at terminal 256. As discussed above, $I_{CON}$ provides for the controlled discharging of a control capacitor $C_{CON}$ coupled to terminal 256. Control circuit 250 controls the magnitude of $I_{CON}$, and therefore controls the time it takes control capacitor $C_{CON}$ to discharge. Control circuit 250 includes current source 260 (for providing current $I_{CN2}$), current source 270 (for providing current $I_{CN1}$), current compensation circuit 280 and current mirror output circuit 295. Control circuit 250 works as follows.

Current mirror output circuit 295 is a current mirror circuit including transistor 296 and transistor 298 (having its gate 298A connected to its drain 298B). Circuit 295 accepts a controlled reference current $I_{CREF}$ at input 295A and provides a proportional output current $I_{CON}$ related to the aspect ratios of transistor 296 and 298 (as in conventional current mirror circuits). In accordance with the present invention, $I_{CREF}$ will be equal to either $I_{CN1}$ or $(I_{CN1}+I_{CN2})$ depending upon voltages $V_{IN}$ and $V_{OUT}$ on input terminals 252 and 254, respectively.

When $V_{IN}-V_{OUT}$ is greater than 1.5 volts, transistor 262 conducts sufficient current (from transistor 264 and current supply $I_s$) to hold transistor 266 OFF. With transistor 266 OFF, current $I_{CN2}$ will be zero and current $I_{CREF}$ will therefore be equal to current $I_{CN1}$ provided at output terminal 270A of current source 270.

Current $I_{CN1}$ is supplied by a current mirror circuit composed of transistor 272 and transistor 274 (having its gate 274A connected to its drain 274B). In accordance with the present invention, the reference current $I_{CN1REF}$ flowing from transistor 274 will be equal to either $I_{CN1A}$ or $(I_{CN1A}+I_{CN1B})$, depending upon whether transmission gate 282 is open or closed, respectively.

Transmission gate 282 is controlled by comparator 284 and will be OPEN when $V_{OUT}$ is less than $V_{TH2}$. Under OPEN conditions, $I_{CN1REF}$ will be equal to $I_{CN1A}$ which goes to the collector of transistor 276. This current is derived by dividing $V_{OUT}$ by the output divider (composed of resistors 271 and 273) to produce voltage $V_{FB1}$ (at the base of

**A    224**

LINEAR 000470

5,994,885

<table>
<tr><td>11</td><td>12</td></tr>
</table>

transistor 279). Voltage $V_{FB1}$ is then level shifted up by the base-emitter voltage of transistor 279 and then down by the base-emitter voltage of transistor 276 where it appears across emitter resistor 278. The resulting transistor 276 collector current is then proportional to the output voltage $V_{OUT}$ causing control capacitor $C_{CON}$ to be discharged at a rate which is proportional to the discharge rate of the current in inductor L1.

Thus, when the output voltage $V_{OUT}$ is low, such as during a fault or start-up condition, $t_{OFF}$ will be lengthened to allow the additional time required for the current to ramp down in inductor L1.

When the output voltage $V_{OUT}$ is greater than $V_{TH3}$, the output of comparator 284 closes transmission gate 282 to couple an additional compensation current $I_{CN1B}$ to the drain of transistor 274 to provide current compensation through current compensation circuit 280. Compensation current $I_{CN1B}$ is equal to current $I_{TRIM}$ minus the drain current of transistor 286. Transistors 286 and 288 serve to mirror the collector current in transistor 290 (which is derived in a similar manner to the collector current in transistor 276 discussed above, except that voltage $V_{REF}$ is used instead of voltage $V_{FB1}$).

Compensation current $I_{CN1B}$ has two purposes: 1) to serve as a trimming current to set a desired control current $I_{CON}$ when the output voltage $V_{OUT}$ is substantially at its regulated level, and 2) to maintain a substantially constant control current $I_{CON}$ over a wide range of operating temperatures. During typical circuit manufacturing, variations in the resistance of resistor 278 would normally cause control current $I_{CON}$ to be larger or smaller than desired. By trimming $I_{TRIM}$ while in production, compensation current $I_{CN1B}$ can be adjusted to add or subtract from the collector current $(I_{CN1A})$ of transistor 276 as required to provide a predetermined control current $I_{CON}$. Additionally, if resistors 278 and 292 are matched (i.e., designed and fabricated similarly), then control current $I_{CON}$ variations due to the temperature variation of the resistance of resistor 278 will be substantially cancelled by a corresponding change in the resistance of resistor 292.

If the output voltage $V_{OUT}$ is less than voltage $V_{TH3}$, the output of comparator 284 opens transmission gate 282 and thus inhibits current compensation. This ensures that control current $I_{CON}$ will approach zero as the output voltage $V_{OUT}$ approaches zero, thus guaranteeing control of the inductor current $I_L$ during an output short circuit.

When $V_{IN}$ falls to the point that $V_{IN} - V_{OUT}$ is less than 1.5 volts, the current in transistor 262 no longer holds transistor 266 OFF. As $V_{IN}$ decreases further, transistor 266 adds additional current $(I_{CN2})$ into current mirror output circuit 295, thereby increasing control current $I_{CON}$ and, thus, reducing $t_{OFF}$. This in turn stabilizes the operating frequency as $V_{IN}$ decreases, reducing potential audibility problems. Current source $I_7$ determines the maximum current that transistor 266 adds to control current $I_{CON}$.

Thus, when $V_{IN}$ falls so that $V_{IN} - V_{OUT}$ is less than 1.5 volts (e.g., when a battery is nearly discharged), $t_{OFF}$ will be reduced to increase the oscillation frequency of the regulator circuit so that the generation and emission of audible noise is reduced.

Although variable OFF-time control circuit 250 was discussed above with respect to a regulator circuit which includes push-pull switch 15 and driver 20, it will be apparent that the variable OFF-time feature of the present invention could be used in other regulators as well. For example, this feature could also be used in the regulator circuits of FIGS. 3 and 4 and other circuits that employ one-shot generators to provide a regulated voltage.

FIG. 7 is a detailed schematic block diagram of an exemplary switching regulator circuit incorporating both the variable OFF-time feature and the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator 300 includes push-pull switch 15, driver 20, output circuit 30 and control circuit 350. Control circuit 350 includes one-shot generator 245, variable OFF-time control circuit 250 for controlling the OFF cycle time and comparator 74 for providing high-efficiency operation at low average output current levels. Switching regulator 300 works as follows.

When the load current exceeds, for example, approximately 20 percent of the maximum output current, the loop operates in a continuous mode wherein comparator 74 does not override output 245A of one-shot generator 245. With $V_{IN} - V_{OUT}$ greater than 1.5V, operation is substantially similar to that described for FIG. 1. The inductor current is sensed by means of the voltage drop across resistor $R_{SENSE}$, and the threshold for the current comparator 39 is set by the voltage drop across resistor $R_3$. Built-in offset $V_{OS}$ (e.g., about 30 mv) levelshifts feedback voltage $V_{FB}$ slightly below reference voltage $V_{REF}$, thus keeping the output of comparator 74 HIGH in this mode. When the voltage across resistor $R_{SENSE}$ exceeds the threshold across resistor $R_3$, the output of comparator 39 goes HIGH and the RBAR input of RS flip-flop 310 goes LOW, resetting RS flip-flop 310, and thus, initiating the switch OFF cycle.

During the OFF cycle, switch signal $V_{SWB}$ is HIGH, which turns P-MOSFET 16 OFF, N-MOSFET 17 ON and allows $I_{CON}$ to discharge control capacitor $C_{CON}$. The OFF time, $t_{OFF}$, is in turn determined by the time it takes control capacitor $C_{CON}$ to discharge from its initial voltage to $V_{TH1}$, coupled to the non-inverting input of comparator 312. When control capacitor $C_{CON}$ discharges to voltage $V_{TH1}$, the output of comparator 312 goes LOW, thus setting RS flip-flop 310 and initiating the next ON cycle. Voltage $V_{TH1}$ is higher than voltage $V_{TH2}$, thus causing the output of comparator 315 to remain LOW in the continuous mode.

In accordance with present embodiment, the OFF time is controlled by variable OFF-time control circuit 250 described above with respect to FIGS. 5 and 6. Accordingly, circuit 250 includes inputs 252 and 254 coupled to $V_{IN}$ and $V_{OUT}$, respectively, to monitor those voltages.

Current source $I_1$ sets a minimum voltage threshold across resistor $R_3$ for current comparator 39. This sets a minimum current required in inductor L1 during each ON cycle to trip comparator 39. If the resulting average inductor current flowing to the output is greater than the load current, then output voltage $V_{OUT}$ will begin to increase, causing feedback voltage $V_{FB}$ to trip the hysteretic comparator 74. Of course, the inductance of inductor L1 and OFF time $t_{OFF}$ are preferably chosen so that the inductor ripple current is not below zero when such tripping occurs. When comparator 74 trips, its output goes LOW and overrides the Q output of RS flip-flop 310, immediately switching switch signal $V_{SWB}$ high. As discussed above, this automatically initiates the beginning of the "sleep" mode of operation.

In sleep mode, capacitor $C_{CON}$ discharges as before, but does not initiate a new switch ON cycle when comparator 312 trips. As discussed above, this is because until feedback voltage $V_{FB}$ has fallen by the amount of hysteresis in comparator 74, the LOW at output 74A forces switch signal $V_{SWB}$ to remain HIGH through NAND gate 316. Accordingly, control capacitor $C_{CON}$ continues to discharge below voltage $V_{TH2}$, causing output 315A of comparator 315

**A  225**

LINEAR 000471

5,994,885

13

to go HIGH. This in turn causes the N-MOSFET 17 as well as the P-MOSFET 16 to be turned OFF. In addition, unused circuit components such as amplifier 38 and comparators 39 and 312 are also turned OFF when the regulator circuit is in sleep mode. As discussed above, this decreases bias currents substantially during sleep mode, further increasing efficiency at low output current levels.

During the extended off times in sleep mode, much of the regulator and both MOSFETS 16 and 17 are turned off, and the output load is supported substantially by output capacitor $C_{OUT}$. However, when the output voltage $V_{OUT}$ falls such that the feedback voltage $V_{FB}$ has decreased by the amount of hysteresis in comparator 74, all circuit components are again turned on and a new ON cycle is initiated to supply current to the output. If the load current remains low, output capacitor $C_{OUT}$ will recharge, and the feedback voltage $V_{FB}$ will again trip comparator 74 after only a few switch cycles. Thus, during light load conditions, the output voltage $V_{OUT}$ will oscillate between upper and lower thresholds values, as discussed above.

Whenever P-MOSFET 16 is ON, its gate-to-source voltage also appears across MOSFET 334, turning MOSFET 334 ON. This pulls the drain of MOSFET 334 HIGH, and inhibits N-drive 21. Following a LOW-to-HIGH $V_{SWB}$ transition, the voltage on the gate of P-MOSFET 16 must rise to a level where MOSFET 334 is conducting less than current source 335 before the drain voltage of MOSFET 334 falls and allows the N-MOSFET 17 to be turned ON. Current $I_{M3}$ is purposely made small so that the gate of MOSFET 334 must rise to within 2 volts of the input voltage $V_{IN}$ before the drive is enabled, ensuring that the P-MOSFET is completely OFF when N-MOSFET 17 turns ON. In a similar manner, MOSFET 332 and current source $I_{M2}$ 333 ensure that the N-MOSFET 17 is completely OFF when the P-MOSFET 16 turns ON. This prevents simultaneous conduction regardless of the driver speeds or MOSFET sizes, ensuring maximum possible efficiency. This feature of the present embodiment is discussed in more detail in copending commonly-assigned U.S. patent application Ser. No. 07/893, 523, filed Jun. 4, 1992, now U.S. Pat. No. 5,365,118 which is hereby incorporated by reference in its entirety. If desired, the control circuit of the present invention can also include circuitry for accommodating transient switch signals as described in copending commonly-assigned U.S. patent application Ser. No. 08/035,423, filed concurrently herewith, now U.S. Pat. No. 5,408,150, which is also hereby incorporated by reference in its entirety.

Schottky diode D2 coupled across N-MOSFET 17 shown in FIG. 7 only conducts during the deadtime between the conduction of MOSFETS 16 and 17. Diode D2's purpose is to prevent the body diode of N-MOSFET 17 from turning on and storing charge during the deadtime, which could reduce efficiency (e.g., by approximately 1 percent) in some cases. Diode D2 preferably is selected with a forward voltage of less than about 0.5 volts when conducting the maximum output current.

In accordance with the present invention, the control circuit shown in FIG. 7, when incorporated into a 5-volt synchronous step-down switching regulator, is capable of achieving over 90 percent efficiency (for an input voltage of approximately 10 volts) while the output current varies over two orders of magnitude (e.g., 20 mA to 2 A). Under some operating conditions (e.g., for an input voltage of 6 volts) efficiencies of over 95 percent can be maintained over such current levels. Such a control circuit is particularly useful in notebook and palm-top computers, portable instruments, battery-operated digital devices, cellular telephones, DC power distributions systems and GPS systems.

14

As discussed above with respect to FIG. 1, a disadvantage of prior art control circuit 10 is that at low output currents the current in inductor L1 may reverse polarity if during $t_{OFF}$ the current ramps down too much. This may result in power being pulled from the load to ground, through N-MOSFET 17, with an associated reduction in circuit efficiency. In accordance with a still further feature of the present invention, the control circuit can include a circuit for turning OFF the N-MOSFET to prevent such power from being pulled from the load if the inductor current reverses polarity.

FIG. 8 is a schematic block diagram of an exemplary switching regulator circuit incorporating a circuit of the present invention for preventing reversals in the polarity of the current in the output inductor of the regulator from drawing power from the load.

Switching regulator 400 includes push-pull switch 15, driver circuit 20 and output circuit 30 similar to those of FIG. 1. Circuit 400 also includes an embodiment 470 of the high-efficiency control circuit of the present invention for preventing reversals in the polarity of output inductor L1 current from drawing power from the load.

Control circuit 470 includes one-shot circuit 25, current comparator 39 and transconductance amplifier 38 similar to those of FIG. 1. In addition to those components, control circuit 470 also includes comparator 471 and gate 472 for preventing reversals in inductor current polarity from drawing power from the load at low average current levels. Control circuit 470 works as follows.

When output 25a of one-shot circuit goes HIGH to turn P-MOSFET 16 OFF and N-MOSFET 17 ON, the inductor current $I_L$ begins to ramp down. During low average output currents, this current may ramp down towards zero and, eventually, may go negative. Control circuit 470 works by monitoring the inductor current $I_L$, through current feedback signal $I_{FB2}$, and turns N-MOSFET 17 OFF before such current reversals can occur. This prevents N-MOSFET 17 from drawing power from the load to ground.

Comparator 471 includes an input 471a adapted to monitor inductor current $I_L$ by way of current feedback signal $I_{FB2}$. When current feedback signal $I_{FB2}$ falls below current $I_4$ applied to input 471b of comparator 471, comparator output 471c goes LOW and, therefore, turns N-MOSFET 17 OFF by way of NAND gate 472. The turning OFF of N-MOSFET 17 prevents current reversals in inductor current $I_L$ from drawing power from load 14 to ground through N-MOSFET 17.

After N-MOSFET 17 is turned OFF, it will again be allowed to turn ON as soon as feedback current $I_{FB2}$ exceeds current $I_4$ to cause comparator output 471c to go HIGH. Generally, comparator output 471c will again go HIGH after one-shot circuit 25 turns P-MOSFET 16 ON, which, in turn, causes the inductor current $I_L$ to again ramp up. Such ramping up will allow current feedback signal $I_{FB2}$ to exceed $I_4$ and, therefore, cause comparator output 471c to go HIGH. While comparator 471c is HIGH, one-shot circuit 25 solely controls the turning ON of N-MOSFET 17.

Thus, control circuit 470 includes circuitry for intentionally holding N-MOSFET 17 OFF during periods when current reversals would otherwise allow power to be drawn from the load. This feature of the present invention can increase circuit efficiency at low average output current levels when current reversals are most like to occur.

It will be apparent to those of ordinary skill in the art that although comparator 471 monitors the inductor current $I_L$ through feedback current $I_{FB2}$, other means of detecting current reversals in the inductor current $I_L$ could be used as well. For example, comparator 471 could monitor current

A 226

LINEAR 000472

5,994,885

15

feedback signal $I_{FB1}$ just as well so that only one type of current feedback signal is employed in control circuit 470. Additionally, many others means of generating a feedback signal indicative of current reversal in inductor current $I_L$ could be used as well (see, e.g., resistor $R_{SENSE}$ in FIG. 7).

The high-efficiency control circuit of the present invention was discussed above with respect to FIGS. 1–8 wherein the switching regulator was configured in a voltage step-down configuration. It will be apparent that the control circuit of the present invention could be used in other configurations as well. For example, FIG. 9 shows a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a voltage step-up configuration.

Switching regulator 500 includes synchronously-switched switch 15' wherein the drains of P-channel MOSFET 16 and N-channel MOSFET 17 are coupled together and to one side of inductor L1. The other side of inductor L1 is coupled to input $V_{IN}$. Control circuit 70 drives driver circuit 20' including inverting P-driver 26' and inverting N-driver 27', which in turn drive P-channel MOSFET 16 and N-channel MOSFET 17, respectively.

Thus, as shown in FIG. 9, the control circuit of the present invention can be used in switching configurations wherein an input voltage $V_{IN}$ is stepped up to a regulated output voltage $V_{OUT}$. As is the case with the step-down configurations shown in FIGS. 2–8, the control circuit of FIG. 9 can be used in other types of step-up configurations as well. For example, one-shot circuit 25 shown in FIG. 9 can include an additional input for monitoring the input voltage $V_{IN}$ to reduce the generation and emission of audible noise from inductor L1 at low input voltages as discussed above with respect to FIGS. 5 and 6. Also, switching regulator 500 can include circuitry to hold P-MOSFET 16 OFF during periods when the polarity of inductor current $I_L$ would otherwise reverse, as discussed above with respect to FIG. 8.

FIG. 10 shows a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a voltage polarity-inverting configuration.

Switching regulator 600 includes switch 15'' wherein the drain of P-channel MOSFET 16 is coupled to one side of inductor L1 and to $V_{OUT}$ through diode D601. The other side of inductor L1 is coupled to ground. The source of P-channel MOSFET 16 is coupled to the positive input voltage $V_{IN}$. Control circuit 70' drives driver circuit 20'' including P-driver 26 which, in turn, drives P-channel MOSFET 16.

Control circuit 70' operates substantially similar to control circuit 70 discussed above except for the following. Voltage feedback to control circuit 70' is provided by resistors R1 and R2 and amplifier 602. Amplifier 602 inverts the negative polarity voltage at $V_{OUT}$ to provide a positive polarity feedback voltage to control circuit 70'.

Thus, as shown in FIG. 10, the control circuit of the present invention can be used in switching configurations wherein an input voltage $V_{IN}$ is inverted to a regulated output voltage of opposite polarity $V_{OUT}$. As is the case with the step-down configurations shown in FIGS. 2–8, the control circuit of FIG. 10 can be used in other types of polarity-inverting configurations as well. For example, one-shot circuit 25 shown in FIG. 10 can include an additional input for monitoring the input voltage $V_{IN}$ to reduce the generation and emission of audible noise from inductor L1 at low input voltages. Furthermore, one-shot circuit 25 can include an input for monitoring the output voltage $V_{OUT}$ to control the short circuit current if the output is short circuited as discussed above with respect to FIGS. 5 and 6. Also, if

16

regulator 600 was synchronously switched and included an N-MOSFET instead of D601, the regulator could include circuitry to hold such an N-MOSFET OFF during periods when the polarity of inductor current $I_L$ would otherwise reverse, as discussed above with respect to FIG. 8.

It will be apparent to those of ordinary skill in the art that although the present invention has been discussed above with reference to a hysteretic voltage comparator for generating the sleep mode control signal to cause the switching regulator to go into and awake from the sleep-mode, other means for performing the same function are also possible. For example, if desired, the sleep mode control signal could be generated in response to a monitored output current. Furthermore, the switching regulator could be taken out of the sleep mode a predetermined time period after going into such a mode, instead after the output voltage falls below a predetermined threshold voltage, as illustrated above.

It will also be apparent that although the present invention has been discussed above with reference to FIGS. 1–10, wherein the power switches were either a pair of complementary MOSFETS (i.e., one p-channel and one n-channel) or a single p-channel MOSFET (FIG. 3), the present invention is applicable to other types of switches as well. For example, the power switch could include a pair of N-channel MOSFETS, a pair of P-channel MOSFETS, or bipolar junction transistors.

Thus, a control circuit and method for maintaining high efficiency over broad current ranges in a switching regulator circuit has been provided.

One skilled in the art will thus appreciate that the present invention can be practiced by other than the described embodiments, which are presented for purposes of illustration and not of limitation, and the present invention is limited only by the claims which follow.

What is claimed is:

1. A circuit for controlling a switching voltage regulator having a switch and an output adapted to supply current at a regulated voltage to a load including an output capacitor, the switch coupled between an input voltage and an output voltage and including one or more switching transistors, the circuit comprising:

a first circuit for monitoring an output to generate a first feedback signal;

a second circuit for generating a first control signal during a first state of circuit operation, the second circuit including a one-shot circuit that generates the first control signal to switch the one or more switching transistors "on" or "off" over a first period of time to maintain the output at the regulated voltage, the one-shot circuit being triggered responsive to the first feedback signal, the first period of time being responsive to at least one of the input voltage and the output voltage.

2. The circuit of claim 1, wherein the first period of time is responsive to the input voltage.

3. The circuit of claim 2, wherein:

the switch is coupled to an inductor;

the first period of time is decreased in response to a decrease in the input voltage; and

an oscillation frequency of the ripple current through the inductor is increased from an audible frequency to one that does not generate substantial user audible noise.

4. The circuit of claim 1, wherein the first period of time is responsive to the output voltage.

5. The circuit of claim 4, wherein:

the switch is coupled to an inductor;

**A  227**

LINEAR 000473

5,994,885

17                                                    18

the first period of time is increased in response to a decrease in the output voltage; and

the total decrease in current through the inductor is increased while the first control signal is generated.

6. The circuit of claim 1, wherein the circuit includes a capacitor coupled to the one-shot circuit and a variable current source for controlling the discharging rate of the capacitor, the discharging rate being responsive to at least one of the input voltage and the output voltage to control the first period of time.

7. The circuit of claim 6, wherein the first period of time is responsive to the input voltage.

8. The circuit of claim 7, wherein:

the switch is coupled to an inductor;

the first period of time is decreased in response to a decrease in the input voltage; and

an oscillation frequency of the ripple current through the inductor is increased from an audible frequency to one that does not generate substantial user audible noise.

9. The circuit of claim 6, wherein the first period of time is responsive to the output voltage.

10. The circuit of claim 9, wherein:

the switch is coupled to an inductor;

the first period of time is increased in response to a decrease in the output voltage; and

the total decrease in current through the inductor is increased while the first control signal is generated.

11. A switching voltage regulator that generates an output at an output node from an input at an input node, the output node coupled to an output capacitor, the regulator comprising:

a switching transistor having a first terminal coupled to the input node, a second terminal, and a third terminal;

a driver circuit having a first terminal, and a second terminal coupled to the second terminal of the switching transistor;

an inductor having a first terminal coupled to the third terminal of the switching transistor, and a second terminal coupled to the output node;

a feedback circuit having a first terminal coupled to the output node, and a second terminal, the feedback circuit producing a feedback signal at the second terminal of the feedback circuit;

a feedback control circuit having a first terminal coupled to the second terminal of the feedback circuit, and a second terminal, the feedback control circuit producing a trigger signal at the second terminal of the feedback control circuit, said trigger signal being produced responsive to the feedback signal;

an off-time control circuit having a first terminal and a second terminal, the off-time control circuit producing an off-time control signal at the first terminal of the off-time control circuit, the second terminal of the off-time control circuit being coupled to one of the input node or the output node;

a one-shot generator having a first terminal coupled to the second terminal of the feedback control circuit, a second terminal coupled to the first terminal of the off-time control circuit, and a third terminal coupled to the first terminal of the driver circuit, the one-shot generator generating a switch signal on the third terminal to cause the driver to place the switching transistor in an off state starting upon receipt of the trigger signal, and continuing for a first period of time determined by the off-time control signal.

12. The regulator of claim 11, wherein the feedback circuit produces a voltage feedback signal at the second terminal of the feedback circuit.

13. The regulator of claim 11, wherein the feedback circuit produces a current feedback signal at the second terminal of the feedback circuit.

14. The regulator of claim 13, wherein the regulator further comprises a voltage feedback circuit having a first terminal coupled to the output node, and a second terminal, the voltage feedback circuit producing a voltage feedback signal at the second terminal of the voltage feedback circuit, and wherein the feedback control circuit has a third terminal coupled to the second terminal of the voltage feedback circuit, and the trigger signal is produced responsive to the current feedback signal and the voltage feedback signal.

15. The regulator of claim 11, wherein the second terminal of the off-time control circuit is coupled to the input node, and the off-time control signal is generated responsive to a voltage at the input node to vary the first period of time.

16. The regulator of claim 15, wherein the off-time control circuit produces an off-time control signal that decreases the first period of time in response to a decrease in the voltage at the input node, whereby an oscillation frequency of the ripple current through the inductor is increased from an audible frequency to a substantially inaudible frequency.

17. The regulator of claim 11, wherein the second terminal of the off-time control circuit is coupled to the output node, and the off-time control signal is generated responsive to a voltage at the output node to vary the first period of time.

18. The regulator of claim 17, wherein the off-time control circuit produces an off-time control signal that increases the first period of time in response to a decrease in the voltage at the output.

19. The regulator of claim 11, wherein the second terminal of the off-time control circuit is coupled to the input node and the off-time control circuit further comprises a third terminal coupled to the output node, and the off-time control signal is generated responsive to a voltage at the input node and a voltage at the output node to vary the first period of time.

20. The regulator of claim 11, wherein the one-shot generator includes a control capacitor coupled between the second terminal of the one-shot generator and ground, and the off time control circuit comprises a variable current source that controls the discharging rate of the control capacitor.

21. The regulator of claim 20, wherein the second terminal of the off-time control circuit is coupled to the input node, and the variable current source controls the discharging rate of the control capacitor responsive to a voltage at the input node to vary the first period of time.

22. The regulator of claim 21, wherein the variable current source controls the discharging rate of the control capacitor to decrease the first period of time in response to a decrease in the voltage at the input node, whereby an oscillation frequency of the ripple current through the inductor is increased from an audible frequency to a substantially inaudible frequency.

23. The regulator of claim 20, wherein the second terminal of the off-time control circuit is coupled to the output node, and the variable current source controls the discharging rate of the control capacitor responsive to a voltage at the output node to vary the first period of time.

24. The regulator of claim 23, wherein the variable current source controls the discharging rate of the control capacitor to increase the first period of time in response to a decrease in the voltage at the output node.

**A  228**

LINEAR 000474

5,994,885

19

20

25. The regulator of claim 20, wherein the second terminal of the off-time control circuit is coupled to the input node and the off-time control circuit further comprises a third terminal coupled to the output node, and the variable current source controls the discharging rate of the control capacitor responsive to a voltage at the input node and a voltage at the output node to vary the first period of time.

26. The regulator of claim 25, wherein the off-time control circuit comprises a control circuit that produces a control current to control the variable current source responsive to a voltage at the input node and a voltage at the output node to vary the first period of time.

27. The regulator of claim 26, wherein the control circuit comprises:

a first current source, providing a first current;

a second current source, providing a second current;

a current compensation circuit; and

a current mirror output circuit that outputs the control current.

28. The regulator of claim 27, wherein the current mirror output circuit produces a current proportional to the first current, or to the sum of the first current and the second current, depending on the voltage at the input node and the voltage at the output node.

29. The regulator of claim 27, wherein the second current source causes the second current to be zero when a difference between the voltage at the input node and a voltage at the output node is greater than a predetermined value.

30. The regulator of claim 29, wherein the second current increases responsive to a decrease in the voltage at the input node when the difference between the voltage at the input node and the voltage at the output node is less than the predetermined value.

31. The regulator of claim 27, wherein the current compensation circuit adjusts the control current to compensate for changes in temperature.

32. A circuit for controlling a switching voltage regulator having a switch and an output adapted to supply current at a regulated voltage to a load including an output capacitor, the switch coupled between an input voltage and an output voltage and including one or more switching transistors, the circuit comprising:

means for generating a current feedback signal;

means for generating a voltage feedback signal;

means for generating a trigger signal responsive to the current feedback signal and the voltage feedback signal;

means for generating an off-time control signal responsive to at least one of the input voltage and the output voltage; and

one-shot means for placing the switch into an off state responsive to the trigger signal, the switch remaining-in the off state for a period of time responsive to the off-time control signal.

33. The circuit of claim 31, wherein the means for generating the off-time control signal causes the period of time to decreases in response to a decrease in the input voltage.

34. The circuit of claim 31, wherein the means for generating the off-time control signal causes the period of time to increase in response to a decrease in the input voltage.

35. A switching voltage regulator having an output node and an input node, the output node coupled to an output capacitor, the regulator comprising:

a switching transistor having a first terminal coupled to the input node, a second terminal, and a third terminal;

a driver circuit having a first terminal, and a second terminal coupled to the second terminal of the switching transistor;

an inductor having a first terminal coupled to the third terminal of the switching transistor, and a second terminal coupled to the output node;

a feedback circuit having a first terminal coupled to the output node, and a second terminal;

a feedback control circuit having a first terminal coupled to the second terminal of the feedback circuit, and a second terminal;

a one-shot generator having a first terminal coupled to the second terminal of the feedback control circuit, a second terminal, and a third terminal coupled to the first terminal of the driver circuit, the one-shot generator including a control capacitor coupled between the second terminal of the one-shot generator and ground;

an off-time control circuit having a first terminal coupled to the second terminal of the one-shot generator, and a second terminal coupled to one of the input node or the output node, the off-time control circuit including a variable current source that controls the discharging rate of the control capacitor.

36. The regulator of claim 35, wherein the feedback circuit comprises a voltage feedback circuit.

37. The regulator of claim 35, wherein the feedback circuit comprises a current feedback circuit.

38. The regulator of claim 37, wherein the regulator further comprises a voltage feedback circuit having a first terminal coupled to the output node, and a second terminal, and wherein the feedback control circuit has a third terminal coupled to the second terminal of the voltage feedback circuit.

39. The regulator of claim 35, wherein the off-time control circuit further comprises a second terminal coupled to the input node, and the off time control signal is generated responsive to a voltage at the input node to vary the first period of time.

40. The regulator of claim 35, wherein the second terminal of the off-time control circuit is coupled to the input node.

41. The regulator of claim 35, wherein the second terminal of the off-time control circuit is coupled to the output node.

42. The regulator of claim 35, wherein the second terminal of the off-time control circuit is coupled to the input node and the off-time control circuit further comprises a third terminal coupled to the output node.

* * * * *

**A  229**

LINEAR 000475

# TAB 12

REV. 10/97
For Other Than A Small Entity

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Attorney Docket No. _LT-26 DIV2_

Anticipated Classification
of this application:
Class _323_ Subclass _287_

Prior application:
Examiner _Riley, S._
Art Unit _2111_

### EXPRESS MAIL CERTIFICATION

"Express Mail" mailing label number _EH814862489US_.

Date of Deposit _November 26, 1997_                .

I hereby certify that this transmittal letter and the other papers and fees identified in this transmittal letter as being transmitted herewith are being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R. § 1.10 on the date indicated above and is addressed to the Hon. Assistant Commissioner for Patents, Washington, D.C. 20231.

_Barbara L Weatherly_
Barbara Weatherly

Hon. Assistant Commissioner
    for Patents
Washington, D.C. 20231                November 24, 1997

TRANSMITTAL LETTER FOR
RULE 60 CONTINUATION APPLICATION

Sir:

This is a request for filing a [ ] continuation, [X] divisional, application under 37 C.F.R. § 1.60, of pending prior application Serial No. _08/799,467_, filed on _February 13, 1997_ of _Milton E. Wilcox and Randy G. Flatness_ for _CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULATOR CIRCUIT_                .

# A  230

LINEAR 000548

1.   [X]   Enclosed is a copy of the prior application,
           including the oath or declaration as originally
           filed and the undersigned registered attorney
           hereby states that these application papers
           comprise a true copy of the prior application
           as filed.

2.   [X]   Cancel in this application original claims _1-
           55 and 66-96_ of the prior application before
           calculating the filing fee.

3.   [X]   The filing fee is calculated below:

CLAIMS AS FILED IN THE PRIOR APPLICATION,
LESS ANY CLAIMS CANCELED IN PARAGRAPH 2

| FOR | NUMBER FILED | NUMBER EXTRA | RATE | FEE |
|---|---|---|---|---|
| BASIC FEE | | | | $790.00 |
| TOTAL CLAIMS | 10 - 20 = | 0 | X $22 = | $ 0.00 |
| INDEPENDENT CLAIMS | 1 - 3 = | 0 | X $82 = | $ 0.00 |
| [ ] MULTIPLE DEPENDENT CLAIMS | | | + $270 = | $ 0.00 |
| | | | TOTAL | $790.00 |

4.   [ ]   Please charge $_____ to Deposit Account No.
           06-1075 in payment of the filing fee.  A
           duplicate copy of this transmittal letter is
           transmitted herewith.

5.   [X]   A check in the amount of $790.00 in payment of
           the filing fee is transmitted herewith.

5a.  [ ]   This application is being filed unaccompanied
           by a filing fee.  The appropriate filing fee
           will be paid in response to a Notice to File
           Missing Parts, pursuant to 37 C.F.R. § 1.53(d).

# A  231

LINEAR 000549

6.  [X]  The Commissioner is hereby authorized to charge
         payment of any additional filing fees required
         under 37 C.F.R. § 1.16, in connection with the
         paper(s) transmitted herewith, or credit any
         overpayment of same, to Deposit Account No. 06-
         1075.  A duplicate copy of this transmittal
         letter is transmitted herewith.

7.  [X]  Amend the specification by inserting before the
         first line the sentence: --This is a
         [ ] continuation, [X] division, of application
         Serial No. __08/799,467_, filed _February 13,_
         _1997_ entitled _CONTROL CIRCUIT FOR MAINTAINING_
         _HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A_
         _SWITCHING REGULATOR CIRCUIT_ now Pat. No. 5,731,694,
         continuation of application Serial No.
         08/634,688, filed April 18, 1996, which is a
         continuation of application Serial No.
         08/476,232, filed June 7, 1995, which is a
         divisional of application Serial No.
         08/036,047, filed March 23, 1993, now U.S.
         Patent No. 5,481,178 --.

8.  [ ]  Transfer the drawings from the prior
         application to this application and abandon
         said prior application as of the filing date
         accorded this application.  A duplicate copy of
         this sheet is enclosed for filing in the prior
         application file.

9.  [ ]  New formal drawings are enclosed.

10. [X]  Informal drawings are enclosed in order to
         expedite prosecution of this application.
         Formal drawings will be filed during the
         pendency of this application.

11. [ ]  Priority of application Serial No. _____,
         filed on _____
         is claimed under 35 U.S.C. § 119.

    (1)  [ ]  The certified copy has been filed in prior
              application Serial No. _____, filed
              _____.

    (2)  [ ]  The certified copy is enclosed.

# A  232

12. [X]  The prior Application Serial No. _08/799,467_, filed _February 13, 1997_, is assigned of record to _Linear Technology Corporation_ .

13. [X]  The power of attorney in prior Application Serial No. _08/799,467_ is to:

_Laurence S. Rogers, Esq._, Reg. No. _28,465_

a. [X]  The power appears in the original paper in the prior application.

b. [ ]  Since the power does not appear in the original papers, a copy of the power in the prior application is enclosed.

c. [ ]  Since the undersigned's power does not appear in original papers, a copy of the undersigned's power in the prior application is enclosed.

d. [X]  The undersigned is authorized to represent the applicants in these matters pursuant to the provisions of 37 C.F.R. § 1.34(a).

14. [X]  Address all future communications to:

Mark D. Rowland
Registration No. 32,077

c/o  FISH & NEAVE
1251 Avenue of the Americas
New York, New York 10020-1104
Tel.:  (650) 617-4000

15. [ ]  A preliminary amendment is enclosed.

Mark D. Rowland
Registration No. 32,077
Attorney for Applicants

c/o  FISH & NEAVE
1251 Avenue of the Americas
New York, New York 10020-1104
Tel.:  (650) 617-4000

**A  233**

LINEAR 000551

# TAB 13



LT-26 DIV 2

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants      :   Milton E. Wilcox and Randy G. Flatness

Serial No.      :   08/978,167

Filed           :   November 26, 1997

For             :   CONTROL CIRCUIT AND METHOD FOR MAINTAINING
                    HIGH EFFICIENCY OVER BROAD CURRENT RANGES
                    IN A SWITCHING REGULATOR CIRCUIT

Group Art Unit  :   2838

Examiner        :   R. Patel


Hon. Assistant Commissioner
    for Patents
Washington, D.C. 20231

                    <u>REPLY TO EXAMINER'S ACTION</u>

Sir:


        A three month extension with which to reply to the
Office action dated October 1, 1998, is respectfully requested.
A fee appropriate for a three month extension is enclosed
herewith.

        In reply to the aforementioned Office action,
Applicants submit the following amendments and remarks.

RECEIVED

APR 1 3 1999

TECHNOLOGY CENTER 2800

In the Specification:
        Page 28, line 2: remove "(LT-20)";
                 line 3: insert --now U.S. Patent Number
                         5,365,118-- after "June 4, 1992,";
                 line 8: remove "(LT-20CIP)";
                 line 9: fill in blank with --08/035,423--;

04/09/1999 SSALEEKU 00000028 08978167

03 FC:103                      396.00 OP
04 FC:102                       78.00 OP

## A 234

LINEAR 000589



- 2 -

line 9: insert /--now U.S. Patent Number
5,408,150,-- after "herewith,";

<u>In the claims:</u>

Please amend claims 56-65 as follows:

56. (Amended) A circuit for controlling a switching
voltage regulator having a switch and an output adapted to
supply current at a regulated voltage to a load including an
output capacitor, the switch coupled between an input voltage
and an output voltage and including one or more switching
transistors, the circuit comprising:

a first circuit for monitoring [the] <u>an</u> output to
generate a first feedback signal;

a second circuit for generating a first control
signal during a first state of circuit operation, <u>the second
circuit including a one-shot circuit that generates</u> the first
control signal [being responsive to the first feedback signal]
to [vary the duty cycle of] <u>switch</u> the one or more switching
transistors <u>"on" or "off" over a first period of time</u> to
maintain the output at the regulated voltage, [the second
circuit including a one-shot circuit for generating the first
control signal over a first period of time during a switch
cycle] <u>the one-shot circuit being triggered responsive to the
first feedback signal</u>, [said] the first <u>period of time</u> [control
signal] being [dependent upon] <u>responsive to</u> at least one of
[said] <u>the</u> input voltage and [said] <u>the</u> output voltage.

57. (Amended)  The circuit of claim 56, wherein the
first period of time is [dependent upon] <u>responsive to</u> the
input voltage.

RECEIVED

APR 1 3 1999

TECHNOLOGY CENTER 2800

A  235

LINEAR 000590

- 3 -

3 ~~58.~~ (Amended)  The circuit of claim ~~57~~ 2, wherein:
the switch is coupled to an inductor;

[, and wherein] the first period of time is decreased
in response to a decrease in the input voltage; and [, whereby]

[the] an oscillation frequency of the ripple current
through [said] the inductor is increased from an audible
frequency to one that does not generate substantial user
audible noise.

4 ~~59.~~ (Amended)  The circuit of claim ~~56~~ 1, wherein the
first period of time is [dependent upon] responsive to the
output voltage.

5 ~~60.~~ (Amended)  The circuit of claim ~~59~~ 4, wherein:
[an] the switch is coupled to an inductor;

[, and wherein] the first period of time is increased
in response to a decrease in the output voltage; and [,
whereby]

the total decrease in current through [said] the
inductor is increased while the first control signal is
generated.

6 ~~61.~~ (Amended)  The circuit of claim ~~56~~ 1, wherein the
[one-shot] circuit includes a capacitor coupled to the one-shot
circuit and a variable current source for controlling the
discharging rate of the capacitor, the discharging rate being
[dependent upon] responsive to at least one of [said] the input
voltage and [said] the output voltage to control the first
period of time.

**A   236**

- 4 -

7
62. (Amended)  The circuit of claim 61, wherein the
first period of time is [dependent upon] responsive to the
input voltage.

8
63. (Amended)  The circuit of claim 62, wherein:
    the switch is coupled to an inductor;
    [, and wherein] the first period of time is decreased
in response to a decrease in the input voltage; and [, whereby]
    [the] an oscillation frequency of the ripple current
through [said] the inductor is increased from an audible
frequency to one that does not generate substantial user
audible noise.

9
64. (Amended)  The circuit of claim 61, wherein the
first period of time is [dependent upon] responsive to the
output voltage.

10
65. (Amended)  The circuit of claim 61, wherein:
    [an] the switch is coupled to an inductor;
    [, and wherein] the first period of time is increased
in response to a decrease in the output voltage; and [,
whereby]
    the total decrease in current through [said] the
inductor is increased while the first control signal is
generated.

---

Please add new claims 66-97 as follows:

---

11
66. (New) A switching voltage regulator that
generates an output at an output node from an input at an input
node, the output node coupled to an output capacitor, the
regulator comprising:

**A  237**

- 5 -

a switching transistor having a first terminal coupled to the input node, a second terminal, and a third terminal;

a driver circuit having a first terminal, and a second terminal coupled to the second terminal of the switching transistor;

an inductor having a first terminal coupled to the third terminal of the switching transistor, and a second terminal coupled to the output node;

a feedback circuit having a first terminal coupled to the output node, and a second terminal, the feedback circuit producing a feedback signal at the second terminal of the feedback circuit;

a feedback control circuit having a first terminal coupled to the second terminal of the feedback circuit, and a second terminal, the feedback control circuit producing a trigger signal at the second terminal of the feedback control circuit, said trigger signal being produced responsive to the feedback signal;

an off-time control circuit having a first terminal and a second terminal, the off-time control circuit producing an off-time control signal at the first terminal of the off-time control circuit, the second terminal of the off-time control circuit being coupled to one of the input node or the output node;

a one-shot generator having a first terminal coupled to the second terminal of the feedback control circuit, a second terminal coupled to the first terminal of the off-time control circuit, and a third terminal coupled to the first terminal of the driver circuit, the one-shot generator generating a switch signal on the third terminal to cause the driver to place the switching transistor in an off state

A 238

LINEAR 000593

- 6 -

starting upon receipt of the trigger signal, and continuing for
a first period of time determined by the off-time control
signal.

12-98    67. (New) The regulator of claim 66, wherein the
feedback circuit produces a voltage feedback signal at the
second terminal of the feedback circuit.

13-99    68. (New) The regulator of claim 66, wherein the
feedback circuit produces a current feedback signal at the
second terminal of the feedback circuit.

14-100    69. (New) The regulator of claim 68, wherein the
regulator further comprises a voltage feedback circuit having a
first terminal coupled to the output node, and a second
terminal, the voltage feedback circuit producing a voltage
feedback signal at the second terminal of the voltage feedback
circuit, and wherein the feedback control circuit has a third
terminal coupled to the second terminal of the voltage feedback
circuit, and the trigger signal is produced responsive to the
current feedback signal and the voltage feedback signal.

15-101    70. (New) The regulator of claim 66, wherein the
second terminal of the off-time control circuit is coupled to
the input node, and the off-time control signal is generated
responsive to a voltage at the input node to vary the first
period of time.

16-102    71. (New) The regulator of claim 70, wherein the off-
time control circuit produces an off-time control signal that
decreases the first period of time in response to a decrease in
the voltage at the input node, whereby an oscillation frequency

**A   239**

LINEAR 000594

- 7 -

of the ripple current through the inductor is increased from an audible frequency to a substantially inaudible frequency.

17. (New) The regulator of claim 11, wherein the second terminal of the off-time control circuit is coupled to the output node, and the off-time control signal is generated responsive to a voltage at the output node to vary the first period of time.

18. (New) The regulator of claim 17, wherein the off-time control circuit produces an off-time control signal that increases the first period of time in response to a decrease in the voltage at the output.

19. (New) The regulator of claim 11, wherein the second terminal of the off-time control circuit is coupled to the input node and the off-time control circuit further comprises a third terminal coupled to the output node, and the off-time control signal is generated responsive to a voltage at the input node and a voltage at the output node to vary the first period of time.

20. (New) The regulator of claim 11, wherein the one-shot generator includes a control capacitor coupled between the second terminal of the one-shot generator and ground, and the off time control circuit comprises a variable current source that controls the discharging rate of the control capacitor.

21. (New) The regulator of claim 20, wherein the second terminal of the off-time control circuit is coupled to the input node, and the variable current source controls the

**A  240**

LINEAR 000595

- 8 -

discharging rate of the control capacitor responsive to a
voltage at the input node to vary the first period of time.

27. (New) The regulator of claim 18, wherein the
variable current source controls the discharging rate of the
control capacitor to decrease the first period of time in
response to a decrease in the voltage at the input node,
whereby an oscillation frequency of the ripple current through
the inductor is increased from an audible frequency to a
substantially inaudible frequency.

28. (New) The regulator of claim 25, wherein the
second terminal of the off-time control circuit is coupled to
the output node, and the variable current source controls the
discharging rate of the control capacitor responsive to a
voltage at the output node to vary the first period of time.

29. (New) The regulator of claim 28, wherein the
variable current source controls the discharging rate of the
control capacitor to increase the first period of time in
response to a decrease in the voltage at the output node.

30. (New) The regulator of claim 25, wherein the
second terminal of the off-time control circuit is coupled to
the input node and the off-time control circuit further
comprises a third terminal coupled to the output node, and the
variable current source controls the discharging rate of the
control capacitor responsive to a voltage at the input node and
a voltage at the output node to vary the first period of time.

# A  241

LINEAR 000596

- 9 -

31. (New) The regulator of claim 80, wherein the off-time control circuit comprises a control circuit that produces a control current to control the variable current source responsive to a voltage at the input node and a voltage at the output node to vary the first period of time.

32. (New) The regulator of claim 81, wherein the control circuit comprises:

       a first current source, providing a first current;

       a second current source, providing a second current;

       a current compensation circuit; and

       a current mirror output circuit that outputs the control current.

33. (New) The regulator of claim 82, wherein the current mirror output circuit produces a current proportional to the first current, or to the sum of the first current and the second current, depending on the voltage at the input node and the voltage at the output node.

34. (New) The regulator of claim 82, wherein the second current source causes the second current to be zero when a difference between the voltage at the input node and a voltage at the output node is greater than a predetermined value.

35. (New) The regulator of claim 84, wherein the second current increases responsive to a decrease in the voltage at the input node when the difference between the voltage at the input node and the voltage at the output node is less than the predetermined value.

A   242

- 10 -

**31**
~~86.~~ (New) The regulator of claim ~~82,~~ **27** wherein the current compensation circuit adjusts the control current to compensate for changes in temperature.

**32**
~~87.~~ (New) A circuit for controlling a switching voltage regulator having a switch and an output adapted to supply current at a regulated voltage to a load including an output capacitor, the switch coupled between an input voltage and an output voltage and including one or more switching transistors, the circuit comprising:

   means for generating a current feedback signal;

   means for generating a voltage feedback signal;

   means for generating a trigger signal responsive to the current feedback signal and the voltage feedback signal;

   means for generating an off-time control signal responsive to at least one of the input voltage and the output voltage; and

   one-shot means for placing the switch into an off state responsive to the trigger signal, the switch remaining in the off state for a period of time responsive to the off-time control signal.

**33**
~~88.~~ (New) The circuit of claim ~~86,~~ **31** wherein the means for generating the off-time control signal causes the period of time to decreases in response to a decrease in the input voltage.

**34**
~~89.~~ (New) The circuit of claim ~~86,~~ **31** wherein the means for generating the off-time control signal causes the period of time to increase in response to a decrease in the output voltage.

**A  243**

LINEAR 000598

- 11 -

90. (New) A switching voltage regulator having an output node and an input node, the output node coupled to an output capacitor, the regulator comprising:

a switching transistor having a first terminal coupled to the input node, a second terminal, and a third terminal;

a driver circuit having a first terminal, and a second terminal coupled to the second terminal of the switching transistor;

an inductor having a first terminal coupled to the third terminal of the switching transistor, and a second terminal coupled to the output node;

a feedback circuit having a first terminal coupled to the output node, and a second terminal;

a feedback control circuit having a first terminal coupled to the second terminal of the feedback circuit, and a second terminal;

a one-shot generator having a first terminal coupled to the second terminal of the feedback control circuit, a second terminal, and a third terminal coupled to the first terminal of the driver circuit, the one-shot generator including a control capacitor coupled between the second terminal of the one-shot generator and ground;

an off-time control circuit having a first terminal coupled to the second terminal of the one-shot generator, and a second terminal coupled to one of the input node or the output node, the off-time control circuit including a variable current source that controls the discharging rate of the control capacitor.

A 244

LINEAR 000599

- 12 -

**36**
91. (New) The regulator of claim 90, wherein the
feedback circuit comprises a voltage feedback circuit.

**37**
92. (New) The regulator of claim 90, wherein the
feedback circuit comprises a current feedback circuit.

**38**
93. (New) The regulator of claim 92, wherein the
regulator further comprises a voltage feedback circuit having a
first terminal coupled to the output node, and a second
terminal, and wherein the feedback control circuit has a third
terminal coupled to the second terminal of the voltage feedback
circuit.

**39**
94. (New) The regulator of claim 90, wherein the off-
time control circuit further comprises a second terminal
coupled to the input node, and the off time control signal is
generated responsive to a voltage at the input node to vary the
first period of time.

**40**
95. (New) The regulator of claim 90, wherein the
second terminal of the off-time control circuit is coupled to
the input node.

**41**
96. (New) The regulator of claim 90, wherein the
second terminal of the off-time control circuit is coupled to
the output node.

**42**
97. (New) The regulator of claim 90, wherein the
second terminal of the off-time control circuit is coupled to
the input node and the off-time control circuit further
comprises a third terminal coupled to the output node.

**A 245**

LINEAR 000600

- 13 -

<u>REMARKS</u>

<u>Summary of the Office Action</u>

Claims 56-65 are pending in the application.

Claims 56 and 57 have been rejected under 35 U.S.C. § 103(a) as being unpatentable over Kelly et al. (U.S. Patent No. 3,772,588) in combination with Davis et al. (U.S. Patent No. 4,634,956).

Claims 58-65 have been rejected under 35 U.S.C. § 103(a) as being unpatentable over Kelly et al. in combination with Davis et al. and Inam et al. (U.S. Patent No. 5,177,676).

<u>Summary of Applicants' Reply</u>

Applicants have amended the specification to correct certain informalities, and amended the claims to better point out the novel features of the present invention, and to correct minor typographical errors. Additionally, Applicants have appended numerous new claims to provide more complete coverage for the present invention. All amendments and new claims find support in the specification at pages 19-24, and in FIGS. 5 and 6. Applicants also have provided arguments obviating the rejection of claims 56-65 under 35 U.S.C. § 103(a).

<u>Reply to Rejections Under 35 U.S.C. § 103</u>

Claims 56 and 57 were rejected under 35 U.S.C. § 103(a) as being unpatentable over Kelly et al. in combination with Davis et al. Kelly et al. shows a switching regulator that varies the "on" time of a transistor switch to maintain the output at the regulated voltage (see col. 3, l. 52-64). The one-shot circuit in Kelly (FIG. 1, item 88) is triggered at a fixed frequency by a clock circuit (item 90) (see col. 3, l.

A 246

LINEAR 000601

- 14 -

54-55).  The time over which the one-shot circuit generates an "on" signal is controlled by two distinct feedback loops -- a DC feedback loop, and an AC feedback loop.  The frequency at which the "on" signal is generated remains fixed.

Davis et al. shows a regulator having a DC to DC converter that uses pulse width modulation (i.e. varying the "on" or "off" time, but not the frequency of switching) to maintain the output at a regulated voltage (see col. 8, l. 24-39).  The frequency of switching is fixed at 83 kilohertz in the preferred embodiment (see col. 9, l. 33-40).  In addition, the regulator shown in Davis et al. has an "intermittent" mode, in which the DC-to-DC converter is turned on during a first predetermined period of time, and is turned off during a second predetermined period of time.  This intermittent mode permits low power operation.

The switching regulator of the present invention, as claimed in amended claim 56, has a first feedback signal that determines when the one-shot circuit is triggered.  When triggered, the one-shot generates a control signal over a first period of time (the "on" time or "off" time) that is dependent upon at least one of the input voltage and the output voltage. Thus, the switching regulator of the present invention varies both the time at which the control signal is triggered, and the "on" or "off" time over which the control signal is generated. By contrast, the switching regulators described in Kelly et al. and Davis et al. vary only the "on" time or "off" time of the signals, which are triggered on pulses of a fixed-frequency clock.

Since neither Kelly et al. nor Davis et al. teaches or suggests using a switching regulator that triggers a one-shot circuit responsive to a first feedback signal, as is required by amended claim 56 of the present invention, no

# A   247

LINEAR 000602

- 15 -

combination of Kelly et al. with Davis et al. would meet this limitation.  Furthermore, there is no motivation to add such a limitation to Kelly et al. or Davis et al., since both references specifically teach use of a fixed-frequency clock to drive the switching transistor.

Adding such a limitation to Kelly et al. in combination with Davis et al. would not have been obvious to one skilled in the art at the time of the invention, since the problems encountered in such a system would be different, and would have different solutions.  For example, problems such as user audible noise from the line ripple would not be present in a system using a fixed frequency clock having a sufficiently high frequency.  Even if such problems were present, they could be corrected in a manner consistent with the teachings of Kelly et al. or Davis et al. by simply using a clock having a different fixed frequency.  Using a regulator wherein the one-shot circuit is triggered based on a feedback signal, as is described in claim 56, would fundamentally change the operation of the switching regulators shown in Kelly et al. and Davis et al.

Thus, claim 56, as amended, is not rendered obvious by a combination of Kelly et al. with Davis et al.  Since claim 57 depends from claim 56, it is patentable over a combination of Kelly et al. with Davis et al. for at least the same reasons.  It is respectfully requested that the rejection of claims 56 and 57 under 35 U.S.C. § 103(a) be withdrawn.

Claims 58-65 were rejected under 35 U.S.C. § 103(a) as being unpatentable over Kelly et al. in combination with Davis et al., and further in combination with Inam et al.  It is noted that although the Office action refers to Inam et al., and cites Inam et al. in the Notice of References Cited, paragraph 3 of the Office action refers to Inam et al. as U.S.

## A  248

LINEAR 000603

- 16 -

Patent No. 4,672,303. This citation appears to be incorrect, since U.S. Patent Number 4,672,303 is to Newton. References to the figures and text used in paragraph 3 clearly refer to Inam et al., rather than to Newton, since some items to which the Office action refers are not present in the Newton patent. Confirmation that the Office action refers to Inam et al., rather than to Newton, was received in a telephone conversation with the Examiner on February 25, 1999.

Claims 58-65 depend, either directly or indirectly, from claim 56, and therefore have at least the same limitations. As explained above, a combination of Kelly et al. with Davis et al. does not render claim 56 obvious. Further combination with Inam et al., which describes a DC-to-AC switch mode inverter which uses a current feedback signal to control source impedance, does not cure the above-described deficiencies of Kelly et al. combined with Davis et al. Therefore, claim 56 is not obvious over a combination of Kelly. at al. with Davis et al. and Inam et al., and claims 58-65, which depend from claim 56, are not obvious over the stated combination for at least the same reasons.

Additionally, the Office action fails to address the key limitation of claim 61, which discloses the use of a capacitor and a variable current source that controls the discharging rate of the capacitor to control the time over which the control signal is generated. The variable current source sets the discharging rate dependent on at least one of the input voltage and the output voltage. None of Kelly et al., Davis et al., or Inam et al. teach or suggest such a limitation. Thus, claim 61 is patentable over a combination of Kelly et al., Davis et al., and Inam et al. Since claims 62-65 depend from claim 61, claims 62-65 are patentable over the stated combination for at least the same reasons.

# A  249

- 17 -

Furthermore, contrary to the statements in the Office action, Applicants can find no teaching in Inam et al. pertaining to decreasing a first period of time in response to decreasing an input voltage, nor to eliminating turn on losses or eliminating line ripple.  Given all this, it is respectfully requested that the rejection of claims 58-65 under 35 U.S.C. § 103(a) be withdrawn.

Conclusion

Applicants respectfully submit that the above amendments put this application in condition for allowance. Reconsideration and allowance of this application are respectfully requested.

Respectfully submitted,

Christopher J. Frerking
Reg. No. 42,557
Agent for Applicants

c/o  FISH & NEAVE
     1251 Avenue of the Americas
     New York, NY  10020
     Tel.: (650) 617-4000

# A  250

# TAB 14



US006304066B1

(12) **United States Patent**
Wilcox et al.

(10) **Patent No.:** US 6,304,066 B1
(45) **Date of Patent:** Oct. 16, 2001

(54) **CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULAR CIRCUIT**

(75) Inventors: **Milton E. Wilcox**, Saratoga; **Randy G. Flatness**, Los Gatos, both of CA (US)

(73) Assignee: **Linear Technology Corporation**, Milpitas, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/395,895**

(22) Filed: **Sep. 14, 1999**

**Related U.S. Application Data**

(60) Continuation of application No. 08/978,167, filed on Nov. 25, 1997, now Pat. No. 5,994,885, which is a division of application No. 08/799,467, filed on Feb. 13, 1997, now Pat. No. 5,731,694, which is a continuation of application No. 08/634,688, filed on Apr. 18, 1996, now abandoned, which is a continuation of application No. 08/476,232, filed on Jun. 7, 1995, now abandoned, which is a division of application No. 08/036,047, filed on Mar. 23, 1993, now Pat. No. 5,481,178.

(51) Int. Cl.7 ..................................................... G05F 1/40
(52) U.S. Cl. .......................... 323/282; 323/285; 323/290
(58) Field of Search ...................................... 323/282, 284, 323/285, 287, 222; 363/80, 97, 98, 21

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,458,798 | 7/1969 | Fang et al. . |
| 3,571,697 | 3/1971 | Phillips . |
| 3,579,091 | 5/1971 | Clarke et al. . |
| 3,581,186 | 5/1971 | Weinberger . |
| 3,582,758 | 6/1971 | Gunn . |
| 3,585,491 | 6/1971 | Peterson . |
| 3,733,540 | 5/1973 | Hawkins . |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 428 377 | 5/1991 | (EP) . |
| 60-32565 | 2/1985 | (JP) . |
| 60-156269 | 8/1985 | (JP) . |
| 63-307510 | 12/1988 | (JP) . |

(List continued on next page.)

OTHER PUBLICATIONS

"Application Note 35," 1990 Linear Applications Handbook, Linear Technology Corporation, pp. AN35–6 to AN35–11, No Date Available.

"Application Note 29," 1990 Linear Applications Handbook, Linear Technology Corporation, pp. AN29–8 to AN29–15, No Date Available.

"HIP5060 Power Control IC Single Chip Power Supply," Preliminary Data Sheet, Harris Semiconductor, Jan. 1992, pp. 1–3.

"LT1432 5V High Efficiency Step–Down Switching Regulator Controller," 1992 Linear Databook Supplement, Linear Technology Corporation, pp. 4–145 to 4–171, No Date Available.

(List continued on next page.)

Primary Examiner—Peter S. Wong
Assistant Examiner—Rajnikant B. Patel
(74) Attorney, Agent, or Firm—Fish & Neave; Mark D. Rowland; Michael J. DeHaemer, Jr.

(57) **ABSTRACT**

A circuit and method for controlling a switching voltage regulator having (1) a switch including one or more switching transistors and (2) an output adapted to supply current at a regulated voltage to a load including an output capacitor. The circuit and method generates a control signal to turn said one or more switching transistors OFF under operating conditions when the voltage at the output is capable of being maintained substantially by the charge on the output capacitor. Such a circuit and method increases the efficiency of the regulator circuit particularly at low average current levels.

**18 Claims, 10 Drawing Sheets**



**A 251**

LINEAR 000661

## US 6,304,066 B1
Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,772,588 | 11/1973 | Kelly et al. . |
| 3,784,893 | 1/1974 | Rando . |
| 3,863,128 | 1/1975 | Wilwerding . |
| 3,879,647 | 4/1975 | Hamilton et al. . |
| 3,992,638 | 11/1976 | Sauvanet . |
| 4,013,939 | 3/1977 | Biess et al. . |
| 4,035,810 | 7/1977 | Joyce . |
| 4,071,884 | 1/1978 | Maigret . |
| 4,160,288 | 7/1979 | Stuart et al. . |
| 4,326,245 | 4/1982 | Saleh . |
| 4,395,675 | 7/1983 | Tourmani . |
| 4,428,015 | 1/1984 | Nesler . |
| 4,462,069 | 7/1984 | Becky . |
| 4,479,174 | 10/1984 | Cates . |
| 4,493,017 | 1/1985 | Kammiller et al. . |
| 4,519,024 | 5/1985 | Federico et al. . |
| 4,541,041 | 9/1985 | Park et al. . |
| 4,554,499 | 11/1985 | Sherman et al. . |
| 4,578,630 | 3/1986 | Grosch . |
| 4,610,521 | 9/1986 | Inoue . |
| 4,634,956 | 1/1987 | Davis et al. . |
| 4,672,303 | 6/1987 | Newton . |
| 4,672,518 | 6/1987 | Murdock . |
| 4,674,020 | 6/1987 | Hill . |
| 4,683,529 | 7/1987 | Bucher, II . |
| 4,706,177 | 11/1987 | Josephson . |
| 4,709,315 | 11/1987 | Ramos . |
| 4,712,169 | 12/1987 | Albach . |
| 4,716,514 | 12/1987 | Patel . |
| 4,727,308 | 2/1988 | Huljak et al. . |
| 4,754,385 | 6/1988 | McDade et al. . |
| 4,801,859 | 1/1989 | Dishner . |
| 4,813,066 | 3/1989 | Holtz et al. . |
| 4,814,684 | 3/1989 | McCurdy . |
| 4,819,122 | 4/1989 | Gontowski, Jr. . |
| 4,823,070 | 4/1989 | Nelson . |
| 4,843,532 | 6/1989 | Freedman . |
| 4,866,587 | 9/1989 | Wadlington . |
| 4,870,555 | 9/1989 | White . |
| 4,884,183 | 11/1989 | Sable . |
| 4,902,957 | 2/1990 | Cassani et al. . |
| 4,922,404 | 5/1990 | Ludwig et al. . |
| 4,928,200 | 5/1990 | Redl et al. . |
| 4,929,882 | 5/1990 | Szepesi . |
| 4,931,716 | 6/1990 | Jovanovic et al. . |
| 4,996,638 | 2/1991 | Orr . |
| 5,028,861 | 7/1991 | Pace et al. . |
| 5,034,871 | 7/1991 | Okamoto et al. . |
| 5,066,900 | 11/1991 | Bassett . |
| 5,068,575 | 11/1991 | Dunsmore et al. . |
| 5,081,411 | 1/1992 | Walker . |
| 5,097,196 | 3/1992 | Schoneman . |
| 5,128,603 | 7/1992 | Wölfel . |
| 5,134,355 | 7/1992 | Hastings . |
| 5,138,249 | 8/1992 | Capel . |
| 5,144,547 | 9/1992 | Masamoto . |
| 5,170,333 | 12/1992 | Niwayama . |
| 5,177,676 | * 1/1993 | Inam et al. .............................. 363/80 |
| 5,179,511 | 1/1993 | Troyk et al. . |
| 5,184,129 | 2/1993 | Fung et al. . |
| 5,193,211 | 3/1993 | Nobusawa . |
| 5,237,606 | 8/1993 | Ziermann . |
| 5,309,078 | 5/1994 | Cameron . |
| 5,396,412 | 3/1995 | Barlage . |
| 5,408,162 | 4/1995 | Williams . |
| 5,481,178 | 1/1996 | Wilcox et al. . |
| 5,548,189 | 8/1996 | Williams . |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 3-113986 | 11/1991 | (JP) . |
| 4-42771 | 2/1992 | (JP) . |
| 4-49844 | 2/1992 | (JP) . |
| 4-101286 | 9/1992 | (JP) . |
| 4-128086 | 11/1992 | (JP) . |

### OTHER PUBLICATIONS

"Max 782/Max 786 Notebook Computer Power Supplies," Advance Information Data Sheet, Maxim Integrated Products, Feb. 1993, pp. 1–8.

"ML4873 Battery Power Control IC," Advance Information Data Sheet, Micro Linear Corporation, Mar. 15, 1993, pp. 1–8.

"UC1895/UC2895/UC3895 Synchronous Rectifier Buck PWM Controller," Preliminary Data Sheet, Unitrode Corporation, Sep. 1992.

Archer, William R., "Current–Driven Synchronous Rectifier," Motorola TMOS Power FET Design Ideas, BR316, pp. 9–10, 1985, No Date Available.

Blanchard, Richard, et al., "MOSFETs, Schottky Diodes Vie for Low–Voltage–Supply Designs," EDN, p. 197, Jun. 28, 1984.

Borghi et al., "Discontinuous Conduction Mode Power Switching Regulator IC," PCI Oct. 1988 Proceedings, pp. 31–41, Oct. 1988.

Brown, Marty, "Practical Switching Power Supply Design," pp. 20–34, Academic Press, Inc., 1990, No Date.

Business Wire, "Micro Linear announces first single–chip power controller for notebook computers," Apr. 16, 1992.

Cassani, John C. et al., "Sophisticated Control IC Enhances 1MHz Current Controlled Regulator Performance," Proceedings of HFPC, May 1992, pp. 167–173.

Chetty, P.R., "DC timers control dc–dc converters" Electronics, pp. 121 & 123, Nov. 13, 1975.

Chryssis, George, "High–frequency switching power supplies," pp. 144–152 and 180–181, McGraw–Hill, 1989, No Date Available.

Dell Computer Corporation, "Dell Computer Corporation Introduces Advanced Notebook PC," (alleged to contain UC1895 (see Unitrode Advance Information Datasheet, Oct. 5, 1992), Sep. 1991.

Dinsmore, D., "Dual regulator handles two input voltages," EDN, Jan. 21, 1993.

Fisher, R. A. et al., "Performance of Low Loss Synchronous Rectifiers in a Series–Parallel Resonand DC–DC Converter," Proceedings of the Fourth Annual IEEE Applied Power Electronics Conference and Exposition, pp. 240–246, Mar. 1989.

Gauen, Kim, "Synchronous Rectifier Improves Step–Down Converter Efficiency," PCIM, pp. 8, 11–12 & 14–15, Apr. 1993.

Gold, S., "Design Techniques for Electrostatic Discharge Protection," Linear Technology, Oct. 1992.

Gong, J. et al., "Expression of Cyclins A, D2 and D3 in Individual Normal Mitogen Stimulated Lymphocytes and in MOLT–4 Leukemic Cells Analyzed by Multiparameter Flow Cytometry," Leukemia, 9(5):893–899 (1995), No Date.

Gontowski et al., "Advanced Integrated Circuits For Current–Mode Control," Proceedings of the Power Electronics Show and Conference, pp. 341–352, Oct. 1988.

## A 252

LINEAR 000662

US 6,304,066 B1
Page 3

Goodenough, Frank, "Synchronous Rectifier UPS PC Battery Life," Electronic Design, pp. 47–53, Apr. 16, 1992.

Goodenough, Frank, "Low–Voltage Analog ICs Wait in the Wings," Electronic Design, Sep. 3, 1992.

Goodenough, F., "Dozing IC Op Amps Wake Up For Input Signal," Electronic Design, Dec. 5, 1991.

Goodenough, F., "Raise Switcher Efficiency Above 90%", Electronic Design, Jan. 21, 1993.

Gracie, Paul D., "Intermittent Converter Saves Power," EDN, p. 151, Sep. 1, 1989.

Grant, Duncan A. et al., "Power Mosfets, Theory and Application," pp. 239–256, Wiley–Interscience, 1989, No Date.

Harris Semiconductor, "HIP 5060 Power Control IC Single Chip Power Supply", Datasheet, Apr. 1994.

Harris Semiconductor, Hodgins et al., "HIP 5060 Family of Current Mode Control ICs Enhance 1 MHZ Regulator Performance," Application Note AN9212.1, pp. 11–191–11–197, 1992, No Date.

Harris Semiconductor, "HIP 5060 Power Control IC Single Chip Power Supply", Datasheet, May 1992.

Harris Semiconductor, "HIP 5060 Power Control IC Single Chip Power Supply", Preliminary Datasheet, Jan. 1992.

Hewett, S., "Improved Switched Mode Power Supply Regulation by Eliminating Turn–off Spikes," IBM Technical Disclosure Bulletin, vol. 31, No. 4, pp. 97–98, Sep. 1988.

Hnatek, Eugene R., "Design of Solid State Power Supplies," Third Edition, pp. 65–70, Van Nostrand Reinhold, 1989, No Date.

Horowitz & Hill, "The Art of Electronics," pp. 356–359, Cambridge University Press, 1989, No Date.

Huffman, B., "Efficiency and Power Characteristics of Switching Regulator Circuits," Application Note 46, Linear Technology, Nov. 1991.

Ikeda, S. et al., "Power Mosfet for Switching Regulator," International Telecommunications Energy Conference, Oct. 1982.

International Rectifier, Clemente et al., "HV Floating MOS– Gate Driver IC," Application Note AN–978A, 1990, No Date.

International Rectifier, "IR Application Note AN–978, HV Floating MOS–Gate Driver ICs, A Typical Block Diagram," Application Note from web page, Date Unknown, No Date.

International Rectifier, "IR Application Note AN–978, HV Floating MOS Gate Driver ICs, Full Bridge With Current Mode Control," Application Note from web page, Date Unknown, No Date.

Juan, G. et al., "Unscheduled Expression of Cyclins D1 and D3 in Human Tumour Cell Lines," Cell Proliferation, 29(5):259–266 (1996), No Date.

Juan, G. et al., "G₁ Arrest of U937 Cells by Onconase is Associated with Supression of Cyclin D3 Expression, Induction of p16$^{INK4A}$, p21$^{WAF1/CIP1}$ and p27$^{KIP}$ and Decreased pRb Phosphorylation," Leukemia, 12:1241–1248 (1998), No Date.

Juan, G. et al., "In Situ DNA Strand Break Labeling for Analysis of Apoptosis and Cell Proliferation by Flow and Laser Scanning Cytometry," Cell Biology, 2nd Edition, Celis, J.E. (ed.), Academic Press, 1:341–350 (1998), No Date.

Juan, G. et al., "Detection of Cyclins in Individual Cells by Flow and Laser Scanning Cytometry," Methods in Molecular Biology, Flow Cytometry Protocols, Jaroszeski, M.J. et al. (eds.), Humana Press, New Jersey, 91:67–75 (1996), No Date.

Juan, G. et al., Cell Cycle Analysis by Flow and Laser Scanning Cytometry, Cell Biology, 2nd Edition, Celis, J.E. (ed.), Academic Press, 1: 261–274 (1998), No Date.

Juan, G. et al., "DNA Segments Sensitive to Single–Strand– Specific Nucleases Are Present in Chromatin of Mitotic Cells," Experimental Cell Research, Ringertz, N.(ed.), Academic Press, 227:197–202 (1996), No Date.

Juan, G. et al., "Phosphorylation of Retinoblastoma Protein Assayed in Individual HL–60 Cells during Their Proliferation and Differentiation," Exp. Cell Res., 244:83–92 (1998), No Date.

Juan, G. et al., "Phosphorylation of Retinoblastoma Protein (pRb) Assayed in Individual Cells by Multilaser Flow Cytometry," Clinical Immunol. Newsletter, 18(9):89–94 (1998), * No Date.

Juan, G. et al., "Phosphorylation of Retinoblastoma Susceptibility Gene Protein Assayed in Individual Lymphocytes during Their Mitogenic Stimulation," Exp. Cell Res., 239:104–110 (1998), * No Date.

Kassakian, J. et al., "Principles of Power Elecrtonics," pp. 103–165, Addison–Wesley Publishing Company, 1991, No Date.

Kerridge, Brian, "Battery power breeds efficient regulators," EDN, pp. 103–108, Mar. 18, 1993.

Lee, Y. S. and Cheng, Y. C., "A 580 kHz switching regulator using on–off control," Journal of the Institution of Electronic and Radio Engineers, vol. 57, No. 5, pp. 221–226, Sep. 1987.

Lee, et al., "Design of Switching Regulator with Combined FM and On–Off Control," IEEE Transactions on Aerospace and Electronic Systems, vol. AES–22, No. 6, pp. 725–731, Nov. 1986.

Linear Technology, Williams, J., App. Note 35, "Step Down Switching Regulators," Aug. 1989.

Linear Technology, "LT1170/LT1171/LT1172 100kHz, 5A, 2.5A and 1.25A High Efficiency Switching Regulators," Data Sheet, 1991, No Date.

Linear Technology, Williams, J. et al., App. Note 29, "Some Thoughts on DC–DC Converters," Oct. 1988.

Linear Technology, "LT1846/1847, LT3846/3847 Current Mode PWM Controller," Datasheet, 1990, No Date.

Linear Technology, Williams, J., App. Note 25, "Switching Regulators for Poets," Sep. 1987.

Linear Technology, Nelson, C., App. Note 19, "LT–1070 Design Manual," Jun. 1986.

Linear Technology, "LT1271/LT1269 4A High Efficiency Switching Regulators," Data Sheet, 1992, No Date.

Linear Technology Corporation, "New Device Cameos," Linear Technology Magazine, 10:18–19 (1992).

Linear Technology, Pietkiewicz et al., "DC–DC Converters for Portable Computers," Design Note 52, 1991, No Date.

Linear Technology, "LT1524/LT3524 Regulating Pulse Width Modulator," 1990, No Date.

Linear Technology, Wilcox, M., "LT1158 Half Bridge N–Channel Power Mosfet Driver," Datasheet, 1992, No Date.

Linear Technology, "LT1074 Switching Regulator," Preliminary Datasheet, Jun. 1989.

LINEAR 000663

US 6,304,066 B1
Page 4

Linear Technology, "LT1072 1.25A High Efficiency Switching Regulator," Datasheet, 1990, No Date.

Luther, E. et al, "Laser Scanning Microscopy Applied to Studies of the Cell Cycle," *Proceedings, Microscopy and Microanalysis*, Bailey, G.W. et al. (eds.), Springer, 235–236 (1997), No Date.

Markus, John, "Guidebook of Electronic Circuits," pp. 647 & 649, 1971, No Date.

Maxim Integrated Products, "MAX635/636/637 Preset/Adjustable Output CMOS Inverting Switching Regulators," Datasheet, Date Unknown, No Date.

Maxim Integrated Products, "MAX746 High–Efficiency, PWM, Step–Down, N–Channel DC–DC Controller," Datasheet, Nov. 1993.

Maxim Integrated Products, "MAX747 High–Efficiency PWM, Step–Down P–Channel DC–DC Controller," Datasheet, Sep. 1993.

Maxim Integrated Products, "MAX782/MAX786 Notebook Computer Power Supplies," Advance Information Datasheet, Feb. 1993.

Maxim Integrated Products, "MAX777L/MAX778L/MAX779L Low–Voltage Input, 3V/3.3V/5V/Adjustable Output, Step–Up DC–DC Converters," Datasheet, Jul. 1996.

Maxim Integrated Products, "MAX783 Triple–Output Power–Supply Controller for Notebook Computers," Datasheet, May 1994.

Meakin, Mike, "The LM3578 Switching Power Regulator," Electronic Engineering, pp. 47–52, Jul. 1986.

Micro Linear, "ML4862 Battery Power Control IC," Datasheet, Jul. 1992.

Micro Linear, "ML4862 Battery Power Control IC," Datasheet, Jan. 1997.

Micro Linear, "ML4873 Battery Power Control IC," Datasheet, Jan. 1997 (preliminary version Mar. 1993—cited above).

Micro Linear, "ML4862 EVAL User's Guide," Jun. 1992.

Micro Linear, "ML4873 Battery Power Control IC," Advance Informatio Datasheet, Mar. 15, 1993.

Micro Linear, "ML 4822 DC/DC Converter Controller for Portable Computers," Datasheet, Aug. 1991.

Mittnacht, S. et al., "G1/S Phosphorylation of the Retinoblastoma Protein Is Associated with an Altered Affinity for the Nuclear Compartment," *Cell*, 65(3):381–393 (1991), No Date.

Mittnacht, S., "Control of pRb Phosphorylation," *Current Opinion in Genetics and Development*, 8:21–27 (1998), No Date.

Myers, R. and Peck, R., "200–kHz Power FET Technology in New Modular Power Supplies," Hewlett–Packard Journal, Aug. 1981.

NASA Jet Propulsion Laboratory, "Synchronous Half–Wave Rectifier," Jul. 1989.

National Semiconductor Corporation, "LM1578/LM2578/LM3578 Switching Regulator," Preliminary Datasheet, 1987, No Date.

Patel, R., "Bipolar synchronous rectifiers cut supply losses," EDN, Apr. 4, 1985.

Patel, Raoji, "Using Bipolar Synchronous Rectifiers Improves Power Supply Efficiency," Proceedings of the Power Sources Conference, Nov. 1984.

Picker, L.J., "Direct Demonstration of Cytokine Synthesis Heterogeneity Among Human Memory/Effector T Cells by Flow Cytometry," *Blood*, 86(4):1408–1419 (1995), No Date.

Quinnell, Richard A., "Analog IC Combines Five Functions for Battery Power Management," EDN, Apr. 23, 1992.

Redl et al., "Frequency Stabilization and Synchronization of Free–Running Current–Mode Controlled Converters," PESC '86 Record, pp. 519–530, 1986.

Redl, et al., "Overload–Protection Methods For Switching–Mode DC/DC Converters: Classification, Analysis, and Improvements," PESC '87 Record, pp. 107–118, 1987, No Date.

Rippel, W.E., "Synchronous Half–Wave Rectifier," JPL Technical Support Package, Jul. 1989.

Sakai, E. and Harada, K., "A New Synchronous Rectifier Using Bipolar Transistor Driven by Current Transformer," Fourteenth International Telecommunications Energy Conference, pp. 424–429, Oct. 1992.

Sakai, E. and Harada, K., "Synchronous Rectifier Using a Bipolar Transistor Driven by Current Transformer," Journal of the Society of Electronic Data Communication, vol. J–74–B–I, No. 8, pp. 639–646, Aug. 1991 (in Japanese, with translation).

Savant, C.J., Jr., et al., "Electronic Design: Circuits and Systems," pp. 612–613, The Benjamin/Cummings Publishing Co., 1991, No Date.

Shepard, J., "Powering portable systems," EDN, Nov. 5, 1992.

Siliconix, "Si91XX Synchronous Buck Controller," Datasheet, Dec. 20, 1990.

Siliconix, "Siliconix Si9110/Si9111," Datasheet, Oct. 1987.

Siliconix, "Si9150CY/BCY Synchronous Buck Converter Controller," Preliminary Data Sheet, Oct. 8, 1992.

Siliconix, "Synchronous Rectification," Design Ideas, Oct. 1980.

Siliconix, "Si9150 Synchronous Buck Regulator Controller, S–42677, Rev. D," Datasheet, Feb. 14, 1995.

Siliconix, "High–Efficiency Buck Converter for Notebook Computers," Application Note AN92–4, Date Unknown, No Date.

Siliconix, "Designing DC/DC Converters with the Si9110 Switchmode Controller," Siliconix Power Products Data Book, 1991, No Date.

Soclof, Sidney, "Applications of Analog Integrated Circuits," Figure 2.25, pp. 74–75, Prentice–Hall, Inc. 1985, No Date.

Sokal et al., "Control Algorithms and Circuit Designs For Optimally Flyback–Charging an Energy–Storage Capacitor," IEEE Fifth Applied Power Electronics Conference, pp. 295–301, 1990, No Date.

Steigerwald, R., "High–Frequency Resonant Transistor DC–DC Converters," IEEE Transactions on Industrial Electronics, vol. IE–31, No. 2, pp. 181–191, May 1984.

Suni, M.A. et al., "Detection of Antigen–Specific T Cell Cytokine Expression in Whole Blood by Flow Cytometry," *J. Immunol. Methods*, 212:89–98 (1998), No Date.

Taylor, "Flyback Converter," Electronic Engineering, p. 23, Jul. 7, 1976.

Terada, N. et al., "Differential Regulation of the Tumor Supressor Molecules, Retinoblastoma Susceptibility Gene Product (Rb) and p53, during Cell Cycle Progression of Normal Human T Cells," *J. Immunol.*, 147(2):698–704 (1991), No Date.

Uchida, Takahito, "Switching Regulator Controller," Japanese Inventor Associated Disclosed Technology Publication No. 92–2362, published Feb. 15, 1992 (in Japanese, with translation).

**A 254**

LINEAR 000664

US 6,304,066 B1

Page 5

Unitrode, "UC1846/7, UC2846/7, UC3846/7 Current Mode PWM Controller," Datasheet, dated Jan. 1997 (date of first publication unknown).

Unitrode, "UC1895, UC2895, UC3895 Synchronous Rectifier Buck PWM Controller," Advance Information Datasheet, Oct. 5, 1992.

Unitrode, "Using Bipolar Synchronous Rectifiers Improves Power Supply Efficiency," Application Note, Jun. 1985.

Waldrop, S.L. et al., "Determination of Antigen–specific Memory/Effector CD4+ T Cell Frequencies by Flow Cytometry," *J. Clin. Inves.*, 99(7):1739–1750 (1997), No Date.

Wang, N.P. et al., "Tumor Suppressor Activity of RB and p53 Genes in Human Breast Carcinoma Cells," *Oncogene*, 8:279–288 (1993), No Date.

Wilcox, M., "The LT1158: Low Voltage, N–Channel Bridge Design Made Easy," Linear Technology, Feb. 1992, Date Unknown.

Williams, J., "Clever techniques improve thermocouple measurements," EDN, May 26, 1988.

Williams, J., "Design linear circuits that serve digital system needs," EDN, Apr. 27, 1989.

Williams, J., "Astute designs improve efficiencies of linear regulators," EDN, Aug. 17, 1989.

Williams, J., "Galvanically isolated switching supplies provide high power," EDN, Nov. 26, 1987.

Williams, J., "Correcting power–supply problems," EDN, Dec. 10, 1991.

Williams, J., "1.5 to 5V converter supplies 200mA," EDN, Oct. 15, 1992.

Williams, J., "Designing supplies for powering LCD backlighting," EDN, Oct. 29, 1992.

Williams, J., "Bridge forms synchronous rectifier," EDN, Date Unknown.

Williams, J. and Dendinger, S., "Simplify feedback controllers with a 2–quadrant PWM IC," EDN, May 26, 1983.

Williams, J. and Huffman, B., "Precise converter designs enhance system performance," EDN, Oct. 13, 1988.

Williams, J., "Micropower circuits assist low–current signal conditioning," EDN, Aug. 6, 1987.

Williams, J., "Regulator IC speeds design of switching power supplies," EDN, Nov. 12, 1987.

Williams, J. and Huffman, B., "Switched–capacitor networks simplify dc/dc–converter designs," EDN, Nov. 24, 1988.

Williams, J. and Waller, B., "Performance–Enhancement Techniques for Three–Terminal Regulators," New Electronics, Oct. 4, 1983.

Williams, J., "Analog circuits operate from a 1.5V cell," EDN, Sep. 19, 1985.

Williams, J., "Design linear circuits for 5V operation," EDN, May 2, 1985.

Williams, J., "Chopper amplifier improves operation of diverse circuits," EDN, Mar. 7, 1985.

Williams, J., "Use low–power design methods to condition battery outputs," EDN, Oct. 18, 1984.

Williams, J., "Special circuit–design techniques enhance regulator performance," EDN, Sep. 1, 1983.

Williams, J., "Conversion techniques adapt voltages to your needs," EDN, Nov. 10, 1982.

Williams, J., "Design dc–dc converters to catch noise at the source," Electronic Design, Oct. 15, 1981.

Williams, J., "Employ pulse–width modulators in a wide range of controllers," EDN, Sep. 2, 1981.

Williams, J., "Signal conditioning circuits use $\mu$power design techniques," EDN, Aug. 20, 1987.

Williams, Jim, "Basic Principles and Ingenious Circuits Yield Stout Switchers," EDN, Jan. 19, 1990.

Williams, J. and Huffman, B., "Proper instrumentation eases low–power dc/dc–converter design," EDN, Oct. 27, 1988.

Williams, J., "Switching regulator takes on more power," Electronic Product Design, Jan. 1986.

Williams, J. and Huffman, B., "Design dc/dc converters for power conservation and efficiency," EDN, Nov. 10, 1988.

Williams, J., "Design techniques extend V/F–converter performance," EDN, May 16, 1985.

Williams, J., "Refine V/F–converter operation with novel design techniques," EDN, May 30, 1985.

Williams, J., "Considerations for Five Volt Linear Circuits," Professional Program Session Record 20, Circuits for Analog Signal Processing and Data Conversion is Single +5V Supply Systems, Wescon/85, Nov. 1985.

Williams, J. and Huffman, B., "Proper instrumentation eases low power dc/dc converter design," EDN, Nov. 27, 1988.

Zarkowska, T. et al., "Monoclonal Antibodies Specific for Underphosphorylated Retinoblastoma Protein Identify a Cell Cycle Regulated Phosphorylation Site Targeted by CDKs," Oncogene, 14:249–254 (1997), Date Unknown.

* cited by examiner

A  255

LINEAR 000665

LINEAR 000666



FIG. 1

PRIOR ART

LINEAR 000667



FIG. 2

LINEAR 000668



FIG. 3

A    258

LINEAR 000669



FIG. 4



FIG. 5

A  260

LINEAR 000671



FIG. 6

A  261

LINEAR 000672



FIG. 7

LINEAR 000673



FIG. 8

A  263

LINEAR 000674



FIG. 9

LINEAR 000675



FIG. 10

US 6,304,066 B1

1

## CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULAR CIRCUIT

The present application is a continuation of application Ser. No. 08/978,167, filed Nov. 25, 1997 now U.S. Pat. No. 5,994,885, which is a divisional of application Ser. No. 08/799,467, filed Feb. 13, 1997, now U.S. Pat. No. 5,731,694, which is a continuation of application Ser. No. 08/634,688, filed Apr. 18, 1996 abandoned, which is a continuation of application Ser. No. 08/476,232, filed Jun. 7, 1995 abandoned, which is a divisional of application Ser. No. 08/036,047, filed Mar. 23, 1993, now U.S. Pat. No. 5,481,178.

### BACKGROUND OF THE INVENTION

The present invention relates to a switching regulator circuit. More particularly, the present invention relates to a control circuit and method for maintaining high efficiency over broad current ranges in a switching regulator circuit.

The purpose of a voltage regulator is to provide a predetermined and constant output voltage to a load from a poorly-specified and fluctuating input voltage source. Generally, there are two different types of regulators: series regulators and switching regulators.

The series regulator employs a pass element (e.g., a power transistor) coupled in series with a load and controls the voltage drop across the pass element in order to regulate the voltage which appears at the load. In contrast, the switching regulator employs a switch (e.g., a power transistor) coupled either in series or parallel with the load. The regulator controls the turning ON and turning OFF of the switch in order to regulate the flow of power to the load. The switching regulator employs inductive energy storage elements to convert the switched current pulses into a steady load current. Thus, power in a switching regulator is transmitted across the switch in discrete current pulses, whereas in a series regulator, power is transmitted across the pass element as a steady current flow.

In order to generate a stream of current pulses, switching regulators typically include control circuitry to turn the switch on and off. The switch duty cycle, which controls the flow of power to the load, can be varied by a variety of methods. For example, the duty cycle can be varied by either (1) fixing the pulse stream frequency and varying the ON or OFF time of each pulse, or (2) fixing the ON or OFF time of each pulse and varying the pulse stream frequency.

Which ever method is used to control the duty cycle, switching regulators are generally more efficient than series regulators. In series regulators, the pass element is generally operated in its linear region where the pass element conducts current continuously. This results in the continuous dissipation of power in the pass transistor. In contrast, in switching regulators, the switch is either OFF, where no power is dissipated by the switch, or ON in a low impedance state, where a small amount of power is dissipated by the switch. This difference in operation generally results in reduced amounts of average power dissipation in switching regulators.

The above difference in efficiency can be more apparent when there is a high input-output voltage difference across the regulator. For example, it would not be unusual for a series regulator to have an efficiency of less than 25 percent when a switching regulator could perform an equivalent function with an efficiency of greater than 75 percent.

2

Because of their improved efficiency over series regulators, switching regulators are typically employed in battery-operated systems such as portable and laptop computers and hand-held instruments. In such systems, when the switching regulator is supplying close to the rated output current (e.g., when a disk or hard drive is ON in a portable or laptop computer), the efficiency of the overall circuit can be high. However, the efficiency is generally a function of output current and typically decreases at low output current. This reduction in efficiency is generally attributable to the losses associated with operating the switching regulator. These losses include, among others, quiescent current losses in the control circuitry of the regulator, switch losses, switch driver current losses and inductor/transformer winding and core losses.

The reduction in efficiency of a switching regulator at low output current can become important in battery-operated systems where maximizing battery lifetime is desirable.

In view of the foregoing, it would be desirable to provide a high efficiency switching regulator.

It would also be desireable to provide a control circuit and method for maintaining high efficiency over broad current ranges, including low output currents, in a switching regulator circuit.

### SUMMARY OF THE INVENTION

It is therefore an object of the present invention to provide a high efficiency switching regulator.

It is also an object of the present invention to provide a control circuit and method for maintaining high efficiency over broad current ranges, including low output currents, in a switching regulator circuit.

In accordance with these and other objects of the invention, there is provided a circuit and method for controlling a switching voltage regulator having (1) a switch including one or more switching transistors and (2) an output adapted to supply current at a regulated voltage to a load including an output capacitor. The circuit and method generates a control signal to turn the one or more switching transistors OFF under operating conditions when the voltage at the output is capable of being maintained substantially at the regulated voltage by the charge on the output capacitor (e.g., during low output currents). During such periods of time, the load does not consume power from the input power source. Therefore, the regulator efficiency is increased. If desired, other components in the switching regulator, in addition switching transistors, can also be intentionally held OFF to conserve additional power. This additional feature of the present invention can further increase the efficiency of the overall regulator circuit.

The circuit and method of the present invention can be used to control various types of switches in switching regulator circuits, including switches that use either one or more power transistors. Additionally, the circuit and method can be used to control switches in various types of switching regulator configurations, including voltage step-down, voltage step-up and polarity-inverting configurations.

Additionally, the circuit and method of the present invention can vary the OFF time of the switching transistor in response to the input and output voltages of the switching regulator. This feature of the present invention reduces the emission of audible noise from the switching regulator during low input voltage conditions. It also reduces the potential for current runaway during short circuits in the output voltage for some regulator configurations.

### BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects and advantages of the present invention will be apparent upon consideration of the fol-

**A  266**

LINEAR 000676

US 6,304,066 B1

3

lowing detailed description, taken in conjunction with the accompanying drawings, in which like reference characters refer to like parts throughout, and in which:

FIG. 1 is a schematic block diagram of a typical prior art switching regulator circuit employing a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 2 is a schematic block diagram of a switching regulator circuit incorporating a first embodiment of the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 3 is a schematic block diagram of a switching regulator circuit incorporating a second embodiment of the high-efficiency control circuit of the present invention to drive a switch including a switching MOSFET and a switching diode in a step-down configuration;

FIG. 4 is a schematic block diagram of a switching regulator circuit incorporating a "user-activated" embodiment of the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 5 is a schematic block diagram of a switching regulator circuit incorporating the variable OFF-time control circuit of the present invention;

FIG. 6 is a detailed schematic diagram of an embodiment of the variable OFF-time control circuit of FIG. 5;

FIG. 7 is a detailed schematic block diagram of an exemplary switching regulator circuit incorporating both the variable OFF-time feature and the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 8 is a schematic block diagram of a switching regulator circuit incorporating a circuit of the present invention for preventing reversals in the polarity of the current in the output inductor of the regulator from drawing power from the load;

FIG. 9 is a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a step-up configuration; and

FIG. 10 is a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a polarity-reversing configuration.

DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 is a schematic block diagram of a typical prior art switching regulator circuit employing a push-pull switch in a step-down configuration.

Referring to FIG. 1, circuit 10 is used to provide a regulated DC output voltage $V_{OUT}$ at terminal 12 (e.g., 5 volts) for driving load 14 which, for example, may be a portable or laptop computer or other battery-operated system. Circuit 10 operates from an unregulated supply voltage $V_{IN}$ coupled to terminal 14 (e.g., a 12 volt battery). Circuit 10 includes push-pull switch 15, driver circuit 20, output circuit 30 and control circuit 35.

Driver circuit 20 is used to drive push-pull switch 15 which includes two synchronously-switched power MOS-FETS 16 (p-channel) and 17 (n-channel) stacked in series between supply rail $V_{IN}$ and ground. Push-pull switch 15 in

4

conjunction with driver circuit 20 is typically referred to as a "half-bridge" configuration. MOSFETS 16 and 17 are used to alternately supply current to output circuit 30 which includes inductor 32 (L1) and output capacitor 34 ($C_{OUT}$). Output circuit 30 smooths the alternating supply of current so that load 12 is provided a regulated voltage $V_{OUT}$. In order to supply the alternating current, MOSFETS 16 and 17 are respectively driven by P-channel driver 26 and N-channel driver 27, which in turn are both controlled by control circuit 35.

Control circuit 35 includes one-shot circuit 25 which provides an OFF pulse of constant duration (e.g., 2 to 10 microseconds) during which time MOSFET 16 is held OFF and MOSFET 17 is held ON by drivers 26 and 27, respectively. Otherwise, one-shot circuit 25 provides an ON pulse during which time MOSFET 16 is held ON and MOSFET 17 is held OFF. Therefore, one-shot circuit 25 alternately turns MOSFETS 16 and 17 ON and OFF to provide an alternating supply of current to (output circuit 30. The duty cycle of the one-shot circuit 35 is in turn controlled by current amplifier 39.

Control circuit 35 monitors the output voltage $V_{OUT}$ through resistor-divider network $R_1/R_2$ (36A/36B) to provide a feedback voltage $V_{FB}$ proportional to the output voltage $V_{OUT}$. Control circuit 35 also monitors the current $I_L$ through inductor L1 to provide a feedback current $I_{FB}$ proportional to inductor current $I_L$. Circuit 10 operates by controlling inductor current $I_L$ so that the feedback voltage $V_{FB}$ is regulated to be substantially equal to a reference voltage $V_{REF}$ provided by reference circuit 37. With feedback voltage $V_{FB}$ being regulated, the output voltage $V_{OUT}$ is in turn regulated to a higher voltage by the ratio of $(R_1+R_2)$ to $R_2$.

Transconductance amplifier 38 is used to compare the feedback voltage $V_{FB}$ to a reference voltage $V_{REF}$. Circuit 10 regulates the output voltage $V_{OUT}$ as follows. During each cycle when switch 15 is "ON", P-MOSFET 16 is turned ON and the current $I_L$ in inductor L1 ramps up at a rate dependent on $V_{IN}$-$V_{OUT}$. When $I_L$ ramps up to a threshold level set by output 38A of transconductance amplifier 38, current comparator 39 trips and triggers the one-shot OFF pulse, initiating the "OFF" cycle of switch 15. During the "OFF" cycle, one-shot circuit 25 holds P-MOSFET 16 OFF and turns N-MOSFET 17 ON. This in turn causes the current $I_L$ in inductor L1 to ramp down at a rate dependent on $V_{OUT}$. Thus, the duty cycle of the periodic turning OFF of switch 15 is controlled so the current $I_L$ produces a regulated output voltage $V_{OUT}$ at terminal 12.

As the output load current increases, the voltage drop across $R_2$ resistor 36B will decrease. This translates into a small error voltage at input 38B of transconductance amplifier 38 that will cause output 38A to increase, thus setting a higher threshold for current comparator 39. Consequently, current $I_L$ in inductor L1 is increased to the level required to support the load current.

Since the OFF time ($t_{OFF}$) of one-shot circuit 25 is constant, switching regulator circuit 10 has a constant ripple current in inductor L1 (for constant output voltage $V_{OUT}$), but has a frequency which varies with $V_{IN}$. The ripple oscillation frequency is given by the equation:

$$f_{RIP} = (1/t_{OFF}) \, [1-(V_{OUT}/V_{IN})]$$

One disadvantage of circuit 10 in FIG. 1 is that the ripple oscillation frequency $f_{RIP}$ may decrease to an audible level with low input voltages $V_{IN}$. This could occur, for example, when a battery powering the switching regulator circuit is

**A   267**

LINEAR 000677

US 6,304,066 B1

5

nearly discharged. Inductor L1 may then generate and emit noise that can be objectionable to a user of the device employing the regulator circuit.

An additional disadvantage of prior art circuit 10 is that the inductor current $I_L$ is not well controlled when the output voltage $V_{OUT}$ is shorted to ground. The basic relationship between inductor current and voltage is given by the equation di/dt=V/L. This means that the rate at which current $I_L$ in inductor L1 decays during the OFF-time depends on the voltage across inductor L1, which is the sum of $V_{OUT}$ and the drain to source voltage, $V_{DS}$, of N-MOSFET 17. During a short, $V_{OUT}$ approaches zero while $V_{DS}$ is also very low, resulting in very little decay of current $I_L$ in inductor L1 during $t_{OFF}$. However, following each OFF cycle, P-MOSFET 16 is turned back ON until current comparator 39 again trips one-shot constant OFF time control circuit 25. Even for the minimum time that P-MOSFET 16 is ON, the current $I_L$ in inductor L1 may increase by more than it can decrease during $t_{OFF}$. This may result in a runaway condition in which the short circuit current may reach destructive levels.

A further disadvantage of prior art circuit 10 results from the constant ripple current in inductor L1. During $t_{OFF}$, current $I_L$ in inductor L1 always ramps down by the same amount regardless of the output current of the regulator. At low output currents this can cause the current in inductor L1 to reverse polarity and, thus, pull power from the load. During the following ON cycle, this current again ramps positive such that the average inductor current equals the load current. Losses associated with this constant ripple current, along with switching losses due to the charging and discharging of switch 15's MOSFET gates, can produce large reductions in efficiency at low output currents. This will be especially the case if the current in inductor L1 reverses and power is pulled from the load to ground through N-MOSFET 17.

A still further disadvantage of prior art circuit 10 concerns the gate drives to P-MOSFET 16 and N-MOSFET 17. Delays are generally incorporated into drivers 26 and 27 to ensure that one power MOSFET turns OFF before the other turns ON. If there is insufficient deadtime between the conduction of the two MOSFETS (due to, for example, device, circuit processing, or temperature variations), current will be passed directly from input supply $V_{IN}$ to ground. This "shoot-through" effect can dramatically reduce efficiency, and in some circumstances, can overheat and destroy the power MOSFETs.

FIG. 2 is a schematic block diagram of a switching regulator circuit incorporating a first embodiment of the high-efficiency control circuit of the present invention for driving a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator circuit 50 includes push-pull switch 15, driver circuit 20 and output circuit 30 similar to those of FIG. 1. Circuit 50 also includes an embodiment 70 of the high-efficiency control circuit of the present invention.

Control circuit 70 includes one-shot circuit 25, current comparator 39 and amplifier 38 similar to those of FIG. 1. However, in addition to those components, control circuit 70 also includes constant current source $I_1$ 72 and hysteretic comparator 74 for providing high efficiency operation at low average current levels.

As will be discussed in greater detail below, constant current source $I_1$ 72 and comparator 74 allow push-pull switch 15 to go into a state of operation where both MOSFETS 16 and 17 are simultaneously OFF under conditions where the output voltage $V_{OUT}$ can be maintained

6

substantially at the regulated voltage $V_{REG}$ by output capacitor $C_{OUT}$. This state of operation is referred to herein as a "sleep mode." The ability of push-pull switch 15 to go into such a sleep mode is in contrast to the regulator circuit of FIG. 1 where one of the two MOSFETs 16 and 17 is substantially ON at all times. This feature of the present invention reduces the regulator circuit power consumption since push-pull switch 15 does not dissipate power or allow power to be pulled from load $R_L$ to ground in sleep mode.

Furthermore, if desired, while push-pull switch 15 is in the above-described sleep mode, the regulator circuit can turn OFF other circuit components which are not needed while the regulator is in sleep mode. For example, for the embodiment of the present invention shown in FIG. 2, one-shot circuit 25, current comparator 39, current source $I_1$ 72 and amplifier 38 can also be turned OFF in sleep mode. This feature of the present invention allows the regulator circuit to operate at even higher efficiencies than otherwise possible if only push-pull switch 15 were maintained in a sleep mode.

At high load current levels (e.g., greater than 20 percent of the maximum rated output current) control circuit 70 operates similar to control circuit 35 of FIG. 1. In FIG. 2, the current feedback $I_{FB}$ is again provided to the non-inverting input of current comparator 39. Offset $V_{OS}$ 76, which preferably is built into amplifier 38, level-shifts feedback voltage $V_{FB}$ slightly below reference voltage $V_{REF}$, thus keeping the output of hysteretic comparator 74 high during high current conditions. When the feedback current $I_{FB}$ exceeds the current supplied to the inverting input of current comparator 39, the output of comparator 39 goes HIGH so as to initiate the switch "OFF" cycle.

During the "OFF" cycle, output 25A of one-shot circuit 25 is HIGH, which turns P-MOSFET 16 OFF and N-MOSFET 17 ON. After a constant time set by one-shot circuit 25, output 25A goes LOW, thus initiating the next "ON" cycle where P-MOSFET 16 ON and N-MOSFET 17 OFF.

In accordance with the present invention, regulator circuit 50 goes into sleep mode at low output current levels as follows. Hysteretic comparator 74 monitors the feedback voltage $V_{FB}$ and goes LOW when $V_{FB}$ exceeds a predetermined voltage value in excess of the reference voltage $V_{REF}$. Such a condition is indicative of the output voltage $V_{OUT}$ exceeding a predetermined voltage value in excess of the regulated voltage $V_{REG}$. This over voltage condition is intentionally induced at low average output currents by providing a constant current source $I_1$ 72 coupled in parallel with amplifier 38. During the over voltage condition both MOSFETS 16 and 17 are maintained OFF by way of AND gate 66 and NAND gate 68.

Constant current source $I_1$ sets a minimum feedback current threshold for current comparator 39. This sets a minimum current required in inductor L1 during each ON cycle to trip comparator 39. In accordance with the present invention, current comparator 39 is intentionally forced to remain ON at current levels that would otherwise cause it to trip. Thus, more current is supplied to inductor L1 than is necessary to maintain the output voltage $V_{OUT}$ at the regulated voltage $V_{REG}$. As a result, $V_{OUT}$ will begin to increase beyond the regulated voltage $V_{REG}$, causing the feedback voltage $V_{FB}$ to trip hysteretic comparator 74 at a predetermined voltage value in excess of $V_{REF}$. When comparator 74 trips, its output goes LOW to turn both MOSFET 16 and 17 OFF to put the regulator circuit into sleep mode.

In the above-described state of operation (i.e., "sleep mode") where MOSFETs 16 and 17 are both simultaneously OFF, the output load 14 is supported substantially by output

A 268

LINEAR 000678

US 6,304,066 B1

7

capacitor $C_{OUT}$. Hysteretic comparator 74 monitors the feedback voltage $V_{FB}$ and when $V_{OUT}$ falls such that $V_{FB}$ has decreased by the amount of the hysteresis in comparator 74, driver circuit 20 is taken out of sleep mode (where MOSFETS 16 and 17 are both driven OFF) so that a new ON cycle is initiated to supply current to load 14. If the load current remains low, $C_{OUT}$ will recharge to a voltage level in excess of $V_{REG}$ and the feedback voltage $V_{FB}$ will again trip comparator 74 after only a few cycles.

Thus, during light loads, control circuit 70 is adapted to turn both MOSFET 16 and MOSFET 17 OFF when they are not needed to maintain the output voltage substantially at the regulated voltage level if the output capacitor $C_{OUT}$ is capable of doing so. When the output voltage falls below the regulated voltage level in such a mode, control circuit 70 is adapted to briefly turn switch 15 ON to recharge the output capacitor $C_{OUT}$ back to a voltage level in excess of the regulated voltage. Therefore, $V_{OUT}$ will oscillate between upper and lower thresholds separated by the comparator 74 hysteresis voltage multiplied by the ratio of $(R_1+R_2)$ to $R_2$. The rate at which the regulator "wakes up" to recharge output capacitor $C_{OUT}$ will automatically adapt to the load current, maintaining high efficiencies at low output current currents.

In accordance with the present invention, control circuit 70 maintains MOSFETS 16 and 17 OFF over periods of time when the output current is low enough to allow the output capacitor $C_{OUT}$ to maintain the output voltage substantially at the regulated voltage. Typically, such periods of OFF time, wherein both MOSFETS 16 and 17 are maintained OFF even though the switching regulator is providing a regulated voltage, can extend from less than 100 microseconds to over a few seconds (respectively corresponding to a few switch cycles to over one-hundred-thousand switch cycles for a switching frequency of 100 kiloHertz). Such OFF times typically allow high efficiency to be obtained (e.g., over 90%) over an output current range in excess of 100:1. Because other components in addition the switching transistors can also be maintained OFF during such periods, even higher efficiencies can typically be obtained.

Control circuit 70 of switching regulator 50 shown in FIG. 2 is used to drive a synchronously-switched switch including MOSFETs 16 and 17. As used herein, the term "synchronously-switched switch" refers to a switch including two switching transistors that are driven out of phase to supply current at a regulated voltage to a load. FIG. 3 shows a second embodiment of the high-efficiency control circuit of the present invention adapted to drive a switch including a switching transistor and a switching diode in a step-down configuration.

As shown in FIG. 3, switching regulator circuit 100 includes switch 115 including P-MOSFET 116 and diode 118. Switch 115 is driven by driver 120 including P-driver 126. The turning-ON and turning-OFF of switch 115 is controlled by control circuit 125. Because control circuit 125 is used to only drive one MOSFET (in contrast to control circuit 70 of FIG. 2), it only has one output terminal 125A (taken from the output of NAND gate 68).

Control circuit 125 includes current comparator 39, amplifier 38, hysteretic comparator 74 and one-shot circuit 25, similar to those shown in control circuit 70 of FIG. 2. As discussed above with respect to FIG. 2, at low average output current levels, constant current source $I_1$ 72 is used to intentionally overdrive the current supplied to inductor L1 so as to cause the output voltage $V_{OUT}$ to increase beyond the regulated voltage level $V_{REG}$ where the output can be supported substantially by output capacitor $C_{OUT}$ for

8

extended periods of time. During these extended time periods, P-MOSFET 116 is maintained OFF in a sleep mode so as to increase circuit efficiency.

As discussed above, control circuits 70 and 125 of FIGS. 2 and 3, respectively, provide high-efficiency operation at low average output current levels. Such operation adapts automatically to the output current levels. For example, at high output current levels during a first state of operation the switch continually alternates between an ON state and an OFF state to maintain the output voltage $V_{OUT}$ at the regulated voltage level $V_{REG}$. At low output current levels during a second state of operation, where circuit efficiency would otherwise be low, the output voltage $V_{OUT}$ is able to be maintained substantially at the regulated voltage level $V_{REG}$ by output capacitor $C_{OUT}$ without continuously turning the switch ON and OFF. Thus, the control circuit automatically identifies such a condition and allows the regulator circuit to go into a "sleep" mode where a minimal number of circuit components are required to be ON.

In accordance with another feature of the present invention, a regulator circuit can also incorporate a "user activated" embodiment of the control circuit of the present invention where a user input controls whether the regulator circuit is in a "sleep" mode or not. FIG. 4 is a schematic block diagram of a switching regulator circuit incorporating such a "user-activated" embodiment of the high-efficiency control circuit of the present invention for driving a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator circuit 150 in FIG. 4 includes push-pull switch 15, driver 20, output circuit 30 similar to those in circuit 50 of FIG. 2. Control circuit 170 of regulator circuit 150 includes one-shot circuit 25, current comparator 39 and amplifier 38 also similar to those in circuit 50 of FIG. 2. In contrast to FIG. 2, switch 175 (including switches 176 and 178) is used to manually switch regulator circuit 150 into a sleep mode through user input 175A, which may be a control signal from some other type of control circuit (not shown). Upon the closing of switch 175, switches 176 and 178 both close.

Switch 176 is used to turn N-driver 27 OFF in sleep mode by grounding input 66A of AND gate 66 (which normally is held HIGH by resistor 67 coupled to a positive supply). Switch 178 is used to introduce positive feedback, and therefore hysteresis, into amplifier 38 so as to allow control circuit 170 to maintain the output voltage $V_{OUT}$ substantially at the regulated voltage level $V_{REG}$ in sleep mode. (Resistor $R_{HYS}$, coupled between reference circuit 37 and the non-inverting input of transconductance amplifier 38, is used to assist in feeding back the output of amplifier 38 into the non-inverting input of amplifier 38.)

Switch 178 allows amplifier 38 to overdrive the supply of current to inductor L1 (through P-MOSFET 16) so as to intentionally drive the output voltage $V_{OUT}$ to a predetermined level in excess of the regulated voltage level $V_{REG}$. After being driven to such voltage level, the hysteresis in amplifier 38 maintains P-driver 26 OFF until the feedback voltage $V_{FB}$ falls by at least the hysteresis voltage. At that point, output 39A of current amplifier 39 goes HIGH to trigger one-shot circuit 25 so that P-MOSFET 16 is turned ON to recharge the output capacitor $C_{OUT}$ to the predetermined voltage level in excess of the regulated voltage level $V_{REG}$.

As discussed above, control circuit 170 periodically wakes up from sleep mode to turn P-MOSFET 16 ON to recharge the output capacitor $C_{OUT}$. It will be apparent to those of ordinary skill in art that although N-MOSFET 15 is

**A  269**

LINEAR 000679

US 6,304,066 B1

9

maintained OFF during such wake-up periods, this does not have to be the case. For example, while control circuit 170 is recharging output capacitor $C_{OUT}$, such recharging could be accomplished by alternately turning the switching transistors OFF so as to vary the duty cycle and thereby recharge the output capacitor $C_{OUT}$.

Thus, regulator circuit 150 operates to increase efficiency at low current levels as in regulator circuit 50 of FIG. 2 if a user manually activates a switch. However, in contrast to regulator circuit 50 of FIG. 2, regulator circuit 150 does not automatically adapt to the output current levels. For example, circuit 150 does not take itself out of sleep mode as the average output current increases—it relies upon user deactivation.

As discussed above, the embodiments of the control circuits of the present invention shown in FIGS. 2–4 include one-shot circuit 25. In accordance with another feature of the present invention, the one-shot circuit could be replaced with other types of circuits that control the duty cycle of the power switch. For example, one-shot circuit 25 could be replaced with a pulse-width modulator circuit that provides a pulse-width modulated signal in response to a control signal. Of course, other types of circuits could be used as well.

In accordance with another feature of the present invention, one-shot circuit 25, which provides a constant OFF-time signal, could be replaced with a one-shot circuit that provides a variable OFF-time control signal dependent upon the output voltage ($V_{OUT}$) and the input voltage ($V_{IN}$). This feature of the present invention can be used to reduce the generation and emission of audible noise from inductor L1 at low input voltages. As discussed above, such noise is associated with oscillation in the inductor current. Furthermore, this feature of the present invention can also be used to control the short circuit current if the output is short circuited.

FIG. 5 is a schematic block diagram of an exemplary switching regulator circuit incorporating the variable OFF-time control circuit of the present invention.

Switching regulator circuit 200 includes push-pull switch 15, driver circuit 20, current feedback circuit 210, voltage feedback circuit 220, feedback control circuit 230 and variable OFF-time circuit 240. Feedback control circuit 230 monitors the output current and output voltage through inputs 232 and 234, respectively, and provides a trigger signal at terminal 236 to initiate the OFF cycle of switch 15. Variable OFF-time circuit 240 is used to control the OFF time as follows.

Circuit 240 includes one-shot generator 245 which is triggered by feedback control circuit 230 through terminal 236. One-shot generator 245 includes an additional terminal 245A coupled to control capacitor ($C_{CON}$) 246 whose voltage is monitored by generator 245. In accordance with the present invention, OFF-time control circuit 250 controls the discharging of capacitor $C_{CON}$, and thus the capacitor voltage, so as to in turn control the OFF time of generator 245. OFF-time control circuit 250 monitors the input and output voltages ($V_{IN}$ and $V_{OUT}$) and, depending upon their values, adjusts the OFF time accordingly.

In accordance with the present invention, if the input voltage $V_{IN}$ decreases so that the inductor L1 oscillation frequency $f_{RIP}$ discussed above falls into an audible range, the OFF time is decreased so that $f_{RIP}$ will accordingly increase out of an audible range. Also, if the output voltage $V_{OUT}$ decreases due to a short circuit so that the voltage across inductor L1 is too low to allow adequate decay in inductor current during the OFF cycle, the OFF time is increased so as to avoid a current runaway condition.

10

In the present embodiment the discharging of control capacitor $C_{CON}$ is regulated by controlling the magnitude of control current $I_{CON}$. For example, at low input values $I_{CON}$ is increased by OFF-time control circuit 250 so that the voltage on control capacitor $C_{CON}$ rapidly falls. When the control capacitor voltage falls below a predetermined value, the ON cycle of switch 15 is initiated. Additionally, at low output voltages $I_{CON}$ is decreased by OFF-time control circuit 250 so that the voltage on control capacitor $C_{CON}$ slowly decays to lengthen the OFF time.

Although switching regulator circuit 200 shown in FIG. 5 relies upon a particular circuit for discharging a capacitor to control the OFF time, it is apparent that other circuits for performing this same function in response to the input and output voltages can also be used. For example, if desired, an operational amplifier could be used to control the OFF-time.

Thus, a one-shot circuit has been discussed which provides a variable OFF-time control signal that adapts to the input and output voltage levels. This feature of the present invention is used to reduce the generation and emission of audible noise from the regulator circuit at low input voltage levels (i.e., reduce $t_{OFF}$ at low input voltages) and to limit the short circuit current if the output is short circuited (i.e., increase $t_{OFF}$ at low output voltages).

FIG. 6 is a detailed schematic diagram of an exemplary embodiment of the variable OFF-time control circuit of FIG. 5.

OFF-time control circuit 250 accepts as inputs $V_{IN}$ and $V_{OUT}$ at terminals 252 and 254, respectively, and provides an output $I_{CON}$ at terminal 256. As discussed above, $I_{CON}$ provides for the controlled discharging of a control capacitor $C_{CON}$ coupled to terminal 256. Control circuit 250 controls the magnitude of $I_{CON}$, and therefore controls the time it takes control capacitor $C_{CON}$ to discharge. Control circuit 250 includes current source 260 (for providing current $I_{CN2}$). current source 270 (for providing current $I_{CN1}$), current compensation circuit 280 and current mirror output circuit 295. Control circuit 250 works as follows.

Current mirror output circuit 295 is a current mirror circuit including transistor 296 and transistor 298 (having its gate 298A connected to its drain 298B). Circuit 295 accepts a controlled reference current $I_{CREF}$ at input 295A and provides a proportional output current $I_{CON}$ related to the aspect ratios of transistor 296 and 298 (as in conventional current mirror circuits). In accordance with the present invention, $I_{CREF}$ will be equal to either $I_{CN1}$ or ($I_{CN1}+I_{CN2}$) depending upon voltages $V_{IN}$ and $V_{OUT}$ on input terminals 252 and 254, respectively.

When $V_{IN}$-$V_{OUT}$ is greater than 1.5 volts, transistor 262 conducts sufficient current (from transistor 264 and current supply $I_6$) to hold transistor 266 OFF. With transistor 266 OFF, current $I_{CN2}$ will be zero and current $I_{CREF}$ will therefore be equal to current $I_{CN1}$ provided at output terminal 270A of current source 270.

Current $I_{CN1}$ is supplied by a current mirror circuit composed of transistor 272 and transistor 274 (having its gate 274A connected to its drain 274B). In accordance with the present invention, the reference current $I_{CN1REF}$ flowing from transistor 274 will be equal to either $I_{CN1A}$ or ($I_{CN1A}+I_{CN1B}$), depending upon whether transmission gate 282 is open or closed, respectively.

Transmission gate 282 is controlled by comparator 284 and will be OPEN when $V_{OUT}$ is less than $V_{TH3}$. Under OPEN conditions, $I_{CN1REF}$ will be equal to $I_{CN1A}$ which goes to the collector of transistor 276. This current is derived by dividing $V_{OUT}$ by the output divider (composed of resistors 271 and 273) to produce voltage $V_{FB1}$ (at the base of

**A   270**

US 6,304,066 B1

11

transistor 279). Voltage $V_{FB1}$ is then level shifted up by the base-emitter voltage of transistor 279 and then down by the base-emitter voltage of transistor 276 where it appears across emitter resistor 278. The resulting transistor 276 collector current is then proportional to the output voltage $V_{OUT}$ causing control capacitor $C_{CON}$ to be discharged at a rate which is proportional to the discharge rate of the current in inductor L1.

Thus, when the output voltage $V_{OUT}$ is low, such as during a fault or start-up condition, $t_{OFF}$ is lengthened to allow the additional time required for the current to ramp down in inductor L1.

When the output voltage $V_{OUT}$ is greater than $V_{TH2}$, the output of comparator 284 closes transmission gate 282 to couple an additional compensation current $I_{CN1B}$ to the drain of transistor 274 to provide current compensation through current compensation circuit 280. Compensation current $I_{CN1B}$ is equal to current $I_{TRIM}$ minus the drain current of transistor 286. Transistors 286 and 288 serve to mirror the collector current in transistor 290 (which is derived in a similar manner to the collector current in transistor 276 discussed above, except that voltage $V_{REF}$ is used instead of voltage $V_{FB1}$).

Compensation current $I_{CN1B}$ has two purposes: 1) to serve as a trimming current to set a desired control current $I_{CON}$ when the output voltage $V_{OUT}$ is substantially at its regulated level, and 2) to maintain a substantially constant control current $I_{CON}$ over a wide range of operating temperatures. During typical circuit manufacturing, variations in the resistance of resistor 278 would normally cause control current $I_{CON}$ to be larger or smaller than desired. By trimming $I_{TRIM}$ in production, compensation current $I_{CN1B}$ can be adjusted to add or subtract from the collector current ($I_{CN1A}$) of transistor 276 as required to provide a predetermined control current $I_{CON}$. Additionally, if resistors 278 and 292 are matched (i.e., designed and fabricated similarly), then control current $I_{CON}$ variations due to the temperature variation of the resistance of resistor 278 will be substantially cancelled by a corresponding change in the resistance of resistor 292.

If the output voltage $V_{OUT}$ is less than voltage $V_{TH2}$, the output of comparator 284 opens transmission gate 282 and thus inhibits current compensation. This ensures that control current $I_{CON}$ will approach zero as the output voltage $V_{OUT}$ approaches zero, thus guaranteeing control of the inductor current $I_L$ during an output short circuit.

When $V_{IN}$ falls to the point that $V_{IN}$-$V_{OUT}$ is less than 1.5 volts, the current in transistor 262 no longer holds transistor 266 OFF. As $V_{IN}$ decreases further, transistor 266 adds additional current ($I_{CN2}$) into current mirror output circuit 295, thereby increasing control current $I_{CON}$ and, thus, reducing $t_{OFF}$. This in turn stabilizes the operating frequency as $V_{IN}$ decreases, reducing potential audibility problems. Current source $I_7$ determines the maximum current that transistor 266 adds to control current $I_{CON}$.

Thus, when $V_{IN}$ falls so that $V_{IN}$-$V_{OUT}$ is less than 1.5 volts (e.g., when a battery is nearly discharged), $t_{OFF}$ will be reduced to increase the oscillation frequency of the regulator circuit so that the generation and emission of audible noise is reduced.

Although variable OFF-time control circuit 250 was discussed above with respect to a regulator circuit which includes push-pull switch 15 and driver 20, it will be apparent that the variable OFF-time feature of the present invention could be used in other regulators as well. For example, this feature could also be used in the regulator circuits of FIGS. 3 and 4 and other circuits that employ one-shot generators to provide a regulated voltage.

12

FIG. 7 is a detailed schematic block diagram of an exemplary switching regulator circuit incorporating both the variable OFF-time feature and the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator 300 includes push-pull switch 15, driver 20, output circuit 30 and control circuit 350. Control circuit 350 includes one-shot generator 245, variable OFF-time control circuit 250 for controlling the OFF cycle time and comparator 74 for providing high-efficiency operation at low average output current levels. Switching regulator 300 works as follows.

When the load current exceeds, for example, approximately 20 percent of the maximum output current, the loop operates in a continuous mode wherein comparator 74 does not override output 245A of one-shot generator 245. With $V_{IN}$-$V_{OUT}$ greater than 1.5 V, operation is substantially similar to that described for FIG. 1. The inductor current is sensed by means of the voltage drop across resistor $R_{SENSE}$, and the threshold for the current comparator 39 is set by the voltage drop across resistor $R_3$. Built-in offset $V_{OS}$ (e.g., about 10 mv) levelshifts feedback voltage $V_{FB}$ slightly below reference voltage $V_{REF}$ thus keeping the output of comparator 74 HIGH in this mode. When the voltage across resistor $R_{SENSE}$ exceeds the threshold across resistor $R_3$, the output of comparator 39 goes HIGH and the RBAR input of RS flip-flop 310 goes LOW, resetting RS flip-flop 310, and thus, initiating the switch OFF cycle.

During the OFF cycle, switch signal $V_{SWB}$ is HIGH, which turns P-MOSFET 16 OFF, N-MOSFET 17 ON and allows $I_{CON}$ to discharge control capacitor $C_{CON}$. The OFF time, $t_{OFF}$, is in turn determined by the time it takes control capacitor $C_{CON}$ to discharge from its initial voltage to $V_{TH1}$, coupled to the non-inverting input of comparator 312. When control capacitor $C_{CON}$ discharges to voltage $V_{TH1}$, the output of comparator 312 goes LOW, thus setting RS flip-flop 310 and initiating the next ON cycle. Voltage $V_{TH1}$ is higher than voltage $V_{TH2}$, thus causing the output of comparator 315 to remain LOW in the continuous mode.

In accordance with present embodiment, the OFF time is controlled by variable OFF-time control circuit 250 described above with respect to FIGS. 5 and 6. Accordingly, circuit 250 includes inputs 252 and 254 coupled to $V_{IN}$ and $V_{OUT}$ respectively, to monitor those voltages.

Current source $I_5$ sets a minimum voltage threshold across resistor $R_3$ for current comparator 39. This sets a minimum current required in inductor L1 during each ON cycle to trip comparator 39. If the resulting average inductor current flowing to the output is greater than the load current, then output voltage $V_{OUT}$ will begin to increase, causing feedback voltage $V_{FB}$ to trip the hysteretic comparator 74. Of course, the inductance of inductor L1 and OFF time $t_{OFF}$ are preferably chosen so that the inductor ripple current is not below zero when such tripping occurs. When comparator 74 trips, its output goes LOW and overrides the Q output of RS flip-flop 310, immediately switching switch signal $V_{SWB}$ high. As discussed above, this automatically initiates the beginning of the "sleep" mode of operation.

In sleep mode, capacitor $C_{CON}$ discharges as before, but does not initiate a new switch ON cycle when comparator 312 trips. As discussed above, this is because until feedback voltage $V_{FB}$ has fallen by the amount of hysteresis in comparator 74, the LOW at output 74A forces switch signal $V_{SWB}$ to remain HIGH through NAND gate 316. Accordingly, control capacitor $C_{CON}$ continues to discharge below voltage $V_{TH2}$, causing output 315A of comparator 315

LINEAR 000681

US 6,304,066 B1

13

to go HIGH. This in turn causes the N-MOSFET 17 as well as the P-MOSFET 16 to be turned OFF. In addition, unused circuit components such as amplifier 38 and comparators 39 and 312 are also turned OFF when the regulator circuit is in sleep mode. As discussed above, this decreases bias currents substantially during sleep mode, further increasing efficiency at low output current levels.

During the extended off times in sleep mode, much of the regulator and both MOSFETS 16 and 17 are turned off, and the output load is supported substantially by output capacitor $C_{OUT}$. However, when the output voltage $V_{OUT}$ falls such that the feedback voltage $V_{FB}$ has decreased by the amount of hysteresis in comparator 74, all circuit components are again turned on and a new ON cycle is initiated to supply current to the output. If the load current remains low, output capacitor $C_{OUT}$ will recharge, and the feedback voltage $V_{FB}$ will again trip comparator 74 after only a few switch cycles. Thus, during light load conditions, the output voltage $V_{OUT}$ will oscillate between upper and lower thresholds values, as discussed above.

Whenever P-MOSFET 16 is ON, its gate-to-source voltage also appears across MOSFET 334, turning MOSFET 334 ON. This pulls the drain of MOSFET 334 HIGH, and inhibits N-drive 27. Following a LOW-to-HIGH $V_{SWB}$ transition, the voltage on the gate of P-MOSFET 16 must rise to a level where MOSFET 334 is conducting less than current source 335 before the drain voltage of MOSFET 334 falls and allows the N-MOSFET 17 to be turned ON. Current $I_{M1}$ is purposely made small so that the gate of MOSFET 334 must rise to within 2 volts of the input voltage $V_{IN}$ before the drive is enabled, ensuring that the P-MOSFET is completely OFF when N-MOSFET 17 turns ON. In a similar manner, MOSFET 332 and current source $I_{M2}$ 333 ensure that the N-MOSFET 17 is completely OFF when the P-MOSFET 16 turns ON. This prevents simultaneous conduction regardless of the driver speeds or MOSFET sizes, ensuring maximum possible efficiency. This feature of the present embodiment is discussed in more detail in commonly-assigned U.S. patent application Ser. No. 07/893, 523, filed Jun. 4, 1992, now U.S. Pat. No. 5,365,118 which is hereby incorporated by reference in its entirety. If desired, the control circuit of the present invention can also include circuitry for accommodating transient switch signals as described in commonly-assigned U.S. patent application Ser. No. 08/035,423, filed Mar. 23, 1993, now U.S. Pat. No. 5,408,150 which is also hereby incorporated by reference in its entirety.

Schottky diode D2 coupled across N-MOSFET 17 shown in FIG. 7 only conducts during the deadtime between the conduction of MOSFETS 16 and 17. Diode D2's purpose is to prevent the body diode of N-MOSFET 17 from turning on and storing charge during the deadtime, which could reduce efficiency (e.g., by approximately 1 percent) in some cases. Diode D2 preferably is selected with a forward voltage of less than about 0.5 volts when conducting the maximum output current.

In accordance with the present invention, the control circuit shown in FIG. 7, when incorporated into a 5-volt synchronous step-down switching regulator, is capable of achieving over 90 percent efficiency (for an input voltage of approximately 10 volts) while the output current varies over two orders of magnitude (e.g., 20 mA to 2 A). Under some operating conditions (e.g., for an input voltage of 6 volts) efficiencies of over 95 percent can be maintained over such current levels. Such a control circuit is particularly useful in notebook and palm-top computers, portable instruments, battery-operated digital devices, cellular telephones, DC power distributions systems and GPS systems.

14

As discussed above with respect to FIG. 1, a disadvantage of prior art control circuit 10 is that at low output currents the current in inductor L1 may reverse polarity if during $t_{OFF}$ the current ramps down too much. This may result in power being pulled from the load to ground, through N-MOSFET 17, with an associated reduction in circuit efficiency. In accordance with a still further feature of the present invention, the control circuit can include a circuit for turning OFF the N-MOSFET to prevent such power from being pulled from the load if the inductor current reverses polarity.

FIG. 8 is a schematic block diagram of an exemplary switching regulator circuit incorporating a circuit of the present invention for preventing reversals in the polarity of the current in the output inductor of the regulator from drawing power from the load.

Switching regulator 400 includes push-pull switch 15, driver circuit 20 and output circuit 30 similar to those of FIG. 1. Circuit 400 also includes an embodiment 470 of the high-efficiency control circuit of the present invention for preventing reversals in the polarity of output inductor L1 current from drawing power from the load.

Control circuit 470 includes one-shot circuit 25, current comparator 39 and transconductance amplifier 38 similar to those of FIG. 1. In addition to those components, control circuit 470 also includes comparator 471 and gate 472 for preventing reversals in inductor current polarity from drawing power from the load at low average current levels. Control circuit 470 works as follows.

When output $25a$ of one-shot circuit goes HIGH to turn P-MOSFET 16 OFF and N-MOSFET 17 ON, the inductor current $I_L$ begins to ramp down. During low average output currents, this current may ramp down towards zero and, eventually, may go negative. Control circuit 470 works by monitoring the inductor current $I_L$, through current feedback signal $I_{FB2}$, and turns N-MOSFET 17 OFF before such current reversals can occur. This prevents N-MOSFET 17 from drawing power from the load to ground.

Comparator 471 includes an input $471a$ adapted to monitor inductor current $I_L$ by way of current feedback signal $I_{FB2}$. When current feedback signal $I_{FB2}$ falls below current $I_4$ applied to input $471b$ of comparator 471, comparator output $471c$ goes LOW and, therefore, turns N-MOSFET 17 OFF by way of NAND gate 472. The turning OFF of N-MOSFET 17 prevents current reversals in inductor current $I_L$ from drawing power from load 14 to ground through N-MOSFET 17.

After N-MOSFET 17 is turned OFF, it will again be allowed to turn ON as soon as feedback current $I_{FB2}$ exceeds current $I_4$ to cause comparator output $471c$ to go HIGH. Generally, comparator output $471c$ will again go HIGH after one-shot circuit 25 turns P-MOSFET 16 ON, which, in turn, causes the inductor current $I_L$ to again ramp up. Such ramping up will allow current feedback signal $I_{FB2}$ to exceed $I_4$ and, therefore, cause comparator output $471c$ to go HIGH. While comparator $471c$ is HIGH, one-shot circuit 25 solely controls the turning ON of N-MOSFET 17.

Thus, control circuit 470 includes circuitry for intentionally holding N-MOSFET 17 OFF during periods when current reversals would otherwise allow power to be drawn from the load. This feature of the present invention can increase circuit efficiency at low average output current levels when current reversals are most like to occur.

It will be apparent to those of ordinary skill in the art that although comparator 471 monitors the inductor current It through feedback current $I_{FB2}$, other means of detecting current reversals in the inductor current $I_L$ could be used as well. For example, comparator 471 could monitor current

A  272

LINEAR 000682

US 6,304,066 B1

15

feedback signal $I_{FB1}$ just as well so that only one type of current feedback signal is employed in control circuit 470. Additionally, many others means of generating a feedback signal indicative of current reversal in inductor current $I_L$ could be used as well (see, e.g., resistor $R_{SENSE}$ in FIG. 7).

The high-efficiency control circuit of the present invention was discussed above with reference to FIGS. 1–8 wherein the switching regulator was configured in a voltage step-down configuration. It will be apparent that the control circuit of the present invention could be used in other configurations as well. For example, FIG. 9 shows a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a voltage step-up configuration.

Switching regulator 500 includes synchronously-switched switch 15' wherein the drains of P-channel MOS-FET 16 and N-channel MOSFET 17 are coupled together and to one side of inductor L1. The other side of inductor L1 is coupled to input $V_{IN}$. Control circuit 70 drives driver circuit 20' including inverting P-driver 26' and inverting N-driver 27', which in turn drive P-channel MOSFET 16 and N-channel MOSFET 17, respectively.

Thus, as shown in FIG. 9, the control circuit of the present invention can be used in switching configurations wherein an input voltage $V_{IN}$ is stepped up to a regulated output voltage $V_{OUT}$. As is the case with the step-down configurations shown in FIGS. 2–8, the control circuit of FIG. 9 can be used in other types of step-up configurations as well. For example, one-shot circuit 25 shown in FIG. 9 can include an additional input for monitoring the input voltage $V_{IN}$ to reduce the generation and emission of audible noise from inductor L1 at low input voltages as discussed above with respect to FIGS. 5 and 6. Also, switching regulator 500 can include circuitry to hold P-MOSFET 16 OFF during periods when the polarity of inductor current $I_L$ would otherwise reverse, as discussed above with respect to FIG. 8.

FIG. 10 shows a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a voltage polarity-inverting configuration.

Switching regulator 600 includes switch 15'' wherein the drain of P-channel MOSFET 16 is coupled to one side of inductor L1 and to $V_{OUT}$ through diode D601. The other side of inductor L1 is coupled to ground. The source of P-channel MOSFET 16 is coupled to the positive input voltage $V_{IN}$. Control circuit 70' drives driver circuit 20'' including P-driver 26 which, in turn, drives P-channel MOSFET 16.

Control circuit 70' operates substantially similar to control circuit 70 discussed above except for the following. Voltage feedback to control circuit 70' is provided by resistors R1 and R2 and amplifier 602. Amplifier 602 inverts the negative polarity voltage at $V_{OUT}$ to provide a positive polarity feedback voltage to control circuit 70'.

Thus, as shown in FIG. 10, the control circuit of the present invention can be used in switching configurations wherein an input voltage $V_{IN}$ is inverted to a regulated output voltage of opposite polarity $V_{OUT}$. As is the case with the step-down configurations shown in FIGS. 2–8, the control circuit of FIG. 10 can be used in other types of polarity-inverting configurations as well. For example, one-shot circuit 25 shown in FIG. 10 can include an additional input for monitoring the input voltage $V_{IN}$ to reduce the generation and emission of audible noise from inductor L1 at low input voltages. Furthermore, one-shot circuit 25 can include an input for monitoring the output voltage $V_{OUT}$ to control the short circuit current if the output is short circuited as discussed above with respect to FIGS. 5 and 6. Also, if

16

regulator 600 was synchronously switched and included an N-MOSFET instead of D601, the regulator could include circuitry to hold such an N-MOSFET OFF during periods when the polarity of inductor current $I_L$ would otherwise reverse, as discussed above with respect to FIG. 8.

It will be apparent to those of ordinary skill in the art that although the present invention has been discussed above with reference to a hysteretic voltage comparator for generating the sleep mode control signal to cause the switching regulator to go into and awake from the sleep-mode, other means for performing the same function are also possible. For example, if desired, the sleep mode control signal could be generated in response to a monitored output current. Furthermore, the switching regulator could be taken out of the sleep mode a predetermined time period after going into such a mode, instead after the output voltage falls below a predetermined threshold voltage, as illustrated above.

It will also be apparent that although the present invention has been discussed above with reference to FIGS. 1–10, wherein the power switches were either a pair of complementary MOSFETS (i.e., one p-channel and one n-channel) or a single p-channel MOSFET (FIG. 3), the present invention is applicable to other types of switches as well. For example, the power switch could include a pair of N-channel MOSFETS, a pair of P-channel MOSFETS, or bipolar junction transistors.

Thus, a control circuit and method for maintaining high efficiency over broad current ranges in a switching regulator circuit has been provided.

One skilled in the art will thus appreciate that the present invention can be practiced by other than the described embodiments, which are presented for purposes of illustration and not of limitation, and the present invention is limited only by the claims which follow.

What is claimed is:

1. A circuit for controlling a switching voltage regulator, the regulator having (1) a switch coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output for supplying current at a regulated voltage to a load which includes an output capacitor, the circuit comprising:

    a first circuit for monitoring the output to generate a first feedback signal;

    a second circuit for generating a first control signal during a first state of circuit operation, the first control signal being responsive to the first feedback signal to vary the duty cycle of the switching transistors to maintain the output at the regulated voltage; and

    a third circuit for generating a second control signal during a second state of circuit operation to cause both switching transistors to be simultaneously OFF for a period of time longer than a switching cycle of the switching transistors, during which period of time the output capacitor maintains the output substantially at the regulated voltage.

2. Circuitry for controlling a switching regulator having an inductive element coupled between a first node and an output of the switching regulator, a first switch coupled between an input of the switching regulator and the first node, and a second switch coupled between the first node and ground, the control circuitry comprising:

    a voltage feedback path for monitoring a voltage at the output;

    a current feedback path for monitoring a current through the inductor;

    a first comparator coupled to the current and voltage feedback paths;

**A  273**

US 6,304,066 B1

17

a second comparator coupled to the voltage feedback path; and

a control circuit operational in first and second states responsive to an output of the second comparator, wherein in the first state the control circuit controls the duty cycle of the first and second switches responsive to the output of the first comparator, and in the second state the control circuit keeps both switches OFF regardless of the output of the first comparator.

3. The circuitry of claim 2 wherein the control circuit provides a first control signal that controls the first and second switches so that one of the switches is OFF when the other switch is ON.

4. The circuitry of claim 3 wherein the control circuit provides a second signal that causes the second switch to be OFF even when the first transistor is OFF.

5. The circuitry of claim 4 wherein the second control signal overrides the first control signal to the second switch.

6. The circuitry of claim 5 further comprising a logic circuit coupled to the first and second control signals and to the second switch.

7. The circuitry of claim 5 wherein the control circuit further comprises:

a capacitor;

a current source turned on or off responsive to the output of the second comparator; and

a current sink coupled to the capacitor, wherein the capacitor is alternately charged by the current source and discharged by the current sink.

8. The circuitry of claim 6 further comprising a third comparator coupled to the capacitor, wherein the third comparator provides the second control signal responsive to a voltage on the capacitor.

9. The circuitry of claim 2 further comprising:

a transconductance amplifier having an input coupled to the voltage feedback path and an output coupled to an input of the first comparator; and

a current sink coupled to the output of the transconductance amplifier.

10. The circuitry of claim 2 wherein the second comparator comprises a hysteretic comparator.

11. A method of regulating a voltage at the output of a switching regulator having first and second switching transistors arranged in a push-pull configuration and an inductor coupled to the first and second switching transistors, the method comprising:

18

monitoring the voltage;

monitoring a current through the inductor; and

controlling the first and second switching transistors so that during a first period of time the first switching transistor is cycled OFF-ON-OFF and the second switching transistor is cycled ON-OFF-ON, and during a second period of time the first and second switching transistors are kept OFF, wherein the second period of time has a duration that is longer than the period of a single OFF-ON-OFF cycle of the first and second switching transistors.

12. The method of claim 11 wherein controlling the first and second switching transistors during the first period of time comprises turning the first switching transistor OFF and the second switching transistor ON when the inductor current reaches a threshold level.

13. The method of claim 12 wherein controlling the first and second switching transistors during the first period of time further comprises turning the first switching transistor ON and the second switching transistor OFF a predetermined interval after the first switching transistor was turned OFF and the second switching transistor was turned ON.

14. The method of claim 11 further comprising determining if the voltage exceeds a first threshold, wherein the first period corresponds to when the voltage is below the first threshold and the second period corresponds to when the voltage is above the first threshold.

15. The method of claim 11 wherein controlling the first and second switching transistors during the first period of time further comprises charging a control capacitor when the first switching transistor is ON and discharging the control capacitor when the first switching transistor if OFF.

16. The method of claim 15 further comprising:

determining if the voltage exceeds a first threshold; and

keeping the first switching transistor OFF when the voltage exceeds the first threshold.

17. The method of claim 16 comprising:

monitoring a voltage on the control capacitor; and

turning the second switching transistor OFF when the voltage on the control capacitor falls below a second threshold.

18. The method of claim 15 further comprising:

monitoring a difference between an input voltage and the output voltage of the switching regulator; and

discharging the control capacitor at a rate determined by the monitored voltage difference.

* * * * *

**A   274**

LINEAR 000684

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,304,066 B1                                    Page 1 of 2
DATED         : October 16, 2001
INVENTOR(S)   : Wilcox et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Title page,
Item [56], **References Cited**, change "4,035,810" to -- 4,035,710 --
Above entry that begins "Archer, William R., Current-driven..." insert this new
entry: -- Archer, William R., "Current Drives Synchronous Rectifier," EDN, p.279,
11/28/85 --
Change "Power Mosfets" to -- POWER MOSFETs, --
Change "Mosfet" to -- MOSFET --
Change "MOS Gate" to -- MOS-Gate --
Change "Cell Proliferation," to -- *Cell Proliferation,* --
After "DC-DC Converters," insert -- 1990 Linear Applications Handbook, pp. AN 29-1
to AN 29-44, --
Change "Mosfet" to -- MOSFET --
After "Datasheet," insert -- pp. 1-8, --
Before "Datasheet, 1992" insert -- Advance Information --

Column 3,
Line 66, change "FETS16" to -- FETs 16 --

Column 4,
Lines 2, 7 and 18, change "MOSFETS" to -- MOSFETs --

Column 6,
Line 49, change "MOSFETS" to -- MOSFETs --

Column 7,
Lines 5, 26 and 30, change "MOSFETS" to -- MOSFETs --

Column 13,
Lines 9 and 49, change "MOSFETS" to -- MOSFETs --

Column 14,
Line 64, change "It" to -- $I_L$ --

Column 16,
Line 20, change "MOSFETS" to -- MOSFETs --
Line 24, change both occurrences of "MOSFETS" to -- MOSFETs --

# A 275

LINEAR 000685

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.       : 6,304,066 B1                     Page 2 of 2
DATED            : October 16, 2001
INVENTOR(S)      : Wilcox et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 18,
Line 33, change "transistor if OFF." to -- transistor is OFF. --

Signed and Sealed this

Twelfth Day of November, 2002

Attest:

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

*Attesting Officer*

A   276

LINEAR 000686

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,304,066 B1                                    Page 1 of  2
DATED         : October 16, 2001
INVENTOR(S)   : Wilcox et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:


Title page,
Item [56], **References Cited**, change "4,035,810" to -- 4,035,710 --
Above entry that begins "Archer, William R., Current-driven…" insert this new
entry: -- Archer, William R., "Current Drives Synchronous Rectifier," EDN, p.279,
11/28/85 --
Change "Power Mosfets" to -- POWER MOSFETs, --
Change "Mosfet" to -- MOSFET --
Change "MOS Gate" to -- MOS-Gate --
Change "Cell Proliferation," to -- *Cell Proliferation*, --
After "DC-DC Converters," insert -- 1990 Linear Applications Handbook, pp. AN 29-1
to AN 29-44, --
Change "Mosfet" to -- MOSFET --
After "Datasheet," insert -- pp. 1-8, --
Before "Datasheet, 1992" insert -- Advance Information --
Replace "Datasheet, Jan. 1997" with -- Advance Information Datasheet, Mar. 1997 --
Replace "Information Datasheet, Mar. 15, 1993." with -- Information Datasheet, Mar.
15, 1993, pp. 1-8. --
Delete entire entry "Williams, J. and Huffman. B. "Proper instrumentation eases low
power dc/dc converter design," EDN, Nov. 27, 1998."


Column 3,
Line 66, change "FETS16" to -- FETs 16 --


Column 4,
Lines 2, 7 and 18, change "MOSFETS" to -- MOSFETs --


Column 6,
Line 49, change "MOSFETS" to -- MOSFETs --


Column 7,
Lines 5, 26 and 30, change "MOSFETS" to -- MOSFETs --


Column 13,
Lines 9 and 49, change "MOSFETS" to -- MOSFETs --


# A   277

LINEAR 000687

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.      : 6,304,066 B1                                    Page 2 of 2
DATED           : October 16, 2001
INVENTOR(S)     : Wilcox et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 14,
Line 64, change "It" to -- $I_L$ --

Column 16,
Line 20, change "MOSFETS" to -- MOSFETs --
Line 24, change both occurrences of "MOSFETS" to -- MOSFETs --

Column 18,
Line 33, change "transistor if OFF." to -- transistor is OFF. --

This certificate supersedes Certificate of Correction issued November 12, 2002

Signed and Sealed this

Eleventh Day of February, 2003

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

A  278

LINEAR 000688

# TAB 15

117

PATENTS
LT-26 DIV2 CON

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants        : Milton E. Wilcox and Randy Flatness

Serial No.        : 09/395,895

Filed             : September 14, 1999

For               : CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH
                    EFFICIENCY OVER BROAD CURRENT RANGES IN A
                    SWITCHING REGULATOR CIRCUIT

Group Art Unit : 2838

Examiner          : Raj. B. Patel

Hon. Assistant Commissioner
    for Patents
Washington, D.C. 20231

AMENDMENT AND RESPONSE
TO OFFICE ACTION

Sir:

        Responsive to the Office Action dated January 21, 2000,
applicants submit the following amendments and remarks:

In The Claims
Please amend claim 1 and add new claims 97-113.

        1. (Amended)    A circuit for controlling a switching
voltage regulator, the regulator having (1) a switch coupled to
receive an input voltage and including a pair of synchronously
switched switching transistors and (2) an output for supplying

07/27/2000 SSITHIB1 00000052 09395895
01 FC:117                  870.00 OP

**A  279**

LINEAR 000782

current at a regulated voltage to a load which includes an output
capacitor, the circuit comprising:

a first circuit for monitoring the output to generate a
first feedback signal;

a second circuit for generating a first control signal
during a first state of circuit operation, the first control
signal being responsive to the first feedback signal to vary the
duty cycle of the switching transistors to maintain the output at
the regulated voltage; and

a third circuit for generating a second control signal
during a second state of circuit operation to cause both switching
transistors to be simultaneously OFF for a [first] period of time
longer than a switching cycle of the switching transistors, during
which period of time the output capacitor maintains the output
substantially at the regulated voltage.

131.    (New)    Circuitry for controlling a switching
regulator having an inductive element coupled between a first node
and an output of the switching regulator, a first switch coupled
between an input of the switching regulator and the first node,
and a second switch coupled between the first node and ground, the
control circuitry comprising:

a voltage feedback path for monitoring a voltage at the
output;

a current feedback path for monitoring a current through
the inductor;

a first comparator coupled to the current and voltage
feedback paths;

a second comparator coupled to the voltage feedback
path; and

a control circuit operational in first and second states
responsive to an output of the second comparator, wherein in the
first state the control circuit controls the duty cycle of the

**A    280**

LINEAR 000783

first and second switches responsive to the output of the first comparator, and in the second state the control circuit keeps both switches OFF regardless of the output of the first comparator.

98. (New)   The circuitry of claim 91 wherein the control circuit provides a first control signal that controls the first and second switches so that one of the switches is OFF when the other switch is ON.

99. (New)   The circuitry of claim 98 wherein the control circuit provides a second signal that causes the second switch to be OFF even when the first transistor is OFF.

100. (New)   The circuitry of claim 99 wherein the second control signal overrides the first control signal to the second switch.

101. (New)   The circuitry of claim 100 further comprising a logic circuit coupled to the first and second control signals and to the second switch.

102. (New)   The circuitry of claim 100 wherein the control circuit further comprises:

a capacitor;

a current source turned on or off responsive to the output of the second comparator; and

a current sink coupled to the capacitor, wherein the capacitor is alternately charged by the current source and discharged by the current sink.

103. (New)   The circuitry of claim 101 further comprising a third comparator coupled to the capacitor, wherein

**A   281**

LINEAR 000784

the third comparator provides the second control signal responsive
to a voltage on the capacitor.

104. (New)  The circuitry of claim 97 further
comprising:

a transconductance amplifier having an input coupled to
the voltage feedback path and an output coupled to an input of the
first comparator; and

a current sink coupled to the output of the
transconductance amplifier.

105. (New)  The circuitry of claim 97 wherein the second
comparator comprises a hysteretic comparator.

106. (New)  A method of regulating a voltage at the
output of a switching regulator having first and second switching
transistors arranged in a push-pull configuration and an inductor
coupled to the first and second switching transistors, the method
comprising:

monitoring the voltage;

monitoring a current through the inductor; and

controlling the first and second switching transistors
so that during a first period of time the first switching
transistor is cycled OFF-ON-OFF and the second switching
transistor is cycled ON-OFF-ON, and during a second period of time
the first and second switching transistors are kept OFF, wherein
the second period of time has a duration that is longer than the
period of a single OFF-ON-OFF cycle of the first and second
switching transistors.

107. (New)  The method of claim 106 wherein controlling
the first and second switching transistors during the first period
of time comprises turning the first switching transistor OFF and

**A  282**

LINEAR 000785

the second switching transistor ON when the inductor current reaches a threshold level.

108. (New)  The method of claim 107 wherein controlling the first and second switching transistors during the first period of time further comprises turning the first switching transistor ON and the second switching transistor OFF a predetermined interval after the first switching transistor was turned OFF and the second switching transistor was turned ON.

109. (New)  The method of claim 106 further comprising determining if the voltage exceeds a first threshold, wherein the first period corresponds to when the voltage is below the first threshold and the second period corresponds to when the voltage is above the first threshold.

110. (New)  The method of claim 106 wherein controlling the first and second switching transistors during the first period of time further comprises charging a control capacitor when the first switching transistor is ON and discharging the control capacitor when the first switching transistor if OFF.

111. (New)  The method of claim 110 further comprising:
    determining if the voltage exceeds a first threshold; and
    keeping the first switching transistor OFF when the voltage exceeds the first threshold.

112. (New)  The method of claim 111 comprising:
    monitoring a voltage on the control capacitor; and
    turning the second switching transistor OFF when the voltage on the control capacitor falls below a second threshold.

**A  283**

LINEAR 000786

113. (New)  The method of claim 110 further comprising:
   monitoring a difference between an input voltage and the
output voltage of the switching regulator; and
   discharging the control capacitor at a rate determined
by the monitored voltage difference.

### REMARKS

#### Summary of the Office Action

This application is a continuing patent application, and
included claims 1-96 when filed.  Claims 2-96 were canceled by a
preliminary amendment filed with the application, leaving claim 1
as the lone pending claim.

Claim 1 has been rejected under 102(b) as being
anticipated by U.S. Patent No. 5,177,676 to Inam et al.

#### Summary of Applicant's Response

Applicant's respectfully traverse the rejection under 35
U.S.C. 102(b).

In addition, applicants have amended claim 1 and have
added new claims 97-113 to more particularly point out and
distinctly claim the subject matter of their invention.

#### Detailed Response

Inam discloses a voltage source including a voltage
feedback loop for controlling an output voltage of the voltage
source, and a current feedback path for adjusting an output
impedance of the voltage source.  According to Inam, the output
impedance of the voltage source is determined by the transfer
functions of the two feedback paths.  Therefore, a voltage source
may be designed to have a specified output impedance by

**A 284**

LINEAR 000787

appropriate selection of the transfer functions.  The transfer
function of the voltage feedback loop is generally determined by
the regulation characteristics required of the output voltage.
However, as Inam discloses the transfer function of the current
feedback path may be selected to provide the voltage source with
the desired output impedance.

In contrast, the present invention relates improving the
efficiency of switching voltage regulators.  Typically, a
switching regulator includes a pair of switches in a push-pull
configuration coupled to one terminal of an inductor.  The other
terminal of the inductor is coupled to the output of the switching
voltage regulator, which typically includes an output capacitor.
The switches are controlled so that when one switch is ON the
other is OFF.  By repeatedly cycling the switches, the inductor is
alternately connected to a supply voltage or to ground.  This
transfers energy from the supply voltage to the inductor and then
to the output capacitor to supply a voltage to a load.

Applicants discovered that the efficiency of such a
switching voltage regulator may be improved at low load currents
by keeping both switches off for an extended period of time during
which load current is provided by the output capacitor.  More
particularly, at low load currents, the switches are cycled in a
conventional manner to charge up the output capacitor.  However,
when the output voltage reaches a selected level both switches are
kept OFF for an extended period while the output capacitor
supplies power to the load.  Such a switching regulator would be
characterized by periods of little or no switching activity
interspersed with bursts of significant switching activity.

This feature of the invention is included in the claims.
For example, claim 1, as amended recites:

". . . to cause both switching transistors to be
simultaneously OFF for a [first] period of time <u>longer
than a switching cycle of the switching transistors,</u>
during which <u>period of time</u> the output capacitor

# A  285

maintains the output substantially at the regulated
voltage."

Applicants respectfully submit that the claimed feature is missing
from the cited reference.  Therefore, Inam cannot anticipate claim
1.

Applicants have added new claims 97-113 to more fully
cover the subject matter of their invention.  Applicants
respectfully submit that the new claims also distinguish over
Inam.

Conclusion

Applicants respectfully submit that the present
application, including claims 1 and 97-113, is in condition for
allowance.  A prompt and favorable review is requested.

Respectfully,

Michael J. DeHaemer, Jr.
Registration No. 39,164
Agent for Applicants

c/o  FISH & NEAVE
     1251 Avenue of the Americas
     New York, New York 10020
     Tel.: (650) 617-4000

I hereby Certify that this
Correspondence is being
Deposited with the U.S.
Postal Service as First
Class Mail in an Envelope
Addressed to: ASSISTANT
COMMISSIONER FOR PATENTS
WASHINGTON, D.C. 20231, ON

07-21-2000
LILY K. JIANG

Signature of Person Signing

**A 286**

*GAU- 2838*

REV. 11/98
For Other Than A Small Entity

PATENTS
LT-26 DIV2 CON

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants     : Milton E. Wilcox and Randy Flatness

Serial No.     : 09/395,895

Filed          : September 14, 1999

For            : CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH
                 EFFICIENCY OVER BROAD CURRENT RANGES IN A
                 SWITCHING REGULATOR CIRCUIT

Group Art Unit : 2838

Examiner       : Raj. B. Patel

Hon. Commissioner of Patents
     and Trademarks
Washington, D.C.  20231

<u>TRANSMITTAL LETTER</u>

Sir:

        Transmitted herewith:  [X] a Response to Examiner's
Action; [ ] a Declaration; [ ] a Supplemental Declaration; [ ]
a Power of Attorney; [ ] an Associate Power of Attorney; [ ]
formal drawings; to be filed in the above-identified patent
application.

<u>FEE FOR ADDITIONAL CLAIMS</u>

[X]  A fee for additional claims is not required.

[ ]  A fee for additional claims is required.

# A   287

LINEAR 000790

The additional fee has been calculated as shown below:

| | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDITIONAL FEES |
|---|---|---|---|---|---|
| TOTAL CLAIMS | – | * = | X $ 18 = | | $ |
| INDEPENDENT CLAIMS | – | ** = | X $ 78 = | | $ |
| FIRST PRESENTATION OF A MULTIPLE DEPENDENT CLAIM | | | + $260 = | | $ |

\*    If less than 20, insert 20.          TOTAL $_____
\*\*   If less than 3, insert 3.

[ ]   A check in the amount of $_____ in payment of the filing fee is transmitted herewith.

[X]   The Commissioner is hereby authorized to charge payment of any additional filing fees required under 37 C.F.R. § 1.16, in connection with the paper(s) transmitted herewith, or credit any overpayment of same, to deposit Account No. 06-1075. A duplicate copy of this transmittal letter is transmitted herewith.

[ ]   Please charge $_____ to Deposit Account No. 06-1075 in payment of the filing fee. A duplicate copy of this transmittal letter is transmitted herewith.

EXTENSION FEE

[X]   The following extension is applicable to the Response filed herewith; [ ] $110.00 extension fee for response within first month pursuant to 37 C.F.R. § 1.136(a); [ ] $380.00 extension fee for response within second month pursuant to 37 C.F.R. § 1.136(a); [X] $870.00 extension fee for response within third month pursuant to 37 C.F.R. § 1.136(a); [ ] $1,360.00 extension fee for response within fourth month pursuant to 37 C.F.R. § 1.136(a); [ ] $1,850.00 within fifth month pursuant to 37 C.F.R. § 1.36(a).

**A 288**

LINEAR 000791

[X]   A check in the amount of [ ] $110.00; [ ] $380.00;
      [X] $870.00; [ ] $1,360.00; [ ] $1,850.00 in payment
      of the extension fee is transmitted herewith.

[X]   The Commissioner is hereby authorized to charge
      payment of any additional fees required under
      37 C.F.R. § 1.17 in connection with the paper(s)
      transmitted herewith, or to credit any overpayment
      of same, to Deposit Account No. 06-1075.  A
      duplicate copy of this transmittal letter is
      transmitted herewith.

[ ]   Please charge the [ ] $110.00; [ ] $380.00;
      [ ] $870.00; [ ] $1,360.00; [ ] $1,850.00; extension
      fee to Deposit Account No. 06-1075.  A duplicate
      copy of this transmittal letter is transmitted
      herewith.

Michael J. DeHaemer, Jr.
Registration No. 39,164
Agent for Applicants

FISH & NEAVE
1251 Avenue of the Americas
New York, New York 10020-1104
Tel.:  (650) 617-4000

I hereby Certify that this
Correspondence is being
Deposited with the U.S.
Postal Service as First
Class Mail in an Envelope
Addressed to ASSISTANT
COMMISSIONER FOR PATENTS
WASHINGTON, D.C. 20231, ON

07-21-2000

LILY X. JIANG

Signature of Person Signing

**A  289**

3

LINEAR 000792

# TAB 16



US006580258B2

(12) **United States Patent**
Wilcox et al.

(10) Patent No.: **US 6,580,258 B2**
(45) Date of Patent: **Jun. 17, 2003**

(54) **CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULATOR CIRCUIT**

(75) Inventors: **Milton E. Wilcox**, Saratoga; **Randy G. Flatness**, Los Gatos, both of CA (US)

(73) Assignee: **Linear Technology Corporation**, Milpitas, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/978,120**

(22) Filed: **Oct. 15, 2001**

(65) **Prior Publication Data**

US 2002/0017897 A1 Feb. 14, 2002

**Related U.S. Application Data**

(60) Continuation of application No. 09/395,895, filed on Sep. 14, 1999, now Pat. No. 6,304,066, which is a continuation of application No. 08/978,167, filed on Nov. 26, 1997, now Pat. No. 5,994,885, which is a division of application No. 08/799,467, filed on Feb. 13, 1997, now Pat. No. 5,731,694, which is a continuation of application No. 08/634,688, filed on Apr. 18, 1996, now abandoned, which is a continuation of application No. 08/476,232, filed on Jun. 7, 1995, now abandoned, which is a division of application No. 08/036,047, filed on Mar. 23, 1993, now Pat. No. 5,481,178.

(51) Int. Cl.⁷ .................................................. G05F 1/40
(52) U.S. Cl. ........................................ 323/282; 323/272
(58) Field of Search ............................... 323/282, 280, 323/281, 283, 284, 286, 272, 266

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,458,798 A    7/1969    Fang et al.
3,571,697 A    3/1971    Phillips

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

EP    0 428 377 A2    5/1991
JP    60-32565    2/1985
JP    60-156269    8/1985
JP    63-307510    12/1988
JP    3-113986    11/1991
JP    4-42771    2/1992
JP    4-49844    2/1992
JP    4-101286    9/1992
JP    4-128086    11/1992

OTHER PUBLICATIONS

Written Interlocutory Decision from the Opposition Division dated Dec. 23, 2002, Application No. 94 104 509.8.

Linear Technology, "LTC1148/LTC1148–3.3/LTC1148–5 High Efficiency Synochronous Stepdown Switching Regulator," Preliminary Datasheet, Nov. 1992.

Archer, William R., "Current Drives Synchronous Rectifier," EDN, p. 279, Nov. 28, 1985.

Archer, William R., "Current–Driven Synchronous Rectifier," Motorola TMOS Power FET Design Ideas, BR316, pp. 9–10, 1985.

(List continued on next page.)

*Primary Examiner*—Rajnikant B. Patel
(74) *Attorney, Agent, or Firm*—Fish & Neave; Mark D. Rowland

(57) **ABSTRACT**

A circuit and method for controlling a switching voltage regulator having (1) a switch including one or more switching transistors and (2) an output adapted to supply current at a regulated voltage to a load including an output capacitor. The circuit and method generates a control signal to turn said one or more switching transistors OFF under operating conditions when the voltage at the output is capable of being maintained substantially at the regulated voltage by the charge on the output capacitor. Such a circuit and method increases the efficiency of the regulator circuit particularly at low average current levels.

**35 Claims, 10 Drawing Sheets**



LINEAR 000980

US 6,580,258 B2

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,579,091 A | 5/1971 | Clarke et al. | |
| 3,581,186 A | 5/1971 | Weinberger | |
| 3,582,758 A | 6/1971 | Gunn | |
| 3,585,491 A | 6/1971 | Peterson | |
| 3,733,540 A | 5/1973 | Hawkins | |
| 3,772,588 A | 11/1973 | Kelly et al. | |
| 3,784,893 A | 1/1974 | Rando | |
| 3,863,128 A | 1/1975 | Wilwerding | |
| 3,879,647 A | 4/1975 | Hamilton et al. | |
| 3,978,393 A * | 8/1976 | Wisner et al. | ............... 323/272 |
| 3,992,638 A | 11/1976 | Sauvanet | |
| 4,013,939 A | 3/1977 | Biess et al. | |
| 4,035,710 A | 7/1977 | Joyce | |
| 4,071,884 A | 1/1978 | Maigret | |
| 4,160,288 A | 7/1979 | Stuart et al. | |
| 4,326,245 A | 4/1982 | Saleh | |
| 4,395,675 A | 7/1983 | Toumani | |
| 4,428,015 A | 1/1984 | Nesler | |
| 4,462,069 A | 7/1984 | Becky | |
| 4,479,174 A | 10/1984 | Cates | |
| 4,493,017 A | 1/1985 | Kammiller et al. | |
| 4,519,024 A | 5/1985 | Federico et al. | |
| 4,541,041 A | 9/1985 | Park et al. | |
| 4,554,499 A | 11/1985 | Sherman et al. | |
| 4,578,630 A | 3/1986 | Grosch | |
| 4,610,521 A | 9/1986 | Inoue | |
| 4,634,956 A | 1/1987 | Davis et al. | |
| 4,672,303 A | 6/1987 | Newton | |
| 4,672,518 A | 6/1987 | Murdock | |
| 4,674,020 A | 6/1987 | Hill | |
| 4,683,529 A | 7/1987 | Bucher, II | |
| 4,706,177 A | 11/1987 | Josephson | |
| 4,709,315 A | 11/1987 | Ramos | |
| 4,712,169 A | 12/1987 | Albach | |
| 4,716,514 A | 12/1987 | Patel | |
| 4,727,308 A | 2/1988 | Huljak et al. | |
| 4,754,385 A | 6/1988 | McDade et al. | |
| 4,801,859 A | 1/1989 | Dishner | |
| 4,813,066 A | 3/1989 | Holtz et al. | |
| 4,814,684 A | 3/1989 | McCurdy | |
| 4,819,122 A | 4/1989 | Gontowski, Jr. | |
| 4,823,070 A | 4/1989 | Nelson | |
| 4,843,532 A | 6/1989 | Freedman | |
| 4,866,587 A | 9/1989 | Wadlington | |
| 4,870,555 A | 9/1989 | White | |
| 4,884,183 A | 11/1989 | Sable | |
| 4,902,957 A | 2/1990 | Cassani et al. | |
| 4,922,404 A | 5/1990 | Ludwig et al. | |
| 4,928,200 A | 5/1990 | Redl et al. | |
| 4,929,882 A | 5/1990 | Szepesi | |
| 4,931,716 A | 6/1990 | Jovanovic et al. | |
| 4,996,638 A | 2/1991 | Orr | |
| 5,028,861 A | 7/1991 | Pace et al. | |
| 5,034,871 A | 7/1991 | Okamoto et al. | |
| 5,066,900 A | 11/1991 | Bassett | |
| 5,068,575 A | 11/1991 | Dunsmore et al. | |
| 5,081,411 A | 1/1992 | Walker | |
| 5,097,196 A | 3/1992 | Schoneman | |
| 5,128,603 A | 7/1992 | Wölfel | |
| 5,134,355 A | 7/1992 | Hastings | |
| 5,138,249 A | 8/1992 | Capel | |
| 5,144,547 A | 9/1992 | Masamoto | |
| 5,170,333 A | 12/1992 | Niwayama | |
| 5,177,676 A | 1/1993 | Inam et al. | |
| 5,179,511 A | 1/1993 | Troyk et al. | |
| 5,184,129 A | 2/1993 | Fung et al. | |
| 5,193,211 A | 3/1993 | Nobusawa | |
| 5,237,606 A | 8/1993 | Ziermann | |
| 5,309,078 A | 5/1994 | Cameron | |
| 5,396,412 A | 3/1995 | Barlage | |

| | | | |
|---|---|---|---|
| 5,408,162 A | 4/1995 | Williams | |
| 5,481,178 A | 1/1996 | Wilcox et al. | |
| 5,548,189 A | 8/1996 | Williams | |
| 6,307,360 B1 * | 10/2001 | Kajiwara et al. | ........... 323/282 |
| 6,333,623 B1 * | 12/2001 | Heisley et al. | ............... 323/280 |

## OTHER PUBLICATIONS

Blanchard, Richard, et al., "MOSFETs, Schottky Diodes Vie for Low–Voltage–Supply Designs," EDN, p. 197, Jun. 28, 1984.

Borghi et al., "Discontinuous Conduction Mode Power Switching Regulator IC," PCI Oct. 1988 Proceedings, pp. 31–41, Oct. 1988.

Brown, Marty, "Practical Switching Power Supply Design," pp. 20–34, Academic Press, Inc., 1990. No Date.

Business Wire, "Micro Linear announces first single–chip power controller for notebook computers," Apr. 16, 1992.

Cassani, John C. et al., "Sophisticated Control IC Enhances 1MHz Current Controlled Regulator Performance," Proceedings of HFPC, May 1992, pp. 167–173.

Chetty, P.R., "DC timers control dc–dc converters" Electronics, pp. 121 & 123, Nov. 13, 1975.

Chryssis, George, "High–frequency switching power supplies," pp. 144–152 and 180–181, McGraw–Hill, 1989. No Date.

Dell Computer Corporation, "Dell Computer Corporation Introduces Advanced Notebook PC," (alleged to contain UC1895, see Unitrode Advance Information Datasheet Oct. 5, 1992)., Sep. 1991.

Dinsmore, D., "Dual regulator handles two input voltages," EDN, Jan. 21, 1993.

Fisher, R. A. et al., "Performance of Low Loss Synchronous Rectifiers in a Series–Parallel Resonant DC–DC Converter," Proceedings of the Fourth Annual IEEE Applied Power Electronics Conference and Exposition, pp. 240–246, Mar. 1989.

Gauen, Kim, "Synchronous Rectifier Improves Step–Down Converter Efficiency," PCIM, pp. 8, 11–12 & 14–15, Apr. 1993.

Gontowski et al., "Advanced New Integrated Circuits For Current–Mode Control," Proceedings of the Power Electronics Show and Conference, pp. 341–352, Oct. 1986.

Goodenough, Frank, "Synchronous Rectifier UPS PC Battery Life," Electronic Design, pp. 47–53, Apr. 16, 1992.

Goodenough, Frank, "Low–Voltage Analog ICs Wait in the Wings," Electronic Design, Sep. 3, 1992.

Goodenough, F., "Dozing IC Op Amps Wake Up For Input Signal," Electronic Design, Dec. 5, 1991.

Goodenough, F., "Raise Switcher Efficiency Above 90%", Electronic Design, Jan. 21, 1993.

Gracie, Paul D., "Intermittent Converter Saves Power," EDN, p. 151, Sep. 1, 1989.

Grant, Duncan A. et al., "POWER MOSFETS, Theory and Application," pp. 239–256, Wiley–Interscience, 1989 No Date.

Harris Semiconductor, "HIP 5060 Power Control IC Single Chip Power Supply", Datasheet, Apr. 1994.

Harris Semiconductor, Hodgins et al., "HIP 5060 Family of Current Mode Control ICs Enhance 1 MHZ Regulator Performance,"Application Note AN9212.1, pp. 11–191 to 11–197, 1992.

Harris Semiconductor, "HIP 5060 Power Control IC Single Chip Power Supply", Datasheet, May, 1992.

Harris Semiconductor, "HIP 5060 Power Control IC Single Chip Power Supply", Preliminary Datasheet, Jan. 1992.

A  291

LINEAR 000981

US 6,580,258 B2

Page 3

Hewitt, S., "Improved Switched Mode Power Supply Regulation by Eliminating Turn–off Spikes," IBM Technical Disclosure Bulletin, vol. 31, No. 4, pp. 97–98, Sep. 1988.

Hnatek, Eugene R., "Design of Solid State Power Supplies," Third Edition, pp. 65–70, Van Nostrand Reinhold, 1989 No Date.

Horowitz & Hill, "The Art of Electronics," pp. 356–359, Cambridge University Press, 1989. No Date.

Huffman, B., "Efficiency and Power Characteristics of Switching Regulator Circuits," Application Note 46, Linear Technology, Nov. 1991.

Ikeda, S. et al., "Power MOSFET for Switching Regulator," International Telecommunications Energy Conference, Oct. 1992.

International Rectifier, Clemente et al., "HV Floating MOS–Gate Driver IC," Application Note AN–978A, 1990 No Date.

International Rectifier, "IR Application Note AN–978, HV Floating MOS–Gate Driver ICs, A Typical Block Diagram," Application Note from web page, Date Unknown No Date.

International Rectifier, "IR Application Note AN–978, HV Floating MOS Gate Driver ICs, Full Bridge With Current Mode Control," Application Note from web page, Date Unknown.

Kassakian, J. et al., "Principles of Power Electronics," pp. 103–165, Addison–Wesley Publishing Company, 1991 No Date.

Kerridge, Brian, "Battery power breeds efficient regulators," EDN, pp. 103–108, Mar. 18, 1993.

Lee, Y. S. and Cheng, Y. C., "A 580 kHz switching regulator using on–off control," Journal of the Institution of Electronic and Radio Engineers, vol. 57, No. 5, pp. 221–226, Sep. 1987.

Lee, et al., "Design of Switching Regulator with Combined FM and On–Off Control," IEEE Transactions on Aerospace and Electronic Systems, vol. AES–22, No. 6, pp. 725–731, Nov. 1986.

Linear Technology, Williams, J., Application Note 35, "Step Down Switching Regulators," 1990 Linear Applications Handbook, pp. AN35–1 to AN35–32, Aug. 1989.

Linear Technology, Williams, J., Application Note 29, "Some Thoughts on DC–DC Converters," 1990 Linear Applications Handbook, pp. AN29–1 to AN29–44, Oct. 1988.

Linear Technology, "LT1846/1847, LT3846/3847 Current Mode PWM Controller," Datasheet, 1990 No Date.

Linear Technology, Williams, J., App. Note 25, "Switching Regulators for Poets," Sep. 1987.

Linear Technology, Nelson, C., App. Note 19, "LT–1070 Design Manual," Jun. 1986.

Linear Technology, "LT1271/LT1269 4A High Efficiency Switching Regulators," Data Sheet, 1992 No Date.

Linear Technology, "LT1170/LT1171/LT1172 100kHz 5A, 2.5A, 1.25A High Efficiency Switching Regulators," Data Sheet, 1991. No Date.

Linear Technology, "LT1432 5V High Efficiency Step––Down Switching Regulator Controller," 1992 Linear Databook Supplement, pp. 4–145 to 4–171 No Date.

Linear Technology, "New Device Cameos," Linear Technology Magazine, 10:18–19 1992.

Linear Technology, Pietkiewicz et al., "DC–DC Converters for Portable Computers," Design Note 52, 1991 No Date.

Linear Technology, "LT1524/LT3524 Regulating Pulse Width Modulator," 1990 No Date.

Linear Technology, Wilcox, M., "LT1158 Half Bridge N–Channel Power MOSFET Driver," Datasheet, 1992 No Date.

Linear Technology, "LT1074 Switching Regulator," Preliminary Datasheet, Jun. 1989.

Linear Technology, "LT1072 1.25A High Efficiency Switching Regulator," Datasheet, 1990 No Date.

Markus, John, "Guidebook of Electronic Circuits," pp. 647 & 649, 1971 No Date.

Maxim Integrated Products, Inc., "MAX635/636/637 Preset/Adjustable Output CMOS Inverting Switching Regulators,"Datasheet, Date Unknown.

Maxim Integrated Products, Inc., "MAX746 High–Efficiency, PWM, Step–Down, N–Channel DC–DC Controller," Datasheet, Nov. 1993.

Maxim Integrated Products, Inc., "MAX477 High–Efficiency PWM, Step–Down P–Channel DC–DC Controller," Datasheet, Sep. 1993.

Maxim Integrated Products, Inc., "MAX777L/MAX778L/MAX779L Low–Voltage Input, 3V/3.3V/5V/ Adjustable Output, Step–Up DC–DC Converters," Datasheet, Jul. 1996.

Maxim Integrated Products, Inc., "MAX782/MAX786 Notebook Computer Power Supplies," Advance Information Data Sheet, Feb. 1993, pp. 1–8.

Maxim Integrated Products, Inc., "MAX783 Triple–Output Power–Supply Controller for Notebook Computers," Datasheet, May 1994.

Meakin, Mike, "The LM3578 Switching Power Regulator," Electronic Engineering, pp. 47–52, Jul. 1986.

Micro Linear Corporation, "ML4862 Battery Power Control IC," Advance Information Datasheet, Jul. 1992.

Micro Linear Corporation, "ML4873 Battery Power Control IC," Advance Information Data Sheet, Mar. 15, 1993, pp. 1–8.

Micro Linear Corporation, "ML4862 Battery Power Control IC," Datasheet, Mar. 1997.

Micro Linear Corporation, "ML4873 Battery Power Control IC" Datasheet, Jan. 1997 (preliminary version Mar. 1993 – cited above).

Micro Linear Corporation, "ML4862 EVAL User's Guide," Jun. 1992.

Micro Linear Corporation,"ML 4822 DC/DC Converter Controller for Portable Computers," Datasheet, Aug. 1991.

Myers, R. and Peckl, R., "200–kHz Power FET Technology in New Modular Power Supplies," Hewlett–Packard Journal, Aug. 1981.

NASA Jet Propulsion Laboratory, "Synchronous Half–Wave Rectifier," Jul. 1989.

National Semiconductor Corporation, "LM1578/LM2578/LM3578 Switching Regulator," Preliminary Datasheet, 1987 No Date.

Patel, R., "Bipolar synchronous rectifiers cut supply losses," EDN, Apr. 4, 1985.

Patel, Raoji, "Using Bipolar Synchronous Rectifiers Improves Power Supply Efficiency," Proceedings of the Power Sources Conference, Nov. 1984.

Quinnell, Richard A., "Analog IC Combines Five Functions for Battery Power Management," EDN, Apr. 23, 1992.

Redl et al., "Frequency Stabilization and Synchronization of Free–Running Current–Mode Controlled Converters," PESC '86 Record, pp. 519–530, 1986 No Date.

A    292

LINEAR 000982

Redl, et al., "Overload–Protection Methods For Switching–Mode DC/DC Converters: Classification, Analysis, and Improvements," PESC '87 Record, pp. 107–118, 1987 No Date.

Rippel, W.E., "Synchronous Half–Wave Rectifier," NASA Jet Propulsion Laboratory Technical Support Package vol. 13, No. 7, Item #15, Jul. 1989.

Sakai, E. and Harada, K., "A New Synchronous Rectifier Using Bipolar Transistor Driven by Current Transformer," Fourteenth International Telecommunications Energy Conference, pp. 424–429, Oct. 1992.

Sakai, E. and Harada, K., "Synchronous Rectifier Using a Bipolar Transistor Driven by Current Transformer," Journal of the Society of Electronic Data Communication, vol. J–74–B–I, No. 8, pp. 639–646, Aug. 1991 (in Japanese, with translation).

Savant, C.J., Jr., et al., "Electronic Design: Circuits and Systems," pp. 612–613, The Benjamin/Cummings Publishing Co., 1991.

Shepard, J., "Powering portable systems," EDN Nov. 5, 1992.

Siliconix, "Si91XX Synchronous Buck Controller," Objective Specification, Dec. 20. 1990.

Siliconix, "Siliconix Si9110/Si9111, "Datasheet, Oct. 1987.

Siliconix, "Si9150CY/BCY Synchronous Buck Converter Controller," Preliminary Data Sheet, Oct. 8, 1992.

Siliconix, "Synchronous Rectification," Design Ideas, Oct. 1980.

Siliconix, "Si9150 Synchronous Buck Regulator Controller, S–42677, Rev. D," Datasheet, Feb. 14, 1995.

Siliconix, "High–Efficiency Buck Converter for Notebook Computers," Application Note AN92–4, Date Unknown.

Siliconix, "Designing DC/DC Convertors with the Si9110 Switchmode Controller," Siliconix Power Products Data Book, 1991 No Date.

Soclof, Sidney, "Applications of Analog Integrated Circuits," Figure 2.25, pp. 74–75, Prentice–Hall, Inc. 1985 No Date.

Sokal et al., "Control Algorithms and Circuit Designs For Optimally Flyback–Charging and Energy–Storage Capacitor," IEEE Fifth Applied Power Electronics Conference, pp. 295–301, 1990 No Date.

Steigerwald, R., "High–Frequency Resonant Transistor DC–DC Converters," IEEE Transactions on Industrial Electronics, vol. IE–31, No. 2, pp. 181–191, May 1984.

Taylor, "Flyback Converter," Electronic Engineering, p. 23, Jul. 7, 1976.

Uchida, Takahito, "Switching Regulator Controller," Japanese Inventor Associated Disclosed Technology Publication No. 92–2362, published Feb. 15, 1992 (in Japanese, with translation).

Unitrode, "UC1846/7, UC2846/7, UC3846/7 Current Mode PWM Controller," Datasheet, dated Jan. 1997 (date of first publication unknown).

Unitrode, "UC1895, UC2895, UC3895 Synchronous Rectifier Buck PWM Controller," Advance Information Datasheet, Oct. 6, 1992.

Unitrode, "Using Bipolar Synchronous Rectifiers Improves Power Supply Efficiency," Application Note U–103, 1989–1990 Unitrode Semiconductor Databook and Application Notes, pp. 12–88 to 12–94, Jun. 1985.

Wilcox, M., "The LT1158: Low Voltage, N–Channel Bridge Design Made Easy," *Linear Technology Magazine*, vol. 2, No. 1, Feb. 1992.

Williams, J., "Clever techniques improve thermocouple measurements," EDN, May 26, 1988.

Williams, J., "Design linear circuits that serve digital system needs," EDN, Apr. 27, 1989.

Williams, J., "Astute designs improve efficiencies of linear regulators," EDN, Aug. 17, 1989.

Williams, J., "Galvanically isolated switching supplies provide high power," EDN, Nov. 26, 1987.

Williams, J., "Correcting power–supply problems," EDN, Oct. 10, 1991.

Williams, J., "1.5 to 5V converter supplies 200mA," EDN, Oct. 15, 1992.

Williams, J., "Designing supplies for powering LCD backlighting," EDN, Oct. 29, 1992.

Williams, J., "Bridge forms synchronous rectifier," EDN, Date Unknown.

Williams, J. and Dendinger, S., "Simplify feedback controllers with a 2–quadrant PWM IC," EDN May 26, 1983.

Williams, J. and Huffman, B., "Precise convertor designs enhance system performance," EDN, Oct. 13, 1988.

Williams, J., "Micropower circuits assist low–current signal conditioning," EDN, Aug. 6, 1987.

Williams, J., "Regulator IC speeds design of switching power supplies," EDN, Nov. 12, 1987.

Williams, J. and Huffman, B., "Switched–capacitor networks simplify dc/dc–converter designs," EDN, Nov. 24, 1988.

Williams, J. and Waller, B., "Performance–Enhancement Techniques for Three–Terminal Regulators," New Electronics, Oct. 4, 1983.

Williams, J., "Analog circuits operate from a 1.5V cell," EDN, Sep. 19, 1985.

Williams, J., "Design linear circuits for 5V operation," EDN, May 2, 1985.

Williams, J., "Chopper amplifier improves operation of diverse circuits," EDN, Mar. 7, 1985.

Williams, J., "Use low–power design methods to condition battery outputs," EDN, Oct. 18, 1984.

Williams, J., "Special circuit–design techniques enhance regulator performance," EDN, Sep. 1, 1983.

Williams, J., "Conversion techniques adapt voltages to your needs," EDN, Nov. 10, 1982.

Williams, J., "Design dc–dc converters to catch noise at the source," Electronic Design, Oct. 15, 1981.

Williams, J., "Employ pulse–width modulators in a wide range of controllers," EDN, Sep. 2, 1981.

Williams, J., "Signal conditioning circuits use μpower design techniques," EDN, Aug. 10, 1987.

Williams, J., "Basic Principles and Ingenious Circuits Yield Stout Switchers," EDN, Jan. 18, 1990.

Williams, J. and Huffman, B., "Proper instrumentation eases low–power dc/dc converter design," EDN, Oct. 27, 1988.

Williams, J., "Switching regulator takes on more power," Electronic Product Design, Jan. 1986.

Williams, J. and Huffman, B., "Design dc/dc converters for power conservation and efficiency," EDN, Nov. 10, 1988.

Williams, J., "Design techniques extend V/F–converter performance," EDN, May 16, 1985.

Williams, J., "Refine V/F–converter operation with novel design techniques," EDN, May 30, 1985.

Williams, J., "Considerations for Five Volt Linear Circuits," Professional Program Session Record 20, Circuits for Analog Signal Processing and Data Conversion is Single +5V Supply Systems, Wescon/85, Nov. 1985.

LINEAR 000983

## US 6,580,258 B2

Gottleib, I. M., Electronic Power Control, TAB Books, pp. 107–111, 1991 No. Date.

Casey, L.F., "Circuit Design For 1–10 MHZ DC–DC Conversion," Massachusetts Institute of Technology ScD. Thesis, Fig. 3–15, pp. 73–80, 1989 No Date.

Gottleib, I. M., "Practical Power–Control Techniques," Howard W. Sams & Co., pp. 116–120, 1987 No Date.

Graf, Rudolf F., "Modern Dictionary of Electronics," 6th Edition, pp. 402–03, 1984 No Date.

Linear Technology, LT1073 Micropower DC–DC Converter Adjustable and Fixed 5V, 12V, Datasheet, 1991 No Date.

Linear Technology, Pietkiewicz, S., "A Low–Voltage, Micro–Power 1 Amp Switching Regulator," presented at the International Solid State Circuits Conference, 1990 No Date.

Linear Technology, Nelson., C., "The LT1432:5 Volt Regulator Achieves 90% Efficiency," Linear Technology Magazine, vol. 2, No. 1, pp. 18–19, Feb. 1992.

Maxim Integrated Products, Inc., MAX782, Addendum to Advance Information Sheet and EV Kit Document, bearing Bates numbers L07760–007785, contains dates in Feb. 1993 and Mar. 1993 (MAX782 Advance Information Data Sheet cited above).

Maxim Integrated Products, Inc., "MAX635/36/37 Fixed Output CMOS Inverting Switching Regulators," Maxim 1989 Integrated Circuits Data Book, pp. 6–49 to 6–46, 1989 No Date.

Maxim Integrated Products, Inc., "MAX638 Fixed +5V CMOS Step–Down Switching Regulator," Maxim 1989 Integrated Circuits Data Book, pp. 6–57 to 6–64, 1989 No Date.

Maxim Integrated Products, Inc., "MAX639 High–Efficiency, +5V Adjustable Step–Down Switching Regulator," Datasheet, Dec. 1991.

Micro Linear Corporation, "ML4860 Battery to DC Power Control IC for Portable Systems," Advanced Information, Feb. 1992.

Micro Linear Corporation, "ML4861 Low Voltage Boost Regulator," Preliminary Datasheet, Jul. 1992 No Date.

Siliconix, "Si9150 Synchronous Buck Converter Controller," Objective Specification, handwritten pp. 7–17, Sep. 10, 1991.

Siliconix, Si9150 documents bearing Bates numbers U040269–71, 9104 No Date.

Unitrode's First Amended Answer to Amended Complaint for Patent Infringement No Date.

Linear Technology Corporation's Reply and Counterclaims to Unitrode's First Amended Answer to LTC's Amended Complaint No Date.

Order dated Sep. 21, 2001, Linear Technology Corporation v. Impala Linear Corporation, No. C–98–1727 VRW (N.D. Cal.).

Claim Construction Order dated Jun. 9, 1999, Linear Technology Corporation v. Impala Linear Corporation, No. C 98–1727 EMS (N.D. Cal.).

Preliminary Opinion from the Opposition Division dated Jul. 16, 2002, Application No. 94 104 509.8.

* cited by examiner

A  294

LINEAR 000985



FIG. 1

LINEAR 000986



FIG. 2

LINEAR 000987

U.S. Patent        Jun. 17, 2003        Sheet 3 of 10        US 6,580,258 B2



FIG. 3

LINEAR 000988



FIG. 4

LINEAR 000989



FIG. 5

LINEAR 000990



FIG. 6

A  300

LINEAR 000991



FIG. 7

A   301

LINEAR 000992



FIG. 8

LINEAR 000993

**U.S. Patent**    Jun. 17, 2003    Sheet 9 of 10    US 6,580,258 B2



FIG. 9

LINEAR 000994



FIG. 10

US 6,580,258 B2

| 1 | 2 |

# CONTROL CIRCUIT AND METHOD FOR MAINTAINING HIGH EFFICIENCY OVER BROAD CURRENT RANGES IN A SWITCHING REGULATOR CIRCUIT

The present application is a continuation of application Ser. No. 09/395,895, filed Sep. 14, 1999, now U.S. Pat. No. 6,304,066, which is a continuation of application Ser. No. 08/978,167, filed Nov. 26, 1997, now U.S. Pat. No. 5,994,885, which is a division of application Ser. No. 08/799,467, filed Feb. 13, 1997, now U.S. Pat. No. 5,731,694, which is a continuation of application Ser. No. 08/634,688, filed Apr. 18, 1996 now abandoned, which is a continuation of application Ser. No. 08/476,232, filed Jun. 07, 1995 now abandoned, which is a division of application Ser. No. 08/036,047, filed Mar. 23, 1993, now U.S. Pat. No. 5,481,178.

## BACKGROUND OF THE INVENTION

The present invention relates to a switching regulator circuit. More particularly, the present invention relates to a control circuit and method for maintaining high efficiency over broad current ranges in a switching regulator circuit.

The purpose of a voltage regulator is to provide a predetermined and constant output voltage to a load from a poorly-specified and fluctuating input voltage source. Generally, there are two different types of regulators: series regulators and switching regulators.

The series regulator employs a pass element (e.g., a power transistor) coupled in series with a load and controls the voltage drop across the pass element in order to regulate the voltage which appears at the load. In contrast, the switching regulator employs a switch (e.g., a power transistor) coupled either in series or parallel with the load. The regulator controls the turning ON and turning OFF of the switch in order to regulate the flow of power to the load. The switching regulator employs inductive energy storage elements to convert the switched current pulses into a steady load current. Thus, power in a switching regulator is transmitted across the switch in discrete current pulses, whereas in a series regulator, power is transmitted across the pass element as a steady current flow.

In order to generate a stream of current pulses, switching regulators typically include control circuitry to turn the switch on and off. The switch duty cycle, which controls the flow of power to the load, can be varied by a variety of methods. For example, the duty cycle can be varied by either (1) fixing the pulse stream frequency and varying the ON or OFF time of each pulse, or (2) fixing the ON or OFF time of each pulse and varying the pulse stream frequency.

Which ever method is used to control the duty cycle, switching regulators are generally more efficient than series regulators. In series regulators, the pass element is generally operated in its linear region where the pass element conducts current continuously. This results in the continuous dissipation of power in the pass transistor. In contrast, in switching regulators, the switch is either OFF, where no power is dissipated by the switch, or ON in a low impedance state, where a small amount of power is dissipated by the switch. This difference in operation generally results in reduced amounts of average power dissipation in switching regulators.

The above difference in efficiency can be more apparent when there is a high input-output voltage difference across the regulator. For example, it would not be unusual for a series regulator to have an efficiency of less than 25 percent

when a switching regulator could perform an equivalent function with an efficiency of greater than 75 percent.

Because of their improved efficiency over series regulators, switching regulators are typically employed in battery-operated systems such as portable and laptop computers and hand-held instruments. In such systems, when the switching regulator is supplying close to the rated output current (e.g., when a disk or hard drive is ON in a portable or laptop computer), the efficiency of the overall circuit can be high. However, the efficiency is generally a function of output current and typically decreases at low output current. This reduction in efficiency is generally attributable to the losses associated with operating the switching regulator. These losses include, among others, quiescent current losses in the control circuitry of the regulator, switch losses, switch driver current losses and inductor/transformer winding and core losses.

The reduction in efficiency of a switching regulator at low output current can become important in battery-operated systems where maximizing battery lifetime is desirable.

In view of the foregoing, it would be desirable to provide a high efficiency switching regulator.

It would also be desireable to provide a control circuit and method for maintaining high efficiency over broad current ranges, including low output currents, in a switching regulator circuit.

## SUMMARY OF THE INVENTION

It is therefore an object of the present invention to provide a high efficiency switching regulator.

It is also an object of the present invention to provide a control circuit and method for maintaining high efficiency over broad current ranges, including low output currents, in a switching regulator circuit.

In accordance with these and other objects of the invention, there is provided a circuit and method for controlling a switching voltage regulator having (1) a switch including one or more switching transistors and (2) an output adapted to supply current at a regulated voltage to a load including an output capacitor. The circuit and method generates a control signal to turn the one or more switching transistors OFF under operating conditions when the voltage at the output is capable of being maintained substantially at the regulated voltage by the charge on the output capacitor (e.g., during low output currents). During such periods of time, the load does not consume power from the input power source. Therefore, the regulator efficiency is increased. If desired, other components in the switching regulator, in addition switching transistors, can also be intentionally held OFF to conserve additional power. This additional feature of the present invention can further increase the efficiency of the overall regulator circuit.

The circuit and method of the present invention can be used to control various types of switches in switching regulator circuits, including switches that use either one or more power transistors. Additionally, the circuit and method can be used to control switches in various types of switching regulator configurations, including voltage step-down, voltage step-up and polarity-inverting configurations.

Additionally, the circuit and method of the present invention can vary the OFF time of the switching transistor in response to the input and output voltages of the switching regulator. This feature of the present invention reduces the emission of audible noise from the switching regulator during low input voltage conditions. It also reduces the

**A** **305**

LINEAR 000995

US 6,580,258 B2

3                                                                          4

potential for current runaway during short circuits in the output voltage for some regulator configurations.

## BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects and advantages of the present invention will be apparent upon consideration of the following detailed description, taken in conjunction with the accompanying drawings, in which like reference characters refer to like parts throughout, and in which:

FIG. 1 is a schematic block diagram of a typical prior art switching regulator circuit employing a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 2 is a schematic block diagram of a switching regulator circuit incorporating a first embodiment of the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 3 is a schematic block diagram of a switching regulator circuit incorporating a second embodiment of the high-efficiency control circuit of the present invention to drive a switch including a switching MOSFET and a switching diode in a step-down configuration;

FIG. 4 is a schematic block diagram of a switching regulator circuit incorporating a "user-activated" embodiment of the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 5 is a schematic block diagram of a switching regulator circuit incorporating the variable OFF-time control circuit of the present invention;

FIG. 6 is a detailed schematic diagram of an embodiment of the variable OFF-time control circuit of FIG. 5;

FIG. 7 is a detailed schematic block diagram of an exemplary switching regulator circuit incorporating both the variable OFF-time feature and the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration;

FIG. 8 is a schematic block diagram of a switching regulator circuit incorporating a circuit of the present invention for preventing reversals in the polarity of the current in the output inductor of the regulator from drawing power from the load;

FIG. 9 is a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a step-up configuration; and

FIG. 10 is a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a polarity-reversing configuration.

## DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 is a schematic block diagram of a typical prior art switching regulator circuit employing a push-pull switch in a step-down configuration.

Referring to FIG. 1, circuit 10 is used to provide a regulated DC output voltage $V_{OUT}$ at terminal 12 (e.g., 5 volts) for driving load 14 which, for example, may be a portable or laptop computer or other battery-operated system. Circuit 10 operates from an unregulated supply voltage

$V_{IN}$ coupled to terminal 14 (e.g., a 12 volt battery). Circuit 10 includes push-pull switch 15, driver circuit 20, output circuit 30 and control circuit 35.

Driver circuit 20 is used to drive push-pull switch 15 which includes two synchronously-switched power MOS-FETS 16 (p-channel) and 17 (n-channel) stacked in series between supply rail $V_{IN}$ and ground. Push-pull switch 15 in conjunction with driver circuit 20 is typically referred to as a "half-bridge" configuration. MOSFETS 16 and 17 are used to alternately supply current to output circuit 30 which includes inductor 32 (L1) and output capacitor 34 ($C_{OUT}$). Output circuit 30 smooths the alternating supply of current so that load 12 is provided a regulated voltage $V_{OUT}$. In order to supply the alternating current, MOSFETS 16 and 17 are respectively driven by P-channel driver 26 and N-channel driver 27, which in turn are both controlled by control circuit 35.

Control circuit 35 includes one-shot circuit 25 which provides an OFF pulse of constant duration (e.g., 2 to 10 microseconds) during which time MOSFET 16 is held OFF and MOSFET 17 is held ON by drivers 26 and 27, respectively. Otherwise, one-shot circuit 25 provides an ON pulse during which time MOSFET 16 is held ON and MOSFET 17 is held OFF. Therefore, one-shot circuit 25 alternately turns MOSFETS 16 and 17 ON and OFF to provide an alternating supply of current to output circuit 30. The duty cycle of the one-shot circuit 35 is in turn controlled by current amplifier 39.

Control circuit 35 monitors the output voltage $V_{OUT}$ through resistor-divider network $R_1/R_2$ (36A/36B) to provide a feedback voltage $V_{FB}$ proportional to the output voltage $V_{OUT}$. Control circuit 35 also monitors the current $I_L$ through inductor L1 to provide a feedback current $I_{FB}$ proportional to inductor current $I_L$. Circuit 10 operates by controlling inductor current $I_L$ so that the feedback voltage $V_{FB}$ is regulated to be substantially equal to a reference voltage $V_{REF}$ provided by reference circuit 37. With feedback voltage $V_{FB}$ being regulated, the output voltage $V_{OUT}$ is in turn regulated to a higher voltage by the ratio of ($R_1$+to $R_2$) to $R_2$.

Transconductance amplifier 38 is used to compare the feedback voltage $V_{FB}$ to a reference voltage $V_{REF}$. Circuit 10 regulates the output voltage $V_{OUT}$ as follows. During each cycle when switch 15 is "ON", P-MOSFET 16 is turned ON and the current $I_L$ in inductor L1 ramps up at a rate dependent on $V_{IN}-V_{OUT}$. When $I_L$ ramps up to a threshold level set by output 38A of transconductance amplifier 38, current comparator 39 trips and triggers the one-shot OFF pulse, initiating the "OFF" cycle of switch 15. During the "OFF" cycle, one-shot circuit 25 holds P-MOSFET 16 OFF and turns N-MOSFET 17 ON. This in turn causes the current $I_L$ in inductor L1 to ramp down at a rate dependent on $V_{OUT}$. Thus, the duty cycle of the periodic turning OFF of switch 15 is controlled so the current $I_L$ produces a regulated output voltage $V_{OUT}$ at terminal 12.

As the output load current increases, the voltage drop across $R_2$ resistor 36B will decrease. This translates into a small error voltage at input 38B of transconductance amplifier 38 that will cause output 38A to increase, thus setting a higher threshold for current comparator 39. Consequently, current $I_L$ in inductor L1 is increased to the level required to support the load current.

Since the OFF time ($t_{OFF}$) of one-shot circuit 25 is constant, switching regulator circuit 10 has a constant ripple current in inductor L1 (for constant output voltage $V_{OUT}$), but has a frequency which varies with $V_{IN}$. The ripple oscillation frequency is given by the equation:

LINEAR 000996

US 6,580,258 B2

5

$f_{Rip}=(1/t_{OFF})[1-(V_{OUT}/V_{IN})]$

One disadvantage of circuit 10 in FIG. 1 is that the ripple oscillation frequency $f_{RIP}$ may decrease to an audible level with low input voltages $V_{IN}$. This could occur, for example, when a battery powering the switching regulator circuit is nearly discharged. Inductor L1 may then generate and emit noise that can be objectionable to a user of the device employing the regulator circuit.

An additional disadvantage of prior art circuit 10 is that the inductor current $I_L$ is not well controlled when the output voltage $V_{OUT}$ is shorted to ground. The basic relationship between inductor current and voltage is given by the equation di/dt=V/L. This means that the rate at which current $I_L$ in inductor L1 decays during the OFF-time depends on the voltage across inductor L1, which is the sum of $V_{OUT}$ and the drain to source voltage, $V_{DS}$, of N-MOSFET 17. During a short, $V_{OUT}$ approaches zero while $V_{DS}$ is also very low, resulting in very little decay of current $I_L$ in inductor L1 during $t_{OFF}$. However, following each OFF cycle, P-MOSFET 16 is turned back ON until current comparator 39 again trips one-shot constant OFF time control circuit 25. Even for the minimum time that P-MOSFET 16 is ON, the current $I_L$ in inductor L1 may increase by more than it can decrease during $t_{OFF}$. This may result in a runaway condition in which the short circuit current may reach destructive levels.

A further disadvantage of prior art circuit 10 results from the constant ripple current in inductor L1. During $t_{OFF}$ current $I_L$ in inductor L1 always ramps down by the same amount regardless of the output current of the regulator. At low output currents this can cause the current in inductor L1 to reverse polarity and, thus, pull power from the load. During the following ON cycle, this current again ramps positive such that the average inductor current equals the load current. Losses associated with this constant ripple current, along with switching losses due to the charging and discharging of switch 15's MOSFET gates, can produce large reductions in efficiency at low output currents. This will be especially the case if the current in inductor L1 reverses and power is pulled from the load to ground through N-MOSFET 17.

A still further disadvantage of prior art circuit 10 concerns the gate drives to P-MOSFET 16 and N-MOSFET 17. Delays are generally incorporated into drivers 26 and 27 to ensure that one power MOSFET turns OFF before the other turns ON. If there is insufficient deadtime between the conduction of the two MOSFETs (due to, for example, device, circuit processing, or temperature variations), current will be passed directly from input supply $V_{IN}$ to ground. This "shoot-through" effect can dramatically reduce efficiency, and in some circumstances, can overheat and destroy the power MOSFETs.

FIG. 2 is a schematic block diagram of a switching regulator circuit incorporating a first embodiment of the high-efficiency control circuit of the present invention for driving a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator circuit 50 includes push-pull switch 15, driver circuit 20 and output circuit 30 similar to those of FIG. 1. Circuit 50 also includes an embodiment 70 of the high-efficiency control circuit of the present invention.

Control circuit 70 includes one-shot circuit 25, current comparator 39 and amplifier 38 similar to those of FIG. 1. However, in addition to those components, control circuit 70 also includes constant current source $I_1$ 72 and hysteretic comparator 74 for providing high efficiency operation at low average current levels.

6

As will be discussed in greater detail below, constant current source $I_1$ 72 and comparator 74 allow push-pull switch 15 to go into a state of operation where both MOSFETS 16 and 17 are simultaneously OFF under conditions where the output voltage $V_{OUT}$ can be maintained substantially at the regulated voltage $V_{REG}$ by output capacitor $C_{OUT}$. This state of operation is referred to herein as a "sleep mode." The ability of push-pull switch 15 to go into such a sleep mode is in contrast to the regulator circuit of FIG. 1 where one of the two MOSFETs 16 and 17 is substantially ON at all times. This feature of the present invention reduces the regulator circuit power consumption since push-pull switch 15 does not dissipate power or allow power to be pulled from load $R_L$ to ground in sleep mode.

Furthermore, if desired, while push-pull switch 15 is in the above-described sleep mode, the regulator circuit can turn OFF other circuit components which are not needed while the regulator is in sleep mode. For example, for the embodiment of the present invention shown in FIG. 2, one-shot circuit 25, current comparator 39, current source $I_1$ 72 and amplifier 38 can also be turned OFF in sleep mode. This feature of the present invention allows the regulator circuit to operate at even higher efficiencies than otherwise possible if only push-pull switch 15 were maintained in a sleep mode.

At high load current levels (e.g., greater than 20 percent of the maximum rated output current) control circuit 70 operates similar to control circuit 35 of FIG. 1. In FIG. 2, the current feedback $I_{FB}$ is again provided to the non-inverting input of current comparator 39. Offset $V_{OS}$ 76, which preferably is built into amplifier 38, level-shifts feedback voltage $V_{FB}$ slightly below reference voltage $V_{REF}$, thus keeping the output of hysteretic comparator 74 high during high current conditions. When the feedback current $I_{FB}$ exceeds the current supplied to the inverting input of current comparator 39, the output of comparator 39 goes HIGH so as to initiate the switch "OFF" cycle.

During the "OFF" cycle, output 25A of one-shot circuit 25 is HIGH, which turns P-MOSFET 16 OFF and N-MOSFET 17 ON. After a constant time set by one-shot circuit 25, output 25A goes LOW, thus initiating the next "ON" cycle where P-MOSFET 16 ON and N-MOSFET 17 OFF.

In accordance with the present invention, regulator circuit 50 goes into sleep mode at low output current levels as follows. Hysteretic comparator 74 monitors the feedback voltage $V_{FB}$ and goes LOW when $V_{FB}$ exceeds a predetermined voltage value in excess of the reference voltage $V_{REF}$. Such a condition is indicative of the output voltage $V_{OUT}$ exceeding a predetermined voltage value in excess of the regulated voltage $V_{REG}$. This over voltage condition is intentionally induced at low average output currents by providing a constant current source $I_1$ 72 coupled in parallel with amplifier 38. During the over voltage condition both MOSFETS 16 and 17 are maintained OFF by way of AND gate 60 and NAND gate 68.

Constant current source $I_1$ sets a minimum feedback current threshold for current comparator 39. This sets a minimum current required in inductor L1 during each ON cycle to trip comparator 39. In accordance with the present invention, current comparator 39 is intentionally forced to remain ON at current levels that would otherwise cause it to trip. Thus, more current is supplied to inductor L1 than is necessary to maintain the output voltage $V_{OUT}$ at the regulated voltage $V_{REG}$. As a result, $V_{OUT}$ will begin to increase beyond the regulated voltage $V_{REG}$, causing the feedback voltage $V_{FB}$ to trip hysteretic comparator 74 at a predetermined voltage value in excess of $V_{REF}$. When comparator 74

LINEAR 000997

US 6,580,258 B2

7

trips, its output goes LOW to turn both MOSFET 16 and 17 OFF to put the regulator circuit into sleep mode.

In the above-described state of operation (i.e., "sleep mode") where MOSFETs 16 and 17 are both simultaneously OFF, the output load 14 is supported substantially by output capacitor $C_{OUT}$. Hysteretic comparator 74 monitors the feedback voltage $V_{FB}$ and when $V_{OUT}$ falls such that $V_{FB}$ has decreased by the amount of the hysteresis in comparator 74, driver circuit 20 is taken out of sleep mode (where MOSFETS 16 and 17 are both driven OFF) so that a new ON cycle is initiated to supply current to load 14. If the load current remains low, $C_{OUT}$ will recharge to a voltage level in excess of $V_{REG}$ and the feedback voltage $V_{FB}$ will again trip comparator 74 after only a few cycles.

Thus, during light loads, control circuit 70 is adapted to turn both MOSFET 16 and MOSFET 17 OFF when they are not needed to maintain the output voltage substantially at the regulated voltage level if the output capacitor $C_{OUT}$ is capable of doing so. When the output voltage falls below the regulated voltage level in such a mode, control circuit 70 is adapted to briefly turn switch 15 ON to recharge the output capacitor $C_{OUT}$ back to a voltage level in excess of the regulated voltage. Therefore, $V_{OUT}$ will oscillate between upper and lower thresholds separated by the comparator 74 hysteresis voltage multiplied by the ratio of $(R_1+R_2)$ to $R_2$. The rate at which the regulator "wakes up" to recharge output capacitor $C_{OUT}$ will automatically adapt to the load current, maintaining high efficiencies even at low output currents.

In accordance with the present invention, control circuit 70 maintains MOSFETS 16 and 17 OFF over periods of time when the output current is low enough to allow the output capacitor $C_{OUT}$ to maintain the output voltage substantially at the regulated voltage. Typically, such periods of OFF time, wherein both MOSFETS 16 and 17 are maintained OFF even though the switching regulator is providing a regulated voltage, can extend from less than 100 microseconds to over a few seconds (respectively corresponding to a few switch cycles to over one-hundred-thousand switch cycles for a switching frequency of 100 kiloHertz). Such OFF times typically allow high efficiency to be obtained (e.g., over 90%) over an output current range in excess of 100:1. Because other components in addition the switching transistors can also be maintained OFF during such periods, even higher efficiencies can typically be obtained.

Control circuit 70 of switching regulator 50 shown in FIG. 2 is used to drive a synchronously-switched switch including MOSFETs 16 and 17. As used herein, the term "synchronously-switched switch" refers to a switch including two switching transistors that are driven out of phase to supply current at a regulated voltage to a load. FIG. 3 shows a second embodiment of the high-efficiency control circuit of the present invention adapted to drive a switch including a switching transistor and a switching diode in a step-down configuration.

As shown in FIG. 3, switching regulator circuit 100 includes switch 115 including P-MOSFET 116 and diode 118. Switch 115 is driven by driver 120 including P-driver 126. The turning-ON and turning-OFF of switch 115 is controlled by control circuit 125. Because control circuit 125 is used to only drive one MOSFET (in contrast to control circuit 70 of FIG. 2), it only has one output terminal 125A (taken from the output of NAND gate 68).

Control circuit 125 includes current comparator 39, amplifier 38, hysteretic comparator 74 and one-shot circuit 25, similar to those shown in control circuit 70 of FIG. 2. As discussed above with respect to FIG. 2, at low average

8

output current levels, constant current source $I_2$ 72 is used to intentionally overdrive the current supplied to inductor L1 so as to cause the output voltage $V_{OUT}$ to increase beyond the regulated voltage level $V_{REG}$ where the output can be supported substantially by output capacitor $C_{OUT}$ for extended periods of time. During these extended time periods, P-MOSFET 116 is maintained OFF in a sleep mode so as to increase circuit efficiency.

As described above, control circuits 70 and 125 of FIGS. 2 and 3, respectively, provide high-efficiency operation at low average output current levels. Such operation adapts automatically to the output current level. For example, at high output current levels during a first state of operation the switch continually alternates between an ON state and an OFF state to maintain the output voltage $V_{OUT}$ at the regulated voltage level $V_{REG}$. At low output current levels during a second state of operation, where circuit efficiency would otherwise be low, the output voltage $V_{OUT}$ is able to be maintained substantially at the regulated voltage level $V_{REG}$ by output capacitor $C_{OUT}$ without continuously turning the switch ON and OFF. Thus, the control circuit automatically identifies such a condition and allows the regulator circuit to go into a "sleep" mode where a minimal number of circuit components are required to be ON.

In accordance with another feature of the present invention, a regulator circuit can also incorporate a "user activated" embodiment of the control circuit of the present invention where a user input controls whether the regulator circuit is in a "sleep" mode or not. FIG. 4 is a schematic block diagram of a switching regulator circuit incorporating such a "user-activated" embodiment of the high-efficiency control circuit of the present invention for driving a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator circuit 150 in FIG. 4 includes push-pull switch 15, driver 20, output circuit 30 similar to those in circuit 50 of FIG. 2. Control circuit 170 of regulator circuit 150 includes one-shot circuit 25, current comparator 39 and amplifier 38 also similar to those in circuit 50 of FIG. 2. In contrast to FIG. 2, switch 175 (including switches 176 and 178) is used to manually switch regulator circuit 150 into a sleep mode through user input 175A, which may be a control signal from some other type of control circuit (not shown). Upon the closing of switch 175, switches 176 and 178 both close.

Switch 176 is used to turn N-driver 27 OFF in sleep mode by grounding input 66A of AND gate 66 (which normally is held HIGH by resistor 67 coupled to a positive supply). Switch 178 is used to introduce positive feedback, and therefore hysteresis, into amplifier 38 so as to allow control circuit 170 to maintain the output voltage $V_{OUT}$ substantially at the regulated voltage level $V_{REG}$ in sleep mode. (Resistor $R_{HYS}$, coupled between reference circuit 37 and the non-inverting input of transconductance amplifier 38, is used to assist in feeding back the output of amplifier 38 into the non-inverting input of amplifier 38.)

Switch 178 allows amplifier 38 to overdrive the supply of current to inductor L1 (through P-MOSFET 16) so as to intentionally drive the output voltage $V_{OUT}$ to a predetermined level in excess of the regulated voltage level $V_{REG}$. After being driven to such voltage level, the hysteresis in amplifier 38 maintains P-driver 26 OFF until the feedback voltage $V_{FB}$ falls by at least the hysteresis voltage. At that point, output 39A of current amplifier 39 goes HIGH to trigger one-shot circuit 25 so that P-MOSFET 16 is turned ON to re-charge the output capacitor $C_{OUT}$ to the predetermined voltage level in excess of the regulated voltage level $V_{REG}$.

LINEAR 000998

US 6,580,258 B2

<div style="text-align:center">9</div>

As discussed above, control circuit 170 periodically wakes up during sleep mode to turn P-MOSFET 16 ON to recharge the output capacitor $C_{OUT}$. It will be apparent to those of ordinary skill in art that although N-MOSFET 15 is maintained OFF during such wake-up periods, this does not have to be the case. For example, while control circuit 170 is recharging output capacitor $C_{OUT}$, such recharging could be accomplished by alternately turning the switching transistors OFF so as to vary the duty cycle and thereby recharge the output capacitor $C_{OUT}$.

Thus, regulator circuit 150 operates to increase efficiency at low current levels as in regulator circuit 50 of FIG. 2 if a user manually activates a switch. However, in contrast to regulator circuit 50 of FIG. 2, regulator circuit 150 does not automatically adapt to the output current levels. For example, circuit 150 does not take itself out of sleep mode as the average output current increases—it relies upon user deactivation.

As discussed above, the embodiments of the control circuits of the present invention shown in FIGS. 2–4 include one-shot circuit 25. In accordance with another feature of the present invention, the one-shot circuit could be replaced with other types of circuits that control the duty cycle of the power switch. For example, one-shot circuit 25 could be replaced with a pulse-width modulator circuit that provides a pulse-width modulated signal in response to a control signal. Of course, other types of circuits could be used as well.

In accordance with another feature of the present invention, one-shot circuit 25, which provides a constant OFF-time signal, could be replaced with a variable OFF-time signal. This feature of the present invention can be used to reduce the generation and emission of audible noise from inductor L1 at low input voltages. As discussed above, such noise is associated with oscillation in the inductor current. Furthermore, this feature of the present invention can also be used to control the short circuit current if the output is short circuited.

FIG. 5 is a schematic block diagram of an exemplary switching regulator circuit incorporating the variable OFF-time control circuit of the present invention.

Switching regulator circuit 200 includes push-pull switch 15, driver circuit 20, current feedback circuit 210, voltage feedback circuit 220, feedback control circuit 230 and variable OFF-time circuit 240. Feedback control circuit 230 monitors the output current and output voltage through inputs 232 and 234, respectively, and provides a trigger signal at terminal 236 to initiate the OFF cycle of switch 15. Variable OFF-time circuit 240 is used to control the OFF time as follows.

Circuit 240 includes one-shot generator 245 which is triggered by feedback control circuit 230 through terminal 236. One-shot generator 245 includes an additional terminal 245A coupled to control capacitor ($C_{CON}$) 246 whose voltage is monitored by generator 245. In accordance with the present invention, OFF-time control circuit 250 controls the discharging of capacitor $C_{CON}$, and thus the capacitor voltage, so as to in turn control the OFF time of generator 245. OFF-time control circuit 250 monitors the input and output voltages ($V_{IN}$ and $V_{OUT}$) and, depending upon their values, adjusts the OFF time accordingly.

In accordance with the present invention, if the input voltage $V_{IN}$ decreases so that the inductor L1 oscillation frequency $f_{RIP}$ discussed above falls into an audible range, the OFF time is decreased so that $f_{RIP}$ will accordingly

<div style="text-align:center">10</div>

increase out of an audible range. Also, if the output voltage $V_{OUT}$ decreases due to a short circuit so that the voltage across inductor L1 is too low to allow adequate decay in inductor current during the OFF cycle, the OFF time is increased so as to avoid a current runaway condition.

In the present embodiment the discharging of control capacitor $C_{CON}$ is regulated by controlling the magnitude of control current $I_{CON}$. For example, at low input voltages $I_{CON}$ is increased by OFF-time control circuit 250 so that the voltage on control capacitor $C_{CON}$ rapidly falls. When the control capacitor voltage falls below a predetermined value, the ON cycle of switch 15 is initiated. Additionally, at low output voltages $I_{CON}$ is decreased by OFF-time control circuit 250 so that the voltage on control capacitor $C_{CON}$ slowly decays to lengthen the OFF time.

Although switching regulator circuit 200 shown in FIG. 5 relies upon a particular circuit for discharging a capacitor to control the OFF time, it is apparent that other circuits for performing this same function in response to the input and output voltages can also be used. For example, if desired, an operational amplifier could be used to control the OFF-time.

Thus, a one-shot circuit has been discussed which provides a variable OFF-time control signal that adapts to the input and output voltage levels. This feature of the present invention is used to reduce the generation and emission of audible noise from the regulator circuit at low input voltage levels (i.e., reduce $t_{OFF}$ at low input voltages) and to limit the short circuit current if the output is short circuited (i.e., increase $t_{OFF}$ at low output voltages).

FIG. 6 is a detailed schematic diagram of an exemplary embodiment of the variable OFF-time control circuit of FIG. 5.

OFF-time control circuit 250 accepts as inputs $V_{IN \ and}$ $v_{OUT}$ at terminals 252 and 254, respectively, and provides an output $I_{CON}$ at terminal 256. As discussed above, $I_{CON}$ provides for the controlled discharging of a control capacitor $C_{CON}$ coupled to terminal 256. Control circuit 250 controls the magnitude of $I_{CON}$, and therefore controls the time it takes control capacitor $C_{CON}$ to discharge. Control circuit 250 includes current source 260 (for providing current $I_{CN2}$), current source 270 (for providing current $I_{CN1}$), current compensation circuit 280 and current mirror output circuit 295. Control circuit 250 works as follows.

Current mirror output circuit 295 is a current mirror circuit including transistor 296 and transistor 298 (having its gate 298A connected to its drain 298B). Circuit 295 accepts a controlled reference current $I_{CREF}$ at input 295A and provides a proportional output current $I_{CON}$ related to the aspect ratios of transistor 296 and 298 (as in conventional current mirror circuits). In accordance with the present invention, $I_{CREF}$ will be equal to either $I_{CN1}$ or ($I_{CN1}$+$I_{CN2}$) depending upon voltages $V_{IN}$ and $V_{OUT}$ on input terminals 252 and 254, respectively.

When $V_{IN}$–$V_{OUT}$ is greater than 1.5 volts, transistor 262 conducts sufficient current (from transistor 264 and current supply $I_6$) to hold transistor 266 OFF. With transistor 266 OFF, current $I_{CN2}$ will be zero and current $I_{CREF}$ will therefore be equal to current $I_{CN1}$ provided at output terminal 270A of current source 270.

Current $I_{CN1}$ is supplied by a current mirror circuit composed of transistor 272 and transistor 274 (having its gate 274A connected to its drain 274B). In accordance with the present invention, the reference current $I_{CN1REF}$ flowing from transistor 274 will be equal to either $I_{CN1A}$ or ($I_{CN1A}$+ $I_{CN1B}$), depending upon whether transmission gate 282 is open or closed, respectively.

Transmission gate 282 is controlled by comparator 284 and will be OPEN when $V_{OUT}$ is less than $V_{TH3}$. Under

<div style="text-align:center">**A 309**</div>

LINEAR 000999

US 6,580,258 B2

11                                                                    12

OPEN conditions, $I_{CN1REF}$ will be equal to $I_{CN1A}$ which goes to the collector of transistor 276. This current is derived by dividing $V_{OUT}$ by the output divider (composed of resistors 271 and 273) to produce voltage $V_{FB1}$ (at the base of transistor 279). Voltage $V_{FB1}$ is then level shifted up by the base-emitter voltage of transistor 279 and then down by the base-emitter voltage of transistor 276 where it appears across emitter resistor 278. The resulting transistor 276 collector current is then proportional to the output voltage $V_{OUT}$ causing control capacitor $C_{CON}$ to be discharged at a rate which is proportional to the discharge rate of the current in inductor L1.

Thus, when the output voltage $V_{OUT}$ is low, such as during a fault or start-up condition, $t_{OFF}$ will be lengthened to allow the additional time required for the current to ramp down in inductor L1.

When the output voltage $V_{OUT}$ is greater than $V_{TH3}$, the output of comparator 284 closes transmission gate 282 to couple an additional compensation current $I_{CN1B}$ to the drain of transistor 274 to provide current compensation through current compensation circuit 280. Compensation current $I^{CN1B}$ is equal to current $I_{TRIM}$ minus the drain current of transistor 286. Transistors 286 and 288 serve to mirror the collector current in transistor 290 (which is derived in a similar manner to the collector current in transistor 276 discussed above, except that voltage $V_{REF}$ is used instead of voltage $V_{FB1}$).

Compensation current $I_{CN1B}$ has two purposes: 1) to serve as a trimming current to set a desired control current $I_{CON}$ when the output voltage $V_{OUT}$ is substantially at its regulated level, and 2) to maintain a substantially constant control current $I_{CON}$ over a wide range of operating temperatures. During typical circuit manufacturing, variations in the resistance of resistor 278 would normally cause control current $I_{CON}$ to be larger or smaller than desired. By trimming $I_{TRIM}$ while in production, compensation current $I_{CN1B}$ can be adjusted to add or subtract from the collector current ($I_{CN1A}$) of transistor 276 as required to provide a predetermined control current $I_{CON}$. Additionally, if resistors 278 and 292 are matched (i.e., designed and fabricated similarly), then control current $I_{CON}$ variations due to the temperature variation of the resistance of resistor 278 will be substantially cancelled by a corresponding change in the resistance of resistor 292.

If the output voltage $V_{OUT}$ is less than voltage $V_{TH3}$, the output of comparator 284 opens transmission gate 282 and thus inhibits current compensation. This ensures that control current $I_{CON}$ will approach zero as the output voltage $V_{OUT}$ approaches zero, thus guaranteeing control of the inductor current $I_L$ during an output short circuit.

When $V_{IN}$ falls to the point that $V_{IN}-V_{OUT}$ is less than 1.5 volts, the current in transistor 262 no longer holds transistor 266 OFF. As $V_{IN}$ decreases further, transistor 266 adds additional current ($I_{CN2}$) into current mirror output circuit 295, thereby increasing control current $I_{CON}$ and, thus, reducing $t_{OFF}$. This in turn stabilizes the operating frequency as $V_{IN}$ decreases, reducing potential audibility problems. Current source $I_7$ determines the maximum current that transistor 266 adds to control current $I_{CON}$.

Thus, when $V_{IN}$ falls so that $V_{IN}-V_{OUT}$ is less than 1.5 volts (e.g., when a battery is nearly discharged), $t_{OFF}$ will be reduced to increase the oscillation frequency of the regulator circuit so that the generation and emission of audible noise is reduced.

Although variable OFF-time control circuit 250 was discussed above with respect to a regulator circuit which includes push-pull switch 15 and driver 20, it will be apparent that the variable OFF-time feature of the present invention could be used in other regulators as well. For example, this feature could also be used in the regulator circuits of FIGS. 3 and 4 and other circuits that employ one-shot generators to provide a regulated output.

FIG. 7 is a detailed schematic block diagram of an exemplary switching regulator circuit incorporating both the variable OFF-time feature and the high-efficiency control circuit of the present invention to drive a switch including a pair of synchronously-switched MOSFETs in a step-down configuration.

Switching regulator 300 includes push-pull switch 15, driver 20, output circuit 30 and control circuit 350. Control circuit 350 includes one-shot generator 245, variable OFF-time control circuit 250 for controlling the OFF cycle time and comparator 74 for providing high-efficiency operation at low average output current levels. Switching regulator 300 works as follows.

When the load current exceeds, for example, approximately 20 percent of the maximum output current, the loop operates in a continuous mode wherein comparator 74 does not override output 245A of one-shot generator 245. With $V_{IN}-V_{OUT}$ greater than 1.5V, operation is substantially similar to that described for FIG. 1. The inductor current is sensed by means of the voltage drop across resistor $R_{SENSE}$, and the threshold for the current comparator 39 is set by the voltage drop across resistor $R_3$. Built-in offset $V_{OS}$ (e.g., about 10 mv) levelshifts feedback voltage $V_{FB}$ slightly below reference voltage $V_{REF}$, thus keeping the output of comparator 74 HIGH in this mode. When the voltage across resistor $R_{SENSE}$ exceeds the threshold across resistor $R_3$, the output of comparator 39 goes HIGH and the RBAR input of RS flip-flop 310 goes LOW, resetting RS flip-flop 310, and thus, initiating the switch OFF cycle.

During the OFF cycle, switch signal $V_{SWB}$ is HIGH, which turns P-MOSFET 16 OFF, N-MOSFET 17 ON and allows $I_{CON}$ to discharge control capacitor $C_{CON}$. The OFF time, $t_{OFF}$, is in turn determined by the time it takes control capacitor $C_{CON}$ to discharge from its initial voltage to $V_{TH1}$, coupled to the non-inverting input of comparator 312. When control capacitor $C_{CON}$ discharges to voltage $V_{TH1}$, the output of comparator 312 goes LOW, thus setting RS flip-flop 310 and initiating the next ON cycle. Voltage $V_{TH1}$ is higher than voltage $V_{TH2}$, thus causing the output of comparator 315 to remain LOW in the continuous mode.

In accordance with present embodiment, the OFF time is controlled by variable OFF-time control circuit 250 described above with respect to FIGS. 5 and 6. Accordingly, circuit 250 includes inputs 252 and 254 coupled to $V_{IN}$ and $V_{OUT}$, respectively, to monitor those voltages.

Current source $I_3$ sets a minimum voltage threshold across resistor $R_3$ for current comparator 39. This sets a minimum current required in inductor L1 during each ON cycle to trip comparator 39. If the resulting average inductor current flowing to the output is greater than the load current, then output voltage $V_{OUT}$ will begin to increase, causing feedback voltage $V_{FB}$ to trip the hysteretic comparator 74. Of course, the inductance of inductor L1 and OFF time $t_{OFF}$ are preferably chosen so that the inductor ripple current is not below zero when such tripping occurs. When comparator 74 trips, its output goes LOW and overrides the Q output of RS flip-flop 310, immediately switching switch signal $V_{SWB}$ high. As discussed above, this automatically initiates the beginning of the "sleep" mode of operation.

In sleep mode, capacitor $C_{CON}$ discharges as before, but does not initiate a new switch ON cycle when comparator 312 trips. As discussed above, this is because until feedback

LINEAR 001000

US 6,580,258 B2

13

voltage $V_{FB}$ has fallen by the amount of hysteresis in comparator 74, the LOW at output 74A forces switch signal $V_{SWB}$ to remain HIGH through NAND gate 316. Accordingly, control capacitor $C_{CON}$ continues to discharge below voltage $V_{TH2}$, causing output 315A of comparator 315 to go HIGH. This in turn causes the N-MOSFET 17 as well as the P-MOSFET 16 to be turned OFF. In addition, unused circuit components such as amplifier 38 and comparators 39 and 312 are also turned OFF when the regulator circuit is in sleep mode. As discussed above, this decreases bias currents substantially during sleep mode, further increasing efficiency at low output current levels.

During the extended off times in sleep mode, much of the regulator and both MOSFETS 16 and 17 are turned off, and the output load is supported substantially by output capacitor $C_{OUT}$. However, when the output voltage $V_{OUT}$ falls such that the feedback voltage $V_{FB}$ has decreased by the amount of hysteresis in comparator 74, all circuit components are again turned on and a new ON cycle is initiated to supply current to the output. If the load current remains low, output capacitor $C_{OUT}$ will recharge, and the feedback voltage $V_{FB}$ will again trip comparator 74 after only a few switch cycles. Thus, during light load conditions, the output voltage $V_{OUT}$ will oscillate between upper and lower thresholds values, as discussed above.

Whenever P-MOSFET 16 is ON, its gate-to-source voltage also appears across MOSFET 334, turning MOSFET 334 ON. This pulls the drain of MOSFET 334 HIGH, and inhibits N-drive 27. Following a LOW-to-HIGH $V_{SWB}$ transition, the voltage on the gate of P-MOSFET 16 must rise to a level where MOSFET 334 is conducting less than current source 335 before the drain voltage of MOSFET 334 falls and allows the N-MOSFET 17 to be turned ON. Current $I^{M1}$ is purposely made small so that the gate of MOSFET 334 must rise to within 2 volts of the input voltage $V_{IN}$ before the drive is enabled, ensuring that the P-MOSFET is completely OFF when N-MOSFET 17 turns ON. In a similar manner, MOSFET 332 and current source $I_{M2}$ 333 ensure that the N-MOSFET 17 is completely OFF when the P-MOSFET 16 turns ON. This prevents simultaneous conduction regardless of the driver speeds or MOSFET sizes, ensuring maximum possible efficiency. This feature of the present embodiment is discussed in more detail in copending commonly-assigned U.S. patent application (LT-20) Ser. No. 07/893,523, filed Jun. 4, 1992, which is hereby incorporated by reference in its entirety. If desired, the control circuit of the present invention can also include circuitry for accommodating transient switch signals as described in copending commonly-assigned U.S. patent application (LT-20CIP) Ser. No. 08/035,423, filed concurrently herewith, which is also hereby incorporated by reference in its entirety.

Schottky diode D2 coupled across N-MOSFET 17 shown in FIG. 7 only conducts during the deadtime between the conduction of MOSFETS 16 and 17. Diode D2's purpose is to prevent the body diode of N-MOSFET 17 from turning on and storing charge during the deadtime, which could reduce efficiency (e.g., by approximately 1 percent) in some cases. Diode D2 preferably is selected with a forward voltage of less than about 0.5 volts when conducting the maximum output current.

In accordance with the present invention, the control circuit shown in FIG.7, when incorporated into a 5-volt synchronous step-down switching regulator, is capable of achieving over 90 percent efficiency (for an input voltage of approximately 10 volts) while the output current varies over two orders of magnitude (e.g., 20 mA to 2 A). Under some operating conditions (e.g., for an input voltage of 6 volts)

14

efficiencies of over 95 percent can be maintained over such current levels. Such a control circuit is particularly useful in notebook and palm-top computers, portable instruments, battery-operated digital devices, cellular telephones, DC power distributions systems and GPS systems.

As discussed above with respect to FIG. 1, a disadvantage of prior art control circuit 10 is that at low output currents the current in inductor L1 may reverse polarity if during $t_{OFF}$ the current ramps down too much. This may result in power being pulled from the load to ground, through N-MOSFET 17, with an associated reduction in circuit efficiency. In accordance with a still further feature of the present invention, the control circuit can include a circuit for turning OFF the N-MOSFET to prevent such power from being pulled from the load if the inductor current reverses polarity.

FIG. 8 is a schematic block diagram of an exemplary switching regulator circuit incorporating a circuit of the present invention for preventing reversals in the polarity of the current in the output inductor of the regulator from drawing power from the load.

Switching regulator 400 includes push-pull switch 15, driver circuit 20 and output circuit 30 similar to those of FIG. 1. Circuit 400 also includes an embodiment 470 of the high-efficiency control circuit of the present invention for preventing reversals in the polarity of output inductor L1 current from drawing power from the load.

Control circuit 470 includes one-shot circuit 25, current comparator 39 and transconductance amplifier 38 similar to those of FIG. 1. In addition to those components, control circuit 470 also includes comparator 471 and gate 472 for preventing reversals in inductor current polarity from drawing power from the load at low average current levels. Control circuit 470 works as follows.

When output 25a of one-shot circuit goes HIGH to turn P-MOSFET 16 OFF and N-MOSFET 17 ON, the inductor current $I_L$ begins to ramp down. During low average output currents, this current may ramp down towards zero and, eventually, may go negative. Control circuit 470 works by monitoring the inductor current $I_L$, through current feedback signal $I_{FB2}$, and turns N-MOSPET 17 OFF before such current reversals can occur. This prevents N-MOSFET 17 from drawing power from the load to ground.

Comparator 471 includes an input 471a adapted to monitor inductor current $I_L$ by way of current feedback signal $I_{FB2}$. When current feedback signal $I_{FB2}$ falls below current $I_4$ applied to input 471b of comparator 471, comparator output 471c goes LOW and, therefore, turns N-MOSFET 17 OFF by way of NAND gate 472. The turning OFF of N-MOSFET 17 prevents current reversals in inductor current $I_L$ from drawing power from load 14 to ground through N-MOSFET 17.

After N-MOSFET 17 is turned OFF, it will again be allowed to turn ON as soon as feedback current $I_{FB2}$ exceeds current $I_4$ to cause comparator output 471c to go HIGH. Generally, comparator output 471c will again go HIGH after one-shot circuit 25 turns P-MOSFET 16 ON, which, in turn, causes-the inductor current $I_L$ to again ramp up. Such ramping up will allow current feedback signal $I_{FB2}$ to exceed $I_4$ and, therefore, cause comparator output 471c to go HIGH. While comparator 471c is HIGH, one-shot circuit 25 solely controls the turning ON of N-MOSFET 17.

Thus, control circuit 470 includes circuitry for intentionally holding N-MOSFET 17 OFF during periods when current reversals would otherwise allow power to be drawn from the load. This feature of the present invention can increase circuit efficiency at low average output current levels when current reversals are most like to occur.

LINEAR 001001

US 6,580,258 B2

15

It will be apparent to those of ordinary skill in the art that although comparator 471 monitors the inductor current $I_L$ through feedback current $I_{FB2}$, other means of detecting current reversals in the inductor current $I_L$ could be used as well. For example, comparator 471 could monitor current feedback signal $I_{FB1}$ just as well so that only one type of current feedback signal is employed in control circuit 470. Additionally, many others means of generating a feedback signal indicative of current reversal in inductor current $I_L$ could be used as well (see, e.g., resistor $R_{SENSE}$ in FIG. 7).

The high-efficiency control circuit of the present invention was discussed above with respect to FIGS. 1–8 wherein the switching regulator was configured in a voltage step-down configuration. It will be apparent that the control circuit of the present invention could be used in other configurations as well. For example, FIG. 9 shows a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a voltage step-up configuration.

Switching regulator-500 includes synchronously-switched switch 15' wherein the drains of P-channel MOS-FET 16 and N-channel MOSFET 17 are coupled together and to one side of inductor L1. The other side of inductor L1 is coupled to input $V_{IN}$. Control circuit 70 drives driver circuit 20' including inverting P-driver 26' and inverting N-driver 27', which in turn drive P-channel MOSFET 16 and N-channel MOSFET 17, respectively.

Thus, as shown in FIG. 9, the control circuit of the present invention can be used in switching configurations wherein an input voltage $V_{IN}$ is stepped up to a regulated output voltage $V_{OUT}$. As is the case with the step-down configurations shown in FIGS. 2–8, the control circuit of FIG. 9 can be used in other types of step-up configurations as well. For example, one-shot circuit 25 shown in FIG. 9 can include an additional input for monitoring the input voltage $V_{IN}$ to reduce the generation and emission of audible noise from inductor L1 at low input voltages as discussed above with respect to FIGS. 5 and 6. Also, switching regulator 500 can include circuitry to hold P-MOSFET 16 OFF during periods when the polarity of inductor current $I_L$ would otherwise reverse, as discussed above with respect to FIG. 8.

FIG. 10 shows a schematic block diagram of a switching regulator circuit incorporating the high-efficiency control circuit of the present invention in a voltage polarity-inversing configuration.

Switching regulator 600 includes switch 15'' wherein the drain of P-channel MOSFET 16 is coupled to one side of inductor L1 and to VA through diode D601. The other side of inductor L1 is coupled to ground. The source of P-channel MOSFET 16 is coupled to the positive input voltage $V_{IN}$. Control circuit 70' drives driver circuit 20'' including P-driver 26 which, in turn, drives P-channel MOSFET 16.

Control circuit 70' operates substantially similar to control circuit 70 discussed above except for the following. Voltage feedback to control circuit 70' is provided by resistors R1 and R2 and amplifier 602. Amplifier 602 inverts the negative polarity voltage at $V_{OUT}$ to provide a positive polarity feedback voltage to control circuit 70'.

Thus, as shown in FIG. 10, the control circuit of the present invention can be used in switching configurations wherein an input voltage $V_{IN}$ is inverted to a regulated output voltage of opposite polarity $V_{OUT}$. As is the case with the step-down configurations shown in FIGS. 2–8, the control circuit of FIG. 10 can be used in other types of polarity-inversing configurations as well. For example, one-shot circuit 25 shown in FIG. 10 can include an additional input for monitoring the input voltage $V_{IN}$ to reduce the

16

generation and emission of audible noise from inductor L1 at low input voltages. Furthermore, one-shot circuit 25 can include an input for monitoring the output voltage $V_{OUT}$ to control the short circuit current if the output is short circuited as discussed above with respect to FIG. 5 and 6. Also, if regulator 600 was synchronously switched and included an N-MOSFET instead of D601, the regulator could include circuitry to hold such an N-MOSFET OFF during periods when the polarity of inductor current $I_L$ would otherwise reverse, as discussed above with respect to FIG. 8.

It will be apparent to those of ordinary skill in the art that although the present invention has been discussed above with reference to a hysteretic voltage comparator for generating the sleep mode control signal to cause the switching regulator to go into and awake from the sleep-mode, other means for performing the same function are also possible. For example, if desired, the sleep mode control signal could be generated in response to a monitored output current. Furthermore, the switching regulator could be taken out of the sleep mode a predetermined time period after going into such a mode, instead after the output voltage falls below a predetermined threshold voltage, as illustrated above.

It will also be apparent that although the present invention has been discussed above with reference to FIGS. 1–10, wherein the power switches were either a pair of complementary MOSFETS (i.e., one p-channel and one n-channel) or a single p-channel MOSFET (FIG. 3), the present invention is applicable to other types of switches as well. For example, the power switch could include a pair of N-channel MOSFETS, a pair of P-channel MOSFETS, or bipolar junction transistors.

Thus, a control circuit and method for maintaining high efficiency over broad current ranges in a switching regulator circuit has been provided.

One skilled in the art will thus appreciate that the present invention can be practiced by other than the described embodiments, which are presented for purposes of illustration and not of limitation, and the present invention is limited only by the claims which follow.

What is claimed is:

1. A circuit for controlling a switching voltage regulator, the regulator having (1) a switch coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output for supplying current at a regulated voltage to a load which includes an output capacitor, the circuit comprising:

a first circuit for monitoring the output to generate a first feedback signal;

a second circuit for generating a first control signal during a first state of circuit operation, the first control signal being responsive to the first feedback signal to vary the duty cycle of the switching transistors to maintain the output at the regulated voltage; and

a third circuit for generating a second control signal during a second state of circuit operation to cause both switchin transistors to be OFF for a first period of time during which the output capacitor maintains the output substantially at the regulated voltage.

2. The circuit of claim 1 wherein the second control signal is generated in response to the first feedback signal.

3. The circuit of claim 2 wherein the circuit changes from the second to the first state of operation in response to the magnitude of the first feedback signal falling below a first threshold level.

4. The circuit of claim 3, wherein the circuit changes from the first to the second state of operation in response to the magnitude of the first feedback signal exceeding a second threshold level greater than the first threshold level.

A 312

US 6,580,258 B2

17

18

**5.** The circuit of claim **4**, wherein the first feedback signal is a voltage feedback signal and the third circuit includes a voltage comparator having hysteresis.

**6.** The circuit of claim **5**, wherein the current consumed by the switching voltage regulator is reduced during the second state of operation.

**7.** The circuit of claim **2**, wherein the second circuit includes:

a one-shot circuit for generating the first control signal, the first control signal being generated over a second period of time during a switch cycle.

**8.** The circuit of claim **7**, wherein the second period of time is a predetermined time period.

**9.** The circuit of claim **8**, wherein the second circuit includes a fourth circuit for monitoring the current supplied to the load to generate a current feedback signal.

**10.** The circuit of claim **9**, wherein the switch is adapted to be coupled to an inductor and the fourth circuit monitors the inductor current to generate the current feedback signal.

**11.** The circuit of claim **10**, wherein the fourth circuit compares the current feedback signal to a reference current value and triggers the one-shot circuit when the current feedback signal exceeds the reference current value.

**12.** The circuit of claim **11**, wherein the fourth circuit includes a current comparator for triggering the one-shot circuit, the current comparator having a first input coupled to receive the current feedback signal and a second input coupled to a current source for providing the reference current value.

**13.** The circuit of claim **12**, wherein the current source includes:

a transconductance amplifier supplying a current substantially proportional to the difference in voltage between the first feedback signal and a constant voltage; and

a constant current source coupled in parallel with the transconductance amplifier.

**14.** The circuit of claim **7**, wherein the second period of time is dependent upon the input voltage.

**15.** The circuit of claim **14**, wherein the switch is coupled to an inductor, and wherein the second period of time is decreased in response to a decrease in the input voltage, whereby the oscillation frequency of the ripple current through said inductor is increased from an audible frequency to one that does not generate substantial user noise.

**16.** The circuit of claim **7**, wherein the second period of time is dependent upon the voltage at the load.

**17.** The circuit of claim **16**, wherein the switch is coupled to an inductor, and wherein the second period of time is increased in response to a decrease in the voltage at the load, whereby the total decrease in current through said inductor is increased while the first control signal is generated.

**18.** The circuit of claim **7**, wherein the one-shot circuit is maintained substantially OFF during the second state of operation, whereby the efficiency of the switching regulator circuit is increased as the circuit changes from the first to the second state of operation.

**19.** The circuit of claim **12**, wherein the current comparator is maintained substantially OFF during the second state of operation, whereby the efficiency of the switching regulator circuit is increased as the circuit changes from the first to the second state of operation.

**20.** The circuit of claim **1**, wherein the third circuit includes a user-activated switch and wherein the second control signal is generated in response to activation of the user switch.

**21.** The circuit of claim **20** wherein:

the second circuit includes a transconductance amplifier supplying a current substantially proportional to the

difference in voltage between the feedback signal and a constant voltage during the first state of operation; and

wherein activation of the user switch introduces hysteresis into the transconductance amplifier.

**22.** The circuit of claim **20**, wherein the second circuit includes:

a one-shot circuit for generating the first control signal, the first control signal being generated over a second period of time during a switch cycle.

**23.** The circuit of claim **22**, wherein the second period of time is a predetermined time period.

**24.** The circuit of claim **23**, wherein the second circuit includes a fourth circuit for monitoring the current supplied to the load to generate a current feedback signal.

**25.** The circuit of claim **24**, wherein the fourth circuit compares the current feedback signal to a reference current value and triggers the one-shot circuit when the current feedback signal exceeds the reference current value.

**26.** The circuit of claim **22**, wherein the second period of time is dependent upon the input voltage.

**27.** The circuit of claim **26**, wherein the switch is coupled to an inductor, and wherein the second period of time is decreased in response to a decrease in the input voltage, whereby the oscillation frequency of the ripple current through said inductor is increased from an audible frequency to one that does not generate substantially user noise.

**28.** The circuit of claim **22**, wherein the second period of time is dependent upon the voltage at the load.

**29.** The circuit of claim **28**, wherein the switch is coupled to am inductor, and wherein the second period of time is increased in response to a decrease in the voltage at the load, whereby the total decrease in current through said inductor is increased while the first control signal is generated.

**30.** The circuit of claim **22**, wherein the one-shot circuit is maintained substantially OFF during the second state of operation, whereby the efficiency of the switching regulator circuit is increased as the circuit changes from the first to the second state of operation.

**31.** The circuit of claim **1**, wherein the circuit is adapted for controlling a switching voltage regulator circuit having first and second switching transistors coupled in series between an input voltage and ground, wherein the first and second switching transistors are commonly coupled at the output terminal, and wherein the input voltage is higher than the voltage at the load, whereby the switching voltage regulator is a step-down voltage regulator.

**32.** The circuit of claim **1**, wherein the circuit is adapted for controlling a switching voltage regulator circuit wherein the input voltage is lower than the voltage at the load, whereby the switching voltage regulator is a step-up voltage regulator.

**33.** The circuit of claim **1**, wherein the circuit is adapted for controlling a switching voltage regulator circuit wherein the input voltage has an opposite polarity than the voltage at the load, whereby the switching voltage regulator is a polarity-inverting voltage regulator.

**34.** A method for controlling a switching voltage regulator, the regulator having (1) a switch coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output for supplying current at a regulated voltage to a load which includes an output capacitor, the method comprising the steps of:

(a) monitoring the output to generate a first feedback signal;

(b) varying the duty cycle of the switching transistors in response to the first feedback signal to maintain the

**A 313**

LINEAR 001003

US 6,580,258 B2

19

output at the regulated voltage during a first state of circuit operations;

(c) turning both switching transistors OFF for a first period of time following the first state of circuit operation so as to allow the output capacitor to maintain the output substantially at the regulated voltage by discharging during a second state of circuit operation; and

(d) turning at least one of said switching transistors ON to recharge the output capacitor following the second state of circuit operation.

35. A circuit for controlling a switching voltage regulator, the regulator having (1) a switch coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output for supplying current at a regulated voltage to a load which includes an output inductor, the circuit comprising:

20

a first circuit for monitoring the output to generate a first feedback signal;

a second circuit for generating a first control signal during a first state of circuit operation, the first control signal being responsive to the first feedback signal to vary the duty cycle of the switching transistors to maintain the output at the regulated voltage; and

a third circuit for monitoring the current to the load to generate a second control signal during a second state of circuit operation to cause one of said switching transistors to be maintained OFF when the magnitude of the monitored current falls below a current threshold.

*    *    *    *    *

LINEAR 001004

# TAB 17

10-17-0'

A

PATENTS

Modified PTO 1082
For Other Than A Small Entity

Attorney Docket No. LT-26DIV2 CON2

Applicants  :  Milton E. Wilcox and Randy Flatness

For  :  CONTROL CIRCUIT AND METHOD FOR MAINTAINING
HIGH EFFICIENCY OVER BROAD CURRENT RANGES
IN A SWITCHING REGULATOR CIRCUIT

EXPRESS MAIL CERTIFICATION

"Express Mail" mailing label number EL188609159US
Date of Deposit October 15, 2001

I hereby certify that this transmittal letter and the other papers
and fees identified in this transmittal letter as being transmitted herewith are
being deposited with the United States Postal Service "Express Mail Post Office
to Addressee" service under 37 C.F.R. § 1.10 on the date indicated above and are
addressed to the Hon. Commissioner for Patents, Washington, D.C. 20231.

Lily Jiang

Hon. Commissioner
for Patents
BOX PATENT APPLICATION
Washington, D.C. 20231

TRANSMITTAL LETTER FOR RULE 53(b)
CONTINUING PATENT APPLICATION

Sir:

This is a request for filing a ☒ continuation, ☐ divisional,
application of pending prior Application No. 09/395,895 , filed September 14,
1999 .

Transmitted herewith for filing are the ☒ specification; ☒ claims;
☒ abstract; ☒ declaration; ☒ power of attorney; ☒ printEFS data sheet; for
the above-identified patent application.

The enclosed declaration is:

☐ Newly executed (original or copy).
☒ Copy from a prior application (37 C.F.R. § 1.63(d)).

☐ A signed statement is attached deleting inventors named in the
prior application (37 C.F.R. §§ 1.63(d)(2) and 1.33(b)).

☐ The entire disclosure of the prior application, from which a
copy of the declaration is supplied, is considered as being
part of the disclosure of the accompanying application and is
hereby incorporated by reference therein.

☒ The prior application, Application No. 09/395,895 ,
filed September 14, 1999 , is assigned of record to Linear Technology
Corporation, 1630 McCarthy Boulevard, Milpitas, California 95035-7417 .

Also transmitted herewith are:

☒ _____10_____ sheets of:

☒ Formal drawings.

☐ Informal drawings. Formal drawings will be
filed during the pendency of this application.

**A  315**

LINEAR 001014

☐ An assignment of the invention to _____
_____

    ☐ A check in the amount of $40.00 to cover the recording fee.

    ☐ Please charge $40.00 to Deposit Account No. 06-1075 in payment of the recording fee. A duplicate copy of this transmittal letter is transmitted herewith.

☐ An associate power of attorney.

☐ A certified copy of the priority document, _____ application, No. _____ , filed _____ .

☒ Please cancel claims 2 to 96 before calculating the filing fee. The filing fee has been calculated as shown below:

| FOR | NUMBER FILED | | | NUMBER EXTRA | RATE | | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | | | $ | 740.00 |
| TOTAL CLAIMS | 1 | – 20 | = | 0 | x $ 18 | = $ | 0.00 |
| INDEPENDENT CLAIMS | 1 | – 3 | = | 0 | x $ 84 | = $ | 0.00 |
| ☐ A MULTIPLE DEPENDENT CLAIM | | | | | + $280 | = $ | |
| | | | | | TOTAL | | $740.00 |

☒ A check in the amount of $ _740.00_ in payment of the filing fee is transmitted herewith.

☒ The Commissioner is hereby authorized to charge payment of any additional filing fees required under 37 C.F.R. § 1.16 in connection with the paper(s) transmitted herewith, or credit any overpayment of same, to Deposit Account No. 06-1075. A duplicate copy of this transmittal letter is transmitted herewith.

☐ Please charge $ _____ to Deposit Account No. 06-1075 in payment of the filing fee. A duplicate copy of this transmittal letter is transmitted herewith.

Michael J. DeHaemer, Jr.
Registration No. 39,164
Agent for Applicants
Fish & Neave
Customer No. 1473
1251 Avenue of the Americas
New York, New York 10020-1104
Tel.: (650) 617-4000

# A 316

LINEAR 001015

PATENTS

Modified PTO 1082
For Other Than A Small Entity

Attorney Docket No. LT-26DIV2 CON2

Applicants     :   Milton E. Wilcox and Randy Flatness

For            :   CONTROL CIRCUIT AND METHOD FOR MAINTAINING
                   HIGH EFFICIENCY OVER BROAD CURRENT RANGES
                   IN A SWITCHING REGULATOR CIRCUIT

EXPRESS MAIL CERTIFICATION

"Express Mail" mailing label number EL188609159US
Date of Deposit October 15, 2001

        I hereby certify that this transmittal letter and the other papers
and fees identified in this transmittal letter as being transmitted herewith are
being deposited with the United States Postal Service "Express Mail Post Office
to Addressee" service under 37 C.F.R. § 1.10 on the date indicated above and are
addressed to the Hon. Commissioner for Patents, Washington, D.C. 20231.

                                                    Lily Jiang

Hon. Commissioner
  for Patents
BOX PATENT APPLICATION
Washington, D.C. 20231

TRANSMITTAL LETTER FOR RULE 53(b)
CONTINUING PATENT APPLICATION

Sir:

        This is a request for filing a ☒ continuation, ☐ divisional,
application of pending prior Application No.  09/395,895 , filed  September 14,
1999.

        Transmitted herewith for filing are the ☒ specification; ☒ claims;
☒ abstract; ☒ declaration; ☒ power of attorney; ☒ printEFS data sheet; for
the above-identified patent application.

The enclosed declaration is:

        ☐     Newly executed (original or copy).
        ☒     Copy from a prior application (37 C.F.R. § 1.63(d)).

        ☐     A signed statement is attached deleting inventors named in the
              prior application (37 C.F.R. §§ 1.63(d)(2) and 1.33(b)).
        ☐     The entire disclosure of the prior application, from which a
              copy of the declaration is supplied, is considered as being
              part of the disclosure of the accompanying application and is
              hereby incorporated by reference therein.
        ☒ The prior application, Application No. 09/395,895 ,
filed September 14, 1999 , is assigned of record to  Linear Technology
Corporation, 1630 McCarthy Boulevard, Milpitas, California 95035-7417        .

        Also transmitted herewith are:

☒ _____10_____ sheets of:

        ☒ Formal drawings.

        ☐ Informal drawings:  Formal drawings will be
filed during the pendency of this application.

# A 317

LINEAR 001016

☐  An assignment of the invention to _____

_____

   ☐ A check in the amount of $40.00 to cover the
      recording fee.

   ☐ Please charge $40.00 to Deposit Account No. 06-1075
      in payment of the recording fee.  A duplicate copy
      of this transmittal letter is transmitted herewith.

☐  An associate power of attorney.

☐  A certified copy of the priority document, _____
application, No. _____ , filed _____.

☒  Please cancel claims 2 to 96 before calculating the filing fee.  The filing
fee has been calculated as shown below:

| FOR | NUMBER FILED | | NUMBER EXTRA | | RATE | | FEE |
|-----|--------------|---|--------------|---|------|---|-----|
| BASIC FEE | | | | | | $ | 740.00 |
| TOTAL CLAIMS | 1 | - 20 = | 0 | x | $ 18 | = $ | 0.00 |
| INDEPENDENT CLAIMS | 1 | - 3 = | 0 | x | $ 84 | = $ | 0.00 |
| A MULTIPLE DEPENDENT CLAIM | | | | + | $280 | = $ | |
| | | | | | TOTAL | | $740.00 |

☒  A check in the amount of $ _740.00_ in payment of the filing fee is
   transmitted herewith.

☒  The Commissioner is hereby authorized to charge payment of any additional
   filing fees required under 37 C.F.R. § 1.16 in connection with the
   paper(s) transmitted herewith, or credit any overpayment of same, to
   Deposit Account No. 06-1075.  A duplicate copy of this transmittal letter
   is transmitted herewith.

☐  Please charge $ _____ to Deposit Account No. 06-1075 in payment of
   the filing fee.  A duplicate copy of this transmittal letter is
   transmitted herewith.

Michael J. DeHaemer, Jr.
Registration No. 39,164
Agent for Applicants
Fish & Neave
Customer No. 1473
1251 Avenue of the Americas
New York, New York 10020-1104
Tel.: (650) 617-4000

# A  318

LINEAR 001017

# TAB 18

US006144194A

# United States Patent [19]

## Varga

[11] **Patent Number:** 6,144,194

[45] **Date of Patent:** *Nov. 7, 2000

[54] **POLYPHASE SYNCHRONOUS SWITCHING VOLTAGE REGULATORS**

[75] Inventor: **Craig Steven Varga**, Mountain View, Calif.

[73] Assignee: **Linear Technology Corp.**, Milpitas, Calif.

[ * ] Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

[21] Appl. No.: **09/114,384**

[22] Filed: **Jul. 13, 1998**

[51] Int. Cl.$^7$ ........................................ **G05F 1/40**

[52] U.S. Cl. ........................... **323/285**; 323/269; 323/282

[58] Field of Search .................................... 323/285, 282, 323/281, 280, 269; 363/40, 41, 43, 65, 71; 318/798

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,137,489 | 1/1979 | Lipo | ................................... | 318/798 |
| 4,920,309 | 4/1990 | Szepesi | ................................... | 323/269 |

OTHER PUBLICATIONS

1992 Linear Databook Supplement at pp. 7–13 to 7–22, published by Linear Technology Corporation, Milpitas, California, copyright 1992.

1995 Linear Databook vol. IV at pp. 4–360 to 4–373, published by Linear Technology Corporation, Milpitas, California, copyright 1995.

1996 Linear Databook vol. V at pp. 4–212 to 4–230, published by Linear Technology Corporation, Milpitas, California, copyright 1996.

1996 Linear Databook vol. V at pp. 4–231 to 4–258, published by Linear Technology Corporation, Milpitas, California, copyright 1996.

Ashok Bindra, "Multiphase Controller Meets Pentium's Power Demands," Electronic Design, 46(18):28–34 (Aug.3, 1998).

Semtech Corp., SC1144 Datasheet, Preliminary –Aug. 4, 1998.

Semtech Corp., SC1144EVB User's Manual, Preliminary Sep. 1, 1998.

Semtech Corp., SC1144 Datasheet, Preliminary –Aug. 24, 1999.

*Primary Examiner*—Adolf Deneke Berhane
*Assistant Examiner*—Rajnikant B. Patel
*Attorney, Agent, or Firm*—Fish & Neave

[57] **ABSTRACT**

The invention provides polyphase synchronous switching regulator circuits that include N power stages connected in parallel, with each stage synchronized to a timing control signal that is 360°/N out of phase from one another. Each power stage supplies current $I_{OUT}$/N to the load. Current-mode and voltage-mode control implementations are described that provide efficient, low voltage, high current synchronous switching regulator circuits that have low input ripple current, low EMI, high slew-rate capability and low output ripple.

**33 Claims, 4 Drawing Sheets**



LINEAR 001609

**A 319**



FIG. 1A   (PRIOR ART)



FIG. 1B   (PRIOR ART)

A  320

LINEAR 001610



FIG. 2

A 321

LINEAR 001611



FIG. 3

A 322

LINEAR 001612



FIG. 4A



FIG. 4B

**A 323**

LINEAR 001613

6,144,194

1

# POLYPHASE SYNCHRONOUS SWITCHING VOLTAGE REGULATORS

## BACKGROUND OF THE INVENTION

The present invention relates to synchronous switching voltage regulator circuits. More particularly, the present invention relates to polyphase synchronous switching regulator circuits that provide lower peak input current, lower root-mean-square (RMS) input ripple current, lower RMS output ripple current, higher slew-rate capability and less stringent input and output filter requirements compared to comparable single-phase synchronous switching regulator circuits.

Switching regulators provide a predetermined and substantially constant output voltage from a source voltage that may be poorly-specified or fluctuating, or that may be at an inappropriate amplitude for the load. Such regulators typically employ a switch that includes one or more switching elements coupled in series or in parallel with the load. The switching elements may be, for example, power metal-oxide semiconductor field-effect transistor (MOSFET) switches. Control circuitry regulates the current supplied to the load by varying the ON-OFF times of the switching elements (i.e., the regulator's duty cycle, which is the percentage of time that a switch is ON during a cycle of operation). Inductive energy storage elements typically are used to convert the switched current pulses into a steady flow of load current.

Synchronous switching regulators include a main switching element and a synchronous switching element that typically are driven by non-overlapping clock pulses to supply current at a regulated voltage to a load. Synchronous switching regulators that use power MOSFET switches frequently are used in portable battery-powered electronic products and thermally-sensitive products. These regulators convert the typically fluctuating input voltage to a regulated output voltage. Such regulators provide high operating efficiency and thus long battery life with little heat generation.

The duty cycle of a synchronous switching regulator typically is controlled by monitoring the regulator's output voltage. In particular, the control circuitry generates a feedback signal $V_e$ that is proportional to the difference between the regulator's output voltage and a reference voltage. $V_e$ may be used to provide either "voltage-mode" or "current-mode" regulation. In voltage-mode regulation, $V_e$ and a periodic sawtooth waveform $V_s$ are provided as inputs to a comparator, the output of which controls the duty cycle of the power MOSFET switches. For example, if $V_e$ is connected to the comparator's non-inverting input, $V_s$ is connected to the comparator's inverting input, and at the start of each clock cycle $V_s$ is below $V_e$, then the comparator's output is HIGH, the main switch is ON and the synchronous switch is OFF. When $V_s$ exceeds $V_e$, the comparator's output changes state to LOW, which turns OFF the main switch and turns ON the synchronous switch.

In current-mode regulation, a voltage $V_i$ is generated that is proportional to the current in the output inductor, and $V_i$ and $V_e$ are provided as inputs to a comparator, the output of which controls the duty cycle of the power MOSFET switches. For example, if $V_i$ is connected to the comparator's non-inverting input, $V_e$ is connected to the comparator's inverting input, and if at the start of each clock cycle $V_i$ is below $V_e$, then the comparator's output is LOW, the main switch is ON and the synchronous switch is OFF. When $V_i$ exceeds $V_e$, the comparator's output changes state to HIGH, which turns OFF the main switch and turns ON the

2

synchronous switch. In this regard, the main switch turns OFF when the output current reaches its desired value.

Prior art synchronous switching regulators typically include a single power stage controlled by a single-phase clock. Such single-phase switching regulators are inefficient, however, for applications that require low voltage (e.g., <2 volts) at high current (e.g., greater than 35 amps), such as power supplies for advanced microprocessors. In particular, because the input RMS ripple current in a switching buck regulator is approximately one-half the output current, high output current buck regulators require large input capacitors to provide sufficient input ripple filtering. Typically, this requires connecting many capacitors in parallel, which is costly and consumes valuable circuit board space.

In addition, for many switching regulator topologies, the input current has sharp discontinuities as a result of the switching action of the main switch. Because the regulator's peak input current is approximately equal to the circuit's output current, high current designs require substantial filtering to limit conducted electromagnetic interference (EMI). For applications that require output currents greater than approximately 15 amps, the necessary output filter inductors are too large to be implemented using surface mount technology. Additionally, large output capacitors typically are required to minimize output ripple current.

Moreover, many state-of-the-art microprocessors have dynamic loading characteristics that frequently change from nearly zero load to full load within a very short time span, often tens to hundreds of nanoseconds. Power supplies for such microprocessors must have very high current slew rate capability to meet such dynamic load requirements and minimize the decoupling capacitance required at the load. High slew rate capability requires that the inductor value should be minimized. Because the output ripple current is inversely proportional to inductor value, however, prior art synchronous switching regulator circuits typically achieve high slew rate only at the expense of large output ripple current.

In view of the foregoing, it would be desirable to provide efficient, low voltage, high current, synchronous switching regulator circuits that have low input and output ripple currents.

It would further be desirable to provide low voltage, high current synchronous switching regulator circuits that limit conducted EMI.

It additionally would be desirable to provide low voltage, high current synchronous switching regulator circuits that may be implemented using surface-mount technology.

It also would be desirable to provide low voltage, high current synchronous switching regulator circuits that have high current slew rate capability and low output ripple current.

## SUMMARY OF THE INVENTION

Accordingly, it is an object of this invention to provide efficient, low voltage, high current synchronous switching regulator circuits that have low input and output ripple currents.

It still further is an object of this invention to provide low voltage, high current synchronous switching regulator circuits that limit conducted EMI.

It additionally is an object of this invention to provide low voltage, high current synchronous switching regulator circuits that may be implemented with surface-mount technology.

# A 324

LINEAR 001614

6,144,194

3

It also is an object of this invention to provide low voltage, high current synchronous switching regulator circuits that have high current slew rate capability and low output ripple current.

In accordance with these and other objects of the present invention, polyphase synchronous switching regulator circuits are described that provide regulated output voltage $V_{OUT}$ to load $R_L$ at output current $I_{OUT}$. Exemplary voltage regulators include N power stages connected in parallel, with each stage synchronized to a timing control signal that is 360°/N out of phase from adjacent stages. Each power stage supplies current $I_{OUT}$/N to the load. Circuits may be implemented using current-mode and voltage-mode control.

BRIEF DESCRIPTION OF THE DRAWINGS

The above-mentioned objects and features of the present invention can be more clearly understood from the following detailed description considered in conjunction with the following drawings, in which the same reference numerals denote the same structural elements throughout, and in which:

FIG. 1A is a schematic diagram of a conventional single stage current-mode synchronous switching regulator;

FIG. 1B is a schematic diagram of a conventional single stage voltage-mode synchronous switching regulator;

FIG. 2 is a schematic diagram of an exemplary embodiment of a 3-stage current-mode synchronous switching regulator constructed in accordance with the principles of the present invention;

FIG. 3 is a schematic diagram of an exemplary embodiment of a 3-stage voltage-mode synchronous switching regulator constructed in accordance with the principles of the present invention;

FIG. 4A is a diagram of a 3-phase clock that provides timing control signals for the circuit of FIG. 2; and

FIG. 4B is a diagram of a 3-phase sawtooth voltage waveform that provides timing control signals for the PWM controllers shown in FIG. 3.

DETAILED DESCRIPTION OF THE INVENTION

To provide background for the present invention, the following detailed description first describes previously known single-phase synchronous switching regulator circuits. Then, the modification of such previously known regulators to construct polyphase regulators is described and alternative embodiments are disclosed.

A. Prior Art Single-phase Synchronous Switching Regulators

FIG. 1A shows a prior art single-phase current-mode synchronous switching regulator 10 in which current sense resistor 24 monitors current $I_L$ in inductor 16. Regulator 10 typically is used for DC-to-DC conversion of an unregulated supply voltage $V_{IN}$ (e.g., a battery) to a regulated output voltage $V_{OUT}$, for driving a load $R_L$, which, although simply shown as a resistor, may be, for example, a portable communication device or a computer. Examples of single-phase current-mode synchronous switching regulators include the LTC1148 and LTC1435, sold by Linear Technology Corporation, of Milpitas, Calif., and the MAX797, sold by Maxim Integrated Products, Inc., of Sunnyvale, Calif.

Regulator 10 typically operates as follows: at the beginning of a cycle, oscillator 36 generates a single-phase clock signal at a desired switching frequency, typically 100–300 kHz, that sets latch 34, causing driver 32 to turn ON main

4

switch 12 and turn OFF synchronous switch 14. This results in a voltage of approximately $V_{IN}-V_{OUT}$ across inductor 16, which increases current $I_L$ through inductor 16. Current sense amplifier 26 detects the voltage generated across sense resistor 24, and generates an output $V_{Is}$ that is connected to the non-inverting input of comparator 30. The inverting input of comparator 30 is coupled to the output $V_{EC}$ of error amplifier 28. $V_{EC}$ is proportional to the difference between reference voltage $V_{REFC}$ and feedback voltage $V_{FBC}$, whose value is determined by $V_{OUT}$ and voltage divider resistors 20 and 22. Inductor 16 and capacitor 18 form a low-pass filter to remove undesirable harmonics of the switching frequency from output voltage $V_{OUT}$.

As inductor current $I_L$ increases, $V_{Is}$ increases. When $I_S$ exceeds $V_{EC}$, comparator 30 trips and resets latch 34, which then causes driver 32 to turn OFF main switch 12 and turn ON synchronous switch 14. This changes the voltage across inductor 16 to approximately $-V_{OUT}$, causing inductor current $I_L$, which is conducted by synchronous switch 14, to decrease until the next clock pulse of oscillator 36 sets latch 34.

During normal operation, therefore, main switch 12 is turned OFF when inductor current $I_L$ reaches a predetermined level set by the output $V_{EC}$ of error amplifier 28. If the regulated output voltage $V_{OUT}$ increases above a predetermined steady-state value set by voltage divider resistors 20 and 22 and voltage reference $V_{REFC}$, error voltage $V_{EC}$ decreases. As a result, $V_{Is}$ crosses $V_{EC}$ earlier in the switch cycle than during steady-state operation. The shortened duty cycle causes regulated output voltage $V_{OUT}$ to decrease until it reaches its previous steady-state value. If, however, the regulated output voltage $V_{OUT}$ decreases below the predetermined steady-state value, error voltage $V_{EC}$ increases, and the duty cycle of switch 12 is lengthened because $V_{Is}$ crosses $V_{EC}$ later in the switch cycle than during steady-state operation. The lengthened duty cycle causes regulated output voltage $V_{OUT}$ to increase until it reaches its previous steady-state value.

Alternatively, prior art synchronous switching regulators may be implemented using voltage-mode control, in which the regulator monitors the output voltage to set duty cycle. Examples of voltage-mode switching regulators are the LTC1430, sold by Linear Technology Corporation, and the Si9150, sold by Siliconix Incorporated, of Santa Clara, Calif. FIG. 1B shows such a prior art single-phase voltage-mode synchronous switching regulator 50 that operates as follows: main switch 52 and synchronous switch 54 are coupled to pulse width modulator (PWM) controller 64, which varies the regulator's duty cycle in response to variations in the regulated output voltage $V_{OUT}$. In particular, error amplifier 66 produces output voltage $V_{EV}$ that changes in proportion to any difference in voltage between reference voltage $V_{REFV}$ and feedback voltage $V_{FBV}$. Voltage divider resistors 60 and 62 set the value of $V_{FBV}$ to be proportional to the regulated output voltage $V_{OUT}$.

In particular, at the start of each clock cycle, PWM Controller 64 turns ON main switch 52 and turns OFF synchronous switch 54. PWM Controller 64 turns main switch 52 OFF and synchronous switch 54 ON when the sawtooth signal produced by sawtooth generator 68 exceeds $V_{EV}$. As in the current-mode regulator of FIG. 1A, inductor 56 and capacitor 58 form a low-pass filter to remove undesirable harmonics of the switching frequency from output voltage $V_{OUT}$.

During normal operation, if $V_{OUT}$ decreases below its desired steady-state value set by voltage divider resistors 60

**A 325**

LINEAR 001615

6,144,194

and 62 and voltage reference $V_{REFV}$, $V_{EV}$ increases and therefore the sawtooth signal provided by sawtooth generator 68 crosses $V_{EV}$ later in the clock cycle, causing PWM controller 64 to extend the ON-duration of main switch 52. As a result, the current flowing through main switch 52 and inductor 56 increases, and $V_{OUT}$ increases until it reaches its previous steady-state value. If, however, $V_{OUT}$ increases above its desired steady-state value, $V_{EV}$ decreases and therefore the sawtooth signal provided by sawtooth generator 68 crosses $V_{EV}$ earlier in the clock cycle, causing PWM controller 64 to shorten the ON-duration of main switch 52. As a result, the current flowing through main switch 52 and inductor 56 decreases, and $V_{OUT}$ decreases until it reaches its previous steady-state value.

### B. Polyphase Synchronous Regulators

FIG. 2 shows a schematic diagram of one exemplary embodiment of a polyphase synchronous current-mode switching regulator of the present invention. Regulator 70 includes three separate current-mode switching regulator stages, 70a, 70b and 70c, each of which are derived from the single-phase regulator 10 of FIG. 1A. Regulator stages 70a, 70b and 70c are identical, except that stages 70b and 70c share the output voltage feedback loop consisting of divider resistors 20a and 22a, voltage reference $V_{REF}$ and error amplifier 28a.

Regulator stage 70a includes main switch 12a, synchronous switch 14a, inductor 16a, sense resistor 24a, output capacitor 18a, voltage divider resistors 20a and 22a, current sense amplifier 26a, error amplifier 28a, comparator 30a, driver 32a, latch 34a and oscillator 36a that function in the same manner as the corresponding circuit components described above in connection with FIG. 1A.

Regulator stage 70b similarly includes main switch 12b, synchronous switch 14b, inductor 16b, sense resistor 24b, output capacitor 18b, current sense amplifier 26b, comparator 30b, driver 32b, latch 34b and oscillator 36b. The inverting input of comparator 30b is coupled to output $V_e$ of error amplifier 28a, completing the feedback loop for regulator stage 70b, which also functions as described above in connection with FIG. 1A.

Likewise, regulator stage 70c includes main switch 12c, synchronous switch 14c, inductor 16c, sense resistor 24c, output capacitor 18c, current sense amplifier 26c, comparator 30c, driver 32c, latch 34c and oscillator 36c. The inverting input of comparator 30c is also coupled to output $V_e$ of error amplifier 28a, providing output feedback for regulator stage 70c, which also functions as described above in connection with FIG. 1A.

Oscillators 36a, 36b and 36c generate a three-phase clock, $\phi_1$, $\phi_2$ and $\phi_3$, as shown in FIG. 4A. Clock signals $\phi_1$, $\phi_2$ and $\phi_3$ operate at a common switching frequency $f_s=1/T_s$, but are $360°/3=120°$ out of phase from each other. As a result, regulator stages 70a, 70b and 70c each operate 120° out of phase from one another. As shown in FIG. 4A, clock signals $\phi_1$, $\phi_2$ and $\phi_3$ are squarewave pulses. Persons skilled in the art will recognize that clock signals $\phi_1$, $\phi_2$ and $\phi_3$ may be overlapping or non-overlapping waveforms. Oscillators 36a, 36b and 36c are known in the art, and will not be further described herein.

Because the inverting inputs of comparators 30a, 30b and 30c each receive the same control signal from output $V_e$ of error amplifier 28a, regulator stages 70a, 70b and 70c supply currents $I_{L1}$, $I_{L2}$ and $I_{L3}$ that are substantially equal. Further, because currents $I_{L1}$, $I_{L2}$ and $I_{L3}$ are each only ⅓ the total output current $I_{OUT}$ supplied to load $R_L$, inductors 16a, 16b and 16c are smaller than that required for a single-stage design, and may be implemented using surface-mount tech-

nology. Additionally, because currents $I_{L1}$, $I_{L2}$ and $I_{L3}$ are out of phase with respect to one another, their ripple currents tend to cancel, thereby reducing the composite output ripple current. As a result, each stage may be designed for high slew rate capability by using a smaller inductor (and consequently higher per-stage output ripple current) than would normally be acceptable in a single-stage design.

Moreover, the input current pulses of regulator stages 70a, 70b and 70c are time-interleaved, which effectively increases the apparent switching frequency of regulator 70 to three times the switching frequency $f_s$ of each individual stage. Further, the apparent duty factor of regulator 70 is increased because the composite ON-time for switches 12a, 12b and 12c is longer than the ON-time of the main switch in a single-stage design. Because the peak current of each stage is reduced (e.g., typically $I_{OUT}/3$) and the input current pulses are time-interleaved, the input current peak-to-average ratio is reduced. As a result, the total RMS input ripple current is reduced compared to a single-stage design, and therefore the input filter capacitor requirements and conducted EMI are reduced.

Persons skilled in the art will recognize that the circuitry of the present invention may be implemented using circuit elements other than those shown and discussed above. For example, Hall-effect devices, current sense transformers, or other suitable current-sense device may be used instead of sense resistors 24a, 24b and 24c.

FIG. 3 shows a schematic diagram of another exemplary embodiment of a polyphase synchronous switching regulator of the present invention. In particular, regulator 80 includes three separate voltage-mode switching regulator stages, 80a, 80b and 80c, each of which are derived from the single-phase regulator 50 of FIG. 1B. Regulator stages 80a, 80b and 80c are identical, except that stages 80b and 80c also include error amplifiers 82 and 84 that operate in accordance with the principles of the present invention to force the input current of regulator stages 80b and 80c to equal to the input current of regulator stage 80a.

Regulator stages 80a, 80b and 80c each include a core switching regulator that includes main switch 52a–c, synchronous switch 54a–c, inductor 56a–c, output capacitor 58a–c, voltage divider resistors 60a–c and 62a–c, voltage reference $V_{REFa-c}$, error amplifier 52a–c, PWM controller 64a–c and sawtooth generator 78a–c, respectively. Each core switching regulator functions as described above in connection with the single-phase regulator of FIG. 1B. Sawtooth generators 78a, 78b and 78c, constructed in accordance with previously known techniques, generate sawtooth waveforms Buss $\phi_{1S}$, $\phi_{2S}$ and $\phi_{3S}$ as shown in FIG. 4B that operate at a common frequency $f_s=1/T_s$, but are $360°/3=120°$ out of phase from each other. As a result, regulator stages 80a, 80b and 80c operate 120° out of phase from adjacent stages.

Although ideally all three regulator stages 80a–80c are identical, in practice, small variations in component values (e.g., voltage divider resistors 60a–c and 62a–c, and voltage reference $V_{REFa-c}$) cause slightly different (e.g., on the order of several percent) output voltages from stage-to-stage. Unless corrected, such small errors would cause large current imbalances from stage-to-stage.

To prevent such large stage-to-stage current imbalances, regulator 80 includes additional circuitry that force the currents in each stage to be substantially equal. In particular, regulator stages 80a, 80b and 80c also include current sense resistors 72a–c, that are coupled between the input node $V_{IN}$ and main switches 52a–c, respectively. Capacitors 76a–c are coupled between ground and the node formed between

LINEAR 001616

6,144,194

7

resistors 72a–c, and main switches 52a–c, respectively. Resistors 72a–c, and capacitors 76a–c provide filtering to limit the input current ripple of each regulator stage. Regulator stages 80a, 80b and 80c also include current sense amplifiers 74a–c whose inputs are coupled across sense resistors 72a–c, and whose outputs $V_{ca}$–$V_{cc}$, are proportional to the input currents $I_a$–$I_c$ of regulator stages 80a, 80b and 80c, respectively.

Regulator stages 80b and 80c also include error amplifiers 82 and 84 that operate to force input currents $I_b$ and $I_c$ of regulator stages 80b and 80c to substantially equal input current $I_a$ of regulator stage 80a. That is, regulator stage 80a functions as a master, and regulator stages 80b and 80c function as slaves whose input currents are forced to substantially equal the input current of the master. In particular, output $V_{ca}$ of current sense amplifier 74a is coupled to the inverting input of error amplifiers 82 and 84. Output $V_{cb}$ of current sense amplifier 74b is coupled to the non-inverting input of error amplifier 82, and output $V_{cc}$ of current sense amplifier 74c is coupled to the non-inverting input of error amplifier 84. Resistor 86 is coupled between the output $V_{ceb}$ of error amplifier 82 and the inverting input of error amplifier 52b, and resistor 88 is coupled between the output $V_{cec}$ of error amplifier 84 and the inverting input of error amplifier 52c.

Error amplifier 82 provides output $V_{ceb}$ that is proportional to the difference between the input currents $I_a$ and $I_b$. Together with error amplifier 52b, error amplifier 82 tends to force $I_b$ to substantially equal $I_a$. In particular, if input current $I_b$ is less than input current $I_a$, $V_{cb}$ will be less than $V_{ca}$, which will cause output $V_{ceb}$ of error amplifier 82 to decrease from its steady-state value. As a result, output error voltage $V_{eb}$ of error amplifier 52b will increase, which will cause PWM controller 64b to increase the duty cycle of main switch 52b, and thereby increase input current $I_b$.

If however, input current $I_b$ is greater than input current $I_a$, $V_{cb}$ will be greater than $V_{ca}$, which will cause output $V_{ceb}$ of error amplifier 82 to increase from its steady-state value. As a result, output error voltage $V_{eb}$ of error amplifier 52b will decrease, which will cause PWM controller 64b to decrease the duty cycle of main switch 52b, and thereby decrease input current $I_b$. Error amplifier 84 operates in a similar manner to force input current $I_c$ to substantially equal input current $I_a$.

A person of ordinary skill in the art will understand that current sense resistors 72a–c, alternatively could be coupled between output node $V_{OUT}$ and inductors 56a–c , respectively, to sense output current, and that error amplifiers 82 and 84 could be configured to force the output currents of regulator stages 80b and 80c to substantially equal the output current of regulator stage 80a.

A person of ordinary skill in the art also will appreciate that the present invention is not limited to the embodiments described above that use three regulator stages that operate with three-phase clocks or sawtooth waveforms. Instead, the present invention more generally involves connecting N regulator stages, with each stage synchronized to a clock (for current-mode implementations) or sawtooth waveform (for voltage-mode embodiments) that is 360°/N out of phase from the adjacent stage. Each stage supplies current $I_L$/N to the load, and the composite regulator operates at an apparent switching frequency of N$f_s$, M where $f_s$ is the switching frequency of each individual stage.

8

Persons skilled in the art further will recognize that the circuitry of the present invention may be implemented using circuit configurations other than those shown and discussed above. For example, the present invention also may be implemented using well-known boost and forward converter circuit topologies. All such modifications are within the scope of the present invention, which is limited only by the claims which follow.

What is claimed is:

1. A polyphase synchronous switching regulator that generates an output signal at an output node, the output signal supplying a current I at a regulated voltage to a load, the regulator comprising:

   an input node to which an input signal is applied;
   timing circuitry that generates N-phase timing pulses;
   control circuitry coupled to the output node that controls a duty cycle of the regulator;
   N synchronous switching regulator stages coupled to the input node, the output node, the timing circuitry and the control circuitry, each of the N regulator stages providing current I/N to the output node in response to the N-phase timing pulses such that the N regulator stages operate 360°/N out of phase from one another.

2. The polyphase synchronous switching regulator of claim 1, wherein the control circuitry provides current-mode control.

3. The polyphase synchronous switching regulator of claim 1, wherein the control circuitry provides voltage-mode control.

4. The polyphase synchronous switching regulator of claim 1, wherein the control circuitry comprises feedback circuitry coupled to the output node, the feedback circuitry providing N feedback signals that control the duty cycle of the regulator, each feedback signal coupled to a corresponding one of the N synchronous switching regulator stages and having a predetermined relationship to the output signal and a reference voltage.

5. The polyphase synchronous switching regulator of claim 4, wherein each of the N feedback signals is proportional to a difference between a voltage proportional to a reference voltage and a voltage proportional to the output signal.

6. The polyphase synchronous switching regulator of claim 4, wherein each of the N feedback signals is proportional to a difference between a voltage proportional to a corresponding one of N reference voltages, and a voltage proportional to the output signal.

7. The polyphase synchronous switching regulator of claim 1, wherein the control circuitry comprises current sense circuitry that monitors current in each of the N synchronous switching regulator stages and provides N current sense signals that control the duty cycle of the regulator.

8. The polyphase synchronous switching regulator of claim 1, wherein the control circuitry comprises:

   current sense circuitry that monitors current in each of the N synchronous switching regulator stages and provides N current sense signals;
   feedback circuitry coupled to the output node and the current sense signals, the feedback circuitry providing N feedback signals that control the duty cycle of the regulator, each feedback signal coupled to a corre-

**A 327**

LINEAR 001617

6,144,194

9

sponding one of the N regulator stages and having a predetermined relationship to the output signal and a reference voltage.

9. The polyphase synchronous switching regulator of claim 8, wherein each of the N feedback signals has a predetermined relationship to the output signal and a corresponding one of N reference voltages.

10. The polyphase synchronous switching regulator of claim 8, wherein the N feedback signals further force the monitored currents in the N regulator stages to be substantially equal.

11. The polyphase synchronous switching regulator of claim 1, wherein the timing pulses comprise squarewave pulses.

12. The polyphase synchronous switching regulator of claim 1, wherein the timing pulses comprise sawtooth pulses.

13. A polyphase synchronous switching regulator that generates an output signal at an output node, the output signal supplying a current I at a regulated voltage to a load, the regulator comprising:

an input node to which an input signal is applied;

timing circuitry that generates N-phase timing pulses;

feedback circuitry coupled to the output node, the feedback circuitry providing N feedback signals that control a duty cycle of the regulator;

N synchronous switching regulator stages coupled to the input node, the output node, the timing circuitry and the feedback circuitry, each of the N synchronous switching regulator stages providing current I/N to the output node in response to the N-phase timing pulses such that the N regulator stages operate 360°/N out of phase from one another.

14. The polyphase synchronous switching regulator of claim 13, wherein the feedback circuitry further comprises an error amplifier.

15. The polyphase synchronous switching regulator of claim 14, wherein the error amplifier has an inverting input coupled to the output node, a non-inverting input coupled to a reference voltage, and an output that controls the duty cycle of the regulator.

16. The polyphase synchronous switching regulator of claim 15, wherein the feedback circuitry further comprises a resistor-divider network.

17. The polyphase synchronous switching regulator of claim 16, wherein:

the resistor-divider network comprises a first resistor coupled between the inverting input and GROUND and a second resistor coupled between the output node and the inverting input; and

the voltage at the inverting input substantially equals the reference voltage when the output substantially equals the regulated voltage.

18. The polyphase synchronous switching regulator of claim 17, wherein each of the N regulator stages further comprises a comparator.

19. The polyphase synchronous switching regulator of claim 17, wherein the feedback circuitry further comprises:

current sense circuitry that monitors current in each of the N synchronous switching regulator stages and provides N current sense signals that are proportional to the monitored currents; and

10

N comparators that each have a non-inverting input coupled to a corresponding one of the N current sense signals, an inverting input coupled to the output of the error amplifier, and an output that controls a duty cycle of a corresponding one of the N synchronous switching regulator stages.

20. The polyphase synchronous switching regulator of claim 19, wherein the current sense circuitry comprises a current sense resistor.

21. The polyphase synchronous switching regulator of claim 20, wherein the current sense circuitry further comprises a current sense amplifier.

22. The polyphase synchronous switching regulator of claim 21, wherein:

the current sense amplifier has an inverting input, a non-inverting input, and an output;

the current sense resistor is coupled between the inputs of the current sense amplifier; and

the output of the current sense amplifier is coupled to the non-inverting input of the comparator.

23. The polyphase synchronous switching regulator of claim 13, wherein the feedback circuitry comprises N error amplifiers.

24. The polyphase synchronous switching regulator of claim 23, wherein each error amplifier has an inverting input coupled to the output node, a non-inverting input coupled to a corresponding one of N reference voltages, and an output coupled to a corresponding one of the N regulator stages to control the duty cycle of the regulator.

25. The polyphase synchronous switching regulator of claim 24, wherein the feedback circuitry further comprises N resistor-divider networks.

26. The polyphase synchronous switching regulator of claim 25, wherein:

each resistor-divider network is coupled to a corresponding one of the N error amplifiers and comprises a first resistor coupled between the inverting input of the error amplifier and GROUND and a second resistor coupled between the inverting input of the error amplifier and the output node, the voltage at the inverting input being substantially equal to the reference voltage that is coupled to the non-inverting input when the output substantially equals the regulated voltage.

27. The polyphase synchronous switching regulator of claim 13 wherein:

the feedback circuitry provides voltage-mode control; and

each synchronous switching regulator stage further comprises current sense circuitry that monitors current in the regulator stage and provides current sense signals that are proportional to the monitored current.

28. The polyphase synchronous switching regulator of claim 27, wherein the current sense signal of each synchronous switching regulator stage is coupled to the feedback circuitry, the N feedback signals further causing the monitored current in each stage to be substantially equal.

29. The polyphase synchronous switching regulator of claim 27, wherein the current sense circuitry comprises a current sense amplifier.

30. A method for generating an output signal at an output node, the output supplying a current I at a regulated voltage to a load, the method comprising:

**A 328**

LINEAR 001618

6,144,194

11

providing an input signal at an input node;

providing timing control circuitry that generates N-phase timing pulses;

providing control circuitry coupled to the output node that controls a duty cycle of the regulator; and

providing N synchronous switching regulator stages coupled to the input node, the output node, the timing circuitry and the control circuitry, each of the regulator stages providing current I/N to the output node in response to the N-phase timing pulses such that the N regulator stages operate 360°/N out of phase from one another.

31. The method of claim 30, further comprising controlling the duty cycle of the regulator using current-mode control.

12

32. The method of claim 30, further comprising controlling the duty cycle of the regulator using voltage-mode control.

33. A method for generating an output signal an output node, the output signal supplying a current I at a regulated voltage to a load, the method comprising:

receiving an input signal at the input node;

generating N-phase timing pulses;

controlling a duty cycle of the regulator; and

providing current I/N to the output node in response to the N-phase timing pulses from N synchronous switching regulator stages that operate 360°/N out of phase from one another.

*  *  *  *  *

**A 329**

LINEAR 001619

# TAB 19



PATENTS
LT-73

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

*Arlene*
*10/28/99*
*5/a*
*apt 1)*

Applicant        :   Craig Steven Varga

Application No.: 09/114,384

Filed            :   July 13, 1998

For              :   POLYPHASE SYNCHRONOUS
                 :   SWITCHING VOLTAGE REGULATORS

Group Art Unit : 2838

Examiner         :   R. B. Patel

RECEIVED
OCT 19 1999
TECHNOLOGY CENTER 2000

Hon. Assistant Commissioner
  for Patents
Washington, D.C. 20231

REPLY TO OFFICE ACTION

Sir:

          In reply to the Office Action dated June 21, 1999,
applicants hereby amend the above-identified patent
application as follows:

In the Claims:
          Please amend claims 1, 4-6, 8-9, 11-13, 15, 17, 19,
22, 24, 26-28, 30 and 33 as follows:

          1.    (Amended) A polyphase synchronous switching
regulator that generates an output <u>signal</u> at an output node,
the output <u>signal</u> supplying a current I at a regulated voltage
to a load, the regulator comprising:
          an input node to which an input <u>signal</u> is applied;
          timing circuitry that generates N-phase timing
pulses;
          control circuitry coupled to the output node that
controls [the] <u>a</u> duty cycle of the regulator;

**A 330**

LINEAR 001682

$N$ synchronous switching regulator stages coupled to the input node, the output node, the timing circuitry and the control circuitry, each of the $N$ regulator stages providing current $I/N$ to the output node in response to the $N$-phase timing pulses such that the $N$ regulator stages operate $360°/N$ out of phase from one another.

4.    (Amended) The polyphase synchronous switching regulator of claim 1, wherein the control circuitry comprises feedback circuitry coupled to the output node, the feedback circuitry providing $N$ feedback signals that control the duty cycle of the regulator, each feedback signal coupled to a corresponding one of the $N$ synchronous switching regulator stages and having a predetermined relationship to the output signal and a reference voltage.

5.    (Amended) The polyphase synchronous switching regulator of claim 4, wherein each of the $N$ feedback signals is proportional to [the] a difference between a [first voltage and a second voltage, the first] voltage proportional to a reference voltage[,] and [the second] a voltage proportional to the output signal.

6.    (Amended) The polyphase synchronous switching regulator of claim 4, wherein each of the $N$ feedback signals is proportional to [the] a difference between a [first voltage and a second voltage, the first] voltage proportional to a corresponding one of $N$ reference voltages, and [the second] a voltage proportional to the output signal.

8.    (Amended) The polyphase synchronous switching regulator of claim 1, wherein the control circuitry comprises:
current sense circuitry that monitors current in each of the $N$ synchronous switching regulator stages and provides $N$ current sense signals;

2

A 331

LINEAR 001683

feedback circuitry coupled to the output node and the current sense signals, the feedback circuitry providing $N$ feedback signals that control the duty cycle of the regulator, each feedback signal coupled to <u>a corresponding</u> one of the $N$ regulator stages and having a predetermined relationship to the output <u>signal</u> and a reference voltage.

9.    (Amended) The polyphase synchronous switching regulator of claim 8, wherein each of the $N$ feedback signals has a predetermined relationship to the output <u>signal</u> and <u>a corresponding</u> one of $N$ reference voltages.

11.    (Amended) The polyphase synchronous switching regulator of claim 1, wherein the timing pulses [are] <u>comprise</u> squarewave pulses.

12.    (Amended) The polyphase synchronous switching regulator of claim 1, wherein the timing pulses [are] <u>comprise</u> sawtooth pulses.

13.    (Amended) A polyphase synchronous switching regulator that generates an output <u>signal</u> at an output node, the output <u>signal</u> supplying a current $I$ at a regulated voltage to a load, the regulator comprising:
       an input node to which an input <u>signal</u> is applied;
       timing circuitry that generates $N$-phase timing pulses;
       feedback circuitry coupled to the output node, the feedback circuitry providing $N$ feedback signals that control [the] <u>a</u> duty cycle of the regulator;
       $N$ synchronous switching regulator stages coupled to the input node, the output node, the timing circuitry and the feedback circuitry, each of the $N$ <u>synchronous switching</u> regulator stages providing current $I/N$ to the output node in

**A 332**

LINEAR 001684

response to the *N*-phase timing pulses such that the *N*
regulator stages operate 360°/*N* out of phase from one another.

15.   (Amended) The polyphase synchronous switching
regulator of claim 14, wherein the error amplifier has an
inverting input coupled to the output <u>node</u>, a non-inverting
input coupled to a reference voltage, and an output that
controls the duty cycle of the regulator.

17.   (Amended) The polyphase synchronous switching
regulator of claim 16, wherein:
       the resistor-divider network comprises a first
resistor coupled between the inverting input and [ground]
<u>GROUND</u> and a second resistor coupled between the output node
and the inverting input; and
       the voltage at the inverting input substantially
equals the reference voltage when the output substantially
equals the regulated voltage.

19.   (Amended) The polyphase synchronous switching
regulator of claim 17, wherein the feedback circuitry further
comprises:
       current sense circuitry that monitors current in
<u>each of</u> the <u>*N* synchronous switching</u> regulator stages and
provides <u>*N*</u> current sense signals that are proportional to the
monitored currents; and
       *N* comparators that each have a non-inverting input
coupled to <u>a corresponding</u> one of the <u>*N*</u> current sense signals,
an inverting input coupled to the output of the error
amplifier, and an output that controls [the] <u>a</u> duty cycle of <u>a</u>
<u>corresponding one of</u> the <u>*N* synchronous switching</u> regulator
stages.

**A 333**

**LINEAR 001685**

22.   (Amended) The polyphase synchronous switching regulator of claim 21, wherein:
the current sense amplifier has an inverting input, [and] a non-inverting input, and an output;
the current sense resistor is coupled between the inputs of the current sense amplifier; and
the output of the current sense amplifier is coupled to the non-inverting input of the comparator.

24.   (Amended) The polyphase synchronous switching regulator of claim 23, wherein each error amplifier has an inverting input coupled to the output node, a non-inverting input coupled to a corresponding one of N reference voltages, and an output coupled to a corresponding one of the N regulator stages to control the duty cycle of the regulator.

26.   (Amended) The polyphase synchronous switching regulator of claim 25, wherein:
each resistor-divider network is coupled to a corresponding one of the N error amplifiers and comprises a first resistor coupled between the inverting input of the error amplifier and [ground] GROUND and a second resistor coupled between the inverting input of the error amplifier and the output node, the voltage at the inverting input being substantially equal to the reference voltage that is coupled to the non-inverting input when the output substantially equals the regulated voltage.

27.   (Amended) The polyphase synchronous switching regulator of claim 13 wherein:
the feedback circuitry provides voltage-mode control; and
each synchronous switching regulator stage further comprises current sense circuitry that monitors current in the



**A 334**

LINEAR 001686

regulator stage and provides current sense signals that are
proportional to the monitored current.

28.    (Amended) The polyphase synchronous switching
regulator of claim 27, wherein the current sense signal of
each synchronous switching regulator stage is coupled to the
feedback circuitry, the [N] N feedback signals further causing
the monitored current in each stage to be substantially equal.

30.    (Amended) A method for generating an output
signal at an output node, the output supplying a current I at
a regulated voltage to a load, the method comprising:
        providing an input signal at an input node;
        providing timing control circuitry that generates N-
phase timing pulses;
        providing control circuitry coupled to the output
node that controls [the] a duty cycle of the regulator; and
        providing N synchronous switching regulator stages
coupled to the input node, the output node, the timing
circuitry and the control circuitry, each of the regulator
stages providing current I/N to the output node in response to
the N-phase timing pulses such that the N regulator stages
operate 360°/N out of phase from one another.

33.    (Amended) A method for generating an output
signal an output node, the output signal supplying a current I
at a regulated voltage to a load, the method comprising:
        receiving an input signal at the input node;
        generating N-phase timing pulses;
        controlling [the] a duty cycle of the regulator; and
        providing current I/N to the output node in response
to the N-phase timing pulses from N synchronous switching
regulator stages that operate 360°/N out of phase from one
another.

6

**A 335**

LINEAR 001687

<u>REMARKS</u>

<u>Summary of the Office Action</u>

Claims 1 to 33 are considered in the Office action. Claims 1-22 and 30-33 have been rejected under 35 U.S.C. § 103(a) as obvious over the prior art described in FIG. 1A of this application, combined with Szepesi U.S. Patent No. 4,920,309 (Szepesi) and Lipo U.S. Patent No. 4,137,489 (Lipo).

Claims 23-29 are objected to as depending on a rejected base claim, but would be allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims.

<u>Summary of Applicant's Remarks</u>

Applicant has amended claims 1, 4-6, 8-9, 11-13, 15, 17, 19, 22, 24, 26-28, 30 and 33 to more particularly point out and distinctly claim the invention. Applicant also respectfully traverses the § 103(a) rejection.

<u>Detailed Remarks</u>

Claims 1-22 and 30-33 have been rejected under 35 U.S.C. § 103(a) as obvious over the prior art described in FIG. 1A of this application, combined with Szepesi and Lipo. Applicant respectfully traverses this rejection.

The application claims voltage regulators that include $N$ regulator stages coupled in parallel coupled to timing circuitry that generates <u>$N$-phase timing signals</u>. None of the cited prior art, alone or in combination, describe or suggests such regulators.

The Office action at page 2 states that FIG. 1A of this application "discloses claimed invention including . . . a timing circuitry (figure 1A, item 36). . . ." As set forth in the specification at page 7, lines 20-22, however, "oscillator 36 generates a <u>single-phase clock signal</u> at a

7

**A 336**

LINEAR 001688

desired switching frequency" (emphasis added). Thus, unlike the claimed invention, FIG. 1A does not describe or suggest regulator circuits that include timing circuitry that generates N-phase timing pulses.

Further, Szepesi does not describe or suggest such circuits. Instead, Szepesi describes linear or switched-mode voltage or current regulator circuits that include multiple parallel-operated regulators and a plurality of error amplifiers. (Abstract; Col. 2, lines 40-46). The outputs of the error amplifiers are coupled together, and each error amplifier is designed so that only one error amplifier will operate at one time. (Col. 3, lines 18-25; FIG. 3). Szepesi does not describe any timing circuitry, and does not describe or suggest timing circuitry that generates N-phase timing pulses.

Lipo is so unrelated to the present invention that a person of ordinary would not look to that reference for any teaching relevant to this invention. Lipo describes methods and apparatus for reducing cogging torque produced by controlled-current alternating current (AC) motor drives. In particular, Lipo describes controlled current AC motor drives that include a three-phase current source inverter. (Col. 1, line 60 through Col. 2, line 5; Col. 5, lines 6-8). The inverter provides three nonsinusoidal output currents that each have a rectangular waveshape with a 120° duration in each half-cycle, and are used to drive an AC motor. (Col. 3, lines 29-32; Col. 5, lines 14-15).

Unlike the present invention, Lipo does not describe or suggest anything relevant to synchronous switching regulators. Lipo's inverter circuit used to provide polyphase AC motor drive currents does not describe or suggest timing circuitry that generates N-phase timing pulses used to control synchronous switching regulators of this invention.

Further, neither Lipo nor Szepesi contain any suggestion of how to combine Lipo's inverter circuit with

8

# A 337

LINEAR 001689

Szepesi's multiple parallel-operated regulators. Indeed, other than by hindsight gleaned from applicant's specification, the Office action provides no credible justification why a person of ordinary skill in the art would somehow be motivated to combine the disparate references. Accordingly, applicant respectfully requests that the § 103(a) rejections be withdrawn.

Conclusion

For the reasons stated above, applicant submits that this application, including amended claims 1-33, is allowable. Applicant therefore respectfully requests that the Examiner reconsider and allow this application.

Respectfully submitted,

James Trosino
Registration No. 39,862
Attorney for Applicant

c/o  FISH & NEAVE
1251 Avenue of the Americas
New York, New York  10020
Tel.: (650) 617-4000

I hereby Certify that this
Correspondence is being
Deposited with the U.S.
Postal Service as First
Class Mail in an Envelope
Addressed to: ASSISTANT
COMMISSIONER FOR PATENTS
WASHINGTON, D.C.  20231, ON

LILY X. JANG

Signature of Person Signing

9

# A 338

LINEAR 001690

GAU-2838/9

REV. 11/98
For Other Than A Small Entity

Docket No. LT-73

| | | |
|---|---|---|
| Applicant | : | Craig Steven Varga |
| Serial No. | : | 09/114,384 |
| Filed | : | July 13, 1998 |
| For | : | POLYPHASE SYNCHRONOUS SWITCHING VOLTAGE REGULATORS |
| Group Art Unit | : | 2838 |
| Examiner | : | R. B. Patel |

Hon. Assistant Commissioner
  for Patents
Washington, D.C. 20231

RECEIVED
OCT 19 1999
TECHNOLOGY CENTER 2800

## TRANSMITTAL LETTER

Sir:

      Transmitted herewith: [ ] a Preliminary Amendment;
[X] a Response to Examiner's Action; [ ] a Supplemental
Amendment; [ ] a substitute Specification; [ ] a Declaration;
[ ] a Supplemental Declaration; [ ] a Power of Attorney;
[ ] an Associate Power of Attorney; [ ] formal drawings; to be
filed in the above-identified patent application.

## FEE FOR ADDITIONAL CLAIMS

[X]  A fee for additional claims is not required.

[ ]  A fee for additional claims is required.

# A 339

LINEAR 001691

The additional fee has been calculated as shown below:

| | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDITIONAL FEES |
|---|---|---|---|---|---|
| TOTAL CLAIMS | – | * = | | X $ 18 = | $ |
| INDEPENDENT CLAIMS | – | ** = | | X $ 78 = | $ |
| FIRST PRESENTATION OF A MULTIPLE DEPENDENT CLAIM | | | | + $260 = | $ |

* If less than 20, insert 20.   TOTAL   $_____

** If less than 3, insert 3.

[ ]   A check in the amount of $_____ in payment of the filing fee is transmitted herewith.

[X]   The Commissioner is hereby authorized to charge payment of any additional filing fees required under 37 C.F.R. § 1.16, in connection with the paper(s) transmitted herewith, or credit any overpayment of same, to deposit Account No. 06-1075. A duplicate copy of this transmittal letter is transmitted herewith.

[ ]   Please charge $_____ to Deposit Account No. 06-1075 in payment of the filing fee. A duplicate copy of this transmittal letter is transmitted herewith.

EXTENSION FEE

[X]   The following extension is applicable to the Response filed herewith; [X] $110.00 extension fee for response within first month pursuant to 37 C.F.R. § 1.136(a); [ ] $380.00 extension fee for response within second month pursuant to 37 C.F.R. § 1.136(a); [ ] $870.00 extension fee for response within third month pursuant to 37 C.F.R. § 1.136(a); [ ] $1,360.00 extension fee for response within fourth month pursuant to 37 C.F.R.

2

A 340

LINEAR 001692

§ 1.136(a); $1,850.00 within fifth month pursuant to 37 C.F.R. § 1.36(a).

[X]  A check in the amount of [X] $110.00; [ ] $380.00; [ ] $870.00; [ ] $1,360.00; [ ] $1,850.00 in payment of the extension fee is transmitted herewith.

[X]  The Commissioner is hereby authorized to charge payment of any additional fees required under 37 C.F.R. § 1.17 in connection with the paper(s) transmitted herewith, or to credit any overpayment of same, to Deposit Account No. 06-1075.  A duplicate copy of this transmittal letter is transmitted herewith.

[ ]  Please charge the [ ] $110.00; [ ] $380.00; [ ] $870.00; [ ] $1,360.00; [ ] $1,850.00; extension fee to Deposit Account No. 06-1075.  A duplicate copy of this transmittal letter is transmitted herewith.

I hereby Certify that this
Correspondence is being
Deposited with the U.S.
Postal Service as First
Class Mail in an Envelope
Addressed to: ASSISTANT
COMMISSIONER FOR PATENTS
WASHINGTON, D.C. 20231, on
10-11-99

LILY X. JIANG

Signature of Person Signing

James Trosino
Registration No. 39,862
Attorney for Applicants

FISH & NEAVE
1251 Avenue of the Americas
New York, New York 10020-1104
Tel.:  (650) 617-4000

3

# A 341

LINEAR 001693

# TAB 20



US005212618A

# United States Patent [19]

## O'Neill et al.

| | |
|---|---|
| [11] | Patent Number: | **5,212,618** |
| [45] | Date of Patent: | **May 18, 1993** |

[54] **ELECTROSTATIC DISCHARGE CLAMP USING VERTICAL NPN TRANSISTOR**

[75] Inventors: **Dennis P. O'Neill**, San Mateo County; **William C. Rempfer; Robert C. Dobkin**, both of Santa Clara County, all of Calif.

[73] Assignee: **Linear Technology Corporation**, Milpitas, Calif.

[21] Appl. No.: **518,151**

[22] Filed: **May 3, 1990**

[51] Int. Cl.⁵ ........................ H02H 9/04; H02L 27/04
[52] U.S. Cl. ..................................... 361/56; 361/91; 257/356
[58] Field of Search .................. 361/56, 91; 357/23.13

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,230,429 | 1/1966 | Stehney | 361/56 |
| 3,967,295 | 6/1976 | Stewart | 357/23.13 |
| 4,106,048 | 8/1978 | Khajezadeh | 361/56 |
| 4,131,908 | 12/1978 | Daub et al. | 357/23.13 |
| 4,367,509 | 1/1983 | Snyder et al. | 361/91 |
| 4,400,711 | 8/1983 | Avery | 361/56 |
| 4,543,593 | 9/1985 | Fujita | 361/91 |
| 4,567,500 | 1/1986 | Avery | 361/56 |
| 4,573,099 | 2/1986 | Ganesan et al. | 361/56 |
| 4,652,902 | 3/1987 | Takata et al. | 357/23.13 |
| 4,656,491 | 4/1987 | Igarashi | 357/23.13 |
| 4,937,471 | 6/1990 | Park et al. | 357/23.13 |
| 4,939,616 | 7/1990 | Rountree | 361/56 |
| 4,990,802 | 2/1991 | Smooha | 357/23.13 |
| 5,010,380 | 4/1991 | Avery | 357/23.13 |
| 5,027,181 | 6/1991 | Larik et al. | 361/56 |
| 5,099,302 | 3/1992 | Pavlin | 357/23.13 |
| 5,159,518 | 10/1992 | Roy | 361/91 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 269946 | 7/1989 | German Democratic Rep. | |
| 2-214164 | 8/1990 | Japan | |
| 2090701 | 7/1982 | United Kingdom | 357/23.13 |
| 2127214 | 4/1984 | United Kingdom | |

2210197  6/1989  United Kingdom

*Primary Examiner*—Geoffrey S. Evans
*Attorney, Agent, or Firm*—Flehr, Hohbach, Test, Albritton & Herbert

[57]        **ABSTRACT**

An electrostatic discharge protection clamp particularly useful for with bipolar and biCMOS integrated circuits include an NPN transistor formed in an isolated tub in an epitaxial layer grown on a substrate. The collector of the NPN transistor is connected to the input terminal, and the emitter of the NPN transistor is connected to the substrate. A resistor interconnects the base and the emitter. Advantageously, the P-doped base can abut the P-doped isolation region forming the tub, and the P-doped isolation region can interconnect the emitter to the substrate. Below BV$_{CES}$ the clamp will look like an open circuit, and above BV$_{CES}$ the transistor will start conducting current. The transistor will break down collector to base. Conduction of the transistor causes a voltage drop across the base-emitter junction, and when this voltage drop exceeds the base-emitter forward voltage the transistor will turn on. Once the transistor is turned on and current starts flowing in the emitter, avalanche effects will cause the breakdown voltage to snap back to BV$_{CEO}$ and remain there until the emitter current drops below some low level, which will be at the end of the electrostatic discharge pulse. In the negative direction the tub to substrate diode provides an effective clamp which will clamp the voltage to a low value and limit the power dissipation in the junction. Alternatively, a bidirectional clamp can be provided in which a second NPN transistor is fabricated in the tub with the emitter of the second transistor connected to the input terminal and the collectors of the two transistors being interconnected by the N-doped epitaxial layer of the tub. The dopant conductivities can be reversed.

**21 Claims, 4 Drawing Sheets**



**A 342**



FIG.—1



FIG.—2A



FIG.—2B

A 343

LINEAR 001842



*FIG. —3A*

*FIG. —3B*



*FIG. —5A*          *FIG. —5B*

**A  344**

LINEAR 001843



FIG. — 4A              FIG. — 4B



FIG. — 6A

FIG. — 6B

**A 345**

LINEAR 001844



*FIG. − 7*



*FIG. − 8*

**A 346**

LINEAR 001845

5,212,618

1

# ELECTROSTATIC DISCHARGE CLAMP USING VERTICAL NPN TRANSISTOR

## BACKGROUND OF THE INVENTION

This invention relates generally to electrostatic discharge clamps, and more particularly to a voltage clamp employing a vertical NPN transistor structure.

The input terminals to bipolar circuits must be provided with electrostatic discharge clamps in order to protect the bipolar circuitry, especially sensitive input structures. The human body, for example, can be modeled as a charged 100 PF capacitor in series with a 1.5 K ohm resistor with capacitor voltages sometimes exceeding 15 KV. Thus, a human body can provide peak voltage and current sufficient to damage circuits designed to operate at a low voltage level.

Protection against electrostatic discharge voltages is conventionally provided by placing or connecting input terminals to a negative doped region, in a semiconductor substrate which has a positive dopant concentration. The resulting PN junction, or diode, will clamp the input terminal to a low negative voltage relative to the substrate by discharging a large negative voltage to the substrate. This is much less effective for positive electrostatic discharge voltages, however, because the reverse biased diode is less capable of clamping at a voltage low enough to prevent damage. To be useful, electrostatic discharge circuits must clamp well in both directions.

Protection against voltage discharge has heretofore been provided in MOS circuits by connecting the input terminal to a lateral NPN transistor. This invention is directed to a novel clamp particularly useful with bipolar circuits and biCMOS circuits and which can be effective for positive and negative electrostatic discharge voltages.

## SUMMARY OF THE INVENTION

An object of the present invention is to provide an improved electrostatic discharge clamp.

Another object of this invention is to provide an improved clamp which is effective for both positive and negative electrostatic discharge.

Still another object of the invention is to provide an electrostatic discharge clamp which is particularly useful with bipolar and biCMOS circuits.

One feature of the invention is an electrostatic discharge clamp including a vertical NPN transistor which can clamp an input terminal to $BV_{CEO}$ of the transistor after a voltage exceeding $BV_{CES}$ of the transistor is applied to the terminal. Below $BV_{CEO}$ the clamp appears as an open circuit.

The vertical NPN transistor is fabricated in an N-doped region formed in a P-doped substrate. The transistor is in parallel with a diode formed by the region and substrate. The base and emitter of the transistor are interconnected by a resistance, which can be the resistance of the base region.

In operation, the clamp will break down collector to base to limit positive electrostatic discharge. Below $BV_{CES}$ the clamp will look like an open circuit. Above $BV_{CES}$ the transistor will start conducting current because the transistor breaks down from collector to base. The geometry of the transistor is such that at least part of the breakdown current flows through the base resistance thereby causing a voltage drop across the base resistance. The emitter is placed near the end of the base

2

which will be at the highest potential, and the emitter is shorted to the end of the base which is at the lower potential. When this voltage drop exceeds the base-emitter forward voltage, the transistor will turn on. Once the transistor is on and current flows in the emitter, avalanche effects will cause breakdown voltage to snap back to $BV_{CEO}$ and remain there until the emitter current drops back to some low level, which will happen at the end of the electrostatic discharge pulse. Accordingly, the clamp works by limiting the power (LV) dissipated to a level that prevents damage.

The objects and features of the invention will be more readily understood from the following detailed description and dependent claims when taken with the drawing.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic diagram of an electrostatic discharge clamp in accordance with the invention.

FIGS. 2A and 2B are a sectional view and a plan view respectively, of one embodiment of the clamp of FIG. 1.

FIGS. 3A and 3B are a section view and a plan view, respectively, of another embodiment of the clamp of FIG. 1.

FIGS. 4A and 4B are a plan view and schematic, respectively, of a bidirectional clamp in accordance with the invention.

FIGS. 5A and 5B are a plan view and sectional view, respectively, of an alternative embodiment of the invention

FIGS. 6A and 6B are a plan view and sectional view, respectively, of another embodiment of the invention.

FIGS. 7 and 8 are sectional views of biCMOS circuits which are equivalent to FIGS. 2A and 4A, respectively.

## DETAILED DESCRIPTION OF ILLUSTRATIVE EMBODIMENTS

Referring now to the drawing, FIG. 1 is a schematic of an electrostatic discharge clamp in accordance with the invention. The clamp comprises a vertical NPN transistor 10 having its collector connected to the input terminal 12 and its emitter connected to the substrate. A resistor $R_B$ interconnects the base of the transistor and the emitter. A substrate diode 14 is connected in parallel with transistor 10 with the cathode of the diode connected to the input terminal 12 and the anode of the diode connected to the substrate. The clamp is fabricated in an N-doped tub formed in a P-doped substrate.

FIGS. 2A and 2B are a section view and plan view, respectively, of one embodiment of the clamp of FIG. 1. In this embodiment a P-doped substrate 20 has a N-doped epitaxial layer 22 formed thereon. P-doped isolation regions 24 define an isolation region or tub in the epitaxial layer 22. The NPN transistor of the clamp of FIG. 1 is fabricated in the isolated tub with an N+ buried layer 26 between the substrate 20 and the isolated epitaxial layer 22 which functions as the collector, a P-doped region 28 functioning as the base, and an N+ doped region 30 functioning as the emitter. An N+ sinker 32 is formed from the surface of the epitaxial layer to the buried layer 26 to provide a low resistance surface contact to the collector. An N+ diffusion 33 is made to provide a contact surface to the sinker 32. The collector is interconnected to the input terminal (not shown), and the base and emitter are interconnected to a substrate contact 34 which can be provided on the P+

A 347

LINEAR 001846

5,212,618

| 3 | 4 |

isolation region 24. The base is interconnected with the contact 34 through a resistance 36 which can be a discrete resistor fabricated on the surface of the epitaxial layer. Alternatively, the resistor can be the resistance of the base region between the emitter and the isolation region since the value of the resistor from the base of the clamp to ground is noncritical and can vary from several ohms to several hundred ohms.

This is illustrated in FIGS. 3A and 3B which are a section view and a plan view, respectively, of another embodiment of the clamp of FIG. 1. This structure is similar to the structure of FIGS. 2A and 2B, and like elements have the same reference numerals. However, in this embodiment the base region 28 abuts the isolation region 24 with the resistance 36 provided solely by the resistance of the base region between the emitter and the isolation region 24. As long as a portion of the emitter/ base junction is in the tub away from the isolation region, transistor action will occur. The base resistor now comprises the pinched resistance underneath the emitter 30 and the base resistance extending from the emitter to the isolation region.

It will be noted that the collector/base breakdown will occur first at the corners of the base, then at a slightly higher voltage, breakdown will occur at the edges of the base and finally at the bottom of the base. For the current levels which occur during an electrostatic discharge spike (i.e. several amperes) voltage drops in the base are sufficient for breakdown to occur in all three of the areas. Additionally, it will be noted that the N+ sinker to the collector helps minimize the collector resistance; hence, the voltage drop across the clamp at high currents. However, the clamp is operable at 10 KV even without the sinker.

The clamp as illustrated in FIGS. 1–3 is operable for device pins which are driven positive with respect to the substrate of the device in normal operation. In the negative direction the clamp is limited to the $V_{BE}$ of the tubsubstrate diode. Such a clamp is satisfactory for most bipolar devices; however, some inputs in bipolar devices must look like an open circuit when driven, plus or minus 30 V with respect to the substrate.

FIGS. 4A and 4B are a plan view and schematic, respectively, of another embodiment of the invention which is operates in both directions and allows the input pin to go ±60 V without clamping action. In this embodiment, two transistors, Q1 and Q2, are formed in z tub 40. The emitter 41 of transistor Q1 is connected to an input terminal 42 and through a small distributed base resistance R1 to the base 43 of transistor Q1. The emitter 44 of transistor Q2 is connected to ground and through a small distributed base resistance R2 to the base 46 of transistor Q2, similar to the circuitry of FIGS. 1–3. The collectors of transistors Q1 and Q2 are interconnected and comprise the N-doped tub and buried layer 40, as in the structure of FIGS. 1–3.

In operation, when the input pin is pulled positive the P-type base of transistor Q2 will forward bias to the tub, but the tub will not conduct until the voltage on the tub exceeds the $BV_{CES}$ of transistor Q2. Once the tub voltage exceeds $BV_{CES}$ of transistor Q2, transistor Q2 will turn on and an SCR can form and clamp the tub voltage to $BV_{CEO}$ or less as described above with reference to the clamps of FIGS. 1–3. In the negative direction two diodes are formed. The first diode is from the base of transistor Q2 to the tub, and since the Q2 base is tied to the substrate this diode will turn on when the tub is below the substrate by $1V_{BE}$. The second diode is the

inherent substrate to tub diode which will forward bias when the tub is pulled below substrate by $1V_{BE}$. The diodes will not conduct, however, until the emitter of transistor Q1 is pulled negative with respect to the tub by a voltage greater than $BV_{CES}$ of transistor Q1. At this point transistor Q1 will turn on and an SCR can form and clamp the voltage from the tub to its emitter at $BV_{CEO}$ voltage or less. This operation is similar to the clamps of FIGS. 1–3 and the operation of the Q2 clamp for positive voltages.

Accordingly, the input pin voltage range for normal operation can be plus or minus $BV_{CES}$ (typically 60–80 V) and during an electrostatic discharge spike the input pin will be clamped to plus or minus $BV_{CEO}$ (typically 40–50 V) plus $1V_{BE}$. Other variations in the structure of the clamp transistor can be made.

FIGS. 5A and 5B are a plan view and section view, respectively, of one embodiment in which the size of the emitter region 50 is increased. In this embodiment the breakdown current will flow from the collector region to the end of the contact 52 that is outside of the emitter region 50. Part of the current flowing into the base at the opposite end of the base must flow beneath the emitter, and in doing so will raise the potential of the base under the emitter sufficiently to forward bias the base-emitter junction and turn on the transistor.

Another embodiment of the invention includes forming an opening in the center of the emitter to expose the base, as illustrated in the plan view and section view of FIGS. 6A and 6B. The emitter is 60, the opening is 62, the base is 66, and the initial contact to the base and emitter is 64. This forces all of the breakdown current from the edges of the base to flow beneath the emitter, through the pinched resistance so that the emitter/base junction forward biases evenly around its entire periphery.

The invention has been described in bipolar embodiments with respect to FIGS. 2A–2B and 4A–4B. However, the invention is applicable in other circuits, such as biCMOS, as illustrated in the section views of FIGS. 7 and 8. FIG. 7 is equivalent to FIG. 2A except a diffused N— well in a P-substrate is employed rather than an epitaxial layer grown on a substrate. Like elements have the same reference. P diffusions 25 and 27 serve to make contact to the lightly doped substrate 20 and base 28, respectively. Similarly, FIG. 8 is equivalent to FIG. 4A.

There has been described an improved electrostatic discharge protection clamp in which a vertical NPN transistor is used to clamp the input pin to $BV_{CEO}$ of the transistor and limit power dissipation during an ESD spike. The geometry can be arranged so that below $BV_{CES}$ the clamp is an open circuit, and above $BV_{CES}$ the breakdown current will flow in such a way as to forward bias the base-emitter junction and promote avalanche multiplication of the base current and cause the transistor to clamp at a voltage near $BV_{CEO}$ for the duration of the spike.

While the invention has been described with reference to specific embodiments, the description is illustrative of the invention and is not to be construed as limiting the invention. For example, the conductivity types can be reversed in the several illustrative embodiments. Thus, various modifications and applications may occur to those skilled in the art without departing from the true spirit and scope of the invention as defined by the appended claims.

We claim:

A 348

LINEAR 001847

5

5,212,618

6

1. An electrostatic discharge protection clamp for an input terminal to an integrated circuit comprising:

a semiconductor substrate of one conductivity type,

a first semiconductor region of opposite conductive type abutting a surface of said substrate,                          5

a vertical bipolar transistor formed in said first semiconductor region and having emitter, base, and collector regions, with said collector region being coupled to said input terminal and diode-connected to said substrate, and with said base region being 10 coupled to said emitter region via a current limiting resistive elements, said vertical bipolar transistor having a collector-base breakdown voltage below a pre-selected voltage level such that said vertical bipolar transistor is inactive at input voltages ap- 15 plied to said input terminal below the pre-selected breakdown voltage and forms a current path for discharging excess charge on said input terminal when said input voltage exceeds the pre-selected voltage level.                                             20

2. The electrostatic discharge clamp as defined by claim 1 wherein said integrated circuit comprises a bipolar circuit and wherein said transistor breakdown voltage corresponds to the breakdown voltage between said collector and base regions of said vertical bipolar 25 transistor, said first semiconductor region being an epitaxial layer grown on said substrate.

3. The electrostatic discharge clamp as defined by claim 1 wherein said integrated circuit comprises a biCMOS circuit and wherein said transistor breakdown 30 voltage corresponds to the breakdown voltage between said collector and base regions of said vertical bipolar transistor, said first region being a doped region in said substrate.

4. A bidirectional electrostatic discharge protection 35 clamp for an input terminal to an integrated circuit comprising:

a P-doped semiconductor substrate,

an N-doped semiconductor layer grown on a surface of said P-doped semiconductor substrate,                      40

a P-doped isolation region extending from a surface of said N-doped layer to said substrate and surrounding a tub of said N-doped layer,

a vertical NPN bipolar transistor formed in said tub, said transistor having a collector diode-connected 45 to said substrate comprising said N-doped layer in said tube, a base comprising a P-doped region in said N-doped layer in said tub, and an N-doped emitter in said P-doped region, said vertical bipolar transistor having a collector-base breakdown volt- 50 age below a pre-selected voltage level such that said vertical bipolar transistor is inactive at input voltages applied to said input terminal below the pre-selected breakdown voltage and forms a current path for discharging excess charge on said 55 input terminal when said input voltage exceeds the pre-selected voltage level,

resistive means interconnecting said base to said emitter, and

interconnect means connecting said collector to said 60 input terminal.

5. The electrostatic discharge protection clamp as defined by claim 4 wherein said substrate is connected to circuit ground.

6. The electrostatic discharge protection clamp as 65 defined by claim 4 wherein said collector further includes a buried N+ doped region between said tube and said substrate.

7. The electrostatic discharge protection clamp as defined by claim 4 wherein said base P-doped region abuts said P-doped isolation region, said resistive means comprising the resistance of said P-doped region.

8. The electrostatic discharge protection clamp as defined by claim 4 wherein said N-doped emitter has a central opening exposing said base.

9. An electrostatic discharge protection clamp for an input terminal to an integrated circuit comprising:

a P-doped semiconductor substrate,

an N-doped epitaxial semiconductor layer grown on a surface of said P-doped semiconductor substrate,

a P-doped isolation region extending from a surface of said epitaxial layer to said substrate and surrounding a tub of said epitaxial layer,

a vertical NPN transistor formed in said tub, said transistor having a collector comprising said N-doped epitaxial layer in said tube and a buried N+ doped region between said tub and said substrate, a base comprising a P-doped region in said N-doped epitaxial layer in said tub, and an N-doped emitter in said P-doped region,

an n+ region extending between the surface of said tub and the N+ buried region to provide contact from the surface to the buried region,

resistive means interconnecting said base to said emitter,

first interconnect means connecting said collector to an input terminal, and

second interconnect means connecting said emitter to said substrate.

10. The electrostatic discharge protection clamp as defined by claim 9 wherein said base and emitter are connected to said substrate through said P-doped isolation region.

11. The electrostatic discharge protection clamp as defined by claim 10 wherein said base P-doped region abuts said P-doped isolation region, said resistive means comprising the resistance of said P-doped region.

12. A bidirectional electrostatic discharge protection clamp for an input terminal to an integrated circuit, said protection clamp being disposed to prevent first and second preselected electrostatic discharge voltages of first and second polarities impressed upon said input terminal from exceeding first and second breakdown voltages characteristic of first and second vertical bipolar transistors, respectively, comprising:

a semiconductor substrate of one conductivity type,

a first semiconductor region of opposite conductivity type abutting a surface of said substrate,

first and second vertical bipolar transistors formed in said first semiconductor region, each of said transistors having a base, a collector, and an input terminal, said first and second vertical bipolar transistors being inactive at input voltages applied to said input terminal below the first and second pre-selected voltages, respectively, and forming first and second current paths for discharging excess charge on said input terminal when said input voltage exceeds the first pre-selected voltages, respectively,

first interconnect means connecting said emitter of said first transistor to said input terminal,

first resistive means connecting said base of said first transistor to said input terminal,

second interconnect means connecting said emitter of said second transistor to said substrate, and

A 349

LINEAR 001848

5,212,618

7

second resistive means connecting said base of said second transistor to said substrate.

13. The electrostatic discharge clamp as defined by claim 12 wherein said integrated circuit comprises a bipolar circuit and wherein said first and second transistor breakdown voltages respectively correspond to the breakdown voltages between said collector and base regions of said first and second vertical bipolar transistors, said first semiconductor region being an epitaxial layer grown on said substrate.

14. The electrostatic discharge clamp as defined by claim 12 wherein said integrated circuit comprises a biCMOS circuit and wherein said first and second transistor breakdown voltages respectively correspond to the breakdown voltages between said collector and base regions of said first and second vertical bipolar transistors, said first region being a doped region in said substrate.

15. A bidirectional electrostatic discharge protection clamp for an input terminal to an integrated circuit, said protection clamp being disposed to prevent electrostatic discharge voltages of first and second polarities impressed upon said input terminal from exceeding first and second breakdown voltages characteristic of first and second vertical bipolar transistors, respectively, comprising:

a P-doped semiconductor substrate,

an N-doped layer grown on a surface of said P-doped semiconductor substrate,

a P-doped isolation region extending from a surface of said N-doped layer to said substrate and surrounding a tub of said N-doped layer,

first and second NPN bipolar transistors formed in said tub, each of said transistors having a collector diode-connected to said substrate comprising said N-doped layer in said tub, each of said transistors having a base comprising P-doped regions in said N-doped layer in said tub, and each of said transistors having an N-doped emitter in one of said P-doped regions wherein said first and second bipolar transistors have collector-base breakdown voltages such that said transistors are inactive at input voltages applied to said input terminal below the first and second breakdown voltages, respectively,

interconnect means connecting said emitter of said first transistor to said input terminal, first resistive means connecting said base of said first transistor to said input terminal, and

second resistive means connecting said base of said second transistor to said substrate.

16. The bidirectional electrostatic discharge protection clamp as defined by claim 15 wherein said substrate is connected to circuit ground and said base and said emitter of said second transistor are connected to said substrate.

17. The bidirectional electrostatic discharge protection clamp as defined in claim 16 wherein said base and emitter of said second transistor are connected to said substrate through said P-doped isolation region.

18. The bidirectional electrostatic discharge protection clamp as defined by claim 17 wherein said base P-doped region of said second transistor abuts said P-doped isolation region, said resistive means comprising the resistance of said P-doped region.

8

19. The bidirectional electrostatic discharge protection clamp as defined by claim 18 wherein said collectors further include a buried N+ doped region between said tub and said substrate.

20. A bidirectional electrostatic discharge protection clamp for an input terminal to an integrated circuit comprising:

a P-doped semiconductor substrate connected to circuit ground,

an N-doped epitaxial layer grown on a surface of said P-doped semiconductor substrate,

a P-doped isolation region extending from a surface of said epitaxial layer to said substrate and surrounding a tub of said epitaxial layer,

first and second NPN bipolar transistors formed in said tub, each of said transistors having a collector comprising said N-doped layer in said tub wherein said collectors further include a buried N+ doped region between said tub and said substrate, each of said transistors having a base comprising P-doped regions in said N-doped epitaxial layer in said tub wherein said base P-doped region of said second transistor abuts said P-doped isolation region, and each of said transistors having an N-doped emitter in one of said P-doped regions wherein said base and wherein said base and said emitter of said second transistor are connected to said substrate through said P-doped isolation region,

an n+ region extending between the surface of said tub and the N+ buried region to provide contact from the surface to the buried region,

an input terminal,

first interconnect means connecting said emitter of said first transistor to said input terminal,

first resistive means connecting said base of said first transistor to said input terminal, said first resistive means comprising the resistance of said P-doped region,

second interconnect means connecting said emitter of said second transistor to said substrate, and

second resistive means connecting said base of said second transistor to said substrate, said resistive means comprising the resistance of said P-doped region.

21. An electrostatic discharge protection clamp for an input terminal to an integrated circuit comprising:

a semiconductor substrate of one conductivity type,

a first semiconductor region of opposite conductive type abutting a surface of said substrate,

a vertical bipolar transistor formed in said first semiconductor region and having emitter, base, and collector regions, with said collector region being coupled to said input terminal and said base region being coupled to said emitter region via a current limiting resistive element, said vertical bipolar transistor having a collector-base voltage below a pre-selected voltage level such that said vertical bipolar transistor is inactive at input voltages applied to said input terminal below the pre-selected breakdown voltage and forms a current path for discharging excess charge on said input terminal when said input voltage exceeds the pre-selected voltage level, and

a PN junction connecting said substrate to said collector region.

*  *  *  *  *

A 350

LINEAR 001849

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO. :      5,212,618                                    Page 1 of 2

DATED       :      May 18, 1993

INVENTOR(S) :       O'Neill et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

TITLE PAGE

In the abstract, line 2, delete "with".

In the abstract, line 3, change "include" to --includes--.

At column 3, line 39, change "tubsubstrate" to --substrate--.

At column 3, line 47, delete "z".

At column 3, line 58, change "Q2" to --Q1--.

At column 5, line 12, change "elements" to --element--.

At column 5, line 13, delete "below" and insert --above--.

At column 5, line 47, change "tube" to --tub--.

At column 5, line 51, delete "below" and insert --above--.

At column 5, line 67, change "tube" to --tub--.

At column 6, line 18, change "tube" to --tub--.

At column 6, line 43, change "voltages" to --voltage--.

At column 6, line 43, change "characteristic" to --characteristics--.

At column 6, line 61, after "first" insert --and second--.

At column 7, line 25, change "voltages" to --voltage--.

At column 7, line 25, change "characteristic" to --characteristics--.

At column 8, line 26, delete "and wherein said base".

A 351

LINEAR 001850

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   : 5,212,618                          Page 2 of 2

DATED        : May 18, 1993

INVENTOR(S) : O'Neill et al.

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

At column 8, line 56, delete "below" and insert --above--.

Signed and Sealed this

Thirteenth Day of September, 1994

*Bruce Lehman*

**BRUCE LEHMAN**

Attest:

Attesting Officer          *Commissioner of Patents and Trademarks*

A 352

LINEAR 001851

# TAB 21

US006100678A

# United States Patent [19]

**Hobrecht**

[11] **Patent Number:** 6,100,678

[45] **Date of Patent:** Aug. 8, 2000

[54] **SINGLE PACKAGE PIN PROVIDING SOFT-START AND SHORT-CIRCUIT TIMER FUNCTIONS IN A VOLTAGE REGULATOR CONTROLLER**

[75] Inventor: **Stephen W. Hobrecht**, Los Altos, Calif.

[73] Assignee: **Linear Technology Corporation**, Milpitas, Calif.

[21] Appl. No.: **09/383,458**

[22] Filed: **Aug. 26, 1999**

**Related U.S. Application Data**

[60] Provisional application No. 60/099,907, Sep. 11, 1998.

[51] Int. Cl.[7] .................................................. G05F 1/575
[52] U.S. Cl. ...................................... 323/288; 323/280
[58] Field of Search .............................. 323/273, 274, 323/277, 280, 282, 284, 288

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,806,842 | 2/1989 | Bittner | 323/288 |
| 5,264,780 | 11/1993 | Bruer et al. | 323/284 |
| 5,335,162 | 8/1994 | Martin-Lopez et al. | 323/288 |

OTHER PUBLICATIONS

Linear Technology Corporation, 1630 McCarthy Blvd., Milpitas CA 95035, "LTC1155, Dual High Side Micropower MOSFET Driver", <http://www.linear–tech.com>. Mar. 1999.

Linear Technology Corporation, 1630 McCarthy Blvd., Milpitas CA 95035, "LTC1435, High Efficiency Low noise Synchronous Step–Down Switching Regulator", <http://www.linear–tech.com>. Aug. 1996.

Linear Technology Corporation, 1630 McCarthy Blvd., Milpitas CA 95035, "LTC1438/LTC1439, Dual High Efficiency, Low Noise, Synchronous Step–Down Switching Regulators", <http://www.linear–tech.com>. Jan. 1997.

Maxim Integrated Products, 120 San Gabriel Drive, Sunnyvale, CA 94086, "Max1630–1635, Multi–Output, Low–Noise Power–Supply Controllers for Notebook Computers", <http://www.maxim–ic.com>. Apr. 1997.

Semtech Corporation, 652 Mitchell Road, Newbury Park, CA 91320, "SC1144, Programmable, High Performance Multi–Phase, PWM Controller", <http://www.semtech.com>. Aug. 1999.

*Primary Examiner*—Jeffrey Sterrett
*Attorney, Agent, or Firm*—Fish & Neave; Matthew T. Byrne

[57] **ABSTRACT**

Circuits and methods for implementing both a soft-start function and a short-circuit timer function in voltage regulator controller circuits using only a single package pin are provided. The soft-start and short-circuit timer functions are performed by measuring the voltage across an external capacitor as the capacitor is charged and discharged by a function control circuit. The soft-start function is performed by charging the capacitor from a completely discharged state using a current source in the function control circuit and by using the capacitor voltage as a current limit signal to gradually increase the current drawn from a voltage source to the normal operating level. The short-circuit timer function is performed by using the charge and discharge times of the capacitor to delay the shutdown of the voltage regulator in response to a short-circuit detection.

**32 Claims, 2 Drawing Sheets**



LINEAR 001754

LINEAR 001755



FIG. 1

LINEAR 001756



# FIG. 2

6,100,678

1

# SINGLE PACKAGE PIN PROVIDING SOFT-START AND SHORT-CIRCUIT TIMER FUNCTIONS IN A VOLTAGE REGULATOR CONTROLLER

## CROSS REFERENCE TO RELATED APPLICATION

This application claims the benefit of U.S. provisional patent application No. 60/099,907, filed Sep. 11, 1998.

## BACKGROUND OF THE INVENTION

The present invention relates to voltage regulator controller circuits. More particularly, the present invention relates to circuits and methods for providing both a soft-start function and a short-circuit timer function using a single package pin in a voltage regulator controller circuit.

The purpose of a voltage regulator is to provide a predetermined and substantially constant output voltage to a load from a voltage source which may be poorly-specified or fluctuating. In a typical linear voltage regulator, the voltage at the regulator output is regulated by controlling the flow of current passing through a pass element (such as a power transistor) from the voltage source to the load. In typical switching voltage regulators, the voltage at each regulator output is regulated by controlling the width of current pulses passing through an inductive energy storage element (such as an inductor) from the voltage source to the load. In both of these types of voltage regulators, a voltage regulator controller circuit must be employed to control the flow of current in the linear regulators and the width of the current pulses in the switching regulators.

One feature typically found in switching-based voltage regulator controller circuits is a soft-start function. A soft-start function typically reduces current surges at a voltage source by gradually increasing the current limit of the voltage regulator controller circuit so that the current drawn from the voltage source gradually builds from a low level to a normal operating level. In some implementations of a soft-start function, a package pin is used to enable a voltage regulator designer to control whether the soft-start function is to be active and, if so, to control the rate at which the soft-start function increases the current limit of the voltage regulator controller circuit. One problem with using a package pin for such a soft-start function is that once the soft-start function has performed its task, the pin is no longer in active use in the circuit.

Another feature found in some voltage regulator controller circuits is a short-circuit latch off function. This function protects a voltage regulator from short circuits at the output of the voltage regulator by causing the regulator to be shutdown when a short circuit at the output of the voltage regulator is detected. One problem with the known short-circuit latch off function in voltage regulator controller circuits is it's susceptibility to noise and brief periods of large current surges. When either of these conditions occur, these known voltage regulator controller circuits may cause the voltage regulators to be shutdown even though the conditions were only temporary and not sufficient to damage the regulator. Another problem with known short-circuit latch off functions in voltage regulator controller circuits is that they are not externally controllable. In certain instances it is desirable to disable a short circuit latch off function, for example, when testing a circuit.

In view of the foregoing, it would be desirable to provide voltage regulator controller circuits that provide a soft-start function that utilizes an external pin to control the soft-start

2

feature and that also allows the external pin to be used for other purposes once the soft-start period has passed.

It would also be desirable to provide voltage regulator controller circuits that provide a short circuit protection mechanism that is not subject to noise and brief periods of large current surges.

It would be further desirable to provide voltage regulator controller circuits that provide a short circuit protection mechanism that enables the mechanism to be disabled.

It would be even further desirable to provide voltage regulator controller circuits that provide a soft-start function and a short circuit protection mechanism that share a single package pin.

## SUMMARY OF THE INVENTION

It is therefore an object of the invention to provide voltage regulator controller circuits that provide a soft-start function that utilizes an external pin to control the soft-start feature and that also allows the external pin to be used for other purposes once the soft-start period has passed.

It is another object of the invention to provide voltage regulator controller circuits that provide a short circuit protection mechanism that is not subject to noise and brief periods of large current surges.

It is yet another object of the invention to provide voltage regulator controller circuits that provide a short circuit protection mechanism that enables the mechanism to be disabled.

It is still another object of the invention to provide voltage regulator controller circuits that provide a soft-start function and a short circuit protection mechanism that share a single package pin.

In accordance with these and other objects of the invention, there are provided circuits and methods for implementing a short-circuit timer function that integrates a short-circuit detection signal over a certain period of time and that allows the function to be disabled. The circuits and methods of the present invention also implement both a soft-start function and the short-circuit timer function in voltage regulator controller circuits using only a single package pin. This is accomplished by using the single package pin to connect a function control circuit within each voltage regulator controller circuit to an external capacitor. The function control circuit performs the soft-start and short-circuit timer functions by measuring the voltage across the external capacitor as the capacitor is charged and discharged by the function control circuit.

The function control circuit performs the soft-start function by charging the capacitor from a completely discharged state to a point where the voltage across the capacitor is just below an "armed" level. Initially, from the completely discharged state, the capacitor is charged by a current source in the function control circuit. Because the capacitor voltage is below an "ON/OFF" voltage at this point, the rest of the voltage regulator is held OFF by an "ON/OFF" signal from the function control circuit. However, once the capacitor voltage becomes greater than the "ON/OFF" voltage level, the rest of the voltage regulator is turned ON by the "ON/OFF" signal. Then, as the capacitor voltage continues to increase beyond the "ON/OFF" voltage level, the capacitor voltage is used by the voltage regulator controller circuit as a current limit signal to gradually increase the current drawn from the voltage source to the normal operating level.

Once the capacitor voltage reaches and continues to increase past the "armed" voltage level, the function control

A 356

6,100,678

**3**

circuit performs the short-circuit timer function. In doing so, when a short circuit detection circuit connected to the function control circuit detects a short at the output of the voltage regulator, a short circuit detection signal is provided by the short circuit detection circuit to the function control circuit. After the short circuit detection signal is received, a second current source in the function control circuit starts discharging the external capacitor. Once the capacitor discharges past a "threshold" voltage level, the function control circuit outputs a short circuit shutdown signal that causes the rest of the voltage regulator to shutdown. The discharging of the capacitor and shutting down of the voltage regulator can be overridden by providing an additional current source that provides a charge current to the capacitor equal to the amount of current being drained out of the capacitor by the second current source.

In some preferred embodiments of the present invention, a zener diode is provided in parallel with the external capacitor to prevent the voltage across the capacitor from going beyond a maximum voltage level during charging. Also in some preferred embodiments of the present invention, a voltage source is provided between the capacitor and the second current source that prevents the capacitor voltage from dropping below a minimum voltage level when discharging.

### BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects and advantages of the present invention will be apparent upon consideration of the following detailed description, taken in conjunction with the accompanying drawings, in which like reference characters refer to like parts throughout, and in which:

FIG. 1 is a schematic block diagram of a portion of a voltage regulator controller circuit incorporating one embodiment of a function control circuit and an external capacitor in accordance with the principles of the present invention; and

FIG. 2 is a general illustration of the voltage at different times across the capacitor of the portion of the voltage regulator controller circuit shown in FIG. 1, in accordance with the principles of the present invention.

### DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 illustrates a portion 100 of a voltage regulator controller circuit that provides soft-start and short-circuit timer functions in accordance with the present invention. As shown, portion 100 includes a function control circuit 102, a package pin 106, and an external capacitor 104. Function control circuit 102 includes a zener diode 108, a first current source 110, a voltage source 112, a switch 114, a second current source 116, three comparators 118, 120, and 122, a latch 124, and two "AND" logic devices 126 and 128. Current sources 110 and 116 and voltage source 112 may be any suitable current sources and voltage source. Switch 114 may be any suitable controllable switch such as a field effect transistor, bipolar junction transistor, relay, etc.

In operation, current source 110 provides a first current I1 to capacitor 104 through package pin 106. This current I1 causes the voltage Vc across capacitor 104 to increase. When voltage Vc is less than a logic LOW level, this voltage Vc at reset input ("R") of latch 124 causes latch 124 to be reset so that the output ("Q") of latch 124 is LOW. Once voltage Vc rises to the point where it exceeds the level provided by voltage reference V1 134, comparator 118 outputs a HIGH ON/OFF signal 140 that causes the remain-

**4**

der of the voltage regulator controller circuit to turn ON. Once the remainder of the voltage regulator controller circuit has turned ON, voltage Vc across capacitor 104 is used as a current limit signal 144 for the soft-start function of the voltage regulator.

When capacitor 104 charges to the point where its voltage exceeds the level provided by voltage reference V4 138, comparator 122 drives the set input ("S") of latch 124 HIGH, and, thereby, causes output Q of latch 124 to go HIGH. When HIGH, the output of latch 124 provides an "armed" signal to one of the inputs of each of "AND" logic devices 126 and 128. In this way, comparator 122 and latch 124 act as an arming circuit. By driving the armed signal inputs of logic devices 126 and 128 HIGH, the outputs of logic devices 126 and 128 become responsive to the other input of each of logic devices 126 and 128, and, thus, gate the signal provided at the other input of each of logic devices 126 and 128. In this way, logic devices 126 and 128 act as gating circuits. For example, short circuit detection signal 130, from a short circuit detection circuit (not shown) that is connected to the output of the voltage regulator, is gated by the output of logic device 128 when the armed signal output by latch 124 is HIGH. Accordingly, when short circuit detection signal 130 goes HIGH and the armed signal is HIGH, the output of logic device 128 goes HIGH (thereby providing a discharge signal) and drives switch 114 so that switch 114 becomes CLOSED.

Once CLOSED, switch 114 enables a second current I2 (that is greater than first current I1) to flow into current source 116. This second current I2 flows into current source 116 from first current source 110, capacitor 104, and shutdown override current 146. In normal operation, shutdown override current 146 is zero, and, thus, all of current I2 is provided by current source 110 and capacitor 104. Accordingly, the current drawn out of capacitor 104 by current source 116 when switch 114 is CLOSED is normally equal to current I2 minus current I1. As this current flows out of capacitor 104, voltage Vc across capacitor 104 also drops. When voltage Vc drops below a threshold voltage provided by voltage reference V3 136, the output of comparator 120 goes HIGH, thereby causing the output of logic device 126 to also go HIGH (as the armed signal input to logic device 126 is also HIGH). This HIGH output of logic device 126 is then provided to the rest of the voltage regulator controller circuit as short circuit shutdown signal 142 to shutdown the regulator due to a shorted output.

To limit the voltage that capacitor 104 charges to when no short circuit is detected, zener diode 108 is provided in parallel with capacitor 104. Once voltage Vc reaches the breakdown voltage of diode 108, current I1 from current source 110 is diverted away from capacitor 104 by diode 108, and, thus, voltage Vc is capped at that breakdown voltage. By limiting the voltage across capacitor 104, a maximum short-circuit discharge time for capacitor 104 is set.

Voltage source 112 is provided between capacitor 104 and current source 116 to prevent capacitor 104 from discharging below a minimum voltage. By preventing voltage Vc from dropping below this minimum voltage, ON/OFF signal 140 is prevented from going LOW and resetting latch 124 by the voltage at reset input R dropping below a LOW logic level. In this way, once circuit 102 becomes armed, the circuit will not disarm itself.

Although a particular arrangement of particular devices is shown in FIG. 1, the present invention may be implemented by other embodiments than that illustrated in FIG. 1. For

**A 357**

LINEAR 001758

6,100,678

5

example, comparator 118 and voltage reference V1 134 may be omitted and ON/OFF signal 140 may always be HIGH, may be omitted, or may be provided by another circuit. As another example, the latching and logic functions provided by latch 124 and logic devices 126 and 128 may be replaced by any other suitable devices that provide arming and gating functions as described above. As yet another example, diode 108 could be omitted and the maximum voltage reached by capacitor 104 could be determined by one or more characteristics of current source 110. As still another example, voltage source 112 could be omitted and the minimum voltage reached by capacitor 104 could be determined by one or more characteristics of current sources 110 and 116.

Through function control circuit 102, the soft-start and short-circuit timer functions can be activated and controlled by a voltage regulator designer through single package pin 106. For example, to activate both functions, the designer simply has to connect external capacitor 104 to package pin 106. The size of the capacitor 104 selected by the designer in light of the characteristics of circuit 102 will then determine the current-limit-increase rate of the soft-start function and the minimum short-circuit-before-shutdown time of the short-circuit timer function. As another example, to disable the soft-start function, the designer can simply place a voltage source equal to voltage V4 accross the positive side of capacitor 104 and ground. As yet another example, to disable the short-circuit timer function, the designer simply has to connect a current source to pin 106 that provides current to capacitor 104 equal to current I2 minus current I1 when current source 116 tries to discharge capacitor 104.

As shown in FIG. 2, voltage Vc across capacitor 104 is illustrated over time for two possible scenarios. Between times T1 and T3, these two possible scenarios overlap, and accordingly, only a single graph line is shown in FIG. 2 by graph line segments 201 and 202. Starting at time T1, capacitor 104 is charged from a completely discharged state (shown as "0V" or 0 volts). Voltage Vc then increases with time so that voltage V1 is reached by time T2 as illustrated by graph line segment 201. Voltage V1 may be, for example, 0.6 volts, although any other suitable voltage may also be used. At this point, the remainder of the voltage regulator controller circuit is turned ON by ON/OFF signal 140 and voltage Vc is used to provide soft-start function current limit signal 144. Next, voltage Vc continues to increase to the arming voltage level at voltage V4 and time T3 as shown by graph line segment 202. Voltage V4 may be, for example, 3.5 volts, although any other suitable voltage may also be used. At this point, the armed signal provided by the output of latch 124 goes HIGH and the short-circuit timer function is activated.

Then, in a first scenario, short circuit detection signal 130 causes capacitor 104 to immediately discharge (and, thus, voltage Vc drops) as illustrated by graph line segment 204. The immediate discharging of capacitor 104 may be caused by the output of the voltage regulator being shorted to ground since any point in time up to and including time T3. As voltage Vc drops past voltage V3, short circuit shutdown signal 142 goes HIGH causing the remainder of the voltage regulator controller circuit to shutdown. Voltage V3 may be, for example, 2.6 volts, although any other suitable voltage may also be used. Once voltage Vc reaches voltage V2, voltage Vc is held at voltage V2 by voltage source 112 as illustrated by graph line segment 206. Voltage V2 may be, for example, 2.5 volts, although any other suitable voltage may also be used.

In a second scenario, once the arming voltage at voltage V4 is reached by voltage Vc at time T3, capacitor 104

6

continues to charge to voltage V5 at time T4 as shown by graph line segment 214. Voltage V5 may be, for example, 6.0 volts, although any other suitable voltage may also be used. At this point, voltage Vc across capacitor 104 is held at voltage V5 by zener diode 108 which has a breakdown voltage equal to voltage V5. Between times T4 and T5, zener diode 108 continues to maintain voltage Vc at voltage V5 as illustrated by graph line segment 208. Then at time T5, a short circuit detection signal 130 is received by function control circuit 102 and voltage Vc is caused to decrease as capacitor 104 discharges, as shown by graph line segment 210. As with the first scenario, once voltage Vc drops past voltage V3, short circuit shutdown signal 142 goes HIGH causing the remainder of the voltage regulator controller circuit to shutdown. Also, once voltage Vc reaches voltage V2, voltage Vc is held at voltage V2 by voltage source 112 as illustrated by graph line segment 212.

Although not shown, at any point in time after time T3 or T5 for the first or second scenarios, respectively, capacitor 104 could be recharged similarly to that shown in graph line segments 202 and 204 upon short circuit detection signal 130 going LOW. Upon such a recharging of capacitor 104, a subsequent receipt of a HIGH short circuit detection signal 130 would cause capacitor 104 to be redischarged, and possibly the controller circuit to be shutdown, as described above.

As shown in FIG. 2, the minimum and maximum discharge times of capacitor 104 to shutdown are shown by graph line segments 204 and 210, respectively. As can be seen, the minimum discharge time is equal to time T4 minus time T3 and the maximum discharge time is equal to time T6 minus time T5. Although, only two scenarios are illustrated in FIG. 2, an infinite number of other scenarios are possible as capacitor 104 could be caused to discharge at any voltage between and including voltages V4 and V5. Moreover, the times between any pair of times T1, T2, T3, T4, T5, and T6 could have any duration as a function of the size of capacitor 104, the sizes of current sources 110 and 116, the breakdown voltage of diode 108, the voltage of voltage source 112, the voltages of voltage references 134, 136, and 138, the timing of any short circuit detection signal 130, and the size and the timing of any shutdown override current 146.

Persons skilled in the art will appreciate that the principles of the present invention can be practiced by other than the described embodiments, which are presented for purposes of illustration and not of limitation, and the present invention is limited only by the claims which follow.

What is claimed is:

1. A voltage regulator control circuit that provides a short-circuit timer function through a single package pin coupled to an external capacitor, comprising:

charging and draining circuitry, coupled to the single package pin, that charges and drains voltage on the capacitor;

monitoring circuitry, coupled to the capacitor that:

a) causes the charging and draining circuitry to charge the capacitor when a SHORT CIRCUIT DETEC-TION signal indicates that a short circuit is not present;

b) causes the charging and draining circuitry to discharge the capacitor once the capacitor voltage has reached an arming voltage and while the SHORT CIRCUIT DETECTION signal indicates that a short circuit is present; and

c) provides a SHORT CIRCUIT SHUTDOWN signal when the capacitor voltage has fallen below a threshold voltage.

**A 358**

LINEAR 001759

6,100,678

7

8

2. The control circuit of claim 1, wherein the control circuit further provides a soft-start function and wherein the capacitor voltage is used to provide a CURRENT LIMIT signal for a portion of the time the capacitor is being charged.

3. The control circuit of claim 1, wherein the capacitor can be charged with a SHUTDOWN OVERRIDE signal once the capacitor voltage has reached an arming voltage and while the SHORT CIRCUIT DETECTION signal indicates that a short circuit is present.

4. The control circuit of claim 1, wherein the monitoring circuitry provides an ON signal to other voltage regulator circuitry when the capacitor voltage exceeds an ON/OFF voltage.

5. A method for providing a short-circuit timer function in a voltage regulator control circuit through a single package pin coupled to an external capacitor, comprising:

charging the capacitor when a SHORT CIRCUIT DETECTION signal indicates that a short circuit is not present;

discharging the capacitor once voltage on the capacitor has reached an arming voltage and while the SHORT CIRCUIT DETECTION signal indicates that a short circuit is present; and

providing a SHORT CIRCUIT SHUTDOWN signal when the capacitor voltage has fallen from the arming voltage to below a threshold voltage.

6. The method of claim 5, further providing a soft-start function, comprising:

providing the capacitor voltage as a CURRENT LIMIT signal for a portion of the time the capacitor is being charged.

7. The method of claim 5, further comprising:

charging the capacitor with a SHUTDOWN OVERRIDE signal once the capacitor voltage has reached an arming voltage and while the SHORT CIRCUIT DETECTION signal indicates that a short circuit is present.

8. The method of claim 5, further comprising providing an ON signal to other voltage regulator circuitry when the capacitor voltage exceeds an ON/OFF voltage.

9. A voltage regulator controller circuit that provides a soft-start function and a short-circuit timer function through a single package pin connected to an external capacitor, comprising:

a first current source that provides current to the capacitor through the single package pin so that a capacitor voltage is created in the capacitor;

an arming circuit that produces an ARMED signal when the arming circuit detects that the capacitor voltage exceeds an arming voltage;

a first gating circuit that produces a DISCHARGE signal when both a SHORT CIRCUIT DETECTION signal and the ARMED signal are present;

a second current source that drains current from the capacitor;

a switch that causes the second current source to drain current from the capacitor when the DISCHARGE signal is present;

a first comparator that produces a first comparator output when the capacitor voltage is below a threshold voltage; and

a second gating circuit that produces a SHORT CIRCUIT SHUTDOWN signal when the first comparator output and the ARMED signal are present.

10. The circuit of claim 9, wherein the arming circuit comprises:

a second comparator that produces a SET signal when the capacitor voltage exceeds the arming voltage; and

a latch that outputs the ARMED signal when the SET signal is present.

11. The circuit of claim 10, wherein the latch is reset when the capacitor voltage is below a LOW logic level.

12. The circuit of claim 9, wherein the first gating circuit is an "AND" logic device that receives the SHORT CIR-CUIT DETECTION signal and the ARMED signal as inputs, and that outputs the DISCHARGE signal.

13. The circuit of claim 9, wherein the switch is a field effect transistor.

14. The circuit of claim 9, wherein the switch is a bipolar junction transistor.

15. The circuit of claim 9, wherein the second gating circuit is an "AND" logic device that receives the first comparator output and the ARMED signal as inputs, and that outputs the SHORT CIRCUIT SHUTDOWN signal.

16. The circuit of claim 9, further comprising a zener diode that limits the capacitor voltage to a maximum volt-age.

17. The circuit of claim 9, further comprising a voltage source that limits the capacitor voltage to a minimum voltage.

18. The circuit of claim 9, further comprising a third comparator that provides an ON signal when the capacitor voltage exceeds an ON/OFF voltage level.

19. The circuit of claim 9, wherein the capacitor voltage is used to set a current limit as part of the soft-start function of the voltage regulator controller circuit.

20. The circuit of claim 9, wherein a shutdown override current is provided to the capacitor that prevents the capaci-tor from being discharged by the second current source.

21. A method for providing a soft-start function and a short-circuit timer function in a voltage regulator controller circuit through a single package pin connected to an external capacitor, comprising:

providing current to the capacitor through the single package pin so that a capacitor voltage is created in the capacitor;

producing an ARMED signal when the capacitor voltage at the single package pin exceeds an arming voltage;

producing a DISCHARGE signal when both a SHORT CIRCUIT DETECTION signal and the ARMED signal are present;

draining current from the capacitor through the single package pin when the DISCHARGE signal is present;

producing a first comparator output when the capacitor voltage is below a threshold voltage; and

producing a SHORT CIRCUIT SHUTDOWN signal when both the first comparator output and the ARMED signal are present.

22. The method of claim 21, wherein the producing of the ARMED signal comprises:

producing a SET signal when the capacitor voltage exceeds the arming voltage; and

latching the ARMED signal when the SET signal is present.

23. The method of claim 22, wherein the ARMED signal that is latched is reset when the capacitor voltage is below a LOW logic level.

24. The method of claim 21, wherein the producing of the DISCHARGE signal is performed using an "AND" logic device that receives the SHORT CIRCUIT DETECTION signal and the ARMED signal as inputs, and that outputs the DISCHARGE signal.

A 359

LINEAR 001760

6,100,678

<div style="display:flex">
<div>

**9**

25. The method of claim **21**, wherein the draining of the current is performed using a field effect transistor.

26. The method of claim **21**, wherein the draining of the current is performed using a bipolar junction transistor.

27. The method of claim **21**, wherein the producing of the SHORT CIRCUIT SHUTDOWN signal is performed using an "AND" logic device that receives the first comparator output and the ARMED signal as inputs, and that outputs the SHORT CIRCUIT SHUTDOWN signal.

28. The method of claim **21**, further comprising limiting the capacitor voltage to a maximum voltage.

29. The method of claim **21**, further comprising limiting the capacitor voltage to a minimum voltage.

</div>
<div>

**10**

30. The method of claim **21**, further comprising providing an ON/OFF signal when the capacitor voltage exceeds an ON/OFF voltage level.

31. The method of claim **21**, further comprising setting a current limit using the capacitor voltage as part of the soft-start function of the voltage regulator controller circuit.

32. The method of claim **21**, further comprising providing a shutdown override current to the capacitor that prevents the capacitor from being discharged.

*　*　*　*　*

</div>
</div>

LINEAR 001761