IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANALOG DEVICES, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> vs. <br><br> LINEAR TECHNOLOGY CORP., <br><br> Defendant/Counterclaim-Plaintiff. | ) ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. 06-346-GMS |

**JOINT CLAIM CONSTRUCTION CHARTS FOR PATENTS
ASSERTED BY ANALOG DEVICES, INC.**

Pursuant to Paragraph 4 of the Court's Scheduling Order, attached as Exhibits A and B respectively are Joint Claim Charts for U.S. Patent Nos. 4,929,909 and 6,262,633 asserted by Analog Devices, Inc. in the above-captioned action. In addition, the parties are filing contemporaneously herewith a Joint Appendix containing the relevant intrinsic evidence cited to in the Joint Claim Charts.

While Analog has also asserted U.S. Patent No. 6,118,326 (the "'326 patent") in the above-captioned action, neither party seeks construction of any of the claim limitations in the '326 patent and, accordingly, no joint claim chart is provided for the '326 patent.

| | |
|---|---|
| /s/ Kelly E. Farnan <br> Frederick L. Cottrell, III (#2555) <br> Cottrell@rlf.com <br> Kelly E. Farnan (#4395) <br> farnan@rlf.com <br> Richards, Layton & Finger, P.A. <br> One Rodney Square <br> P.O. Box 551 <br> Wilmington, DE 19899 <br> (302) 651-7700 <br> Attorneys for Analog Devices, Inc. | /s/ Karen Jacobs Louden <br> Jack B. Blumenfeld (#1014) <br> jblumenfeld@mnat.com <br> Karen Jacobs Louden (#2881) <br> klouden@mnat.com <br> Morris, Nichols, Arsht & Tunnell LLP <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> Attorneys for Linear Technology Corp. |

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 30, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the addresses and in the manner indicated below:

BY HAND DELIVERY:

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

BY E-MAIL

Robert C. Morgan, Esquire
Laurence S. Rogers, Esquire
Ropes & Gray, LLP
1251 Avenue of the Americas
New York, NY 10020

Mark D. Rowland, Esquire
Ropes & Gray, LLP
525 University Avenue
Suite 300
Palo Alto, CA 94301

*Kelly E. Farnan*
Kelly E. Farnan (#4395)

RLF1-3018521-2

# EXHIBIT A

ANALOG DEVICES, INC. v. LINEAR TECHNOLOGY CORP.
CIVIL ACTION NO. 06-346-GMS (D. DEL.)

JOINT CLAIM CONSTRUCTION CHART

Asserted claims: 1, 3, 5, 6, 8 and 10

| U.S. Patent No. 4,929,909 Claim Limitation | Claims at Issue | ANALOG | | LTC | |
|---|---|---|---|---|---|
| | | CONSTRUCTION | INTRINSIC EVIDENCE* | CONSTRUCTION | INTRINSIC EVIDENCE* |
| gain-compensated differential amplifier | 1, 6 | A circuit that amplifies the difference between two input voltages, wherein the amplification is adjusted for environmental, process, or structural variations. | 1:11-15; 1:53-2:2; 2:20-22; 4:10-15; 5:1-7; FIG. 3; B-14-17 | "Differential amplifier" means a circuit, the purpose and operation of which is to amplify the difference between two input voltages.<br><br>"Gain-compensated" means that the gain of the differential amplifier is compensated simultaneously for geometry dependent parameters, temperature dependencies, and lot-to-lot variations (i.e., compensated for ohmic emitter and base resistance, intrinsic emitter resistance, and | See e.g., 1:11-15; FIGS. 1 and 3; and B15<br><br>See e.g., 1:53-2:2, 2:20-22; 2:47-50; 3:27-34; 3:60-68; 4:10-15; 4:62-5:7, FIG. 3; and B14-17. |

*U.S. Patent No. 4,929,909 is attached as Exhibit 1 (B1-B6) to the Joint Appendix of Intrinsic Evidence filed contemporaneously herewith.

RLF1-3145324-1

1

| U.S. Patent No. 4,929,909 Claim Limitation | Claims at Issue | ANALOG | | LTC | |
|---|---|---|---|---|---|
| | | CONSTRUCTION | INTRINSIC EVIDENCE* | CONSTRUCTION | INTRINSIC EVIDENCE* |
| Tail current | 1(a), 6(a) | The current drawn through the long tail portion of a pair of transistors of a differential amplifier, wherein the long-tail portion is formed by the connection of the emitters of the transistors. | 1:35-39; 1:43-47; 1:62-67; 2:32-35; 2:46-54; 2:66-68; 3:60-63; 4:39-42; 4:44; 5:1-7; FIG. 1 showing lead 18; B14-15; B17-18 | The current drawn through the long-tail portion of a pair of transistors of a differential amplifier, wherein the long-tail portion is formed by the connection of the emitters of the transistors. The value of the tail current is required to be "$I_{tail}$". (See below.) beta). | See, e.g., 1:38-39; and FIG. 1 showing lead 18. |
| $I_{tail}$ | 1(a), 6(a) | The current drawn through the long tail portion of a pair of transistors of a differential amplifier, wherein the long-tail portion is formed by the connection of the emitters of the transistors. | 1:35-39; 1:43-47; 1:62-67; 2:32-35; 2:46-54; 2:66-68; 3:60-63; 4:39-42; 4:44; 5:1-7; FIG. 1 showing lead 18; B14-15; B17-18 | "$I_{tail}$" is a "PTAT" current (i.e., a current the value of which varies linearly with absolute (Kelvin) temperature).<br><br>In addition, "$I_{tail}$" = $2I(1+1/\beta_0)$, where $I=[(V_T \ln(A))/R_g]/[1-(r/R_g)(1-1/A)]$ as defined in the '909 patent | See e.g., 1:44:47; 1:61-66; 2:47-50; 2:52-54; 3:10; 3:60-63; 4:37-42; 5:1-3; FIG. 3 (see, e.g., transistors 12 and 14 and their respective collector and emitter resistors); and B14-15. |

*U.S. Patent No. 4,929,909 is attached as Exhibit 1 (B1-B6) to the Joint Appendix of Intrinsic Evidence filed contemporaneously herewith.

2

RLF1-3145324-1

| U.S. Patent No. 4,929,909 Claim Limitation | Claims at Issue | ANALOG | | LTC | |
|---|---|---|---|---|---|
| | | CONSTRUCTION | INTRINSIC EVIDENCE* | CONSTRUCTION | INTRINSIC EVIDENCE* |
| | | | | (equation 40). | |
| "control voltage" | 1(b), 6(b) | A voltage used to control a device in a circuit.<br><br>Also in claims 3, 5, 8, and 10. | 4:32-34; 4:47-52; B13-15. | The "control voltage" is the voltage at the base of the transistor current source. | See e.g., Claims 1, 3, 5, and 6; 2:2-5; 2:46-58; 3:60-68; 4:32-34; 4:47-51; 4:67-5:7; FIG. 3 (see, e.g., current source 22); and B14. |
| control voltage generating means . . . a voltage which varies proportionally to absolute temperature | 1(c), 6(c) | This is a means-plus-function limitation, and should be construed to cover the corresponding structure(s) and equivalents thereof.<br><br>The corresponding structure(s) described in the specification is circuitry that includes a $\Delta V_{BE}$ cell. | 2:2-5; 2:58-68; 2:51-54; 3:1-34; 3:60-68; 4:16-34; 4:67-68; 5:1; B15; B17-19 | This element is a means-plus-function element that must be construed pursuant to 35 U.S.C. § 112, ¶ 6. As such, the claimed "control voltage generating means" must be construed to be the corresponding circuitry described in the specification for performing the claimed function of "generating, as the control voltage, a voltage which varies proportionately to absolute temperature," | |

*U.S. Patent No. 4,929,909 is attached as Exhibit 1 (B1-B6) to the Joint Appendix of Intrinsic Evidence filed contemporaneously herewith.

3

RLF1-3145324-1

| U.S. Patent No. 4,929,909 Claim Limitation | Claims at Issue | ANALOG | | LTC | |
|---|---|---|---|---|---|
| | | CONSTRUCTION | INTRINSIC EVIDENCE* | CONSTRUCTION | INTRINSIC EVIDENCE* |
| | | | | and structural equivalents thereof. | |
| | | | | "A voltage which varies proportionately to absolute temperature" means a PTAT voltage (*i.e.*, a voltage the value of which varies linearly with absolute (Kelvin) temperature). | *See, e.g.,* 1:35-47. |
| | | | | There is no circuit structure disclosed in the patent which functions to generate the claimed PTAT control voltage. Alternatively, if there is structure in the patent for performing the claimed function, the corresponding structure of the "control voltage generating means" is $\Delta V_{BE}$ cell 20 of FIG. 3, where (1) transistor 28 | *See, e.g.,* 2:47-66; 3:60-68; 4:16-5:7; FIG. 3; and B14-17. |

*U.S. Patent No. 4,929,909 is attached as Exhibit 1 (B1-B6) to the Joint Appendix of Intrinsic Evidence filed contemporaneously herewith.

4

RLF1-3145324-1

| U.S. Patent No. 4,929,909 Claim Limitation | Claims at Issue | ANALOG | | LTC | |
|---|---|---|---|---|---|
| | | CONSTRUCTION | INTRINSIC EVIDENCE* | CONSTRUCTION | INTRINSIC EVIDENCE* |
| | | | | has an emitter area A times that of transistor 32, and (2) transistors 28 and 32 are driven to equal current densities. | |
| means for functionally relating the control voltage to the intrinsic emitter resistance of the current source. | 1(d), 6(d) | This is a means-plus-function limitation, and should be construed to cover the corresponding structure(s) and equivalents thereof. The corresponding structure(s) described in the specification includes the $\Delta V_{BE}$ cell structured to satisfy Equation 42. | 2:2-5; 2:58-68; 2:51-54; 3:1-34; 3:60-68; 4:16-34; 4:67-68; 5:1; B15; B17-19 | This element is a means-plus-function element that must be construed pursuant to 35 U.S.C. § 112, ¶ 6. As such, the claimed means must be construed to be the corresponding circuitry described in the specification for performing the claimed function of "functionally relating the control voltage to the intrinsic emitter resistance of the current source" and structural equivalents thereof.<br><br>The "intrinsic emitter resistance" of a | *See, e.g.*, 1:35-39. |

*U.S. Patent No. 4,929,909 is attached as Exhibit 1 (B1-B6) to the Joint Appendix of Intrinsic Evidence filed contemporaneously herewith.

| U.S. Patent No. 4,929,909 | Claims at Issue | ANALOG | | LTC | |
|---|---|---|---|---|---|
| Claim Limitation | | CONSTRUCTION | INTRINSIC EVIDENCE* | CONSTRUCTION | INTRINSIC EVIDENCE* |
| | | | | transistor is defined as $kT/qI$, where $k$ is Boltzmann's constant, $T$ is absolute temperature, $q$ is electronic charge, and $I$ is the current conducted by the transistor. | |
| | | | | There is no circuit structure disclosed in the patent which performs the claimed function, because there is no disclosed structure corresponding to the recited "control voltage generating means" (see element (c), above). Alternatively, if there is structure in the patent for performing the claimed function, the structure for performing the claimed function of "functionally relating the control voltage to | *See, e.g.,* 1:43-2:5; 2:47-66; 3:27-34; 3:60-68; 4:10-5:7; FIG. 3; and B14-17. |

*U.S. Patent No. 4,929,909 is attached as Exhibit 1 (B1-B6) to the Joint Appendix of Intrinsic Evidence filed contemporaneously herewith.

RLF1-3145324-1

6

| U.S. Patent No. 4,929,909 Claim Limitation | Claims at Issue | ANALOG | | LTC | |
|---|---|---|---|---|---|
| | | CONSTRUCTION | INTRINSIC EVIDENCE* | CONSTRUCTION | INTRINSIC EVIDENCE* |
| | | | | the intrinsic emitter resistance of the current source," is $\Delta V_{BE}$ cell 20 of FIG. 3, having all indicated component values, mathematical relationships, and device relationships such that the gain of the differential amplifier is compensated for geometry-dependent parameters, temperature dependencies, and lot-to-lot variations. In addition, $\Delta V_{BE}$ cell 20 has the following properties:<br>• The value of resistor 34 ($R_g$) is chosen such that, for a desired differential mode gain G, $R_g/R_c=(1-1/A)/2G$.<br>• The unit area | |

*U.S. Patent No. 4,929,909 is attached as Exhibit 1 (B1-B6) to the Joint Appendix of Intrinsic Evidence filed contemporaneously herewith.

7

RLF1-3145324-1

| U.S. Patent No. 4,929,909 Claim Limitation | Claims at Issue | ANALOG | | LTC | |
|---|---|---|---|---|---|
| | | CONSTRUCTION | INTRINSIC EVIDENCE* | CONSTRUCTION | INTRINSIC EVIDENCE* |
| $\Delta V_{BE}$ cell | | | | emitter geometries of the transistors of $\Delta V_{BE}$ cell 20 and of the other transistors of Fig. 3 are the same. Transistors 28 and 32 operate at different collector currents. | |
| | 3, 6, 8 | A circuit that provides a control voltage that produces a current that is proportional to absolute temperature (Kelvin). | 2:2-5; 2:58-68; 2:51-54; 3:1-34; 3:60-68; 4:16-34; 4:67-68; 5:1; B15; B17-19 | A circuit which produces a control voltage using the difference between the base-emitter voltages of two transistors, as shown in FIG. 3 (circuit 20). | See, e.g., 4:16-23; $\Delta V_{BE}$ cell 20 of FIG. 3; cf. 2:58-66. |
| a control voltage which produces in the collector of the common-emitter transistor a current which is a function of the current gain | 3, 8 | A control voltage (as construed above) that includes a component that varies as a function of the current gain of the differential amplifier | 1:62-67; 4:32-66 | "A control voltage which produces in the collector of the common-emitter transistor a current which is a function of the current gain of the | See, e.g., 4:35-66. |

*U.S. Patent No. 4,929,909 is attached as Exhibit 1 (B1-B6) to the Joint Appendix of Intrinsic Evidence filed contemporaneously herewith.

8

| U.S. Patent No. 4,929,909 Claim Limitation | Claims at Issue | ANALOG | | LTC | |
|---|---|---|---|---|---|
| | | CONSTRUCTION | INTRINSIC EVIDENCE* | CONSTRUCTION | INTRINSIC EVIDENCE* |
| of the differential amplifier transistors. | | transistors. | | differential amplifier transistors" means a control voltage which includes a component that varies as a function of the β of the differential amplifier transistors. | |

*U.S. Patent No. 4,929,909 is attached as Exhibit 1 (B1-B6) to the Joint Appendix of Intrinsic Evidence filed contemporaneously herewith.

9

# EXHIBIT B

ANALOG DEVICES, INC. v. LINEAR TECHNOLOGY CORP.
CIVIL ACTION NO. 06-346-GMS (D. DEL.)

JOINT CLAIM CONSTRUCTION CHART

Asserted claims: 8, 10 and 17

| U.S. Patent No. 6,262,633 Claim Limitation | Claims at Issue | ANALOG | | LTC | |
|---|---|---|---|---|---|
| | | CONSTRUCTION | INTRINSIC EVIDENCE* | CONSTRUCTION | INTRINSIC EVIDENCE* |
| bipolar transistor | 8, 17 | A three-terminal semiconductor device with an n- (or p-) type semiconductor region between two p- (or n-) type semiconductor regions. | Transistors shown in FIGS. 1-3b, as well as the corresponding text in the specification, including: 1:26-27; 2:8; 3:65-67; 4:33-37; 5:33-40 | "Bipolar transistor" means a three-electrode semiconductor device with a layer of n- (or p-) type semiconductor (the base region) sandwiched between two regions of p- (or n-) type semiconductors (the collector and emitter regions), thus forming two p-n junctions back to back. The current flowing into or out of the base electrode controls the amount of current flowing between the collector and emitter electrodes. | See e.g., transistors shown in FIGS. 1-3b, as well as the corresponding text in the specification, including, among many other instances, 1:24-27; 2:8; 3:65-4:11; 4:33-43; 5:30-40; 6:30-32; and other instances referring to individual transistors. |

*U.S. Patent No. 6,262,633 is attached as Exhibit 3 (B22-B36) to the Joint Appendix of Intrinsic Evidence filed contemporaneously herewith.

RLF1-3145325-1

| U.S. Patent No. 6,262,633 Claim Limitation | Claims at Issue | ANALOG | | LTC | |
|---|---|---|---|---|---|
| | | CONSTRUCTION | INTRINSIC EVIDENCE* | CONSTRUCTION | INTRINSIC EVIDENCE* |
| connected | 8, 10, 17 | Coupled | 1:27; 1:43-59; 1:62-65; 2:4-6; 2:34-39; 3:11-14; 3:35-36; 3:67; 4:2; 4:19-24; 4:27-28; 4:35-41; 5:45; 5:62-64; 6:18; 6:27; 6:29-38; 6:44-46; 6:58-59; 7:3-5; 7:8-9; 7:21-22; 8:40; 8:46; 8:62; B38-39; B42-43; B45 | The term "connected," when used, as here, to describe one component terminal being connected to another, means connected directly with no intervening components. | *See, e.g.,* 1:43-46; 1:61-64; 3:11-14; 4:1-2; 4:22-24; 4:37-40; 5:62-64; 6:30-32; 7:3-5; 7:8-9; 7:21-22; FIGS. 1, 2a, 2b, 3a, 3b; B37-47; and B50-51. |

*U.S. Patent No. 6,262,633 is attached as Exhibit 3 (B22-B36) to the Joint Appendix of Intrinsic Evidence filed contemporaneously herewith.

RLF1-3145325-1