IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANALOG DEVICES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim-Defendant, | ) ) | |
| | ) | Civil Action No. 1:06-346-GMS |
| vs. | ) | |
| | ) | |
| LINEAR TECHNOLOGY CORP., | ) ) | |
| | ) | |
| Defendant/Counterclaim-Plaintiff. | ) ) | |

**JOINT APPENDIX**
**OF**
**INTRINSIC EVIDENCE**


OF COUNSEL:

Wayne L. Stoner
Wayne M. Kennard
Donald R. Steinberg
Benjamin M. Stern
Amy L. Nash
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000


David L. Cavanaugh
Heath A. Brooks
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000


Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Kelly E. Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
*Attorneys for Plaintiff/Counterclaim-Defendant*
*Analog Devices, Inc.*


Dated: April 30, 2007

**JOINT APPENDIX OF INTRINSIC EVIDENCE**

| Tab | Description | Party Citing | Page(s) |
|-----|-------------|--------------|---------|
| 1 | U.S. Patent No. 4,929,909 | Analog Devices, Inc.<br>Linear Technology Corp. | B1-6 |
| 2 | Amendment, dated December 26, 1989 in the '909 Patent Prosecution History | Analog Devices, Inc.<br>Linear Technology Corp. | B7-21 |
| 3 | U.S. Patent No. 6,262,633 | Analog Devices, Inc.<br>Linear Technology Corp. | B22-36 |
| 4 | Amendment, dated April 13, 2001 in the '633 Patent Prosecution History | Analog Devices, Inc.<br>Linear Technology Corp. | B37-47 |
| 5 | Notice of Allowability | Linear Technology Corp | B48-54 |

**UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 30, 2007, I electronically filed the foregoing with the

Clerk of Court using CM/ECF and caused the same to be served on the defendant at the

addresses and in the manner indicated below:

**BY HAND DELIVERY:**

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

**BY E-MAIL**

Robert C. Morgan, Esquire
Laurence S. Rogers, Esquire
Ropes & Gray, LLP
1251 Avenue of the Americas
New York, NY 10020

Mark D. Rowland, Esquire
Ropes & Gray, LLP
525 University Avenue
Suite 300
Palo Alto, CA 94301

Kelly E. Farnan (#4395)

# EXHIBIT 1

# United States Patent [19]

## Gilbert

[11] Patent Number: 4,929,909

[45] Date of Patent: May 29, 1990

[54] DIFFERENTIAL AMPLIFIER WITH GAIN COMPENSATION

[75] Inventor: Barrie Gilbert, Beaverton, Oreg.

[73] Assignee: Analog Devices, Inc., Norwood, Mass.

[21] Appl. No.: 328,946

[22] Filed: Mar. 27, 1989

[51] Int. Cl.⁵ .................................................. H03F 3/45
[52] U.S. Cl. ....................................... 330/256; 330/261
[58] Field of Search ...................... 330/256, 261, 289

[56] References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,238,738 | 12/1980 | Kamori ............................ 330/256 |
| 4,274,061 | 6/1981 | Kraemer ...................... 330/289 X |
| 4,323,854 | 4/1982 | Hester ............................. 330/256 |
| 4,604,586 | 8/1986 | Rinderle ...................... 330/256 X |

| | | | |
|---|---|---|---|
| 4,724,337 | 2/1988 | Maeda et al. ................ 330/256 X |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 64126 | 11/1982 | European Pat. Off. ......... 330/261 |
| 2067374 | 7/1981 | United Kingdom ............ 330/261 |

Primary Examiner—James B. Mullins
Attorney, Agent, or Firm—Wolf, Greenfield & Sacks

[57]                 ABSTRACT

A differential amplifier including circuit means for generating a tail current which is not only proportional to absolute temperature, but also is adjusted to compensate for the non-ideal transistor geometries and properties, including finite beta and non-zero, temperature-dependent intrinsic resistances, so as to result in an amplification ratio which is substantially independent of all component variations.

10 Claims, 2 Drawing Sheets



B1



FIG. 1 PRIOR ART

FIG. 2



FIG. 3

4,929,909

1

# DIFFERENTIAL AMPLIFIER WITH GAIN COMPENSATION

## FIELD OF THE INVENTION

This invention relates to differential amplifier circuits, and, more particularly, to gain-compensated differential amplifier circuits.

## BACKGROUND OF THE INVENTION

The differential amplifier is a very common circuit configuration used to amplify the difference voltage between two input signals. In the ideal case, the output is entirely independent of the individual signal voltages and is dependent only on their difference. Differential amplifiers are widely used in applications where weak signals are to be amplified, particularly weak signals which may be contaminated by common-mode noise. They are universally used in operational amplifiers and are very important in DC amplifier design. Referring to FIG. 1, a schematic circuit diagram is shown for a classic bipolar transistor differential amplifier 10, or "long-tail pair", having a single-ended output.

The differential gain, G, of a differential amplifier and its temperature stability, dG/dT, are typically parameters of great significance in its design and use. The differential mode gain G for the circuit of FIG. 1, taking into account finite current gain (beta) and finite emitter and base resistances for transistors 12 and 14 (which are assumed to be matched), is given by the equation

$$G = R_c/(r + r_e)\Delta$$

where $R_c$ is the resistance of the collector load resistor 13; $r_e$ is the intrinsic "electronic" emitter resistance, $kT/qI$, of each of the transistors 14 and 12, where k is Boltzmann's constant, T is the absolute temperature, q is electronic charge, and I is half of the tail current in the lead 18; and r is the total ohmic emitter resistance, $r = r_e + r_b/(beta)$, $r_e'$ being the emitter resistance, $r_b'$ being the base resistance and (beta) being the current gain of each transistor.

Many temperature-dependent factors appear in the foregoing equation. The intrinsic emitter resistance obviously is a function of temperature and perfect stabilization of that quantity requires that the tail current be proportional to absolute temperature (PTAT). The base resistance is very temperature-dependent. The ohmic emitter resistance is also temperature-dependent to a lesser degree. Further, these resistance values are very geometry sensitive and can, with $R_c$ and beta, vary from wafer to wafer (and lot to lot) in the fabrication process.

Accordingly, it is an object of the present invention to provide a differential amplifier with improved temperature stability of gain.

Yet another object of this invention is to provide a differential amplifier in which temperature stabilization and gain uncertainty is minimized from lot to lot in the fabrication process.

## SUMMARY OF THE INVENTION

The foregoing and other objects of the invention are achieved in a differential amplifier including tail current generator means for providing a tail current which is PTAT and which includes a component of current which compensates for the ohmic resistances of the transistors and finite beta. This latter component of current is a function of the transistor geometries and

2

therefore compensates automatically for lot-to-lot variations. The tail current generator means includes a current source biased by a $\Delta V_{BE}$ cell which employs device geometries related to those of the transistors in the long-tail pair.

The invention will be more fully understood from the following detailed description, which should be read in conjunction with the accompanying drawing, in which like numerals are used to identify like elements.

## BRIEF DESCRIPTION OF THE DRAWING

In the drawing:

FIG. 1 is a schematic circuit diagram of a basic differential amplifier circuit according to the prior art;

FIG. 2 is a simplified schematic circuit diagram of a tail current generator according to the present invention, for use with a differential amplifier to achieve temperature-stable gain; and

FIG. 3 is a detailed schematic circuit diagram of a gain-compensated differential amplifier according to the present invention.

## DETAILED DESCRIPTION

In the circuit of FIG. 1, the ideal small signal differential voltage gain (assuming infinite beta transistors and negligible base and emitter resistances) is $R_c/2r_e$. Thus, the actual gain differs from the ideal gain by the factor $1/(1 + r/r_e)$. Using typical values such as $r = 2.5$ ohms and $r_e = 26$ ohms, the small signal gain error, due to the assumption that $r \ll r_e$, is about 10 percent. Since $r_e$ is a function of the tail current, an expression can be derived for setting the tail current to a value which will restore the gain to the idealized value. This expression is

$$I = 2GV_T/R_c(1 - 2Gr/R_c) \qquad (1b)$$

where G is the desired gain and $V_T$ is the thermal voltage, $kT/q$. If r were known, it would be a simple matter to raise the tail current by the appropriate factor. However, this ohmic resistance is not easy to measure and, in any event, it varies significantly from one production lot to the next. A design is needed, therefore, which is self-compensating.

A first consideration in the design of a gain-stable, temperature-compensated long-tail pair is the requirement that the tail current be PTAT in order to make the intrinsic emitter resistance constant. For this purpose, the $\Delta V_{BE}$ cell 20 of FIG. 2 is used to bias a current source 22 for generating the tail current, 2L. The use of a $\Delta V_{BE}$ cell as means to generate a tail current which is PTAT is well documented in the literature, as prior art. The current source comprises a common-emitter NPN transistor 24 having an emitter resistor 26, of resistance $R_e$, connected to the negative supply (or ground, if a single-sided supply is used). The $\Delta V_{BE}$ cell 20 is formed by a pair of transistors 28 and 32, a first emitter resistor 34 and a second emitter resistor 36. Transistor 32 has a unit-area emitter, transistor 28 has an emitter area of A units, and transistor 34 has an emitter area of M units. Transistors 28 and 32 are driven to equal current densities by a high-gain feedback circuit 38, which forces an appropriate base voltage. Under the assumption that the differential amplifier is an ideal amplifier, half of the tail current is given by the formula

B4

4,929,909

3

$$I = \frac{V_T}{R_t} \ln{(A)}$$

If the ohmic emitter resistances are included, though, and the assumption is made that the smaller transistor, transistor 32, has an emitter resistance $r$ and the larger device, transistor 28, emitter resistance $r/A$, then the equation for I becomes

$$I = \frac{[V_T \ln{(A)}]/R_t}{1 - (r/R_t)(1 - 1/A)} \tag{40}$$

The denominator of equation 40 will readily be seen to have the same form as that of equation 18; it will further be seen that algebraic manipulation yields the equation

$$\frac{IG_r}{R_t} = \frac{r(1 - 1/A)}{R_t} \tag{41}$$

The area ratio A may be chosen to suit the $V_{BE}$ requirements, but is usually much greater than unity, so the term $(1 - 1/A)$ is not very dependent on A. Since $r$ appears on both sides of the equation, it may be eliminated. Rearranging shows that the primary control is in the ratio $R_t/R_c$:

$$\frac{R_t}{R_c} = \frac{(1 - 1/A)}{IG} \tag{42}$$

Thus in theory, once G, A, and $R_c$ are chosen, $R_t$ can be selected to achieve compensation.

Most of the long-tail pair transistors' internal resistance arises in $R_{bb'}$, in the bases; $R_{ee'}$ is usually much less significant. $R_{bb'}$ is not only troublesome because of its effect on the gain of the long-tail pair (since it appears as $R_{bb'}/$beta in the emitter circuit, and is often comparable to the electronic $r_e$), but also because it introduces noise. $R_{bb'}$ also has an impact on the bandwidth; the higher $R_{bb'}$, the lower the amplifier bandwidth. Minimization of $R_{bb'}$ is thus desirable. To minimize $R_{bb'}$, the transistor geometry should have narrow emitter stripes and base contacts spaced as closely as possible to the emitter edge. A nominal value of $R_{bb'}$ for such a transistor, for example, may be about 57 ohms. However, $R_{bb'}$ may well be subject to a large tolerance. For example, a design nominally intended to yield 57 ohms could produce an $R_{bb'}$ equal to 80 ohms. If the long-tail pair is designed to have a nominal 10 dB gain and the transistors have a minimum beta of 65, then even with negligible $R_{ee'}$, the actual gain may be in low as 9.34 dB, which is a considerable deviation from the designed gain. Trimming could restore this gain to the desired value, but only at a specific temperature as $R_{bb'}$ is very temperature-dependent. Hence it is desirable to compensate for the base-defect error in a more exact way, which tracks with temperature.

Use of the $\Delta V_{BE}$ cell makes this possible. The operation of a $\Delta V_{BE}$ cell as means to generate a tail current which is PTAT is well documented in the literature, as prior art. However, this invention shows how, with proper design, this $\Delta V_{BE}$ cell can be used to bias the current source (i.e., transistor 24 and emitter resistor 26) to a point which adds to the tail current a component keyed to and tracking the ohmic resistances associated with the device geometries.

4

In the discussion of FIG. 2 above, a somewhat simplified analysis was used, assuming, among other things, that series emitter resistors were not used in the long-tail pair and that only intrinsic emitter resistances need be considered. The present invention has greatest utility when series emitter resistors in the long-tail pair are small (relative to the electronic emitter resistances of the translators) or are not used, of course, but use of such resistors is not uncommon. The analysis also failed to consider a number of other sources of error. A more rigorous, more complete circuit model is shown in FIG. 3, which depicts a complete resistance-corrected, gain-compensated differential amplifier according to the invention, with all emitter-related ohmic resistances shown explicitly.

Transistor 32 is assumed to have a unit area emitter geometry, with intrinsic emitter resistance $r$ and series emitter resistor 52 (of resistance $NR_T$). The other $\Delta V_{BE}$ cell transistor 28 has emitter area of A units, intrinsic emitter resistance $r/A$, series resistors 54 (of resistance $NR_T/A$) and 34 (of resistance $R_t$). Transistors 28 and 32 operate at the same current density, although different collector currents. The long-tail pair transistors 12 and 14 have N-unit emitter areas, intrinsic emitter resistance $r/N$ and, for generality, series emitter resistors 56 and 58 (of resistance $R_T$). The current-source transistor 24 has emitter area of M units, intrinsic emitter resistance $r/M$ and a series emitter resistor 26 of resistance $R_s/M$. The quiescent collector current for each of the differential amplifier transistors 12 and 14 is intended to be constant value, I, over some temperature range of interest. As will be seen, this is provided by establishing an appropriate bias voltage on bias line 60 to the base of transistor 24.

The transconductance of the long-tail pair, and thus its gain, actually is a function of the collector current, not the tail current. Thus, to set the collector current to the desired value, an increase must be made to the tail current to compensate for finite B. Consequently, the tail current $I_{60}$ (i.e., $I_{60}=2I$, as shown in FIG. 1 and FIG. 2), which is also the collector current of transistor 24, must be $2I(1+1/\text{beta})$. Further, there is a difference between the emitter current $I_{E24}$ of current source transistor 24 and the tail current $I_{60}$ of the long-tail pair. Each of these B-compensation factors amounts to about 1% gain error, with an associated temperature drift of typically 100 ppm/° C. To correctly compensate for this total error, the voltage applied to bias line 60 has to produce across the series combination of emitter resistor 26 and intrinsic emitter resistance $r/M$ a voltage adequate to cause the emitter current in transistor 24, $I_{E24}$, to be $(1+1/\text{beta})$ times the tail current, or to a first order approximation $(1+2/\text{beta})$ times the total collector current, 2I. Additionally, the long-tail pair may (and normally would be) driven by an emitter follower on each input (not shown). The differential output resistance of the emitter followers typically introduces another "one-alpha" error for which similar compensation may be provided; in such a situation, the emitter current $I_{E24}$ should be $2I(1+3/\text{beta})$, since second-order terms can be ignored.

A high-gain feedback circuit 38 between the collectors of transistors 28, 32 and the base of transistor 24 drives transistor 32 via a resistance $SR_s$, where S is a factor chosen to eliminate the beta-dependence in the system.

The operation of the $\Delta V_{BE}$ cell 20 is well documented in the literature. It provides on line 60 a drive

B5

4,929,909

5

voltage $V_{bke}$ which produces PTAT. Assuming the various transistors have reasonably matched current gains, the tail current is thus both PTAT and adjusted (i.e., set to an appropriate level) to account for the characteristics (particularly beta) of the transistors in the differential amplifier and the intrinsic emitter resistance of the current source.

Having thus described the inventive concept and an embodiment of the invention, various modifications, alterations and improvements will readily occur to those skilled in the art. Such modifications, alterations and improvements are intended to be suggested though not expressly discussed, as the foregoing detailed description is offered by way of example only and is not intended to be limiting. The invention is limited only by the following claims and equivalents thereto.

What is claimed is:

1. A gain-compensated differential amplifier circuit comprising:

(a) a transistor differential amplifier, with reasonably matched current gains, operating at a tail current $I_{tail}$;

(b) a transistor current source responsive to a control voltage for generating said tail current as a function of the control voltage;

(c) control voltage generating means for generating, as the control voltage, a voltage which varies proportionately to absolute temperature; and

(d) the control voltage generating means including means for functionally relating the control voltage to the intrinsic emitter resistance of the current source.

2. The amplifier of claim 1 wherein the control voltage generating means is adapted to generate, as the control voltage, a voltage which generates a tail current having a component that is functionally related to and tracks the ohmic resistances associated with the geometries and current gain characteristics of the differential amplifier transistors and the transistor current source.

3. The amplifier of either claim 1 or claim 2 wherein the current source comprises a common-emitter transistor whose collector is connected to receive the emitter currents of the transistors of the differential amplifier and the control voltage generating means includes a $\Delta V_{BE}$ cell for supplying to the base of the common-emitter transistor a control voltage which produces in the collector of the common-emitter transistor a current which is a function of the current gain of the differential amplifier transistors.

4. The amplifier of claim 3 wherein the control voltage produces in the emitter of the common-emitter transistor a current $2I(1+2/beta)$ and a tail current of $2I(1+1/beta)$, where beta is the current gain of the differential amplifier transistors, over a selected temperature range.

6

5. The amplifier of claim 3 wherein the current source further includes an emitter resistor connected between the emitter of the common-emitter transistor and a voltage reference, and wherein the differential amplifier transistors have finite intrinsic emitter resistance and the control voltage is a function of the emitter resistance, the finite intrinsic emitter resistance of the common-emitter transistor and the current gains of the differential amplifier transistors.

6. A gain-compensated differential amplifier circuit comprising:

(a) a transistor differential amplifier, with reasonably matched current gains, operating at a tail current $I_{tail}$;

(b) a current source responsive to a control voltage for generating said tail current as a function of the control voltage;

(c) control voltage generating means for generating, as the control voltage, a voltage which varies proportionately to absolute temperature, and which is provided by a $\Delta V_{BE}$ cell; and

(d) the $\Delta V_{BE}$ cell including means for functionally relating the control voltage to the intrinsic emitter resistance of the current source.

7. The amplifier of claim 6 wherein the control voltage generating means is adapted to generate, as the control voltage, a voltage which generates a tail current having a component that is functionally related to and tracks the resistances associated with the transistor geometries and current gain characteristics of the transistors of the differential amplifier and the current source.

8. The amplifier of either claim 6 or claim 7 wherein the current source comprises a common-emitter transistor whose collector is connected to receive the emitter currents of the transistors of the differential amplifier and the $\Delta V_{BE}$ cell supplies to the base of the common-emitter transistor a control voltage which produces in the collector of the common-emitter transistor a current which is a function of the current gain of the differential amplifier transistors.

9. The amplifier of claim 8 wherein the control voltage produces in the emitter of the common-emitter transistor a current $2I(1+2/beta)$ and a tail current of $2I(1+1/beta)$, where beta is the current gain of the differential amplifier transistors, over a selected temperature range.

10. The amplifier of claim 8 wherein the current source further includes an emitter resistor connected between the emitter of the common-emitter transistor and a voltage reference, and wherein the differential amplifier transistors have finite intrinsic emitter resistance and the control voltage is a function of the emitter resistance, the finite intrinsic emitter resistance of the common-emitter transistor and the current gains of the differential amplifier transistors.

* * * * *

**B6**

# EXHIBIT 2



RECEIVED

JAN 18 1990

GROUP 250

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:          Barrie Gilbert
Serial No.:         07/328,946
Filing date:        03/27/89
For:                DIFFERENTIAL AMPLIFIER WITH GAIN
                    COMPENSATION

Examiner:           James B. Mullins
Art Unit:           252

1-17-90

1-17-90

CERTIFICATE OF MAILING UNDER 37 C.F.R.  §1.8

The undersigned hereby certifies that this document is being
placed in the United States mail with first-class postage
attached, addressed to Commissioner of Patents and Trademarks,
Washington, D.C. 20231, on the 22nd of December, 1989.

Steven J. Henry,  Reg. No. 27,900
Attorney for Applicant

Hon. Commissioner of Patents and Trademarks
Washington, D.C.

AMENDMENT

Sir:

In response to the Official Action of July 5, 1989, please
amend this application as follows:

**B7**

Serial No. 07/328,946          -2-                    Patent

RECEIVED

JAN 10, 1990

GROUP 250

IN THE SPECIFICATION

On page 1

    in line 4, delete "often called "long-tail pairs"";

    in line 5, change "long-tail" to --differential amplifier--;

    in line 22, change "The gain" to --The differential gain, G, --; and

    in line 23, after "temperature stability" add --, dG/dT,--.

On page 2

    in line 7, change "12" to --13--;

    in line 8, after "resistance" add --, kT/qI,--;

    in line 9, change "16 and re = kT/qI" to --12--;

    in line 12, change "the ohmic" to --the total ohmic--; and

    in line 14, change "emitter-emitter" to --emitter--.

On page 3

    in line 18, after "component" add --of current--; and

    in line 22, change "$V_{BE}$ cell" to --$\Delta V_{BE}$ cell--.

On page 5

    in line 3, change "gain error is thus" to --small signal gain

Q1   error, due to the assumption that r << $r_e$, is--;

    in line 8, change "$I=GV_t/R_c(1-2Gr/R_c)$" to

Q2   --$2I=2GVt/Rc(1-2Gr/Rc)$--;

    in line 21, change "$V_{BE}$ cell" to --$\Delta V_{BE}$ cell--; and

    in line 23, after "2I," add --The use of a $\Delta V_{BE}$ cell as

Q3   means to generate a tail current which is PTAT is well documented

  in the literature, as prior art.--.

On page 6

    in line 3, change "$V_{BE}$ cell" to --$\Delta V_{BE}$ cell--; and

    in line 11, change "Under ideal assumptions, (half of)" to

Q4   --Under the assumption that the differential amplifier is an

  ideal amplifier, half of--.

**B8**

Serial No. 07/328,946          -3-                Patent

On page 7
    in line 1, delete "the variable r may be forced out of the equations by"; and
    in line 2, change ", to yield" to --yields--.

On page 8
    in line 22, change "Use of the $V_{BE}$ cell makes this possible. with proper design, this $V_{BE}$ cell" to --Use of the $\Delta V_{BE}$ cell makes this possible. The operation of a $\Delta V_{BE}$ cell as means to generate a tail current which is PTAT is well documented in the literature, as prior art. However, this invention shows how, with proper design, this $\Delta V_{BE}$ cell--.

Q5

On page 9
    in line 18, change "$V_{BE}$" to --$\Delta V_{BE}$ cell--.

On page 10
    in line 11, change "a 'one-alpha' increase" to --an increase--;
    in line 13, after the first occurence of "current" add --to compensate for finite ß--;
    in line 13, after "$I_{tail}$ add --(i.e., $I_{tail}=2I$, as shown in Fig. 1 and Fig. 2)--

Q6

    in line 16, delete "'one alpha'";
    in line 19, change "'one-alpha'" to --ß-compensation--; and
    in line 19, delete ", or 0.1 db,".

On page 11
    in line 14, change "$V_{BE}$ cell" to --$\Delta V_{BE}$ cell--;
    in line 16, delete "is" to --produces--; and
    in line 19, after "(i.e., set" add --to--.

B9

Serial No. 07/328,946          –4–          Patent

IN THE ABSTRACT

On page 15
   in line 10, change "with" to --which--.

RECEIVED

IN THE CLAIMS

JAN 18 1990

Amend Claim 1 as follows:

GROUP 250

1. (Amended)  A gain-compensated differential amplifier circuit comprising:

   (a)  a transistor differential amplifier, <u>with reasonably matched current gains,</u> operating at a tail current $I_{tail}$;

   (b)  a transistor current source [response] <u>responsive</u> to a control voltage for generating said tail current as a function of the control voltage; [and]

   (c)  control voltage generating means for generating, as the control voltage, a voltage which varies proportionately to absolute temperature[.]<u>; and</u>

   (d)  <u>the control voltage generating means including means for functionally relating the control voltage to the intrinsic emitter resistance of the current source.</u>

Amend Claim 2 as follows:

2. (Amended)  The amplifier of <u>claim 1</u> wherein the control voltage generating means is adapted to generate <u>,</u> as the control voltage <u>,</u> a voltage which [depends on the] <u>generates a tail current having a component that is functionally related to and tracks the ohmic resistances associated with the geometries and current gain</u> characteristics of the differential amplifier transistors and the <u>current source</u> ~~transistor~~.

**B10**

Serial No. 07/328,946          –5–          Patent

Amend Claim 3 as follows:

3. (Amended) The amplifier of either [of] claim[s] 1 or claim 2 wherein the current source comprises a common-emitter transistor whose collector is connected to receive the emitter currents of the transistors of the differential amplifier and the control voltage generating means includes a $\underline{\Delta V_{BE}}$ cell for supplying to the base of the common-emitter transistor a control voltage which produces in the collector of the common-emitter transistor a current which is a function of the current gain of the differential amplifier transistors)

Amend Claim 5 as follows:

5. (Amended) The amplifier of claim 3 wherein the current source further includes an emitter resistor connected between the emitter of the common-emitter transistor and a [supply] voltage reference, and wherein the differential amplifier transistors have finite intrinsic emitter resistance and the control voltage is a function of the emitter resistance, the finite intrinsic emitter resistance of the common-emitter transistor and the current gains of the differential amplifier transistors.

Add Claim 6 as follows:

6. A gain-compensated differential amplifier circuit comprising:

(a) a transistor differential amplifier, with reasonably matched current gains, operating at a tail current $I_{tail}$;

(b) a current source responsive to a control voltage for generating said tail current as a function of the control voltage;

**B11**

Serial No. 07/328,946          —6—                    Patent

(c)  control voltage generating means for generating, as the
control voltage, a voltage which varies proportionately to
absolute temperature, and which is provided by a $\Delta V_{BE}$
cell; and

(d)  the $\Delta V_{BE}$ cell including means for functionally
relating the control voltage to the intrinsic emitter
resistance of the current source.

Add Claim 7 as follows:

7.  The amplifier of claim 6 wherein the control voltage
generating means is adapted to generate, as the control voltage,
a voltage which generates a tail current having a component that
is functionally related to and tracks the resistances associated
with the transistor geometries and current gain characteristics
of the transistors of the differential amplifier and the current
source transistor.

Add Claim 8 as follows:

8.  The amplifier of either claim 6 or claim 7 wherein the
current source comprises a common-emitter transistor whose
collector is connected to receive the emitter currents of the
transistors of the differential amplifier and the $\Delta V_{BE}$ cell
supplies to the base of the common-emitter transistor a control
voltage which produces in the collector of the common-emitter
transistor a current which is a function of the current gain of
the differential amplifier transistors.

B12

Serial No. 07/328,946          –7–                    Patent

Add Claim 9 as follows:

9.  The amplifier of claim 8 wherein the control voltage
produces in the emitter of the common-emitter transistor a
current 2I(1+2/beta) and a tail current of 2I(1+1/beta), where
beta is the current gain of the differential amplifier
transistors, over a selected temperature range.

Add Claim 10 as follows:

10.  The amplifier of claim 8 wherein the current source further
includes an emitter resistor connected between the emitter of the
common-emitter transistor and a voltage reference, and wherein the
differential amplifier transistors have finite intrinsic emitter
resistance and the control voltage is a function of the emitter
resistance, the finite intrinsic emitter resistance of the common-
emitter transistor and the current gains of the differential
amplifier transistors.

---

REMARKS

In the Office Action of July 5, 1989 the Examiner rejects
claims 1–3 under 35 U.S.C. 102(b) as "being anticipated by either
Hester or Maeda et al", and he rejects claims 4 and 5, under 35
U.S.C. 103, as obvious over Hester and Maeda et al., a "matter of
design choice in order to arrive at optimum performance of the
reference circuits".

B13

Serial No. 07/328,946          -8-               Patent

In rejecting claims 1-3, the Examiner specifically notes that "Fig. 2 and source 70 of Hester and Figs. 1 and 2 of Maeda et al." anticipate this application.

Upon reviewing the references, it appears that the Examiner has correctly identified Hester and Maeda as anticipating claim 1, which was unnecessarily broad. Accordingly, claim 1 is amended to distinguish over these references.

Parts a through c of amended claim 1 encompass the original claim, and recite the prior art use of a control voltage means to control the tail current of a differential amplifier so that it is PTAT (i.e., proportional-to-absolute-temperature). Part d of amended claim 1, however, adds the novel, unobvious feature:

"(d) including means for functionally relating the control voltage to the intrinsic emitter resistance of the current source."

The specification derives the equations (see pp. 5-11) that relate parameters in the control circuit to a component of the tail current that is proportional to, and tracks, both the resistances associated with the device geometries, and the current gain, of the differential amplifier transistors. The relationships on pages 10 and 11 were not known before the present invention.

These are important relationships. For example, there is a need to correct for the junction resistances in the differential transistors of a differential amplifier. This is crucial to producing a robust design, as it often is the largest source of gain error in a practical product. Such compensation is not addressed in any of the patents which the Examiner has cited. Even Maeda et al., which purportedly addresses the need to control the gain of a differential amplifier, does not correct for the ohmic resistances.

Serial No. 07/328,946          —9—                    Patent

There is also a need for special care in dealing with the many small, but cumulative, errors that are due to finite beta (e.g., the β of: the differential pair, the current source transistor, the next stage transistors, etc.). This is also not addressed in any of the patents which the Examiner cited.

No one previously knew how to use a control voltage to compensate simultaneously for geometry-dependent-parameters, temperature-dependencies and lot-to-lot variations in a differential amplifier. Nor was it obvious to those already using a $\Delta V_{BE}$ cell (to generate a PTAT tail current) that a $\Delta V_{BE}$ cell could be configured to accomplish this very desirable end.

The present application teaches, for the first time, how to design a control voltage generator, such as a $\Delta V_{BE}$ cell that controls the tail current, in a manner that compensates for the lot-to-lot and temperature variations of the differential transistors' geometry-dependent-parameters. This is an important advance in controlling a differential amplifier's tail current so that the differential amplifier has a stable, predictable gain.

By contrast, Hester's entire patent focuses on means for generating a differential amplifier current source that is <u>only</u> temperature compensated. e.g.,
(Hester claim 1) "A temperature compensated current source comprising:"
(Hester claim 2) "...that ... has a positive temperature coefficient."
(Hester claim 5) "A temperature compensated differential amplifier circuit comprising:"...

Serial No.  07/328,946          -10-                  Patent

Hester's patent describes a current source which is
proportional to temperature and "has a high degree of independence
from variations because of the individual transistor gains" of
the transistors in the current source itself, not the
differential transistors.

The invention in the Maeda et al. patent is also different
from this invention, because Maeda et al. focuses on means for
automatic gain control of a differential amplifier, e.g.,
(Maeda claim 1) "An automatic gain control detection circuit,
comprising:"
(Maeda claim 2-5) "An automatic gain control detection circuit
..."

Maeda's patent is for the design of a better AGC detection
circuit, and is not a method for compensating for the lot-to-lot
or ß variations of a differential amplifier.

Neither Hester's current source nor Maeda's current source
accounts for the ohmic resistances or ß of the differential
transistors.  Neither  do these patents teach us how to
compensate for lot-to-lot or temperature varying parameters in
the differential amplifier transistors.

McKinnis et al. state that they have addressed the problem
of maintaining a specific and stable gain "over temperature,
voltage, and manufacturing processing".  However, their patent
shows different circuitry, governed by different equations, which,
more importantly, do not account for the junction resistance of
the differential pair or any of the various finite beta errors.

The present application focuses on a design approach that
compensates for the differential transistors' geometry-dependent-
parameters which vary from lot-to-lot and with temperature.  This
is unique.  In fact, no previous designer has shown a way to
compensate for junction resistances or beta in a differential

**B16**

Serial No.  07/328,946          –11–                    Patent

amplifier.  There is no evidence that anyone skilled in the are
even believed that means could exist to compensate for these
errors, and no one saw that a $\Delta V_{BE}$ cell of a specific design,
could accomplish this.  It is an important advance in controlling
the tail current in a differential amplifier to produce a stable,
predictable gain, and the prior art does not teach this invention.

Having distinguished claim 1 from the prior art, such as
shown in Hester, Maeda et al., and McKinnis et al., no further
argument is necessary to support the patentability of dependent
claims 2–5.  Nevertheless, the applicant notes that the further
limitations detailed in claims 2–5 are not taught, or hinted at,
by either Hester or Maeda et al.  For example, without limitation,
none of the references disclose the use of the differential
amplifier tail-current, or tail-current generating means, to
correct for finite beta or the junction resistances in the
differential pair.  Furthermore, the relationship between the
geometry-related parameters and circuit elements of the $\Delta V_{BE}$
cell and the geometry-related parameters of a differential
amplifier is found nowhere in the literature, and is neither
obvious nor a simple matter of design choice when designing a
PTAT current source for a differential amplifier.  The present
invention teaches that by proper selection of device geometries
in the $\Delta V_{BE}$ cell, the gain of each differential amplifier
will be the same throughout a product line, and in particular,
independent of lot-to-lot manufacturing differences and
temperature variation.

The Examiner also rejects claims 3-5 under 35 U.S.C. 112 "as
being indefinite for failing to particularly point out and
distinctly claim the subject matter which applicant regards as
the invention."

Serial No. 07/328,946          -12-               Patent

In claim 3, the Examiner feels that lines 8-11 of the unamended claim do "not appear to accurately reflect the circuit operation." Apparently, the Examiner is concerned that there does not appear to be some linking relationship (e.g., feedback signal) causing the control voltage to be a function of the differential amplifier gain. However, the specification shows equations that link the design parameters of the $\Delta V_{BE}$ cell with geometry-related parameters of the differential amplifier transistors, which is easily accomplished in monolithic fabrication. Claim 3 is accurate and is based on those circuit and parameter design relationships.

The Examiner comments that "In claim 4, the term 'I' should be defined." However, as the revised specification makes clear, the term "I" in claim 4 refers to the value of the current that would have existed in that part of the circuit before the compensation factor of this invention was included. The claim, therefore, is not indefinite since the specification shows a designer how to include the compensation factor into the emitter and collector currents of the current source transistor in a differential amplifier. The claim must be read in light of the specification, and it is not required that every definition be repeated in the claims.

The Examiner correctly points out that the term 'The transistor, in claim 5, does not have a definite antecedent. The amended claim 5 corrects that indefiniteness.

The Examiner will please note that we have added claims 6 through 10 to cover aspects of the invention not previously claimed.

B18

Serial No. 07/328,946          —13—                    Patent

The Examiner will also note that we have changed Fig. 1 of the drawing to insert reference numerals, which are now identified in the specification as well. The revised Fig. 1 has been submitted separately for inclusion in the application, with the approval of the Examiner. Additionally, the specification is amended to correct grammitical and syntactical errors, for greater clarity. Throughout, the term "$V_{BE}$ cell" is changed to "$\Delta V_{BE}$ cell" to conform the terminology to standard usage in the industry.

Applicant submits that the application, as herein amended, is now in condition for allowance and respectfully requests the Examiner to issue a Notice of Allowance at the earliest possible date.

The Examiner is further requested to contact the undersigned attorney of record, by collect telephone call, to advance the prosecution of this application in any respect.

Please charge any fee or fee deficiency occasioned by this response to Deposit Account No. 23/2825. A duplicate copy of this page is enclosed.

                              Respectfully submitted,


                              Steven J. Henry
                              Reg. No. 27,900
                              Wolf, Greenfield & Sacks, P.C.
                              600 Atlantic Avenue
                              Boston, MA  02210—2211
                              Tel.:  (617) 720—3500

SJH/sp
0472U

In re application of:          Barrie Gilbert
Serial No:                     07/328,946
Filed:                         March 27, 1989
For:                           DIFFERENTIAL AMPLIFIER WITH GAIN COMPENSATION

Examiner:                      J. Mullins          RECEIVED
Art Unit:                      252

THE COMMISSIONER OF PATENTS AND TRADEMARKS          JAN 1 8 1950
WASHINGTON, D.C. 20231

Sir:                                                GROUP 250

Transmitted herewith is an amendment in the above-identified application.

The fee has been calculated as shown below:

### CLAIMS AS AMENDED

|  | Claims Remaining After Amendment | | Highest No. Previously Paid For | | Present Extra | Rate | Additional Fee |
|---|---|---|---|---|---|---|---|
| TOTAL CLAIMS | 10 | MINUS | 20 | = | 0 | X $ 12 = | $ 0.00 |
| INDEP. CLAIMS | 2 | MINUS | 3 | = | 0 | X $ 34 = | $ 0.00 |

MULTIPLE DEPENDENT CLAIM..................................$100

PETITION FOR THREE MONTH EXTENSION OF TIME......................430.00

TOTAL ADDITIONAL FEE FOR THIS AMENDMENT =   $430.00

[ ] No additional fee is required.

[X] Petition for Three Month Extension of Time.

[X] A check in the amount of $430.00 is attached.

[ ] Charge $ to Deposit Account 23/2825 of the undersigned attorneys. A
    duplicate of this sheet is enclosed.

-2-

[X]  Please charge any additional fees or credit overpayment to Deposit
     Account No. 23/2825.  A duplicate of this sheet is enclosed.

Steven J. Henry, Esq.
Reg. No. 27,900
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
Tel. (617)720-3500
Attorneys of Record

Docket No. A0312/7089
December 22, 1989

8266K

I hereby certify that this correspondence is being
deposited with the United States Postal Service as first
class mail in an envelope addressed to: Commissioner
of Patents and Trademarks, Washington, D.C. 20231,
on_____

                         DATE

I hereby certify that this correspondence is being
deposited with the United States Postal Service as first
class mail in an envelope addressed to: Commissioner
of Patents and Trademarks, Washington, D.C. 20231,
on_____Dec 22 1989_____

                    DATE

# EXHIBIT 3



US006262633B1

(12) **United States Patent**
Close

(10) Patent No.: **US 6,262,633 B1**
(45) **Date of Patent:** **Jul. 17, 2001**

(54) **HIGH OUTPUT CURRENT OPERATIONAL AMPLIFIER OUTPUT STAGE**

(75) Inventor: **JoAnn P. Close**, Los Altos, CA (US)

(73) Assignee: **Analog Devices, Inc.**, Norwood, MA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/560,305**

(22) Filed: **Apr. 27, 2000**

(51) Int. Cl.[7] .............................. H03F 3/26
(52) U.S. Cl. ............... 330/267; 330/268; 330/255
(58) Field of Search .................. 330/255, 267, 330/268

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,041,407 | * 8/1977 | Mela | 330/13 |
| 6,084,475 | * 7/2000 | Rincon-Mora | 330/255 |
| 6,100,762 | * 8/2000 | Kato | 330/255 |

OTHER PUBLICATIONS

Analog Devices AD8041 Data Sheet (1995) pp. 1–16.

* cited by examiner

*Primary Examiner*—Robert Pascal
*Assistant Examiner*—Henry Choe
(74) *Attorney, Agent, or Firm*—Koppel & Jacobs

(57) **ABSTRACT**

A rail-to-rail op amp output stage is configured to provide one or more additional base drive paths for each of its output transistors, reducing the stage's distortion and increasing its maximum output current without substantially increasing quiescent current. The additional base drive paths reduce the demand on the transistors driving the output transistors, lowering the distortion they might otherwise contribute to the output current. In a preferred embodiment, the collectors of the stage's clamp transistors are connected to the bases of their opposing output transistors, so that each clamp transistor provides an additional base drive path to a respective output transistor, thereby increasing maximum output current without substantially increasing quiescent current, and substantially reducing crossover distortion.

**18 Claims, 7 Drawing Sheets**





FIG.1
(Prior Art)



FIG.2a



FIG.2b



FIG. 3a



FIG. 3b



FIG.4a



FIG.4b



FIG.5a



FIG.5b

US 6,262,633 B1

1

# HIGH OUTPUT CURRENT OPERATIONAL AMPLIFIER OUTPUT STAGE

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates to the field of operational amplifier output stages, and particularly to high output current, low distortion, rail-to-rail output stages.

### 2. Description of the Related Art

The characteristics of an operational amplifier (op amp) are defined with various specifications. Three of these, i.e., maximum output current, quiescent current, and distortion, tend to be interrelated. For example, the quiescent current, i.e., the current drawn from the power supplies when no signal is applied to the op amp, tends to limit the maximum output current, with an increase in maximum output current requiring a corresponding increase in quiescent current. An increase in quiescent current also tends to improve the distortion performance of the op amp, though at the cost of higher power dissipation.

A known op amp output stage is shown in FIG. 1, which is a simplified schematic of the output stage of an AD8041 op amp from Analog Devices, Inc. in Norwood, Mass. A drive circuit 10 produces complementary drive signals 12 and 14 to drive a complementary pair of output transistors Q1 and Q2, respectively. Q1 and Q2 are connected in series between supply voltages VCC and VEE, with the junction of their collectors serving as the stage's output terminal OUT. Q1 and Q2 conduct respective currents $I_{Q1}$ and $I_{Q2}$ in response to drive signals 12 and 14, which are summed at the output terminal to produce an output current $I_o$.

Drive circuit 10 is arranged to receive differential inputs V+ and V−, and to produce complementary drive signals 12 and 14 in response; i.e., as drive signal 12 pulls down harder on Q1's base to increase the current $I_{Q1}$ conducted by Q1 to the output, drive signal 14 also decreases to reduce the current $I_{Q2}$ conducted by Q2. Similarly, drive circuit 10 manipulates drive signals 12 and 14 so that when $I_{Q1}$ is increased, $I_{Q2}$ is decreased.

A number of implementations can be employed to obtain the A/B-type behavior from drive circuit 10, one of which is illustrated in FIG 1. Differential inputs V− and V+ are connected to transistors Q3 and Q4, respectively, each of which is connected as an emitter follower. V− and V+ are also connected to transistors Q5 and Q6, which are also connected as emitter followers; Q3 and Q4 are of opposite polarity to that of Q5 and Q6. A pair of transistors Q7 and Q8 are connected to receive the outputs of emitter follows Q3 and Q4, respectively, and to conduct first and second currents in response. A pair of transistors Q9 and Q10 are connected to receive the outputs of emitter follows Q5 and Q6, respectively, and to conduct third and fourth currents in response. A current mirror circuit 16 made from transistors Q11 and Q12 is connected to mirror the current conducted by Q7 to Q8, with the difference current between the mirrored current and the Q8 current being drive signal 14. Similarly, a current mirror 18 made from transistors Q13 and Q14 is connected to mirror the current conducted by Q9 to Q10, with the difference current between the mirrored current and the Q10 current being drive signal 12. The emitters of Q7 and Q9 are connected together at a junction 20 and the emitters of Q8 and Q10 are connected together at a junction 22. A compensation capacitor is connected between V− and OUT, and a resistor RI is connected between junctions 20 and 22 to improve the stage's stability. A complementary pair of clamp transistors Q15 and Q16 are

2

biased with respective bias voltages $V_{bias1}$ and $V_{bias2}$ to prevent current mirror transistors Q14 and Q12, respectively, from saturating.

The output stage also includes a transistor Q17 connected between mirror transistor Q11 and VCC via a resistor R2, and a transistor Q18 connected between mirror transistor Q13 and VEE via a resistor R3. Q17/R2 and Q18/R3 are part of the scheme to bias output transistors Q1 and Q2 at the proper quiescent current. The collector currents of Q17 and Q18 are mirrored via Q11/Q12 and Q13/Q14, respectively, to provide known currents through Q15 and Q16. This, along with bias voltages $V_{bias1}$ and $V_{bias2}$, and the relative sizes of Q1, Q15, Q2 and Q16 set the output transistors' quiescent operating point.

In operation, when V− drops below V+, the voltages at the bases of Q7 and Q9 decrease. This results in the current through Q7 and Q10 (via R1) to be increased, and that through Q8 and Q9 to decrease. The Q10 current is greater than the mirrored Q9 current, and the resulting difference current (drive signal 12) pulls down on the base of output transistor Q1, increasing the current IQ provided to the output terminal. At the same time, the mirrored Q7 current is greater than the Q8 current, and the resulting difference current (drive signal 14) reduces the drive to Q2, and thereby reduced $I_{Q2}$. With IQ₁ increased and $I_{Q2}$ decreased, the net output current $I_{out}$ is increased.

Similarly, when V+ falls below V−, more current flows through the Q9/R1/Q8 path, and less flows through the Q10/R1/Q7 path, increasing the drive to output transistor Q2 and reducing it to Q1, producing a net reduction in $I_o$.

The maximum amount of current from Q1 is limited by the amount of current conducted by Q10, which is in turn limited by the current sources I4 and I1 connected in series with follower transistors Q3 and Q6. Specifically, the maximum current from Q1 is given by the lesser of 1)$\beta_{Q1}*\beta_{Q10}*I4$ and 2)$\beta_{Q1}*\beta_{Q7}*I1$. Similarly, Q2 is limited by the amount of current conducted by Q8, which is limited by the current sources I2 and I3 connected in series with follower transistors Q4 and Q5, with the maximum current from Q2 given by the lesser of 1)$\beta_{Q2}*\beta_{Q8}*I3$ and 2)$\beta_{Q2}*\beta_{Q6}*I2$. Thus, the stage's quiescent current depends on the magnitudes of the I1–I4 currents, along with the relative sizes of (several of the transistor' emitters. Increasing I1–I4 increases the maximum value of $I_{out}$ though doing so also increases the stage's quiescent current and power dissipation.

The stage's quiescent current also affects its distortion performance. Some nonlinearity is introduced into the output by the driver stage, primarily due to the behavior of transistors Q7–Q10 as they act to sink and source the required base currents needed by the output transistors. The magnitude of the nonlinearity is directly related to the percentage change of the currents through Q7–Q10 increasing the stage's quiescent current lowers this percentage change, which reduces the nonlinearity and thus improves the distortion performance. However, as noted above, increasing quiescent current causes a corresponding and often undesirable increase in power dissipation.

## SUMMARY OF THE INVENTION

An op amp output stage is presented which, when compared with prior art output stages, provides lower distortion and up to twice as much output current for the same quiescent current. Alternatively, the new stage provides an output current equivalent to that of a prior art amplifier while reducing quiescent current by up to half.

US 6,262,633 B1

3

This improved performance is accomplished by providing one or more additional base drive paths for each of the output transistors of an output stage that otherwise resembles the circuit depicted in FIG. 1. Several means are described by which this is done. For example, a pair of transistors can be employed to mirror components of the output transistors' drive signals back to their respective output transistors, thereby providing an additional base drive path to each. The additional base drive reduces the demand on the drive signal transistors (Q7–Q10), which lowers the distortion they might otherwise contribute. Alternatively, the collectors of the clamp transistors are connected to the bases of their opposing output transistors, rather than to the supply voltages as in FIG. 1; when so arranged, each clamp transistor provides an additional base drive path to a respective one of the output transistors. Another alternative combines both of these methods to provide multiple additional base drive paths for the output transistors. All of these techniques reduce the demands on the drive circuit transistors by half or more for a given output current, which decreases the distortion contribution of the output stage when the amplifier is driving a heavy current load.

Further features and advantages of the invention will be apparent to those skilled in the art from the following detailed description, taken together with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic diagram of a known op amp output stage.

FIG. 2a is a schematic diagram of an operational amplifier output stage per the present invention.

FIG. 2b is an alternative embodiment of the operational amplifier output stage of FIG. 2a, with the output stage's clamp transistors connected to provide additional base drive paths to the output transistors.

FIG. 3a is a schematic diagram of the preferred embodiment of an operational amplifier output stage per the present invention, which depicts the operation of an additional base drive path for one of the output transistors.

FIG. 3b is a schematic diagram of the preferred embodiment of an operational amplifier output stage per the present invention, which depicts the operation of an additional base drive path for the other output transistor.

FIG. 4a is a block diagram of a current feedback amplifier employing an output stage per the present invention.

FIG. 4b is a block diagram of a voltage feedback amplifier employing an output stage per the present invention.

FIG. 5a is a simulated graph of second harmonic distortion versus frequency for an amplifier comprising a current feedback input stage and a prior art output stage, and an amplifier comprising the same current feedback input stage and an output stage per the present invention.

FIG. 5b is a simulated graph of third harmonic distortion versus frequency for an amplifier comprising a current feedback input stage and a prior art output stage, and an amplifier comprising the same current feedback input stage and an output stage per the present invention.

## DETAILED DESCRIPTION OF THE INVENTION

An op amp output stage 25 in accordance with the present invention is shown in FIG. 2a. As in FIG. 1, the output stage includes a complementary pair of bipolar output transistors Q1 and Q2 connected in series between first and second

4

supply voltages VCC and VEE. The collectors of Q1 and Q2 are connected together at an output terminal OUT; Q1 conducts a current $I_{Q1}$ and Q2 conducts a current $I_{Q2}$, which are summed at the output terminal to produce the output stage's output current $I_o$ (= $I_{Q1}$−$I_{Q2}$). Output transistors Q1 and Q2 are driven by complementary drive signals 12 and 14, respectively, which are provided by drive circuit 10. As noted above, drive signals 12 and 14 are "complementary" with respect to the effect they have on the output transistors, such that when Q1 is driven to increase $I_{Q1}$, Q2 is driven to reduce $I_{Q2}$, and vice versa.

The output stage is configured to include a pair of transistors (discussed below) which mirror components of drive signals 12 and 14 back to the bases of their respective output transistors, thereby providing additional base drive to Q1 and Q2. This is illustrated by reference to the exemplary implementation of drive circuit 10 shown in FIG. 2a. Here, rather than connect current mirrors between Q7 and Q8 and between Q9 and Q10 (as in FIG. 1), diode-connected transistors Q17 and Q18 are connected between VCC and Q9, and between VEE and Q7, respectively; in addition, a first current source 15 is connected to the collector of Q10, and a second current source is connected to the collector of Q8.

As in FIG. 1, the output stage also includes a complementary pair of clamp transistors Q15 and Q16, with Q15 connected between the base of Q1 and VEE and Q16 connected between the base of Q2 and VCC. Q15 and Q16 are biased with respective voltage bias sources $V_{bias1}$ and $V_{bias2}$ to ensure that Q1 and Q2 are never completely cut off; Q15 and Q16 are also part of the scheme to set the quiescent current of output transistors Q1 and Q2, as noted above.

A pair of transistors Q19 and Q20 are added to the output stage to provide additional base drive paths for output transistors Q1 and Q2. Q19 is connected in a mirror configuration with diode-connected transistor Q17, with its collector connected to the base of Q2. Similarly, Q20 is connected in a mirror configuration with diode-connected transistor Q18, with its collector connected to the base of Q1. When connected in this way, Q19 mirrors the Q9/R1/Q8 current component of drive signal 14 to the base of Q2, and Q20 mirrors the Q10/R1/Q7 current component of drive signal 12 to the base of Q1.

In operation, a differential voltage is applied across the drive circuit's input terminals V+ and V−. When V− falls below V+, current flows via the Q10/R1/Q7 current path. The difference between the current from 15 and the Q10 current form a difference current (drive signal 12), which pulls down on the base of Q1 and increases $I_{Q1}$. An increased current in the Q10/R1/Q7 current path results in a decrease in current in the Q9/R1/Q8 current path, with the difference between the 16 current and the Q8 current providing a difference current (drive signal 14) which reduces the voltage at the base of Q2 and reduces $I_{Q2}$. Simultaneously, the Q10/R1/Q7 current is mirrored to the base of Q1 via Q20 (arrows 32), so that Q1's base is pulled down even harder to increase the $I_{Q1}$ current. The increase in $I_{Q1}$ combined with the decrease in $I_{Q2}$ results in a net increase in $I_o$.

Similarly, when V− rises above V+, drive signal 14 increases the voltage at the base of Q2 via the Q9/R1/Q8 current path, increasing $I_{Q2}$. The increased Q9/R1/Q8 current results in a reduction in the Q10/R1/Q7 current, with the difference between the 15 current and the Q10 current providing a difference current (drive signal 12) which reduces the downward pull on the base of Q1 and thereby reduces $I_{Q1}$. Similarly, when V− is greater than V+, the

US 6,262,633 B1

5

Q9/R1/Q8 current (arrows 34) is mirrored to the base of Q2 via Q19 (arrows 36), which serves to increase $I_{Q2}$. The increase in $I_{Q2}$ combined with the decrease in $I_{Q1}$ results in a net decrease in $I_o$.

The additional base drive currents provided by Q19 and Q20 serve to offload the demands on the drive circuit transistors Q7–Q10. As noted above, the output stage's output current is limited by the magnitude of the output transistors' respective base drives. In the prior art, all of the base drive was necessarily produced by drive circuit 10, with Q1's base drive conducted through Q10 and Q7. The magnitude of Q1's base drive was in turn dependent on the base currents of Q10 and Q7, which were received from current sources I4 and I1, respectively. In this way, the magnitude of the currents provided by I4 and I1 determined the maximum current from Q1. Similarly, the magnitude of the current provided by current sources I3 and I2 determined the maximum current through Q2. As such, maximum output current could only be increased by increasing I1–I4; however, this increases the stage's quiescent current and power dissipation. With the addition of Q19 and Q20, the currents required from Q7–Q10 for a given output current are reduced, lowering the distortion these transistors would otherwise introduce. Alternatively, Q19 and Q20 permit the maximum output current from the output stage to be increased, without a corresponding increase in distortion from the drive signal transistors. Using Q19 and Q20 to increase output current will necessarily result in an increase in quiescent current, however.

Even more benefits are realized when the output stage's clamp transistors are connected as shown in FIG. 2b, which depicts only a portion of the output stage; the portion not shown is the same as in FIG. 2a. Here, rather than connect each clamp transistor between the base of an output transistor and a respective supply voltage (as in FIG. 1), they are connected between the bases of the two output transistors. Thus, the collector of clamp transistor Q15 is moved from VEE to the base of Q2 (with Q15 now being labeled Q15'), and the collector of clamp transistor Q16 is moved from VCC to the base of Q1 (and becomes Q16'). In the prior art, the main task of the clamp transistors is to keep mirror transistors Q12 and Q14 out of saturation (if drive circuit 10 is configured per FIG. 2), and/or to keep the output transistors from being completely cut off (if configured per FIG. 2a). When connected as shown in FIG. 2b, however, clamp transistors Q15' and Q16' still provide the clamping functions, and also provide some additional base drive to the output transistors; i.e., Q15' provides an additional base drive path for Q2, and Q16' does the same for Q1. These additional base drive paths also serve to greatly decrease the output stage's crossover distortion.

Q15' and Q16' operate as follows: as has been previously described, drive signals I2 and I4 are complementary; i.e., when drive signal I2 acts to increase $I_{Q1}$ (by reducing the voltage at the base of Q1), drive signal I4 acts to reduce $I_{Q2}$ (by reducing the voltage at the base of Q2). Assume that V– is less than V+, so that drive signal I4 pulls down on Q1's base, and drive signal I4 decreases the voltage on Q2's base. The base of Q16' is at a fixed voltage set by $V_{B+o1}$. Thus, the lower Q2 base voltage (and Q16' emitter voltage) increases the base-emitter voltage of Q16', causing the current it conducts to be increased. With its collector connected to the base of Q1, Q16' pulls its additional current from the base of Q1, further increasing $I_{Q1}$. Similarly, when V– is greater than V+, the base voltages of Q1 and Q2 increase. The increased voltage at the base of Q1 (and at the emitter of Q15') acts to increase the base-emitter voltage of Q15', so

6

that it conducts more current to the base of Q2 and thereby further increases $I_{Q2}$.

As noted above, connecting clamp transistors Q15' and Q16' as shown in FIG. 2b lowers distortion by offloading drive circuit transistors Q7–Q10. However, this configuration of the clamp transistors provides additional improvements in distortion performance as follows: when the component currents making up an output transistor's base drive—i.e., Q1's base current, the emitter current of Q15', and the collector current of Q16' (for Q1); Q2's base current, the emitter current of Q16', and the collector current of Q15' (for Q2)—are added together, they cancel each other so as to virtually eliminate crossover distortion.

A preferred implementation of the invention is shown in FIGS. 3a and 3b, in which the only additional base drive paths are those provided by the clamp transistors connection scheme of FIG. 2b. Drive circuit 10 is as it was in FIG. 1, with current mirror 16 connected to mirror the Q7 current to Q8, with the difference between the mirrored current and the Q8 current generating a difference current (drive signal I4) which is delivered to the base of Q2. Similarly, current mirror 18 mirrors the Q9 current to Q10, with the difference between the mirrored current and the Q10 current generating a difference current (drive signal I2) which is delivered to the base of Q1. Clamp transistors Q15' and Q16' are connected as in FIG. 2b, with Q15' providing an additional base drive path for output transistor Q2, and Q16' doing the same for Q1.

As connected in FIG. 3a, clamp transistors Q15' and Q16' keep Q14 and Q12 out of saturation. The emitter of Q15' is connected to the collector of mirror transistor Q14, and its base is connected to a bias voltage source 50. The output of bias voltage source 50 is set so that Q15' prevents the voltage at the collector of Q14 from getting any higher than one base-emitter voltage ($V_{be}$) below VCC. This is easily accomplished with a pair of diode-connected transistors Q21 and Q22 connected in series and biased with a current source 17. This arrangement makes the voltage at the base of Q15' two $V_{be}$'s below VCC. With the voltage at the emitter of Q15' one $V_{be}$ higher than that at its base, the collector of Q14 is kept one $V_{be}$ below VCC. This is sufficient to keep Q14 from saturating, which, if not prevented, could introduce a considerable amount of distortion into the output current.

Q16' is connected in a similar fashion. A bias voltage source 52, suitably implemented with a pair of diode-connected transistors Q23 and Q24 connected for bias voltage sources 50 and 52 results in particularly well-with a current source 18, places a voltage on the base of Q16' which prevents the collector of Q12 from getting any lower than one $V_{be}$ from VEE. This is sufficient to keep Q12 out of saturation, and thus prevents the occurrence of distortion that might otherwise be introduced into the output current.

Using diodes (diode-connected transistors Q21–Q24) and fixed current sources (I7, I8) to establish the outputs for bias voltage sources 50 and 52 results in particularly well-controlled quiescent currents in output transistors Q1 and Q2 (i.e., temperature and process insensitive).

As noted above, the novel way in which clamp transistors Q15' and Q16' are connected enable them to provide additional base drive paths for the output transistors. The use of clamp transistor Q16' to provide an additional base drive path for output transistor Q1 is illustrated in FIG. 3a. Assume that V– is less than V+. This condition was previously determined to cause drive signal I2 to pull down on output transistor Q1 via the current path formed by Q10, R1 and Q7—as indicated by arrows 34. This current is reflected by current mirror 16 to Q8 to create drive signal I4. Because

US 6,262,633 B1

7

the mirrored current is greater than the small current conducted by Q8, the voltage at the base of output transistor Q2 falls, reducing $I_{Q2}$. However, the lowered voltage at the base of Q2 is also connected to the emitter of clamp transistor Q16'. The base voltage of Q16' is fixed by bias voltage source 52; thus, lowering the emitter voltage of Q16' increases its base-emitter voltage, thereby increasing the amount of current conducted by Q16'. With the collector of Q16' connected to the base of Q1, the increased current through Q16' serves to significantly increase Q1's base drive. In this way, clamp transistor Q16' provides an additional base drive path (as indicated by arrows 56) for Q1.

When V− is greater than V+, clamp transistor Q15' provides additional base drive for Q2, as illustrated in FIG. 3b. As described above, when V− is greater than V+, output transistor Q2 is driven, via Q9, R1 and Q8 (arrows 58), to increase $I_{Q2}$. This drive current is mirrored by current mirror 18 to Q10. Because the mirrored current is greater than the small current through Q10, the difference current (drive signal 12) increases the voltage at the base of Q1, thereby reducing $I_{Q1}$. However, the emitter of Q15' is also connected to the base of Q1, so that Q1's increased base voltage also increases the base-emitter voltage of Q15'. The resulting increase in the current conducted by Q15' is fed to the base of Q2, significantly increasing its base drive. Thus, Q15' provides an additional base drive path (as indicated by arrows 60) for Q2.

The embodiment shown in FIGS. 3a and 3b is preferred because it provides an increase in maximum output current with only a nominal increase in quiescent current, lowers distortion by offloading drive circuit transistors Q7–Q10 and by canceling crossover distortion, and requires no more components than did the prior art. That is, all the above benefits are achieved using the same number of transistors as were used in FIG. 1.

As illustrated in FIG. 3a, the magnitude of Q1's base drive current is equal to the sum of the current 54 flowing through the Q16/R1/Q7 current path, given by $I_{s1}(1+R_{1s})$ $\beta_{Q1}$, and the current 56 flowing through the Q16?/Q12 current path, given by $(R_{16}*I_s)/[(1+R_{16})\beta_{Q1}]$, where $I_s$ is the output current, $\beta_{Q1}$ is Q1's beta, and $R_{16}$ is the current mirror ratio for mirror 16. For example, if the ratio between Q11 and Q12 is 1:1, Q1's base drive is split 50/50. However, if the ratio between Q11 and Q12 his 1:2 (and Q13/Q14 remains 1:1), then the Q10/R1/Q7 current path contributes ⅓ of the base drive, and the Q16?/Q12 path contributes ⅓ of the base drive.

The components of Q2's base drive current are illustrated in FIG. 3b. As shown, Q2's base drive is equal to the sum of the current 58 flowing through the Q9/R1/Q8 current path, given by $I_s/[(1+R_{18})\beta_{Q2}]$, and the current 60 flowing through the Q15?/Q14 current path, given by $(R_{18}*I_s)/[(1+R_{18})\beta_{Q2}]$, where $\beta_{Q2}$ is Q2's beta, $I_s$ is as defined above, and R18 is the current mirror ratio for mirror 18.

To ensure that Q1 and Q2 receive well-controlled quiescent currents, drive circuit 10 is preferably arranged so that both Q14/Q10 and Q8/Q12 produce known difference currents such that, when V+=V−, the current in Q12 ($I_{Q12}$) is greater than $I_{Q8}$ and $I_{Q14}$ is greater than $I_{Q10}$. If not so arranged, the collector currents of Q15' and Q16' can go towards zero, resulting in large and poorly-controlled quiescent currents in Q1 and Q2. Ensuring the proper set of difference currents can be accomplished by, for example, using current mirrors having ratios higher than 1:1. as discussed above.

As noted above, bias voltage sources 50 and 52 are arranged to keep Q14 and Q12 out of saturation. To ensure

8

that this is accomplished, current sources 17 and 18 must be properly sized. When mirror transistor Q12 demands more current than Q8 can provide, the remainder is taken up by Q16'. If the current from 18 is too small, all of 18's current will be stolen by the base of Q16' when Q16' needs to absorb a lot of current, causing the voltage at the base of Q16' to drop. This in turn causes the collector voltage of Q12 to drop, which may cause it to saturate. 18 should thus be arranged to produce current sufficient to keep Q12 out of saturation even when Q16' must absorb the maximum expected Q8/Q12 difference current. Similarly, 17 must be sized to keep Q14 out of saturation even when Q15' must absorb the maximum expected Q14/Q10 difference current. With these 17 and 18 limitations taken into account, the maximum output current $I_o(max)$ of an output stage configured as shown in FIGS. 3a and 3b when V− is smaller than V+ (output transistor Q1 dominant) is determined by the smaller of:

1) $I1*\beta_{Q7}*\beta_{Q2}*(1+R_{16})$
2) $I4*\beta_{Q10}*\beta_{Q2}*(1+R_{16})$, or
3) $I8*\beta_{Q16}*\beta_{Q2}*[(1+R_{16})/R_{16}]$

Similarly, when V− is greater than V+ (output transistor Q2 dominant), the maximum output current is given by the smaller of:

1) $I3*\beta_{Q9}*\beta_{Q2}*(1+R_{18})$,
2) $I2*\beta_{Q8}*\beta_{Q2}*(1+R_{18})$, or
3) $I7*\beta_{Q15}*\beta_{Q2}*[(1+R_{18})/R_{18}]$

where I1-I4-I7 and I8 are the output currents of their respective current sources, $\beta_x$ is the beta value of the subscripted transistor, and $R_{16}$ and $R_{18}$ are the current mirror ratios of mirrors 16 and 18, respectively.

The novel output stage can be combined with an input stage to form either a current feedback amplifier or a voltage feedback amplifier; examples of each are shown in FIGS. 4a and 4b, respectively. In FIG. 4a, current feedback amplifier 100 comprises an input stage 102 connected to drive output stage 25, with the overall output OUT fed back to the input stage via feedback resistors R2 and R3. In FIG. 4b, voltage feedback amplifier 110 has an input stage 112 connected to drive output stage 25, with feedback via R2 and R3. In each case, the amplifier's gain G is determined by the value of its feedback resistors, as given by: G=(R2+R3)/R2. The output stage can be driven differentially, or, as shown in FIGS. 4a and 4b, with a single-ended input (with the other input of output stage 25 connected to a fixed voltage $V_{fixed}$), with the same benefits provided in either case.

As noted above, the invention improves both the output current and distortion performance of an op amp output stage. The improvement in distortion performance afforded by the present invention is illustrated in FIGS. 5a and 5b, which are simulated plots of second and third harmonic distortion, respectively, versus frequency for both an amplifier made from a current feedback input stage and an output stage configured per FIG. 1, and an amplifier made from the same current feedback input stage and an output stage configured per FIGS. 3a and 3b. For each graph, the amplifier has a gain of +2; is powered with ±2.5 volt supplies with $V_{fixed}$ set to a fixed voltage of 2.5 volts; receives a sinusoidal input voltage sweeping between −1 volt and +1 volt connected to the amplifier input IN; and drives a load resistance of 25 ohms. In both graphs, the output stage current mirrors 16 and 18 are arranged with ratios of 1:2. As is clearly evident, the invention reduces distortion over a wide range of frequencies.

While particular embodiments of the invention have been shown and described, numerous variations and alternate

B33

US 6,262,633 B1

9

10

embodiments will occur to those skilled in the art. Accordingly, it is intended that the invention be limited only in terms of the appended claims.

I claim:

1. An operational amplifier output stage, comprising:

complementary bipolar output transistors, the collector-emitter circuits of which are connected in series between a first supply voltage and a second supply voltage, the junction between said collector-emitter circuits being said output stage's output terminal, said output transistors connected to conduct respective currents in response to complementary drive signals with the difference current between said respective currents delivered to said output terminal as said output stage's output current,

a drive circuit connected to provide said complementary drive signals to the bases of said output transistors, said drive circuit arranged to receive an output stage input signal at an output stage input and to conduct components of said complementary drive signals through first and second current paths, the magnitude of said complementary drive signals varying with said output stage input signal, said drive circuit having a given quiescent current which limits the maximum amplitude of said drive signals,

first and second complementary bipolar clamp transistors biased with respective bias voltages, said clamp transistors connected to the bases of respective output transistors to set the quiescent current of said output transistors and to prevent said output transistors from being cut off, and

first and second transistors connected to mirror the currents in said first and second current paths, the collectors of said first and second transistors connected to the bases of their opposing output transistors such that each provides an additional base drive path for its output transistor, said additional base drive paths reducing the amplitudes of the drive signals needed from said drive circuit for a given output current and thereby decreasing the amount of distortion that would otherwise be introduced into said output current by said drive circuit.

2. The output stage of claim 1, wherein the collector-emitter circuits of said clamp transistors are connected between the bases of said output transistors such that each provides an additional base drive path for the output transistor to which its collector is connected, said additional base drive paths via said clamp transistors reducing crossover distortion and further reducing the amplitudes of the drive signals needed from said drive circuit for a given output current and thereby increasing the maximum output current available from said output stage for said given quiescent current.

3. The output stage of claim 1, further comprising an input stage having at least one input and providing said output stage input signal to said output stage input, said output stage input signal varying with said at least one input, said input stage and said output stage forming an operational amplifier.

4. The output stage of claim 3, wherein said output stage input is a differential input and said output stage input signal is a differential voltage.

5. The output stage of claim 3, wherein said output stage input is a single-ended input and said output stage input signal is a single-ended voltage.

6. The output stage of claim 3, wherein said operational amplifier is a current feedback amplifier.

7. The output stage of claim 3, wherein said operational amplifier is a voltage feedback amplifier.

8. An operational amplifier output stage, comprising:

complementary bipolar output transistors, the collector-emitter circuits of which are connected in series between a first supply voltage and a second supply voltage, the junction between said collector-emitter circuits being said output stage's output terminal, said output transistors connected to conduct respective currents in response to complementary drive signals with the difference current between said respective currents delivered to said output terminal as said output stage's output current,

a drive circuit connected to provide said complementary drive signals to the bases of said output transistors, said drive circuit having a given quiescent current which limits the maximum amplitude of said drive signals, and

complementary bipolar clamp transistors biased with respective bias voltages, the collectors of said clamp transistors connected to the bases of their opposing output transistors such that each provides an additional base drive path for the output transistor to which its collector is connected, said additional base drive paths reducing the amplitudes of the drive signals needed from said drive circuit for a given output current and thereby increasing the maximum output current available from said output stage for said given quiescent current.

9. The output stage of claim 8, wherein said drive circuit comprises:

first and second inputs connected to receive a differential voltage,

first and second transistors connected as emitter followers, the bases of which are connected to respective ones of said first and second inputs,

third and fourth transistors connected as emitter followers, the bases of which are connected to said first and second inputs, respectively, the polarities of said third and fourth transistors being complementary to those of said first and second transistors,

fifth and sixth transistors connected to receive the outputs of said first and second emitter followers, respectively, and to conduct first and second currents in response, the polarities of said fifth and sixth transistors being complementary to those of said first and second transistors,

a first diode-connected transistor connected to conduct said first current,

a first current source connected in series with said sixth transistor, the difference current between the output of said first current source and said second current being one of said complementary drive signals,

seventh and eighth transistors connected to receive the outputs of said third and fourth emitter followers, respectively, and to conduct third and fourth currents in response, the polarities of said seventh and eighth transistors being complementary to those of said third and fourth transistors,

a second diode-connected transistor connected to conduct said third current,

a second current source connected in series with said eighth transistor, the difference current between the output of said second current source and said fourth current being the other of said complementary drive signals,

the collector-emitter circuits of said fifth and seventh transistors connected in series between said first and

US 6,262,633 B1

11

second diode-connected transistors and the collector-emitter circuits of said sixth and eighth transistors connected in series between said first and second current sources,

a resistor connected between the junction of said fifth and seventh transistors and the junction of said sixth and eighth transistors, and

ninth and tenth transistors connected in mirror configurations with said first and second diode-connected transistors, respectively, and to said output transistors to mirror said first and third currents to the bases of respective output transistors such that each provides an additional base drive path for the output transistor to which it is connected, said additional base drive paths reducing the amplitudes of the drive signals needed from said drive circuit for a given output current and thereby decreasing the amount of distortion that would otherwise be introduced into said output current by said drive circuit.

10. The output stage of claim 8, wherein said drive circuit comprises:

first and second inputs connected to receive a differential voltage,

first and second transistors connected as emitter followers, the bases of which are connected to respective ones of said first and second inputs,

third and fourth transistors connected as emitter followers, the bases of which are connected to said first and second inputs, respectively, the polarities of said third and fourth transistors being complementary to those of said first and second transistors,

fifth and sixth transistors connected to receive the outputs of said first and second emitter followers, respectively, and to conduct first and second currents in response, the polarities of said fifth and sixth transistors being complementary to those of said first and second transistors,

a first current mirror having an input and an output, said first current mirror connected to mirror said first current to said sixth transistor, the difference current between said mirrored first current and said second current being one of said complementary drive signals,

seventh and eighth transistors connected to receive the outputs of said third and fourth emitter followers, respectively, and to conduct third and fourth currents in response, the polarities of said seventh and eighth transistors being complementary to those of said third and fourth transistors,

a second current mirror having an input and an output, said second current mirror connected to mirror said third current to said eighth transistor, the difference current between said mirrored third current and said fourth current being the other of said complementary drive signals, the collector-emitter circuits of said fifth and seventh transistors connected in series between the inputs of said first and second current mirrors and the collector-emitter circuits of said sixth and eighth transistors connected in series between the outputs of said first and second current mirrors, and

a resistor connected between the junction of said fifth and seventh transistors and the junction of said sixth and eighth transistors

11. The output stage of claim 8, wherein said drive circuit is arranged to receive a differential voltage across first and second inputs and to conduct said complementary drive

12

signals through respective current paths, the magnitude of said complementary drive signals varying with said differential voltage, further comprising an input stage having at least one input and providing said differential voltage to said first and second inputs, said differential voltage varying with said at least one input, said input stage and said output stage forming an operational amplifier.

12. The output stage of claim 11, wherein said operational amplifier is a current feedback amplifier.

13. The output stage of claim 11, wherein said operational amplifier is a voltage feedback amplifier

14. The output stage of claim 8, wherein said drive circuit is arranged to receive a single-ended voltage at an output stage input and to conduct said complementary drive signals through respective current paths, the magnitude of said complementary drive signals varying with said single-ended voltage, further comprising an input stage having at least one input and providing said single-ended voltage to said output stage input, said single-ended voltage varying with said at least one input, said input stage and said output stage forming an operational amplifier.

15. The output stage of claim 14, wherein said operational amplifier is a current feedback amplifier.

16. The output stage of claim 14, wherein said operational amplifier is a voltage feedback amplifier.

17. An operational amplifier output stage, comprising:

complementary bipolar output transistors, the collector-emitter circuits of which are connected in series between a first supply voltage and a second supply voltage, the junction between said collector-emitter circuits being said output stage's output terminal, said output transistors connected to conduct respective currents in response to complementary drive signals with the difference current between said respective currents delivered to said output terminal as said output stage's output current,

a drive circuit connected to provide said complementary drive signals to the bases of said output transistors, said drive circuit having a given quiescent current which limits the maximum amplitude of said drive signals, said drive circuit comprising:

first and second inputs connected to receive a differential voltage,

first and second transistors connected as emitter followers, the bases of which are connected to respective ones of said first and second inputs,

third and fourth transistors connected as emitter followers, the bases of which are connected to said first and second inputs, respectively, the polarities of said third and fourth transistors being complementary to those of said first and second transistors,

fifth and sixth transistors connected to receive the outputs of said first and second emitter followers, respectively, and to conduct first and second currents in response, the polarities of said fifth and sixth transistors being complementary to those of said first and second transistors,

a first current mirror having an input and an output, said first current mirror connected to mirror said first current to said sixth transistor, the difference current between said mirrored first current and said second current being one of said complementary drive signals,

seventh and eighth transistors connected to receive the outputs of said third and fourth emitter followers, respectively, and to conduct third and fourth currents in response, the polarities of said seventh and eighth

US 6,262,633 B1

13

transistors being complementary to those of said third and fourth transistors,

a second current mirror having an input and an output, said second current mirror connected to mirror said third current to said eighth transistor, the difference current between said mirrored third current and said fourth current being the other of said complementary drive signals, the collector-emitter circuits of said fifth and seventh transistors connected in series between the inputs of said first and second current mirrors and the collector-emitter circuits of said sixth and eighth transistors connected in series between the outputs of said first and second current mirrors, and

a resistor connected between the junction of said fifth and seventh transistors and the junction of said sixth and eighth transistors, and

14

complementary bipolar clamp transistors biased with respective bias voltages, the collectors of said clamp transistors connected to the bases of their opposing output transistors such that each provides an additional base drive path for the output transistor to which its collector is connected, said additional base drive paths reducing the amplitudes of the drive signals needed from said drive circuit for a given output current and thereby increasing the maximum output current available from said output stage for said given quiescent current.

18. The output stage of claim 17, wherein said first and second current mirrors each have ratios of greater than 1:1.

* * * * *

# EXHIBIT 4

4-13-201 12:57PM    FROM KOPPEL AND JACOBS 805 373 0051                    P. 2

PATENT
ABSC1622088

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants: J. Close
Serial No. 09/560,305                    Examiner: H. Choe
Filed: April 27, 2000                    Art Unit:
Title: HIGH OUTPUT CURRENT OPERATIONAL AMPLIFIER OUTPUT STAGE

Assistant Commissioner for Patents
Washington, D. C. 20231

**AMENDMENT**

Sir:

In response to a telephone conversation with Examiner Choe on April 13, 2001, kindly amend the above application as follows:

Claims

Please amend claims 1, 8 and 17 as follows:

1.    (amended) An operational amplifier output stage, comprising:

complementary bipolar output transistors, the collector-emitter circuits of which are connected in series between a first supply voltage and a second supply voltage, the junction between said collector-emitter circuits being said output stage's output terminal, said output transistors connected to conduct respective currents in response to complementary drive signals with the difference current between said respective currents delivered to said output terminal as said output stage's output current,

a drive circuit connected to provide said complementary drive signals to the bases of said output transistors, said drive circuit arranged to receive an output stage input signal at an output stage input and to conduct components of said complementary drive signals through first and second current paths, the magnitude of said complementary drive signals varying with said output stage input signal, said drive circuit having a given

Serial No. 09/560,305 . . . . . . . . . . . . . . . . . Page 2

quiescent current which limits the maximum amplitude of said
drive signals,

*A 1*
*cont'd*

first and second complementary bipolar clamp transis-
tors biased with respective bias voltages, said clamp transistors
connected to the bases of respective output transistors to set
the quiescent current of said output transistors and to prevent
said output transistors from being cut off, and

first and second transistors connected to mirror the
currents in said first and second current paths, the collectors
of said first and second transistors connected to the bases of
their opposing output transistors such that each provides an
additional base drive path for its output transistor, said addi-
tional base drive paths reducing the amplitudes of the drive
signals needed from said drive circuit for a given output current
and thereby decreasing the amount of distortion that would other-
wise be introduced into said output current by said drive cir-
cuit.

8.    (amended) An operational amplifier output stage, com-
prising:

complementary    bipolar    output    transistors,    the
collector-emitter circuits of which are connected in series be-
tween a first supply voltage and a second supply voltage, the
junction between said collector-emitter circuits being said out-
put stage's output terminal; said output transistors connected
to conduct respective currents in response to complementary drive
signals with the difference current between said respective cur-
rents delivered to said output terminal as said output stage's
output current,

*A2*

a drive circuit connected to provide said complementary
drive signals to the bases of said output transistors, said drive
circuit having a given quiescent current which limits the maximum
amplitude of said drive signals, and

complementary bipolar clamp transistors biased with

B38

Serial No. 09/560,305 . . . . . . . . . . . . . . . . . . Page 3

respective bias voltages, the collectors of said clamp transistors connected to the bases of their opposing output transistors such that each provides an additional base drive path for the output transistor to which its collector is connected, said additional base drive paths reducing the amplitudes of the drive signals needed from said drive circuit for a given output current and thereby increasing the maximum output current available from said output stage for said given quiescent current.

17.    (amended) An operational amplifier output stage, comprising:

complementary    bipolar    output    transistors,    the collector-emitter circuits of which are connected in series between a first supply voltage and a second supply voltage, the junction between said collector-emitter circuits being said output stage's output terminal, said output transistors connected to conduct respective currents in response to complementary drive signals with the difference current between said respective currents delivered to said output terminal as said output stage's output current,

a drive circuit connected to provide said complementary drive signals to the bases of said output transistors, said drive circuit having a given quiescent current which limits the maximum amplitude of said drive signals, said drive circuit comprising:

first and second inputs connected to receive a differential voltage,

first and second transistors connected as emitter followers, the bases of which are connected to respective ones of said first and second inputs,

third and fourth transistors connected as emitter followers, the bases of which are connected to said first and second inputs, respectively, the polarities of said third and fourth transistors being complementary to those of said first and second transistors,

4-18-201 12:59PM    FROM KOPPEL AND JACOBS 805 373 0051    P.5

Serial No. 09/560,305 . . . . . . . . . . . . . . . .    Page 4

fifth and sixth transistors connected to receive the outputs of said first and second emitter followers, respectively, and to conduct first and second currents in response, the polarities of said fifth and sixth transistors being complementary to those of said first and second transistors,

a first current mirror having an input and an output, said first current mirror connected to mirror said first current to said sixth transistor, the difference current between said mirrored first current and said second current being one of said complementary drive signals,

*A3*
*int*

seventh and eighth transistors connected to receive the outputs of said third and fourth emitter followers, respectively, and to conduct third and fourth currents in response, the polarities of said seventh and eighth transistors being complementary to those of said third and fourth transistors,

a second current mirror having an input and an output, said second current mirror connected to mirror said third current to said eighth transistor, the difference current between said mirrored third current and said fourth current being the other of said complementary drive signals, the collector-emitter circuits of said fifth and seventh transistors connected in series between the inputs of said first and second current mirrors and the collector-emitter circuits of said sixth and eighth transistors connected in series between the outputs of said first and second current mirrors, and

a resistor connected between the junction of said fifth and seventh transistors and the junction of said sixth and eighth transistors, and

complementary bipolar clamp transistors biased with respective bias voltages, the collectors of said clamp transistors connected to the bases of their opposing output transistors such that each provides an additional base drive path for the output transistor to which its collector is connected, said addi-



**B40**

Serial No. 09/560,305 . . . . . . . . . . . . . . . . . Page 5

*A3 cont*

tional base drive paths reducing the amplitudes of the drive
signals needed from said drive circuit for a given output current
and thereby increasing the maximum output current available from
said output stage for said given quiescent current.

### REMARKS

This amendment is filed in response to a telephone conversa-
tion with Examiner Choe on 4/13/01. Entry of this Amendment is
respectfully requested. In accordance with the recently revised
rules, the amended claim is reproduced completely without indica-
tion of insertions or deletions. The amendment is also given in
the older format, with insertions and deletions, in Attachment
A following these remarks.

Claims 1, 8 and 17 have each been amended as noted to better
clarify the structural relationships between their respective
elements.

All of the claims presently in the application are believed
to be in proper form for allowance. A Notice of Allowance is
respectfully requested.

Respectfully submitted,

Steven C. Patrick
Registration No. 40,341
Attorney for Applicant

April 13, 2001

KOPPEL & JACOBS
555 St. Charles Drive, Suite 107
Thousand Oaks, California  91360
(805)373-0060

**B41**

Serial No. 09/560,305 . . . . . . . . . . . . . . . . . . Page 6

Attachment A:

Amended claims with insertions and deletions indicated.

1.    (amended) An operational amplifier output stage, com-
prising:

complementary bipolar output transistors, the
collector-emitter circuits of which are connected in series be-
tween a first supply voltage and a second supply voltage, the
junction between said collector-emitter circuits being said out-
put stage's output terminal, said output transistors connected
to conduct respective currents in response to complementary drive
signals with the difference current between said respective cur-
rents delivered to said output terminal as said output stage's
output current,

a drive circuit connected to provide said complementary
drive signals to the bases of said output transistors, said drive
circuit arranged to receive an output stage input signal at an
output stage input and to conduct components of said complemen-
tary drive signals through first and second current paths, the
magnitude of said complementary drive signals varying with said
output stage input signal, said drive circuit having a given
quiescent current which limits the maximum amplitude of said
drive signals,

first and second complementary bipolar clamp transis-
tors biased with respective bias voltages, said clamp transistors
connected to the bases of respective output transistors to set
the quiescent current of said output transistors and to prevent
said output transistors from being cut off, and

first and second transistors connected to mirror the
currents in said first and second current paths, the collectors
of said first and second transistors connected to the bases of
their opposing output transistors [to the bases of respective
output transistors] such that each provides an additional base



**B42**

Serial No. 09/560,305 . . . . . . . . . . . . . . . . Page 7

drive path for its output transistor, said additional base drive
paths reducing the amplitudes of the drive signals needed from
said drive circuit for a given output current and thereby de-
creasing the amount of distortion that would otherwise be intro-
duced into said output current by said drive circuit.

8.    (amended) An operational amplifier output stage, com-
prising:

complementary bipolar output transistors, the
collector-emitter circuits of which are connected in series be-
tween a first supply voltage and a second supply voltage, the
junction between said collector-emitter circuits being said out-
put stage's output terminal, said output transistors connected
to conduct respective currents in response to complementary drive
signals with the difference current between said respective cur-
rents delivered to said output terminal as said output stage's
output current,

a drive circuit connected to provide said complementary
drive signals to the bases of said output transistors, said drive
circuit having a given quiescent current which limits the maximum
amplitude of said drive signals, and

complementary bipolar clamp transistors biased with
respective bias voltages, the <u>collectors of said clamp transis-
tors connected to the bases of their opposing</u> [collector-emitter
circuits of said clamp transistors connected between the bases
of said] output transistors such that each provides an additional
base drive path for the output transistor to which its collector
is connected, said additional base drive paths reducing the am-
plitudes of the drive signals needed from said drive circuit for
a given output current and thereby increasing the maximum output
current available from said output stage for said given quiescent
current.

17.    (amended) An operational amplifier output stage, com-



**B43**

Serial No. 09/560,305 . . . . . . . . . . . . . . . . . Page 8

prising:

complementary bipolar output transistors, the collector-emitter circuits of which are connected in series between a first supply voltage and a second supply voltage, the junction between said collector-emitter circuits being said output stage's output terminal, said output transistors connected to conduct respective currents in response to complementary drive signals with the difference current between said respective currents delivered to said output terminal as said output stage's output current,

a drive circuit connected to provide said complementary drive signals to the bases of said output transistors, said drive circuit having a given quiescent current which limits the maximum amplitude of said drive signals, said drive circuit comprising:

first and second inputs connected to receive a differential voltage,

first and second transistors connected as emitter followers, the bases of which are connected to respective ones of said first and second inputs,

third and fourth transistors connected as emitter followers, the bases of which are connected to said first and second inputs, respectively, the polarities of said third and fourth transistors being complementary to those of said first and second transistors,

fifth and sixth transistors connected to receive the outputs of said first and second emitter followers, respectively, and to conduct first and second currents in response, the polarities of said fifth and sixth transistor being complementary to those of said first and second transistors,

a first current mirror having an input and an output, said first current mirror connected to mirror said first current to said sixth transistor, the difference current between said mirrored first current and said second current being one of said complementary drive signals,



**B44**

Serial No. 09/560,305 . . . . . . . . . . . . . . . . Page 9

seventh and eighth transistors connected to re-
ceive the outputs of said third and fourth emitter followers,
respectively, and to conduct third and fourth currents in re-
sponse, the polarities of said seventh and eighth transistors
being complementary to those of said third and fourth transis-
tors,

a second current mirror having an input and an
output, said second current mirror connected to mirror said third
current to said eighth transistor, the difference current between
said mirrored third current and said fourth current being the
other of said complementary drive signals, the collector-emitter
circuits of said fifth and seventh transistors connected in se-
ries between the inputs of said first and second current mirrors
and the collector-emitter circuits of said sixth and eighth tran-
sistors connected in series between the outputs of said first and
second current mirrors, and

a resistor connected between the junction of said
fifth and seventh transistors and the junction of said sixth and
eighth transistors, and

complementary bipolar clamp transistors biased with
respective bias voltages, the <u>collectors of said clamp transis-
tors connected to the bases of their opposing</u> [collector-emitter
circuits of said clamp transistors connected between the bases
of said] output transistors such that each provides an additional
base drive path for the output transistor to which its collector
<u>is</u> connected, said additional base drive paths reducing the am-
plitudes of the drive signals needed from said drive circuit for
a given output current and thereby increasing the maximum output
current available from said output stage for said given quiescent
current.

4-13-201 12:57PM    FROM KOPPEL AND JACOBS 805 373 0051                    P 1

## KOPPEL & JACOBS
AN ASSOCIATION OF PROFESSIONAL LAW CORPORATIONS

RICHARD S. KOPPEL, P.C.
MARVIN E. JACOBS, P.C.
STEVEN P. PATRICK
WILLIAM L. JOHNSON
JAYB G. HEVEL
MICHAEL J. RAM, D.Sc.
JOSEPH COMPTON
PETER GANDIAN

PATENT AGENT

555 ST. CHARLES DRIVE, SUITE 107
THOUSAND OAKS, CALIFORNIA 91360
PHONE (805) 373-0060
FAX (805) 373-0051

PATENTS
TRADEMARKS
COPYRIGHTS

*Supplemental Amdt A/#3*
*4/13/01    H-c.*

### FAX COVER SHEET

DATE: April 13, 2001

FROM: Steven Patrick

TO: Examiner Henry Choe

RE: Amendment

DOCKET NO.: A8SC1622US

FAX NO : 703-305-0142

MESSAGE: Examiner Choe:

Please find attached an amendment prepared in accordance with our telephone conversation of today  Let me know if there is anything else you need from me.  Thank you.

Steven C. Patrick

NUMBER OF PAGES (Including cover): 10

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED, IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U S POSTAL SERVICE.

**B46**

| *Interview Summary* | Application No. 09/500,305 | Applicant(s) Close | |
|---|---|---|---|
| | Examiner Henry Choe | Group Art Unit 2817 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) _Henry Choe_                                      (3) _____

(2) _Steven Patrick_                                  (4) _____

Date of Interview _____ Apr 13, 2001 _____

Type:  ☒ Telephonic   ☐ Personal (copy is given to   ☐ applicant   ☐ applicant's representative).

Exhibit shown or demonstration conducted:   ☐ Yes   ☒ No.  If yes, brief description:

_____

Agreement  ☒ was reached.   ☐ was not reached.

Claim(s) discussed: _Yes_

Identification of prior art discussed:
_Yes_ _____

Description of the general nature of what was agreed to if an agreement was reached, or any other comments:
_We agreed to amend the claim languages (more detail) in the independent claims 1, 8 and 17._
_____
_____
_____
_____
_____

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

1. ☒   It is not necessary for applicant to provide a separate record of the substance of the interview.

Unless the paragraph above has been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW. (See MPEP Section 713.04). If a response to the last Office action has already been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.

2. ☒   Since the Examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action. Applicant is not relieved from providing a separate record of the interview unless box 1 above is also checked.

Examiner Note: You must sign and stamp this form unless it is an attachment to a signed Office action.

U. S. Patent and Trademark Office
PTO-413 (Rev. 10-95)                          Interview Summary                          Paper No. ___ 8 ___

**B47**

# EXHIBIT 5



Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

| *Notice of Allowability* | Application No. 09/550,305 | Applicant(s) Close | |
|---|---|---|---|
| | Examiner Henry Choo | Group Art Unit 2817 | |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

[X] This communication is responsive to *the supplemental amendment filed on 4/13/2001*

[X] The allowed claim(s) is/are *1-18*

[X] The drawings filed on ____ *Apr 27, 2000* ____ are acceptable.

[ ] Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    [ ] All [ ]Some* [ ]None 'of the CERTIFIED copies of the priority documents have been

       [ ] received.

       [ ] received in Application No. (Series Code/Serial Number) _____

       [ ] received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____

[ ] Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

[ ] Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

[ ] Applicant MUST submit NEW FORMAL DRAWINGS

    [ ] because the originally filed drawings were declared by applicant to be informal.

    [ ] including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _____.

    [ ] including changes required by the proposed drawing correction filed on _____, which has been approved by the examiner.

    [ ] including changes required by the attached Examiner's Amendment/Comment.

    Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

[ ] Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

    [X] Notice of References Cited, PTO-892

    [X] Information Disclosure Statement(s), PTO-1449, Paper No(s). _____ *2* ____

    [ ] Notice of Draftsperson's Patent Drawing Review, PTO-948

    [ ] Notice of Informal Patent Application, PTO-152

    [X] Interview Summary, PTO-413

    [ ] Examiner's Amendment/Comment

    [ ] Examiner's Comment Regarding Requirement for Deposit of Biological Material

    [X] Examiner's Statement of Reasons for Allowance

U.S. Patent and Trademark Office
PTO-37 (Rev. 8-95)           Notice of Allowability           Part of Paper No. ____ 6 ____

Application/Control Number: 09/560305

Art Unit:

Page 2

### DETAILED ACTION

#### *Reasons for Allowance*

1.  Claims 1-18 are allowed.

2.  The following is an examiner's statement of reasons for allowance: Regarding claim 1, the closest prior art of record, applicant's prior art (Fig. 1 of drawing) discloses an operational amplifier comprising complementary bipolar output transistors (Q1 and Q2 in Fig. 1 of drawing), a drive circuit (Q7-Q10 and R1 in Fig. 1 of drawing) which are connected to provide the complementary drive signals (12 and 14 in Fig. 1 of drawing) to the bases of the output transistors (Q1 and Q2 in Fig. 1 of drawing), first (Q15 in Fig. 1 of drawing) and second (Q16 in Fig. 1 of drawing) complementary bipolar clamp transistors, and first (Q14 in Fig. 1 of drawing) and second (Q12 in Fig. 1 of drawing) transistors which are connected to mirror the currents in the first and second current paths and wherein the collectors (collectors of Q14 and Q12 in Fig. 1 of drawing) of the first (Q14 in Fig. 1 of drawing) and second (Q12 in Fig. 1 of drawing) transistors connected to the bases of their same output transistors (a collector of Q14 is connected to a base of Q1; a collector of Q12 is connected to a base of Q2). As described above, applicant's prior art (Fig. 1 of drawing) discloses all the limitations in the claim 1 except for that the collectors (collectors of Q19 and Q20 in Fig. 2a of drawing) of the first (Q19 in Fig. 2a of drawing) and second (Q20 in Fig. 2a of drawing) transistors connected to the bases of their opposing output transistors (a collector of Q19 is connected to a base of Q2 which is shown in Fig. 2a of drawing;

**B50**

Application/Control Number: 09/560305                                    Page 3

Art Unit:

a collector of Q20 is connected to a base of Q1 which is shown in Fig. 2a of drawing) which provides an additional base drive path for its output transistor.    Regarding claims 8 and 17, the closest prior art of record, applicant's prior art (Fig. 1 of drawing) discloses all the limitations in the claims except for that the collectors (collectors of Q15' and Q16' in Fig. 3a of drawing) of the clamp transistors (Q15' and Q16' in Fig. 3a of drawing) connected to the bases of their opposing output transistors (a collector of Q15' is connected to a base of Q2 which is shown in Fig. 3a of drawing; a collector of Q16' is connected to a base of Q1 which is shown in Fig. 3a of drawing) which provides an additional base drive path for the output transistors.  Whereas the applicant's prior art (Fig. 1 of drawing) discloses that the collectors of the clamp transistors connected to the supply lines.   These unique features are not taught or suggested by applicant's prior art (Fig. 1) or in combination of other references.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

Application/Control Number: 09/560305                                    Page 4

Art Unit:

## *Conclusion*

3.      The prior art made of record and not relied upon is considered pertinent to applicant's disclosure.

Patent numbers (6,100,762; 6,084,475; 4,041,407) are the differential amplifiers with the push pull output stages.


4.      Any inquiry concerning this communication or earlier communications from the examiner should be directed to Henry Choe whose telephone number is (703)305-0576.

| *Notice of References Cited* | | | Application No.<br>09/580,305 | Applicant(s)<br>Closo | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Examiner<br>Henry Choe | Group Art Unit<br>2817 | | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | DOCUMENT NO. | DATE | NAME | | CLASS | SUBCLASS |
| --- | --- | --- | --- | --- | --- | --- | --- |
| x | A | 6,100,762 | 8/2000 | Kato | | 330 | 255 |
| x | B | 6,084,475 | 7/2000 | Rincon-Mora | | 330 | 255 |
| x | C | 4,041,407 | 8/2000 | Main | | 330 | 13 |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |
| | L | | | | | | |
| | M | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | N | | | | | | |
| | O | | | | | | |
| | P | | | | | | |
| | Q | | | | | | |
| | R | | | | | | |
| | S | | | | | | |
| | T | | | | | | |

**NON-PATENT DOCUMENTS**

| * | | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
| --- | --- | --- | --- |
| | U | | |
| | V | | |
| | W | | |
| | X | | |

*    A copy of this reference is not being furnished with this Office action<br>(See Manual of Patent Examining Procedure, Section 707 05(a).)

U.S. Patent and Trademark Office<br>PTO-892 (Rev 9-95)

Notice of References Cited

Part of Paper No _____ 6

**B53**

