IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANALOG DEVICES, INC.,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>LINEAR TECHNOLOGY CORP.,<br><br>    Defendant/Counterclaim Plaintiff. | Civil Action No. 1:06-346-GMS<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR PAGE LIMIT EXTENSION FOR *MARKMAN* BRIEFS

Plaintiff/Counterclaim Defendant Analog Devices, Inc. ("Analog") and Defendant/Counterclaim Plaintiff Linear Technology Corp. ("LTC") (collectively, the "parties") respectfully request that the Court extend the page limit from the current 40-page limit per brief to a 60-page limit per brief for: (1) each of the parties' opening *Markman* briefs (scheduled to be filed by June 1, 2007); and (2) each of the parties' answering Markman briefs (scheduled to be filed on June 29, 2007) A proposed order is attached hereto as Exhibit A.

As grounds for their request, the parties state as follows:

1.    There are 11 asserted patents in this matter. Analog has accused LTC of infringing U.S. Patent Nos. 4,929,909 (the "'909 patent"), 6,118,326 (the "'326 patent"), and 6,262,633 (the "'633 patent"). LTC has accused Analog of infringing U.S. Patent Nos. 5,481,178 (the "'178 patent"), 5,731,694 (the "'694 patent"), 5,994,885 (the "'885 patent"), 6,304,066 (the "'066 patent"), 6,580,258 (the "'258 patent"), 6,144,194 (the "'194 patent"), 6,100,678 (the "'678 patent"), and 5,212,618 (the "'618 patent"). The '178 patent, '694 patent,

'885 patent, '066 patent, and '258 patent (collectively, the "Wilcox patents") are all from the same patent family. Taken together, all of the asserted patents cover roughly seven different areas of electronic circuit technology.

2.  As required in the Scheduling Order, the parties filed Joint Claim Charts on April 30, 2007. These charts (for 10 of the 11 asserted patents) contained approximately 137 unique claim limitations in dispute.[1] Since that time, the parties have narrowed their dispute to about 89 claim limitations. Although the parties are attempting to limit the number of disputed claim limitations further, they believe, at this point in time, that they will not be successful in substantially reducing the present amount.

3.  Local Rule 7.1.3 provides that all opening and answering briefs, including *Markman* briefs, are each limited to 40 pages in length, absent leave of the Court.

4.  Given the number of claim limitations currently in dispute, the varied nature of the technologies at issue, and the amount of intrinsic evidence the parties cited in their Joint Appendix, filed on April 30, 2007, the parties do not believe that 40 pages will allow them, in either their opening or answering *Markman* briefs, sufficient space to fully and adequately explain to the Court their respective positions for each of the disputed claim limitations.

---

[1] Neither party is requesting the Court to construe any claim limitation in the '326 patent.

**WHEREFORE**, the parties jointly respectfully request that the Court grant each party leave to file a 60-page opening *Markman* brief and a 60-page answering *Markman* brief, all exclusive of tables of contents and citations.

| | |
|---|---|
| */s/ Kelly E. Farnan* | */s/ Jack B. Blumenfeld* |
| Frederick L. Cottrell, III (#2555) | Jack B. Blumenfeld (#1014) |
| cottrell@rlf.com | Jblumenfeld@mnat.com |
| Kelly E. Farnan (#4395) | Karen Jacobs Louden (#2881) |
| farnan@rlf.com | klouden@mnat.com |
| Richards, Layton & Finger, P.A. | Morris, Nichols, Arsht & Tunnell, LLP |
| One Rodney Square, P.O. Box 551 | 1201 Market Street |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 651-7700 | (302) 658-9200 |
| *Attorneys for Plaintiff/Counterclaim Defendant Analog Devices, Inc.* | *Attorneys for Defendant/Counterclaim Plaintiff Linear Technology Corp.* |

OF COUNSEL:

Wayne L. Stoner (admitted *pro hac vice*)
Wayne M. Kennard (admitted *pro hac vice*)
Donald R. Steinberg (admitted *pro hac vice*)
Benjamin M. Stern (admitted *pro hac vice*)
Amy L. Nash (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Heath A. Brooks (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D. C. 20006
(202) 663-6000

OF COUNSEL:

Mark D. Rowland (admitted *pro hac vice*)
Deborah E. Tolomeo (admitted *pro hac vice*)
Ropes & Gray LLP
525 University Avenue, Suite 300
Palo Alto, CA 94301
(650) 617-4000

Robert C. Morgan (admitted *pro hac vice*)
Laurence S. Rogers (admitted *pro hac vice*)
A. Peter Adler (admitted *pro hac vice*)
Alexander Shvarts (admitted *pro hac vice*)
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 596-9000

Dated: May 18, 2007

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANALOG DEVICES, INC.,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>LINEAR TECHNOLOGY CORP.,<br><br>    Defendant/Counterclaim Plaintiff. | Civil Action No. 1:06-346-GMS<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR
PAGE LIMIT EXTENSION FOR *MARKMAN* BRIEFS**

Upon consideration of the parties arguments in their Joint Motion For Page Limit Extension For *Markman* Briefs (the "Motion"), filed on May 18, 2007, the Court hereby GRANTS the Motion. The parties shall not file an opening *Markman* brief in excess of 60 pages, exclusive of tables of contents and citations. The parties shall also not file an answering *Markman* brief in excess of 60 pages, exclusive of tables of contents and citations.

SO ORDERED this _____ day of May, 2007.


_____
Sleet, J.