IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANALOG DEVICES, INC.,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>    v.<br><br>LINEAR TECHNOLOGY CORP.,<br><br>    Defendant/Counterclaim Plaintiff. | C.A. No. 06-346 (GMS) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the parties to file and serve their opening *Markman* briefs is hereby extended from June 1 to June 5, 2007. The parties request this extension to afford them additional time to attempt to reduce the number of claim terms in dispute. The requested extension will not affect the date for answering *Markman* briefs (June 29, 2007) or the *Markman* hearing (July 26, 2007).

| RICHARDS LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Kelly E. Farnan*<br>Frederick L. Cottrell, III (#2555)<br>Kelly E. Farnan (#4395)<br>farnan@rlf.com<br>Matthew W. King (#4566)<br>One Rodney Square<br>P.O. Box. 551<br>Wilmington, DE 19899<br>(302) 651-7700<br>  Attorneys for Plaintiff Analog Devices, Inc. | */s/ Karen Jacobs Louden*<br>Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>klouden@mnat.com<br>1201 N. Market Street<br>Wilmington, DE 19899<br>(302) 658-9200<br>  Attorneys for Defendant Linear Technology Corp. |

    SO ORDERED this _____ day of _____, 2007.

                                              _____
                                                         J.