# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ANALOG DEVICES, INC., | ) ) ) | |
| *Plaintiff/Counterclaim Defendant,* | ) ) ) | Civil Action No. 1:06-346-GMS |
| vs. | ) ) | |
| LINEAR TECHNOLOGY CORP., | ) ) | |
| *Defendant/Counterclaim Plaintiff.* | ) ) ) | |

## DECLARATION OF ROBERT A. BLAUSCHILD

I, ROBERT A. BLAUSCHILD, declare as follows:

1)      My name is Robert A. Blauschild.  I reside at 22351 Hartman Drive, Los Altos, CA 94024.  I have been retained by Linear Technology Corp. as an expert witness in this case.

2)      Unless indicated as being on information and belief, the facts and opinions stated in this declaration are based on my own personal knowledge.  If asked to testify in Court under oath about the matters discussed in the declaration, I could and would so testify.

## I.    QUALIFICATIONS

3)      Since obtaining a B.S.E.E. degree from Columbia University in 1971 and an M.S.E.E degree from U.C. Berkeley in 1973, I have been involved in the design and analysis of analog and mixed-signal (analog + digital) electronic circuits and systems.  I have worked as a consultant to numerous companies, in addition to having worked for Philips Semiconductors for 24 years.  I have 15 patents, was on the program committee for the International Solid-State

1

Circuits Conference for 15 years, and have twice been the guest editor of the Journal of Solid-State Circuits. I also have been involved as a testifying expert witness in several patent cases relating to analog and digital circuit design. A copy of my current Curriculum Vitae is attached to this declaration as Exhibit 1.

4)    I have designed numerous bipolar and MOS voltage and current references, voltage regulators, differential amplifiers, and amplifier output stages.

## II.    COMPENSATION

5)    I am being compensated for my work in this case at my usual and customary consulting rate of $450 per hour. My compensation is not dependent on the outcome of the case.

## III.    PRIOR TESTIMONY

6)    In the past four years I have testified at trial or at deposition in the role of an expert witness in the following matters on behalf of the underscored party:

2003  Presented a tutorial regarding transistor operation and switching voltage regulator design in court in Linear Technology, Inc. vs. Micrel, Northern District of California.

2005  Testified in deposition and trial in Linear Technology, Inc. vs. Micrel, Northern District of California.

2005  Testified in deposition, Linear Technology, Inc. vs. Monolithic Power Systems, ITC, Washington D.C., regarding switching voltage regulator design.

2006  Testified in deposition and trial, Power Integrations vs. System General, ITC, Washington D.C., regarding switching voltage regulator design.

2006  Testified in deposition and at trial in Power Integrations vs. Fairchild Semiconductor, Wilmington, Delaware. The case involved switching voltage regulators and analog circuit design.

2

## IV.    GILBERT U.S. PATENT 4,929,909

### A.    Materials Reviewed

7)    I have read Gilbert U.S. Patent No. 4,929,909 (to which I will refer as the "'909 Patent"), the prosecution history of the '909 patent, and the prior art cited during prosecution of the patent's application.  In addition, I have reviewed the parties' proposed claim constructions and other materials that are referenced in this declaration.

### B.    Technological Background and Explanation Of
### The Written Description Of The '909 Patent

8)    The '909 Patent relates to a design of a bipolar differential amplifier that has a fixed gain, despite variations in temperature, transistor current gain (beta), and transistor geometry-related resistances.

9)    The stated goals of the '909 Patent are to (1) "provide a differential amplifier in with improved temperature stability of gain" [1:53-55]; and (2) "provide a differential amplifier in which temperature stabilization and gain uncertainty is minimized from lot to lot in the fabrication process" [1:56-59].

10)    To understand the '909 Patent, it is appropriate first to have a basic understanding of differential amplifiers -- what they are, how they work, and how their operation may be affected by temperature and other factors.

11)    A differential amplifier is a two-transistor circuit, the purpose and operation of which is to amplify the difference of two input voltages.

3



A differential amplifier functions like a valve that steers current one way or the other. The current is called the "tail current," and is supplied by a current source. In the differential amplifier shown above, $V_{IN1}$ and $V_{IN2}$ are the two differential amplifier input voltages. If $V_{IN1}$ is at a much higher voltage than $V_{IN2}$, substantially all of the current from the current source will flow through transistor Q1, and almost none will flow through Q2. If $V_{IN2}$ is at a much higher voltage than $V_{IN1}$, substantially all of the current from the current source will flow through Q2, and almost none will flow through Q1.

If the difference in voltage between the two inputs (DIFFERENTIAL INPUT VOLTAGE) is small and variable, the ratio of the current conducted by Q1 and Q2 will vary. As the voltage at $V_{IN2}$ varies with respect to the voltage at $V_{IN1}$, more or less of the current from the current source will flow through transistor Q2 into load resistor R. The resulting variable voltage across resistor R creates a variable output voltage $V_{OUT}$ which is proportional to the difference in voltage between $V_{IN1}$ and $V_{IN2}$.

The GAIN or amplification of the differential amplifier is defined as the ratio of the output voltage change to the change in differential input voltage ($V_{IN1}$-$V_{IN2}$).

12)     The '909 patent relates to circuitry for producing a fixed differential amplifier gain (meaning a fixed ratio of output voltage to differential input voltage), but in doing so also uses the term "current gain." CURRENT GAIN is a property of the individual transistors in the circuit. A bipolar transistor is a semiconductor device that has three electrodes or terminals, the EMITTER, the BASE, and the COLLECTOR, and is made with a layer of n-type (or p-type) semiconductor (the base region) sandwiched between two regions of p-type (or n-type) semiconductor (the collector and emitter regions), thus forming two p-n junctions back to back. The current flowing into or out of the base electrode controls the amount of current flowing between the collector and emitter electrodes. (I note that ADI has proposed that a bipolar transistor be construed as "A three-terminal semiconductor device with an n- (or p-) type semiconductor region between two p- (or n-) type semiconductor regions." I disagree with such a construction, which describes other semiconductor devices that are not bipolar transistors. For example, see Fig. 2.39a of *Analysis and Design of Analog Integrated Circuits* [excerpts attached as Exhibit 8], which shows both a bipolar transistor and a JFET, both of which have a p-type semiconductor region between two n-type semiconductor regions.) In the differential amplifier shown above, the emitter terminals of Q1 and Q2 are connected together, and the amplifier output voltage appears at the collector terminal of Q2. The two input voltages are applied at the base terminals of Q1 and Q2. For a bipolar transistor to allow current to flow between its emitter and collector terminals, a small control current must be applied to its base terminal. A measure of the ratio of the current flowing between the emitter and collector terminals and the control current is called the CURRENT GAIN. Specifically, the ratio of the currents flowing in the collector and base terminals is defined as the BETA "$\beta$" of the transistor. A typical value of beta can be 100.

5

13)     The control current flowing into the transistor base terminal flows out of the emitter terminal, and thus the emitter current is equal to the sum of the collector and base currents. In the amplifier depicted above, because the collector current of Q2 is less than the steered emitter current of Q2 (reduced by the level of the base current), the gain of the amplifier is less than it would have been if there was no base current loss going through the transistor. As the transistor beta decreases (current loss through the transistor increases), amplifier gain decreases for a given level of differential input voltage, because even though the steering is the same in the transistor emitters, less current flows into the load resistor.

14)     Bipolar transistor current gain (beta) varies from one production lot to another. In addition, beta increases as temperature increases. Differential amplifier gain thus varies from lot-to-lot and over temperature as beta changes.

15)     The level of amplification or gain of a differential amplifier also depends on the ratio of current steering obtained for a given differential input voltage. For bipolar transistors, this ratio is proportional to kT/qI, where k and q are physical constants (Boltzman's constant and electronic charge), T is absolute temperature, and I is half the tail current. kT/qI is called the INTRINSIC EMITTER RESISTANCE. This is not a physical resistance of a semiconductor region, but instead is a property of the transistor base-emitter junction. Because the steering ratio depends on absolute Kelvin temperature, differential amplifier gain will vary with temperature if the tail current is fixed.

16)     The current steering ratio also depends on voltage drops inside each transistor across finite base and emitter region resistances, which subtract from the actual differential input voltage. These resistances are called OHMIC resistances, and correspond to the physical resistance of the semiconductor material in each region. As these ohmic resistances

6

increase, less of the differential input voltage actually goes into current steering, and amplifier gain is reduced. These ohmic resistances vary from one production lot to another. In addition, the ohmic resistances vary as temperature increases. Differential amplifier gain thus varies from lot-to-lot and over temperature as the ohmic resistances of the transistors change.

17)     Long before the application for the '909 Patent was filed, it was well-known to persons skilled in the art how to create a tail current for a differential amplifier so as to compensate for temperature dependency of the differential amplifier's transistor's intrinsic emitter resistance. This was done by causing the tail current to vary with temperature in the same manner as intrinsic emitter resistance. Because intrinsic emitter resistance varies with absolute (Kelvin) temperature and inversely with tail current, by making the tail current also vary with absolute temperature, the intrinsic emitter resistance kT/qI can be caused to remain constant as temperature varies. This would cause the amplification or gain of the differential amplifier to remain constant (were it not for additional variation due to the finite beta and ohmic resistance variation discussed above).

18)     The tail current that varies with absolute temperature is called a PTAT (Proportional-To-Absolute-Temperature) current, and was typically generated, long before the application for the '909 patent was filed, using DELTA-VBE (ΔVBE) cells and BANDGAP VOLTAGE REFERENCES (which include Delta-VBE cells). As acknowledged in the '909 patent: *The operation of a ΔVBE cell as a means to generate a tail current which is PTAT is well documented in the literature, as prior art.* [3:60-63]

19)     A Delta-VBE cell operates by running two or more bipolar transistors at different current densities. Transistor current density is proportional to the ratio of emitter current to the area of the emitter region of the transistor through which the current flows. For

example, a large transistor conducting a low level of current has a lower current density than that of a small transistor conducting a high level of current. If two different-sized transistors conduct the same level of current, the smaller transistor will have a higher current density.

20)     The voltage between the base and emitter terminals of a transistor (VBE) depends on current density. The temperature variation of VBE also depends on current density. Therefore the difference between the VBEs of two transistors operating at different current densities will change in proportion to absolute temperature as temperature changes. A Delta-VBE cell uses the difference between two or more VBEs of transistors operated at different current densities to generate a control or bias voltage which can then be applied to the base of a current source transistor to cause that transistor to generate a PTAT current for use in a differential amplifier.

21)     A control voltage that itself is PTAT can not be used with the transistor/resistor current source to produce a PTAT current. If a control voltage that is PTAT were used, the negative-temperature-coefficient of the current source transistor VBE would result, when subtracted form the PTAT varying control voltage, in a voltage across the current source resistor that varies at a more than linear rate with temperature. Such a current source would have too much temperature variation to compensate for intrinsic resistance in a differential amplifier. In other words, to cause a transistor current source to produce a PTAT current to compensate for the effects of intrinsic emitter resistance on a differential amplifier's gain, the control voltage applied to the base of the current source transistor can not be PTAT.

22)     Long before the application for the '909 Patent was filed, many different architectures for Delta-VBE cells were known.

23)     For example, the '909 Fig. 2 delta-VBE configuration of transistors 32 and

8

28 and resistors Rg and Re in combination with a high-gain amplifier driving the bases of

transistors 32 and 28 is seen in Fig. 2 of *A Simple Three-Terminal IC Bandgap Reference*

[attached as Exhibit 2], published approximately 15 years before the filing of the '909 patent.

    24)    Fig. 2 of *A 500V/us Transimpedance Amplifier* [attached as Exhibit 3]

shows Q64, Q63, and R21 connected in the same way as the delta-VBE loop of transistors 32

and 28 and resistor Rg in the '909 Fig. 2 circuit.

    25)    Fig. 7 of *A 20uW Precision Operational Amplifier* [attached as Exhibit 4]

shows delta-VBE circuit Q26, Q25, R14, and R15 used to bias current source transistor Q32.

    26)    Figures 1, 2, and 3 of *A Two-Terminal IC Temperature Transducer*

[attached as Exhibit 5] show the use of a different delta-VBE circuit configuration to generate

PTAT current.

    27)    Figure 1 of *A Precision Reference Voltage Source* [attached as Exhibit 6]

shows another different delta-VBE circuit uses to produce a ΔVBE voltage across R3.

    28)    Figures 5, 6, and 7 of *A Monolithic Conditioner for Thermocouple Signals*

[attached as Exhibit 7] show "crossed-quad" PTAT bias circuitry using yet another different

delta-VBE configuration.

    29)    Figure 2 of the '909 patent shows a Delta-VBE cell [20] used to generate

the control voltage for a PTAT current source (transistor 24 and resistor 26). Fig.2 shows

transistors 32 and 28 having different emitter areas. If transistors 28 and 32 in the Delta-VBE

cell were operated with the same current level, because they have different areas (ratio=A:1),

their current densities and therefore their VBEs would differ. That difference voltage appears

across resistor Rg, resulting in a PTAT current flowing through resistors Rg and Re. The

resulting PTAT voltage across resistor Re is added to the negative-coefficient-VBE of transistor

32 to produce a Delta-VBE cell output voltage that has a non-PTAT temperature variation. When that voltage is applied to the control terminal of the current source (base of transistor 24), the negative-temperature-coefficient of the VBE voltage of transistor 24 subtracts from the control voltage to produce a PTAT voltage across resistor 26, leading to a PTAT current source output current. (This is how a Delta-VBE cell is supposed to work. However, as explained below, the '909 patent specifies that the transistors of the Fig. 2 Delta-VBE cell are operated at equal current densities. Such a design could not be used to produce a PTAT current.)

30)    As earlier explained, the stated goals of the '909 Patent are to provide a differential amplifier (1) having "improved temperature stability of gain," and (2) "in which temperature stabilization and gain uncertainty is minimized from lot to lot in the fabrication process." To achieve these goals, the '909 Patent describes a particular type of delta-$V_{BE}$ ("$\Delta V_{BE}$") cell that compensates for three things. First, the circuit compensates for the temperature dependence of amplifier transistor intrinsic resistance by producing a PTAT current. But in addition to this, the '909 circuit is described to further compensate for two other types of errors: errors due to "ohmic resistance" of the differential amplifier transistors, and errors caused by "finite beta" of those transistors (see col. 1:60-67).

31)    When all of the foregoing compensations are applied to the differential amplifier, the patent says the amplifier is "gain-compensated." [2:20-22; 4:10-15] That is, the effects of temperature and transistor parameter (beta and ohmic resitances) change due to temperature and lot-to-lot variation are compensated for, and gain remains stable at the desired value.

32)    As explained above, the first aspect to compensation of the differential amplifier is to apply temperature compensation to account for the temperature variation of

intrinsic emitter resistance.   The patent states:  *The intrinsic emitter resistance obviously is a function of temperature and perfect stabilization of that quantity requires that the tail current be proportional to absolute temperature (PTAT).* [1:44-47]

33)     The '909 patent explains that the Delta-VBE cell of Fig. 2 can be used to bias a current source to produce a PTAT tail current:  *A first consideration in the design of a gain-stable, temperature-compensated long-tail pair is the requirement that the tail current be PTAT in order to make the intrinsic emitter resistance constant.  For this purpose, the ΔVBE cell 20 of FIG. 2 is used to bias a current source 22 for generating the tail current , 2I.* [2:47-50]. The '909 patent acknowledges that using a ΔVBE cell for this type of compensation was well known prior to the filing of the '909 patent:  *The use of a ΔVBE cell as means to generate a tail current which is PTAT is well documented in the literature, as prior art.* [2:52-54]

34)     But as discussed above, there are other sources of gain instability besides the temperature variation of intrinsic emitter resistance.  Making the tail current PTAT does not by itself compensate for gain variation due to transistor ohmic resistances and beta.  The patent states that the ΔVBE cell of Fig. 2 can be designed, however, to bias the current source using additional compensation for ohmic resistances and beta:  *The operation of a ΔVBE cell as means to generate a tail current which is PTAT is well documented in the literature, as prior art. However, this invention shows how, with proper design, the ΔVBE cell can be used to bias the current source (i.e., transistor 24 and emitter resistor 26) to a point which adds to the tail current a component keyed to and tracking the ohmic resistances associated with device geometries.* [3:60-68]  and *The foregoing and other objects of the invention are achieved in a differential amplifier including tail current generator means for providing a tail current which is PTAT and which includes a component of current which compensates for the ohmic resistances*

11

*of the transistors and finite beta.* [1:62-67]

35)     The '909 patent shows how the circuit of Fig. 3 adds these further compensations. Fig. 3 is described as a *gain-compensated differential amplifier according to the present invention* [2:20-22; 4:10-15], and is the only embodiment described in the patent for providing for a gain-compensated differential amplifier.

36)     Because the PTAT current flowing through current source resistor 26 is reduced by one base current from the emitter to collector of current source transistor 24, and further reduced by a second base current from the emitter to the collector of amplifier transistor 14, the current flowing into load resistor RC varies as beta (and therefore base current) varies. The patent explains that compensation for this effect can be achieved by increasing the current source control voltage (applied on line 60) by a beta-dependent amount. If this is done, the current flowing through current source resistor 26 will start out at a higher level than if there had been no beta-compensation included to the control voltage. This increase in the control voltage compensates for the beta-dependent losses through transistors 24 and 14.

37)     The means of adding a beta-dependent component to the current source control voltage is disclosed a resistor SRE in the Fig. 3 circuit. The voltage drop across resistor SRE is proportional to the base currents flowing in transistors 28 and 32 of the ΔVBE cell. Thus, as beta decreases, these base currents increase, increasing the voltage across resistor SRE. This in turn increases the current source control voltage, which produces an increased level of amplifier tail current to compensate for increasing beta-dependent losses in the current source and amplifier transistors.

38)     The means of compensating for the effects on gain caused by the amplifier transistors ohmic resistances is disclosed in the Fig. 3 circuit as the use of unit geometries in the

12

ΔVBE cell and the differential amplifier. As the ohmic resistance of the differential amplifier transistors increases, gain is reduced. [2:25-30]  A transistor's ohmic resistances depend on the geometry (e.g., emitter length and width and distance to base contact) of the transistor. These ohmic resistances are temperature dependent, and can vary from lot to lot. [1:47-52]

39)    If the ohmic resistances of the differential amplifier transistors change in a different way the amplifier's gain will change, lot-to-lot and wafer-to-wafer. If, however, the same geometries are used for the amplifier and ΔVBE cell transistors, then their ohmic resistances will change in the same way, and compensation can be achieved. [2:2-5]

40)    This technique is used in the Fig. 3 circuit. All of the transistors in the Fig. 3 circuit are designed using ratios of unit-area emitter geometries. [4:16-28]  In this manner, any lot-to-lot area change of the unit-area transistor will not effect the ratios. For example, the patent specifies that transistor 32 has a unit area emitter and transistor 28 has an emitter area of A units. [4:16-19]  Despite lot-to-lot changes in the unit emitter geometry, the ratio of total emitter area of transistor 28 will remain A times larger than the emitter area of transistor 28.

41)    Thus, the amplifier of Fig. 3 of the '909 patent is "gain-compensated" in three simultaneous respects: 1) it is compensated for variations in intrinsic emitter resistance (by generating a control voltage that causes the tail current to be PTAT); 2) it is compensated for variations in ohmic resistance (by using ratios of unit area emitter geometries in all of the transistors of the circuit); and 3) it is compensated for beta variations (by using resistor SRE). These compensations are achieved using the specific ΔVBE cell of Fig. 3, constructed and operated as specifically described in the '909 patent.

42)    The '909 Patent contains several errors and irreconcilable ambiguities. For example, the first equation, G=RC/2(r+re) [1:32] is only correct for infinite beta transistors,

even though the text describes the equation incorrectly as taking into account finite current gain (beta). [1:26-32] This can be seen by comparing that equation to the equation for gain at 1:27, which is RC/2re. This latter equation, as stated in the text, assumes infinite beta and negligible ohmic resistances. If the ohmic resistance term in the first equation is also neglected, the equations are the same, yet they are described differently (the first accounting for finite beta, and the second neglecting Equation (18) at 2:37 is incorrect. It is the equation for I, not 2I as incorrectly stated in the patent. This can be determined by substituting the equation for intrinsic emitter resistance into the equation at 1:32 and solving for I.

43)     The '909 patent incorrectly states at 2:64-65 that transistors 28 and 32 in the ΔVBE cell of Fig. 2 are driven to equal current densities. The VBE of a bipolar transistor depends on its current density, which is the ratio of emitter current to a process constant that depends on transistor emitter area. Two transistors running at the same current density will have the same VBE. If transistors 28 and 32 were operated at the same current density as the '909 patent states, the VBEs of transistors 28 and 32 would be equal, and there would be no voltage across resistor Rg in the Fig. 2 circuit. This would result in no current flow in any of the transistors, and the circuit would not work.

44)     Equation (18) at 2:37 is incorrect. It is the equation for I, not 2I as incorrectly stated in the patent. This can be determined by substituting the equation for intrinsic emitter resistance into the equation at 1:32 and solving for I.

45)     The equation at the top of '909 column 3 does not correlate with the statement in the text that transistors 28 and 32 are driven to equal current densities. That equation is only correct for the case in which transistors 28 and 32 conduct equal currents (despite the text saying that they have equal current densities – which would require that their

currents be unequal in the ratio of A:1), and the current source transistor 24 has a 2X unit geometry, not scaled by the factor M as shown incorrectly in the figure and described in the text.

46)    Equation (40) at 3:12 relates tail current to certain delta-VBE cell variables and is only correct if transistors 32 and 28 run at equal currents (not equal current densities as incorrectly stated in the patent), and the value of M (the number of units used for current source transistor 24) is equal to 2, even though the variable M is not shown in the equation.

47)    Equation (41) at 3:20 appears to be incorrect. The ln(A) tail current dependency has been dropped from the equation. In addition, the "algebraic manipulation" referred to at 3:17 is not shown, and it is unclear which equations were combined to arrive at equation (41).

48)    The discussion of Fig. 3 at 4:16-35 incorrectly refers to the variable r as being intrinsic emitter resistance, even though r is explicitly defined at 1:39-42 as ohmic resistance. The description of Fig. 3 at 4:10-15 describes the figure as explicitly showing the ohmic resistances. This is at odds with the following description at 4:16-35 which incorrectly describes the resistances shown in the figure as intrinsic emitter resistances.

49)    Similar to the discussion of Fig. 2, the '909 patent incorrectly states at 4:21-22 that transistors 28 and 32 in the Fig. 3 circuit operate at equal current densities. This can not be correct. As described above, if transistors 28 and 32 were operated with equal current densities there would be no PTAT current produced for compensation of intrinsic emitter resistance. In addition, there would be no compensation for the effects on gain of resistors 56 and 58 in the differential amplifier. Because the ratios of the emitter areas of transistors 28 and 32 is A:1, equal current density means that the ratio of their collector currents is also A:1. If that

were true, then the voltages across compensation resistors 54 and 52 would cancel, and there would be no gain compensation for resistors 56 and 58 in the differential amplifier, despite the description of Fig. 3 as showing a complete resistance-corrected, gain-compensated differential amplifier. [4:1-15]

50)    The equation for VBIAS in Fig. 3 is inconsistent with the description of Fig. 3 showing a complete resistance-corrected, gain-compensated differential amplifier. Note that there is no term in the equation accounting for the drop across resistor 52, the resistor included to compensate for the addition of resistors 56 and 58 in the differential amplifier. The equation for VBIAS is incorrect.

**C.    The Asserted Claims of The '909 Patent**

51)    I understand that Analog is asserting that LTC has infringed claims 1,3, 5, 6, 8, and 10 of the '909 Patent. I have been asked to explain these claims, and to provide my opinion as how I believe a person of ordinary skill in the art would understand certain of the terms and phrases used by these claims.

52)    Based on my knowledge working in the field (besides a great deal of other work on references, amplifiers, current sources, and PTAT circuits, one of my patents describes a Delta-VBE-based current source (U.S. No. 3,947,704, issued March 30, 1976) and another describes a differential amplifier (U.S. No. 4,649,352)), and the level and knowledge of others I have worked with, I believe one of ordinary skill in the art at the time of the alleged '909 invention (late 1980's) would have had a BSEE degree and 4 years working experience or an MSEE degree and 2 years working experience, with that experience being in the field of designing bipolar analog integrated circuits. That level of skill and experience would also apply today to one of ordinary skill in the art who would be reading the '909 patent.

16

53)     The asserted claims of the '909 patent include means-plus-function elements. My understanding of how such an element is to be construed is that first, the function that is described in the claim must be determined, and then the structures disclosed in the patent for performing that function must be identified.

54)     '909 Claim 1 requires "operating at a tail current $I_{tail}$:". "Itail" is not a term of ordinary meaning to one of skill in the art, and as the claim language states, is a particular tail current. Itail is described in the '909 patent as a PTAT current (which compensates for intrinsic emitter resistance), containing components that compensate for finite beta and ohmic resistances [see, e.g., Fig. 3 and 1:60-68], and meets the equations Itail=2I(1+1/Beta) and I=([VT ln (A)]/Rg)/(1-(r/Rg)(1-1/A)). [Fig. 3 and equation (40)] These equations are necessary to the operation of the alleged '909 invention. In order to overcome a rejection during the prosecution history, ADI told the patent examiner *The relationships on pages 10 and 11 were not known before the present invention.* [Amendment, B14] Pages 10 and 11 of the original application discuss compensation for current gain, with ADI stating *Itail, which is also the collector current of transistor 24, must be 2I(1+1/beta).* The '909 patent includes an additional equation Rg/Rc = (1-1/A)/2G (42). This equation does not include all of the compensation factors required for gain compensation.

55)     The amendment also discusses the equations on application pages 5-11, which include equations (18), (40), (41), and (42) of the '909 patent, and states *The specification derives the equations (see pp. 5-11) that relate parameters in the control circuit to a component of the tail current that is proportional to, and tracks, both the resistances associated with the device geometries, and the current gain of the differential amplifier transistors. The relationships on pages 10 and 11 were not known before the present invention. These are important*

*relationships. … Even Maeda et al., which purportedly addresses the need to control the gain of a differential amplifier, does not correct for ohmic resistances.* [Amendment, B14]

56)    Asserted Claim 1 also requires a control voltage generating means for generating a control voltage for the current source, and requires that the control voltage be PTAT. The '909 patent does not disclose any such control voltage generating means.

57)    For gain compensation to occur, the '909 patent teaches that the control voltage "must" produce a tail current that compensates for not only intrinsic emitter resistance, but also for beta. [see, e.g., 4:35-61]  As discussed above, the disclosed means for performing this compensation is resistor SRE. The compensation is achieved by raising the voltage on bias line 60 due to the voltage drop across resistor SRE. [4:62-66] Thus the control voltage must include the voltage across resistor SRE, and must therefore be at the base of current source transistor 24 (bias line 60).

58)    This is consistent with other aspects of the patent disclosure. In Fig. 3, the control voltage (which the patent calls a bias voltage) for the current source is applied at the base terminal of current source transistor 24. [Fig. 3] The '909 patent states: *The quiescent current for each of the differential amplifier transistors 12 and 14 is intended to be a constant value, I, over some temperature range of interest. As will be seen, this is provided by establishing an appropriate bias voltage on bias line 60 to the base of transistor 24.* [4:29-34] The patent describes and claims that a ΔVBE cell provides the control (bias) voltage to the base of the current source transistor to produce a PTAT current in the current source. [4:67-5:7; Fig. 3; Claim 3] However, for this to occur, as explained above, the control voltage applied to the base of current source transistor 24 can not be a PTAT voltage. If it were, then the current generated by the current source would not be a PTAT current, and the goal of temperature compensation

18

using a PTAT tail current for the differential amplifier would be thwarted. The claim is thus in error in reciting that the control voltage is PTAT. This is a mistake in the claim, confusing a control voltage that produces a PTAT current in the current source (what the specification describes) with a control voltage that is itself PTAT (what the claim actually requires). If a circuit were constructed in accordance with this claim element, it would not be "gain-compensated" as required by the claim and would not be in accordance with the invention as described in the '909 patent.

59)    The only voltages in the Fig. 3 circuit that are PTAT (outside of the differential amplifier and the current source) are the voltages across the resistors 52, 54, 34, and 36 inside the $\Delta VBE$ cell. None of these voltages is a control voltage, and none of these voltages includes the disclosed beta compensation voltage of Claim 1. In addition, referring to one of the internal voltages inside the $\Delta VBE$ cell as the control voltage that the current source is responsive to would be contrary to the way one of skill in the art would interpret the Claim 1 term "a transistor current source responsive to a control voltage." The control voltage for the current source is an input to the current source, not some other voltage inside another circuit.

60)    Element (d) specifies that the control voltage generating means includes *means for functionally relating the control voltage to the intrinsic emitter resistance of the current source*. This appears to be yet another mistake in the claim. ADI described this element to the patent office as distinguishing the prior art because it supposedly provides the compensation for current gain, and for resistances associated with device geometries (i.e., ohmic resistance compensation [3:67-68]). [Amendment, B14-17] Neither of these compensations has anything to do with intrinsic emitter resistance. Ohmic compensation is meant to compensate for the ohmic resistances of the differential amplifier transistors. This can not be done by

19

relating anything in the ΔVBE cell to anything in the current source, independent of the geometries of the differential amplifier transistors. For example, gain compensation will not be achieved if the differential amplifier transistor ohmic resistances vary differently than the variation of current source and ΔVBE cell transistor ohmic resistances.

61)     The '909 specification describes the compensation of ohmic resistance as being done by a ΔVBE cell which employs device geometries related to those of the transistors in the differential amplifier. [1:63-2:5]

62)     If one of skill in the art was to try to re-write element (d) to require beta and ohmic compensation, then the only disclosed means for performing ohmic and beta compensation (which ADI described in the prosecution history as the added functionality of element (d)) is the circuitry shown in Fig. 3, which includes the specification of scaling the transistors in the ΔVBE cell with respect to the current source and differential amplifier transistors and resistors using unit transistor geometries in the ratios and using the equations shown in the figure, including choosing the factor S of resistor SRE to eliminate the beta-dependence in the system [4:62-66], as well as the design features discussed below.

63)     The disclosed means of Fig. 3 also includes designing the ratio of resistors $R_g$ and $RC$ to be equal to $(1-1/A)/2G$, where $A$ is the number of unit transistor geometries used for transistor 28, and $G$ is the desired gain of the differential amplifier. [2:39; equation (42); 3:33-34]

64)     In addition, the disclosed means of Fig. 3 shows that the unit area emitter geometries of the ΔVBE cell, current source, and differential amplifier transistors are all the same (unit = e). [Fig. 3; 2:60-63; 4:16-28] As explained above, this is necessary for tracking ohmic resistance and beta changes.

65)     Furthermore, the specification discloses that transistors 28 and 32 in the ΔVBE cell operate at different levels of collector current. [4:21-23]

66)     Dependent Claim 2 adds that the control voltage generating means generates a control voltage that in turn generates a tail current that has a component that is functionally related to and tracks the geometries and current gains of the differential amplifier and current source transistor.  In effect, Claim 2 adds the relationship between the ΔVBE cell transistors and current source and differential amplifier transistors that ADI said was in element (d) of Claim 1.

67)     Dependent Claim 3 adds that the base of the current source transistor is supplied with *a control voltage which produces in the collector of the common-emitter transistor a current which is a function of the current gain of the differential amplifier transistors.*  This means that the control voltage includes a component that varies as a function of the beta of the differential amplifier transistors.  This further supports an understanding that there is a relationship between the differential amplifier transistors and the transistors in the ΔVBE cell. Were it not for using the same unit geometries in the differential amplifier and the ΔVBE cell, the compensation component added by the ΔVBE cell (which depends on the beta of transistors in the ΔVBE cell) would not compensate for the beta loss in the differential amplifier transistors (which depends on the beta of the differential amplifier transistors.  The disclosed way to have the loss and compensation track is to use the same unit geometry (which would have the same beta) in both circuit blocks.

68)     Independent Claim 6 parallels Claim 1, with the exception of explicitly specifying that the control voltage is provided by a ΔVBE cell, and that the ΔVBE cell includes means for functionally relating the control voltage to the intrinsic emitter resistance of the

current source. As explained above, the only disclosed means for performing the functions of elements (c) and (d) of Claims 1 and 6 (putting aside the above discussed errors in Claim 1, repeated in Claim 6) is the specific ΔVBE cell 20 shown in Fig. 3, having the specified device geometry relationships and with device values selected to cause the circuit to comply with the stated equations.

## V.    CLOSE U.S. PATENT 6,262,633

### A.    Materials Reviewed

69)    I have read Close U.S. Patent No. 6,262,633 (to which I will refer as the "'633 Patent"), the prosecution history of the '633 patent, and the prior art cited during the prosecution of the patent's application. In addition, I have reviewed the parties' proposed claim constructions and other materials that are referenced in this declaration.

### B.    Technological Background and Explanation Of
The Written Description Of The '633 Patent

70)    The '633 patent relates to the field of operational amplifier (op amp) output stages. [1:7-8]

71)    An op amp is a high-gain amplifier with differential inputs and an output stage capable of providing drive current to a load. The differential inputs can be part of a differential amplifier stage, and the output drive can be provided by an output stage. Integrated circuit operational amplifiers have been designed and sold since the late 1960's.

72)    Some op amp applications, for example, in audio systems, require the op amp to provide high output current, and amplify an input signal with minimum distortion. This can be achieved by having a large amount of gain in the op amp circuit, and an output stage designed to provide the high output current.

73)    The operating current required to run the circuitry in the op amp is called the op amp's QUIESCENT CURRENT. Part of the design task for an op amp designer is to make the circuit as efficient as possible for a given drive capability specification. This can be done using one of many well known output stages that use little quiescent current when there is no output drive needed, but are driven to provide large current gain when a differential input signal is provided to the op amp and high output drive is needed.

74)    One problem associated with running output stage transistors at low quiescent current when there is no output signal required, and high current when a large output current signal is required, is distortion. Transistors are non-linear devices. They provide more amplification for small input signals than they do for large input signals. For a signal that varies over a large range, different parts of the signal will be amplified different amounts, leading to distortion of the amplified output signal.

75)    The amount of distortion is related to the quiescent current that the transistor is running at. For example, if the transistor is operating with high quiescent current and a small input signal is applied, the percentage change in current flowing in the transistor is small, and distortion is low. Conversely, if the transistor is operating with low quiescent current and a large input signal is applied, the percentage change in current flowing in the transistor is large, and distortion is high.

76)    The '633 patent relates particularly to high output current, low distortion, rail-to-rail output stages [1:6-8] using complementary bipolar output transistors. ['633 figures; 9:6; 10:2; 12:27]

77)    I have designed several operational amplifiers with rail-to-rail output stages using complementary bipolar output transistors. One of my patents (U.S. No. 4,649,352,

issued March 10, 1987) describes a complementary rail-to-rail op amp input stage that was used as part of the design of several integrated circuit operational amplifiers with complementary bipolar rail-to-rail output stages.

78)     A complementary rail-to-rail output stage includes a PNP output transistor with its emitter coupled to the circuit positive supply voltage (sometimes labeled VCC) and its collector coupled to the op amp output node, and an NPN output transistor with its emitter coupled to the circuit negative supply voltage (sometimes labeled VEE or GND) and its collector coupled to the op amp output node.   The PNP and NPN transistors conduct drive current to and from the load, respectively.

79)     The circuit nodes to which the positive and negative supply voltages are applied are called the "rails."  Because the PNP and NPN output transistors are capable of operating with very low voltage across their collector-emitter circuits, the op amp output voltage can swing over nearly the complete positive to negative supply voltage range (rail-to-rail operation).

80)     The '633 patent describes two alleged improvements in the drive circuitry for complementary bipolar op amp output stage transistors.

81)     In the prior art '633 Fig. 1 circuit, Q1 is the PNP output transistor, and Q2 is the NPN output transistor.  Drive current to the base of Q2 is provided by transistor Q8, and drive current to the base of Q1 is provided by Q10.  When the V+ input to the output stage is higher in voltage than the V- input, node 22 is driven to a higher voltage than node 20, and current through resistor R1 and transistors Q10 and Q7 increases.  The increased Q10 current provides increased drive to output transistor Q1, and the increased Q7 current is mirrored by Q11 and Q12 to decrease drive to output transistor Q2. [2:15-26]

82) When the V- input to the output stage is higher in voltage than the V+ input, node 20 is driven to a higher voltage than node 22, and current through resistor R1 and transistors Q9 and Q8 increases. The increased Q8 current provides increased drive to output transistor Q2, and the increased Q9 current is mirrored by Q13 and Q14 to decrease drive to output transistor Q1. [2:27-30]

83) In the first alleged improvement, instead of using the increased Q7 or Q9 currents to reduce drive to Q2 or Q1 as shown in Fig. 1, those currents are mirrored to provide extra drive to Q1 or Q2. This is shown in Fig. 2a. For example, when the V+ input to the output stage is higher in voltage than the V- input, node 22 is driven to a higher voltage than node 20, and current through resistor R1 and transistors Q10 and Q7 increases. The increased Q10 current provides increased drive to output transistor Q1, and the increased Q7 current is mirrored by Q18 and Q20 to provide additional drive to output transistor Q1. [4:45-59]

84) Conversely, when the V- input to the output stage is higher in voltage than the V+ input, node 20 is driven to a higher voltage than node 22, and current through resistor R1 and transistors Q8 and Q9 increases. The increased Q8 current provides increased drive to output transistor Q2, and the increased Q9 current is mirrored by Q17 and Q19 to provide additional drive to output transistor Q2. [4:60-5:4] Mirror input transistor Q17 is incorrectly shown in the Fig. 2a as having its base and emitter terminals shorted together.

85) By providing two drive currents instead of one for the same differential input voltage, a smaller differential input voltage can be used to produce the same op amp output current. This results in lower distortion. [3:1-11]

86) The second alleged improvement relates to the connection of two transistors used in the circuitry that sets the quiescent current level in the output stage transistors.

87)    In the prior art Fig. 1 circuit, transistors Q15 and Q16 are used to clamp the negative swing on the bases of output transistors Q1 and Q2, and are also used as part of the circuitry to set the quiescent current flowing in the output transistors. [ 1:67-2:14]  As shown in Figures 1 and 2a, the collectors of clamp transistors Q15 and Q16 are connected to the negative and positive supply rails, respectively.

88)    The alleged improvement, as shown in Figs. 2b and 3a, is to instead connect the collectors of the clamp transistors to the bases of the opposite output transistors.  The collector of Q1 clamp transistor Q15 is connected to the base of Q2, and the collector of Q2 clamp transistor Q16 is connected to the base of Q1. [5:37-40]

89)    With V+ at a higher voltage than V-, the current that flows through Q16 to reduce current flowing in output transistor Q2 also flows into the base of Q1. [6:58-7:12]  With V- at a higher voltage than V+, the current that flows through Q15 to reduce current flowing in output transistor Q1 also flows into the base of Q2. [7:13-27]  These additional drive paths to Q1 and Q2 also reduce distortion as described above. [3:11-22]

C.    The Meaning of the Word "Connected" As Used By The '633 Patent

90)    I understand that there is a dispute about how one of skill in the art would understand the meaning of the term "connected" in certain parts of the '633 claims.

91)    Based on my knowledge working in the field, and the level and knowledge of others I have worked with, I believe one of ordinary skill in the art at the time of the alleged '633 invention would have had a BSEE degree and 4 years working experience or an MSEE degree and 2 years working experience, with that experience being in the field of designing bipolar analog integrated circuits.  That level of skill and experience would also apply today to one of ordinary skill in the art who would be reading the '633 patent.

92)     Each of the electronic components in a circuit has terminals allowing connection to other components.  For example, each transistor has base, emitter, and collector terminals.  Capacitors and resistors each have two connection terminals.  When the '633 patents states that a terminal of one component is "connected" to a terminal of another component, it is teaching how to build the described circuit (i.e., attach this to that).

93)     I believe that one of skill in the art would understand "connected," as used in the '633 claims, when describing a connection between two terminals, elements, or circuits, to mean wired together with no intervening components. This is how the phrase "connected" is used throughout the specification to describe terminal, device, and circuit connections, and commonly understood by those of skill in the art (as well as being the plain meaning of the word).  In other words, in this context "connected" means *this is attached to that*."

94)     For example, Claim 8 contains the phrase: *the collectors of said clamp transistors* <u>*connected*</u> *to the bases of their opposing output transistors such that each provides an additional base drive path for the output transistor to which its collector is* <u>*connected*</u>. [emphasis added] This describes the attachment or wiring together of the collector terminal of Q16' and the base terminal of Q1, and the attachment or wiring together of the collector terminal of Q15' and the base terminal of Q2 as shown in Figs. 2b and 3a.   This is how the word "connected" is used throughout the abstract and specification of the '633 patent when describing the connection of a terminal of one component to a terminal of another component.

95)     For example, describing the architecture of Fig. 1, the '633 patent states: *The emitters of Q7 and Q9 are connected together at a junction 22.* [ 1:61-64] This describes the physical attachment of the two emitter terminals together with a wire as shown in Fig. 1.

96)     Describing the Fig. 2a, 2b, and 3a architectures, the '633 patent states:

27

*Alternately, the collectors of the clamp transistors are connected to the bases of their opposing output transistors, rather than to the supply voltages as in Fig. 1;* [3:11-14] and *The collector of Q1 and Q2 are connected together at an output terminal OUT;* [4:1-2] and *a first current source I5 is connected to the collector of Q10, and a second current source is connected to the collector of Q8.* [4:21-24] and *Q19 is connected in a mirror configuration with diode-connected transistor Q17, with its collector connected to the base of Q2. Similarly, Q20 is connected in a mirror configuration with diode-connected transistor Q18, with its collector connected to the base of Q1.* [4:35-40] and *With its collector connected to the base of Q1, Q16' pulls ...* [5:62-63] and *The emitter of Q15' is connected to the collector of emitter transistor Q14, and its base is connected to a bias voltage source 50.* [6:30-32] and *However, the lowered voltage at the base of Q2 is also connected to the emitter of clamp transistor Q16'.* [7:20-21] and *However, the emitter of Q15' is also connected to the base of Q1,* [7:20-21]   All of these occurrences of the word "connected" are shown as physical attachments in the figures, with no intervening components.

       97)    The '633 specification and claims also use the phrase form "connected to ("do something")" as in "connected to provide" or "connected to receive" or "connected to mirror" or "connected to drive" or "connected to conduct." [e.g., 10:53; 11:22; 1:51-52; 6:18; 8:37; 10:59; 10:7] This does not describe terminal-to-terminal connections, but rather the function that results from the connections. This is a different use of the word "connected," and does not apply to the attachment of one terminal to another.

       98)    ADI has proposed that the term "connected" in the '633 claims be construed to mean "coupled." ADI does not provide a definition for "coupled" with respect to the '633 patent. I can only assume that they mean it to be broader than "connected." There is no support in the '633 patent for such any such broadened meaning of "connected."

99)     Those of skill in the art understand that "coupled" is a looser term than "connected." The '633 patentee had the option to use the looser "coupled" term, but instead chose to use the more specific "connected" term.

## VI.     LTC Burst Mode Patents

### A.  Overview of the LTC Burst Mode Patents

100)    The discussion below describing the operation of the circuitry of the '178 patent also applies to LTC's '6,580,258', '5,994,885', '6,394,066', and '5,731,694' patents which share the same specification as the '178 patent.

101)    The '178 patent relates to circuitry for controlling the operation of a synchronously switched switching regulator. A synchronously switched switching regulator uses two switching transistors that alternately turn on to supply current to a load.

102)    The '178 patent describes circuitry and methods in which a synchronous switching regulator automatically switches between normal synchronously switched operation at high or moderate load currents, and alternating between switching and sleep mode operation at low load currents, thereby achieving improved efficiency over a wide range of load currents.

103)    In addition, the '178 patent discloses circuitry and methods to solve the problem of reverse current flow previously associated with the use of synchronously driven switching transistors. By providing a solution to this problem, synchronously driven switching transistors could be used at low as well as high load currents, with or without the automatic sleep mode feature.

104)    In a first state of operation, at heavy or moderate load current levels, the '178 system operates by generating a control signal to vary the duty cycle of the synchronously

switched switching transistors to keep the output at the regulated voltage, controlled to be in a range about a nominal value. Both switches operate synchronously, providing high efficiency.

105) For example in the embodiment of Fig. 2 of the '178 patent, below a desired load current threshold level, when the output capacitor can supply current to the load to maintain the regulator output substantially at the regulated voltage for a period of time, both switching transistors are turned OFF (second state of circuit operation), improving efficiency by saving the power needed to continuously turn both switching transistors ON and OFF. And with the bottom switch turned OFF, reverse current flow in the inductor is avoided. When the regulator voltage droops to a predetermined level, at least one of the switching transistors is turned ON again to recharge the output capacitor. If the load current remains below the threshold level, both switching transistors will then be turned off again. If the load current goes back up, the regulator returns to the first state of circuit operation. The output voltage in the second state of circuit operation is still regulated (controlled), but its range of variation may be larger than that achieved in the first state of circuit operation.

106) As described above, with synchronous switching, when instantaneous inductor current reverses, charge is pulled from the output capacitor and conducted to ground instead of to the load. The '178 inventors solved this problem by turning the bottom switching transistor OFF when a reverse polarity condition exists. Breaking the current path between the output circuit and ground prevents the flow of reverse inductor current. By turning off the switch when the inductor current is about to or has just crossed zero, inefficiency due to drawing charge back from the output capacitor is minimized, and drawing power from the load is prevented. A synchronous switching voltage regulator using the '178 control system can therefore achieve high efficiency at both high and low load current levels.

107)    Based on my experience, a person of ordinary skill in the art would have either a BSEE or MSEE degree in electrical engineering, which would acquaint them with the basic equations for calculating voltages and currents in a circuit, including both dc and transient analysis based on the values of components such as resistors, inductors, and capacitors. Such a person would also have 3-7 years experience designing analog electronic circuitry in general, and be familiar with the basic textbook topologies of switching power supplies (e.g., step-down, step-up, and inverting).

**B.    '178 Claim Construction Issues**

108)    While both parties have agreed that there are no means-plus-function elements in Claim 1 of the '178 patent, I note that ADI has taken the position that Claim 1 is directed to the circuit shown in Fig. 2. One of skill in the art would recognize that the Fig. 7 and Fig. 9 circuits also have all the elements of Claim 1.

109)    The Fig. 2 circuit is a step-down switching regulator. This means that the input voltage is higher than the voltage at the load. [3:5-9; 5:44-48; 18:60-62] The Fig. 9 circuit is a step-up switching regulator. This means that the input voltage is less than the voltage at the load. [3:37-39; 18:65-67]

110)    Independent Claim 1 clearly covers circuitry other than the step-down configuration of Fig. 2. Claim 32, which depends from Claim 1, further specifies that the circuit of Claim 1 is a step-up voltage regulator. An example of such a step-up switching regulator is the Fig. 9 circuit. The Fig. 9 circuit has all the same control circuitry for controlling its two synchronously switched switching transistors as the Fig. 2 circuit, arranged in the same way.

111)    The Fig. 7 circuit is a more detailed schematic diagram of a step-down switching regulator. [12:1-6] The Fig. 7 circuit shows more detail of the one-shot timing

31

circuitry for controlling the switching transistors. As with the Fig. 2 circuit, the Fig. 7 circuit

also has a continuous mode of operation for high load currents and a sleep mode of operation at

low load currents. [12:14-13:7] As with the Fig. 2 circuit, the Fig. 7 circuit switches between

continuous operation (synchronous switching) and sleep mode automatically to provide high

efficiency over a broad range of load currents, including low load currents. [8:1-16; 12:1-13:7]

112)    A one-shot is a circuit that outputs a pulse once it is triggered by an input,

and then returns to its original state where it remains until it is triggered again. The one-shot

pulse width can be fixed (e.g., as shown in Fig. 2) or variable (e.g., as shown in Figs. 5 and 7).

113)    Dependent Claims 14-17 claim details of the one-shot circuit, including

timing dependency on inputs from the regulator input and output voltages. These claims

ultimately depend from Claim 1, and therefore Claim 1 must cover more than a control circuit

with the fixed time one-shot shown in the Fig. 2 control circuit.

114)    I also agree with the District Court's construction of "coupled" -- circuit

elements are coupled when a current path exists between them. I note that ADI had proposed

that "coupled" be construed to mean that there is an electrical or magnetic connection between

circuit elements. I find no support in the '178 patent for such a construction, and ADI has not

described what it means by "electrical connection" and "magnetic connection."

115)    ADI construes a "load" to be a device, circuit, or system that consumes

electric power. I agree that a load is a device, circuit, or system, but I do not agree that it must

consume electric power. It can consume electric power if current is supplied to it by the

regulator. However, if the load's power requirement is shut off (for example, by turning off a

switch in the load), the load would still be a device, circuit, or a system, and it would still be

coupled to the regulator, but it would not be consuming electric power. I agree with the

32

proposed LTC construction that a "load" is a device, circuit, or system coupled to the output terminal to which the regulator can supply current.

116)    I disagree with the ADI proposed construction that "first state of circuit operation" is a state in which both switching transistors are enabled for being synchronously switched. The switching transistors are more than "enabled" for being synchronously switched. They are synchronously switched. The patent states: *For example, at high output current levels during a first state of circuit operation the switch continually alternates between an ON state and an OFF state to maintain the output voltage VOUT at the regulated voltage level VREG.* [8:4-8] See also, for example, 5:59-6:16, contrasting the sleep mode state of operation in which both of the switching transistors are simultaneously OFF to a mode in which one of the two switching transistors is substantially ON at all times.   I agree with the District Court construction the "first state of circuit operation" is the state in which the switching transistors are both enabled for switching and are synchronously switched, such that one transistor is ON and the other is OFF, with a varying duty cycle to maintain a regulated voltage at the output terminal.

117)    The definition of "first state of circuit operation" as described above applies to circuits with two switching transistors, and the District Court construed the term in that context. Claim 1 of the '885 patent describes a circuit that can be used with one or more switching transistors. If there is only one switching transistor, then the definition of the "first state of circuit operation" would not require synchronous switching, but would require that the switching transistor be enabled for switching with a varying duty cycle to maintain a regulated voltage at the output terminal.

118)    I disagree with the ADI proposal that the "second state of circuit operation" requires that both switching transistors are caused to be off and held off in response to

a change in the state of the second control signal. This improperly takes a limitation from one claim and imports it into other claims. '178 Claim 1 requires *a third circuit for generating a second control signal during a second state of circuit operation* to cause both switching transistors to be simultaneously OFF for a period of time ... [16:49-52, emphasis added]. '178 Claim 41 recites a step of *turning both switching transistors simultaneously OFF for a period of time during a second state of circuit operation* ... [20:5-7] The act of generating a second control signal is not required by the language of Claim 41, yet ADI would improperly add that step by building it into the construction of "second state of circuit operation." See also '258 Claim 34, which has a second state of circuit operation but makes no mention of a second control signal.

119) I also disagree with the ADI proposed construction of a "threshold" as being a fixed value. Such a construction would be inconsistent with the '178 patent. For example, the threshold for comparator 39 in the Fig. 1, 2, 7, and 9 circuits is described as varying with load current (e.g., *As the output load current increases, the voltage drop across R2 resistor 36B will decrease. This translates into a small error voltage at input 38B of transconductance amplifier 38 that will cause 38A to increase, thus setting a higher threshold for current comparator 39.* [4:47-50]).

120) I disagree with the ADI proposed construction of "output current" as being the current flowing in the load. The "output current" in the '178 patent refers to the output current of the regulator. There may be currents flowing in the load that are provided from sources other than the regulator. For example, there could be a backup battery in the load, or the load (or part of the load) could also be driven by another regulator. I agree with the District Court's construction in the Impala litigation that "output current" is the current that flows from

34

the output terminal to the load having a value that is dependent upon characteristics of the load.

121)    I also disagree with ADI if, by construing a "switching voltage regulator" to require a "constant" output voltage that they mean that the output voltage must be invariant. As explained in the patent and discussed above, in the second state of circuit operation, the output voltage of the preferred embodiments varies as the output capacitor supplies charge to the load. [6:61-7:21]  The patent also describes variation in the regulator output voltage in the first state of circuit operation. [4:24-30; 4:46-50]

122)    The '178 patent describes circuitry and methods for controlling a switching voltage regulator.  One of skill in the art would recognize that the regulator output voltage is not invariant, but is controlled in value, and that there will be some tolerance on the output voltage.

123)    ADI has proposed construing "substantially at the regulated voltage" to mean "a voltage that has a different average value than the regulated voltage."  There is no support in the '178 patent for this.  To the contrary, one of skill in the art would understand from reading the specification that the regulator output voltage could have the same average output voltage operating in the second state of circuit operation as it does in the first state of circuit operation.  In the preferred embodiments of '178 Figs. 2 and 7, the output voltage levels in the second state of circuit operation are set by the upper and lower threshold voltages of hysteretic comparator 74. [7:6-17]  The upper level of output voltage in the second state is above the regulated voltage VREG [6:55-58], and the lower level of output voltage in the second state is below the regulated voltage level. [7:10-15]  The amount of second state output voltage swing above and below the regulated voltage VREG is determined by the amount of hysteresis in comparator 74. [6:64-7:5; 7:15-17]  There is no limitation specified on the exact comparator

thresholds, or the level of hysteresis. If the comparator thresholds are chosen to correspond to output voltages above and below the regulated voltage VREG by the same amounts, then the average output voltage in the second state will be exactly the same as the average output voltage in the first state of circuit operation.

124)    One of skill in the art would recognize that the second state of circuit operation need not be triggered by an output voltage level higher than an output voltage level maintained in the first state of circuit operation. The patent states: *the sleep mode control signal could be generated in response to a monitored output current.* [16:10-11]

125)    One of skill in the art would also recognize that switching need not be resumed when the output voltage level has dropped any particular amount. The patent states: *Furthermore, the switching regulator could be taken out of the sleep mode a predetermined time period after going into such a mode, instead [of] after the output voltage falls below a predetermined threshold voltage, as illustrated above.* [16:12-16]

126)    The level of output voltage variation need not be greater in the second state of circuit operation than in the first state of circuit operation. This is clearly demonstrated by the discussion of the alternatives to triggering the beginning and end of sleep mode operation as opposed to the use of a hysteretic comparator. I agree with the District Court construction in the Impala litigation that "substantially at the regulated voltage" allows for, but does not require, greater variation in the voltage having a controlled value. [CCO, pp. 25-26]

127)    I do not agree with ADI that the first, second, and third means of '178 Claim 34 are limited to the disclosure of Fig. 2 as indicated in their intrinsic evidence cites. As discussed above, the Fig. 7 circuit has all the elements of apparatus Claim 1, and Claim 34 is similar to Claim 1 except written in means-plus-function form. I agree with the District Court

opinion in the Impala litigation, which identified structures in other figures of the '178 patent, including the Fig. 7 circuit, for performing the functions of Claim 34. [CCO pp. 22-23]  In addition, the Fig. 2 circuit uses one-shot circuitry to vary duty cycle, as opposed to PWM circuitry. [9:12-20]  The Federal Circuit ruled that PWM circuitry is disclosed structure corresponding to the claimed function of "varying the duty cycle" in Claim 34 [Fed. Circ. Opinion, pp. 17-20]  Claim 34 therefore can not be limited to covering only the structures shown in the '178 Fig. 2 circuit.

128)  The disclosed structures for generating a voltage feedback signal indicative of the voltage at the output [first means of Claim 34] include: a resistor divider [e.g., Figs. 2, 7, 8, and 9], with or without an operational amplifier [e.g., Fig. 10], or other conventional voltage feedback circuits[e.g., Fig. 5].

129)  The disclosed structures for generating a first control signal … responsive to the voltage feedback signal to vary the duty cycle …[second means of Claim 34] include: drive circuit 20, transconductance amplifier 38. offset voltage VOS 76, reference voltage 37, current comparator 39, a feedback current path between inductor L1 32 and current comparator 39, and a constant off-time one-shot circuit 25, which outputs the first control signal [Fig. 2]; or combinations having a pulse-width modulator circuit or a variable-off-time one-shot circuit [e.g., Fig. 5; 9:12-21; 10:11-16]; or the combination of resistors $R_{SENSE}$ and R3, reference voltage VREF, offset voltage VOS, current comparator 39, amplifier 38, one shot circuit 245, off-time controller 250, and capacitor $C_{CON}$ [Fig. 7].

130)  The disclosed structures for generating a second control signal … [third means of Claim 34] include: as illustrated in Fig. 2, hysteretic comparator 74, VREF, current source I1 72, and logic gates 66, 68, and 69 [6:34-46]; or as illustrated in Fig. 7, hysteretic

comparator 74, current source I1 72, comparator 315, gate 316, VREF, and related sleep control logic [12:46-13:2]; or combinations such as those disclosed at 16:5-12.

131)    I do not agree with ADI's proposal that an "output inductor" is an inductor that is coupled to the output terminal. An inductor in the load would not be part of the regulator, but could be coupled to the regulator output terminal. The output inductor of the '178 claims is part of the regulator, and more specifically, an inductor in the output circuit.

132)    I disagree with ADI's proposal that current to the output terminal (Claim 44) be construed as "the output current." This construction is particularly senseless in light of ADI's construction of output current as being current flowing in the load. Current flowing in the load could come from another source (other than the regulator) and be taking any path in the load circuit, and does not have to flow from or to the regulator output terminal.

133)    Claim 44 is directed towards preventing the switch circuit (of the regulator) from coupling the output circuit (of the regulator) to ground. [20:49-51] Thus the claim is about current that flows to or from the regulator output terminal through the regulator output circuit and one of the switching transistors in the regulator, not current flowing in the load.

134)    This is confirmed by comparing Claims 44 and 45. Claim 44 describes a *third circuit for monitoring the current to the output terminal to generate a second control signal.* [20:43-44] Dependent Claim 45 states that *the third circuit monitors the current through the inductor to generate the second control signal.* [20:52-54] As discussed above, inductor current is not necessarily current flowing in the load, but it is a current that flows to or from the output terminal from the switching transistors.

135)    For the above reasons, I agree with the LTC construction of "current to the

output terminal" as being the current that flows to the output terminal from the switching transistors.

136)     I note that ADI has taken the position that there is no circuitry disclosed in the '178 patent for "monitoring current to the output terminal." This position is incorrect. The '178 patent is about the circuitry of the regulator, including how that circuitry monitors current to the output terminal. I agree with the LTC construction of "current to the output terminal" as being the current that flows to the output terminal from the switching transistors. There is structure disclosed in the '178 patent for monitoring the current flowing to the output terminal from the switching transistors.

137)     For example, the Fig. 8 circuit directly monitors inductor current, which flows between the switching transistors and the output terminal. [14:37-39] Resistor RSENSE is used for such monitoring as shown in the Fig. 7 circuit. In addition, the Fig. 2 and Fig. 7 circuits monitor current to the output terminal indirectly by measuring the voltage on the one-shot capacitor (Fig. 7), which is a proxy for the inductor current, and output voltage, which can be indicative of inductor current being above a low load current level. [7:58-65; 12:46-65]

138)     For Claim 51, ADI once again incorrectly states that there is no structure disclosed for monitoring current to the output terminal. Dependent Claim 53 states that monitoring the current to the output terminal includes monitoring the current through the inductor. As discussed above, there are structures disclosed in the '178 patent for monitoring inductor current.

139)     I disagree with ADI that a "selected sleep mode current level" represents a percentage of maximum rated output current. The plain claim language says that it's just a level, not a percentage of anything. The '178 patent states: *In accordance with the present invention,*

*regulator circuit 50 goes into sleep mode at low output current levels as follows.* [6:34-36] I agree with the LTC construction that the "selected sleep mode current level" is a current level below which the regulator enters into a second mode of operation.

140)  Claim terms discussed above with respect to the '178 patent should be construed the same when they are used in the other burst mode patent claims. In the discussion below about non-'178 claim terms, the cites given are from the '178 patent, which shares the same specification.

C.     '258 Claim Construction Issues

141)  I disagree with the ADI proposed construction of "output" as being an output circuit connected directly between the output of a switch and the output terminal. The meaning of "output" depends on the context in which it is used. For example, the "output" 38A of transconductance amplifier 38 [4:37] is a current, and the "output" of hysteretic comparator 74 [6:24] is a voltage. Claim 1 also includes the phrase "to maintain the output at the regulated voltage." ['258, 16:51-52] A terminal can be maintained at a voltage, but a circuit can not. Thus limiting the term "output" to being an "output circuit" as proposed by ADI does not fit with this further use of the term "output."

D.     '694 Claim Construction Issues

142)  Contrary to ADI's proposed construction, a "current comparator circuit" is not limited to comparing two current signals. Those of skill in the art know that in current mode controllers, inductor <u>current</u> (as typically sensed by the voltage across a sense resistor, sometimes followed by amplification) is compared to the output of an error amplifier (typically a voltage indicative of the desired peak <u>current</u> level). Even though the actual comparison is done with two voltages, the comparator is called a "current comparator." The '694 patent shows

40

examples of a current comparator either comparing two currents (Fig. 2), or comparing two voltages indicative of currents (Fig. 7). Comparator 39 in the Fig. 7 circuit is described as a "current comparator" [12:21], even though it compares two voltages that are indicative of currents. [12:19-22] I agree with the District Court construction in the Impala litigation that current comparators compare currents or signals indicative of currents. [CCO, p. 18]

143)    One of skill in the art is very familiar with the use of bias voltages and bias currents. The use of the term "bias source" in '694 Claim 1 could refer to either a bias voltage source or a bias current source.

144)    I disagree with the extra limitation proposed by ADI that a minimum feedback current threshold be "constant." First, as discussed above the '694 patent discloses variable thresholds.

145)    ADI points to the minimum feedback current threshold being set by the current signal output by constant current source 72 in Fig. 2 of the '694 patent. Even if it were proper to read a "constant" limitation into the claim based on a specific embodiments (it is not), this example would be incorrect. Those of skill in the art know that the word "constant" in the phrase "constant current source" refers to the invariance of a current source to changes in the voltage applied at the output of the current source. The current source value can still change with respect to some other variable. For example, the value of current produced by the constant current source can vary as temperature or a voltage used to produce that current source varies. See, for example, Fig. 4.8 of *Analysis and Design of Analog Integrated Circuits* [excerpts attached as Exhibit 8], which shows a constant current source that varies in value with temperature and the voltage +VCC.

146)    ADI's also proposes that the "minimum feedback current threshold" sets a

level which the current feedback signal will not go below. This is the opposite of what the '694 patent teaches. With the '694 control circuit, when the switching transistor turns on, current through the inductor ramps up. At low load currents, the switch is held on at levels of inductor current that would otherwise cause the switch to be turned off. The switch is held on until at least a minimum level of current is reached, corresponding to the minimum feedback current threshold. Thus once the switching transistor is turned on, the current feedback signal will start at a low level and increase until it at least reaches the minimum feedback current threshold. [6:47-53]

**E.    '885 Claim Construction Issues**

147)    The ADI construction of "feedback circuit" ("a circuit for producing a signal at a second terminal") completely removes the concept of feedback. A feedback signal is indicative of another signal. A feedback circuit produces a signal that is indicative of another signal. In the context of '885 Claims 11 and 35, the feedback circuit produces a signal at a second terminal that is indicative of a signal at the first terminal.

148)    One of skill in the art would not understand Claims 11 and 35 to be limited to having an off-time control circuit that has a time based on both the input and output voltages, as proposed by ADI. First, Claims 11 and 35 themselves are not so limiting: *second terminal of the off-time control circuit being coupled to ONE of the input node OR the output node.* [17:55-57; 20:30-31, emphasis added]

149)    Dependent claims 15 further specifies that the second control terminal is coupled to the input node for input voltage dependency, and claim 17 specifies that the second terminal is coupled to the output node for output voltage dependency. It is not until Claim 19 that the timing is made dependent on both the input and output voltages, and a third terminal is

added to provide that capability. See also dependent claims 40-42.

150) For the above mentioned reason I also disagree with the ADI proposal to add the limitation that "control capacitor" and "variable current source" require control by both the input and output voltages.

## VII.  Additional Claim Construction Issues

### A.  '618 Patent

151) The '618 patent relates to electrostatic discharge clamp protection circuitry and devices. [1:6-8] Electrostatic discharge (ESD) is the release of built-up static electricity that can occur, for example, when a person walks across a carpet and then touches a doorknob. While the momentary discharge can be uncomfortable to a human, it can be destructive when applied to very small devices within an integrated circuit. For this reason, the input terminals of integrated circuits are provided with protection circuitry to protect sensitive structures internal to the circuit from being damaged by the high current flow associated with electrostatic discharge. [1:9-17] The protection circuitry and devices must also be designed in a way to not interfere with the normal operation of the circuit in the absence of any ESD pulse. [e.g., 1:61-62; 3:43-46]

152) The '618 patent makes reference to a tubsubstrate diode. [3:37-39] One of skill in the art would recognize this as a reference to the diode formed by the P-type substrate and the N-type collector "tub," shown as region 22 in the Fig. 2A and 3A embodiments.

153) I note that ADI proposes construing "current limiting resistive element" to require circuitry having more than nominal resistance of at least several ohms. The '618 patent states for a particular embodiment (Fig. 2A): *the value of the resistor from the base of the clamp to ground is noncritical and can vary from several ohms to several hundred ohms.* [3:6-8] One

43

of skill in the art would understand that there is nothing that would prevent the invention from working with a resistance of less than several ohms. A very large clamp transistor could have a very low value of base resistance. All that the triggering of the clamp requires is that the voltage across the base resistance exceeds the transistor base-emitter forward voltage. [1:65-2:4]

154) I further note that ADI proposes to construe the phrase "collector-base breakdown voltage" as a voltage above which the transistor conducts current from an electrostatic discharge pulse. One of skill in the art would impose no such limitation on this phrase. The collector-base breakdown voltage is the voltage above which, when applied between the collector and base, the junction between the collector and base breaks down. This means that the junction no longer blocks reverse current flow. That reverse current flow may be due to sources other than electrostatic discharge. For example, applying a circuit supply voltage that is too high, applying a test voltage to the transistor collector that is above the breakdown voltage, or applying an input to the base of the transistor that is too low with respect to the collector voltage can all lead to collector-base breakdown, without an electrostatic discharge pulse present.

155) I also disagree with ADI when they add similar electrostatic discharge limitations to the simple claim terms/phrases "inactive" and "forms a current path." '618 Claim 1 describes the transistor as forming a current path when the input voltage exceeds a pre-selected level and being inactive when the input is below a breakdown voltage level. This means that the transistor either conducts current (forms a current path), or it doesn't (thereby acting as an open circuit). One of skill in the art would understand that, as discussed above, this is a function of the applied voltage, which need not come from an electrostatic discharge pulse.

156) ADI also proposes adding a limitation to the terms "forms a current path"

44

and "inactive" that current from an electrostatic discharge pulse is conducted "to ground" or not conducted "to ground." Claims 1 and 21 contain the phrase "forms a current path for discharging excess charge on said input terminal." The claims do not specify that the current path must be to ground or that the excess charge must be discharged to ground. This additional limitation proposed by ADI would also be contrary to the teaching of the '618 patent. Several of the '618 embodiments show clamp transistors between an input pad and the circuit substrate (e.g., Figs. 2A, 3A, and 4B). One of skill in the art knows that the substrate is typically connected to the most negative voltage in the circuit. This might be ground, or it might be a negative voltage provided by a negative power supply. The '618 patent itself shows protection devices between an input pad and a supply voltage labeled "V-," which one of skill in the art would recognize as a negative supply voltage.

**B.     '678 Patent**

157)    The voltage across a capacitor increases (charges up) when a current is provided to it, and decreases (discharges) when a current is drawn from it. One of skill in the art would not add limitations as proposed by ADI to these simple terms that charging or discharging each require both charge and discharge currents in an unequal proportion. A capacitor will clearly charge up if a charge current is provided and no discharge current is present. Thus ADI's additional limitation that a discharge current must also be present is not correct. A capacitor will clearly discharge if a current is drawn from it and no charge current is provided. Thus ADI's additional limitation that a charge current also must be provided is incorrect. One of skill in the art would know that charging or discharging a capacitor simply requires providing a current or drawing a current that increases or decreases the voltage across the capacitor.

158)    I disagree with ADI's proposed construction of "short circuit" to mean

45

zero or substantially zero resistance between two connected nodes such that there is no voltage difference between the two nodes. This is not the common meaning of "short circuit" understood by those of skill in the art. A short circuit is a low resistance connection between two nodes in a circuit. One of skill in the art would know that the zero-voltage limitation proposed by ADI is not always present in a short circuit situation. For example, the output of an amplifier would be considered short-circuited if a voltage source were placed between the output and ground. The voltage source provides a low resistance path between the output and ground, but the voltage difference between the amplifier output and ground would not be zero volts.

159)    Dictionary definitions agree with my understanding of the term "short circuit." For example, the American Heritage Dictionary defines "short circuit" thusly: *A low-resistance connection established by accident or intention between two points in an electric circuit. The current tends to flow through the area of low resistance, bypassing the rest of the circuit.* [Exhibit 9]

160)    The Random House Dictionary of the English language defines "short-circuit" as *an abnormal, usually unintentional condition of relatively low resistance between two points of different potential in a circuit, usually resulting in a flow of excess current.* [Exhibit 10] This definition directly contradicts ADI's proposal that there be no voltage between the two nodes.

161)    Webster's Ninth New Collegiate Dictionary states that a "short circuit" is

//

//

//

//

*a connection of comparatively low resistance accidentally or intentionally made between points*

*on a circuit between which the resistance is normally much greater.* [Exhibit 11]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: JUNE 6, 2007

_____
Robert A. Blauschild

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on June 7, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Frederick L. Cottrell, III
> RICHARDS, LAYTON & FINGER

I also certify that copies were caused to be served on June 7, 2007 upon the following in the manner indicated:

### BY ELECTRONIC MAIL & HAND DELIVERY

> Frederick L. Cottrell, III
> Richards, Layton & Finger
> One Rodney Square
> Wilmington, DE 19801

### BY ELECTRONIC MAIL & FEDERAL EXPRESS (on June 8, 2007)

> Wayne L. Stoner
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, MA 02109

> */s/ Jack B. Blumenfeld (#1014)*
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899
> (302) 658-9200
> jblumenfeld@mnat.com

EXHIBIT 1

# Resume of Robert Blauschild

I have worked extensively in the field of analog and mixed-signal circuit design. After presenting two technical papers at the 1978 International Solid-State Circuits Conference (ISSCC), I was chosen by the 1979 conference chairman to serve on the ISSCC Program Committee, and have been similarly chosen 15 times since then. I was twice a member of the European Solid-State Circuits Conference Program Committee. My work on these committees consisted of evaluating submitted papers for originality and import, and deciding on rejection or acceptance for presentation at the conferences.

After obtaining a BSEE degree from Columbia University in 1971 and an MSEE degree from U.C. Berkeley in 1973, I joined the Analog Research Department of Signetics. I became Manager of Analog Research in 1976, with a department charter to investigate the application of new process technologies to analog functions.

My status with Signetics became that of a consultant in 1981, which allowed me to work with other companies including Hughes, MicroLinear, Exar, Stanford Telecom, and many others. I rejoined Signetics as Manager of Advanced Development in 1990.

The charter of my department was to do advanced designs with existing IC processes, the first designs with new IC processes, and consult with other departments on the development of all projects with analog content. We were also responsible for working with the wafer fabrication groups in developing new IC processes and devices.

I have participated as a panelist at various industry conferences, and taught several short courses and seminars in the U.S., Europe, and Japan. My designs and lectures have spanned a wide range of technologies, including NMOS, CMOS, BiCMOS, and Bipolar processing.

I have worked on and consulted on designs of a wide range of analog and mixed-signal circuits, including data converters, amplifiers, voltage and current references and regulators, timing circuits, line drivers and receivers, display circuits, phase-locked loops, and modems.

I have fifteen US patents and have designed over two dozen products with cumulative sales above $250 Million.

1

**<u>Robert A. Blauschild Educational Background and Professional Activities</u>**

<u>Educational Background</u>

| | | |
|---|---|---|
| 1967-71 | Columbia University | (BSEE) |
| 1971-73 | UC, Berkeley | (MSEE) |

<u>Work Experience</u>

2005 - present  Consultant (Ikanos/MySource Communications/Winbond)

2004            Consultant (Ikanos/line driver design)

2000 - 2004     Ikanos Corporation (Circuit Design for DSL Communications Chips)

1997 - 1999     Consultant (Philips/ CDMA cellphone chip and Ikanos
                Communications/data communications boards and chip design)

1973 - 1997     Signetics Corporation (Philips Semiconductors)

1973            Member of Analog, Research Department

1976            Manager of Analog Research

1981            Consultant / Manager of Analog Research Department

1990-1997       Manager of Advanced Development

1981-1989       Design Consultant (Signetics, Micro Linear, Exar, Hughes, SSI, et. al.)
                doing analog and mixed signal product design including data converters,
                amplifiers, PLLs, data communications, voltage references and regulators.

<u>Product Development</u>

*Primary Design Responsibility*

NE520S High-frequency Amplifier
NE5211, NE5212 High-speed Fiberoptic Preamps
NE5224, NE5225 Fiberoptic Post-Amplifiers
NE5080, KE5081 FSK Modem Chip Set
NE5180, NE5181 Octal RS232/433 Line Receivers

2

NE5170 Octal RS232/433 Line Driver
NE568A 150MHz PLL
Several High-volume Automotive custom circuits for engine control,
      anti- lock braking, and display systems
L272 Dual Op amp

*Design Contributions*

NE5210 Fiberoptic Preamp
NE3842 SMPS Controller

NE7025 1GHz Low-voltage Frequency Synthesizer
CD8360 CDMA Baseband Chip for Cellular Phones
NE660 Low-voltage Dolby Processor
NE569 Video CRT Driver
NE5230 Op amp
High-Voltage Ballast Controller
Various Bandgap Voltage References for Large Digital Chips
EEPROM Voltage Reference and Programmer Supply
Multi-channel IR Signal Processor
Automotive Bus Transceiver

*Supervision of Development*

NE5206 High-frequency Power Amplifier
NE5222 Fiberoptic Preamplifier
NE5214, NE5217 Fiberoptic Post-amplifiers
NE5209 Wideband Variable-Gain Amplifier
Switched-Mode Ballast Controller

*Circuit Design Consulting Areas*

Amplifiers
Line Drivers and Receivers
Voltage References
Linear and Switching Voltage Regulators
Phase-Locked Loops
Codecs and Modems
Oscillators

Professional Activities

ISSCC Program Committee (16 times, Analog Sub-committee Chair in 1984)

ESSIRC (European Solid-State Circuits Conference) Program Committee

Guest Editor of the Journal of Solid-State Circuits (1980 and 1986)

3

ISSCC Panel Organizer and Participant (4 times)

Panelist at Wescon and Custom Integrated Circuit Conferences

6 ISSCC Presentations

7 Journal of Solid-State Circuits Papers

Short Courses Developed and Taught

High-speed Analog Design

High-frequency Phase-locked Loops

Signal Amplification and Gain Control in Disk Drives

High-frequency PLLs for Disk Drives

Practical Examples of PLLs for Transceiver

Parasitic Effects In High-Frequency ICs

Transistor-Level Design of an Off-Line SMPS Controller

Technical Publications

High-voltage Analog Performance with Low-voltage Digital Devices, Journal of Solid-State Circuits, Dec. 1978

A New NMOS Temperature-Stable Voltage Reference, Journal of Solid-State Circuits, Dec. 1978

An Open-loop Programmable Amplifier with Extended Frequency Range/Journal of Solid-State Circuits, Dec. 1981

A Four-Terminal Wide-band Monolithic Amplifier, Journal of Solid-State Circuits, Dec. 1981

A 14-bit PCM DAC, Journal of Solid-State Circuits, Dec. 1982

An 8-bit, 50nsec A/D, Digest of Technical Papers, 1983 International Solid-State Circuits Conference

Fleetest FSK Modem Chip-set Goes the Distance, Electronic Design, August 14, 1983

4

A Wide-band Low-noise Monolithic Transimpedance Amplifier, Journal of Solid-State Circuits, August 1986

A Wide-band Class-B Video Output Driver, Digest of Technical Papers, 1989 International Solid-State Circuits Conference

"Understanding Why Things Don't Work", Analog Circuit Design - Art, Science, and Personalities, Butterworth-Heinemann, 1991, pp. 123-126

An Integrated Time Reference Digest of Technical Papers, 1994 International Solid-State Circuits Conference

5

EXHIBIT 2

Case 1:06-cv-00346-GMS    Document 54-2    Filed 06/07/2007    Page 8 of 67

# A Simple Three-Terminal IC Bandgap Reference

A. PAUL BROKAW, MEMBER, IEEE

*Abstract*—A new configuration for realization of a stabilized bandgap voltage is described. The new two-transistor circuit uses collector current sensing to eliminate errors due to base current. Because the stabilized voltage appears at a high impedance point, the application to circuits with higher output voltage is simplified. Incorporation of the new two-transistor cell in a three-terminal 2.5-V monolithic reference is described. The complete circuit is outlined in functional detail together with analytical methods used in the design. The analytical results include sensitivity coefficients, gain and frequency response parameters, and biasing for optimum temperature performance. The performance of the monolithic circuit, which includes temperature coefficients of 5 ppm/°C over the military temperature range, is reported.

## I. INTRODUCTION

THE REQUIREMENT for a stable reference voltage is almost universal in electronic design. The temperature-compensated avalanche breakdown diode fills many of the needs, but cannot be used with low voltage supplies and often suffers from long-term stability problems. Use of a transistor base emitter diode temperature compensated to the bandgap voltage of silicon is a technique which overcomes some of the avalanche diode limitations. Bandgap circuits can be operated from low voltage sources and depend mainly upon subsurface effects which tend to be more stable than the surface breakdowns generally obtained with avalanche diodes.

The conventional three-transistor bandgap cell works well for very low voltage two-terminal or "synthetic Zener diode" requirements. The three-transistor cell is less flexible in three-terminal applications and in circuits where the desired output is not an integral multiple of the bandgap voltage.

The two-transistor cell presented here is simpler, more flexible in three-terminal applications, and eliminates sources of error inherent in the three-transistor cell. The two-transistor cell offers separate control over output voltage and temperature coefficient in a circuit using only a single control loop.

The new bandgap circuit has been used as the basis of a monolithic three-terminal reference circuit supplying a stable 2.5-V output and operating down to 4-V input.

## II. CONVENTIONAL CIRCUIT

Conventional bandgap circuits are based on the concept illustrated in Fig. 1. The transistors $Q_1$ and $Q_2$ are

Manuscript received May 6, 1974; revised July 25, 1974. This paper was presented at the International Solid-State Circuits Conference, Philadelphia, Pa., February 1974.

The author is with the Semiconductor Division, Analog Devices, Inc., Wilmington, Mass.



Fig. 1. Conventional bandgap circuit.

operated at different current densities to produce temperature proportional voltages across $R_3$ and $R_2$. A third transistor $Q_3$ is used to sense the output voltage through $R_2$. As a result, $Q_3$ drives the output to a voltage which is the sum of its $V_{BE}$ and the temperature-dependent voltage across $R_2$. When the output voltage is set to approximate the bandgap voltage of silicon, the voltage across $R_2$ will compensate the temperature coefficient of $V_{BE}$, and the output voltage will be temperature invariant [1]. To minimize the output voltage temperature coefficient the collector current of $Q_3$ must be made proportional to temperature, as are the currents in $Q_1$ and $Q_2$. This large temperature-dependent current at the point where the stabilized voltage appears makes it inconvenient to produce an output greater than the bandgap voltage. Higher voltages can be generated by stacking several junctions to produce, in effect, several circuits like Fig. 1 in series [2].

The theory used to predict the temperature behavior of circuits like Fig. 1 neglects the effect of base current flowing in $R_1$ and $R_2$. The variability in this current due to processing and temperature effects on $h_{FE}$ gives rise to an output voltage error and drift. This effect is particularly severe when the current in $Q_2$ is made much smaller than currents in $Q_1$ and $Q_3$ to produce the required current density difference. Use of "Super Beta" processing to reduce this problem results in low-voltage transistors not suitable for a three-terminal reference.

An additional temperature stability problem arises out of the nonlinearity and nonuniformity of the temperature characteristics of diffused resistors. The nonlinearity cannot easily be compensated, and the nonuniformity cannot be accommodated in the design.

The idealized circuit shown in Fig. 2 minimizes the difficulties of obtaining outputs above the bandgap voltage, reduces the problem of $h_{FE}$ variability to one of $\alpha$ match, and can be implemented with thin-film resistors on the monolithic chip to virtually eliminate nonlinear

BROKAW: THREE-TERMINAL IC BANDGAP REFERENCE

389



Fig. 2. Idealized circuit illustrating two-transistor bandgap cell.

temperature coefficients of resistance (TCR) as an error factor. The circuit uses two transistors and collector-current sensing to establish the bandgap voltage. The voltage appears at active transistor (as opposed to diode-connected) bases, so that it is a straight forward and simple matter to obtain overall output voltages above the bandgap voltage.

## III. BASIS OF THE NEW CONFIGURATION

### A. Generating the Bandgap Voltage

In the circuit of Fig. 2 the emitter area of $Q_2$ is made larger than that of $Q_1$ (by a ratio of 8-to-1 in the example given). When the voltage at their common base is small, so that the voltage drop across $R_2$ is small, the larger area of $Q_2$ causes it to conduct more of the total current available through $R_1$. The resulting imbalance in collector voltages drives the op amp so as to raise the base voltage. Alternatively, if the base voltage is high, forcing a large current through $R_1$, the voltage developed across $R_2$ will limit the current through $Q_2$ so that it will be less than the current in $Q_1$. The sense of the collector voltage imbalance will now be reversed, causing the op amp to reduce the base voltage. Between these two extreme conditions is a base voltage at which the two collector currents match, toward which the op amp drives from any other condition. Assuming equal $\alpha$ or common-base current transfer ratio for $Q_1$ and $Q_2$, this will occur when the emitter current densities are in the ratio 8-to-1, the emitter area ratio.

When this difference in current density has been produced by the op amp, there will be a difference in $V_{BE}$, between $Q_1$ and $Q_2$, which will appear across $R_2$. This difference will be given by the expression

$$\Delta V_{BE} = \frac{kT}{q} \ln \frac{J_1}{J_2}. \quad (1)$$

Since the current in $Q_1$ is equal to the current in $Q_2$, the current in $R_1$ is twice that in $R_2$ and the voltage across $R_1$ is given by

$$V_1 = 2 \frac{R_1}{R_2} \frac{kT}{q} \ln \frac{J_1}{J_2}. \quad (2)$$



Eliminate error due to base current in $R_4$ by setting:

$$R_3 = \frac{R_2}{R_1} \frac{R_4 R_5}{R_4 + R_5}$$

Fig. 3. Simplified circuit for developing higher output voltages.

Assuming that the resistor ratio and current density ratio are invariant, this voltage varies directly with $T$, the absolute temperature. This is the voltage which is used to compensate the negative temperature coefficient of $V_{BE}$.

The voltage at the base of $Q_1$ is the sum of the $V_{BE}$ of $Q_1$ and the temperature-dependent voltage across $R_1$. This is analogous to the output voltage of the conventional bandgap circuit and can be set, by adjustment of $R_1/R_2$, to a temperature stable value, as described in the Appendix.

### B. Increasing the Stabilized Output Voltage

Assuming that the amplifier of Fig. 2 has sufficient gain, it will balance the collector currents of $Q_1$ and $Q_2$ despite an additional voltage drop added between its output and the common-base connection. This additional drop will not affect the base voltage which results in collector current balance. If the voltage is introduced by means of a resistive voltage divider, the op amp output voltage will be proportional to the common-base voltage.

The circuit of Fig. 3 uses an active load to sense the collector current of $Q_1$ and $Q_2$ more directly. The function of the op amp is replaced by $Q_{10}$, $Q_{11}$, and $Q_7$. The p-n-p transistors form a simple current mirror which takes the difference of the collector currents of $Q_1$ and $Q_2$. This difference current drives the base of $Q_7$ which supplies the circuit output voltage. This voltage is divided by $R_4$ and $R_5$ and applied to the base of $Q_1$. The sense of the signal to $Q_7$ drives $Q_1$ and $Q_2$ to minimize the collector current difference. By designing the circuit to stabilize the base voltage at the bandgap voltage the output will be stabilized at a higher voltage. Since the output voltage depends upon $R_4$ and $R_5$ it can be set to any convenient value and need not be an integral multiple of the bandgap voltage.

*C. Base Current Error Correction*

In the circuit of Fig. 3 the base current of $Q_1$ and $Q_2$ must flow through $R_4$. This current will require an increase above the nominal output voltage to bring the base of $Q_1$ to the proper level. This increase will be an $h_{FE}$ dependent output voltage error which will vary from lot to lot and drift with temperature. The effect can be minimized by using relatively low values for $R_4$ and $R_5$, or $R_3$ can be added to compensate the effect. The proper value of $R_3$ is given by the following analysis.

To simplify the analysis, neglect the effects of finite $h_{FE}$ and output conductance in Fig. 3 to idealize the performance of the $Q_{10}$, $Q_{13}$, $Q_7$ amplifier function.

If $E$ is taken to be the circuit output voltage in the absence of base current for $Q_1$ and $Q_2$, then $E'$ resulting from considering $R_3$ and the two base currents is given by

$$E' = E + R_4(i_{b1} + i_{b2}) - i_{b2}R_3(2R_1/R_2)(1 + R_4/R_6). \quad (3)$$

This relation contains a term due to the base currents through $R_4$ and an offsetting term due to reduction of $\Delta V_{BE}$ by base current through $R_3$. If $E'$ is set equal to $E$, (3) can be reduced to a constraint on $R_3$. Expressing the relationship between the base currents in terms of a parameter $P_1 = i_{b1}/i_{b2}$ permits (3) to be reduced to

$$R_3 = (P_1 + 1)R_2R_4R_6/2R_1(R_4 + R_6). \quad (4)$$

In the case shown in Fig. 3 the collector currents and hence the base currents are assumed to match, making $P_1$ equal to 1 and resulting in the reduced expression shown in the figure. The general form of (4) is useful in circuits where the current density ratio is controlled by forcing unequal collector currents, rather than by emitter area ratios.

## IV. PRACTICAL REALIZATION OF THE CONCEPT

Although the circuit of Fig. 3 can be used in some simple applications a number of factors limit its applicability. Base width modulation of $Q_1$ and $Q_2$, finite output impedance of $Q_{11}$ and the finite $h_{FE}$ of $Q_7$, $Q_{10}$, and $Q_{11}$ all combine to raise the circuit's dynamic impedance and to degrade its input-voltage rejection. The configuration shown in Fig. 4 reduces these problems and has been built and tested in monolithic form.

The circuit elements shown in Fig. 4 correspond, roughly, to similarly numbered elements in the other figures. The basic two-transistor bandgap cell consisting of $Q_1$, $Q_2$, $R_1$, and $R_2$ is the same in all the figures. In Fig. 4 the current mirror transistor $Q_{10}$ and $Q_{11}$ are bootstrapped to the output voltage to improve the supply voltage rejection of the circuit. Degeneration resistors $R_7$ and $R_8$ have been added to raise the output impedance of $Q_{11}$ and improve the emitter current match of the pair. To minimize the effect of p-n-p $h_{FE}$, $Q_8$ drives the common bases of $Q_{10}$ and $Q_{11}$. The output control voltage is picked off at the collector of $Q_{11}$ by $Q_9$. A level translator consisting of $Q_{12}$, $R_6$, and $Q_3$ then applies the output



Fig. 4. Complete circuit of the monolithic three-terminal reference chip.

signal to the base of $Q_4$. This transistor forms a Darlington connection with $Q_7$, the output transistor, and provides the current-mirror bootstrap voltage as well.

The circuit, as shown in Fig. 3, has a stable "off" or no-current state. An epitaxial layer FET, $Q_{15}$, is incorporated into the circuit of Fig. 4 to provide starting. The FET insures that a minimum current flows into the current mirror $Q_{12}$ and $Q_{14}$ even when the base voltage of $Q_1$ and $Q_2$ is zero. This current is "reflected" by $Q_{13}$ and $Q_{14}$ to drive $Q_4$ and turn on the circuit. Once the circuit is on, the collector current of $Q_{14}$ becomes nearly equal to the currents in $Q_{10}$ and $Q_{11}$. As a result, the $V_{BE}$ of $Q_3$ is equal to that of $Q_4$ which has twice the emitter area and supplies roughly twice the current. Moreover, the voltage drop across $R_6$ (which is equal in resistance to $R_7$ and $R_8$) is made equal to the voltage drops across $R_7$ and $R_8$. The emitter of $Q_{12}$ is the same size as the emitters of $Q_{10}$ and $Q_{11}$ so that they all operate at the same current density and provide nearly equal emitter voltages for $Q_8$ and $Q_9$. The collector of $Q_{12}$ is split to provide equal emitter currents for $Q_8$ and $Q_9$.

The operating bias level for $Q_{14}$ is controlled by $Q_5$. This transistor is matched to $Q_1$ and has its emitter current forced by $R_{10}$ and $R_{11}$. These resistors are in inverse ratio to $R_4$ and $R_5$ so that their open-circuit equivalent voltage with respect to the output is the same as the voltage across the base emitter of $Q_1$ in series with $R_1$. Their parallel resistance is twice the resistance of $R_1$ so that the current in $Q_5$ is matched to the current in $Q_1$. The fraction of the current bypassed by $Q_{15}$ has a negligibly small effect on the $V_{BE}$ of $Q_5$ and hence on the total current forced by $R_{10}$ and $R_{11}$. The total current through $Q_5$ and $Q_{15}$ drives $Q_{13}$. The resistors $R_{12}$ and $R_{13}$ raise the output impedance and improve the current matching of the simple current mirror $Q_{13}$ and $Q_{14}$.

Output current limiting is provided by $R_9$ and $Q_6$.



$$gm = \frac{di_0}{dE}\bigg|_{i_0=0} \approx \frac{1}{R_1} \cdot \left(\frac{\ln(J_1/J_2)}{2 + \ln(J_1/J_2)}\right)$$

$$F_0\bigg|_{i_0=0} \approx \left(\frac{\ln(J_1/J_2)}{2 + \ln(J_1/J_2)}\right)\frac{1}{2\pi R_1 C_1}$$

Fig. 5. Transconductance and frequency compensation model.

## V. FREQUENCY COMPENSATION

The amplifier in this circuit operates in a closed loop to regulate the output voltage. A composite junction-MOS capacitor $C_1$ is used to control the open-loop crossover frequency and stabilize the closed-loop response. The analytical basis for this compensation is illustrated by Fig. 5. When the two-transistor bandgap cell is operated into a current mirror an output current is produced whenever the common-base voltage departs from the nominal voltage determined by the current density ratio and by $R_1$ and $R_2$. The change in this current as a function of the departure of base voltage from its nominal value has the dimensions of transconductance and can be used as such in design. The following incremental approximation gives a simple result which is more than adequate for most design procedures.

Incremental changes in the base voltage of $Q_1$ give rise to changes in collector current which can be approximated by the ratio of the voltage change to $R_e$, the incremental emitter resistance. This same voltage increment also drives $R_2$ and the incremental impedance of $Q_2$. If the transistors are operating at equal currents, the two $R_e$ terms will be equal, making the total effective resistance in the $Q_2$ branch higher. This will result in a lower incremental current in $Q_2$. Equating the incremental base voltage changes gives

$$\Delta i_{e_1} R_{e_1} = \Delta i_{e_2} (R_{e_2} + R_2). \tag{5}$$

Substituting for $R_e$ and for $R_2$ in terms of the voltage across it and current through it converts (5) to

$$\Delta i_{e_1} \frac{kT}{q i_{e_1}} = \Delta i_{e_2}\left(\frac{kT}{q i_{e_2}} + \frac{kT}{q i_{e_2}} \ln \frac{J_1}{J_2}\right). \tag{6}$$

A second approximation made is that the total incremental current is due to the voltage change across $R_1$ resulting from a voltage change $\Delta E$ at the common bases. That is

$$\Delta i_{e_1} + \Delta i_{e_2} = \frac{\Delta E}{R_1}, \tag{7}$$

which neglects $R_e$ as compared with the value of $R_1$. After eliminating common factors and assuming $i_{e_1} = i_{e_2}$, the combination of (6) and (7) can be manipulated to form

$$\frac{\Delta i_{e_1} - \Delta i_{e_2}}{\Delta E} = \frac{1}{R_1}\left(\frac{\ln(J_1/J_2)}{2 + \ln(J_1/J_2)}\right). \tag{8}$$

The difference in the $Q_1$, $Q_2$ collector currents is the output current $i_o$ and is approximately given by the difference of the emitter current increments. Taking (8) to the limit at $i_o = 0$ yields

$$\frac{d_{i_o}}{dE}\bigg|_{i_o=0} = \frac{1}{R_1}\left(\frac{\ln(J_1/J_2)}{2 + \ln(J_1/J_2)}\right). \tag{9}$$

With a current density ratio of 8:1, the term $\ln J_1/J_2$ is approximately 2, so that the "transconductance" of the entire circuit is approximately $1/(2R_1)$.

A capacitive load on the current output of the circuit in Fig. 5 will give a 6 dB/octave rolloff of voltage transfer ratio. The frequency at which the capacitive reactance equals the transconductance will be the unity-gain frequency of the simple circuit. This is given by the expression for $F_0$ in the figure. In the circuit of Fig. 4, the voltage attenuation due to $R_4$ and $R_5$ reduces the overall unity-gain frequency by the ratio of the bandgap voltage to 2.5 V, which is approximately two.

The transconductance can also be used to estimate a low frequency "gain." In the simple circuit of Fig. 3, the gain is expressed as the ratio of the voltage at the base of $Q_7$ to a small-signal input applied to the base of $Q_1$ at balance. Using a value of 3 kΩ for $R_1$ and estimating the output impedance of $Q_{11}$ at about 300 kΩ gives a gain of about 50. In the monolithic circuit, the effective open-loop gain is increased several orders of magnitude by the bootstrap connection to the current mirror.

## VI. MONOLITHIC CIRCUIT PERFORMANCE

The circuit of Fig. 4 is shown in Fig. 6 as it appears in monolithic form. Several diffusion lots have been made and measurements of these units indicate the typical properties given by the following table.

| Typical Reference Circuit Parameters ($-55$ to $+125°C$) | |
| --- | --- |
| Output voltage | 2.5 V ±2 percent |
| Minimum input voltage | 4 V |
| Load regulation, 0 to 10 mA | 3 mV |
| Supply rejection, 4.5 to 7 V | 0.25 mV |
| Supply rejection, 7 to 30 V | 0.25 mV |
| Standby current | 1 mA |
| Output voltage temperature coefficient ($\gamma$) $\left(\gamma = \frac{(V_{max} - V_{min})}{(V_{nominal})(\Delta T)}\right)$ | 5 to 60 ppm/°C |

The observed variation in temperature coefficients



Fig. 6.  Illustration of 37 × 62 mil monolithic die showing thin-film resistors and balanced thermal layout.

# Appendix

## Theoretical Temperature Behavior

### A. Optimum Cell Voltage

The optimum voltage at the base of $Q_1$ is approximately the bandgap voltage. A general analysis of the two-transistor bandgap cell yields a more-exact result and some insight into the residual temperature drift in an optimally adjusted circuit.

As a matter of convenience, the circuit description has involved the assumption that the required current density ratio is established by the use of emitter area ratio alone. The circuit can also be based on different collector currents and equal areas or a combination of unequal areas and currents.

The equation describing the voltage across $R_1$ can be generalized by including a parameter $P_1$ which is the ratio of emitter currents $i_{e_1}/i_{e_2}$ as follows:

$$V_1 = (P_1 + 1)\frac{R_1}{R_2}\frac{kT}{q}\ln\frac{J_1}{J_2}. \tag{10}$$

An expression given by Brugler [3] has been modified by the addition of a current-dependent term to give the $V_{BE}$ of $Q_1$ as

$$V_{BE_1} = V_{go}\left(1 - \frac{T}{T_o}\right) + V_{BE_0}\frac{T}{T_o} + \frac{mkT}{q}\ln\frac{T_o}{T} + \frac{kT}{q}\ln\frac{J}{J_o} \tag{11}$$

where $V_{go}$ is the bandgap voltage of silicon and $V_{BE_0}$ is the value of $V_{BE_1}$ at a reference temperature $T_o$.

Since the voltages across both $R_1$ and $R_2$ are proportional to temperature, it follows that the current and the current density in $Q_1$ are also proportional to temperature. Therefore, the current density ratio in the last term of (11) can be equated to a temperature ratio as $J/J_o = T/T_o$. This relation can be used to reduce the sum of $V_1$ and $V_{BE_1}$ to the form

$$E = V_{go} + \frac{T}{T_o}(V_{BE_0} - V_{go}) + (m-1)\frac{kT}{q}\ln\frac{T_o}{T} + (P_1 + 1)\frac{R_1}{R_2}\frac{kT}{q}\ln\frac{J_1}{J_2}. \tag{12}$$

This represents the stable voltage established at the base of $Q_1$ in the circuit of Fig. 1. Differentiating this result twice with respect to temperature yields

$$\frac{dE}{dT} = \frac{1}{T_o}(V_{BE_0} - V_{go}) + (P_1 + 1)\frac{R_1}{R_2}\frac{k}{q}\ln\frac{J_1}{J_2} + (m-1)\frac{k}{q}\left[\ln\frac{T_o}{T} - 1\right] \tag{13}$$

and

arises mainly from variability in absolute voltage at the base of $Q_1$ and variation in the coefficient $m$ (see Appendix). Units showing a very constant temperature coefficient generally show a good correlation between absolute output voltage and drift.

Several units showing large but constant temperature coefficients have been adjusted to very small final temperature coefficients. This has been done by measuring the temperature coefficient calculating the ideal zero temperature coefficient voltage correction and laser-trimming $R_1$ or $R_2$ as required. Other units which are closer to the nominal output voltage exhibit very stable temperature characteristics initially. In extremely low-drift units, the performance of the basic cell appears to be masked by other drifts arising in the remainder of the circuit. These residual drifts are on the order of 2 to 4 ppm/°C over a temperature range of −55 to +125°C.

Some diffusion lots have shown a greater curvature in the temperature characteristic. These units exhibit the roughly parabolic temperature characteristic, which is implied by (14) of the Appendix. They show good temperature performance around a peak which occurs at a temperature related to initial output voltage. At temperature extremes the temperature coefficient may increase to 60 ppm/°C or more, if the peak is not centered in the −55 to +125°C range.

The elapsed time since obtaining the first completed units has not been sufficient to accumulate long-term drift results. Accelerated life tests have been made at high temperatures to uncover any gross drift problems. The temperature stability and monitoring equipment have not been adequate to determine the ultimate stability of the device. Examination of data taken over the course of 1000 hours at +125°C does not reveal any trends or systematic drifts at the 100 ppm level, which approximates the repeatability of the measurements.

$$\frac{d^2E}{dT^2} = -(m-1)\frac{k}{q}\frac{1}{T}. \qquad (14)$$

Equating the first derivative to zero results in the equation

$$V_{BE_*} + (P_1 + 1)\frac{R_1}{R_2}\frac{kT_o}{q}\ln\frac{J_1}{J_2} = V_{go} + (m-1)\frac{kT_o}{q}. \qquad (15)$$

The left side of (15) is the value of $E$ at $T = T_o$. This means that, in principle, if the base voltage of $Q_1$ is set to $V_{go} + (m-1)\,kT_o/q$ at temperature $T_o$, the temperature coefficient of the output voltage will be zero. Assuming values of $m$ greater than one in (14) implies, however, a nonzero temperature coefficient at temperatures other than $T_o$. Experimental data indicate that values of $m$ as low as 1.2 have been achieved.

Examination of (13) and (15) shows that departures from the optimum output voltage will result in an approximately constant temperature coefficient. The magnitude of this coefficient will be the absolute error voltage divided by the absolute temperature. For example, a 3 percent absolute voltage error at 300 K will result in a 3 percent/300 K = 100 ppm/°C temperature coefficient.

### B. Effects of Resistor Temperature Coefficients

Both the common and differential temperature coefficients of resistance of $R_1$ and $R_2$ enter into the overall output voltage stability. The differential TCR may be treated by assuming that the total change in resistor ratio is due to change in $R_1$. Since the remainder of the circuit forces a predetermined current in $R_1$, its temperature coefficient of resistance is translated to an error voltage in equal proportion. The effect on the overall output voltage is reduced by the fact that the voltage across $R_1$ accounts for only a fraction of the total output. This fraction is variable, but is about 1/2 at room temperature. Therefore, the differential TCR of $R_1$ and $R_2$ appears as about half the equivalent proportional change in the output voltage.

The common TCR affecting both resistors equally does not affect the voltage across $R_1$, which depends only upon their ratio. It does affect the total current in the transistors, however, and therefore affects the $V_{BE}$ of $Q_1$.

This effect can be evaluated by expressing $V_{BE_1}$ as

$$V_{BE_1} = \frac{kT}{q}\ln\left(\frac{i_{z_1}}{I_s}\right). \qquad (16)$$

Differentiating

$$\frac{dV_{BE_1}}{dR_2} = \frac{kT}{q}\frac{I_s}{i_{z_1}}\left(\frac{-i_{z_1}}{R_2 I_s}\right) = \frac{-kT}{qR_2} \qquad (17)$$

and

$$\frac{dV_{BE_1}}{dR_2}R_2 = \frac{-kT}{q} \qquad (18)$$

which at room temperature is about $-26$ mV or $-260\ \mu\text{V}/$ percent. Dividing this coefficient by the cell's output voltage of about 1.22 V gives a relative coefficient of about $-2.13 \times 10^{-4}$/percent of output voltage change as a function of relative resistance change. This is a reduction in sensitivity of about 47 times.

Despite this reduction, the TCR of diffused resistors is so large, nonlinear, and nonuniform that it still represents a serious temperature drift. The monolithic circuit described here uses thin-film-on-silicon resistors with a total TCR of about $-60$ ppm so that the 47 times reduction makes the uncorrectable component of TCR sensitivity less than 1 ppm/°C.

The effects of the TCR of other resistors, or of ratios such as $R_4$ and $R_5$, are readily evaluated by standard analytical techniques. The low differential TCR inherent in thin-film resistor pairs keeps these effects on the output voltage at a minimum.

### REFERENCES

[1] R. J. Widlar, "New developments in IC voltage regulators," *IEEE J. Solid-State Circuits*, vol. SC-6, pp. 2–7, Feb. 1971.
[2] K. E. Kuijk, "A precision reference voltage source," *IEEE J. Solid-State Circuits*, vol. SC-8, pp. 222–226, June 1973.
[3] J. S. Brugler, "Silicon transistor biasing for linear collector current temperature dependence," *IEEE J. Solid-State Circuits* (Corresp.), vol. SC-2, pp. 57–58, June 1967.



**A. Paul Brokaw** (M'73) was born in Minneapolis, Minn., on January 18, 1935. He received the B.S. degree in physics from Oklahoma State University, Stillwater, in 1962.

From 1962 to 1963, he was a Design Engineer at Labko Scientific, Inc. In 1963, he joined the technical staff of Arthur D. Little, Inc. as an Electronic Circuit Designer. After six years at ADL, he joined the design staff of Communication Technology, Inc. In 1971, he started at Nova Devices, Inc., now the Semiconductor Division of Analog Devices, Inc., where he is the Director of Advanced Product Development.

EXHIBIT 3

ISSCC 87 / THURSDAY, FEBRUARY 26, 1987 / RHINELANDER SOUTH / 11:15 AM

*[See page 386 for Figure 6.]*

# SESSION XIV: WIDEBAND AMPLIFIERS

**THAM 14.5: A 500V/µS 12b Transimpedance Amplifier**

*Wyn Palmer, Barry Hilton*

*Analog Devices*

*Wilmington, MA*

TRENDS IN DATA ACQUISITION towards higher precision at ever higher speed require operational amplifiers that offer previously unobtainable combinations of ac and dc performance. Traditional solutions have consisted of voltage amplifiers with an input transconductance stage followed by a second stage formed of either a Miller integrator, or a folded cascode, and finally a unity gain output buffer[1,2]. The Miller integrator approach provides excellent dc performance, but compromises bandwidth and slew rate. The folded-cascode design offers optimal bandwidth and slew rate, but at the expense of dc performance. Both approaches require large standing currents for slewing. Voltage amplifiers also suffer from a constant gain-bandwidth product, with the option of an external compensation capacitor which forces a tradeoff between slew rate and bandwidth.

This paper will discuss a precision wideband transimpedance amplifier which satisfies the tradeoffs in slew rate, bandwidth, and standing current, while achieving near 100ns 12b settling time for a 10V step. To illustrate the relative behavior of voltage and transimpedance amplifiers, consider the inverting gain closed loop transfer function, G(s), for a dominant pole compensated system:

(a)    voltage amplifier       (b)    transimpedance amplifier

$$G(s) = \frac{Go}{1 + C_C g_m{}^{-1} [1 - Go] s} \qquad G(s) = \frac{Go}{1 + C_C [R_F + [1 - Go] R_{in}] s}$$

where; $R_F$ = feedback resistor, $C_C$ = compensation capacitor, Go = closed loop voltage gain ($-RF/RS$), $R_{in}$ = inverting input terminal input impedance, $g_m$ = input stage transconductance.

The small-signal bandwidth of the voltage amplifier is inversely proportional to (1-Go). The transimpedance amplifier behaves differently. At low closed-loop gains RF primarily defines the bandwidth, whereas at high closed-loop gains $R_{in}Go$ dominates and the circuit then approximates a 700MHz gain bandwidth product operational voltage amplifier. Transimpedance amplifiers use transient error current injected to the inverting input to slew, so 500V/µS slew rate can be obtained with only 5mA of standing current. The slew current is conveyed through mirrors to charge the compensation capacitor. Figure 1 is the block diagram of a transimpedance amplifier. Figure 2 shows the circuitry

of the proportional-to-absolute-temperature (PTAT) current generator, a bias servo loop, and the translinear input stage. Figure 3 shows a signal current mirror and the unity gain buffer.

The dc precision is achieved by cancelling the base current error of each signal path transistor. To do this the base current of an identical emulating device operating under similar $I_C$ and $V_{CE}$ conditions as the signal device is injected into the emitter of the signal device, reducing the base current error by a factor of β. This also increases the output impedance by a similar ratio. This base current compensation technique has a minimal impact on ac performance, while greatly enhancing dc precision. Referring to Figure 2, the kernel of the translinear input stage consists of Q1, 2, 23, and 24. Q9 and Q10 compensate for the base errors of Q1 and Q2 respectively. Q4 cascodes Q1 and is compensated by Q11. Q1 and 2 are operated under zero $V_{CB}$ conditions and are biased by Q23 and Q24, respectively. For the collector current of Q3 to equal Iref, the PTAT reference current, the bias current out of the collector of Q27 must equal Iref plus two NPN base currents minus a PNP base current. R8, 9, 10, 11 are trimmed to null the input voltage offset.

The bias servo loop provide this scaled version of Iref by adding the base currents from Q49 and Q13 and subtracting the base current from Q59. Q21 is servoed to absorb this current. Q29 mirrors Q21 current and is cascoded by Q27 to provide input stage positive biasing. Q15 compensates for Q27 base current. The negative bias servo similarly provides Iref plus two PNP base currents and minus one NPN base current.

The transimpedance of the amplifier is the impedance seen at the compensation node. The output impedance of the signal mirrors and the input impedance of the output stage must therefore be large. In Figure 3 a Wilson current mirror containing Q5, 7, 39 and 37 is cascoded with Q35, which is compensated by Q51. This yields an output impedance of approximately $β^2 VA/I_C$, or nearly $10^9$ ohms. R1 and R5 are trimmed to null the inverting input bias current. To ensure a high-input impedance output stage, a class A-B triplet is used. This provides a current gain of $10^7$ even when driving 10V into a 200Ω load. Additionally, the input is bootstraped as the input devices, Q73 and Q42, operate at constant $V_{CE}$. Q53 is added to correct for the static current error introduced by Q73 and to increase output stage bias current during slewing.

Table 1 lists measured performance data. Figure 4 shows the closed loop frequency responses for −1 and −10 gains with RF = 1kΩ. Figure 5 shows the 10V step responses for −1 and −10 gains. Figure 6 is a photomicrograph of the amplifier. Care was taken to ensure symmetry along the thermal axis.

The process employed has 600MHz $f_T$ NPN transistors and 700MHz $f_T$ PNP transistors, with beta-early voltage products of $10^4$ or more and VCEOs higher than 36V. Low collector series resistances are obtained by the use of buried layers and plugs. Junction isolation provides low thermal resistance and short collector-isolation electrical time constants, which are necessary for fast settling to 0.01%. Figure 7 shows cross sections of a PNP and NPN transistor.

[1] Russel, R.W. and Moyer, J.C., "A Bi-Fet Operational Amplifier with 400ns Settling Time", *ISSCC DIGEST OF TECHNICAL PAPERS*, p. 134-135; Feb., 1985.

[2] Cotreau, G.M., "An Opamp with 375V/µS Slew Rate, ± 100mA Output Current", *ISSCC DIGEST OF TECHNICAL PAPERS*, p. 138-139; Feb., 1985.

ISSCC 87 / THURSDAY, FEBRUARY 26, 1987 / RHINELANDER SOUTH / 8:45 A.M.



FIGURE 1—Amplifier block diagram.



FIGURE 2—Input stage biasing.



FIGURE 3—Signal current mirror and X1 buffer.



FIGURE 4—Closed-loop frequency responses: —1 gain; —3dB
point @ 46MHz; — 10 gain: —3dB point @ 31MHz.



FIGURE 5—Top trace = X1 gain 10V step response; bottom
trace = X10 gain 10V step response.



FIGURE 7—Cross section of complementary bipolar transis-
tors.



FIGURE 6—Photomicrograph of transimpedance amplifier.

EXHIBIT 4

322                                                                                    IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-22, NO. 3, JUNE 1987

# A 20-$\mu$W Precision Operational Amplifier

DEREK F. BOWERS, MEMBER, IEEE

*Abstract* — A precision operational amplifier is described which draws 12 $\mu$A of quiescent current and can operate from a 1.6-V supply while requiring no external components such as the usual biasing resistor. The amplifier has dc characteristics comparable to the industry standard OP-07 and ac characteristics as good as available "micropower" devices. The circuit has an input voltage range and an output swing which include the negative supply to facilitate its use in battery-powered and other single-supply applications.

## I. INTRODUCTION

THE PRODUCT to be described resulted from the desire to produce a high-precision op amp suitable for very-low-power systems such as satellites, remote data loggers, and portable instrumentation. It was felt from the outset that many such systems were single supply in nature and that the op amp should be designed with this strongly in mind. Additionally, low-voltage operation is mandatory for many battery-powered applications and this provided yet another design consideration.

To summarize, the following characteristics were deemed of the greatest importance.

1) A well-controlled supply current in the low-microampere range that is substantially independent of supply voltage, ambient temperature, and process variations.

2) Ability to operate from a low supply voltage, preferably that of a single cell.

3) Single-supply operation: in practice this means that the input voltage range and the output swing should include the negative supply rail.

4) High precision: this involves a multiplicity of factors including offset voltage, offset voltage drift, common-mode rejection, power-supply rejection, and voltage gain. In general, the dc characteristics of the highly accepted OP-07 provided a useful design goal.

5) The ability to maintain all of the above over the full military temperature range.

## II. POWER CONSUMPTION

Several fundamental factors in any op-amp design contribute to overall power consumption. For example, many precision op amps, including incidentally the OP-07, use three stages of gain. Clearly reduction of the number of gain stages will reduce the current consumption of a given

device. Two other areas where power is often wasted are the biasing circuit and output stage, and optimization in these areas again is vital to minimize current draw.

However, even after the design is carefully tailored to a low-power objective, a decision has to be made concerning stage currents and this is the area of biggest compromise.

One solution is to leave the current setting to the user. This is the basis of the so-called "programmable" amplifier. Such amplifiers have their internal stage currents set by an external current which in practice usually becomes defined by a resistor stretched across the power supplies. This of course demands at least one external component, and also results in severe dependence of supply current upon supply voltage. Consequently, it was decided to abandon the "programmable" format.

The problem of choosing suitable currents is the next to be addressed. It was fairly obvious from the outset that speed would be a major sacrifice, but another victim of low stage currents, voltage noise, cannot be compromised too severely if the design is to be classed as a precision one. An additional area of concern is junction leakage at elevated temperature, and suffice it to say that a supply current goal of 10 $\mu$A was chosen after some protracted thought. The practical design actually consumes about 30 percent more than this.

The question of supply voltage range is somewhat more straightforward. Bipolar operational amplifiers have been designed to operate with a total supply voltage of less than 1 V [1], and indeed this was the original design goal. However, such designs become very complicated which rapidly destroys the low-power advantage. With today's prevalence of lithium cells having an output voltage of around 3 V it was decided that raising the minimum voltage slightly would not significantly degrade the usefulness of the part. The achieved design operates from a total supply voltage of 1.6–36 V.

## III. INPUT STAGE

The standard type of input stage for single-supply bipolar amplifiers is the Darlington p-n-p configuration of Fig. 1 [2]. With the inputs at the negative rail, ample room exists for an active load at the collectors of $Q2$ and $Q3$. The active load is usually a "current mirror," though symmetric loads have been used when the input stage is followed by a differential second stage. There are problems with this stage, however. First, more devices contribute to

Manuscript received September 23, 1986; revised December 18, 1986. The author is with Precision Monolithics Inc., Santa Clara, CA 95052. IEEE Log Number 8713962.

0018-9200/87/0600-0322$01.00  ©1987 IEEE



Fig. 1.  Darlington input stage.

the offset voltage than with a simpler input stage, which in turn has an adverse effect on the offset drift. Second, the stage is at least a factor of $\sqrt{2}$ noisier than a simple differential pair, and often much more than this depending upon the values of $I1$ and $I2$ and how they are generated. This is particularly disadvantageous for low-power operation where accumulation of voltage noise is already a major concern. Third, this input stage requires about 1.4 V of clearance from the positive supply, resulting in almost no common-mode input range when operating from low supply voltages.

The input configuration actually used is shown in Fig. 2, and combines the input characteristics of a resistively loaded differential pair with the gain of a more conventional actively loaded stage. $Q3$ and $Q4$ form a "foldback cascode" circuit which allows the active load ($Q5$ and $Q6$) to be placed at the positive supply. The active load now has sufficient headroom to be degenerated and thus lower its contribution to noise and drift. The contribution from $Q3$ and $Q4$ can be made arbitrarily small by allowing large voltage drops across $R3$ and $R4$ but this is not practical in a single-supply design. With the inputs at the negative supply, any voltage drop across $R3$ and $R4$ constitutes forward bias on the collector–base junctions of the input transistors. This forward biasing does not result in excessive input current as might at first be thought because parasitic vertical p-n-p action diverts most of the current to the substrate. However, any imbalance in the currents has to flow through the input devices resulting in an offset contribution. Because of the exponential characteristics of forward biasing, this would mean that small $V_{be}$ mismatches in $Q3$ and $Q4$ or in the $C$–$B$ junctions of $Q1$ and $Q2$ would produce an offset shift as the inputs approached the negative supply, resulting in poor CMRR. More severe forward biasing can result in amplifier phase reversal with the input signal feeding directly to the emitters of $Q3$ and



Fig. 2.  Principle of the input stage used.

$Q4$. Clearly, the allowable voltage across $R3$ and $R4$ is something of a compromise.

$Q3$ and $Q4$ are in practice split into four devices and arranged as a cross-coupled quad. This minimizes the imbalances described above. Additionally, the collectors of $Q1$ and $Q2$ are designed to be as small as the process will allow, which minimizes the forward biasing itself. Even so, with the low stage currents used and at elevated temperature the voltage across $R3$ and $R4$ must be limited to 120 mV to avoid trouble. The nature of the bias circuitry reduces this to 80 mV at room temperature.

324                                                                                    IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-22, NO. 3, JUNE 1987

The overall noise of the amplifier was measured at 55 nV/√Hz, which is about 84 percent higher than the calculated noise of the input transistors alone. This is considerably better performance than would be achieved with a Darlington input stage.

The process used has lateral p-n-p gains of about 120 at low currents, yielding an input bias current around 4 nA. This is comparable to that achieved with vertical p-n-p inputs.

Resistors $R1$ and $R2$ in series with the inputs limit the current into the base tubs if the inputs are forced below the substrate. Together with the high base–emitter breakdown of the lateral p-n-p transistors (110 V), this affords a ±30-V input overload protection, even with the supplies removed.

## IV. SECOND STAGE

The overall voltage gain of the first stage is about 4000, and so the remainder of the amplifier gain must be contributed by the second stage. In essence, the second gain stage is a dynamically loaded p-n-p transistor since this is capable of a wide output voltage swing. Coupling the p-n-p base directly to the active load of Fig. 2 would severely load the input stage, so additional buffer circuitry must be added (Fig. 3).

$Q12$ and $Q13$ form a complementary Darlington buffer feeding the common-emitter gain stage $Q7$. Balance is restored to the active load by a similar pair on the opposite side, $Q8$ and $Q9$. The dynamic load on $Q7$ yields a stage gain of 300, giving the overall op amp a voltage gain of 1.2 million, which is more than adequate for precision applications.

Several hidden dangers exist in this section, however. First, owing to the very low currents used, extreme care must be taken to avoid collector–base forward biasing of $Q5$ and $Q6$. Even a few tens of millivolts can produce significant leakages at elevated temperatures. This is compounded by the fact that the voltage at $Q5$ collector cannot be made exactly equal to that of $Q6$, due to inherent asymmetry in the stage. The potential for forward biasing arises from the voltage drops across $R6$ and $R7$, and because the $V_{be}$'s of $Q9$ and $Q13$ are smaller than those of $Q8$ and $Q12$ due to the lower doping of p-n-p transistors compared to n-p-n's. To alleviate this, the emitter areas of $Q8$ and $Q12$ are made large (5×) and resistors $R8$ and $R9$ are added. The difference in values of these resistors approximately balances the stage under nominal conditions.

Further complications apply when the op amp is driven into positive saturation. Under these conditions $Q6$ turns off and its collector ramps negatively until $Q10a$ turns on. Without this clamp transistor the voltage at $Q6$ collector would end up close to the negative supply causing long overload recovery, excessive current in $R9$, and possible avalanche breakdown damage to $Q12$. $Q10b$ is added on the opposite side to balance leakage currents under normal operating conditions.



Fig. 3.   Active load and second stage.



Fig. 4.   Structure of $Q7$.

Under clamped conditions the base current of $Q7$ is limited to 4 μA by the presence of $R9$. While this does not seriously affect the supply current of the amplifier, it must be noted that $Q7$ will now be in saturation and its collector able to re-emit current to the substrate. This can cause the base current to be multiplied many times because $Q7$ now appears as a vertical p-n-p connected between the supplies. It has to be admitted that this was overlooked on the initial silicon which drew approximately 85 μA of supply current under these conditions. To fix this, $Q7$ was given a second collector almost completely surrounding

the first. Connecting this collector back to the base causes $Q7$ to appear as a diode under saturated conditions and base current multiplication no longer occurs. The structure of $Q7$ is shown in Fig. 4.

## V. Output Stage

Although a very-low-power amplifier would not normally be expected to drive heavy loads, even getting a moderately useful drive capability from such low stage currents demands some unusual techniques. In view of this it was decided to increase the versatility of the amplifier by aiming for the full ±5-mA output current available from more general-purpose types. Fig. 5 shows the output stage used.

When sourcing current, $Q15$ supplies the load directly. The 25 μA or so of base current required by $Q15$ is easily supplied by $Q7$, removing the need for a Darlington pair which would drastically reduce the positive output swing. The penalty paid for such a direct arrangement is reduced gain with heavy loads.

Assuming a beta of 200, a 2-kΩ load would be reflected at the collector of $Q7$ as an impedance of 400 kΩ, thus reducing the small-signal gain of the second stage to only 22. This does increase somewhat as the load is driven because the base current of $Q15$ increases the transconductance of $Q7$, and the resulting average open-loop gain is about 130 000.

Most of the sink current is provided by $Q20$, a large lateral p-n-p transistor. $Q20$ is biased into class $AB$ operation by $Q14$ and $Q18$ and runs with about 1.5 μA of quiescent current. The current in $Q17$ is limited to 2 μA and clearly cannot supply the necessary base drive to $Q20$ so a current "boost" circuit is added to improve sink capability. $Q19$ "samples" the current in $Q20$ and feeds about one-fourteenth back to the base via the current mirror formed by $Q21$ and $Q22$. Thus $Q21$ can continue to supply sufficient drive until the beta of $Q20$ rolls off to 14, which happens at around 7 mA. This arrangement does amount to positive feedback, but this is well controlled as long as $Q14$ can absorb the excess boost current. The roll-off of $Q20$ provides an automatic short-circuit limit which has been found to be quite predictable, however, the initial silicon had a tendency to latch up at high temperature if the output was short circuited. This was traced to saturation of $Q22$ which causes the mirror gain of $Q21$ and $Q22$ to increase dramatically. To eliminate this, $Q22$ was given a very large collector area and $R11$ was added to prevent gross overboosting. No problems have since been observed even at 150°C.

Short-circuit protection for the positive direction is afforded by $R10$ and $D1$. The effect of conduction in $D1$ is to turn $Q11$ hard on, which in turn diverts base current from $Q7$. The location of $R10$ in the collector, rather than in the emitter, of $Q15$ prevents any reduction in output swing when sourcing current.

One requirement for single-supply amplifiers is to be able to drive a ground-referred load all the way down to ground. This is achieved by allowing the circuitry associ-



Fig. 5. Output stage.

ated with sinking current to turn off completely as the negative supply is approached, allowing the load itself to provide the necessary pull-down. This happens fairly automatically with this configuration since $Q19$ and $Q20$ become reverse biased under these conditions. Note that $Q17$ saturates at this point which is the reason that the current provided by it is not derived directly from the bias line. Under overdrive conditions $I1$ also saturates and precautions (described later) are taken to ensure that it does not shut down the bias line completely, which might result in recovery problems.

## VI. Frequency Compensation

One advantage of two-stage amplifier designs is that a dominant pole can be forced with the addition of a single capacitor [3]. Unfortunately, the design presented here does not conform to an ideal two-stage model, even though only two stages are employed. Fig. 6 serves to illustrate the frequency compensation scheme.

Capacitor $C2$ sets the dominant pole in a conventional "pole-splitting" fashion. Signal perturbations at the collector of $Q3$ suffer excess phase shift before reaching the base of $Q7$ compared to those at the collector of $Q4$ because they must pass through the entire active load. $C1$ serves to block this path at high frequencies which considerably improves overall stability. The dominant pole capacitor $C2$ completes an integrator loop consisting of $Q12$, $Q13$, $R9$, and $Q7$. This loop itself requires stabilization, which is achieved by the addition of $C3$.

Finally, a common problem with single-supply amplifiers is a tendency toward instability when driving loads



Fig. 6.  Frequency compensation scheme.

near the negative rail, especially if significant capacitance is present at the output. This is due to the $f_t$ of the output transistor approaching zero as it becomes starved of current. To alleviate this, $C4$ provides a feedforward function around $Q15$ causing the ac model of the amplifier to approximate a transconductance function under these conditions.

The gain-bandwidth product was measured at 40 kHz and the slew rate at 12 V/ms. Phase margin at unity gain is 50°.

Most bipolar amplifier designs concentrate heavily on the avoidance of lateral p-n-p transistors in the signal path, due to their notorious high-frequency characteristics. It is interesting to note that at the stage currents used here there is not much to choose between n-p-n's and p-n-p's, since both are operating well below optimum current. In fact, the intrinsic base–emitter and collector–base capacitance is lower for a lateral p-n-p than for an n-p-n, causing the p-n-p to be a higher frequency device in most locations.

## VII. BIASING CIRCUITRY

The requirement for the biasing scheme is that it generate a stable and predictable current reference without itself wasting significant power. It was decided to use proportional-to-absolute-temperature (PTAT) current sources throughout the amplifier since this tends to stabilize the transconductance of bipolar gain stages, and is easy to generate.

Operation of the bias circuitry is best understood by referring to the complete schematic of Fig. 7. P-N-P transistors $Q23$ and $Q24$ provide regenerative feedback until the collector currents of $Q25$ and $Q26$ are approximately equal. Under these conditions the PTAT difference in base–emitter voltages of $Q25$ and $Q26$ is forced across $R14$, thus defining all operating currents. With the 20:1 ratio used, this voltage is about 78 mV at 25°C, fixing the operating currents at 350 nA per side.

Such a large ratio at first seems wasteful of area, but it serves to improve supply-line rejection because changes in the base–emitter differential of $Q25$ and $Q26$ due to Early effect are referred to a considerably higher voltage than usual. The degeneration resistors $R12$ and $R13$ provide a high output impedance for $Q24$ which also contributes to improved regulation. Current regulation of this circuit was measured at 1 percent/V over a 30-V supply range. Note that the usual "cascode" circuits cannot be used to improve regulation because there is insufficient headroom when running from low supply voltages.

Like many similar circuits, the current regulator has a theoretically valid operating point with all currents equal to zero. This condition must be avoided with a suitable start-up circuit. To achieve this, an ion-implanted JFET ($J1$) with an $L/W$ ratio of 80 is added. This produces an FET with an $I_{DSS}$ of around 150 nA, which is used to bias $Q28$. If a zero current condition occurs within the regulator, there will be no voltage drop across $R15$ and $Q27$ will mirror the current from $J1$ into $Q23$, thus ensuring start-up. After start-up has occurred, the current in $Q27$ is



Fig. 7.   Overall schematic of the amplifier (less trimming circuitry).

reduced by a factor of 50 by the voltage drop across $R15$, and thus the start-up circuit is virtually disconnected.

A final point concerns $Q32$, which as mentioned earlier can saturate when the output is driven hard negative. To prevent shutdown of the bias circuit, $J2$ is placed in series with its base, and acts as a 350-kΩ resistor. Without this, recovery from amplifier saturation could be very slow.

## VIII.  TRIMMING

Unadjusted offset voltage of the amplifier is about 200 μV, with a two-sigma point at about 650 μV. To reduce these values, wafer-stage trimming is applied using the zener-zap technique.

The easiest resistors to adjust are $R3$ and $R4$, and a detail of the trim section is shown in Fig. 8. Shorting zener $Z1$ gives a shift of −1 mV, and $Z2$ causes a −63-μV shift. The zeners on the other side give positive shifts of 500, 250, and 125 μV. This rather unusual scheme ensures that units with the lowest initial offset get the least amount of trimming, and thus would be expected to exhibit the lowest possible drift. In practice, all trimmed units are better than 0.7 μV/°C, and this is largely thanks to the PTAT biasing used.

Conventionally, all trim zeners would be placed in a common $V^+$ epi tub, but in this case the resulting high-temperature leakage would be intolerable. Further, this leakage is difficult to compensate because its effect on the amplifier is a function of which zeners are shorted. However, in normal operation all zeners are within 4 mV of $V^-$, allowing the pocket to be connected to $V^-$. Direct connection is not allowable because this would prevent proper zapping, so a small JFET ($J3$) is used as a pull-down device. During zapping, the pocket is free to rise to the full zap voltage (around 30 V in this case). The trim scheme allows all amplifiers with an initial offset of less than 900 μV to be trimmed below 50 μV. This obviates the need for external trimming in most applications, though trim pins are provided for trimming if desired.

## IX.  PROCESS

The process used is an all-implanted bipolar process with an epitaxial resistivity of 3.5 Ω·cm and 12 μm thickness. The following additional steps are available as standard and were fully utilized in the design of this amplifier:

1) silicon–nitride capacitors with a dielectric thickness of 90 nm, yielding 0.68 fF/μm² of capacitance;

2) silicon–chromium thin-film resistors with a sheet resistance of 2 kΩ/sq. These make the high values of resistance used throughout the amplifier practical in a reasonable die area; and

IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-22, NO. 3, JUNE 1987



Fig. 8.   Offset trim circuit.



Fig. 9.   Photomicrograph of the micropower amplifier.



Fig. 10. Photomicrograph of the quad version.

TABLE I
MEASURED PERFORMANCE OF THE OPERATIONAL AMPLIFIER

| | |
|---|---|
| Supply Current at ±0.8 V | 10 μA |
| at ±15 V | 12 μA |
| Input Offset Voltage | 30 μV |
| Offset Voltage Tempco | 0.3 μV/°C |
| Input Bias Current | 4 nA |
| Input Offset Current | 50 pA |
| Common-Mode Rejection Ratio | 125 dB |
| Power-Supply Rejection Ratio | 130 dB |
| Voltage Gain (10-kΩ load) | 800 000 |
| Supply Voltage Range | 1.6–36 V |
| Input Voltage Range | $V^-$ to 0.6 V below $V^+$ |
| Gain-Bandwidth Product | 40 kHz |
| Slew Rate | 12 V/ms |

3) high-voltage (36 V) ion-implanted JFET's with a nominal pinch-off voltage of 1.5 V.

## X. CONCLUSION

Fig. 9 shows a photomicrograph of the op amp, which is a reasonably compact 3.7 mm². Note that the ability to drive a 2-kΩ load mandates a thermally symmetric layout as with other precision op amps.

Recently, a quad version of the amplifier has been integrated (Fig. 10). No offset trimming was included on the quad but otherwise the circuitry is identical. Four separate bias generators were used to eliminate possible crosstalk problems, however, the start-up circuit is common to all amplifiers. Die area of the quad is 10.3 mm².

Performance of the single version is summarized in Table I. It can be seen that the only parameter significantly sacrificed to obtain ultra-low power is speed. Even so, the speed/power trade-off is still as good or better than the majority of available "micropower" op amps.

## ACKNOWLEDGMENT

The author would like to acknowledge the help of his assistant, M. Zaharioudakis, in breadboarding and layout of the above circuits. Thanks also to the Product and Test Engineering departments at Precision Monolithics for characterization of the devices.

## REFERENCES

[1] R. J. Widlar, "Low voltage techniques," IEEE J. Solid-State Circuits, vol. SC-13, p. 838, Dec. 1978.
[2] K. R. Fukahori et al., "A high precision micropower operational amplifier," IEEE J. Solid-State Circuits, vol. SC-14, p. 1048, Dec. 1979.
[3] J. E. Solomon, "The monolithic op amp: A tutorial study," IEEE J. Solid-State Circuits, vol. SC-9, pp. 314–332, Dec. 1974.
[4] J. H. Huijsing and D. Linebarger, "A low-voltage operational amplifier with rail-to-rail input and output ranges," IEEE J. Solid-State Circuits, vol. SC-20, p. 1144, Dec. 1985.



**Derek F. Bowers** (M'85) was born in Maesteg, Wales, on December 9, 1954. He received the B.Sc. degree in physics and mathematics from the University of Sheffield, Sheffield, England, in 1976.

Following a brief employment with the University Space Physics Group, he joined Triad Computing Systems, London, in 1977 where he worked on robotics and parts inspection systems. In 1978 he joined Bourns U.K. as Applications Specialist for Precision Monolithics products, and transferred to Precision Monolithics Inc., Santa Clara, CA, as a Senior Design Engineer in 1980. He currently holds the position of Senior Design Fellow, and has been responsible for the development of precision operational amplifiers, instrumentation amplifiers, and several data conversion products.

EXHIBIT 5

784         IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-11, NO. 6, DECEMBER 1976

# A Two-Terminal IC Temperature Transducer

MICHAEL P. TIMKO, MEMBER, IEEE

*Abstract*—A monolithic IC temperature transducer with an operating temperature range of −125°C to +200°C has been designed, fabricated, and tested. The two-terminal device, which is fabricated using laser trimmed thin-film-on-silicon technology, is a calibrated temperature-dependent current source with an average output impedence of 10 MΩ over the 3.5-V to 30-V range of input voltage. Overall absolute accuracies of ±0.5°C from −75°C to +150°C have been achieved on a scale of 1 μA/K under optimum operating conditions.

## I. Introduction

SILICON bipolar transistors have a property which can be exploited to produce a voltage that is directly proportional to absolute temperature (PTAT). If the transistors are designed so as to minimize other temperature effects, this voltage will be a highly accurate representation of the temperature over a wide range. A temperature sensor, however, must have several other important properties to be truly flexible and widely useful. A list of specifications for all temperature transducers includes the following:

1) accuracy versus temperature (the predictability of the output parameter);

2) linearity (the constancy of the change in output parameter per degree over the temperature range);

3) interchangeability (absolute calibration);

4) signal level;

5) remote sensing capability (the maximum allowable distance between the sensor and supporting electronics and the number and quality of connections necessary);

6) temperature range;

7) cost [including support electronics to allow for deficiencies in 2)–5)].

While an IC temperature transducer probably cannot be as accurate as, for instance, a platinum resistance thermometer and the temperature range is limited to about −125°C to +200°C, the flexibility of monolithic integration allows the designer to include many features that no other medium can achieve.

Previous IC designs using the PTAT voltage specifically to sense temperature concentrated on amplifying and buffering the voltage over a limited temperature range with only rough calibration [1]. In contrast, the emphasis in this new design is the best achievable accuracy over the widest possible temperature range. This goal has reached a point never before obtained in an integrated circuit by combining a unique circuit configuration with the latest laser-trimmed thin-film resistor technology to produce a calibrated PTAT *current*. The fact that the output parameter is current, and that the sensor

Manuscript received May 29, 1976; revised August 4, 1976.
The author is with the Semiconductor Division, Analog Devices, Wilmington, MA 01887.

is relatively insensitive to the voltage across it, makes the device easy to use, even over long wires.

## II. Temperature Dependence

The temperature sensitive parameter of interest is the difference between the $V_{be}$'s of two transistors operating at a constant ratio of collector current densities. This can be derived from the equation for emitter current density [2]:

$$J_e = \frac{1}{\alpha} J_s (e^{qV_{be}/kT} - 1) \tag{1}$$

where

$J_e$    emitter current density;
$J_s$    emitter saturation current density;
$\alpha$    common base current gain;
$V_{be}$    base emitter voltage;
$q$    charge on an electron;
$k$    Boltzmann's constant;

and

$T$    absolute temperature.

If we assume $J_e \gg J_s$, then for two transistors at current densities $J_{e1}$ and $J_{e2}$,

$$V_T = V_{be1} - V_{be2} = \frac{kT}{q} \ln \frac{\alpha_1 J_{e1} J_{s2}}{\alpha_2 J_{e2} J_{s1}}. \tag{2}$$

For $V_T$ to be proportional to absolute temperature, the logarithmic term must be constant. For well-matched transistors $\alpha_1 = \alpha_2$ and $J_{s1} = J_{s2}$. (In the circuit, as long as these parameters remain in constant ratio over temperature, the resulting error will be removed by the calibration trim.)

If $J_{e1}/J_{e2}$ is a constant $r$, then

$$V_T = T \frac{k}{q} \ln r. \tag{3}$$

There are several ways to achieve the desired ratio of current densities. Two identical transistors operated at two different collector currents, held at a constant ratio, could be used. However, a more practical method is to operate two transistors of unequal emitter areas at equal collector currents. In order to have control over this ratio, the larger transistor emitter can be made up of a number of parallel emitters similar to that of the smaller transistor. The area ratio is then accurately equal to the ratio of the number of emitters. (In the schematic diagrams in this paper, a number immediately adjacent to an emitter refers to the number of similar emitters in that transistor relative to other transistors of the same type, n-p-n or p-n-p.)

Fig. 1 is an elementary application of the above principle. Neglecting for the moment the variation of $I_c$ with $V_{ce}$ and the



Fig. 1. Elementary example of a PTAT generating circuit.



Fig. 2. Simplified schematic of the new circuit showing the major components contributing to the dc operation.

effects of base current, this circuit will conduct a current proportional to absolute temperature for any voltage greater than two $V_{be}$ across the device. Transistors $Q_1$ and $Q_2$ constrain the collector currents of $Q_3$ and $Q_4$ to be equal. Since the emitter area ratio of $Q_3$ and $Q_4$ is $r$, the difference in their $V_{be}$'s is $V_T$ in (3). For $r = 8$,

$$V_T = \frac{kT}{q} \ln 8 = T \times 0.1792 \text{ mV/K} \qquad (4)$$

or 53.44 mV at 25°C.

This voltage, when amplified and buffered, would make a useful output parameter. But, since $V_T$ is impressed across resistor $r$, the current drawn by each side of the circuit is

$$I = \frac{V_T}{R} = \frac{kT}{q} \frac{\ln r}{R} \qquad (5)$$

If $R$ has a temperature coefficient of zero, then the total current drawn by the circuit is also proportional to absolute temperature. Under the original assumptions for this elementary circuit, the supply current would be independent of input voltage (above two $V_{be}$'s) and the output impedance would be infinite.

Naturally, the circuit of Fig. 1 is insufficient for good results when made with real components. The Early effect and finite $\beta$ would reduce the output impedance drastically, the circuit would not start up dependably, and once started, it would probably oscillate under some otherwise useful conditions.

### III. THE NEW CIRCUIT: DC ACCURACY

Fig. 2 is a simplified schematic of the new circuit in which the idealized principle of Fig. 1 can be approached with real components. Transistors $Q_1$, $Q_3$, $Q_9$, and $Q_{11}$ correspond to the four transistors of Fig. 1. These transistors make up what will be referred to as the PTAT core since they define the temperature dependence of the circuit.

The collector currents of $Q_1$ and $Q_3$ are equal assuming only equal emitter areas and equal voltages at the bases of $Q_7$ and $Q_8$. The collector currents of $Q_9$ and $Q_{11}$ are forced to be equal to each other and to those of $Q_1$ and $Q_3$ by the combined action of $Q_7$ and $Q_8$.

Bias current for $Q_7$ and $Q_8$ is provided by diode $Q_{10}$ such that no nonPTAT component is added to the total supply current. The terminal current of this configuration is then three times the current in each branch or

$$I = 3 \frac{kT}{q} \frac{\ln 8}{R_6}. \qquad (6)$$

Note that the value for $R_6$ on the schematic results in a scale factor of 1 µA/K.

Transistor $Q_5$, which has half the emitter area of $Q_1$ or $Q_3$, operates at about half the current available from $Q_{10}$. As a result, the collector currents of $Q_7$ and $Q_8$ are nearly equal. The Early effect still causes errors between the two diodes and their associated transistors, creating an offset between $Q_7$ and $Q_8$. Since these errors are reduced from those of Fig. 1 by n-p-n $\beta$ (typically 400), they are insignificant except at temperature extremes.

Diode $Q_{10}$ is the key to the success of this circuit configuration. Its importance lies in the fact that it forces all currents to $V-$ that are not in the $Q_1$, $Q_3$, $Q_9$, $Q_{11}$ loop to sum to a PTAT current. Later, it is shown that even the high-temperature leakage currents can be measured in this way to extend the upper limit of operation.

In order to have good accuracy over temperature, $R_6$ must have a low temperature coefficient (TC). To put it another way, any TC in $R_6$ will show up as a TC in the absolute error of the sensor. This fact precludes the use of diffused resistors which have TC's of $\simeq 2000$ ppm. SiCr thin-film resistors, however, can be made with consistent TC's of $-30$ to $-50$ ppm/°C. The effects of the aluminum interconnect and emitter resistance TC's are of the same order and were experimentally adjusted for optimum results. The inclusion of thin film also allows these devices to be laser trimmed at the wafer level to obtain excellent absolute accuracy as well as PTAT performance. Exact calibration allows for direct interchangeability of the finished devices.

### IV. THE COMPLETE CIRCUIT

Fig. 3 is a complete schematic of the new circuit showing the additional components necessary to make the chip more closely approximate the ideal.

The absolute calibration of this device is accomplished by laser trimming $R_5$ and $R_6$ at the wafer level. Resistor $R_5$ was added to allow the initial current of the device to be either increased or decreased as needed so that the nominal design value could be the desired target value. The average amount

786                                                IEEE JOURNAL OF SOLID-STATE CIRCUITS, DECEMBER 1976



Fig. 3. Complete schematic of the two-terminal temperature transducer.

of trimming needed is thereby minimized and the yield is improved. The effective resistance for determining output current from $V_T$ is now $R_6 - 2R_5$ since the emitter currents of $Q_{10}$ and $Q_{11}$ through $R_5$ cancel part of the voltage drop across $R_6$.

$Q_{12}$ provides a small current to start the device when power is applied. Note that this current finds its way to $V^-$ through $Q_{10}$ without contributing to output error.

As shown in the schematic, the gate of $Q_{12}$ (the chip substrate) is not connected to $V^-$ as is normally the case in monolithic IC's. This unusual configuration is important in helping to extend the temperature range of the device well beyond the point at which leakage currents become significant. The single largest source of junction leakage current is the pocket containing $C_1$ and transistors $Q_1$ through $Q_5$. This current does not upset the balance of the PTAT core but, if simply brought out to $V^-$, would add an error to the result. By connecting this and all other substrate currents to the positive side of $Q_{10}$, these currents are measured by the circuit. The leakage currents eventually accounted for the high temperature limit of the device by upsetting the balance of $Q_7$ and $Q_8$. At some point (about 210°C) the collector current of $Q_8$ is reduced to zero and the device no longer functions. Instead of a direct connection between the substrate and $Q_{10}$, $R_3$ has been inserted to isolate certain substrate capacitances which otherwise would have a detrimental effect on the frequency stability of the circuit.

Since the substrate of this chip is not electrically connected to either output lead, special packaging considerations are required. The prototype devices were assembled in TO-52 metal transistor packages with an aluminum oxide substrate between the chip and the header. A special temperature sensor package would be necessary to realize the full capabilities of this device.

Resistor $R_1$ and $R_2$ were added to provide emitter degeneration and therefore reduce the base width modulation effects between $Q_5$ and the quad of lateral p-n-p's.

The combination of $R_4$ and $C_1$ determines the frequency compensation for the main feedback loop. The values shown, which were those used in the prototypes, somewhat overcompensate the circuit.

Transistor $Q_6$ balances the collector voltages of $Q_7$ and $Q_8$. More importantly, it provides protection for the device if the applied voltage is inadvertently reversed.

The simplicity of this design is a major factor in extending its useful temperature range. Additional components could be added to refine the accuracy at the cost of more parasitic leakage and a reduced upper temperature limit. The overall accuracy of the transducer compares very favorably with conventional sensors which are more difficult and less convenient to use.

## V. LAYOUT

In this device, the layout design is as important as the circuit design. Fig. 4 is a chip photograph of a prototype device. While on-chip dissipation is not a major problem, the critical temperature sensing transistors $Q_9$, $Q_{10}$, and $Q_{11}$ are located at the opposite end of the chip from the main power consuming components $Q_1$, $Q_2$, $Q_3$, $Q_4$, $Q_7$, and $Q_8$. Note that $Q_9$ has eight large rectangular emitters with interdigitated base stripes. $Q_{11}$ is made in the same way with one identical emitter. (The two unconnected emitters were included for experimentation with other emitter ratios and current densities.) Note that the base box and isolation pocket of $Q_{11}$ are identical to those of $Q_9$. This provides first-order cancellation of leakage currents through these junctions at high temperatures.

$Q_{10}$ (which also has an extra unconnected emitter) has an additional interesting design feature. In an ordinary diode-connected transistor, the combination of falling $V_{be}$ and rising collector resistance produces saturation problems at high temperatures. $Q_{10}$ is designed to avoid this as shown in Fig. 5. The majority of the collector resistance of a monolithic n-p-n transistor is in the epi between the buried layer and the



(a)



(b)

Fig. 4 (a) Photograph of the 37 × 62-mil chip. (b) Key to Fig. 4(a) showing the location of all components.



Fig. 5. Detail of diode $Q_{10}$.



Fig. 6. V–I plot of a typical device at three temperatures.

contact, the voltage of buried layer is maintained near the base voltage over the whole temperature range. The voltage at the terminal into which the collector current flows changes with epi resistance, but this voltage is not critical to the accuracy of the circuit. While not as critical, $Q_5$ is also Kelvin-connected for the same reason.

Transistors $Q_1$ through $Q_4$ are wired as a cross-connected quad [3] and carefully matched in geometry and parasitics to insure faithful tracking over temperature.

## VI. PERFORMANCE

Fig. 6 shows the V–I characteristic for voltage from zero through the operating region. While this particular device enters its linear region at about 2.7 V, the minimum guaranteeable operating voltage, taking into account process variables, is 3.5 V. The output impedance varies over the active region from 5 MΩ at 5 V to over 20 MΩ at 15 V and above. Actually, the output current changes no more than about 2–3 μA over the whole useful voltage range. Maintaining the voltage across the device within a volt of any operating point keeps this error below 0.2°C.

A supply voltage of 5 V was chosen as a convenient level at which to trim the devices. All measurements for absolute accuracy were also made with 5 V across the device.

As mentioned earlier, these devices are adjusted to a scale factor of 1 μA/K by the laser wafer trim process discussed elsewhere [4]. The temperature of the wafer is carefully measured during the trim procedure and each device is then trimmed to indicate that temperature. This procedure presently yields a spread of results after assembly and burn-in such that about half the devices are accurate to within ±1°C at 25°C.

Fig. 7 shows the absolute error of three different devices between −125°C and +200°C. These devices were selected for good calibration at 25°C in order to emphasize the relative

surface collector contact. By making two surface contacts on opposite ends of the transistor and using them as a Kelvin



Fig. 7. Absolute error versus temperature.



Fig. 8. Typical application as a centigrade thermometer.

linearity. The measurements were done by mounting the devices under test in an aluminum block suspended in a temperature chamber into which a calibrated thermocouple was also inserted. A direct comparison was made between the thermocouple and the devices when the block had settled near the desired temperature. The figure shows accuracy within ±0.5°C from −75°C to +150°C on all three units. This nonlinearity over this range compares favorably with the only other IC temperature transducer available which specifies a nonlinearity of 1.8°C over the −55°C to +125°C range. Thermocouples, the most widely used sensors, have a standard limit of error of ±0.8°C over a similar temperature range.

At the extremes of temperature, the inherent linearity is degraded but some devices remain useful for another 50°C on each end. At high temperatures, junction leakages, saturation resistances, and high-level injection effects eventually come into play. Most devices are useful at +175°C and a selected few will operate at +200°C. At the low end, β degradation and increasing current in $Q_{12}$ cause the errors. We found it very difficult to evaluate the devices below −125°C because the test fixture would not settle long enough to do the measurements. The only other point we could get was to immerse the device and the thermocouple into liquid nitrogen. Most of the devices still functioned but the output impedance was seriously degraded and the accuracy at 5 V was no better than ±5°C. Early devices which were placed on 200°C powered burn-in have shown only a few tenths of a degree C change in over 2000 h after a 100-h initial burn-in period.

## VII. APPLICATION

The current mode operation of this device lends itself to numerous applications. Fig. 8 is probably the simplest and most straightforward way to use the two-terminal temperature transducer as a centigrade thermometer. Resistor $R_1$ converts the current to an accurate voltage. Voltage divider $R_2$ and $R_3$ provides the Kelvin to centigrade conversion using whatever low TC reference is available. (In most cases, the

reference and power supply are available from the meter.) For a Fahrenheit thermometer, the resistors are simply changed for a different scale factor and offset. For a Kelvin thermometer (or for centigrade with digital conversion from Kelvin), $R_2$, $R_3$, and the reference are not needed. The meter would then be connected directly across $R_1$. (The TC's of $R_1$ and the meter are, of course, critical in this circuit.) The current mode output also makes this device uniquely useful for creating a variety of linearly or functionally temperature dependent signals to use to compensate for known temperature coefficients.

## VIII. CONCLUSION

The two-terminal IC temperature transducer described in this paper develops a total supply current that is directly proportional to absolute temperature by relying on a fundamental property of bipolar transistors. The inherent linearity, insensitivity to operating voltage, and laser trim calibration make the device uniquely useful and applicable among the other sensors presently available.

## REFERENCES

[1] R. C. Dobkin, "Monolithic temperature transducer," in *ISSCC Digest Tech. Papers*, pp. 126–127, Feb. 1974.
[2] P. E. Gray *et al.*, *Physical Electronics and Circuit Models of Transistors*. New York: Wiley, 1964.
[3] M. A. Maidique, "A high-precision monolithic super-beta operational amplifier," *IEEE J. Solid-State Circuits*, vol. SC-7, pp. 480–487, Dec. 1972.
[4] P. R. Holloway, "A high-yield, second generation 10-bit monolithic DAC," to be published in the *IEEE J. Solid-State Circuits*, Apr. 1977.



**Michael P. Timko** (M'76) was born in Ames, IA, on July 28, 1947. He received the B.S. and M.S. degrees from the Massachusetts Institute of Technology, Cambridge, in 1970.

Except for two intervening years in the U.S. Air Force, he has worked for the Semiconductor Division of Analog Devices (formerly Nova Devices), Wilmington, MA, since 1970, where he is a Senior Design Engineer.

Mr. Timko is a member of Tau Beta Pi, Eta Kappa Nu, and Sigma Xi.

EXHIBIT 6

222                                                                                 IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-8, NO. 3, JUNE 1973

# A Precision Reference Voltage Source

## KAREL E. KUIJK



*Abstract*—With increasing temperature the base-emitter voltage of a transistor with a constant current decreases, while the difference in base-emitter voltages of two identical (integrated) transistors having a constant current ratio increases.

From the sum of the two voltages a nearly temperature-independent output voltage is obtained if this sum equals the gap voltage of silicon.

A reference voltage source of 10 V based on this principle is described. The reference part of the circuit is an integrated circuit, and thin-film resistors with a small relative temperature coefficient are used. An operational amplifier and a few resistors and capacitors complete the circuit.

The source has a parabolic temperature characteristic and the temperature peak can be controlled by resistor adjustment.

A change of ± 10 K in respect to the peak temperature causes an output voltage change of −250 μV, while a change of ± 30 K causes a change of −2.2 mV. A long-term stability of 10 ppm/month was measured. The circuit can compete with the best available Zener diode sources, and has the added advantage that practically no selection is necessary.

## I. Introduction

AN IDEAL dc reference voltage source should supply an output voltage with a very low temperature coefficient, a great long and short-term stability, a low internal resistance, and should be insensitive to loading. At the present time there are two types of voltage sources, namely the standard cell (saturated and unsaturated) and the Zener diode [1]. Saturated standard cells have a voltage of 1.018 V, stable to within 1 μV/yr. However they have a high temperature coefficient, amounting to −40 μV/K at 20°C. Unsaturated standard cells have a low temperature coefficient of about −5 μV/K, but they have a drift of 20–40 μV/yr. Both cells show temperature hysteresis and cannot be loaded at all.

Zener diodes with a low temperature coefficient are made by placing a Zener diode with a positive temperature coefficient (Zener voltage > 5 V) in series with a diode (negative temperature coefficient). By selection, a temperature coefficient of <5 ppm/K can be obtained. Low long-term drift of <25 ppm/yr is possible by selection that requires measurements over a period of some months [1], [2].

The principle of the reference source described here will be explained with the help of Fig. 1 [3]. In this figure $D_1$ and $D_2$ are integrated transistors, connected as diodes.

It applies

$$I_1 = I_{01}(\exp (qV_{b e 1}/kT) - 1)$$
$$I_2 = I_{02}(\exp (qV_{b e 2}/kT) - 1).$$

On the assumption that the input currents $I_3$ and $I_4$ of the operational amplifier are negligibly small, compared to $I_2$ and $I_1$, the output voltage $V_0$ of the operational amplifier will be

Manuscript received November 2, 1972; revised January 30, 1973.
The author is with the Philips Research Laboratories, Eindhoven, The Netherlands.



Fig. 1. Fundamental circuit.

$$V_0 = V_{b e 1} + \frac{R_2}{R_3} \frac{kT}{q} \ln \frac{R_2}{R_1} \frac{I_{02}}{I_{01}}. \quad (2)$$

In the case of integrated transistors the ratio of the saturation currents is equal to the ratio of the emitter areas and hence temperature independent. The second term in (2) will consequently increase in proportion to temperature if the resistor ratios $R_2/R_3$ and $R_2/R_1$ are temperature independent [4]. The first term in (2) shows an almost proportional decrease with temperature:

$$V_{b e 1} \simeq V_{0 0} - CT \quad (3)$$

where $V_{0 0}$ is the gap voltage of silicon at 0 K. Hence the output voltage is temperature independent if the temperature dependences cancel each other, in which case the output voltage is [5]

$$V_0 = V_{0 0} \quad (4)$$

A more exact calculation of the temperature behavior will now be given. From (1) it follows that

$$V_{b e 1} = \frac{kT}{q} \ln \left( \frac{I_1}{I_{01}} + 1 \right). \quad (5)$$

From [6] we have

$$I_0 = A T n_i^2 \mu_n$$
$$n_i^2 = B T^3 \exp (-q V_{0 0}/kT)$$
$$\mu_n = C T^{-n} \quad (6)$$

where $\mu_n$ is the mobility of electrons, $n_i$ the intrinsic carrier concentration, $n$ a parameter depending on the doping level, $V_{0 0}$ the linearly extrapolated gap voltage of silicon at 0 K, $V_{0 0} = 1.205$ V [6, p. 24], and $A$, $B$, and $C$ are temperature-independent parameters. From (6) it can be deduced that

$$I_0 = D T^\eta \exp (-q V_{0 0}/kT), \quad (7)$$

where $D = ABC$ and $\eta = 4 - n$. Substitution of (5) and (7) in (2) on the assumption that the output voltage is temperature independent at $T = T_0$, after a few calculations gives

$$V_0 = V_{0 0} + (\eta - 1) \frac{kT}{q} - (\eta - 1) \frac{kT}{q} \ln \frac{T}{T_0}. \quad (8)$$



Writing $T = T_0 + \Delta T$, one finds as a good approximation, if $\Delta T/T_0 \ll 1$, that

$$V_o = V_{GO} + (\eta - 1)\frac{kT_0}{q} - \tfrac{1}{2}(\eta - 1)\frac{kT_0}{q}\left(\frac{\Delta T}{T_0}\right)^2. \quad (9)$$

This means that the output voltage is theoretically a parabolic function of temperature. The output voltage at $T = T_0$ is equal to

$$(V_o)_{T_0} = V_{GO} + (\eta - 1)\frac{kT_0}{q}. \quad (10)$$

Using the curves in [6, p. 39, 41] it can be deduced that $n \simeq 1.8$ at the normal base doping level of $5 \cdot 10^{16}$ atoms/cm³, hence $\eta \simeq 2.2$. If this value is substituted in (10), together with $V_{GO} = 1.205$ V, we find $(V_o)_{300\ K} = 1.236$ V. A temperature shift of $\Delta T = 30$ K should give an output voltage change of $-156\ \mu$V.

In the next section it will be shown that the value of $(V_o)_{300\ K}$ is in agreement with the measurements, but that the curvature of the measured parabola differs from the one found with the theory given previously.

## II. CIRCUIT CONSIDERATIONS AND TEMPERATURE MEASUREMENTS

Owing to a few sources of error, the circuit of Fig. 1 is not directly useful in practice. One of the major sources of error is the voltage drift of the operational amplifier, at least if this is not a special one chosen for low drift. This voltage drift will cause a shift of the parabolic temperature curve. The influence of the voltage drift can be reduced by the insertion of more diode pairs and a low drift preamplifier, as was done in the practical solution (Fig. 2), where 8 diode pairs and a preamplifier stage plus emitter followers were integrated.

This circuit is expected to have a parabolic temperature dependence, with a peak at $T_0 = 300$ K if the output voltage is $8 \times 1.236 = 9.888$ V. If the temperature should vary $\pm 30$ K, an output voltage change of $8 \times -156 = -1248\ \mu$V is expected, according to the calculations in the previous section.

From the measurements it was found that the temperature dependence is parabolic with a peak at $T_0 \simeq 300$ K if the output voltage is $(V_o)_{T_0} = 9.880$ V. The spread of the peak temperature, measured on 31 samples, is given in Fig. 3. A temperature change of $\pm 30$ K, however, gives an output voltage change of about $-2.2$ mV. From these values $V_{GO}$ and $\eta$ can be calculated using (9), which gives $\eta = 3.125$ and $V_{GO} = 1.180$ V. A measured curve and a curve calculated using these values are shown in Fig. 4. These values for $\eta$ and $V_{GO}$ are not in agreement with those reported in the literature. An explanation for the differences has not yet been given.

The previously mentioned figures for $V_{GO}$ and $\eta$ can be used in further calculations. For instance it can be calculated that a shift in the peak temperature of 10 K will correspond to an extra output voltage drift of 49 $\mu$V/K or a shift in peak voltage of 14.7 mV. The measurement given in Fig. 5 shows that a variation of $\pm 15$ mV in peak voltage caused a change in peak temperature of about $+12.5$ and $-9.5$ K, which is in reasonable agreement with this theory. It also can be calculated that resistors should be used with a small difference in temperature coefficients ($\leq 3$ ppm/K) while the absolute temperature coefficient




Fig. 2. Integrated part of the circuit, consisting of 8 diode pairs, a preamplifier stage, and emitter followers.



Fig. 3. Spread of the peak temperature, measured on 31 samples.




Fig. 4. Measured and calculated temperature curve using the empirically found values of $V_{GO}$ and $\eta$.




Fig. 5. Temperature behavior of a sample at three different output voltages.

IEEE JOURNAL OF SOLID-STATE CIRCUITS, JUNE 1973



Fig. 6.  Complete circuit of the reference voltage source.



is far less important. A thin-film resistor network is very suitable for this purpose. Furthermore it turns out that the input voltage drift of the preamplifier, which is $\leq 2 \ \mu V/K$, is still an important source of error, together with extra drift occurring between the rows of diodes. The variations of the peak temperature in Fig. 3 are probably due to this extra drift.

Fig. 6 shows the complete circuit of the reference voltage source, designed so as to make all other drift contributions much smaller than the input voltage drift of the preamplifier. The supply voltage for the preamplifier is derived from the output voltage. The output voltage is adjusted to its nominal value by means of the potentiometer, in which case the nominal temperature behavior occurs.

### III. SETTLING TIME, NOISE, AND STABILITY

With a view to stability and speed of response to fast load variations, the preamplifier is bypassed with a capacitor $C_1$, and a second capacitor $C_2$ equal to $C_1$ is connected to ground. The response of the circuit to fast load variations is now determined by the time constant of the operational amplifier. When a $\mu A741$ operational amplifier is used with a time constant $\tau = 0.32 \ \mu s$ ($f_{0 \ dB} = 0.5$ MHz), an output voltage variation will have a value equal to 0.1 percent of its initial value after a time $7\tau = 2.2 \ \mu s$.

The measurements given in Fig. 7 indicate that a sudden increase in output current of 5 and 10 mA corresponds to output voltage changes of 400 and 600 mV, respectively, which are eliminated in 1.5 and 2.2 $\mu s$. This is in good agreement with the theory.

The LF noise was measured as the difference between two reference sources. Fig. 8 gives the result of a 20-

min measurement in a bandwidth from dc to 0.07 Hz. A noise voltage of 17 $\mu V_{pp}$ was measured that means 9 $\mu V_{pp}$ for each circuit. In a bandwidth from dc to 100 kHz the noise voltage was 100 $\mu V_{pp}$, and in the full bandwidth from dc to 500 kHz it was 200 $\mu V_{pp}$.

To measure the long-term drift, seven randomly chosen circuits, kept at a temperature of 36.6°C $\pm$ 0.8°C, were compared for a month with a differential voltmeter (J. Fluke, model 881 A). A drift of 10 ppm/month was measured for the worst circuit and of 0 ppm for the best circuit (see Fig. 9), while maximum daily variations of $\pm 2$ ppm around the average value occurred.

### IV. OTHER OUTPUT VOLTAGES

If another output voltage is wanted, for instance 10.000 V, instead of 9.880 V, the method shown in Fig. 10 can be used. It can easily be calculated that

$$V_o' = m\left[ V_{bel}\left\{ 1 + \frac{R_2}{R_3 + R_6\left(1 + \frac{R_2}{R_1}\right)} \right\} + \frac{R_2}{R_3} \frac{kT}{q} \ln \frac{I_{o3}}{I_{o1}} \frac{R_2}{R_1} \right], \quad (11)$$

under the condition

$$\frac{R_3}{R_4} = \frac{R_2}{R_1}. \tag{12}$$

If

$$\frac{R_2}{R_3 + R_6\left(1 + \frac{R_2}{R_1}\right)} = \alpha, \tag{13}$$

KUIJK: PRECISION REFERENCE VOLTAGE SOURCE 225







Fig. 7.  Circuit for the measurement of the settling time and the results of the measurement.

Fig. 8.  Circuit for the measurement of the LF noise and the result of the measurement.



Fig. 9.  Best and worst results of a long-term drift measurement performed on seven randomly chosen circuits.

(11) can be written as

$$V_o' = m(1 + \alpha)\left[ V_{s+1} + \frac{1}{1 + \alpha}\frac{R_2}{R_3}\frac{kT}{q}\ln\frac{I_{o2}}{I_{o1}}\frac{R_2}{R_1}\right]. \quad (14)$$

If (14) is compared with (2), it is obvious that again a parabolic temperature behavior is found with a peak at $T = T_0$ if

$$(V_o')_{T_o} = m(1 + \alpha)(V_o)_{T_o}. \quad (15)$$

Therefore a peak voltage of 10.000 V at 300 K is obtained with $m = 8$, if $\alpha = 0.012$. This was confirmed by measurements.

## V. Specifications

| | |
|---|---|
| Output voltage (40°C) | 9.880 V (10.000 V is possible). |
| Temperature dependence | 2.2 mV for 60-K change. |
| Long-term stability | <10 ppm/month. |
| Noise: 0.0008–0.07 Hz | 9 $\mu V_{pp}$. |
| dc–100 kHz | 100 $\mu V_{pp}$. |
| dc–500 kHz | 200 $\mu V_{pp}$. |
| Load regulation | 70 $\mu$V for 5-mA variation. |
| Settling time | 1.3 $\mu$s for 5-mA load variation; 2.2 $\mu$s for 10-mA load variation. |
| Supply voltage | 13–30 V. |



Fig. 10. Proposed method to obtain other output voltages.

| | |
|---|---|
| Supply voltage sensitivity | 1 µV/V. |
| Output current | 10 mA continuous. |
| Supply current (unloaded) | 2.3 mA. |

## VI. Conclusions

The adjustable reference source described, which supplies a voltage of about 10 V, has a parabolic temperature dependence with a drift of about 2.2 mV over 60 K. The circuit has low-noise, good long-term stability, good rejection of supply voltage variations, and a small time constant for load variations. The performance of the circuit can be compared with the best available Zener

diode sources, and has the added advantage that practically no selection is necessary.

### Acknowledgment

The author wishes to thank J. H. J. Kokenberg for the careful execution of nearly all measurements.

### References

[1] E. Hineman and J. Roberson, "Solid state voltage references," *Instrum. Contr. Syst.*, pp. 133–135, Mar. 1971.
[2] R. P. Baker and J. Nagy, Jr., "An investigation of long-term stability of Zener voltage references," *IRE Trans. Instrum.*, vol. I-9, pp. 226–231, Sept. 1960.
[3] D. F. Hilbiber, "A new semiconductor voltage standard," in *ISSCC Dig. Tech. Papers*, 1964, pp. 32–33.
[4] C. M. Hart and C. Mulder, "An all-silicon timing circuit for automatic cameras," *Microelectron. Rel.*, vol. 9, pp. 335–340, 1970.
[5] R. J. Widlar, "New developments in IC voltage regulators," *IEEE J. Solid-State Circuits*, vol. SC-6, pp. 2–7, Feb. 1971.
[6] S. M. Sze, *Physics of Semiconductor Devices*. New York: Wiley, 1969, pp. 27, 39, 41, 269.



Karel E. Kuijk was born in Deventer, The Netherlands, on November 16, 1940. He received the Ir. degree in electrical engineering from the Technical University of Eindhoven, Eindhoven, The Netherlands, in 1964.

Since 1965 he has been working in the Philips Research Laboratories, Eindhoven, The Netherlands, on circuit design for instrumentation. He has patents pending in the areas of triangular wave generation and linear integrated circuits.

# n-Channel Ion-Implanted Enhancement/Depletion FET Circuit and Fabrication Technology

## LEONARD FORBES

*Abstract*—n-channel enhancement/depletion technology and circuits are described. The threshold voltage adjustment to form the enhancement- and depletion-mode devices are achieved by ion implantation. This allows optimization of the performance and circuit density. The calculated and experimentally observed speed-power product is 10 pJ/pF with a single +5-V power supply.

Inversion of the field region on the high resistivity p-type substrate is completely eliminated by the use of an implanted field shield.

## Introduction

DEPLETION-MODE FET load devices can give a two- to tenfold improvement in the speed-power product of FET circuits in comparison to linear load resistors or saturated mode FET load devices [1], [2]. A repletion-mode device is normally ON and acts almost like a constant current source charging the

load capacitance during the period of time when the output voltage is rising. The speed-power product improvement is due to the fact that the load capacitance is charged by a constant current source rather than a linear or nonlinear load resistor.

This report describes an n-channel FET technology and circuits that employ enhancement-mode switching devices and depletion-mode load devices. The threshold voltage adjustments to form the enhancement- and depletion-mode devices on the same silicon chip are achieved by ion implantation. Ion implantation allows the threshold voltages to the adjusted so as to optimize the performance and circuit density. A single +5-V power supply is used to make the circuits compatible with the standard transistor–transistor logic (TTL) bipolar circuits. Field inversion on the high resistivity p-type substrate is completely eliminated by the use of an ion-implanted field shield.

The following sections will describe the device design,

Manuscript received October 11, 1972; revised January 2, 1973.
The author was with the IBM Components Division, Manassas, Va. He is now with the Department of Electrical Engineering, University of Arkansas, Fayetteville, Ark. 72701.



EXHIBIT 7

IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-18, NO. 6, DECEMBER 1983

707

# A Monolithic Conditioner for Thermocouple Signals

A. PAUL BROKAW, SENIOR MEMBER, IEEE

*Abstract*—The subject of this paper is a monolithic signal conditioner for direct thermocouple input which provides gain, common mode signal rejection, and cold-junction compensation. It provides 50 to 1 ambient temperature rejection and a nominal 10 mV/°C output range. It operates on as little as 800 µW, provides a thermocouple fault alarm, and has provision for use as a set-point feedback controller, in addition to its signal measurement capability. The circuit is fabricated on a standard linear IC process and uses laser-wafer-trimmed thin-film resistors to achieve 1°C temperature calibration.

## INTRODUCTION

THERMOCOUPLES are widely used for temperature measurement. Their popularity is due to their adaptability, low cost, ruggedness, ready availability, and the large temperature ranges over which they are effective. They are used in many industrial, commercial, and scientific applications despite certain complications of their use.

These complications arise from the fact that thermocouples measure only temperature differences and that the signal is intrinsically at a relatively low level. Unlike passive temperature sensors, which often give an absolute temperature measurement, the thermocouple is an active sensor which depends on a temperature difference to produce an output signal. The temperature measurement is inferred from a pre-established relationship between the thermocouple output voltage and the test temperature compared to a standard reference temperature. Although any convenient temperature may be used as a reference, careful and extensive measurements have been made to relate common thermocouple types to the water icepoint. This is a convenient standard due to its reproducibility under laboratory conditions. It is not very convenient for direct use in the field.

The thermal EMF associated with ordinary thermocouple types is quite low when compared to other interfering signals commonly present in the field. The output of a common $J$ type thermocouple is only about 52 $\mu$V/°C around room temperature.

The integrated circuit which is the subject of this paper addresses both of these problems. It provides a correction signal to compensate for the use of an ambient temperature reference rather than one at ice temperature. It also ampli-

fies the corrected signal to a more convenient level of about 10 mV/°C, and provides a differential input channel, with common mode signal rejection, for the thermocouple input. A fault alarm output is included on the chip which is configured to provide a variety of convenience features.

## FUNCTIONAL DESCRIPTION

Fig. 1 is a combined block diagram and pin configuration for the conditioner IC. The preamplifier on the left is a "floating" or in-amp type differential stage. It is intended to be the input from a thermocouple loop which uses the local temperature as its reference. The IC is intended to be at the local temperature also, and the ice point compensation section produces a voltage equal to the deficiency in the locally referenced thermocouple loop. This signal is applied to a second preamplifier, made identically to the first one, and the combined outputs of the preamplifiers drives a main amplifier. The output from the main amplifier is, typically, connected to a feedback circuit which fixes the gain for the combined signal. The compensation voltage is scaled to equal the voltage which would be produced by an ice bath referenced thermocouple measuring the IC temperature. When this signal is added to the locally referenced loop voltage the sum corresponds to the loop voltage which would result from an ice point reference.

When the main amplifier is unable to balance its input, by way of the feedback connection, an input overload results. This condition is detected and drives a current limited n-p-n transistor which can be used in a variety of configurations to signal an alarm. This response will be triggered by an open circuit at either or both of the in-amp inputs when no return path is provided for amplifier input current.

Several of the internal temperature controlled voltages are made available along with nodes of the feedback circuit. These access points permit the calibration of the circuit to be adjusted. These adjustments may range from optimization "tweaks" to complete recalibration for thermocouples other than $J$ type, which is the calibration as the circuit is manufactured. Power is supplied to 3 pins as $V+$, $V-$, and common. The $V-$ pin may be connected to common when single supply operation is desired. This is the option shown in Fig. 2, a minimum single supply

Manuscript received May 9, 1983; revised August 25, 1983.
The author is with Analog Devices Semiconductor, Wilmington, MA 01887.

0018-9200/83/1200-0707$01.00  ©1983 IEEE

Case 1:06-cv-00346-GMS    Document 54-2    Filed 06/07/2007    Page 41 of 67

708                                                    IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-18, NO. 6, DECEMBER 1983



Fig. 1.  Block diagram of the monolithic circuit combining cold-junction compensation with amplification and including utility features.



Fig. 2.  Basic interconnections for single supply operation.

configuration of the device. In this figure a type $J$ thermocouple is shown directly connected to pins 1 and 14. Breaking the thermocouple loop in this way forms an effective reference junction at the temperature of these pins. These pins should be at the same temperature as the active portions of the die. A dotted line connection is shown from the thermocouple to common. This connection should be made as a return path for the in-amp input currents only if the thermocouple is "floating." Frequently, the thermocouple will be "grounded" or have a small common mode potential at the thermocouple junction itself, which can be accommodated by the IC.

The feedback from the main amplifier output is directed to the right-hand preamplifier. It should be clear that this arrangement stabilizes the voltage gain for the ice point compensation signal. What may be less apparent is that it also controls the gain for the left-hand preamp as well. The thermocouple signal applied to this input induces an effective offset in the feedback preamp and so creates a "virtual thermocouple" at its input.

## Instrumentation Amplifier

The instrumentation amplifier operates by nulling the difference between the outputs of two identical preamplifiers. Their outputs will match when their inputs match so that the circuit which nulls their difference must drive the input which it controls to match the voltage of the one it does not control. The effect is similar to amplifier closed-loop input offsets induced by unbalance in the second stage. In this case the unbalance is provided by an identical input stage so that the induced offset is precisely controlled. For illustrative purposes, the block diagrams indicate that the preamps have a gain $G$. This is not actually the case, since the preamps are nonlinear and nonsymmetrical around zero. Nevertheless, as long as they are well matched and the preamplifiers are sufficiently well behaved, the in-amp will operate as described.

A more detailed, and I hope satisfying, description of the operation is based on Fig. 3. The outputs of two differential preamplifiers are summed, the sum drives a high gain



$$E_0 = A\epsilon_t = A\left\{f(x) - f(\beta E_0 - \gamma)\right\}$$

$$E_0^* = \lim_{x-(\beta E_0-\gamma)\to 0} E_0 = \frac{A\left\{f(x) - f(\beta E_0 - \gamma)\right\}}{\left\{x - (\beta E_0 - \gamma)\right\}} \quad \{x - (\beta E_0 - \gamma)\}$$

$$E_0^* = A\frac{df}{dx}\left\{x - (\beta E_0 - \gamma)\right\} \Longrightarrow E_0^* = \frac{x+\gamma}{\dfrac{1}{A\dfrac{df}{dx}} + \beta}$$

$$\lim E_0^* = \frac{x+\gamma}{\beta} = x - (\beta E_0 - \gamma) = x - \{(x+\gamma) - \gamma\} = 0$$

$$A\frac{df}{dx} \to \infty$$

$$\therefore \lim E_0^* = E_0 = (x+\gamma)/\beta$$

$$A\frac{df}{dx} \to \infty$$

Fig. 3. A model of the in-amp principle.

amplifier, and the output drives one of the preamplifiers by way of an attenuating network.

Note that the lower preamp is labeled $-f(x)$ which means that its output is reversed in sign from the upper one. A signal applied to the upper amplifier will cause a signal $\epsilon_t$ to disturb the input to the main amplifier. This signal will appear amplified at the output and drive the feedback amplifier by way of the $\beta$ network. The change in signal at the feedback amplifier will diminish the error signal $\epsilon_t$. The error will approach zero as the differential feedback signal approaches $X_{in}$, the overall input signal.

If an additional signal $Y$ is applied to the feedback amplifier, its output will change, once again disturbing the main amplifier. The overall output will move in a direction to restore balance at the main amplifier input. The balance will be restored when the differential feedback input equals $X_{in}$ so that the signal applied to the lower $(+)$ feedback input will be the sum of $X_{in}$ and $Y$. The output signal required to produce this effect will be magnified by the inverse of $\beta$. The analysis shown as part of Fig. 3 supports the hand waving argument and helps to illustrate the constraints on the amplifying $f(x)$. The output signal is expressed algebraically as the result of factors including the output. A dummy variable $E_0^*$ is defined as the limit of $E_0$ as the difference between the differential amplifier input and the feedback amplifier input becomes small. Multiplying and dividing by this difference leaves $E_0^*$ unchanged, but alters the form of the expression to include the derivative of $f(x)$.

In order to proceed with the analysis $df/dx$ must exist as the limit of $(f(x) - f(BE_0 - Y))/(x - (BE_0 - Y))$. This constrains the preamp function $f(x)$ to be continuous and

differentiable at every point of intended operation.

Since $E_0^*$ is the limiting case of $E_0$, the expression can be manipulated algebraically to yield the result on the right of the third line. This should be recognizable as one of the usual forms for a feedback amplifier response. Taking the limit as the gain factor $A(df/dx)$ becomes large leads to the usual result, that the dummy variable $E_0^*$ is the input variable $(x + y)$ divided by the feedback attenuation $\beta$. Making the gain large forces the limit which causes $E_0^*$ to approach $E_0$, so that the actual output is the desired result.

The requirement that $A(df/dx)$ be large everywhere in the operating range implies that $df/dx \neq 0$. This, in turn, requires that $f(x)$ be monotonic.

The requirement that $f(x)$ be continuous, differentiable, monotonic, and have a "large" derivative all just supports the intuitive observation that if the preamps are well matched and have a lot of gain, a little nonlinearity will not hurt. In fact, the circuit actually used for this function is not only nonlinear, but is nonsymmetrical about zero as well.

The applicability of the model of Fig. 3 to the block diagram in Figs. 1 and 2 should be clear. The differential amplifier is the thermocouple input, and the feedback amplifier combines the feedback with the ice-point compensation signal. In practice, the compensation is applied differentially, as distinguished from the single-ended signal $Y$ in Fig. 3. The principle of the "virtual thermocouple" signal which is reflected from the differential signal channel to the feedback input is the same, of course.

## COLD-JUNCTION REFERENCE COMPENSATION

The ice point compensation voltage is intended to simulate the output of a thermocouple loop measuring the temperature of the IC with respect to a reference temperature of 0°C. This voltage will make up the deficiency in the voltage of the actual measurement loop when it is referenced to the IC temperature.

The compensation voltage should be zero at 0°C and should increase with temperature by the same amount as the voltage from the selected thermocouple type.

The ice point, or equilibrium temperature between ice and water, is used as a reference temperature for thermocouple measurements because it is a primary standard which is convenient to produce and near the temperatures which people and instruments find comfortable. Silicon integrated circuits do not exhibit any phase changes or other basis for a primary standard near 0°C or any habitable temperature. They do, however exhibit temperature behavior predictably related to 0 K.

When two matched transistors are operated at different current density their base voltages differ by an amount proportional to absolute temperature (PTAT). This voltage is given by the well-known expression $\Delta V_{BE} = (kT/q)\ln J_1/J_2$ [1].

A second voltage which is dependably temperature sensitive can be derived from the base–emitter voltage of a transistor. This voltage falls, with rising temperature, to

IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-18, NO. 6, DECEMBER 1983



Fig. 4. Ice point compensation from the difference of a PTAT and a CTAT voltage.

zero at a temperature related to how the transistor is made and the collector current of the device. If this decline is extrapolated to low temperatures, however, the voltage at zero (absolute) will be nearly independent of how the transistor is made, as long as the collector current function used has zero as its limit at zero and is positive for all other positive transistor temperatures. That is, the temperature behavior of the base–emitter voltage around room temperature can be extrapolated toward a single value at zero. If the collector current is made to be PTAT the voltage intercept at zero will be almost independent of how the transistor is made or of the actual room temperature bias current.

The intercept approximates the extrapolated bandgap voltage. This extrapolated voltage is the complement of a PTAT voltage with respect to the intercept value of the bandgap voltage or is complementary to absolute temperature (CTAT).

Fig. 4 shows a plot of a voltage scaled from the idealized base–emitter voltage and a CTAT voltage tangent to it as in Tsividis [2]. The figure also includes a PTAT voltage proportional to the $\Delta V_{BE}$ of transistors operated at different current density. These voltages are assumed to have been adjusted relative to one another, so that they are equal at 0°C, making their difference zero. They have also been scaled, together, so that their difference at temperatures other than 0°C will closely approximate the voltage of an ice referenced thermocouple measuring the temperature of the transistors [3].

In practice, the desired voltage is a nonlinear function of temperature. The PTAT and CTAT voltages are adjusted so that their difference gives the best fit to the desired thermocouple characteristics over the intended operating temperature range.

The two voltages from which the temperature compensation is derived are developed by the four transistors shown in Fig. 5. Once this circuit has been "started," the current $i_2$ driving $Q_4$ will equal $i_1$, the current output of $Q_3$. This current drives the base of $Q_3$ positive and thereby turns on

$Q_2$. As the base voltage of $Q_2$ rises, the collector current increases until an equilibrium is reached with $Q_2$ sinking most of $i_2$. Neglecting base currents, the base voltage of $Q_2$ will stabilize at a voltage determined by $i_2$ in its collector. Since $i_2$ also flows in the diode connected $Q_4$, its base–emitter voltage will equal that of $Q_2$. In fact, the base–emitter voltages of $Q_2$, $Q_3$, and $Q_4$ are all equal since the current mirror causes them to operate at equal current density. The same current also flows in $Q_1$, but since $Q_1$ has double the emitter area it has half the current density of the others. This lowers its base–emitter voltage by the amount $(kT/q)\ln 2$. With these voltages established, the various node voltages can readily be determined. Call the base–emitter voltage common to the three transistors $V_B$, then the base of $Q_2$ is at $V_B$, the base of $Q_3$ is "up" one more at $2V_B$. The drop of $Q_4$ reduces the base voltage of $Q_1$ to $V_B$ again. And, since the base–emitter voltage of $Q_1$ is $(KT/q)\ln 2$ less than $V_B$, that must be its emitter voltage. Note that this result does not depend upon the current $i_1$, and, incidentally, it does not actually require $i_2$ to equal $i_1$, as long as base currents are neglected.

The base voltage of $Q_3$ is just $2V_{BE}$, so that it can easily be scaled down to make a small CTAT voltage. The voltage at the emitter of $Q_1$ is PTAT since it depends only on $KT/q$ and the emitter area ratio. The resistor from this point to common establishes $i_1$ and $i_2$ which are, of course, both PTAT. This assures that the CTAT voltage will have the desired form.

## CONNECTING THE PIECES

A diagram combining simplified circuits of the instrumentation amplifier and ice point compensation is shown in Fig. 6. The four transistors making up the temperature compensation are at the lower left with the associated current mirror shown above. The current mirror establishes the amplifier bias as well as the compensation bias. The split collector p-n-p $Q29$ dispenses equal current to the two identical input stages. The thermocouple input stage consists of a current mirror, shown as $Q13$ and $Q14$, which is driven by two p-n-p emitter followers $Q34$ and $Q35$. When the differential input is zero, the mirror "reflects" the output of $Q29$ directly to the base of $Q41$. This transistor is a voltage gain stage which drives the output by way of the complementary buffer $Q18$ and $Q44$.

A differential voltage applied to $Q34$ and $Q35$ by way of device pins 1 and 14 will unbalance the n-p-n mirror changing the current driving $Q41$. Assuming that the collector current of $Q37$ balanced that of $Q14$ before the input disturbance, the change will cause the output at pin 9 to change. In normal operation, pins 8 and 9 are joined so that this change drives the base of $Q32$. A second current mirror, $Q7$ and $Q8$, is energized by $Q29$ and controlled by $Q32$ and $Q33$ in the same way as the thermocouple input at pins 1 and 14. The feedback from the amplifier output to the base of $Q32$ will unbalance this second mirror and change the current driving the p-n-p mirror consisting of $Q36$ and $Q37$. This will continue until the output current



Fig. 5.  A cross-connected transistor quad provides CTAT voltage in the form of $2V_{BE}$s and PTAT voltage from the difference of $V_{BE}$s.



Fig. 6.  Simplified schematic of the amplifier-compensator combination.

of $Q37$ has changed sufficiently to balance the changed output of $Q14$. When this balance is reestablished, the output will remain at its new value.

The output required to balance a given thermocouple input signal is, of course, the voltage required to produce an equal offset between the bases of $Q32$ and $Q33$. The attenuation of the feedback network is selected to give it a desired gain, which is about 200.

In order to establish the proper voltage across the feedback input, the amplifier must develop the voltage with respect to whatever signal is at the base of $Q33$. This voltage is a fraction of the PTAT voltage at $Q1$'s emitter and is about 8 mV at room temperature. As this voltage changes with temperature, a corresponding and amplified change is required at the amplifier output to maintain the difference voltage between the bases of $Q32$ and $Q33$.

Moreover, the open-loop voltage at the base of $Q32$ is not zero, so that an output signal is generated by this voltage as well. The open circuit voltage is a fraction of the CTAT voltage from the base of $Q3$ selected to equal the voltage at the base of $Q33$ when the IC temperature is 0°C, or, more accurately, to be just slightly above that voltage so that the amplifier output is required to be zero as it balances the feedback amplifier in the presence of the common mode potential on the difference network.

The ratios of $R50$ to $R51$ and $R52$ to $R53$ are selected to scale the PTAT and CTAT signals so that the open circuit voltage applied to the feedback amplifier will be zero at 0°C. The value of $R54$ is selected to work against $R53$ and $R52$ to give the desired gain. These five resistors are all provided with trimming tabs so that their values can be adjusted with a laser. By trimming these resistors we can

712                                                                                    IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-18, NO. 6, DECEMBER 1983

TABLE I
TYPICAL PERFORMANCE CHARACTERISTICS

| | |
|---|---|
| **Temperature** | |
| Calibration (includes $V_{OS}$) | ±1°C |
| Ambient Rejection (includes $V_{OS}$ drift) | 50°/° |
| Nominal Scale Factor | 10mV/°C |
| **Electrical** | |
| Gain | 192.3 |
| Input Bias Current | 50nA |
| Common Mode Range | $V_S − 3V$ to $−V_S − 0.2V$ |
| Common Mode Sensitivity | 0.4°C/V |
| Power Supply Sensitivity | 0.2°C/V |
| Power Supply Current | 160µA |
| Power Supply Voltages | +5 to $±V_S = 30V$ |
| **Fault Alarm** | |
| $V_{CE(SAT)}$ at 2mA | 150mV |
| Short Circuit Current | 25mA |

do more than tweak the errors in temperature calibration due to fabrication tolerances. We also "swallow" the offset and drift of the instrumentation amplifier by active trimming the temperature calibration using the amplifier. This overcomes the problem of the need for postassembly calibration which is common in discrete component systems.

## PERFORMANCE OF THE CIRCUIT

After temperature calibration, by trimming one or more of $R51$ through $R54$, the circuits are characterized by performance like that shown in Table I. The characteristics are separated into those related directly to temperature calibration and those which are primarily electrical.

The temperature calibration includes the effects of the in-amp input offset voltage, and the ambient rejection includes the amplifier drift. Ambient rejection is the ratio of ambient temperature change to indicated temperature with the measurement thermocouple maintained at a fixed temperature. This ratio is an indication of how well the ice point compensation voltage would match the voltage produced by an ice bath referenced thermocouple over the ambient temperature range. The rejection indicated in the table is averaged over the 0 to 50°C range.

The nominal scale factor is actually related to the electrical gain and the actual scale factor changes due to nonlinearity in the thermocouple. Its room temperature nominal value is listed as a convenience.

The amplifier gain is, of course, the amount by which the compensated signal from the thermocouple loop is amplified. This fixed gain permits the signal conditioner output to be correlated with thermocouple temperature by the use of a standard thermocouple table.

A slight complication arises in this regard due to the nonlinearity of the hypothetical thermocouple reference loop. Since the ice point compensation is approximately linear and the thermocouple characteristic is not, the temperature coefficient of the compensation is adjusted to give a minimum error around "room temperature" and to have the best possible absolute calibration at 25°C. An ideally trimmed device will be correct when indicating the temperature of a 25°C thermocouple and slightly in error at 0°C. This means that a small, predictable, zero offset as well as

the gain factor must be accounted for in determining the thermocouple temperature from the output voltage of the signal. The zero offset is about 23 $\mu V$. This effect is comprehended by an equation used to relate the circuit output to the compensated input voltage, so that a standard table of thermocouple voltages can be used. The implied compensated input voltage is given by (output voltage/192.3) $−23$ $\mu V$.

Other electrical parameters of general interest are listed in Table I. Because the amplifier input stage is made with p-n-p followers, the amplifier will continue to operate even though the inputs may be slightly more negative than the $V −$ power supply. This is a useful feature in single supply operation with $V −$ terminal returned to common. In this case, it is still possible to ground either side of the thermocouple and accommodate both negative signals and a small amount of common mode noise which may be present.

Since the circuit operates at fixed closed-loop gain, the common mode and power supply sensitivities can be referred to the output and expressed in terms of the nominal temperature scale factors. The sensitivities in the Table indicate the typical worst performance over a small range. Performance over a larger range is usually better than might be inferred from linear extrapolation of these numbers. The initial calibration remains, typically, within ±0.5°C over a wide range of supply voltages.

Since the operating current is about 160 $\mu A$, the entire circuit can operate on about 800 $\mu W$. As a result, self heating is minimized and contributes less than 0.1°C error under this circumstance.

The power supply range is quite flexible and will be described more completely in the following section. The fault alarm output is made to sink at least one TTL load and is protected by current limiting to about 25 mA. Its function will also be described more completely.

## MORE DETAILS

It will be apparent to the experienced reader that the circuit of Fig. 6 will not likely yield the performance shown in Table I. A complete schematic diagram of the signal conditioner circuit is shown in Fig. 7. The similarity to Fig. 6 should be apparent, in particular since the same part numbers have been used wherever possible. Most of the complication results from improvements to the various current mirrors used so extensively in both biasing and signal paths. Additional features, not shown in Fig. 6, include output current limiting and the details of the alarm circuit.

The alarm output transistor is $Q21$, which has its collector and emitter available at pins 12 and 13. A small resistor in series with the emitter is used by $Q20$ to sense the output current. This transistor turns on at high output currents and steals away the limited current drive to the base of $Q19$. The Darlington connected $Q19$ drives the base of $Q21$ in response to collector current from either of $Q39$ or $Q42$. These transistors are off in normal operation, but



Fig. 7.   Schematic diagram of the complete thermocouple signal conditioner.

turn on in case of input overload. If pin 14 is open circuited, the collector current of $Q16$ drops to zero and the collector of $Q37$ will swing positive until it is caught by the emitter of $Q39$. It will then deliver its output current to $Q39$ which will convey it to the base of $Q19$.

Alternatively, if pin 1 is opened while pin 14 is within the common mode range, the collector current of $Q16$ will become large driving the base of $Q40$ and, hence of $Q41$ and $Q42$, negative. When $Q42$ goes sufficiently negative it will divert from $Q31$ the current produced by $Q29$. This current will then drive $Q19$ and the alarm output.

The errant emitter shown on $Q21$ is to indicate an emitter dot used as an inverted mode collector. If the $-$ALM pin (13) is grounded, for instance, and $+$ALM pin (12) is open, the output current limit transistor $Q20$ will not operate. The alarm drive currents could cause $Q19$ to draw excessive supply current. The function of the inverted collector is to steal base drive from $Q19$ as $Q21$ is driven hard into bottom, and thereby limit the current delivered by $Q19$ to the base of $Q21$.

An output overload on $Q18$ will be limited by $Q17$ sensing voltage produced by load current in $R60$ and stealing base drive from $Q18$. In this case, the feedback signal will fail to go sufficiently positive, lowering the output of $Q10$ and allowing the base of $Q40$ to go negative. As a result of voltage developed across $R59$, $Q42$ will steal the drive from $Q29$ to the thermocouple input stage. This will reduce the collector current of $Q16$ and limit the current from $Q41$ which $Q17$ is required to sink.

When $V-$ at pin 7 is connected to common at pin 4, pulldown current for the output is provided only by the load and the feedback resistor. If a negative supply is connected, current from $Q12$ can drive the Darlington pair $Q43$ and $Q44$. These transistors will supply current to drive a grounded load negative. Safe current limiting results from high injection $\beta$ falloff combined with the small current available from $Q12$.

Closed-loop frequency stabilization is provided by $C70$ in a conventional pole-splitting configuration. Its value is selected to provide adequate stability margin for the maximum anticipated signal which produces maximum input stage $g_m$. An additional capacitance, $C71$, reduces the effect of the right plane zero. This characteristic is inherent in the pole-splitting scheme, and is made troublesome by the limited bandwidth of the lateral p-n-p amplifier stages.

The cross-connected n-p-n quad and current mirror arrangement shown in Fig. 5 and 6 has a stable "off" state. To ensure turn on a pinched epitaxial FET, $Q49$ is used to start this loop. The FET is subject to wide variations in gate–source voltage as a function of negative supply. Its maximum current must not exceed the nominal output of the current mirror, so a large base pinch resistor $R68$ is used in the source lead to minimize variations in drain current.

714                                                    IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-18, NO. 6, DECEMBER 1983



Fig. 8.  Powering options to accommodate a full range of thermocouple signals from available power.

## FEATURES OF THE CONFIGURATION

This thermocouple signal conditioner circuit is designed to be used as a component in a variety of applications. The basic functions are arranged and pinned out for maximum flexibility. Many applications involve measuring temperatures from about 25°C to a few hundred degrees. The circuit has been designed to operate from a single power supply as low as 5 V for ease of use in these applications.

If negative temperature indication is required, the amplifier can be supplied with a negative voltage permitting it to drive the output negative. Larger positive supply voltage will be required for greater positive temperature range and the circuit is designed to use virtually any supply voltages with a combined maximum of 36 V, the nominal limitation of the bipolar process used. This flexibility is shown in Fig. 8.

The alarm transistor can be used as a current limited switch to drive loads either positive or negative. The only constraints on its application are that its available terminals must not be made more negative than $V-$, the collector to $V-$ voltage should not exceed 36 V, and the emitter voltage should be constrained to about 4 V below $V+$. It can be used as an open collector logic output, LED driver, relay driver, and so forth.

An important use of the circuit is facilitated by the external connection of the feedback resistor to the output. This arrangement permits the circuit to be used as the temperature comparator in a set-point controller. The feedback resistor can be driven with a voltage which corresponds to the normal output indication for a desired temperature. The open-loop output voltage will then switch from low to high as the temperature of the measurement thermocouple is increased through the selected temperature. This behavior can be used as the basis for a set-point

temperature controller of the kind shown in Fig. 9.

## PHYSICAL DESIGN

The physical arrangement of the circuit is shown in the die photograph of Fig. 10. The electrical design of the chip is made to minimize self-heating effects. Since the circuit may be required to drive a load, however, the potential for thermal feedback exists. Self heating can produce two types of error. First is the obvious error which results if the chip temperature is higher than the actual "cold" or reference junction of the thermocouple loop. The magnitude of this error is related to the actual chip to ambient temperature difference.

A second error can result from temperature differences on the chip. The two differential amplifier stages are required to match for linear operation, as shown in Fig. 3. Temperature difference between them produces a mismatch of 2 or more millivolts per degree. This will result in an error of about 40° for a temperature difference of 1°. The two input stages are positioned on opposite sides of the midline at the extreme left of the chip. The two output transistors, $Q18$ and $Q44$, are positioned on this line at the right of the chip. As a result, the corresponding elements of the two amplifier input stages are on isothermal lines with respect to the output.

The split collector p-n-p which biases the input stages is made to straddle the midline and the current mirror transistors are also placed on isotherms.

The four transistors of Fig. 5 which make up the cold-junction compensation are at the lower left center. Their emitters are positioned so that first order effects of gradients cancel.

Surrounding the temperature correction circuit are the five trim resistors which are designed to minimize sensitiv-



Fig. 9.  Pin option feedback makes simple set-point controller.



Fig. 10.  Photograph of the 59×90 mil$^2$ monolithic die.

ity of their ratios to photolithographic variations. As a result, a minimum of actual trimming is required.

The two large resistors at the upper left provide some measure of input overdrive protection in the difficult to control industrial environment.

CONCLUSIONS

The component described here is the first monolithic circuit to combine cold-junction compensation with an instrumentation amplifier for thermocouple signal condi-

716    IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-18, NO. 6, DECEMBER 1983

tioning. It is an effective and practical low-cost solution to many measurement and control problems.

## ACKNOWLEDGMENT

I want to specially acknowledge the contributions of B. Gilbert whose unpublished "ADS-AMP" idea was the inspiration for the amplifier in this circuit, and B. Dobkin who first tantalized both Barrie and me with the "crossed-quad PTAT maker."

## REFERENCES

[1] M. P. Timko, "A two-terminal IC temperature transducer," *IEEE J. Solid-State Circuits*, vol. SC-11, pp. 784–788, Dec. 1976.
[2] Y. P. Tsividis, "Accurate analysis of temperature effects in $I_c - V_{BE}$ characteristics with application to bandgap reference sources," *IEEE J. Solid-State Circuits*, vol. SC-15, pp. 1076–1084, Dec. 1980.
[3] G. C. M. Meijer, "Integrated circuits and components for bandgap references and temperature transducers," dissertation, Electron. Res.

Lab., Dep. Elec. Eng., Delft Univ. Technol., Delft, The Netherlands, Mar. 18, 1982, pp. 38–44.
[4] J. S. Bugler, "Silicon xter biasing for linear collector current temperature dependence," *IEEE J. Solid-State Circuits*, vol. SC-2, pp. 57–58.



**A. Paul Brokaw** (M'73–SM'82) was born in Minneapolis, MN, in 1935. He received the B.S. degree in physics from Oklahoma State University, Stillwater, in 1962.

During 1962 and 1963 he developed spacecraft experimental packages at Labko Scientific Inc. In 1963 he joined the Technical Staff of Arthur D. Little Inc., where he worked as an Electronic Circuit Designer and Consultant to government and industry. After six years at ADL he joined the design staff of Communication Technology Inc., where he developed standard products and produced contract designs for telecommunication suppliers. In 1971 he started at Nova Devices Inc., now the Semiconductor Division of Analog Devices Inc., Wilmington, MA, where he developed linear integrated circuits and is now a Division Fellow. He is the author of numerous technical articles, three of which have appeared in the IEEE JOURNAL OF SOLID-STATE CIRCUITS. Several of his 21 electronic patents relate to the design of integrated circuits.

# A Monolithic High-Speed Sample-and-Hold Amplifier for Digital Audio

RUDY J. VAN DE PLASSCHE AND HANS J. SCHOUWENAARS

*Abstract* —A monolithic high-speed sample-and-hold amplifier is described which has an acquisition time of 1.5 µs to 0.001 percent for a 10 V step and an aperture uncertainty of less than 0.5 ns. Distortion is 0.001 percent over the audio band, while in an A/D and D/A converter loop a signal-to-noise ratio better than 90 dB is measured. Chip size is 1.5×2.5 mm².

## INTRODUCTION

IN high-resolution A/D converter systems for digital audio, the sample-and-hold amplifier is the crucial part. Overall system performance, such as dynamic range, distortion, and noise, strongly depends on the sample-and-hold performance. Monolithic versions at reasonable prices have hitherto not been available on the market. This paper

Manuscript received March 29, 1983; revised August 29, 1983.
R. J. van de Plassche was with Philips Research Laboratories, Eindhoven, The Netherlands. He is now with Philips Research Laboratories, Sunnyvale, Signetics Corporation, Sunnyvale, CA 94086.
H. J. Schouwenaars is with Philips Research Laboratories, Eindhoven, The Netherlands.

describes a sample-and-hold amplifier which meets the digital audio requirements.

The circuit uses high-speed operational amplifiers with new frequency compensation techniques. A specially designed wide-band class-*B* output amplifier is used for the necessary switching operation. The switches are optimized for a low track-to-hold offset step. The whole circuit is made in a standard bipolar technology using double layer metal.

## GENERAL SAMPLE-AND-HOLD AMPLIFIER CIRCUIT

A general sample-and-hold circuit diagram is shown in Fig. 1. The operational amplifier $A_2$ with the capacitor $C_H$ forms the hold function. In the track mode, the resistors $R$ perform a negative feedback and set the gain at $-1$. The amplifier $A_1$ decouples the holding capacitor $C_H$ from the feedback resistor $R$. Furthermore, this amplifier can supply a large amount of current to the holding capacitor to get a small acquisition time [1]. The switch $S_1$ is used to mini-

EXHIBIT 8

# ANALYSIS AND DESIGN OF ANALOG INTEGRATED CIRCUITS

## SECOND EDITION

**PAUL R. GRAY**

**ROBERT G. MEYER**

University of California, Berkeley

**JOHN WILEY & SONS**
New York · Chichester · Brisbane · Toronto · Singapore

Copyright © 1977, 1984, by John Wiley & Sons, Inc.

All rights reserved. Published simultaneously in Canada.

Reproduction or translation of any part of
this work beyond that permitted by Sections
107 and 108 of the 1976 United States Copyright
Act without the permission of the copyright
owner is unlawful. Requests for permission
or further information should be addressed to
the Permissions Department, John Wiley & Sons.

*Library of Congress Cataloging in Publication Data:*

Gray, Paul R., 1942–
    Analysis and design of analog integrated circuits.

    Includes index.
    1.  Linear integrated circuits.    2.  Metal oxide
semiconductors.    3.  Bipolar transistors.    I.  Meyer,
Robert G., 1942–              II. Title.

TK7874.G688   1984          621.381'73        83-17098
ISBN 0-471-87493-0

Printed in the United States of America

10 9 8 7 6 5 4 3 2 1

**124    Bipolar and MOS Integrated-Circuit Technology**

back side of the starting wafer, which will become the isolation regions in the finished circuit. These grooves are about 20 $\mu$ deep for typical analog circuit processing. This step, called *moat etch*, can be accomplished with a variety of techniques, including a preferential etch that allows precise definition of the depth of the moats. Next an oxide is grown on the surface and a thick layer of polycrystalline silicon is deposited on the surface. This layer will be the mechanical support for the finished wafer and thus must be on the order of 200 $\mu$ thick. Next the starting wafer is etched or ground from the top side until it is entirely removed except for the material left in the isolated islands between the moats, as illustrated in Fig. 2.38c. After the growth of an oxide, the wafer is ready for the rest of the standard process sequence. Note that the isolation of each device is accomplished by means of an oxide layer.

### 2.6.2    Compatible Processing for High-Performance Active Devices

Many specialized circuit applications require a particular type of active device other than the *npn* and *pnp* transistors which result from the standard process schedule. These include JFETs for analog switching and low-input-current amplifiers, MOSFETs for the same applications, high-beta ("superbeta") *npn* transistors for low-input-current amplifiers, and high-speed *pnp* transistors for fast analog circuits. The fabrication of these devices generally requires the addition of one or more mask steps to the basic fabrication process. We now describe the more important of these special structures.

***Double-Diffused JFETs.*** Junction FETs can be fabricated on the same die with bipolar devices by a number of different techniques. If the base region of a standard bipolar integrated-circuit transistor is used as the channel of the JFET, as in the pinch resistor of Fig. 2.32, the resulting pinch-off voltage is much too high because of the relatively wide channel width of the resulting structure. A narrower-channel double-diffused device can be fabricated on the same die, however, by inserting an additional diffusion in the process as illustrated in Fig. 2.39a. In this process a separate $n^+$ diffusion is used to form the top gate of the JFET. The predeposition for this diffusion is made after the base diffusion. A short diffusion is then performed to partially redistribute these impurities into the wafer, and the standard emitter predeposition and diffusion are then performed. Since the gate predeposition was performed earlier, those impurities diffuse further, resulting in a pinched channel region in the JFET which is narrower than the base of the *npn* transistor. In physical structure, the JFET is conceptually identical to the pinch resistor shown in Fig. 2.32, but usually has different lateral dimensions. Similar structures can be formed by using two separate *p*-base diffusions and a single $n^+$ diffusion.

The resulting JFET structure has a typical pinch-off voltage of from 2 to 5 V, and a gate leakage current in the 10- to 100-pA range. This technique has been widely used to fabricate FET-input operational amplifiers. As an input device in such applications, the structure has several drawbacks. The channel width of the device is quite narrow, and a relatively small variation in conditions during the predeposition and diffusion will result in large variations in the channel width and

**Modifications to the Basic Bipolar Process** 125

the pinchoff voltage. Also, since the bottom gate is more lightly doped than the channel, most of the depletion layer associated with this junction occurs in the lightly doped material, the gate material. As a result, the bottom gate contributes little to the transconductance of the device. Another drawback is the fact that the breakdown voltage from drain to gate is limited to that of an emitter-base junction of a bipolar transistor, or about seven volts. Therefore these devices must be used in an input stage that limits the source-drain voltage applied to the JFETs. The application of these devices in operational amplifier circuits is discussed in Chapter 6.

***Ion-Implanted JFETs.*** The drawbacks of the double-diffused structure can be overcome by fabricating the JFET with a sequence of ion implantation steps of the type discussed in Section 2.2.6.[3] A typical ion-implanted JFET structure is shown in Fig. 2.39b. One *p*-type implantation is used to form the channel, and



Figure 2.39*a*  Compatible double-diffused JFET structure.



Figure 2.39*b*  Ion-implanted JFET structure.

**244    Transistor Current Sources and Active Loads**

base recombination current, the percentage change in base current when $V_{CE}$ is changed at a constant $V_{BE}$ would equal that of the collector current, and $r_\mu$ would be related to $r_o$ by a factor $\beta_0$. If this were the case, the effect of $r_\mu$ would be to reduce the output resistance of the cascode current source by a factor of 2 and to affect the Widlar source much less significantly.

In an actual integrated-circuit $npn$ transistor, however, only a very small percentage of the base current results from recombination in the base. Since only this component is modulated by the Early effect, the observed values of $r_\mu$ are a factor of 10 or more larger than $\beta_0 r_o$. This means that the feedback resistor has a negligible effect in the $npn$ current sources considered so far. For the case of lateral $pnp$ transistors, the feedback resistance, $r_\mu$, is much smaller than for $npn$ transistors because most of the base current results from base-region recombination. The actual value of this resistance depends on a number of processes and device geometry variables but observed values range from twice to five times $\beta_0 r_o$. Thus for $pnp$ transistors, the effect of the feedback resistance can be significant when the base of the transistor is connected to a high incremental resistance.

In considering current sources that give output resistances higher than $\beta_0 r_o$, the effects of $r_\mu$ must be considered, of course. Also, for the cases we have considered so far, the base of the current-source transistor has been returned to a low-impedance point, so that current variations in $r_\mu$ did not change $V_{BE}$. If this is not the case, the variations in the current flowing in $r_\mu$ flow into the base and are amplified by the beta of the transistor, resulting in much larger variations in output current than in the cases we have considered.

### 4.2.3    Wilson Current Source

As is apparent from Fig. 4.7$b$, current sources that achieve Thévenin equivalent voltages in the thousand-volt range require large numbers of devices. One relatively simple circuit configuration that achieves a Thévenin voltage much larger than the Early voltage is the Wilson configuration[4] shown in Fig. 4.8. This source uses the negative feedback provided by $Q_3$ to raise the output resistance. Furthermore, first-order cancellation of the base currents is achieved with this configuration, making the ratio of the output current to reference current less sensitive to $\beta_F$. The reference current is developed by the resistor, $R$.

From a qualitative standpoint, the difference between the reference current and $I_{C1}$ will flow into the base of $Q_2$. This base current is multiplied by $(\beta_F + 1)$ and flows in the diode-connected transistor, $Q_3$, which causes current of the same magnitude to flow in $Q_1$. A feedback path is thus formed that regulates $I_{C1}$ so that it is nearly equal to the reference current. Note that transistors $Q_1$ and $Q_3$ operate at collector-emitter voltages that are different by only one diode drop, and that transistor $Q_3$ does not experience a variation in collector-emitter voltage when the voltage across the current source is varied. Thus the collector current of $Q_3$ remains very nearly equal to that in $Q_1$, independent of the voltage on the collector of $Q_2$. This implies that the collector current of $Q_2$ remains nearly constant, giving high output impedance.



**Figure 4.8**  Wilson current source.

For the purposes of dc analysis, we assume that $V_A = \infty$ and that the transistors are identical. The emitter current of $Q_2$ is equal to the collector current of $Q_3$ plus the base currents of $Q_1$ and $Q_3$.

$$-I_{E2} = I_{C3} + I_{B3} + I_{B1} = I_{C3}\left(1 + \frac{1}{\beta_F}\right) + \frac{I_{C1}}{\beta_F} \tag{4.26}$$

$$= I_{C3}\left(1 + \frac{2}{\beta_F}\right) \tag{4.27}$$

The collector current of $Q_2$ is then:

$$I_{C2} = -I_{E2}\left(\frac{\beta_F}{1 + \beta_F}\right) = I_{C3}\left(1 + \frac{2}{\beta_F}\right)\left(\frac{\beta_F}{1 + \beta_F}\right) \tag{4.28}$$

using (4.27). Rearranging (4.28) we obtain

$$I_{C3} = I_{C2}\left[\frac{1}{\left(1 + \dfrac{2}{\beta_F}\right)\left(\dfrac{\beta_F}{1 + \beta_F}\right)}\right] \tag{4.29}$$

Summing currents at the base of $Q_2$,

$$I_{C1} = I_{\text{ref}} - \frac{I_{C2}}{\beta_F} \tag{4.30}$$

We assumed in writing (4.26) that the transistors are identical, so that:

$$I_{C1} = I_{C3} \tag{4.31}$$

**246    Transistor Current Sources and Active Loads**

Inserting (4.29) and (4.30) into (4.31), we find

$$I_{C2} = I_{ref}\left(1 - \frac{2}{\beta_F^2 + 2\beta_F + 2}\right) \tag{4.32}$$

Thus the output and reference currents differ by only a factor on the order of $2/\beta_F^2$. A small-signal analysis of the circuit, carried out in the same way as in the Widlar source, and neglecting $r_\mu$, gives an output resistance and Thévenin voltage of

$$R_o \approx \beta_0 r_{o2}/2 \tag{4.33}$$

$$V_{Thev} \approx \beta_0 V_A/2 \tag{4.34}$$

In the discussion of the simple current source and the Widlar and Wilson circuits, we have concentrated on the problem of obtaining the desired value of output current, which may be small, and on the problem of obtaining high output resistance in the current source. The Widlar circuit is useful for obtaining small output currents, and the Wilson circuit for obtaining high output resistance and low sensitivity to transistor base currents.

Particular circuit design problems frequently require careful control of other aspects of the performance of transistor current sources. For example, the need often arises for the generation of two currents that are equal to as high a degree of accuracy as possible. The ability to produce such matched current sources is usually limited by mismatches in the devices which make up the circuit. This problem is discussed more thoroughly in Appendix A4.1 at the end of this chapter.

A second frequently encountered requirement is that the performance of the integrated circuit be invariant when the power-supply voltage and/or the temperature varies between specified limits. This generally requires that the biasing current sources within the circuit have output currents that are insensitive to variations in power-supply voltage and temperature. The design of bias circuits to achieve these objectives is discussed in Appendices A4.2 and A4.3.

## 4.3    CURRENT SOURCES AS ACTIVE LOADS

In conventional differential amplifiers of the type discussed in Chapter 3, resistors are used as the collector load element as shown in Fig. 3.26. For this circuit, the voltage gain is

$$A_{dm} = -g_m R_C = -\frac{I_C R_C}{V_T} \tag{4.35}$$

In order to achieve large voltage gain, the $I_C R_C$ product must be made large. This requires both a large power-supply voltage and large values of resistance.

EXHIBIT 9

*American Heritage Dictionary – Cite This Source*
**short circuit**
n. A low–resistance connection established by accident or intention between two points in an electric circuit. The current tends to flow through the area of low resistance, bypassing the rest of the circuit.

*(Download Now or Buy the Book)*
*The American Heritage® Dictionary of the English Language, Fourth Edition*
*Copyright © 2006 by Houghton Mifflin Company.*
*Published by Houghton Mifflin Company. All rights reserved.*

EXHIBIT 10

# THE
# RANDOM HOUSE
# DICTIONARY
## OF THE
# ENGLISH
# LANGUAGE

### Second Edition

### Unabridged

*Dedicated to the memory of*
*Jess Stein*

COPYRIGHT © 1987, BY RANDOM HOUSE, INC.

First Edition: Copyright © 1983, 1981, 1979, 1973, 1971, 1970, 1969, 1967, 1966, by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without permission in writing from the publisher. All inquiries should be addressed to Reference Department, Random House, Inc., 201 E. 50th Street, New York, N.Y. 10022. Published in the United States by Random House, Inc., and simultaneously in Canada by Random House of Canada Limited, Toronto

*The Random House Dictionary of the English Language* and its abbreviations, RHD, RHDEL, RHD–I, and RHD–II, are trademarks of Random House

Library of Congress Cataloging-in-Publication Data
The Random House dictionary of the English language.
(Random House dictionaries)
1. English language—Dictionaries. I. Flexner,
Stuart Berg. II. Series.
PE1625.R3   1987      423       87-4500
ISBN 0-394-50050-4; 0-394-56500-2 deluxe ed.

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all words or terms in which proprietary rights may exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other proprietary term.

*The Concise French Dictionary,* edited by Francesca L. V. Langbaum, Copyright © 1983, 1954, by Random House, Inc.

*The Concise German Dictionary,* edited by Jenni Karding Moulton, Copyright © 1983, 1959, by Random House, Inc.

*The Concise Italian Dictionary,* edited by Robert A. Hall, Jr., Copyright © 1983, 1957, by Random House, Inc.

*The Concise Spanish Dictionary,* edited by Donald F. Solá, Copyright © 1983, 1954, by Random House, Inc.

Entire contents of the *Atlas,* © Copyright Hammond Incorporated, Maplewood, N.J.

*International Phonetic Alphabet,* courtesy International Phonetic Association.

**short account**                    1770                    **shortweigh**

to disparage or underestimate: *Don't sell Tom short; he's really an excellent engineer.* —**34.** something that is short. **35.** that which is deficient or lacking. **36.** the sum and substance of a matter; gist (usually prec. by *the*). **37. shorts,** a. trousers, knee-length or shorter. b. short pants worn by men as an undergarment. c. knee breeches, formerly worn by men. d. *Finance.* short-term bonds. e. *Mining.* crushed ore failing to pass through a given screen, thus being of a larger given size than a specific grade. Cf. **fine** (def. 29a). f. remnants, discards, or refuse of various cutting and manufacturing processes. **38.** a size of garment for men who are shorter than average: *He wears a 42 short.* **39.** a garment, as a suit or overcoat, in such a size. **40.** *Mil.* a shot that strikes or bursts short of the target. **41.** *Elect.* **See short circuit. 42.** *Pros.* a short sound or syllable. **43.** *Baseball.* shortstop (def. 1). **44.** *Motion Pictures.* See **short subject. 45.** *Finance.* See **short seller. 46.** a deficiency or the amount of a deficiency. **47.** *Chiefly Brit.* a small drink of straight whiskey, shot. **48.** for short, by way of abbreviation: *Her name is Patricia, and she's called Pat for short.* **49. in short,** a. in summary. b. in few words; in brief: *In short, this has been rather a disappointing day.*
—*v.t.* **50.** to cause a short circuit in. **51.** to cheat by giving less than is expected or deserved; shortchange. —*i.* **52.** to short-circuit. [bef. 900; ME *short* (adj.), OE *sceort* c. OHG *scurz* short, ON *skortr* shortness, scarcity] —**short′ness,** *n.*
—**Syn. 4. SHORT, BRIEF** are opposed to *long,* and indicate slight extent or duration. SHORT may imply duration but is also applied to physical distance and certain purely spatial relations: *a short journey.* BRIEF refers esp. to duration of time: *brief intervals.* **5.** terse, succinct, laconic, condensed. **6.** curt, sharp, testy. **7.** poor, deficient, inadequate, wanting, lacking. **12.** crumbly. **14.** brachycephalic. —**Ant. 3, 4.** long.

**short′ account′,** *Finance.* **1.** the account of a short seller. **2. See short interest.** [1900–05]

**short·age** (shôr′tij), *n.* **1.** a deficiency in quantity: *a shortage of cash.* **2.** the amount of such deficiency. [1865–70; SHORT + -AGE]
—**Syn. 1.** lack, want, scarcity.

**short′ bal′lot,** a ballot containing only candidates for the most important legislative and executive posts, leaving judicial and lesser administrative posts to be filled by appointment. [1910–15]

**short′-billed marsh′ wren′** (shôrt′bild′, -bild′). See **sedge wren.** [1875–75]

**short·bread** (shôrt′bred′), *n.* a butter cookie commonly made in thick, pie-shaped wheels or rolled and cut in fancy shapes. [1795–1805; SHORT + BREAD]

**short·cake** (shôrt′kāk′), *n.* **1.** a cake made with a relatively large amount of butter or other shortening. **2.** a dessert made of short, sometimes sweetened, biscuit dough baked or split in layers, with a filling or topping of strawberries or other fruit. [1585–95; SHORT + CAKE]

**short·change** (shôrt′chānj′), *v.t.,* **-changed, -changing. 1.** to give less than the correct change to. **2.** to deal with unfairly or dishonestly, esp. to cheat. [1890–95, *Amer.*] —**short′chang′er,** *n.*

**short′ cir′cuit,** *Elect.* an abnormal, usually unintentional condition of relatively low resistance between two points of different potential in a circuit, usually resulting in a flow of excess current. [1875–80]

**short-cir·cuit** (shôrt′sûr′kit), *v.t.* **1.** *Elect.* a. to make (an appliance, switch, etc.) inoperable by establishing a short circuit in. b. to carry (a current) as a short circuit. **2.** to bypass, impede, hinder, or frustrate: *Bad weather short-circuited my vacation plans.* —*v.i.* **3.** *Elect.* to form a short circuit or become inoperable due to a short circuit. [1870–75]

**short·com·ing** (shôrt′kum′ing), *n.* a failure, defect, or deficiency in conduct, condition, thought, ability, etc.: *a social shortcoming; a shortcoming of his philosophy.* [1670–80; SHORT + COMING] —**Syn.** fault, flaw, failing, weakness.

**short-com·mons** (shôrt′kom′ənz), *n.* (used with a singular *v.*) *Southern U.S.* a scanty allowance of food.

**short′ con′,** *Slang.* any simple confidence game involving a relatively small amount of money.

**short′ cov′ering,** *Finance.* purchases that close out short sales on stocks or commodities.

**short-cut** (shôrt′kut′), *v.,* **-cut, -cut·ting.** —*v.t.* **1.** to cause to be shortened by the use of a shortcut. —*v.i.* **2.** to use or take a shortcut. [1560–70] —**short′-cut′ter,** *n.*

**short·cut** (shôrt′kut′), *n.* **1.** a shorter or quicker way. **2.** a method, procedure, policy, etc., that reduces the time or energy needed to accomplish something. —*adj.* **3.** constituting or providing a shorter or quicker way: *shortcut methods.* [1560–70; SHORT + CUT]

**short′ day′,** *Bot.* requiring a short photoperiod. [1915–20]

**short′ divi′sion,** *Math.* division, esp. by a one-digit divisor, in which the steps of the process are performed mentally and are not written down. [1895–1900]

**short′-eared′ owl′** (shôrt′ērd′), *n.* a streaked, buffy brown, cosmopolitan owl, *Asio flammeus,* having very short tufts of feathers on each side of the head. Also called **prairie owl.** [1805–15, *Amer.*]

**short·en** (shôrt′n), *v.t.* **1.** to make short or shorter. **2.** to reduce, decrease, take in, etc.: *to shorten sail.* **3.** to

—**Syn. 1.** condense, lessen, limit, restrict. SHORTEN, ABBREVIATE, ABRIDGE, CURTAIL mean to make shorter or briefer. SHORTEN is a general word meaning to make less in extent or duration: *to shorten a dress, a prisoner's sentence.* The other three terms suggest special methods of shortening. TO ABBREVIATE is to make shorter by omission or contraction: *to abbreviate a word.* TO ABRIDGE is to reduce in length or size by condensing, summarizing, and the like: *to abridge a document.* CURTAIL suggests deprivation and lack of completeness because of omitting some part: *to curtail an explanation.* **5.** contract, lessen.

**short·en·ing** (shôrt′ning, shôrt′n ing), *n.* **1.** butter, lard, or other fat, used to make pastry, bread, etc., short. **2.** *Phonet.* the act, process, or an instance of making or becoming short. **3.** *Ling.* a. the act or process of dropping one or more syllables from a word or phrase to form a shorter word with the same meaning, as in forming *piano* from *pianoforte* or *phone* from *telephone.* b. See **clipped form.** [1535–45; SHORTEN + -ING[1]]

**Shor·ter** (shôr′tər), *n.* **Frank,** born 1947, U.S. marathon runner.

**Short′er Cat′echism,** one of the two catechisms established by the Westminster Assembly in 1647, used chiefly in Presbyterian churches.

**short·fall** (shôrt′fôl′), *n.* **1.** the quantity or extent by which something falls short; deficiency; shortage. **2.** the act or fact of falling short. [1890–95; SHORT + FALL; from *v.* phrase *fall short*]

**short′ field′,** *Baseball.* the area of the infield between third base and second, covered by the shortstop. [1855–60, *Amer.*]

**short′fin corvi′na** (shôrt′fin′). See under **corvina.**

**short′ fuse′,** a quick temper: *A person with a short fuse has to be handled diplomatically.* [1965–70]

**short′ game′,** **1.** the aspect of golf considered in relation to the ability of a player to hit medium or short shots, as chip shots, pitch shots, and putts, with accuracy. Cf. **long game** (def. 1). **2.** a card game in which not all cards in the pack are dealt before play. Cf. **long game** (def. 2). [1850–55, *Amer.*]

**short·grass** (shôrt′gras′, -gräs′), *n.* any of several range grasses of short stature, as buffalo grass, prevalent in semiarid regions of the Great Plains. [1835–45, *Amer.*; SHORT + GRASS]

**short-haired** (shôrt′hârd′), *adj.* (of an animal) having short hair lying close to the body. [1615–25; SHORT + HAIR + -ED[2]]

**short′ hairs′,** *Slang.* pubic hair. [1925–30]

**short·hand** (shôrt′hand′), *n.* **1.** a method of rapid handwriting using simple strokes, abbreviations, or symbols that designate letters, words, or phrases (distinguished from *longhand*). **2.** a simplified or makeshift manner or system of communication: *We spoke in a kind of pidgin shorthand to overcome the language barrier.* —*adj.* **3.** using or able to use shorthand. **4.** written in shorthand. **5.** of or pertaining to shorthand. [1630–40; SHORT + HAND]



shorthand (def. 1)
This is an example
of shorthand
A: Gregg system
B: Pitman system

**short·hand·ed** (shôrt′han′did), *adj.* not having the usual or necessary number of workers, helpers, etc. [1615–25] —**short′-hand′ed·ness,** *n.*

**short′ haul′.** See **haul** (def. 22).

**short-haul** (shôrt′hôl′), *adj.* of, pertaining to, or engaged in transportation over short distances: *a short-haul trucking firm.* [1925–30]

**short·head** (shôrt′hed′), *n.* **1.** a brachycephalic person. **2.** a head with a cephalic index of 81 or over. [1890–95; SHORT + HEAD] —**short′head′ed,** *adj.*

**Short·horn** (shôrt′hôrn′), *n.* one of an English breed of red, white, or roan beef cattle having short horns. Also called **Durham.** [1820–30; SHORT + HORN]

**short′-horned′ grass′hopper** (shôrt′hôrnd′), locust (def. 1). [1885–90]

**short·ie** (shôr′tē), *n., adj.* shorty.

**short′ in′terest,** *Finance.* the total amount by which a single seller or all sellers are short in a particular stock or commodity or in the market as a whole. Also called **short account, short position.** [1885–90, *Amer.*]

**short′ i′ron,** *Golf.* a club, as a pitcher, pitching niblick, or niblick, with a short shaft and an iron head the face of which has great slope, for hitting approach shots. Cf. **long iron.** [1930–35]

**short·ish** (shôr′tish), *adj.* rather short. [1790–1800; SHORT + -ISH[1]]

**short·laid** (shôrt′lād′), *adj. Ropemaking.* hard-laid. [1785–95]

**short′leaf pine′** (shôrt′lēf′), **1.** a pine, *Pinus echinata,* of the southern U.S., having short, flexible leaves. **2.** the hard, brownish-yellow wood of this tree, used in the construction of houses, for making furniture, and for pulp. [1790–1800, *Amer.*]

**short′ line′,** a bus or rail route covering only a limited

**short′ or′der,** a dish or serving of food that is prepared upon request at a lunch counter. [1890

**short-or·der** (shôrt′ôr′dər), *adj.* **1.** of, pertai or specializing in short orders: *a short-order cook order diner.* **2.** performed or supplied quickly: T tained a short-order divorce decree. [1900–05]

**short′ posi′tion,** *Finance.* See **short interest**

**short-range** (shôrt′rānj′), *adj.* having a limi tent, as in distance or time: *a short-range shot, a range plan.* [1865–70]

**short′ rate′,** *Insurance.* a charge, proportio higher than the annual rate, made for insurance or continued in force by the insured for less th year.

**short-run** (shôrt′run′), *adj.* happening or pr for a short period of time: *a short-run motion* [1935–40]

**short′ sale′,** an act or instance of selling [1865–70]

**short′ sell′er,** *Finance.* a person, as a spe who sells short. —**short′ sell′ing.**

**short-sheet** (shôrt′shēt′), *v.t.* **1.** to fold and the top sheet of (a bed) so that it simulates both and bottom sheets: when the victim of this joke the bed, his or her legs are obstructed by the fold short-sheet the bed of (someone). Cf. **apple-pie b**

**short′ short′ sto′ry,** a very short piece o fiction, much more condensed than the average story.

**short′ shrift′,** **1.** a brief time for confession o lution given to a condemned prisoner before his execution. **2.** little attention or consideration in with a person or matter: *to give short shrift to ar nent's arguments.* [1585–95]

**short·sight·ed** (shôrt′sī′tid), *adj.* **1.** unable far; nearsighted; myopic. **2.** lacking in fore *shortsighted plan.* [1615–25] —**short′sight′ed —short′sight′ed·ness,** *n.*
—**Syn. 2.** unthinking, heedless, careless, impro —**Ant. 2.** prudent.

**short′ splice′,** a splice used when an increased ness of the united rope is not objectionable, made laying the rope ends a certain distance apart, t that their strands overlap, then tucking each stra over and under others several times. Cf. **long spl** illus. under **splice.** [1760–70]

**short-spo·ken** (shôrt′spō′kən), *adj.* speakin short, brief, or curt manner. [1860–65]

**short′stop** (shôrt′stop′), *n.* **1.** *Baseball.* a. th tion of the player covering the area of the infi tween second and third base. b. the player who position. **2.** Also called **short′stop bath′.** *Phot.* **stop bath.** [1835–45, *Amer.*; SHORT + STOP]

**short′ sto′ry,** a piece of prose fiction, usually 10,000 words. [1885–90] —**short′-sto′ry, adj.**

**short′ sub′ject,** *Motion Pictures.* a short fil documentary or travelogue, shown as part of a p with a feature-length film. Also called **short.** [1

**short′ sweet′ening,** *Chiefly Southern and M U.S.* sugar. Cf. **long sweetening.** [1840–50, *Am*

**short′-tailed shear′water** (shôrt′tāld′). See **mutton bird.**

**short′-tailed shrew′,** a grayish-black shrew *rina brevicauda,* common in eastern North Ai that has a tail less than half the length of the bo illus. under **shrew.**

**short-tem·pered** (shôrt′tem′pərd), *adj.* h quick, hasty temper; irascible. [1585–90] —**Syn.** irritable, testy, choleric, waspish.

**short-term** (shôrt′tûrm′), *adj.* **1.** covering or ing to a relatively short period of time. **2.** m over a relatively short period of time: *a short-term* **3.** (of profit, loss, interest, etc.) of or pertaining to term, esp. one year or less. [1900–05]

**short′-term mem′ory,** information retained brain and retrievable from it over a brief span (contrasted with *long-term memory*). [1965–70].

**short′ time′,** a period or schedule during wh number of working hours is reduced: *The recessi put most of the manufacturing plants on shor* —**short′-time′,** *adj.*

**short-tim·er** (shôrt′tī′mər), *n. Informal.* a per a soldier, who has a short period of time left to se a tour of duty. [short *time* + -ER[1]]

**short′ ti′tle,** an abridged listing in a catalog o. ography, giving only such essential information author's name and the book's title, publisher, ar and place of publication. [1880–85]

**short′ ton′.** See under **ton[1]** (def. 1). Also cal ton. [1880–85]

**short-waist·ed** (shôrt′wā′stid), *adj.* of less th erage length between the shoulders and waistlin ing a high waistline. Cf. **long-waisted.** [1580–90

**short·wall** (shôrt′wôl′), *adj. Mining.* pertaini means of extracting coal when the working face i a third the length of the longwall system and mi coal by continuous machine than by longw chinery. [1910–15; SHORT + WALL]

**short·wave** (shôrt′wāv′), *n., adj., v.,* **waved**

EXHIBIT 11

# Ninth New Collegiate Dictionary

*A Merriam-Webster®*

MERRIAM-WEBSTER INC., *Publishers*
Springfield, Massachusetts, U.S.A.



# WEBSTER'S



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*A Merriam-Webster®* is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1986 by Merriam-Webster Inc.

Philippines Copyright 1986 by Merriam-Webster Inc.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's ninth new collegiate dictionary.

   Based on Webster's third new international dictionary.
   Includes index.
   1. English language—Dictionaries.  I. Merriam-Webster Inc.
PE1628.W5638   1985     423      84-18979
ISBN 0-87779-508-8
ISBN 0-87779-509-6 (indexed)
ISBN 0-87779-510-X (deluxe)

Webster's Ninth New Collegiate Dictionary principal copyright 1983

COLLEGIATE trademark Reg. U.S. Pat. Off.

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

**shoot-'em-up** \'shüt-ə-,məp\ *n* (1947) : a movie or television show with much shooting and bloodshed
**shoot·er** \'shüt-ər\ *n* (13c) **1** : one that shoots: as **a** : a person who uses a missile-discharging device (as a rifle or bow) **b** : the person who is shooting or whose turn it is to shoot **2** : something that is used in shooting: as **a** : a marble shot from the hand **b** : REVOLVER — usu. used in combination (six-shooter)
**shooting gallery** *n* (1836) **1** : a usu. covered range equipped with targets for practice with firearms **2** *slang* : a place where one can obtain narcotics and shoot up
**shooting iron** *n* (1787) : FIREARM
**shooting script** *n* (ca. 1930) **1** : the final completely detailed version of a motion-picture script in which scenes are grouped in the order most convenient for shooting **2** : the final version of a television script used in the production of a program
**shooting star** *n* (1593) **1 a** : a visual meteor appearing as a temporary streak of light in the night sky **2** : any of several No. American perennial herbs (genus *Dodecatheon,* esp. *D. meadia*) of the primrose family that have entire oblong leaves and showy flowers with reflexed petals
**shooting stick** *n* (1683) : a spiked stick with a top that opens into a seat
**shoot-out** \'shüt-,aut\ *n* (1948) **1 a** : a battle fought with handguns or rifles **2** : something resembling a shoot-out; *broadly* : SHOWDOWN
**shoot-the-chutes** \,shüt-thə-'shüts\ *n pl but sing in constr* (1923) : an amusement ride consisting of a steep incline down which boats slide into a pool at the bottom
**shoot up** \'shüt-'əp\ *vi* (1577) **1** : to shoot or shoot at esp. indiscriminately or recklessly (cowboys *shooting up* the town) **2** : to inject (a narcotic drug) into a vein ~ *vt* : to inject a narcotic into a vein —
**shoot-up** \'shüt-,əp\ *n*
**shop** \'shäp\ *n, often attrib* [ME *shoppe,* fr. OE *sceoppa* booth; akin to OHG *scopf* shed] (bef. 12c) **1** : a handicraft establishment : ATELIER **2 a** : a building or room stocked with merchandise for sale : STORE **b** : a shoppe \'shäp\ : a small retail establishment or a department in a large one offering a specified line of goods or services (a millinery ~) (a sandwich ~) **3** : FACTORY, MILL **4 a** : a school laboratory equipped with herbs (genus *Dodecatheon,* esp. *D. meadia*) **b** : the art or science of working with tools and machinery **5 a** : a business establishment; *esp* : OFFICE **b** : SHOP·TALK
**shop** *vb* **shopped; shop·ping** *vi* (1764) **1 a** : to examine goods or services with intent to buy **b** : to hunt through a market in search of the best buy **2** : to make a search : HUNT ~ *vt* **1** : to examine the stock or offerings of (~ the stores for Christmas gift ideas)
**shop·keep·er** \'shäp-,kē-pər\ *n* (ca. 1530) : STOREKEEPER 2
**shop·lift** \-,lift\ *vb* [back-formation fr. *shoplifter*] *vt* (1698) : to steal (goods on display) from a store ~ *vi* : to steal displayed goods from a store
**shop·lift·er** \-,lif-tər\ *n* (1680) : one who shoplifts
**shop·per** \'shäp-ər\ *n* (1862) **1** : one that shops **2** : one whose occupation is shopping as an agent for customers or for an employer **3 a** : a free paper carrying advertising and sometimes local news
**shopping bag** *n* (1926) : a bag (as of strong paper) that has handles and is intended for carrying purchases
**shopping-bag lady** *n* (1976) : a homeless woman who roams the streets and a large city carrying her possessions in a shopping bag
**shopping center** *n* (1939) : a group of retail stores and service establishments usu. with ample parking facilities and usu. designed to serve a community or neighborhood — called also *shopping plaza*
**shopping list** *n* (1970) : a list of items to be purchased; *broadly* : a list of related items (the biggest possible *shopping list* of budget cuts —Leonard Silk)
**shopping mall** *n* (1959) **1** : a pedestrian mall lined by shops **2** : a shopping center with stores facing an enclosed mall
**shop steward** *n* (1915) : a union member elected as the union representative of a shop or department in dealings with the management
**shop·talk** \'shäp-,tok\ *n* (1881) : the jargon or subject matter peculiar to an occupation or a special area of interest
**shop·worn** \-,wo(ə)rn, -,wo(ə)rn\ *adj* (1871) **1** : faded, soiled, or otherwise impaired by remaining too long in a store **2** : stale from excessive use or familiarity (~ clichés) **3** : WORN-OUT (think of himself as a Hollywood cynic —A.H. Johnston)
**sho·ran** \'shō(ə)r-,an, 'shó(ə)r-\, *n* [*short-range navigation*] (ca. 1932) : a system of short-range navigation in which two radar signals transmitted by an airplane are intercepted and rebroadcast to the airplane by two ground stations of known position so as to determine the position of the airplane
**shore** \'shō(ə)r, 'shó(ə)r\ *n, often attrib* [ME, fr. (assumed) OE *scor;* akin to OE *scieran* to cut — more at SHEAR] (14c) **1** : the land bordering a usu. large body of water; *specif* : COAST **2 a** : a boundary or the country or place that it bounds (hold him accountable for difficulties beyond our ~ s that he could do nothing about —Dorothy Fosdick) **3** : land as distinguished from the sea (shipboard and ~ duty)
**shore** *vt* **shored; shor·ing** [ME *shoren;* akin to ON *skortha* to prop] (14c) **1** : to support by a shore : PROP **2** : to give support to : BRACE — usu. used with *up*
**shore** *n* (15c) : a prop for preventing sinking or sagging
**shore·bird** \'shō(ə)r-,bərd, 'shó(ə)r-\, *n* (1672) : any of a suborder (Charadrii) of birds (as a plover or snipe) that frequent the seashore
**shore dinner** *n* (1892) : a dinner consisting chiefly of seafoods
**shore·front** \-,frənt\ *n* (1919) : land along a shore; *specif* : BEACHFRONT
**shore leave** *n* (ca. 1909) : a leave of absence to go on shore granted to a sailor or naval officer

(a ~ vacation) **b** : not retentive (a ~ memory) **c** : EXPEDITIOUS, QUICK (made ~ work of the problem) **d** : seeming to pass quickly (made great progress in just a few ~ years) **3 a** of a speech sound : having a relatively short duration **b** : being the member of a pair of similarly spelled vowel or vowel-containing sounds that is descended from a vowel that was short in duration but is no longer so and that does not necessarily have duration as its chief distinguishing feature (~ i in *sin*) **c** of a syllable in prosody (1) : of relatively brief duration (2) : UNSTRESSED **4** : limited in distance (a ~ trip) **5** : not coming up to a measure or requirement : INSUFFICIENT (in ~ supply) **b** : not reaching far enough (the throw to first was ~) **c** : enduring privation **d** : insufficiently supplied (~ of cash) (~ on brains) **6 a** : ABRUPT, CURT **b** : quickly provoked **7** : CHOPPY **8** : payable at an early date **9 a** : containing or cooked with shortening; *also* : FLAKY (~ pastry) **b** of metal : brittle under certain conditions **10 a** : not lengthy or drawn out **b** : made briefer : ABBREVIATED **11 a** : not having goods or property that one has sold in anticipation of a fall in prices **b** : consisting of or relating to a sale of securities or commodities that the seller does not possess or has not contracted for at the time of the sale (~ sale) **12** : near the end of a tour of duty *syn* see BRIEF — **short-ish** \'shórt-ish\ *adj* — **in short order** : with dispatch : QUICKLY
**short** *adv* (14c) **1** : in a curt manner **2** : for or during a brief time (*short-lasting*) **3** : at a disadvantage : UNAWARES (caught ~) **4** : in an abrupt manner : SUDDENLY (the car stopped ~) **5** : at some point or degree before a goal or limit aimed at or under consideration (the shells fell ~) (quit a month ~ of graduation) **6** : clean across (the axle was snapped ~) **7** : by or as if by a short sale
**short** *n* (1586) **1** : the sum and substance : UPSHOT **2 a** : a short syllable **b** : a short sound or signal **3** *pl* **a** : a by-product of wheat milling that includes the germ, fine bran, and some flour **b** : refuse, clippings, or trimmings discarded in various manufacturing processes **4 a** : knee-length or less than knee-length trousers — usu. used in pl. **b** *pl* : short drawers **c** : a size in clothing for short men **5 a** : one who operates on the short side of the market **b** *pl* : short-term bonds **6** *pl* : DEFICIENCIES **7** : SHORT CIRCUIT **8** : SHORTSTOP **9** : SHORT SUBJECT — **in short :** by way of summary : BRIEFLY
**short** *vt* (1952) **1** : SHORTCHANGE, CHEAT **2** : SHORT-CIRCUIT
**short account** *n* (ca. 1902) : the total of open short sales in a given subject of trade or in the market as a whole
**short·age** \'short-ij\, *n* (1868) : LACK, DEFICIT
**short ballot** *n* (ca. 1913) : a ballot limiting the number of elective offices to the most important legislative and executive posts and leaving minor positions to be filled by appointment
**short·bread** \'short-,bred\ *n* (1801) : a thick cookie made of flour, sugar, and a large amount of shortening
**short·cake** \-,kāk\ *n* (1594) **1** : a crisp and often unsweetened biscuit or cookie **2 a** : a dessert made typically of very short baking-powder-biscuit dough spread with sweetened fruit **b** : a dish consisting of a rich biscuit split and covered with a meat mixture
**short·change** \-'chānj\ *vt* (1903) **1** : to give less than the correct amount of change to **2** : to deprive of or give less than something due : CHEAT — **short-chang·er** *n*
**short-cir·cuit** *vt* (1873) **1** : to apply a short circuit to or establish a short circuit in **2** : BYPASS **3** : FRUSTRATE, IMPEDE
**short circuit** *n* (1876) : a connection of comparatively low resistance accidentally or intentionally made between points on a circuit between which the resistance is normally much greater
**short-com·ing** \'short-,kəm-in, ,short-'\ *n* (1680) : DEFICIENCY, DEFECT
**short-cut** \'short-,kət, -'kət\, *n* (1796) **1** : a route more direct than the one ordinarily taken **2** : a method of doing something more directly and quickly than and often not so thoroughly as by ordinary procedure
**short·cut** *vt* (1917) : to shorten (as a route or procedure) by use of a shortcut; *also* : CIRCUMVENT ~ *vi* : to take or use a shortcut
**short-day** \'short-,dā\ *adj* (ca. 1929) : responding to or relating to a short photoperiod — used esp. of a plant; compare DAY-NEUTRAL, LONG-DAY
**short division** *n* (ca. 1897) : mathematical division in which the successive steps are performed without writing out the remainders
**short-en·ing, short-en·ing** \'shórt-nin, 'shórt-n-in, y\, *vt* (1513) **1 a** : to reduce the length or duration of **b** : to cause to seem short **2 a** : to reduce in power or efficiency (is my hand ~ed, that I cannot redeem —Isa 50:2 (RSV)) **b** *obs* : to deprive of effect **3** : to add fat to (pastry dough) in order to make tender and flaky ~ *vi* : to become short or shorter — **short-en·er** \-nər, -n-ər\ *n*
*syn* SHORTEN, CURTAIL, ABBREVIATE, ABRIDGE, RETRENCH mean to reduce in extent. SHORTEN implies reduction in length or duration; CURTAIL adds an implication of cutting that in some way deprives of completeness or adequacy; ABBREVIATE implies a making shorter usu. by omitting some part; ABRIDGE implies a reduction in compass or scope with retention of essential elements and a relative completeness in the result; RETRENCH suggests a reduction in extent or costs of something felt to be excessive
**short·en·ing** \'short-nin, -n-in\ *n* (1542) **1** : the action or process of making or becoming short; *specif* : the dropping of the latter part of a word so as to produce a new and shorter word of the same meaning **2** : an edible fat used to shorten baked goods
**short·fall** \'short-,fol\ *n* (1895) : a failure to come up to expectation or need; *also* : the amount of such failure
**short·grass** \-,gras\ *n* (1844) : any of various drought-tolerant grasses of short stature that form the dominant feature of dry upland plains (as