IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANALOG DEVICES, INC., | : | |
| | : | |
|     Plaintiff/Counterclaim Defendant, | : | |
| | : | |
| v. | : | Civil Action No. 06-346-GMS |
| | : | |
| LINEAR TECHNOLOGY CORP., | : | |
| | : | |
|     Defendant/Counterclaim Plaintiff. | : | |

## ORDER

At Wilmington this **12th** day of **June, 2007,**

IT IS ORDERED that the mediation conference scheduled for Thursday, June 14, 2007 at 10:00 a.m. has been rescheduled to **Tuesday, July 10, 2007 at 9:00 a.m.** On or before **Friday, July 6, 2007,** counsel are to forward to Judge Thynge separate emails updating their understanding of the negotiations. Counsel shall also advise in those emails if any electronic devices shall be required for the mediation and, if so, which devices and the name of the person requesting the device. No further submissions by the parties shall be required. All other provisions of the Court's November 29, 2006 Order shall remain in full force and effect.

    Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE