## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ANALOG DEVICES, INC.,        )
                                 )
        Plaintiff/Counterclaim    )
        Defendant,                 )    C. A. No. 06-346-GMS
                                 )
    vs.                            )    **REDACTED**
                                 )    **PUBLIC VERSION**
LINEAR TECHNOLOGY CORP.,  )
                                 )
        Defendant/Counterclaim   )
        Plaintiff.                  )

## DECLARATION OF KELLY E. FARNAN IN SUPPORT OF PLAINTIFF
## ANALOG DEVICES, INC.'S OPENING CLAIM CONSTRUCTION BRIEF

I, Kelly E. Farnan declare under penalty of perjury under the laws of the State of Delaware that the following is true and correct:

1.    I am an associate at Richards, Layton & Finger, P.A., One Rodney Square Wilmington, Delaware 19801, and I am counsel to Analog Devices, Inc. in the above-captioned litigation.

2.    Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the *IEEE Standard Dictionary of Electrical and Electronics Terms* (4th ed. 1988).

3.    Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the *Webster's New Universal Unabridged Dictionary* (1996 ed.).

4.    Attached hereto as Exhibit 3 is a true and correct copy of excerpts from IEEE Std. C62.47-1992.

5.    Attached hereto as Exhibit 4 is a true and correct copy of a

## REDACTED

6.      Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the *McGraw-Hill Dictionary of Scientific and Technical Terms* (5th ed. 1994).

7.      Attached hereto as Exhibit 6 is a true and correct copy of excerpts from *IEEE 100: The Authoritative Dictionary of IEEE Standards Terms* (7th ed. 2000).

8.      Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the *Oxford English Dictionary* (2nd ed. 1989), Vols. XV, XI, XVII, VIII, VII.

9.      Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the *McGraw-Hill Dictionary of Scientific and Technical Terms* (4th ed. 1989).

10.     Attached hereto as Exhibit 9 is a true and correct copy of excerpts from *Van Nostrand's Scientific Encyclopedia* (8th ed. 1995).

11.     Attached hereto as Exhibit 10 is a true and correct copy of excerpts from Horowitz and Hill, "The Art of Electronics" (1980).

Executed this 7th day of June, 2007, in Wilmington, Delaware.

Kelly E. Farnan

Kelly E. Farnan

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2007, I electronically filed the foregoing with the Clerk

of Court using CM/ECF which will send notification of such filing(s) to the following and which

has also been served as noted:

**BY HAND DELIVERY:**

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

I hereby certify that on June 13, 2007, the foregoing document was sent to the following

non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS:**

Robert C. Morgan
Laurence S. Rogers
Ropes & Gray, LLP
1251 Avenue of the Americas
New York, NY 10020

Mark D. Rowland
Ropes & Gray, LLP
525 University Avenue
Suite 300
Palo Alto, CA 94301

Frederick L. Cottrell, III (#2555)

# EXHIBIT 1

*An American National Standard*

*Acknowledged as An American National Standard*
*July 8, 1988*

**IEEE
Standard Dictionary
of
Electrical and
Electronics
Terms**

**Fourth Edition**

the boresight axis. *See:* difference channel.    13

**difference signal.** *See:* differential signal.

**difference slope (radar).** In a monopulse radar, the slope of the difference-pattern voltage (normalized with respect to the sum-pattern voltage) as a function of target angle from the boresight axis. The slope is usually specified at the point on the curve where the difference-pattern voltage is zero, which corresponds to the boresight axis.    13

**differential (photoelectric lighting control).** The difference in foot-candles between the light levels for turn-on and turn-off operation. *See:* photoelectric control.    206

**differential aeration cell.** An oxygen concentration cell. *See:* electrolytic cell.    221,205

**differential amplifier (1).** An amplifier whose output signal is proportional to the algebraic difference between two input signals. *See:* amplifier.    185
(2) (signal-transmission system). An amplifier that produces an output only in response to a potential difference between its input terminals (differential-mode signal) and in which outputs from common-mode interference voltages on its input terminals are suppressed. *Note:* An ideal differential amplifier produces neither a differential-mode nor a common-mode output in response to a common-mode interference input. *See:* amplifier; signal.    188

**differential analyzer (analog computer).** A computer designed primarily for the convenient solution of differential equations.    9

**differential capacitance (nonlinear capacitor).** The derivative with respect to voltage of a charge characteristics, such as an alternating charge characteristic or a mean charge characteristic, at a given point on the characteristic. *See:* nonlinear capacitance.    191

**differential-capacitance characteristic (nonlinear capacitor).** The function relating differential capacitance to voltages. *See:* nonlinear capacitor.    191

**differential capacitance voltage (power switchgear).** The difference in magnitudes of the root-mean-square (rms) system normal frequency line-to-neutral voltage multiplied by the square root of two, with and without the capacitance connected. *Note:* This can be calculated from the equations:

$$\Delta V = \sqrt{2}\, E_S \frac{X_L}{X_C - X_L}$$

$$\Delta V = \sqrt{2}\, E_S \frac{kVAR}{kVA_{SC} - kVAR}$$

where

$kVA_{SC} = \Delta V =$ differential capacitance voltage in volts

$E_S =$ system phase-to-neutral voltage in volts rms

$X_L =$ source inductive reactance to point of application, in ohms per phase

$X_C =$ capacitance reactance of bank being switched in ohms per phase

$kVAR =$ size of bank being switched (three phase)

$kVA_{SC} =$ system short-circuit kVA at point of capacitor application (symmetrical three phase)    27, 103

**differential compounded (rotating machinery).** Applied to a compound machine to denote that the magnetomotive forces of the series field winding is opposed to that of the shunt field winding.    63

**differential control.** A system of load control for self-propelled electrically driven vehicles wherein the action of a differential field wound on the field poles of a main generator (or of an exciter) and connected in circuit between the main generator and the traction motors, serves to limit the power demand from the prime mover. *See:* multiple-unit control.    328

**differential control current (magnetic amplifier).** The total absolute change in current in a specified control winding necessary to obtain differential output voltage when the control current is varied very slowly (a quasistatic characteristic).    171

**differential control voltage (magnetic amplifier).** The total absolute change in voltage across the specified control terminals necessary to obtain differential output voltage when the control voltage is varied very slowly (a quasistatic characteristic).    171

**differential $dE/dx$ detector(1)(charged particle detectors).** A transmission detector whose thickness is small compared to the range of the incident particle.    119

(2)(germanium gamma-ray detectors). A transmission detector whose thickness is small compared to the range of the incident particle, and whose entrance and exit dead layers are small compared to the thickness of the detector.    528

**differential Doppler frequency (radio wave propagation).** The time rate of change of difference in phase path at two frequencies in a dispersive medium. *Note:* Sometimes called the dispersive Doppler frequency.    146

**differential duplex system.** A duplex system in which the sent currents divide through two mutually inductive sections of the receiving apparatus, connected respectively to the line and to a balancing artificial line, in opposite directions so that there is substantially no net effect on the receiving apparatus; whereas the received currents pass mainly through one section; or though the two sections in the same direction, and operate the apparatus. *See:* telegraphy.    328

**differential gain (video transmission system).** The difference between (1) the ratio of the output amplitudes of a small high-frequency sine-wave signal at two stated levels of a low frequency signal on which it is superimposed, and (2) unity. *Note:* (A) Differential gain may be expressed in percent by multiplying the above difference by 100. (B) Differential gain may be expressed in decibels by multiplying the common logarithm of the ratio described in (1) above by 20. (C) In this definition, level means a specified position on an amplitude scale applied to a signal wave-form. (D)

# EXHIBIT 2

# WEBSTER'S
## NEW UNIVERSAL
# UNABRIDGED
# DICTIONARY

Acknowledgments and Permissions

The "A Dictionary of the English Language" section of this book
(*Webster's New Universal Unabridged Dictionary*) is based on the second edition of
*The Random House Dictionary of the English Language,*
*the Unabridged Edition,* copyright 1993, 1987.

Copyright 1996 by Random House Value Publishing, Inc.
All rights reserved under International and Pan-American Copyright Conventions.

No part of this book may be reproduced or transmitted in any form
or by any means electronic or mechanical including photocopying, recording,
or by any information storage and retrieval system, without permission
in writing from the publisher.

This edition published by Barnes & Noble, Inc.
by arrangement with Random House Value Publishing, Inc.

1996 Barnes & Noble Books

ISBN 0-7607-0288-8

Printed and bound in the United States of America

M 9 8 7 6 5 4 3 2

**transference**                                                                              2010                                                                              **transition**

transferred or removed, as from one place to another. **2.** *Law.* a person to whom a transfer is made, as of property. [1730–40; TRANSFER -+ -EE]

**trans·fer·ence** (trans fûr′ons, trans′fer ons), *n.* **1.** the act or process of transferring. **2.** the fact of being transferred. **3.** *Psychoanal.* a. the shift of emotions, esp. those experienced in childhood, from one person or object to another, esp. the transfer of feelings about a parent to an analyst. **b.** displacement (def. 7). [1675–85; < NL *trānsferentia.* See TRANSFER, -ENCE]

**trans′fer·ence num′ber,** *Physical Chem.* that fraction of the total electric current that anions and cations carry in passing through an electrolytic solution. Also called **transport number.** [1885–1900]

**trans·fer·en·tial** (trans′fə ren′shəl), *adj.* of, pertaining to, involving transference. [1888–90; < NL *trānsferenti(a)* transference(e) + -AL']

**trans′fer fac′tor,** *Immunol.* a lymphocyte product that, when extracted from T cells of an individual with immunity to a particular antigen, can confer that immunity when administered to another individual of the same species. [1955–60]

**trans′fer mold′ing,** a method of molding thermosetting plastic in which the plastic enters a closed mold from an adjoining chamber in which it has been softened. [1935–40]

**trans′fer of train′ing,** *Psychol.* transfer (def. 19).

**trans·fer·or** (trans fûr′ər), *n. Law.* a person who makes a transfer; as of property. [1870–75; TRANSFER + -OR']

**trans′fer or′bit,** the flight path of a space vehicle moving from a nearly circular orbit to one with different parameters.

**trans′fer pay′ment,** **1.** any payment made by a government for a purpose other than that of purchasing goods or services, as for welfare benefits. **2.** any money received that is neither a payment for goods or services nor investment income. [1940–45]

**trans·fer·ral** (trans fûr′əl), *n.* transferal.

**trans·fer·rin** (trans fer′in), *n. Biochem.* a plasma glycoprotein that transports dietary iron to the liver, spleen, and bone marrow. [1947; TRANS- + L *ferr(um)* iron + -IN']

**transfer RNA,** *Genetics.* a small RNA molecule, consisting of a strand of nucleotides folded into a clover-leaf shape, that picks up an unattached amino acid within the cell cytoplasm and conveys it to the ribosome for protein synthesis. *Abbr.:* tRNA [1960–65]

**trans′fer sta′tion,** a place where residential garbage and commercial wastes are compressed, baled, and loaded on vehicles for moving to disposal sites, as for landfill.

**trans·fig·u·ra·tion** (trans fig′yə rā′shən, trans fig′-), *n.* **1.** the act of transfiguring. **2.** the state of being transfigured. **3.** (*cap.*) the supernatural and glorified change in the appearance of Jesus on the mountain. Matt. 17:1–9. **4.** (*cap.*) the church festival commemorating this, observed on August 6. [1225–75; ME *Transfiguracion* < L *trānsfigūrātiō-* (s. of *trānsfigūrātiō*) change of shape. See TRANSFIGURE, -ATION]

**trans·fig·ure** (trans fig′yər or, esp. *Brit.*, -fig′ər), *v.t., -ured, -ur·ing.* **1.** to change in outward form or appearance; transform. **2.** to change so as to glorify or exalt. [1250–1300; ME *transfiguren* < L *trānsfigūrāre* to change in shape. See TRANS-, FIGURE] —**trans·fig′ure·ment,** *n.*
—Syn. **1.** transmute, renew.

**trans·fi·nite** (trans fī′nīt), *adj.* **1.** going beyond or surpassing the finite. —*n.* **2.** See **transfinite number.** [1900–05; TRANS- + FINITE]

**transfi′nite num′ber,** *Math.* an infinite cardinal or ordinal number. [1900–05]

**trans·fix** (trans fiks′), *v.t., -fixed* or *fixt, fix·ing.* **1.** to make or hold motionless with amazement, awe, terror, etc. **2.** to pierce through with, or as if with a pointed weapon; impale. **3.** to hold or fasten with or on something that pierces. [1580–90; < L *trānsfīxus* (ptp. of *trānsfīgere* to pierce through), equiv. to *trāns-* TRANS- + *fig(ere)* to pierce + -*sus, var. of -tus* (ptp. suffix)] —**trans·fix′ion** (trans fik′shən), *n.*
—**Syn. 1.** fascinate, spellbind, engross, captivate.

**trans·form** (*v.* trans fôrm′; *n.* trans′fôrm), *v.t.* **1.** to change in form, appearance, or structure; metamorphose. **2.** to change in condition, nature, or character; convert. **3.** to change into another substance; transmute. **4.** *Elect.* **a.** to increase or decrease (the voltage and current characteristics of an alternating-current circuit), as by means of a transformer. **b.** to decrease the voltage and current characteristics of a direct-current circuit), as by means of a transformer. **5.** *Math.* to change the form of (a figure, expression, etc.) without in general changing the value. **6.** *Physics.* to change into another form of energy. —*v.i.* **7.** to undergo a change in form, appearance, or character; become transformed. —*n.* **8.** *Math.* a. a mathematical quantity obtained from a given quantity by an algebraic, geometric, or functional transformation. **b.** the transformation itself. **9.** the result of a transformation. **10.** a transcription. **11.** *Logic.* transformation (def. 6). **12.** *Ling.* a structure derived by a transformation. [1300–50; ME *transformen* < L *trānsfōrmāre* to change in shape. See TRANS-, FORM] —**trans·form′a·ble,** *adj.* —**trans·form′a·tive,** *adj.*

—Syn. **1.** transfigure. TRANSFORM, CONVERT mean to change one thing into another. TRANSFORM suggests changing from one form, appearance, structure, or type to another: *to transform sorbeau into oil and meal by pressure.* CONVERT suggests so changing the characteristics as to change the use or purpose: *to convert a barn into a house.*

**trans·for·ma·tion** (trans′fər mā′shən), *n.* **1.** the act or process of transforming. **2.** the state of being transformed. **3.** change in form, appearance, nature, or character. **4.** *Theat.* a seemingly miraculous change in the appearance of scenery or actors in view of the audience. **5.** *Logic.* Also called **transform.** one of a set of algebraic formulas used to express the relations between elements, sets, etc., that form parts of a given system. **6.** *Math.* a. the act, process, or result of transforming or mapping. b. function (def. 4a). **7.** *Ling.* a. See **transformational rule.** b. the process by which deep structures are converted into surface structures using transformational rules. *8. Genetics.* the transfer of genetic material from one cell to another resulting in a genetic change in the recipient cell. **9.** a wig or hairpiece for a woman. [1400–50; late ME < LL *trānsfōrmātiō-* (s. of *trānsfōrmātiō*) change of shape. See TRANS-, -ATION] —**trans·for·ma′tion·al,** *adj.*

**trans·for·ma′tion·al-gen′era·tive** **gram′mar** (trans′fər mā′shə nl jen′ər ə tiv, -ə rā′tiv), a grammar that combines the principles of generative grammar and transformational grammar. [1975–80]

**transforma′tional gram′mar,** a system of grammatical analysis, esp. a form of generative grammar, that posits the existence of deep structures and surface structure, using a set of transformational rules to derive surface structure forms from deep structure; a grammar that uses transformations to express the relations between equivalent structures. [1980–65]

**trans·for·ma·tion·al·ist** (trans′fər mā′shə nl ist), *n.* a person who follows or promotes the theories of transformational grammar. [1960–65; TRANSFORMATIONAL (GRAMMAR) + -IST] —**trans·for·ma·tion·al·ism,** *n.*

**transforma′tional rule,** *Ling.* a rule of transformational grammar that relates two phrase markers in the course of a derivation from the deep to the surface syntactic representation of a sentence, as by reordering, inserting, or deleting elements; a rule that converts deep structures into surface structures.

**trans·for·ma·tion·ist** (trans′fər mā′shə nist), *n. Biol.* a person who supports the theory of evolution. [1885–90; TRANSFORMATION + -IST]

**transforma′tion point′,** *Metall.* a temperature at which the transformation of one microconstituent to another begins or ends during heating or cooling. Also called **transformation temperature.**

**transforma′tion range′,** *Metall.* the temperature range within which austenite forms when a ferrous metal is heated, or within which it disappears when the metal is cooled.

**trans·form·er** (trans fôr′mər), *n.* **1.** a person or thing that transforms. **2.** *Elect.* an electric device consisting essentially of two or more windings wound on the same core, which by electromagnetic induction, transforms electric energy from one set of one or more circuits to another set of one or more circuits such that the frequency of the energy remains unchanged while the voltage and current usually change. [1350–1400; ME; TRANSFORM + -ER']

**trans′form fault′,** *Geol.* a strike-slip fault that offsets a mid-ocean ridge in opposing directions on either side of an axis of seafloor spreading. Cf. **fracture zone.**

**trans·form·ism** (trans fôr′miz əm), *n. Biol.* **1.** the doctrine of gradual transformation of one species into another by descent with modification through many generations. **2.** such transformation itself. **3.** any doctrine or instance of evolution. [1875–80; TRANSFORM + -ISM, modeled on F *transformisme*]

**trans·form·ist** (trans fôr′mist), *n.* an adherent of transformism. [1790–1800; TRANSFORM + -IST, modeled on F *transformiste*] —**trans′form·is′tic,** *adj.*

**trans·fuse** (trans fyōoz′), *v.t., -fused, -fus·ing.* **1.** to transfer or pass from one to another; transmit; instill. **2.** to cause a flow of literature to one's students. **3.** to diffuse into or through; permeate; infuse. **3.** *Med.* a. to transfer (blood) into the veins or arteries of a person or animal. **b.** to inject, as a saline solution, into a blood vessel. **4.** *Archaic.* to pour from one container into another. [1375–1425; late ME *transfusen* < L *trānsfūsus,* ptp. of *trānsfundere* to pour from one vessel into another. See TRANS-, FUSE] —**trans·fus′er,** *n.* —**trans·fus′i·ble, trans·fus′a·ble** (trans fyōo′zə bəl), *adj.* —**trans·fu′sive** (trans fyōo′siv, -ziv), *adj.*

**trans·fu·sion** (trans fyōo′zhən), *n.* **1.** the act or process of transfusing. **2.** *Med.* the direct transferring of blood, plasma, or the like into a blood vessel. [1870–80; < L *trānsfūsiō-* (s. of *trānsfūsiō*) decanting, intermingling, equiv. to *trānsfūs(us)* (see TRANSFUSE) + -iōn-] —**trans·fu′sion·al,** *adj.*

**trans·gen·ic** (trans jen′ik, tranz-), *adj.* of, pertaining to, or containing a gene or genes transferred from another species: *transgenic mice.* [1980–85]

**trans·gress** (trans gres′, tranz-), *v.t.* **1.** to violate a law, command, moral code, etc.; offend; sin. —*v.t.* **2.** to pass over or go beyond (a limit, boundary, etc.): *to transgress bounds of prudence.* **3.** to go beyond the limits imposed by (a law, command, etc.); violate; infringe: *to transgress the will of God.* [1520–30; < L *trānsgressus* (ptp. of *trānsgredī* to step across), equiv. to *trāns-* TRANS- + *-gred-* (comb. form of *gradī* to step; see GRADE) + *-tus,* ptp. suffix, with -*dt-* > *-s-*] —**trans·gres′sive,** *adj.* —**trans·gres′sor, n.**
—Syn. **1.** err, trespass. **2.** contravene, disobey.

**trans·gres·sion** (trans gresh′ən, tranz-), *n.* an act of transgressing; violation of a law, command, etc.; sin. [1400–50; late ME < L *trānsgressiō-* (s. of *trānsgressiō*) a stepping across. See TRANSGRESS, -ION] —Syn. **See breach.**

**tran·ship** (tran ship′), *v.t., v.i., -shipped, -ship·ping, n.* transship. —**tran·ship′ment,** *n.* —**tran·ship′per,** *n.*

**trans·hu·mance** (trans hyōo′məns or, *after*, yōo′-, tranz-), *n.* the seasonal migration of livestock, and the people who tend them, between lowlands and adjacent mountains. [1900–05; < F, equiv. to *transhum(er)* to shift ground (modeled on Sp *trashumar;* see TRANS- + humus) + *-ance* -ANCE] —**trans·hu′mant,** *adj.*

**tran·sience** (tran′shəns, -zhəns, -zē əns), *n.* transient state or quality. Also, **tran′sien·cy.** [1735–45; TRANSIEN(T) + -ENCE2]

**tran·sient** (tran′shənt, -zhent, -zē ənt), *adj.* **1.** lasting, enduring, or permanent; transitory. **2.** lasting only a short time; existing briefly; temporary: *transient authority.* **3.** staying only a short time: *the transient guests at a hotel.* **4.** *Philos.* transeunt. —*n.* **5.** a person or thing that is transient, esp. a temporary guest, boarder, laborer, or the like. **6.** *Math.* a function that tends to zero as the independent variable tends to infinity. **b.** a solution, esp. of a differential equation, having this property. **7.** *Physics.* a. a nonperiodic signal of short duration. b. a decaying signal, wave, or oscillation. **8.** *Elect.* a sudden pulse of voltage or current. [1590–1600; < L *trānsi(ēns)* (nom. sing.), prp. of *trānsīre* to pass by, lit., go across + *-ent-* (see TRANSEUNT)] —**tran′sient·ly,** *adv.* —**tran′sient·ness,** *n.*

**tran′sient isch′emic attack′,** *Pathol.* a brief vascular spasm in which a partially blocked artery impedes blood flow to the brain, resulting in symptoms such as impaired vision, dizziness, numbness, or unconsciousness. *Abbr.:* TIA

**tran′sient modula′tion,** *Music.* a modulation of temporary nature. Also called **passing modulation.**

**tran·sig·ni·fi·ca·tion** (trans′ sig′nə fi kā′shən), *n. Theol.* (in the Eucharist) a change in the significance of the bread and wine to symbolize the body and blood of Christ. Cf. **transubstantiation.** [1965–70; TRANS(-) SIGNIFICATION]

**tran·sil·i·ent** (tran sil′ē ənt, -sil′yənt), *adj.* leaping or passing from one thing or state to another. [1605–15; L *trānsilient-* (s. of *trānsiliēns*), prp. of *trānsilīre* to leap across, equiv. to *trāns-* TRANS- + *sil-* (comb. form of *salīre* to leap) + *-ent-* -ENT] —**tran·sil′i·ence,** *n.*

**tran·sil·lu·mi·nate** (trans′i lōo′mə nāt or, *esp. Brit.*, -lyōo′-, tranz-), *v.t., -nat·ed, -nat·ing.* to cause light to pass through. *Med.* to throw a strong light through (an organ or part) as a means of diagnosis. [1885–90; TRANS- + ILLUMINATE] —**trans·il·lu′mi·na′tion,** *n.* —**trans·il′lu·mi·na′tor,** *n.*

**tran·sis·tor** (tran zis′tər), *n.* **1.** *Electronics.* a semiconductor device that amplifies, oscillates, or switches the flow of current between two terminals by varying the current or voltage between one of the terminals and a third: although much smaller in size than a vacuum tube, it performs similar functions without requiring current to heat a cathode. **2.** *Informal.* a transistorized radio. —*adj.* **3.** *Informal.* transistorized: *a transistor radio.* [1945–50; TRANS(FER) + (RES)ISTOR]

**tran·sis·tor·ize** (tran zis′tə rīz′), *v.t., -ized, -iz·ing. Electronics.* to equip with or convert to a circuit employing transistors. Also, *esp. Brit.,* **tran·sis′tor·ise.** [1950–55; TRANSISTOR + -IZE]

**tran·sit** (tran′sit, -zit), *n., v., -sit·ed, -sit·ing. —n.* **1.** the act or fact of passing across or through; passage from one place to another; as of persons or goods, transportation: *local public transportation city transit; mass transit.* **2.** a transition or change. *3. Astron.* a. the passage of a heavenly body across the meridian of a given location or through the field of a telescope. b. the passage of Mercury or Venus across the disk of the sun, or of a satellite or its shadow across the face of its primary. c. See **meridian circle.** **5.** *Astrol.* the passage of a planet in aspect to another planet or a specific point in a horoscope. **6.** *Survey.* a. Also called **transit instrument.** an instrument, as a theodolite, having a telescope that can be transited, used for measuring horizontal and sometimes vertical angles. b. a repeating transit theodolite. [1400–50; ME < L *trānsitus* a going across, passage, equiv. to *trānsī-* (var. s. of *trānsīre* to cross (trans-, -ire to go) + -*tus* suffix of v. action]

**tran·sit·a·ble** (tran′si tə bəl, -zi-), *adj.* capable of being crossed or passed over. [1835–45; TRANSIT + -ABLE]

**tran′sit cir′cle,** *Astron.* See **meridian circle.** [1835–45]

**tran′sit in′strument, 1.** *Astron.* See **meridian circle.** **2.** *Survey.* See **transit** (def. 6a). [1805–15]

**tran·si·tion** (tran zish′ən, -sish′-), *n., v. —n.* **1.** movement, passage, or change from one position, state, stage, subject, concept, etc., to another: *the transition from adolescence to adulthood.* **2.** *Music.* a. a passing from one key to another; modulation. b. a brief modulation; a modulation used in passing. c. a sudden, unprepared

| trans′es·sen′ti·ate′, v.t. | | trans·fea′ture, v.t. | | trans·fron′tal, adj. | | trans′his·pan′ic, adj. | | trans·in·di·vid′u·al, adj. |
| -at·ing. | | -tured, -tur·ing. | | trans·fron′tier, adj. | | trans·hu′man, adj. | | trans·in′su·lar, adj. |
| trans′eu·phra′tes, adj. | | trans·fil′ter, adj. | | trans·fu′gi·tive, adj. | | trans·i′a·pet′an, adj. | | trans·ir′ri·gate′, v.t. |
| trans′ex·pe′ri·en′tial, adj. | | trans·flu′vi·al, adj. | | trans·Gan′gem, adj. | | trans·lin′e·ar, adj. | | trans·Is′ra·el, adj. |
| trans·fash′ion, n. | | trans·flux′, n. | | trans·Him·a·lay′an, adj. | | trans·in′di·an, adj. | | trans′i·raq′, adj. |

# EXHIBIT 3

Recognized as an
American National Standard (ANSI)

IEEE
Std C62.47-1992

# IEEE Guide on Electrostatic Discharge (ESD): Characterization of the ESD Environment

Sponsor

**Surge-Protective Devices Committee
of the
IEEE Power Engineering Society**

Approved March 19, 1992

**IEEE Standards Board**

Approved December 23, 1992

**American National Standards Institute**

**Abstract:** This guide describes the electromagnetic threat posed to electronic equipment and subassemblies by actual Electrostatic Discharge (ESD) events from humans and mobile furnishings. This guide organizes existing data on the subject of ESD in order to characterize the ESD surge environment. This guide is not an ESD test standard. It is intended to be a resource for equipment designers, and for preparers and users of ESD test standards. The manufacturing, handling, packaging, and transportation of individual electronic components, including integrated circuits, are not discussed, and this guide does not deal with mobile items such as automobiles, aircraft, or other masses of comparable size.

**Keywords:** electromagnetic, electrostatic discharge, ESD, surges

The Institute of Electrical and Electronics Engineers, Inc.
345 East 47th Street, New York, NY 10017-2394, USA

Copyright © 1993 by the
Institute of Electrical and Electronics Engineers, Inc.
All rights reserved. Published 1993
Printed in the United States of America

ISBN 1-55937-224-9

*No part of this publication may be reproduced in any form,
in an electronic retrieval system or otherwise,
without the prior written permission of the publisher.*

IEEE
Std C62.47-1992

## 2. Definitions

**antistatic.** A property of materials that resist triboelectric charging.

**approach speed.** The rate at which the intruder approaches the receptor.

**body/finger ESD.** An electrostatic discharge from an intruding human finger or hand. Also called body/finger discharge.

**body/metal discharge.** See **hand/metal ESD.**

**body/metal ESD.** See **hand/metal ESD.** *Syn:* body/metal discharge.

**brush-by.** An electrostatic discharge from the human torso, such as from the hip or shoulder. *Syn:* brush-by ESD, brush-by discharge.

**brush-by discharge.** See **brush-by.**

**brush-by ESD.** See **brush-by.**

**charge voltage.** The voltage difference between the intruder and the receptor just prior to an ESD.

**DES.** Discharge Electrostatic; an alternative name for ESD.

**direct ESD event.** An ESD event that takes place between an intruder and a receptor in which the intruder or the receptor, or both, is an equipment victim.

**equipment victim.** The electronic equipment or subassembly that is subjected to the effects associated with an ESD event. It may be the intruder or receptor, or it may be in proximity to the discharge between the intruder and receptor and therefore subjected to the stress of ESD-related electromagnetic fields.

**ESD.** Electrostatic Discharge: the sudden transfer of charge between bodies of differing electrostatic potentials.

**ESD current wave.** The waveform of the discharge current between an intruder and a receptor.

**ESD event.** An interval that includes the ESD current, electromagnetic fields, and corona effects before and during an ESD.

**fast approach.** Approach speeds that engender short, subnanosecond risetime ESD current waves. Fast-approach speed depends on the voltage difference between the intruder and receptor, e.g., for rounded electrodes of 8 mm diameter, greater than 0.05 m/s, 1 m/s, and 10 m/s at charge voltages of 4 kV, 8 kV, and 16 kV respectively [13].

**furniture ESD.** An electrostatic discharge in which the intruder is an inanimate object such as a cart or chair, with or without a human in electrical contact with the object.

**hand-to-metal impedance.** The impedance between the human hand and the metal object with which it is associated in a hand/metal ESD. The metal object is usually the intruder discharge electrode. Examples of hand-to-metal impedance include resistance and capacitance

# EXHIBIT 4

# REDACTED

# EXHIBIT 5

# McGraw-Hill
# Dictionary of
# Scientific and
# Technical
# Terms
## Fifth Edition

**Sybil P. Parker**
Editor in Chief

McGraw-Hill, Inc.
New York     San Francisco     Washington, D.C.
Auckland     Bogotá     Caracas     Lisbon     London     Madrid     Mexico City     Milan
Montreal     New Delhi     San Juan     Singapore     Sydney     Tokyo     Toronto

On the cover: Photomicrograph of crystals of vitamin $B_1$.
*(Dennis Kunkel, University of Hawaii)*

Included in this Dictionary are definitions which have been published previously in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. I, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Aeronautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology, White Sands Missile Range, New Mexico*, National Bureau of Standards, AD 467-424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-3097.

## McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS, Fifth Edition

Copyright © 1994, 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher.

1 2 3 4 5 6 7 8 9 0    DOW/DOW    9 9 8 7 6 5 4 3

ISBN 0-07-042333-4

Library of Congress Cataloging-in-Publication Data

McGraw-Hill dictionary of scientific and technical terms /
  Sybil P. Parker, editor in chief.—5th ed.
      p.    cm.
    ISBN 0-07-042333-4
    1. Science—Dictionaries.    2. Technology—Dictionaries.
  I. Parker, Sybil P.
  Q123.M34   1993
  503—dc20                                    93-34772
                                               CIP

INTERNATIONAL EDITION

Copyright © 1994. Exclusive rights by McGraw-Hill, Inc. for manufacture and export. This book cannot be re-exported from the country to which it is consigned by McGraw-Hill. The International Edition is not available in North America.

When ordering this title, use ISBN 0-07-113584-7.

**bipinnate** [BOT] Pertaining to a leaf that is pinnate for both its primary and secondary divisions. { bī′pin‚āt }

**biplane** [AERO ENG] An aircraft with two wings fixed at different levels, especially one above and one below the fuselage. { ′bī‚plān }

**biplate** [OPTICS] 1. Two plates of glass cemented together with a small angle between them, for producing a double image of a slit in interference experiments. 2. Two half-wave plates of doubly refracting material, each cut parallel to its optical axis and cemented together with axes perpendicular; used to detect optical polarization. Also known as Bravais biplate. { ′bī‚plāt }

**bipolar** [SCI TECH] 1. Having two poles. 2. Capable of assuming positive or negative values, such as an electric charge, or pertaining to a quantity with this property, such as a bipolar transistor. { bī′pō‚lər }

**bipolar amplifier** [ELECTR] An amplifier capable of supplying a pair of output signals corresponding to the positive or negative polarity of the input signal. { bī′pō‚lər ′am‚plə‚fī‚ər }

**bipolar circuit** [ELECTR] A logic circuit in which zeros and ones are treated in a symmetric or bipolar manner, rather than by the presence or absence of a signal; for example, a balanced arrangement in a square-loop-ferrite magnetic circuit. { bī′pō‚lər ′sər‚kət }

**bipolar coordinate system** [MATH] 1. A two-dimensional coordinate system defined by the family of circles that pass through two common points, and the family of circles that cut the circles of the first family at right angles. 2. A three-dimensional coordinate system in which two of the coordinates depend on the $x$ and $y$ coordinates in the same manner as in a two-dimensional bipolar coordinate system and are independent of the $z$ coordinate, while the third coordinate is proportional to the $z$ coordinate. { ′bī‚pō′lər kō′ȯrd‚ən‚ət ‚sis‚təm }

**bipolar disorder** [PSYCH] A major affective disorder in which there are episodes of both mania and depression. Also known as manic-depressive illness. { bī′pō‚lər dis′ȯrd‚ər }

**bipolar electrode** [ELEC] Electrode, without metallic connection with the current supply, one face of which acts as anode surface and the opposite face as a cathode surface when an electric current is passed through a cell. { bī′pō‚lər i′lek‚trōd }

**bipolar flagellation** [MICROBIO] The presence of flagella at both poles in certain bacteria. { bī′pō‚lər ‚flaj‚ə′lā‚shən }

**bipolar format** [COMPUT SCI] A method of representing binary data in which 0 bits have zero voltage and each 1 bit has a polarity opposite that of the preceding 1 bit. { ′bī′pō‚lər ′fȯr‚mat }

**Bipolarina** [INV ZOO] A suborder of protozoan parasites in the order Myxosporida. { ‚bī‚pō′lə′rī‚nə }

**bipolar integrated circuit** [ELECTR] An integrated circuit in which the principal element is the bipolar junction transistor. { bī′pō‚lər ′int‚ə‚grād‚əd ′sər‚kət }

**bipolar magnetic driving unit** [ENG ACOUS] Headphone or loudspeaker unit having two magnetic poles acting directly on a flexible iron diaphragm. { bī′pō‚lər mag′ned‚ik ′drīv‚iŋ ‚yü‚nət }

**bipolar memory** [COMPUT SCI] A computer memory employing integrated-circuit bipolar junction transistors as bistable memory cells. { bī′pō‚lər ′mem‚rē }

**bipolar nebula** [ASTRON] A nebula consisting of two relatively symmetrical bright lobes with a star between them. { bī‚pō‚lər ′neb‚yə‚lə }

**bipolar power supply** [ELEC] A high-precision, regulated, direct-current power supply that can be set to provide any desired voltage between positive and negative design limits, with a smooth transition from one polarity to the other. { bī′pō‚lər ′pau̇‚ər sə′plī }

**bipolar signal** [COMMUN] A signal in which different logical states are represented by electrical voltages of opposite polarity. { bī′pō‚lər ′sig‚nəl }

**bipolar transistor** [ELECTR] A transistor that uses both positive and negative charge carriers. { bī′pō‚lər tranz′is‚tər }

**bipotential** [BIOL] Having the potential to develop in either of two mutually exclusive directions. { ‚bī‚pə′ten‚chəl }

**bipotential electrostatic lens** [ELECTR] An electron lens in which image and object space are field-free, but at different potentials; examples are the lenses formed between apertures of cylinders at different potentials. Also known as immersion electrostatic lens. { ‚bī‚pə′ten‚chəl i‚lek‚trō′stad‚ik ′lenz }

**bipotentiality** [BIOL] 1. Capacity to function either as male or female. 2. Hermaphroditism. { ‚bī‚pə‚ten‚chē′al‚əd‚ē }

**biprism** [OPTICS] A prism with apex angle only a little less than 180°, which produces a double image of a point source, giving rise to interference fringes on a nearby screen. { ′bī‚priz‚əm }

**biprism interference** [OPTICS] Light interference fringes seen on a screen near a biprism. { ′bī‚priz‚əm ‚int‚ər′fir‚əns }

**bipropellant** [MATER] A rocket propellant consisting of two unmixed or uncombined chemicals (fuel and oxidizer) fed to the combustion chamber separately. { ‚bī′prə′pel‚ənt }

**2,2′-bipyridine** See 2,2′-dipyridil. { ‚tü′ ‚tü‚prīm ‚bī′pir‚ə‚dēn }

**biquadratic** [MATH] Any fourth-degree algebraic expression. Also known as quartic. { ‚bī‚kwə′drad‚ik }

**biquadratic equation** See quartic equation. { ‚bī‚kwə′drad‚ik i′kwā‚zhən }

**biquartic filter** [ELECTR] An active filter that uses operational amplifiers in combination with resistors and capacitors to provide infinite values of $Q$ and simple adjustments for band-pass and center frequency. { ‚bī‚kwȯrd‚ik ′fil‚tər }

**biquartz** [OPTICS] A device consisting of two adjoining pieces of quartz of equal thickness that rotate the plane of polarization of light in opposite directions; used with a Nicol prism or other analyzer to increase the accuracy of the latter in determining the properties of polarized light. { ′bī‚kwȯrts }

**biquinary abacus** [MATH] An abacus in which the frame is divided into two parts by a bar which separates each wire into two- and five-counter segments. { bī′kwin‚ə‚rē ′ab‚ə‚kəs }

**biquinary notation** [MATH] A mixed-base notation system in which the first of each pair of digits counts 0 or 1 unit of five, and the second counts 0, 1, 2, 3, or 4 units. Also known as biquinary number system. { bī′kwin‚ə‚rē nō′tā‚shən }

**biquinary number system** See biquinary notation. { bī′kwin‚ə‚rē ′nəm‚bər ‚sis‚təm }

**biradial symmetry** [BIOL] Symmetry both radial and bilateral. Also known as disymmetry. { ‚bī′rād‚ē‚əl ′sim‚ə‚trē }

**biradical** [CHEM] A chemical species having two independent odd-electron sites. { bī′rad‚ə‚kəl }

**biramous** [BIOL] Having two branches, such as an arthropod appendage. { bī′rā‚məs }

**birch** [BOT] The common name for all deciduous trees of the genus Betula that compose the family Betulaceae in the order Fagales. { bərch }

**birch tar oil** [MATER] A toxic liquid mixture of guaiacol, phenols, cresol, xylenol, and creosol; derived from distillation of birch tar and by dry distillation of the wood of Betula alba; used as a disinfectant, in leather dressing, and in medicine. { ′bərch ‚tär ‚ȯil }

**bird** [VERT ZOO] Any of the warm-blooded vertebrates which make up the class Aves. { bərd }

**birdcaged wire** [ENG] Wire rope whose strands have been distorted into the shape of a birdcage by a sudden release of a load during a hoisting operation. { ′bərd‚kājd ‚wīr }

**bird's-foot delta** [GEOL] A delta with long, projecting distributary channels that branch outward like the toes or claws of a bird. { ′bərdz ‚fu̇t ′del‚tə }

**bird-hipped dinosaur** [PALEON] Any member of the order Ornithischia, distinguished by the birdlike arrangement of their hipbones. { ‚bərd ‚hipt ′dīn‚ə‚sȯr }

**bird louse** [INV ZOO] The common name for any insect of the order Mallophaga. Also known as biting louse. { ′bərd ‚lau̇s }

**birdnesting** [ORD] Clumping together of chaff dipoles after they have been dispensed from an aircraft. { ′bərd‚nest‚iŋ }

**bird of prey** [VERT ZOO] Any of various carnivorous birds of the orders Falconiformes and Strigiformes which feed on meat taken by hunting. { ′bərd əv ′prā }

**birdseye** [MATER] A small localized area in wood in which the fibers are indented and otherwise contorted to form few to many circular or elliptical figures on the tangential surface. { ′bərd‚ī }

**bird's-eye** [TEXT] A fabric woven on a Dobby loom that is characterized by diamond-shaped spots. { ′bərdz‚ī }

**bird's-eye rot** [PL PATH] A fungus disease of the grape caused by Elsinoe ampelina and characterized by small, dark, sunken spots with light centers on the fruit. { ′bərdz ′ī ‚rät }

**bird's-eye spot** [PL PATH] 1. A plant disease characterized by dark, round spots surrounded by lighter tissue. 2. A fungus disease of tea leaves caused by Orcospora theae. 3. A leaf spot



BIPOLAR INTEGRATED CIRCUIT

Photomicrograph of three-input bipolar logic gate circuit—one of the earliest digital integrated circuits. (Fairchild Semiconductor)

# EXHIBIT 6

SEP 1 6 2005

# IEEE 100
# The Authoritative Dictionary of
# IEEE Standards Terms

### Seventh Edition



Published by
Standards Information Network
IEEE Press

Trademarks and disclaimers

*IEEE believes the information in this publication is accurate as of its publication date; such information is subject to change without notice. IEEE is not responsible for any inadvertent errors.*

*Other tradenames and trademarks in this document are those of their respective owners.*

*The Institute of Electrical and Electronics Engineering, Inc.*
*3 Park Avenue, New York, NY, 10016-5997, USA*

*Copyright © 2000 by the Institute of Electrical and Electronics Engineers, Inc. All rights reserved. Published December 2000. Printed in the United States of America.*

*No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.*

*To order IEEE Press publications, call 1-800-678-IEEE.*

*Print: ISBN 0-7381-2601-2*            *SP1122*

See other standards and standards-related product listings at: http://standards.ieee.org/

*The publisher believes that the information and guidance given in this work serve as an enhancement to users, all parties must rely upon their own skill and judgement when making use of it. The publisher does not assume any liability to anyone for any loss or damage caused by any error or omission in the work, whether such error or omission is the result of negligence or any other cause. Any and all such liability is disclaimed.*

*This work is published with the understanding that the IEEE is supplying information through this publication, not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought. The IEEE is not responsible for the statements and opinions advanced in this publication.*

Library of Congress Cataloging-in-Publication Data

IEEE 100 : the authoritative dictionary of IEEE standards terms.— 7th ed.
     p. cm.
  ISBN 0-7381-2601-2 (paperback : alk. paper)
    1. Electric engineering—Dictionaries. 2. Electronics—Dictionaries. 3. Computer
engineering—Dictionaries. 4. Electric engineering—Acronyms. 5. Electronics—Acronyms.
6. Computer engineering—Acronyms. I. Institute of Electrical and Electronics Engineers.

TK9 .I28 2000
621.3'03—dc21                                                  00-050601

live-metal part    629

**live-metal part (power and distribution transformers)** A part consisting of electrically conductive material which can be energized under conditions of normal use of the equipment. (PE/TR) C57.12.80-1978r

**live parts** Those parts that are designed to operate at voltage different from that of the earth. (SWG/PE/SUB/PSIM) C37.40-1993, C37.100-1992, 119-1974w, 1268-1997

**live removal** The process of removing boards from a backplane when power is on. (C/BA) 896.2-1991w

**live room (audio and electroacoustics)** A room that has an unusually small amount of sound absorption. (SP) [32]

**live tank switching device** A switching device in which the vessel(s) housing the interrupter(s) is at a potential above ground. (SWG/PE) C37.100-1992

**live time (1)** The time interval of a count during which a counting system is capable of processing input pulses. Elapsed (or real) time equals live time plus dead time. (NI) N42.14-1991

(2) The live time, in seconds and fraction thereof, of acquisition of the spectrum. It is expressed as 14 characters including decimal point with leading zeros interpreted as zeros. (NPS/NID) 1214-1992r

(3) The total time of the measurement minus the total dead time. (NI) N42.12-1994

**live work** Work on or near (e.g., part of tools being used or worker's body less than minimum approach distance) energized or potentially energized lines (i.e., grounding, live tool work, hot stick work, gloving and barehand work). (T&D/PE) 516-1995

**live zone** The period(s) in the operating cycle of a machine during which corrective functions can be initiated. (IA/ICTL/IAC) [60]

**LLC** See: logical link control.

**LLC encoding** See: logical link control encoding.

**LLC frame** See: logical link control frame.

**LLC procedure** See: logical link control procedure.

**LLC sublayer** See: logical link control sublayer.

**LME** See: layer management entity.

**LMI** See: layer management interface.

**LMSC** See: LAN/MAN Standards Committee.

**LNA** See: launch numerical aperture.

**L network (1) (general)** A network composed of two branches in series, the free ends being connected to one pair of terminals and the junction point and one free end being connected to another pair of terminals. See also: network analysis. (Std100) 270-1966w

(2) An unbalanced ladder network composed of a series arm and a shunt arm.



*The free ends are left-hand terminal pair; the junction point and one free end are the right-hand terminal pair.*

**L network**

(CAS) [13]

**load (1) (charge) (induction and dielectric heating usage)** The material to be heated. See also: induction heating. (IA) 54-1955w

(2) **(power and distribution transformers) (output)** The apparent power in megavolt-amperes, kilovolt-amperes, or volt-amperes that may be transferred by the transformer. (PE/TR) C57.12.80-1978r

(3) **(rotating machinery)** All the numerical values of the electrical and mechanical quantities that signify the demand to be made on a rotating machine by an electric circuit or a mechanism at a given instant. See also: direct-current commutating machine. (PE) [9]

(4) **(programming)** To place data into internal storage. (C) [20], [85]

(5) **(electric) (electric utilization)** The electric power used by devices connected to an electrical generating system. See also: generating station. (PE/PSE) [54]

(6) **(A) (automatic control)** An energy-absorbing device. **(B) (automatic control)** The material, force, torque, energy, or power applied to or removed from a system or element. (PE/EDPG) [3]

(7) **(data transmission)** A power-consuming device connected to a circuit. One use of the word "load" is to denote a resistor or impedance which replaces some circuit element temporarily or permanently removed. For example, if a filter is disconnected from a line, the line may be artificially terminated in an impedance which simulates the filter that was removed. The artificial termination is then called a load or a dummy load. (PE) 599-1985w

(8) **(A) (test, measurement, and diagnostic equipment)** To read information from cards or tape into memory. **(B) (test, measurement, and diagnostic equipment)** Building block or adapter providing a simulation of the normal termination characteristics of a unit under test. **(C) (test, measurement, and diagnostic equipment)** The effect that the test equipment has on the unit under test or vice versa. (MIL) [2]

(9) **(A) (software)** To read machine code into main memory in preparation for execution and, in some cases, to perform address adjustment and linking of modules. See also: loader. **(B) (software)** To copy computer instructions or data from external storage to internal storage or from internal storage to registers. Contrast: store. See also: fetch; move. (C) 610.12-1990

(10) **(data management)** To insert data values into a database that previously contained no data. Synonym: populate. See also: download; upload. (C) 610.5-1990w

(11) To move the image of a client program from a long-term storage medium (such as a disk) into memory where it may be executed. (C/BA) 1275-1994

(12) **(A)** In computer operations, the amount of scheduled work to be performed on a computer system. See also: line load. **(B)** In electronics, the amount of current drawn by a device. Note: This determines the "drive strength" of the circuit. See also: loading. (C) 610.7-1995, 610.10-1994

(13) To enter data or programs into storage or working registers. See also: mount. (C) 610.10-1994w

(14) Demand or energy. (PE/PSE) 858-1993w

(15) The true or apparent power consumed by power utilization equipment performing its normal function. (SWG/PE) C37.100-1992

**loadability (of an air switch)** The ratio of allowable continuous current at 25°C ambient temperature to rated current. Note: Loadability is a measure of the average allowable continuous current over a range of ambient temperatures from 10°C to 40°C for the air surrounding air switches. (SWG/PE) C37.30-1992s, C37.34-1994, C37.37-1996

**loadability factor (of an air switch)** The ratio of allowable continuous current at a given ambient temperature to rated current. (SWG/PE) C37.37-1996

**Loadable Device (LD)** A station on the network that is capable of accepting a load from a Load Service. (LM/C) 15802-4-1994

**load&add** A data-access operation that adds a *next* value to a specified data type and returns the previous data value. (C/MM) 1596.5-1993

**load-and-go (1)** An operating technique in which there are no stops between the loading and execution phases of a program, and which may include assembling or compiling. (C) [20], [85]

shift-out character (SO) A code extension character that substitutes, for the graphic characters of the original character set, an alternative set of graphic characters upon which agreement has been reached or that has been designated using code extension procedures. *Contrast:* shift-in character.
(C) 610.5-1990w

shift pulse A drive pulse that initiates shifting of characters in a register.                    (Std100) 163-1959w

shift register (1) A register in which the stored data can be moved to the right or left.         (C) [20], [85]
(2) A register in which the data bits can be shifted in one direction or both; for example, if the contents are 11010010 and the register is shifted to the right, the result is x11010001; where x is a zero, one, or the bit shifted off the right end, depending on the type of shift register. *See also:* circulating register.                    (C) 610.10-1994w

shim (A) (rotating machinery) (mechanical) A lamination usually machined to close-tolerance thickness, for assembly between two parts to control spacing. (B) (rotating machinery) (magnetic) A lamination added to adjust or change the effective air gap in a magnetic circuit. *See also:* rotor; stator.
(PE) [9]

shingle (photoelectric converter) Combination of photoelectric converters in series in a shingle-type structure. *See also:* semiconductor.                    (AES) [41]

ship control telephone system A system of sound-powered telephones (requiring no external power supply for talking) with call bells, exclusively for communication among officers responsible for control and operation of a ship. *Note:* Call bells are usually energized by hand-cranked magneto generators.
(EEC/PE) [119]

shipping brace (rotating machinery) Any structure provided to reduce motion or stress during shipment, that must be removed before operation.                    (PE) [9]

shipping seal *See:* sealed end.

ship's service electric system On any vessel, all electric apparatus and circuits for power and lighting, except apparatus provided primarily either for ship propulsion or for the emergency system. *Note:* Emergency and interior communication circuits are normally supplied with power from the ship's service system, upon failure of which they are switched to an independent emergency generator or other sources of supply. *See also:* marine electric apparatus.    (EEC/PE) [119]

shock excitation (oscillatory systems) The excitation of natural oscillations in an oscillatory system due to a sudden acquisition of energy from an external source or a sudden release of energy stored with the oscillatory system. *See also:* oscillatory circuit.                    (PE/EEC) [119]

shock motion (mechanical system) Transient motion that is characterized by suddenness, by significant relative displacements, and by the development of substantial internal forces in the system. *See also:* mechanical shock.    (SP) [32]

shock, primary *See:* primary shock.

shockproof electric apparatus Electric apparatus designed to withstand, to a specified degree, shock of specified severity. *Note:* The severity is stated in footpounds impact on a special test stand equivalent to shock of gunfire, explosion of mine or torpedo, etc. *See also:* marine electric apparatus.
(EEC/PE) [119]

shock, secondary *See:* secondary shock.

shoe (ramp shoe) Part of a vehicle-carried apparatus that makes contact with a ramp.                    (EEC/PE) [119]

shop instruments Instruments and meters that are used in regular routine shop or field operations.    (ELM) C12.1-1982s

shop—meter A place where meters are inspected, repaired, tested, and adjusted.                    (ELM) C12.1-1988

shop test (laboratory test) A test made upon the receipt of a meter from a manufacturer, or prior to reinstallation. Such tests are made in a shop or a laboratory of a meter department. *See also:* service test.                    (EEC/PE) [119]

shoran (navigation aid terms) A radio navigation system that provides circular lines of position. The term is derived from the words short-range navigation.    (AES/GCS) 172-1983w

shore feeder Permanently installed conductors from a distribution switchboard to a connection box (or boxes) conveniently located for the attachment of portable leads for supply of power to a ship from a source on shore. *See also:* marine electric apparatus.                    (EEC/PE) [119]

short answer interaction An instruction method employed by some computer-assisted instruction systems, in which the student is asked to provide a word or phrase in response to a question.                    (C) 610.2-1987

short card A special-purpose punch card that is shorter in length than a standard 80-column punch card; For example, a 51 column card.                    (C) 610.10-1994w

short circuit (1) (gas-tube surge protective devices) An abnormal connection of relatively low impedance, whether made accidentally or intentionally, between two points of different potential in a circuit.
(SPD/PE) C62.31-1987r, C62.32-1981s
(2) An abnormal connection (including an arc) of relatively low impedance, whether made accidentally or intentionally, between two points of different potential. *Note:* The term *fault* or *short-circuit fault* is used to describe a short circuit.
(SWG/IA/PE/PSP) 1015-1997, C37.100-1992
(3) The condition in which the output terminals of the power supply are directly connected together, resulting in near-zero output voltage.                    (PEL) 1515-2000

short circuit, adjustable, waveguide (waveguide components) A longitudinally movable obstacle which reflects essentially all the incident energy.    (MTT) 147-1979w

short-circuit current (1) (electric power systems in commercial buildings) An overcurrent resulting from a fault of negligible impedance between live conductors having a difference in potential under normal operating conditions. The fault path may include the path from active conductors via earth to neutral.                    (IA/PSE) 241-1990t
(2) (protection and coordination of industrial and commercial power systems) An overcurrent usually defined as being in excess of ten times normal continuous rating. *See also:* overload.                    (IA/PSP) 242-1986r
(3) (overhead power lines) The current between a conductive object and ground through a zero impedance connection or in a closed circuit, as a result of induction or deposition of charge.                    (T&D/PE) 539-1990
(4) (of a battery charger) The current magnitude at the output terminals, when the terminals are short circuited and with nominal input voltage supplied to the charger.
(IA/PSE) 602-1996
(5) (transformer-rectifier system) The steady-state value of the input alternating current that flows when the output direct current terminals are short-circuited and rated line alternating voltage is applied to the line terminals. This current is normally of interest when using current limiting transformers or checking current limiting devices.    (PEL/ET) 295-1969r

short-circuit dc current The dc current between a conductive object and ground through a zero impedance, as a result of deposition of charge.                    (T&D/PE) 539-1990

short-circuit driving-point admittance *See:* admittance, short-circuit driving-point.

short-circuit duration rating (magnetic amplifier) The length of time that a short circuit may be applied to the load terminals nonrecurrently without reducing the intended life of the amplifier or exceeding the specified temperature rise.
(MAG) 107-1964w

short-circuiter A device designed to short circuit the commutator bars when the motor has attained a predetermined speed in some forms of single-phase commutator-type motors. *See also:* asynchronous machine.    (EEC/PE) [119]

short circuit, external dc *See:* external dc short circuit.

short-circuit feedback admittance *See:* admittance, short-circuit feedback.

the voltage
witching de-
ransient re-
ng the volt-
om current
ie rate may
elected as a
-frequency
ntial func-
o voltage.
tween the
switching
ent recov-
y voltage
ge rate, or
o the type
ng actual
which the

100-1992
transient
low. The
ie, over-
applica-
of inter-
elay time
A-1978s
ly vary-
-1970w
unit, or
it.
0-1992
icrease.
dy-state
ecified
ly-state
output
cent of
nimum
curing
e elec-
t of the
f rated
58, [5]
tem if,
-state

) [10]
ratio
ow at
erred.
n.
[10]
num
sys-
hich
lity.
[10]
r in-
ergy
used
969r
The
per-
t or
nce
ame
fer-
der
f a
See
ent
46]

**transient thermal rating** The transient thermal rating is that
final current ($I_f$) that yields the maximum allowable conductor
temperature ($T_{max}$) in a specified time after a step change in
electrical current from some initial current, $I_i$.
(T&D/PE) 738-1993

**transient voltage capability (thyristor)** Rated nonrepetitive
peak reverse voltage. The maximum instantaneous value of
any nonrepetitive transient reverse voltage that may occur
across a thyristor without damage. (IA/IPC) 428-1981w

**transient voltage surge suppressor (TVSS)** A device that
functions as a surge protective device (SPD) or surge sup-
pressor. (IA/PSE) 1100-1999

**transimpedance (of a magnetic amplifier)** The ratio of differ-
ential output voltage to differential output current.
(MAG) 107-1964w

**transinformation (of an output symbol about an input symbol)**
The difference between the information content of the input
symbol and the conditional information content of the input
symbol given the output symbol. *Notes:* 1. If $x_i$ is an input
symbol and $y_j$ is an output symbol, the transinformation is
equal to

$$\{-\log p(x_i)\} - \{-\log p(x_i|y_j)\}$$

$$= \log \frac{p(x_i|y_j)}{p(x_i)} = \log \frac{p(x_i,y_j)}{p(x_i)p(y_j)}$$

where $p(x_i|y_j)$ is the conditional probability that $x_i$ was trans-
mitted when $y_j$ is received, and $p(x_i,y_j)$ is the joint probability
of $x_i$ and $y_j$. 2. This quantity has been called transferred in-
formation, transmitted information, and mutual information.
*See also:* information theory. (IT) [123]

**transistor (1)** An active semiconductor device with three or
more terminals. It is an analog device. (ED) 216-1960w
(2) A semiconductor device for controlling the flow of cur-
rent between two terminals, the emitter and the collector, by
means of variations in the current flow between a third ter-
minal, the base, and one of the other two. *See also:* logic gate.
(C) 610.10-1994w

**transistor, conductivity-modulation** *See:* conductivity-modu-
lation transistor.

**transistor equivalent (A)** A model approximating the behavior
of an electronic component using only transistors, resistors,
capacitors and inductors. (B) An approximation of the size of
an integrated circuit, counting all circuit elements as transis-
tors or portions thereof. (C) 610.10-1994

**transistor, filamentary** *See:* filamentary transistor.

**transistor, junction** *See:* junction transistor.

**transistor, point-contact** *See:* point-contact transistor.

**transistor, point-junction** *See:* point-junction transistor.

**transistor reset preamplifier** An integrating preamplifier in
which the charge that accumulates on the feedback capacitor
is drained off through a transistor when the charge exceeds a
predetermined value. (NPS) 325-1996

**transistor-transistor logic (TTL)** A family of bipolar inte-
grated circuit logic in which the multiple inputs on gates are
provided by multiple transistors. (C) 610.10-1994w

**transistor, unipolar** *See:* unipolar transistor.

**transit (1) (navigation aids)** A radio navigation system using
low orbit satellites to provide world-wide coverage, with
transmissions from the satellites at vhf (very high frequency)
and uhf (ultra high frequency), in which fixes are determined
from measurements of the Doppler shift of the continuous
wave signal received from the moving satellite.
(AES/GCS) 172-1983w
(2) An instrument primarily used during construction of a line
to survey the route, to set hubs and point on tangent (POT)
locations, to plumb structures, to determine downstream angles
for locations of anchors at the pull and tension sites, and to
sag conductors. *Synonyms:* site marker; level; scope.
(T&D/PE) 524-1992r

**transit angle** The product of angular frequency and the time
taken for an electron to traverse a given path. *See also:* elec-
tron emission. (ED) 161-1971w, [45]

**transition (1) (A) (data transmission) (signal transmission)**
The change from one circuit condition to the other, that is, to
change from mark to space or from space to mark. (B) (data
transmission) (waveform) (pulse techniques) A change of the
instantaneous amplitude from one amplitude to another am-
plitude level. (C) (data transmission) (transition frequency)
(disk recording system) (crossover frequency) turnover fre-
quency) The frequency corresponding to the point of inter-
section of the asymptotes to the constant-amplitude and the
constant-velocity portions of its frequency response curve.
This curve is plotted with output voltage ratio in decibels as
the ordinate and the logarithm of the frequency as the ab-
scissa. (PE) 599-1985
(2) (A) (pulse) A portion of a wave or pulse between a first
nominal state and a second nominal state. Throughout the
remainder of this document the term transition is included in
the term pulse and wave. (B) (pulse) The region of a pulse
in which a major change in amplitude occurs, such as the
leading edge (first transition) or final trailing edge (last tran-
sition). (NPS) 300-1988
(3) A joint that connects two cable types. A joint on extruded
cable rated 46–138 kV connecting an ethylene propylene
rubber (EPR) insulated cable to a crosslinked polyethylene
(XLPE) or high-molecular-weight polyethylene (HMWPE)
insulated cable should be considered a transition joint.
(PE/IC) 404-1993
(4) (of a pulse) The region of a pulse in which a major change
in amplitude occurs, such as at the leading edge (first transi-
tion) or final trailing edge (last transition).
(NPS) 325-1996
(5) The change of a logic signal from one state to another (as
in ". . .a transition at the input shall cause. . .") or the pair
of logic states between which a transition may occur (as in
". . .the delay for a low-to- high transition. . .").
(C/DA) 1481-1999
(6) *See also:* software transition. (C/SE) J-STD-016-1995

**transitional mode** The change from the nonoperating to the
operating mode, caused by switching the input to the relay
from the nonoperating to the operating input, or vice versa.
(SWG/PE/PSR) C37.100-1992, C37.98-1977s

**transition compartment** The compartment specifically de-
signed for joining gas-insulated substation equipment of dif-
ferent design or manufacture. This compartment provides the
necessary transition for the current-carrying conductor and
the gas enclosure.
(SWG/PE/SUB) C37.100-1992, C37.122.1-1993,
C37.122-1993

**transition contacts** For resistance-type LTCs, a set of contacts
that is connected in series with a transition impedance and
makes and breaks current. (PE/TR) C57.131-1995

**transition current** The current required at a given temperature
and duration to cause a current-protective device to change
state. (SPD/PE) C62.36-1994

**transition density** The number of times the stream of bits within
an 8B/10B code-group changes its value.
(C/LM) 802.3-1998

**transition duration (1) (pulse terminology)** The duration be-
tween the proximal point and the distal point on a transition
waveform. (IM/WM&A) 194-1977w
(2) (of a step response) The duration between the proximal
point (10%) and the distal point (90%) on the recorded output
response transition, for an ideal input step with designated
baseline and topline. (IM/WM&A) 1057-1994w

**transition frequency (disk recording)** The frequency corre-
sponding to the point of intersection of the asymptotes to the
constant-amplitude and the constant-velocity portions of its
frequency response curve. This curve is plotted with output
voltage ratio in decibels as the ordinate and the logarithm of
the frequency as the abscissa. *Synonyms:* turnover frequency;

# EXHIBIT 7



ALL-STATE® LEGAL  800-222-0510  ED.1  RECYCLED

# THE OXFORD
# ENGLISH
# DICTIONARY

## SECOND EDITION

*Prepared by*

J. A. SIMPSON *and* E. S. C. WEINER

## VOLUME XV

Ser–Soosy

CLARENDON PRESS · OXFORD

*Oxford University Press, Great Clarendon Street, Oxford* OX2 6DP

*Oxford New York*

*Athens Auckland Bangkok Bogotá Buenos Aires Calcutta*
*Cape Town Chennai Dar es Salaam Delhi Florence Hong Kong Istanbul*
*Karachi Kuala Lumpur Madrid Melbourne Mexico City Mumbai*
*Nairobi Paris São Paulo Singapore Taipei Tokyo Toronto Warsaw*

*and associated companies in*
*Berlin Ibadan*

*Oxford is a registered trade mark of Oxford University Press*

© *Oxford University Press 1989*

*First published 1989*
*Reprinted 1991 (with corrections), 1998*

*All rights reserved. No part of this publication may be reproduced,*
*stored in a retrieval system, or transmitted, in any form or by any means,*
*without the prior permission in writing of Oxford University Press.*
*Within the UK, exceptions are allowed in respect of any fair dealing for the*
*purpose of research or private study, or criticism or review, as permitted*
*under the Copyright, Designs and Patents Act, 1988, or in the case of*
*reprographic reproduction in accordance with the terms of the licences*
*issued by the Copyright Licensing Agency. Enquiries concerning*
*reproduction outside these terms and in other countries should be*
*sent to the Rights Department, Oxford University Press,*
*at the address above*

*British Library Cataloguing in Publication Data*
*Oxford English dictionary.—2nd ed.*
*1. English language—Dictionaries*
*I. Simpson, J. A. (John Andrew), 1953–*
*II. Weiner, Edmund S. C., 1950–*
*423*
*ISBN 0-19-861227-3 (vol. XV)*
*ISBN 0-19-861186-2 (set)*

*Library of Congress Cataloging-in-Publication Data*
*The Oxford English dictionary.—2nd ed.*
*prepared by J. A. Simpson and E. S. C. Weiner*
*Bibliography: p.*
*ISBN 0-19-861227-3 (vol. XV)*
*ISBN 0-19-861186-2 (set)*
*1. English language—Dictionaries.  I. Simpson, J. A.*
*II. Weiner, E. S. C.  III. Oxford University Press.*
*PE1625.O87 1989*
*423--dc19     88-5330*

*Data capture by ICC, Fort Washington, Pa.*
*Text-processing by Oxford University Press*
*Typesetting by Pindar Graphics Origination, Scarborough, N. Yorks.*
*Manufactured in the United States of America by*
*World Color Book Services, Taunton, Mass.*

453

1968 'G. BAGBY' *Another Day—Another Death* vii. 142 He showed me the porter's sign-in. The man had come in quite early. 1972 'J. LANGE' *Binary* 8 A guard with a sign-in book stood in front of the elevator. Graves... took the pen and wrote his name, his authorization, and the time. 1978 S. BRILL *Teamsters* iii. 115 Their names were the first entered every morning in the sign-in register at the Fund's reception desk. 1942 E. CULBERTSON *Official Bk. Contract Bridge* xv. 187 Finally, there is the sign-off bid... The sign-off may be made even if the responder hold one Ace. 1949 *Cavalier Daily* (Univ. Virginia) 23 Sept. 1/3 A non-affiliated station ... will be on the air only during the daylight hours. Sign-on and sign-off times will vary from month to month. 1958 *Listener* 30 Oct. 709/2 The sign-off for her partner would clearly be Five Hearts. 1960 *News Chron.* 27 June 3/1 One [question]... was used by the producer as a rather abrupt sign-off. 1961 [see *sign-on* below]. N. T. MOORE *Coll. Lett. D. H. Lawrence* I. p. xxi, Lawrence's sign-off line was often a foreign phrase. 1971 H. TREVELYAN *World's Apart* xvii. 194 So now they could no longer sign-off and lead the expected 'sign-off' statement on Vietnam, evidence that they were powerless to take any diplomatic initiative. 1976 *Time* 20 Dec. 47/2 Remember his sign-off as he was being expelled from a Democratic Convention: 'This is John Chancellor, somewhere in custody.' 1948 *Seafarers' Log* 9 Jan. 5/2 One thing about the pay-offs and sign-ons we had: All the beefs were settled aboard ship to everybody's satisfaction. 1949 [see *sign-off* above]. 1961 *Time* 19 May 53/1 The toughest TV critic...dared the station and network operators and owners to sit down in front of their sets from sign-on to sign-off. 1968 'G. BAGBY' *Another Day — Another Death* vii. 142, I looked at the later sign-outs. Those covered the mob of cleaning women. 1940 *Sun* (Baltimore) 17 Sept. 9/7 Talbot, with a 'sign up' of 391,... led all the counties. 1941 *Ibid.* 14 Feb. 7/1 'There is a direct need for immediate sign-up' of nurses for army duty. 1945 *National Legionnaire* (U.S.) Sept. 1 [*heading*] Legion speeds sign-up of 12,000,000 War II victors. 1951 *Daily Progress* (Charlottesville, Va.) 3 Mar. 3/2 Sign-ups through the end of last month totaled 1,033. 1972 *Jrnl. Social Psychol. LXXXVII.* 118 A sign-up sheet was then distributed and students were asked to indicate whether...they would be willing to volunteer for the experiment. 1974 *News of Reporter* (Chester, S. Carolina) 22 Apr. 10-A/1 This will be a singles tournament and sign up will start Saturday morning at 10 a.m. 1980 *Dirt Bike* Oct. 5/1 The little gray-haired lady at the sign-up booth is your wife, or your girlfriend.

**†sign, v.** *Obs.* Forms: 4-6 signe, 5 segne, 5-6 sygne; 4 syngne, 5-6 syne. [Aphetic f. ASSIGN *v.*]

*trans.* To assign, appoint.

1338 R. BRUNNE *Chron.* (1810) 163 Tent & pauillon tille Isaac did he signe. 1389 in *Eng. Gilds* (1870) 35 Ilk an stede that be brethern... shulden ben redy at that day...In wat stede that he syngned hem. 1430 LYDG. *Paternoster* 284 in *Min. Poems* (E.E.T.S.), Cause his lord was sygn from dethe Hit was fetryd and sygned to prysoun. 1467-8 *Rolls of Parlt.* V. 621/1 Many atraunt Thevis...became Provers, and desire a Coroner to be signed unto theym to make their appelles of dyvers Felonyes. 1530 BARCLAY *Mirr. Gd. Manners* (1570) E iij, Like as a wise warriour signeth a souldiour For enemies aproching to watche and to espie. 1533 LD. BERNERS *Huon* cxxix. 473 So euery man lordyd excepte suche as were signed to kepe the shyppes. 1582 STANYHURST *Æneis* 1. (Arb.) 19 The Emperor heaunlye...too thee the auctoritye signed Too swage seas surging.

**sign, obs.** form of SINE *sb.* and SING *v.*

**signable** ('saməb(ə)l), *a.* [f. SIGN *v.*[1] + -ABLE.]

1. That may be signed (Ogilvie *Suppl.* 1855).

2. Capable of signing.
1802 GADNING *Let.* in *Diaries & Corr. Ld. Malmesbury* IV. 96, I commit the paper to your discretion. If signable people should fall in your way, or if unsignable,...use it.

**†signacle, *Obs.* Also 4-5 sygna-, 5 synacle; 6-7 signable, 8 sinacle.** [a. OF. *signacle*, *sinacle*, etc., L. *signāculum*, dim. from *signum* SIGN *sb.*]

1. A sign, seal, mark, figure.
1382 WYCLIF *1 Cor.* ix. 2 3e ben the sygnacle, or litil signe, of myn apostilhed in the Lord. ?*c* 1400 LYDG. *Æsop's Fab.* iii. 171 The name of god...Is the signacle of the celestial seale. *c* 1450 tr. *De Imitatione* iii. lit. 140 'This grace is...a propre signacle of þe chosen children of god. 1483 CAXTON *Gold. Leg.* 431 b/1 He had the Sygnacle or fygure of the holy crosse in non right grete reuerence that he retorned to take on hit. 1500-20 DUNBAR *Poems* lxxxv. 18 All thing maling we downe thring, Be sicht of his signacle. 2 1555 BRADFORD *Medit.* (1607) 96 The sacrament of circumcision, which as the Apostle calleth the seale or signacle of righteousness. 1656 in BLOUNT *Glossogr.*

2. A sign or gesture.
*c* 1450 LOVELICH *Grail* xxxviii. 62 Whanne Nasciens knew that he hol was Be the signacle of [*a* made by] þe Man In that plas. 1490 CAXTON *Eneydos* v. 21 The sayd waymen were alle drawenelled,...makynge meruelous synacles, as there customes was in that tyme.

3. *Sc.* A slight token or trace.
1768 ROSS *Helenore* i. 8 Never a sinacle of life was there. 1790 SHIRREFS *Poems* Gl. 32 *Sinacle*, a grain, a small quantity.

**signage** ('saınıdʒ). Chiefly *N. Amer.* [f. SIGN *sb.* + -AGE.] Signs collectively, *esp.* public signs on facia boards, signposts, etc.; the design and arrangement of these.
1976 *Federal Suppl.* (U.S.) CDXIV. 1168/1 All signage, stationery, forms, calling cards and other symbols are identical with no distinction between the main bank and the drive-in facility. 1976 *National Observer* (U.S.) 21 Aug. 8/3 They are being a lot tougher on signage and landscaping and buildings. 1979 *Amer. Banker* 28 Feb. 4 The overall appearance of your bank, the building, the grounds, the signage. 1981 *Beautiful Brit. Columbia* Fall 16/2 Many travel Columbians...have traced Lewis and Clark's travels

signage and visiting the many historic stopping places. 1983 *N.Y. Times* 23 Oct. VIII. 7/1 The cacophony of visual accents in the Times Square area—the graphics and the signage. 1986 *Your Business* Mar. 32/1 Every aspect of a company's personality is reviewed...to the design of invoices and signage.

**signal** ('sıgnəl), *sb.* [a. F. *signal* (OF. also *seignal, seignau,* etc.), = Pg. *sinal,* Sp. *señal,* It. *segnale,* med.L. a Romanic formation on L. *signum* SIGN: see -AL[1] 4. Used by Chaucer and Gower, but otherwise evidenced only from the end of the 16th century.]

**†1. a.** A visible sign; a badge or symbol. *Obs.*
*c* 1384 CHAUCER *Ho. Fame* i. 459 Tho such I... aile the meruelous signals Of the goddys celestials. 1390 GOWER *Conf.* III. 57 In his hond He bar the signal of his lond With fethres... there. 1601 Sir W. CORNWALLIS *Disc. Seneca* (1631) 7 His other signals of authority... the deckings of a corrupt minde.

**b.** A mark of distinction or honour. *Obs.*
1652 M. CARTER *Honor Rediv.* (1660) 3 Vertue being still admired, and honored, and some signall put upon it. 1685 BUNYAN *Seventh-day Sabbath* v, Now what another signal was here [i.e. at the day of Pentecost] put upon the first day of the week.

**2.** A sign, token, or indication (*of* something). In later use not clearly separable from sense 4.
1591 SHAKS. *1 Hen. VI,* ii. iv. 121 In signall of my loue to thee. 1594 —— *Rich. III,* v. iii. 21 [Q*tos.*], The vearie some ...Giues signall of a goodlie day to-morrow. 1646 Sir T. BROWNE *Pseud. Ep.* i. iv, The bread and wine which were but the signalls or visible signes...making of these signified. 1719 DE FOE *Fam. Instruct.* 1. i. (1841) I. 13 'Tis a signal that he has no thought of mercy in store for them. 1725 —— *Voy. round World* (1840) 320 All this while we saw no people, nor any signal of any. 1782 V. KNOX *Ess. xcv.* (1819) II. 190 To whom we wish to display some signal of our love. 1820 SHELLEY *Ode to Naples* 113 The signal and the seal... Art thou of all these hopes. 1848 THACKERAY *Van. Fair* xviii, The arrival of the piano, which, as she conjectured, must have come from George, and was a signal of amity on his part.

**3.** A sign agreed upon or understood as the occasion of concerted action, *esp.* one ordering the movement of troops or ships; also *fig.,* an exciting cause.
1593 SHAKS. *Rich. II,* i. iii. 116 Attending but the signall to begin. 1611 CORYAT *Crudities* 16 Presently they gaue the Signall to Hernand Trullo, that lay vnder the towns with his ambuscado. 1667 MILTON *P.L.* v. 702 All obey'd The wonted signal. 1704 DE FOE *Mem. Cavalier* (1840) 176 The signal of battle being given with two cannon shot we marched in order of battalia. 1770 LANGHORNE *Plutarch* (1851) I. 60/2 The praetor...was the signal to advance. 1816 J. WILSON *City of Plague* III. iii, Go on deck, and tell me if thou seest The signal flying for close line of battle. 1860 TYNDALL *Glac.* i. xix. 134 This was the signal for a grasp all round. 1874 GREEN *Short Hist.* vi. §5. 318 'The meeting of the Emperor [Charles] with Henry at Southampton gave the signal for a renewal of the war.

**4. a.** A sign or notice, perceptible by sight or hearing, given especially for the purpose of conveying warning, direction, or information.
1598 DRAYTON *Heroical Ep. Poems* (1619) 212, I...being ship'd, gaue signall with my Hand Vp to the Cliffe where I did set free stand. 1667 MILTON *P.L.* xi. 72 The Son gave signal high To the bright Minister that watch'd, hee blew His Trumpet. 1698 T. FROGER *Voy.* 8 We likewise made signals to the other ships. 1719 DE FOE *Crusoe* I. 12 The Master... order'd to fire a Gun as a Signal of Distress. 1735 LEDIARD *Sethos* II. ix. 281 'The garrison beat... a signal of surrender. 1797 MRS. RADCLIFFE *Italian* xii, And, as she drew nearer to Olivia, gave a signal and passed on to her cell. 1814 SCOTT *Ld. of Isles* III. xxiii, It was a keen and warning look. And well she Chief the signal took. 1896 *Law Times Rep.* LXXIII. 615/1 A bell rang which was a signal...that a train was coming.

**b.** An object serving to convey an intimation.
1687 A. LOVELL tr. *Thevenot's Trav.* i. 94 There is a small Church in the Sea,... which serves for a Light-house and Signal. 1774 MACKENZIE *Man. Nurv.* ii. 84 When the Surveyor is at a proper Station, the Assistant must set up the black Signal. 1858 Railway signal [see RAILWAY 3]. 1859 GEO. ELIOT *A. Bede* xlviii, He has something in his hand —he is holding it up as if it were a signal. 1878 GURNEY *Crystallogr.* 105 Let these signals... be so placed that the same horizontal plane will pass through each of them.

**c.** A modulation of an electric current, of electromagnetic wave, or the like by means of which information is conveyed from one place to another; the current or wave itself; also, a current or wave whose presence is regarded as conveying information about some property from which it comes. Also = *signal strength,* sense 5 c below.
1855 D. LARDNER *Electric Telegraph* v. §121 'The signals transmitted appear upon the telegraphic instrument informing the agent whereat the dispatch will come. 1873 *Trans. Inst. Engineers & Shipbuilders in Scotland* XVI. 119 If several thousand Leyden Jars were distributed along an aerial line of telegraph... the signals through the line would exhibit exactly the same inductive retardation as those sent through the actual submarine line. 1902 *Proc. R. Soc.* LXX. 255 For transmitting signals, an aerial wire or wires were attached to one of two spark balls fitted to an induction coil, the other ball being earthed. 1923 *Radio Times* 28 Sept. 2/2 After sunset signals may increase very considerably. 1938 *Times* 18 Jan. 7/3 The problem of how to reach I 525 and far the Persian Gulf area with an adequate signal had yet to be solved. 1961 *New Scientist* 26 Jan. 197/3 The picture signal which indicates by amplitude modulation of a carrier wave how bright each point on a line should be, is interrupted at the ends of each line by synchronizing pulses. 1961 G. MILLERSON *Technique Telev. Production* ii. 19 The current,

amplified and passed to the video switching console. 1965 *New Statesman* 30 Apr. 674/2 'The signals received from it [*sc.* Early Bird satellite] on the ground are extremely weak —about one-millionth of a normal TV signal in a fringe area. 1970 J. EARL *Tuners & Amplifiers* iv. 78 Signal delivered by the control section...is just right for feeding into the power amplifier section. 1958 PASACHOFF & KUTNER *University Astron.* xi. 302 Various objects in space emit electromagnetic signals in the radio part of the spectrum.

5. *attrib.* and *Comb.* a. Attrib. with *sbs.* denoting something employed as, or used in giving, a signal or signals, as *signal apparatus, arm* (ARM *sb.*[1] 6 c), *beacon, bell, code, fire, flag, strip,* etc.; also, denoting something used in receiving a signal or signals, as *signal pad* (PAD *sb.*[2] 4). Also objective, as *signal-processing.*
1841 *Penny Cycl.* XIX. 258/1 It is usual to affix a *signal apparatus to them. 1901 *Railway Mag.* May 465/2 A neighbouring *signal-arm falls. 1949 M. TAYLOR *Railway Signalling* i. 6 Near the top of the post is the signal arm which is always on the left of the post when the signal is facing the signal. 1962 A. LUBIE *Love & Friendship* xv. 293 Coarse grass grew along the track, and the signal arm was rusted at all clear. 1896 KANE *Arct. Expl.* I. xxii. 345 A large *signal-beacon or cairn. 1897 D. BUTLER *Ch. & Par. Abernethy* 180 'The mere use of the *signal-bell of the hand-bell-ringer. 1832 MARRYAT *N. Forster* xli, Captain Drawlock... had the *signal-book in his hand. 1865 ALEX. SMITH *Summer in Skye* I. 266 The sailor in possession of the *signal-book reads the signal. 1875 J. HABERSHON *Jericho Road* 94 Between the positions of neighbouring theatres there often existed *signal-codes, and unwritten rationalism and reciprocity treaties. 1932 M. K. WILSON tr. *Lorenz's King Solomon's Ring* viii. 82 'The whole complicated 'signal code' of the jackdaw. 1849 MACAULAY *Hist. Eng.* iii. I. 490 'The *signal fires were blazing fifty miles off. 1802 JAMES *Milit. Dict.* s.v., Although *signal flags, in modern engagements, have been generally laid aside [etc.]. 1814 SCOTT *Ld. of Isles* iv. xxx, Might not my father's beadsman hoar...Kindle a *signal-flame? 1738 [o. J. S. McLENNAN *Louisbourg* (1918) 414 Light gales and fair weather, later thick fog. *Fired *signal guns. 1797 *Encycl. Brit.* (ed. 2) XVIII. 336/2 A signal-gun to be fired. 1842 LEVER J. *Hinton* vi, When the signal-gun announced the commencement of the action. 1930 R. CAMPBELL *Adamastor* 74 The rocks, spray-clouded, are your signal guns. 1827 *Civil Eng. & Arch. Jrnl.* I. 175/2 'The...height of the lower or *signal lamp. 1902 *Chambers's Jrnl.* July 479/2 The apparatus is simply a new glass for the signal-lamp, facing along the same way and throwing a powerful beam of light over the whole length of the arm. 1934 G. GREENE *Stamboul Train* i. i, A *signal lamp turned from red to green. 1804 NELSON 23 Feb. in Nicolas *Disp.* (1846) VII. p. xxvi, It is recommended... to be careful that the *Signal-lights for knowing each other are clear. 1844 *Civil Eng. & Arch. Jrnl.* VII. 217 Igniting the composition forming the signal light. 1881 *Signal-light [see *signal light above]. 1736 *Discovery* Sept. 289/2 Motor-car headlights, signal lights and searchlights. 1976 *Billings* (Montana) *Gaz.* 5 July 8-A/6 'The Utah Highway Patrol requested drivers to stay off the roads as signal lights were off through much of the state. 1873 M. ARNOLD *Lit. & Dogma* (1876) 310 'Three times a-day...well stand as the great *signal-marks pointing to it. 2 1873 LYTTON *Pausanias* 36 From several of the vessels the trumpets woke a sonorous *signal-note. 1958 P. KEMP *No Colours or Crest* iv. 54 By the operator's stool...were some *signal pads. 1975 T. ALLBURY *Palomino Blonde* x. 63 The Morse came and he was getting it down on his signal pad. 1964 R. E. FICCHI *Electr. Interference* vi. 99 Another way to reduce susceptibility to unwanted signals in cables is to use various *signal-processing methods to improve the signal-to-noise ratio. 1766 N. JONES *Fireworks* iv. 135 'Signal-rockets...are headed with stars, serpents, &c. 1887 *Spectator* 30 July 1019/2 A signal-rocket sent up from the flag-ship. 1802 JAMES *Milit. Dict.* s.v., A continual discharge of these *signal shells. 1822 S. ROGERS *Columbus* Poems (1839) 48 When hark, a *signal shot! 1850 R. G. CUMMING *Hunter's Life S. Africa* (1902) xxi/1 Their comrades...requested me to fire signal-shots at intervals. 1917 'CONTACT' *Airman's Outings* 201 The whole party circles round the aerodrome until the 'signal strips for 'Carry on' are laid out on the ground. 1954 W. FAULKNER *Fable* 87 He reached the aerodrome and saw the ground signal-strip laid out on it;...not until he saw the other aeroplanes on the ground or landing or coming into land did he recognise it to be the peremptory emergency signal to all aircraft to come down. 1828 *Lights & Shades* i. 259 'The dismal *signal-whistle of a gang of robbers. 1895 *Mod. Steam Engine* 51 The signal whistle is shown at g. 1814 SCOTT *Ld. of Isles* vi. xxiv, When heard Give to their seals his 'signal-word. 1833 —— *Ct. Rob.* xxii, Thou wilt not forget that the signal word of the insurrection is Ursel.

**b.** With *sbs.* denoting a place or thing from which signals are given or worked, as *signal box, bridge, cabin, gantry, house,* etc.
1829 MARRYAT *F. Mildmay* vi, I was... intent on looking for the signal box. 1884 *Encycl. Brit.* XX. 238/1 Distant signals...worked by wire communication from the signal box, wire, it is believed, first introduced... in 1846. 1859 P. T. BULLEN *Way Navy* 75 As I write comes a messenger from the *signal-bridge...with a copy of signal just made from the flagship. 1889 FINDLAY *Eng. Railway* 69 'The signal cabin contains the most complete apparatus and mechanism, called the 'locking frame'. 1927 A. MEE *Children's Treasure House* III. 1819/1 A *signal gantry (one of those large bridges covered with signals which stand near important junctions or great terminus). 1939 [see GANTRY 2b]. 1976 *Physics Bull.* Dec. 556/1 A total of 15 signal gantries span the roadway for a distance of about 8 km. 1796 *Gentl. Mag.* LXVI. i. 369 In the first distance are seen the 'signal-house, with Sandham... beyond. 1892 E. REEVES *Homeward Bound,* 160 Most of the signal-house keepers and dredge men along the canal seem French. 1811 SIR W. SCOTT *Don Roderick's Rep.* I. 19 'Notice was given from the Spanish *signal-post that an enemy was hovering on the coast. 1848 K. H. DIGBY *Compitum* I. i. 15 'Notice, the signal-posts as it were, in life's forest. 1802 JAMES *Milit. Dict.* s.v., It is usual to fix a red flag...to point out the spot where the general or officer commanding takes his station in

PARKER *Battle of Strong* xxxv, Not far from her was the signal-staff which telegraphed to another signal-staff inland. Upon the staff now was hoisted a red flag. 1816 KIRBY & SP. *Entomol.* xvii. (1818) II. 43 The soldiers at their 'signal-stations are quite still during the intervals of silence. 1867 AUGUSTA WILSON *Vashti* xxv, Under his steady gaze the blood rose slowly in its old signal-station on her cheeks. 1766 SMOLLETT *Trav.* I. x. 159 It seems to have been intended, at first, as a watch, or 'signal-tower.

c. With sb. denoting persons connected with signalling, as *signal boy, corps, lieutenant*, etc. Also objective, as *signal fitter*.

1888 *Daily News* 18 Dec. 6/4 The dead body of ... the ''signal boy or Spa-road Station .. was found .. on the line. *a* 1885 G. B. MCCLELLAN *Own Story* (1887) 135 'The weak point in the ''signal corps.. was that its officers were not trained soldiers. 1895 *Outing* XXVI. 36/1 The Signal Corps is a body of highly trained soldiers whose duty it is to provide the methods of communication between the different forces of an army. 1898 *Westm. Gaz.* 15 July 5/3 Two ''signal fitters were standing in the four-foot way. 1858 SIMMONDS *Dict. Trade*, *''Signal lieutenant*, an officer in the Royal Navy having the charge of signals on board a flag-ship. 1867 SMYTH *Sailor's Word-bk.* 626 *Signal-officer*, in a repeating frigate, a ''signal-midshipman; in a flag-ship, a flag-lieutenant. 1829 MARRYAT *F. Mildmay* iii, The ''signal officers.. had to make out the number of the flag. 1898 *Westm. Gaz.* 23 Apr. 8/2 Accompanied by a signal officer and a small price crew. 1895 *Outing* XXVI. 295 A new equipment for the ''Signal Service, the captive balloon. 1871 *Echo* 4 Dec. 6/6 Female officials, down to ''signal-women and postswomen, who at country stations stood, flag in hand, solemnly attentive to duty.

d. With other parts of speech, as *signal-like* adj.

1935 *Amer. Speech* X. 250/1 The result obtained .. are functionally independent groups of sounds, each of the groups reflecting one of the basic, signal-like values in the given language. 1961 *Brno Studies in English* III. 51 Its survival may be satisfactorily explained by the signal-like character of φ in foreign and emotionally coloured words.

e. Special combs., as signal anxiety *Psychol.*, anxiety which, according to the theory put forward by Freud in 1926, acts as a signal of danger to the ego; signal-caller *N. Amer. Football*, a player who signals to other members of his team what the next move and formation should be; signal detection *Psychol.*, the detection of signals, esp. with regard to the observer's vigilance and sensitivity; also *attrib.*; signal generator *Electronics*, an instrument that can generate modulated or unmodulated electrical waveforms of known amplitude and frequency, used in adjusting and testing electronic apparatus; signal intelligence: see *signals intelligence* below; signal-noise ratio = *signal-to-noise ratio* below; signal plate *Television*, in some types of camera tube, a plate electrode whose capacitance relative to the adjacent photo-electric surface is used to provide the picture signal; signal reaction (see quot. 1976); signal red, a vermilion colour; signal(s) intelligence, intelligence derived from the monitoring, interception, and interpretation of radio signals and similar transmissions (cf. SIGINT, *Signint*); signal strength, the amplitude or power of a signal, esp. of a broadcast signal as it reaches a given location or is received by a given aerial; signal-to-noise ratio *Radio* and *Electronics*, the ratio of the strength of a desired signal to that of unwanted noise interference, usu. expressed in decibels; also *transf.* to non-electrical systems.

[1928]. J. RICKMAN in *Internat. Jrnl. Psychoanal.* (Suppl. 2) 63 The situation which conditions the anticipation is the danger situation which gives, so to speak, the 'Anxiety Signal' of impending helplessness.] 1946 E. JONES *Papers on Psycho-Anal.* (ed. 5) xv. 315 Primary anxiety, no less than the later 'signal' anxiety, belongs essentially to those defensive measures. 1968 C. RYCROFT *Crit. Dict. Psychoanal.* 154 Signal anxiety .. in Freud's formulation is the response of the ego to internal danger and the stimulus to the formation and use of defence-mechanisms. 1975 in S. Arieti *Amer. Handbk. Psychiatry* (ed. 2) IV. xxi. 485/1 The finely modulated, discrete and homeostatically balanced responses of the adult, such as 'signal anxiety'. 1971 L. KOPPETT *Guide to Spectator Sports* ii. 48 The quarterback now handles the ball on every play .. . He must be the signal-caller, too, because the attack is now concentrated in his hands. 1979 *Arizona Daily Star* 5 Aug. c 9/1 John Banaszak jarred the ball loose from Bills signal caller David Mays. 1954 TANNER & SWETS in *Psychol. Rev.* LXI. 409/1 The mathematical model of signal detection is applicable to problems of visual detection. 1957 D. E. BROADBENT *Decision & Stress* iii. 75 We cannot.. take the success of signal detection theory in psychophysics as if it guaranteed its adequacy in the case of vigilance. 1979 in Hamilton & Warburton *Hum. Stress & Cognition* v. 148 Signal detection methodology is now the more widely used approach in the study of vigilance. 1929 K. HENNEY *Princ. Radio* xv. 376 The circuit diagram is that of the General Radio Signal Generator, a device which consists of a radio-frequency oscillator, a means of measuring and controlling its output, and a means of using any desired part of this output for purposes of measuring receivers. 1950 J. H. REYNER *Encycl. Radio & Television* 564/1 For the testing and alignment of receivers, signal generators giving modulated waves are available. 1972 *Jrnl. Social Psychol.* LXXXVII. 119 These tapes were made by recording square wave pulses produced by a Hewlett-Packard low-frequency signal generator. 1958 *Guardian* 22 May 3/1 Thompson and Miller trained for 'a

continued. 1969 Signal intelligence [see SIGINT, *Signint*]. 1972 *New Scientist* 2 Mar. 466/1 The generic term for the business today is Signal Intelligence (Sigint). 1934 A. L. ALBERT *Ele'tr. Communication* xv. 412 Just as in transmission over wires, it is necessary that the signal-noise ratio is high, and that fading is not excessive. 1962 *Daily Tel.* 6 July 21/7 However efficient the detectors and however good the signal-noise ratio, there will always be the possibility of doubt. 1932 V. K. ZWORYKIN in *Jrnl. Franklin Inst.* CCXVII. 10 Consider the circuit of a single photo-electric element in the mosaic... Here *P* represents such an element, and *C* its capacity to a plate common to all the elements, which hereafter will be called the 'signal plate'. 1975 K. WICKS *Television* 19 After striking the signal plate, the electron beam returns along the tube, attracted by the positive charge on a series of five electrodes called dynodes. 1946 F. P. CHISHOLM in W. S. Knickerbocker *Twentieth Century English* 18/3 Signal-reactions.. and other neuro-semantic disorders are often combined with brilliant verbal facility. 1976 M. POSTMAN *Crazy Talk* 129 A signal reaction is what happens when words have lost their referential or symbolic aspect and instead assume the character of religious icons. 1936 *Times Educ. Suppl.* 21 Nov. p. 10/1 Gules.. is not included in the range, but signal-red, similar but not quite so yellow, takes its place. 1977 *Western Morning News* 30 Aug. 2/7 Jaguar XJS; brand new;.. signal red; beige trim. 1976, etc. Signals intelligence [see SIGINT, *Signint*]. 1912 *Marconigraph* II. 269/2 Observations.. showed that during totality the signal strength was increased. 1935 *Discovery* Sept. 276/1 The successive signal strengths are proportioned to the corresponding light and shade areas of the image focused by the lens upon the mosaic. 1968 M. WOODHOUSE *Rock Baby* xiii. 130 He.. showed me .. the tiny signal-strength meter on the side. 1978 *Broadcast* 20 Nov. 16/1 The report of this meeting .. referred only to discussion of [Radio] Hallam's signal strength. 1935 *Proc. IRE* XXIII. 713 A single tone was used to modulate the transmitter when measuring signal-to-noise ratios. 1966 D. G. BRANDON *Mod. Techniques Metallogr.* 239 The overall quantum efficiency for high-energy electrons can be of the order of 0.2 and is only limited by the necessity to achieve a reasonable signal-to-noise ratio in the emulsion. 1974 HARVEY & BOHLMANN *Stereo F.M. Radio Handbk.* ii. 32 A reduction in carrier deviation means that a smaller signal is available at the output of the receiver demodulator and consequently the signal-to-noise ratio is lowered.

**signal** (*sign'al*), *a.* [irreg. ad. F. *signalé*, pa. pple. of *signaler* to distinguish. In senses 2 and 3 the meaning has been influenced by the sb.]

1. Striking, remarkable, notable, conspicuous: **a.** Of persons.

1641 J. JACKSON *True Evang.* T. i. 23 Two great and signall Historians give in evidence against him [etc.]. 1670 CLARENDON *Hist. Reb.* xv. 557 He then betook himself wholly to the sea, and quickly made himself a signal there. 1702 *Eng. Theophrastus* 16 It is very easie to decide which of these impertinents is the most signal. 1751 R. WALPOLE *Last Jrnls.* (1910) II. 36 The signal criminal [Dr. Dodd] suffered decently. 1805 FOSTER *Ess.* ii. v. I. 178 Signal villains of every class.

**b.** Of things or events.

1647 CLARENDON *Hist. Reb.* I. §100 He died in a season most opportune, .. and which in truth crowned his other signal prosperity in this world. 1662 STILLINGFL. *Orig. Sacra* II. iv. 58 The extraordinary Prophets whom God did call out on some more signal occasions. 1705 ADDISON *Italy* (1733) 46 Those that are in any signal Danger. 1760-2 GOLDSM. *Cit. W.* lxxx, All now thought that he would take the most signal revenge. 1772 PRIESTLEY *Inst. Relig.* (1782) II. 195 The Israelites gained a most signal victory. 1839 JAMES *Louis XIV*, IV. 303 But the same French general suffered a signal reverse.. in the following year. 1849 MACAULAY *Hist. Eng.* vi. II. 30 The ministers were told that the nation expected, and should have, signal redress. 1878 LECKY *Eng. in 18th C.* II. i. 17 was a signal proof of the wisdom of the English legislators.

†2. Distinctive, particular. *Obs.*

1652 NEEDHAM tr. *Selden's More* Cl. 84 Badges or signal Ornaments of the Proconstal of Asia. *a* 1663 SANDERSON *Cases Consc.* (1678) 190 The signal note of the Godly party.

3. Constituting or serving as a sign.

1655 FULLER *Ch. Hist.* I. 2 The signall Oak which the Druides made choice of, was such a one, on which Mistletoe did grow; by which private token, they conceived, God marked it out, as of soveraigne vertue, for his service. 1873 M. ARNOLD *Lit. & Dogma* 244 Long before his signal Crucifixion Jesus had died, by taking up daily that cross which his disciples .. were to take up.

**signal** (*sign'al*), *v.* [f. the sb.]

1. *trans.* To make signals to (a person, ship, etc.); to summon, direct, or invite by signal.

1805 in Nicolas *Disp. Nelson* (1846) VI. 467 The Captain of the Ship was signalled on board the Victory. 1892 STEVENSON *Across Plains* i. It was.. five o'clock when we were all signalled to be present at the Ferry Depôt. 1897 WATTS-DUNTON *Aylwin* xii. iii, The girl came out, and signalling me to enter, went leisurely down-stairs.

2. *a.* To communicate or make known by signalling; to notify or announce by signal(s).

1871 R. ELLIS *Catullus* lxiv. 233 Soon as on home's fair hills thine eyes shall signal a welcome. 1888 *Manch. Exam.* 17 June 5/2 Even when storms are signalled off the Irish coast, they often take a totally new.. course. 1889 G. FINDLAY *Eng. Railway* 65 In 1830 the only arrangement made for signalling the trains was a flag by day or a lamp by night.

**b.** To mark out clearly; to signalize. Also, to indicate, esp. unofficially or indirectly. Cf. SIGNALIZE *v.* 5.

1869 SWINBURNE *Ess. & Stud.* (1875) 308 The noble dirge which signals with its majesty of music the consummation of Calantha's agony. 1873 M. ARNOLD *Lit. & Dogma* (1876) 280 Signalling and extolling that character in Christianity into which themess of perception enters most. 1662 *Amer.*

pronominal forms] is functionally redundant, the usage in different dialects may be expected to vary but more than for forms-which signal significant differences. 1963 *Ibid.* XXXVII. 52 The slots, or, more accurately, the units that can fill the slots, signal their meanings by their positions relative to each other... Some units signal their meaning without regard to positions. 1978 *Times* 24 Apr. 2/1 A government seemed yesterday to be signalling its willingness to concede a reduction in the highest rates of income tax. 1979 *Tucson (Arizona) Citizen* 20 Sept. 11/5 U.S. economic indicators signal the economy should be lower than the Bank of England signalled higher interest rates a week last Monday.

3. To work (a railway) in respect of signals; to furnish with signalling apparatus.

1888 *Pall Mall G.* 21 Jan. 2/1 This line was a part of the London and Greenwich Railway, and was .. maintained and signalled by us. 1904 *Westm. Gaz.* 19 June 10/2 Some portions of the principal railroads are fully signalled, but on many others hardly any signals are used.

4. *intr.* To give notice, warning, or information, or make any other communication, by signal.

1864 HOSMER *Color-Guard* 76 They are signalling night and day.. by flag and fire. 1877 J. D. CHAMBERS *Divine Worship* 199 The Officiator, .. signalling to the Penitents, should begin the Antiphon.

**signaletic** (*signэ'letik*), *a. Math.* [irreg. f. SIGN *sb.* or SIGNAL *sb.* Cf. F. *signalétique* (in a different sense), f. *signaler* vb.] Relating to the algebraic signs plus and minus.

1853 SYLVESTER in *Phil. Trans.* CXLIII. 546 A signaletic or Semaphoretic series is a sequence of disjunctive terms, considered solely with reference to the algebraical signs of plus and minus which they respectively carry. 1889 CAYLEY in *Nature* XXXXX. 228/1 They are signaletic functions, indicating in what manner .. the roots of the one equation are intercalated among those of the other.

**signalist** (*sign'alist*). [f. SIGNAL *sb.* + -IST.] One who makes signals; one specially employed in signalling; a signaller.

1836 *Fraser's Mag.* XIV. 39 For the cause of my coming, you know that, my charming little signalist. 1881 *Appleton's Ann. Cycl.* 548 He was enabled to furnish each army corps .. with a competent force of skilled signalists.

**sig'nality.** Now *rare.* [f. SIGNAL *sb.* or *a.*]

†1. The quality of a sign or indication. *Obs.*

1646 SIR T. BROWNE *Pseud. Ep.* 224 Had they conceived any more then a bare signality in this Star,.. they would not have computed from its Heliacall ascent which was of inferiour efficacy.

†2. Signification: significance. *Obs.*

1646 SIR T. BROWNE *Pseud. Ep.* i. xi. (1650) 33 That the same should fall out at a remarkable time .. may admit a Christian apprehension in the signality. 1658 —— *Garden Cyrus* Ws. (Bohn) II. 392 Though he that considereth the plain cross [etc.].. will hardly decline all thought of Christian signality in them. 1693 J. BEAUMONT *On Burnet's Th. Earth* ii. 111 Blew and red, denoting the two great destructions of the World.. ; so that the Rainbow carries a mixt signality.

3. Notability, distinction.

1650 BULWER *Anthropomet.* Ep. Ded., Had I had a Signality of Spirit to summon Democriticall Atomes to conglobate into an intellectual Forme. 1665 GLANVILL *Scepsis Sci.* Address p. xi, Now it seems to me a Signality in Providence in erecting your most Honourable Society in such a juncture of dangerous Humours. 1899 *Contemp. Rev.* Sept. 442 The battle of Azincourt .. reproduced the astonishing facts of Crécy and Poictiers with, if possible, even greater signality.

**signalization** (*signэlai'zeiʃэn*). *Psychol.* [f. SIGNALIZE *v.* 4 + -ATION.] A term derived from the work of I. P. Pavlov (1849-1936) for the process whereby a signal comes to elicit the same response as the original stimulus.

1927 G. V. ANREP tr. *Pavlov's Conditioned Reflexes* ii. 22 The underlying principle of this activity is signalization. The sound of the metronome is the signal for food, and the animal reacts to the signal in the same way as if it were food. 1969 in K. H. Pribram *Adaptation Machines* 137 The conditioned reflex .. enables the animal to adjust itself to the essential factors of the external and internal world on the basis of the principle of signalization.

**signalize** (*sign'alaiz*), *v.* [f. SIGNAL *a.* + -IZE.]

1. *a. trans.* To make signal; to distinguish; to render conspicuous, remarkable, or noteworthy.

1646 FLECKNOE *Ten Years Trav.* 102 Let none ever hope the like advantages, that are not signali'd by some remarkable qualities. 1686 PLOT *Staffordsh.* 21 The death of Germanicus was signali'd by another [comet]. 1704 HEARNE *Duct. Hist.* (1714) I. 244 When .. his Glory [was] sufficiently signalized, then he discarded those Instruments. 1761 HUME *Hist. Eng.* II. xli. 425 She named Whitgift .. who had already signalized his pen in controversy. 1861 MAX CONDILL. *Hist. Eng.* (1863) I. i. 45 This debate was signalized by the opposition speech of Sir Fletcher Norton, the Speaker. 1883 *Contemp. Rev.* XLIV. 7 Leo the Tenth.. desired to signalize his reign by building the grandest church in the world.

**b.** To make known or display in a striking manner.

1792 FARQUHAR *Twin Rivals* iii. i, Has he ever signalised his courage? *a* 1716 SOUTH *Serm.* (1744) X. 146 The final issue of God's dealing with such as have signalized their patience. 1748 *Anson's Voy.* II. x. 332 He was very desirous of signalizing his talents by some enterprize. *a* 1806 C. J. FOX *Reign Jas. II* (1808) 125 The parliament opened .. with

# THE OXFORD ENGLISH DICTIONARY

## SECOND EDITION

*Prepared by*

J. A. SIMPSON *and* E. S. C. WEINER

## VOLUME XI

Ow–Poisant

CLARENDON PRESS · OXFORD

*Oxford University Press, Great Clarendon Street, Oxford* OX2 6DP
*Oxford New York*
*Athens Auckland Bangkok Bogotá Buenos Aires Calcutta*
*Cape Town Chennai Dar es Salaam Delhi Florence Hong Kong Istanbul*
*Karachi Kuala Lumpur Madrid Melbourne Mexico City Mumbai*
*Nairobi Paris São Paulo Singapore Taipei Tokyo Toronto Warsaw*
*and associated companies in*
*Berlin Ibadan*

*Oxford is a registered trade mark of Oxford University Press*

© *Oxford University Press 1989*

*First published 1989*
*Reprinted 1991 (with corrections), 1998*

*All rights reserved. No part of this publication may be reproduced,*
*stored in a retrieval system, or transmitted, in any form or by any means,*
*without the prior permission in writing of Oxford University Press.*
*Within the UK, exceptions are allowed in respect of any fair dealing for the*
*purpose of research or private study, or criticism or review, as permitted*
*under the Copyright, Designs and Patents Act, 1988, or in the case of*
*reprographic reproduction in accordance with the terms of the licences*
*issued by the Copyright Licensing Agency. Enquiries concerning*
*reproduction outside these terms and in other countries should be*
*sent to the Rights Department, Oxford University Press,*
*at the address above*

*British Library Cataloguing in Publication Data*
*Oxford English dictionary.—2nd ed.*
*1. English language—Dictionaries*
*I. Simpson, J. A. (John Andrew), 1953–*
*II. Weiner, Edmund S. C., 1950–*
*423*
*ISBN 0-19-861223-0 (vol. XI)*
*ISBN 0-19-861186-2 (set)*

*Library of Congress Cataloging-in-Publication Data*
*The Oxford English dictionary.—2nd ed.*
*prepared by J. A. Simpson and E. S. C. Weiner*
*Bibliography: p.*
*ISBN 0-19-861223-0 (vol. XI)*
*ISBN 0-19-861186-2 (set)*

*1. English language—Dictionaries.  I. Simpson, J. A.*
*II. Weiner, E. S. C.  III. Oxford University Press.*
*PE1625.087 1989*
*423—dc19    88–5330*

*Data capture by ICC, Fort Washington, Pa.*
*Text-processing by Oxford University Press*
*Typesetting by Pindar Graphics Origination, Scarborough, N. Yorks.*
*Manufactured in the United States of America by*
*World Color Book Services, Taunton, Mass.*

**d.** *trans.* To remove, eliminate, or take out of gradually or in planned stages. Also *intr.*, to disappear gradually.

1954 *Quartermaster Rev.* July-Aug. 150/1 We in Defense are phasing out the support of basic research for the general welfare. 1955 *Sun* (Baltimore) (B ed.) 25 Apr. 8/5 The old requisition-driven Mustangs.. will be 'phased out'on August 1—which means that replacement parts will have become so scarce that they cannot longer be operated in safety. 1959 (*see sense 4b above*). 1959 *New Scientist* 17 Sept. 446/1 Finding a way to phase out the jet lift as forward speed generates lift in the wings. 1967 *Guardian* 9 Jan. 6/4 We could safely decide to phase out the carrier fleet by 1970. 1969 J. GARDNER *Compl. Guide of Death* ix. 172 It's been a tricky job phasing out these people. 1969 *Daily Tel.* 1 Dec. 13/1 While he was 'phasing out' from the public view, he said, he was not shirking his duties as an MP. 1970 *Ibid.* 30 Sept. 1/6 The Jaguar 420G range of cars is to be gradually phased out of production. 1971 *Nature* 1 Oct. 299/1 Five top level scientific committees.. have recommended that the pesticide be phased out of domestic use. 1972 *Lebende Sprachen* XVII. 135/1 In a research organization projects do phase in and phase out all the time. 1975 *Times* 22 Sept. 3/3 The Government wants to phase out pay beds. 1977 B. FRYER *Quartet in Autumn* xii. 102 The whole department was being phased out and only being kept on until the men working in it reached retirement age. 1979 *Time* 2 Apr. 59/1 It has been phased out through that Ford would start phasing out after Sept. 4, 1980, when he turns 63.

**†6. phase up** *Electr. Engin.*: to synchronize, bring into phase. *Obs. rare.*

1905 W. R. BOWKER *Dynamo, Motor & Switchboard Circuits* v. 99 In connecting two-phase generators for parallel running it is necessary to synchronise both phases the first time the machines are paralleled. After they have once been 'phased-up'synchronising one phase is sufficient. Fig. 192 shows the connections for properly 'phasing up' two two-phase generators.

**'phaseal,** *a.* [irreg. f. PHASE *sb.* + -AL[1].] = PHASIC.

1847-9 TODD *Cycl. Anat.* IV. 667/1 The law.. is one of a phaseal quantitative degradation.

**phase angle.** [f. PHASE + ANGLE *sb.*[2]] **1.** An angle representing a difference in phase, 360 degrees (2π radians) corresponding to one complete cycle.

1889 J. A. FLEMING *Alternate Current Transformer* I. iii. 110, OP.. is called the amplitude or maximum value, and POM the phase angle of the motion. 1936 *Discovery* Mar. 80/2 By phase-angle changes so produced.. any of our mean amplitudes may be much reduced and the real importance of a periodicity [in the weather] accordingly masked proportionately. 1947 R. LEE *Electronic Transformers & Circuits* v. 127 These waves indicate that the phase angle encountered in audio transformers does not of itself introduce much distortion in a tightly loaded triode. 1966 BROSAN & HAYDEN *Adv. Electr. Power & Machines* vii. 279 The voltage will be determined, and.. in general, *e* = $E_m$ sin *ωt*. If the coil is connected to an external circuit, a current will flow, given by *i* = $I_m$ sin (*ωt* − φ) where φ is the internal phase angle.

**2.** *Astr.* The angle between the lines joining a given planet to the sun and to the earth.

1926 H. N. RUSSELL *et al. Astron.* I. ix. 234 How much of the illuminated hemisphere can be seen from the earth depends upon the angle at the planet between lines to the earth and to the sun. Where this phase angle is always very small, as it is from the most distant planets, there is never any perceptible deviation from a circular disk. 1974 R. H. STOY *Everyman's Astron.* vi. 203 The apparent brightness of any minor planet varies inversely both as the square of its distance from the Earth and as the square of its distance from the Sun. It also depends on the phase angle, that is on the angle between the lines joining the minor planet to the Sun and to the Earth.

**phased** (feɪzd), *ppl. a.* [f. PHASE *v.* + -ED[1].] **1.** Synchronized; adjusted to be in phase.

1922 GLAZEBROOK *Dict. Appl. Physics* II. 936/2 If these two readings give zero reading, the transformers are correctly phased... If readings are obtained across EE' and FF' then polarity or phase relation is incorrect. 1929 *Photoplay* (Chicago) Apr. 31/2 *Phased, or interlocked*, all motors of sound and picture recording equipment lined up in readings to start out in perfect step together. 1951 S. DEUTSCH *Theory & Design Television Receivers* xiii. 435 When the sync pulse is near the center of the saw-tooth retrace, there can be no doubt that the picture is correctly phased with respect to the horizontal sweep. 1958 *Listener* 9 Oct. 558/1 Zoning, road classification, phased traffic lights. 1969 *Focal Encycl. Film & Television Techniques* 544/1 The associated synchronizing pulse trains are locked together and correctly phased. 1971 *Hi-Fi Sound* Feb. 71/2 It can be difficult for the newcomer to hi-fi to know whether the loudspeakers are correctly phased or not.

**b.** *phased array:* an array of aerials that is made to transmit or receive at a variable angle by delaying the signals to or from each one by an amount depending on its position in relation to the others.

1938 *Television* XI. 644/3 None of these changes.. affect the description of the phased array. 1960 *Proc. IRE* XLVIII. 1713 Phased arrays can provide scanning patterns and scanning rates which are completely independent of mechanically scanned antennas. 1966 *Electronics* 3 Oct. 173 The satellite transponder will receive signals on 149.2 MHz with an 8-element phased array. 1970 *New Scientist* 10 Sept. 534/1 The beams formed by phased arrays can be steered electronically, and can be scanned up to several hundred million times a second.

**2.** Planned or carried out in stages or by degrees.

1949 *Archit. Rev.* CV. 221/2 A phased building

---

1953 *Manch. Guardian* 12 May 1/3 Mr Dulles issued a statement that the United States Government favours a 'phased' withdrawal of British troops from the Canal Zone. 1956 *Sun* (Baltimore) (B ed.) 30 Nov. 1/6 Lord Salisbury.. declared: 'Our policy is that of a phased withdrawal.' This supposedly means a step by step withdrawal.. rather than a quick overall pullout. 1967 D. WILSON in Wills & Yearsley *Handbk. Managem. Technol.* iii. 49 The phased implementation of new procedures. 1972 *Daily Tel.* 4 Mar. 32/6 A policy to end imprisonment without trial by a phased programme of releases of every detainee and internee. 1976 *Glasgow Herald* 26 Nov. 3 The council who are planning $800 phased redundancies in the department next year. 1976 *Broadcast* Dec. 1/1 There will have to be a phased introduction of any changes that are agreed in pay structures and conditions of service.

**phase-down** (ˈfeɪzdaʊn). [f. PHASE *v.* 3.] A gradual reduction or planned decrease.

1968 *Times* 12 Feb. 17 The best scope for achieving economies in clerical staff will probably come on the female side, where the turnover is rapid and any required phasedown can thus be acquired easily in a relatively short time. 1972 *Lebende Sprachen* XVII. 135/1 The systems division has reported the phase-down period is progressively.. 1973 *Times* 19 Oct. 19/8 An employee has a progressively shorter working year (the phase-down being at the rate of one, two or perhaps three weeks per annum).

**phaseless** (ˈfeɪzlɪs), *a. rare.* [f. PHASE *sb.* + -LESS.] Having no phases, of unchanging aspect. *a.*1849 POE *Ragged Mount. Wks.* 1865 II. 31: A phaseless and unceasing gloom.

**†phasels, phaselles, phasiols,** var. FASELS *Obs.*, kidney-beans.

1562 WARNER *tr. Alexis' Sect.* II. 13 These.. Phaseols, Lentelles, and such like. 1562 TURNER *Baths* 5 b, All kindes of pulse as beanes, peasen, phaselles and ciches. 1694 MOTTEUX *Rabelais* V. xxix, Beans, Pease, Phasels or Long-peasen.

**phasemeter** (ˈfeɪzmiːtə(r)). *Electr.* [ad. G. *phasenmeter; †phasometer* (M. von Dolivo-Dobrowolsky 1894, in *Elektrotechnische Zeitschr.* XV. 351): see PHASE and METER *sb.*[2]] An instrument which measures the phase difference between two oscillations having the same frequency, esp. that between an alternating current and the corresponding voltage (hence giving the power factor).

1894 *Electrician* 21 Sept. 610/1 The phasemeter here described is essentially an ampere meter measuring the electric current. 1903 G. D. A. PARR *Electr. Engin. Measuring Instruments* vii. 194 The phasemeter now under consideration, made by the Electrical Co., Ltd., of London, is an instrument for measuring directly the value.. of the wattless current in an inductive alternating-current circuit. 1974 *Physics Bull.* Oct. 477/1 The circuitry of the phasemeter has been designed to reduce the effects of errors introduced by crossover distortion and noise in the input signal, which are the most common sources of inaccuracy.

**phaseolin** (fəˈsiːəʊlɪn). *Biochem.* [f. L. *phaseolus* kidney-bean; see -IN[1].] **a.** A crystalline globulin found in the seeds of the kidney bean.

1893 T. B. OSBORNE in *17th Ann. Rep. Connecticut Agric. Exper. Station* IV. 387, I have been able to identify and obtain in a state of comparative purity, two distinct proteids, one, the most abundant, having quite the properties of a globulin, which I shall designate phaseolin. 1921 *Nature* 21 July 666/2 Little or no cystine in a protein has also an effect upon the growth of rats. This has been most clearly demonstrated in the case of the protein, phaseolin, of the navy bean. 1964 *Chem. Abstr.* LXI. 10938 The enzymic hydrolysis of phaseolin with trypsin was affected by addn. of the 200 dye, amaranth, at pH 8.

**†b.** = PHASEOLLIN. *Obs.*

1963 CRUICKSHANK & PERRIN in *Life Sci.* II. 680 The isolation is now reported of a further phytoalexin of the *Leguminosae*, sub-family *Papillionaceae*. This substance, for which we propose the trivial name, phaseolin, has been obtained by inoculation of detached, opened pods of the French bean, *Phaseolus vulgaris* L., using a spore suspension of [the fungus] *Monilinia fructicola* (Wint.). 1964 (*see* PHASEOLLIN].

**phaseollin** (fəˈsiːəʊlɪn). *Biochem.* [f. PHASEOLLIN with inserted *l*: see quot. 1964.] A fungitoxic phytoalexin produced by the kidney bean plant, which has been isolated as a white, crystalline heterocyclic compound, $C_{20}H_{18}O_4$.

1964 D. R. PERRIN in *Tetrahedron Lett.* VIII. 438 The author's attention has been drawn to the prior use of the term phaseolin to denote a protein from *Phaseolus vulgaris*. Accordingly the name of the phytoalexin from *P. vulgaris* is now changed to phaseollin. 1964 CRUICKSHANK & PERRIN in J. B. Harborne *Biochem. Phenolic Compounds* xiii. 530 Phaseollin is similar in its biological properties to pisatin. 1967 R. K. S. WOOD *Physiol. Plant Path.* xiv. 497 Another phytoalexin, closely related to pisatin and called phaseollin, has now been obtained from pods of French bean [*Phaseolus vulgaris*] inoculated with conidia of *Sclerotinia fructicola*. 1973 *Nature* 20 Apr. 533/1 The phytoalexin phaseollin does accumulate in hypersensitive responses in leaves of French

---

**†pha'seolous,** *a. Obs. rare.* [f. L. *phaseol-us* (see PHASEOLITE) + -OUS.] Related to the kidney-bean or scarlet runner.

1681 *Grew Musæum* II. 23 It is neither of the Phaseolous, nor Fabaceous, but of the Pease-kind.

**phaseomannite** (fesiːəʊˈmænæt). *Chem.* [f. *phaseol(us* (see above) + MANNITE.] Another name of INOSITOL.

1859 *Fownes' Man. Chem.* 355 *Inosite*.. is identical with phaseomannite, which occurs in unripe beans (*Phaseolus*). 1862 MILLER *Elem. Chem.* (ed. 2) III. 783.

**phaseometer** (feɪziˈɒmɪtə(r)). *Electr.* [f. Gr. φάσις, gen. φάσε-ως PHASE *sb.* + -O]METER.] An instrument for indicating the phase of an electric current.

1898 *Engineering Mag.* XVI. 142/2 A Direct Indicating Phaseometer.. which resembles broadly a Watt-meter, with two movable bobbins.

**phase-out** (ˈfeɪzaʊt). [f. PHASE *v.* 5 d.] A gradual removal or planned elimination. Also *attrib.*

1958 *Time* (Atlantic ed.) 6 Oct. 26 The Moroccans countered a request for a three-year phase-out. 1960 *Economist* 8 Oct. 126/1 Britain has thus given *de facto* recognition to the Norwegian twelve-mile limit, but the final two-year period for fishing in the outer six miles will do something to cushion the blow to Hull and Grimsby. 1961 *Ann. Reg.* 1960 298 There was a planned phase-out in the field of economic aid. 1966 *New Scientist* 28 Aug. 421/1 The RAF.. is so assign more strike aircraft to cover Britain's seaward approaches as the phase-out of the Navy's carriers proceeds. 1972 *Science* 12 May 618/3 In 1971 Shell announced the phase-out of the Emeryville station. 1975 *Daily Tel.* 7 May 8/5 Unless the Government abandoned some [Bills], there seemed little chance of beginning the pay-beds phase-out until 1976 at the earliest.

**phase sequence.** [f. PHASE *sb.* + SEQUENCE.]

**1.** *Electr. Engin.* The sequence in which the different lines of a polyphase system attain their maximum voltage.

1928 K. EDGCUMBE *Industr. Electr. Measuring Instruments* (ed. 2) 257 A simple method of determining phase sequence when a rotation indicator is not available has been described. 1971 A. SYMONDS *Electr. Power Equipment* vi. 91 There are three essential conditions to be met before two transformers can be connected in parallel: (1) their phase sequence must have the same phase sequence. This can be checked by a phase-sequence indicator.

**2.** *Psychol.* A hypothetical sequence of cellular activity in the brain initiated by a sensory stimulus, suggested by D. O. Hebb as an explanation of motivated behaviour.

1946 D. O. HEBB in *Psychol. Rev.* LIII. 269/1 Let us designate the specific pattern of cellular activity throughout the thalamo-cortical system, at any one moment, as a 'phase'. Behavior is directly correlated with a phase sequence which is temporally organized. 1954 *Brit. Jrnl. Psychol.* XLV. 389 Hebb (1949) expresses the belief that the mental processes corresponding to cortical processes ('phase-sequences') will be most rewarding.. when the phase-sequences are in the course of being built up. 1964 COFER & APPLEY *Motivation* viii. 407 The theory presented.. was essentially.. that nerve cells in the brain when more or less simultaneously excited constitute assemblies of mutually facilitating, and to some extent stimulating, elements, a series of such cell assemblies acting one after another constitute a 'phase sequence'. 1970 C. TAYLOR in Borger & Cioffi *Explanation in Behavioural Sci.* 77 Hebb.. presents mechanisms, the 'cell assembly' and 'phase sequence', which although expressed in neurological terms are not based on any direct supporting physiological evidence.

**phasianic** (feɪsiˈænɪk), *a. rare*[1]. [f. Gr. φασιανός pheasant + -IC.] Of or pertaining to pheasants.

1884 *Pall Mall G.* 4 Apr. 4/2 The formation of coverts, food and management, and all other points and details of phasianic economy.

So **phasianid** (ˈfeɪsiənɪd) *a.*, of or pertaining to the *Phasianidæ* or pheasant family of gallinaceous birds; **phasianine** (ˈfeɪsiənaɪn) *a.*, of or pertaining to the *Phasianinæ*, a sub-family of the *Phasianidæ*, including the pheasants proper; **phasianoid** *a.*, allied in form to the pheasants; **phasianomorphic** (ˈfeɪsiənəʊˈmɔːfɪk) *a.*, of or pertaining to the *Phasianomorphæ* [Gr. μορφή form], in Sundevall's classification of birds, a cohort of *Gallinæ* containing some of the *Phasianidæ* with the *Turmicidæ* (*Hemipodii*).

1868 *Proc. Zool. Soc.* 14 May 177 The great series of *Gallinæ, Pavonine, Phasianine*, and *Tetraonine* birds.

**phasic** (ˈfeɪzɪk, -sɪk), *a.* [f. Gr. φάσ-ις PHASE *sb.* + -IC.] **1.** Of, pertaining to, or of the nature of a phase or phases; presenting phases.

1890 *Chamb. Jrnl.* 13 Sept. 588/2 It is not.. the mere phasic change of the moon that influences the weather. 1898 *Allbutt's Syst. Med.* V. 417 The number [of lymphocytes] in the blood undergoes phasic variation. 1947 *Sci. News* V. 24 Giesing concluded that the phasic disturbance of nitrogen metabolism constituted the fundamental pathology of the disorder, the mental changes being merely the outward symptoms. 1975 *Nature* 6 Nov. 81/1 Action potential firing of individual endocrine cells falls into two principal categories: most fire continuously and randomly at 1-2 spikes s[−1], while the rare have a phasic pattern of firing, periods of intense activity alternating over 10-60 s with

# THE OXFORD ENGLISH DICTIONARY

## SECOND EDITION

*Prepared by*

J. A. SIMPSON *and* E. S. C. WEINER

VOLUME XVII

Su–Thrivingly

CLARENDON PRESS · OXFORD

1989

Oxford University Press, Walton Street, Oxford OX2 6DP
Oxford New York Toronto
Delhi Bombay Calcutta Madras Karachi
Petaling Jaya Singapore Hong Kong Tokyo
Nairobi Dar es Salaam Cape Town
Melbourne Auckland
and associated companies in
Berlin Ibadan

Oxford is a trade mark of Oxford University Press

© Oxford University Press 1989

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise, without
the prior permission of Oxford University Press

British Library Cataloguing in Publication Data
Oxford English dictionary.—2nd ed.
1. English language- Dictionaries
I. Simpson, J. A. (John Andrew), 1953-
II. Weiner, Edmund S. C., 1950-
423
ISBN 0-19-861229-X (vol. XVII)
ISBN 0-19-861186-2 (set)

Library of Congress Cataloging-in-Publication Data
The Oxford English dictionary.—2nd ed.
prepared by J. A. Simpson and E. S. C. Weiner
Bibliography: p.
ISBN 0-19-861229-X (vol. XVII)
ISBN 0-19-861186-2 (set)
1. English language—Dictionaries.   I. Simpson, J. A.
II. Weiner, E. S. C.   III. Oxford University Press.
PE1625.O87 1989
423—dc19     88-5330

Data capture by ICC, Fort Washington, Pa.
Text-processing by Oxford University Press
Typesetting by Filmtype Services Ltd., Scarborough, N. Yorks.
Manufactured in the United States of America by
Rand McNally & Company, Taunton, Mass.

1668 WILKINS *Real Char.* III. ii. §5. 308 Those Substitutive Particles, which serve to supply the room of some sentence or complex part of it, are stiled Interjections. 1865 BRANDE & COX *Dict. Sci.*, etc. I. 601/1 Currency... a generic term employed to designate the conventional measure of value, whether the measure be immaterial, as gold and silver coins, or substantive, as bank-notes and their analogies. 1876 DUNGLISON *Med. Lex.* 605/1 An agent is said to be 'substitutive', which ... in the case of nitrate of silver applied to inflammation of a mucous membrane—substitutes a temporary irritation for one tending to be more permanent. Such a mode of treatment is termed *substitutive medication.* 1903 MYERS *Hum. Pers.* II. 34 The question may be raised as to whether the second figure seen may not have been, so to say, substitutive. 1908 *Academy* 18 Jan. 350/1 He suggests instead that they should be allowed to record substitutive votes, by numbering the candidates '1,' '2,' '3,' etc. 1913 *Nation* 4 Jan. 605/1 This tax is proposed to take the place of certain rates which pollmen and economists of all sorts have agreed should be reduced rather than local burdens'... I have insisted that this tax is substitutive, not cumulative.

**b.** *Logic.* Of a proposition or judgement: = CONDITIONAL *a.* 5.

1856 BLACOT *Clump., Substitutive,...* It is also a term in Logic, as *Propositio substitutiva*, a conditional Proposition. 1823 T. TAYLOR *Apuleius* 376 The other [species of proposition] is ... substitutive or conditional. 1863 J. THOMSON *Laws Th.* (ed. 3) 157 The judgment in which definition is predicated, yet call a substitutive judgment, because it furnishes a predicate identical with the subject as to sphere-or-extension, and therefore capable of being substituted *for* it. 1864 BOWEN *Logic* v. 102 In Substitutive Judgments the sign of equality may be used as the Copula.

**3.** *Theol.* Involving a theory of substitution. 1865 BUSHNELL *Vicar. Sacr.* i. ii. (1866) 43 The full vicarious typology and substitutive import of the original Greek versions. 1882-3 *Schaff's Encycl. Relig. Knowl.* I. 305/2 A substitutive faith of the Church, by which the hand of original sin is broken.

**c.** Dependent upon a legal substitution or designation of heirs in remainder.

1853 *Act* 16 & 17 Vict. c. 51 §2 Every...disposition or...conveyance, by reason whereof any person has...become beneficially entitled to any property...either originally or by way of substitutive limitation.

Hence 'substitutively *adv.*, vicariously. 1890 *Lippincott's Mag.* Jan. 117 Thus did he execute his opponent...substitutively.

**substitutivity.** *Logic.* [f. SUBSTITUTIVE *a.* 2 b + -ITY.] The capacity of terms to function as logically-equivalent substitutes for one another (see quot. 1905).

1940 W. V. QUINE *Math. Logic* 98 This restriction gives rise [...] to the following...substitutivity principle. 1943 (see IDENTICAL *sb.* 1). 1945 *Mind* LIV. 358 Subject to certain important restrictions pointed out recently by Prof. W. V. Quine, we may accept what he calls the principle of substitutivity as applied to class-identity. 1952 K. R. POPPER *Logic of Sci. Discovery* 343 One of our axioms would become redundant, i.e. our axiom of substitutivity. 1963 *Jrnl. Philos.* LXII. 139 Quine, Frege, and Russell typify both problems connected with verbis oblique constructions determined to defend Leibniz's Law, the principle of substitutivity, sometimes referred to as 'the indiscernibility of identicals'. 1976 *Language* LII. 5 The sense of 'referential' represented by a pair of heavy parentheses is different from the standard one in terms of substitutivity of identicals.

**substitutory** ('sʌbstɪtjʊtərɪ), *a.* [f. L. *substitūt-* (see SUBSTITUTE *v.*) + -ORY.] Serving as a substitute.

1887 *Echo* 26 Feb. (Cassell), 'A few remarks on the proposed cultivation of tobacco as one of the substitutory crops for wheat, &c.

**†'substra,** *v.* *trans.* *Obs.* *rare.* [ad. med.L. *substrahĕre*, imper. of *substrahēre* to SUBTRACT. Cf. SUBTRAY.] *trans.* To subtract.

1557 H. BAKER *Rules Use Almanack* Dij, You shall substra from the same time the distaunce of the time proposed untyll none.

**substract** (sʌb'strækt), *v.* Now *illiterate.* [f. med.L. *substract-*, pa. ppl. stem of *substrahĕre*, alteration of *subtrahĕre* to SUBTRACT after *abstrahĕre* to ABSTRACT. Cf. OF., Pr. *sostraire, substraire*, Sp. *su(b)straer.*] = SUBTRACT *v.*

**† 1.** *trans.* To withdraw, withhold (a thing) from a person, etc. *Obs.*

1604 R. CAWDREY *Table Alph.* (1613), *Substract*, take from, withdraw. 1607 TOPSELL *Four-f. Beasts* 80 Other put their flockes into engine, and leaue them by substracting their meates. 1647 N. BACON *Disc. Govt. Eng.* I. iii. (1730) 28 Where they shall know of the things belonging to the Crown,...to be concealed, intruded upon, or substracted. 1667 *Decay Chr. Piety* viii. §5. 266 This...substract his spirit and vigour, which should carry us through the weary stages of duty. 1682 J. SCOTT *Chr. Life* I. iv. §5 (1683) 351 Whatso-ever Time and Attendance we bestow upon one thing, we must necessarily substract from another. 1712 PRIDEAUX *Orig. Tithes* I. 16 God charged the Jews with the Sin of Substracting these Tithes.

**b.** *refl.* To withdraw oneself, retire from. *Obs.*

1550-60 BELLENDEN *Livy* I. (S.T.S.) I. 8, I will Deuyse na thing euer...than to substract me fra ye sicht of sik mewinis.

**2.** *trans.* To take (one number or quantity) from, or of another, as a mathematical process.

1558 A. KING tr. *Canisius' Catech.* h j, Sva yat ye anticipation being substractit, ye said æquinoxe micht be restorit to ye 21 day of marche as it was befoir. 1647 LILLY *Chr. Astrol.* iv. 41 Added together, they make 43-19-7, from which in regard they are more then 24 houres, I substract 24.

1656 H. PHILLIPS *Purch. Patt.* (1676) 83 You must substract the later time out of the former one. 1668 BARROW *Euclid* v. xbc. Coroll., [If the proportionals be substracted from like proportionals...] 1712 MILLER *Gard. Dict.* s.v. *Nectar,* This Motion...if the Body were in Motion before, is either to be added to it, or, if the Motions contrary, or substracted from it, as where contrary. 1800 *Phil. Trans.* XC. 614, 3°, 25, which, substracted from 110' 30' 13", 35, leaves 110' 30'. 1804 ABERNETHY *Surg. Obs.* 106 If from the square of the side opposite the right angle, the square of the given side be substracted, the remainder will be the square of the third side.

**absol.** 1656 J. YATES *Ibis ad Cæsarem* ii. 156 Thereby declaring your selfe to be as exquisite Arithmetician, who can adde and substract at pleasure.

**3.** *transf. and gen.* To take away, deduct. 1673 HOOD *Counter-scarpe* 25 My course hath euer beene ...to substract many actions, from that ordinary opinion, which men of his profession doe...interteine. 1641 EARL MONM. tr. *Biondi's Civil Wars* IV. 23 These must likewise bee substracted from the English, who were left to guard Jury. 1667 *Decay Chr. Piety Pref.* A 5 What vanity...have we substracted, upon the sense of Gods anger? 1742 HARRIS *Three Treat.* II. 1 (1765) 37 There must be substracted from those [as. media of all kinds] the Medium of Motion. 1775 LAVINGTON *Moravians Compared* 157 What are not found in their proper Places, these be substracted with equal Audaciousness. 1822 BENTHAM *Packing* (1821) 274 When all lawyers and all non-lawyers are substracted, how many have you left?

**absol.** 1646 HEYLIN *Sacrament Populum* 300 Our Authors [also Archbishoprie is Substracting from his own errours, and multiplying the auspecet mistakes of the Observator. 1764 R. J. SULLIVAN *View Nat.* I. 467 By evaporating, by cooling, or by substracting from the fluid. 1801 WILKINSON tr. *Cuvier Dieg.* (1835) III. 11...resistance to every thing like an abuse...in the service which can tend to substract from the efficiency of the course in the field. 1910 BENTHAM *Christom. App., Wks.* 1843 VIII. 188 So far from adding to, it will substract from, the quantity of labour necessary.

**† 4.** To belittle, disparage. (? A blunder. Cf. SUBSTRACTIOUS.) 1728 NORTH *Mem. Music* (1846) 174 Every one... spightful to each other, and not to an estimation substracting their skill in performing. Hence substracting *vbl. sb.*

1648 T. SPENCER *Logick* 78 The substracting of something inioyed, or the receiving of something that is added. 1667 *Decay Chr. Piety* 50 In wilful Movements, there is such a dependance of one part upon another, that the substracting of any one destroys the whole frame.

**substraction** (sʌb'strækʃən). Now *illiterate.* [ad. med.L. *substractiō, -ōnem*, n. of action f. *substrahĕre* to SUBTRACT. Cf. OF. *substraction*, *substraccion*, Sp. *substraccion.*] = SUBTRACTION.

**1.** The operation of taking one number or quantity from another; an instance of this. Also *transf. and gen.* Deduction, abstraction.

1596 NASHE *Saffron Walden* 143 Quarrelling by Division, getting wenches with childe by Multiplication, stealing by Subtraction. 1600 W. BARLOW *Defense* 100 Every addition or substraction is few reasons against his maiestie. 1623 W. SKEOVRE *Brit. Past. I. iv.* (1771) I. 178 Millions admit a small substraction. 1648 HAYLIN *Relat. & Observ.* I. 33 The name Ship...having been so often remayned, and thereby suffered so many substractions and additions, that hardly any part of the old Vessell remained. 1792 T. N. *Clay & C. Purchaser* 80 Substraction must have been made of all such Deductions. 1728 CHAMBERS *Cycl.* s.v., Substraction is the finding of a certain Number from two Homogeneous ones given; which, with one of the given Numbers, is equal to the other. 1788 BENTHAM *Ch. Eng.* Introd. 63 A course which...would remain no less open to rulers than to subjects. 1827 CARLYLE *Germ. Rom.* II. 13 Rendering back to us with additions or subtractions, the Beauty which existing things have of themselves presented to him.

**2.** The withdrawing or withholding of something necessary; due, essential, or customary.

1529 T. SCOTT *Righte. God* (1623) 74 Now there is cause to doubt rather substraction, then to hope for restitution. 1808 J. YATES *Inst. of Caerem.* ii. 76 In the services of the souls there was...some substraction of divine consolation. 1643 PRYNNE *Opening Gt. Seal* 19 The great and pney Seales willful absence and substraction from the Parliament. 1666 R. COKE *Power & Subj.* 203 A Prior...may abuse either to exit for substraction of his Tythes in the Ecclesiastical court, or in the Exchequer. 1840 [title] Report of a trial in the Consistory Court at Durham in a Cause of Substraction of Easter Offerings.

Hence **† sub'stractionary** *a.*, of substraction. 1659 JAMES *Arith.* (1696) 34 If the Subtrahend and Remain be added, the Substractionary work will be proved.

**† sub'stractive,** *a.* *Obs. rare.* [f. L. *substract-* (see SUBTRACT *v.*) + -IVE.] = SUBTRACTIVE. 1774 *Phil. Trans.* LXIV. 166, + $\frac{F-e}{440}$ becoming negative or substractive.

**† sub'stractor.** *Obs. rare⁻¹.* [f. SUBTRACT *v.* + -OR.] A detractor, calumniator. 1601 SHAKS. *Twel. N.* i. iii. 37 They are scoundrels and substractors that say so of him.

**† substrahend.** *Obs.* [ad. med.L. *substrahend-us* gerundive of *substrahĕre* to SUBTRACT.] = SUBTRAHEND. 1713 WARD *Yng. Math. Guide* (1734) 148 Change all the Signs of the Subsrahend.

**† substramen** (sʌb'streɪmen). *rare⁻¹.* [L., f. *substernĕre* (see SUBSTRATE *a.*).] = SUBSTRATUM. 1807 MEADMAN *Arrow* 59 Some contained various concretions, inserted in a sandy substramen.

**substral** (sʌb'streɪtəl), *a.* [f. next or SUBSTRATUM + -AL[?].] Underlying; fundamental.

1851 *Jrnl. R. Agric. Soc.* XII. ii. 495 This is the substral view of the origin and relations of the surface soil. 1881 BLAKIE *Lay Serm.* iii. 115 The one proof or evidence that belongs to built is the reasonable substral element which they imply.

**substrate** ('sʌbstreɪt), *sb.* [ad. mod.L. *substrātum.*] **1.** = SUBSTRATUM.

**a.** 1620 COLERIDGE *Lit. Rem.* (1836) III. 370 The substrate or cause (mistakable) for the *noumenon* or actuality, *das Ding in sich,* of Christ's humanity, as well as the *Ding in sich* of which the sensuous, bread, is the appearance. 1837 *Blag. Lib.* I. 13. 138 This *spirit* in no way conceivable, but by assuming as a postulate, that both acts ab initio, identical and co-inherent, that intelligent and being are reciprocally each other's Substrate. 1822-7 GOOD *Study Med.* (1829) IV. 46 That common substrate which is diffused around us in every direction, and constitutes the whole of the visible world. 1839 *Penny Cycl.* XIII. 176/1 The notion of substrate is...conceived...as a constant and permanent substrate of certain variable qualities or determinations. 1861 TRENCH *Comm. Ep. Churches* 461 174 That the substrate of this language, and, so to say, the substrate of this thought, is to be sought at Isaiah 21, there can be no reasonable doubt. 1886 *Encycl. Brit. XXI.* 443/2 Abbott and Aquinas agree in declaring that the principle of individuation is to be found, in matter, not, however, in matter as a formless substrate but in determinate matter (*materia signata*). 1807 W. Fichte's *Sci. Ethics* 115 Let us assume an external cause directed upon the activity of the impulse. 1859 J. W. POWELL *19th Ann. Rep. Bureau Amer. Ethnol.* (1900) 9. civil. The same deity may be invoked by many names...and when another god is addressed, many of the same terms can be employed. The substrate of this custom...is found...in the concomitancy of qualities and properties. 1931 *Contemp. Rev.* July 98 There is reason to believe that the fair materials [of the garment] was then withdrawn.

**b.** *Biochem.* The substance upon which an enzyme acts, i.e. whose reaction it brings about.

1907 *Biochem. Jrnl.* II. 143 When the relative amount of substrate is large, tyralase is rapidly changed into an inactive form. 1938 [see ADENOSINE b]. 1960 VAN RESTBINGEN & WAART in A. Fire *Law Metabolism Nd., Coen* 336 Protolytic enzymes are often characterized by their action on substrates which are not easy to relate to the natural substrate of the enzyme in situ. 1978 J. R. HOLUM *Org. Biol. Chem.* xxiii. 632 Many enzymes are named by attaching the suffix -ase to the name of the compound, called the substrate, whose reaction the enzyme catalyzes.

**3.** *Biol.* The surface or material on which any particular organism occurs or grows.

1898 W. M. BAYLISS *Nature of Enzyme Action* II. 7 A name is frequently needed for the substances on which enzymes exert their activity... On the whole, 'substrate,' already used by many writers, seems to answer the purpose best. 1949 W. C. ALLEE et al. *Princ. Animal Ecol.* x. 158 The surface of waters is important substrate for life, though not nearly so important as the surface of land. 1967 M. E. HALE *Biol. Lichens* iv. 67 A large group of lichens show high fidelity for limestone and other basic substrates. 1976 *Nature* 25 July 39. xiii (Advt.), An order of Ordovices common on sandy or muddy substrata all round the European coasts. 1977 J. L. HARPER *Population Biol. Plants* xxiv. 763 The variations in substrata that undoubtedly occurred... in the field were eliminated by using a standard potting compost throughout the experiment.

**c.** Any underlying bulk phase, layer, etc., on which something is deposited. Cf. SUB-STRATUM 4.

1937 *Nature* 10 July 1581/1 In recent years, the practice has grown up among workers in surface chemistry of using the word 'substratum' to denote the bulk phase underlying a surface film, regardless of the fact that this word has been in general use for a much longer time to denote the substance upon which an enzyme acts. 1954 *Discovery* Index XXVI. 266 The applied metal film...adheres well to the substrate. 1969 *Sci. Jrnl.* Oct. 69 A semiconductor surface...is obtained by depositing semiconductor material on a silicon substrate. 1967 [new Ars. Industry] May 70/1 The use of polythene and other substrates for packaging a variety of goods. 1979 *Physics Bull.* June 2½5 Spiller and Segmuller's X-ray waveguide consists of a 30-50 nm thick layer of boron nitride between a substrate and cover layer of sapphire.

**†'substrate,** *a. Obs.* [ad. L. *substrātus,* pa. pple. of *substernĕre,* f. *sub-* SUB- 2 + *sternĕre* to throw or lay down.] Underlying; forming a substratum; constituting the subject-matter. 1678 GALE *Crt. Gentiles* IV. III. 3 §in, as to its material constitution, has for its substance matter, or subject some natural good. 1684 tr. *Bonet's Merc. Compd.* xiv. 478 The Womb...has no proper Substantial Matter to breed a Callus. 1842 *Blackw. Mag.* LIV. 668 The Thought...remains; the substrate, absolute, essential, generic notion.

**† substrate,** *v. Obs.* [f. L. *substrāt-:* see prec.] **1.** *trans.* To form a substratum to. 1578 BANISTER *Hist. Man.* i. 10 It substrateth the brayne, no otherwise than a ground or foundation thereto. **2.** *pass.* To be underlying or subjacent; to be or form a substratum (*to*). 1578 BANISTER *Hist. Man.* i. 35 Tubes...preserued under Tibia and Fibula, and subiect to their Appendances, although it seeme only substrated to them. 1654 VILVAIN *Enchir. Epigr.* i. 89 1 Nature, Fire, Fortune, Chance in things created, Clearly appear by Law divine substrated. 1701 BAVERLY *Grand Apocal. Chart.* 17 From these two things Substrated, or lay'd in the Foundation, I proceed to raise the Convincing Proofs.

# THE OXFORD ENGLISH DICTIONARY

## SECOND EDITION

*Prepared by*

J. A. SIMPSON *and* E. S. C. WEINER

### VOLUME VIII
Interval–Looie

CLARENDON PRESS · OXFORD

*Oxford University Press, Great Clarendon Street, Oxford* OX2 6DP
*Oxford New York*
*Athens Auckland Bangkok Bogotá Buenos Aires Calcutta*
*Cape Town Chennai Dar es Salaam Delhi Florence Hong Kong Istanbul*
*Karachi Kuala Lumpur Madrid Melbourne Mexico City Mumbai*
*Nairobi Paris São Paulo Singapore Taipei Tokyo Toronto Warsaw*
*and associated companies in*
*Berlin Ibadan*

*Oxford is a registered trade mark of Oxford University Press*

*© Oxford University Press 1989*

*First published 1989*
*Reprinted 1991 (with corrections), 1998*

*All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, without the prior permission in writing of Oxford University Press. Within the UK, exceptions are allowed in respect of any fair dealing for the purpose of research or private study, or criticism or review, as permitted under the Copyright, Designs and Patents Act, 1988, or in the case of reprographic reproduction in accordance with the terms of the licences issued by the Copyright Licensing Agency. Enquiries concerning reproduction outside these terms and in other countries should be sent to the Rights Department, Oxford University Press, at the address above*

*British Library Cataloguing in Publication Data*
*Oxford English dictionary.—2nd ed.*
*1. English language—Dictionaries*
*I. Simpson, J. A. (John Andrew), 1953–*
*II. Weiner, Edmund S. C., 1950–*
*423*
*ISBN 0-19-861220-6 (vol. VIII)*
*ISBN 0-19-861186-2 (set)*

*Library of Congress Cataloging-in-Publication Data*
*The Oxford English dictionary.—2nd ed.*
*prepared by J. A. Simpson and E. S. C. Weiner*
*Bibliography: p.*
*ISBN 0-19-861220-6 (vol. VIII)*
*ISBN 0-19-861186-2 (set)*
*1. English language—Dictionaries. I. Simpson, J. A.*
*II. Weiner, E. S. C. III. Oxford University Press.*
*PE1625.087 1989*
*423—dc19 88-5330*

*Data capture by ICC, Fort Washington, Pa.*
*Text-processing by Oxford University Press*
*Typesetting by Pindar Graphics Origination, Scarborough, N. Yorks.*
*Manufactured in the United States of America by*
*World Color Book Services, Taunton, Mass.*

Case 1:06-cv-00346-GMS    Document 57-2    Filed 06/13/2007    Page 35 of 58

known as 'the Lloyd Morgan canon'. **1964** A. KOESTLER in *Listener* 14 May 786/2 A principle which became a kind of eleventh commandment for psychologists, known as 'Lloyd Morgan's canon'. **1968** E. BORING in *Internat. Encycl. Social Sciences* X. 495/2 He [*sc.* Lloyd Morgan] is best known for what has come to be called Lloyd Morgan's canon, which demands parsimony in the inference of an animal's place on the scale of mind from its behavior.

**Lloyd's** (lɔɪdz). [f. the name of Edward *Lloyd* who opened a coffee-house in London in 1688, and supplied shipping information to his clients.] Name of a London association of underwriters and agency for arranging insurance (formerly marine insurance only, but now nearly all kinds); it also issues daily shipping intelligence, as *Lloyd's List* (of which the occasional newspaper *Lloyd's News* was a precursor). *Lloyd's Register* (of *Shipping*), an independent society which surveys ships to ensure compliance with standards of strength and maintenance; its annual classified list of such ships. Also *Lloyd's policy*, an insurance policy underwritten by Lloyd's; so *Lloyd's underwriter*.

**1819** M. EDGEWORTH *Let.* 4 Mar. (1971) 174 He won £30,000 by a bit of gambling insurance on a missing .. ships. The ships re-appeared... He never could shew-his face at Lloyds afterwards. **1829** G. GRIFFIN *Collegians* (ed. 2) II. xxvi. 248 A more crazy and precarious mode of conveyance could not be found, even among the ships marked with the very last letter in Lloyd's list. **1833** [see UNDERWRITER 2]. **1846** [see REGISTER *sb.*[1] 4]. **1876** F. MARTIN (*title*) *History of Lloyd's and of marine insurance in Great Britain.* **1882** J. ASHTON *Social Life in Reign of Anne* I. xviii. 224 Lloyd's was then in Lombard Street, and indeed to this day, on Lloyd's policies, is stated that this policy should have the same effect as if issued in Lombard Street. **1911** *Encycl. Brit.* XV. 833/2 Lloyd's... Originally a mere gathering of merchants .. in a coffee-house kept by .. Edward Lloyd in Tower Street, London, the earliest notice of which occurs in the *London Gazette* of the 18th of February 1688. *Ibid.* XIX. 554/2 In 1696 Edward Lloyd .. started a thrice-a-week paper, *Lloyd's News*, which .. was the precursor of the *Lloyd's List* of the present day. *Ibid.* XXIV. 957/2 *Lloyd's Register*, as at present constituted, has existed since 1834. **1932** *Ibid.* XXXI. 497/1 Lloyd's underwriters have shown a great deal of enterprise in accepting risks of a novel kind. **1959** *Chambers's Encycl.* VIII. 623/2 The incorporation of Lloyd's as a chartered body on 25 May 1871.

**lo** (ləʊ), *int.*[1] *arch.* Forms: 1 lá, 2–4 la, 3–4 lou, low, 4 lowe, 4–6 loo, 6 loa, 6–7 loe, 3–lo. Also 3–4 (as if imperative pl.) *los.* See also LEW *int.* [The evidence of rimes in ME. poetry shows that the spelling *lo* or *loo* represents two distinct words. (1) ME. *lō*:—OE. *lá*, an exclamation indicating surprise, grief, or joy, and also used (like OI) with vocatives. (2) ME. *lo* with close *ō*, prob. a shortened form of *lōke* (OE. *lóca*), imperative of LOOK *v.*; cf. ME. and mod. dial. *loo' thee* = 'look you'. The *lo* of the Cursor M., used in addressing a multitude, seems to be imper. pl. The peculiar early ME. forms *lou*, *low*(*e* .may stand for *lo we* = 'look we'. The present pronunciation (ləʊ) would normally represent OE. *lá*, but it may be a mere reinterpretation of the spelling, as the mod. *lo* corresponds functionally to the second of the two words, which should normally have become *\*loo* (luː) in mod. Eng.]

† **a.** In early use, an interjection of vague meaning, corresponding approximately to the modern O! or Oh! (*obs.*). **b.** used to direct attention to the presence or approach of something, or to what is about to be said; = Look! See! Behold! Freq. in phr. *lo and behold* (usu. *jocular*).

*Beowulf* 1700 þæt la mæg secgan, se þe soð and riht fremeð on folce. *c 1000 Ags. Gosp.* Matt. iii. 17 He cwæð to him; La nædderena cyn [*etc.*]. *c 1175 Lamb. Hom.* 89 Lahwet ceald þis beon? *Ibid.*, La he ne beoð þa þet here specað galdicræces? *c 1200 Ormin* 17964 þiss bliss iss min la fulltwiss. *a 1225 Leg. Kath.* 2454 Low, þe cors of þe elde lif akit te al isperred. *a 1300 Cursor M.* 1641/ And sua it es, La god it wijst. *Ibid.* 16167 Pilat said, 'loo, her ye king!' *c 1380 WYCLIF Sel. Wks.* I. 77 Lo, we bisoube of God: to him þat takiþ awey þe synnes of þis world. **1393** LANGL. *P. Pl.* C. xx. 4 Loo, here þe lettere ... in laryn and in ebrew. *a* 1400–50 *Alexander* 309 Lo, maister, slike a myschefe! **1423** *Crafte of Nombryng* (E.E.T.S.) 11 þou schalle do way þe hier figure & write þere a cifer, as lo an Ensampull. **c 1450** *Merlin* 77 Opsn, lo, bete the duke. **1480** CAXTON *Chron. Eng.* ccliii. (1482) 297 Lo what a mariage was this as to the comparison of that other. **1532** MORE *Confut. Tindale Wks.* 574/1 When they suffer wrong, they cannot forgeue loe, and when men take away their goodes they be angry, so they be lo. **1596** A. SCOTT *Poems* (S.T.S.) I. 53 For lymmeris lawdis and litle lassis lo [*rimes* ocho, þro, do] Will argun bayt wt bischop, preist, and freir. **1590** SPENSER *F.Q.* I. iv. 42 His dearest loue the faire Fidessa loe Is there possessed of the traytour vile. **1611** BIBLE *Haggai* i. 9 Ye looked for much, and loe it came to little. **1630** PEYNDE *Anti-Armin.* 167 Loe here wee heare expresse mention of seuerall sorts of worlds. **1735** BERKELEY *Free-think. in Math* §34 Lo! This is what you call 30 years, so unaccountable! **1758** C. WESLEY *Hymn*, Lo! He comes with clouds descending. **1807** J. BARLOW *Columb.* iii. 177 The prince drew near; where lo! an altar stood. **1808** LADY

just told us how hard he had worked all the morning .. when, lo and behold! M. Deshayes himself appeared. **1841** LYTTON *Night & Morning* II. III. v. 144 The fair bride was skipping down the middle .. when, lo and behold! the whiskered gentleman .. advanced .. and cried—'*La voilà!*' **1849** DICKENS *Dav. Copp.* (1850) xxii. 234 What does he do, but, lo, and behold you, he goes into a perfumer's shop. **1859** FITZGERALD tr. *Omar* vii. (1899) 71 The Bird of Time has but a little way To fly—and Lo! the Bird is on the Wing. **1930** J. B. PRIESTLEY *Angel Pavement* ii. 60 And then—lo and behold—it was there all the time. **1947** T. WILLIAMS *Streetcar Named Desire* x. 151 You come in here and sprinkle the place with powder and spray perfume and cover the light-bulb with a paper lantern, and lo and behold the place has turned into Egypt and you are the Queen of the Nile!

**lo**, ′lo, *int.*[2] *Colloq.* abbrev. of HALLO, HALLOA, HULLO, HULLO, HULLOA *ints.*

**1921** J. DOS PASSOS *Three Soldiers* I. i. 13 'Lo, buddy,' came a voice beside him... 'Goin' to the movies?' **1922** JOYCE *Ulysses* 287 Lo, Joe, says I. How are you blowing? **1938** F. D. SHARPE *Sharpe of Flying Squad* ii. 16 ''Lo,' said Moisher. 'Lo,' said Harry. **1968** R. CLAPPERTON *No Next on Monday* viii. 99 ''Lo, son. You the detective?' he murmured.

**Lo**, *sb. U.S.* [Humorously from Pope's line 'Lo, the poor Indian', etc., *Essay on Man* i. 99.] An American Indian. Also *Mr.* (or *Mrs.*) *Lo.*

**1871** *Republican Rev.* (Albuquerque, New Mexico) 2 Sept. 1/2 Occasionally Lo prefers to attack none but very small parties of teamsters, farmers, or lone mail riders. **1873** G. W. PERKINS *Buckskin Mose* vii. 88 This document set forth that the bearer was a good Lo. *Ibid.*, He appeared again at the head of our train, in the company of thirty or forty other Los. **1874** J. D. MCCOY *Hist. Sh. Cattle Trade* 60 Crossing the plains was an undertaking fraught with great danger; especially as Mr. Lo was decidedly fond of horses. **1880** A. A. HAYES *New Colorado* (1881) ii. 40 Colonel Craig .. and his men .. began, not unsuccessfully, the repression and suppression of Mr. Lo. **1885** [see YOULUTE v. 2]. **1904** *Minneapolis Daily Times* 12 June 5 The march of civilization has convinced Lo that fighting is not as profitable as it used to be. **1904** N.Y. *Even. Post* 6 Aug., On Florida's shield stands a placid and buxom Mrs. Lo, with fringed skirt falling to the knee. **1947** R. P. T. COFFIN *Yankee Coast* 200 He .. went to join Lo, the Poor Indian on the Happy Hunting Grounds.

**lo**, *obs.* form of LOW *sb.* and *a.*

†**Lo**, *obs.* abbreviation of LORD.

**1610** *True Declar. Virginia* (1844) 13 That noble Gouernour, the Lo. Laware.

‖ **loa**[1] (′ləʊə). [Native name in Angola, used as a specific name in *Filaria loa* (T. S. Cobbold *Entozoa* (1864) xiv. 380) and as a generic name in *Loa loa* (C. W. Stiles 1905, in *Bull. U.S. Dept. Agric. Bur. Anim. Ind.* no. 79. 50).] A filarial worm of the monotypic genus so called, found in tropical Africa and infecting the eyes and subcutaneous tissues in man. Also *attrib.*

**1864** T. S. COBBOLD *Entozoa* xiv. 380, I had independently arrived at the conviction that the *Loa* was a totally distinct worm from the *Filaria oculi*. *Ibid.*, The parasite in question is rather more than an inch in length, it is .. termed *Loa*. **1889** *Syd. Soc. Lex., Loa-worm.* **1898** P. MANSON *Trop. Diseases* xxxiii. 518 The man remembered that when a lad, he had a loa in his eye. *Ibid.* 519 The blood of another patient, known to be the subject of loa infection. **1958** *Ann. Trop. Med. & Parasitol.* LII. 158 (*title*) The relationship between human and simian Loa in the rain-forest zone of the British Cameroons. **1971** PRICE & HOPPS in R. A. Marcial-Rojas *Path. Protozoal & Helminthic Dis.* lii. 917/1 (*heading*) The eye worm, loa worm. *Ibid.*, He [*sc.* Guyot] described the worm under the native name 'loa'.

**loa**[2] (′ləʊə). Pl. *loa* or *loas.* [ad. Haitian Creole *lwa.*] A deity in the voodoo cult of Haiti.

**1933** J. H. CRAIGE *Black Bagdad* xv. 267 Thanks to the spells I have made in your behalf, the *loas* have held their hands over you, and you are free. **1937** M. J. HERSKOVITS *Life in Haitian Valley* ii. v. 81 The ordinary affairs or calabashes on which food is offered the loa, or African deities. **1969** H. CHARTERIS tr. *Métraux's Voodoo in Haiti* iii. 120 A loa moves into the head of an individual having first driven out .. one of the two souls that everyone carries in himself. **1960** *Spectator* 5 Aug. 218/3 The peculiar congregation, led by the Voodoo Priestesses, start summoning up their favourite spirits or 'loas', who—dead on cue—take possession of the celebrants one by another. **1966** *Punch* 10 Aug. 235/3 The 'loa', the demon-gods who take possession of the initiates at Voodoo ceremonies and impose on them their own voice, features, and character.

**loac**, variant of LAKE *sb.*[1] *Obs.*

**loach** (ləʊtʃ). Forms: 5 looche, 5–7 loch, 5–9 loche, 6–loach. [a. F. *loche* (13th c.), loach, also *dial.* slug; of. mod. Norman *loque* loach, slug (Moisy). Sp. *loja* is from F.]

**1.** A small European fish, *Cobitis* (*Nemachilus*) *barbatula* (-*us*), inhabiting small clear streams and highly prized for food; also, any fish of the family *Cobitidæ.* spinous loach, *Cobitis*

**1357** [*see* 4]. *a* .. *Voc.* in W. Wülcker 585/18 *Fundulus*, a looche. 14.. *Nom. ibid.* 705/1 *Hec alosa*, a loch. **c 1420** *Liber Cocorum* (1862) 54 And smale fysshe þou take .. sperlynges and menews with alle, And loches. **1558** *Act 1 Eliz.* c. 17 §4 Places where Smeltes, Loches, Mynnois .. hache been used to bee taken. **1560** A. SCOTT *Poems* (S.T.S.) ii. 108 Thair wes nowdir laid nor lunn Mycht nit ane bakin loche Ffor fowness. **1651–7** T. BARKER *Art of Angling* (1820) 31 Bait your hooks with millers thumbes, loches. **1653**

breed several months in one year. **1789** G. WHITE *Selborne* xviii, The loach in its general aspect has a pellucid appearance. **1819** CRABBE *T. of Hall* xiii. 6 Where in the shallow streams the lanches play. **1837** M. DONOVAN *Dom. Econ.* II. 33 That ugly little fish the loach. **1859** BLACKMORE *Lorna D.* vii. (ed. 12) 38 A jar of pickle loaches. **1882** J. WALKER *Jaunt to Auld Reekie* I. 28 The Coachman, sluggish as a bearded loach.

**2.** Applied to fishes of other genera.
**a.** The burbot or eel-pout. (In recent U.S. Dicts.) b. *sea-loach*, the whistle-fish.
**c 1672** WILLUGHBY *Ichthyogr.* (1686) 121 *Mustela vulgaris*, .. A Sea Loche *Cæstris*. Whistle-fish *in Cornubia.* [*So 1769* PENNANT *Brit. Zool.* III. 164.]

†**3.** *fig.* A simpleton. *Obs.*
**1605** *Tryall Chev.* III. i. in Bullen *O. Pl.* III. 303 The Loach gets me into a Sutlers bath and there sits me drinking for Ioanes best cap. *c 1610 Pettie's Petit* 17 This Loach spares not for any expence.

**4.** *attrib.* and *Comb.*
**1357** *Act 31 Edw.* III, *Stat.* iii. c. 2 Le peson de Doggerefissh & lochefissh. **1587** MASCALL *Govt. Cattle, Oxen* (1596) 43 Some do take a loch fish quick, and put it down the beasts throat. **1860** BLACKMORE *Lorna D.* xv. (ed. 12) 90 Was not I a loot made by, only fit for loach-stickling? **1883** *Fisheries Exhib. Catal.* 254 Loach Traps... Loach Hook and Rod.

**loach:** see LOHOCH.

**load** (ləʊd), *sb.* Forms: 1 lád, 3–6 lode, 5 lod, 5–6 lod(e, 6–7 loade, 6– load. β. *north.* and *Sc.* 4–9 lade, 5–9 laid, (5 layde). [OE. *lád* fem., way, course, journey, conveyance, corresp. to OHG. *leitā* course, leading, procession (MHG., mod.G. *leite*), ON. *leið* way, course:—OTeut. *\*laidā* (whence *\*laiðjan* to LEAD), related to *\*līþan* to go (OE. *līðan*, ON. *līða*). The development of meaning has been influenced by the association of the sb. with LADE *v.*; in extreme northern dialects this word is not distinguishable from LADE *sb.*[1] The words *load* and LODE are etymologically identical; the present article includes only those senses in which the mod. spelling is *load*, and obs. senses akin to these.]

†**1.** Carriage. Also, an act of loading. *Obs.*
**c 1000** *Laws Northumbr. Priests* c. 35 in *Schmid Gesetze* 368 Sunnandæges cypinge we forbeodaoð .. and eác weorc, and eác lade, ægðer ge on wæne ge on horse ge on byrðene. **c 1380** *Sir Ferumb.* 2703 Wanne þe baronus it i-knewe what pay an lode hadde. **c 1440** *Promp. Parv.* 310/2 Loode, or caryage, *vectura.* **1523** FITZHERB. *Hb. Husb.* §25 The more hey maye be loded at a lode, and the faster it wyll be ...

**2. a.** That which is laid upon a person, beast, or vehicle to be carried; a burden. Also, the amount which usually is or can be carried; e.g. *cart-load*, *horse-load*, *wagon-load.*
**a 1225** *Ancr. R.* 268 Sif a miracle beo .. heo hefde iturpled mid him, bode ðore & lode, nan inde þorele gnate. **c 1290** *S. Eng. Leg.* I. 187/80 He let þime platus of ire, .. wel mei ane cartes lode. **c 1300** [*see* CART-LOAD]. **1375** *Barbour's Bruce* VIII. 467 þat kene thar ladis doun in hy. **c 1475** *Rauf Coilyear* 642 My haid war I had a loke. **1483** *Cath. Angl.* 206 A *layde*, a burdyn. **1582–8** *Hist. James VI* (1804) 125 Sundrie caters baith of hors and ladies. **1585** SHAKS. *1 Hen. VI*, v. ii. 64 Æneas bare a liuing loade; Nothing so heavy as these woes of mine. **1774** GOLDSM. *Nat. Hist.* (1776) III./13 By strapping the load round the shoulders of the person, who is to bear it. **1840** DICKENS *Old C. Shop* i, Where some halt to rest from heavy loads. **1882** *Exp. to Ho. Repr. Prec. Met. U.S.* 99 In January, 1881, 11.car-loads from the mine yielded $100.

**b.** The specific quantity of a substance which it is customary to load at one time; hence, taken as a unit of measure or weight for certain substances.
The equivalence of a load varies considerably according to the locality and to the substance. As a measure, a load of wheat is usually 40 bushels, of lime 64 (in some districts 32) bushels, of timber 50 cubic feet, of hay 36 trusses (= 18 cwt.), of bulrushes 63 bundles, of meal 2 bolls (Sc.). A load of lead ore (in the Peak, Derbyshire) = 9 dishes (see DISH *sb.* 6 c).

**1384–5** *Durham Acc. Rolls* (Surtees) 390 In iij ladys calcis emptis. **1388** CHAUCER *Knt.'s T. 2060* Of straw first that was layd ful many a lode. **1440** *Paston Lett.* I. 41, Ij lodys of wood ... **1474** REV. XIV. 519, xii lodas countrentes syf nel perira ferre. **1458** *Nottingham Rec.* II. 220, xl. ... lod de Baseford. **1497** *Naval Acc. Hen. VII* (1896) 230 A loode of lyme from Havant. **c 1533** Lo. BERNERS *Huon* cxliii. 532 Mo then .x. lode of thornes were caryed out to brenne the noble lady. **1550** CROWLEY *Epigr.* 501 A lode [of coals] that of late yeres for a royall was solde. **1570** *Wills & Inv. N.C.* (Surtees 1835) I. 344 Ane load of coyles, iiijd. and of salt iiijd of nitts, and half of seits, and half of sitts. **1622** MALYNES *Anc. Law-Merch.* 50 The Load of Lead is 173 lb. **1790** J. WILLIAMS *Min. Kingd. Math.* i. iii. (1734) 37 None of those Dishes they [*sc.* Derbyshire lead-miners] call Load of Ore. **1747** HOOSON *Miner's Dict.* M3 b, Three Loads five Dishes will be full enough to make up one Ton Weight. **1812** J. SMYTH *Pract. of Customs* (1821) 105 Hay, the Load of 36 Trusses, each Truss 56 lbs. **1825** COBBETT *Rur. Rides* 194 This rick was .. a stack of wheat of full as much as a load. **1841** W. SPALDING *Italy & It. Isl.* I. 307 of Jesuits, a perfect cart-load of them. **c 1850** *Ogilvie*, *Load*, a quantity of several things .. as, five, fifty quarters, or four hundred bushels. **1887** BROGDEN *Prov. Words Lincs.*, *Load*, the usual measure of corn, 5 quarters. **1886** *Cheshire Gloss.* (E.D.S.), *Load*, a customary measure.

**c.** The material carried along by a stream in suspension by saltation, or by traction (by some

writers material carried in solution is included); the amount of material so carried; hence, by extension, the material carried by various other natural agents of transportation, as glaciers, winds, and ocean currents.

**1888** J. W. POWELL in *Science* 16 Nov. 229/2 In erosion and corrasion the material which is transported may be called the 'load'. The load is transported by two methods, a portion floats with the water, and another portion is driven along the bottom. **1907** R. D. SALISBURY *Physiogr.* vi. 122 The sediment moved by a stream, whether in suspension or at the bottom, is its load. **1950** W. H. TWENHOFEL *Princ. Sedimentation* (ed. 3) vi. 226 These figures show that the suspended loads of rivers draining dry areas are larger than the dissolved loads. *Ibid.* 227 The loads of standing bodies of water are small in terms of any unit of volume... There is not a great deal of information respecting loads in the open ocean away from shallow water. **1968** R. W. FAIRBRIDGE *Encycl. Geomorphol.* 627/2 Load is an additional variable which changes together with flow along a stream wherever it is joined by a tributary. **1970** *Jrnl. Glaciol.* IX. 227 (heading) Contrast between the dissolved loads of polar and temperate glaciers.

**3 a.** A material object or a force, which acts or is conceived as a weight, clog, or the like.

**1593** SHAKS. *2 Hen VI*, i. ii. 2 Why droopes my Lord like over-ripen'd Corn, Hanging the head at Ceres dénotion load? **1667** MILTON *P.L.* iv. 272 Fayr heau'nl-ly load thy self expect to feel From my preuailing arme. *Ibid.* v. 59 O fair Plant.. with fruit surcharg'd, Deigns none to ease thy load and taste thy sweet? **1698** KELL *Exam. Th. Earth* (1734) 273 The great River of the Amazons.. runs up to the Equator with a vast load of Waters. **1725** N. ROBINSON *Th. Physick* 260 Bleeding.. lessens the additional Quantity of Blood, and removes its Load. **1832-53** I. MURRAY in *Whistle-Binkie* (Scot. Songs) Ser. iii. 43 The hale bunhies bend nae mair Beneath the lades that crushed them sair. **1842** A. COMBE *Physiol. Digestion* (ed. 4) 361 If we eat more than the system requires, the bowels become.. weakened by their load. **1852** *Beck's Florist* Dec. 273 The luxuriance and profusion, I may say the loads of bloom.

**b.** The charge of a fire-arm.

**1692** *Capt. Smith's Seaman's Gram.* ii. xii. 108 What quantity of Powder will be a sufficient Load for such a Piece. **1813** *Sporting Mag.* XLII. 141 A gun with but one barrel... will, by a single operation on the trigger, discharge six or eight loads in succession. **1858** SIMMONDS *Dict. Trade*, *Load*, the charge of a gun.

**c.** *Electr.* The resistance to a dynamo or motor of the machinery which it drives, apart from its own friction.

**1895** THOMPSON & THOMAS *Electr. Tab. & Mem.* 57 If the dynamo is run at constant speed, the motor also will run of itself at nearly constant speed, whatever its load. *Ibid.* 82 Lifting Power of Magnets.—The rule is:—Load = *a* × the square of the cube root of the magnet's own weight.

**d.** *Building.* The pressure caused by gravity upon a structure or any part of it.

**1871** R. S. BALL *Exper. Mech.* xi. 172 A structure has to support both its own weight and also any load that may be placed upon it. Thus a railway bridge must at all times sustain what is called a permanent load, and frequently, of course, the weight of one or more trains. **1879** SIR G. SCOTT *Lect. Archit.* I. 49 The columns.. are.. proportioned in thickness to their load, irrespective of their height.

**e.** *Phys.* The amount of resistance to be overcome by the contraction of a muscle.

**1894** STARLING *Elem. Hum. Physiol.* 94.

**f.** *Electr. Engin.* The electric power that a generating system is delivering or required to deliver at any given moment; base load, the minimum value of the load during any period, generally met (in a grid system) by the continuous operation of the most efficient stations, without the intermittent and varying contribution of the less efficient ones.

In the earliest quots. identical with 3 c.

**1888** *Proc. Inst. Mech. Engin.* Oct. 508 The efficiency of its working was limited to a constant load and a uniform speed, as when the dynamo was supplying a constant current with constant pressure. *Ibid.*, In many electric lighting installations.. motors were required that would work economically between wide variations of load. **1891** *Min. Proc. Inst. Civil Engin.* CVI. 15 The cost of labour per unit .. would continue to decrease so long as the duration of maximum load increased, up to a certain limit. **1894** [see BOOSTER 2]. **1900** *Westm. Gaz.* 22 May 2/1 Giving a day-load for traction and power and a night-load for light. **1903** *Electr. World & Engin.* 23 May 866/2 It is necessary at times of full and winter peak-loads to operate the steam plants in the three combination sub-station and subsidiary steam plants which the company was operating three years ago. **1928** *Daily Express* 4 June 15/3 We have, in twenty-six years, built up a huge base-load .. with an annual output of over 25,000,000 units. **1936** *Nature* 4 Feb. 204/2 The prospect of competitive nuclear power with low operating costs means that this plant will carry the base load. **1966** *Economist* 14 May 724/1 Running charges have, since 1961, differed by day and by night, since costs for the best, base-load stations at night are so much lower than the average running costs in the mixed bag of stations, from good to awful, used by day. **1974** *Times* 15 Jan. 14/3 A mass switch-off, which would record several million watts being wiped off the national energy load.

**g.** *Electronics.* An impedance or circuit that receives the output of a transistor or other device, or in which the output is developed.

**1928** *Physical Rev.* XII. 180 Variations in potential difference are set up between cathode and grid, and these cause variations in the current in the circuit *PPR*, the power developed in the load *R* being greater than that fed into the input circuit. **1931** *Proc. IRE* XIX. 49 With the pentode.. the maximum output was obtained at approximately a 10,000-ohm load. **1945** C. L. BOLTZ *Basic Radio* xv. 241 In a receiver the load on the output is a loudspeaker or

telephone. **1957** B. I. & B. BLEANEY *Electr. & Magn.* xiv. 362 In many applications the size of the load is fixed; if, for example, the load is a loud-speaker, its impedance .. is generally in the range 5 to 15 ohms. **1962** SIMPSON & RICHARDS *Physical Princ. Junction Transistors* xi. 251 We require a current in the load of 2 mA. *Ibid.*, Since *Rₐ* is assumed to be by-passed by a capacitor, the a.c. load consists of $R_c + R_L$.

**h.** *Colloq. phr. to take a load off (one's feet)*: to sit or lie down; to relax.

**1945** A. KOBER *Parm Me* 35 How's about taking a load off your feet? **1968** J. HUDSON *Case of Need* iii. i. 175 'Sit down,' she said. 'Take a load off.'

**4.** *fig.* **a.** A burden (of affliction, sin, responsibility, etc.); something which weighs down, oppresses, or impedes. Esp. in phr. (*to take) a load of one's mind*: (to bring someone) relief from anxiety.

**1593** SHAKS. *2 Hen. VI*, iii. i. 157 Sharpe Buckingham vnburthens with his tongue, The enuious Load that lyes vpon his heart. **1599** — *Much Ado* v. i. 38 Those that wring vnder the load of sorrow. **c1646** MILTON *Sonnet on Mrs. C. Thomson*, Meckly thou didst resign this earthy load Of Death, call'd Life. **1700** DRYDEN *Pal. & Arc.* ii. 265 Our life's a load. **1748** *Anson's Voy.* Introd., When I consider .. of how tedious, and often unintelligible, a load of description it [sc. drawing] would rid them. **1764** GOLDSM. *Trav.* 374 And all that freedom's highest airos can reach, Is but to lay proportion'd loads on each. **1656** FOSDYCK *Serm. Eng. Mem.* (1667) II. xii. 206 From some people .. a favour .. is a load. **1791** BURNS *Lament Earl Glencairn* v, I bear alane my lade o' care. **1818** *Cruise Digest* (ed. 2) II. 175 So did they give the heir the privilege of laying the load vpon the personal estate. **1851** D. JERROLD *St. Giles* xiv. 141 With this thought, a load was lifted from the old man's heart. **1852** LYTTON *My Novel* (1853) III. x. vi. 132 It is a load off one's mind. **1855** MACAULAY *Hist. Eng.* xiv. III. 400 His spirit .. sank down under the load of public abhorrence. **1857** DICKENS *Paris Eng. Prisoners* iii, in *Houseb. Words* Extra Christmas No., 7 Dec. 31/2 It takes a load off my mind to leave her in your charge. **1951** E. CALDWELL *Episode in Palmetto* vii. 136 It's a big load off my mind to hear you say that.

**b.** *slang.* An accumulation of venereal disease; = DOSE *sb.* 2 d. Cf. LOAD *v.* 4 (quots. 1799, 1818).

**1878** *N. & Q.* 10 Aug. 105/1 *Load*, an eruption, measles, smallpox. **1937** PARTRIDGE *Dict. Slang* 488/1 *Load*, a venereal infection. **1960** F. SARGESON *Mem. Peon* ii. 28 They displayed their rubber goods, and .. were doubly protected against finding themselves landed with either biological consequences or a load.

**c.** An amount of work, teaching, etc., to be done by one person; freq. with defining word prefixed, as *case-load, teaching-load, work-load*.

**1946** *Nature* 17 Aug. 216/2 The scientific study of conditions affecting the work-load involved in various processes. **1950**, etc. [see *case-load* s.v. CASE *sb.* 14]. **1958** J. C. HEROLD *Mistress to an Age* (1959) III. xiv. 292 He teaching load amounted to three and a half hours daily for five days a week. **1962** *Lancet* 5 Aug. 303/1 He cemented the relationships by careful inquiry into examinations and study load. **1964** in *Rep. Comm. Inquiry Univ. Oxf.* (1966) II. 450 Please give us accurate estimates as you can for your average weekly load this term. **1966** *Ibid.* 405 A quarter were critical of the heavy teaching load with its consequent adverse effects on research. **1972** *Black Scholar* Jan. 64/2 (Advt.), Normal load is 6 courses per year. **1977** *Sci. Amer. (U.S.)* 18 Dec. 56/2 Teaching loads at whole schools often are only a fraction the size of those at black schools.

**5 a.** As much as one can 'carry' of drink; (one's) fill; phr. *to have* (or *have taken*), *to get one's load, to have a load*, etc. (now esp. with *on*); also, a satisfying amount to eat; (*U.S.*) a dose of narcotics. *slang.* † **b.** *to give* (a person) *his load*: to beat soundly.

**1598** LODGE & GREENE *Looking Glass Lond.* H2b, Ply it till euery man hath tane his load. **1678** RAY *Prov.* 87 Proverbiall Periphrases of one drunk.. He has a jagg or load. **1692** R. L'ESTRANGE *Fables, Life & Esop* (1708) 15 The Cups went round, and Xanthus by this Time had taken his Load, who was mightily given to talk in his Drink. *Ibid.* clvi. 173 There are Those that can never Sleep without their Load. **1694** ECHARD *Plautus* 188 Give him his load so as he shan't b'able to find the way home. **1697** DAMPIER *Voy.* I. 369 Then we drank,.. The General leapt about.. a little while; but having his Load soon went to sleep. **1890** *Century Dict.* s.v., He went home late with a load on. **1897** BARRÈRE & LELAND *Dict. Slang* II. 22/1 A man who walks unsteadily, owing to intoxication, is said to have a load on. **1902** *Eng. Dial. Dict.* s.v., *To get one's load*, to be drunk. **1922** JOYCE *Ulysses* 160 After their feed with a good load of fat soup under their belts. **1929** J. B. PRIESTLEY *Good Companions* i. i. 26 You've got a load on and no mistake. **1926** [see SANG *sb.²*]. **1934** J. O'HARA *Appointment in Samarra* (1935) vii. 202 What a load you had. Did you get home all right? **1942** WODEHOUSE *Money in Bank* (1946) xxvi. 229 Drunk! ..He's got a load on that would sink an ocean liner. **1948** V. PALMER *Golconda* ix. 65 We're not to blame if men get a load on and begin to fight. **1968** C. NICOLE *Self Lovers* ii. 38 I'm sorry about last night. I was carrying a load. Else I'd have recognised you.

**c.** *Mech.* (See quots.)

**1855** OGILVIE, Suppl. s.v., In machinery, an engine or other prime mover is said to be loaded when it is working to its full power, and the quantity of work it is then doing is called its load. **1875** KNIGHT *Dict. Mech.*, *Load*, the amount of work done by an engine worked up to its capacity. Not to be confounded with duty.

**6.** *loads* (also *a load*): a great number or quantity (esp. of something desirable or nonsensical), 'lots', 'heaps'. *colloq.*

With the earlier quots. cf. CART-LOAD b.
**1606** SHAKS. *Tr. & Cr.* v. i. 22 Loades a greuell i' th' backe, Lethargies, cold Palsies, and the like. **1855** *Nicholas Papers* (Camden) II. 205 There is a loade of newes. **1852**

CLOUGH *Poems*, etc. (1869) I. 183 Sunday.—Loads of talk with Emerson all morning. **1860** EDKINS *Chinese Scenes* (1863) 72, I was very much pleased to get all the home letters on Monday last—This mail I had loads. **1943** C. H. WARD-JACKSON *Piece of Cake* 41 Load of duff, a lot of humbug or nonsense. **1964** [see CRAP *sb.²* 7 b]. **1965**, etc. [see DISH, *abbrev.* of CODSWALLOP]. **1967** *Jazz Monthly* Dec. 12 Playing a load of rubbish, while sounding quite competent to the casual listener. **1968** [see COSSLER 1 c]. **1974** A. MORICE *Killing with Kindness* iv. 38 No man is an island... That's what Mike used to say. Mind you, I always thought it was a load of rubbish.

**7.** *Phrases.* (*Obs.* in *a-d.*) **a.** *to lay on load*: to deal heavy blows (occas. *to lay load about* or *about one*); *fig.* to speak with emphasis or exaggeration; *to emphasize* (the fact) *that..* ; to exaggerate, 'lay it on thick'; also, to be extravagant in expenditure. Also, *to lay on load of reproaches*. **b.** *to lay load on* (a person): to belabour with blows; also *fig.* to blame, reproach. **c.** *to lay* (or *cast*) *the load*: to throw the blame. **d.** *to lay on by load*: to heap or pile on. **e.** *Phr. to get a load of* (freq. *imp.*): to look at, perceive, make oneself aware of, scrutinize; to listen carefully to. *slang* (orig. *U.S.*).

**a. c1557** *Thersites* (Roxb. Club) 51, I wyll .. laye on a lode with this lustye clubbe. **1579** CHURCHYARD *Gen. Rehearsal Wars* K3b, He strake diuers of the Almaines .. and laying loade about hym, he made such vaie that the gate was free. **1580** FULKE *Dang. Rock* 169 He layeth on lode, that Luther and Calumnes authoritie is not like to Christes. **1586** WARNER *Alb. Eng.* i. vi. (1589) 19 The Danter then of Trespassers.. lates lustie lode about. **1587** *Mirr. Mag., Cæsar* xxviii, They fell from one of his burden, and layde on loade amayne. **1589** NASHE *Martins Months Minde* To Rdr., Wks. (Grosart) I. 163 Who being both but neewcome come to their Fathers lands and goods, .. lay on such lode, and spend al their leadines so fast. **1596** SPENSER *F.Q.* iv. ix. 22 So dreadfull strokes each did at other laie and load with all their might and maine power. **1598** GREENEWEY *Tacitus' Ann.* ii. iv. (1622) 37 They should .. lay on thicke loud, and strike at their faces with their swords. **1611** COTGR., *Exagerer*, to exaggerate, aggrauate, lay on load. **1613** DAY *Festivals* viii. (1615) 234 They lay on load of bitter Reproaches against it. **c1630** DYKE *Sel. Serm.* (1640) 211 Satan will be busie to lay on loade, and to affright a man with Hell and damnation. **1652** C. B. STAPYLTON *Herodian* viii. 57 They raile and scold't when ere's he comes abroad, And of his lewd behauiour takes vp Load. **1677** MIEGE *Eng.-Fr. Dict.* s.v., They laid much load upon this expression, *ils exaggerent beaucoup cette expression*. **1832** SIR B. FERGUSSON *Forging of Anchor* 22 Leap out, my masters; leap out and lay on load.

**b. c1425** [see LADE *sb.³*]. **a1529** WEVER *Lusty Juventus* D ij, Lay lode on the fleshe, what so euer befal You haue strength Inough to do it withall. **c1560** INGELEND *Disobed. Child* (1569) F 3, [Stage direction] Here the wyfe must laye on lode vppon her Husbande. **1578-87** HOLINSHED *Chron. Eng.* (1807) I. 466 They laid load vpon the Romans with their arrowes and darts. **1647** H. MORE *Song of Soul* I. iii. v, The vast thumps of massie hammers noise, That on the quaking steel laid on such load. **1679** DRYDEN (Œdipus i. i. Dram. Wks. 1725 IV. 378 Lay load upon the Court; gull 'em with Freedom. **1683** TEMPLE *Mem.* Wks. 1731 I. 429 The Dutch began to lay Load upon their Allies, for their Backwardness. **1697** DRYDEN *Æneid* ix. 1097 Mnestheus lays hard load upon his Helm.

**c. a1713** BURNET *Own Time* (1724) I. 251 The load of that marriage was cast on Lord Clarendon. *Ibid.* (1734) II. 565 It was moved to lay the Load of that Matter on him. **c. 1546** J. HEYWOOD *Prov.* (1562) 64 He makth you beleue, by his laide on by lode.

**e. 1929** D. HAMMETT *Dain Curse* (1930) xix. 217 The redhead nurse was getting a load at the keyhole. **1929** D. RUNYON in *Hearst's International* Oct. 64/1, I am not so sure .. Blake will care to be anybody's husband, and especially Madame La Gimp's after he gets a load of him. **1941** J. BAIRD *He rides Sky* 143 What do you think would have happened if Queen Bess had got a load of the Air Force? **1958** E. DUNDY *Dud Avocado* i. ix. 157 Come over here... Get a load of this script. **1968** [see *caboodle* s.v. CABOODLE]. **1972** D. BLOODWORTH *Any Number can Play* xxii. 221 Get a load of that chick over there.

**8. *attrib.* and *Comb.*, as *load goods*, *-hauling*, *wagon*; *load-bearing*, *-carrying* adjs.; *load-carrier*, a vehicle with the capacity to accommodate a load; *load cast* *Geol.*, a rounded protrusion on the underside of a stratum (usu. one of sandstone), owing to its having sunk before consolidation into the underlying bed (which is usu. shale); so *load-casted* *a.*, modified or covered by a load cast; *load-casting*, the formation of load casts; *load-cell*, an electronic device for weighing large quantities of material; *load displacement*, draught, the displacement or draught of a vessel when laden; *load factor*, the ratio of the average to the maximum amount of work, power, etc., of consumption to productive capacity, etc.; also, in *Aeronaut.*, (*a*) the ratio (or its reciprocal) of the weight of an aircraft to the maximum the wings can support, or that of the force exerted on a part of the structure in ordinary horizontal flight to that exerted in some other condition; (*b*) the ratio of the number of passenger seats occupied to the number available; *load-hose*, a pack-horse; *load line*, (*a*) = LOAD-WATER-LINE; (*b*) *Electronics*, a straight line that crosses the characteristic curves (of output voltage against output current) of a valve or transistor and has a gradient and position determined by

LOAD · 1064 · LOAD

the load, so that it represents the possible operating conditions of the device; †load-man, a man who bears or has charge of a load; †load-mark-line ≈ load-line; load-penny Hist., a market due anciently levied on loads; †load-pin, a bar inserted into the side of a wagon, to increase its capacity; load-rail, ‡free, a broad rail fixed across the middle of a certain kind of corn or hay cart; load-shedding, a temporary curtailment of the supply of electricity to a specific area to prevent excessive load on the generating plant; also transf. and fig.; also load-spreading. Also LOAD-SADDLE, -WATER.

1925 HULL & INGREBIG Fire Resistance of Concrete Columns 658 Pittsburgh gravel concrete was used in the *load-bearing portion and cinder concrete from bituminous cinders in the outer portion. 1947 Horizon Oct. 63 No columns or load-bearing walls intervene. 1961 Architect & Building News 21 June 822/1 The building has massive load-bearing walls facing on to the Fellows' Garden and the College Park. 1974 Times 18 Feb. 12 Facilities include such items as load-bearing ceiling girders. 1962 Times 3 May 1964 The rear seat can be folded flat to convert the car into an exceptionally roomy *load-carrier. 1974 Country Life 21 Nov. 1579/1 A very comfortable car and a handy load carrier. 1611 COTGR. (1632) Sommier.. any voyling, and *load carrying, drudge, or groome. 1895 Westm. Gaz. 14 June 1/3 The fire-resisting material and the load-carrying material. 1960 R. W. MARKS Dymaxion World of B. Fuller 55/1 For this reason the truss has an enormous load-carrying ability. 1953 F. H. KUENEN in Bull. Amer. Assoc. Petroleum Geologist XXXVII. 1048 The base is sharply cut and the ir forms pockets in its substratum, 'flow casts' in Shrock's terminology (1948). As this term tends to cause confusion it is here suggested to call them *load casts'. 1969 BERNISON & WRIGHT Geol. Hist. Isles v. 101 Sedimentary structures, including flute casts, load casts, graded bedding, etc., have been described from the arenites. 1957 Jrnl. Geol. LXV. 248/1 (heading) *Load-casted current markings. 1972 F. J. PETTIJOHN ed. Sand & Sandstone iv. 123 Load-casted ripples. 1953 Bull. Amer. Assoc. Petroleum Geologists XXXVII. 1051 They were not formed after deposition by *load-casting. 1972 F. J. PETTIJOHN et al. Sand & Sandstone iv. 124 If one turbidite flow follows on the heels of another, conditions are more favorable for load-casting. 1958 Engineering 28 Feb. 30 (Advt.), A standard range of *loadcells designed for industrial weighing. 1884 Daily News 9 Oct. 5/7 The Rodney.. has a *load-displacement of 9,740 tons. 1898 Ibid. 12 Apr. 6/6 Her displacement at *load draught will be 15,000 tons. 1891 R. E. B. CROMPTON in Min. Proc. Inst. Civil Engin. CVI. 3 What, for want of a better term, is hereafter called the *load-factor', that is, the relation which the actual output of a plant.. bears to what would be its output if worked continuously day and night, at the full load. 1898 Allbutt's Syst. Med. V. 916 The load factor of the heart, the ratio between its average and its maximum work, is ample. 1899 Westm. Gaz. 15 Feb. 4/1 The 'load factor', the proportion between the hours of daily consumption and the productive power. 1922 Encycl. Brit. XXX. 21/2 The 'load factor' is the number of times the weight of the craft which the wings will support a measure of the strength. 1943 Jrnl. R. Aeronaut. Soc. XLVII. 195 Allowing for the 67 per cent. load factor which seems to be about the maximum that can be expected on any commercial service under normal peace-time conditions of 57 passengers. 1950 Load factor [see limit load s.v. LIMIT sb. 5]. 1962 Times 16 May 15/3 The passenger load factor (the proportion of passenger capacity used) dropped by 1·7 per cent. to 54·8·1 per cent. 1970 D. WATERFIELD Continental Waterbip ii. 29 The B.C. Power Commission has a load factor of around 52%. 1890 Daily News 8 Nov. 5/7 When he left the canal of the Rear Guard he told them that they must not lose their *load goods. 1902 Daily Chron. 16 Jan. 3/2 *Load-hauling and gradient-climbing. 1568 *Loads horse [see LOADER² 1]. 1607 TOPSELL Four-f. Beasts (1658) 254 Of *Load or Pack Horses. 1884 H. SPENCER in Pop. Sci. Monthly XXIV. 727 A compulsory *load-line for merchant-vessels. 1898 Westm. Gaz. 4 June 8/1 The operation of the load-line tables, which was so dear to the late Mr. Plimsoll. 1902 Scotsman 5 Mar. 7/8 Light loadline bill. This bill.. provided for the marking of a second load-line.. to indicate the minimum depth to which a vessel might be immersed in water when she was in ballast. 1931 Proc. IRE XIX. 49 The maximum output will be obtained when the slope of the load line equals minus the slope of the plate current curve. 1962 SIMPSON & RICHARDS Physical Princ. Junction Transistors vii. 140 The straight line passing through the battery-voltage point.. has a slope (−1/R) corresponding to the resistance R of the load and is called the load line. 1375 BARBOUR Bruce viii. 466 The *layd-men that pursuit weill, That kest thair ladis doun in hy. c1375 Cocke Lorell's B. 11 Lode men, and bare brewers. 1711 W. SUTHERLAND Shipbuild. Assist. 91 This.. is termed the deep *Load-mark Line. 1883 GREEN Conq. Eng. ii. 440 The gift of its [sc. Worcester's] market-dues, wanshilling and *load-penny, was the costliest among the many boons which Æthelred and Æthelflæd showered on Bishop Werfrith. 1614 BEST Farm. Bks. (Surtees) 137 They.. putte the shelvinges, and *loade-pinnes, and pike-stowers, of everie waine into her body. 1851 STEPHENS Bk. Farm. (ed. 2) II. 333 The *load-rail, 9 inches broad, is convenient to sit upon in driving, and to stand upon when forking the sheaves in unloading. 1947 Times 10 Feb. 2/2 If the saving that was essential was not forthcoming the company would have to resort to *load shedding or temporary cuts in supply. 1948 Ann. Reg. 1947 8 The cuts in coal and the 'load-shedding' —a term now incorporated into the vocabulary of the citizen that to do 'the wretched private coal-owner'. 1963 Guardian 29 Apr. 8/6 Lord Longford has announced his resignation as chairman.. This is part of the load-shedding of some of his extensive social work. 1952 Engineering 6 Apr. 403/2 Electricity *load spreading.. necessary.. owing to heavy demand for electricity. 1857 STEPHENS Bk. Farm. (ed. 2) II. 357 The *load-tree or rail. 1659 Hoccik 17. Comenius' Orbis Sensualium (1672) 173 A Wagon, which is either a Timber-Wagon or a *Load-Wagon.

**load** (ləʊd), v. Forms: 5–6 lode, 6 loade, 6– load. Pa. pple. (6 lode, 7 load), 7– loaded. strong 6–7 loden, 6–8, 9 dial. loaden. [f. LOAD sb. The strong pa. pple. loaden was formed on the analogy of LADEN.]

**1. a.** trans. To put a load on or in; to furnish with a burden, cargo, or lading; to charge with a load. Freq. in pa. pple. loaded (†loaden) with = laden with, having a load of. loaded down: weighed down with a load.

1503 S. HAWES Example of Virtue i. 19 A shyp .. with moche spyces ryght well lode. 1530 PALSGR. 613/1, I lode a care .. This horse is so hafe loden. 1576 GASCOIGNE Steele Gl. Ep. Ded. (Arb.) 43. I have ben streaking me (like a lubber) when the sunne did shine, and now I strize al in vaine to loade the cart when it raineth. 1579 FENTON Guicciard. vii. 398 Sundrie boates and lighters loaden with prouisions. 1660 JER. TAYLOR Duct. Dubit. (1678) 808 Deploring his condition that his horse being loaden could not run fast. 1775 T. HUTCHINSON Diary i Jan. I. 339 A large Dutch ship .. loaden with tea. 1847 A. M. GILLMAN Trav. Mexico 57 The water-carrier loaded down with the weight of his earthen-vessels. 1865 TROLLOPE Belton Est. ii. 15 The men were loading another cart. 1867 W. W. SMYTH Coal & Coal-mining 154 Trams, weighing when loaded 25 to 32 cwt. each.
**b.** intr. (for refl.). Of a vehicle: To fill with passengers.
1832 Examiner 346/2 Last week the coach travelled nearly empty .. [Now] the coach loads better than ever. 1893 Times 4 May 12/1 This coach always loads well.
**2. a.** To place on or in a vehicle as a load for transport; to put on board as cargo; †to carry (hay, etc.). In quot. 1495 transf. †Also with in, out.
1495 Trevisa's Barth. De P.R. XVIII. xxix. 790 Castors .. laye one of them vpryght on the grounde .. and layeth and lodyth the styckes and wode bytwene his legges and thies and draweth him home to their dennes. 1533 FITZHERB. Bk. Husb. 522 He maye well lode oute his bounge before none, and lode heye or corne at after none. 1613 in Picton L'pool Munic. Rec. (1883) I. 184 Ev'ie freeman may loade and carry goods from the wateriside. 1724 Fr. Bk. of Rates 415 The Dutch Ships which are to have Passports to load in France Wines, Brandy, and other Goods. 1720 De Foe Capt. Singleton v. (1840) 89 We .. fetched our luggage, and loaded it .. vnto the canoes. 1725 BRADLEY Fam. Dict. s.v. Dung or Earth, Dung .. is accordingly loaded in at a great Expence, more particularly in making an Asparagus-Bed. 1743 T. JONES in Baculfield MSS. (Hist. MSS. Comm.) I. 402 The whole Army should .. have their baggage loaded .. in a readiness to march or break of day. 1900 F. T. BULLEN With Christ at Sea ii. 32 Wine was to load mahogany for home.
**b.** absol. or intr. To take in one's load or cargo. Also with sb.
1721o Lond. Gaz. No. 5836/4 Who has now a Ship loading thereof at St. Katherine's-Dock. 1822 J. FOWLER Trnl. (1898) 98, I then Con Cluded to load up and move on the Road Which We did and on loading up the Horses We find seven Hors loads of meat. 1827 R. TOMES Amer. in Japan xvi. 368 The 'Macedonian' sailed for Manila .. leaving the 'Suppy' to load with the coal purchased at Formosa.
**3. a.** To add or affix a weight to, to add to the weight of (something); to be a weight or burden upon; to bear down or oppress with a material weight; to weight, spec. to weight with lead (see LOADED ppl. a.); to increase the resistance in the working of (a machine) by the addition of a weight. loaded with = supporting the weight of. †to load with earth: to bury.
1578 LYTE Dodoens ii. xlviii. 225 [The stalkes] being loden [with] litle flowers from the middle even up to the very top. 1742s BEAUM. & Fl. Bloody-Bro. v. ii. (1639) II, When thou hast loaden me with earth .. 1627 HAKEWILL Apol. (1630) 58 So their toes were more plentifully loaden with fruits. 1642 FULLER Holy & Prof. St. III. xiv. 188 Some sick man of mean worth loaden under a tombe big enough for a Prince to bear. 1667 MILTON P.L. iv. 147 A citcling crew of goodliest 'Trees loaden with fairest Fruit. 1667 DRYDEN Virg. Æneid x. 608 The Phrygian Troops escap'd the Greeks in vain, They, and their ship'd Allies, now load the Plain. 1711 ADDISON Spect. No. 15 ? 1 The coach was drawn by six milk-white horses, and loaden behind with the same number of powdered footmen. 1774 GOLDSM. Nat. Hist. (1776) VIII. 358 The ponderous hammer loads his lettor hand. 1798 Anson's Voy. III. ii. 313 We were neither disordered nor even loaded by this repletion. 1793 BEDDOES Lett. Darwin 52, I eat one-third or one-fourth more than without feeling my stomach loaded. 1802 MAR. EDGEWORTH Moral T. (1816) I. x. 79 A bat loaded with lead. 1843 J. NICHOLSON Operat. Mechanic 79 A machine may be so loaded as just to be in equilibrio with its work. 1860 TYNDALL Glac. I. x. 67 The fresh snow which loaded the glacier. 1871 R. ELLIS tr. Catullus lxiv. 304 Many a feast high-pil'd did load each table about them. 1892 STARLING Elem. Human Physiol. 84 The shortening is not very powerful, and can be prevented by loading the muscle moderately.
**b.** To adulterate by adding something to increase the weight of the article; to make (light or thin wine) appear full-bodied by adulteration.
1860s+1 [see LOADED ppl. a. 2]. 1887 Harper's Mag. June 120/1 If the paper is to be 'loaded', that is, adulterated with clay or cheap fibres.
**c.** Electr. To provide with additional inductance (e.g. by means of a loading coil) in order either to counteract the effect of capacitance and so reduce the distortion and attenuation of signals (in the case of a telephone line or other transmission line), or to reduce the resonant frequency (in the case of an aerial);

more widely, to provide with a load (LOAD sb. 3 g) consisting of any kind of impedance.
1901 M. I. PUPIN in Trans. Amer. Inst. Electr. Engin. XVII. 452 Though a given cord may be properly loaded for some wave-length it will not be properly loaded for shorter wave-lengths. 1922 GLAZEBROOK Dict. Appl. Physics II. 852/2 The effect of loading a line in such a way is approximately the same as though inductance were uniformly distributed along the circuit. 1923 E. W. MARCHANT Radio Telegr. iii. 56 The frequency of the oscillation in the serial can be varied by varying its inductance; that is, coils of copper tube may be inserted which will have the effect of 'loading' it, and so bringing down the frequency of the oscillations. 1962 Newnes Conc. Encycl. Electr. Engin. 846/1 Some low-frequency lines are 'loaded' with added inductance to give some approximation to the distortionless condition. 1970 J. EARL Tuners & Amplifiers iv. 82 Each source, whether it be radio tuner .. or ceramic pickup or tape head, requires to be loaded by a specific value of impedance; or within a range of impedances.
**4.** To supply in excess or overwhelming abundance with. Chiefly in pa. pple. loaded (†loaden) with: charged, fraught, or heavily laden with; having an abundance of. Also to load up with (something).
1577–87 HOLINSHED Chron. III. 7/1 The Danes, being loden with riches and spoiles .. departed to their ships. 1611 BIBLE Ps. lxviii. 19 Blessed be the Lord, who daily loadeth vs with benefits. 1624 BREVINT Saul at Endor 263 A Rich Noble-Man, notoriously loaden with Crimes. 1709 Steele Tatler No. 69 ? 1 If a Man be loaded with Riches and Honours. 1709 BERKELEY Th. Vision 571 The air .. may be loaded with a great quantity of interspersed vapours. 1712 LADY M. W. MONTAGU Let. to C'tess Bristol 22 Aug., The shops [are] loaded with merchandise. 1799 M. UNDERWOOD Dis. Children (ed. 4) I. 288 When they have slept in the same bed with one loaded with it [i.e. small-pox]. 1818 JAS. MILL Brit. India II. iv. v. 212 He returned to Moorshedabad, loaded with disease. 1828 SCOTT F.M. Perth xxiv. Old Torquil .. loaded him with praises and with blessings. 1869 E. A. PARKES Pract. Hygiene (ed. 3) 93 The air of London is so loaded with carbon. 1880 'MARK TWAIN' Tramp Abroad xxxviii. 435, I loaded them up with panegyric and put them to bed. 1882 Miss BRADDON Mt. Royal II. vii. 138 He would have loaded her with gifts, had she been willing to accept them. 1892 'MARK TWAIN' Amer. Claimant iii. 21 He loads up the house with cripples and idiots and stray cats. 1943 K. TENNANT Ride on Stranger (1968) i. 3 Other men get married without being loaded up with kids, kids, and then more kids.
**5. a.** To put the charge into (a firearm); also absol. to be loaded: (of a body of men) to have their arms charged.
1626 CAPT. SMITH Accid. Yng. Seamen 32 To loade a peece. 1688 SHADWELL Sqr. Alsatia v. Wks. 1720 IV. 105 [She snaps a pistol at Belfond] Belfond. Thank you, Madam; are you not a Devil? 'twas loaden. 1799 Instr. & Reg. Cavalry (1813) 271 The same principle of reserving the fire with the front line, till the rear support is loaded. 1804 W. TAYLOR in Ann. Rev. II. 262 Several pieces of heavy ordnance, loaden with grape-shot. 1841 'THACKABAY Drum' tr. Idv. They load and fire. 1853 Illustr. Catal. Gt. Exhib. 1146 At one operation, these caps are loaded with fulminating-powder. 1892 E. PEACOCK N. Brendon I. 145 How many barrels are loaded?
**b.** To insert a photographic film or plate in (a camera); also with the film as object.
1902 Year Bk. Photogr. 13 (Advt.), The 'Roll Film' Automan will be preferred by many on account of the ease with which it may be loaded and unloaded in daylight. 1936 Discovery Aug. 237/1 This unique camera .. weighs 305 pounds when loaded. 1956 A. L. M. SOWERBY Dict. Photogr. (ed. 18) 88 A long roll of film .. was loaded into the camera at the factory.
**c.** To fill (a tobacco-pipe).
1927 Y. LONSDALE' On Approval ii. 66 He crosses to stool down R, and loads his pipe.
**6. fig. a.** To weigh down, burden, oppress (with something immaterial); to clog, encumber.
1526 Pilgr. Perf. (W. de W. 1531) 232 b, He shulde.. fixe them in his hart, lodyng & chargynge his memory with them. 1599 211 Fr. Ret. fr. Parnassus i. i. 360 And if I live, I'le make.. a poesie shall load the future's years with infamie. 1690 CAMDEN Rem. (1637) 39 Neither are we laden with those declensions, flexions, and variations, which are incident to many other tongues. 1662 BACON Ess. Superstition (Arb.) 347 Quer-great Reuerence of Traditions, which cannot but load the Church. 1632 LITHGOW Trav. i. 5 Load with the filth of rudeur earthen clay. 1655 FULLER Ch.-Hist. IX. iii. §6 37 P.R. iv. 418 And sturdiest Oaks Bow'd thir Stiff necks, loaden with stormy blasts. 1777 J. ADAMS in Fam. Lett. (1876) 272, I have been for near these two weeks.. constantly loaded with a cold. 1865 J. H. NEWMAN Gerontius §4 Lest so stern a solitude should load And break thy being. 1884 A. R. PENNINGTON Wiclif viii. 257 The frivolous vanities with which Confirmation was loaded, led him to speak in a disparaging tone of it.
**abol.** 1593 Tell-Troth's N.Y. Gift 9 A contented mind, and a smile lightsomly, to frowne therefore kindly, is a barre to fellicity: but loading crabbedly, men rowne themselues speedily.
**b.** To overwhelm with abuse, reproaches, etc. †Also, to throw blame upon; to charge with something opprobrious.
1662 GURNALL Chr. in Arm. (1669) 296/2 A few silly men, loaden with the vilest reproaches that the wit of man could invent. 1692 R. L'ESTRANGE Fables xix. (1708) 31 To be Loaden at every turn with Blows and Reproaches. 1697 DRYDEN Virg. Æneid XI. 335 These are the Crimes, which they load the Name of Turnus. 1709 STANHOPE Paraphr. IV. 583 They Load his Doctrine with Imputure and Blasphemy. c1719 BURNEY Own Time (1724) II. 272 Every thing was acceptable there, that loaded that Treaty, and these Lords. Ibid. 164 The Design was now formed, to load the late Administration all that was possible. 1730 SWIFT GULLIVER II. 1, While the Dutchman.. loaded me with all the curses and injurious terms his language could afford.

# THE OXFORD
# ENGLISH
# DICTIONARY

## SECOND EDITION

*Prepared by*

J. A. SIMPSON *and* E. S. C. WEINER

## VOLUME VII
Hat–Intervacuum

CLARENDON PRESS · OXFORD

*Oxford University Press, Great Clarendon Street, Oxford* OX2 6DP

*Oxford New York*

*Athens Auckland Bangkok Bogotá Buenos Aires Calcutta
Cape Town Chennai Dar es Salaam Delhi Florence Hong Kong Istanbul
Karachi Kuala Lumpur Madrid Melbourne Mexico City Mumbai
Nairobi Paris São Paulo Singapore Taipei Tokyo Toronto Warsaw*

*and associated companies in*
*Berlin Ibadan*

*Oxford is a registered trade mark of Oxford University Press*

© *Oxford University Press 1989*

*First published 1989*
*Reprinted 1991 (with corrections), 1998*

*All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
without the prior permission in writing of Oxford University Press.
Within the UK, exceptions are allowed in respect of any fair dealing for the
purpose of research or private study, or criticism or review, as permitted
under the Copyright, Designs and Patents Act, 1988, or in the case of
reprographic reproduction in accordance with the terms of the licences
issued by the Copyright Licensing Agency. Enquiries concerning
reproduction outside these terms and in other countries should be
sent to the Rights Department, Oxford University Press,
at the address above*

*British Library Cataloguing in Publication Data*
*Oxford English dictionary.—2nd ed.*
*1. English language—Dictionaries*
*I. Simpson, J. A. (John Andrew), 1953-*
*II. Weiner, Edmund S. C., 1950-*
*423*
*ISBN 0-19-861219-2 (vol. VII)*
*ISBN 0-19-861186-2 (set)*

*Library of Congress Cataloging-in-Publication Data*
*The Oxford English dictionary.—2nd ed.*
*prepared by J. A. Simpson and E. S. C. Weiner*
*Bibliography: p.*
*ISBN 0-19-861219-2 (vol. VII)*
*ISBN 0-19-861186-2 (set)*

*1. English language—Dictionaries.   I. Simpson, J. A.*
*II. Weiner, E. S. C.   III. Oxford University Press.*
*PE1625.087 1989*
*423—dc19    88-5330*

*Data capture by ICC, Fort Washington, Pa.*
*Text-processing by Oxford University Press*
*Typesetting by Pindar Graphics Origination, Scarborough, N. Yorks.*
*Manufactured in the United States of America by*
*World Color Book Services, Taunton, Mass.*

demarcation.. of the line of frontier.. as well as the placing of the indicating posts, will be reserved for Commissioners, which the two Governments will furnish with powers for this purpose.

**indication** (ɪndɪˈkeɪʃən). [a. F. *indication* (Paré, 16th c.), ad. L. *indicātiōn-em* (found only in the sense of 'valuation'), n. of action from *indicāre* to INDICATE.]

**1. a.** The action of indicating, pointing out, or making known; that in which this is embodied; a hint, suggestion, or piece of information from which more may be inferred.

[citations]

**b.** *spec. in Med.* A suggestion or direction as to the treatment of a disease, derived from the symptoms observed. (App. the earliest use in Eng.)

[citations]

**c.** The degree of some physical state, as pressure, temperature, etc., indicated by an instrument, as a barometer, anemometer, thermometer, etc.; the reading of a graduated instrument.

[citations]

**2. a.** A sign, token, or symptom; an expression by sign or token.

[citations]

**b.** *Mining.* Something which indicates the presence of valuable ore, oil, etc. *U.S.*

[citations]

**indicative** (ɪnˈdɪkətɪv, ˈɪndɪkeɪtɪv), *a.* (*sb.*) [ad. F. *indicatif, -ive* (Oresme, 14th c.) = Sp., It. *indicativo*, ad. L. *indicātīv-us* (in sense 1 below), f. *indicāt-*: see INDICATE and -IVE. The first pronunciation is that used in sense 1; the second is frequent, though not exclusive, in sense 2, in which it is recognized by Smart, 1836.]

**A.** *adj.*

**1.** *Gram.* That points out, states, or declares: applied to that mood of a verb of which the essential function is to state a relation of objective fact between the subject and predicate (as opposed to a relation merely conceived, thought of, or wished, by the speaker).

[citations]

**b.** Of a form of statement: Having the verb in the indicative mood; assertive of objective fact.

**2.** That indicates, points out, or directs; that hints or suggests. † *indicative day* (see quot. and cf. INDICANT *a.*).

[citations]

**2.** That indicates, points out, or directs; that hints at something.

[citations]

**b.** Furnishing indications of; suggestive of.

[citations]

**B.** *absol.* and as *sb. Gram.* The indicative mood; an instance of this, a verb in the indicative mood.

[citations]

**indicatively** (see prec.), *adv.* [f. prec. + -LY².]

**1.** *Gram.* In the indicative mood.

[citations]

**2.** As regards indication or sign.

[citations]

**3.** In an indicative manner; so as to point out.

[citations]

**indicator** (ˈɪndɪkeɪtə(r)). [a. late L. *indicātor*, agent-noun from *indicāre* to INDICATE; cf. F. *indicateur* (1690 in Hatz.-Darm.).]

**1. a.** One who or that which points out, or directs attention to, something.

[citations]

**b.** *Anat.* The muscle which extends the index or forefinger; the *extensor indicis*.

[citations]

**c.** In a microscope, A pointer which indicates the position of a special object in the field of view.

[citations]

**d.** *Philos.* = *token-reflexive word*; see quots. Also *indicator-word*.

[citations]

**2. a.** That which serves to indicate or give a suggestion of something; an indication of

[citations]

**3.** Anything used in a scientific experiment to indicate the presence of a substance or quality, change in a body, etc.; *spec.* (i) a substance which may be added to a solution to indicate whether the concentration of hydrogen ions or of some other ion in the solution is above or below a particular value, esp. by giving different colour indications.

[citations]

(ii) An isotope (usually a radioactive one) used as a tracer (see TRACER²).

[citations]

**c.** A geological clue to the presence of gold.

[citations]

**d.** *Ecology.* A group of plants or animals whose presence acts as a sign of particular environmental conditions. Also *attrib.*

[citations]

**e.** A board or device in a railway station used to indicate the times and platform numbers of arriving and departing trains.

[citations]

**f.** In *Cryptography* [see quot.]

# EXHIBIT 8

RECEIVED

APR 2 3 2004

HALE AND DORR
LIBRARY

# McGraw-Hill
# DICTIONARY OF
# SCIENTIFIC AND
# TECHNICAL
# TERMS

## Fourth Edition





### Sybil P. Parker


EDITOR IN CHIEF

McGRAW-HILL BOOK COMPANY

New York
St. Louis
San Francisco

| | |
|---|---|
| Auckland | Bogotá |
| Caracas | Colorado Springs |
| Hamburg | Lisbon |
| London | Madrid |
| Mexico | Milan |
| Montreal | New Delhi |
| Oklahoma City | Panama |
| Paris | San Juan |
| São Paulo | Singapore |
| Sydney | Tokyo |

Toronto

On the cover: Pattern produced from white light by a computer-generated
diffraction plate containing 529 square apertures arranged in a 23 × 23 array.
(R. B. Hoover, Marshall Space Flight Center)

On the title pages: Aerial photograph of the Sinai Peninsula made by Gemini
spacecraft. (NASA)

Included in this Dictionary are definitions which have been published previously in the following
works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc.
All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960,
1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyclopedia*,
Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*,
3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and
L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967
by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Huschke, *Glossary of
Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Standardized Terms*,
AF Manual 11-1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3,
1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Aero-
nautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of
Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of
Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology, White Sands
Missile Range*, New Mexico, National Bureau of Standards, AD 467-424; *A DOD Glossary of Mapping,
Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, comp. and ed.,
*A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms: A
Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms in Information
Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Termi-
nology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Tech-
nical, and Imperative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the
Navy, NAVSO P-3097.

McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS,
Fourth Edition
Copyright © 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in
the United States of America. Except as permitted under the United States Copyright Act of 1976,
no part of this publication may be reproduced or distributed in any form or by any means, or stored
in a data base or retrieval system, without the prior written permission of the publisher.

1 2 3 4 5 6 7 8 9 0    DOW/DOW    8 9 5 4 3 2 1 0 9 8

ISBN 0-07-045270-9

Library of Congress Cataloging-in-Publication Data

McGraw-Hill dictionary of scientific and technical terms.

1. Science—Dictionaries.   2. Technology—Dictionaries.
I. Parker, Sybil P.
Q123.M34      1989       503'/21       88-13490
ISBN 0-07-045270-9

For more information about other McGraw-Hill materials, call 1-800-2-MCGRAW in the
United States. In other countries, call your nearest McGraw-Hill office.

a description and the standards for purity and strength for each. { ,fär·mə·kə'pē·ə }

**pharmacosiderite** [MINERAL] Fe₃(AsO₄)₂(OH)₃·5H₂O Green or yellowish-green mineral composed of a hydrous basic iron arsenate and commonly found in cubic crystals. Also known as cube ore. { ,fär·mə·kō'sïd·ə,rīt }

**pharmacotherapy** [MED] The treatment of disease by means of drugs. { ,fär·mə·kō'ther·ə·pē }

**pharmacy** [MED] **1.** The art and science of the preparation and dispensation of drugs. **2.** A place where drugs are dispensed. { 'fär·mə·sē }

**pharyngeal aponeurosis** [ANAT] The fibrous submucous layer of the pharynx. { fə'rin·jē·əl ,ap·ō·nu'rō·səs }

**pharyngeal bursa** [EMBRYO] A small pit caudal to the pharyngeal tonsil, resulting from the ingrowth of epithelium along the course of the degenerating tip of the notochord of the vertebrate embryo. { fə'rin·jē·əl 'bər·sə }

**pharyngeal cleft** [EMBRYO] One of the paired open clefts on the sides of the embryonic pharynx between successive visceral arches in vertebrates. { fə'rin·jē·əl 'kleft }

**pharyngeal plexus** [ANAT] **1.** A nerve plexus innervating the pharynx. **2.** A plexus of veins situated at the side of the pharynx. { fə'rin·jē·əl 'plek·səs }

**pharyngeal pouch** [EMBRYO] One of the five paired saccations in the lateral aspect of the pharynx in vertebrate embryos. Also known as visceral pouch. { fə'rin·jē·əl 'pauch }

**pharyngeal tonsil** See adenoid. { fə'rin·jē·əl 'tän·səl }

**pharyngeal tooth** [VERT ZOO] A tooth developed on the pharyngeal bone in many fishes. { fə'rin·jē·əl 'tüth }

**pharyngitis** [MED] Inflammation of the pharynx. { ,far·ən'jïd·əs }

**Pharyngobdellae** [INV ZOO] A family of leeches in the order Arhynchobdellae distinguished by the lack of jaws. { fa,rin,gäb'del·ə,dē }

**pharyngology** [MED] The science of the pharyngeal mechanism, functions, and diseases. { ,far·iŋ'gäl·ə·jē }

**pharyngoscope** [MED] An instrument for examining the pharynx. { fə'rin·gə,skōp }

**pharynx** [ANAT] A chamber at the oral end of the vertebrate alimentary canal, leading to the esophagus. { 'far·iŋks }

**phase** [ASTRON] One of the cyclically repeating appearances of the moon or other orbiting body as seen from earth. [CHEM] Portion of a physical system (liquid, gas, solid) that is homogeneous throughout, has definable boundaries, and can be separated physically from other phases. [MATH] An additive constant in the argument of a trigonometric function. [MET] A constituent of an alloy that is physically distinct and is homogeneous in chemical composition. [PHYS] **1.** The fractional part of a period through which the time variable of a periodic quantity (alternating electric current, vibration) has moved, as measured at any point in time from an arbitrary time origin; usually expressed in terms of angular measure, with one period being equal to 360° or 2π radians. **2.** For a sinusoidally varying quantity, the phase (first definition) with the time origin located at the last point at which the quantity passed through a zero position from a negative to a positive direction. **3.** The argument of the trigonometric function describing the space and time variation of a sinusoidal disturbance, $y = A \cos \{(2\pi/\lambda)(x - vt)\}$, where $x$ and $t$ are the space and time coordinates, $v$ is the velocity of propagation, and $\lambda$ is the wavelength. [THERMO] The type of state of a system, such as solid, liquid, or gas. { fāz }

**phase advancer** [ELEC] Phase modifier which supplies leading reactive volt-amperes to the system to which it is connected; may be either synchronous or asynchronous. { faz id,van·sər }

**phase age** See age of phase inequality. { 'fāz ,āj }

**phase-alternation line system** [COMMUN] A color television system used in Europe, in which the phase of the color subcarrier is changed from scanning line to scanning line, requiring transmission of a line switching signal as well as a color burst. Abbreviated PAL system. { 'fāz ,öl·tər',nā·shən ,līn ,sis·təm }

**phase angle** [PHYS] The difference between the phase of a sinusoidally varying quantity and the phase of a second quantity which varies sinusoidally at the same frequency. Also known as phase difference. { 'fāz ,aŋ·gəl }

**phase-angle meter** See phase meter. { 'fāz ,aŋ·gəl ,mēd·ər }



**PHARYNGOBDELLAE**

Dorsal and ventral view of *Erpobdella punctata*, a jawless leech common in lakes and streams in the Northern Hemisphere.



**PHASE ANGLE**

$$1. y(t) = A \sin\left(\frac{2\pi t}{T} + \varphi\right)$$

$$2. y(t) = A \sin\left(\frac{2\pi t}{T}\right)$$

An illustration of the meaning of phase for a sinusoidal wave, $y(t)$. The difference in phase between waves 1 and 2 is φ and is called the phase angle. For each wave, A is the amplitude and T is the period.

**phase-balance relay** [ELEC] Relay which functions by reason of a difference between two quantities associated with different phases of a polyphase circuit. { 'fāz ,bal·əns 'rē,lā }

**phase behavior** [PETRO ENG] The equilibrium relationships between water, liquid hydrocarbons, and dissolved or free gas, either in reservoirs or as liquids and gases are separated above ground in gas-oil separator systems. { 'fāz bi,hāv·yər }

**phase boundary** [PHYS] The interface between two or more separate phases, such as liquid-gas, liquid-solid, gas-solid, or, for immiscible materials, liquid-liquid or solid-solid. { 'fāz ,baun·drē }

**phase change** [PHYS] **1.** The metamorphosis of a material or mixture from one phase to another, such as gas to liquid, solid to gas. **2.** See phase shift. { 'fāz ,chānj }

**phase-change coefficient** See phase constant. { 'fāz 'chānj ,kō·i,fish·ənt }

**phase coherence** [PHYS] The existence of a statistical or time coherence between the phases of two or more waves. { 'fāz kō,hir·əns }

**phase comparator** [COMPUT SCI] A comparator that accepts two radio-frequency input signals of the same frequency and provides two video outputs which are proportional, respectively, to the sine and cosine of the phase difference between the two inputs. { 'fāz kəm,par·əd·ər }

**phase-comparison relaying** [ELEC] A method of detecting faults in an electric power system in which signals are transmitted from each of two terminals every half cycle so that a continuous signal is received at an intermediate point if there is no fault between the terminals, while a periodic signal is received if there is a fault. { 'fāz kəm,par·ə·sən 'rē,lā·iŋ }

**phase conductor** [ELEC] In a polyphase circuit, any conductor other than the neutral conductor. { 'fāz kən,dək·tər }

**phase conjugate system** [OPTICS] An adaptive optics system in which the wavefront to be corrected is measured directly, using either a geometric or interferometric test. { 'fāz ,kän·jə·gət ,sis·təm }

**phase constant** [ELECTROMAG] A rating for a line or medium through which a plane wave of a given frequency is being transmitted; it is the imaginary part of the propagation constant, and is the space rate of decrease of phase of a field component (or of the voltage or current) in the direction of propagation, in radians per unit length. Also known as phase-change coefficient; wavelength constant. { 'fāz ,kän·stənt }

**phase-contrast microscope** [OPTICS] A compound microscope that has an annular diaphragm in the front focal plane of the substage condenser and a phase plate at the rear focal plane of the objective, to make visible differences in phase or optical path in transparent or reflecting media. { 'fāz 'kän,trast 'mī·krə,skōp }

**phase control** [ELECTR] **1.** A control that changes the phase angle at which the alternating-current line voltage fires a thyratron, ignitron, or other controllable gas tube. Also known as phase-shift control. **2.** See hue control. { 'fāz kən,trōl }

**phase converter** [ELEC] A converter that changes the number of phases in an alternating-current power source without changing the frequency. { 'fāz kən,vərd·ər }

**phase-correcting network** See phase equalizer. { 'fāz kə,rek·tiŋ 'net,wərk }

**phase correction** [COMMUN] Process of keeping synchronous telegraph mechanisms in substantially correct phase relationship. { 'fāz kə,rek·shən }

**phase crossover** [CONT SYS] A point on the plot of the loop ratio at which it has a phase angle of 180°. { 'fāz 'krós,ō·vər }

**phased array** [ELECTROMAG] An array of dipoles on a radar antenna in which the signal feeding each dipole is varied so that antenna beams can be formed in space and scanned very rapidly in azimuth and elevation. { 'fāzd ə'rā }

**phase delay** [COMMUN] Ratio of the total phase shift (radians) of a sinusoidal signal in transmission through a system or transducer, to the frequency (radians/second) of the signal. { 'fāz di,lā }

**phase detector** [ELECTR] A circuit that provides a direct-current output voltage which is related to the phase difference between an oscillator signal and a reference signal, for use in controlling the oscillator to keep it in synchronism with the reference signal. Also known as phase discriminator. { 'fāz di,tek·tər }

**phase deviation** [COMMUN] The peak difference between

1850 | **subsonic nozzle**                                    **Subtropical Convergence**

sion of fluid flowing at speeds less than the speed of sound in the fluid. { ¦səb'sän·ik 'in‚let }

**subsonic nozzle** [ENG] A nozzle through which a fluid flows at speed less than the speed of sound in the fluid. { ¦səb'sän·ik 'näz·əl }

**subsonic speed** [FL MECH] A speed relative to surrounding fluid less than that of the speed of sound in the same fluid. { ¦səb'sän·ik 'spēd }

**subspace** [MATH] A subset of a space which, in the appropriate context, is a space in its own right. { 'səb‚spās }

**subspecies** [SYST] A geographically defined grouping of local populations which differs taxonomically from similar subdivisions of species. { 'səb‚spē·shēz }

**substance** [PHYS] Tangible material, occurring in macroscopic amounts. { 'səb·stəns }

**substance P** [BIOCHEM] An undecapeptide widely distributed in the central nervous system and found in highest concentrations in superficial layers of the dorsal horn of the spinal cord, in the trigeminal nerve nucleus, and in the substantia nigra; acts as a neurotransmitter. { 'səb·stəns 'pē }

**substandard propagation** [ELECTROMAG] The propagation of radio energy under conditions of substandard refraction in the atmosphere; that is, refraction by an atmosphere or section of the atmosphere in which the index of refraction decreases with height at a rate of less than 12 N units (unit of index of refraction) per 1000 feet (304.8 meters). { ¦səb'stan·dərd ‚präp·ə'gā·shən }

**substantive dye** See direct dye. { 'səb·stən‚tiv 'dī }

**substation** [ELEC] See electric power substation. [ENG] An intermediate compression station to repressure a fluid being transported by pipeline over a long distance. [MIN ENG] A subsidiary station for the conversion of power to the type, usually direct current, and voltage needed for mining equipment and fed into the mine power system. { 'səb‚stā·shən }

**substellar point** [ASTRON] The geographical position of a star; that point on the earth at which the star is in the zenith at a specified time. Also known as subastral point. { ¦səb'stel·ər 'point }

**substituent** [ORG CHEM] An atom or functional group substituted for another in a chemical structure. { səb'stich·ə·wənt }

**substitute mode** [COMPUT SCI] One method of exchange buffering, in which segments of storage function alternately as buffer and as program work area. { 'səb·stə‚tüt ‚mōd }

**substitutional impurity** [SOLID STATE] An atom or ion which is not normally found in a solid, but which resides at the position where an atom or ion would ordinarily be located in the lattice structure, and replaces it. { ‚səb·stə'tü·shən·əl im'pyúr·əd·ē }

**substitution cipher** [COMMUN] A cipher in which the characters of the original message are replaced by other characters according to a key. { ‚səb·stə'tü·shən ‚sī·fər }

**substitution reaction** [CHEM] Replacement of an atom or radical by another atom in a chemical compound. { ‚səb·stə'tü·shən ‚rē‚ak·shən }

**substitution solid solution** [MET] A solid alloy having the atoms of the solute located at some lattice of points of the solvent. { ‚səb·stə'tü·shən 'säl·əd sə'lü·shən }

**substitutive nomenclature** [ORG CHEM] A system in which the name of a compound is derived by using the functional group (the substituent) as a prefix or suffix to the name of the parent compound to which it is attached; for example, in 2-chloropropane a chlorine atom has replaced a hydrogen atom on the central carbon of the propane chain. { 'səb·stə‚tüd·iv 'nō·mən‚klā·chər }

**substrate** [BIOCHEM] The substance with which an enzyme reacts. [ELECTR] The physical material on which a microcircuit is fabricated; used primarily for mechanical support and insulating purposes, as with ceramic, plastic, and glass substrates; however, semiconductor and ferrite substrates may also provide useful electrical functions. [ENG] Basic surface on which a material adheres, for example, paint or laminate. [ORG CHEM] A compound with which a reagent reacts. { 'səb‚strāt }

**substratosphere** [METEOROL] A region of indefinite lower limit just below the stratosphere. { 'səb'strad·ə‚sfir }

**substratum** [GEOL] Any layer underlying the true soil. { 'səb'strad·əm }

**substring** [COMPUT SCI] A sequence of successive characters within a string. { 'səb‚strin }

**substructure** [CIV ENG] The part of a structure which is below ground. { 'səb'strək‚chər }

**subsurface contour** See structure contour. { 'səb'sər·fəs 'kän‚túr }

**subsurface current** [OCEANOGR] An underwater current which is not present at the surface or whose core (region of maximum velocity) is below the surface. { 'səb'sər·fəs 'kə‚rənt }

**subsurface flow** [HYD] Interflow plus groundwater flow. { 'səb'sər·fəs 'flō }

**subsurface geology** [GEOL] The study of geologic features beneath the land or sea-floor surface. Also known as underground geology. { 'səb'sər·fəs jē'äl·ə·jē }

**subsurface tillage** [AGR] A method of stirring the soil with blades that leaves stubble on or just below the surface. { 'səb'sər·fəs 'til·ij }

**subsurface waste disposal** [ENG] A waste disposal method for manufacturing wastes in porous underground rock formations. { 'səb'sər·fəs 'wāst di‚spōz·əl }

**subsurface wave** [ELECTROMAG] Electromagnetic wave propagated through water or land; operating frequencies for communications may be limited to approximately 35 kilohertz due to attenuation of high frequencies. { 'səb'sər·fəs 'wāv }

**subsynchronous** [ELEC] Operating at a frequency or speed that is related to a submultiple of the source frequency. { 'səb'siŋ·krə·nəs }

**subsystem** [ENG] A major part of a system which itself has the characteristics of a system, usually consisting of several components. { 'səb‚sis·təm }

**subtend** [BOT] To lie adjacent to and below another structure, often enclosing it. { səb'tend }

**subtense bar** [ENG] The horizontal bar of fixed length in the subtense technique of distance measurement method. { 'səb'tens 'bär }

**subtense technique** [CIV ENG] A distance measuring technique in which the transit angle subtended by the subtense bar enables the computation of the transit-to-bar distance. { 'səb'tens tek'nēk }

**subterranean ice** See ground ice. { 'səb·tə'rān·ē·ən 'īs }

**subterranean stream** [HYD] A subsurface stream that flows through a cave or a group of communicating caves. { 'səb·tə'rān·ē·ən 'strēm }

**subtilin** [MICROBIO] An antibiotic substance obtained from *Bacillus subtilis*, active against gram-positive bacteria. { 'səb·tə·lən }

**subtracter** [COMPUT SCI] A computer device that can form the difference of two numbers or quantities. { səb'trak·tər }

**subtractor** [ELECTR] A circuit whose output is determined by the differences in analog or digital input signals. { səb'trak·tər }

**subtraction** [MATH] The addition of one quantity with the negative of another; in a system with an additive operation this is formally the sum of one element with the additive inverse of another. { səb'trak·shən }

**subtractive primaries** [OPTICS] The three colors, usually yellow, magenta, and cyan (greenish-blue), which are mixed together in a subtractive process. { səb'trak·tiv 'prī‚mer·ēz }

**subtractive process** [OPTICS] The process of producing colors by mixing absorbing media or filters of subtractive primary colors. { səb'trak·tiv 'prä·səs }

**subtrahend** [MATH] A quantity which is to be subtracted from another given quantity. { 'səb·trə‚hend }

**subtree** [MATH] A subgraph of a tree which is itself a tree. { 'səb‚trē }

**Subtriquetridae** [INV ZOO] A family of arthropods in the suborder Porocephaloidea. { ‚səb·trə'ketr·ə‚dē }

**subtropic** [METEOROL] An indefinite belt in each hemisphere between the tropic and temperate regions; the polar boundaries are considered to be roughly 35–40° northern and southern latitudes, but vary greatly according to continental influences, being farther poleward on the western coasts of continents and farther equatorward on the eastern coasts. { 'səb'träp·ik }

**subtropical anticyclone** See subtropical high. { ‚səb'träp·ə·kəl ‚ant·i'sī‚klōn }

**Subtropical Convergence** [OCEANOGR] The zone of converging currents, generally located in midlatitudes. { ‚səb'träp·ə·kəl kən'vər·jəns }



**SUBTENSE BAR**

The subtense bar used in the subtense technique of distance measurement. (*Lockwood, Kessler, and Bartlett Inc.*)

**resistance-capacitance oscillator**                                    **resistor bulb** | 1605

**resistance-capacitance oscillator** [ELECTR] Oscillator in which the frequency is determined by resistance and capacitance elements. Abbreviated R-C oscillator. { ri'zis·təns kə'pas·əd·əns 'äs·ə,lād·ər }

**resistance coefficient 1** [FL MECH] A dimensionless number used in the study of flow resistance, equal to the resistance force in flow divided by one-half the product of fluid density, the square of fluid velocity, and the square of a characteristic length. Symbolized $c_r$. { ri'zis·təns ,kō·i,fish·ənt 'wən }

**resistance coefficient 2** See Darcy number 1. { ri'zis·təns ,kō·i,fish·ənt 'tü }

**resistance commutation** [ELEC] Commutation of an electric rotating machine in which brushes with relatively high resistance span at least one commutator segment, in order to achieve a linear variation of current with time, and thereby minimize self-inductive voltage in the coils. { ri'zis·təns ,käm·yə'tā·shən }

**resistance-coupled amplifier** See resistance-capacitance coupled amplifier. { ri'zis·təns 'kəp·əld 'am·plə,fī·ər }

**resistance coupling** [ELECTR] Coupling in which resistors are used as the input or output impedances of the circuits being coupled; a coupling capacitor is generally used between the resistors to transfer the signal from one stage to the next. Also known as R-C coupling; resistance-capacitance coupling; resistive coupling. { ri'zis·təns ,kəp·liŋ }

**resistance drop** [ELEC] The voltage drop occurring between two points on a conductor due to the flow of current through the resistance of the conductor; multiplying the resistance in ohms by the current in amperes gives the voltage drop in volts. Also known as IR drop. { ri'zis·təns ,dräp }

**resistance element** [ELEC] An element of resistive material in the form of a grid, ribbon, or wire, used singly or built into groups to form a resistor for heating purposes, as in an electric soldering iron. { ri'zis·təns ,el·ə·mənt }

**resistance factor** See R factor. { ri'zis·təns ,fak·tər }

**resistance furnace** [ENG] An electric furnace in which the heat is developed by the passage of current through a suitable internal resistance that may be the charge itself, a resistor embedded in the charge, or a resistor surrounding the charge. Also known as electric resistance furnace. { ri'zis·təns ,fər·nəs }

**resistance grounding** [ELEC] Electrical grounding in which lines are connected to ground by a resistive (totally dissipative) impedance. { ri'zis·təns ,graund·iŋ }

**resistance heating** [ELEC] The generation of heat by electric conductors carrying current; degree of heating is proportional to the electrical resistance of the conductor; used in electrical home appliances, home or space heating, and heating ovens and furnaces. { ri'zis·təns ,hēd·iŋ }

**resistance lamp** [ELEC] Electric lamp used to prevent the current in a circuit from exceeding a desired limit. { ri'zis·təns ,lamp }

**resistance loss** [ELEC] Power loss due to current flowing through resistance; its value in watts is equal to the resistance in ohms multiplied by the square of the current in amperes. { ri'zis·təns ,lòs }

**resistance magnetometer** [ENG] A magnetometer that depends for its operation on variations in the electrical resistance of a material immersed in the magnetic field to be measured. { ri'zis·təns ,mag·nə'täm·əd·ər }

**resistance material** [ELEC] Material having sufficiently high resistance per unit length or volume to permit its use in the construction of resistors. { ri'zis·təns mə'tir·ē·əl }

**resistance measurement** [ELEC] The quantitative determination of that property of an electrically conductive material, component, or circuit called electrical resistance. { ri'zis·təns ,mezh·ər·mənt }

**resistance meter** [ENG] Any instrument which measures electrical resistance. Also known as electrical resistance meter. { ri'zis·təns ,mēd·ər }

**resistance methanometer** [ENG] A catalytic methanometer, with platinum used as the filament, which both heats the detecting element and acts as a resistance-type thermometer. { ri'zis·təns ,meth·ə'näm·əd·ər }

**resistance noise** See thermal noise. { ri'zis·təns ,nòiz }

**resistance pyrometer** See resistance thermometer. { ri'zis·təns pī'räm·əd·ər }

**resistance-rate flowmeter** See resistive flowmeter. { ri'zis·təns ,rāt 'flō,mēd·ər }

**resistance seam welding** [MET] Resistance welding process which produces a series of individual spot welds, overlapping spot welds, or a continuous nugget weld made by circular or wheel-type electrodes. { ri'zis·təns 'sēm ,weld·iŋ }

**resistance spot welding** [MET] Resistance welding process in which the parts are lapped and held in place under pressure; the size and shape of the electrodes (usually circular) control the size and shape of the welds. { ri'zis·təns 'spät ,weld·iŋ }

**resistance-start motor** [ELEC] A split-phase motor having a resistance connected in series with the auxiliary winding; the auxiliary circuit is opened when the motor attains a predetermined speed. { ri'zis·təns 'stärt ,mōd·ər }

**resistance strain gage** [ELECTR] A strain gage consisting of a strip of material that is cemented to the part under test and that changes in resistance with elongation or compression. { ri'zis·təns 'strān ,gāj }

**resistance thermometer** [ENG] A thermometer in which the sensing element is a resistor whose resistance is an accurately known function of temperature. Also known as electrical resistance thermometer; resistance pyrometer. { ri'zis·təns thər'mäm·əd·ər }

**resistance transfer factor** [GEN] A carrier of genetic information in bacteria which is considered to control the ability of self-replication and conjugal transfer of R factors. Abbreviated RTF. { ri'zis·təns 'tranz·fər ,fak·tər }

**resistance welding** [MET] Joining metals together under pressure by making use of heat developed by an electric current, the work being part of the electrical circuit. { ri'zis·təns ,weld·iŋ }

**resistance wire** [MET] Wire made from a metal or alloy having high resistance per unit length, such as Nichrome; used in wire-wound resistors and heating elements. { ri'zis·təns ,wīr }

**resistate** [GEOL] A sediment consisting of minerals that are chemically resistant and are enriched in the residues of weathering processes. Also known as residual sediment. { ri'zis,tāt }

**resist-dyeing** [TEXT] A cross-dyeing method in which a chemical is applied to certain yarns before weaving so that, when the material is dyed, only the untreated yarns take the dye, producing a colorful pattern; the chemical is later removed from the fabric. { ri'zist ,dī·iŋ }

**resisting moment** [MECH] A moment produced by internal tensile and compressive forces that balances the external bending moment on a beam. { ri'zist·iŋ ,mō·mənt }

**resistive coupling** See resistance coupling. { ri'zis·tiv 'kəp·liŋ }

**resistive flowmeter** [ENG] Liquid flow-rate measurement device in which flow rates are read electrically as the result of the rise or fall of a conductive differential-pressure manometer fluid in contact with a resistance-rod assembly. Also known as resistance-rate flowmeter. { ri'zis·tiv 'flō,mēd·ər }

**resistive load** [ELEC] A load whose total reactance is zero, so that the alternating current is in phase with the terminal voltage. Also known as nonreactive load. { ri'zis·tiv 'lōd }

**resistive unbalance** [ELEC] Unequal resistance in the two wires of a transmission line. { ri'zis·tiv ən'bal·əns }

**resistivity** See electrical resistivity. { ,rē,zis'tiv·əd·ē }

**resistivity factor** See formation factor. { ,rē,zis'tiv·əd·ē ,fak·tər }

**resistivity index** [PETRO ENG] Ratio of the true electrical resistivity of a rock system at a specified water saturation, to the resistivity of the rock itself; used for calculation of electrical well-logging data. { ,rē,zis'tiv·əd·ē ,in,deks }

**resistivity method** [ENG] Any electrical exploration method in which current is introduced in the ground by two contact electrodes and potential differences are measured between two or more other electrodes. { ,rē,zis'tiv·əd·ē ,meth·əd }

**resistivity well logging** [PETRO ENG] The measurement of subsurface electrical resistivities (normal and lateral to the borehole) during electrical logging of oil wells. { ,rē,zis'tiv·əd·ē 'wel ,läg·iŋ }

**resistor** [ELEC] A device designed to have a definite amount of resistance; used in circuits to limit current flow or to provide a voltage drop. Also known as electrical resistor. { ri'zis·tər }

**resistor bulb** [ENG] A temperature-measurement device inside of which is a resistance winding; changes in temperature cause corresponding changes in resistance, varying the current in the winding. { ri'zis·tər ,balb }



**RESISTANCE THERMOMETER**

Industrial-type resistance thermometer. (From D. M. Considine, ed., Process Instruments and Controls Handbook, McGraw-Hill, 1957)

**resistor-capacitor-transistor logic** [ELECTR] A resistor-transistor logic with the addition of capacitors that are used to enhance switching speed. { 'ri'zis·tər kə'pas·əd·ər tran'zis·tər ,läj·ik }

**resistor-capacitor unit** See rescap. { 'ri'zis·tər kə'pas·əd·ər ,yü·nət }

**resistor color code** [ELEC] Code adopted by the Electronic Industries Association to mark the values of resistance on resistors in a readily recognizable manner; the first color represents the first significant figure of the resistor value, the second color the second significant figure, and the third color represents the number of zeros following the first two figures; a fourth color is sometimes added to indicate the tolerance of the resistor. { ri'zis·tər 'kal·ər ,kōd }

**resistor core** [ELEC] Insulating support on which a resistor element is wound or otherwise placed. { ri'zis·tər ,kor }

**resistor element** [ELEC] That portion of a resistor which possesses the property of electric resistance. { ri'zis·tər ,el·ə·mənt }

**resistor furnace** [ENG] An electric furnace in which heat is developed by the passage of current through distributed resistors (heating units) mounted apart from the charge. { ri'zis·tər ,fər·nəs }

**resistor network** [ELEC] An electrical network consisting entirely of resistances. { ri'zis·tər 'net,wərk }

**resistor oven** [ENG] Heating chamber relying on an electrical-resistance element to create temperatures of up to 800°F (430°C); used for drying and baking. { ri'zis·tər 'əv·ən }

**resistor termination** [ELECTR] A thick-film conductor pad overlapping and contacting a thick-film resistor area. { ri'zis·tər ,tər·mə'nā·shən }

**resistor-transistor logic** [ELECTR] One of the simplest logic circuits, having several resistors, a transistor, and a diode. Abbreviated RTL. { ri'zis·tər tran'zis·tər ,läj·ik }

**resite** See C-stage resin. { 'rē,zīt }

**resitol** See B-stage resin. { 'rez·ə,tol }

**resnatron** [ELECTR] A microwave-beam tetrode containing cavity resonators, used for generating large amounts of continuous power at high frequencies. { 'rez·nə,trän }

**resolution** [CONT SYS] The smallest increment in distance that can be distinguished and acted upon by an automatic control system. [ELECTR] In television, the maximum number of lines that can be discerned on the screen at a distance equal to tube height; this ranges from 350 to 400 for most receivers. [ELECTROMAG] In radar, the minimum separation between two targets, in angle or range, at which they can be distinguished on a radar screen. Also known as resolving power. [OPTICS] See resolving power. [ORG CHEM] The process of separating a racemic mixture into the two component optical isomers. [PHYS] 1. For a measurement of energy or momentum of a collection of particles, the difference between the highest and lowest energies at which the response of an instrument to a beam of monoenergetic particles is at least half its maximum value, divided by the energy of the particles. 2. The procedure of breaking up a vectorial quantity into its components. [SPECT] See resolving power. { ,rez·ə'lü·shən }

**resolution chart** [COMMUN] See test pattern. [OPTICS] A device to test resolving power; usually alternate black and white lines of equal width arranged in groups of decreasing line width, identified as the number of line pairs per millimeter. { ,rez·ə'lü·shən ,chärt }

**resolution error** [COMPUT SCI] An error of an analog computing unit that results from its inability to respond to changes of less than a given magnitude. { ,rez·ə'lü·shən ,er·ər }

**resolution factor** [COMPUT SCI] In information retrieval, the ratio obtained in dividing the total number of documents retrieved (whether relevant or not to the user's needs) by the total number of documents available in the file. { ,rez·ə'lü·shən ,fak·tər }

**resolution in azimuth** [ENG] The angle by which two targets must be separated in azimuth in order to be distinguished by a radar set when the targets are at the same range. { ,rez·ə'lü·shən in 'az·ə·məth }

**resolution in range** [ENG] Distance by which two targets must be separated in range in order to be distinguished by a radar set when the targets are on the same azimuth line. { ,rez·ə'lü·shən in 'rānj }

**resolution of a vector** [MATH] The determination of vectors parallel to specified (usually perpendicular) axes such that their sum equals a given vector. { ,rez·ə'lü·shən əv ə 'vek·tər }

**resolution of the identity** [MATH] A family of linear projection operators on a Banach space used in studying the spectra of linear operators. { ,rez·ə'lü·shən əv thē ə'den·əd·ē }

**resolution reading** [OPTICS] A number indicating how many lines per millimeter are contained in the finest group which can be distinguished on a resolution chart. { ,rez·ə'lü·shən ,rēd·iŋ }

**resolution wedge** [COMMUN] On a television test pattern, a group of gradually converging lines used to measure resolution. { ,rez·ə'lü·shən ,wej }

**resolve motion-rate control** [CONT SYS] A form of robotic control in which the controlled variables are the velocity vectors of the end points of a manipulator, and the angular velocities of the joints are determined to obtain the desired results. { ri'zolv 'mō·shən ,rāt kən,trōl }

**resolvent kernel** [MATH] A function appearing as an integrand in an integral representation for a solution of a linear integral equation which often completely determines the solutions. { ri'zäl·vənt 'kər·nəl }

**resolvent of an operator** [MATH] The function, defined on the complement of the spectrum of a linear operator $T$ on a Banach spaces, given by $(T - \lambda I)^{-1}$ for each $\lambda$ in this complement, where $I$ is the identity operator; this enables a study of $T$ relative to its eigenvalues. { ri'zäl·vənt əv an 'äp·ə,rād·ər }

**resolvent set** [MATH] Those scalars $\lambda$ for which the operator $T - \lambda I$ has a bounded inverse, where $T$ is some linear operator on a Banach space, and $I$ is the identity operator. { ri'zäl·vənt 'set }

**resolver** [ELEC] A synchro or other device whose rotor is mechanically driven to translate rotor angle into electrical information corresponding to the sine and cosine of rotor angle; used for interchanging rectangular and polar coordinates. Also known as sine-cosine generator; synchro resolver. [ELECTR] 1. A synchro or other device whose input is the angular position of an object, such as the rotor of an electric machine, and whose output is electric signals, usually proportional to the sine and cosine of an angle, and often in digital form; used to interchange rectangular and polar coordinates, and in servomechanisms to report the orientation of controlled objects. Also known as angular resolver. 2. A device that accepts a single vector-valued analog input and produces for output either analog or digital signals proportional to two or three orthogonal components of the vector. Also known as vector resolver. { ri'zäl·vər }

**resolving cell** [ELECTROMAG] In radar, volume in space whose diameter is the product of slant range and beam width, and whose length is the pulse length. { ri'zäl·viŋ ,sel }

**resolving power** [ELECTROMAG] 1. The reciprocal of the beam width of a unidirectional antenna, measured in degrees. 2. See resolution. [OPTICS] A quantitative measure of the ability of an optical instrument to produce separable images of different points on an object; usually, the smallest angular or linear separation of two object points for which they may be resolved according to the Rayleigh criterion. Also known as resolution. [PHYS] A measure of the ability of a mass spectroscope to separate particles of different masses, equal to the ratio of the average mass of two particles whose mass spectrum lines can just be completely separated, to the difference in their masses. [SPECT] A measure of the ability of a spectroscope or interferometer to separate spectral lines of nearly equal wavelength, equal to the average wavelength of two equally strong spectral lines whose images can barely be separated, divided by the difference in wavelengths; for spectroscopes, the lines must be resolved according to the Rayleigh criterion; for interferometers, the wavelengths at which the lines have half of maximum intensity must be equal. Also known as resolution. { ri'zäl·viŋ ,pau·ər }

**resolving time** [COMPUT SCI] In computers, the shortest permissible period between trigger pulses for reliable operation of a binary cell. [ENG] Minimum time interval, between events, that can be detected; resolving time may refer to an electronic circuit, to a mechanical recording device, or to a counter tube. { ri'zäl·viŋ ,tīm }

**resonance** [ELEC] A phenomenon exhibited by an alternating-current circuit in which there are relatively large currents near certain frequencies, and a relatively unimpeded oscillation of energy from a potential to a kinetic form; a special case of



RESISTOR NETWORK

A thin-film resistor network. (TRW Inc.)



RESISTOR-TRANSISTOR LOGIC

Resistor-transistor logic circuit; $R_1$, $R_2$, $R_3$ are resistors coupling the logic circuit to preceding logic circuits. With resistor $R_4$ and positive supply voltage $+V_B$ they form the gate circuit. $D$ is the diode and $T$ the transistor. $V_e$ = input signal voltage; $V_c$ = collector voltage; Vout = output voltage.

OPALINATA



An opalinid (*Protoopalina axanuclata*) showing primary and secondary lines of blepharoplasts.

sion of the basal segment of a thoracic appendage that aids in forming an egg receptacle. { ô'ä-sə,jit }

**ootype** [INV ZOO] In trematodes and tapeworms, a thickening of the oviduct near the ovaries. { 'ō-ə,tip }

**oovoid** [PETR] A void in the center of an incompletely replaced oolith. { 'ō-ə,vöid }

**ooze** [GEOL] 1. A soft, muddy piece of ground, such as a bog, usually resulting from the flow of a spring or brook. 2. A marine pelagic sediment composed of at least 30% skeletal remains of pelagic organisms, the rest being clay minerals. 3. Soft mud or slime, typically covering the bottom of a lake or river. { üz }

**opacifier** [MATER] A substance, used to treat a solid rocket propellant, that absorbs light and heat and protects the propellant from deterioration until ready for use. { ō'pas-ə,fī-ər }

**opacite** [PETR] Masses of opaque, microscopic grains in rocks, particularly in the groundmass of an igneous rock. { 'äp-ə,sīt }

**opacity** [OPTICS] The light flux incident upon a medium divided by the light flux transmitted by it. { ō'pas-əd-ē }

**opacus** [METEOROL] A variety of cloud (sheet, layer, or patch), the greater part of which is sufficiently dense to obscure the sun; found in the genera altocumulus, altostratus, stratocumulus, and stratus; cumulus and cumulonimbus clouds are inherently opaque. { ō'pä-kəs }

**opal** [MINERAL] A natural hydrated form of silica; it is amorphous, usually occurs in botryoidal or stalactic masses, has a hardness of 5–6 on Mohs scale, and specific gravity is 1.9–2.2. { 'ō-pəl }

**opal agate** [PETR] A variety of banded opal that displays different shades of color, is agatelike in structure, and consists of alternating layers of opal and chalcedony. { 'ō-pəl 'ag-ət }

**opal-CT** [PETR] A poorly ordered crystalline form of silica thought to be the intermediate phase in quartz chert formation. { 'ō-pəl 'sē tē }

**opalescence** [OPTICS] The milky, iridescent appearance of a dense, transparent medium or colloidal system when it is illuminated by polychromatic radiation in the visible range, such as sunlight. { ,ō-pə'les-əns }

**opal glass** [MATER] Translucent or opaque glass, often milky white, made by adding impurities such as fluorine compounds to the melt; it appears white by reflected light but shows color images through thin sections; used for ornamental glass and as an efficient light diffuser. { 'ō-pəl ,glas }

**Opalinata** [INV ZOO] A superclass of the subphylum Sarcomastigophora containing highly specialized forms which resemble ciliates. { o',pal-ə',näd-ə }

**opaline** [MINERAL] 1. Any of several minerals related to or resembling opal. 2. An earthy form of gypsum. { 'ō-pə,lēn }

**opalized wood** See silicified wood. { 'ō-pə,līzd 'wůd }

**opaque attritus** [GEOL] Attritus that does not contain large quantities of transparent humic degradation matter. { ō'pāk ə'trīd-əs }

**opaque medium** [OPTICS] A medium impervious to rays of light, that is, not transparent to the human eye. [PHYS] 1. A medium which does not transmit electromagnetic radiation of a specified type, such as that in the infrared, x-ray, ultraviolet, and microwave regions. 2. A medium which prevents the passage of particles of a specified type. { ō'pāk ,mēd-ē-əm }

**opaque projector** [OPTICS] A projector designed to project the image of an opaque object, or of graphic material on an opaque support, by reflected light. { ō'pāk prə'jek-tər }

**opaque sky cover** [METEOROL] In United States weather observing practice, the amount (in tenths) of sky cover that completely hides all that might be above it; opposed to transparent sky cover. { ō'pāk 'skī ,kəv-ər }

**opaquing** [GRAPHICS] A technique in photoengraving or offset lithography in which unwanted areas are eliminated from a negative by application of an opaque substance. { ō'pāk-iŋ }

**OPDAR** [ENG] A laser system for measuring elevation angle, azimuth angle, and slant range of a missile during its firing period. Derived from optical direction and ranging. Also known as optical radar. { 'äp,där }

**Opegraphaceae** [BOT] A family of the Hysteriales characterized by elongated ascocarps; members are crustose on bark and rocks. { ,ō-pə-grə'fās-ə,ē }

**open** [ELEC] 1. Condition in which conductors are separated so that current cannot pass. 2. Break or discontinuity in a circuit which can normally pass a current. { 'ō-pən }

OPEN-BELT DRIVE



Diagram of open-belt drive; 1 and 2 indicate two pulleys whose shafts are parallel.

OPEN CAISSON



Underside of open caisson for Greater New Orleans bridge over Mississippi River. Note prefabricated steel cutting edge. (Dravo Corp.)

**open ammunition space** [ORD] Ground area prepared or improvised for storage of ammunition in open areas to supplement magazine space. { 'ō-pən ,am-yə'nish-ən ,spās }

**open-angle glaucoma** [MED] Bilateral, increased intraocular tension due to reduced aqueous outflow but with the angle open and the aqueous in free contact with the trabecula. { 'ō-pən ,aŋ-gəl glau'kō-mə }

**open arc** [ASTRON] A crater arc in which the craters do not touch each other. { 'ō-pən 'ärk }

**open-arc furnace** [MET] An electrosmelting furnace in which the arc is generated above the level of the furnace feed. { 'ō-pən ,ärk ,fər-nəs }

**open association** [ARCHEO] An assumed relationship between two or more objects that are found together, when it cannot be proved that they were deposited together. { 'ō-pən ə,sō-sē'ā-shən }

**open ball** [MATH] In a metric space, an open set about a point x which consists of all points within a fixed distance from x. { 'ō-pən 'böl }

**open bay** [GEOGR] An indentation between two capes or headlands which is so broad and open that waves coming directly into it are nearly as high near its center as they are in adjacent parts of the open sea. { 'ō-pən 'bā }

**open-belt drive** [DES ENG] A belt drive having both shafts parallel and rotating in the same direction. { 'ō-pən ,belt ,drīv }

**open berth** [CIV ENG] An anchorage berth in an open roadstead. { 'ō-pən 'bərth }

**open bundle** [BOT] A vascular bundle containing cambium. { 'ō-pən 'bən-dəl }

**open caisson** [CIV ENG] A caisson in the form of a cylinder or shaft that is open at both ends; it is set in place, pumped dry, and filled with concrete. { 'ō-pən 'kā,sän }

**open-cast mining** See open-pit mining. { 'ō-pən ,kast 'mīn-iŋ }

**open-cell foam** [MATER] Foamed material, natural or synthetic, rigid or flexible, organic or metallic, in which there is interconnection between the cells. { 'ō-pən ,sel 'fōm }

**open-center plan position indicator** [ENG] A plan position indicator on which no signal is displayed for a set distance from the center. { 'ō-pən ,sen'tər 'plan pə,zish-ən 'in-də,kād-ər }

**open chain** [ASTRON] A crater chain in which the craters do not touch each other. { 'ō-pən 'chān }

**open channel** [SCI TECH] Any natural or artificial, covered or uncovered conduit in which liquid (usually water) flows with its top surface bounded by the atmosphere. { 'ō-pən 'chan-əl }

**open-circle deoxyribonucleic acid** See relaxed circular deoxyribonucleic acid. { 'ō-pən ,sər-kəl dē,äk-sē,rī-bō-nü'klē-ik 'as-əd }

**open circuit** [ELEC] An electric circuit that has been broken, so that there is no complete path for current flow. { 'ō-pən 'sər-kət }

**open-circuited line** [ELECTROMAG] A microwave discontinuity which reflects an infinite impedance. { 'ō-pən ,sər-kəd-əd 'līn }

**open-circuit grinding** [MECH ENG] Grinding system in which material passes through the grinder without classification of product and without recycle of oversize lumps; in contrast to closed-circuit grinding. { 'ō-pən ,sər-kət 'grīnd-iŋ }

**open-circuit impedance** [ELEC] Of a line or four-terminal network, the driving-point impedance when the far end is open. { 'ō-pən 'sər-kət im'pēd-əns }

**open-circuit jack** [ELEC] Jack that normally leaves its circuit open; the circuit can be closed only through a circuit connected to the plug that is inserted in the jack. { 'ō-pən 'sər-kət 'jak }

**open-circuit potential** [PHYS CHEM] The steady-state or equilibrium potential of an electrode in absence of external current flow to or from the electrode. { 'ō-pən ,sər-kət pə'ten-chəl }

**open-circuit scuba** [ENG] The simplest type of scuba equipment, in which all exhaled gas is discharged directly into the water and the utilization of gas is therefore equal to the mass exhaled. { 'ō-pən 'sər-kət 'skü-bə }

**open-circuit signaling** [COMMUN] Type of signaling in which no current flows while the circuit is in the idle condition. { 'ō-pən 'sər-kət 'sig-nə-liŋ }

**open-circuit voltage** [ELEC] The voltage at the terminals of

the final testing of a computer system, as opposed to test data. { 'līv 'dad·ə }

**live end** [ACOUS] The end of a radio studio that gives almost complete reflection of sound waves. { 'līv ¦end }

**live load** [MECH] A moving load or a load of variable force acting upon a structure, in addition to its own weight. { 'līv 'lōd }

**live oil** [MATER] An oil containing dissolved gas. { 'līv¦oil }

**liver** [ANAT] A large vascular gland in the body of vertebrates, consisting of a continuous parenchymal mass covered by a capsule; secretes bile, manufactures certain blood proteins and enzymes, and removes toxins from the systemic circulation. [MATER] Intermediate layer of dark-colored, oily material formed by hydrolyzation of acid sludge from sulfuric acid treatment of petroleum oil; insoluble in weak acid and oil. { 'liv·ər }

**liver failure** [MED] Severe functional disability of the liver marked clinically by a variety of signs and symptoms, including jaundice, coma, and abnormal blood levels of such things as ammonia, bilirubin, and alkaline phosphatase. { 'liv·ər ¦fāl·yər }

**liver fluke** [INV ZOO] Any trematode, especially *Clonorchis sinensis*, that lodges in the biliary passages within the liver. { 'liv·ər ¦flük }

**live-roller conveyor** [MECH ENG] Conveying machine which moves objects over a series of rollers by the application of power to all or some of the rollers. { 'līv ¦rōl·ər kən,vā·ər }

**live room** [ACOUS] A room having a minimum of sound-absorbing material. { 'līv ¦rüm }

**liver phosphorylase** [BIOCHEM] An enzyme that catalyzes the breakdown of liver glycogen to glucose-1-phosphate. { 'liv·ər ,fäs'fōr·ə,lās }

**liverwort** [BOT] The common name for members of the Marchantiales. { 'liv·ər,wört }



**LIVERWORT**

Leafy liverworts of the Jungermanniales. (*a*) *Herberta*, showing three kinds of equal bifid leaves (after Muller). (*b*) *Lepidozia*, ventral aspect, showing reduced ventral leaves (after A. Lorenz). (From E. W. Sinnott and K. S. Wilson, Botany: Principles and Problems, 5th ed., McGraw-Hill, 1955)

**live steam** [MECH ENG] Steam that is being delivered directly from a boiler under full pressure. { 'līv 'stēm }

**live system** [COMPUT SCI] A computer system on which all testing has been completed so that it is fully operational and ready for production work. Also known as production system. { 'līv ¦sis·təm }

**live-virus vaccine** [IMMUNOL] A suspension of attenuated live viruses injected to produce immunity. { 'līv ¦vī·rəs vak'sēn }

**liveware** [COMPUT SCI] The people involved in the operation of a computer system, thought of as a component of the system along with hardware and software. { 'līv,wer }

**living fossil** [BIOL] A living species belonging to an ancient stock otherwise known only as fossils. { 'liv·iŋ 'fäs·əl }

**Livingstone sphere** [ENG] A clay atmometer in the form of a sphere; evaporation indicated by this instrument is supposed to be somewhat representative of that from plant growth. { 'liv·iŋ·stən ,sfir }

**livingstonite** [MINERAL] HgSb₄S₇ A lead-gray mineral with red streak and metallic luster; a source of mercury. { 'liv·iŋ·stə,nīt }

**livor mortis** [PATH] The reddish-blue discoloration of the cadaver that occurs in the dependent portions of the body due to gradual gravitational flow of unclotted blood. { 'lī,vor 'mȯrd·əs }

**livre** [MECH] A unit of mass, used in France, equal to 0.5 kilogram. { 'lēvrə }

**lixiviate** [CHEM ENG] To extract a soluble component from a solid mixture by washing or percolation processes. { lik'siv·ē,āt }

**lixuration** *See* leaching. { ,lik·syü'rā·shən }

**lizard** [VERT ZOO] Any reptile of the suborder Sauria. { 'liz·ərd }

**Lizard** *See* Lacerta. { 'liz·ərd }

**lizard-hipped dinosaur** [PALEON] The name applied to members of the Saurichia because of the comparatively unspecialized three-pronged pelvis. { 'liz·ərd ¦hipt 'dī·nə,sȯr }

**Ljungstraom heater** [MECH ENG] Continuous, regenerative, heat-transfer air heater (recuperator) made of slow-moving rotors packed with closely spaced metal plates or wires with a housing to confine the hot and cold gases to opposite sides. { 'yüŋ·strəm ,hēd·ər }

**Ljungstrauom steam turbine** [MECH ENG] A radial out-

ward-flow turbine having two opposed rotation rotors. { 'yüŋ·strəm ¦stēm 'tər·bən }

**LK virus** [VIROL] A type of equine herpesvirus. { ¦el¦kā 'vī·rəs }

**LL** *See* line link.

**llama** [VERT ZOO] Any of three species of South American artiodactyl mammals of the genus *Lama* in the camel family; differs from the camel in being smaller and lacking a hump. { 'yäm·ə }

**Llandeilian** [GEOL] Upper Middle Ordovician geologic time. { lan'del·yən }

**Llandoverian** [GEOL] Lower Silurian geologic time. { ¦lan·də¦vir·ē·ən }

**llano** [ECOL] A savannah of Spanish America and the southwestern United States generally having few trees. { 'yän·ō }

**Llanvirnian** [GEOL] Lower Middle Ordovician geologic time. { lan'vir·nē·ən }

**llebetjado** [METEOROL] In northeastern Spain, a hot, squally wind descending from the Pyrenees and lasting for a few hours. { ,yā·bet'hä·dō }

**LLL circuit** *See* low-level logic circuit. { ¦el¦el'el ,sər·kət }

**Lloyd's mirror interference** [OPTICS] The interference pattern produced when part of the light from a slit falls directly on a screen, and part is reflected from a mirror whose surface makes a small angle with the incident beam. { 'loidz ,mir·ər ,in·tər'fir·əns }

**lm** *See* lumen.

**LM** *See* lunar excursion model.

**L/M** [NUC PHYS] The ratio of the number of internal conversion electrons emitted from the *L* shell in the de-excitation of a nucleus to the number of such electrons emitted from the *M* shell.

**LMC** *See* Large Magellanic Cloud.

**L meson** [PARTIC PHYS] A *K*-meson resonance having a mass of 1781 ± 14 MeV (megaelectronvolts), and a width of 70 MeV; its decay modes are dominantly *Kππ*, with some *Kω* (5%). { 'el 'mā,sän }

**lm-hr** *See* lumen-hour.

**lm-sec** *See* lumen-second.

**lm/w** *See* lumen per watt.

**L network** [ELECTR] A network composed of two branches in series, with the free ends connected to one pair of terminals; the junction point and one free end are connected to another pair of terminals. { 'el ,net,wərk }

**LNG** *See* liquefied natural gas.

**LNG ship** [NAV ARCH] A specially designed, insulated tanker for shipping liquefied natural gas. { ¦el¦en'jē ,ship }

**loach** [VERT ZOO] The common name for fishes composing the family Cobitidae; most are small and many are eel-shaped. { lōch }

**load** [COMPUT SCI] 1. To place data into an internal register under program control. 2. To place a program from external storage into central memory under operator (or program) control, particularly when loading the first program into an otherwise empty computer. 3. An instruction, or operator control button, which causes the computer to initiate the load action. 4. The amount of work scheduled on a computer system, usually expressed in hours of work. [ELEC] 1. A device that consumes electric power. 2. The amount of electric power that is drawn from a power line, generator, or other power source. 3. The material to be heated by an induction heater or dielectric heater. Also known as work. [ELECTR] The device that receives the useful signal output of an amplifier, oscillator, or other signal source. [ENG] 1. To place ammunition in a gun, bombs on an airplane, explosives in a missile or borehole, fuel in a fuel tank, cargo or passengers into a vehicle, and the like. 2. The quantity of gas delivered or required at any particular point on a gas supply system; develops primarily at gas-consuming equipment. [MECH] 1. The weight that is supported by a structure. 2. Mechanical force that is applied to a body. 3. The burden placed on any machine, measured by units such as horsepower, kilowatts, or tons. [MIN ENG] Unit of weight of ore used in the South African diamond mines; equal to 1600 pounds (725 kilograms); the equivalent of about 16 cubic feet (0.453 cubic meter) of broken ore. { lōd }

**load-and-carry equipment** [MECH ENG] Earthmoving equipment designed to load and transport material. { ¦lōd ən 'kar·ē i,kwip·mənt }

**load-and-go** [COMPUT SCI] An operating technique with no



**LLOYD'S MIRROR INTERFERENCE**

Splitting of a light source with Lloyd's mirror. The slit S₁ and its virtual image S′₁ constitute the double source. Part of the light falls directly on the screen at P, and part is reflected at grazing incidence from a plane mirror.

# EXHIBIT 9

IS RECEIVED JUN 2 7 1995

REF
Q
121
.V3
1995
v. 2

# VAN NOSTRAND'S
# SCIENTIFIC ENCYCLOPEDIA
## Eighth Edition

Animal Life
Biosciences
Chemistry
Earth and Atmospheric Sciences
Energy Sources and Power Techonology
Mathematics and Information Sciences
Materials and Engineering Sciences
Medicine, Anatomy, and Physiology
Physics
Plant Sciences
Space and Planetary Sciences

## DOUGLAS M. CONSIDINE, P.E.
Editor

## GLENN D. CONSIDINE
Managing Editor



VAN NOSTRAND REINHOLD
I(T)P A Division of International Thomson Publishing Inc.

New York • Albany • Bonn • Boston • Detroit • London • Madrid • Melbourne
Mexico City • Paris • San Francisco • Singapore • Tokyo • Toronto

Copyright © 1995 by Van Nostrand Reinhold

I(T)P™   A division of International Thomson Publishing Inc.
The ITP logo is a trademark under license

Printed in the United States of America
For more information, contact:

Van Nostrand Reinhold
115 Fifth Avenue
New York, NY 10003

International Thomson Publishing GmbH
Königswinterer Strasse 418
53227 Bonn
Germany

International Thomson Publishing Europe
Berkshire House 168-173
High Holborn
London WCIV 7AA
England

International Thomson Publishing Asia
221 Henderson Road #05-10
Henderson Building
Singapore 0315

Thomas Nelson Australia
102 Dodds Street
South Melbourne, 3205
Victoria, Australia

International Thomson Publishing Japan
Hirakawacho Kyowa Building, 3F
2-2-1 Hirakawacho
Chiyoda-ku, 102 Tokyo
Japan

Nelson Canada
1120 Birchmount Road
Scarborough, Ontario
Canada M1K 5G4

International Thomson Editores
Campos Eliseos 385, Piso 7
Col. Polanco
11560 Mexico D.F. Mexico

All rights reserved. No part of this work covered by the copyright hereon may
be reproduced or used in any form or by any means—graphic, electronic, or
mechanical, including photocopying, recording, taping, or information storage
and retrieval systems—without the written permission of the publisher.

1 2 3 4 5 6 7 8 9 10 ARCKP 01 00 99 98 97 96 95 94

Library of Congress Cataloging-in-Publication Data
Van Nostrand's scientific encyclopedia / Douglas M. Considine, editor.
    Glenn D. Considine, managing editor.—8th ed.
        p.    cm.
    Includes bibliographical references and index.
    ISBN 0-442-01864-9 (set).—ISBN 0-442-01865-7 (v.  1).—ISBN
0-442-01868-1 (v.   2.)
    1. Science — Encyclopedias.     2. Engineering—Encyclopedias.
I. Considine, Douglas M.     II. Title: Scientific encyclopedia.
Q121.V3    1994
503—dc20                                              94-29100
                                                          CIP

**2834    SHOOTING STAR**

the forces are Coulombic in origin and the shocks are termed "collision-less." In this situation, shock waves lie more properly in the realm of plasma physics.

See also Aerodynamics; and Supersonic Aerodynamics.

**SHOOTING STAR.** The popular term used to designate meteors. These objects bear little if any relation to the stars other than that they are seen as bright, rapidly moving objects against the dark sky.

**SHORE EFFECT.** The change in the characteristics of an electro-magnetic wave as it passes along a land-sea boundary, due to a differ-ence in the propagation characteristics of the two regions. A source of error in radio direction-finders.

**SHORT CIRCUIT.** An electrical circuit is considered to be shorted when the terminals are connected directly together with only the imped-ance of the short connecting leads between them, thus for all practical purposes there is no resistance between them, hence no voltage can exist between them. While shorting a circuit which does not contain and is not connected to any source of voltage will produce no harmful ef-fects, shorting a set of terminals across which a voltage normally exists will produce in many instances disastrous current flows. In power cir-cuits, protection is often provided by circuit breakers or fuses which open the circuit under the high values of current which will flow on short-circuits. Even then the transient effects which result from short circuits may cause generators to arc over. A short obviously puts the circuit out of use.

See also Circuit Breaker; and Fuse (Electric).

**SHORT-RANGE FORCE.** A force between two particles which is essentially ineffective when the interparticle separation exceeds a cer-tain distance; usually applied to nuclear forces which have a range of several times $10^{-13}$ centimeter.

**SHOVELLER.** See Waterfowl.

**SHOWER.** See Precipitation and Hydrometeors.

**SHREWS.** See Moles and Shrews.

**SHRIKE** (*Aves, Passeriformes*).  This bird (*Lanius*) is chiefly known for its habit of catching other birds and small animals and impaling uneaten remnants on thorns. It is also known as the butcher bird. The beak is notched and in some species hooked. The numerous species occur on all continents but South America. See accompanying illustra-tion. The minivet is a brightly-colored shrike (cuckoo-shrike), several species of which inhabit eastern Asia and India. The bird is about 6 inches (15 centimeters) long, is black along the back, with bright or-ange underneath and on the tail and wings. The female tends to be dark gray with a dull yellow coloration. Nests are cup-shaped and made of roots, pine needles, spider webs, and twigs. There are three to four green eggs with pale pink spots.



Shrike.

**SHUNT** (Electrical).  An electrical bypath so arranged that an electric current divides and flows partially through a second path (termed *shunt*). Shunts are employed in instrument circuits and other electrical equipment. For example, in the shunt-wound generator, the field coils are shunted across the armature circuit. The shunt resistance is very

high and consequently only a very small portion of the current flows through the shunt winding.

A current by-pass often is used with permanent-magnet moving-coil electrical instruments because only currents up to about 50 milliam-peres can be taken into a moving-coil through the springs. Direct cur-rent instruments in excess of this range require the use of a parallel resistance circuit formed by one or several shunts. Where these ranges are moderate, the shunts usually are self-contained. On higher ranges, the shunts become physically large and convert more than a few watts into heat. One kilowatt for 50 millivolts, 20,000 amperes. Thus, they are used as accessories external to the instrument. Small or large, these devices consist of one or several manganin conductors terminating in copper blocks which are provided with separate terminals for connec-tion to the instrument to avoid errors.

The manganin sections are soldered into the copper blocks. Shunt construction is such that heat is carried off at a rate sufficient to keep the operating temperature below the softening point of the solder. Ade-quate conductors tightly fastened, clean contact surfaces, and free air circulation are important.

Ammeters for use with external shunts are provided with special leads for shunt connection. Shunts are usually made to produce a stand-ard potential drop, such as 50 millivolts at rated current and the associ-ated dc mechanism is then built to give fullscale deflection on a slightly smaller potential so as to allow for lead resistance. As the leads form part of the mechanism circuit, shown in Fig. 1, their resistance must not be altered.



Fig. 1.   Use of a shunt with a permanent-magnet mov-ing-coil ammeter.

Usually the current through the mechanism is a negligible portion of the total and the potential drop across the shunt terminals is nearly the same with or without the mechanism in the circuit. In instruments of moderate precision and fairly high current range, this difference can be neglected and shunts and instruments made interchangeable. In instru-ments of high precision and in instruments of low current range, the shunt adjustment must take into account the instrument current. Such combinations are usually not interchangeable.

Multirange shunts should be connected as shown in Fig. 2 to avoid the use of a switch with its variable contact resistance between shunts and mechanism.



Fig. 2.   Preferable manner for connecting a multirange shunt to avoid use of switch.

Because of the relatively high current consumption of alternating current instruments, shunts are not used for obtaining either multiple ranges or extending the base range. The division of current between mechanism and shunt would become unfavorable and would invite in-accuracies due to the difficulty of obtaining good pressure contacts, as well as the fact that the current division would be a function not merely

# EXHIBIT 10



# THE ART OF ELECTRONICS

Paul Horowitz HARVARD UNIVERSITY

Winfield Hill SEA DATA CORPORATION, NEWTON, MASSACHUSETTS



The right of the
University of Cambridge
to print and sell
all manner of books
was granted by
Henry VIII in 1534.
The University has printed
and published continuously
since 1584.

CAMBRIDGE UNIVERSITY PRESS
Cambridge

London New York
New Rochelle Melbourne Sydney

Published by the Press Syndicate of the University of Cambridge
The Pitt Building, Trumpington Street, Cambridge CB2 1RP
32 East 57th Street, New York, NY 10022, USA
296 Beaconsfield Parade, Middle Park, Melbourne 3206, Australia

© Cambridge University Press 1980

First published 1980
Reprinted 1981 (thrice), 1982, 1983 (twice), 1984 (twice)

Printed in the United States of America
Typeset by Science Press, Inc., Ephrata, Pennsylvania
Printed and bound by Hamilton Printing Company, Rensselaer, New York

**Library of Congress Cataloging in Publication Data**
Horowitz, Paul, 1942–

The art of electronics.

1. Electronics. 2. Electronic circuit design.
I. Hill, Winfield, joint author. II. Title.
TK7815.H67   1980   621.381   79-27170
ISBN 0 521 23151 5 hard covers
ISBN 0 521 29837 7 paperback



Figure 1.41

the current at zero output voltage is the same as that of the current source, is also drawn for comparison. (Real current sources generally have output compliances limited by the power supply voltages used in making them, so the comparison is realistic.) In the next chapter, which deals with transistors, we will design some current sources, with some refinements to follow in the chapters on operational amplifiers (op-amps) and field-effect transistors (FETs). Exciting things to look forward to!

EXERCISE 1.15

A current of 1mA charges a $1\mu$F capacitor. How long does it take the ramp to reach 10 volts?

## INDUCTORS AND TRANSFORMERS

### 1.16   Inductors

If you understand capacitors, you won't have any trouble with inductors (Fig. 1.42).

Figure 1.42

They're closely related to capacitors; the rate of current change in an inductor depends on the voltage applied across it, whereas the rate of voltage change in a capacitor depends on the current through it. The defining equation for an inductor is

$$V = L\frac{dI}{dt}$$

where $L$ is called the *inductance* and is measured in henrys (or mH, $\mu$H, etc.). Putting a voltage across an inductor causes the current to rise as a ramp (for a capacitor, supplying a constant current causes the voltage to rise as a ramp); 1 volt across 1 henry

produces a current that increases at 1 amp per second.

The symbol for an inductor looks like a coil of wire; that's because, in its simplest form, that's all it is. Variations include coils wound on various core materials, the most popular being iron (or iron alloys, laminations, or powder) and ferrite, a black, nonconductive, brittle magnetic material. These are all ploys to multiply the inductance of a given coil by the "permeability" of the core material. The core may be in the shape of a rod, a toroid (doughnut), or even more bizarre shapes, such as a "pot core" (which has to be seen to be understood; the best description we can think of is a doughnut mold split in half, if doughnuts were made in molds).

Inductors find heavy use in radiofrequency (RF) circuits, serving as RF "chokes" and as parts of tuned circuits. A pair of closely coupled inductors form the interesting object known as a transformer. We will talk briefly about them in the next section.

An inductor is, in a real sense, the opposite of a capacitor. You will see how that works out in the next few sections of this chapter, which deal with the important subject of *impedance*.

### 1.17   Transformers

A transformer is a device consisting of two closely coupled coils (called primary and secondary). An ac voltage applied to the primary appears across the secondary, with a voltage multiplication proportional to the turns ratio of the transformer. The current is, of course, correspondingly reduced. Figure 1.43 shows the circuit symbol for a lami-



Figure 1.43

nated-core transformer (the kind used for 60Hz ac power conversion).

Transformers are quite efficient (output power is very nearly equal to input power); thus a step-up transformer gives higher voltage at lower current. Jumping ahead for a moment, a transformer of turns ratio $n$

Case 1:06-cv-00046-GMS   Document 57-2   Filed 06/13/2007   Page 58 of 58

increases the impedance by $n^2$. There is very little primary current if the secondary is unloaded.

Transformers serve two important functions in electronic instruments: They change the ac line voltage to a useful (usually lower) value that can be used by the circuit, and they "isolate" the electronic device from actual connection to the power line, since the windings of a transformer are electrically insulated from each other. "Power transformers" (meant for use from the 110 volt power line) come in an enormous variety of secondary voltages and currents: outputs as low as 1 volt or so up to several thousand volts, current ratings from a few milliamps to hundreds of amps. Typical transformers for use in electronic instruments might have secondary voltages from 10 to 50 volts, with current ratings of 0.1 to 5 amps or so.

Transformers for use at audio frequencies and radiofrequencies are also available. At radiofrequencies you sometimes use tuned transformers, if only a narrow range of frequencies is present. There is also an interesting class of transmission-line transformers that we will discuss briefly in Section 13.10. In general, transformers for use at high frequencies must use special core materials or construction to minimize core losses, whereas low-frequency transformers (e.g., power transformers) are burdened instead by large and heavy cores. The two kinds of transformers are in general not interchangeable.

## IMPEDANCE AND REACTANCE

Warning: This section is somewhat mathematical; you may wish to skip over the mathematics, but be sure to pay attention to the results.

Circuits with capacitors and inductors are more complicated than the resistive circuits talked about earlier, in that they depend on frequency; they "corrupt" inputs such as square waves, as we just saw. Yet it is possible to generalize Ohm's law, replacing the word "resistance" with "impedance," in order to describe any circuit containing these linear passive devices (resistors, capacitors, and inductors). You could think

of the subject of impedance and reactance as Ohm's law for circuits that include capacitors and inductors. Some important terminology: Impedance is the "generalized resistance"; inductors and capacitors have *reactance* (they are "reactive"); resistors have *resistance* (they are "resistive"). In other words, impedance = resistance + reactance (more about this later). However, you'll see statements like "the impedance of the capacitor at this frequency is . . ." The reason you don't have to use the word reactance in such a case is that impedance covers everything. In fact, you frequently use the word impedance even when you know it's a resistance you're talking about; you say "the source impedance" or "the output impedance" when you mean the Thévenin equivalent resistance of some source. The same holds for "input impedance."

In all that follows, we will be talking about circuits driven by sine waves at a single frequency. Analysis of circuits driven by complicated waveforms is more elaborate, involving the methods we used earlier (differential equations) or decomposition of the waveform into sine waves (Fourier analysis). Fortunately, these methods are seldom necessary.

### 1.18 Frequency analysis of reactive circuits

Let's start by looking at a capacitor driven by a sine-wave voltage source (Fig. 1.44). The current is

$$I(t) = C \frac{dV}{dt} = C\omega V_0 \cos \omega t$$

i.e., a current of amplitude $I$, with the phase leading the input voltage by 90°. If we consider amplitudes only, and disregard phases, the current is

$$I = \frac{V}{1/\omega C}$$

(Recall that $\omega = 2\pi f$.) It behaves like a frequency-dependent resistance $R = 1/\omega C$, but in addition the current is 90° out of phase with the voltage (Fig. 1.45). For example, a 1 $\mu$F capacitor put across the