IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ANALOG DEVICES, INC.,                           )
                                                )
    Plaintiff/Counterclaim- Defendant,      )
                                                )      C.A. No. 06-346-GMS
    vs.                                     )
                                                )
LINEAR TECHNOLOGY CORP.,                        )
                                                )
    Defendant/Counterclaim-Plaintiff.       )
                                                )

## AMENDED JOINT CLAIM CONSTRUCTION CHARTS FOR PATENTS ASSERTED BY ANALOG DEVICES, INC.

In accordance with the Court's instructions on the June 13, 2007 teleconference, attached as Exhibits A and B respectively are Amended Joint Claim Charts for U.S. Patent Nos. 4,929,909 (the "'909 patent") and 6,262,633 (the "'633 patent) asserted by Analog Devices, Inc. in the above-captioned action (the "Analog Patent Amended Joint Claim Charts").

While Analog has also asserted U.S. Patent No. 6,118,326 (the "'326 patent") in the matter, neither party seeks construction of any of the claim limitations in the '326 patent and, accordingly, no joint claim chart is provided for the '326 patent.

The only change to the Joint Claim Chart for the '909 patent from Analog's previous filing (D.I. 46 Ex. A) is that the parties have agreed on a stipulated construction of one claim limitation. The parties jointly and respectfully request that, if the Court deems it appropriate, that it include this agreed-upon claim construction in its claim construction order. In the alternative, the parties agree that the stipulated construction is binding between the parties.

The Joint Claim Chart for the '633 patent is unchanged from Analog's previous filing (D.I. 46 Ex. B.) but is being re-submitting for the Court's convenience.

The references to Intrinsic Evidence in the Analog Patent Amended Joint Claim Charts are unchanged and are to the Joint Appendix for the Analog Patents that was previously filed with the Court (D.I. 47).


/s/ Kelly E. Farnan
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Analog Devices, Inc.

/s/ Karen Jacobs Louden
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com
Karen Jacobs Louden (#2881)
klouden@mnat.com
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Attorneys for Linear Technology Corp.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2007, I electronically filed the foregoing with the Clerk

of Court using CM/ECF which will send notification of such filing(s) to the following and which

has also been served as noted:

**BY HAND DELIVERY:**

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899

I hereby certify that on June 20, 2007, the foregoing document was sent to the following

non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS:**

Robert C. Morgan
Laurence S. Rogers
Ropes & Gray, LLP
1251 Avenue of the Americas
New York, NY  10020

Mark D. Rowland
Ropes & Gray, LLP
525 University Avenue
Suite 300
Palo Alto, CA  94301

Kelly E. Farnan  (#4395)

# EXHIBIT A

ANALOG DEVICES, INC. v. LINEAR TECHNOLOGY CORP.
CIVIL ACTION NO. 06-346-GMS (D. DEL.)

AMENDED JOINT CLAIM CONSTRUCTION CHART

Agreed Construction[1]

| Claim Limitation | Claim at Issue | Construction |
|---|---|---|
| a control voltage which produces in the collector of the common-emitter transistor current which is a function of the current gain of the differential amplifier transistors | 3, 8 | A control voltage that includes a component that varies as a function of the current gain (β) of the differential amplifier transistors. |

Asserted claims: 1, 3, 5, 6, 8 and 10

| U.S. Patent No. 4,929,909 | Claims at Issue | ANALOG | | LTC | |
|---|---|---|---|---|---|
| Claim Limitation | | CONSTRUCTION | INTRINSIC EVIDENCE | CONSTRUCTION | INTRINSIC EVIDENCE |
| gain-compensated differential amplifier | 1, 6 | A circuit that amplifies the difference between two input voltages, wherein the amplification is adjusted for environmental, | 1:11-15; 1:53-2:2; 2:20-22; 4:10-15; 5:1-7; FIG. 3; A5998-6001 | "Differential amplifier" means a circuit, the purpose and operation of which is to amplify the difference between two input voltages. | See e.g., 1:11-15; FIGS. 1 and 3; and A5999. |

[1]     Subsequent to the filing of the Analog Patents Joint Claim Chart (Docket No. 46), the parties agreed on the construction of one claim limitation of the '909 patent. The parties jointly and respectfully submit that, if the Court deems it appropriate, the Court include the agreed-upon claim construction in its Claim Construction Order. In the alternative, that this agreed upon construction is a binding stipulation between the parties.

| U.S. Patent No. 4,929,909 Claim Limitation | Claims at Issue | ANALOG | | LTC | |
|---|---|---|---|---|---|
| | | CONSTRUCTION | INTRINSIC EVIDENCE | CONSTRUCTION | INTRINSIC EVIDENCE |
| | | process, or structural variations. | | "Gain-compensated" means that the gain of the differential amplifier is compensated simultaneously for geometry dependent parameters, temperature dependencies, and lot-to-lot variations (*i.e.*, compensated for ohmic emitter and base resistance, intrinsic emitter resistance, and beta). | *See e.g.*, 1:53-2:2; 2:20-22; 2:47-50; 3:27-34; 3:60-68; 4:10-15; 4:62-5:7. FIG. 3; and A5998-6001. |
| Tail current | 1(a), 6(a) | The current drawn through the long tail portion of a pair of transistors of a differential amplifier, wherein the long-tail portion is formed by the connection of the emitters of the transistors. | 1:35-39; 1:43-47; 1:62-67; 2:32-35; 2:46-54; 2:66-68; 3:60-63; 4:39-42; 4:44; 5:1-7; FIG. 1 showing lead 18; A5998-99; A6001-02 | The current drawn through the long-tail portion of a pair of transistors of a differential amplifier, wherein the long-tail portion is formed by the connection of the emitters of the transistors. The value of the tail current is required to be "$I_{tail}$". (*See below.*) | *See, e.g.*, 1:38-39; and FIG. 1 showing lead 18. |

2

| U.S. Patent No. 4,929,909 Claim Limitation | Claims at Issue | ANALOG | | LTC | |
|---|---|---|---|---|---|
| | | CONSTRUCTION | INTRINSIC EVIDENCE | CONSTRUCTION | INTRINSIC EVIDENCE |
| $I_{tail}$ | 1(a), 6(a) | The current drawn through the long tail portion of a pair of transistors of a differential amplifier, wherein the long-tail portion is formed by the connection of the emitters of the transistors. | 1:35-39; 1:43-47; 1:62-67; 2:32-35; 2:46-54; 2:66-68; 3:60-63; 4:39-42; 4:44; 5:1-7; FIG. 1 showing lead 18; A5998-99; A6001-02 | "$I_{tail}$" is a "PTAT" current (*i.e.*, a current the value of which varies linearly with absolute (Kelvin) temperature). In addition, "$I_{tail}$" = $2I(1+1/\beta_0)$, where $I=[(V_j \cdot \ln (A))/R_g]/[1-(r/R_g)(1-1/A)]$ as defined in the '909 patent (equation 40). | *See e.g.*, 1:44:47; 1:61-66; 2:47-50; 2:52-54; 3:10; 3:60-63; 4:37-42; 5:1-3; FIG. 3 (*see, e.g.*, transistors 12 and 14 and their respective collector and emitter resistors); and A5998-99. |
| "control voltage" | 1(b), 6(b) | A voltage used to control a device in a circuit. Also in claims 3, 5, 8, and 10. | 4:32-34; 4:47-52; A5997-99. | The "control voltage" is the voltage at the base of the transistor current source. | *See e.g.*, Claims 1, 3, 5, and 6; 2:2-5; 2:46-58; 3:60-68; 4:32-34; 4:47-51; 4:67-5:7; FIG. 3 (*see e.g.*, current source 22); and A5998. |
| control voltage generating means . . . a voltage which varies proportionally to absolute | 1(c), 6(c) | This is a means-plus-function limitation, and should be construed to cover the corresponding structure(s) and equivalents thereof. | 2:2-5; 2:58-68; 2:51-54; 3:1-34; 3:60-68; 4:16-34; 4:67-68; 5:1; A5999; A6001-03 | This element is a means-plus-function element that must be construed pursuant to 35 U.S.C. § 112, ¶6. As such, the claimed "control voltage | |

3

| U.S. Patent No. 4,929,909 Claim Limitation | Claims at Issue | ANALOG | | LTC | |
|---|---|---|---|---|---|
| | | CONSTRUCTION | INTRINSIC EVIDENCE | CONSTRUCTION | INTRINSIC EVIDENCE |
| temperature | | The corresponding structure(s) described in the specification is circuitry that includes a $\Delta V_{BE}$ cell. | | generating means" must be construed to be the corresponding circuitry described in the specification for performing the claimed function of "generating, as the control voltage, a voltage which varies proportionately to absolute temperature," and structural equivalents thereof.<br><br>"A voltage which varies proportionately to absolute temperature" means a PTAT voltage (*i.e.*, a voltage the value of which varies linearly with absolute (Kelvin) temperature).<br><br>There is no circuit structure disclosed in the patent which functions to generate the claimed PTAT control voltage. | *See, e.g.,* 1:35-47.<br><br>*See, e.g.,* 2:47-66; 3:60-68; 4:16-5:7; FIG. 3; and A5998-6001. |

4

| U.S. Patent No. 4,929,909 Claim Limitation | Claims at Issue | ANALOG | | LTC | |
|---|---|---|---|---|---|
| | | CONSTRUCTION | INTRINSIC EVIDENCE | CONSTRUCTION | INTRINSIC EVIDENCE |
| | | | | Alternatively, if there is structure in the patent for performing the claimed function, the corresponding structure of the "control voltage generating means" is $\Delta V_{BE}$ cell 20 of FIG. 3, where (1) transistor 28 has an emitter area A times that of transistor 32, and (2) transistors 28 and 32 are driven to equal current densities. | |
| means for functionally relating the control voltage to the intrinsic emitter resistance of the current source. | 1(d), 6(d) | This is a means-plus-function limitation, and should be construed to cover the corresponding structure(s) and equivalents thereof. The corresponding structure(s) described in the specification includes the $\Delta V_{BE}$ cell structured to satisfy Equation 42. | 2:2-5; 2:58-68; 2:51-54; 3:1-34; 3:60-68; 4:16-34; 4:67-68; 5:1; A5999; A6001-03 | This element is a means-plus-function element that must be construed pursuant to 35 U.S.C. § 112, ¶ 6. As such, the claimed means must be construed to be the corresponding circuitry for performing the claimed function of "functionally relating the control voltage to the intrinsic | |

5

| U.S. Patent No. 4,929,909 | Claims at Issue | ANALOG | | LTC | |
|---|---|---|---|---|---|
| Claim Limitation | | CONSTRUCTION | INTRINSIC EVIDENCE | CONSTRUCTION | INTRINSIC EVIDENCE |
| | | | | emitter resistance of the current source" and structural equivalents thereof. | *See, e.g.,* 1:35-39. |
| | | | | The "intrinsic emitter resistance" of a transistor is defined as kT/qI, where k is Boltzmann's constant, T is absolute temperature, q is electronic charge, and I is the current conducted by the transistor. | |
| | | | | There is no circuit structure disclosed in the patent which performs the claimed function, because there is no disclosed structure corresponding to the recited "control voltage generating means" (see element (c), above). Alternatively, if there is structure in the patent for performing the | *See, e.g.,* 1:43-2:5; 2:47-66; 3:27-34; 3:60-68; 4:10-5:7; FIG. 3; and A5998-6001. |

| U.S. Patent No. 4,929,909 Claim Limitation | Claims at Issue | ANALOG | | LTC | |
|---|---|---|---|---|---|
| | | CONSTRUCTION | INTRINSIC EVIDENCE | CONSTRUCTION | INTRINSIC EVIDENCE |
| | | | | claimed function, the structure for performing the claimed function of "functionally relating the control voltage to the intrinsic emitter resistance of the current source," is $\Delta V_{BE}$ cell 20 of FIG. 3, having all indicated component values, mathematical relationships, and device relationships such that the gain of the differential amplifier is compensated for geometry-dependent parameters, temperature dependencies, and lot-to-lot variations.  In addition, $\Delta V_{BE}$ cell 20 has the following properties:<br><br>• The value of resistor 34 ($R_g$) is chosen such that, for a desired differential mode | |

7

| U.S. Patent No. 4,929,909 Claim Limitation | Claims at Issue | ANALOG | | LTC | |
|---|---|---|---|---|---|
| | | CONSTRUCTION | INTRINSIC EVIDENCE | CONSTRUCTION | INTRINSIC EVIDENCE |
| | | | | gain G, $R_g/R_c=(1-1/A)/2G$.  • The unit area emitter geometries of the transistors of $\Delta V_{BE}$ cell 20 and of the other transistors of Fig. 3 are the same.  Transistors 28 and 32 operate at different collector currents. | |
| $\Delta V_{BE}$ cell | 3, 6, 8 | A circuit that provides a control voltage that produces a current that is proportional to absolute temperature (Kelvin). | 2:2-5; 2:58-68; 2:51-54; 3:1-34; 3:60-68; 4:16-34; 4:67-68; 5:1; A5999; A6001-03 | A circuit which produces a control voltage using the difference between the base-emitter voltages of two transistors, as shown in FIG. 3 (circuit 20). | See, e.g., 4:16-23; $\Delta V_{BE}$ cell 20 of FIG. 3; cf. 2:58-66. |

8

RLF1-3168053-1

# EXHIBIT B

ANALOG DEVICES, INC. v. LINEAR TECHNOLOGY CORP.
CIVIL ACTION NO. 06-346-GMS (D. DEL.)

JOINT CLAIM CONSTRUCTION CHART

Asserted claims: 8, 10 and 17

| U.S. Patent No. 6,262,633 Claim Limitation | Claims at Issue | ANALOG | | LTC | |
|---|---|---|---|---|---|
| | | CONSTRUCTION | INTRINSIC EVIDENCE | CONSTRUCTION | INTRINSIC EVIDENCE |
| bipolar transistor | 8, 17 | A three-terminal semiconductor device with an n- (or p-) type semiconductor region between two p- (or n-) type semiconductor regions. | Transistors shown in FIGS. 1-3b, as well as the corresponding text in the specification, including: 1:26-27; 2:8; 3:65-67; 4:33-37; 5:33-40 | "Bipolar transistor" means a three-electrode semiconductor device with a layer of n- (or p-) type semiconductor (the base region) sandwiched between two regions of p- (or n-) type semiconductors (the collector and emitter regions), thus forming two p-n junctions back to back. The current flowing into or out of the base electrode controls the amount of current flowing between the collector and emitter electrodes. | *See e.g.*, transistors shown in FIGS. 1-3b, as well as the corresponding text in the specification, including, among many other instances, 1:24-27; 2:8; 3:65-4:11; 4:33-43; 5:30-40; 6:30-32; and other instances referring to individual transistors. |

RLF1-3168051-1

| U.S. Patent No. 6,262,633 Claim Limitation | Claims at Issue | ANALOG | | LTC | |
|---|---|---|---|---|---|
| | | CONSTRUCTION | INTRINSIC EVIDENCE | CONSTRUCTION | INTRINSIC EVIDENCE |
| connected | 8, 10, 17 | Coupled | 1:27; 1:43-59; 1:62-65; 2:4-6; 2:34-39; 3:11-14; 3:35-36; 3:67; 4:2; 4:19-24; 4:27-28; 4:35-41; 5:45; 5:62-64; 6:18; 6:27; 6:29-38; 6:44-46; 6:58-59; 7:3-5; 7:8-9; 7:21-22; 8:40; 8:46; 8:62; A6091-92; A6095-96; A6098 | The term "connected," when used, as here, to describe one component terminal being connected to another, means connected directly with no intervening components. | *See, e.g.,* 1:43-46; 1:61-64; 3:11-14; 4:1-2; 4:22-24; 4:37-40; 5:62-64; 6:30-32; 7:3-5; 7:8-9; 7:21-22; FIGS. 1, 2a, 2b, 3a, 3b; A6090-100; and A6103-4. |

RLF1-3168051-i