IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ANALOG DEVICES, INC.,               )
                                    )
        *Plaintiff/Counterclaim Defendant*,  )
                                    )        Civil Action No. 06-346-GMS
                v.                  )
                                    )
LINEAR TECHNOLOGY CORP.,            )
                                    )
        *Defendant/Counterclaim Plaintiff.*  )
                                    )
                                    )

**JOINT APPENDIX OF**
**EVIDENCE RELATING TO THE LINEAR PATENTS**
(VOLUME 2 OF 2)

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
James W. Parrett, Jr. (#4292)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347
(302) 658-9200

*Attorneys for Defendant/Counterclaim Plaintiff*
*Linear Technology Corp.*

OF COUNSEL:

Robert C. Morgan
Laurence S. Rogers
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York  10036
(212) 596-9000

Mark D. Rowland
ROPES & GRAY LLP
525 University Avenue, Suite 300
Palo Alto, California  94301
(650) 617-4000

June 29, 2007

### JOINT APPENDIX OF EVIDENCE
### RELATING TO THE LINEAR PATENTS

| Tab | Description | Page(s) |
|---|---|---|
| 1 | *Linear Tech. Corp. v. Impala Linear Corp.*, 379 F.3d 1311 (Fed. Cir. 2004) | A 1 – A 13 |
| 2 | *Linear Tech. Corp. v. Impala Linear Corp.*, June 9, 1999 Claim Construction Order, CA No. C 98-1727 FMS | A 14 – A 56 |
| 3 | *Linear Tech. Corp. v. Impala Linear Corp.*, March 30, 1998 Joint Claim Construction Chart, CA No. C 98-1727 FMS | A 57 – A 103 |
| 4 | U.S. Patent No. 5,481,178 | A 104 – A 125 |
| 5 | February 10, 1994 Restriction Requirement and Office Action | A 126 – A 131 |
| 6 | March 3, 1994 Response to February 10, 1994 Restriction Requirement | A 132 – A 133 |
| 7 | July 15, 1994 Response to April 7, 1994 Office Action | A 134 – A 150 |
| 8 | June 5, 1995 Response to December 5, 1994 Office Action | A 151 – A 181 |
| 9 | U.S. Patent No. 5,731,694 | A 182 – A 201 |
| 10 | June 7, 1995 Transmittal Letter for Rule 60 Continuation Application | A 202 – A 205 |
| 11 | U.S. Patent No. 5,994,885 | A 206 – A 229 |
| 12 | November 24, 1997 Transmittal Letter for Rule 60 Continuation Application | A 230 – A 233 |
| 13 | April 13, 1999 Response to October 1, 1998 Office Action | A 234 – A 250 |
| 14 | U.S. Patent No. 6,304,066 | A 251 – A 278 |
| 15 | August 4, 2000 Response to January 21, 2000 Office Action | A 279 – A 289 |
| 16 | U.S. Patent No. 6,580,258 | A 290 – A 314 |

| 17 | October 15, 2001 Transmittal Letter for Rule 53(b) Continuing Patent Application | A 315 – A 318 |
| 18 | U.S. Patent No. 6,144,194 | A 319 – A 329 |
| 19 | October 19, 1999 Response to June 21, 1999 Office Action | A 330 – A341 |
| 20 | U.S. Patent No. 5,212,618 | A 342 – A 352 |
| 21 | U.S. Patent No. 6,100,678 | A 353 – A 360 |
| 22 | Declaration of Robert A. Blauschild | A 361 – A 408 |
| 23 | (Blauschild Exhibit 1) Resume of Robert A. Blauschild | A 409 – A 414 |
| 24 | (Blauschild Exhibit 2) Brokaw, A. Paul, *A Simple Three-Terminal IC Bandgap Reference*, IEEE Journal of Solid State Circuits, Vol. SC-9, No. 6, December 1974 | A 415 – A 421 |
| 25 | (Blauschild Exhibit 3) ISSCO 87, Session XIV: Wideband Amplifiers | A 422 – A 425 |
| 26 | (Blauschild Exhibit 4) Bowers, Derek F., *A 20-μW Precision Operational Amplifier*, IEEE Journal of Solid State Circuits, Vol. SC-22, No. 3, June 1987 | A 426 – A 434 |
| 27 | (Blauschild Exhibit 5) Timko, Michael P., *A Two Terminal IC Temperature Transducer*, IEEE Journal of Solid State Circuits, Vol. SC-11, No. 6, December 1976 | A 435 – A 440 |
| 28 | (Blauschild Exhibit 6) Kuijk, Karel E., *A Precision Reference Voltage Source*, IEEE Journal of Solid State Circuits, Vol. SC-8, No. 3, June 1973 | A 441 – A 446 |
| 29 | (Blauschild Exhibit 7) Brokaw, A. Paul, *A Monolithic Conditioner for Thermocouple Signals*, IEEE Journal of Solid State Circuits, Vol. SC-18, No. 6, December 1983 | A 447 – A 457 |
| 30 | (Blauschild Exhibit 8) Gray, Paul G. et al., Analysis and Design of Analog Integrated Circuits, Second Edition (1984) | A 458 – A 465 |
| 31 | (Blauschild Exhibit 9) Dictionary.com definition of short circuit | A 466 – A 467 |

| 32 | (Blauschild Exhibit 10) The Random House Dictionary of the English Language, Second Edition (1987) | A 468 – A 471 |
| 33 | (Blauschild Exhibit 11) Webster's Ninth New Collegiate Dictionary (1986) | A 471a – A 474 |
| 34 | IEEE Guide on Electrostatic Discharge | A 475 – A 477 |
| 35 | In the Matter of Certain Voltage Regulators, Components Thereof and Products Containing Same, Inv. No. 337-TA-564 (May 2007). | A 478 – A 507 |
| 36 | IEEE 100: The Authoritative Dictionary of IEEE Standards Terms, Seventh Edition | A 508 – A 512 |
| 37 | The Oxford English Dictionary, Second Edition | A 514 – A 545 |
| 38 | McGraw-Hill Dictionary of Scientific and Technical Terms, Fourth Edition | A 546 – A 554 |
| 39 | Van Nostrand's Scientific Encyclopedia, Eighth Edition | A 555 – A 558 |
| 40 | The Art of Electronics | A 559 – A 566 |
| 41 | Webster's Third New International Dictionary (2002) | A 567 – A 571 |
| 42 | Amended Exhibit A to Revised Joint Claim Construction Chart – List of Agreed Upon Claim Term Constructions | A 572 – A 584 |
| 43 | Whatis.com excerpt re: definition of "bias" | A 585 – A 587 |

## CERTIFICATE OF SERVICE

I, James W. Parrett, Jr., hereby certify that on June 29, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Frederick L. Cottrell, III
> RICHARDS, LAYTON & FINGER

I also certify that copies were caused to be served on June 29, 2007 upon the following in the manner indicated:

> **BY E-MAIL & HAND DELIVERY**
>
> Frederick L. Cottrell, III
> Richards, Layton & Finger
> One Rodney Square
> Wilmington, DE  19801
>
> **BY E-MAIL & FEDERAL EXPRESS (for delivery on July 2, 2007)**
>
> Wayne L. Stoner
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, MA  02109

> */s/ James W. Parrett, Jr. (#4292)*
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899
> (302) 658-9200
> jparrett@mnat.com

# TAB 22

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ANALOG DEVICES, INC., | ) |
| | ) |
| *Plaintiff/Counterclaim* | ) |
| *Defendant,* | ) |
| | ) |
| vs. | ) |
| | ) |
| LINEAR TECHNOLOGY CORP., | ) |
| | ) |
| *Defendant/Counterclaim* | ) |
| *Plaintiff.* | ) |

Civil Action No. 1:06-346-GMS

## DECLARATION OF ROBERT A. BLAUSCHILD

I, ROBERT A. BLAUSCHILD, declare as follows:

1)      My name is Robert A. Blauschild.  I reside at 22351 Hartman Drive, Los
Altos, CA 94024.  I have been retained by Linear Technology Corp. as an expert witness in this
case.

2)      Unless indicated as being on information and belief, the facts and opinions
stated in this declaration are based on my own personal knowledge.  If asked to testify in Court
under oath about the matters discussed in the declaration, I could and would so testify.

## I.    QUALIFICATIONS

3)      Since obtaining a B.S.E.E. degree from Columbia University in 1971 and
an M.S.E.E degree from U.C. Berkeley in 1973, I have been involved in the design and analysis
of analog and mixed-signal (analog + digital) electronic circuits and systems.  I have worked as a
consultant to numerous companies, in addition to having worked for Philips Semiconductors for
24 years.  I have 15 patents, was on the program committee for the International Solid-State

1

**A 361**

Circuits Conference for 15 years, and have twice been the guest editor of the Journal of Solid-State Circuits. I also have been involved as a testifying expert witness in several patent cases relating to analog and digital circuit design. A copy of my current Curriculum Vitae is attached to this declaration as Exhibit 1.

    4)  I have designed numerous bipolar and MOS voltage and current references, voltage regulators, differential amplifiers, and amplifier output stages.

## II.  COMPENSATION

    5)  I am being compensated for my work in this case at my usual and customary consulting rate of $450 per hour. My compensation is not dependent on the outcome of the case.

## III.  PRIOR TESTIMONY

    6)  In the past four years I have testified at trial or at deposition in the role of an expert witness in the following matters on behalf of the underscored party:

  2003 Presented a tutorial regarding transistor operation and switching voltage regulator design in court in <u>Linear Technology, Inc.</u> vs. Micrel, Northern District of California.

  2005 Testified in deposition and trial in <u>Linear Technology, Inc.</u> vs. Micrel, Northern District of California.

  2005 Testified in deposition, <u>Linear Technology, Inc.</u> vs. Monolithic Power Systems, ITC, Washington D.C., regarding switching voltage regulator design.

  2006 Testified in deposition and trial, <u>Power Integrations</u> vs. System General, ITC, Washington D.C., regarding switching voltage regulator design.

  2006 Testified in deposition and at trial in <u>Power Integrations</u> vs. Fairchild Semiconductor, Wilmington, Delaware. The case involved switching voltage regulators and analog circuit design.

## IV.    GILBERT U.S. PATENT 4,929,909

### A.    Materials Reviewed

7)    I have read Gilbert U.S. Patent No. 4,929,909 (to which I will refer as the "'909 Patent"), the prosecution history of the '909 patent, and the prior art cited during prosecution of the patent's application.  In addition, I have reviewed the parties' proposed claim constructions and other materials that are referenced in this declaration.

### B.    Technological Background and Explanation Of The Written Description Of The '909 Patent

8)    The '909 Patent relates to a design of a bipolar differential amplifier that has a fixed gain, despite variations in temperature, transistor current gain (beta), and transistor geometry-related resistances.

9)    The stated goals of the '909 Patent are to (1) "provide a differential amplifier in with improved temperature stability of gain" [1:53-55]; and (2) "provide a differential amplifier in which temperature stabilization and gain uncertainty is minimized from lot to lot in the fabrication process" [1:56-59].

10)    To understand the '909 Patent, it is appropriate first to have a basic understanding of differential amplifiers -- what they are, how they work, and how their operation may be affected by temperature and other factors.

11)    A differential amplifier is a two-transistor circuit, the purpose and operation of which is to amplify the difference of two input voltages.

3

**A 363**



A differential amplifier functions like a valve that steers current one way or the other. The current is called the "tail current," and is supplied by a current source. In the differential amplifier shown above, $V_{IN1}$ and $V_{IN2}$ are the two differential amplifier input voltages. If $V_{IN1}$ is at a much higher voltage than $V_{IN2}$, substantially all of the current from the current source will flow through transistor Q1, and almost none will flow through Q2. If $V_{IN2}$ is at a much higher voltage than $V_{IN1}$, substantially all of the current from the current source will flow through Q2, and almost none will flow through Q1.

If the difference in voltage between the two inputs (DIFFERENTIAL INPUT VOLTAGE) is small and variable, the ratio of the current conducted by Q1 and Q2 will vary. As the voltage at $V_{IN2}$ varies with respect to the voltage at $V_{IN1}$, more or less of the current from the current source will flow through transistor Q2 into load resistor R. The resulting variable voltage across resistor R creates a variable output voltage $V_{OUT}$ which is proportional to the difference in voltage between $V_{IN1}$ and $V_{IN2}$.

The GAIN or amplification of the differential amplifier is defined as the ratio of the output voltage change to the change in differential input voltage ($V_{IN1}$-$V_{IN2}$).

4

12)    The '909 patent relates to circuitry for producing a fixed differential amplifier gain (meaning a fixed ratio of output voltage to differential input voltage), but in doing so also uses the term "current gain." CURRENT GAIN is a property of the individual transistors in the circuit. A bipolar transistor is a semiconductor device that has three electrodes or terminals, the EMITTER, the BASE, and the COLLECTOR, and is made with a layer of n-type (or p-type) semiconductor (the base region) sandwiched between two regions of p-type (or n-type) semiconductor (the collector and emitter regions), thus forming two p-n junctions back to back. The current flowing into or out of the base electrode controls the amount of current flowing between the collector and emitter electrodes. (I note that ADI has proposed that a bipolar transistor be construed as "A three-terminal semiconductor device with an n- (or p-) type semiconductor region between two p- (or n-) type semiconductor regions." I disagree with such a construction, which describes other semiconductor devices that are not bipolar transistors. For example, see Fig. 2.39a of *Analysis and Design of Analog Integrated Circuits* [excerpts attached as Exhibit 8], which shows both a bipolar transistor and a JFET, both of which have a p-type semiconductor region between two n-type semiconductor regions.) In the differential amplifier shown above, the emitter terminals of Q1 and Q2 are connected together, and the amplifier output voltage appears at the collector terminal of Q2. The two input voltages are applied at the base terminals of Q1 and Q2. For a bipolar transistor to allow current to flow between its emitter and collector terminals, a small control current must be applied to its base terminal. A measure of the ratio of the current flowing between the emitter and collector terminals and the control current is called the CURRENT GAIN. Specifically, the ratio of the currents flowing in the collector and base terminals is defined as the BETA "β" of the transistor. A typical value of beta can be 100.

5

**A 365**

13)     The control current flowing into the transistor base terminal flows out of the emitter terminal, and thus the emitter current is equal to the sum of the collector and base currents.  In the amplifier depicted above, because the collector current of Q2 is less than the steered emitter current of Q2 (reduced by the level of the base current), the gain of the amplifier is less than it would have been if there was no base current loss going through the transistor.  As the transistor beta decreases (current loss through the transistor increases), amplifier gain decreases for a given level of  differential input voltage, because even though the steering is the same in the transistor emitters, less current flows into the load resistor.

14)     Bipolar transistor current gain (beta) varies from one production lot to another.  In addition, beta increases as temperature increases.  Differential amplifier gain thus varies from lot-to-lot and over temperature as beta changes.

15)     The level of amplification or gain of a differential amplifier also depends on the ratio of current steering obtained for a given differential input voltage.  For bipolar transistors, this ratio is proportional to $kT/qI$, where k and q are physical constants (Boltzman's constant and electronic charge), T is absolute temperature, and I is half the tail current.  $kT/qI$ is called the INTRINSIC EMITTER RESISTANCE.  This is not a physical resistance of a semiconductor region, but instead is a property of the transistor base-emitter junction.  Because the steering ratio depends on absolute Kelvin temperature, differential amplifier gain will vary with temperature if the tail current is fixed.

16)     The current steering ratio also depends on voltage drops inside each transistor across finite base and emitter region resistances, which subtract from the actual differential input voltage.  These resistances are called OHMIC resistances, and correspond to the physical resistance of the semiconductor material in each region.  As these ohmic resistances

6

**A 366**

increase, less of the differential input voltage actually goes into current steering, and amplifier gain is reduced. These ohmic resistances vary from one production lot to another. In addition, the ohmic resistances vary as temperature increases. Differential amplifier gain thus varies from lot-to-lot and over temperature as the ohmic resistances of the transistors change.

17)     Long before the application for the '909 Patent was filed, it was well-known to persons skilled in the art how to create a tail current for a differential amplifier so as to compensate for temperature dependency of the differential amplifier's transistor's intrinsic emitter resistance. This was done by causing the tail current to vary with temperature in the same manner as intrinsic emitter resistance. Because intrinsic emitter resistance varies with absolute (Kelvin) temperature and inversely with tail current, by making the tail current also vary with absolute temperature, the intrinsic emitter resistance kT/qI can be caused to remain constant as temperature varies. This would cause the amplification or gain of the differential amplifier to remain constant (were it not for additional variation due to the finite beta and ohmic resistance variation discussed above).

18)     The tail current that varies with absolute temperature is called a PTAT (Proportional-To-Absolute-Temperature) current, and was typically generated, long before the application for the '909 patent was filed, using DELTA-VBE ($\Delta$VBE) cells and BANDGAP VOLTAGE REFERENCES (which include Delta-VBE cells). As acknowledged in the '909 patent: *The operation of a $\Delta$VBE cell as a means to generate a tail current which is PTAT is well documented in the literature, as prior art.* [3:60-63]

19)     A Delta-VBE cell operates by running two or more bipolar transistors at different current densities. Transistor current density is proportional to the ratio of emitter current to the area of the emitter region of the transistor through which the current flows. For

7

example, a large transistor conducting a low level of current has a lower current density than that of a small transistor conducting a high level of current. If two different-sized transistors conduct the same level of current, the smaller transistor will have a higher current density.

20)    The voltage between the base and emitter terminals of a transistor (VBE) depends on current density. The temperature variation of VBE also depends on current density. Therefore the difference between the VBEs of two transistors operating at different current densities will change in proportion to absolute temperature as temperature changes. A Delta-VBE cell uses the difference between two or more VBEs of transistors operated at different current densities to generate a control or bias voltage which can then be applied to the base of a current source transistor to cause that transistor to generate a PTAT current for use in a differential amplifier.

21)    A control voltage that itself is PTAT can not be used with the transistor/resistor current source to produce a PTAT current. If a control voltage that is PTAT were used, the negative-temperature-coefficient of the current source transistor VBE would result, when subtracted form the PTAT varying control voltage, in a voltage across the current source resistor that varies at a more than linear rate with temperature. Such a current source would have too much temperature variation to compensate for intrinsic resistance in a differential amplifier. In other words, to cause a transistor current source to produce a PTAT current to compensate for the effects of intrinsic emitter resistance on a differential amplifier's gain, the control voltage applied to the base of the current source transistor can not be PTAT.

22)    Long before the application for the '909 Patent was filed, many different architectures for Delta-VBE cells were known.

23)    For example, the '909 Fig. 2 delta-VBE configuration of transistors 32 and

8

**A 368**

28 and resistors Rg and Re in combination with a high-gain amplifier driving the bases of transistors 32 and 28 is seen in Fig. 2 of *A Simple Three-Terminal IC Bandgap Reference* [attached as Exhibit 2], published approximately 15 years before the filing of the '909 patent.

24)    Fig. 2 of *A 500V/us Transimpedance Amplifier* [attached as Exhibit 3] shows Q64, Q63, and R21 connected in the same way as the delta-VBE loop of transistors 32 and 28 and resistor Rg in the '909 Fig. 2 circuit.

25)    Fig. 7 of *A 20uW Precision Operational Amplifier* [attached as Exhibit 4] shows delta-VBE circuit Q26, Q25, R14, and R15 used to bias current source transistor Q32.

26)    Figures 1, 2, and 3 of *A Two-Terminal IC Temperature Transducer* [attached as Exhibit 5] show the use of a different delta-VBE circuit configuration to generate PTAT current.

27)    Figure 1 of *A Precision Reference Voltage Source* [attached as Exhibit 6] shows another different delta-VBE circuit uses to produce a ΔVBE voltage across R3.

28)    Figures 5, 6, and 7 of *A Monolithic Conditioner for Thermocouple Signals* [attached as Exhibit 7] show "crossed-quad" PTAT bias circuitry using yet another different delta-VBE configuration.

29)    Figure 2 of the '909 patent shows a Delta-VBE cell [20] used to generate the control voltage for a PTAT current source (transistor 24 and resistor 26). Fig.2 shows transistors 32 and 28 having different emitter areas. If transistors 28 and 32 in the Delta-VBE cell were operated with the same current level, because they have different areas (ratio=A:1), their current densities and therefore their VBEs would differ. That difference voltage appears across resistor Rg, resulting in a PTAT current flowing through resistors Rg and Re. The resulting PTAT voltage across resistor Re is added to the negative-coefficient-VBE of transistor

9

**A 369**

32 to produce a Delta-VBE cell output voltage that has a non-PTAT temperature variation. When that voltage is applied to the control terminal of the current source (base of transistor 24), the negative-temperature-coefficient of the VBE voltage of transistor 24 subtracts from the control voltage to produce a PTAT voltage across resistor 26, leading to a PTAT current source output current. (This is how a Delta-VBE cell is supposed to work. However, as explained below, the '909 patent specifies that the transistors of the Fig. 2 Delta-VBE cell are operated at equal current densities. Such a design could not be used to produce a PTAT current.)

30)    As earlier explained, the stated goals of the '909 Patent are to provide a differential amplifier (1) having "improved temperature stability of gain," and (2) "in which temperature stabilization and gain uncertainty is minimized from lot to lot in the fabrication process." To achieve these goals, the '909 Patent describes a particular type of delta-$V_{BE}$ ("$\Delta V_{BE}$") cell that compensates for three things. First, the circuit compensates for the temperature dependence of amplifier transistor intrinsic resistance by producing a PTAT current. But in addition to this, the '909 circuit is described to further compensate for two other types of errors: errors due to "ohmic resistance" of the differential amplifier transistors, and errors caused by "finite beta" of those transistors (see col. 1:60-67).

31)    When all of the foregoing compensations are applied to the differential amplifier, the patent says the amplifier is "gain-compensated." [2:20-22; 4:10-15] That is, the effects of temperature and transistor parameter (beta and ohmic resitances) change due to temperature and lot-to-lot variation are compensated for, and gain remains stable at the desired value.

32)    As explained above, the first aspect to compensation of the differential amplifier is to apply temperature compensation to account for the temperature variation of

10

**A 370**

intrinsic emitter resistance.   The patent states:  *The intrinsic emitter resistance obviously is a function of temperature and perfect stabilization of that quantity requires that the tail current be proportional to absolute temperature (PTAT).* [1:44-47]

33)    The '909 patent explains that the Delta-VBE cell of Fig. 2 can be used to bias a current source to produce a PTAT tail current:  *A first consideration in the design of a gain-stable, temperature-compensated long-tail pair is the requirement that the tail current be PTAT in order to make the intrinsic emitter resistance constant.  For this purpose, the ΔVBE cell 20 of FIG. 2 is used to bias a current source 22 for generating the tail current , 2I.* [2:47-50].
The '909 patent acknowledges that using a ΔVBE cell for this type of compensation was well known prior to the filing of the '909 patent:  *The use of a ΔVBE cell as means to generate a tail current which is PTAT is well documented in the literature, as prior art.* [2:52-54]

34)    But as discussed above, there are other sources of gain instability besides the temperature variation of intrinsic emitter resistance.  Making the tail current PTAT does not by itself compensate for gain variation due to transistor ohmic resistances and beta.  The patent states that the ΔVBE cell of Fig. 2 can be designed, however, to bias the current source using additional compensation for ohmic resistances and beta:  *The operation of a ΔVBE cell as means to generate a tail current which is PTAT is well documented in the literature, as prior art. However, this invention shows how, with proper design, the ΔVBE cell can be used to bias the current source (i.e., transistor 24 and emitter resistor 26) to a point which adds to the tail current a component keyed to and tracking the ohmic resistances associated with device geometries.* [3:60-68]  and *The foregoing and other objects of the invention are achieved in a differential amplifier including tail current generator means for providing a tail current which is PTAT and which includes a component of current which compensates for the ohmic resistances*

11

**A 371**

*of the transistors and finite beta.* [1:62-67]

35)     The '909 patent shows how the circuit of Fig. 3 adds these further

compensations.  Fig. 3 is described as a *gain-compensated differential amplifier according to the*

*present invention* [2:20-22; 4:10-15], and is the only embodiment described in the patent for

providing for a gain-compensated differential amplifier.

36)     Because the PTAT current flowing through current source resistor 26 is

reduced by one base current from the emitter to collector of current source transistor 24, and

further reduced by a second base current from the emitter to the collector of amplifier transistor

14, the current flowing into load resistor RC varies as beta (and therefore base current) varies.

The patent explains that compensation for this effect can be achieved by increasing the current

source control voltage (applied on line 60) by a beta-dependent amount.  If this is done, the

current flowing through current source resistor 26 will start out at a higher level than if there had

been no beta-compensation included to the control voltage.  This increase in the control voltage

compensates for the beta-dependent losses through transistors 24 and 14.

37)     The means of adding a beta-dependent component to the current source

control voltage is disclosed a resistor SRE in the Fig. 3 circuit.  The voltage drop across resistor

SRE is proportional to the base currents flowing in transistors 28 and 32 of the ΔVBE cell.  Thus,

as beta decreases, these base currents increase, increasing the voltage across resistor SRE.  This

in turn increases the current source control voltage, which produces an increased level of

amplifier tail current to compensate for increasing beta-dependent losses in the current source

and amplifier transistors.

38)     The means of compensating for the effects on gain caused by the amplifier

transistors ohmic resistances is disclosed in the Fig. 3 circuit as the use of unit geometries in the

12

**A 372**

ΔVBE cell and the differential amplifier. As the ohmic resistance of the differential amplifier transistors increases, gain is reduced. [2:25-30] A transistor's ohmic resistances depend on the geometry (e.g., emitter length and width and distance to base contact) of the transistor. These ohmic resistances are temperature dependent, and can vary from lot to lot. [1:47-52]

39)    If the ohmic resistances of the differential amplifier transistors change in a different way the amplifier's gain will change, lot-to-lot and wafer-to-wafer. If, however, the same geometries are used for the amplifier and ΔVBE cell transistors, then their ohmic resistances will change in the same way, and compensation can be achieved. [2:2-5]

40)    This technique is used in the Fig. 3 circuit. All of the transistors in the Fig. 3 circuit are designed using ratios of unit-area emitter geometries. [4:16-28] In this manner, any lot-to-lot area change of the unit-area transistor will not effect the ratios. For example, the patent specifies that transistor 32 has a unit area emitter and transistor 28 has an emitter area of A units. [4:16-19] Despite lot-to-lot changes in the unit emitter geometry, the ratio of total emitter area of transistor 28 will remain A times larger than the emitter area of transistor 28.

41)    Thus, the amplifier of Fig. 3 of the '909 patent is "gain-compensated" in three simultaneous respects: 1) it is compensated for variations in intrinsic emitter resistance (by generating a control voltage that causes the tail current to be PTAT); 2) it is compensated for variations in ohmic resistance (by using ratios of unit area emitter geometries in all of the transistors of the circuit); and 3) it is compensated for beta variations (by using resistor SRE). These compensations are achieved using the specific ΔVBE cell of Fig. 3, constructed and operated as specifically described in the '909 patent.

42)    The '909 Patent contains several errors and irreconcilable ambiguities. For example, the first equation, G=RC/2(r+re) [1:32] is only correct for infinite beta transistors,

even though the text describes the equation incorrectly as taking into account finite current gain (beta). [1:26-32] This can be seen by comparing that equation to the equation for gain at 1:27, which is RC/2re. This latter equation, as stated in the text, assumes infinite beta and negligible ohmic resistances. If the ohmic resistance term in the first equation is also neglected, the equations are the same, yet they are described differently (the first accounting for finite beta, and the second neglecting Equation (18) at 2:37 is incorrect. It is the equation for I, not 2I as incorrectly stated in the patent. This can be determined by substituting the equation for intrinsic emitter resistance into the equation at 1:32 and solving for I.

43)    The '909 patent incorrectly states at 2:64-65 that transistors 28 and 32 in the ΔVBE cell of Fig. 2 are driven to equal current densities. The VBE of a bipolar transistor depends on its current density, which is the ratio of emitter current to a process constant that depends on transistor emitter area. Two transistors running at the same current density will have the same VBE. If transistors 28 and 32 were operated at the same current density as the '909 patent states, the VBEs of transistors 28 and 32 would be equal, and there would be no voltage across resistor Rg in the Fig. 2 circuit. This would result in no current flow in any of the transistors, and the circuit would not work.

44)    Equation (18) at 2:37 is incorrect. It is the equation for I, not 2I as incorrectly stated in the patent. This can be determined by substituting the equation for intrinsic emitter resistance into the equation at 1:32 and solving for I.

45)    The equation at the top of '909 column 3 does not correlate with the statement in the text that transistors 28 and 32 are driven to equal current densities. That equation is only correct for the case in which transistors 28 and 32 conduct equal currents (despite the text saying that they have equal current densities -- which would require that their

14

A 374

currents be unequal in the ratio of A:1), and the current source transistor 24 has a 2X unit geometry, not scaled by the factor M as shown incorrectly in the figure and described in the text.

46)     Equation (40) at 3:12 relates tail current to certain delta-VBE cell variables and is only correct if transistors 32 and 28 run at equal currents (not equal current densities as incorrectly stated in the patent), and the value of M (the number of units used for current source transistor 24) is equal to 2, even though the variable M is not shown in the equation.

47)     Equation (41) at 3:20 appears to be incorrect. The ln(A) tail current dependency has been dropped from the equation. In addition, the "algebraic manipulation" referred to at 3:17 is not shown, and it is unclear which equations were combined to arrive at equation (41).

48)     The discussion of Fig. 3 at 4:16-35 incorrectly refers to the variable r as being intrinsic emitter resistance, even though r is explicitly defined at 1:39-42 as ohmic resistance. The description of Fig. 3 at 4:10-15 describes the figure as explicitly showing the ohmic resistances. This is at odds with the following description at 4:16-35 which incorrectly describes the resistances shown in the figure as intrinsic emitter resistances.

49)     Similar to the discussion of Fig. 2, the '909 patent incorrectly states at 4:21-22 that transistors 28 and 32 in the Fig. 3 circuit operate at equal current densities. This can not be correct. As described above, if transistors 28 and 32 were operated with equal current densities there would be no PTAT current produced for compensation of intrinsic emitter resistance. In addition, there would be no compensation for the effects on gain of resistors 56 and 58 in the differential amplifier. Because the ratios of the emitter areas of transistors 28 and 32 is A:1, equal current density means that the ratio of their collector currents is also A:1. If that

15

**A 375**

were true, then the voltages across compensation resistors 54 and 52 would cancel, and there would be no gain compensation for resistors 56 and 58 in the differential amplifier, despite the description of Fig. 3 as showing a complete resistance-corrected, gain-compensated differential amplifier. [4:1-15]

    50)    The equation for VBIAS in Fig. 3 is inconsistent with the description of Fig. 3 showing a complete resistance-corrected, gain-compensated differential amplifier. Note that there is no term in the equation accounting for the drop across resistor 52, the resistor included to compensate for the addition of resistors 56 and 58 in the differential amplifier. The equation for VBIAS is incorrect.

**C.**    **The Asserted Claims of The '909 Patent**

    51)    I understand that Analog is asserting that LTC has infringed claims 1,3, 5, 6, 8, and 10 of the '909 Patent. I have been asked to explain these claims, and to provide my opinion as how I believe a person of ordinary skill in the art would understand certain of the terms and phrases used by these claims.

    52)    Based on my knowledge working in the field (besides a great deal of other work on references, amplifiers, current sources, and PTAT circuits, one of my patents describes a Delta-VBE-based current source (U.S. No. 3,947,704, issued March 30, 1976) and another describes a differential amplifier (U.S. No. 4,649,352)), and the level and knowledge of others I have worked with, I believe one of ordinary skill in the art at the time of the alleged '909 invention (late 1980's) would have had a BSEE degree and 4 years working experience or an MSEE degree and 2 years working experience, with that experience being in the field of designing bipolar analog integrated circuits. That level of skill and experience would also apply today to one of ordinary skill in the art who would be reading the '909 patent.

16

**A 376**

53)    The asserted claims of the '909 patent include means-plus-function elements. My understanding of how such an element is to be construed is that first, the function that is described in the claim must be determined, and then the structures disclosed in the patent for performing that function must be identified.

54)    '909 Claim 1 requires "operating at a tail current $I_{tail}$." "Itail" is not a term of ordinary meaning to one of skill in the art, and as the claim language states, is a particular tail current. Itail is described in the '909 patent as a PTAT current (which compensates for intrinsic emitter resistance), containing components that compensate for finite beta and ohmic resistances [see, e.g., Fig. 3 and 1:60-68], and meets the equations Itail=2I(1+1/Beta) and I=([VT ln (A)]/Rg)/(1-(r/Rg)(1-1/A)). [Fig. 3 and equation (40)] These equations are necessary to the operation of the alleged '909 invention. In order to overcome a rejection during the prosecution history, ADI told the patent examiner *The relationships on pages 10 and 11 were not known before the present invention.* [Amendment, B14] Pages 10 and 11 of the original application discuss compensation for current gain, with ADI stating *Itail, which is also the collector current of transistor 24, must be 2I(1+1/beta).* The '909 patent includes an additional equation Rg/Rc = (1-1/A)/2G (42). This equation does not include all of the compensation factors required for gain compensation.

55)    The amendment also discusses the equations on application pages 5-11, which include equations (18), (40), (41), and (42) of the '909 patent, and states *The specification derives the equations (see pp. 5-11) that relate parameters in the control circuit to a component of the tail current that is proportional to, and tracks, both the resistances associated with the device geometries, and the current gain of the differential amplifier transistors. The relationships on pages 10 and 11 were not known before the present invention. These are important*

17

**A 377**

*relationships. ... Even Maeda et al., which purportedly addresses the need to control the gain of*

*a differential amplifier, does not correct for ohmic resistances.* [Amendment, B14]

56)    Asserted Claim 1 also requires a control voltage generating means for

generating a control voltage for the current source, and requires that the control voltage be

PTAT. The '909 patent does not disclose any such control voltage generating means.

57)    For gain compensation to occur, the '909 patent teaches that the control

voltage "must" produce a tail current that compensates for not only intrinsic emitter resistance,

but also for beta. [see, e.g., 4:35-61]  As discussed above, the disclosed means for performing

this compensation is resistor SRE.  The compensation is achieved by raising the voltage on bias

line 60 due to the voltage drop across resistor SRE. [4:62-66]  Thus the control voltage must

include the voltage across resistor SRE, and must therefore be at the base of current source

transistor 24 (bias line 60).

58)    This is consistent with other aspects of the patent disclosure.  In Fig. 3, the

control voltage (which the patent calls a bias voltage) for the current source is applied at the base

terminal of current source transistor 24. [Fig. 3]  The '909 patent states: *The quiescent current*

*for each of the differential amplifier transistors 12 and 14 is intended to be a constant value, I,*

*over some temperature range of interest. As will be seen, this is provided by establishing an*

*appropriate bias voltage on bias line 60 to the base of transistor 24.* [4:29-34]  The patent

describes and claims that a ΔVBE cell provides the control (bias) voltage to the base of the

current source transistor to produce a PTAT current in the current source.  [4:67-5:7; Fig. 3;

Claim 3]  However, for this to occur, as explained above, the control voltage applied to the base

of current source transistor 24 can not be a PTAT voltage.  If it were, then the current generated

by the current source would not be a PTAT current, and the goal of temperature compensation

using a PTAT tail current for the differential amplifier would be thwarted.  The claim is thus in error in reciting that the control voltage is PTAT.  This is a mistake in the claim, confusing a control voltage that produces a PTAT current in the current source (what the specification describes) with a control voltage that is itself PTAT (what the claim actually requires).  If a circuit were constructed in accordance with this claim element, it would not be "gain-compensated" as required by the claim and would not be in accordance with the invention as described in the '909 patent.

59)    The only voltages in the Fig. 3 circuit that are PTAT (outside of the differential amplifier and the current source) are the voltages across the resistors 52, 54, 34, and 36 inside the ΔVBE cell.  None of these voltages is a control voltage, and none of these voltages includes the disclosed beta compensation voltage of Claim 1.  In addition, referring to one of the internal voltages inside the ΔVBE cell as the control voltage that the current source is responsive to would be contrary to the way one of skill in the art would interpret the Claim 1 term "a transistor current source responsive to a control voltage."  The control voltage for the current source is an input to the current source, not some other voltage inside another circuit.

60)    Element (d) specifies that the control voltage generating means includes *means for functionally relating the control voltage to the intrinsic emitter resistance of the current source.*  This appears to be yet another mistake in the claim.  ADI described this element to the patent office as distinguishing the prior art because it supposedly provides the compensation for current gain, and for resistances associated with device geometries (i.e., ohmic resistance compensation [3:67-68]). [Amendment, B14-17]  Neither of these compensations has anything to do with intrinsic emitter resistance.  Ohmic compensation is meant to compensate for the ohmic resistances of the differential amplifier transistors.  This can not be done by

relating anything in the ΔVBE cell to anything in the current source, independent of the geometries of the differential amplifier transistors.  For example, gain compensation will not be achieved if the differential amplifier transistor ohmic resistances vary differently than the variation of current source and ΔVBE cell transistor ohmic resistances.

61)    The '909 specification describes the compensation of ohmic resistance as being done by a ΔVBE cell which employs device geometries related to those of the transistors in the differential amplifier. [1:63-2:5]

62)    If one of skill in the art was to try to re-write element (d) to require beta and ohmic compensation, then the only disclosed means for performing ohmic and beta compensation (which ADI described in the prosecution history as the added functionality of element (d)) is the circuitry shown in Fig. 3, which includes the specification of scaling the transistors in the ΔVBE cell with respect to the current source and differential amplifier transistors and resistors using unit transistor geometries in the ratios and using the equations shown in the figure, including choosing the factor S of resistor SRE to eliminate the beta-dependence in the system [4:62-66], as well as the design features discussed below.

63)    The disclosed means of Fig. 3 also includes designing the ratio of resistors Rg and RC to be equal to (1-1/A) /2G, where A is the number of unit transistor geometries used for transistor 28, and G is the desired gain of the differential amplifier. [2:39; equation (42); 3:33-34]

64)    In addition, the disclosed means of Fig. 3 shows that the unit area emitter geometries of the ΔVBE cell, current source, and differential amplifier transistors are all the same (unit = e). [Fig. 3; 2:60-63; 4:16-28]  As explained above, this is necessary for tracking ohmic resistance and beta changes.

65)    Furthermore, the specification discloses that transistors 28 and 32 in the ΔVBE cell operate at different levels of collector current. [4:21-23]

66)    Dependent Claim 2 adds that the control voltage generating means generates a control voltage that in turn generates a tail current that has a component that is functionally related to and tracks the geometries and current gains of the differential amplifier and current source transistor. In effect, Claim 2 adds the relationship between the ΔVBE cell transistors and current source and differential amplifier transistors that ADI said was in element (d) of Claim 1.

67)    Dependent Claim 3 adds that the base of the current source transistor is supplied with *a control voltage which produces in the collector of the common-emitter transistor a current which is a function of the current gain of the differential amplifier transistors.* This means that the control voltage includes a component that varies as a function of the beta of the differential amplifier transistors. This further supports an understanding that there is a relationship between the differential amplifier transistors and the transistors in the ΔVBE cell. Were it not for using the same unit geometries in the differential amplifier and the ΔVBE cell, the compensation component added by the ΔVBE cell (which depends on the beta of transistors in the ΔVBE cell) would not compensate for the beta loss in the differential amplifier transistors (which depends on the beta of the differential amplifier transistors. The disclosed way to have the loss and compensation track is to use the same unit geometry (which would have the same beta) in both circuit blocks.

68)    Independent Claim 6 parallels Claim 1, with the exception of explicitly specifying that the control voltage is provided by a ΔVBE cell, and that the ΔVBE cell includes means for functionally relating the control voltage to the intrinsic emitter resistance of the

21

**A 381**

current source. As explained above, the only disclosed means for performing the functions of elements (c) and (d) of Claims 1 and 6 (putting aside the above discussed errors in Claim 1, repeated in Claim 6) is the specific ΔVBE cell 20 shown in Fig. 3, having the specified device geometry relationships and with device values selected to cause the circuit to comply with the stated equations.

## V. CLOSE U.S. PATENT 6,262,633

### A. Materials Reviewed

69)    I have read Close U.S. Patent No. 6,262,633 (to which I will refer as the "'633 Patent"), the prosecution history of the '633 patent, and the prior art cited during the prosecution of the patent's application. In addition, I have reviewed the parties' proposed claim constructions and other materials that are referenced in this declaration.

### B. Technological Background and Explanation Of The Written Description Of The '633 Patent

70)    The '633 patent relates to the field of operational amplifier (op amp) output stages. [1:7-8]

71)    An op amp is a high-gain amplifier with differential inputs and an output stage capable of providing drive current to a load. The differential inputs can be part of a differential amplifier stage, and the output drive can be provided by an output stage. Integrated circuit operational amplifiers have been designed and sold since the late 1960's.

72)    Some op amp applications, for example, in audio systems, require the op amp to provide high output current, and amplify an input signal with minimum distortion. This can be achieved by having a large amount of gain in the op amp circuit, and an output stage designed to provide the high output current.

22

**A 382**

73)     The operating current required to run the circuitry in the op amp is called the op amp's QUIESCENT CURRENT. Part of the design task for an op amp designer is to make the circuit as efficient as possible for a given drive capability specification. This can be done using one of many well known output stages that use little quiescent current when there is no output drive needed, but are driven to provide large current gain when a differential input signal is provided to the op amp and high output drive is needed.

74)     One problem associated with running output stage transistors at low quiescent current when there is no output signal required, and high current when a large output current signal is required, is distortion. Transistors are non-linear devices. They provide more amplification for small input signals than they do for large input signals. For a signal that varies over a large range, different parts of the signal will be amplified different amounts, leading to distortion of the amplified output signal.

75)     The amount of distortion is related to the quiescent current that the transistor is running at. For example, if the transistor is operating with high quiescent current and a small input signal is applied, the percentage change in current flowing in the transistor is small, and distortion is low. Conversely, if the transistor is operating with low quiescent current and a large input signal is applied, the percentage change in current flowing in the transistor is large, and distortion is high.

76)     The '633 patent relates particularly to high output current, low distortion, rail-to-rail output stages [1:6-8] using complementary bipolar output transistors. ['633 figures; 9:6; 10:2; 12:27]

77)     I have designed several operational amplifiers with rail-to-rail output stages using complementary bipolar output transistors. One of my patents (U.S. No. 4,649,352,

23

**A 383**

issued March 10, 1987) describes a complementary rail-to-rail op amp input stage that was used as part of the design of several integrated circuit operational amplifiers with complementary bipolar rail-to-rail output stages.

78)     A complementary rail-to-rail output stage includes a PNP output transistor with its emitter coupled to the circuit positive supply voltage (sometimes labeled VCC) and its collector coupled to the op amp output node, and an NPN output transistor with its emitter coupled to the circuit negative supply voltage (sometimes labeled VEE or GND) and its collector coupled to the op amp output node.   The PNP and NPN transistors conduct drive current to and from the load, respectively.

79)     The circuit nodes to which the positive and negative supply voltages are applied are called the "rails." Because the PNP and NPN output transistors are capable of operating with very low voltage across their collector-emitter circuits, the op amp output voltage can swing over nearly the complete positive to negative supply voltage range (rail-to-rail operation).

80)     The '633 patent describes two alleged improvements in the drive circuitry for complementary bipolar op amp output stage transistors.

81)     In the prior art '633 Fig. 1 circuit, Q1 is the PNP output transistor, and Q2 is the NPN output transistor.  Drive current to the base of Q2 is provided by transistor Q8, and drive current to the base of Q1 is provided by Q10.  When the V+ input to the output stage is higher in voltage than the V- input, node 22 is driven to a higher voltage than node 20, and current through resistor R1 and transistors Q10 and Q7 increases.  The increased Q10 current provides increased drive to output transistor Q1, and the increased Q7 current is mirrored by Q11 and Q12 to decrease drive to output transistor Q2. [2:15-26]

24

**A 384**

82)    When the V- input to the output stage is higher in voltage than the V+ input, node 20 is driven to a higher voltage than node 22, and current through resistor R1 and transistors Q9 and Q8 increases. The increased Q8 current provides increased drive to output transistor Q2, and the increased Q9 current is mirrored by Q13 and Q14 to decrease drive to output transistor Q1. [2:27-30]

83)    In the first alleged improvement, instead of using the increased Q7 or Q9 currents to reduce drive to Q2 or Q1 as shown in Fig. 1, those currents are mirrored to provide extra drive to Q1 or Q2. This is shown in Fig. 2a. For example, when the V+ input to the output stage is higher in voltage than the V- input, node 22 is driven to a higher voltage than node 20, and current through resistor R1 and transistors Q10 and Q7 increases. The increased Q10 current provides increased drive to output transistor Q1, and the increased Q7 current is mirrored by Q18 and Q20 to provide additional drive to output transistor Q1. [4:45-59]

84)    Conversely, when the V- input to the output stage is higher in voltage than the V+ input, node 20 is driven to a higher voltage than node 22, and current through resistor R1 and transistors Q8 and Q9 increases. The increased Q8 current provides increased drive to output transistor Q2, and the increased Q9 current is mirrored by Q17 and Q19 to provide additional drive to output transistor Q2. [4:60-5:4] Mirror input transistor Q17 is incorrectly shown in the Fig. 2a as having its base and emitter terminals shorted together.

85)    By providing two drive currents instead of one for the same differential input voltage, a smaller differential input voltage can be used to produce the same op amp output current. This results in lower distortion. [3:1-11]

86)    The second alleged improvement relates to the connection of two transistors used in the circuitry that sets the quiescent current level in the output stage transistors.

25

**A 385**

87)    In the prior art Fig. 1 circuit, transistors Q15 and Q16 are used to clamp the negative swing on the bases of output transistors Q1 and Q2, and are also used as part of the circuitry to set the quiescent current flowing in the output transistors. [1:67-2:14]  As shown in Figures 1 and 2a, the collectors of clamp transistors Q15 and Q16 are connected to the negative and positive supply rails, respectively.

88)    The alleged improvement, as shown in Figs. 2b and 3a, is to instead connect the collectors of the clamp transistors to the bases of the opposite output transistors.  The collector of Q1 clamp transistor Q15 is connected to the base of Q2, and the collector of Q2 clamp transistor Q16 is connected to the base of Q1. [5:37-40]

89)    With V+ at a higher voltage than V-, the current that flows through Q16 to reduce current flowing in output transistor Q2 also flows into the base of Q1. [6:58-7:12]  With V- at a higher voltage than V+, the current that flows through Q15 to reduce current flowing in output transistor Q1 also flows into the base of Q2. [7:13-27]  These additional drive paths to Q1 and Q2 also reduce distortion as described above. [3:11-22]

## C.    The Meaning of the Word "Connected" As Used By The '633 Patent

90)    I understand that there is a dispute about how one of skill in the art would understand the meaning of the term "connected" in certain parts of the '633 claims.

91)    Based on my knowledge working in the field, and the level and knowledge of others I have worked with, I believe one of ordinary skill in the art at the time of the alleged '633 invention would have had a BSEE degree and 4 years working experience or an MSEE degree and 2 years working experience, with that experience being in the field of designing bipolar analog integrated circuits.  That level of skill and experience would also apply today to one of ordinary skill in the art who would be reading the '633 patent.

92)     Each of the electronic components in a circuit has terminals allowing connection to other components.  For example, each transistor has base, emitter, and collector terminals.  Capacitors and resistors each have two connection terminals.  When the '633 patents states that a terminal of one component is "connected" to a terminal of another component, it is teaching how to build the described circuit (i.e., attach this to that).

93)     I believe that one of skill in the art would understand "connected," as used in the '633 claims, when describing a connection between two terminals, elements, or circuits, to mean wired together with no intervening components. This is how the phrase "connected" is used throughout the specification to describe terminal, device, and circuit connections, and commonly understood by those of skill in the art (as well as being the plain meaning of the word).  In other words, in this context "connected" means *this is attached to that.*"

94)     For example, Claim 8 contains the phrase: *the collectors of said clamp transistors* *connected* *to the bases of their opposing output transistors such that each provides an additional base drive path for the output transistor to which its collector is* *connected.* [emphasis added] This describes the attachment or wiring together of the collector terminal of Q16' and the base terminal of Q1, and the attachment or wiring together of the collector terminal of Q15' and the base terminal of Q2 as shown in Figs. 2b and 3a.   This is how the word "connected" is used throughout the abstract and specification of the '633 patent when describing the connection of a terminal of one component to a terminal of another component.

95)     For example, describing the architecture of Fig. 1, the '633 patent states: *The emitters of Q7 and Q9 are connected together at a junction 22.* [ 1:61-64] This describes the physical attachment of the two emitter terminals together with a wire as shown in Fig. 1.

96)     Describing the Fig. 2a, 2b, and 3a architectures, the '633 patent states:

*Alternately, the collectors of the clamp transistors are connected to the bases of their opposing*

*output transistors, rather than to the supply voltages as in Fig. 1*; [3:11-14] and *The collector of*

*Q1 and Q2 are connected together at an output terminal OUT;* [4:1-2] and *a first current source*

*I5 is connected to the collector of Q10, and a second current source is connected to the collector*

*of Q8.* [4:21-24] and *Q19 is connected in a mirror configuration with diode-connected transistor*

*Q17, with its collector connected to the base of Q2. Similarly, Q20 is connected in a mirror*

*configuration with diode-connected transistor Q18, with its collector connected to the base of*

*Q1.* [4:35-40] and *With its collector connected to the base of Q1, Q16' pulls ...* [5:62-63] and

*The emitter of Q15' is connected to the collector of emitter transistor Q14, and its base is*

*connected to a bias voltage source 50.* [6:30-32] and *However, the lowered voltage at the base of*

*Q2 is also connected to the emitter of clamp transistor Q16'.* [7:20-21] and *However, the emitter*

*of Q15' is also connected to the base of Q1,* [7:20-21]    All of these occurrences of the word

"connected" are shown as physical attachments in the figures, with no intervening components.

97)    The '633 specification and claims also use the phrase form "connected to

("do something")" as in "connected to provide" or "connected to receive" or "connected to

mirror" or "connected to drive" or "connected to conduct." [e.g., 10:53; 11:22; 1:51-52; 6:18;

8:37; 10:59; 10:7]  This does not describe terminal-to-terminal connections, but rather the

function that results from the connections. This is a different use of the word "connected," and

does not apply to the attachment of one terminal to another.

98)    ADI has proposed that the term "connected" in the '633 claims be

construed to mean "coupled." ADI does not provide a definition for "coupled" with respect to

the '633 patent.  I can only assume that they mean it to be broader than "connected." There is no

support in the '633 patent for such any such broadened meaning of "connected."

28

**A 388**

99)    Those of skill in the art understand that "coupled" is a looser term than "connected." The '633 patentee had the option to use the looser "coupled" term, but instead chose to use the more specific "connected" term.

## VI.    LTC Burst Mode Patents

### A.  Overview of the LTC Burst Mode Patents

100)    The discussion below describing the operation of the circuitry of the '178 patent also applies to LTC's '6,580,258', '5,994,885', '6,394,066', and '5,731,694' patents which share the same specification as the '178 patent.

101)    The '178 patent relates to circuitry for controlling the operation of a synchronously switched switching regulator. A synchronously switched switching regulator uses two switching transistors that alternately turn on to supply current to a load.

102)    The '178 patent describes circuitry and methods in which a synchronous switching regulator automatically switches between normal synchronously switched operation at high or moderate load currents, and alternating between switching and sleep mode operation at low load currents, thereby achieving improved efficiency over a wide range of load currents.

103)    In addition, the '178 patent discloses circuitry and methods to solve the problem of reverse current flow previously associated with the use of synchronously driven switching transistors. By providing a solution to this problem, synchronously driven switching transistors could be used at low as well as high load currents, with or without the automatic sleep mode feature.

104)    In a first state of operation, at heavy or moderate load current levels, the '178 system operates by generating a control signal to vary the duty cycle of the synchronously

29

**A 389**

switched switching transistors to keep the output at the regulated voltage, controlled to be in a range about a nominal value. Both switches operate synchronously, providing high efficiency.

105)    For example in the embodiment of Fig. 2 of the '178 patent, below a desired load current threshold level, when the output capacitor can supply current to the load to maintain the regulator output substantially at the regulated voltage for a period of time, both switching transistors are turned OFF (second state of circuit operation), improving efficiency by saving the power needed to continuously turn both switching transistors ON and OFF. And with the bottom switch turned OFF, reverse current flow in the inductor is avoided. When the regulator voltage droops to a predetermined level, at least one of the switching transistors is turned ON again to recharge the output capacitor. If the load current remains below the threshold level, both switching transistors will then be turned off again. If the load current goes back up, the regulator returns to the first state of circuit operation. The output voltage in the second state of circuit operation is still regulated (controlled), but its range of variation may be larger than that achieved in the first state of circuit operation.

106)    As described above, with synchronous switching, when instantaneous inductor current reverses, charge is pulled from the output capacitor and conducted to ground instead of to the load. The '178 inventors solved this problem by turning the bottom switching transistor OFF when a reverse polarity condition exists. Breaking the current path between the output circuit and ground prevents the flow of reverse inductor current. By turning off the switch when the inductor current is about to or has just crossed zero, inefficiency due to drawing charge back from the output capacitor is minimized, and drawing power from the load is prevented. A synchronous switching voltage regulator using the '178 control system can therefore achieve high efficiency at both high and low load current levels.

107)    Based on my experience, a person of ordinary skill in the art would have either a BSEE or MSEE degree in electrical engineering, which would acquaint them with the basic equations for calculating voltages and currents in a circuit, including both dc and transient analysis based on the values of components such as resistors, inductors, and capacitors. Such a person would also have 3-7 years experience designing analog electronic circuitry in general, and be familiar with the basic textbook topologies of switching power supplies (e.g., step-down, step-up, and inverting).

B.    '178 Claim Construction Issues

108)    While both parties have agreed that there are no means-plus-function elements in Claim 1 of the '178 patent, I note that ADI has taken the position that Claim 1 is directed to the circuit shown in Fig. 2. One of skill in the art would recognize that the Fig. 7 and Fig. 9 circuits also have all the elements of Claim 1.

109)    The Fig. 2 circuit is a step-down switching regulator. This means that the input voltage is higher than the voltage at the load. [3:5-9; 5:44-48; 18:60-62] The Fig. 9 circuit is a step-up switching regulator. This means that the input voltage is less than the voltage at the load. [3:37-39; 18:65-67]

110)    Independent Claim 1 clearly covers circuitry other than the step-down configuration of Fig. 2. Claim 32, which depends from Claim 1, further specifies that the circuit of Claim 1 is a step-up voltage regulator. An example of such a step-up switching regulator is the Fig. 9 circuit. The Fig. 9 circuit has all the same control circuitry for controlling its two synchronously switched switching transistors as the Fig. 2 circuit, arranged in the same way.

111)    The Fig. 7 circuit is a more detailed schematic diagram of a step-down switching regulator. [12:1-6] The Fig. 7 circuit shows more detail of the one-shot timing

31

A 391

circuitry for controlling the switching transistors. As with the Fig. 2 circuit, the Fig. 7 circuit also has a continuous mode of operation for high load currents and a sleep mode of operation at low load currents. [12:14-13:7] As with the Fig. 2 circuit, the Fig. 7 circuit switches between continuous operation (synchronous switching) and sleep mode automatically to provide high efficiency over a broad range of load currents, including low load currents. [8:1-16; 12:1-13:7]

112)    A one-shot is a circuit that outputs a pulse once it is triggered by an input, and then returns to its original state where it remains until it is triggered again. The one-shot pulse width can be fixed (e.g., as shown in Fig. 2) or variable (e.g., as shown in Figs. 5 and 7).

113)    Dependent Claims 14-17 claim details of the one-shot circuit, including timing dependency on inputs from the regulator input and output voltages. These claims ultimately depend from Claim 1, and therefore Claim 1 must cover more than a control circuit with the fixed-time one-shot shown in the Fig. 2 control circuit.

114)    I also agree with the District Court's construction of "coupled" -- circuit elements are coupled when a current path exists between them. I note that ADI had proposed that "coupled" be construed to mean that there is an electrical or magnetic connection between circuit elements. I find no support in the '178 patent for such a construction, and ADI has not described what it means by "electrical connection" and "magnetic connection."

115)    ADI construes a "load" to be a device, circuit, or system that consumes electric power. I agree that a load is a device, circuit, or system, but I do not agree that it must consume electric power. It can consume electric power if current is supplied to it by the regulator. However, if the load's power requirement is shut off (for example, by turning off a switch in the load), the load would still be a device, circuit, or a system, and it would still be coupled to the regulator, but it would not be consuming electric power. I agree with the

32

**A 392**

proposed LTC construction that a "load" is a device, circuit, or system coupled to the output

terminal to which the regulator can supply current.

116) I disagree with the ADI proposed construction that "first state of circuit

operation" is a state in which both switching transistors are enabled for being synchronously

switched. The switching transistors are more than "enabled" for being synchronously switched.

They are synchronously switched. The patent states: *For example, at high output current levels*

*during a first state of circuit operation the switch continually alternates between an ON state*

*and an OFF state to maintain the output voltage VOUT at the regulated voltage level VREG.*

[8:4-8] See also, for example, 5:59-6:16, contrasting the sleep mode state of operation in which

both of the switching transistors are simultaneously OFF to a mode in which one of the two

switching transistors is substantially ON at all times. I agree with the District Court

construction the "first state of circuit operation" is the state in which the switching transistors are

both enabled for switching and are synchronously switched, such that one transistor is ON and

the other is OFF, with a varying duty cycle to maintain a regulated voltage at the output terminal.

117) The definition of "first state of circuit operation" as described above

applies to circuits with two switching transistors, and the District Court construed the term in that

context. Claim 1 of the '885 patent describes a circuit that can be used with one or more

switching transistors. If there is only one switching transistor, then the definition of the "first

state of circuit operation" would not require synchronous switching, but would require that the

switching transistor be enabled for switching with a varying duty cycle to maintain a regulated

voltage at the output terminal.

118) I disagree with the ADI proposal that the "second state of circuit

operation" requires that both switching transistors are caused to be off and held off in response to

a change in the state of the second control signal. This improperly takes a limitation from one claim and imports it into other claims. '178 Claim 1 requires *a third circuit for generating a second control signal during a second state of circuit operation to cause both switching transistors to be simultaneously OFF for a period of time* ... [16:49-52, emphasis added]. '178 Claim 41 recites a step of *turning both switching transistors simultaneously OFF for a period of time during a second state of circuit operation* ... [20:5-7] The act of generating a second control signal is not required by the language of Claim 41, yet ADI would improperly add that step by building it into the construction of "second state of circuit operation." See also '258 Claim 34, which has a second state of circuit operation but makes no mention of a second control signal.

119)    I also disagree with the ADI proposed construction of a "threshold" as being a fixed value. Such a construction would be inconsistent with the '178 patent. For example, the threshold for comparator 39 in the Fig. 1, 2, 7, and 9 circuits is described as varying with load current (e.g., *As the output load current increases, the voltage drop across R2 resistor 36B will decrease. This translates into a small error voltage at input 38B of transconductance amplifier 38 that will cause 38A to increase, thus setting a higher threshold for current comparator 39. [4:47-50]*).

120)    I disagree with the ADI proposed construction of "output current" as being the current flowing in the load. The "output current" in the '178 patent refers to the output current of the regulator. There may be currents flowing in the load that are provided from sources other than the regulator. For example, there could be a backup battery in the load, or the load (or part of the load) could also be driven by another regulator. I agree with the District Court's construction in the Impala litigation that "output current" is the current that flows from

34

**A 394**

the output terminal to the load having a value that is dependent upon characteristics of the load.

121)    I also disagree with ADI if, by construing a "switching voltage regulator" to require a "constant" output voltage that they mean that the output voltage must be invariant. As explained in the patent and discussed above, in the second state of circuit operation, the output voltage of the preferred embodiments varies as the output capacitor supplies charge to the load. [6:61-7:21]  The patent also describes variation in the regulator output voltage in the first state of circuit operation. [4:24-30; 4:46-50]

122)    The '178 patent describes circuitry and methods for controlling a switching voltage regulator.  One of skill in the art would recognize that the regulator output voltage is not invariant, but is controlled in value, and that there will be some tolerance on the output voltage.

123)    ADI has proposed construing "substantially at the regulated voltage" to mean "a voltage that has a different average value than the regulated voltage."  There is no support in the '178 patent for this.  To the contrary, one of skill in the art would understand from reading the specification that the regulator output voltage could have the same average output voltage operating in the second state of circuit operation as it does in the first state of circuit operation.  In the preferred embodiments of '178 Figs. 2 and 7, the output voltage levels in the second state of circuit operation are set by the upper and lower threshold voltages of hysteretic comparator 74. [7:6-17]  The upper level of output voltage in the second state is above the regulated voltage VREG [6:55-58], and the lower level of output voltage in the second state is below the regulated voltage level. [7:10-15]  The amount of second state output voltage swing above and below the regulated voltage VREG is determined by the amount of hysteresis in comparator 74. [6:64-7:5; 7:15-17]  There is no limitation specified on the exact comparator

35

**A 395**

thresholds, or the level of hysteresis. If the comparator thresholds are chosen to correspond to output voltages above and below the regulated voltage VREG by the same amounts, then the average output voltage in the second state will be exactly the same as the average output voltage in the first state of circuit operation.

124)    One of skill in the art would recognize that the second state of circuit operation need not be triggered by an output voltage level higher than an output voltage level maintained in the first state of circuit operation. The patent states: *the sleep mode control signal could be generated in response to a monitored output current.* [16:10-11]

125)    One of skill in the art would also recognize that switching need not be resumed when the output voltage level has dropped any particular amount. The patent states: *Furthermore, the switching regulator could be taken out of the sleep mode a predetermined time period after going into such a mode, instead [of] after the output voltage falls below a predetermined threshold voltage, as illustrated above.* [16:12-16]

126)    The level of output voltage variation need not be greater in the second state of circuit operation than in the first state of circuit operation. This is clearly demonstrated by the discussion of the alternatives to triggering the beginning and end of sleep mode operation as opposed to the use of a hysteretic comparator. I agree with the District Court construction in the Impala litigation that "substantially at the regulated voltage" allows for, but does not require, greater variation in the voltage having a controlled value. [CCO, pp. 25-26]

127)    I do not agree with ADI that the first, second, and third means of '178 Claim 34 are limited to the disclosure of Fig. 2 as indicated in their intrinsic evidence cites. As discussed above, the Fig. 7 circuit has all the elements of apparatus Claim 1, and Claim 34 is similar to Claim 1 except written in means-plus-function form. I agree with the District Court

36

**A 396**

opinion in the Impala litigation, which identified structures in other figures of the '178 patent,

including the Fig. 7 circuit, for performing the functions of Claim 34. [CCO pp. 22-23]   In

addition, the Fig. 2 circuit uses one-shot circuitry to vary duty cycle, as opposed to PWM

circuitry. [9:12-20]   The Federal Circuit ruled that PWM circuitry is disclosed structure

corresponding to the claimed function of "varying the duty cycle" in Claim 34 [Fed. Circ.

Opinion, pp. 17-20]   Claim 34 therefore can not be limited to covering only the structures shown

in the '178 Fig. 2 circuit.

       128)   The disclosed structures for generating a voltage feedback signal

indicative of the voltage at the output [first means of Claim 34] include: a resistor divider [e.g.,

Figs. 2, 7, 8, and 9], with or without an operational amplifier [e.g., Fig. 10], or other

conventional voltage feedback circuits[e.g., Fig. 5].

       129)   The disclosed structures for generating a first control signal … responsive

to the voltage feedback signal to vary the duty cycle …[second means of Claim 34] include:

drive circuit 20, transconductance amplifier 38. offset voltage VOS 76, reference voltage 37,

current comparator 39, a feedback current path between inductor L1 32 and current comparator

39, and a constant off-time one-shot circuit 25, which outputs the first control signal [Fig. 2]; or

combinations having a pulse-width modulator circuit or a variable-off-time one-shot circuit [e.g.,

Fig. 5; 9:12-21; 10:11-16]; or the combination of resistors $R_{SENSE}$ and R3, reference voltage

VREF, offset voltage VOS, current comparator 39, amplifier 38, one shot circuit 245, off-time

controller 250, and capacitor $C_{CON}$ [Fig. 7].

       130)   The disclosed structures for generating a second control signal … [third

means of Claim 34] include: as illustrated in Fig. 2, hysteretic comparator 74, VREF, current

source I1 72, and logic gates 66, 68, and 69 [6:34-46]; or as illustrated in Fig. 7, hysteretic

comparator 74, current source I1 72, comparator 315, gate 316, VREF, and related sleep control logic [12:46-13:2]; or combinations such as those disclosed at 16:5-12.

131)    I do not agree with ADI's proposal that an "output inductor" is an inductor that is coupled to the output terminal. An inductor in the load would not be part of the regulator, but could be coupled to the regulator output terminal. The output inductor of the '178 claims is part of the regulator, and more specifically, an inductor in the output circuit.

132)    I disagree with ADI's proposal that current to the output terminal (Claim 44) be construed as "the output current." This construction is particularly senseless in light of ADI's construction of output current as being current flowing in the load. Current flowing in the load could come from another source (other than the regulator) and be taking any path in the load circuit, and does not have to flow from or to the regulator output terminal.

133)    Claim 44 is directed towards preventing the switch circuit (of the regulator) from coupling the output circuit (of the regulator) to ground. [20:49-51] Thus the claim is about current that flows to or from the regulator output terminal through the regulator output circuit and one of the switching transistors in the regulator, not current flowing in the load.

134)    This is confirmed by comparing Claims 44 and 45. Claim 44 describes a *third circuit for monitoring the current to the output terminal to generate a second control signal.* [20:43-44] Dependent Claim 45 states that *the third circuit monitors the current through the inductor to generate the second control signal.* [20:52-54] As discussed above, inductor current is not necessarily current flowing in the load, but it is a current that flows to or from the output terminal from the switching transistors.

135)    For the above reasons, I agree with the LTC construction of "current to the

38

**A 398**

output terminal'" as being the current that flows to the output terminal from the switching transistors.

136)    I note that ADI has taken the position that there is no circuitry disclosed in the '178 patent for "monitoring current to the output terminal." This position is incorrect. The '178 patent is about the circuitry of the regulator, including how that circuitry monitors current to the output terminal. I agree with the LTC construction of "current to the output terminal" as being the current that flows to the output terminal from the switching transistors. There is structure disclosed in the '178 patent for monitoring the current flowing to the output terminal from the switching transistors.

137)    For example, the Fig. 8 circuit directly monitors inductor current, which flows between the switching transistors and the output terminal. [14:37-39] Resistor RSENSE is used for such monitoring as shown in the Fig. 7 circuit. In addition, the Fig. 2 and Fig. 7 circuits monitor current to the output terminal indirectly by measuring the voltage on the one-shot capacitor (Fig. 7), which is a proxy for the inductor current, and output voltage, which can be indicative of inductor current being above a low load current level. [7:58-65; 12:46-65]

138)    For Claim 51, ADI once again incorrectly states that there is no structure disclosed for monitoring current to the output terminal. Dependent Claim 53 states that monitoring the current to the output terminal includes monitoring the current through the inductor. As discussed above, there are structures disclosed in the '178 patent for monitoring inductor current.

139)    I disagree with ADI that a "selected sleep mode current level" represents a percentage of maximum rated output current. The plain claim language says that it's just a level, not a percentage of anything. The '178 patent states: *In accordance with the present invention,*

39

**A 399**

*regulator circuit 50 goes into sleep mode at low output current levels as follows.* [6:34-36] I agree with the LTC construction that the "selected sleep mode current level" is a current level below which the regulator enters into a second mode of operation.

140)   Claim terms discussed above with respect to the '178 patent should be construed the same when they are used in the other burst mode patent claims. In the discussion below about non-'178 claim terms, the cites given are from the '178 patent, which shares the same specification.

**C.    '258 Claim Construction Issues**

141)   I disagree with the ADI proposed construction of "output" as being an output circuit connected directly between the output of a switch and the output terminal. The meaning of "output" depends on the context in which it is used. For example, the "output" 38A of transconductance amplifier 38 [4:37] is a current, and the "output" of hysteretic comparator 74 [6:24] is a voltage. Claim 1 also includes the phrase "to maintain the output at the regulated voltage." ['258, 16:51-52] A terminal can be maintained at a voltage, but a circuit can not. Thus limiting the term "output" to being an "output circuit" as proposed by ADI does not fit with this further use of the term "output."

**D.    '694 Claim Construction Issues**

142)   Contrary to ADI's proposed construction, a "current comparator circuit" is not limited to comparing two current signals. Those of skill in the art know that in current mode controllers, inductor <u>current</u> (as typically sensed by the voltage across a sense resistor, sometimes followed by amplification) is compared to the output of an error amplifier (typically a voltage indicative of the desired peak <u>current</u> level). Even though the actual comparison is done with two voltages, the comparator is called a "current comparator." The '694 patent shows

40

**A 400**

examples of a current comparator either comparing two currents (Fig. 2), or comparing two voltages indicative of currents (Fig. 7). Comparator 39 in the Fig. 7 circuit is described as a "current comparator" [12:21], even though it compares two voltages that are indicative of currents. [12:19-22] I agree with the District Court construction in the Impala litigation that current comparators compare currents or signals indicative of currents. [CCO, p. 18]

143)    One of skill in the art is very familiar with the use of bias voltages and bias currents. The use of the term "bias source" in '694 Claim 1 could refer to either a bias voltage source or a bias current source.

144)    I disagree with the extra limitation proposed by ADI that a minimum feedback current threshold be "constant." First, as discussed above the '694 patent discloses variable thresholds.

145)    ADI points to the minimum feedback current threshold being set by the current signal output by constant current source 72 in Fig. 2 of the '694 patent. Even if it were proper to read a "constant" limitation into the claim based on a specific embodiments (it is not), this example would be incorrect. Those of skill in the art know that the word "constant" in the phrase "constant current source" refers to the invariance of a current source to changes in the voltage applied at the output of the current source. The current source value can still change with respect to some other variable. For example, the value of current produced by the constant current source can vary as temperature or a voltage used to produce that current source varies. See, for example, Fig. 4.8 of *Analysis and Design of Analog Integrated Circuits* [excerpts attached as Exhibit 8], which shows a constant current source that varies in value with temperature and the voltage +VCC.

146)    ADI's also proposes that the "minimum feedback current threshold" sets a

41

**A 401**

level which the current feedback signal will not go below. This is the opposite of what the '694

patent teaches. With the '694 control circuit, when the switching transistor turns on, current

through the inductor ramps up. At low load currents, the switch is held on at levels of inductor

current that would otherwise cause the switch to be turned off. The switch is held on until at

least a minimum level of current is reached, corresponding to the minimum feedback current

threshold. Thus once the switching transistor is turned on, the current feedback signal will start

at a low level and increase until it at least reaches the minimum feedback current threshold.

[6:47-53]

> E.     '885 Claim Construction Issues

147)    The ADI construction of "feedback circuit" ("a circuit for producing a

signal at a second terminal") completely removes the concept of feedback. A feedback signal is

indicative of another signal. A feedback circuit produces a signal that is indicative of another

signal. In the context of '885 Claims 11 and 35, the feedback circuit produces a signal at a

second terminal that is indicative of a signal at the first terminal.

148)    One of skill in the art would not understand Claims 11 and 35 to be

limited to having an off-time control circuit that has a time based on both the input and output

voltages, as proposed by ADI. First, Claims 11 and 35 themselves are not so limiting: *second

terminal of the off-time control circuit being coupled to ONE of the input node OR the output

node.* [17:55-57; 20:30-31, emphasis added]

149)    Dependent claims 15 further specifies that the second control terminal is

coupled to the input node for input voltage dependency, and claim 17 specifies that the second

terminal is coupled to the output node for output voltage dependency. It is not until Claim 19

that the timing is made dependent on both the input and output voltages, and a third terminal is

42

**A 402**

added to provide that capability.  See also dependent claims 40-42.

150)    For the above mentioned reason I also disagree with the ADI proposal to add the limitation that "control capacitor" and "variable current source" require control by both the input and output voltages.

VII.    Additional Claim Construction Issues

A.    '618 Patent

151)    The '618 patent relates to electrostatic discharge clamp protection circuitry and devices. [1:6-8]  Electrostatic discharge (ESD) is the release of built-up static electricity that can occur, for example, when a person walks across a carpet and then touches a doorknob.  While the momentary discharge can be uncomfortable to a human, it can be destructive when applied to very small devices within an integrated circuit.  For this reason, the input terminals of integrated circuits are provided with protection circuitry to protect sensitive structures internal to the circuit from being damaged by the high current flow associated with electrostatic discharge. [1:9-17]  The protection circuitry and devices must also be designed in a way to not interfere with the normal operation of the circuit in the absence of any ESD pulse. [e.g., 1:61-62; 3:43-46]

152)    The '618 patent makes reference to a tubsubstrate diode. [3:37-39]  One of skill in the art would recognize this as a reference to the diode formed by the P-type substrate and the N-type collector "tub," shown as region 22 in the Fig. 2A and 3A embodiments.

153)    I note that ADI proposes construing "current limiting resistive element" to require circuitry having more than nominal resistance of at least several ohms.  The '618 patent states for a particular embodiment (Fig. 2A): *the value of the resistor from the base of the clamp to ground is noncritical and can vary from several ohms to several hundred ohms.* [3:6-8]  One

43

**A 403**

of skill in the art would understand that there is nothing that would prevent the invention from working with a resistance of less than several ohms. A very large clamp transistor could have a very low value of base resistance. All that the triggering of the clamp requires is that the voltage across the base resistance exceeds the transistor base-emitter forward voltage. [1:65-2:4]

154) I further note that ADI proposes to construe the phrase "collector-base breakdown voltage" as a voltage above which the transistor conducts current from an electrostatic discharge pulse. One of skill in the art would impose no such limitation on this phrase. The collector-base breakdown voltage is the voltage above which, when applied between the collector and base, the junction between the collector and base breaks down. This means that the junction no longer blocks reverse current flow. That reverse current flow may be due to sources other than electrostatic discharge. For example, applying a circuit supply voltage that is too high, applying a test voltage to the transistor collector that is above the breakdown voltage, or applying an input to the base of the transistor that is too low with respect to the collector voltage can all lead to collector-base breakdown, without an electrostatic discharge pulse present.

155) I also disagree with ADI when they add similar electrostatic discharge limitations to the simple claim terms/phrases "inactive" and "forms a current path." '618 Claim 1 describes the transistor as forming a current path when the input voltage exceeds a pre-selected level and being inactive when the input is below a breakdown voltage level. This means that the transistor either conducts current (forms a current path), or it doesn't (thereby acting as an open circuit). One of skill in the art would understand that, as discussed above, this is a function of the applied voltage, which need not come from an electrostatic discharge pulse.

156) ADI also proposes adding a limitation to the terms "forms a current path"

44

**A 404**

and "inactive" that current from an electrostatic discharge pulse is conducted "to ground" or not conducted "to ground." Claims 1 and 21 contain the phrase "forms a current path for discharging excess charge on said input terminal." The claims do not specify that the current path must be to ground or that the excess charge must be discharged to ground. This additional limitation proposed by ADI would also be contrary to the teaching of the '618 patent. Several of the '618 embodiments show clamp transistors between an input pad and the circuit substrate (e.g., Figs. 2A, 3A, and 4B). One of skill in the art knows that the substrate is typically connected to the most negative voltage in the circuit. This might be ground, or it might be a negative voltage provided by a negative power supply. The '618 patent itself shows protection devices between an input pad and a supply voltage labeled "V-," which one of skill in the art would recognize as a negative supply voltage.

**B.    '678 Patent**

157)    The voltage across a capacitor increases (charges up) when a current is provided to it, and decreases (discharges) when a current is drawn from it. One of skill in the art would not add limitations as proposed by ADI to these simple terms that charging or discharging each require both charge and discharge currents in an unequal proportion. A capacitor will clearly charge up if a charge current is provided and no discharge current is present. Thus ADI's additional limitation that a discharge current must also be present is not correct. A capacitor will clearly discharge if a current is drawn from it and no charge current is provided. Thus ADI's additional limitation that a charge current also must be provided is incorrect. One of skill in the art would know that charging or discharging a capacitor simply requires providing a current or drawing a current that increases or decreases the voltage across the capacitor.

158)    I disagree with ADI's proposed construction of "short circuit" to mean

45

**A 405**

zero or substantially zero resistance between two connected nodes such that there is no voltage difference between the two nodes. This is not the common meaning of "short circuit" understood by those of skill in the art. A short circuit is a low resistance connection between two nodes in a circuit. One of skill in the art would know that the zero-voltage limitation proposed by ADI is not always present in a short circuit situation. For example, the output of an amplifier would be considered short-circuited if a voltage source were placed between the output and ground. The voltage source provides a low resistance path between the output and ground, but the voltage difference between the amplifier output and ground would not be zero volts.

159) Dictionary definitions agree with my understanding of the term "short circuit." For example, the American Heritage Dictionary defines "short circuit" thusly: *A low-resistance connection established by accident or intention between two points in an electric circuit. The current tends to flow through the area of low resistance, bypassing the rest of the circuit.* [Exhibit 9]

160) The Random House Dictionary of the English language defines "short-circuit" as *an abnormal, usually unintentional condition of relatively low resistance between two points of different potential in a circuit, usually resulting in a flow of excess current.* [Exhibit 10] This definition directly contradicts ADI's proposal that there be no voltage between the two nodes.

161) Webster's Ninth New Collegiate Dictionary states that a "short circuit" is

//

//

//

//

46

**A 406**

*a connection of comparatively low resistance accidentally or intentionally made between points*

*on a circuit between which the resistance is normally much greater.* [Exhibit 11]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: JUNE 6, 2007                          *Robert a Blauschild*

Robert A. Blauschild

47

**A 407**

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on June 7, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Frederick L. Cottrell, III
> RICHARDS, LAYTON & FINGER

I also certify that copies were caused to be served on June 7, 2007 upon the following in the manner indicated:

### BY ELECTRONIC MAIL & HAND DELIVERY

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

### BY ELECTRONIC MAIL & FEDERAL EXPRESS (on June 8, 2007)

Wayne L. Stoner
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

*/s/ Jack B. Blumenfeld (#1014)*
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

**A 408**

TAB 23

# EXHIBIT 1

# Resume of Robert Blauschild

I have worked extensively in the field of analog and mixed-signal circuit design. After presenting two technical papers at the 1978 International Solid-State Circuits Conference (ISSCC), I was chosen by the 1979 conference chairman to serve on the ISSCC Program Committee, and have been similarly chosen 15 times since then. I was twice a member of the European Solid-State Circuits Conference Program Committee. My work on these committees consisted of evaluating submitted papers for originality and import, and deciding on rejection or acceptance for presentation at the conferences.

After obtaining a BSEE degree from Columbia University in 1971 and an MSEE degree from U.C. Berkeley in 1973, I joined the Analog Research Department of Signetics. I became Manager of Analog Research in 1976, with a department charter to investigate the application of new process technologies to analog functions.

My status with Signetics became that of a consultant in 1981, which allowed me to work with other companies including Hughes, MicroLinear, Exar, Stanford Telecom, and many others. I rejoined Signetics as Manager of Advanced Development in 1990.

The charter of my department was to do advanced designs with existing IC processes, the first designs with new IC processes, and consult with other departments on the development of all projects with analog content. We were also responsible for working with the wafer fabrication groups in developing new IC processes and devices.

I have participated as a panelist at various industry conferences, and taught several short courses and seminars in the U.S., Europe, and Japan. My designs and lectures have spanned a wide range of technologies, including NMOS, CMOS, BiCMOS, and Bipolar processing.

I have worked on and consulted on designs of a wide range of analog and mixed-signal circuits, including data converters, amplifiers, voltage and current references and regulators, timing circuits, line drivers and receivers, display circuits, phase-locked loops, and modems.

I have fifteen US patents and have designed over two dozen products with cumulative sales above $250 Million.

1

**A 410**

## Robert A. Blauschild Educational Background and Professional Activities

### Educational Background

| 1967-71 | Columbia University | (BSEE) |
| 1971-73 | UC, Berkeley | (MSEE) |

### Work Experience

2005 - present  Consultant (Ikanos/MySource Communications/Winbond)

2004            Consultant (Ikanos/line driver design)

2000 - 2004     Ikanos Corporation (Circuit Design for DSL Communications Chips)

1997 - 1999     Consultant (Philips/ CDMA cellphone chip and Ikanos
                Communications/data communications boards and chip design)

1973 - 1997     Signetics Corporation (Philips Semiconductors)

1973            Member of Analog, Research Department

1976            Manager of Analog Research

1981            Consultant / Manager of Analog Research Department

1990-1997       Manager of Advanced Development

1981-1989       Design Consultant (Signetics, Micro Linear, Exar, Hughes, SSI, et. al.)
                doing analog and mixed signal product design including data converters,
                amplifiers, PLLs, data communications, voltage references and regulators.

### Product Development

*Primary Design Responsibility*

NE520S High-frequency Amplifier
NE5211, NE5212 High-speed Fiberoptic Preamps
NE5224, NE5225 Fiberoptic Post-Amplifiers
NE5080, KE5081 FSK Modem Chip Set
NE5180, NE5181 Octal RS232/433 Line Receivers

2

**A 411**

NE5170 Octal RS232/433 Line Driver
NE568A 150MHz PLL
Several High-volume Automotive custom circuits for engine control,
        anti- lock braking, and display systems
L272 Dual Op amp

*Design Contributions*

NE5210 Fiberoptic Preamp
NE3842 SMPS Controller

NE7025 1GHz Low-voltage Frequency Synthesizer
CD8360 CDMA Baseband Chip for Cellular Phones
NE660 Low-voltage Dolby Processor
NE569 Video CRT Driver
NE5230 Op amp
High-Voltage Ballast Controller
Various Bandgap Voltage References for Large Digital Chips
EEPROM Voltage Reference and Programmer Supply
Multi-channel IR Signal Processor
Automotive Bus Transceiver

*Supervision of Development*

NE5206 High-frequency Power Amplifier
NE5222 Fiberoptic Preamplifier
NE5214, NE5217 Fiberoptic Post-amplifiers
NE5209 Wideband Variable-Gain Amplifier
Switched-Mode Ballast Controller

*Circuit Design Consulting Areas*

Amplifiers
Line Drivers and Receivers
Voltage References
Linear and Switching Voltage Regulators
Phase-Locked Loops
Codecs and Modems
Oscillators

Professional Activities

ISSCC Program Committee (16 times, Analog Sub-committee Chair in 1984)

ESSIRC (European Solid-State Circuits Conference) Program Committee

Guest Editor of the Journal of Solid-State Circuits (1980 and 1986)

3

**A 412**

ISSCC Panel Organizer and Participant (4 times)

Panelist at Wescon and Custom Integrated Circuit Conferences

6 ISSCC Presentations

7 Journal of Solid-State Circuits Papers

Short Courses Developed and Taught

High-speed Analog Design

High-frequency Phase-locked Loops

Signal Amplification and Gain Control in Disk Drives

High-frequency PLLs for Disk Drives

Practical Examples of PLLs for Transceiver

Parasitic Effects In High-Frequency ICs

Transistor-Level Design of an Off-Line SMPS Controller

Technical Publications

High-voltage Analog Performance with Low-voltage Digital Devices, Journal of Solid-State Circuits, Dec. 1978

A New NMOS Temperature-Stable Voltage Reference, Journal of Solid-State Circuits, Dec. 1978

An Open-loop Programmable Amplifier with Extended Frequency Range/Journal of Solid-State Circuits, Dec. 1981

A Four-Terminal Wide-band Monolithic Amplifier, Journal of Solid-State Circuits, Dec. 1981

A 14-bit PCM DAC, Journal of Solid-State Circuits, Dec. 1982

An 8-bit, 50nsec A/D, Digest of Technical Papers, 1983 International Solid-State Circuits Conference

Fleetest FSK Modem Chip-set Goes the Distance, Electronic Design, August 14, 1983

4

**A 413**

A Wide-band Low-noise Monolithic Transimpedance Amplifier, Journal of Solid-State
    Circuits, August 1986

A Wide-band Class-B Video Output Driver, Digest of Technical Papers, 1989
    International Solid-State Circuits Conference

"Understanding Why Things Don't Work", Analog Circuit Design - Art, Science, and
    Personalities, Butterworth-Heinemann, 1991, pp. 123-126

An Integrated Time Reference Digest of Technical Papers, 1994
    International Solid-State Circuits Conference

5

**A 414**

TAB 24

EXHIBIT 2

388

IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-9, NO. 6, DECEMBER 1974

# A Simple Three-Terminal IC Bandgap Reference

A. PAUL BROKAW, MEMBER, IEEE

*Abstract*—A new configuration for realization of a stabilized bandgap voltage is described. The new two-transistor circuit uses collector current sensing to eliminate errors due to base current. Because the stabilized voltage appears at a high impedance point, the application to circuits with higher output voltage is simplified. Incorporation of the new two-transistor cell in a three-terminal 2.5-V monolithic reference is described. The complete circuit is outlined in functional detail together with analytical methods used in the design. The analytical results include sensitivity coefficients, gain and frequency response parameters, and biasing for optimum temperature performance. The performance of the monolithic circuit, which includes temperature coefficients of 5 ppm/°C over the military temperature range, is reported.



Fig. 1. Conventional bandgap circuit.

## I. INTRODUCTION

THE REQUIREMENT for a stable reference voltage is almost universal in electronic design. The temperature-compensated avalanche breakdown diode fills many of the needs, but cannot be used with low voltage supplies and often suffers from long-term stability problems. Use of a transistor base emitter diode temperature compensated to the bandgap voltage of silicon is a technique which overcomes some of the avalanche diode limitations. Bandgap circuits can be operated from low voltage sources and depend mainly upon subsurface effects which tend to be more stable than the surface breakdowns generally obtained with avalanche diodes.

The conventional three-transistor bandgap cell works well for very low voltage two-terminal or "synthetic Zener diode" requirements. The three-transistor cell is less flexible in three-terminal applications and in circuits where the desired output is not an integral multiple of the bandgap voltage.

The two-transistor cell presented here is simpler, more flexible in three-terminal applications, and eliminates sources of error inherent in the three-transistor cell. The two-transistor cell offers separate control over output voltage and temperature coefficient in a circuit using only a single control loop.

The new bandgap circuit has been used as the basis of a monolithic three-terminal reference circuit supplying a stable 2.5-V output and operating down to 4-V input.

## II. CONVENTIONAL CIRCUIT

Conventional bandgap circuits are based on the concept illustrated in Fig. 1. The transistors $Q_1$ and $Q_2$ are

Manuscript received May 6, 1974; revised July 25, 1974. This paper was presented at the International Solid-State Circuits Conference, Philadelphia, Pa., February 1974.

The author is with the Semiconductor Division, Analog Devices, Inc., Wilmington, Mass.

operated at different current densities to produce temperature proportional voltages across $R_3$ and $R_2$. A third transistor $Q_3$ is used to sense the output voltage through $R_2$. As a result, $Q_3$ drives the output to a voltage which is the sum of its $V_{BE}$ and the temperature-dependent voltage across $R_2$. When the output voltage is set to approximate the bandgap voltage of silicon, the voltage across $R_2$ will compensate the temperature coefficient of $V_{BE}$, and the output voltage will be temperature invariant [1]. To minimize the output voltage temperature coefficient the collector current of $Q_3$ must be made proportional to temperature, as are the currents in $Q_1$ and $Q_2$. This large temperature-dependent current at the point where the stabilized voltage appears makes it inconvenient to produce an output greater than the bandgap voltage. Higher voltages can be generated by stacking several junctions to produce, in effect, several circuits like Fig. 1 in series [2].

The theory used to predict the temperature behavior of circuits like Fig. 1 neglects the effect of base current flowing in $R_1$ and $R_2$. The variability in this current due to processing and temperature effects on $h_{FE}$ gives rise to an output voltage error and drift. This effect is particularly severe when the current in $Q_2$ is made much smaller than currents in $Q_1$ and $Q_3$ to produce the required current density difference. Use of "Super Beta" processing to reduce this problem results in low-voltage transistors not suitable for a three-terminal reference.

An additional temperature stability problem arises out of the nonlinearity and nonuniformity of the temperature characteristics of diffused resistors. The nonlinearity cannot easily be compensated, and the nonuniformity cannot be accommodated in the design.

The idealized circuit shown in Fig. 2 minimizes the difficulties of obtaining outputs above the bandgap voltage, reduces the problem of $h_{FE}$ variability to one of $\alpha$ match, and can be implemented with thin-film resistors on the monolithic chip to virtually eliminate nonlinear

A 416



Fig. 2. Idealized circuit illustrating two-transistor bandgap cell.



Eliminate error due to base current in $R_4$ by setting

$$R_3 = \frac{R_2}{R_1} \cdot \frac{R_4 R_5}{R_4 + R_5}$$

Fig. 3. Simplified circuit for developing higher output voltages.

temperature coefficients of resistance (TCR) as an error factor. The circuit uses two transistors and collector-current sensing to establish the bandgap voltage. The voltage appears at active transistor (as opposed to diode-connected) bases, so that it is a straight forward and simple matter to obtain overall output voltages above the bandgap voltage.

## III. BASIS OF THE NEW CONFIGURATION

### A. Generating the Bandgap Voltage

In the circuit of Fig. 2 the emitter area of $Q_2$ is made larger than that of $Q_1$ (by a ratio of 8-to-1 in the example given). When the voltage at their common base is small, so that the voltage drop across $R_2$ is small, the larger area of $Q_2$ causes it to conduct more of the total current available through $R_1$. The resulting imbalance in collector voltages drives the op amp so as to raise the base voltage. Alternatively, if the base voltage is high, forcing a large current through $R_1$, the voltage developed across $R_2$ will limit the current through $Q_2$ so that it will be less than the current in $Q_1$. The sense of the collector voltage imbalance will now be reversed, causing the op amp to reduce the base voltage. Between these two extreme conditions is a base voltage at which the two collector currents match, toward which the op amp drives from any other condition. Assuming equal $\alpha$ or common-base current transfer ratio for $Q_1$ and $Q_2$, this will occur when the emitter current densities are in the ratio 8-to-1, the emitter area ratio.

When this difference in current density has been produced by the op amp, there will be a difference in $V_{BE}$, between $Q_1$ and $Q_2$, which will appear across $R_2$. This difference will be given by the expression

$$\Delta V_{BE} = \frac{kT}{q} \ln \frac{J_1}{J_2}. \qquad (1)$$

Since the current in $Q_1$ is equal to the current in $Q_2$, the current in $R_1$ is twice that in $R_2$ and the voltage across $R_1$ is given by

$$V_1 = 2 \frac{R_1}{R_2} \frac{kT}{q} \ln \frac{J_1}{J_2}. \qquad (2)$$

Assuming that the resistor ratio and current density ratio are invariant, this voltage varies directly with $T$, the absolute temperature. This is the voltage which is used to compensate the negative temperature coefficient of $V_{BE}$.

The voltage at the base of $Q_1$ is the sum of the $V_{BE}$ of $Q_1$ and the temperature-dependent voltage across $R_1$. This is analogous to the output voltage of the conventional bandgap circuit and can be set, by adjustment of $R_1/R_2$, to a temperature stable value, as described in the Appendix.

### B. Increasing the Stabilized Output Voltage

Assuming that the amplifier of Fig. 2 has sufficient gain, it will balance the collector currents of $Q_1$ and $Q_2$ despite an additional voltage drop added between its output and the common-base connection. This additional drop will not affect the base voltage which results in collector current balance. If the voltage is introduced by means of a resistive voltage divider, the op amp output voltage will be proportional to the common-base voltage.

The circuit of Fig. 3 uses an active load to sense the collector current of $Q_1$ and $Q_2$ more directly. The function of the op amp is replaced by $Q_{10}$, $Q_{11}$, and $Q_7$. The p-n-p transistors form a simple current mirror which takes the difference of the collector currents of $Q_1$ and $Q_2$. This difference current drives the base of $Q_7$ which supplies the circuit output voltage. This voltage is divided by $R_4$ and $R_5$ and applied to the base of $Q_1$. The sense of the signal to $Q_7$ drives $Q_1$ and $Q_2$ to minimize the collector current difference. By designing the circuit to stabilize the base voltage at the bandgap voltage the output will be stabilized at a higher voltage. Since the output voltage depends upon $R_4$ and $R_5$ it can be set to any convenient value and need not be an integral multiple of the bandgap voltage.

IEEE JOURNAL OF SOLID-STATE CIRCUITS, DECEMBER 1974

## C. Base Current Error Correction

In the circuit of Fig. 3 the base current of $Q_1$ and $Q_2$ must flow through $R_4$. This current will require an increase above the nominal output voltage to bring the base of $Q_1$ to the proper level. This increase will be an $h_{FE}$ dependent output voltage error which will vary from lot to lot and drift with temperature. The effect can be minimized by using relatively low values for $R_4$ and $R_5$, or $R_3$ can be added to compensate the effect. The proper value of $R_3$ is given by the following analysis.

To simplify the analysis, neglect the effects of finite $h_{FE}$ and output conductance in Fig. 3 to idealize the performance of the $Q_{10}$, $Q_{11}$, $Q_7$ amplifier function.

If $E$ is taken to be the circuit output voltage in the absence of base current for $Q_1$ and $Q_2$, then $E'$ resulting from considering $R_3$ and the two base currents is given by

$$E' = E + R_4(i_{b1} + i_{b2})$$
$$- i_{b2}R_3(2R_1/R_2)(1 + R_4/R_5). \quad (3)$$

This relation contains a term due to the base currents through $R_4$ and an offsetting term due to reduction of $\Delta V_{\mathrm{BE}}$ by base current through $R_2$. If $E'$ is set equal to $E$, (3) can be reduced to a constraint on $R_3$. Expressing the relationship between the base currents in terms of a parameter $P_1 = i_{b1}/i_{b2}$ permits (3) to be reduced to

$$R_3 = (P_1 + 1)R_2R_4R_5/2R_1(R_4 + R_5). \quad (4)$$

In the case shown in Fig. 3 the collector currents and hence the base currents are assumed to match, making $P_1$ equal to 1 and resulting in the reduced expression shown in the figure. The general form of (4) is useful in circuits where the current density ratio is controlled by forcing unequal collector currents, rather than by emitter area ratios.

## IV. PRACTICAL REALIZATION OF THE CONCEPT

Although the circuit of Fig. 3 can be used in some simple applications a number of factors limit its applicability. Base width modulation of $Q_1$ and $Q_2$, finite output impedance of $Q_{11}$ and the finite $h_{FE}$ of $Q_7$, $Q_{10}$, and $Q_{11}$ all combine to raise the circuit's dynamic impedance and to degrade its input-voltage rejection. The configuration shown in Fig. 4 reduces these problems and has been built and tested in monolithic form.

The circuit elements shown in Fig. 4 correspond, roughly, to similarly numbered elements in the other figures. The basic two-transistor bandgap cell consisting of $Q_1$, $Q_2$, $R_1$, and $R_2$ is the same in all the figures. In Fig. 4 the current mirror transistor $Q_{10}$ and $Q_{11}$ are bootstrapped to the output voltage to improve the supply voltage rejection of the circuit. Degeneration resistors $R_7$ and $R_8$ have been added to raise the output impedance of $Q_{11}$ and improve the current match of the pair. To minimize the effect of p-n-p $h_{FE}$ $Q_8$ drives the common bases of $Q_{10}$ and $Q_{11}$. The output control signal is picked off at the collector of $Q_{11}$ by $Q_9$. A level translator consisting of $Q_{12}$, $R_6$, and $Q_3$ then applies the output



Fig. 4. Complete circuit of the monolithic three-terminal reference chip.

signal to the base of $Q_4$. This transistor forms a Darlington connection with $Q_7$, the output transistor, and provides the current-mirror bootstrap voltage as well.

The circuit, as shown in Fig. 3, has a stable "off" or no-current state. An epitaxial layer FET, $Q_{15}$, is incorporated into the circuit of Fig. 4 to provide starting. The FET insures that a minimum current flows into the current mirror $Q_{12}$ and $Q_{14}$ even when the base voltage of $Q_1$ and $Q_3$ is zero. This current is "reflected" by $Q_{13}$ and $Q_{14}$ to drive $Q_4$ and turn on the circuit. Once the circuit is on, the collector current of $Q_{14}$ becomes nearly equal to the currents in $Q_{10}$ and $Q_{11}$. As a result, the $V_{\mathrm{BE}}$ of $Q_3$ is equal to that of $Q_4$ which has twice the emitter area and supplies roughly twice the current. Moreover, the voltage drop across $R_6$ (which is equal in resistance to $R_7$ and $R_8$) is made equal to the voltage drops across $R_7$ and $R_8$. The emitter of $Q_{12}$ is the same size as the emitters of $Q_{10}$ and $Q_{11}$ so that they all operate at the same current density and provide nearly equal emitter voltages for $Q_8$ and $Q_9$. The collector of $Q_{13}$ is split to provide equal emitter currents for $Q_8$ and $Q_9$.

The operating bias level for $Q_{14}$ is controlled by $Q_5$. This transistor is matched to $Q_1$ and has its emitter current forced by $R_{10}$ and $R_{11}$. These resistors are in inverse ratio to $R_4$ and $R_5$ so that their open-circuit equivalent voltage with respect to the output is the same as the voltage across the base emitter of $Q_1$ in series with $R_1$. Their parallel resistance is twice the resistance of $R_1$ so that the current in $Q_5$ is matched to the current in $Q_1$. The fraction of the current bypassed by $Q_{16}$ has a negligibly small effect on the $V_{\mathrm{BE}}$ of $Q_5$ and hence on the total current forced by $R_{10}$ and $R_{11}$. The total current through $Q_5$ and $Q_{15}$ drives $Q_{13}$. The resistors $R_{12}$ and $R_{13}$ raise the output impedance and improve the current matching of the simple current mirror $Q_{13}$ and $Q_{14}$.

Output current limiting is provided by $R_9$ and $Q_6$.

BROKAW: THREE-TERMINAL IC BANDGAP REFERENCE

391



$$gm = \frac{di_o}{dE}\Big|_{i_o=0} \approx \frac{1}{R_1}\left(\frac{\ln(J_1/J_2)}{2+\ln(J_1/J_2)}\right)$$

$$F_0\big|_{i_o=0} \approx \left(\frac{\ln(J_1/J_2)}{2+\ln(J_1/J_2)}\right)\frac{1}{2\pi R_1 C_1}$$

Fig. 5. Transconductance and frequency compensation model.

## V. FREQUENCY COMPENSATION

The amplifier in this circuit operates in a closed loop to regulate the output voltage. A composite junction-MOS capacitor $C_1$ is used to control the open-loop crossover frequency and stabilize the closed-loop response. The analytical basis for this compensation is illustrated by Fig. 5. When the two-transistor bandgap cell is operated into a current mirror an output current is produced whenever the common-base voltage departs from the nominal voltage determined by the current density ratio and by $R_1$ and $R_2$. The change in this current as a function of the departure of base voltage from its nominal value has the dimensions of transconductance and can be used as such in design. The following incremental approximation gives a simple result which is more than adequate for most design procedures.

Incremental changes in the base voltage of $Q_1$ give rise to changes in collector current which can be approximated by the ratio of the voltage change to $R_e$, the incremental emitter resistance. This same voltage increment also drives $R_2$ and the incremental impedance of $Q_2$. If the transistors are operating at equal currents, the two $R_e$ terms will be equal, making the total effective resistance in the $Q_2$ branch higher. This will result in a lower incremental current in $Q_2$. Equating the incremental base voltage changes gives

$$\Delta i_{e_1} R_{e_1} = \Delta i_{e_2} (R_{e_2} + R_2). \qquad (5)$$

Substituting for $R_e$ and for $R_2$ in terms of the voltage across it and current through it converts (5) to

$$\Delta i_{e_1}\frac{kT}{qi_{e_1}} = \Delta i_{e_2}\left(\frac{kT}{qi_{e_2}} + \frac{kT}{qi_{e_2}}\ln\frac{J_1}{J_2}\right). \qquad (6)$$

A second approximation made is that the total incremental current is due to the voltage change across $R_1$ resulting from a voltage change $\Delta E$ at the common bases. That is

$$\Delta i_{e_1} + \Delta i_{e_2} = \frac{\Delta E}{R_1}, \qquad (7)$$

which neglects $R_e$ as compared with the value of $R_1$. After eliminating common factors and assuming $i_{e_1} = i_{e_2}$, the combination of (6) and (7) can be manipulated to form

$$\frac{\Delta i_{e_1} - \Delta i_{e_2}}{\Delta E} = \frac{1}{R_1}\left(\frac{\ln(J_1/J_2)}{2+\ln(J_1/J_2)}\right). \qquad (8)$$

The difference in the $Q_1$, $Q_2$ collector currents is the output current $i_o$ and is approximately given by the difference of the emitter current increments. Taking (8) to the limit at $i_o = 0$ yields

$$\frac{d_{i_o}}{dE}\Big|_{i_o=0} = \frac{1}{R_1}\left(\frac{\ln(J_1/J_2)}{2+\ln(J_1/J_2)}\right). \qquad (9)$$

With a current density ratio of 8:1, the term $\ln J_1/J_2$ is approximately 2, so that the "transconductance" of the entire circuit is approximately $1/(2R_1)$.

A capacitive load on the current output of the circuit in Fig. 5 will give a 6 dB/octave rolloff of voltage transfer ratio. The frequency at which the capacitive reactance equals the transconductance will be the unity-gain frequency of the simple circuit. This is given by the expression for $F_0$ in the figure. In the circuit of Fig. 4, the loop attenuation due to $R_4$ and $R_5$ reduces the overall unity-gain frequency by the ratio of the bandgap voltage to 2.5 V, which is approximately two.

The transconductance can also be used to estimate a low frequency "gain." In the simple circuit of Fig. 3, the gain is expressed as the ratio of the voltage at the base of $Q_7$ to a small-signal input applied to the base of $Q_1$ at balance. Using a value of 3 kΩ for $R_1$ and estimating the output impedance of $Q_{11}$ at about 300 kΩ gives a gain of about 50. In the monolithic circuit, the effective open-loop gain is increased several orders of magnitude by the bootstrap connection to the current mirror.

## VI. MONOLITHIC CIRCUIT PERFORMANCE

The circuit of Fig. 4 is shown in Fig. 6 as it appears in monolithic form. Several diffusion lots have been made and measurements of these units indicate the typical properties given by the following table.

| Typical Reference Circuit Parameters (−55 to +125°C) | |
|---|---|
| Output voltage | 2.5 V ±2 percent |
| Minimum input voltage | 4 V |
| Load regulation, 0 to 10 mA | 3 mV |
| Supply rejection, 4.5 to 7 V | 0.25 mV |
| Supply rejection, 7 to 30 V | 0.25 mV |
| Standby current | 1 mA |
| Output voltage temperature coefficient ($\gamma$) $\left(\gamma = \frac{(V_{max} - V_{min})}{(V_{nominal})(\Delta T)}\right)$ | 5 to 60 ppm/°C |

The observed variation in temperature coefficients

392

IEEE JOURNAL OF SOLID-STATE CIRCUITS, DECEMBER 1974



Fig. 6.  Illustration of 37 × 62 mil monolithic die showing thin-film resistors and balanced thermal layout.

arises mainly from variability in absolute voltage at the base of $Q_1$ and variation in the coefficient $m$ (see Appendix). Units showing a very constant temperature coefficient generally show a good correlation between absolute output voltage and drift.

Several units showing large but constant temperature coefficients have been adjusted to very small final temperature coefficients. This has been done by measuring the temperature coefficient calculating the ideal zero temperature coefficient voltage correction and laser-trimming $R_1$ or $R_2$ as required. Other units which are closer to the nominal output voltage exhibit very stable temperature characteristics initially. In extremely low-drift units, the performance of the basic cell appears to be masked by other drifts arising in the remainder of the circuit. These residual drifts are on the order of 2 to 4 ppm/°C over a temperature range of −55 to +125°C.

Some diffusion lots have shown a greater curvature in the temperature characteristic. These units exhibit the roughly parabolic temperature characteristic, which is implied by (14) of the Appendix. They show good temperature performance around a peak which occurs at a temperature related to initial output voltage. At temperature extremes the temperature coefficient may increase to 60 ppm/°C or more, if the peak is not centered in the −55 to +125°C range.

The elapsed time since obtaining the first completed units has not been sufficient to accumulate long-term drift results. Accelerated life tests have been made at high temperatures to uncover any gross drift problems. The temperature stability and monitoring equipment have not been adequate to determine the ultimate stability of the device. Examination of data taken over the course of 1000 hours at +125°C does not reveal any trends or systematic drifts at the 100 ppm level, which approximates the repeatability of the measurements.

## APPENDIX

### THEORETICAL TEMPERATURE BEHAVIOR

#### A. Optimum Cell Voltage

The optimum voltage at the base of $Q_1$ is approximately the bandgap voltage. A general analysis of the two-transistor bandgap cell yields a more exact result and some insight into the residual temperature drift in an optimally adjusted circuit.

As a matter of convenience, the circuit description has involved the assumption that the required current density ratio is established by the use of emitter area ratio alone. The circuit can also be based on different collector currents and equal areas or a combination of unequal areas and currents.

The equation describing the voltage across $R_1$ can be generalized by including a parameter $P_1$ which is the ratio of emitter currents $i_{e1}/i_{e2}$, as follows:

$$V_1 = (P_1 + 1) \frac{R_1}{R_2} \frac{kT}{q} \ln \frac{J_1}{J_2}. \qquad (10)$$

An expression given by Brugler [3] has been modified by the addition of a current-dependent term to give the $V_{BE}$ of $Q_1$ as

$$V_{BE_1} = V_{go}\left(1 - \frac{T}{T_o}\right) + V_{BE_o} \frac{T}{T_o} + \frac{mkT}{q} \ln \frac{T_o}{T} + \frac{kT}{q} \ln \frac{J}{J_o} \qquad (11)$$

where $V_{go}$ is the bandgap voltage of silicon and $V_{BE_0}$ is the value of $V_{BE_1}$ at a reference temperature $T_o$.

Since the voltages across $R_1$ and $R_2$ are proportional to temperature, it follows that the current and the current density in $Q_1$ are also proportional to temperature. Therefore, the current density ratio in the last term of (11) can be equated to a temperature ratio as $J/J_o = T/T_o$. This relation can be used to reduce the sum of $V_1$ and $V_{BE_1}$ to the form

$$E = V_{go} + \frac{T}{T_o}(V_{BE_o} - V_{go}) + (m - 1)\frac{kT}{q} \ln \frac{T_o}{T} + (P_1 + 1)\frac{R_1}{R_2}\frac{kT}{q} \ln \frac{J_1}{J_2}. \qquad (12)$$

This represents the stable voltage established at the base of $Q_1$ in the circuit of Fig. 1. Differentiating this result twice with respect to temperature yields

$$\frac{dE}{dT} = \frac{1}{T_o}(V_{BE_o} - V_{go}) + (P_1 + 1)\frac{R_1}{R_2}\frac{k}{q} \ln \frac{J_1}{J_2} + (m - 1)\frac{k}{q}\left(\ln \frac{T_o}{T} - 1\right) \qquad (13)$$

and

$$\frac{d^2E}{dT^2} = -(m-1)\frac{k}{q}\frac{1}{T}. \quad (14)$$

Equating the first derivative to zero results in the equation

$$V_{BE_4} + (P_1+1)\frac{R_1}{R_2}\frac{kT_0}{q}\ln\frac{J_1}{J_2} = V_{g0} + (m-1)\frac{kT_0}{q}. \quad (15)$$

The left side of (15) is the value of $E$ at $T = T_0$. This means that, in principle, if the base voltage of $Q_1$ is set to $V_{g0} + (m-1)\ kT_0/q$ at temperature $T_0$, the temperature coefficient of the output voltage will be zero. Assuming values of $m$ greater than one in (14) implies, however, a nonzero temperature coefficient at temperatures other than $T_0$. Experimental data indicate that values of $m$ as low as 1.2 have been achieved.

Examination of (13) and (15) shows that departures from the optimum output voltage will result in an approximately constant temperature coefficient. The magnitude of this coefficient will be the absolute error voltage divided by the absolute temperature. For example, a 3 percent absolute voltage error at 300 K will result in a 3 percent/300 K = 100 ppm/°C temperature coefficient.

### B. Effects of Resistor Temperature Coefficients

Both the common and differential temperature coefficients of resistance of $R_1$ and $R_2$ enter into the overall output voltage stability. The differential TCR may be treated by assuming that the total change in resistor ratio is due to change in $R_1$. Since the remainder of the circuit forces a predetermined current in $R_1$, its temperature coefficient of resistance is translated to an error voltage in equal proportion. The effect on the overall output voltage is reduced by the fact that the voltage across $R_1$ accounts for only a fraction of the total output. This fraction is variable, but is about 1/2 at room temperature. Therefore, the differential TCR of $R_1$ and $R_2$ appears as about half the equivalent proportional change in the output voltage.

The common TCR affecting both resistors equally does not affect the voltage across $R_1$, which depends only upon their ratio. It does affect the total current in the transistors, however, and therefore affects the $V_{BE}$ of $Q_1$.

This effect can be evaluated by expressing $V_{BE_1}$ as

$$V_{BE_1} = \frac{kT}{q}\ln\left(\frac{i_{s_1}}{I_s}\right). \quad (16)$$

Differentiating

$$\frac{dV_{BE_1}}{dR_2} = \frac{kT}{q}\frac{I_s}{i_{s_1}}\left(\frac{-i_{s_1}}{R_2 I_s}\right) = \frac{-kT}{qR_2} \quad (17)$$

and

$$\frac{dV_{BE_1}}{dR_2}R_2 = \frac{-kT}{q} \quad (18)$$

which at room temperature is about $-26$ mV or $-260 \mu V/$ percent. Dividing this coefficient by the cell's output voltage of about 1.22 V gives a relative coefficient of about $-2.13 \times 10^{-4}$/percent of output voltage change as a function of relative resistance change. This is a reduction in sensitivity of about 47 times.

Despite this reduction, the TCR of diffused resistors is so large, nonlinear, and nonuniform that it still represents a serious temperature drift. The monolithic circuit described here uses thin-film-on-silicon resistors with a total TCR of about $-60$ so that the 47 times reduction makes the uncorrectable component of TCR sensitivity less than 1 ppm/°C.

The effects of the TCR of other resistors, or of ratios such as $R_4$ and $R_6$, are readily evaluated by standard analytical techniques. The low differential TCR inherent in thin-film resistor pairs keeps these effects on the output voltage at a minimum.

### REFERENCES

[1] R. J. Widlar, "New developments in IC voltage regulators," *IEEE J. Solid-State Circuits*, vol. SC-6, pp. 2–7, Feb. 1971.
[2] K. E. Kuijk, "A precision reference voltage source," *IEEE J. Solid-State Circuits*, vol. SC-8, pp. 222–226, June 1973.
[3] J. S. Brugler, "Silicon transistor biasing for linear collector current temperature dependence," *IEEE J. Solid-State Circuits* (Corresp.), vol. SC-2, pp. 57–58, June 1967.



A. Paul Brokaw (M'73) was born in Minneapolis, Minn., on January 18, 1935. He received the B.S. degree in physics from Oklahoma State University, Stillwater, in 1962.

From 1962 to 1963, he was a Design Engineer at Labko Scientific, Inc. In 1963, he joined the technical staff of Arthur D. Little, Inc. as an Electronic Circuit Designer. After six years at ADL, he joined the design staff of Communication Technology, Inc. In 1971, he started at Nova Devices, Inc., now the Semiconductor Division of Analog Devices, Inc., where he is the Director of Advanced Product Development.

Case 1:06-cv-00346-GMS    Document 64-2    Filed 06/29/2007    Page 64 of 69

TAB 25

EXHIBIT 3

[See page 386 for Figure 6.]

## SESSION XIV: WIDEBAND AMPLIFIERS

### THAM 14.5: A 500V/μs 12b Transimpedance Amplifier

*Wyn Palmer, Barry Hilton*

*Analog Devices*

*Wilmington, MA*

TRENDS IN DATA ACQUISITION towards higher precision at ever higher speed require operational amplifiers that offer previously unobtainable combinations of ac and dc performance. Traditional solutions have consisted of voltage amplifiers with an input transconductance stage followed by a second stage formed of either a Miller integrator, or a folded cascode, and finally a unity gain output buffer[1,2]. The Miller integrator approach provides excellent dc performance, but compromises bandwidth and slew rate. The folded-cascode design offers optimal bandwidth and slew rate, but at the expense of dc performance. Both approaches require large standing currents for slewing. Voltage amplifiers also suffer from a constant gain-bandwidth product, with the option of an external compensation capacitor which forces a tradeoff between slew rate and bandwidth.

This paper will discuss a precision wideband transimpedance amplifier which satisfies the tradeoffs in slew rate, bandwidth, and standing current, while achieving near 100ns 12b settling time for a 10V step. To illustrate the relative behavior of voltage and transimpedance amplifiers, consider the inverting gain closed loop transfer function, G(s), for a dominant pole compensated system:

$$\text{(a)} \quad \text{voltage amplifier} \qquad \text{(b)} \quad \text{transimpedance amplifier}$$

$$G(s) = \frac{Go}{1 + C_C g_m^{-1} \ [1 - Go] \ s} \qquad G(s) = \frac{Go}{1 + C_C \ [R_F + [1 - Go] \ R_{in}] s}$$

where; $R_F$ = feedback resistor, $C_C$ = compensation capacitor, $Go$ = closed loop voltage gain ($-RF/RS$), $R_{in}$ = inverting input terminal input impedance, $g_m$ = input stage transconductance.

The small-signal bandwidth of the voltage amplifier is inversely proportional to (1-Go). The transimpedance amplifier behaves differently. At low closed-loop gains RF primarily defines the bandwidth, whereas at high closed-loop gains $R_{in}Go$ dominates and the circuit then approximates a 700MHz gain bandwidth product operational voltage amplifier. Transimpedance amplifiers use transient error current injected to the inverting input to slew, so 500V/μS slew rate can be obtained with only 5mA of standing current. The slew current is conveyed through mirrors to charge the compensation capacitor. Figure 1 is the block diagram of a transimpedance amplifier. Figure 2 shows the circuitry

[1] Russel, R.W. and Moyer, J.C., "A Bi-Fet Operational Amplifier with 400ns Settling Time", *ISSCC DIGEST OF TECHNICAL PAPERS*, p. 134-135; Feb., 1985.

[2] Cotreau, G.M., "An Opamp with 375V/μS Slew Rate, ± 100mA Output Current", *ISSCC DIGEST OF TECHNICAL PAPERS*, p. 138-139; Feb., 1985.

of the proportional-to-absolute-temperature (PTAT) current generator, a bias servo loop, and the translinear input stage. Figure 3 shows a signal current mirror and the unity gain buffer.

The dc precision is achieved by cancelling the base current error of each signal path transistor. To do this the base current of an identical emulating device operating under similar $I_C$ and $V_{CE}$ conditions as the signal device is injected into the emitter of the signal device, reducing the base current error by a factor of β. This base current compensation technique has a minimal impact on ac performance, while greatly enhancing dc precision. Referring to Figure 2, the kernel of the translinear input stage consists of Q1, 2, 23, and 24. Q9 and Q10 compensate for the base errors of Q1 and Q2 respectively. Q4 cascodes Q1 and is compensated by Q11. Q1 and 2 are operated under zero $V_{CB}$ conditions and are biased by Q23 and Q24, respectively. For the collector current of Q3 to equal Iref, the PTAT reference current, the bias current out of the collector of Q27 must equal Iref plus two NPN base currents minus a PNP base current. R3, 9, 10, 11 are trimmed to null the input voltage offset.

The bias servo loop provide this scaled version of Iref by adding the base currents from Q49 and Q13 and subtracting the base current from Q59. Q21 is served to absorb this current. Q29 mirrors Q21 current and is cascoded by Q27 to provide input stage positive biasing. Q15 compensates for Q27 base current. The negative bias servo similarly provides Iref plus two PNP base currents and minus one NPN base current.

The transimpedance of the amplifier is the impedance seen at the compensation node. The output impedance of the signal mirrors and the input impedance of the output stage must therefore be large. In Figure 3 a Wilson current mirror containing Q5, 7, 39 and 37 is cascoded with Q35, which is compensated by Q51. This yields an output impedance of approximately $β^2 VA/IC$, or nearly $10^9$ ohms. R1 and R5 are trimmed to null the inverting input bias current. To ensure a high-input impedance output stage, a class A-B triplet is used. This provides a current gain of $10^7$ even when driving 10V into a 200Ω load. Additionally, the input is bootstraped as the input devices, Q73 and Q42, operate at constant $V_{CE}$. Q53 is added to correct for the static current error introduced by Q73 and to increase output stage bias current during slewing.

Table 1 lists measured performance data. Figure 4 shows the closed loop frequency responses for $-1$ and $-10$ gains with RF = 1kΩ. Figure 5 shows the 10V step responses for $-1$ and $-10$ gains. Figure 6 is a photomicrograph of the amplifier. Care was taken to ensure symmetry along the thermal axis.

The process employed has 600MHz $f_T$ NPN transistors and 700MHz $f_T$ PNP transistors, with beta-early voltage products of $10^4$ or more and VCEOs higher than 36V. Low collector series resistances are obtained by the use of buried layers and thin junction isolation provides low thermal resistance and short collector-isolation electrical time constants, which are necessary for fast settling to 0.01%. Figure 7 shows cross sections of a PNP and NPN transistor.

ISSCC 87 / THURSDAY, FEBRUARY 26, 1987 / RONELANDER SUITE / 4:00 P.M.



FIGURE 1—Amplifier block diagram.



FIGURE 3—Signal current mirror and X1 buffer.



FIGURE 2—Input stage biasing.



FIGURE 4—Closed-loop frequency responses: —1 gain: —3dB point @ 46MHz; — 10 gain: —3dB point @ 31MHz.



FIGURE 5—Top trace = X1 gain 10V step response; bottom trace = X10 gain 10V step response.



FIGURE 7—Cross section of complementary bipolar transistors.



FIGURE 6—Photomicrograph of transimpedance amplifier.

# TAB 26

# EXHIBIT 4

322    IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-22, NO. 3, JUNE 1987

# A 20-$\mu$W Precision Operational Amplifier

DEREK F. BOWERS, MEMBER, IEEE

*Abstract* —A precision operational amplifier is described which draws 12 $\mu$A of quiescent current and can operate from a 1.6-V supply while requiring no external components such as the usual biasing resistor. The amplifier has dc characteristics comparable to the industry standard OP-07 and ac characteristics as good as available "micropower" devices. The circuit has an input voltage range and an output swing which include the negative supply to facilitate its use in battery-powered and other single-supply applications.

## I. INTRODUCTION

THE PRODUCT to be described resulted from the desire to produce a high-precision op amp suitable for very-low-power systems such as satellites, remote data loggers, and portable instrumentation. It was felt from the outset that many such systems were single supply in nature and that the op amp should be designed with this strongly in mind. Additionally, low-voltage operation is mandatory for many battery-powered applications and this provided yet another design consideration.

To summarize, the following characteristics were deemed of the greatest importance.

1) A well-controlled supply current in the low-micro-ampere range that is substantially independent of supply voltage, ambient temperature, and process variations.

2) Ability to operate from a low supply voltage, preferably that of a single cell.

3) Single-supply operation: in practice this means that the input voltage range and the output swing should include the negative supply rail.

4) High precision: this involves a multiplicity of factors including offset voltage, offset voltage drift, common-mode rejection, power-supply rejection, and voltage gain. In general, the dc characteristics of the highly accepted OP-07 provided a useful design goal.

5) The ability to maintain all of the above over the full military temperature range.

## II. POWER CONSUMPTION

Several fundamental factors in any op-amp design contribute to overall power consumption. For example, many precision op amps, including incidentally the OP-07, use three stages of gain. Clearly reduction of the number of gain stages will reduce the current consumption of a given

Manuscript received September 23, 1986; revised December 18, 1986. The author is with Precision Monolithics Inc., Santa Clara, CA 95052. IEEE Log Number 8713962.

device. Two other areas where power is often wasted are the biasing circuit and output stage, and optimization in these areas again is vital to minimize current draw.

However, even after the design is carefully tailored to a low-power objective, a decision has to be made concerning stage currents and this is the area of biggest compromise.

One solution is to leave the current setting to the user. This is the basis of the so-called "programmable" amplifier. Such amplifiers have their internal stage currents set by an external current which in practice usually becomes defined by a resistor stretched across the power supplies. This of course demands at least one external component, and also results in severe dependence of supply current upon supply voltage. Consequently, it was decided to abandon the "programmable" format.

The problem of choosing suitable currents is the next to be addressed. It was fairly obvious from the outset that speed would be a major sacrifice, but another victim of low stage currents, voltage noise, cannot be compromised too severely if the design is to be classed as a precision one. An additional area of concern is junction leakage at elevated temperature, and suffice it to say that a supply current goal of 10 $\mu$A was chosen after some protracted thought. The practical design actually consumes about 30 percent more than this.

The question of supply voltage range is somewhat more straightforward. Bipolar operational amplifiers have been designed to operate with a total supply voltage of less than 1 V [1], and indeed this was the original design goal. However, such designs become very complicated which rapidly destroys the low-power advantage. With today's prevalence of lithium cells having an output voltage of around 3 V it was decided that raising the minimum voltage slightly would not significantly degrade the usefulness of the part. The achieved design operates from a total supply voltage of 1.6–36 V.

## III. INPUT STAGE

The standard type of input stage for single-supply bipolar amplifiers is the Darlington p-n-p configuration of Fig. 1 [2]. With the inputs at the negative rail, ample room exists for an active load at the collectors of $Q2$ and $Q3$. The active load is usually a "current mirror," though symmetric loads have been used when the input stage is followed by a differential second stage. There are problems with this stage, however. First, more devices contribute to

0018-9200/87/0600-0322$01.00  ©1987 IEEE



Fig. 1.  Darlington input stage.

the offset voltage than with a simpler input stage, which in turn has an adverse effect on the offset drift. Second, the stage is at least a factor of √2 noisier than a simple differential pair, and often much more than this depending upon the values of $I1$ and $I2$ and how they are generated. This is particularly disadvantageous for low-power operation where accumulation of voltage noise is already a major concern. Third, this input stage requires about 1.4 V of clearance from the positive supply, resulting in almost no common-mode input range when operating from low supply voltages.

The input configuration actually used is shown in Fig. 2, and combines the input characteristics of a resistively loaded differential pair with the gain of a more conventional actively loaded stage. $Q3$ and $Q4$ form a "foldback cascode" circuit which allows the active load ($Q5$ and $Q6$) to be placed at the positive supply. The active load now has sufficient headroom to be degenerated and thus lower its contribution to noise and drift. The contribution from $Q3$ and $Q4$ can be made arbitrarily small by allowing large voltage drops across $R3$ and $R4$ but this is not practical in a single-supply design. With the inputs at the negative supply, any voltage drop across $R3$ and $R4$ constitutes forward bias on the collector–base junctions of the input transistors. This forward biasing does not result in excessive input current as might at first be thought because parasitic vertical p-n-p action diverts most of the current to the substrate. However, any imbalance in the currents has to flow through the input devices resulting in an offset contribution. Because of the exponential characteristics of forward biasing, this would mean that small $V_{be}$ mismatches in $Q3$ and $Q4$ or in the $C-B$ junctions of $Q1$ and $Q2$ would produce an offset shift as the inputs approached the negative supply, resulting in poor CMRR. More severe forward biasing can result in amplifier phase reversal with the input signal feeding directly to the emitters of $Q3$ and



Fig. 2.  Principle of the input stage used.

$Q4$. Clearly, the allowable voltage across $R3$ and $R4$ is something of a compromise.

$Q3$ and $Q4$ are in practice split into four devices and arranged as a cross-coupled quad. This minimizes the imbalances described above. Additionally, the collectors of $Q1$ and $Q2$ are designed to be as small as the process will allow, which minimizes the forward biasing itself. Even so, with the low stage currents used and at elevated temperature the voltage across $R3$ and $R4$ must be limited to 120 mV to avoid trouble. The nature of the bias circuitry reduces this to 80 mV at room temperature.

324                                                                              IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-22, NO. 3, JUNE 1987

The overall noise of the amplifier was measured at 55 nV/√Hz, which is about 84 percent higher than the calculated noise of the input transistors alone. This is considerably better performance than would be achieved with a Darlington input stage.

The process used has lateral p-n-p gains of about 120 at low currents, yielding an input bias current around 4 nA. This is comparable to that achieved with vertical p-n-p inputs.

Resistors $R1$ and $R2$ in series with the inputs limit the current into the base tubs if the inputs are forced below the substrate. Together with the high base–emitter breakdown of the lateral p-n-p transistors (110 V), this affords a ±30-V input overload protection, even with the supplies removed.

## IV. SECOND STAGE

The overall voltage gain of the first stage is about 4000, and so the remainder of the amplifier gain must be contributed by the second stage. In essence, the second gain stage is a dynamically loaded p-n-p transistor since this is capable of a wide output voltage swing. Coupling the p-n-p base directly to the active load of Fig. 2 would severely load the input stage, so additional buffer circuitry must be added (Fig. 3).

$Q12$ and $Q13$ form a complementary Darlington buffer feeding the common-emitter gain stage $Q7$. Balance is restored to the active load by a similar pair on the opposite side, $Q8$ and $Q9$. The dynamic load on $Q7$ yields a stage gain of 300, giving the overall op amp a voltage gain of 1.2 million, which is more than adequate for precision applications.

Several hidden dangers exist in this section, however. First, owing to the very low currents used, extreme care must be taken to avoid collector–base forward biasing of $Q5$ and $Q6$. Even a few tens of millivolts can produce significant leakages at elevated temperatures. This is compounded by the fact that the voltage at $Q5$ collector cannot be made exactly equal to that of $Q6$, due to inherent asymmetry in the stage. The potential for forward biasing arises from the voltage drops across $R6$ and $R7$, and because the $V_{be}$'s of $Q9$ and $Q13$ are smaller than those of $Q8$ and $Q12$ due to the lower doping of p-n-p transistors compared to n-p-n's. To alleviate this, the emitter areas of $Q8$ and $Q12$ are made large (5×) and resistors $R8$ and $R9$ are added. The difference in values of these resistors approximately balances the stage under nominal conditions.

Further complications apply when the op amp is driven into positive saturation. Under these conditions $Q6$ turns off and its collector ramps negatively until $Q10a$ turns on. Without this clamp transistor the voltage at $Q6$ collector would end up close to the negative supply causing long overload recovery, excessive current in $R9$, and possible avalanche breakdown damage to $Q12$. $Q10b$ is added on the opposite side to balance leakage currents under normal operating conditions.



Fig. 3.  Active load and second stage.



Fig. 4.  Structure of $Q7$.

Under clamped conditions the base current of $Q7$ is limited to 4 μA by the presence of $R9$. While this does not seriously affect the supply current of the amplifier, it must be noted that $Q7$ will now be in saturation and its collector able to re-emit current to the substrate. This can cause the base current to be multiplied many times because $Q7$ now appears as a vertical p-n-p connected between the supplies. It has to be admitted that this was overlooked on the initial silicon which drew approximately 85 μA of supply current under these conditions. To fix this, $Q7$ was given a second collector almost completely surrounding

the first. Connecting this collector back to the base causes $Q7$ to appear as a diode under saturated conditions and base current multiplication no longer occurs. The structure of $Q7$ is shown in Fig. 4.

## V. OUTPUT STAGE

Although a very-low-power amplifier would not normally be expected to drive heavy loads, even getting a moderately useful drive capability from such low stage currents demands some unusual techniques. In view of this it was decided to increase the versatility of the amplifier by aiming for the full ±5-mA output current available from more general-purpose types. Fig. 5 shows the output stage used.

When sourcing current, $Q15$ supplies the load directly. The 25 µA or so of base current required by $Q15$ is easily supplied by $Q7$, removing the need for a Darlington pair which would drastically reduce the positive output swing. The penalty paid for such a direct arrangement is reduced gain with heavy loads.

Assuming a beta of 200, a 2-kΩ load would be reflected at the collector of $Q7$ as an impedance of 400 kΩ, thus reducing the small-signal gain of the second stage to only 22. This does increase somewhat as the load is driven because the base current of $Q15$ increases the transconductance of $Q7$, and the resulting average open-loop gain is about 130 000.

Most of the sink current is provided by $Q20$, a large lateral p-n-p transistor. $Q20$ is biased into class $AB$ operation by $Q14$ and $Q18$ and runs with about 1.5-µA of quiescent current. The current in $Q17$ is limited to 2 µA and clearly cannot supply the necessary base drive to $Q20$ so a current "boost" circuit is added to improve sink capability. $Q19$ "samples" the current in $Q20$ and feeds about one-fourteenth back to the base via the current mirror formed by $Q21$ and $Q22$. Thus $Q21$ can continue to supply sufficient drive until the beta of $Q20$ rolls off to 14, which happens at around 7 mA. This arrangement does amount to positive feedback, but this is well controlled as long as $Q14$ can absorb the excess boost current. The roll-off of $Q20$ provides an automatic short-circuit limit which has been found to be quite predictable, however, the initial silicon had a tendency to latch up at high temperature if the output was short circuited. This was traced to saturation of $Q22$ which causes the mirror gain of $Q21$ and $Q22$ to increase dramatically. To eliminate this, $Q22$ was given a very large collector area and $R11$ was added to prevent gross overboosting. No problems have since been observed even at 150°C.

Short-circuit protection for the positive direction is afforded by $R10$ and $D1$. The effect of conduction in $D1$ is to turn $Q11$ hard on, which in turn diverts base current from $Q7$. The location of $R10$ in the collector, rather than in the emitter, of $Q15$ prevents any reduction in output swing when sourcing current.

One requirement for single-supply amplifiers is to be able to drive a ground-referred load all the way down to ground. This is achieved by allowing the circuitry associ-



Fig. 5. Output stage.

ated with sinking current to turn off completely as the negative supply is approached, allowing the load itself to provide the necessary pull-down. This happens fairly automatically with this configuration since $Q19$ and $Q20$ become reverse biased under these conditions. Note that $Q17$ saturates at this point which is the reason that the current provided by it is not derived directly from the bias line. Under overdrive conditions $I1$ also saturates and precautions (described later) are taken to ensure that it does not shut down the bias line completely, which might result in recovery problems.

## VI. FREQUENCY COMPENSATION

One advantage of two-stage amplifier designs is that a dominant pole can be forced with the addition of a single capacitor [3]. Unfortunately, the design presented here does not conform to an ideal two-stage model, even though only two stages are employed. Fig. 6 serves to illustrate the frequency compensation scheme.

Capacitor $C2$ sets the dominant pole in a conventional "pole-splitting" fashion. Signal perturbations at the collector of $Q3$ suffer excess phase shift before reaching the base of $Q7$ compared to those at the collector of $Q4$ because they must pass through the entire active load. $C1$ serves to block this path at high frequencies which considerably improves overall stability. The dominant pole capacitor $C2$ completes an integrator loop consisting of $Q12$, $Q13$, $R9$, and $Q7$. This loop itself requires stabilization, which is achieved by the addition of $C3$.

Finally, a common problem with single-supply amplifiers is a tendency toward instability when driving loads

326                                                        IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-22, NO. 3, JUNE 1987



Fig. 6.    Frequency compensation scheme.

near the negative rail, especially if significant capacitance is present at the output. This is due to the $f_t$ of the output transistor approaching zero as it becomes starved of current. To alleviate this, $C4$ provides a feedforward function around $Q15$ causing the ac model of the amplifier to approximate a transconductance function under these conditions.

The gain-bandwidth product was measured at 40 kHz and the slew rate at 12 V/ms. Phase margin at unity gain is 50°.

Most bipolar amplifier designs concentrate heavily on the avoidance of lateral p-n-p transistors in the signal path, due to their notorious high-frequency characteristics. It is interesting to note that at the stage currents used here there is not much to choose between n-p-n's and p-n-p's, since both are operating well below optimum current. In fact, the intrinsic base–emitter and collector–base capacitance is lower for a lateral p-n-p than for an n-p-n, causing the p-n-p to be a higher frequency device in most locations.

## VII.  BIASING CIRCUITRY

The requirement for the biasing scheme is that it generate a stable and predictable current reference without itself wasting significant power. It was decided to use proportional-to-absolute-temperature (PTAT) current sources throughout the amplifier since this tends to stabilize the transconductance of bipolar gain stages, and is easy to generate.

Operation of the bias circuitry is best understood by referring to the complete schematic of Fig. 7. P-N-P transistors $Q23$ and $Q24$ provide regenerative feedback until the collector currents of $Q25$ and $Q26$ are approximately equal. Under these conditions the PTAT difference in base–emitter voltages of $Q25$ and $Q26$ is forced across $R14$, thus defining all operating currents. With the 20:1 ratio used, this voltage is about 78 mV at 25°C, fixing the operating currents at 350 nA per side.

Such a large ratio at first seems wasteful of area, but it serves to improve supply-line rejection because changes in the base–emitter differential of $Q25$ and $Q26$ due to Early effect are referred to a considerably higher voltage than usual. The degeneration resistors $R12$ and $R13$ provide a high output impedance for $Q24$ which also contributes to improved regulation. Current regulation of this circuit was measured at 1 percent/V over a 30-V supply range. Note that the usual "cascode" circuits cannot be used to improve regulation because there is insufficient headroom when running from low supply voltages.

Like many similar circuits, the current regulator has a theoretically valid operating point with all currents equal to zero. This condition must be avoided with a suitable start-up circuit. To achieve this, an ion-implanted JFET ($J1$) with an $L/W$ ratio of 80 is added. This produces a FET with an $I_{DSS}$ of around 150 nA, which is used to bias $Q28$. If a zero current condition occurs within the regulator, there will be no voltage drop across $R15$ and $Q27$ will mirror the current from $J1$ into $Q23$, thus ensuring start-up. After start-up has occurred, the current in $Q27$ is

BOWERS: 20-μW PRECISION OPERATIONAL AMPLIFIER                                327



Fig. 7.  Overall schematic of the amplifier (less trimming circuitry).

reduced by a factor of 50 by the voltage drop across $R15$, and thus the start-up circuit is virtually disconnected.

A final point concerns $Q32$, which, as mentioned earlier can saturate when the output is driven hard negative. To prevent shutdown of the bias circuit, $J2$ is placed in series with its base, and acts as a 350-kΩ resistor. Without this, recovery from amplifier saturation could be very slow.

## VIII. TRIMMING

Unadjusted offset voltage of the amplifier is about 200 μV, with a two-sigma point at about 650 μV. To reduce these values, wafer-stage trimming is applied using the zener-zap technique.

The easiest resistors to adjust are $R3$ and $R4$, and a detail of the trim section is shown in Fig. 8. Shorting zener $Z1$ gives a shift of −1 mV, and $Z2$ causes a −63-μV shift. The zeners on the other side give positive shifts of 500, 250, and 125 μV. This rather unusual scheme ensures that units with the lowest initial offset get the least amount of trimming, and thus would be expected to exhibit the lowest possible drift. In practice, all trimmed units are better than 0.7 μV/°C, and this is largely thanks to the PTAT biasing used.

Conventionally, all trim zeners would be placed in a common $V^+$ epi tub, but in this case the resulting high-temperature leakage would be intolerable. Further, this leakage is difficult to compensate because its effect on the amplifier is a function of which zeners are shorted. However, in normal operation all zeners are within 4 mV of $V^-$, allowing the pocket to be connected to $V^-$. Direct connection is not allowable because this would prevent proper zapping, so a small JFET ($J3$) is used as a pull-down device. During zapping, the pocket is free to rise to the full zap voltage (around 30 V in this case). The trim scheme allows all amplifiers with an initial offset of less than 900 μV to be trimmed below 50 μV. This obviates the need for external trimming in most applications, though trim pins are provided for trimming if desired.

## IX. PROCESS

The process used is an all-implanted bipolar process with an epitaxial resistivity of 3.5 Ω·cm and 12 μm thickness. The following additional steps are available as standard and were fully utilized in the design of this amplifier:

1) silicon–nitride capacitors with a dielectric thickness of 90 nm, yielding 0.68 fF/μm² of capacitance;
2) silicon–chromium thin-film resistors with a sheet resistance of 2 kΩ/sq. These make the high values of resistance used throughout the amplifier practical in a reasonable die area; and

328                                                        IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-22, NO. 3, JUNE 1987



Fig. 8.   Offset trim circuit.



Fig. 9.   Photomicrograph of the micropower amplifier.

A 433



Fig. 10.  Photomicrograph of the quad version.

## TABLE I
### MEASURED PERFORMANCE OF THE OPERATIONAL AMPLIFIER

| | |
|---|---|
| Supply Current at ±0.8 V | 10 μA |
| at ±1.5 V | 12 μA |
| Input Offset Voltage | 30 μV |
| Offset Voltage Tempco | $0.3 \mu V/°C$ |
| Input Bias Current | 4 nA |
| Input Offset Current | 50 pA |
| Common-Mode Rejection Ratio | 125 dB |
| Power-Supply Rejection Ratio | 130 dB |
| Voltage Gain (10-kΩ load) | 800 000 |
| Supply-Voltage Range | 1.6–36 V |
| Input Voltage Range | $V^-$ to 0.6 V below $V^+$ |
| Gain-Bandwidth Product | 40 kHz |
| Slew Rate | 12 V/ms |

3) high-voltage (36 V) ion-implanted JFET's with a nominal pinch-off voltage of 1.5 V.

## X. CONCLUSION

Fig. 9 shows a photomicrograph of the op amp, which is a reasonably compact 3.7 mm². Note that the ability to drive a 2-kΩ load mandates a thermally symmetric layout as with other precision op amps.

Recently, a quad version of the amplifier has been integrated (Fig. 10). No offset trimming was included on the quad but otherwise the circuitry is identical. Four separate bias generators were used to eliminate possible crosstalk problems, however, the start-up circuit is common to all amplifiers. Die area of the quad is 10.3 mm².

Performance of the single version is summarized in Table I. It can be seen that the only parameter significantly sacrificed to obtain ultra-low power is speed. Even so, the speed/power trade-off is still as good or better than the majority of available "micropower" op amps.

## ACKNOWLEDGMENT

The author would like to acknowledge the help of his assistant, M. Zaharioudakis, in breadboarding and layout of the above circuits. Thanks also to the Product and Test Engineering departments at Precision Monolithics for characterization of the devices.

## REFERENCES

[1] R. J. Widlar, "Low voltage techniques," *IEEE J. Solid-State Circuits*, vol. SC-13, p. 838, Dec. 1978.
[2] K. R. Fukahori *et al.*, "A high precision micropower operational amplifier," *IEEE J. Solid-State Circuits*, vol. SC-14, p. 1048, Dec. 1979.
[3] J. E. Solomon, "The monolithic op amp: A tutorial study," *IEEE J. Solid-State Circuits*, vol. SC-9, pp. 314–332, Dec. 1974.
[4] J. H. Huijsing and D. Linebarger, "A low-voltage operational amplifier with rail-to-rail input and output ranges," *IEEE J. Solid-State Circuits*, vol. SC-20, p. 1144, Dec. 1985.



Derek F. Bowers (M'85) was born in Maesteg, Wales, on December 9, 1954. He received the B.Sc. degree in physics and mathematics from the University of Sheffield, Sheffield, England, in 1976.

Following a brief employment with the University Space Physics Group, he joined Triad Computing Systems, London, in 1977 where he worked on robotics and parts inspection systems. In 1978 he joined Rojrms U.K. as Applications Specialist for Precision Monolithics products, and transferred to Precision Monolithics Inc., Santa Clara, CA, as a Senior Design Engineer in 1980. He currently holds the position of Senior Design Fellow, and has been responsible for the development of precision operational amplifiers, instrumentation amplifiers, and several data conversion products.

TAB 27

# EXHIBIT 5

784                                                    IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-11, NO. 6, DECEMBER 1976

# A Two-Terminal IC Temperature Transducer

MICHAEL P. TIMKO, MEMBER, IEEE

*Abstract*—A monolithic IC temperature transducer with an operating temperature range of −125°C to +200°C has been designed, fabricated, and tested. The two-terminal device, which is fabricated using laser trimmed thin-film-on-silicon technology, is a calibrated temperature-dependent current source with an average output impedance of 10 MΩ over the 3.5-V to 30-V range of input voltage. Overall absolute accuracies of ±0.5°C from −75°C to +150°C have been achieved on a scale of 1 μA/K under optimum operating conditions.

## I. Introduction

SILICON bipolar transistors have a property which can be exploited to produce a voltage that is directly proportional to absolute temperature (PTAT). If the transistors are designed so as to minimize other temperature effects, this voltage will be a highly accurate representation of the temperature over a wide range. A temperature sensor, however, must have several other important properties to be truly flexible and widely useful. A list of specifications for all temperature transducers includes the following:

1) accuracy versus temperature (the predictability of the output parameter);

2) linearity (the constancy of the change in output parameter per degree over the temperature range);

3) interchangeability (absolute calibration);

4) signal level;

5) remote sensing capability (the maximum allowable distance between the sensor and supporting electronics and the number and quality of connections necessary);

6) temperature range;

7) cost [including support electronics to allow for deficiencies in 2)–5)].

While an IC temperature transducer probably cannot be as accurate as, for instance, a platinum resistance thermometer and the temperature range is limited to about −125°C to +200°C, the flexibility of monolithic integration allows the designer to include many features that no other medium can achieve.

Previous IC designs using the PTAT voltage specifically to sense temperature concentrated on amplifying and buffering the voltage over a limited temperature range with only rough calibration [1]. In contrast, the emphasis in this new design is the best achievable accuracy over the widest possible temperature range. This goal has reached a point never before obtained in an integrated circuit by combining a unique circuit configuration with the latest laser-trimmed thin-film resistor technology to produce a calibrated PTAT *current*. The fact that the output parameter is current, and that the sensor

Manuscript received May 29, 1976; revised August 4, 1976.
The author is with the Semiconductor Division, Analog Devices, Wilmington, MA 01887.

is relatively insensitive to the voltage across it, makes the device easy to use, even over long wires.

## II. Temperature Dependence

The temperature sensitive parameter of interest is the difference between the $V_{be}$'s of two transistors operating at a constant ratio of collector current densities. This can be derived from the equation for emitter current density [2]:

$$J_e = \frac{1}{\alpha} J_s (e^{qV_{be}/kT} - 1) \tag{1}$$

where

$J_e$    emitter current density;
$J_s$    emitter saturation current density;
$\alpha$    common base current gain;
$V_{be}$    base emitter voltage;
$q$    charge on an electron;
$k$    Boltzmann's constant;

and

$T$    absolute temperature.

If we assume $J_e \gg J_s$, then for two transistors at current densities $J_{e1}$ and $J_{e2}$:

$$V_T = V_{be1} - V_{be2} = \frac{kT}{q} \ln \frac{\alpha_1 J_{e1} J_{s2}}{\alpha_2 J_{e2} J_{s1}}. \tag{2}$$

For $V_T$ to be proportional to absolute temperature, the logarithmic term must be constant. For well-matched transistors $\alpha_1 = \alpha_2$ and $J_{s1} = J_{s2}$. (In the circuit, as long as these parameters remain in constant ratio over temperature, the resulting error will be removed by the calibration trim.)

If $J_{e1}/J_{e2}$ is a constant $r$, then

$$V_T = T \frac{k}{q} \ln r. \tag{3}$$

There are several ways to achieve the desired ratio of current densities. Two identical transistors operated at two different collector currents, held at a constant ratio, could be used. However, a more practical method is to operate two transistors of unequal emitter areas at equal collector currents. In order to have control over this ratio, the larger transistor emitter can be made up of a number of parallel emitters similar to that of the smaller transistor. The area ratio is then accurately equal to the ratio of the number of emitters. (In the schematic diagrams in this paper, a number immediately adjacent to an emitter refers to the number of similar emitters in that transistor relative to other transistors of the same type, n-p-n or p-n-p.)

Fig. 1 is an elementary application of the above principle. Neglecting for the moment the variation of $I_c$ with $V_{ce}$ and the

785



Fig. 1. Elementary example of a PTAT generating circuit.

effects of base current, this circuit will conduct a current proportional to absolute temperature for any voltage greater than two $V_{be}$ across the device. Transistors $Q_1$ and $Q_2$ constrain the collector currents of $Q_3$ and $Q_4$ to be equal. Since the emitter area ratio of $Q_3$ and $Q_4$ is $r$, the difference in their $V_{be}$'s is $V_T$ in (3). For $r = 8$,

$$V_T = \frac{kT}{q} \ln 8 = T \times 0.1792 \text{ mV/K} \qquad (4)$$

or 53.44 mV at 25°C.

This voltage, when amplified and buffered, would make a useful output parameter. But, since $V_T$ is impressed across resistor $r$, the current drawn by each side of the circuit is

$$I = \frac{V_T}{R} = \frac{kT}{q} \frac{\ln r}{R} \qquad (5)$$

If $R$ has a temperature coefficient of zero, then the total current drawn by the circuit is also proportional to absolute temperature. Under the original assumptions for this elementary circuit, the supply current would be independent of input voltage (above two $V_{be}$'s) and the output impedance would be infinite.

Naturally, the circuit of Fig. 1 is insufficient for good results when made with real components. The Early effect and finite $\beta$ would reduce the output impedance drastically, the circuit would not start up dependably, and once started, it would probably oscillate under some otherwise useful conditions.

### III. THE NEW CIRCUIT: DC ACCURACY

Fig. 2 is a simplified schematic of the new circuit in which the idealized principle of Fig. 1 can be approached with real components. Transistors $Q_1$, $Q_3$, $Q_9$, and $Q_{11}$ correspond to the four transistors of Fig. 1. These transistors make up what will be referred to as the PTAT core since they define the temperature dependence of the circuit.

The collector currents of $Q_1$ and $Q_3$ are equal assuming only equal emitter areas and equal voltages at the bases of $Q_7$ and $Q_8$. The collector currents of $Q_9$ and $Q_{11}$ are forced to be equal to each other and to those of $Q_1$ and $Q_3$ by the combined action of $Q_7$ and $Q_8$.

Bias current for $Q_7$ and $Q_8$ is provided by diode $Q_{10}$ such that no nonPTAT component is added to the total supply current. The terminal current of this configuration is then three times the current in each branch or



Fig. 2. Simplified schematic of the new circuit showing the major components contributing to the dc operation.

$$I = 3 \frac{kT}{q} \frac{\ln 8}{R_6} \qquad (6)$$

Note that the value for $R_6$ on the schematic results in a scale factor of 1 µA/K.

Transistor $Q_5$, which has half the emitter area of $Q_1$ or $Q_3$, operates at about half the current available from $Q_{10}$. As a result, the collector currents of $Q_7$ and $Q_8$ are nearly equal. The Early effect still causes errors between the two diodes and their associated transistors, creating an offset between $Q_7$ and $Q_8$. Since these errors are reduced from those of Fig. 1 by n-p-n $\beta$ (typically 400), they are insignificant except at temperature extremes.

Diode $Q_{10}$ is the key to the success of this circuit configuration. Its importance lies in the fact that it forces all currents to $V^-$ that are not in the $Q_1$, $Q_3$, $Q_9$, $Q_{11}$ loop to sum to a PTAT current. Later, it is shown that even the high-temperature leakage currents can be measured in this way to extend the upper limit of operation.

In order to have good accuracy over temperature, $R_6$ must have a low temperature coefficient (TC). To put it another way, any TC in $R_6$ will show up as a TC in the absolute error of the sensor. This fact precludes the use of diffused resistors which have TC's of ±2000 ppm. SiCr thin-film resistors, however, can be made with consistent TC's of –30 to –50 ppm/°C. The effects of the aluminum interconnect and emitter resistance TC's are of the same order and were experimentally adjusted for optimum results. The inclusion of thin film also allows these devices to be laser trimmed at the wafer level to obtain excellent absolute accuracy as well as PTAT performance. Exact calibration allows for direct interchangeability of the finished devices.

### IV. THE COMPLETE CIRCUIT

Fig. 3 is a complete schematic of the new circuit showing the additional components necessary to make the chip more closely approximate the ideal.

The absolute calibration of this device is accomplished by laser trimming $R_5$ and $R_6$ at the wafer level. Resistor $R_5$ was added to allow the initial current of the device to be either increased or decreased as needed so that the nominal design value could be the desired target value. The average amount

786                                                                                          IEEE JOURNAL OF SOLID-STATE CIRCUITS, DECEMBER 1976



Fig. 3. Complete schematic of the two-terminal temperature transducer.

of trimming needed is thereby minimized and the yield is improved. The effective resistance for determining output current from $V_T$ is now $R_4-2R_5$ since the emitter currents of $Q_{10}$ and $Q_{11}$ through $R_5$ cancel part of the voltage drop across $R_6$.

$Q_{12}$ provides a small current to start the device when power is applied. Note that this current finds its way to $V-$ through $Q_{10}$ without contributing to output error.

As shown in the schematic, the gate of $Q_{12}$ (the chip substrate) is not connected to $V-$ as is normally the case in monolithic IC's. This unusual configuration is important in helping to extend the temperature range of the device well beyond the point at which leakage currents become significant. The single largest source of junction leakage current is the pocket containing $C_1$ and transistors $Q_1$ through $Q_5$. This current does not upset the balance of the PTAT core but, if simply brought out to $V-$, would add an error to the result. By connecting this and all other substrate currents to the positive side of $Q_{10}$, these currents are measured by the circuit. The leakage currents eventually accounted for the high temperature limit of the circuit by upsetting the balance of $Q_7$ and $Q_8$. At some point (about 210°C) the collector current of $Q_9$ is reduced to zero and the device no longer functions. Instead of a direct connection between the substrate and $Q_{10}$, $R_3$ has been inserted to isolate certain substrate capacitances which otherwise would have a detrimental effect on the frequency stability of the circuit.

Since the substrate of this chip is not electrically connected to either output lead, special packaging considerations are required. The prototype devices were assembled in TO-52 metal transistor packages with an aluminum oxide substrate between the chip and the header. A special temperature sensor package would be necessary to realize the full capabilities of this device.

Resistor $R_1$ and $R_2$ were added to provide emitter degeneration and therefore reduce the base width modulation effects between $Q_5$ and the quad of lateral p-n-p's.

The combination of $R_4$ and $C_1$ determines the frequency compensation for the main feedback loop. The values shown, which were those used in the prototypes, somewhat overcompensate the circuit.

Transistor $Q_6$ balances the collector voltages of $Q_7$ and $Q_8$. More importantly, it provides protection for the device if the applied voltage is inadvertently reversed.

The simplicity of this design is a major factor in extending its useful temperature range. Additional components could be added to refine the accuracy at the cost of more parasitic leakage and a reduced upper temperature limit. The overall accuracy of the transducer compares very favorably with conventional sensors which are more difficult and less convenient to use.

## V. LAYOUT

In this device, the layout design is as important as the circuit design. Fig. 4 is a chip photograph of a prototype device. While on-chip dissipation is not a major problem, the critical temperature sensing transistors $Q_9$, $Q_{10}$, and $Q_{11}$ are located at the opposite end of the chip from the main power consuming components $Q_1$, $Q_2$, $Q_3$, $Q_4$, $Q_7$, and $Q_8$. Note that $Q_9$ has eight large rectangular emitters with interdigitated base stripes. $Q_{11}$ is made in the same way with one identical emitter. (The two unconnected emitters were included for experimentation with other emitter ratios and current densities.) Note that the base box and isolation pocket of $Q_{11}$ are identical to those of $Q_9$. This provides first-order cancellation of leakage currents through these junctions at high temperatures.

$Q_{10}$ (which also has an extra unconnected emitter) has an additional interesting design feature. In an ordinary diode-connected transistor, the combination of falling $V_{be}$ and rising collector resistance produces saturation problems at high temperatures. $Q_{10}$ is designed to avoid this as shown in Fig. 5. The majority of the collector resistance of a monolithic n-p-n transistor is in the epi between the buried layer and the

TIMKO: IC TEMPERATURE TRANSDUCER

787



(a)



Fig. 5. Detail of diode $Q_{10}$.



Fig. 6. $V$–$I$ plot of a typical device at three temperatures.

(b)

Fig. 4. (a) Photograph of the 37 × 62-mil chip.  (b) Key to Fig. 4(a) showing the location of all components.

surface collector contact.  By making two surface contacts on opposite ends of the transistor and using them as a Kelvin contact, the voltage of buried layer is maintained near the base voltage over the whole temperature range.  The voltage at the terminal into which the collector current flows changes with epi resistance, but this voltage is not critical to the accuracy of the circuit.  While not as critical, $Q_5$ is also Kelvin-connected for the same reason.

Transistors $Q_1$ through $Q_4$ are wired as a cross-connected quad [3] and carefully matched in geometry and parasitics to insure faithful tracking over temperature.

## VI. PERFORMANCE

Fig. 6 shows the $V$–$I$ characteristic for voltage from zero through the operating region.  While this particular device enters its linear region at about 2.7 V, the minimum guaranteeable operating voltage, taking into account process variables, is 3.5 V.  The output impedance varies over the active region from 5 MΩ at 5 V to over 20 MΩ at 15 V and above.  Actually, the output current changes no more than about 2–3 $\mu$A over the whole useful voltage range.  Maintaining the voltage across the device within a volt of any operating point keeps this error below 0.2°C.

A supply voltage of 5 V was chosen as a convenient level at which to trim the devices.  All measurements for absolute accuracy were also made with 5 V across the device.

As mentioned earlier, these devices are adjusted to a scale factor of 1 $\mu$A/K by the laser wafer trim process discussed elsewhere [4].  The temperature of the wafer is carefully measured during the trim procedure and each device is then trimmed to indicate that temperature.  This procedure presently yields a spread of results after assembly and burn-in such that about half the devices are accurate to within ±1°C at 25°C.

Fig. 7 shows the absolute error of three different devices between −125°C and +200°C.  These devices were selected for good calibration at 25°C in order to emphasize the relative

A 439



Fig. 7. Absolute error versus temperature.



Fig. 8. Typical application as a centigrade thermometer.

linearity. The measurements were done by mounting the devices under test in an aluminum block suspended in a temperature chamber into which a calibrated thermocouple was also inserted. A direct comparison was made between the thermocouple and the devices when the block had settled near the desired temperature. The figure shows accuracy within ±0.5°C from −75°C to +150°C on all three units. This nonlinearity over this range compares favorably with the only other IC temperature transducer available which specifies a nonlinearity of 1.8°C over the −55°C to +125°C range. Thermocouples, the most widely used sensors, have a standard limit of error of ±0.8°C over a similar temperature range.

At the extremes of temperature, the inherent linearity is degraded but some devices remain useful for another 50°C on each end. At high temperatures, junction leakages, saturation resistances, and high-level injection effects eventually come into play. Most devices are useful at +175°C and a selected few will operate at +200°C. At the low end, $\beta$ degradation and increasing current in $Q_{12}$ cause the errors. We found it very difficult to evaluate the devices below −125°C because the test fixture would not settle long enough to do the measurements. The only other point we could get was to immerse the device and the thermocouple into liquid nitrogen. Most of the devices still functioned but the output impedance was seriously degraded and the accuracy at 5 V was no better than ±5°C. Early devices which were placed on 200°C powered burn-in have shown only a few tenths of a degree C change in over 2000 h after a 100-h initial burn-in period.

## VII. APPLICATION

The current mode operation of this device lends itself to numerous applications. Fig. 8 is probably the simplest and most straightforward way to use the two-terminal temperature transducer as a centigrade thermometer. Resistor $R_1$ converts the current to an accurate voltage. Voltage divider $R_2$ and $R_3$ provides the Kelvin to centigrade conversion using whatever low TC reference is available. (In most cases, the

reference and power supply are available from the meter.) For a Fahrenheit thermometer, the resistors are simply changed for a different scale factor and offset. For a Kelvin thermometer (or for centigrade with digital conversion from Kelvin), $R_2$, $R_3$, and the reference are not needed. The meter would then be connected directly across $R_1$. (The TC's of $R_1$ and the meter are, of course, critical in this circuit.) The current mode output also makes this device uniquely useful for creating a variety of linearly or functionally temperature dependent signals to use to compensate for known temperature coefficients.

## VIII. CONCLUSION

The two-terminal IC temperature transducer described in this paper develops a total supply current that is directly proportional to absolute temperature by relying on a fundamental property of bipolar transistors. The inherent linearity, insensitivity to operating voltage, and laser trim calibration make the device uniquely useful and applicable among the other sensors presently available.

## REFERENCES

[1] R. C. Dobkin, "Monolithic temperature transducer," in ISSCC Digest Tech. Papers, pp. 126–127, Feb. 1974.
[2] P. E. Gray et al., Physical Electronics and Circuit Models of Transistors. New York: Wiley, 1964.
[3] M. A. Maidique, "A high-precision monolithic super-beta operational amplifier," IEEE J. Solid-State Circuits, vol. SC-7, pp. 480–487, Dec. 1972.
[4] P. R. Holloway, "A high-yield, second generation 10-bit monolithic DAC," to be published in the IEEE J. Solid-State Circuits, Apr. 1977.



Michael P. Timko (M'76) was born in Ames, IA, on July 28, 1947. He received the B.S. and M.S. degrees from the Massachusetts Institute of Technology, Cambridge, in 1970.

Except for two intervening years in the U.S. Air Force, he has worked for the Semiconductor Division of Analog Devices (formerly Nova Devices), Wilmington, MA, since 1970, where he is a Senior Design Engineer.

Mr. Timko is a member of Tau Beta Pi, Eta Kappa Nu, and Sigma Xi.

TAB 28

EXHIBIT 6

Case 1:06-cv-00346-GMS    Document 64-3    Filed 06/29/2007    Page 20 of 45

222                                                                IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-8, NO. 3, JUNE 1973

# A Precision Reference Voltage Source

KAREL E. KUIJK

*Abstract*—With increasing temperature the base-emitter voltage of a transistor with a constant current decreases, while the difference in base-emitter voltages of two identical (integrated) transistors having a constant current ratio increases.

From the sum of the two voltages a nearly temperature-independent output voltage is obtained if this sum equals the gap voltage of silicon.

A reference voltage source of 10 V based on this principle is described. The reference part of the circuit is an integrated circuit, and thin-film resistors with a small relative temperature coefficient are used. An operational amplifier and a few resistors and capacitors complete the circuit.

The source has a parabolic temperature characteristic and the temperature peak can be controlled by resistor adjustment.

A change of $\pm 10$ K in respect to the peak temperature causes an output voltage change of $-250$ $\mu$V, while a change of $\pm 30$ K causes a change of $-2.2$ mV. A long-term stability of 10 ppm/month was measured. The circuit can compete with the best available Zener diode sources, and has the added advantage that practically no selection is necessary.

## I. Introduction

AN IDEAL dc reference voltage source should supply an output voltage with a very low temperature coefficient, a great long and short-term stability, a low internal resistance, and should be insensitive to loading. At the present time there are two types of voltage sources, namely the standard cell (saturated and unsaturated) and the Zener diode [1]. Saturated standard cells have a voltage of 1.018 V, stable to within 1 $\mu$V/yr. However they have a high temperature coefficient, amounting to $-40$ $\mu$V/K at 20°C. Unsaturated standard cells have a low temperature coefficient of about $-5$ $\mu$V/K, but they have a drift of 20–40 $\mu$V/yr. Both cells show temperature hysteresis and cannot be loaded at all.

Zener diodes with a low temperature coefficient are made by placing a Zener diode with a positive temperature coefficient (Zener voltage > 5 V) in series with a diode (negative temperature coefficient). By selection, a temperature coefficient of <5 ppm/K can be obtained. Low long-term drift of <25 ppm/yr is possible by selection that requires measurements over a period of some months [1], [2].

The principle of the reference source described here will be explained with the help of Fig. 1 [3]. In this figure $D_1$ and $D_2$ are integrated transistors, connected as diodes. It applies

$$I_1 = I_{01}(\exp(qV_{be1}/kT) - 1)$$
$$I_2 = I_{02}(\exp(qV_{be2}/kT) - 1). \qquad (1)$$

On the assumption that the input currents $I_3$ and $I_4$ of the operational amplifier are negligibly small, compared to $I_2$ and $I_1$, the output voltage $V_0$ of the operational amplifier will be

Manuscript received November 2, 1972; revised January 30, 1973.

The author is with the Philips Research Laboratories, Eindhoven, The Netherlands.



Fig. 1.  Fundamental circuit.

$$V_0 = V_{be1} + \frac{R_2}{R_3}\frac{kT}{q}\ln\frac{R_2}{R_1}\frac{I_{02}}{I_{01}}. \qquad (2)$$

In the case of integrated transistors the ratio of the saturation currents is equal to the ratio of the emitter areas and hence temperature independent. The second term in (2) will consequently increase in proportion to temperature if the resistor ratios $R_2/R_3$ and $R_2/R_1$ are temperature independent [4]. The first term in (2) shows an almost proportional decrease with temperature:

$$V_{be1} \simeq V_{oo} - CT \qquad (3)$$

where $V_{oo}$ is the gap voltage of silicon at 0 K. Hence the output voltage is temperature independent if the temperature dependences cancel each other, in which case the output voltage is [5]

$$V_0 = V_{oo}. \qquad (4)$$

A more exact calculation of the temperature behavior will now be given. From (1) it follows that

$$V_{be1} = \frac{kT}{q}\ln\left(\frac{I_1}{I_{01}} + 1\right). \qquad (5)$$

From [6] we have

$$I_o = ATn_i^2\bar\mu_n$$
$$n_i^2 = BT^3\exp(-qV_{ao}/kT)$$
$$\mu_n = CT^{-n} \qquad (6)$$

where $\mu_n$ is the mobility of electrons, $n_i$ the intrinsic carrier concentration, $n$ a parameter depending on the doping level, $V_{ao}$ the linearly extrapolated gap voltage of silicon at 0 K, $V_{ao} = 1.205$ V [6, p. 24], and $A$, $B$, and $C$ are temperature-independent parameters. From (6) it can be deduced that

$$I_o = DT^\eta\exp(-qV_{ao}/kT), \qquad (7)$$

where $D = ABC$ and $\eta = 4 - n$.

Substitution of (5) and (7) in (2) on the assumption that the output voltage is temperature independent at $T = T_0$, after a few calculations gives

$$V_0 = V_{ao} + (\eta - 1)\frac{kT}{q} - (\eta - 1)\frac{kT}{q}\ln\frac{T}{T_0}. \qquad (8)$$

A 442

223

Writing $T = T_0 + \Delta T$, one finds as a good approximation, if $\Delta T/T_0 \ll 1$, that

$$V_0 = V_{go} + (\eta - 1)\frac{kT_0}{q} - \tfrac{1}{2}(\eta - 1)\frac{kT_0}{q}\left(\frac{\Delta T}{T_0}\right)^2. \quad (9)$$

This means that the output voltage is theoretically a parabolic function of temperature. The output voltage at $T = T_0$ is equal to

$$(V_0)_{T_0} = V_{go} + (\eta - 1)\frac{kT_0}{q}. \quad (10)$$

Using the curves in [6, p. 39, 41] it can be deduced that $n \simeq 1.8$ at the normal base doping level of $5.10^{15}$ atoms/cm³, hence $\eta \simeq 2.2$. If this value is substituted in (10), together with $V_{go} = 1.205$ V, we find $(V_0)_{300\ \mathrm{K}} = 1.236$ V. A temperature shift of $\Delta T = 30$ K should give an output voltage change of $-155\ \mu$V.

In the next section it will be shown that the value of $(V_0)_{300\ \mathrm{K}}$ is in agreement with the measurements, but that the curvature of the measured parabola differs from the one found with the theory given previously.

## II. CIRCUIT CONSIDERATIONS AND TEMPERATURE MEASUREMENTS

Owing to a few sources of error, the circuit of Fig. 1 is not directly useful in practice. One of the major sources of error is the voltage drift of the operational amplifier, at least if this is not a special one chosen for low drift. This voltage drift will cause a shift of the parabolic temperature curve. The influence of the voltage drift can be reduced by the insertion of more diode pairs and a low drift preamplifier, as was done in the practical solution (Fig. 2), where 8 diode pairs and a preamplifier stage plus emitter followers were integrated.

This circuit is expected to have a parabolic temperature dependence, with a peak at $T_0 = 300$ K if the output voltage is $8 \times 1.236 = 9.888$ V. If the temperature should vary $\pm 30$ K, an output voltage change of $8 \times -156 = -1248\ \mu$V is expected, according to the calculations in the previous section.

From the measurements it was found that the temperature dependence is parabolic with a peak at $T_0 \simeq 300$ K if the output voltage is $(V_0)_{T_0} = 9.880$ V. The spread of the peak temperature, measured on 31 samples, is given in Fig. 3. A temperature change of $\pm 30$ K, however, gives an output voltage change of about $-2.2$ mV. From these values $V_{go}$ and $\eta$ can be calculated using (9), which gives $\eta = 3.125$ and $V_{go} = 1.180$ V. A measured curve and a curve calculated using these values are shown in Fig. 4. These values for $\eta$ and $V_{go}$ are not in agreement with those reported in the literature. An explanation for the differences has not yet been given.

The previously mentioned figures for $V_{go}$ and $\eta$ can be used in further calculations. For instance it can be calculated that a shift in the peak temperature of 10 K will correspond to an extra output voltage drift of 49 $\mu$V/K or a shift in peak voltage of 14.7 mV. The measurement given in Fig. 5 shows that a variation of $\pm 15$ mV in peak voltage caused a change in peak temperature of about $+12.5$ and $-9.5$ K, which is in reasonable agreement with this theory. It also can be calculated that resistors should be used with a small difference in temperature coefficients ($\leq 3$ ppm/K) while the absolute temperature coefficient





Fig. 2. Integrated part of the circuit, consisting of 8 diode pairs, a preamplifier stage, and emitter followers.



Fig. 3. Spread of the peak-temperature, measured on 31 samples.



Fig. 4. Measured and calculated temperature curve using the empirically found values of $V_{go}$ and $\eta$.



Fig. 5. Temperature behavior of a sample at three different output voltages.

224                                                                                              IEEE JOURNAL OF SOLID-STATE CIRCUITS, JUNE 1973



Fig. 6.  Complete circuit of the reference voltage source.

is far less important. A thin-film resistor network is very suitable for this purpose. Furthermore it turns out that the input voltage drift of the preamplifier, which is $\leq 2 \ \mu V/K$, is still an important source of error, together with extra drift occurring between the rows of diodes. The variations of the peak temperature in Fig. 3 are probably due to this extra drift.

Fig. 6 shows the complete circuit of the reference voltage source, designed so as to make all other drift contributions much smaller than the input voltage drift of the preamplifier. The supply voltage for the preamplifier is derived from the output voltage. The output voltage is adjusted to its nominal value by means of the potentiometer, in which case the nominal temperature behavior occurs.

### III. Settling Time, Noise, and Stability

With a view to stability and speed of response to fast load variations, the preamplifier is bypassed with a capacitor $C_1$, and a second capacitor $C_2$ equal to $C_1$ is connected to ground. The response of the circuit to fast load variations is now determined by the time constant of the operational amplifier. When a $\mu A741$ operational amplifier is used with a time constant $\tau = 0.32 \ \mu s$ ($f_{0 \ dB} = 0.5$ MHz), an output voltage variation will have a value equal to 0.1 percent of its initial value after a time $7\tau = 2.2 \ \mu s$.

The measurements given in Fig. 7 indicate that a sudden increase in output current of 5 and 10 mA corresponds to output voltage changes of 400 and 600 mV, respectively, which are eliminated in 1.5 and 2.2 $\mu s$. This is in good agreement with the theory.

The LF noise was measured as the difference between two reference sources. Fig. 8 gives the result of a 20-

min measurement in a bandwidth from dc to 0.07 Hz. A noise voltage of 17 $\mu V_{pp}$ was measured that means 9 $\mu V_{pp}$ for each circuit. In a bandwidth from dc to 100 kHz the noise voltage was 100 $\mu V_{pp}$, and in the full bandwidth from dc to 500 kHz it was 200 $\mu V_{pp}$.

To measure the long-term drift, seven randomly chosen circuits, kept at a temperature of 36.6°C $\pm$ 0.8°C, were compared for a month with a differential voltmeter (J. Fluke, model 881 A). A drift of 10 ppm/month was measured for the worst circuit and of 0 ppm for the best circuit (see Fig. 9), while maximum daily variations of $\pm 2$ ppm around the average value occurred.

### IV. Other Output Voltages

If another output voltage is wanted, for instance 10.000 V, instead of 9.880 V, the method shown in Fig. 10 can be used. It can easily be calculated that

$$V_0' = m \left[ V_{z1} \left\{ 1 + \frac{R_2}{R_3 + R_4 \left( 1 + \frac{R_2}{R_1} \right)} \right\} \right.$$
$$\left. + \frac{R_2}{R_3} \frac{kT}{q} \ln \frac{I_{03}}{I_{01}} \frac{R_2}{R_1} \right], \quad (11)$$

under the condition

$$\frac{R_3}{R_4} = \frac{R_2}{R_1}, \quad (12)$$

If

$$\frac{R_2}{R_3 + R_4 \left( 1 + \frac{R_2}{R_1} \right)} = \alpha, \quad (13)$$

XUIJK: PRECISION REFERENCE VOLTAGE SOURCE                                      225







Fig. 7. Circuit for the measurement of the settling time and the results of the measurement.

Fig. 8. Circuit for the measurement of the LF noise and the result of the measurement.



Fig. 9. Best and worst results of a long-term drift measurement performed on seven randomly chosen circuits.

(11) can be written as

$$V_0' = m(1 + \alpha)\left[V_{b+1} + \frac{1}{1 + \alpha}\frac{R_2}{R_3}\frac{kT}{q}\ln\frac{I_{02}}{I_{01}}\frac{R_3}{R_1}\right]. \quad (14)$$

If (14) is compared with (2), it is obvious that again a parabolic temperature behavior is found with a peak at $T = T_0$, if

$$(V_0')_{T_0} = m(1 + \alpha)(V_0)_{T_0}. \quad (15)$$

Therefore a peak voltage of 10.000 V at 300 K is obtained with $m = 8$, if $\alpha = 0.012$. This was confirmed by measurements.

## V. SPECIFICATIONS

| | |
|---|---|
| Output voltage (40°C) | 9.880 V (10.000 V is possible). |
| Temperature dependence | 2.2 mV for 60-K change. |
| Long-term stability | <10 ppm/month. |
| Noise: 0.0008–0.07 Hz | 9 μV$_{pp}$. |
| dc–100 kHz | 100 μV$_{pp}$. |
| dc–500 kHz | 200 μV$_{pp}$. |
| Load regulation | 70 μV for 5-mA variation. |
| Settling time | 1.3 μs for 5-mA load variation; 2.2 μs for 10-mA load variation. |
| Supply voltage | 13–30 V. |

A 445

226

IEEE JOURNAL OF SOLID-STATE CIRCUITS, JUNE 1973



Fig. 10. Proposed method to obtain other output voltages.

Supply voltage sensitivity    1 μV/V.
Output current    10 mA continuous.
Supply current    2.3 mA.
(unloaded)

## VI. Conclusions

The adjustable reference source described, which supplies a voltage of about 10 V, has a parabolic temperature dependence with a drift of about 2.2 mV over 60 K. The circuit has low-noise, good long-term stability, good rejection of supply voltage variations, and a small time constant for load variations. The performance of the circuit can be compared with the best available Zener

diode sources, and has the added advantage that practically no selection is necessary.

### Acknowledgment

The author wishes to thank J. H. J. Kokenberg for the careful execution of nearly all measurements.

### References

[1] E. Hineman and J. Roberson, "Solid state voltage references," *Instrum. Contr. Syst.*, pp. 133–135, Mar. 1971.
[2] R. F. Baker and J. Nagy, Jr., "An investigation of long-term stability of Zener voltage references," *IRE Trans. Instrum.*, vol. I-9, pp. 226–231, Sept. 1960.
[3] D. F. Hilbiber, "A new semiconductor voltage standard," in *ISSCC Dig. Tech. Papers*, 1964, pp. 32–33.
[4] C. M. Hart and C. Mulder, "An all-silicon timing circuit for automatic cameras," *Microelectron. Rel.*, vol. 9, pp. 335–340, 1970.
[5] R. J. Widlar, "New developments in IC voltage regulators," *IEEE J. Solid-State Circuits*, vol. SC-6, pp. 2–7, Feb. 1971.
[6] S. M. Sze, *Physics of Semiconductor Devices*. New York: Wiley, 1969, pp. 27, 39, 41, 269.



Karel E. Kuijk was born in Deventer, The Netherlands, on November 16, 1940. He received the Ir. degree in electrical engineering from the Technical University of Eindhoven, Eindhoven, The Netherlands, in 1964.

Since 1965 he has been working in the Philips Research Laboratories, Eindhoven, The Netherlands, on circuit design for instrumentation. He has patents pending in the areas of triangular wave generation and linear integrated circuits.

# n-Channel Ion-Implanted Enhancement/Depletion FET Circuit and Fabrication Technology

## LEONARD FORBES

*Abstract*—n-channel enhancement/depletion technology and circuits are described. The threshold voltage adjustment to form the enhancement- and depletion-mode devices are achieved by ion implantation. This allows optimization of the performance and circuit density. The calculated and experimentally observed speed-power product is 10 pJ/pF with a single +5-V power supply.

Inversion of the field region on the high resistivity p-type substrate is completely eliminated by the use of an implanted field shield.

## Introduction

DEPLETION-MODE FET load devices can give a two- to tenfold improvement in the speed-power product of FET circuits in comparison to linear load resistors or saturated mode FET load devices [1], [2]. A repletion-mode device is normally on and acts almost like a constant current source charging the

Manuscript received October 11, 1972; revised January 2, 1973.
The author was with the IBM Components Division, Manassas, Va. He is now with the Department of Electrical Engineering, University of Arkansas, Fayetteville, Ark. 72701.

load capacitance during the period of time when the output voltage is rising. The speed-power product improvement is due to the fact that the load capacitance is charged by a constant current source rather than a linear or nonlinear load resistor.

This report describes an n-channel FET technology and circuits that employ enhancement-mode switching devices and depletion-mode load devices. The threshold voltage adjustments to form the enhancement- and depletion-mode devices on the same silicon chip are achieved by ion implantation. Ion implantation allows the threshold voltages to be adjusted so as to optimize the performance and circuit density. A single +5-V power supply is used to make the circuits compatible with the standard transistor-transistor logic (TTL) bipolar circuits. Field inversion on the high resistivity p-type substrate is completely eliminated by the use of an ion-implanted field shield.

The following sections will describe the device design,



# TAB 29

# EXHIBIT 7

IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-18, NO. 6, DECEMBER 1983                                                                707

# A Monolithic Conditioner for Thermocouple Signals

A. PAUL BROKAW, SENIOR MEMBER, IEEE

*Abstract*—The subject of this paper is a monolithic signal conditioner for direct thermocouple input which provides gain, common mode signal rejection, and cold-junction compensation. It provides 50 to 1 ambient temperature rejection and a nominal 10 mV/°C output range. It operates on as little as 800 µW, provides a thermocouple fault alarm, and has provision for use as a set-point feedback controller, in addition to its signal measurement capability. The circuit is fabricated on a standard linear IC process and uses laser-wafer-trimmed thin-film resistors to achieve 1°C temperature calibration.

## INTRODUCTION

THERMOCOUPLES are widely used for temperature measurement. Their popularity is due to their adaptability, low cost, ruggedness, ready availability, and the large temperature ranges over which they are effective. They are used in many industrial, commercial, and scientific applications despite certain complications of their use.

These complications arise from the fact that thermocouples measure only temperature differences and that the signal is intrinsically at a relatively low level. Unlike passive temperature sensors, which often give an absolute temperature measurement, the thermocouple is an active sensor which depends on a temperature difference to produce an output signal. The temperature measurement is inferred from a pre-established relationship between the thermocouple output voltage and the test temperature compared to a standard reference temperature. Although any convenient temperature may be used as a reference, careful and extensive measurements have been made to relate common thermocouple types to the water icepoint. This is a convenient standard due to its reproducibility under laboratory conditions. It is not very convenient for direct use in the field.

The thermal EMF associated with ordinary thermocouple types is quite low when compared to other interfering signals commonly present in the field. The output of a common *J* type thermocouple is only about 52 µV/°C around room temperature.

The integrated circuit which is the subject of this paper addresses both of these problems. It provides a correction signal to compensate for the use of an ambient temperature reference rather than one at ice temperature. It also amplifies the corrected signal to a more convenient level of about 10 mV/°C, and provides a differential input channel, with common mode signal rejection, for the thermocouple input. A fault alarm output is included on the chip which is configured to provide a variety of convenience features.

## FUNCTIONAL DESCRIPTION

Fig. 1 is a combined block diagram and pin configuration for the conditioner IC. The preamplifier on the left is a "floating" or in-amp type differential stage. It is intended to be the input from a thermocouple loop which uses the local temperature as its reference. The IC is intended to be at the local temperature also, and the ice point compensation section produces a voltage equal to the deficiency in the locally referenced thermocouple loop. This signal is applied to a second preamplifier, made identically to the first one, and the combined outputs of the preamplifiers drives a main amplifier. The output from the main amplifier is, typically, connected to a feedback circuit which fixes the gain for the combined signal. The compensation voltage is scaled to equal the voltage which would be produced by an ice bath referenced thermocouple measuring the IC temperature. When this signal is added to the locally referenced loop voltage the sum corresponds to the loop voltage which would result from an ice point reference.

When the main amplifier is unable to balance its input, by way of the feedback connection, an input overload results. This condition is detected and drives a current limited n-p-n transistor which can be used in a variety of configurations to signal an alarm. This response will be triggered by an open circuit at either or both of the in-amp inputs when no return path is provided for amplifier input current.

Several of the internal temperature controlled voltages are made available along with nodes of the feedback circuit. These access points permit the calibration of the circuit to be adjusted. These adjustments may range from optimization "tweaks" to complete recalibration for thermocouples other than *J* type, which is the calibration as the circuit is manufactured. Power is supplied to 3 pins as *V*+, *V*−, and common. The *V*− pin may be connected to common when single supply operation is desired. This is the option shown in Fig. 2, a minimum single supply

Manuscript received May 9, 1983; revised August 25, 1983.
The author is with Analog Devices Semiconductor, Wilmington, MA 01887.

0018-9200/83/1200-0707$01.00 ©1983 IEEE

A 448

708                                    IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-18, NO. 6, DECEMBER 1983



Fig. 1.  Block diagram of the monolithic circuit combining cold-junction compensation with amplification and including utility features.



Fig. 2.  Basic interconnections for single supply operation.

configuration of the device. In this figure a type $J$ thermocouple is shown directly connected to pins 1 and 14. Breaking the thermocouple loop in this way forms an effective reference junction at the temperature of these pins. These pins should be at the same temperature as the active portions of the die. A dotted line connection is shown from the thermocouple to common. This connection should be made as a return path for the in-amp input currents only if the thermocouple is "floating." Frequently, the thermocouple will be "grounded" or have a small common mode potential at the thermocouple junction itself, which can be accommodated by the IC.

The feedback from the main amplifier output is directed to the right-hand preamplifier. It should be clear that this arrangement stabilizes the voltage gain for the ice point compensation signal. What may be less apparent is that it also controls the gain for the left-hand preamp as well. The thermocouple signal applied to this input induces an effective offset in the feedback preamp and so creates a "virtual thermocouple" at its input.

INSTRUMENTATION AMPLIFIER

The instrumentation amplifier operates by nulling the difference between the outputs of two identical preamplifiers. Their outputs will match when their inputs match so that the circuit which nulls their difference must drive the input which it controls to match the voltage of the one it does not control. The effect is similar to amplifier closed-loop input offsets induced by unbalance in the second stage. In this case the unbalance is provided by an identical input stage so that the induced offset is precisely controlled. For illustrative purposes, the block diagrams indicate that the preamps have a gain $G$. This is not actually the case, since the preamps are nonlinear and nonsymmetrical around zero. Nevertheless, as long as they are well matched and the preamplifiers are sufficiently well behaved, the in-amp will operate as described.

A more detailed, and I hope satisfying, description of the operation is based on Fig. 3. The outputs of two differential preamplifiers are summed, the sum drives a high gain



$$E_O = A\,\epsilon_1, = A\,[f(x) - f(\beta E_O - \gamma)]$$

$$E_O^* = \lim_{x - (\beta E_O - \gamma) \to 0} \frac{A\,[f(x) - f(\beta E_O - \gamma)]}{(x - (\beta E_O - \gamma))}\quad (x - (\beta E_O - \gamma))$$

$$E_O^* = A\,\frac{df}{dx}\;(x - (\beta E_O - \gamma)) \Longrightarrow E_O^* = \frac{x + \gamma}{\dfrac{1}{A\dfrac{df}{dx}} + \beta}$$

$$\lim E_O^* = \frac{x + \gamma}{\beta} \Rightarrow x - (\beta E_O - \gamma) = x - ((x + \gamma) - \gamma) = 0$$
$$A\frac{df}{dx} \to \infty$$

$$\therefore \lim E_O^* = E_O = (x + \gamma)/\beta$$
$$A\frac{df}{dx} \to \infty$$

Fig. 3. A model of the in-amp principle.

amplifier, and the output drives one of the preamplifiers by way of an attenuating network.

Note that the lower preamp is labeled $-f(x)$ which means that its output is reversed in sign from the upper one. A signal applied to the upper amplifier will cause a signal $\epsilon_1$ to disturb the input to the main amplifier. This signal will appear amplified at the output and drive the feedback amplifier by way of the $\beta$ network. The change in signal at the feedback amplifier will diminish the error signal $\epsilon_1$. The error will approach zero as the differential feedback signal approaches $X_{in}$, the overall input signal.

If an additional signal $Y$ is applied to the feedback amplifier, its output will change, once again disturbing the main amplifier. The overall output will move in a direction to restore balance at the main amplifier input. The balance will be restored when the differential feedback input equals $X_{in}$ so that the signal applied to the lower (+) feedback input will be the sum of $X_{in}$ and $Y$. The output signal required to produce this effect will be magnified by the inverse of $\beta$. The analysis shown as part of Fig. 3 supports the hand waving argument and helps to illustrate the constraints on the amplifying $f(x)$. The output signal is expressed algebraically as the result of factors including the output. A dummy variable $E_O^*$ is defined as the limit of $E_O$ as the difference between the differential amplifier input and the feedback amplifier input becomes small. Multiplying and dividing by this difference leaves $E_O^*$ unchanged, but alters the form of the expression to include the derivative of $f(x)$.

In order to proceed with the analysis $df/dx$ must exist as the limit of $(f(x) - f(BE_O - Y))/(x - (BE_O - Y))$. This constrains the preamp function $f(x)$ to be continuous and

differentiable at every point of intended operation.

Since $E_O^*$ is the limiting case of $E_O$, the expression can be manipulated algebraically to yield the result on the right of the third line. This should be recognizable as one of the usual forms for a feedback amplifier response. Taking the limit as the gain factor $A(df/dx)$ becomes large leads to the usual result, that the dummy variable $E_O^*$ is the input variable $(x + y)$ divided by the feedback attenuation $\beta$. Making the gain large forces the limit which causes $E_O^*$ to approach $E_O$, so that the actual output is the desired result.

The requirement that $A(df/dx)$ be large everywhere in the operating range implies that $df/dx \neq 0$. This, in turn, requires that $f(x)$ be monotonic.

The requirement that $f(x)$ be continuous, differentiable, monotonic, and have a "large" derivative all just supports the intuitive observation that if the preamps are well matched and have a lot of gain, a little nonlinearity will not hurt. In fact, the circuit actually used for this function is not only nonlinear, but is nonsymmetrical about zero as well.

The applicability of the model of Fig. 3 to the block diagram in Figs. 1 and 2 should be clear. The differential amplifier is the thermocouple input, and the feedback amplifier combines the feedback with the ice-point compensation signal. In practice, the compensation is applied differentially, as distinguished from the single-ended input $Y$ in Fig. 3. The principle of the "virtual thermocouple" signal which is reflected from the differential signal channel to the feedback input is the same, of course.

COLD-JUNCTION REFERENCE COMPENSATION

The ice point compensation voltage is intended to simulate the output of a thermocouple loop measuring the temperature of the IC with respect to a reference temperature of 0°C. This voltage will make up the deficiency in the voltage of the actual measurement loop when it is referenced to the IC temperature.

The compensation voltage should be zero at 0°C and should increase with temperature by the same amount as the voltage from the selected thermocouple type.

The ice point, or equilibrium temperature between ice and water, is used as a reference temperature for thermocouple measurements because it is a primary standard which is convenient to produce and near the temperatures which people and instruments find comfortable. Silicon integrated circuits do not exhibit any phase changes or other basis for a primary standard near 0°C or any habitable temperature. They do, however exhibit temperature behavior predictably related to 0 K.

When two matched transistors are operated at different current density their base voltages differ by an amount proportional to absolute temperature (PTAT). This voltage is given by the well-known expression $\Delta V_{BE} = (kT/q)\ln J_1/J_2$ [1].

A second voltage which is dependably temperature sensitive can be derived from the base-emitter voltage of a transistor. This voltage falls, with rising temperature, to

IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-18, NO. 6, DECEMBER 1983



Fig. 4.  Ice point compensation from the difference of a PTAT and a CTAT voltage

zero at a temperature related to how the transistor is made and the collector current of the device. If this decline is extrapolated to low temperatures, however, the voltage at zero (absolute) will be nearly independent of how the transistor is made, as long as the collector current function used has zero as its limit at zero and is positive for all other positive transistor temperatures. That is, the temperature behavior of the base–emitter voltage around room temperature can be extrapolated toward a single value at zero. If the collector current is made to be PTAT the voltage intercept at zero will be almost independent of how the transistor is made or of the actual room temperature bias current.

The intercept approximates the extrapolated bandgap voltage. This extrapolated voltage is the complement of a PTAT voltage with respect to the intercept value of the bandgap voltage or is complementary to absolute temperature (CTAT).

Fig. 4 shows a plot of a voltage scaled from the idealized base–emitter voltage and a CTAT voltage tangent to it as in Tsividis [2]. The figure also includes a PTAT voltage proportional to the $\Delta V_{BE}$ of transistors operated at different current density. These voltages are assumed to have been adjusted relative to one another, so that they are equal to 0°C, making their difference zero. They have also been scaled, together, so that their difference at temperatures other than 0°C will closely approximate the voltage of an ice referenced thermocouple measuring the temperature of the transistors [3].

In practice, the desired voltage is a nonlinear function of temperature. The PTAT and CTAT voltages are adjusted so that their difference gives the best fit to the desired thermocouple characteristics over the intended operating temperature range.

The two voltages from which the temperature compensation is derived are developed by the four transistors shown in Fig. 5. Once this circuit has been "started," the current $i_2$ driving $Q_4$ will equal $i_1$, the current output of $Q_3$. This current drives the base of $Q_3$ positive and thereby turns on

$Q_2$. As the base voltage of $Q_2$ rises, the collector current increases until an equilibrium is reached with $Q_2$ sinking most of $i_2$. Neglecting base currents, the base voltage of $Q_2$ will stabilize at a voltage determined by $i_2$ in its collector. Since $i_2$ also flows in the diode connected $Q_4$, its base–emitter voltage will equal that of $Q_2$. In fact, the base–emitter voltages of $Q_2$, $Q_3$, and $Q_4$ are all equal since the current mirror causes them to operate at equal current density. The same current also flows in $Q_1$, but since $Q_1$ has double the emitter area it has half the current density of the others. This lowers its base–emitter voltage by the amount $(kT/q)\ln 2$. With these voltages established, the various node voltages can readily be determined. Call the base–emitter voltage common to the three transistors $V_B$, then the base of $Q_2$ is at $V_B$, the base of $Q_3$ is "up" one more at $2V_B$. The drop of $Q_4$ reduces the base voltage of $Q_1$ to $V_2$ again. And, since the base–emitter voltage of $Q_1$ is $(KT/q)\ln 2$ less than $V_B$, that must be its emitter voltage. Note that this result does not depend upon the current $i_1$, and, incidently, it does not actually require $i_2$ to equal $i_1$, as long as base currents are neglected.

The base voltage of $Q_3$ is just $2V_B$, so that it can easily be scaled down to make a small CTAT voltage. The voltage at the emitter of $Q_1$ is PTAT since it depends only on $KT/q$ and the emitter area ratio. The resistor from this point to common establishes $i_1$ and $i_2$ which are, of course, both PTAT. This assures that the CTAT voltage will have the desired form.

## CONNECTING THE PIECES

A diagram combining simplified circuits of the instrumentation amplifier and ice point compensation is shown in Fig. 6. The four transistors making up the temperature compensation are at the lower left with the associated current mirror shown above. The current mirror establishes the amplifier bias as well as the compensation bias. The split collector p-n-p $Q29$ dispenses equal current to the two identical input stages. The thermocouple input stage consists of a current mirror, shown as $Q13$ and $Q14$, which is driven by two p-n-p emitter followers $Q34$ and $Q35$. When the differential input is zero, the mirror "reflects" the output of $Q29$ directly to the base of $Q41$. This transistor is a voltage gain stage which drives the output by way of the complementary buffer $Q18$ and $Q44$.

A differential voltage applied to $Q34$ and $Q35$ by way of device pins 1 and 14 will unbalance the n-p-n mirror changing the current driving $Q41$. Assuming that the collector current of $Q37$ balanced that of $Q14$ before the input disturbance, the change will cause the output at pin 9 to change. In normal operation, pins 8 and 9 are joined so that this change drives the base of $Q32$. A second current mirror, $Q7$ and $Q8$, is energized by $Q29$ and controlled by $Q32$ and $Q33$ in the same way as the thermocouple input at pins 1 and 14. The feedback from the amplifier output to the base of $Q32$ will unbalance this second mirror and change the current driving the p-n-p mirror consisting of $Q36$ and $Q37$. This will continue until the output current



Fig. 5.  A cross-connected transistor quad provides CTAT voltage in the form of $2V_{BE}s$ and PTAT voltage from the difference of $V_{BE}s$.



Fig. 6.  Simplified schematic of the amplifier-compensator combination.

of $Q37$ has changed sufficiently to balance the changed output of $Q14$. When this balance is reestablished, the output will remain at its new value.

The output required to balance a given thermocouple input signal is, of course, the voltage required to produce an equal offset between the bases of $Q32$ and $Q33$. The attenuation of the feedback network is selected to give it a desired gain, which is about 200.

In order to establish the proper voltage across the feedback input, the amplifier must develop the voltage with respect to whatever signal is at the base of $Q33$. This voltage is a fraction of the PTAT voltage at $Q1$'s emitter and is about 8 mV at room temperature. As this voltage changes with temperature, a corresponding and amplified change is required at the amplifier output to maintain the difference voltage between the bases of $Q32$ and $Q33$.

Moreover, the open-loop voltage at the base of $Q32$ is not zero, so that an output signal is generated by this voltage as well. The open circuit voltage is a fraction of the CTAT voltage from the base of $Q3$ selected to equal the voltage at the base of $Q33$ when the IC temperature is 0°C, or, more accurately, to be just slightly above that voltage so that the amplifier output is required to be zero as it balances the feedback amplifier in the presence of the common mode potential on the difference network.

The ratios of $R50$ to $R51$ and $R52$ to $R53$ are selected to scale the PTAT and CTAT signals so that the open circuit voltage applied to the feedback amplifier will be zero at 0°C. The value of $R54$ is selected to work against $R53$ and $R52$ to give the desired gain. These five resistors are all provided with trimming tabs so that their values can be adjusted with a laser. By trimming these resistors we can

712

IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-18, NO. 6, DECEMBER 1983

TABLE I
TYPICAL PERFORMANCE CHARACTERISTICS

| Temperature | |
|---|---|
| Calibration (includes $V_{OS}$) | $\pm 1°C$ |
| Ambient Rejection (includes $V_{OS}$ drift) | 50°/° |
| Nominal Scale Factor | 10mV/°C |
| Electrical | |
| Gain | 192.3 |
| Input Bias Current | 50nA |
| Common Mode Range | $V_S - 3V$ to $-V_S - 0.2V$ |
| Common Mode Sensitivity | 0.4°C/V |
| Power Supply Sensitivity | 0.2°C/V |
| Power Supply Current | 160μA |
| Power Supply Voltages | +5 to $= V_S = 30V$ |
| Fault Alarm | |
| $V_{CE(SAT)}$ at 2mA | 150mV |
| Short Circuit Current | 25mA |

do more than tweak the errors in temperature calibration due to fabrication tolerances. We also "swallow" the offset and drift of the instrumentation amplifier by active trimming the temperature calibration using the amplifier. This overcomes the problem of the need for postassembly calibration which is common in discrete component systems.

## PERFORMANCE OF THE CIRCUIT

After temperature calibration, by trimming one or more of $R51$ through $R54$, the circuits are characterized by performance like that shown in Table I. The characteristics are separated into those related directly to temperature calibration and those which are primarily electrical.

The temperature calibration includes the effects of the in-amp input offset voltage, and the ambient rejection includes the amplifier drift. Ambient rejection is the ratio of ambient temperature change to indicated temperature with the measurement thermocouple maintained at a fixed temperature. This ratio is an indication of how well the ice point compensation voltage would match the voltage produced by an ice bath referenced thermocouple over the ambient temperature range. The rejection indicated in the table is averaged over the 0 to 50°C range.

The nominal scale factor is actually related to the electrical gain and the actual scale factor changes due to non-linearity in the thermocouple. Its room temperature nominal value is listed as a convenience.

The amplifier gain is, of course, the amount by which the compensated signal from the thermocouple loop is amplified. This fixed gain permits the signal conditioner output to be correlated with thermocouple temperature by the use of a standard thermocouple table.

A slight complication arises in this regard due to the nonlinearity of the hypothetical thermocouple reference loop. Since the ice point compensation is approximately linear and the thermocouple characteristic is not, the temperature coefficient of the compensation is adjusted to give a minimum error around "room temperature" and to have the best possible absolute calibration at 25°C. An ideally trimmed device will be correct when indicating the temperature of a 25°C thermocouple and slightly in error at 0°C. This means that a small, predictable, zero offset as well as

the gain factor must be accounted for in determining the thermocouple temperature from the output voltage of the signal. The zero offset is about 23 μV. This effect is comprehended by an equation used to relate the circuit output to the compensated input voltage, so that a standard table of thermocouple voltages can be used. The implied compensated input voltage is given by (output voltage/192.3) −23 μV.

Other electrical parameters of general interest are listed in Table I. Because the amplifier input stage is made with p-n-p followers, the amplifier will continue to operate even though the inputs may be slightly more negative than the $V-$ supply. This is a useful feature in single supply operation with $V-$ terminal returned to common. In this case, it is still possible to ground either side of the thermocouple and accommodate both negative signals and a small amount of common mode noise which may be present.

Since the circuit operates at fixed closed-loop gain, the common mode and power supply sensitivities can be referred to the output and expressed in terms of the nominal temperature scale factors. The sensitivities in the Table indicate the typical worst performance over a small range. Performance over a larger range is usually better than might be inferred from linear extrapolation of these numbers. The initial calibration remains, typically, within $\pm 0.5°C$ over a wide range of supply voltages.

Since the operating current is about 160 μA, the entire circuit can operate on about 800 μW. As a result, self heating is minimized and contributes less than 0.1°C error under this circumstance.

The power supply range is quite flexible and will be described more completely in the following section. The fault alarm output is made to sink at least one TTL load and is protected by current limiting to about 25 mA. Its function will also be described more completely.

## MORE DETAILS

It will be apparent to the experienced reader that the circuit of Fig. 6 will not likely yield the performance shown in Table I. A complete schematic diagram of the signal conditioner circuit is shown in Fig. 7. The similarity to Fig. 6 should be apparent, in particular since the same part numbers have been used wherever possible. Most of the complication results from improvements to the various current mirrors used so extensively in both biasing and signal paths. Additional features, not shown in Fig. 6, include output current limiting and the details of the alarm circuit.

The alarm output transistor is $Q21$, which has its collector and emitter available at pins 12 and 13. A small resistor in series with the emitter is used by $Q20$ to sense the output current. This transistor turns on at high output currents and steals away the limited current drive to the base of $Q19$. The Darlington connected $Q19$ drives the base of $Q21$ in response to collector current from either of $Q39$ or $Q42$. These transistors are off in normal operation, but

A 453



Fig. 7: Schematic diagram of the complete thermocouple signal conditioner.

turn on in case of input overload. If pin 14 is open circuited, the collector current of $Q16$ drops to zero and the collector of $Q37$ will swing positive until it is caught by the emitter of $Q39$. It will then deliver its output current to $Q39$ which will convey it to the base of $Q19$.

Alternatively, if pin 1 is opened while pin 14 is within the common mode range, the collector current of $Q16$ will become large driving the base of $Q40$ and, hence of $Q41$ and $Q42$, negative. When $Q42$ goes sufficiently negative it will divert from $Q31$ the current produced by $Q29$. This current will then drive $Q19$ and the alarm output.

The errant emitter shown on $Q21$ is to indicate an emitter dot used as an inverted mode collector. If the $-ALM$ pin (13) is grounded, for instance, and $+ALM$ pin (12) is open, the output current limit transistor $Q20$ will not operate. The alarm drive currents could cause $Q19$ to draw excessive supply current. The function of the inverted collector is to steal base drive from $Q19$ as $Q21$ is driven hard into bottom, and thereby limit the current delivered by $Q19$ to the base of $Q21$.

An output overload on $Q18$ will be limited by $Q17$ sensing voltage produced by load current in $R60$ and stealing base drive from $Q18$. In this case, the feedback signal will fail to go sufficiently positive, lowering the output of $Q10$ and allowing the base of $Q40$ to go negative. As a result of voltage developed across $R59$, $Q42$ will steal the drive from $Q29$ to the thermocouple input stage. This

will reduce the collector current of $Q16$ and limit the current from $Q41$ which $Q17$ is required to sink.

When $V-$ at pin 7 is connected to common at pin 4, pulldown current for the output is provided only by the load and the feedback resistor. If a negative supply is connected, current from $Q12$ can drive the Darlington pair $Q43$ and $Q44$. These transistors will supply current to drive a grounded load negative. Safe current limiting results from high injection $\beta$ falloff combined with the small current available from $Q12$.

Closed-loop frequency stabilization is provided by $C70$ in a conventional pole-splitting configuration. Its value is selected to provide adequate stability margin for the maximum anticipated signal which produces maximum input stage $g_m$. An additional capacitance, $C71$, reduces the effect of the right plane zero. This characteristic is inherent in the pole-splitting scheme, and is made troublesome by the limited bandwidth of the lateral p-n-p amplifier stages.

The cross-connected n-p-n quad and current mirror arrangement shown in Fig. 5 and 6 has a stable "off" state. To ensure turn on a pinched epitaxial FET, $Q49$ is used to start this loop. The FET is subject to wide variations in gate-source voltage as a function of negative supply. Its maximum current must not exceed the nominal output of the current mirror, so a large base pinch resistor $R68$ is used in the source lead to minimize variations in drain current.

714                                                    IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-18, NO. 6, DECEMBER 1983



Fig. 8.   Powering options to accommodate a full range of thermocouple signals from available power.

## FEATURES OF THE CONFIGURATION

This thermocouple signal conditioner circuit is designed to be used as a component in a variety of applications. The basic functions are arranged and pinned out for maximum flexibility. Many applications involve measuring temperatures from about 25°C to a few hundred degrees. The circuit has been designed to operate from a single power supply as low as 5 V for ease of use in these applications.

If negative temperature indication is required, the amplifier can be supplied with a negative voltage permitting it to drive the output negative. Larger positive supply voltage will be required for greater positive temperature range and the circuit is designed to use virtually any supply voltages with a combined maximum of 36 V, the nominal limitation of the bipolar process used. This flexibility is shown in Fig. 8.

The alarm transistor can be used as a current limited switch to drive loads either positive or negative. The only constraints on its application are that its available terminals must not be made more negative than $V-$, the collector to $V-$ voltage should not exceed 36 V, and the emitter voltage should be constrained to about 4 V below $V+$. It can be used as an open collector logic output, LED driver, relay driver, and so forth.

An important use of the circuit is facilitated by the external connection of the feedback resistor to the output. This arrangement permits the circuit to be used as the temperature comparator in a set-point controller. The feedback resistor can be driven with a voltage which corresponds to the normal output indication for a desired temperature. The open-loop output voltage will then switch from low to high as the temperature of the measurement thermocouple is increased through the selected temperature. This behavior can be used as the basis for a set-point

temperature controller of the kind shown in Fig. 9.

## PHYSICAL DESIGN

The physical arrangement of the circuit is shown in the die photograph of Fig. 10. The electrical design of the chip is made to minimize self-heating effects. Since the circuit may be required to drive a load, however, the potential for thermal feedback exists. Self heating can produce two types of error. First is the obvious error which results if the chip temperature is higher than the actual "cold" or reference junction of the thermocouple loop. The magnitude of this error is related to the actual chip to ambient temperature difference.

A second error can result from temperature differences on the chip. The two differential amplifier stages are required to match for linear operation, as shown in Fig. 3. Temperature difference between them produces a mismatch of 2 or more millivolts per degree. This will result in an error of about 40° for a temperature difference of 1°. The two input stages are positioned on opposite sides of the midline at the extreme left of the chip. The two output transistors, Q18 and Q44, are positioned on this line at the right of the chip. As a result, the corresponding elements of the two amplifier input stages are on isothermal lines with respect to the output.

The split collector p-n-p which biases the input stages is made to straddle the midline and the current mirror transistors are also placed on isotherms.

The four transistors of Fig. 5 which make up the cold-junction compensation are at the lower left center. Their emitters are positioned so that first order effects of gradients cancel.

Surrounding the temperature correction circuit are the five trim resistors which are designed to minimize sensitiv-



Fig. 9.   Pin option feedback makes simple set-point controller.



Fig. 10.   Photograph of the 59×90 mil² monolithic die.

ity of their ratios to photolithographic variations. As a result, a minimum of actual trimming is required.

The two large resistors at the upper left provide some measure of input overdrive protection in the difficult to control industrial environment.

## Conclusions

The component described here is the first monolithic circuit to combine cold-junction compensation with an instrumentation amplifier for thermocouple signal condi-

716

IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-18, NO. 6, DECEMBER 1983

tioning. It is an effective and practical low-cost solution to many measurement and control problems.

### Acknowledgment

I want to specially acknowledge the contributions of B. Gilbert whose unpublished "ADS-AMP" idea was the inspiration for the amplifier in this circuit, and B. Dobkin who first tantalized both Barrie and me with the "crossed-quad PTAT maker."

### References

[1] M. P. Timko, "A two-terminal IC temperature transducer," *IEEE J. Solid-State Circuits*, vol. SC-11, pp. 784–788, Dec. 1976.
[2] Y. P. Tsividis, "Accurate analysis of temperature effects in $I_C - V_{BE}$ characteristics with application to bandgap reference sources," *IEEE J. Solid-State Circuits*, vol. SC-15, pp. 1076–1084, Dec. 1980.
[3] G. C. M. Meijer, "Integrated circuits and components for bandgap references and temperature transducers," dissertation, Electron. Res.

Lab., Dep. Elec. Eng., Delft Univ. Technol., Delft, The Netherlands, Mar. 18, 1982, pp. 38–44.
[4] J. S. Bugler, "Silicon xter biasing for linear collector current temperature dependence," *IEEE J. Solid-State Circuits*, vol. SC-2, pp. 57–58.



A. Paul Brokaw (M'73–SM'82) was born in Minneapolis, MN, in 1935. He received the B.S. degree in physics from Oklahoma State University, Stillwater, in 1962.

During 1962 and 1963 he developed spacecraft experimental packages at Labko Scientific Inc. In 1963 he joined the Technical Staff of Arthur D. Little Inc., where he worked as an Electronic Circuit Designer and Consultant to government and industry. After six years at ADL he joined the design staff of Communication Technology Inc., where he developed standard products and produced contract designs for telecommunication suppliers. In 1971 he started at Nova Devices Inc., now the Semiconductor Division of Analog Devices Inc., Wilmington, MA, where he developed linear integrated circuits and is now a Division Fellow. He is the author of numerous technical articles, three of which have appeared in the IEEE JOURNAL OF SOLID-STATE CIRCUITS. Several of his 21 electronic patents relate to the design of integrated circuits.

# A Monolithic High-Speed Sample-and-Hold Amplifier for Digital Audio

RUDY J. VAN DE PLASSCHE AND HANS J. SCHOUWENAARS

*Abstract*—A monolithic high-speed sample-and-hold amplifier is described which has an acquisition time of 1.5 µs to 0.001 percent for a 10 V step and an aperture uncertainty of less than 0.5 ns. Distortion is 0.001 percent over the audio band, while in an A/D and D/A converter loop a signal-to-noise ratio better than 90 dB is measured. Chip size is 1.5×2.5 mm².

## Introduction

IN high-resolution A/D converter systems for digital audio, the sample-and-hold amplifier is the crucial part. Overall system performance, such as dynamic range, distortion, and noise, strongly depends on the sample-and-hold performance. Monolithic versions at reasonable prices have hitherto not been available on the market. This paper

describes a sample-and-hold amplifier which meets the digital audio requirements.

The circuit uses high-speed operational amplifiers with new frequency compensation techniques. A specially designed wide-band class-B output amplifier is used for the necessary switching operation. The switches are optimized for a low track-to-hold offset step. The whole circuit is made in a standard bipolar technology using double layer metal.

## General Sample-and-Hold Amplifier Circuit

A general sample-and-hold circuit diagram is shown in Fig. 1. The operational amplifier $A_2$ with the capacitor $C_H$ forms the hold function. In the track mode, the resistors $R$ perform a negative feedback and set the gain at −1. The amplifier $A_1$ decouples the holding capacitor $C_H$ from the feedback resistor $R$. Furthermore, this amplifier can supply a large amount of current to the holding capacitor to get a small acquisition time [1]. The switch $S_1$ is used to mini-

Manuscript received March 29, 1983; revised August 29, 1983.
R. J. van de Plassche was with Philips Research Laboratories, Eindhoven, The Netherlands. He is now with Philips Research Laboratories, Sunnyvale, Signetics Corporation, Sunnyvale, CA 94086.
H. J. Schouwenaars is with Philips Research Laboratories, Eindhoven, The Netherlands.

0018-9200/83/1200-0716$01.00 ©1983 IEEE

TAB 30

# EXHIBIT 8

# ANALYSIS AND DESIGN OF ANALOG INTEGRATED CIRCUITS

## SECOND EDITION

**PAUL R. GRAY**

**ROBERT G. MEYER**

University of California, Berkeley

**JOHN WILEY & SONS**

New York · Chichester · Brisbane · Toronto · Singapore

A 459

Copyright © 1977, 1984, by John Wiley & Sons, Inc.

All rights reserved. Published simultaneously in Canada.

Reproduction or translation of any part of
this work beyond that permitted by Sections
107 and 108 of the 1976 United States Copyright
Act without the permission of the copyright
owner is unlawful. Requests for permission
or further information should be addressed to
the Permissions Department, John Wiley & Sons.

*Library of Congress Cataloging in Publication Data:*

Gray, Paul R., 1942–
   Analysis and design of analog integrated circuits.

   Includes index.
   1.  Linear integrated circuits.   2.  Metal oxide
semiconductors.   3.   Bipolar transistors.   I.   Meyer,
Robert G., 1942–     II. Title.

TK7874.G688  1984          621.381'73          83-17098
ISBN 0-471-87493-0

Printed in the United States of America

10  9  8  7  6  5  4  3  2  1

A 460

**124    Bipolar and MOS Integrated-Circuit Technology**

back side of the starting wafer, which will become the isolation regions in the finished circuit. These grooves are about 20 $\mu$ deep for typical analog circuit processing. This step, called *moat etch*, can be accomplished with a variety of techniques, including a preferential etch that allows precise definition of the depth of the moats. Next an oxide is grown on the surface and a thick layer of polycrystalline silicon is deposited on the surface. This layer will be the mechanical support for the finished wafer and thus must be on the order of 200 $\mu$ thick. Next the starting wafer is etched or ground from the top side until it is entirely removed except for the material left in the isolated islands between the moats, as illustrated in Fig. 2.38c. After the growth of an oxide, the wafer is ready for the rest of the standard process sequence. Note that the isolation of each device is accomplished by means of an oxide layer.

### 2.6.2  Compatible Processing for High-Performance Active Devices

Many specialized circuit applications require a particular type of active device other than the *npn* and *pnp* transistors which result from the standard process schedule. These include JFETs for analog switching and low-input-current amplifiers, MOSFETS for the same applications, high-beta ("superbeta") *npn* transistors for low-input-current amplifiers, and high-speed *pnp* transistors for fast analog circuits. The fabrication of these devices generally requires the addition of one or more mask steps to the basic fabrication process. We now describe the more important of these special structures.

***Double-Diffused JFETs.*** Junction FETs can be fabricated on the same die with bipolar devices by a number of different techniques. If the base region of a standard bipolar integrated-circuit transistor is used as the channel of the JFET, as in the pinch resistor of Fig. 2.32, the resulting pinch-off voltage is much too high because of the relatively wide channel width of the resulting structure. A narrower-channel double-diffused device can be fabricated on the same die, however, by inserting an additional diffusion in the process as illustrated in Fig. 2.39a. In this process a separate $n^+$ diffusion is used to form the top gate of the JFET. The predeposition for this diffusion is made after the base diffusion. A short diffusion is then performed to partially redistribute these impurities into the wafer, and the standard emitter predeposition and diffusion are then performed. Since the gate predeposition was performed earlier, those impurities diffuse further, resulting in a pinched channel region in the JFET which is narrower than the base of the *npn* transistor. In physical structure, the JFET is conceptually identical to the pinch resistor shown in Fig. 2.32, but usually has different lateral dimensions. Similar structures can be formed by using two separate $p$-base diffusions and a single $n^+$ diffusion.

The resulting JFET structure has a typical pinch-off voltage of from 2 to 5 V, and a gate leakage current in the 10- to 100-pA range. This technique has been widely used to fabricate FET-input operational amplifiers. As an input device in such applications, the structure has several drawbacks. The channel width of the device is quite narrow, and a relatively small variation in conditions during the predeposition and diffusion will result in large variations in the channel width and

the pinchoff voltage. Also, since the bottom gate is more lightly doped than the channel, most of the depletion layer associated with this junction occurs in the lightly doped material, the gate material. As a result, the bottom gate contributes little to the transconductance of the device. Another drawback is the fact that the breakdown voltage from drain to gate is limited to that of an emitter-base junction of a bipolar transistor, or about seven volts. Therefore these devices must be used in an input stage that limits the source-drain voltage applied to the JFETs. The application of these devices in operational-amplifier circuits is discussed in Chapter 6.

*Ion-Implanted JFETs.* The drawbacks of the double-diffused structure can be overcome by fabricating the JFET with a sequence of ion-implantation steps of the type discussed in Section 2.2.6.[3] A typical ion-implanted JFET structure is shown in Fig. 2.39b. One *p*-type implantation is used to form the channel, and



Figure 2.39a  Compatible double-diffused JFET structure.



Figure 2.39b  Ion-implanted JFET structure.

base recombination current, the percentage change in base current when $V_{CB}$ is changed at a constant $V_{BE}$ would equal that of the collector current, and $r_\mu$ would be related to $r_o$ by a factor $\beta_0$. If this were the case, the effect of $r_\mu$ would be to reduce the output resistance of the cascode current source by a factor of 2 and to affect the Widlar source much less significantly.

In an actual integrated-circuit *npn* transistor, however, only a very small percentage of the base current results from recombination in the base. Since only this component is modulated by the Early effect, the observed values of $r_\mu$ are a factor of 10 or more larger than $\beta_0 r_o$. This means that the feedback resistor has a negligible effect in the *npn* current sources considered so far. For the case of lateral *pnp* transistors, the feedback resistance, $r_\mu$, is much smaller than for *npn* transistors because most of the base current results from base-region recombination. The actual value of this resistance depends on a number of processes and device geometry variables but observed values range from twice to five times $\beta_0 r_o$. Thus for *pnp* transistors, the effect of the feedback resistance can be significant when the base of the transistor is connected to a high incremental resistance.

In considering current sources that give output resistances higher than $\beta_0 r_o$, the effects of $r_\mu$ must be considered, of course. Also, for the cases we have considered so far, the base of the current-source transistor has been returned to a low-impedance point, so that current variations in $r_\mu$ did not change $V_{BE}$. If this is not the case, the variations in the current flowing in $r_\mu$ flow into the base and are amplified by the beta of the transistor, resulting in much larger variations in output current than in the cases we have considered.

### 4.2.3 Wilson Current Source

As is apparent from Fig. 4.7b, current sources that achieve Thévenin equivalent voltages in the thousand-volt range require large numbers of devices. One relatively simple circuit configuration that achieves a Thévenin voltage much larger than the Early voltage is the Wilson configuration[4] shown in Fig. 4.8. This source uses the negative feedback provided by $Q_3$ to raise the output resistance. Furthermore, first-order cancellation of the base currents is achieved with this configuration, making the ratio of the output current to reference current less sensitive to $\beta_F$. The reference current is developed by the resistor, $R$.

From a qualitative standpoint, the difference between the reference current and $I_{C1}$ will flow into the base of $Q_2$. This base current is multiplied by $(\beta_F + 1)$ and flows in the diode-connected transistor, $Q_3$, which causes current of the same magnitude to flow in $Q_1$. A feedback path is thus formed that regulates $I_{C1}$ so that it is nearly equal to the reference current. Note that transistors $Q_1$ and $Q_3$ operate at collector-emitter voltages that are different by only one diode drop, and that transistor $Q_3$ does not experience a variation in collector-emitter voltage when the voltage across the current source is varied. Thus the collector current of $Q_2$ remains very nearly equal to that in $Q_1$, independent of the voltage on the collector of $Q_2$. This implies that the collector current of $Q_2$ remains nearly constant, giving high output impedance.



**Figure 4.8**  Wilson current source.

For the purposes of dc analysis, we assume that $V_A = \infty$ and that the transistors are identical. The emitter current of $Q_2$ is equal to the collector current of $Q_3$ plus the base currents of $Q_1$ and $Q_3$.

$$-I_{E2} = I_{C3} + I_{B3} + I_{B1} = I_{C3}\left(1 + \frac{1}{\beta_F}\right) + \frac{I_{C1}}{\beta_F} \qquad (4.26)$$

$$= I_{C3}\left(1 + \frac{2}{\beta_F}\right) \qquad (4.27)$$

The collector current of $Q_2$ is then:

$$I_{C2} = -I_{E2}\left(\frac{\beta_F}{1 + \beta_F}\right) = I_{C3}\left(1 + \frac{2}{\beta_F}\right)\left(\frac{\beta_F}{1 + \beta_F}\right) \qquad (4.28)$$

using (4.27). Rearranging (4.28) we obtain

$$I_{C3} = I_{C2}\left[\frac{1}{\left(1 + \dfrac{2}{\beta_F}\right)\left(\dfrac{\beta_F}{1 + \beta_F}\right)}\right] \qquad (4.29)$$

Summing currents at the base of $Q_2$,

$$I_{C1} = I_{\text{ref}} - \frac{I_{C2}}{\beta_F} \qquad (4.30)$$

We assumed in writing (4.26) that the transistors are identical, so that:

$$I_{C1} = I_{C3} \qquad (4.31)$$

**246**    **Transistor Current Sources and Active Loads**

Inserting (4.29) and (4.30) into (4.31), we find

$$I_{C2} = I_{ref}\left(1 - \frac{2}{\beta_F^2 + 2\beta_F + 2}\right) \qquad (4.32)$$

Thus the output and reference currents differ by only a factor on the order of $2/\beta_F^2$. A small-signal analysis of the circuit, carried out in the same way as in the Widlar source, and neglecting $r_\mu$, gives an output resistance and Thévenin voltage of

$$R_o \cong \beta_0 r_{o2}/2 \qquad (4.33)$$

$$V_{Thev} \approx \beta_0 V_A/2 \qquad (4.34)$$

In the discussion of the simple current source and the Widlar and Wilson circuits, we have concentrated on the problem of obtaining the desired value of output current, which may be small, and on the problem of obtaining high output resistance in the current source. The Widlar circuit is useful for obtaining small output currents, and the Wilson circuit for obtaining high output resistance and low sensitivity to transistor base currents.

Particular circuit design problems frequently require careful control of other aspects of the performance of transistor current sources. For example, the need often arises for the generation of two currents that are equal to as high a degree of accuracy as possible. The ability to produce such matched current sources is usually limited by mismatches in the devices which make up the circuit. This problem is discussed more thoroughly in Appendix A4.1 at the end of this chapter.

A second frequently encountered requirement is that the performance of the integrated circuit be invariant when the power-supply voltage and/or the temperature varies between specified limits. This generally requires that the biasing current sources within the circuit have output currents that are insensitive to variations in power-supply voltage and temperature. The design of bias circuits to achieve these objectives is discussed in Appendices A4.2 and A4.3.

## 4.3  CURRENT SOURCES AS ACTIVE LOADS

In conventional differential amplifiers of the type discussed in Chapter 3, resistors are used as the collector load element as shown in Fig. 3.26. For this circuit, the voltage gain is

$$A_{dm} = -g_m R_C = -\frac{I_C R_C}{V_T} \qquad (4.35)$$

In order to achieve large voltage gain, the $I_C R_C$ product must be made large. This requires both a large power-supply voltage and large values of resistance.

TAB 31

# EXHIBIT 9

*American Heritage Dictionary* – *Cite This Source*
short circuit
n.   A low–resistance connection established by accident or intention between two points in an electric circuit. The current tends to flow through the area of low resistance, bypassing the rest of the circuit.

*(Download Now or Buy the Book)*
*The American Heritage® Dictionary of the English Language, Fourth Edition*
*Copyright © 2006 by Houghton Mifflin Company.*
*Published by Houghton Mifflin Company. All rights reserved.*

TAB 32

EXHIBIT 10

# THE
# RANDOM HOUSE
# DICTIONARY
# OF THE
# ENGLISH
# LANGUAGE

## Second Edition

## Unabridged

A 469

*Dedicated to the memory of*
*Jess Stein*

COPYRIGHT © 1987, BY RANDOM HOUSE, INC.

First Edition: Copyright © 1983, 1981, 1979, 1973, 1971, 1970, 1969, 1967, 1966, by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced
in any form or by any means, electronic or mechanical, including photocopying, without permission in writing from the publisher.
All inquiries should be addressed to Reference Department, Random House, Inc., 201 E. 50th Street, New York, N.Y. 10022.
Published in the United States by Random House, Inc., and simultaneously in Canada by Random House of Canada Limited, Toronto

*The Random House Dictionary of the English Language* and its abbreviations, RHD, RHDEL, RHD–I, and RHD–II, are trademarks of Random House

Library of Congress Cataloging-in-Publication Data
The Random House dictionary of the English language.
(Random House dictionaries)
1. English language—Dictionaries. I. Flexner,
Stuart Berg. II. Series.
PE1625.R3   1987     423     87-4500
ISBN 0-394-50050-4; 0-394-56500-2 deluxe ed.

A number of entered words which we have reason to believe constitute trademarks have been designated as such.
However, no attempt has been made to designate as trademarks or service marks all words or terms in which proprietary rights may exist.
The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or
legal status of the word or term as a trademark, service mark, or other proprietary term.

*The Concise French Dictionary,* edited by Francesca L. V. Langbaum, Copyright © 1983, 1954, by Random House, Inc.

*The Concise German Dictionary,* edited by Jenni Karding Moulton, Copyright © 1983, 1959, by Random House, Inc.

*The Concise Italian Dictionary,* edited by Robert A. Hall, Jr., Copyright © 1983, 1957, by Random House, Inc.

*The Concise Spanish Dictionary,* edited by Donald F. Solá, Copyright © 1983, 1954, by Random House, Inc.

Entire contents of the *Atlas,* © Copyright Hammond Incorporated, Maplewood, N.J.

*International Phonetic Alphabet,* courtesy International Phonetic Association.

short account                    1770                    shortweigh

to disparage or underestimate: Don't sell Tom short; he's really an excellent engineer. —n. 24. something that is short. 35. that which is deficient or lacking. 36. the sum and substance of a matter: gist (usually prec. by the). 37. shorts, a. trousers, knee-length or shorter. b. short pants worn by men as an undergarment. c. knee breeches, formerly worn by men. d. Finance. short-term bonds. e. Mining. crushed ore failing to pass through a given screen, thus being of a larger given size than a specific grade. Cf. fine (def. 14). 38. Accounts, discards, or refuse of various cutting and manufacturing processes. 38: a size of garment for men who are shorter than average: He wears a 42-short. 39. a garment, as a suit or overcoat, in such a size. 40. Elit. a shot that strikes or bursts short of the target. 41. Elect. See short circuit. 42. Pros. a short sound or syllable. 43. Baseball. shortstop (def. 1). 44. Motion Pictures. See short subject. 45. Finance. See short seller. 46. a deficiency or the amount of a deficiency. 47. Chiefly Brit. a small drink of straight whiskey; shot. 48. for short, by way of abbreviation: Her name is Patricia, and she's called Pat for short. 49. in short, in summary. b. in few words; in brief: In short, this has been rather a disappointing day. —v.t. 50. to cause a short circuit in. 51. to cheat by giving less than is expected or deserved: shortchange. —v.i. 52. to short-circuit. [bef. 900; ME scort (adj.), OE scort c. OHG scurz short, ON skortr shortness, scarcity.]

—Syn. 4. SHORT, BRIEF are opposed to long, and indicate slight extent or duration. SHORT may imply duration but is also applied to physical distance and certain purely spatial relations: a short journey. BRIEF refers esp. to duration of time: brief intervals. 5. terse, succinct, laconic, condensed. 6. curt, sharp, testy. 7. poor, deficient, inadequate, wanting, lacking. 12. crumbly. 14. brachycephalic. —Ant. 3, 4. long.

short' ac-count', Finance. 1. the account of a short seller. 2. See short interest. [1900-05]

short' age (shôr'tij), n. 1. a deficiency in quantity; a shortage of cash. 2. the amount of such deficiency. [1865-70; SHORT + -AGE]
—Syn. 1. lack, want, scarcity.

short' bal'lot, a ballot containing only candidates for the most important legislative and executive posts, leaving judicial and lesser administrative posts to be filled by appointment. [1910-15]

short'-billed marsh' wren' (shôrt'bild, -bild'). See sedge wren. [1870-75]

short' bread', (shôrt'bred'), n. a butter cookie commonly made in thick, pin-shaped wheels or rolled and cut in fancy shapes. [1795-1805; SHORT + BREAD]

short-cake (shôrt'kāk'), n. 1. a cake made with a relatively large amount of butter or other shortening. 2. a dessert made of short, sometimes sweetened, biscuit dough baked or split in layers, with a filling or topping of strawberries or other fruit. [1585-95; SHORT + CAKE]

short-change (shôrt'chānj'), v.t. —changed, —changing. 1. to give less than the correct change to. 2. to deal with unfairly or dishonestly; esp. to cheat. [1890-95, Amer.] —short'chang'er, n.

short' cir'cuit, Elect. an abnormal, usually unintentional condition of relatively low resistance between two points of different potential in a circuit, usually resulting in a flow of excess current. [1875-80]

short-cir-cuit (shôrt'sûr'kit), v.t. 1. Elect. a. to make (an appliance, switch, etc.) inoperable by establishing a short circuit in. b. to carry (a current) as a short circuit. 2. to bypass, impede, hinder, or frustrate: Bad weather short-circuited my vacation plans. —v.i. 3. Elect. to form a short circuit or become inoperable, due to a short circuit. [1870-75]

short'-com'ing (shôrt'kum'ing), n. a failure, defect, or deficiency in conduct, condition, thought, ability, etc.; a social shortcoming; a shortcoming of his philosophy. [1670-80; SHORT + COMING]
—Syn. fault, flaw, failing, weakness.

short-com-mons (shôrt'kom'ənz), n. (used with a singular n.) Southern U.S. a scanty allowance of food.

short' con', Slang. any simple confidence game involving a relatively small amount of money.

short' cov'ering, Finance. purchases that close out short sales on stocks or commodities.

short-cut (shôrt'kut'), n. —cut, —cutting. —v.t. 1. to cause to be shortened by the use of a shortcut. —v.i. 2. to use or take a shortcut. [1580-70] —short'-cut'ter, n.

short-cut (shôrt'kut'), n. 1. a shorter or quicker way. 2. a method, procedure, policy, etc., that reduces the time or energy needed to accomplish something. —adj. 3. constituting or providing a shorter or quicker way: shortcut methods. [1560-70; SHORT + CUT]

short-day (shôrt'dā'), adj. Bot. requiring a short photoperiod. [1915-20]

short' divi'sion, Math. division, esp. by a one-digit divisor, in which the steps of the process are performed mentally and are not written down. [1895-1900]

short'-eared' owl', a streaked, buffy brown, cosmopolitan owl, Asio flammeus, having very short tufts of feathers on each side of the head. Also called prairie-owl. [1805-15, Amer.]

short-en (shôrt'en), v.t. 1. to make short or shorter. 2. to reduce; decrease; take in; etc.: to shorten sail. 3. to

—Syn. 1. condense, lessen, limit, restrict. SHORTEN, ABBREVIATE, ABRIDGE, CURTAIL mean to make shorter or briefer. SHORTEN is a general word meaning to make less in extent or duration: to shorten a dress, a prisoner's sentence. The other three terms suggest methods of shortening. To ABBREVIATE is to make shorter by omission or contraction: to abbreviate a word. To ABRIDGE is to reduce in length or size by condensing, summarizing, and the like: to abridge a document. CURTAIL suggests deprivation and lack of completeness because of omitting some part: to curtail an explanation. 5. contract, lessen.

short-en-ing (shôrt'ning, shôrt'n ing), n. 1. butter, lard, or other fat, used to make pastry, bread, etc., short. 2. Phonet. the act, process, or an instance of making or becoming short. 3. Ling. a. the act or process of dropping one or more syllables from a word or phrase to form a shorter word with the same meaning; as, in forming plano from pianoforte; or phone from telephone. b. See clipped form. [1635-45; SHORTEN + -ING]

Shor'ter (shôr'tər), n. Frank, born 1947, U.S. marathon runner.

Shor'ter Cat'echism, one of the two catechisms established by the Westminster Assembly in 1647, used chiefly in Presbyterian churches.

short-fall (shôrt'fôl'), n. 1. the quantity or extent by which something falls short; deficiency; shortage. 2. the act or fact of falling short. [1890-95; SHORT + FALL; from v. phrase fall short]

short' field', Baseball. the area of the infield between second and third base, covered by the shortstop. [1855-60, Amer.]

short'fin cor'vi·na (shôrt'fin'). See under corvina. [1855-60, Amer.]

short' fuse', a quick temper: A person with a short fuse has to be handled diplomatically. [1965-70]

short' game', in the sport of golf considered in relation to the ability of a player to hit medium or short shots, as chip shots, pitch shots, and putts, with accuracy. Cf. long game (def. 1). 2. a card game in which not all cards in the pack are dealt before play. Cf. long game (def. 2). [1856-55, Amer.]

short-grass (shôrt'gras', -gräs'), n. any of several range grasses of short stature, as buffalo grass, prevalent in semiarid regions of the Great Plains. [1835-45, Amer.; SHORT + GRASS]

short-haired (shôrt'hârd'), adj. (of an animal) having short hair lying close to the body. [1615-25; SHORT + HAIR + -ED]

short' hairs', Slang. pubic hair. [1925-30]

short-hand (shôrt'hand'), n. 1. a method of rapid handwriting using simple strokes, abbreviations, or symbols that designate letters, words, or phrases (distinguished from longhand). 2. a simplified or makeshift manner or system of communication: We spoke in a kind of pidgin shorthand to overcome the language barrier. —adj. 3. using, or able to use shorthand. 4. written in shorthand. 5. of or pertaining to shorthand. [1630-40; SHORT + HAND]



short-handed (shôrt'han'did), adj. not having the usual or necessary number of workers, helpers, etc. [1615-25] —short'-hand'ed·ness, n.

short' haul'. See haul (def. 12).

short-haul (shôrt'hôl'), adj. of, pertaining to, or engaged in, transportation over short distances: a short-haul trucking firm. [1925-30]

short-head (shôrt'hed'), n. 1. a brachycephalic person. 2. a head with a cephalic index of 81 or over. [1890-95, Amer.] —short'-head'ed, adj.

short-horn (shôrt'hôrn'), n. one of an English breed of red, white, or roan beef cattle having short horns. Also called Durham. [1820-30; SHORT + HORN]

short-horned grass'hopper (shôrt'hôrnd'), locust (def. 1). [1885-90]

short-ie (shôrt'ē), n., adj. shorty.

short' in'terest, Finance. the total amount by which a single seller or all sellers are short in a particular stock or commodity or in the market as a whole. Also called short account, short position. [1885-90, Amer.]

short' i'ron, Golf. a club, as a pitcher, pitching-niblick, or niblick, with a short shaft and an iron head the face of which has great slope, for hitting approach shots. Cf. long iron. [1930-35]

short-ish (shôrt'ish), adj. rather short. [1790-1800; SHORT + -ISH]

short-laid (shôrt'lād'), adj. Ropemaking. hard-laid. [1785-95]

short'leaf pine' (shôrt'lēf'). 1. a pine, Pinus echinata, of the southern U.S., having short, flexible leaves. 2. the hard, brownish-yellow wood of this tree, used in the construction of houses, for making furniture, and for pulp. [1895-1900]

short' line', a bus or rail route covering only a limited

short' or'der, a dish or serving of food that is prepared upon request at a lunch counter. [1890

short-order (shôrt'ôr'dər), adj. 1. of, pertaining to or specializing in short-orders: a short-order cook; a short-order diner. 2. performed or supplied quickly: obtained a short-order divorce decree. [1900-05].

short' po·si'tion, Finance. See short interest.

short-range (shôrt'rānj'), adj. having a limited range, as in distance or time: a short-range study, a short-range plan. [1865-70]

short' rate', Insurance. a charge, proportionately higher than the annual rate, made for insurance or continued in force by the insured for less than a year.

short-run (shôrt'run'), adj. happening or provided for a short period of time: a short-run motion. [1935-40]

short' sale', an act or instance of selling short. [1865-70]

short' sell'er, Finance. a person, as a speculator, who sells short. —short' sell'ing.

short-sheet (shôrt'shēt'), v.t. 1. to fold and the top sheet of (a bed) so that it simulates both a smooth sheet, when the victim of this joke the bed, his or her legs are obstructed by the fold short-sheet the bed of (someone). Cf. apple-pie b

short' sto'ry, a very short piece of fiction, much more condensed than the average story.

short' shrift', 1. a brief time for confession or lution, given to a condemned prisoner before his execution. 2. little attention or consideration in with a person or matter to give short shrift to ar enemy's arguments. [1585-95]

short-sighted (shôrt'sī'tid), adj. 1. unable to see near-sighted; myopic. 2. lacking in fore shortsighted plan. [1615-25] —short'sight'ed·l —short'sight'ed·ness, n.
—Syn. 2. unthinking, heedless, careless, impro
—Ant. 2. prudent.

short' splice', a splice used when an increased mass of the united rope is not objectionable, made laying the rope ends a certain distance, uniting that their strands overlap, then tucking each alt over and under others several times. Cf. long split illus. under splice. [1760-70]

short-spo-ken (shôrt'spō'ken, -), adj. speaking short, brief, or curt manner. [1580-85]

short-stop (shôrt'stop'), n. 1. Baseball. a. the tion of the player covering the area of the infi tween second and third base. b. a fielder who cov positions. 2. Also called short'stop bath'. Phot stop bath. [1835-45, Amer.; SHORT + STOP].

short-sub'ject, Motion Pictures. a short film documentary or travelogue, shown as part of a pr with a feature-length film. Also called short. [1

short' sweet'ening, Chiefly Southern and M U.S. sugar. Cf. long sweetening. [1840-50, Am

short-tailed shear'water (shôrt'tāld'). See mutton bird.

short'-tailed shrew', a grayish-black shrew rina brevicauda, common in eastern North A that has a tail less than half the length of the bo called water shrew.

short-tem-pered (shôrt'tem'pərd), adj. ha quick, hasty temper; irascible. [1885-90]
—Syn. irritable, testy, choleric, waspish.

short-term (shôrt'tûrm'), adj. 1. covering or ing to a relatively short period of time. 2. mat over a relatively short period of time: a short-term 3. (of profit, loss, interest, etc.) of or pertaining to term, esp. one year or less. [1900-05]

short'-term mem'ory, information retained brain and retrievable from it over a brief span (contrasted with long-term memory). [1965-70]

short' time', a period of schedule during wh number of working hours is reduced: The reces put most of the manufacturing plants on short —short'-time', adj.

short-tim-er (shôrt'tī'mər), n. Informal. a per a soldier, who has a short period of time left to se active duty. [short time + -ER]

short' ti'tle, an abridged listing in a catalog ography, giving only such essential information author's name and the book's title, publisher, and place of publication. [1865-70]

short' ton'. See under ton (def. 1). Also cal ton. [1880-85]

short-waist-ed (shôrt'wā'stid), adj. of less th erage length between the shoulders and waistline ing a high waistline. Cf. long-waisted. [1880-90

short-wall (shôrt'wôl'), adj. Mining. pertain means of extracting coal when the working face i a third the length of the longwall system and mi done by a continuous cutter rather than by longw chinery. [1910-15; SHORT + WALL]

short-wave (shôrt'wāv'), n., adj. —v., —waved

A 471

TAB 33

EXHIBIT 11

# Ninth New Collegiate Dictionary

A Merriam-Webster®

MERRIAM-WEBSTER INC., *Publishers*
Springfield, Massachusetts, U.S.A.



# WEBSTER'S

A 472



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*A Merriam-Webster®* is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1986 by Merriam-Webster Inc.

Philippines Copyright 1986 by Merriam-Webster Inc.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's ninth new collegiate dictionary.

Based on Webster's third new international dictionary.
Includes index.
1. English language—Dictionaries.  I. Merriam-Webster Inc.
PE1628.W5638    1985        423        84-18979
ISBN 0-87779-508-8
ISBN 0-87779-509-6 (indexed)
ISBN 0-87779-510-X (deluxe)

Webster's Ninth New Collegiate Dictionary principal copyright 1983

COLLEGIATE trademark Reg. U.S. Pat. Off.

All rights reserved. No part of this book covered by the copyrights hereon may be re-produced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

shoot-'em-up \'shüt-ə-məp\ n (1947) : a movie or television show with much shooting and bloodshed

shooter \'shüt-ər\ n (13c) 1 : one that shoots: as a : a person who uses a missile-discharging device (as a rifle or bow) b : the person who is shooting or whose turn it is to shoot 2 : something that is used in combination ⟨six-shooter⟩

shooting gallery n (1836) 1 : a usu. covered range equipped with targets for practice with firearms 2 slang : a place where one can obtain narcotics and shoot up

shooting iron n (1787): FIREARM

shooting script n (ca. 1930) 1 : the final completely detailed version of a motion-picture script in which scenes are grouped in the order most convenient for shooting 2 : the final version of a television script used in the production of a program

shooting star n (1593) 1 : a visual meteor appearing as a temporary streak of light in the night sky 2 : a North American perennial herb (genus Dodecatheon, esp. D. meadia) of the primrose family that have entire oblong leaves and showy flowers with reflexed petals

shooting stick n (1683) : a spiked stick with a top that opens into a seat

shoot-out \'shüt-,aut\ n (1948) 1 : a battle fought with handguns or rifles 2 : something resembling a shoot-out broadly : SHOWDOWN

shoot-the-chutes \,shüt-thə-'shüts\ n pl but sing in constr (1923) : an amusement ride consisting of a steep incline down which boats slide into a pool at the bottom

shoot up \'shüt-'əp\ vt (1577) 1 : to shoot or shoot at esp. indiscriminately or recklessly ⟨cowboys shooting up the town⟩ 2 : to inject (a narcotic drug) into a vein ~ vi 1 : to inject a narcotic into a vein — shoot-up \'shüt-,əp\ n

shop \'shäp\ n, often attrib [ME shoppe, fr. OE sceoppa; booth; akin to OHG scopf shed (bef. 12c)] 1 : a handicraft establishment ; ATELIER 2 : a building or room stocked with merchandise for sale : STORE b : a shoppe \'shäp\ : a small retail establishment or a department in a large one offering a specified line of goods or services ⟨a millinery ~⟩ ⟨a sandwich ~⟩ 3 : FACTORY, MILL 4 a : a school laboratory equipped for manual training b : the art or science of working with tools and machinery 5 a : a business establishment: esp : OFFICE b : SHOP-TALK

shop vb shopped; shop-ping vi (1764) 1 a : to examine goods or services with intent to buy b : to hunt through a market in search of the best buy 2 : to make a search : HUNT ~ vt 1 : to examine the stock or offerings of ⟨~ the stores for Christmas gift ideas⟩

shop-keeper \'shäp-,kē-pər\ n (ca. 1530) : STOREKEEPER 2

shop-lift \-,lift\ vb [back-formation fr. shoplifter] vt (1698) : to steal (goods on display) from a store ~ vi : to steal displayed goods from a store

shop-lift-er \-,lif-tər\ n (1680) : one who shoplifts

shop-per \'shäp-ər\ n (1862) 1 : one that shops 2 : one whose occupation is shopping as an agent for customers or for an employer 3 : a usu. free paper carrying advertising and sometimes local news

shopping bag n (1926) : a bag (as of strong paper) that has handles and is intended for carrying purchases

shopping-bag lady n (1976) : a homeless woman who roams the streets and carries all her possessions in a shopping bag

shopping center n (1939) : a group of retail stores and service establishments usu. with ample parking facilities and usu. designed to serve a community or neighborhood — called also shopping plaza

shopping list n (1970) : a list of items to be purchased; broadly : a list of related items ⟨the biggest shopping list of budget cuts —Leonard Silk⟩

shopping mall n (1959) 1 : a pedestrian mall lined by shops 2 : a shopping center with stores facing an enclosed mall

shop steward n (1915) : a union member elected as the union representative of a shop or department in dealings with the management

shop-talk \'shäp-,tòk\ n (1881) 1 : the jargon or subject matter peculiar to an occupation or a special area of interest

shop-worn \,wò(ə)rn, -,wò(ə)rn\ adj (1871) 1 : faded, soiled, or otherwise impaired by remaining too long in a store 2 : stale from excessive use or familiarity ⟨~ clichés⟩ 3 : WORN-OUT ⟨think of himself as a Hollywood cynic —A.H. Johnston⟩

shoran \'shò(ə)r-,an, 'shō(ə)r-\ n [short-range navigation] (ca. 1932) : a system of short-range navigation in which two radar signals transmitted by an airplane are intercepted and rebroadcast to the airplane by two ground stations of known position so as to determine the position of the airplane

shore \'shō(ə)r, 'shò(ə)r\ n, often attrib [ME, fr. (assumed) OE scora; akin to OE sceran to cut — more at SHEAR] (14c) 1 : the land bordering a usu. large body of water; specif : COAST 2 : a boundary or the country or place that it bounds ⟨hold him accountable for difficulties beyond our ~ that he could do nothing about —Dorothy Fosdick⟩ 3 : land as distinguished from the sea (shipboard and ~ duty)

shore vi shored; shor-ing [ME shoren; akin to ON skortha to prop] (14c) 1 : to support by a shore 2 : to give support to : BRACE — usu. used with up

shore n (15c) : a prop for preventing sinking or sagging

shore-bird \'shō(ə)r-,bərd, 'shò(ə)r-\ n (1672) : any of a suborder (Charadrii) of birds (as a plover or snipe) that frequent the seashore

shore dinner n (1892) : a dinner consisting chiefly of seafoods

shore-front \-,frənt\ n (1919) : land along a shore; specif : SHOREFRONT

shore leave n (ca. 1909) : a leave of absence to go on shore granted to a sailor or naval officer

(a ~ vacation) b : not retentive ⟨a ~ memory⟩ c : EXPEDITIOUS, QUICK ⟨made ~ work of the problem⟩ d : seeming to pass quickly ⟨made great progress in just a few ~ years⟩ 3 a : of a speech sound : having a relatively short duration b : being the member of a pair of similarly spelled vowel or vowel-containing sounds that is descended from a vowel that was short in duration but is no longer so and that does not necessarily have duration as its chief distinguishing feature ⟨the i in sin⟩ c of a syllable in prosody (1) : of relatively brief duration (2) : UNSTRESSED 4 : limited in distance ⟨a ~ trip⟩ 5 : not coming up to a measure or requirement : INSUFFICIENT ⟨in ~ supply⟩ b : not reaching far enough ⟨the throw to first was ~⟩ c : enduring privation d : insufficiently supplied ⟨~ of cash⟩ ⟨~ on brains⟩ 6 a : ABRUPT, CURT b : quickly provoked ⟨~ temper⟩ 7 : SCHOPPY 1 8 : payable at an early date 9 a : containing or cooked with shortening; also : FLAKY ⟨~ pastry⟩ b : of metal : brittle under certain conditions 10 a : not lengthy or drawn out b : made briefer : ABBREVIATED 11 a : not having goods or property that one has sold in anticipation of a fall in prices b : consisting of or relating to a sale of securities or commodities that the seller does not possess or has not contracted for at the time of the sale ⟨a ~ sale⟩ 12 : near the end of a tour of duty syn see BRIEF — short-ish \'short-ish\ adj — in short order : with dispatch : QUICKLY

short adv (14c) 1 : in a curt manner 2 : for or during a brief time. ⟨~ short-lasting⟩ 3 : at a disadvantage : UNAWARES ⟨caught ~⟩ 4 : in an abrupt manner : SUDDENLY ⟨the car stopped ~⟩ 5 : at some point or degree before a goal or point aimed at or under consideration ⟨the shells fell ~⟩ ⟨quit a month ~ of graduation⟩ 6 : clean across ⟨the axle was snapped ~⟩ 7 : by or as if by a short sale

short n (1586) 1 : the sum and substance : UPSHOT 2 : a short syllable b : a short sound or signal 3 pl a : a by-product of wheat milling that includes the germ, fine bran, and some flour b : refuse, clippings, or trimmings discarded in various manufacturing processes 4 a : knee-length or less than knee-length trousers — usu. used in pl. b : a size in clothing for short men 5 a : one who operates on the short side of the market b pl : short-term bonds 6 pl : DEFICIENCIES 7 : SHORT CIRCUIT 8 : SHORTSTOP 9 : SHORT SUBJECT — in short : by way of summary : BRIEFLY

short vt (1952) 1 : SHORTCHANGE, CHEAT 2 : SHORT-CIRCUIT

short account n (ca. 1903) : the total of open short sales in a given subject of trade or in the market as a whole

short-age \'short-ij\ n (1868) : LACK, DEFICIT

short ballot n (ca. 1911) : a ballot limiting the number of elective offices to the most important legislative and executive posts and leaving minor positions to be filled by appointment

short-bread \'short-,bred\ n (1801) : a thick cookie made of flour, sugar, and a large amount of shortening

short-cake \-,kāk\ n (1594) 1 : a crisp and often unsweetened biscuit or cookie 2 : a dessert made typically of very short richly leavened powder-biscuit dough spread with sweetened fruit b : a dish consisting of a rich biscuit split and covered with a meat mixture

short-change \-'chānj\ vt (1903) 1 : to give less than the correct amount of change to 2 : to deprive of or give less than something due — CHEAT — short-changer n

short-circuit vt (1873) 1 : to apply a short circuit to or establish a short circuit in 2 : BYPASS 3 : FRUSTRATE, IMPEDE

short circuit n (1876) : a connection of comparatively low resistance accidentally or intentionally made between points on a circuit between which the resistance is normally much greater

short-coming \'short-,kəm-iŋ, ,short-'\ n (1680) : DEFICIENCY, DEFECT

short-cut \'short-,kət, ,short-'\ n (1796) 1 : a route more direct than the one ordinarily taken 2 : a method of doing something more directly and quickly than and often not so thoroughly as by ordinary procedure

short-cut vb (1888) vt : to shorten (as a route or procedure) by use of a shortcut; also : CIRCUMVENT ~ vi : to take or use a shortcut

short-day \'short-,dā\ adj (ca. 1929) : responding to or relating to a short photoperiod — used esp. of a plant; compare DAY-NEUTRAL, LONG-DAY

short division n (ca. 1897) : mathematical division in which the successive steps are performed without writing out the remainders

shorten \'short-'n\ vb shortened; short-en-ing \'short-niŋ, -'n-iŋ\ vt (1513) 1 a : to reduce the length or duration of b : to make small ⟨~ed the odds⟩ 2 a : to reduce in power or efficiency ⟨is my hand ~ed, that I cannot redeem —Isa 50:2 (RSV)⟩ b : to deprive of effect 3 : to add fat to (pastry dough) in order to make tender and flaky ~ vi : to become short or shorter — short-en-er \'short-nər, -'n-ər\ n

syn SHORTEN, CURTAIL, ABBREVIATE, ABRIDGE, RETRENCH mean to reduce in extent. SHORTEN implies reduction in length or duration; CURTAIL adds an implication of cutting that in some way deprives of completeness or adequacy. ABBREVIATE implies a making shorter usu. by omitting some part; ABRIDGE implies a reduction in compass or scope with retention of essential elements and a relative completeness in the result. RETRENCH suggests a reduction in extent or costs of something felt to be excessive

short-en-ing \'short-niŋ, -'n-iŋ\ n (1542) 1 : the action or process of making or becoming short; specif : the dropping of the latter part of word so as to produce a new and shorter word of the same meaning. b : an edible fat used to shorten baked goods

short-fall \'short-,fòl\ n (1895) : a failure to come up to expectation or need; also : the amount of such failure

short-grass \-,gras\ n (1844) : any of various drought-tolerant grasses of short stature that form the dominant feature of dry upland plains

TAB 34

# EXHIBIT 3

Recognized as an
American National Standard (ANSI)

IEEE
Std C62.47-1992

# IEEE Guide on Electrostatic Discharge (ESD): Characterization of the ESD Environment

Sponsor

**Surge-Protective Devices Committee**
of the
**IEEE Power Engineering Society**

Approved March 19, 1992
**IEEE Standards Board**

Approved December 23, 1992
**American National Standards Institute**

**Abstract:** This guide describes the electromagnetic threat posed to electronic equipment and subassemblies by actual Electrostatic Discharge (ESD) events from humans and mobile furnishings. This guide organizes existing data on the subject of ESD in order to characterize the ESD surge environment. This guide is not an ESD test standard. It is intended to be a resource for equipment designers, and for preparers and users of ESD test standards. The manufacturing, handling, packaging, and transportation of individual electronic components, including integrated circuits, are not discussed, and this guide does not deal with mobile items such as automobiles, aircraft, or other masses of comparable size.

Keywords: electromagnetic, electrostatic discharge, ESD, surges

The Institute of Electrical and Electronics Engineers, Inc
345 East 47th Street. New York, NY 10017-2394, USA

Copyright © 1993 by the
Institute of Electrical and Electronics Engineers, Inc.
All rights reserved. Published 1993
Printed in the United States of America

ISBN 1-55937-224-9

No part of this publication may be reproduced in any form,
in an electronic retrieval system or otherwise,
without the prior written permission of the publisher.

A 476

IEEE
Std C62-47-1992

## 2. Definitions

antistatic. A property of materials that resist triboelectric charging.

approach speed. The rate at which the intruder approaches the receptor.

body/finger ESD. An electrostatic discharge from an intruding human finger or hand. Also called body/finger discharge.

body/metal discharge. See hand/metal ESD.

body/metal ESD. See hand/metal ESD. *Syn:* body/metal discharge.

brush-by. An electrostatic discharge from the human torso, such as from the hip or shoulder. *Syn:* brush-by ESD, brush-by discharge.

brush-by discharge. See brush-by.

brush-by ESD. See brush-by.

charge voltage. The voltage difference between the intruder and the receptor just prior to an ESD.

DES. Discharge Electrostatic; an alternative name for ESD.

direct ESD event. An ESD event that takes place between an intruder and a receptor in which the intruder or the receptor, or both, is an equipment victim.

equipment victim. The electronic equipment or subassembly that is subjected to the effects associated with an ESD event. It may be the intruder or receptor, or it may be in proximity to the discharge between the intruder and receptor and therefore subjected to the stress of ESD-related electromagnetic fields.

ESD. Electrostatic Discharge; the sudden transfer of charge between bodies of differing electrostatic potentials.

ESD current wave. The waveform of the discharge current between an intruder and a receptor.

ESD event. An interval that includes the ESD current, electromagnetic fields, and corona effects before and during an ESD.

fast approach. Approach speeds that engender short, subnanosecond risetime ESD current waves. Fast-approach speed depends on the voltage difference between the intruder and receptor, e.g., for rounded electrodes of 8 mm diameter, greater than 0.05 m/s, 1 m/s, and 10 m/s at charge voltages of 4 kV, 8 kV, and 16 kV respectively [13].

furniture ESD. An electrostatic discharge in which the intruder is an inanimate object such as a cart or chair, with or without a human in electrical contact with the object.

hand-to-metal impedance. The impedance between the human hand and the metal object with which it is associated in a hand/metal ESD. The metal object is usually the intruder discharge electrode. Examples of hand-to-metal impedance include resistance and capacitance

9

A 477

TAB 35

**EXHIBIT 4**

**A 478**

**PUBLIC VERSION**

UNITED STATES INTERNATIONAL TRADE COMMISSION
Washington, D.C.

| | |
|---|---|
| In the Matter of<br><br>**Certain Voltage Regulators, Components Thereof and Products Containing Same** | **Investigation No. 337-TA-564** |

**INITIAL DETERMINATION**
Administrative Law Judge Sidney Harris

Pursuant to the notice of investigation, 71 Fed. Reg. 14545 (2006), this is the

Administrative Law Judge's Initial Determination in the matter of Certain Voltage Regulators,

Components Thereof and Products Containing Same, United States International Trade

Commission Investigation No. 337-TA-564. *See* 19 C.F.R. § 210.42(a).

The Administrative Law Judge hereby determines that no violation of section 337 of the

Tariff Act of 1930, as amended, has occurred in the importation into the United States, the sale

for importation, or the sale within the United States after importation, of certain voltage

regulators, components thereof and products containing same by reason of infringement of

claims 1- 14 or 23-35 of United States Patent No. 6,411,531, or claims 1-19, 31, 34 or 35 of

United States Patent No. 6,580,258.[1]

---

[1] The Administrative Law Judge has included findings of fact in the Opinion portion of this Initial Determination. The Findings of Fact portion contains additional findings.

# TABLE OF CONTENTS

## Opinion

|  |  |  | Page |
|---|---|---|---|
| I. | Background | | 1 |
| II. | Importation or Sale. | | 3 |
| III. | Claim Construction | | 3 |
| | A. | U.S. Patent No. 6,580,258 | 5 |
| | B. | U.S. Patent No. 6,411,531 | 25 |
| IV. | Infringement Determination | | 41 |
| | A. | Products Accused Under the '258 Patent of Direct Infringement | 44 |
| | B. | Products Accused Under the '531 Patent of Direct Infringement | 63 |
| | | 1. Literal Infringement | 65 |
| | | 2. Doctrine of Equivalents | 69 |
| | C. | Indirect Infringement | 71 |
| V. | Validity | | 73 |
| | A. | The '258 Patent | 76 |
| | B. | The '531 Patent | 92 |
| VI. | Unenforceability | | 102 |
| | A. | The '258 Patent | 103 |
| | B. | The '531 Patent | 105 |
| VII. | Equitable Estoppel | | 107 |
| VIII. | Domestic Industry | | 110 |
| | A. | Technical Analysis | 110 |
| | | 1. The '258 Patent | 110 |
| | | 2. The '531 Patent | 111 |
| | B. | Economic Analysis | 114 |

**Findings of Fact**

|  |  |  | Page |
|---|---|---|---|
| I. | Infringement Determination | | 117 |
|  | A. | Products Accused Under the '258 Patent | 117 |
|  | B. | Products Accused Under the '531 Patent | 121 |
| II. | Validity | | 123 |
|  | A. | The '258 Patent | 123 |
|  | B. | The '531 Patent | 126 |
| **Conclusions of Law** | | | 128 |
| **Initial Determination and Order** | | | 130 |

The following abbreviations may be used in this Initial Determination:

ALJ    -    Administrative Law Judge

ALJX  -    Administrative Law Judge Exhibit

CDX   -    Complainant's Demonstrative Exhibit

CPX   -    Complainant's Physical Exhibit

CX     -    Complainant's Exhibit

Dep.   -    Deposition

EDIS  -    Electronic Document Imaging System

FF     -    Finding(s) of Fact

JPX   -    Joint Physical Exhibit

JX     -    Joint Exhibit

PCL   -    Proposed Conclusion of Law (CPCL, RPCL or SPCL)

PFF   -    Proposed FF (CPFF, RPFF or SPFF)

PRF   -    Proposed Reply or Rebuttal Finding (CPRF, RPRF or SPRF)

RDX   -    Respondent's Demonstrative Exhibit

RPX   -    Respondent's Physical Exhibit

RX     -    Respondent's Exhibit

SX     -    Commission Investigative Staff  Exhibit

Tr.    -    Transcript.

# I.    BACKGROUND

## A. Institution and Procedural History of This Investigation

By publication of a notice in the *Federal Register* on March 22, 2006, pursuant to

subsection (b) of section 337 of the Tariff Act of 1930, as amended, the Commission instituted

this investigation to determine:

> [W]hether there is a violation of subsection (a)(1)(B) of section 337
> in the importation into the United States, the sale for importation, or
> the sale within the United States after importation of certain voltage
> regulators, components thereof or products containing same by reason
> of infringement of one or more of claims 1- 14 and 23-35 of U.S.
> Patent No. 6,411,531 and claims 1-19, 31, 34, and 35 of U.S. Patent
> No. 6,580,258, and whether an industry in the United States exists as
> required by subsection (a)(2) of section 337.

71 Fed. Reg. 14545 (2006).

The complainant is Linear Technology Corp. (Linear) of Milpitas, California.  The

Commission named Advanced Analogic Technologies, Inc. (AATI) of Sunnyvale, California as

the respondent.  The Commission Investigative Staff of the Office of Unfair Import

Investigations (OUII) is also a party in this investigation.  *Id.*

The evidentiary hearing on the question of violation of section 337 commenced on

December 4 and ended on December 15, 2006.  The parties have filed post-hearing briefs, reply

briefs and proposed findings of fact and conclusions of law.

On March 9, 2007, AATI filed a copy of an opinion recently issued by the Court of

Appeals for the Federal Circuit in *Hakim v. Cannon Avent Group*, 2005-1398 (Fed. Cir. Feb. 23,

2007), and a memorandum arguing that the Federal Circuit's opinion would support a new

argument concerning construction of the '258 patent.  On March 21, 2007, Linear filed an

1

**A 483**

opposition to AATI's brief. The new argument would not affect the outcome of this

investigation with regard to the '258 patent, and the Federal Circuit's opinion does not affect the

claim construction or other analyses carried out on the basis of the parties' current post-hearing

briefing. Thus, the question of whether the new argument should be permitted is moot.

Following the close of the hearing, Linear filed Motion No. 564-32 to strike the hearing

testimony of an AATI's expert witness, Dr. Wei. Dr. Wei's testimony did not prejudice any

party, and is crucial to the development of a full and fair record. The motion is DENIED.

Linear's Motion No. 564-30 for sanctions is DENIED.

Further, after the close of the hearing, AATI and Linear filed several motions to add

exhibits or conform the record to the hearing evidence and the agreements of the parties.

Motions No. 564-33, 564-34, 564-35 and 654-36 are GRANTED.

## B.    The Products at Issue

The products at issue are electronic devices that are grouped in two categories:

(1) devices called voltage regulators which are accused of infringing certain claims of the '258

patent, and (2) devices called charge pumps which are accused of infringing certain claims of the

'531 patent. Many of the accused devices share similar or identical circuitry. The parties have

therefore been able to stipulate that only a relatively small number of AATI products must be

analyzed in order to make infringement determinations for the dozens of products accused in this

investigation. *See* CX-82C (Joint Stipulation Regarding Section of Representative Accused

AATI Products Based on Structure and Operation of Respective Circuitry (Nov. 3, 2006)).

2

**A 484**

## II.    IMPORTATION OR SALE

No party has contested the fact that AATI has imported and/or sold the accused products, and thus the statutory requirement of importation or sale has been satisfied, even with respect to products that were in development at the time that the parties entered into the aforementioned stipulation regarding representative products.  In addition, no party has contested the Commission's personal jurisdiction over the parties and subject-matter jurisdiction over the products subject to this investigation.  *See, e.g.,* Linear Post-Hearing Brief at 3; AATI Post-Hearing Brief at 1; OUII Post-Hearing Brief at 59.

## III.    CLAIM CONSTRUCTION

This is a patent-based investigation.  Any finding of infringement or non-infringement requires a two-step analytical approach.  First, the asserted claims of a patent must be construed as a matter of law to determine their proper scope.  Second, a factual determination must be made as to whether the properly construed claims read on an accused device.  *See Markman v. Westview Instruments, Inc.,* 52 F.3d 967, 979 (Fed. Cir. 1995)(*en banc*), *aff'd,* 517 U.S. 370 (1996).

Only those claim terms that are in controversy need to be construed, and only to the extent necessary to resolve the controversy.  *Vanderlande Indus. Nederland BV v. Int'l Trade Comm.,* 366 F.3d 1311, 1323 (Fed. Cir. 2004); *Vivid Tech., Inc. v. American Sci. & Eng'g, Inc.,* 200 F.3d 795, 803 (Fed. Cir. 1999).

Claim construction begins with the language of the claims themselves, which should be given their ordinary and customary meaning as understood by a person of ordinary skill in the art,

viewing the claim terms in the context of the entire patent.[2] *Phillips v. AWH Corp.*, 415 F.3d 1303, 1312-13 (Fed. Cir. 2005), *cert. denied*, 126 S.Ct. 1332, 164 L.Ed.2d 49 (2006).  In some instances, claim terms do not have particular meaning in a field of art, and claim construction involves little more than the application of the widely accepted meaning of commonly understood words.  *Id.* at 1314 (In such circumstances, general purpose dictionaries may be helpful.).  In many cases, claim terms have a specialized meaning, and it is necessary to determine what a person of skill in the art would have understood disputed claim language to mean, by analyzing the words of the claims themselves, the remainder of the specification, the prosecution history, and extrinsic evidence concerning relevant scientific principles, [as well as]

---

[2] With respect to claim preambles, the Court of Appeals for the Federal Circuit has explained that:

> [A] claim preamble has the import that the claim as a whole suggests for it.  In other words, when the claim drafter chooses to use both the preamble and the body to define the subject matter of the claimed invention, the invention so defined, and not some other, is the one the patent protects.

*Eaton Corp. v. Rockwell Int'l Corp.*, 323 F.3d 1332, 1339 (Fed. Cir. 2003) (quoting *Bell Communications Research, Inc. v. Vitalink Communications Corp.*, 55 F.3d 615, 620 (Fed. Cir. 1995)).
Moreover, the court has stated:

> [A]s we explained in *Griffin v. Bertina,* 285 F.3d 1029, 62 U.S.P.Q.2d 1431 (Fed. Cir. 2002), preamble language will limit the claim if it recites not merely a context in which the invention may be used, but the essence of the invention without which performance of the recited steps is nothing but an academic exercise.  *Id.* at 1033, 62 U.S.P.Q.2d at 1434.  This principle holds true here, as it frequently does for method claims:  growing and isolating are not merely circumstances in which the method may be useful, but instead are the *raison d'être* of the claimed method itself.

*Boehringer Ingelheim Vetmedica, Inc. v. Scherring-Plough Corp.*, 320 F.3d 1339, 1345 (Fed. Cir. 2003).  *See also In re Paulsen*, 30 F.3d 1475, 1479 (Fed. Cir. 1994) (terms appearing in a preamble may be deemed limitations of a claim when they give meaning to the claim and properly define the invention) (internal quotation omitted).

the meaning of technical terms, and the state of the art. *Id.* (quoting *Innova/Pure Water, Inc. v. Safari Water Filtration Sys., Inc.*, 381 F.3d 1111, 1116 (Fed. Cir. 2004)).

In cases in which the meaning of a claim term is uncertain, the specification usually is the best guide to the meaning of the term. *Phillips*, 415 F.3d at 1315. As a general rule, the particular examples or embodiments discussed in the specification are not to be read into the claims as limitations. *Markman*, 52 F.3d at 979. However, the specification is always highly relevant to the claim construction analysis. The specification is usually dispositive. It is the single best guide to the meaning of a disputed term. *Phillips*, 415 F.3d at 1315. Moreover, "[t]he construction that stays true to the claim language and most naturally aligns with the patent's description of the invention will be, in the end, the correct construction." *Id.* at 1316.

If the intrinsic evidence does not establish the meaning of a claim, then extrinsic evidence may be considered. Extrinsic evidence consists of all evidence external to the patent and the prosecution history, including inventor testimony, expert testimony and learned treatises. *Phillips*, 415 F.3d at 1317. Inventor testimony can be useful to shed light on the relevant art. In evaluating expert testimony, a court should discount any expert testimony that is clearly at odds with the claim construction mandated by the claims themselves, the written description, and the prosecution history, in other words, with the written record of the patent. *Id.* at 1318. Extrinsic evidence may be considered if a court deems it helpful in determining the true meaning of language used in the patent claims. *Id.*

### A.     U.S. Patent No. 6,580,258

United States Patent No. 6,580,258 is entitled Control Circuit and Method for Maintaining High Efficiency over Broad Current Ranges in a Switching Regulator Circuit. The

5

**A 487**

'258 patent issued on June 17, 2003, to Milton E. Wilcox and Randy G. Flatness, and it was

assigned to Linear. *See* JX-3 ('258 Patent). The specification of the '258 patent provides the

following description of voltage regulation as background to the claimed invention:

> The present invention relates to a switching regulator circuit. More particularly, the present invention relates to a control circuit and method for maintaining high efficiency over broad current ranges in a switching regulator circuit.

> The purpose of a voltage regulator is to provide a predetermined and constant output voltage to a load from a poorly-specified and fluctuating input voltage source. Generally, there are two different types of regulators: series regulators and switching regulators.

> The series regulator employs a pass element (e.g., a power transistor) coupled in series with a load and controls the voltage drop across the pass element in order to regulate the voltage which appears at the load. In contrast, the switching regulator employs a switch (e.g., a power transistor) coupled either in series or parallel with the load. The regulator controls the turning ON and turning OFF of the switch in order to regulate the flow of power to the load. The switching regulator employs inductive energy storage elements to convert the switched current pulses into a steady load current. Thus, power in a switching regulator is transmitted across the switch in discrete current pulses, whereas in a series regulator, power is transmitted across the pass element as a steady current flow.

> In order to generate a stream of current pulses, switching regulators typically include control circuitry to turn the switch on and off. The switch duty cycle, which controls the flow of power to the load, can be varied by a variety of methods. For example, the duty cycle can be varied by either (1) fixing the pulse stream frequency and varying the ON or OFF time of each pulse, or (2) fixing the ON or OFF time of each pulse and varying the pulse stream frequency.

> Which ever method is used to control the duty cycle, switching regulators are generally more efficient than series regulators. In series regulators, the pass element is generally operated in its linear region where the pass element conducts current continuously. This results in the continuous dissipation of power in the pass transistor. In contrast, in switching regulators, the switch is either OFF, where no power is

6

**A 488**

dissipated by the switch, or ON in a low impedance state, where a small amount of power is dissipated by the switch. This difference in operation generally results in reduced amounts of average power dissipation in switching regulators.

The above difference in efficiency can be more apparent when there is a high input-output voltage difference across the regulator. For example, it would not be unusual for a series regulator to have an efficiency of less than 25 percent when a switching regulator could perform an equivalent function with an efficiency of greater than 75 percent.

Because of their improved efficiency over series regulators, switching regulators are typically employed in battery-operated systems such as portable and laptop computers and hand-held instruments. In such systems, when the switching regulator is supplying close to the rated output current (e.g., when a disk or hard drive is ON in a portable or laptop computer), the efficiency of the overall circuit can be high. However, the efficiency is generally a function of output current and typically decreases at low output current. This reduction in efficiency is generally attributable to the losses associated with operating the switching regulator. These losses include, among others, quiescent current losses in the control circuitry of the regulator, switch losses, switch driver current losses and inductor/transformer winding and core losses.

The reduction in efficiency of a switching regulator at low output current can become important in battery-operated systems where maximizing battery lifetime is desirable.

In view of the foregoing, it would be desirable to provide a high efficiency switching regulator.

It would also be desirable to provide a control circuit and method for maintaining high efficiency over broad current ranges, including low output currents, in a switching regulator circuit.

JX-3 ('258 Patent), col. 1, line 20 through col. 2, line 27 (Background).

The '258 patent specification explains how the inventors addressed the desirability of

providing both a high efficiency switching regulator, and a switching regulator circuit with a

7

**A 489**

control circuit and method for maintaining high efficiency over broad current ranges (including

low output currents). The claimed invention is summarized as follows:

It is therefore an object of the present invention to provide a high efficiency switching regulator.

It is also an object of the present invention to provide a control circuit and method for maintaining high efficiency over broad current ranges, including low output currents, in a switching regulator circuit.

In accordance with these and other objects of the invention, there is provided a circuit and method for controlling a switching voltage regulator having (1) a switch including one or more switching transistors and (2) an output adapted to supply current at a regulated voltage to a load including an output capacitor. The circuit and method generates a control signal to turn the one or more switching transistors OFF under operating conditions when the voltage at the output is capable of being maintained substantially at the regulated voltage by the charge on the output capacitor (e.g., during low output currents). During such periods of time, the load does not consume power from the input power source. Therefore, the regulator efficiency is increased. If desired, other components in the switching regulator, in addition switching transistors, can also be intentionally held OFF to conserve additional power. This additional feature of the present invention can further increase the efficiency of the overall regulator circuit.

The circuit and method of the present invention can be used to control various types of switches in switching regulator circuits, including switches that use either one or more power transistors. Additionally, the circuit and method can be used to control switches in various types of switching regulator configurations, including voltage step-down, voltage step-up and polarity-inversing configurations.

Additionally, the circuit and method of the present invention can vary the OFF time of the switching transistor in response to the input and output voltages of the switching regulator. This feature of the present invention reduces the emission of audible noise from the switching regulator during low input voltage conditions. It also reduces the potential for current runaway during short circuits in the output voltage for some regulator configurations.

8

**A 490**

JX-3('258 Patent), col. 2, line 30 through col. 3, line 2 (Summary of the Invention).

One of ordinary skill in the art relevant to the '258 patent would have a bachelor's degree in electrical engineering or a similar field, and at least two years of work experience designing switching regulators.[3]  Wei Tr. 1679-1680.

The claimed invention of the '258 patent is set forth in a series of 35 claims.  Linear accuses the AATI products at issue of infringing claims 2, 3, 34 and 35.  *See* Linear Post-Hearing Brief at 5-11.  Claim 2 depends directly from claim 1, while claim 3 depends from claim 1 through claim 2.[4]  Claims 34 and 35 are independent claims.  Reproduced below are independent claim 1 and its asserted dependent claims 2 and 3, along with independent asserted claims 34 and 35.

> 1. A circuit for controlling a switching voltage regulator, the regulator having (1) a switch coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output for supplying current at a regulated voltage to a load which includes an output capacitor, the circuit comprising:
>
> > a first circuit for monitoring the output to generate a first feedback signal;
> >
> > a second circuit for generating a first control signal during a first state of circuit operation, the first control signal being responsive to the first feedback signal to vary the duty cycle of the switching transistors to maintain the output at the regulated voltage; and

---

[3] This definition of ordinary skill was provided by AATI's expert witness in response to a question asked by the Administrative Law Judge, and it is supported by AATI and the Commission Investigative Staff.  *See* AATI Post-Hearing Brief at 21; RPFF 875; OUII Post-Hearing Brief at 4 n.2; SPFF 184.  It does not appear that Linear briefed this question.

[4] A dependent claim includes all the limitations of the claim from which it depends.  *See, e.g., Wahpeton Canvas Co. v. Frontier, Inc.*, 870 F.2d 1546, 1553 (Fed. Cir. 1989).

9

**A 491**

a third circuit for generating a second control signal during a second state of circuit operation to cause both switching transistors to be OFF for a first period of time during which the output capacitor maintains the output substantially at the regulated voltage.

**2.** The circuit of claim **1** wherein the second control signal is generated in response to the first feedback signal.

**3.** The circuit of claim **2** wherein the circuit changes from the second to the first state of operation in response to the magnitude of the first feedback signal falling below a first threshold level.

**34.** A method for controlling a switching voltage regulator, the regulator having (1) a switch coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output for supplying current at a regulated voltage to a load which includes an output capacitor, the method comprising the steps of:

(a) monitoring the output to generate a first feedback signal;

(b) varying the duty cycle of the switching transistors in response to the first feedback signal to maintain the output at the regulated voltage during a first state of circuit operations;

(c) turning both switching transistors OFF for a first period of time following the first state of circuit operation so as to allow the output capacitor to maintain the output substantially at the regulated voltage by discharging during a second state of circuit operation; and

(d) turning at least one of said switching transistors ON to recharge the output capacitor following the second state of circuit operation.

**35.** A circuit for controlling a switching voltage regulator, the regulator having (1) a switch coupled to receive an input voltage and including a pair of synchronously switched switching transistors and (2) an output for supplying current at a regulated voltage to a load

10

**A 492**

which includes an output inductor, the circuit comprising:

> a first circuit for monitoring the output to generate a first feedback signal;
>
> a second circuit for generating a first control signal during a first state of circuit operation, the first control signal being responsive to the first feedback signal to vary the duty cycle of the switching transistors to maintain the output at the regulated voltage; and
>
> a third circuit for monitoring the current to the load to generate a second control signal during a second state of circuit operation to cause one of said switching transistors to be maintained OFF when the magnitude of the monitored current falls below a current threshold.

JX-3 ('258 Patent), col. 16, lines 39-63, and col. 18, line 57 through col. 20, line 14.

The parties have taken markedly different approaches with respect to the presentation of their proposed claim constructions, both during the hearing and in their post-hearing briefs. Most notably, Linear did not allocate any of its main post-hearing brief to claim construction arguments, including the substantive issues raised by the parties' disputed claim interpretations. Rather, as it did during the hearing, Linear stated that both it and its expert, Dr. Pedram, rely on the district court's claim construction order from the prior *Impala* litigation (CX-50), as revised by the Federal Circuit (CX-52); CFF 1395-1399. Linear Post-Hearing Brief at 4; *see also* Linear Reply Brief at 1 (reference to *Impala* re claim construction), 7 (reference to *Impala* re infringement).[5]

---

[5] Linear's reply brief is entitled Linear Technology Corporation's Response to Respondent Advanced Analogic Technologies Inc.'s Post Hearing Brief. It appears, however, to be Linear's comprehensive reply brief because it addresses arguments of both AATI and the Commission Investigative Staff, and it uses 29 of the 30 pages permitted for a party's reply brief. *See* Tr.
(continued...)

The *Impala* litigation referred to in Linear's brief is a suit brought by Linear in the United States District Court for the Northern District of California against several defendants for alleged infringement of U.S. Patent No. 5,481,178.  Although AATI is the respondent in this investigation, it was not a defendant or otherwise represented in the *Impala* litigation, nor were any of the accused AATI products at issue in the prior case.  The '178 patent at issue in the *Impala* litigation is a predecessor to the '258 patent which is asserted in this investigation at the Commission.[6]  With the exception of certain claims (which are technically part of the specification), the '178 and '258 patents have specifications that are substantively identical.

The *Impala* claim construction is not contained in a single, unified document nor, of course, was it rendered with respect to the issues present in this litigation.  Eight years ago, following a *Markman* hearing, the District Court construed certain claims of the predecessor '178 patent in *Linear Tech. Corp. v. Impala Linear Corp.*, No. C 98-1727 FMS, Claim Construction Order (N.D. Cal. June 9, 1999)(CX-50).  The District Court subsequently issued an order addressing a number of summary judgment motions, and altered some of the claim constructions

---

[5] (...continued)
2417.

[6] The '258 patent records its history as follows:

> The present application is a continuation of application Ser. No. 09/395,895, filed Sep. 14, 1999, now U.S. Pat. No. 6,304,066, which is a continuation of application Ser. No. 08/978,167, filed Nov. 26, 1997, now U.S. Pat. No. 5,994,885, which is a division of application Ser. No. 08/799,467, filed Feb. 13, 1997, now U.S. Pat. No. 5,731,694, which is a continuation of application Ser. No. 08/634,688, filed Apr. 18, 1996 now abandoned, which is a continuation of application Ser. No. 08/476,232, filed Jun. 07, 1995 now abandoned, which is a division of application Ser. No. 08/036,047, filed Mar. 23, 1993, now U.S. Pat. No. 5,481,178.

JX ('258 Patent), col. 1, lines 6-17.

12

**A 494**

set forth the earlier claim construction order. *See* CX-51. The District Court's decision granting summary determination of non-infringement as to one of the defendants was appealed to and vacated by the Federal Circuit, which reviewed and reversed certain of the District Court's claim constructions. *See Linear Technology Corp. v. Impala Linear Corp.*, 379 F.3d 1311 (Fed. Cir. 2004)(CX-52). A review of the *Impala* decision of the District Court and the Federal Circuit (i.e., CX-50, CX-51 and CX-52) shows that those courts have addressed numerous and varied claim terms and limitations of the '178 patent with varying degrees of relevancy to the issues presented in this investigation under the '258 patent. Linear did not analyze the claim constructions of the various *Impala* opinions in its main post-hearing brief, although it refers to portions of the opinions in connection with its infringement arguments.

While Linear and its expert rely exclusively upon the opinions of the District Court and the Federal Circuit, Linear has not argued in its briefs that those prior constructions are legally binding in this investigation. *See* Linear Post-Hearing Brief at 4; Linear Reply Brief at 1-2. Indeed, as argued by the Commission Investigative Staff, those prior opinions based on cases in which AATI did not participate could not legally bind AATI in this investigation or foreclose the Commission from construing the asserted claims in order to address all of the material issues in this investigation relating to the later-issued '258 patent. *See* OUII Post-Hearing Brief at 4-5 (citing *Texas Instruments, Inc. v. Linear Tech. Corp.,* 182 F. Supp. 2d 580, 586 (E.D. Tex. 2002) (A claim construction in prior suit did not collaterally estop unrelated defendant from seeking a new claim construction. An independent review of the claims would ensure fairness to all

parties.).[7]

Moreover, the claim construction issues raised in this investigation with respect to the '258 patent are not identical to those addressed in the prior *Impala* litigation with respect to the '178 patent. While the claim constructions from prior litigation involving the '178 patent may be informative, disputed terms of the '258 patent are construed in this Initial Determination.

In AATI's main post-hearing brief, the respondent argues that the asserted claims of the '258 patent can be divided into two groups: (1) the sleep mode claims (i.e., claims 2, 3 and 34), and (2) the reverse current prevention claim (i.e., claim 35). AATI notes that in some instances a claim term is found in more than one claim, or is found in unasserted independent claim 1 whose dependent claims 2 and 3 are specifically asserted by Linear. Based on the evidence and arguments offered during the hearing, AATI argues that the only disputed terms relevant to the asserted claims may be delineated as follows: (1) a switch including . . . a pair of synchronously switched switching transistors, (2) substantially at the regulated voltage, and (3) first state of circuit operation and the concomitant second state of circuit operation. AATI Post-Hearing Brief at 21. In its reply brief, Linear responds directly to the above three claim terms, which were briefed by AATI. *See* Linear Reply Brief at 1-2.

---

[7] Linear is especially aware of the fact that AATI cannot be bound by the *Impala* case. In the *Texas Instruments* case, cited in the text *supra*, Linear was the defendant accused of patent infringement, and demonstrated that it could not be bound by a claim construction from a prior suit in which it was not a party. *See* 182 F. Supp. at 585. Other cases addressing similar circumstances include *Kollmorgen Corp. v. Yaskawa Elec. Corp.*, 147 F. Supp. 2d 464, 470 (W.D. Va. 2001) (Courts need not blindly apply the doctrine of collateral estoppel to a prior *Markman* ruling that construes a patent's scope and claim.) and *Graco Children's Products, Inc. v. Regalo International U.C.*, 77 F. Supp.2d 660, 663 (E.D. Pa. 1999) (The Court in *Markman* did not guarantee that collateral estoppel would apply in every case, and this Court will not extend the Supreme Court ruling to mean as much, especially where, as here, the circumstances of the instant action require that a different result be reached).

14

**A 496**

The Staff's main post-hearing brief takes a different approach by discussing in detail each of the asserted claims (and independent claim 1) in a nearly limitation-by-limitation manner. *See* OUII Post-Hearing Brief at 25-35. However, it is evident that the primary areas of dispute among the parties are adequately encapsulated in the three claim terms identified by AATI, and those terms provide the structure of the claim construction portion of this Initial Determination relating to the '258 patent.[8] Any further claim construction will be addressed directly in connection with the infringement analysis.[9]

1.    **a switch including . . . a pair of synchronously switched switching transistors**

The preamble of unasserted independent claim 1 (and thus asserted dependent claims 2 and 3), and the preamble of independent asserted claim 35 indicate that the claimed invention is a circuit for controlling a switching voltage regulator in which the regulator has, *inter alia*, a switch coupled to receive an input voltage and including a pair of synchronously switched

---

[8] The Staff concurs with AATI that claims 2, 3 and 34 are sleep mode claim, and that the claimed invention also covers reverse current protection. *See* OUII Post-Hearing Brief at 20-25, 49.
    In its *Impala* opinion, the Federal Circuit identified sleep mode and current reversal protection mode as features of the claimed invention of the related '178 patent, as follows:

> The '178 patent discloses a sleep mode where both switching transistors are turned off to additionally reduce the power consumed by the regulator itself to further improve the regulator's efficiency. ['258 patent] at col. 5, ll. 59-66. Also disclosed is a current reversal prevention mode where the regulator prevents the reverse flow of electrical current to forestall power from being drained from the load. *Id.* at col. 14, ll. 1-10.

*See* 379 F.3d at 1316.

[9] Any Linear argument concerning the interpretation of claim language appears almost exclusively in connection with infringement arguments and related proposed findings of fact.

15

**A 497**

switching transistors. Asserted independent claim 34 is a method claim that similarly pertains to controlling a switching voltage regulator, the regulator having . . . a switch coupled to receive an input voltage and including a pair of synchronously switched switching transistors.

As indicated in the discussion of the general law pertaining to claim construction, terms appearing in a preamble may be deemed claim limitations when they give meaning to the claim and properly define the invention. *See Eaton Corp.*, 323 F.3d at 1339; *In re Paulsen*, 30 F.3d at 1479. No party disputes the fact that the preambles at issue add a limitation pertaining to synchronously switched switching transistors. There are, however, disputes as the meaning of the limitation.

AATI argues that the pair of transistors covered by the phrase synchronously switched switching transistors must be controlled as a single unit. AATI argues that its construction is based on the plain claim language, which indicates that the two transistors are part of single switch. Further, it is argued, each embodiment on the '258 patent specification that has switching transistors controls them as a single unit in a complimentary switching configuration. AATI refers to Figure 2 in which the patent discloses two transistors controlled by a single node so that when one transistor is on, the other is off, and there is no way to turn one transistor on or off independently of the other. AATI argues that similarly, Figures 1, 4-5, and 7-9 also disclose switching transistors that are connected for complementary switching and controlled as single unit, and that nothing in the specification suggests a broader meaning for the claim language. *See, e.g.*, AATI Post-Hearing Brief at 21-22; *see also* AATI Reply Brief at 12.

Linear argues that in general AATI proposes constructions for the asserted claims of the '258 patent that are plainly incorrect because they exclude most if not all embodiments, yet

16

**A 498**

nevertheless are later abandoned by AATI in favor of broader constructions needed to support the respondent's theories of patent invalidity. With respect to the required pair of synchronously switched switching transistors, Linear argues that nothing in the claims indicates that they must be controlled by a single node. It is argued that AATI relies on preferred embodiments, which should be covered by the claim but not used to restrict them. Linear argues that the limitations only relevant requirement is that the two transistors be driven out of phase (i.e., one is on and the other off, except for deadtime) to supply current at a regulated voltage to the load, and that such a requirement does not preclude a distinct state of operation in which both transistors are OFF (e.g., sleep mode). Linear Reply Brief at 1.

The Staff argues that the switching transistors operate in a complementary fashion, alternatively ON and OFF, except for deadtime periods during the transition between phases, during which both transistors are briefly OFF. OUII Post-Hearing Brief at 26. The Staff argues that AATI effectively seeks to limit the claim terms at issue to the precise switch configuration found in the Figures of the '258 patent, and ignores the specification's explicit definition of synchronously-switched switch as simply a switch including two switching transistors that are driven out of phase to supply current at a regulated voltage to a load. OUII Reply Brief at 3-4.

AATI's has not relied on the Figures disclosed in the '258 patent improperly to limit the patent claims. However, AATI's arguments demonstrate that the specification provides examples of the switching transistors connected by a single node or otherwise connected for complementary switching and controlled as single unit. No party disputes that fact. While the embodiments depicted or described in the specification may not require the claims to be construed in the manner proposed by AATI, the specification provides little or no support for the

17

**A 499**

proposals of Linear and the Staff. Indeed, neither Linear nor the Staff points to any Figure or

embodiment of the '258 patent specification to support their arguments that the switching

transistors operate in a broader manner, or in way that is outside the construction proposed by

AATI.

     In support of its broader construction of a synchronously-switched switch, the Staff refers

to a definition contained in the '258 patent specification, which is a switch including two

switching transistors that are driven out of phase to supply current at a regulated voltage to a

load. It does not appear, however, that this sentence provides a comprehensive definition of such

a switch, especially when it is considered in context. The sentence relied upon by the Staff

occurs in connection with the specification's discussion of Figure 2, which as discussed above,

not only discloses the two switching transistors configured as a single unit in a complimentary

switching configuration, as described by AATI, the Figures show the transistors controlled by a

single node.[10]

     Moreover, whether one considers the text relating to Figure 2 or any other part of the

specification, including the claims at issue, a pair of synchronously switched switching

transistors are not merely driven out of phase, nor are they merely two transistors that act in a

complementary manner. The transistors are described as constituting a pair and are always

described in the specification's embodiments and claims as constituting or being a part of a

_____

    [10] *See* JX-3 ('258 patent), col. 7, lines 46-51 (Control circuit **70** of switching regulator **50**
shown in FIG. **2** is used to drive a synchronously-switched switch including MOSFETs **16** and
**17**. As used herein, the term 'synchronously-switched switch' refers to a switch including two
switching transistors that are driven out of phase to supply current at a regulated voltage to a
load.).

**A 500**

single switch.[11]  While Linear and the Staff reject this switch limitation in claim construction,

they rely on the single switch limitation when arguing in favor of patent validity.  In particular,

when attempting to distinguish the prior art, the Staff argues not only that the synchronously

switched switching transistors must be coupled to the input voltage, but also that the transistors

must form a unified switch.  *See* AATI Reply Brief at 12 (citing OUII Post-Hearing Brief at 54

(The transistors in Ziermann [prior art] are on opposite sides of the transformer, and thus do not

form a *unified switch* connected to the input voltage.)(emphasis added); Linear Post-Hearing

Brief at 33; CPFF 3633 (The switches disclosed in the Ziermann patent are not coupled

together.); Pedram Tr. 2212-2213.

The switching transistors of the claimed invention are configured in a single switch.

They can, as AATI argues, be thought of as operating within a single unit.  *See* Wei Tr. 1679.

While the term single unit does not appear from the expert testimony to be a term of art, it is an

accurate description of the way in which the transistors must be used given the claim limitation at

issue.

### 2.  substantially at the regulated voltage

The term substantially at the regulated voltage is found verbatim in non-asserted

independent claim 1 (and therefore incorporated into asserted dependent claims 2 and 3) and

independent asserted claim 34.  In particular, the device covered by claim 1 requires:

---

[11] According to the specification, the basic definition of a switch used in a switching regulator
is a power transistor, which may be coupled in series or parallel with the load.  *See* JX-3 ('258
patent), col. 1, lines 33-35.  The specification further teaches that [t]he circuit and method of the
present invention can be used to control various types of switches in switching regulator circuits,
including switches that use either one or more power transistors.  JX-3 ('258 patent), col. 2, lines
55-58.

> a third circuit for generating a second control signal during a second
> state of circuit operation to cause both switching transistors to be OFF
> for a first period of time during which the output capacitor maintains
> the output substantially at the regulated voltage.

JX-3 ('258 patent), col. 16, lines 53-57.

The method of claim 34 similarly requires:

> (c) turning both switching transistors OFF for a first period of time
> following the first state of circuit operation so as to allow the output
> capacitor to maintain the output substantially at the regulated voltage
> by discharging during a second state of circuit operation. . . .

JX-3 ('258 patent), col. 19, lines 3-7.

These claim limitations recall the invention summary, quoted in full above, in which the

specification explained the way in which the claimed invention would regulate voltage in an

efficient way, as follows:

> The circuit and method generates a control signal to turn the one or
> more switching transistors OFF under operating conditions when the
> voltage at the output is capable of being maintained substantially at
> the regulated voltage by the charge on the output capacitor (e.g.,
> during low output currents). During such periods of time, the load
> does not consume power from the input power source. Therefore, the
> regulator efficiency is increased.

JX-3 ('258 patent), col. 2, lines 42-58.

The claim construction dispute among the parties is centered on the narrow phrase

substantially at the regulated voltage, and more precisely the meaning of the term substantially.

In its main post-hearing brief, AATI argues that according to the claims, during the first

state of circuit operation, the voltage is maintained at the regulated voltage, and during the

second state of circuit operation, the voltage is maintained substantially at the regulated voltage.

It is argued that by using these different terms, the claims require that the voltages be different.

20

**A 502**

AATI observes that the patent specification consistently uses the phrase substantially at the regulated voltage to refer to an operation in the second state during which the voltage is different from the regulated voltage of the first state, and that the specification never suggests that substantially at the regulated voltage can mean operating at the same average voltage as the regulated voltage. Indeed, it is argued that the specification does not disclose how to construct a circuit that would operate at the same voltage in both states. AATI Post-Hearing Brief at 22-23.

In addition, AATI relies on the hearing testimony of its expert, Dr. Wei, who testified that one of ordinary skill in the art would understand that the average values must be different in the two states in order for the two circuits to operate in the manner described in the patent. *See Id.* at 22-23 (citing, RPFF 971-977). Dr. Wei testified that notwithstanding the *Impala* District Court's construction of the '178 patent to the effect that the regulation range may be different, the voltages must be different because without a difference, the third circuit would always override the second circuit. Thus, if the voltages were the same, the voltage regulator would never operate in the first state as required by the claims. *See* Wei Tr. 1713-1719, 2127-2128.

Linear argues that AATI's proposal is a strained argument that narrows the scope and plain meaning of the claims, and contradicts the *Impala* court's ruling that substantially at allows for, but does not require, greater variation in the regulated voltage. Linear Reply Brief at 1 (citing CX-50 at LLTC3801-3802). Linear further argues that AATI's argument limits the asserted claims to a particular embodiment of the specification in which a circuit called a hysteretic comparator creates by design a necessary difference in the regulated voltage between the first and second states of circuit operation, while AATI ignores another embodiment that does not use such a comparator to take the voltage regulator out of sleep mode. It is argued that AATI

21

**A 503**

impermissibly reads the hysteretic comparator limitation of claim 5 into claim 1.[12]  *Id* at 1-2.

The Staff argues that use of the word substantially in connection with the second state of circuit operation suggests that the output voltage can vary from the designated level to a greater degree than permitted by the regulated voltage of the first state of operation, and that such a variation is consistent with the teachings of the specification in which one of the embodiments enters sleep mode when the output voltage exceeds the regulated voltage by a predetermined value.  Nevertheless, it is argued that the claim language does not require a greater degree of variability in the second state of circuit operation as compared to the first state, but merely permits such a greater degree of variation.  OUII Post-Hearing Brief at 28-30; OUII Reply Brief at 4-5.

The term substantially might be understood to mean "nearly" or "for the most part."  It

---

[12] Claim 5 of the '258 patent is as follows:

> The circuit of claim **4**, wherein the first feedback signal is a voltage feedback signal and the third circuit includes a voltage comparator having hysteresis.

JX-3 ('258 patent), col. 17, lines 1-3.

The operation of a hysteretic comparator is described in several portions of the specification describing an embodiment of the claimed invention.  For example, the specification provides:

> In accordance with the present invention, regulator circuit **50** goes into sleep mode at low output current levels as follows. Hysteretic comparator **74** monitors the feedback voltage $V_{FB}$ and goes LOW when $V_{FB}$ exceeds a predetermined voltage value in excess of the reference voltage $V_{REF}$. Such a condition is indicative of the output voltage $V_{OUT}$ exceeding a predetermined voltage value in excess of the regulated voltage $V_{REG}$. This over voltage condition is intentionally induced at low average output currents by providing a constant current source $I_1$ **72** coupled in parallel with amplifier **38**. During the over voltage condition both MOSFETS **16** and **17** are maintained OFF by way of AND gate **66** and NAND gate **68**.

*Id.* at col. 6, lines 43-55.

22

**A 504**

might also in some circumstances indicate that a certain amount of leeway or difference is

permitted when comparing two objects or events to determine whether or not they are the same.

However, the issue presented has nothing to do with making such a comparison. Rather, the

Commission is called upon to construe the specific term "substantially" at the regulated voltage.

When one examines the entire claim language and the specification to determine the meaning of

this term in its full and proper context, one discovers that the patent does not employ the term

substantially merely to indicate a certain tolerance or leeway. The word substantially is used to

indicate that the voltage should not be exactly the same, and that the difference between the

voltages is important for operation of the claimed invention.

Indeed, as pointed out by AATI, the specification does not disclose or support an

embodiment in which the voltages are the same, at least not when they are measured as averages.

Moreover, the testimony of Dr. Wei demonstrates that although the voltages are substantially the

same, there must in fact be a difference between them for the required circuits to operate, and this

would be understood by one of ordinary skill in the art reading the '258 patent.

Accordingly, it is found that the term substantially at the regulated voltage requires that in

the second state of circuit operation, the voltage is maintained substantially at the regulated

voltage although not at the same voltage.

### 3.    first state of circuit operation . . .second state of circuit operation

It is undisputed that the claims require a first state of circuit operation and a second state

of circuit operation. However, the parties disagree as to whether the states of operation are

restricted to load current levels. In particular, AATI argues that the first state of operation must

be linked to high load currents, and the second state must be linked to low load currents. *See,*

23

**A 505**

*e.g.*, AATI Post-Hearing Brief at 23-25. Linear argues that although the first state generally

occurs during high and medium load currents, and the second state generally occurs during low

load currents, the claim language provides no limitations to that effect. *See, e.g.*, Linear Reply

Brief at 2. Similarly, the Staff argues that the claims do not require the first and second states to

be linked to corresponding load conditions. *See, e.g.*, OUII Post-Hearing Brief at 28, 30.

There is no question that the particular embodiments described in the specification rely on

the fact that there are different load currents for the first and second states of operation. For

example, as explained, by the specification:

> As discussed above, control circuits **70** and **125** of FIGS. **2** and **3**, respectively, provide high-efficiency operation at low average output current levels. Such operation adapts automatically to the output current level. For example, at high output current levels during a first state of operation the switch continually alternates between an ON state and an OFF state to maintain the output voltage $V_{OUT}$ at the regulated voltage level $V_{REG}$. At low output current levels during a second state of operation, where circuit efficiency would otherwise be low, the output voltage $V_{OUT}$ is able to be maintained substantially at the regulated voltage level $V_{REG}$ by output capacitor $C_{OUT}$ without continuously turning the switch ON and OFF. Thus, the control circuit automatically identifies such a condition and allows the regulator circuit to go into a sleep mode where a minimal number of circuit components are required to be ON.

JX-3 ('258 patent), col. 8, lines 9-24.

The question is whether such an understanding of the load currents associated with the

different states of operation is restricted only to certain embodiments of the claimed invention.

The testimony of AATI's expert, Dr. Wei, shows that one of ordinary skill in the art would

understand that such a correspondence between the states of operation and varied load currents is

characteristic of the way in which the claimed invention works, and is not specific to any

particular embodiment. *See* Wei Tr. 1687-1706, 1912-1915, 2127, 2144. Further, in attempting

to distinguish the prior art, Linear's expert also relied on the fact that there are different load

currents associated with the first and second states of operation in the claimed invention of the

'258 patent. *See* Pedram Tr. 2213.

Consequently, it is found that the first state of operation is linked to high load currents,

and the second state is linked to low load currents.

**B.      U.S. Patent No. 6,411,531**

United States Patent No. 6,411,531 is entitled "Charge Pump DC/DC Converters with

Reduced Input Noise." The '531 patent issued on June 25, 2001 to Samuel H. Nork, William L.

Walter and Steven L. Martin, and was assigned to Linear. JX-1.

The specification of the '531 patent provides the following description of relevant

charge pumps as background to the claimed invention:

> This invention relates to charge pump DC/DC converters. More
> specifically, this invention relates to charge pump DC/DC converters
> with reduced noise at the input voltage source.
>
> A charge pump DC/DC converter is a power supply circuit that
> provides a regulated output voltage to a load from an input voltage
> source. One type of charge pump DC/DC converter is a switching
> DC/DC converter power supply that uses switches to convert the
> input voltage to a regulated output voltage. The switches are operated
> in sequence to first charge a capacitor from the input voltage and then
> transfer the charge to the output.
>
> However, one of the most common drawbacks of switching power
> supplies is the noise induced on the input voltage source due to
> fluctuations or variations in the current drawn by the converter power
> supply. When current flows from the input voltage to the capacitor,
> the input voltage is loaded causing it to decrease slightly. When the
> capacitor is decoupled from the input voltage, the input voltage rises.
> These voltage changes appear as noise on the input voltage bus. The
> magnitude of these changes in the input voltage level depends upon
> the equivalent series resistance of the input voltage source and the
> magnitude of the changes in the input current.

TAB 36

6

**EXHIBIT 6**

SEP 1 6 2005

# IEEE 100
# The Authoritative Dictionary of
# IEEE Standards Terms

### Seventh Edition


Published by
Standards Information Network
IEEE Press

A 509

Trademarks and disclaimers

IEEE believes the information in this publication is accurate as of its publication date; such information is subject to change without notice. IEEE is not responsible for any inadvertent errors.

Other tradenames and trademarks in this document are those of their respective owners.

The Institute of Electrical and Electronics Engineering, Inc.
3 Park Avenue. New York, NY. 10016-5997, USA

Copyright © 2000 by the Institute of Electrical and Electronics Engineers. Inc. All rights reserved. Published December 2000. Printed in the United States of America.

No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.

To order IEEE Press publications, call 1-800-678-IEEE.

Print. ISBN 0-7381-2601-2            SP1122

See other standards and standards-related product listings at: http://standards.ieee.org/

The publisher believes that the information and guidance given in this work serve as an enhancement to users, all parties must rely upon their own skill and judgement when making use of it. The publisher does not assume any liability to anyone for any loss or damage caused by any error or omission in the work, whether such error or omission is the result of negligence or any other cause. Any and all such liability is disclaimed.

This work is published with the understanding that the IEEE is supplying information through this publication, not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought. The IEEE is not responsible for the statements and opinions advanced in this publication.

Library of Congress Cataloging-in-Publication Data

IEEE 100 : the authoritative dictionary of IEEE standards terms.—7th ed.
    p. cm.
    ISBN 0-7381-2601-2 (paperback : alk. paper)
      1. Electric engineering—Dictionaries. 2. Electronics—Dictionaries. 3. Computer engineering—Dictionaries. 4. Electric engineering—Acronyms. 5. Electronics—Acronyms. 6. Computer engineering—Acronyms. I. Institute of Electrical and Electronics Engineers.

TK9 .I28 2000
621.3'03—dc21                                              00-050601

A 510

live-metal part (power and distribution transformers) A part consisting of electrically conductive material which can be energized under conditions of normal use of the equipment.
(PE/TR) C57.12.80-1978r

live parts Those parts that are designed to operate at voltage different from that of the earth
(SWG/PE/SUB/PSIM) C37.40-1993, C37.100-1992, 119-1974w, 1268-1997

live removal The process of removing boards from a backplane when power is on. (C/BA) 896.2-1991w

live room (audio and electroacoustics) A room that has an unusually small amount of sound absorption. (SP) [32]

live tank switching device A switching device in which the vessel(s) housing the interrupter(s) is at a potential above ground. (SWG/PE) C37.100-1992

live time (1) The time interval of a count during which a counting system is capable of processing input pulses Elapsed (or real) time equals live time plus dead time.
(NI) N42.14-1991

(2) The live time, in seconds and fraction thereof, of acquisition of the spectrum. It is expressed as 14 characters including decimal point with leading zeros interpreted as zeros
(NPS/NID) 1214-1992r

(3) The total time of the measurement minus the total dead time. (NI) N42.12-1994

live work Work on or near (e.g., part of tools being used or worker's body less than minimum approach distance) energized or potentially energized lines (i.e., grounding, live tool work. hot stick work, gloving and barehand work).
(T&D/PE) 516-1995

live zone The period(s) in the operating cycle of a machine during which corrective functions can be initiated.
(IA/ICTL/IAC) [60]

LLC See: logical link control.

LLC encoding See: logical link control encoding.

LLC frame See: logical link control frame.

LLC procedure See: logical link control procedure

LLC sublayer See: logical link control sublayer.

LME See: layer management entity.

LMI See: layer management interface.

LMSC See: LAN/MAN Standards Committee.

LNA See: launch numerical aperture.

L network (1) (general) A network composed of two branches in series, the free ends being connected to one pair of terminals and the junction point and one free end being connected to another pair of terminals. See also: network analysis.
(Std100) 270-1966w

(2) An unbalanced ladder network composed of a series arm and a shunt arm.



The free ends are left-hand terminal pair; the junction point and one free end are the right-hand terminal pair.

L network

(CAS) [13]

load (1) (charge) (induction and dielectric heating usage) The material to be heated See also: induction heating.
(IA) 54-1955w

(2) (power and distribution transformers) (output) The apparent power in megavolt-amperes, kilovolt-amperes, or volt-amperes that may be transferred by the transformer.
(PE/TR) C57.12.80-1978r

(3) (rotating machinery) All the numerical values of the electrical and mechanical quantities that signify the demand to be made on a rotating machine by an electric circuit or a mechanism at a given instant See also: direct-current commutating machine. (PE) [9]

(4) (programming) To place data into internal storage.
(C) [20], [85]

(5) (electric) (electric utilization) The electric power used by devices connected to an electrical generating system. See also: generating station. (PE/PSE) [54]

(6) (A) (automatic control) An energy-absorbing device. (B) (automatic control) The material, force, torque, energy, or power applied to or removed from a system or element.
(PE/EDPG) [3]

(7) (data transmission) A power-consuming device connected to a circuit One use of the word "load" is to denote a resistor or impedance which replaces some circuit element temporarily or permanently removed. For example, if a filter is disconnected from a line, the line may be artificially terminated in an impedance which simulates the filter that was removed. The artificial termination is then called a load or a dummy load (PE) 599-1985w

(8) (A) (test, measurement, and diagnostic equipment) To read information from cards or tape into memory. (B) (test, measurement, and diagnostic equipment) Building block or adapter providing a simulation of the normal termination characteristics of a unit under test. (C) (test, measurement, and diagnostic equipment) The effect that the test equipment has on the unit under test or vice versa. (MIL) [2]

(9) (A) (software) To read machine code into main memory in preparation for execution and, in some cases, to perform address adjustment and linking of modules. See also: loader. (B) (software) To copy computer instructions or data from external storage to internal storage or from internal storage to registers. Contrast: store See also: fetch; move.
(C) 610.12-1990

(10) (data management) To insert data values into a database that previously contained no data. Synonym: populate. See also: download; upload. (C) 610.5-1990w

(11) To move the image of a client program from a long-term storage medium (such as a disk) into memory where it may be executed. (C/BA) 1275-1994

(12) (A) In computer operations, the amount of scheduled work to be performed on a computer system. See also: line load. (B) In electronics, the amount of current drawn by a device. Note: This determines the "drive strength" of the circuit. See also: loading. (C) 610.7-1995, 610.10-1994

(13) To enter data or programs into storage or working registers. See also: mount. (C) 610.10-1994w

(14) Demand or energy. (PE/PSE) 858-1993w

(15) The true or apparent power consumed by power utilization equipment performing its normal function
(SWG/PE) C37.100-1992

loadability (of an air switch) The ratio of allowable continuous current at 25°C ambient temperature to rated current. Note: Loadability is a measure of the average allowable continuous current over a range of ambient temperatures from 10°C to 40°C for the air surrounding air switches.
(SWG/PE) C37.30-1992s, C37.34-1994. C37.37-1996

loadability factor (of an air switch) The ratio of allowable continuous current at a given ambient temperature to rated current. (SWG/PE) C37.37-1996

Loadable Device (LD) A station on the network that is capable of accepting a load from a Load Service.
(LM/C) 15802-4-1994

load&add A data-access operation that adds a next value to a specified data type and returns the previous data value.
(C/MM) 1596.5-1993

load-and-go (1) An operating technique in which there are no stops between the loading and execution phases of a program, and which may include assembling or compiling.
(C) [20], [85]

**shift-out character (SO)** A code extension character that substitutes. for the graphic characters of the original character set, an alternative set of graphic characters upon which agreement has been reached or that has been designated using code extension procedures. *Contrast:* shift-in character.
(C) 610.5-1990w

**shift pulse** A drive pulse that initiates shifting of characters in a register (Std100) 163-1959w

**shift register (1)** A register in which the stored data can be moved to the right or left. (C) [20], [85] (2) A register in which the data bits can be shifted in one direction or both; for example, if the contents are 11010010 and the register is shifted to the right, the result is x11010001; where x is a zero, one, or the bit shifted off the right end, depending on the type of shift register *See also:* circulating register (C) 610.10-1994w

**shim (A) (rotating machinery)** A lamination usually machined to close-tolerance thickness, for assembly between two parts to control spacing. **(B) (rotating machinery) (magnetic)** A lamination added to adjust or change the effective air gap in a magnetic circuit. *See also:* rotor; stator.
(PE) [9]

**shingle (photoelectric converter)** Combination of photoelectric converters in series in a shingle-type structure. *See also:* semiconductor (AES) [41]

**ship control telephone system** A system of sound-powered telephones (requiring no external power supply for talking) with call bells, exclusively for communication among officers responsible for control and operation of a ship. *Note* Call bells are usually energized by hand-cranked magneto generators.
(EEC/PE) [119]

**shipping brace (rotating machinery)** Any structure provided to reduce motion or stress during shipment, that must be removed before operation. (PE) [9]

**shipping seal** *See:* sealed end

**ship's service electric system** On any vessel, all electric apparatus and circuits for power and lighting, except apparatus provided primarily either for ship propulsion or for the emergency system. *Note:* Emergency and interior communication circuits are normally supplied with power from the ship's service system, upon failure of which they are switched to an independent emergency generator or other sources of supply. *See also:* marine electric apparatus (EEC/PE) [119]

**shock excitation (oscillatory systems)** The excitation of natural oscillations in an oscillatory system due to a sudden acquisition of energy from an external source or a sudden release of energy stored with the oscillatory system *See also:* oscillatory circuit. (PE/EEC) [119]

**shock motion (mechanical system)** Transient motion that is characterized by suddenness, by significant relative displacements, and by the development of substantial internal forces in the system. *See also:* mechanical shock (SP) [32]

**shock, primary** *See:* primary shock.

**shockproof electric apparatus** Electric apparatus designed to withstand, to a specified degree, shock of specified severity. *Note* The severity is stated in footpounds impact on a special test stand equivalent to shock of gunfire, explosion of mine or torpedo, etc *See also* marine electric apparatus.
(EEC/PE) [119]

**shock, secondary** *See:* secondary shock

**shoe (ramp shoe)** Part of a vehicle-carried apparatus that makes contact with a ramp (EEC/PE) [119]

**shop instruments** Instruments and meters that are used in regular routine shop or field operations. (ELM) C12.1-1982s

**shop—meter** A place where meters are inspected, repaired, tested, and adjusted (ELM) C12.1-1988

**shop test (laboratory test)** A test made upon the receipt of a meter from a manufacturer, or prior to reinstallation. Such tests are made in a shop or a laboratory of a meter department *See also* service test (EEC/PE) [119]

**shoran (navigation aid terms)** A radio navigation system that provides circular lines of position. The term is derived from the words short-range navigation. (AES/GCS) 172-1983w

**shore feeder** Permanently installed conductors from a distribution switchboard to a connection box (or boxes) conveniently located for the attachment of portable leads for supply of power to a ship from a source on shore *See also:* marine electric apparatus (EEC/PE) [119]

**short answer interaction** An instruction method employed by some computer-assisted instruction systems, in which the student is asked to provide a word or phrase in response to a question. (C) 610 2-1987

**short card** A special-purpose punch card that is shorter in length than a standard 80-column punch card; For example, a 51 column card (C) 610.10-1994w

**short circuit (1) (gas-tube surge protective devices)** An abnormal connection of relatively low impedance, whether made accidentally or intentionally, between two points of different potential in a circuit. (SPD/PE) C62.31-1987r, C62 32-1981s (2) An abnormal connection (including an arc) of relatively low impedance, whether made accidentally or intentionally. between two points of different potential. *Note:* The term *fault* or *short-circuit fault* is used to describe a short circuit.
(SWG/IA/PE/PSP) 1015-1997, C37 100-1992 (3) The condition in which the output terminals of the power supply are directly connected together, resulting in near-zero output voltage (PEL) 1515-2000

**short circuit, adjustable, waveguide (waveguide components)** A longitudinally movable obstacle which reflects essentially all the incident energy. (MTT) 147-1979w

**short-circuit current (1) (electric power systems in commercial buildings)** An overcurrent resulting from a fault of negligible impedance between live conductors having a difference in potential under normal operating conditions The fault path may include the path from active conductors via earth to neutral (IA/PSE) 241-1990r (2) (protection and coordination of industrial and commercial power systems) An overcurrent usually defined as being in excess of ten times normal continuous rating. *See also:* overload. (IA/PSP) 242-1986r (3) (overhead power lines) The current between a conductive object and ground through a zero impedance connection or in a closed circuit. as a result of induction or deposition of charge. (T&D/PE) 539-1990 (4) (of a battery charger) The current magnitude at the output terminals, when the terminals are short circuited and with nominal input voltage supplied to the charger.
(IA/PSE) 602-1996 (5) (transformer-rectifier system) The steady-state value of the input alternating current that flows when the output direct current terminals are short-circuited and rated line alternating voltage is applied to the line terminals. This current is normally of interest when using current limiting transformers or checking current limiting devices (PEL/ET) 295-1969r

**short-circuit dc current** The dc current between a conductive object and ground through a zero impedance, as a result of deposition of charge (T&D/PE) 539-1990

**short-circuit driving-point admittance** *See* admittance, short-circuit driving-point

**short-circuit duration rating (magnetic amplifier)** The length of time that a short circuit may be applied to the load terminals nonrecurrently without reducing the intended life of the amplifier or exceeding the specified temperature rise.
(MAG) 107-1964w

**short-circuiter** A device designed to short circuit the commutator bars when the motor has reached a predetermined speed in some forms of single-phase commutator-type motors *See also* asynchronous machine. (EEC/PE) [119]

**short circuit, external dc** *See:* external dc short circuit.

**short-circuit feedback admittance** *See:* admittance, short-circuit feedb—

TAB 37

# THE OXFORD ENGLISH DICTIONARY

## SECOND EDITION

*Prepared by*

J. A. SIMPSON *and* E. S. C. WEINER

### VOLUME XV

Ser–Soosy

CLARENDON PRESS · OXFORD

A 514

*Oxford University Press, Great Clarendon Street, Oxford* OX2 6DP

*Oxford  New York*

*Athens  Auckland  Bangkok  Bogotá  Buenos Aires  Calcutta*
*Cape Town  Chennai  Dar es Salaam  Delhi  Florence  Hong Kong  Istanbul*
*Karachi  Kuala Lumpur  Madrid  Melbourne  Mexico City  Mumbai*
*Nairobi  Paris  São Paulo  Singapore  Taipei  Tokyo  Toronto  Warsaw*
*and associated companies in*
*Berlin  Ibadan*

*Oxford is a registered trade mark of Oxford University Press*

© *Oxford University Press 1989*

*First published 1989*
*Reprinted 1991 (with corrections), 1998*

*All rights reserved. No part of this publication may be reproduced,*
*stored in a retrieval system, or transmitted, in any form or by any means,*
*without the prior permission in writing of Oxford University Press.*
*Within the UK, exceptions are allowed in respect of any fair dealing for the*
*purpose of research or private study, or criticism or review, as permitted*
*under the Copyright, Designs and Patents Act, 1988, or in the case of*
*reprographic reproduction in accordance with the terms of the licences*
*issued by the Copyright Licensing Agency. Enquiries concerning*
*reproduction outside these terms and in other countries should be*
*sent to the Rights Department, Oxford University Press,*
*at the address above*

*British Library Cataloguing in Publication Data*
*Oxford English dictionary.—2nd ed.*
*1. English language—Dictionaries*
*I. Simpson, J. A. (John Andrew), 1953–*
*II. Weiner, Edmund S. C., 1950–*
*423*
*ISBN 0-19-861227-3 (vol. XV)*
*ISBN 0-19-861186-2 (set)*

*Library of Congress Cataloging-in-Publication Data*
*The Oxford English dictionary.—2nd ed.*
*prepared by J. A. Simpson and E. S. C. Weiner*
*Bibliography: p.*
*ISBN 0-19-861227-3 (vol. XV)*
*ISBN 0-19-861186-2 (set)*
*1. English language—Dictionaries.   I. Simpson, J. A.*
*II. Weiner, E. S. C.   III. Oxford University Press.*
*PE1625.O87 1989*
*423—dc19    88-5330*

*Data capture by ICC, Fort Washington, Pa.*
*Text-processing by Oxford University Press*
*Typesetting by Pindar Graphics Origination, Scarborough, N. Yorks.*
*Manufactured in the United States of America by*
*World Color Book Services, Taunton, Mass.*

**A 515**

## SIGN (continued)

1968 'G. Bagby' *Another Day—Another Death* vii. 142 He towed me the porter's sign-in. The man had come in quite early. 1972 'J. Lange' *Binery* 8 A guard with a sign-in book stood in front of the elevator. Graves...took the pen and wrote his name, his authorization, and the time. 1978 S. Brill *Teamsters* iii. 115 Their names were the first entered every morning in the sign-in register at the Fund's reception desk. 1942 E. Culbertson *Official Bk. Contract Bridge* xv. 187 Finally, there is the sign-off bid... The sign-off may be made even if the responder hold one Ace. 1949 *Cavalier Daily* (Univ. Virginia) 23 Sept. 1/3 A non-affiliated station ...will be on the air only during the daylight hours. Sign-on and sign-off times will vary from month to month. 1958 *Listener* 30 Oct. 700/2 The sign-off for his partner would clearly be Five Hearts. 1960 *News Chron.* 27 June 3/1 One [question]...was used by the producer as a rather abrupt sign-off. 1961 [see *sign-on* above]. 1962 H. T. Moore *Coll. Lett. D. H. Lawrence* I. p. xxx. Lawrence's sign-off line was often a foreign phrase. 1972 H. Trevelyan *Worlds Apart* xvii. 194 So now they could no longer stay silent and raised the expected 'sign-off' statement on Vietnam, evidence that they were powerless to take any diplomatic initiatives. 1976 *Time* 20 Dec. 47/2 Remember his sign-off as he was being expelled from a Democratic Convention: 'This is John Chancellor, somewhere in custody.' 1948 *Seafarers' Log* 9 Jan. 5/2 One thing about the pay-offs and sign-ons we had: All the beefs were settled aboard ship to everybody's satisfaction. 1949 [see *sign-off* above]. 1961 *Time* 19 May 53/1 The toughest TV critic...dared the station and network operators and owners to sit down in front of their sets from sign-on to sign-off. 1968 'G. Bagby' *Another Day—Another Death* vii. 142. I looked at the later sign-outs. These covered the mob of cleaning women. 1940 *Sun* (Baltimore) 17 Sept. 9/7 Talbot, with a 'sign up' of 391,...led all the counties. 1941 *Ibid.* 14 Feb. 17/1 There is a direct need for immediate sign-up' of nurses for army duty. 1945 *National Legionnaire* (U.S.) Sept. 1 (*heading*) Legion speeds sign-up of 12,000,000 War II victors. 1951 *Daily Progress* (Charlottesville, Va.) 5 Mar. 3/2 Sign-ups through the end of last month totaled 1,033. 1973 *Fed. (local Psychol. LXXXVIII. 118 A sign-up sheet was then distributed and students were asked to indicate whether...they would be willing to volunteer for the experiment. 1974 *News & Reporter* (Chester, S. Carolina) 22 Apr. 10-A/1 This will be a singles tournament and sign up will start Saturday morning at 10 a.m. 1980 *Dirt Bike* Oct. 5/1 The little gray-haired lady at the sign-up booth is your wife, or your girlfriend.

† **sign**, *v.[2]* *Obs.* Forms: 4–6 signe, 5 segne, 5–6 syggne; 4 syngne, 5–6 syne. [Aphetic f. ASSIGN *v.*] *trans.* To assign, appoint.

1338 R. Brunne *Chron.* (1810) 263 Tent & paullon fille †*saac* did he signe. 1380 in *Eng. Gilds* (1870) 38 Ilke alle the retheren...shullen ben redy at that day...in war stede that ye †*assagged* hem. c1430 Lydg. *Paternoster* 384 in *Min. Poems* (E.E.T.S.), Cause his lord was aggyn hym fille He was fer[r]d and sygned to pryxoun. 1057–88 *Robt. of Parh. V. 6513 Many arraunt Theves...becom Provers, and deire a Coroner to be signed vnto theym to make their appelles of dyuers Feloynes. c1530 Barclay *Mirr. Gd. Manners* (1570) E iij, Like as a wise warriour signeth a souldiour For enemies approching to watche and to espye. a1533 Ld. Berners *Huon* cxxix. 473 So eury man loseth exceptie sucde as were signed to kepe the shyppes. 1582 Stanyhurst *Æneis* i. (Arb.) 19 The Emperor heauenlye... too thee the auctoritye signed Too sweage seas surging.

**sign, obs.** form of SINE *sb.* and SING *v.*

**signable** ('saɪnəb(ə)l), *a.* [f. SIGN *v.[1]* + -ABLE.]
 1. That may be signed (Ogilvie *Suppl.* 1855).
 2. Capable of signing.
 1801 Canning *Let.* in *Diaries & Corr. Ld. Malmesbury* IV. 66, I commit the paper to your direction. If signable people should fall in your way, or if unsignable,...use it.

† **signacle**. *Obs.* Also 4–5 signe-, 5 synacle; *Sc.* 6 signaicle, 8 signacle. [a. OF. *signacle*, *signacle*, -et. ad. late L. *signaculum*, dim. from *signum* SIGN *sb.*]
 1. A sign, seal, mark, figure.
 1382 Wyclif *1 Cor.* ix. 2 3e ben the sygnacle, or litil signe, of myn apostlihed in the Lord. *1382* Lydg. *Æsop's Fab.* iii. 71 The name of god...Is the signacle of the celestial scale. c1450 tr. *De Imitationse* iii. loc. 122 This grace is...a proper signacle of þe chosen children of god. 1483 *Cxxton Gold. Leg.* 43/1 bi. He had the Sygnacle or fygure of the holy crosse in soo right pure reuerence that he eschewed to trede on hit. 1509–30 Dunbar *Poems* lxxxvi. 18 All thing makis we downe thring, Be iufich of his signaicle. a1555 *Bradford Medit.* (1607) 20 The sacrament of circumcision, which is the Apostle calleth the seale or signacle of righteousness. 1656 in Blount *Glossogr.*
 2. A sign or gesture.
 c1450 Lonelich *Grail* xxviii. 69 Whanne Nasciens knew that he hol was Be the signacle of [= made by] þe Man In that plas. 1490 Caxton *Eneydos* v. 21 The sayd wymmen were alle dysabusled... makynge meruayllous synacles, as they esteame was in that tyme.
 3. *Sc.* A slight token or trace.
 1768 Ross *Helenore* i. 8 Never a sinacle of life was there. 1790 Shirrefs *Poems* Gl. 31 *Sinacle*, a grain, a small quantity.

**ignage** ('saɪnɪdʒ). Chiefly *N. Amer.* [f. SIGN *sb.* + -AGE.] Signs collectively, *esp.* public signs on facia boards, signposts, etc.; the design and arrangement of these.
 1976 *Federal Suppl.* (U.S.) CDXIV. 1168/1 All signage, stationery, forms, calling cards and other symbols are identical with no distinction between the main bank and the drive-in facility. 1976 *National Observer* (U.S.) 21 Aug. 8/1 They are being a lot tougher on signage and landscaping and buildings. 1979 *Amer. Banker* 28 Feb. 4 The overall appearance of your bank, the building, the grounds, the signage. 1983 *Beautiful Brit. Columbia* Fall 10/2 Many...highways...has rood Lewis and Clark's travels...

signage and visiting the many historic stopping places. 1983 *N.Y. Times* 23 Oct. viii. 7/1 The cacophony of visual accents in the Times Square area—the graphics and the signage. 1986 *New Business* Mar. 34/1 Every aspect of a company's personality is reviewed...to the design of invoices and signage.

**signal** ('signal), *sb.*   [f. F. *signal* (OF. also *seignal, seignau,* etc.),= Pg. *sinal,* Sp. *señal,* It. *segnale,* med.L. *signāl(e),* a Romanic formation on L. *signum* sign: see -AL[1] 4. Used by Chaucer and Gower, but otherwise evidenced only from the end of the 11th century.]
 † 1. a. A visible sign; a badge or symbol. *Obs.*
 1384 Chaucer *Ho. Fame* i. 459 The sugh I...alle the merveilous signals Of the goddis celestials. 1390 Gower *Conf.* III. 57 In his bond He hiere the signal of his lond With fisshes thre. 1601 Sir W. Cornwallis *Disc. Seneca* (1631) 7 His other signals of authority, the deckings of a corrupt minde.
 b. A mark of distinction or honour. *Obs.*
 1659 M. Carter *Honor Redie.* (1660) 3 Vertue being still admired, and honored, and some signall put upon it. 1685 Bunyan *Seventh-day Sabbath* v, Now what another signal was here [*i.e.* at the day of Pentecost] put upon the first day of the week.
 2. A sign, token, or indication (of something). In later use not clearly separable from sense 4.
 1591 Shaks. *1 Hen. VI,* ii. iv. 121 In signall of my loue to thee. 1594 — *Rich. III,* v. iii. 21 [Q102.], The waine sonne is down. 1646 Sir T. Browne *Pseud. Ep.* i. iv, The bread and wine which were but the signalls or visible signes...were things signified. 1725 De Foe *Voy. round World* (1840) 310 All this while we saw no people, nor any signals of any. 1784 V. Knox *Ess.* xcv. (1819) II. 190 To whom we wish to display some signal of our love. 1820 Shelley *Ode to Naples* 113 The signal and the seal...Art thou of all these hopes. 1848 Thackeray *Van. Fair* xvii. Through Glos. t. xxx. 134 This was the signal for a grasp all round. 1874 Green *Short Hist.* III. vi. §5. 318 The meeting of the Emperor [Charles] with Henry at Southampton gave the signal for a renewal of the war.
 4. a. A sign or notice, perceptible by sight or hearing, given especially for the purpose of conveying warning, direction, or information.
 1598 Drayton *Heroical Ep. Poems* (1619) 212, I...being ship'd, gaue signall with my Hand to the Cliffe where did my thee stand. 1667 Milton *P.L.* xi. 72 The bright Minister that watch'd, nee blew His Trumpet. 1698 T. Froger *Voy.* 8 We likewise made signals to the other ships. 1719 De Foe *Crusoe* i. 12 The Master...order'd to fire a Gun as a Signal of Distress. 1753 Leinard *Sethos* II. ix. 281 The garrison beat...a signal of surrender. 1707 Mrs. Radcliffe *Italian* xii. And, as she drew nearer to Olivia, gave a signal and passed on to her cell. 1814 Scott *Ld. of Isles* iii. xxxii, It was a keen and warning look, And well the Chief the signal took. 1896 *Law Times Rep.* LXXIII. 615/1 A bell rang which was a signal...that a train was coming.
 b. An object serving to convey an intimation.
 1687 A. Lovell tr. *Thevenot's Trav.* i. 99 There is a small Church in the Sea,...which serves for a Light-house and Signal. 1774 Mackenzie *Man. Surv.* ii. 84 When the Surveyor is at a proper Station, the Assistant must set up the black Signal. 1838 Railway signal [see Railway 5]. 1859 Geo. Eliot *A. Bede* xlvii, He has something in his hand—he is holding it up as if it were a signal. 1878 Gurney *Cryotallogr.* 103 Let these signals...be so placed that the same horizontal plane will pass through each of them.
 c. A modulation of an electric current, electromagnetic wave, or the like by means of which information is conveyed from one place to another; the current or wave itself; also, a current or wave whose presence is regarded as conveying information about the source from which it comes. Also = *signal strength,* sense 5 e below.
 1895 D. Lardner *Electric Telegraph* v. §121 The signals transmitted appear upon the telegraphic instrument informing the agent whether the dispatch will come. 1873 *Trans. Int. Engineers & Shipbuilders* in *Scotland* XVI. 119 If several thousand Leyden Jars were distributed along an serial line of telegraph...the signals through the line would exhibit exactly the same inductive retardation as those sent through the actual submarine line. 1901 *Proc. Ac. Sci. U.S.S.R. LXX.* 256 For transmitting signals, an aerial wire or wires were attached to one of two spark balls foiled to an induction coil, the other ball being earthed. 1925 *Radio Times* 28 Sept. 512 After outdoor signals may increase very considerably. 1938 *Times* 18 Jan. 7/3 The problem of how to reach Iraq and the Persian Gulf area with an adequate signal has yet to be solved. 1961 *New Scientist* 26 Jan. 197/3 The picture signal which indicates by amplitude modulation of a carrier wave how bright each point on a line should be, is interrupted at the ends of each line by synchronizing pulses. 1961 G. Williamson *Technique Telev. Production* ii. 10 The current,

amplified and passed to the video switching console. 1965 *New Statesman* 30 Apr. 674/1 The signals received from it [*sc.* Early Bird satellite] on the ground are extremely weak—about one-millionth of a normal TV signal in a fringe area. 1979 J. Earl *Tuners & Amplifiers* iv. 78 Signal delivered by the control section...is just right for feeding into the power amplifier section. 1978 *Fascicody & Kuther University Astron.* xi. 302 Various objects in space emit electromagnetic signals in the radio part of the spectrum.
 5. *attrib.* and *Comb.* a. Attrib. with *sbs.,* denoting something employed as, or used in giving, a signal or signals, as *signal apparatus, arm* (also *sb.[1] c*), *beacon, bell, code, fire, flag, strip,* etc.; also, denoting something used in receiving a signal or signals, as *signal pad* (also *sb.[1] c 4*). Also OBJECTIVE, as *signal-processing.*
 1841 *Penny Cycl.* XIX. 258/1 It is usual to affix a 'signal' apparatus to them. 1926 *Railway Mag.* May 463/2 A neighbouring 'signal-arm falls. 1949 M. Taylor *Railway Signalling* i. 6 Near the top of the post is the signal arm which is always on the left of the post when the viewer is facing the signal. 1980 A. Lurie *Love & Friendship* xv. 293 Coarse grass grew along the track, and last year's was rusted at all time. 1856 Kane *Arct. Expl.* I. xxv. 325 A large 'signal-beacon or cairn. 1897 D. Butler *Ch. & Par. Abernethy* 180 The mere use of the 'signal-bell of the hand-bell-ringer. 1831 Marryat *N. Forster* xli, Captain Drawlock...had the 'signal-book in his hand. 1865 Alex. Smith *Summer in Skye* i. 166 The sailor in possession of the 'signal-book reads the signal. 1877 J. Habberton *Jericho Road* 94 Between the societies of neighbouring counties there often existed 'signal-codes, and unwritten expressions and reciprocity treaties. 1952 M. K. Wilson tr. *Lorenz's King Solomon's Ring* viii. 82 The male complicated 'signal code' of the jackdaw. 1849 Macaulay *Hist. Eng.* iii. I. 290 The 'signal fires were blazing fifty miles off. 1801 James *Millit. Dict.* s.v., Although 'signal flags, in modern engagements, have been generally laid aside [etc.]. 1824 Scott *Ld. of Isles* iv. xxx, Might not yon father's beadsman hear...'Kindle a 'signal-flame? 1758 in J. S. McLennan *Louisbourg* (1918) 414 Light gales and fair weather, clear thick fog. Fired 'signal gun. 1797 *Encycl. Brit.* (ed. 3) XVIII. 336/2 A signal-gun to be fired. 1842 Lever *J. Hinton* vi, When the signal-gun announced the commencement of the action. 1929 R. Campbell *Adamastor* 9 The rocks, spray-clouded, are your signal-guns. 1837 *Civil Eng. & Arch. Jrnl.* I. 132 The...height of the lower or 'signal lamps. 1920 *Chambers's Jrnl.* July 479/1 The apparatus is simply a new glass for the signal-lamp, facing along the same way and throwing a powerful beam of light over the whole length of the track. 1932 G. Greene *Stamboul Train* i. i. 5 A signal lamp from red to green. 1804 Nelson 23 Feb. in *Nicolas Disp.* (1846) VII. p. xciii, It is recommended...to be careful that the 'Signal-lights for knowing each other are clear. 1844 Civil Eng. & Arch. Jrnl. VII. 337 Igniting the composition forming the signal light. 1881 *Discovery* Sept. 289/2 Motor-car headlights, signal lights and searchlights. 1976 *Billings* (Montana) *Gaz.* 5 July 8-A/6 The Utah Highway Patrol requested drivers to stay off the roads as signal lights were off through much of the state. 1873 M. Arnold *Lit. & Degree* (1879) 270 These three tests...may well stand as the great 'signal-marks pointing us in. 1825 Lytton *Pausanias* 36 From several of the vessels the trumpets woke a sonorous 'signal-note. 1958 P. Kemp No *Colours or Crest* 127 S.o.e. by the operator's 'signal reception and his 'signal pads. 1975 T. Allbury *Palomino Blonde* x. 63 The Morse signal and he was getting it down on his 'signal pad. 1962 K. F. Fichel *Electr. Interference* vi. 90 Another way to reduce susceptibility to unwanted signals in cables is to use various 'signal-processing methods to improve the signal-to-noise ratio. 1766 M. Jones *Firework* iv. 135 'Signal-rockets...are headed with stars, serpents, &c. 1887 *Spectator* 30 July 1019/2 A signal-rocket sent up from the flagship. 1802 Jamis *Millit. Dict.* s.v. A continual discharge of these 'signal shells. 1812 S. Rogers *Columbus Poems* (1839) 43 When hark, a 'signal shell 1856 R. G. Cumming *Hunter's Life S. Africa* (1902) 101/1 Their comrades...requested me to fire signal-shots at intervals. 1917 'Contact' *Airman's Outings* 261 The whole party circles round the aerodrome until the 'signal strips for Carry on' are laid out on the ground. 1926 W. Faulkner *Fable* 87 He reached the aerodrome and saw the ground signal-strip laid out on it...not until he saw the other aeroplanes on the ground or landing or coming into land did he recognise it to be the peremptory emergency signal to all aircraft to come down. 1828 *Lights & Shades* II. 259 The distant 'signal-whistle of a gang of robbers. 1895 *Mod. Steam Engine* 51 The signal whistle is opened. 1814 Scott *Ld. of Isles* vi. xxx, When mute Amadine they heard Give to their zeal his 'signal-word. 1837 — *Cr. Rob.* xxxi, Thou wilt not forget that the 'signal-word of the insurrection is Urel.
 b. With *sbs.* denoting a place or thing from which signals are given or worked, as *signal box, bridge, cabin, gantry, house,* etc.
 1829 Marryat *F. Mildmay* vi, I was...intent on looking for the telegraphic 'signal-box. 1884 *Encycl. Brit.* XX. 288/2 Distant signals...worked by wire communication from the signal box, were, it is believed, first introduced... in 1846. 1899 P. T. Buller *Way Parcy* 75 As I write comes a messenger from the 'signal-bridge...with a copy of signal just made from the flagship. 1884 *Findlay Eng. Railway* 69 The 'signal cabin contains a most complicated piece of mechanism, called the 'locking frame. 1927 A. Mee *Children's Treasury Hours* III. 1837/1 A 'signal gantry [one of those large bridges covered with signals which stand near important junctions or great terminals]. 1939 [see *gantry* 6]. 1803 *Naval Chron.* X. 151/2 Signal-house on one of the masts situated at the 'signal-house, which they observed immediately. 1830 Galt *Lawrie T.* vi. vi. (1849) II. 59 At the top of the 'signal-pole. 1802 James *Millit. Dict.* s.v., In cases of danger the 'signal-post is, at all times, a place of rendezvous. 1809 Sir W. Scott *Poet. Wks.* (1900) 511/1 The 'signal-post, a tower. 1853 Soyer *Pantropheon* Introd. p. xii, A 'signal-staff. 1875 K. H. Digby *Compitum* I. 13 The notices, the signal-posts as it were, in life's forest. 1802 James *Millit. Dict.* s.v., It is usual to fix a red flag...to point out the spot where the general or officer commanding takes his station in

**SIGNAL**

Parker *Battle of Strong* xxxv, Nor far from her was the signal-staff which telegraphed to another signal-staff inland. Upon the staff now was hoisted a red flag. 1816 Kirby & Sp. *Entomol.* xvii. (1818) II. 43 The soldiers at these 'signal-stations are quite still during the intervals of silence. 1867 Augusta Wilson *Vashti* xxv, Under his steady gaze the blood rose slowly to its old signal-station on her cheeks. 1766 Smollett *Trav.* I. x. 159 It seems to have been intended, at first, as a watch, or signal-tower.

c. With sbs. denoting persons connected with signalling, as *signal boy, corps, lieutenant*, etc. Also objective, as *signal fitter*.

1888 *Daily News* 18 Dec. 6/4 The dead body of ...the 'signal boy at Spa-road Station...was found...on the line. 1885 G. B. McClellan *Own Story* (1887) 135 The weak point in the 'signal corps...was that its officers were not trained soldiers. 1895 Outing XXVI. 269/1 The Signal Corps is a body of highly trained soldiers whose duty it is to provide the methods of communication between the different forces of an army. 1898 *Westm. Gaz.* 15 July 2/3 Two 'signal fitters were standing in the four-foot way. 1858 Simmonds *Dict. Trade*, '*Signal lieutenant*, an officer in the Royal Navy having the charge of signals on board a flag-ship. 1867 Smyth *Sailor's Word-bk.* 626 *Signal-officer*, in a repeating frigate, a 'signal-midshipman; in a flag-ship, a flag-lieutenant. 1829 Marryat *F. Mildmay* iii, These 'signal officers...had to make out the number of the flag. 1898 *Westm. Gaz.* 23 Apr. 8/2 Accompanied by a signal officer and a small prize crew. 1895 *Outing* XXVI. 399 A new equipment for the 'Signal Service, the captive balloon. 1871 *Fair France* ii. 66 Female officials, down to 'signalwomen and pointswomen, who in country stations stood, flag in hand, solemnly attentive to duty.

d. With other parts of speech, as *signal-like* adj.

1935 *Amer. Speech* X. 250/1 The result obtained...are functionally independent groups of sounds, each of the groups reflecting one of the basic, signal-like values in the given language. 1982 *Brno Studies in English* III. 51 (in survival may be satisfactorily explained by the signal-like character of *pi* in foreign and emotionally coloured words.

e. Special combs., as **signal anxiety** *Psychol.*, anxiety which, according to the theory put forward by Freud in 1926, acts as a signal of danger to the ego; **signal-cabin** *N. Amer. Football*, a player who signals to other members of his team what the next move and formation should be; **signal detection** *Psychol.*, the detection of signals, esp. with regard to the observer's vigilance and sensitivity; also *attrib.*; **signal generator** *Electronics*, an instrument that can generate modulated or unmodulated electrical waveforms of known amplitude and frequency, used in adjusting and testing electronic apparatus; **signal intelligence**: see *signals intelligence* below; **signal-noise ratio** = *signal-to-noise ratio* below; **signal plate** *Television*, in some types of camera tube, a plate electrode whose capacitance relative to the adjacent photo-electric surface is used to provide the picture signal; **signal reaction** (see quot. 1976); **signal red**, a vermilion colour; **signal(s) intelligence**, intelligence derived from the monitoring, interception, and interpretation of radio signals and similar transmissions (cf. SIGINT); **signal strength**, the amplitude or power of a signal, esp. of a broadcast signal as it reaches a given location or is received by a given aerial; **signal-to-noise ratio** *Radio* and *Electronics*, the ratio of the strength of a desired signal to that of unwanted noise interference, usu. expressed in decibels; also *transf.* to non-electrical systems.

[1928] J. Rickman in *Internat. Jrnl. Psychoanal.* (Suppl. 2) 63 The situation which conditions the anticipation is the danger situation which gives, so to speak, the 'Anxiety Signal' of impending helplessness.] 1948 E. Jones *Papers on Psycho-Anal.* (ed. 5) xiv. 315 Primary anxiety, no less than the later 'signal' anxiety, belongs essentially in these defensive measures. 1968 C. Rycroft *Crit. Dict. Psychoanal.* 154 Signal anxiety...in Freud's formulation is the response of the ego to internal danger and the stimulus to the formation and use of defence-mechanisms. 1975 in S. Ariéti *Amer. Handbk. Psychiatry* (ed. 2) IV. xxi. 467/1 The finely modulated, discrete and homeostatically balanced responses of the adult, such as signal anxiety. 1977 L. Koppett *Guide to Spectator Sports* ii. 48 The quarterback now handles the ball on every play...He must be the signal-caller, too, because the attack is now concentrated in his hands. 1979 *Arizona Daily Star* 5 Aug. c 9/1 John Banaszak jarred the ball loose from Bills signal caller David Mays. 1954 Tanner & Swets in *Psychol. Rev.* LXI. 409/2 The mathematical model of signal detectability as applied to problems of visual detection. 1971 D. E. Broadbent *Decision & Stress* iii. 75 We cannot...take the success of signal detection theory in psychophysics as if it possessed its adequacy in the case of vigilance. 1979 in Hamilton & Warburton *Hum. Stress & Cognition* v. 148 Signal detection methodology is now the more widely used approach in the study of vigilance. 1929 K. Henney *Princ. Radio* xv. 376 The circuit diagram is that of the General Radio Signal Generator, a device which consists of a radio-frequency oscillator, a means of measuring and controlling its output, and a means of using any desired part of this output for purposes of measuring receivers. 1950 J. H. Reyner *Encycl. Radio & Television* 564/1 For the testing and alignment of receivers, signal generators giving modulated waves are available. 1972 *Post. Social Psychol.* LXXXVII. 112 These tapes were made by recording square wave pulses produced by a Hewlett-Packard low-frequency signal generator. 1958 *Guardian* 22 May 5/1 Thompson and Miller trained for 'a

continued. 1969 Signal intelligence [see SIGINT, SIGINT]. 1972 *New Scientist* 2 Mar. 466/1 The generic term for the business today is Signal Intelligence (Sigint). 1934 A. L. Albert *Elect. Communication* x. 412 Just as in transmission over wires, it is necessary that the signal-noise ratio is high, and that fading is not excessive. 1962 *Daily Tel.* 6 July 21/7 However efficient the detectors and however good the signal-noise ratio, there will always be the possibility of doubt. 1934 V. K. Zworykin in *Jrnl. Franklin Inst.* CCXVII. 110 Consider the circuit of a single photo-electric element in the mosaic... Here *P* represents such an element, and C its capacity to a plate common to all the elements, which hereafter will be called the 'signal plate'. 1975 K. Weiss *Television* 15 After utilizing the signal plate, the electrons pass through the signal-plate lead on their way to the deflection coils. 1946 F. P. Chisholm in W. S. Knickerbocker *Twentieth Century English* 183 Signal-reactions...and other neuro-semantic disorders are often combined with brilliant verbal facility. 1976 N. Postman *Crazy Talk* 125 A signal reaction is what happens when words have lost their referential or symbolic aspect and instead assume the character of religious icons. 1936 *Times Educ. Suppl.* 21 Nov. 9. 17/1 Gules...is not included in the range, but signal-red, similar but not quite so yellow, takes its place. 1977 *Western Morning News* 30 Aug. 3/7 Jaguar XJS; brand new... signal red; beige trim. 1976, etc. Signals intelligence [see SIGINT, SIGINT]. 1931 *Marconigraph* II. 269/1 Observations...showed that during totality the signal strength was increased. 1935 *Discovery* Sept. 278/1 The successive signal strengths are proportional to the corresponding light and shade areas of the image focused by the lens upon the mosaic. 1968 M. Woodhouse *Tree Frog* xiii. 130 He...showed me...the tiny signal-strength meter on the side. 1978 *Broadcast* 20 Nov. 16/1 The report of the meeting...referred only to discussion of [Radio] Hallam's signal strength. 1931 *Proc. IRE* XXII. 113 A single tone was used to modulate the transmitter when measuring signal-to-noise ratios. 1966 D. G. Brandon *Mod. Techniques Metallurg.* 239 The overall quantum efficiency for high-energy electrons can be of the order of 20 and is only limited by the necessity to achieve a reasonable signal-to-noise ratio in the emission. 1974 Harvey & Bohlmann *Servo P.M. Radio Handbk.* ii. 32 A reduction in...carrier deviation means that a smaller signal is available at the output of the receiver demodulator and consequently the signal-to-noise ratio is lowered.

**signal** ('signal), *a.* [irreg. ad. F. *signal*, pa. pple. of *signaler* to distinguish. In senses 2 and 3 the meaning has been influenced by the sb.]

1. Striking, remarkable, notable, conspicuous:
   a. Of persons.

1643 J. Jackson *True Evang. T.* I. 23 Two great and signall historians give us evidence against him [etc.]. 1670 Clarendon *Hist. Reb.* xv. §37 He...then betook himself wholly to the sea, and quickly made himself signal there. 1702 *Eng. Theophrastus* 16 It is very easie to decide which of these importantments is the most signal. 1786 H. Walpole *Last Prints* (1910) II. 36 The signal criminal [Dr. Dodd] suffered decently. 1805 Foster *Ess.* II. v. I. 178 Signal villains of every class.

   b. Of things or events.

1647 Clarendon *Hist. Reb.* I. §100 He died in a season most opportune, ...and which in truth crowned his other signal prosperity in this world. 1662 Stillingfl. *Orig. Sacræ* II. vi. §8 The extraordinary Prophets whom God did thus signally, or by signal occasions. 1705 Addison *Italy* (1733) 46 Those that are in any signal Danger. 1760-2 Goldsm. *Cit. W.* lxxx. All now thought that he would take the most signal revenge. 1772 Priestley *Inst. Relig.* (1782) II. 195 The Israelites gained a most signal victory. 1830 James *Louis XIV*. (IV. 195) But the same French general suffered a signal reverse...in the following year. 1849 Macaulay *Hist. Eng.* vi. II. 30 The ministers were told that the nation rejected, and should have, signal redress. 1878 Lecky *Eng. in 18th C.* II. i. It was a signal proof of the wisdom of the English legislators.

   †2. Distinctive, significative. *Obs.*

1652 Needham tr. *Selden's More* Ci. 84 Badges or signal Ornaments of the Proconsul of Asia. 1665 Sanderson *Cases Consc.* (1678) 190 The signal note of the Godly party.

   3. Constituting or serving as a sign.

1655 Fuller *Ch. Hist.* I. 2 The signall Oak which the Druides made choice of, was such a one, on which Mistletoe did grow; by which privie token, they conceived, God marked it out, as of soveraigne vertue, for his service. 1833 M. Arnold *Ld. & Dogme* 244 Long before, his signal Crucifixion Jesus had died, by taking up daily that cross which his disciples...were to take up also.

**signal** ('signal), *v.* [f. the sb.]

1. *trans.* To make signals to (a person, ship, etc.); to summon, direct, or invite by signal.

1805 in Nicolas *Disp. Nelson* (1846) VI. 465 The Captain of the Ship was signalled on board the Victory. 1850 Stevenson *Across Plains* I. Ii was...five o'clock when we were all signalled to be present at the Ferry Depot. 1897 Watts-Dunton *Aylwin* xii. iii. The girl came out, and signalling me to enter, went leisurely down-stairs.

   2. a. To communicate or make known by signalling; to notify or announce by signal(s).

1871 R. Ellis *Catullus* lxiv. 233 Soon as on home's far hills thine eyes shall signal a welcome. 1885 *Manch. Exam.* 17 June 5/2 Even when storms are signalled off the Irish coast, they often take a totally new...course. 1889 G. Findlay *Eng. Railway* 62 In 1830 the only arrangement made for signalling the trains was a flag by day or a lamp by night.

   b. To mark out clearly; to signalize. Also, to indicate, esp. unofficially or indirectly. Cf. SIGNALIZE *v.* 2.

1869 Swinburne *Ess. & Stud.* (1875) 308 The noble sign which signals with its majesty of music the consummation of Calamus's agony. 1873 M. Arnold *Lit. & Dogme* (1876) 280 Signalling and extolling that character in Christianity into which fineness of perception enters most. 1902 *Amer.

**SIGNALIZE**

pronominal form] is functionally redundant, the usage in different dialects may be expected to vary far more than for forms which signal significant differences. 1963 *Ibid.* XXXVIII. 52 The slots, or, more accurately, the units that can fill the slots, signal their meanings by their positions relative to each other... Some units signal their meaning without regard to position. 1978 *Times* 14 Apr. 3/1 The government provided yesterday for signalling its willingness to concede a reduction in the highest rates of income tax. 1979 Daubers (Arizona) *Citizen* 20 Sept. 1A/5 U.S. economic indicators signal the dollar should be lower than current rates. 1981 *Times* 31 Sept. 19/1 Sterling is now lower than when the Bank of England signalled higher interest rates a week last Monday.

3. To work (a railway) in respect of signals; to furnish with signalling apparatus.

1888 *Pall Mall G.* 21 Jan. 2/1 This line was a part of the London and Greenwich Railway, and was...maintained and signalled by us. 1904 *Westm. Gaz.* 19 June 10 June 1/5 Some portions of the principal railroads are fully signalled, but on many others hardly any signals are used.

4. *intr.* To give notice, warning, or information, or make any other communication, by signal.

1864 Hosmer *Color-Guard* 76 They are signalling night and day... by bag and fire. 1867 J. D. Chambers *Divine Worship* 199 The Officiator...signalling to the Penitents, should begin the Antiphon.

**signalètic** (signa'letik), *a. Math.* [irreg. f. SIGN *sb.* or SIGNAL *sb.* Cf. F. *signalétique* (in a different sense), f. *signaler* sb.) Relating to the algebraic signs plus and minus.

1853 Sylvester in *Phil. Trans.* CXLIII. 546 A signaletic or Semaphoretic series is a sequence of signaletic terms, considered solely with reference to the algebraical signs of plus and minus which they respectively carry. 1889 Cayley in *Nature* XXXIX. 218/1 They are signaletic functions, indicating in what manner...the roots of the one equation are intercalated among those of the other.

**signalist** ('signalist). [f. SIGNAL *sb.* + -IST.] One who makes signals, one specially employed in signalling; a signaller.

1836 *Fraser's Mag.* XIV. 39 For the sense of my coming, you know that, my charming little signalist. 1881 *Applensi's Ann. Cycl.* 548 He was enabled to furnish each army corps ...with a competent force of skilled signalists.

**signality**. Now rare. [f. SIGNAL *sb.* or *a.*]
   †1. The quality of a sign or indication. *Obs.*

1646 Sir T. Browne *Pseud. Ep.* 224 Had they conceived any more than a bare equality in this Star,...they would not have computed from its Heliacall ascent which was of inferiour efficacy.

   †2. Signification; significance. *Obs.*

1646 Sir T. Browne *Pseud. Ep.* II. iii. (1650) 33 That the same should fall out at a remarkable time...may admit a Christian apprehension in the signality. 1658 — *Garden Cyrus* Wks. (Bohn) II. 209 Though he that considereth the plain cross [etc.]...will hardly decline all thought of Christian signality in them. 1693 J. Beaumont *On Burnet's Th. Earth* II. 111 How feel and, deposing their own great disorderliness...in general.

   3. Notability, distinction.

1650 Bulwer *Anthropomet.* Ep. Ded., Had I had a Signality of Spirit to summon Democriticall Atomes to congloblate into an intellectuall Forme. 1665 Glanvill *Scepsis Sci.* Address p. xi, Now it seems to me a Signality in Providence in erecting your own Honourable 'Society in such a juncture. 1899 *Rev.* Sept. 492 The battle of Azincourt...reproduced the astonishing facts of Crecy and Poictiers with, if possible, even greater signality.

**signalization** (signala'zeiʃən). *Psychol.* Cf. SIGNAL(IZE *v.* 4 + -ATION.] A term derived from the work of I. P. Pavlov (1849-1936) for the process whereby a signal comes to elicit the same response as the original stimulus.

1927 G. V. Anrep tr. *Pavlov's Conditioned Reflexes* ii. 22 The underlying principle of this activity is signalization. The sound of the metronome is the signal for food, and the animal reacts to the signal in the same way as if it were food. 1969 in R. H. Pribram *Memory Mechanisms* 137 The conditioned reflex...enables the animal to adjust itself to the essential factors of the external and internal world on the basis of the principle of signalization.

**signalize** ('signalaiz), *v.* [f. SIGNAL *a.* + -IZE.]
   1. a. *trans.* To make signal; to distinguish; to render conspicuous, remarkable, or 'noteworthy.

1654 Flecknoe *Ten Years Trav.* 102 Let none ever hope the like advantages, that so signally to a new remarkable qualities. 1686 Plot *Staffordsh.* 21 The death of Germanicus was signaliz'd by another [meteor]. 1704 Hearne *Duct. Hist.* (1714) I. 244 When...his Glory [was] sufficiently signalized, then he discarded those Instruments. 1781 Hume *Hist. Eng.* II. xli. 425 She named Whitgift...who had already signalized his pen in controversy. 1850 Prescott *Peru* I. i. 3 This debate was signalized by the opposition speech of Sir Fletcher Norton, the Speaker. 1885 *Contemp. Rev.* XLIV. 3 Leo the Tenth...desired to signalize his reign by building the grandest church in the world.

   b. To make known or display in a striking manner.

1792 Marianne *Tales Rivals* iii. 1. Has he ever signalised his courage? 1772 R. South *Serm.* (1744) X. 146 The final issue of God's dealing with such as have signalized their patience. 1748 *Anson's Voy.* IV. 321 He was particularly desirous of signalizing his talents by some enterprize. 1786 *G. Reira Jas.* II. (1808) 151 The parliament opened...with

# THE OXFORD ENGLISH DICTIONARY

## SECOND EDITION

*Prepared by*

J. A. SIMPSON *and* E. S. C. WEINER

### VOLUME XI
Ow–Poisant

CLARENDON PRESS · OXFORD

A 518

Oxford University Press, Great Clarendon Street, Oxford OX2 6DP

Oxford New York

Athens Auckland Bangkok Bogotá Buenos Aires Calcutta
Cape Town Chennai Dar es Salaam Delhi Florence Hong Kong Istanbul
Karachi Kuala Lumpur Madrid Melbourne Mexico City Mumbai
Nairobi Paris São Paulo Singapore Taipei Tokyo Toronto Warsaw
and associated companies in
Berlin Ibadan

Oxford is a registered trade mark of Oxford University Press

© Oxford University Press 1989

First published 1989
Reprinted 1991 (with corrections), 1998

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
without the prior permission in writing of Oxford University Press.
Within the UK, exceptions are allowed in respect of any fair dealing for the
purpose of research or private study, or criticism or review, as permitted
under the Copyright, Designs and Patents Act, 1988, or in the case of
reprographic reproduction in accordance with the terms of the licences
issued by the Copyright Licensing Agency. Enquiries concerning
reproduction outside these terms and in other countries should be
sent to the Rights Department, Oxford University Press,
at the address above

British Library Cataloguing in Publication Data
Oxford English dictionary.—2nd ed.
1. English language—Dictionaries
I. Simpson, J. A. (John Andrew), 1953–
II. Weiner, Edmund S. C., 1950–
423
ISBN 0-19-861223-0 (vol. XI)
ISBN 0-19-861186-2 (set)

Library of Congress Cataloging-in-Publication Data
The Oxford English dictionary.—2nd ed.
prepared by J. A. Simpson and E. S. C. Weiner
Bibliography: p.
ISBN 0-19-861223-0 (vol. XI)
ISBN 0-19-861186-2 (set)
1. English language—Dictionaries.   I. Simpson, J. A.
II. Weiner, E. S. C.   III. Oxford University Press.
PE1625.O87 1989
423—dc19   88–5330

Data capture by ICC, Fort Washington, Pa.
Text-processing by Oxford University Press
Typesetting by Pindar Graphics Origination, Scarborough, N. Yorks.
Manufactured in the United States of America by
World Color Book Services, Taunton, Mass.

A 519

**d.** *trans.* To remove, eliminate, or take out of gradually or in planned stages. Also *intr.*, to disappear gradually.

1954 *Quartermaster Rev.* July-Aug. 150/1 We in Defense are phasing out the support of basic research for the general welfare. 1955 Sun (Baltimore) (B ed.) 25 Apr. 8/3 The old propeller-driven Mustangs..will be 'phased out on August 1'—which means that replacement parts will have become so scarce that they cannot longer be operated in safety. 1959 *New Scientist* 17 Sept. 446/1 Finding a way to phase out the jet lift as forward speed generates lift in the wings. 1967 *Guardian* 9 Jan. 6/4 We could safely decide to phase out the carrier fleet by 1970. 1969 J. GARDNER *Compl. State of Death* ii. 172 It's been a tricky job phasing out these people. 1969 *Daily Tel.* 13 Dec. 13/1 While he was 'phasing out' from the public view, he said, he was not shirking his duties as an MP. 1970 *Ibid.* 30 June 5/6 The Jaguar 420G range of cars is to be gradually phased out of production. 1971 *Nature* 1 Oct. 295/1 Five top level scientific committees..have recommended that the pesticide be phased out of domestic use. 1972 *Lebende Sprachen* XVII. 135/1 In a research organization projects do not phase in and phase out all the time. 1975 *Times* 22 Sept. 5/3 The Government wants to phase out pay beds. 1977 B. PYM *Quartet in Autumn* xii. 102 The whole department was being phased out and only being kept on until the men working in it reached retirement age. 1979 *Time* 2 Apr. 56/2 It has been generally thought that Ford would start phasing out after Sept. 4, 1980, when he turns 67.

† **6.** *phase up.* *Electr. Engin.*: to synchronize, bring into phase. *Obs. rare.*

1904 W. R. BOWKER *Dynamo, Motor & Switchboard Circuits* v. 99 In connecting two-phase generators for parallel running it is necessary to synchronize both phases the first time the machines are paralleled. After they have once been 'phased-up'synchronizing one phase is sufficient. *Fig.* 101 shows the connections for properly 'phasing up' two two-phase generators.

**phaseal**, *a.* [irreg. f. PHASE *sb.* + -AL[1].] = PHASIC.

1847-9 TODD *Cycl. Anat.* IV. 665/1 The law..is one of a phaseal quantitative degradation.

**phase angle.** [f. PHASE + ANGLE *sb.*[1]] 1. An angle representing a difference in phase, 360 degrees (or radians) corresponding to one complete cycle.

1889 J. A. FLEMING *Alternate Current Transformer* I. iii. 120, OP..is called the 'amplitude or maximum value, and OOM the phase angle of the motion. 1926 *Discovery* Mar. 10/2 By phase-angle changes so produced...any of our most amplitudes may be much reduced and the real importance of a periodicity (in the weather) accordingly masked proportionately. 1947 R. LEE *Electronic Transformers & Circuits* v. 127 These waves indicate that the phase angle encountered in audio transformers does not of itself introduce much distortion in a highly loaded triode. 1966 BROSAN & HAYDEN *Adv. Electr. Power & Machines* vii. 279 The voltage will be alternating, and...in general, e = E sin ωt. If the coil is connected to an external circuit, a current will flow, given by i = I sin (ωt − φ) where φ is the internal phase angle.

2. *Astr.* The angle between the lines joining a given planet to the sun and to the earth.

1926 H. N. RUSSELL *et al. Astron.* I. ix. 234 How much of the illuminated hemisphere can be seen from the earth depends upon the angle at the planet between lines to the earth and to the sun. Where this phase angle is always very small, as it is from the most distant planets, there is never any perceptible deviation from a circular disk. 1974 R. H. STOY *Everyman's Astron.* vi. 203 The apparent brightness of any minor planet varies inversely both as the square of its distance from the Earth and as the square of its distance from the Sun. It also depends on the phase angle, that is, on the angle between the lines joining the minor planet to the Sun and to the Earth.

**phased** (feizd), *ppl. a.* [f. PHASE *v.* + -ED[1].]

1. Synchronized; adjusted to be in phase.

1922 GLAZEBROOK *Dict. Appl. Physics* II. 150/2 If these two readings give zero reading, the transformers are correctly phased... If readings are obtained across EE' and FF', then polarity or phase rotation is incorrect. 1929 *Photoplay* (Chicago) Apr. 31/2 Phased, or interlocked, all motors of sound and picture recording equipment lined up in readiness to start out in perfect step together. 1942 S. DEUTSCH *Theory & Design Television Receivers* xiii. 433 When the sync pulse is near the center of the saw-tooth retrace, there can be no doubt that the picture is correctly phased with respect to the horizontal sweep. 1958 *Listener* 9 Oct. 585/1 Zoning, road classification, phased traffic lights. 1969 *Focal Encycl. Film & Television Techniques* 544/1 The associated synchronising pulse trains are locked together and correctly phased. 1971 *Hi-Fi Sound* Feb. 71/2 It can be difficult for the newcomer to hi-fi to know whether the loudspeakers are correctly phased or not.

**b.** *phased array*: an array of aerials that is made to transmit or receive at a variable angle by delaying the signals to or from each one by an amount depending on its position in relation to the others.

1938 *Television* XI. 644/3 None of these changes... affect the description of the phased array. 1960 *Post* XLVIII. 17/1 Phased arrays can provide scanning patterns and scanning rates which are impossible to attain with mechanically scanned antennas. 1966 *Electronics* 3 Oct. 173 The satellite transponder will receive signals on 150.2 MHz with an 8-element phased array. 1970 *New Scientist* 10 Sept. 534/1 The beams formed by phased arrays can be steered electronically, and can be scanned up to several hundred million times a second.

2. Planned or carried out in stages or by degrees.

1949 *Archit. Rev.* CV. 225/2 A phased building

1953 *Munch. Guardian* 12 May 1/3 Mr Dulles issued a statement that the United States Government has a 'phased' withdrawal of British troops from the Canal Zone. 1956 *Sun* (Baltimore) (B ed.) 30 Nov. 1/6 Lord Salisbury.. declared: 'Our policy is that of a phased withdrawal.' This supposedly means a step by step withdrawal..rather than a sudden overall pullout. 1967 D. WILSON in Wills & Yearsley *Handbk. Managem. Technol.* iii. 49 The phased implementation of new procedures. 1972 *Daily Tel.* 2 Mar. 32/6 A policy to end imprisonment without trial by a phased programme of releases of every detainee and internee. 1978 *Glasgow Herald* 26 Nov. 3 The council who are planning 800 phased redundancies in the department next year. 1978 *Broadcast* Dec. 1/1 There will have to be a phased introduction of any changes that are agreed in pay structures and conditions of service.

**phase-down** (feizdaun). [f. PHASE *v.* 3.] A gradual reduction or planned decrease.

1968 *Times* 12 Feb. 17 The best scope for achieving economies in clerical staff will probably come on the female side, where the turnover is rapid and any required phasedown can thus be acquired easily in a relatively short time. 1972 *Lebende Sprachen* XVII. 135/1 The systems division has reported the phase-down of its program office. 1973 *Times* 10 Oct. 19/8 An employer has a progressively shorter working year (the phase-down being at the rate of one, two or perhaps three weeks per annum).

**phaseless** (feizlıs), *a.* *rare.* [f. PHASE *sb.* + -LESS.] Having no phases, of unchanging aspect.

a1849 POE *Ragged Mount.* Wks. 1865 II. 311 A phaseless and unceasing gloom.

† **phasels, phaselles, phasiols,** var. FASELS Obs., kidney-beans.

1626 WARE tr. *Alexil' Secr.* ii. 13 Take..Peason, Phasiols, Lintelles, and such like. 1657 TOMLINSON tr. *Renou's MOUNT Rabelais* v. xxix, Beans, Pease, Phasels or Long-peason.

**phasemeter** (feizmītǝ(r)). *Electr.* [ad. G. *phasemeter*; †*phasometer* (M. von Dolivo-Dobrowolsky 1894, in *Elektrotechnische Zeitschr.* XV. 351): see PHASE and METER *sb.*[1].] An instrument which measures the phase difference between two oscillations having the same frequency, esp. that between an alternating current and the corresponding voltage (hence giving the power factor).

1894 *Electrician* 21 Sept. 610/1 The phasemeter here described is essentially an ampere meter measuring the idle current. 1903 G. D. A. PARR *Electr. Engin. Measuring Instruments* vii. 104 The phasemeter now under consideration, made by the Electrical Co., Ltd., of London, is an instrument for measuring directly the value of the wattless current in an inductive alternating-current circuit. 1919 *Physici' Bull.* Oct. 477/1 The circuitry of the phasemeter has been designed to reduce the effects of errors introduced by crossover distortion and noise in the input signal, which are the most common sources of inaccuracy.

**phaseolin** (fezi'oʊlın). *Biochem.* [f. L. *phaseolus* kidney-bean; see -IN[1].] **a.** A crystalline globulin found in the seeds of the kidney bean.

1893 T. B. OSBORNE in *17th Ann. Rep. Connecticut. Agric. Exper. Station* IV. 187; I have been able, to identify and obtain in a state of comparative purity, two distinct proteids, one, the most abundant, having quite the properties of a globulin, which I shall designate phaseolin. 1922 *Nature* 112 Jan. 56/2 I shall designate phaseolin. 1922 *Nature* 112 July 669/1 Little or no cystine in a protein has also an effect upon the growth of rats. This has been more clearly demonstrated in the case of the protein, phaseolin, of the navy bean. 1964 *Chem. Abstr.* LXI. 10938 The enzymic hydrolysis of phaseolin with trypsin was affected by addn. of the nio dye, amaranth, at pH 8.

† **b.** = PHASEOLLIN. *Obs.*

1963 *CRUICKSHANK & PERRIN in Life Sci.* II. 680 The isolation is now reported of a further phytoalexin of the *Leguminosae*, sub-family *Papilionaceae*. This substance, for which we propose the trivial name, phaseollin, has been obtained by inoculation of detached, opened pods of the French bean, *Phaseolus vulgaris* L., using a spore suspension of [the fungus] *Monilinia fructicola* (Wint.). 1964 (see PHASEOLLIN).

**phaseolite** (fə'zıˈəʊlaıt). *Palæont.* [ad. mod.L. *Phaseolites*, f. *phaseolus* kidney-bean: see -ITE[2] a.] (See quot.)

1869 PAGE *Geol. Terms* (1865), *Phaseolites*...a genus of leguminous plants found in the Tertiary fresh-water formation of Aix.] 1882 OGILVIE, *Phaseolite.*

**phaseollin** (fə'zıˈəʊlın). *Biochem.* [f. PHASEOLLIN with inserted *l*: see quot. 1964.] A fungitoxic phytoalexin produced by the kidney bean plant, which has been isolated as a white, crystalline heterocyclic compound, $C_{20}H_{18}O_4$.

1964 D. R. PERRIN in *Tetrahedron Lett.* viii. 438 The author's attention has been drawn to the prior use of the term phaseolin to denote a protein from *Phaseolus vulgaris*. Accordingly the name of the phytoalexin from *P. vulgaris* is now changed to phaseollin. 1964 CRUICKSHANK & PERRIN in J. B. Harborne *Biochem. Phenolic Compounds* xiii. 530 Phaseollin is similar in its biological properties to pisatin. 1967 R. K. S. WOOD *Physiol. Plant Path.* xiv. 437 Another phytoalexin, closely related to pisatin and called phaseollin has now been obtained from pods of French bean [*Phaseolus vulgaris*] inoculated with conidia of *Sclerotinia fructicola*. 1973 *Nature* 20 Apr. 533/1 The phytoalexin phaseollin does accumulate in hypersensitive responses in leaves of French

† **pha'seolous,** *a.* *Obs. rare.* [f. L. *phaseol-us* (see PHASEOLLIN) + -OUS.] Related to the kidney-bean or scarlet runner.

1681 *Grew Musæum* II. 233 It is native of the Phaseolous, nor Fabaceous, but of the Peas-kind.

**phaseolunatine** (feızıoʊlu'nætın). *Chem.* [f. *phaseol*(us (see above) + MANNITE.] Another name of INOSITE.

1859 *Fownes' Man. Chem.* 355 Inosite..is identical with phaseolomannite, which occurs in unripe beans (*Phaseolus*). 1863 MILLER *Elem. Chem.* (ed. 2) III. 783.

**phaseometer** (feızı'ɒmıtǝ(r)). *Electr.* [f. Gr. φάσις, gen. φάσε-ως PHASE *sb.* + -O)METER.] An instrument for indicating the phase of an electric current.

1898 *Engineering Mag.* XVI. 143/2 A Direct Indicating Phaseometer..which resembles a double Watt-meter, with two movable bobbins.

**phase-out** (feızaʊt). [f. PHASE *v.* 5 d.] A gradual removal or planned elimination. Also *attrib.*

1958 *Time* (Atlantic ed.) 6 Oct. 26 The Moroccans countered a request for a three-year phase-out. 1960 *Economist* 8 Oct. 126/1 Britain has thus given *de facto* recognition to the Norwegian twelve-mile limit, but the ten year phase-out period for fishing in the outer six miles will do something to cushion the blow to Hull and Grimsby. 1961 *Ann. Reg. 1960* 258 There was a planned phase-out in the field of economic aid. 1969 *New Scientist* 28 Aug. 421/1 The RAF..is to assign more strike aircraft to cover Britain's seaward approaches as the phase-out of the Navy's carriers proceeds. 1972 *Science* 12 May 628/3 In 1971 Shell announced the phase-out of the Emeryville station. 1975 *Daily Tel.* 7 May 8/5 Unless the Government abandoned some [Bills], there seemed little chance of beginning the pay-beds phase-out until 1976 at the earliest.

**phase sequence.** [f. PHASE *sb.* + SEQUENCE.] 1. *Electr. Engin.* The sequence in which the different lines of a polyphase system attain their maximum voltage.

1918 N. EDGCUMBE *Industr. Electr. Measuring Instruments* (ed. 2) 257 A simple method of determining phase sequence in..circuits is very much available has been described. 1971 A. SYMONDS *Electr. Power Equipment* vi. 91 There are three essential conditions to be met before two transformers can be connected in parallel: (a) Secondaries must have the same phase sequence. This can be checked by a phase-sequence indicator.

2. *Psychol.* A hypothetical sequence of cellular activity in the brain initiated by a sensory stimulus, suggested by D. O. Hebb as an explanation of motivated behaviour.

1949 D. O. HEBB in *Psychol. Rev.* LIII. 264/1 Let us designate the specific pattern of cellular activity throughout the thalamo-cortical system, at any one moment, as a 'phase'. Behavior is directly correlated with a phase sequence, which is temporally organized. 1954 *Brit. Jrnl. Psychol.* XLV. 189 Hebb (1949) expressed the belief that the mental processes corresponding to cortical processes (phase-sequences) will be most rewarding..when the phase-sequences are in the course of being built up. 1969 COFER & APPLEY *Motivation* vii. 407 The theory presented..was essentially..that nerve cells in the brain when more or less simultaneously excited constitute assemblies of mutually facilitating, and to some extent stimulating, elements, a series of such cell assemblies acting one after another constitute a 'phase sequence'. 1972 C. TAYLOR in Borger & Cioffi *Explanation in Behavioural Sci.* 77 Hebb.. presents mechanisms, the 'cell assembly' and 'phase sequence', which although expressed in neurological terms are not based on any direct experimental or physiological evidence.

**phasianic** (feisı'ænık), *a.* *rare*[−1]. [f. Gr. φασιαν-ός pheasant + -IC.] Of or pertaining to pheasants.

1884 *Full Moll* G. 4 Apr. 4/2 The formation of coverts, food and management, and all other points and details of phasianic economy.

So **phasianid** (fes1ænıd) *a.*, of or pertaining to the *Phasianidæ* or pheasant family of gallinaceous birds; phasianidan (fessiænian) *a.*, of or pertaining to the *Phasianina*, a sub-family of the *Phasianidæ*, including the pheasants proper; phasianoid *a.*, allied in form to the pheasants, phasianid; phasianomorphic (fessemoʊˈmɔːfik) *a.*, of or pertaining to the *Phasianomorphæ* [Gr. μορφή form], in Sundevall's classification of birds, a cohort of *Gallinæ* containing some of the *Phasianidæ* with the *Turnicidæ* (Hemipodii).

1888 *Proc. Zool. Soc.* 14 May 299 The great series of *Galline*, Pavonine, Phasianine, and Tetraonine birds.

**phasic** (feizık, -stk), *a.* [f. Gr. φάσι-ς PHASE *sb.* + -IC.] 1. Of, pertaining to, or of the nature of a phase; presenting phases.

1890 *Chamb. Jrnl.* 13 Sept. 588/2 It is not..the mere phasic change of the moon that influences the weather. 1898 *Allbutt's Syst. Med.* V. 417 The number [of lymphocytes] in the blood undergoes phasic variations. 1907 *Sci. News* V. 24 Gjessing concluded that the phasic disturbance of nitrogen metabolism constituted the fundamental pathology of the disorder, the mental changes being merely the outward symptoms. 1975 *Nature* 6 Nov. 81/1 Action potential firing of individual endocrine cells falls into two principal categories: most fire continuously and randomly at 1-2 spikes s−1, while the rest have a phasic pattern of firing, quiescent or bursting activity alternating with periods of 10–60 s with

JUN 19 2007 17:31 FR CISTI ICIST        613 952 9303 TO 16175265000        P. 03

# THE OXFORD
# ENGLISH
# DICTIONARY

### SECOND EDITION

*Prepared by*
J. A. SIMPSON *and* E. S. C. WEINER

## VOLUME XVII
Su–Thrivingly

CLARENDON PRESS · OXFORD
1989

JUN 19 2007 17:31 FR CISTI ICIST        613 952 9303 TO 16175265000        P. 04

*Oxford University Press, Walton Street, Oxford OX2 6DP*

*Oxford New York Toronto*
*Delhi Bombay Calcutta Madras Karachi*
*Petaling Jaya Singapore Hong Kong Tokyo*
*Nairobi Dar es Salaam Cape Town*
*Melbourne Auckland*
*and associated companies in*
*Berlin Ibadan*

*Oxford is a trade mark of Oxford University Press*

© *Oxford University Press 1989*

*All rights reserved. No part of this publication may be reproduced,*
*stored in a retrieval system, or transmitted, in any form or by any means,*
*electronic, mechanical, photocopying, recording, or otherwise, without*
*the prior permission of Oxford University Press*

*British Library Cataloguing in Publication Data*
*Oxford English dictionary.—2nd ed.*
*1. English language-Dictionaries*
*I. Simpson, J. A. (John Andrew), 1953- .*
*II. Weiner, Edmund S. C., 1950-*
*423*
*ISBN 0-19-861229-X (vol. XVII)*
*ISBN 0-19-861186-2 (set)*

*Library of Congress Cataloging-in-Publication Data*
*The Oxford English dictionary.—2nd ed.*
*prepared by J. A. Simpson and E. S. C. Weiner*
*Bibliography: p.*
*ISBN 0-19-861229-X (vol. XVII)*
*ISBN 0-19-861186-2 (set)*
*1. English language—Dictionaries.    I. Simpson, J. A.*
*II. Weiner, E. S. C.   III. Oxford University Press.*
*PE1625.O87 1989*
*423—dc19      88-5330*

*Data capture by ICC, Fort Washington, Pa.*
*Text-processing by Oxford University Press*
*Typesetting by Filmtype Services Ltd., Scarborough, N. Yorks.*
*Manufactured in the United States of America by*
*Rand McNally & Company, Taunton, Mass.*

**A 522**

SUB                                    SUB-

XX. 761: A certain amount of margin and space between the lines for any 'subbing' that may be required.

5. [SUBSTRATUM 4.] In the manufacture of photographic film: to coat with a substratum (see quot. 1965). Chiefly as sbl. sb., the process of applying a substratum; the substratum itself.
1947 T. T. BAKER Photographic Emulsion Technique x. 179 The film base may be wiped or cleaned prior to subbing... The cleaned and subtreatened film base is coated at a fairly rapid rate. 1958 H. BAINES Sci. Photogr. vi. 83 The rear side of roll film and sheet film is subbed (substratum coated). 1965 M. J. LANGFORD Basic Photogr. ix. 181 The manufacturers first 'layer' both sides of the film base or coats them with a foundation layer of gelatin and cellulose ester known as the 'subbing' layer. Next, the emulsion is coated over the subbing on the face of the film. 1977 I. HABGOOD Photographer's Handbk. 365/1: Other non-porous surfaces should be pre-coated with the subbing layer which is normally supplied with the emulsion.

sub, obs. Sc. form of SIB.

||sub (sᴧb), Lat. prep. The Latin prep. sub (with the ablative) 'under', enters into a few legal and other phrases, now or formerly in common use, the chief of which are given below.

1. sub camino (?)
1774 SMEET Nat. Hist. Min. Waters 132 He points off to one of the obscure Universities in Holland or France, gets dubbed Doctor with a sub Camino Degree in Physick.

2. sub dio, under the open sky, in the open air.
1611 COTGRAY Crudition s.v. He walked not sub dio, that is, vnder the open aire as the cast did. 1623 COCKERAM s.v. 405 At Aleppo...they get their bede upon the roofs of their houses, and sleep sub Dio, in the open air. 1704 SWIFT T. Tub ii, Attended the Levee sub dio. 1775 G. WHITE Selborne, To Barrington 6 Oct., The marty savages [sc. gipsies] seem to pride themselves...in living sub dio the whole year round. 1880 SHORTHOUSE John Inglesant xviii, I would always...be 'sub dio' if it were possible.

3. sub forma pauperis = in forma pauperis (see JIN 10).
1592 Selman & Pers. i. iv. 89 Cye the chryne for me Sub forma pauperis; for money gives very little for that. 1616 R. C. Times' Whistle 1450 Poor Codrus is constrained to sue sub forma pauperis. 1694 WESTLOCK Zootomia 177 Should a Patient be bound to give it but also Advocate a Fee, He must quickly be removed...to the Hospital, there to bee sick sub forma pauperis.

4. sub hasta, lit. 'under a spear' (see SPEAR sb. 3 b), i.e. by auction (cf. SUBHASTATION).
1689 EVELYN Let. 12 Pepys 12 Aug., The humour of exposing books sub hastâ is become so epidemical.

5. sub Jove frigido, under the chilly sky, in the open air.
1618 SCOTT Br. Lawm. i, A peripatetic brother of the brush, who exercised his vocation sub Jove frigido. 1845 FORD Handbk. Spain i. 121 Not sub Jove frigido, but amid the burning, life-pregnant vegetation of the South.

6. sub judice, lit. 'under a judge'; under the consideration of a judge or court; undecided, not yet settled, still under consideration.
1623 J. CHAMBERLAIN in Ct. & Times Jas. I (1848) II. 379 Lord Hay is like...to be made an earl, but whether English or Scottish is yet sub judice. 1681 STAIR Inst. Law Scot. i. xvi. 334 The Relict did also claim a Terce out of that same one Tenement, which is yet sub judice. 1778 Cov. L. in Mem. (1792) 406 Litigation is unspent, whilst his face and fortune are sub judice. 1817 T. DWIGHT Trav. New Eng., etc. (1821) I. 162 They plainly consider the case as no longer sub judice. 1828 De QUINCEY Rhetoric Wks. 1890 X. 120 The relations of the People and the Crown...canvassed and judice from that time to 1688. 1897 Daily News 13 Dec. 8/5 He said the matter was being considered by the Committee, and therefore was sub judice.

7. sub lite, in dispute.
1891 Nation 8 Dec. 438/3 Mr. Petrie's dates are still, with good reason, sub lite.

8. sub modo, under certain conditions, with a qualification, within limits.
1686 Skene L.F. Stepanok (1681) 179 If a Man and a Woman contract Matrimony Sub modo. 1726 AYLIFFE Parergon 336 That this Paraphon or Legacy descends to her Executors like other Legacies bequeath'd purely and sub modo. 1814-8 ERSKINE Inst. Law Scot. 800 Obligations granted sub modo...are not...suspended until performance by the creditors in them. 1890 Edin. Rev. July 133 The opinion...might be held sub modo, with perfect consistency. 1843-56 BOUVIER Law Dict. (ed. 6) s.v., A legacy may be given sub modo, that is, subject to a condition or qualification.

9. sub pede sigilli (see quot. 1843-56).
1626 HALE Hist. Placit. Cor. (1736) I. 171 Certificates, which are usually pleaded sub pede sigilli. 1843-56 BOUVIER Law Dict. (ed. 6) I. 534/2 Sub pede sigilli, under the foot of the seal; under seal.

10. sub plumbo, 'under lead', i.e. under the Pope's seal.
1522 J. CLERK in Ellis Orig. Lett. Ser. III. I. 314 The bull of the Kyngs title was made up sub plumbo before the Popis deth. 1535 Latit. Supp. Monast. (Camden) 58 The prayer...gave hym licens to kepe an hore, and hath goode witnyng and plumbe in discharge his conciens.

11. sub poena, under a penalty of.
1489 in Archaeologia (1887) L. 1. 52 Sub pena of a jd. to the Chirch to be yerd.

12. sub rosa (see ROSE sb. 7), 'under the rose', in secret, secretly.
1654 GAYTON Pleas. Notes iii. v. 93 What ever thou and the foole passe did doe that thou they sey'd. 1772 J. ADAMS Diary 20 Sept. Wks. 1850 II. 307 This however...sub rosa. 1808 BARCLAY in Dixon Dict. Idiom Phr., I wonder some of you lawyers (sub rosa, of course) have not quoted the

pithy line of Mandeville. 1849 N. P. WILLS Lady June ii. Lxvii. Had he a 'friend' sub rosa? No, sir! Fie, sir!

13. sub sigillo (see SEAL sb.¹ 2 b), under the seal (of confession), in confidence, in secret.
1623 J. MEAD in Ct. & Times Jas. I (1848) II. 406 The foremented Mr. Elliot told, sub sigillo, some suspicious passages. 1875 OUTRAM Morn. 2 to Mede ii. 10, I may tell you, as my friend, sub sigillo, &c. this is that very transcend Lady, with whom I am in love. 1875 W. WALPOLE Let. to H. S. Conway 5 Oct., Remember, one tells one's creed only to one's confessor, that is sub sigillo.

14. sub silentio, in silence, without remark being made, without notice being taken.
1627-8 J. CHAMBERLAIN in Ct. & Times Jas. I (1848) II. 62 All things shut up sub silentio. 1760 GILBERT Cases in Law & Equity 267 These are barren then many precedents in the office, which have passed sub silentio without being litigated. 1843-56 BOUVIER Law Dict. (ed. 6) II. 533/1 Sometimes passing a thing sub silentio is evidence of consent. 1865 TYLOR Ev. Man. ix. 211 The Bishop would probably have passed over Mr. Quayle's second communication sub silentio as he had done the former.

15. sub specie aeternitatis, 'under the aspect of eternity', i.e. viewed in relation to the eternal; in a universal perspective. [Cf. Spinoza Ethica G (1677), in Opera Posthuma, 1677, v. xxix. 254.] Hence sub specie temporis, viewed in relation to time rather than eternity.
1896 W. CALDWELL Schopenhauer's System v. 168 Art enables us somehow to see things sub specie aeternitatis. 1912 Encycl. Brit. XXI. 445/2 The nature of any fact is not fully known unless we know it in all its relations to the system of the universe, or, in Spinoza's phrase, sub specie aeternitatis. 1924 A. HUXLEY Let. 11 Apr. (1969) 227 There, on the other side of the water, the courses hundred and five millions beings whose positions look at their lives sub specie aeternitatis—is to provide people like us with money. 1931 R. C. Broadway Hist. i. (1932) xi. 211 There was a time when...we have long observed him, looked on all things not sub specie aeternitatis; his actions all moved...in their perfection. 1952 V. A. DEMANT Relig. & Decline of Capitalism iii. 70 Hence what was true sub specie aeternitatis in the liberal aim is being lost. 1975 G. M. BROWNE Magnus vii. 145 I...we could look with the eye of so angel on the whole history of men, not sub specie aeternitatis, we would have the brevity and beauty of this dance in the altar.

17. sub verbo = sub voce, sense 18; abbreviated s.v. (see S s.v.).
1902 J. M. BALDWIN Dict. Philos. & Psychol. II. 538/1 Many citations in Eisler, Wärterb. d. philos. Begriffe, sub verbo.

18. sub voce, under the word (so-and-so); abbreviated s.v. Cf. VOCE².
1879 N. & Q. 13 Apr. 34/1 Skinner, Gloss., sub voce, evidently understands the word in this sense. 1871 Nat. & Dec. 48/1 See Halliwell's Dict., sub voce 'Druid'.

sub- (sᴧb, sᴧb), prefix, repr. L. sub- = the prep. sub under, close to, up to, towards, used in composition (cf. UNDER-) with the various meanings detailed below. (The related Skr. upa-, Gr. ύπο- have a similar range of meaning.)
The b of L. sub- remained unchanged when it preceded a radical beginning with s, t, c, or x; before m and f it was frequently assimilated (see e.g. SUMMON, SURROGATE), and before c, f, g, and p it was almost invariably assimilated (see e.g. SUCCEED, SUFFER, SUGGEST, SUPPOSE). Variation is illustrated by L. subfuscus subfusc beside L. suffuscus, subrogatio SURROGATE beside surrogatio SURROGATE. A by-form subs- (cf. ABS-) was normally reduced to sus- in certain compounds with words having initial c, p, t, e.g. suscipere, suspendere, sustinēre (see SUSCEPTION, SUSPEND, SUSTAIN); and before p- the prefix becomes su-, as in suspicere, suspicio, suspirare (see SUSPECT, SUSPICION, SUSPIRE).
The original force of the prefix is either entirely lost sight of or to a great extent obscured in many words derived immediately or ultimately from old Latin compounds, such as subject, suborn, subscription, subserve, subsist, substance. (Where the prefix occurs in an assimilated form and is consequently disguised, as in succeed, suffer, suppose, an analysis of the compound does not readily suggest itself.) As a living prefix in English it bears a full meaning of its own and is freely employed in the majority of the senses defined below. Appropriate originally to composition with words of Latin origin it has become capable of being prefixed to words of native English or any other origin. This extension took place as early as the 15th c., but the beginnings of the wide use of which it is now capable date from the latter half of the 18th c., to

which a large number of the earliest examples of scientific terms belong.

The more important and permanent compounds, whether general or technical, are entered in this Dictionary as main words; in the present article are treated such compounds of a general character as have not a permanent status in the language and scientific terms the meaning of which may (for the most part) be gathered from the meaning of the prefix and that of the radical element.

In Romanic, sub- was replaced by subtus- as a living prefix, e.g. subtendere was coined by *subtendere, whence OF. souz-, soudrez, mod.F. soudrez. (Cf. source-.) But subappears in OF. (1) from the 12th cent. in learned adoptions of old Latin compounds, e.g. subvenir to subvene, subvenue, subversion, (2) from the 14th cent. (with variant soub-) in forms substituted for older compounds with sous-, sour-, e.g. subgrant (cf. soubsgrant) subgregor, subnitor, subprior (cf. sousprior) SUBPRIOR, (AF.) subnavn sub-carer, subvenire sub-nunce...

Pronunciation. The prefix bears the main stress (1) in the following words derived from compounds of the old Latin stock, viz. 'subject (sb.), 'subscript, 'substance, 'suburb, 'subaltern, 'subdolous, 'subjugate, 'sublimate, 'subsequent, 'subsidize, 'subsidy, 'substantive, 'substitute, 'subtrahend; also in 'submarine, (2) in words in which there is an implicit contrast with the simple word, e.g. 'subarch, 'subclass, 'subflavour, 'subgenus, sub-office-, 'subsection, 'subsoil. (As with other prefixes that express contrast, the principal stress is always on sub- when the contrast is explicit, as deacon and 'subdeacon, to let or 'sublet, epithalial and 'subepithelial tissue.)

The prefix is stressless and the quality of its vowel is consequently reduced in subduce, sub'due, sub'jective, sub'join, sub'junctive, sub'lime, sub'merge, sub'mit, sub'ordinate, sub'option, sub'scribe, sub'serve, sub'sidy, sub'sidiary, sub'sist, sub'stantial, sub'stratum, sub'sume, sub'tend, sub'tract, sub'urban, sub'vene, sub'vert, and their derivatives. In other cases the prefix bears a stress varying from a light secondary to a stress even with that of the second element of the compound (the vowel being consequently unobscured), as in sub'acid, sub'division, 'sub'dean, subo'perculer, subt'rrenæan. In compounds belonging to general II, even stress tends to prevail.

I. Under, underneath, below, at the bottom (of).

1. Forming adjs. in which sub- is in prepositional relation to the sb. implied in the second element, as in L. subequinox = that in sub aqua under water, SUBAQUANEOUS, subdiālis = that is sub diō, SUBDIAL, subterrāneus = that is sub terrā, SUBTERRANEAN, -EOUS.

a. Compounds of a general character (mainly nonce-wds.) and miscellaneous scientific terms. subar'boreal, lying under a forest of trees. subar'tral, situated beneath the stars, mundane, terrestrial. sub'cambrian Geol., lying beneath the Cambrian formation. subcarbo'niferous Geol., designating the mountain-limestone formation of the carboniferous series or that lying beneath the millstone grit, lower carboniferous. † sub'coestuary, lying under the government of consuls. sub'crustal, lying under the crust of the earth. sub'fervular (also subferular) discipline. sub'fluvial, extending under a river. sub'glacial, existing or taking place under the ice. sub'incustrine, lying or deposited at the bottom of a lake. sub'mundane, existing beneath the world. sub'niveal, -'nivean, existing or carried on under the snow. sub'nubilar, situated beneath the clouds. subvocanic, beneath the ocean. subphoto'spheric, produced under the photosphere. † sub'renal, occurring beneath the kidneys or in the region of the loins. sub'ruinan, underneath ruins. subsca'barian...used as sb. (see quot.). sub'super'ficial, occurring below the surface. † sub'tegu'laneous (L. subtegulaneus, l. tegula tile), under the roof or eaves. sub'tidal Ecol., situated or occurring below the low tide mark. sub'umbrian (L. unda wave), growing beneath the waves. sub-'Wealden, under the Wealden strata in Sussex (or similar strata elsewhere).

1886 GUILLEMARD Cruise of Marchesa II. 10 The expanse who penetrates the true primeval forest to a country such as Borneo finds himself at the bottom of a *subarboreal world. 1732 WASHINGTON Serm. Ps. cxlvii. 3 The compares this *subastral economy with the systems of the fixed stars. 1837 TINDALL Progm. Sci. (1863) III. 80 The thickness of the rocks has been read from *sub-cambrian depths. 1849 DANA Geol. ii. (1850) 485 These *sub-carboniferous beds are well developed in Illinois. 1664 H. L'ESTRANGE Chas.

SUB-

SUB-

4

SUB-                                        5                                        SUB-

diagram below a solidus, i.e. when the system is wholly solid; *sub-'barbary* found under turf-ground.

**1889** *Microcosm Dec.* Hi2 "subductile properties. **1939** *Times* 9 Jan. 1/8 Apart from the exposed mountains near the coast, "sub-ra hill and dale occur. **1973** *Nature* 20 Apr. 570/1 New chapters in the history of the continent will be based on the realm of continental palaeomagnetic studies, much deep-sea drilling and to a lesser extent sub-sea drilling. **1900** *Pop. Sci. Monthly* Feb. 440 There would necessarily be a "submountain mass. **1895** *Westm. Gaz.* 6 Sept. 2/4 The whole of the "sub-river section of the line. **1952** B. MASON *Princ. Geochem.* ii. 232 We must... consider the phase changes that may take place in solid solutions in the "subsolidus region. **1979** *Nature* 15 Mar. 220/1 This mineral assemblage could be produced by hot-pressing the above composition in subsolidus conditions. **1846** *Osmo Brit. Fossil Mammals* 512 The "sub-turbary shell-marl in various localities in Ireland. **1893** *Times* 24 June 3/6 The [latest] ships are practically the same with regard to the "sub-water structure.

¶ With sb. forming sbs. designating a part, organ, or substance lying under the part denoted by the radical element; e.g. SUBCORD, *suben'cephalon, subhy'mentium*, SUBMENTUM, *subpila'centa, sub-'radius, sub'tascia* (see quot.), SUBUMBRELLA.

**1890** BILLINGS *Nat. Med. Dict.*, *Subencephalon*, Kranse's name for combined medulla oblongata, pons Varolii, and corpora quadrigemina. **1900** JACKSON *Gloss. Bot. Terms.*, *Sub-hymenial Layer* = *Subhymenium*, = Hypothecium. **1845** DUNGLISON *Med. Lex.*, *Subplacenta, decidua membrana*. **1877** PARKER & HASWELL *Zool.* I. 175 Half way between any sub-radius and the adjacent per- or inter-radius, a radius of the fourth order, of "sub-radius. **1883** P. KEITH *Syst. Physical Bot.* I1. 574 The "Subfascia, which is the inner coat of the seed-and has immediately under the turbo.

g. Forming vbs., jp.1. *subtariza* = 'raise subindre' (see SUBRAIZATION), *subygdre* to SUBJUGATE.

2. a. With adverbial force (= underneath, below, down, low, lower), prefixed to adjs., vbs., and pples. (and, less freq., sbs.), as in L. *suburdius* having copper underneath, *subjacens* underlying, SUBJACENT, *subtribere* to write underneath, write down, SUBSCRIBE, *subsidere* to sit down, SUBSIDE, *subseruère* to strew or spread underneath, *subtendre* to stretch under SUBTEND, late L. *subaudire* to hollow out underneath; e.g. *subai'dicanot, 'subpost adjs., subpri'vàad, -con'ceshed, -con'tained, -'deorked, -'terised pples.; sub'cavate vb, *subline'ation, underlining, *subpuncts'ation, marking letters or words with dots underneath. † *sub'umbrage v.o. to overshadow. † subcen'dation, the action of waves underneath. [Formations of this class are uncommon.]

**1822** *Quincey Lat. Physico-Med.* (ed. 2) 2 The superior Parts of the "subjugated *Os Metacarpi*. **1592** JOYCE *Olysses* 653 [Sc... paired retarded access to the kitchen through the subadjacent scullery. **1771** *Phil. Trans.* LXII. 80 A "subarmed... duaactne of the Plantarian family. **1799** W. TOOKE *View Russ. Emp.* I. 115 A piece of mountain... entirely bare of soil... in connexion with that mineral [rrit. isle] "subcovering the virgin clores. **1775** *Guilty's Metcoll. Antidot.* **1786** CHESELDEN *Anat. Hum. Body* 111 For the better understanding of the "sub-combined parts. **1826** SMART *Voc. Wds.*, *Subdained* to conceal by concealing. **1611** RUSSELL *Hunt Foundyne*, 24/1 If a name were desired for this minor feature of... draining of certain waters, it might be termed "subimposed. **1851** A. BOURKE *Under's Lett.* (1880) 574 He hath made use of... "Sublineation in lieu of Australia. **1908** *Times* 12 Mar. 14/1 The following whip... was marked with the sublination of a thick black line. **1908** H. HALL *Stud. Eng. Off. Hist.* 89, (b4 Confession of a blunder by the process of "subpunctation must have been particularly distasteful to a mediaeval scribe. **1639** BOLIVAN *Anthropomet.* ii. 53 That they [hairs] should imbibe the affron of "subrepast humours. **1908** *Daily Chron.* 15 July 1/4 A push-button "subdevised in a layer of red roses. **1581** *Satir. Poems Reform.* xlii. 82 Kewen, *splone... schippes subumbragis* all the ayris on heidl. **1655** FULLERT *Ch. Benches, Banches dehreyous agitente "subaudation called Sexbanckes.

b. Hence = in or into subjection, as in *subdère* to bring under, subdue, *subiíre* to SUBJECT.

3. Prefixed to sbs. with adjectival force (partly on the analogy of L. *sublemea under-plain, sub'urbàmen* litter) = lying, existing, occurring below or underneath, under-, (hence, by implication) underground: e.g. *sub-armour, -trousers, -baseword; subcrust, -curvest, -deposit, 'flush, -mind, sub-note, sub-crossing, -railway*; in designations of architectural features, indicating a secondary member, feature, chamber, etc. placed below or of the same kind, e.g. *sub-basement, -callar, -hall, -member, -pier-arch, -plinth, -shaft, -sill, -store-room, tower*, as *sub-abbey, subbranch* (whence *subbranched* adj.); 'sub-floor, a floor serving as a base for another floor; 'sub-frame, a secondary frame; *par.* (a) in carpentry and building, the frame for the attachment or support of a window or door-frame, etc. of panelling; (b) in a vehicle, the frame on which the coachwork is built, as distinct from the chassis; *sub'stratosphere*, the upper part of the troposphere, immediately below the stratosphere. Also SUB-ARCH, etc. (Stress even, or on the prefix.)

**1826** *Henntr Aur. Armour* II. 122 The Hauberk of chain-mail is worn... not... as the principal defence... but a "sub-armour. **1904** *Westm. Gaz.* 26 Apr. 32/1 Underneath, in the basement and "sub-basement, were many thousands of gallons of wines and spirits. **1894** *Outing* XXIV. 279/2 Gentleman, I see I didn't examine your "sub-cellar. **1864** *Athenæum* 21 Oct. 530/1 If it be not found convenient to have "sub-crossings, surely light iron bridges would answer the purpose. **1826** *Ind. A. Sept.* 217/1 The intervening accumulate, or "sub-crust, which we should probably regard as being... in a state of hydro-thermal plasticity. **1902** *Westm. Gaz.* 22 Oct. 3/2 The "sub-current of Americism idle. **1888** *SCHOELCRAFT* (*Webster*), *'Subdeposit.* **1846** *LYELL* (*Worc.*), *1853 J. F. ALLEN Pract. Building Construction* vii. 122 Double floors may sometimes mean that the flooring or floor-boards are laid on the joists in two thicknesses...the bottom thickness being straight-jointed... while the other ...is laid in the ordinary way above the "sub-floor, at the bottom one is called. **1900** W. C. HUNTINGTON *Building Construction* vi. 164 This type of construction is greatly superior to that which rests the studs on a sole plate placed on top of the "sub-foot. **1973** *Building Materials* (MTP Construction) 186 Any sub-floor can be leveled and smoothed. **1899** *Emmon HAMBLY* LXXXIII. 72911 A certain "subhush of everyday color beneath the dusky skin. **1900** *Moroc.* ( Oct. 33 (Advt.), A "sub-frame, on which the body is built, isolates the coachwork from the chassis and prevents distortion; the sub-frame being mounted on the chassis by supports having a certain degree of flexibility. **1844** N. W. KAY *Pract. Carpenter & Joiner* vi. 138 Care must be taken to prevent any damage by shrinkage: Ony method... is to form a sub-frame within the main-frame. If shown a sub-frame, to carry the glasses, rongwid into the frame of the door. **1968** D. BRAITWHITE *Fairground Archit.* vi. 80 At least two further wagons were required for "loose stuff" — sub-frames, piers and shutters, roundings and so on. **1979** *Daily Tel.* 1 Oct. 18 (Advt.), For *Satie*, Miss 830, 1969, 47,000 miles... front sub-frame, reconditioned gear-box. **1881** *Instr. Artill. (Field) Mov. 663.* part 9. to have every variety of beam-wave ground, and pay be said to live and act in a "sub-mind. **1894** DEACON *Liv. Cong.* 840 We possessed a few of his clusiver works. **1834** R. WILLIS *Archit. Med. Ages* vii. 34 Sometimes the "sub-pier-arch rests on a pilaster instead of a half shaft. **1878** *Parker Gloss. Archit.* 1. 611 A second or "sub-plinth under the Norman base. **1845** J. WILLIAMS (title), "Sub-Railways in London. **1835** R. WILLIS *Archit. Med. Ages* iv. 34 "Sub-shafts, narrow inches of which the upper side is united to the soffit of the next arch or wall. **1869** *Anthny's Photogr. Bull.* II. 415 Test inches below the "sub-shelf is a sink. **1833** *Loupont Encycl. Archit.* 5607 The oak post-posts are kept firm in their places, by the underground braces, to the "subsills. **1580** *Scolzner's Mag. Aug.* 210/1 Distributions are made daily among the "subterre-rooms. **1977** *Popular Sci. Monthly* Nov. 663 Aerial flexion miles above the earth...are bombarded by "subeterranean plane placed under test by the U.S. Army Air Corps. **1832** *Chambers's Jrnl.* Feb. 843 Another day Byrd flew over a never-ending succession of mountain-ranges, which looked as if they were suspended in the "substratosphere. **1884** *Consump. Rom.* July 102 A still better effect... was pasted by placing as octagonal super-tower, or "lantern, on a square "sub-tower. **1809** STAYNARD *Ferril.* 7 EFGH is the "Subtrosin, *Ibid.*, Section of a Port with a... Counterskarp; also "Subtrenched, *the Countain (Obs) Dup. 11 July.* Four inches of white canvas "subtrouvers were inserted between his pantaloons, spring-bottoms and shoe-taps. **1802** COLGRAVE *Lett.* (1791) 324 The diaper "subterrament of the young Jacobin. **b. *Astat.* (c) Designating the lowest or basal part of the organ denoted by the second element (cf. med.L. *subinga* lowest part of a yoke); e.g. *subcotis, subfasca, subfascia, subtilium.*

**1879** in *Haeckel's Evol. Man* (1905) 648 The corium is much thicker than the epidermis. In its deeper strata (the "subcotis) there are clusters of fat-cells. **1826** KIRBY & SP. *Entomol.* III. 398 "Subfasica (the "Subtasc). The lower surface or underside of the head. **1828** *Syst. Am. Lex.*, "Subtilium, the lowest portion of the ilium.

(c) Designating a part concealed or encroached upon; e.g. *subsfasura, subsgyrve*.

**1889** *Buck's Handbk. Med. Sci.* VIII. 160 Superfasvures and "subfasvures — These terms are employed herein to designate the fissures which result from the formation of supergyrus and "subgyrus. *Ibid.*, *Anthropologist* (N.S.) V. 673 The occipital fissure...shows a number of well-marked subgyrus in its depths. **1898** *Syd. Soc. Lex.*, "Sub-gyrus, a gyrus that is encroached on or covered.

c. *Agric.* Short for *subsoil*-.

**1877** [W. MARSHALL] *Minutes Agric.* 16 Aug. 1775, Put old ... Instead of the "sub-plow. **1778** *Ibid.*, Nothing can equal "sub-plowing for clearing the surface from running weeds. *Ibid.*, Object 27 After the [heavy was drawn, the soil was subplowed. **1866** C. W. HOSKYNS *Occas. Essays* 121 The well-known results of drainage and "subculitination. **1856** MORTON *Encycl. Agric.* II. 847/2 Subsoil ploughs... are merely stirrers of the under soil, and might more properly be termed "sub-penetrators.

d. *Mus.* With adj. force combining with sbs. to form terms designating: (a) an interval of so much below a given note; e.g. *subdis'perda, subdut'inassorum*; (b) a note or an organ-stop an octave below that denoted by the original sb.; e.g. SUBOCTAVE, *subcontra octave, sub-bass, -bourdon, -dispason*; cf. CONTRA- 4; (c) a note lying the same distance below the tonic as the note designated by the radical sb. is above it; e.g. SUBDOMINANT, SUBMEDIANT. (Cf. 13.)

**1852** J. J. SEIDEL *Organ* 25 The organ at St. Elizabeth's at Breslau... contains a sub-diapason. **1869** *Engl. Mech.* 31 Dec. 185/3 Sub-bass is a 32 ft. tone stop. **1878** STAINER & BARRETT *Dict. Mus.*, *Subdiapente, Subdominant*, the fifth below or the fourth above any key-note. **1879** *Organ Voicing* 18 All stops speaking at any interval other than the octave, rapor or sub. **1880** *Encycl. Brit.* XI. 873 The "subbass" ...an octave of 16 feet pitch. **1881** C. A. EDWARDS *Organs* 155 Sub-bourdon...is a reinforcing of the 16-ft. **1883** *Grove Dict. Mus.* III. 197/2 A Quint in Subdiapason, being a stop which in its dictionary value is the 6th below the real. Similarly "Subdissonarce is a fourth below. **1902** TITCHMEN *Exper. Psychol.* I. 30 Subcontra octave.

**T.** Subordinate, subsidiary, secondary; subordinarily, subsidiarily, secondarily.

5. Having a subordinate or inferior position; of inferior or minor importance or role; subsidiary; secondary.

a. of persons; as in late L. *subodyène* assistant, *subhères* next or second heir; e.g. *sub-advocate, -deity, -goat, -hero, -substitute*, etc.

**1845** MILTON *Colast.* Wks. 1851 IV. 321 The Laws of England, whereof you have intruded to bee an expositive "Sub-advocate. **1843** — *Ch. Gov.* i. vi. These two main reasons of the prelates...are the very words for a new "subantichrist to breed in. **1828** SOUTHEY *Lett.* & *Comb. Essua.* 181 The newly-commanded Antichrist with his three Sub-Antichrists. **1750** B. J. *Ind. Goo. Cong.* "Sub-ham, or *Dundeen*, a woo'd-foo-fear. **1858** T. G[ORRY] *Careless Sloph.* x. It seeet Not mortals only; but makes other powers "Sub-Deities to thine. **1802** T. MITCHELL-*Corer.* i. I were of the syckets applied to this sub-deity (Pluto). **1802** W. INNEL *Knickerb.* iii. ii. Five scheepers, who officiated as scribes, hostors-holders to the burger-meesters. **1886** SHELWELL *Women-Cept.* 1. Scarce any one is such a Fool, but he has "sub-Fool that he can laugh at. **1879** DIPTERS *Labebrulance* v. Happily arriv'd, I faith, my tod..."Sub-governour. **1798** *Ure Dict.* 1. 213 [Sena] had his "Sub-Gods, who under his several Disposition... **1885** G. B... *Bolwer...* a men..............(b) of the "sub-heir in this case. **1859** SPENCER & GILLEN *Tribes Centr. Austral.* 166-214, They pay at least one man of the same "Sub-totem, ...from a "sub-Geek, who took part in several Distopations each of the Humage of Mankind. **1848** LADY EASTLAKE *Jrnl.* I (1895) I. 189 Sir J. D... Bulwer ... even ...reminding me of some of our "sub-gods" in his books. **1849** WOODRUFF *Harvest Panel* 58 Bugs... "sub-hero"...passed dramatic persons ...Mr. Leander and somen. **1897** J. Dixon *Plot & Pas* 12/1 "They are my "Sub-prime, those pick up at jeeay sentiments. **1866** SPENCER & GOLLEN *Tribes Centr. Austral. ode ...*, Special magistrate and "sub-totems." **1877** SPENCER *Pol. Refern* 86600, 170 Dependence on an oversreach, while needs has an "sub-sharks. **1788** REID *Act. Iowa Man* ( 1786) II. vi. 92 The subordinate of Kempt was Yroutcergtoyr, who... appointed two as sub-" members of the "sub-totem." **1814** BERTHAM *Ch. Eng. Introd.* 17 Another body of clergy... to co-operate with the Catechum, and act under it, in the character of a sub-substitute... to every thing that came from Jesus. **1774** NORTH *Life Ld. Keeper North* (1742) 171 The Earl of Sunderland, Jeffreys, and their "sub-Sycophants. **1786** COOPER *Adman.* 93 Anticristaina Prelates, Pens Antichrists. "Subcontro-Antichrists, &c. as suome...do terme them. **1865** DAVPON *Prof. to News Ber. Moreon* Win. 1868 XV., 404 His king, his two experance, his villain, and his "sub-villain, may lie here, have all a certain natural cast of the father. **1840** MAGAULAY *Ess. Clive* (1843) 537/1 The villain or sub-villain of the story; and **1825** SOUTH *Serm.* (1697) 1. 304 The Repairer of a decayed Credit, and a "Sub-workingman of Grace, in feeting it from some of the inconveniences of Original Sin.

b. of material objects; e.g. *sub-affixment, -constitution, -leader* (LEADER† 12], *-network, -piston, -totem*, etc.; *submal'ution* chiefly U.S., (*unu. pd.*) small, short-range guided missiles; also *img.*; substorm *Meteorol.*, a disturbance of the earth's magnetic field restricted to certain, *unu. polar*, latitudes and typically manifested as an aurora and other upper atmospheric phenomena.

**1872** *w. John Verne's Meridiens* v. [The Kurosoan] incensed by the waters of a "sub-affluent, the Mendeners. **1744** *Phil. Trans.* XLlil. May 114 The cardinal and "subcardinal Points of the Compass. **1827** G. HIGGINS *Celtic Druids* 93 One of the very first "sub-casts from the Asiatic here. **1848** Dr. T. BROWNE *Posud. Ep.* v. xvii. 261 If thereby be meant the Fringe, or "subalmination upon the back of Taurus. **1849** cf. J. S. MACAULAY *Field Forty*. (1811) 207 Byed their "sub-crusts in some place as the sub-crusts of its base. **1892** MOSMERSON *Silema* vii. (ed. 3) 22 The whole of the calcareous courses of this "substorm. **1923** S. O'CASEY *Les. & Man.* (1925) I. 23 The Editor cannot in a "sub-leader advises! all his readers to go and see pictures exhibited in the Central Beansh of the Gielic League. **1823** *Casm. Journ. Educ.* II. 122, [n The following "sub-master keys. **1935** *Aviation Week & Space Technol.* 6 Oct. 232 Improvement of the BLU-8) "submaivition bombiet with two basic sizes of tungsten. **1962** *Financial Times* 2 Jan. 11/3 Clusters of anti-armour submunitions which are fired from aircraft dispenser positions. **1936** J. *Sheldon Jready of Groups* iv. 55 This will be useful where we wish to subance the "sub-networks. **1930** Amer. Hist. *Ether.* June 636/1 One's design is based on the idea of building a large network out of many interconnected subnetworks. **1892** *Outing* XXVI. 253 "Sub-pistons are called subnetworks. **1942** Decomp. VI.(1925) 159 Stilen the manufacture of his carbon. **1934** *Kranse Vokabula* 166 When the pores in the "sub-substi are small, and might more be termed "sub-perceive. **1832** *Daily Gnost.* 15 Sept. 664/3 These are the "subnema" which manifest themselves in auroras and associated magnetic disturbances. **1879** *Nature* 22 Feb. 649/1 Measurements were made during a magnetic substorm which appeared together with the polar light on the 21st Feb. **1879** *Nature* in *Smithsonian Inst. Rep.* 818 A larger or smaller group of what I have called "subtotems, but which might be appropriately termed pseudo-totems.

c. of something immaterial, a quality, state, etc.; e.g. *sub-cause*, *-code* [CODE *sb.*[1] 3 d], *-cycle*, *-entry*, *-flavour*, *-function*, *-genre*, *-hierarchy*, *-idea*, *-item*, *-literature*, *-part*, *-plot* [PLOT *sb.* 6], *-problem*, *-question*, *-sense*, *-society*, *-substantiality*, *-system*, *-theme*, *-theory*, *-topic*, *-war*, *-world*, etc.; sub-goal *Psychol.*, something that must be achieved on the path to the main objective.

1898 *Engineering Mag.* XVI. 38 In all there are 149 *sub-accounts, under 24 general voucher titles. 1818 BENTHAM *Ch. Eng., Catech. Exam.* 331 In the principal article, they are stated as residing in the neighbourhood; whereas, in the *sub-articles, no statement to that effect is contained. 1825 COLERIDGE *Aids Refl.* (1848) I. 184 The cause of this, and of all its lamentable effects and *sub-causes. 1960 R. JAKOBSON in T. A. Sebeok *Style in Lang.* 352 For any speech community..there exists a unity of language, but this over-all code represents a system of interconnected *subcodes. 1967 *Language* XLIII. 752 Variants of one and the same code, realized by means of different information channels, are called 'subcodes'. 1973 S. HEATH in *Screen* Spring/Summer 215. The distinction between cinematic codes and sub-codes is initially made in *Langage et Cinéma* as that between general and particular cinematic codes. *a* 1631 DONNE *Serm.* xxxiv. (1640) 338 This part hath also two branches..in the first branch, there will bee two twiggs, two *sub-considerations. 1953 A. K. C. OTTAWAY *Educ. & Society* 45 A *sub-cycle was here set up within the whole economic setting. 1974 *Sci. Amer.* June 78/2, I have omitted the important subcycles of nitrogen and phosphorus, two elements that are strongly related to the origin of life and to biological processes in general. 1892 *Field* 18 June 942/1 [In whist] the *sub-echo is the showing of three trumps when a partner has led and called for them. This is accomplished by echoing in the usual manner. 1876 C. A. CUTTER *Rules for Dictionary Catalog* 13 Class entry with specific or class *subentry. 1979 G. N. KNIGHT *Indexing* vi. 106 If it is a sub-entry itself that errs with excessive references, then the remedy is to turn it into a cross-reference to a separate heading having its own sub-entries. 1895 *Daily News* 30 Nov. 6/3 Their manifest *sub-flavour of earnestness. 1949 KOESTLER *Insight & Outlook* x. 153 Like all means towards an end (or *subfunctions in non-teleological language) [etc.]. 1969 H. R. F. KEATING *Inspector Ghote plays Joker* iii. 35, I regard it as a sub-function of my post to make person-to-person contact with as many people in your department as possible. 1976 *N.Y. Times* 13 Jan. 40/5 This was because she belonged to, if in fact she hadn't pretty much created a *subgenre of the mystery novel. 1980 *Times Lit. Suppl.* 7 Nov. 1262/2 One of the major subgenres of science fiction (works dealing with robots and computers). 1932 E. C. TOLMAN *Purposive Behav.* 459/1 (*Index*) Sign-objects.. become *sub-goal-objects. 1967 M. ARGYLE *Psychol. Interpersonal Behaviour* v. 91 Driving a car from A to B involves the sub-goals of getting the engine started, getting the car moving in top gear, and getting to the intermediate points X, Y and Z. 1977 *Dædalus* Fall 121 The theory includes the representation of the task environment, the definition of goals and subgoals,..and the order in which alternative courses of action will be explored. 1962 H. C. CONKLIN in Householder & Saporta *Probl. Lexicogr.* 128 *Subhierarchies of varying 'depths' are often discernible within larger hierarchic structures. 1878 GROSART G. *Daniel's Poems* I. 217 'Antike' = ancient, with the *sub-idea of grotesqueness. 1855 BROWNING *Men & Women* II. 17 Sage provisos, *sub-intents, and saving-clauses. 1888 *Pall Mall Gaz.* 31 July 3/2 Whether the author is to be suspected of a satiric *sub-intention. 1928 in W. K. Hancock *Australia* (1930) v. 90 In the existing Customs tariff there are 259 items or *sub-items which provide *ad valorem* duties of 40 per cent. or over. 1781 *St. Trials* XI. 220/2 Upon this he makes many limitations; upon all of which he adds..this *sublimitation. 1840-1 DE QUINCEY *Style* Wks. 1862 X. 191 Where..the limitations and the sublimitations, descend, *seriatim*, by a vast scale of dependencies. 1961 WEBSTER, **Subliterature*,..inferior literature that does not survive the test of time. 1974 *Times Lit. Suppl.* 1 Feb. 105/1 Though it is important to acquaint oneself with best-sellers and sub-literature.., the chief stress should be on literature of enduring aesthetic worth. 1891 SCRIVENER *Fields & Cities* 150 Both these scourges [scrofula and dyspepsia], with the groups of families of *sub-maladies which grow in their wake. 1883 *Harper's Mag.* Jan. 179/2 Some subtle *sub-meaning [is] also conveyed. 1770 LUCKOMBE *Hist. Printing* 234 Prefaces, Introductions, Annotations..all which *sub-parts of a Work were formerly..put in Italic. 1949 KOESTLER *Insight & Outlook* x. 135 A sub-whole composed of sub-parts, which in themselves are sub-wholes, and so on. 1976 LIEBERMAN & RHODES *Compl. CB Handbk.* xi. 233 Each applicant..must follow the procedure prescribed by Subpart 1 of Part 1 of this chapter. 1926 C. HUGON tr. *Creizenach's Eng. Drama in Age of Shakespeare* v. 255 In those cases where a comic *sub-plot runs side by side with the main plot. 1962 G. K. HUNTER *John Lyly* iv. 237 The sub-plot episode of the pages and Grim the Collier of Croydon in Edwardes' Damon and Pithias. 1879 ROBY *Lat. Gram.* II. 8 Such a secondary predicate might..be called a *subpredicate. It is often called an apposition. 1907 W. JAMES *Mem. & Stud.* (1911) x. 236 So the great problem splits into two *sub-problems. 1980 *Sci. Amer.* Feb. 30/3, I shall treat such issues as special subproblems of allocation. 1899 F. J. MATHER *Chaucer's Prol.* p. xlii, The most serious passages of his poetry are seldom without a *sub-quality of humor. 1675 TULLY *Let. to Baxter* 27 There remaines yet one small *sub-question. 1619 R. JONES *Recant. Serm.* in *Phenix* (1708) II. 493 The reason of this Conjecture is [etc.] ..The *sub-reason is [etc.]. 1856 EMERSON *Eng. Traits, Aristocracy* Wks. (Bohn) II. 83 Loyalty is in the English a *sub-religion. 1856 OLMSTED *Slave States* 292 The Second Auditor's General Report on Education..contains abstracts of *sub-reports. 1885 *Law Times Rep.* (N.S.) LIII. 566/2 If there was any doubt..it is entirely removed by the appropriate language used in *sub-rule 30. 1802-12 BENTHAM *Ration. Judic. Evid.* (1827) II. 150 These were mentioned as so many *sub-securities for correctness and completeness. 1890 *Academy* XXXVII. 218/1 A *subsensation of how, in Rossetti's weird phrase, his death was 'growing up from his birth'. 1947 E. PARTRIDGE *Usage & Abusage* 134/2 *Titanic*..is frequently employed with the *sub-sense of 'extraordinarily powerful'. 1981 *Dictionaries* II.-III. 168 Brockhaus lists it as an example illustrating a sub-sense of *Blut*. 1951 E. E. EVANS-PRITCHARD *Soc. Anthropol.* i. 13 Its boundaries include..peoples of near and further Asia, north Africa, and parts of Europe—an almost limitless number of..societies and *sub-societies. 1888 *Spectator* 30 June 910/2 There is a *sub-story dealing mainly with the amours of a disreputable young woman. 1922 JOYCE *Ulysses* 385 *Entweder* transsubstantiality *oder* consubstantiality but in no case *subsubstantiality. 1881 *Smithsonian Rep.* 203 Turning to the several *subsystems it appears that although it is possible that the orbits of the satellites of Mars, Jupiter [etc.]. 1957 V. W. TURNER *Schism & Continuity in African Society* i. 1 This book is..an attempt to analyse..the form and functioning of a sub-system, the village, within a wider system, the totality of Ndembu society. 1972 W. LABOV *Language in Inner City* ii. 64 BEV..is best seen as a distinct subsystem within the larger grammar of English. 1949 M. MEAD *Male & Female* xvii. 345 In this story there is a *sub-theme of the girl's mother's flirtation with a younger man. 1981 A. PATON *Towards Mountain* xxxiv. 307 The birth and rise of Afrikaner nationalism is one of the most powerful subthemes of my life story. 1951 PARSONS & SHILS *Toward Gen. Theory of Action* i. 28 Economic theory..only becomes a distinctive *subtheory of the general theory. 1897 O. J. NAVE *Topical Bible* 4 Under the *subtopic, *Instances of*, are grouped all the illustrative facts that occur in the Scriptures relating to each subject. 1923 *Notes from Ireland* Nov. 120/2 All this time a *sub-war rages. 1949 KOESTLER *Promise & Fulfilment* I. x. 114 The year..ended with the first encounters in the sub-war between the British Foreign Office and the future State of Israel. 1890 W. JAMES *Princ. Psychol.* II. xxi. 291 The popular mind conceives of all these *sub-worlds more or less disconnectedly. 1983 *Times* 10 Jan. 22/7 A sort of sub-world of smacked bottoms and scrawny mothers-in-law.

(*b*) With derived adjs., as *sub-intentional*, *-intentioned*, *-systemic*.

1957 P. LAFITTE *Person in Psychol.* ix. 121 A projective test ..is designed to elicit what might be called sub-intentional behaviour, including the whole range of covert behaviour that the person cannot report directly. 1968 *Internat. Encycl. Soc. Sci.* XV. 387/2 Subintentioned deaths are those in which the deceased played an important indirect, covert, ..or unconscious role in his own demise. 1961 WEBSTER, Subsystemic. 1966 S. BEER *Decision & Control* xvi. 428 The prefrontal lobe of the cortex..has no specific sub-systemic control responsibilities. 1977 *Dædalus* Summer 81 The functionings of their subsystemic parts..and of the whole are to be understood with the aid of general systems theory.

d. of actions; e.g. *sub-appearance*, *-quarrel*, *-smile*; sub-optimi'zation (see quot. 1967).

1820 LAMB *Elia* I. *Christ's Hosp.*, You never met the one by chance in the street without a wonder, which was quickly dissipated by the almost immediate *subappearance of the other. 1964 T. W. MCRAE *Impact Computers on Accounting* iii. 93 Cyberneticists are for ever emphasizing the dangers of *sub-optimization. 1967 E. DUCKWORTH in Wills & Yearsley *Handbk. Management Technol.* 119 *Sub-optimization*—the achievement of optimum working of, say, one department of a company without regard to the effect this may have on the rest of the organization. 1574 tr. *Josselin's Life 70 Abp.* Pref. to Rdr. D 2 b, A petye brawle and *subquarell betwen Yorke and duresme. 1799 S. TURNER *Hist. Anglo-Saxons* I. I. viii. 112 Amid this complexity of rebellion and *sub-rebellion. 1825 LAMB *Elia* II. *Stage Illusion*, The skilful actor, by a sort of *sub-reference, rather than direct appeal to us, disarms the character of a great deal of its odiousness. 1852 C. M. YONGE *Two Guardians* viii. 140 A certain *sub-smile about the corners of his mouth. 1882 'F. ANSTEY' *Vice Versâ* iv. His cheeks were creased with a dimpling subsmile. 1879 HOWELLS *Lady of Aroostook* (1883) II. 158 With a knowing little look at Lydia, which included a *sub-wink for her husband.

6. a. With names of officials or persons occupying positions of authority, forming titles designating one immediately subordinate to the chief official, as in L. *subcenturio* (var. of *succenturio*) centurion's lieutenant, late L. *subdoctor* assistant teacher, *subscribendārius* assistant secretary, eccl.L. *subdiāconus* SUB-DEACON, med.L. *subballīvus* SUB-BAILIFF, *sub-bedellus* under-beadle, *submagister* SUBMASTER, *subprior* SUBPRIOR, *subsēcrētārius* under-secretary; e.g. *sub-abbot*, *-captain*, *-conductor*, *-king*, *-vicar*, etc.

1767 BURN *Eccles. Law* (ed. 2) IV. 456 *marg.*, *Subabbat and subprior. 1818 BENTHAM *Ch. Eng.* 91 His Right Reverend Co-adjutors and Reverend *Sub-adjutors. 1729 FOXTON tr. *Burnet's App. St. Dead* 28 He commemorates their Deliverance out of Egypt,..Moses being the *Sub-administrator, with mighty Miracles and Prodigies. 1726 AYLIFFE *Parergon* 68 They ought not to execute these Precepts by simple Messengers or *Sub-Beadles. 1716 M. DAVIES *Athen. Brit.* II. 182 Schelstrat the Pope's *Subbibliothecarian. 1884 *Cyclist* 13 Feb. 242/1 The captain and *sub-captain..represent the club on the N.C.U. 1519 *Churchw. Acc. St. Giles', Reading* 3 Of the *Subchamberer of the Mon[astery] of Redyng. 1688 HOLME *Armoury* III. iii. 49/2 Officers..belonging to the Earl of Chester...Vice Chamberlain, or *Sub Chamberlain. 1858 GLADSTONE *Homer* III. 11 The subordination of the *sub-chief to his local sovereign. 1710 J. CHAMBERLAYNE *M. Brit. Notitia* II. 689 Mr. John Dundass, first Clerk of the Assembly...Nicol Spence, *Sub-Clerk. 1837 CARLYLE *Fr. Rev.* III. II. ii, Amid head-clerks and sub-clerks. 1688 *Lond. Gaz.* No. 2331/3 One of the King's Family shall succeed to the Bishoprick, as having been already designed by the Chapter for their *Sub-Coadjutor. 1947 H. G. FARMER *Royal Artillery Concerts* v. 15 For many years Zavertal would rehearse the orchestra for months without giving the slightest heed to the military band, which was left to the *sub-conductor (the Serjeant Major) and his subordinates. 1976 D. STEELE in H. Procter-Gregg *Beecham Remembered* I. 109 He came across the orchestra bridge to start untangling the confusion caused by Weingartner's being quite out of touch..with his sub-conductors. 1691 T. H[ALE] *Account New Invent.* p. cv, *Sub-Conservators for the River of Thames. 1670 COTTON *Espernon* I. II. 96 To importune the *Sub-Consul to conclude the Treaty. 1642-3 *Canterb. Marr. Licences*, Thomas Graunt, clerk, *subcurate of S. Mary's in Dover. 1580 in Picton *L'pool Munic. Rec.* (1883) I. 63 The same customer and *sub-customer shall yield and give their several accompts. 1672 *Ibid.* 284 William Galley Sub-customer. 1737 E. CHAMBERLAYNE *Angl. Notitia* II. 117 *Sub-director [of Ordnance]. 1896 HILPRECHT *Recent Res. Bible Lands* 87 Halil Bey, sub-director of the Museum in Constantinople. 1612 BRINSLEY *Lud. Lit.* 273 The particular help where either an Vsher is wanting, or else is not sufficient, is by a *Subdoctor. 1786 J. C. WALKER *Irish Bards* 83 This instrument was used..to assemble congregations [etc.]... Nor is it unlikely, that this office was performed by the *Sub-Druids. 1703 in J. Chamberlayne *M. Brit. Notitia* (1710) II. 561 The Office of Her Majesty's..Ordnance... Six Engineers..Four *Sub-Engineers. 1671 F. PHILLIPS *Reg. Necess.* 522 By fraud and collusion betwixt him and the said *Sub-Escheator. 1796 CHARLOTTE SMITH *Marchmont* IV. 433 Every fee, which the *sub-executors of our..laws are suffered to extort. 1809 W. TAYLOR in Robberd *Mem.* (1843) II. 277 Charon and his *subferrymen. 1883 *Harper's Mag.* Jan. 206/2 These Maine men are likely to become foremen, or *sub-foremen. 1774 MRS. DELANY *Life & Corr.* Ser. II. (1861) II. 70 Miss Goldsworthy is made *sub-governess to the young Royals at St. James's. 1876 E. JENKINS *Queen's Head* 4 The head waiter, and a lot of *sub-head-waiters. 1863 TREVELYAN *Compet. Wallah* (1866) 232 The *sub-inspector of police. 1684 BAXTER *Par. Congreg.* 38 [The Bishop] to be the *subintercessor, or the mouth of the Church in publick prayer. 1823 BENTHAM *Not Paul* 46 The *Sub-king of the Jews, Agrippa. 1848 LYTTON *Harold* III. iii, The lesser sub-kings of Wales. 1837 W. IRVING *Capt. Bonneville* I. 179 Mr. Walker, one of the *subleaders, who had gone with a band of twenty hunters. 1722 HEARNE *Collect.* (O.H.S.) VII. 383 The Fees being..1*s.* to the Head Librarian, 3*s.* 6*d.* to the *Sublibrarian, & 1*s.* 6*d.* to the Janitor. 1800 SOUTHEY *Lett.* (1856) I. 134 The sub-librarian is an intelligent man. 1733-4 MRS. DELANY *Let. to Mrs. A. Granville* 2 Mar., In what character is Miss Beal to go with the Orange family? A *sub-maid, I guess. 1883 *Manch. Exam.* 30 Oct. 5/2 Being *sub-manager for the last twenty-one years. *a* 1774 TUCKER *Lt. Nat.* (1834) II. 207 In order to gain favour with these inferior ministers or *sub-mediators. 1673 BAXTER *Let.* in *Answ. Dodwell* 82 Doth it follow that your Church Monarch can over-see them all himself without any *sub-overseers? 1685 —— *Paraphr. N.T.* John x. 3 To the Messiah God will open the door, and to *Sub-Pastors, they that by office are door-keepers to the Church, must open it. 1700 in *Cath. Rec. Soc. Publ.* (1909) VII. 69 The Pastor Tegers, and sub Pastor of St. Amand. 1617 MORYSON *Itin.* I. 210 The Patron ..made a solemne Oration to the *sub-Patron and the Marriners. 1671 E. CHAMBERLAYNE *Angl. Notitia* II. 228 Upon this Grand Office depends One hundred eighty two Deputy Post-Masters..and *Sub Post-Masters in their Branches. 1896 *Hansard's Parl. Debates* 18 Feb. 546/2 A number of messengers..employed by Sub-Postmasters. 1721 AMHERST *Terræ Fil.* No. 22. 112 Mr. Holt of Maudlin college, *sub-proctor at that time. 1688 HOLME *Armoury* III. iv. 181/2 The *Sub-Provincial, is to act the same things..as the Provincial. 1706 PHILLIPS (ed. Kersey), **Sub-Reader*, an Under Reader in one of the Inns of Court, who reads the Text of the Law the Reader is to Discourse upon. 1605 *Answ. Supposed Discov. Romish Doctr.* 20 They.. openly moued the greatest *Subregents in England to take armes against her. *a* 1711 KEN *Preparatives* Poet. Wks. III. 13 Neglect to thy Sub-regent's Throne Affronts thy own. 1673 BAXTER *Let.* in *Answ. Dodwell* 82 Doth it follow that your Church Monarch can..rule them without any *sub-rulers? 1860 W. L. COLLINS *Luck of Ladysmede* x, It was the *sub-sacrist approaching in the discharge of some of his duties. 1843 CARLYLE *Past & Pr.* II. vi, Our Lord Abbot..made him *Subsacristan. 1642 *Docq. Lett. Patent* (1837) 326 The Office of *Subsearcher wth: in the Porte of London. 1632 B. JONSON *Magn. Lady* Dram. Pers., Mr. Bias, A Vi-politique, or *Sub-secretary. 1678 *Trial of Coleman* 42 A Sub-Secretary, that did write very many things for him. 1826 SCOTT *Diary* 16 Nov. in *Lockhart*, Five Cabinet Ministers.. with sub-secretaries by the bushel. 1745 *Season. Adv. Prot.* 37 No Person shall be capable of acting as *Subsherriff.. who shall not have been a Protestant for five Years immediately before such his acting. 1737 J. CHAMBERLAYNE *M. Brit. Notitia* II. 80 The Chief Office..Head Sorter ..*Sub-Sorters. 1876 GLADSTONE *Homeric Synchr.* 124 Under the supremacy of Troy and of Priam, Anchises their king, seems to have been a *sub-sovereign. *a* 1715 BURNET *Own Time* (1766) I. 315 He had been his *subtutor and had followed him in all his exile. 1744 T. BIRCH *R. Boyle* 69 Mr. Tallents..had been..sub-tutor to several sons of the earl of Suffolk. 1706 PHILLIPS (ed. Kersey), **Sub-Vicar*, an Under-Vicar. 1600 W. WATSON *Decacordon* (1602) 105 Maister George Blackwell the new Archpriest of England: nay, the *Sub-uiceroy rather of all the Isles of Albion.

(*b*) in derived adjs.; e.g. *subsecretarial* pertaining to a sub-secretary.

1898 B. GREGORY *Side Lights* 490 From his sub-secretarial desk he spoke on a case.

b. In the designation of corresponding offices or functions; e.g. *sub-administration*, *-commissaryship*, *-inspectorship*, etc.

1710 STEELE *Tatler* No. 193 ¶ 3 The *Sub-Administration of Stage Affairs. 1748 in Temple & Sheldon *Hist. Northfield* (1875) 273, I will..throw up my *sub-commissaryship. 1876 SMILES *Sc. Nat.* xiii. 268 The *subcuratorship could not be obtained. 1884 *Century Mag.* XXVIII. 134 One *sub-inspectorship of factories. 1839 J. ROGERS *Antipopopr.* x. §3. 253 We read nothing in Holy Scripture about the *submediation or the under-mediators. 1887 *Daily News* 1 Mar. 6/2 All the smaller *sub-postmasterships still continue to be in the gift of the Treasury. 1591 *Acts Privy Council* (1900) XXI. 105 The fee of the *Subproctorship for one whole yeare. 1881 *Athenæum* 15 Jan. 95/3 A *sub-professoriate of twenty readers. 1764 *Scott's Bailey*, **Sub-vicarship*, the office of an under vicar.

7. Compounded with sbs., to express division into parts, sections, or branches.

a. of material objects or of immaterial or abstract entities; e.g. *substring* (STRING *sb.* 15 c), *-tree* (TREE *sb.* 6 b (*e*)), *-unit*, etc.; *sub-areolet*, a division of an areolet; *sub-cavity*, one of the smaller cavities into which a cavity is divided; '*sub-channel Radio*, a distinct division of a channel or frequency band; *sub-folium*, a small or secondary folium; '*subgrain*, a small grain contained within another grain in a metal; *sub-ho'rizon*, a layer within an existing archæological or soil horizon; '*sublattice Physics*, a coextensive part of a fuller lattice, obtained by considering all the members having some property not possessed by the other members; '*sub-shell Physics*, in an electron shell, the complete set of orbitals capable of being occupied by electrons of identical azimuthal quantum number *l*.

1852 DANA *Crust.* I. 192 From each lateral segment a small *subareolet is separated anteriorly. 1899 *Allbutt's Syst. Med.* VII. 647 The cavity of the cranium is divided into two *subcavities by the tentorium cerebelli. 1847–9 *Todd's Cycl. Anat.* IV. 1. 99/1 The cells..containing no *sub-cells in their interiors. 1875 BRASH *Eccl. Archit. Irel.* 92 The chancel has a deep recess or *sub-chancel at the east end. 1959 *Wall St. Jrnl.* 30 June 1/4 Multiplexing...is a technique by which a radio station can divide its regular channels into *subchannels and transmit two or more sound signals at the same time. 1970 J. EARL *Tuners & Amplifiers* i. 24 Other features found in tuner-amplifiers..are automatic mono/stereo switching.., a low-pass filter for reducing the stereo sub-channel noise when the aerial signal is not quite strong enough for noise-free stereo reception, [etc.]. 1889 *Buck's Handbk. Med. Sci.* VIII. 127 The exact number and form of the cerebellar folia and *subfolia at birth. 1955 *Phil. Mag.* XLVI. 1343 Recent work..has shown that many of the dislocations left inside a metal after deformation are arranged along surfaces forming low angle boundaries between neighbouring regions of crystal, these latter being called *subgrains, cells, or particles. 1975 *Nature* 10 Apr. 489/1 Granular xenoliths..show various strain effects, including undulose extinction.., slip-planes, and subgrain development. 1928 *Bull. Amer. Soil Survey Assoc.* IX. 36 Other *sub-horizons are designated as $A_1$, $A_2$, etc. 1973 P. A. COLINVAUX *Introd. Ecol.* iii. 45 (*caption*) There may be several subhorizons in each of the main horizons and roots may penetrate them all. 1883 *Pall Mall Gaz.* 25 Sept. 10/1 What he might call *sub-houses, or a house within a house. 1641 MILTON *Animadv.* Wks. 1851 III. 226 An individuall cannot branch itselfe into *subindividuals. 1959 W. F. DE JONG *Gen. Crystallogr.* ii. 101 Either the direct lattice..is congruent (similar) with the elementary Bravais lattice, or one is a *sub-lattice of the other. 1973 H. D. MEGAW *Crystal Structures* viii. 174 Physicists who are less used to describing any but very simple periodic structures,..use the very misleading term 'sublattice' for a Bravais array. 1976 *Physics Bull.* July 294/2 In a crystal the atomic lattice can divide into two interpenetrating sublattices so that most, if not all, of the neighbours of an atom on one sublattice belong to the other. 1885 WATSON & BURBURY *Math. Th. Electr.* I. 217 The motions of the *submolecules. 1898 *Syd. Soc. Lex.*, *Subnucleus*, any one of the subdivisions into which a group of nerve-cells is divided by the passage through it of intersecting bundles. 1880 C. & F. DARWIN *Movem. Pl.* 223 The peduncle..bears three or four *sub-peduncles. 1836–9 *Todd's Cycl. Anat.* II. 910/1 The pro-thorax..is composed of four *sub-segments. 1930 RUARK & UREY *Atoms, Molecules & Quanta* ix. 272 The *n*, *l*, and *s* quantum numbers can still be assigned to individual electrons, and, therefore, the shells and *subshells can be designated in terms of these numbers. 1959 G. TROUP *Masers* 161 We take as an example $Cr^{+++}$ which has 3 electrons in the unfilled outermost sub-shell. 1980 H. H. SISLER et al. *Chem.* viii. 209 For electrons in *s* subshells, we find that the probability distribution..is independent of direction in space and varies only with distance from the nucleus. 1955 N. CHOMSKY *Logical Struct. Linguistic Theory* (microfilm, Mass. Inst. Technol.) vi. 202b *Z'* differs from *Z* only in that it contains a *substring *Y* replacing the substring *X* of *Z*. 1966 D. G. HAYS in *Automatic Transl. of Lang.* (NATO Summer School, Venice, 1962) 145 In natural languages, texts can be segmented into recurrent substrings. 1972 *Computer Jrnl.* XV. 232/2 Each co-ordinate of *T* specifies a set to which a substring of *A* belongs. 1947 *Proc. Cambr. Philos. Soc.* XLIII. 26 We call *S* a *subtree of *L* if $p_0(S)$ = 1 and $p_1(S)$ = 0. 1972 R. J. WILSON *Introd. to Graph Theory* iv. 31 Let $T_1, \ldots, T_k$ be the subtrees obtained from *B* by removing the vertex *v* and every edge incident to *v*. 1976 J. S. GRUBER *Lexical Structures in Syntax & Semantics* ii. 1. 219 Instead of writing the lexical attachment rules as transformations, we will write them as terminal subtrees. 1936 *Economist* 7 Mar. 530/1 The promoters buy specified blocks of securities and deposit them with named trustees, who issue an agreed number of '*sub-unit certificates' against them. 1950 *Cold Spring Harbor Symp. Quantitative Biol.* XIV. 69/1 The phenomenon that the asymmetric unit in the crystal is a submultiple..of the molecular weights found in the ultracentrifuge, and..that excelsin..splits into 3n subunits. 1980 *Times* 15 Jan. 14 DNA is a long chain-like molecule composed of four different chemical subunits.

b. of a body or assembly of people, as in SUBCOMMITTEE, or of a division of animals or plants, as in SUBGENUS; e.g. *sub-caste*, *-clan*, *-clone* (also as vb. trans.), *-flight* [FLIGHT *sb.*[1] 1 h], *-nation* (also *-nationalism*), *-unit*; *sub-band*, a division of a band; *sub-breed*, a breed of animals constituting a marked division of a principal breed.

1808 PIKE *Sources Mississ.* (1810) i. App. 60 A young man, Wyaganage, has recently taken the lead in all the councils and affairs of state of this *sub-band. 1859 DARWIN *Orig. Spec.* iv. (1878) 87 The *sub breeds of the tumbler pigeon. 1896 *Daily News* 7 Apr. 3/3 The east *sub-brigade.. supported by the west sub-brigade. 1892 H. H. RISLEY *Tribes & Castes Bengal* I. 78 The Bauris are divided into the following nine *sub-castes. 1974 tr. *Wertheim's Evolution & Revolution* iii. 240 Even if a sub-group within a caste..has constituted itself as a separate sub-caste, such a collective step will generally imply a disruption of recognized family ties. 1954 *Subclan [see PARAMOUNT *a.* 1 c]. 1961 *Virology* XIII. 160/2 *Subclones showing the morphology characteristic of the superinfecting virus were plated for virus release. *Ibid.*, Clones showing the morphology characteristic of the original virus were subcloned. 1977 *Jrnl. Protozool.* XXIV. 28/1 The plausible inference can be drawn that doublet and singlet subclones from a single source do not differ in the kinds of genes or of other molecules they contain. 1978 *Nature* 7 Dec. 579/2 We subcloned the mixed progeny of the cross. 1894 *Educ. Rev.* VII. 278 Every one of the *sub-conferences claims for its group of subjects an educational value equal to that of every other. 1908 *Westm. Gaz.* 8 Aug. 2/1 One Council, with *sub-councils corresponding roughly to the postal areas. 1877 LE CONTE *Elem. Geol.* (1879) 160 The fauna and flora of the United States are divided..into three *sub-faunæ and *sub-floræ. 1941 *Hutchinson's Pictorial Hist. War* 14 May–8 July 216/2 Dive-bombers usually approach at about eight thousand feet or so, and on arriving over the target break up into *sub-flights of three. 1833 CHALMERS in *Mem.* (1851) III. 381 The discussions of the separate or *sub-meetings. 1935 A. M. CARR-SAUNDERS in Huxley & Haddon *We Europeans* viii. 256 We might..contrast America with Europe, regarding the European nations as *sub-nations, that is as communities with a lower degree of distinction. 1967 M. AYUB KHAN *Friends not Masters* x. 183 We will remain 'sub-nations' if we do not join together to offer united resistance to power pressures. 1957 *Economist* 7 Sept. 739/2 This theoretically sensible policy ran up against the *sub-nationalism of the local peoples. 1974 G. W. CHOUDHURY *Last Days United Pakistan* i. 1 Emerging Bengali regionalism or sub-nationalism. 1860 MILL *Repr. Gov.* (1865) 115/2 Besides the controlling Council, or local *sub-Parliament, local business has its executive department. 1888 *Encycl. Brit.* XXIII. 473/1 Each of these phratries is subdivided into two *subphratries; and these subphratries are subdivided into an indefinite number of totem clans. 1888 *Ibid.* XXIV. 810/1 The main branchings [of a genealogical tree] were termed 'phyla', their branchings '*subphyla'. 1846 GROTE *Greece* II. ii. II. 324 Twelve *sub-races, out of the number which made up entire Hellas. 1894 W. WALKER *Hist. Congreg. Ch.* 299 With the two Edwardean divines..Emmons and Dwight,—the New Divinity may be said to have divided into two *subschools. 1824 SOUTHEY *Sir T. More* (1831) I. 362 Every Sect and every *Sub-sect has its magazine. 1868 GLADSTONE *Juv. Mundi* iv. 112 A *sub-sept of the Achaians. 1798 in Nicolas *Disp.* (1845) III. 49 He divided his force into three *Sub-squadrons. 1882 A. MACFARLANE *Consanguinity* 15 Each lineal ancestor forms a stock and his family breaks up into *sub-stocks. 1879 in Willis & Clark *Cambridge* (1886) III. 226 The *sub-Syndicate are of opinion that it would be undesirable. 1670 *Rec. Presbyt. Inverness* (1896) 2 To remitte the same [*sc.* names]..with the Moderator to the Bishops to yᵉ forsᵈ *Subsynode. 1885 *Athenæum* 28 Feb. 279/1 If the squadron is preferable to the troop as a *sub-unit. *a* 1944 K. DOUGLAS *Alamein to Zem Zem* (1946) 13 He allotted me two tanks, as a troop, there not being enough on the squadron strength to make *sub-units of more than two tanks.

(*b*) in derived adjs.; e.g. *subphratric*, pertaining to a subphratry.

1977 *Jrnl. Commonwealth & Compar. Pol.* XV. 236 In 1968 the 81 successful UNIP candidates included 24 politicians at *subnational levels. 1887 J. G. FRAZER *Totemism* p. viii, *Subphratric and Phratric Totems. 1896 W. MACKAY *Rec. Presbyt. Inverness* 45 Among the *subsynodical refers read to-day.

c. of a region or an interval of time, as in SUBDISTRICT; e.g. *sub-age*, a division of an age.

1878 LOCKYER *Stargazing* 2 The Telescopic age..divides itself naturally into some three or four *sub-ages of extreme importance. 1926 *British Gaz.* 12 May 2/3 A service of corporation 'buses has been started in the *sub-area of Keighley. 1980 *Amer. Speech 1976* LI. 235 The second map ..shows the boundaries of twelve dialect areas and subareas of Scottish English. 1953 L. KUPER *Living in Towns* 304 Library books had been issued from *sub-centres in local schools. 1977 *Lancet* 5 Nov. 946/1 The health centre and subcentres provided additional support. 1826 KIRBY & SP. *Entom.* IV. 485 [Latreille] proposes further to divide his climates into *subclimates, by means of certain meridian lines. 1930 *Geol. Fören. i Stockholm Förhandl.* XXXII. 1146 (*heading*) Gothi- and Finiglacial *sub-epochs. 1940 A. H. SUTTON in *Bull. Geol. Soc. Amer.* LI. 1402 Subepoch —subseries. These terms as herein proposed are applicable to the first subdivisions of epochs and series respectively. 1867 G. F. CHAMBERS *Astron.* (1877) 23 The interval 11.11ʸ being divided into two unequal *sub-intervals of 4.77ʸ and 6.34ʸ. 1962 D. R. COX *Renewal Theory* ii. 30 To obtain (1) from first principles, divide the time interval (O, *t*) into a large number *k* of small subintervals of length $\Delta t$, where $k\Delta t$ = *t*. 1980 A. J. JONES *Game Theory* ii. 109 Then divide the interval [0, 1] into three equal subintervals. 1936 *Discovery* Oct. 329/1 Measles and certain skin affections..are the result of these *sub-phase mutations. 1977 *Antiquaries Jrnl.* LVII. 392 It is simply a sub-phase of one phase..of a conservative..coinage. 1898 *Jrnl. Sch. Geog.* (U.S.) Oct. 286 The *sub-province known as the Great Plains. 1852 GROTE *Greece* II. lxxii. IX. 290 Each satrapy was divided into *sub-satrapies or districts. 1909 *Daily Chron.* 29 June 4/6 Cleveland,..stands with Holderness, Hallamshire, and Richmondshire as a *sub-shire of Yorkshire. 1903 *Subzone [see SECULE]. 1969 BENNISON & WRIGHT *Geol. Hist. Brit. Isles* ix. 213 The 6 goniatite stages called after goniatite genera..were formally called zones but they are stages further divided into 16 zones (and many subzones).

d. of a branch leading from or into the main body, or a subordinate section of a business or system of affairs; = branch-; e.g. *sub-bureau*, a bureau depending on the principal bureau, *sub-cash*, a deposit of cash at a branch, *sub-office*, a branch office.

1896 *Pop. Sci. Monthly* Feb. 572 The bureau will be aided ..by *sub-bureaus. 1705 DE FOE *Consolidator* Wks. 1840 IX. 354 They brought all their running cash into one bank, and settled a *sub-cash, depending upon the grand bank, in every province of the kingdom. 1909 *Install. News* III. 29/1 Where wood casing is desired to be used for the *sub-circuits. 1892 *Daily News* 16 Sept. 5/4 A portion of the *sub-creek referred to, now being converted into a peaceful fishpond. 1804 *Edin. Rev.* V. 16 The other [college] is to consist of *sub-departments, one in each county. 1938 *Times* 13 Sept. 17/6 The opening of a further *sub-depôt for recruits at the air station at Dishforth, Yorks. 1976 *Daily Mail* (Hull) 30 Sept. 5/1 Councillors at Selby, concerned at the possibility of an Army Ordnance sub-depot being purchased by the Central Electricity Generating Board. 1958 W. STARK *Sociol. Knowl.* i. 31 The relation of the two *sub-disciplines to each other. 1982 *Sci. Amer.* Nov. 52/1 Answers to these questions call for close collaboration among earth scientists from many subdisciplines. 1897 MARY KINGSLEY *W. Africa* 139 Stopping at little villages to land passengers or at little *sub-factories to discharge cargo. 1902 W. JAMES *Var. Relig. Exper.* ix. 195 For them the soul is only a succession of fields of consciousness: yet there is found in each field a part, or *sub-field, which figures as focal and..from which..the aim seems to be taken. 1964 GOULD & KOLB *Dict. Soc. Sci.* 510/2 Political behaviour has come to be regarded as a sub-field, within the social sciences. 1968 N. CHOMSKY *Lang. & Mind* ii. 24 Linguistics..is simply the subfield of psychology that deals with these aspects of mind. 1977 *Dædalus* Fall 59 These subfields have been codified and systematized in an attempt to bring them into closer relation with theoretical frameworks. 1844 H. STEPHENS *Bk. Farm* I. 564 Where *sub-mains are employed in particular hollows, the ground comprehending the drainage belonging to each hollow should be distinctly marked off from the rest. *Ibid.*, A sub-main drain should be made along the lowest part of the hollow. 1907 *Nature* LXXVI. 554/2 The *submeter system is free from the objection of first cost to a great extent. 1876 PREECE & SIVEWRIGHT *Telegr.* 264 Every *sub-office on a circuit is called by the head office at the hour of commencing work. 1881 *Chicago Times* 17 June, Regarding the formation of a pool, the report..recommends three *sub-pools. 1901 *Daily Chron.* 27 Dec. 3/4 The Hammersmith *sub-post-office. 1862 H. SPENCER *First Princ.* II. xiv. § 113 (1875) 324 The once independent *sub-sciences of Electricity, Magnetism, and Light. 1861 N. DAVIS *Carthage* 34 *Sub-sewers, and other..unsightly objects. 1971 *Optometry Today* 15 Vision care needs of the aging patient have virtually produced a *subspeciality within the opto-metric profession: vision care of the aging. 1980 *Jrnl. R. Soc. Med.* LXXIII. 758/1 Between four and seven reviews within six subspecialities of medicine. 1963 *Lancet* 5 Jan. 42/2 Some of the *subspecialties such as skins and eyes. 1961 *Communications Assoc. Computing Machinery* IV. 438/2 A request, by a task, to call in and execute a *subtask causes.. a new task (the subtask called) to be added to the task list, with the appropriate precedence and priority. 1971 *New Society* 26 Aug. 373/1 My first subtask is..to move the ramp... This sets up the subsubtask of computing the coordinates. 1982 *Sci. Amer.* Jan. 123/2 The several concurrent processes can be different subtasks of a single program. 1855 LEIFCHILD *Cornwall* 89 Divided lengthwise into other *sub-veins.

e. *Math.* Prefixed to sbs. to denote an entity which is contained in some similar entity, in that each of its elements is also an element of the latter and that it shares the characterizing properties of the latter, as *subalgebra*, *-field*, *-formation*, *-graph*, *-manifold*, *-matrix*, *-module*, *-object*, *-ring*. Also SUBGROUP b, SUBSEQUENCE[2], SUBSET *sb.*[1]

1933 *Subalgebra [see LATTICE *sb.* 5]. 1979 *Proc. London Math. Soc.* XXXVIII. 315 Let $A_N$ be the closed subalgebra of $L(H_N)$ generated by the operators $T_1, \ldots, T_N$ and set *H*. 1940 E. T. BELL *Devel. Math.* xi. 239 The final outcome may be roughly described as an analysis of the structure of fields with respect to their possible *subfields and superfields. 1971 G. HIGMAN in Powell & Higman *Finite Simple Groups* vi. 209 *Q*(ε) is the real subfield of the field of the 5-th roots of unity. 1966 tr. *Gericke's Lattice Theory* iv. 71 We shall show that the set of *sub-formations of a formation.. relative to a given axiom system..that satisfies a condition yet to be formulated forms a complete lattice. 1931 *Proc. Nat. Acad. Sci.* XVII. 125 A *subgraph *H* of a graph *G* is a graph formed by dropping out arcs from *G*. 1979 PAGE & WILSON *Introd. Computational Combinatorics* iv. 76 Given a graph G = (P, L) then G' = (P', L') is a subgraph if P' is a subset of P and L' is a subset of L. 1963 H. FLANDERS *Differential Forms* v. 52 A manifold *M* is called a *sub-manifold of a manifold N provided there is a one-to-one smooth mapping *j*: M→N which has this..property. 1970 G. K. WOODGATE *Elem. Atomic Struct.* viii. 152 The matrix of *H'* which has to be diagonalized breaks up into *submatrices of given *M*. 1980 A. J. JONES *Game Theory* iii. 149 There are nine 2 × 2 submatrices obtained by deleting the $i^{th}$ row and $j^{th}$ column from *A*. 1965 J. J. ROTMAN *Theory of Groups* iv. 68 A subset *W* of the *R*-module *V* is a *submodule of *V* in case it is a subgroup of *V* which is closed under scalar multiplication. 1981 *Amer. Math. Monthly* LXXXVIII. 53 Submodules of finitely generated free modules over a principal ideal domain are free and need no more generators. 1965 *Subobject [see PROPER *a.* 5 c (i)]. 1979 *Proc. London Math. Soc.* XXXVIII. 245 The subobjects of N* in *E* which contain the point ∞ are in 1-1 correspondence with closed ideals of subsets of N. 1937, 1969 *Subring [see IDEAL *sb.* 3].

8. With advb. force, combined with adjs. and vbs. = in a subordinate or secondary manner or capacity, by subsidiary means, as *sub-entitle* vb., *-functional* adj.

1812 COLERIDGE in *Lit. Rem.* (1836) I. 366 The real value of melody in a language is considerable as *subadditive. 1716 M. DAVIES *Athen. Brit.* II. 368 His *Monarchia Dei* is directed against the Heathens for subjoyning and *sub-adoring several essentially subdistinguish'd Deities. 1901 *Daily News* 20 Feb. 6/5 The Assiut dam will be subsidiary to that at Assuan, inasmuch as it is..to be used *sub-conjunctively to that at Assuan. 1890 *Academy* 4 Jan. 7/3 Its anonymous author has *sub-entitled this book 'A New Story by an Old Hand'. 1845 POE in *Amer. Whig Rev.* II. 127/1 It is to be regretted that 'The Spanish Student' was

SUB-                                    8                                    SUB-

*[Two columns of dense Oxford English Dictionary entries for words beginning with "sub-", including SUBDIVISION, SUBCONTRACT, SUBLET, SUBPURCHASER, SUBSECESSION, SUBPASSAGING, SUBSPECIALTY, SUBSTELLITE, SUBSALT, SUB-BASAL, SUBSORDINAL, SUBLITTORAL, SUBMARGINAL, SUBALPINE, SUB-HIMALAYAN, SUBURBAN, SUBDUPLICATE, SUBSUPERPARTICULAR, SUBTRIPLE and related forms. The text is set in very small print and is not reliably legible at this resolution.]*

*subprincipālis* SUBPRINCIPAL; e.g. SUBTONIC. (Cf. 4.)

14. a. Combined with adjs. (and in derived advbs.) with the sense 'of lower condition or degree (or size) than' or 'numerically less than' that denoted by the original adj.: e.g. Also (U.S.) in adjs. expressing an inferior educational status, as *sub-angelical*, *-divine*, *-fresh* (also *-freshman*), *-judicial*, *-literary*, *-maximal*, *-miliary*, *-molecular*, *-morphemic*, *-optimal* (hence *-optimally*), *-optimum*, *-phonemic* (hence *-phonemically*), *-primary*, *-regal*. **sub-bi'tuminous** *a. Geol.*, (of coal) of inferior quality to bituminous; intermediate in rank between bituminous coal and lignite; **sub'cellular** *a. Biol.*, smaller than a cell; occurring inside a cell; **subcom'pact** *a. U.S.*, designating a car which is smaller than a compact one (see COMPACT *ppl. a.*[1] II. 1 b); also *absol.* as *sb.*; **sub'freezing** *a.*, designating or characterized by a temperature lower than the freezing-point of water; **sub'luminal** *a.* [L. *lūmen*, *lūmin-* light], having or being a speed less than that of light.

This sense tends to blend with 19.

1652 BENLOWES *Theoph.* Pref., Man..is of all Creatures *sub-angelical the Almighties Masterpiece. 1908 *Econ. Geol.* III. 136 The term '*sub-bituminous' was recommended and formally adopted by the (U.S. Geological) survey for all official publications. 1949 F. J. PETTIJOHN *Sedimentary Rocks* xii. 366 Subbituminous, semibituminous, and semianthracite coals are transitional coal types. 1979 B. L. C. JOHNSON *Pakistan* xi. 161/1 The estimates of reserves of Lower Tertiary lignitic to sub-bituminous coal range between 440 and 478 million tonnes. 1608 HIERON *Defence* II. 83 These..maye be called conformable to the Canonicall or *subcannonical. 1953 *New Biol.* XV. 120 There are too many examples in which patterns arise..within single cells (and thus demand a theory dealing in *sub-cellular units). 1964 G. H. HAGGIS et al. *Introd. Molecular Biol.* ii. 20 Some enzymes are localized in certain sub-cellular structures. 1978 *Sci. Amer.* Dec. 68/2 Myoglobin combines with the oxygen released by red cells, stores it and transports it to the subcellular organelles called mitochondria. 1967 *Wall St. Jrnl.* 24 Feb. 1/1 AMC [sc. the American Motors Corporation] also is thinking of building a '*subcompact' car that would compete directly in size and price with Volkswagen. 1971 *Flying* Apr. 68/2 (Advt.), A different-looking subcompact with the spirit of a sporty car. 1980 *Times* 12 Dec. 24/3 Chrysler extended the close-down of its Belvidere, Illinois, assembly plant, which makes subcompact cars. 1610 DONNE *Pseudo-martyr* 185 Nor know we whether they will pleade Diuine Law, that is, places of Scripture, or *Sub diuine Law, which is interpretation of Fathers. 1652 BP. HALL *Invis. World* 1. §2 O ye glorious Spirits..he that made you hath given us some little glimpse of your subdivine natures. 1958 *N.Y. Times* 15 Dec. 2/6 The Weather Bureau warned that *subfreezing temperatures would continue today. 1979 P. THEROUX *Old Patagonian Express* iii. 51 Two feet of snow in Boston. Chaos and death. Power cuts in sub-freezing weather. 1893 *Congregationalist* (Boston) 21 Sept., Enrollment as freshmen or '*sub-fresh' in the City College. 1896 *Living Topics Cycl.* (N.Y.) II. 264 Classical, scientific and mechanical *sub-freshman classes. 1808 BENTHAM *Sc. Reform* 67 All other persons who bear any part in the cause:—Judge, *sub-judicial officers, parties. 1872 SWINBURNE *Under Microscope* 79 'Ah, my lord..', says the jackal to the lion..'observe how all other living creatures belong but to some *sub-leonine class'. 1952 *New World Writing* Apr. 234 Even *aficionados* of murder fiction will concede..that except in the hands of a few writers it has been a *sub-literary product—characters unreal, dialogue artificial, plots highly improbable. 1980 *Jrnl. R. Soc. Arts* Apr. 302/1 He illuminates..this curious sub-literary genre in such a way that even serious students gain a profitable exposure to materials not often considered in length. 1969 *Physics Today* May 45/3 Particles traveling at *subluminal and those traveling at luminal velocities are two entirely distinct kinds of objects. 1980 *Sci. Amer.* Aug. 76/2 The expansion that appears from the earth to be superluminal would be relativistic but still subluminal when measured by the slower clocks of the source itself. 1890 W. JAMES *Princ. Psychol.* I. 235 *Submaximal nerve-irritations. 1880 A. FLINT *Princ. Med.* 194 The ultimate *submiliary granula coalesce to make..nodules. 1896 *Allbutt's Syst. Med.* I. 560 The body can resist the action of *subminimal doses of living bacteria. 1890 *Syd. Soc. Lex.*, *Subminimal stimulus*, a stimulus which is not strong enough to produce any obvious effect. 1935 *Discovery* Dec. 353/1 Raindrops may form on *sub-molecular electrically-charged units, or ions. 1964 G. H. HAGGIS et al. *Introd. Molecular Biol.* 338 Study of the mechanism of enzyme action is in a sense submolecular biology. 1947 C. F. HOCKETT in *Language* XXIII. 321 A scholar deciphering a dead language written in a non-phonetic or semi-phonetic orthography,.may achieve good control of the tactics and semantics of the language, but remain in almost total ignorance of anything *sub-morphemic. 1964 E. A. NIDA *Toward Sci. Transl.* iii. 41 Certain submorphemic elements can also be recognized, e.g. the sound symbolism of *ush* in *gush*, *flush*, *blush*, *slush* and *mush*. 1901 *Amer. Jrnl. Physiol.* IV. 477 If the stimulation is *sub-optimal, the animal will seek the source of light. 1980 *Sci. Amer.* Sept. 134/1 On the whole, however, India remains a case of stunted, suboptimal growth, burdened as it is with the world's largest single national mass of poverty and unemployment. 1901 *Amer. Jrnl. Physiol.* IV. 478 The supra-optimally stimulated organism moves from the source, the *sub-optimally stimulated one moves towards the source, of light. 1958 *Times Rev. Industry* Sept. (London & Cambridge Economic Bull.) p. iii/1 A larger labour force..had to be..deployed sub-optimally. 1937 *Ann. Reg. 1936* 59 Attention was given to the social importance of nutrition due to the realisation that *sub-optimum nutrition is common and widespread. 1950 Suboptimum [see LINOLENATE]. 1935 *Language* XI. 102 A *sub-phonemic variation which the observer himself uses will generally escape his notice. 1969 *Archivum Linguisticum 1965* XVII. 109 By no means all subphonemic changes eventually become phonemic. 1981 *Amer. Speech 1977* LII. 171 Along the Atlantic seaboard, subphonemic vowel differences are common. 1955 C. F. HOCKETT *Man. Phonol.* 160 The worker who sets up fewer 'phonemes' must cover less '*subphonemically' but correspondingly more 'super-phonemically'. 1898 *Advance* (Chicago) 17 Feb. 206/2 The institution has never had a *sub-preparatory department, as several of the young colleges have. 1895 *Proc. 14th Conv. Instr. Deaf* 293 In *subprimary work there is surely an interesting field for the constructive talent. 1810 LAMB *Let. to T. Manning* 2 Jan., The ordinary titles of *sub-regal dignity. 1878 H. M. STANLEY *Dark Cont.* I. xv. 390 His sub-regal court. 1907 *Nature* LXXVI. 146/1 *Subthermal baths, given at temperatures below blood heat.

b. Similarly combined with sbs. (forming words used chiefly *attrib.*), as *sub-cabinet* (chiefly *U.S.*), *-microgram*, *-proletariat*, *-threshold*, *-zero*; **sub'millimetre** *a.*, less than a millimetre in size or length; pertaining to or employing electromagnetic waves of such a length; also ˌ**submilli'metric** *a.*

1956 R. J. DONOVAN *Eisenhower* v. 66 Almost as soon as the Cabinet rises each week, Rabb meets with a group of *sub-Cabinet officers. 1974 P. GORE-BOOTH *With Great Truth & Respect* 389 The process of an important and difficult decision is remarkable... It passes through a hierarchy or a sort of sub-cabinet or both. 1981 *Economist* 24 Jan. 24/3 Lower appointments to sub-cabinet jobs are still being made and will be for some weeks. 1965 PHILLIPS & WILLIAMS *Inorg. Chem.* I. xvi. 576 Work on natural polonium has been limited to the *sub-microgram scale. 1976 *Nature* 10 June 454/1 Gibberellins are amongst the most potent of the naturally occurring plant growth regulators and exert maximal activity in most tissues when present in sub-microgram quantities. 1955 *Jrnl. Appl. Physics* XXVI. 1384/1 *Submillimeter radiation was produced when a pulsed, bunched high-energy electron beam was passed through a simple rectangular wave guide. 1973 *Physics Bull.* May 305/3 Submillimetre spectroscopy, or far infrared spectroscopy as it is more frequently termed, is a field in which there has been much activity during the last 15 years. 1976 *Sci. Amer.* June 127/1 All one had to do was to drop his view to the submillimeter level, where little creatures abound that are still new to science. 1975 *Nature* 6 Mar. 39/2 The mystery of the *submillimetric limb brightening [of the sun]. 1958 *Listener* 30 Jan. 186/1 Today the population of the delta belongs to the class which, I believe, sociologists call the rural *sub-proletariat. They are landless or almost landless peasants who seek casual employment in agriculture or anything that comes along. 1974 M. B. BROWN *Economics of Imperialism* iv. 87 Nor can we overlook..the role of migrant labour as a 'sub-proletariat' in Europe today. 1979 *Dædalus* Spring 105 The institutionalization of a subproletariat, and the creation of ethnic ghettos in the large urban areas are..examples of the changes taking place. 1937 BEST & TAYLOR *Physiol. Basis Med. Practice* lxiii. 1225 If a second stimulus also of *subthreshold strength..be sent into the nerve an impulse is set up. 1976 *Ann. Rev. Microbiol.* XXX. 234 Negative chemotaxis appears to be largely an all-or-none response to a threshold concentration, but weaker effects caused by prolonged exposure to subthreshold concentrations probably also occur. 1942 O. NASH *Face is Familiar* 137 And nobody is prompter in the face of hell, high water, and *sub-zero thermometer. 1980 R. McCRUM *In Secret Place* xii. 113 He's having a sub-zero feud with Hayter.

c. Compounded with a further prefix, as **sub-'micro-** *Chem.*, involving amounts less than those typical of microanalysis; also used as an independent word.

1945 *Jrnl. Biol. Chem.* CLXI. 589 In order to estimate the P content of these solutions, a *submicroprocedure..having a range of 0·2 to 3 γ of P was employed. 1964 N. G. CLARK *Mod. Org. Chem.* xxiv. 496 The isolation of minute quantities of material from biological sources has necessitated even greater refinements, so that sub-micro techniques (requiring 30–50 μg) have been developed during recent years. 1974 [see MICRO- 8 b].

15. *Zool.* In names of divisions of animals regarded as having only imperfectly developed the characteristics denoted by the word to which *sub-* is prefixed, as *Subgrallatores*, *Submytilacea*, *Subungulata*. English derivatives have been occas. formed; e.g. *subostracean*, a mollusc of the family *Subostracea*; *subplantigrade*, of or resembling the group *Subplantigrada*, not quite plantigrade.

1836 *Penny Cycl.* V. 313/2 [De Blainville] allows that these last ought to form a distinct genus of the family of *Sub-ostraceans. 1883 *Encycl. Brit.* XV. 434 The greater number of the Carnivora..may be called '*subplantigrade', often when at rest applying the whole of the sole to the ground.

16. In craniometry, forming adjs. designating a type of skull having an index next below that of the type denoted by the second element; e.g. *subbrachycephalic*, *-ous* (hence *-cephaly*), *subdolichocephalic*, *-ous* (hence *-cephalism*).

These terms are based on Broca's classification, who used the L. forms (masc. pl.) *subbrachycephali*, *-dolichocephali*.

1863–4 THURNAM in *Mem. Anthropol. Soc.* I. 461 With M. Broca, it is desirable to admit a *sub-dolichocephalic and a *sub-brachycephalic class [of skulls]. *Ibid.* 510 Only about half [the skulls] are brachycephalous or *sub-brachycephalous. 1878 BARTLEY tr. *Topinard's Anthrop.* II. xii. 490 Low stature, woolly hair, black skin, and *sub-brachycephaly. 1895 *Smithsonian Rep.* 1. 515 His cephalic index falls down to *subdolichocephalism. 1896 KEANE *Ethnol.* xii. 321 The shape of the head..is..here and there mesaticephalous and even *sub-dolichocephalous. 1890 BILLINGS *Nat. Med. Dict.*, *Sub-mesaticephalic*, having a cephalic index of 75 or 76. 1890 H. ELLIS *Criminal* iii. 52 Out of thirty criminals eight presented brains and skulls of a..capacity only found in *submicrocephalic subjects. 1863–4 THURNAM in *Mem. Anthropol. Soc.* I. 473 All these crania are very dolichocephalous. The first..is a remarkable specimen of synostosis... The form is *sub-scaphocephalic.

17. In the names of certain sectaries, = after, consequent upon, the opposite of SUPRA- (q.v.); e.g. SUBLAPSARIAN, SUBMORTUARIAN.

18. In designations of periods immediately 'below' or posterior to a particular period, as in *sub-neolithic* (also *fig.*), *-Roman* adjs.; SUBAPOSTOLIC.

1910 *Encycl. Brit.* (ed. 11) XII. 59 The following stages in the glaciation of North America:..The Aftonian (1st interglacial). The *sub-Aftonian or Jerseyan (1st glacial). 1902 *Encycl. Brit.* XXXI. 57 [Bugelkanne] is found everywhere in the area, made of various local clays, and it long survived into the 'Geometric' or *sub-Mycenaean period. 1905 A. J. EVANS in *Ann. Brit. School at Athens* X. 22 This stratum, to which the name 'Early Minoan I.' may be conveniently applied, shows naturally a greater survival of Neolithic elements... In its general complexion indeed it may be described as '*Sub-Neolithic'. 1956 E. E. CUMMINGS *Let.* 11 Mar. (1969) 248 Good Freudians were quick to suggest that my superego suffers from sub-neolithic trends. 1962 H. R. LOYN *Anglo-Saxon England* i. 39 Wheel-made pottery of *sub-Roman character. 1977 *History* LXII. 175 We cannot, however, expect that these works will ever provide information about the sub-Roman centuries.

IV. Incomplete(ly), imperfect(ly), partial(ly).

* *with adverbial meaning.*

19. a. Prefixed to adjs. or pples. of a general character, as in L. *subabsurdus* somewhat absurd, *subobscūrus* SUBOBSCURE; e.g. *subanalogous*, somewhat similar; also *sub-historical*, *-literate*, *-mature*, *-moral*, *-solid* adjs. (The precise force of *sub-* may vary contextually from 'only slightly' to 'not quite, all but'.) **sub-eco'nomic** *a.*, not justifiable on purely economic grounds; **subin'hibitory** *a.*, (of a dose of a drug, chemical, etc.) enough to hinder but not prevent microbial growth; **sub'luminous** *a.*, dim; *spec.* in *Astr.*, of less luminosity than the normal; **sub'sexual** *a. Genetics*, characterized by or being a form of parthenogenetic reproduction in which the first division of meiosis occurs, with crossing-over, but not the second (reduction) division; **sub'social** *a. Biol.*, applied to species of spiders or insects that live gregariously but without a fixed social organization; **sub'vocal** *a.*, designating an unarticulated level of speech comparable to thought; hence **sub'vocally** *adv.*

1870 LOWELL *Study Wind.* 291 A thimbleful of ..*subacidulous Hock. 1767 *Phil. Trans.* LVII. 417 Little seeds *subanalogous, or somewhat resembling those we find in the fructification of the Fucus's. 1884 A. LANG *Custom & Myth* 236 A *sub-barbaric society—say that of Zululand. 1668 H. MORE *Div. Dial.* I. xxxvii. I. 160 This *subderisorious mirth. 1822–34 *Good's Study Med.* (ed. 4) I. 330 The mixture *sub-diluted for bathing. 1948 *Rep. Native Laws Commission 1946–48* (Dept. Native Affairs, S. Afr.) 4/2 Government assistance..in respect of *sub-economic schemes has all along been linked with the condition that the municipality should bear a share of the loss. 1971 *Leader* (Durban) 7 May 1/5 The Verulam Town Board has announced its intention to erect..100 sub-economic houses. 1980 *Sci. Amer.* Jan. 50/2 He created a two-way grid of categories based on the degree of geological knowledge (known deposits, inferred deposits and probable deposits) and on current economics (economic, subeconomic and uneconomic). a 1734 NORTH *Life Ld. Kpr. North* (1742) 228 The Spaniards have peculiar Councils, call'd Juntos,..which prevents such *sub-emergent Councils as these [sc. English cabinet councils]. 1842 LOUDON *Suburban Hort.* 17 *Sub-evergreen herbaceous plants are: Œnothera biennis and several other species, Pentstemon, Chelone, Asters. 1854 BADHAM *Halieut.* 180 Others, *subgregarious in their taste, swim about in small detached parties. 1940 K. MANNHEIM *Ideology & Utopia* 128 Besides this *sub-historical biological element a spiritual, transcendental element is also to be found in this sphere. 1973 R. J. W. EVANS *Rudolf II* ii. 45 Such a view.. has survived in sub-historical writing and belles-lettres. 1903 GEIKIE *Text-bk. Geol.* (ed. 4) I. 18 The coronal atmosphere..consists mainly of *subincandescent hydrogen. 1956 M. HYNES *Med. Bacteriol.* (ed. 6) ix. 123 Serial culture of susceptible organisms in the presence of *sub-inhibitory concentrations of an antibiotic results in the emergence of bacteria that can flourish in the presence of enormous concentrations of the antibiotic. 1976 *Ann. Rev. Microbiol.* XXX. 64 Some strains of *M. osloensis* produce such a preponderance of coccal cells that their true nature can only be ascertained in films from media with subinhibitory concentrations of penicillin. 1958 J. BERRY in J. A. Fishman *Readings Sociol. of Lang.* (1968) 743 In *subliterate societies (in most of Tropical Africa for example) where book-production is at the best financially hazardous, the need for exotic type can have a deterrent effect on book production. 1973 R. A. CRAMPSEY *Puerto Rico* 13 In 1940 the bulk of the people were subliterate or illiterate. 1864 *Spectator* 31 Dec. 1508 The sky is still *subluminous. 1959 *Encounter* July 53/2 The photography is..that chocolate-marshmallow kind of subluminous chiaroscuro. 1969 O. J. EGGEN in S. S. Kumar *Low-Luminosity Stars* I. i. 22 Photometric parallaxes have been derived for the 27 stars in Table III which are very probably subluminous. 1976 *Progress in Sci. Culture* (E. Majorana Centre) Spring 52 Extragalactic sources can be classified in order of luminosity as follows (1) subluminous galaxies, such as M 31, (2) normal galaxies, [etc.]. 1899 *Submature [see PENEPLANATION]. 1922 C. A. COTTON *Geomorphol. N.Z.* I. xxviii. 415 The coast has passed through the stage of youth and has become sub-mature. 1951 *Jrnl. Sedimentary Petrol.* XXI. 128 Definition of the four stages of textural maturity. .. I. Immature stage... II. Submature stage. Sediment

contains very little or no clay, but the non-clay portion..is still itself poorly sorted... III. Mature stage... IV. Supermature stage. 1965 G. J. WILLIAMS *Econ. Geol. N.Z.* xiii. 192/1 A submature valley formed on this surface, later to be dammed by a basalt flow. 1892 ZANGWILL *Bow Myst.* 87 A curious, *sub-mocking smile. 1946 *Mind* LV. 115 A will-less saint would be a *sub-moral being, a fine creature perhaps, but not a responsible moral agent. 1807 *Spirit Publ. Jrnls.* XI. 84. I swam with *subnatant tadpoles, I frisked with volatile newts. 1866 ODLING *Anim. Chem.* 154, I now add to the free iodine some *suboxidised substance. 1650 MILTON *Tenure of Kings* 59 Not prelatical, or of this late faction *subprelatical. 1817 KIRBY & SP. *Entomol.* (1818) II. 277 A *subputrescent stalk of Angelica. 1618 HALES in *Gold. Rem.* II. (1673) 23 That δυσωπία, that *subrustick shamefastness of many men. 1865 *Pall Mall Gaz.* 11 Nov. 9 It might be imagined that the advertisement conveyed a *subsarcastic touch. 1876 *Nature* XIV. 503/2 The *Sub-Semitic languages of Africa. 1937 C. D. DARLINGTON in *Nature* 30 Oct. 761/2 Other mechanisms occur in the dog roses and with certain kinds of parthenogenesis whereby, as in *Œnothera*, a large part of the genes are prevented from recombining. With such systems stability has been achieved at the expense of variability, and we have arrived at what we may call a *sub-sexual method of reproduction. 1947 —— & MATHER *Elements of Genetics* xii. 266 As compared with sexual species variation is much reduced but it still occurs. The new apomictic species is thus often subsexual. 1877 SWINBURNE *Note on C. Bronte* 11 Its superhuman or *subsimious absurdity. 1881 WESTCOTT & HORT *Grk. N.T.* II. 230 What may be called '*subsingular readings' which have only secondary support. 1928 W. M. WHEELER *Social Insects* i. 13 The insects included in categories (1) to (5) may be designated as 'infrasocial'; those of (6), which are more interesting for our purposes may be called 'quasisocial' or '*subsocial'. 1958 *Science* 2 May 1046/1 Social organization in the main groups of social bees ..did not arise..through subsocial family groups. 1976 *Sci. Amer.* Mar. 101/3 Michener's second evolutionary route he calls subsocial. On this route only one level of behavior precedes eusociality; it is characterized by solitary rather than communal nest building. The solitary female [spider] remains at the nest, however, and cares for her young. 1922 JOYCE *Ulysses* 674 The decocted beverages, allowing for *subsolid residual sediment of a mechanical mixture, water plus sugar plus cream plus cocoa, having been consumed. 1786 *Phil. Trans.* LXXVI. 319 Both of them immersed in *subtepid water. *a* 1734 NORTH *Exam.* III. vii. (1740) 549 This put abundance of People of *subvirile Tempers, into a Twitter. 1934 M. TEN HOOR in *Jrnl. Philos.* XXXI. 534 The responsibility for descriptive analysis and psychological definition..has been accepted..by..the behaviorists... This theory..in its extreme form..contends that thought is nothing but *subvocal speech. 1980 A. KENNY *Aquinas* iii. 78 Aquinas has a clear grasp of the relationship between the intellect and the imagination when thought takes place in mental images or in subvocal speech. 1961 E. J. FURLONG *Imagination* vii. 77 The words 'the Chapel' are *subvocally present to me along with the visual object. 1620 VENNER *Via Recta* viii. 164 A *Subvulgar Diet is as it were a meane betweene the Accurate, and Vulgar.

(*b*) Such compounds are occas. used subst.

1635 PERSON *Varieties* II. 63 Whether that thing engendred bee a Star, or any other celestiall vertue, whereunto this *subdeficient striveth to attaine. 1633 EARL MANCH. *Al Mondo* (1636) 86 There be certaine *subsapients so worldly wise, as they thinke all other men insipients.

b. In derived advbs., as *submaturely*.

1900 *Proc. Boston Soc. Nat. Hist.* XXIX. 309 In central France..the initial form was an uplifted and submaturely dissected peneplain, in which valleys with incised meanders have been..developed. 1913 *Bull. Geol. Soc. Amer.* XXIV. 201 The submaturely dissected scarp.

20. a. With adjs. derived from the names of persons, used to designate something in the manner of but inferior to their work, characteristic style, etc. (Chiefly in nonce-formations.)

1934 E. SITWELL *Aspects Mod. Poetry* i. 18 Mr. Housman was followed by a school of poets, rather loosely held together by their sub-Wordsworthian ideals. 1959 *Listener* 5 Feb. 258/2 A laboured sub-Wodehousian straining after slapstick instead of farce. 1962 *John o' London's* 10 May 459/2 The opening has a sub-Chaplinesque quality. 1967 J. PHILIP et al. *Best of Granta* 1. 16 Following the editorial come five sub-Miltonic stanzas. 1977 P. JOHNSON *Enemies of Society* xi. 154 One prominent sub-Marxist 'scientist' who constantly uses the crisis-mechanism, to justify, among other things, the use of positive censorship, when possible, is Herbert Marcuse.

b. Hence, prefixed simply to the names of persons.

1963 *Times Lit. Suppl.* 5 Apr. 235/2 Here is the eternal sex-life of the American college girl told in the eternal sub-Salinger..style. 1968 J. BINGHAM *I love, I Kill* xi. 132 It was called *Deeper in the South*..kind of sub-Tennessee Williams. 1977 *Listener* 28 July 122/3 A pregnant older lady who paints sub-Ernst surrealities.

21. In technical use, chiefly *Nat. Hist.*

A small proportion only of the more commonly used compounds are illustrated here.

a. With adjs. of colour, as in L. *subalbidus* somewhat white, whitish, *sublīvidus* somewhat livid, *subniger* blackish, *subviridis* greenish, late or mod.L. *subcitrīnus* SUBCITRINE, *subpallidus* (for *suppallidus*) palish, *subrūfus* (for *surrūfus*) reddish; e.g. *subalbid*, *-luteous*, *-pale*, *-red*, *-virid*.

*c* 1530 *Judic. Urines* II. viii. 33 b, Vryne pale or *subpale. *Ibid.* x. 37 Rudy vryne is moyst like fyne golde, and *subrufe goldyshe. *Ibid.* xi. 39 *marg.*, Rede or *subrede vryne. *Ibid.* xii. 41 Vryne Rubicunde or *Subrubicunde. *Ibid.* xiii. 42 Afore yᵉ vryn were Rubie or *subrubie. 1590 BARROUGH *Meth. Physick* II. viii. (1596) 84 If his spittle..be yealow and *subpale. 1656 BLOUNT *Glossogr.*, **Sub-albid*, somewhat white. 1657 TOMLINSON *Renou's Disp.* 300 Sescli hath lignous..*subrubeous..surcles. *Ibid.* 610 A *subrufe ponderous Powder. 1661 LOVELL *Hist. Anim. & Min.* 212 Tethyia. If red is edible, the pale and *subluteous are bitterish. 1694 SALMON *Bate's Disp.* (1713) 217/2 Of a *subvirid or greenish blue Colour. *Ibid.* 339/1 A *Subrubid or Livor coloured soft Calx. 1742 *Phil. Trans.* XLII. 125 A large tough *subrubicund Polypus. 1777 T. PERCIVAL *Ess.* I. 192 The portion with cantharides..neither assumed a *sublivid, nor an ash colour. 1800 SHAW *Gen. Zool.* I. 490 *Didelphis Obesula*,..*Subferruginous Opossum. 1802 *Ibid.* III. 307 *Coluber Nasicornis*,..*Subolivaceo-flavescent Snake. 1803 *Ibid.* IV. 556 *Holocentrus Bengalensis*,..*Subfulvous Holocentrus. 1804 *Ibid.* V. 282 *Raja Pastinaca*, ..*Subolivaceous Ray. 1809 *Ibid.* VII. 272 *Strix Caspia*, ..*Subluteous Owl. 1815 STEPHENS in Shaw's *Gen. Zool.* IX. 84 Of a *subrufous chesnut. 1817 *Ibid.* X. 626 *Subtestaceous Warbler, spotted with brown. 1846 DANA *Zooph.* (1848) 664 Colour *subminiaceous. 1847 *Proc. Berw. Nat. Club* II. v. 242 Elytra..of a dark *sub-æneous green. *Ibid.* 248 The margin often *sub-piceous. 1852 DANA *Crust.* I. 395 The legs are *subochreous. 1887 W. PHILLIPS *Brit. Discomycetes* 13 Margin..*subcinnamomeous. 1898 *Syd. Soc. Lex.*, **Sub-flavous ligament*, short ligaments of yellow elastic tissue connecting the laminæ of the vertebræ. 1900 *Westm. Gaz.* 29 June 2/1 Her complexion *sub-olive.

b. With adjs. denoting surface texture, contour, or marking, substance, consistency, composition, taste, odour, as in L. *subācer* somewhat acrid, *subacidus* SUBACID, *subdūrus* somewhat hard, *subsalsus* saltish, mod.L. *sublānātus* somewhat woolly; e.g. *subacerb*, *-acrid*, *-coriaceous*, †*-dure*, *-granular*, *-ate*, *-ated*, *-ose*, *-hornblendic*, *-membranous*, *-stony*, *-translucent*, *-villose*, *-villous*.

1638 RAWLEY tr. *Bacon's Life & Death* (1650) 40 It must be ordered..that the Juyce of the Body, bee somewhat hard, and that it be fatty, or *subroscide. 1657 TOMLINSON *Renou's Disp.* 259 Its sapour is very sweet, *subamare, austere and somewhat aromatical. *Ibid.* 382 [Dates] are.. soft, but carnous, *subdure within. 1676 GREW *Anat. Plants* (1682) 246 Spirit of Nitre is a *subalkalizate Spirit. *Ibid.* 247 Spirit of Salt is a *subalkaline Acid. 1694 SALMON *Bate's Disp.* (1713) 248/2 These Tinctures are hot and dry, *substringent. 1694 *Phil. Trans.* XVIII. 15 A *subsaline and somewhat austere Serum. 1699 EVELYN *Acetaria* (1729) 129 Its pinguid, *subdulcid, and agreeable Nature. 1702 *Phil. Trans.* XXIII. 1165 *Alga Marina* is *Subacrid and Sweet. *Ibid.* 1171 The Roots are sweet and *subacerbe. 1756 P. BROWNE *Jamaica* 75 Its fibres are always rigid and *subdiaphane. 1760 J. LEE *Introd. Bot.* III. iv. (1765) 169 *Sarmentous*; when they are Repent and *subnude. 1777 PENNANT *Brit. Zool.* IV. 3 A *sub-cordated body. 1777 S. ROBSON *Brit. Flora* 117 Leaves ovato-oblong, *subpilose. *Ibid.* 131 Branches *subvillose. 1781 *Phil. Trans.* LXXX. 375 A spissid *sub-pellucid liquid. 1785 MARTYN *Rousseau's Bot.* xxvi. (1794) 387 The stem is *subherbaceous. 1787 tr. *Linnæus' Fam. Plants* 494 Legume rhombed, turgid, *subvillous. *Ibid.* 547 Pappus sessile, *subplumy. *Ibid.* 584 Seeds..*submembranous, inverse-hearted. *Ibid.* 683 Berry *substriated. 1792 WITHERING *Bot. Arrangem.* (ed. 2) III. 226 *Tremella Nostoc*...*Sub-gelatinous. 1817 KIRBY & SP. *Entomol.* (1818) II. 418 Both..have the material which diffuses their light included in a hollow *subtransparent projection of the head. *Ibid.* (1843) II. 44 Their abdomen swollen into an immense *sub-diaphanous sphere filled by a kind of honey. 1822 J. PARKINSON *Outl. Oryctol.* 192 The operculum is small, elliptical, and *subosseous. *Ibid.* 201 *Voluta digitalina*: decussated, *subgranular. 1824 R. K. GREVILLE *Scot. Cryptog. Flora* II. pl. 110 The surface covered with a minute *sub-pulverulent substance. 1826 KIRBY & SP. *Entomol.* III. 338 An internal *submembranaceous tooth or process. 1828 STARK *Elem. Nat. Hist.* II. 420 Axis slender, horny, or *sub-stony in the centre. 1829 LOUDON *Encycl. Plants* (1836) 15 Leaves ..*sub-coriaceous. *Ibid.* 591 Leaves *subcordate sessile serrate *subvillous. *Ibid.* 1023 *Substriate or rugose. 1833 HOOKER in Smith's *Eng. Flora* V. I. 46 Leaves *subopaque. 1833–4 J. PHILLIPS *Geol.* in *Encycl. Metrop.* (1845) VI. 562/2 An irregular..bed..of serpentine..exhibits..a *sublaminated structure. 1839 DE LA BECHE *Rep. Geol. Cornwall*, etc. iii. 64 The latter with a *sub-schistose structure. 1839 G. ROBERTS *Dict. Geol.*, **Sub-lamellar*.., extremely thin, like a sheet of paper. 1842 PERCIVAL *Rep. Geol. Connect.* 32 A dark grey *sub-porphyritic, *sub-hornblendic rock. 1846 DANA *Zooph.* (1848) 451 Branchlets ..*subterete and proliferous. *Ibid.* 590 Base *subgranulous. 1847 *Proc. Berw. Nat. Club* II. v. 236 Body slightly pubescent or *subglabrous. 1847 W. E. STEELE *Field Bot.* 201 Bracts small, *sub-foliaceous. 1849 DANA *Geol.* xvii. (1850) 632 Hypersthene..having a pearly or *submetallic lustre. 1868 —— *Syst. Mineral.* (ed. 5) v. 194 Plasma.. Rather bright-green to leek-green, also sometimes nearly emerald-green, and *subtranslucent or feebly translucent. 1870 HOOKER *Stud. Flora* 196 Fruit compressed, obovate, *subhispid. 1872 W. A. LEIGHTON *Lichen-flora* 27 Apothecia lecanorine or *sub-biatorine. 1880 GÜNTHER *Fishes* 66 Slender *subossified rings. 1895 J. W. POWELL *Physiogr. Processes* in *Nat. Geog. Monogr.* I. 1 The interior of the earth is in a *subfluid condition. 1955 BROWN & DEY *India's Mineral Wealth* (ed. 3) 623 The bloodstones are *subtranslucent, dark green chalcedony speckled with red; the moss agates..perfectly translucent stones.

c. With adjs. expressing shape, conformation, or physical habit, as in mod.L. *subæquālis* SUBEQUAL, *subamplexicaulis* slightly amplexicaul, *subobtūsus* somewhat obtuse, *subrepandus* somewhat repand, *subsessilis* SUBSESSILE; e.g. *sub-acuminate*, *-arborescent*, *-cordate*, *-ated*, *-hooked*, *-lunate*, *-repand*, *-simple*; ˌsubacroˈcentric *a.* *Cytology* = *subtelocentric* adj. below; subˈhedral *a.*, applied to crystals having partially developed faces, or incompletely bounded planes; ˌsubmetaˈcentric *a.* *Cytology*, applied to a chromosome with the centromere almost in the middle, so that the two chromosome arms differ slightly in length; also *ellipt.* as *sb.*; ˌsubteloˈcentric *a.* *Cytology*, applied to a chromosome with a centromere near one end, but not as near as in an acrocentric chromosome; also *ellipt.* as *sb.*

1752 J. HILL *Hist. Anim.* 131 The *sublong and transversely radiated Buccinum. 1756 P. BROWNE *Jamaica* 101 The *subarborescent Polypodium with a large lobed foliage. 1775 J. JENKINSON *Linnæus' Brit. Plants* 148 The silicula is *subcordate. *Ibid.* 162 Crowfoot Cranesbill with two flowers on each peduncle, *subpeltated. 1777 S. ROBSON *Brit. Flora* 71 Leaves reniform, *subpeltate. *Ibid.* 124 Leaves *sub-hastate. *Ibid.* 138 Clusters *subimbricate. *Ibid.* 145 Petals *sublanceolate. *Ibid.* 159 Leaves lineari-lanceolate, *sub-serrate. *Ibid.* 170 Peduncles uniflorous, *subcorymbose. *Ibid.* 188 Leaves ovate, obtuse, *subcrenate. *Ibid.* 262 Females *subpedunculate. *Ibid.* 290 Leaflets ovate, *subciliate. *Ibid.* 296 Leaves..lanceolate, *sublaciniate. *Ibid.* 304 Stem almost simple, *subventricose. 1785 MARTYN *Rousseau's Bot.* xxiii. (1794) 321 The stem-leaves oblong and *Subsinuous. *Ibid.* 446 Balm of Gilead Fir has the leaves *subemarginate. 1787 tr. *Linnæus' Fam. Plants* 180 Cor[olla]. Universal not uniform, *subradiate. *Ibid.* 188 Petals five, endnick-inflected, *sub-unequal. *Ibid.* 282 Germ wedge-form, angular, *subpedicel'd. *Ibid.* 534 Cor[olla]. Compound *subimbricated. *Ibid.* 761 Seeds.. flat inwards, *subconvex outwardly. *Ibid.* 763 Villous-murex'd without, with *subrevolute margins. *c* 1789 *Encycl. Brit.* (1797) III. 447/2 The florets *subpedicellated, or standing on very short flower-stalks. 1800 SHAW *Gen. Zool.* I. 264 *Sub-auriculated dusky Seal. 1802 *Ibid.* III. 588 The tail abruptly *subacuminate. 1809 *Ibid.* VII. 313 *Sub-cristated ferruginous Shrike. 1815 STEPHENS in Shaw's *Gen. Zool.* IX. 92 Tail wedge-shaped with *sublunate ferruginous fasciæ. 1817 *Ibid.* X. 381 *Subcrested Flycatcher. 1819 *Ibid.* XI. 519 Beak..the apex *subtruncate. 1819 G. SAMOUELLE *Entomol. Compend.* 93 Hands externally *subserrated. 1821 S. GRAY *Brit. Plants* II. 3 Leaflets *sub-auricled at the base. 1822 W. P. C. BARTON *Flora N. Amer.* II. 71 Corolla *sub-campanulate, five-lobed. 1822 J. PARKINSON *Outl. Oryctol.* 38 *Subpediculated masses. *Ibid.* 56 With thick lamellæ windingly plaited, *subcristated. *Ibid.* 74 Granulated and *subdentated striæ. *Ibid.* 131 The mouth *subreniform, with five prominent lips. *Ibid.* 223 *Pecten discors*: *subinequivalved. *Ibid.* 224 *Plicatula tubifera*: *subirregular. 1823 R. K. GREVILLE *Scot. Cryptog. Flora* I. pl. 46 Plants somewhat crustaceous or *substipitate. 1826 KIRBY & SP. *Entomol.* III. 170 The Libellulina MacLeay (whose metamorphosis that gentleman has denominated *subsemicomplete, a term warranted by their losing in their perfect state the mask before described). *Ibid.* 319 In *Scolia* ..&c.,..the antennæ are..in the females convolute or *subspiral. *Ibid.* 427 [The labial palpi] being most frequently filiform or *subclavate. 1826 CROUCH *Lamarck's Conchol.* 15 Shell transverse, *subequivalve, inequilateral. *Ibid.* 18 Shell *subtransverse. *Ibid.* 19 Shell..*Sublobate at the base. *Ibid.* 20 Shell inequivalve,..the superior margin rounded, *subplicate. 1829 LOUDON *Encycl. Plants* (1836) 7 Leaves ovate acute *sub-repand. *Ibid.* 17 Peduncle axillary *subracemose. *Ibid.* 701 Leaves *subamplexicaul. 1833 HOOKER in Smith's *Eng. Flora* V. I. 107 The mouth truncated *subciliated. *Ibid.* 108 Stem..*subsimple. 1839–47 *Todd's Cycl. Anat.* III. 376/2 The coracoid..is a strong, *subcompressed, *subelongate bone. 1842 *Penny Cycl.* XXII. 53/1 Shell..painted with..transverse, *subfasciculated lines. 1846 DANA *Zooph.* (1848) 461 Branchlets *subdigitiform. *Ibid.* 527 Branches ..*subdilatate at apex. 1847 W. E. STEELE *Field Bot.* 11 Heads *subumbellate. 1847 *Proc. Berw. Nat. Club* II. v. 240 Posterior tarsi with the first and last joints *subelongated. 1849 *Ibid.* vii. 371 With two curved *subpedicled claws. 1849 DANA *Geol.* App. I. (1850) 702 *Sub-alate above, sub-orbiculate behind. 1852 —— *Crust.* II. 703 The exterior plates of the abdomen have a triangular *subobtuse termination. 1853 ROYLE *Mat. Med.* 641 Leaves solitary, flat, *subpectinate. 1854 HOOKER *Himal. Jrnls.* I. iii. 86 The larger, white flowered, *sub-arboraceous species prevailed. 1856 W. CLARK tr. *Van der Hoeven's Zool.* I. 728 Shell.. furnished with small auriculæ, *subgaping at the side. 1858 *Ibid.* II. 390 Upper mandible with tip *subhooked. 1863 J. G. BAKER *N. Yorksh.* 195 A native of Italy and Provence, which has been noted in a *subspontaneous state about the Yore. 1870 HOOKER *Stud. Flora* 224 Campanulaceæ.. filaments free or *subconnate. *Ibid.* 301 Corolla ¼ in., *subcampanulate. *Ibid.* 348 Shrubby, 1–5 ft., rarely *subarboreous (10–20 ft.). 1887 W. PHILLIPS *Brit. Discomycetes* 145 Mouth *subconnivent. 1898 *Syd. Soc. Lex.*, **Subvermiform*, shaped somewhat like a worm. 1906 W. CROSS et al. in *Jrnl. Geol.* XIV. 698 **Subhedral*, partly bounded by crystal faces, hypautomorphic, hypidiomorphic. 1961 M. J. D. WHITE *Chromosomes* (ed. 5) ii. 23 Intermediate types exist..so that we may describe particular chromosomes '*subacrocentric' or 'metacentric'. 1963 *Austral. Jrnl. Zool.* XI. 8 Four pairs of *subacrocentrics, whose short arms are in most cases large enough to be distinctly visible in the preparations. 1963 *Jrnl. Nat. Cancer Inst.* XXXI. 642 The diploid complement of 22 pairs of chromosomes consists of 5 median metacentrics, 3 *subtelocentrics, [etc.]. 1964 *Ibid.* XXXII. 858 This system was arrived at by the arrangement of metacentric chromosomes in descending size order followed by *submetacentric and *subtelocentric chromosomes arranged in a similar manner. 1964 *Hereditas* LII. 211 Chromosomes..with arm ratios of 3·0 or higher are classed as ST ('*subtelocentric'). 1973 *Nature* 5 Oct. 262/1 The diploid karyotype of *U. lini* consisted of twenty-two chromosomes, eighteen metacentrics and four *submetacentrics. 1975 G. ANDERSON *Coring* ii. 35 (*caption*) Porous network of medium-grained euhedral to *subhedral dolomite rhombs. 1976 *Jrnl. Cellular Physiol.* LXXXVII. 104 The four groups (I, metacentric; II, *submetacentric; III, *subacrocentric; and IV, acrocentric) were defined for this purpose by the ratio, short/long arm length. 1980 *Canad. Jrnl. Genetics & Cytol.* XXII. 421 There are three SAT-chromosomes (arm ratio ($r$) = 1·74–1·92), four metacentric chromosomes ($r$ = 1·07–1·14), seven *submetacentric chromosomes ($r$ = 1·22–1·68) and seven subtelocentric chromosomes ($r$ = 1·75–2·42).

d. With adjs. denoting position, as in SUBCENTRAL, SUBLATERAL; e.g. *sub-ascending*, *-erect*, *-internal*, *-opposite*, *-terminal*.

SUB-
11
SUB-

SUBA

12

SUBAHDAR

**SUBA**

VII. 27. In place of another, as in L. *subdere* to put in place of another (see SUBDITITIOUS); substitute to SUBSTITUTE; e.g. † sub-elect to choose to fill another's place.

1600 HOLLAND *Livy* XXXXX, XXXX. 1045 The..assembly for subelecting of a Prætour in the place of the decessed.

VIII. 28. In addition, by way of or as in addition, on the analogy of L. *subjungere* to SUBJOIN, *subnectere* to SUBNECT; e.g. *subnexion*, vb.

1821 BENTHAM *Nat. Babienia* 143 Therefore have I subnected this Satyra [etc.], a jest in the end of a set of 13.

**¶ 29.** Detached from the sb. to which it belongs it is used quasi-adv. in co-ordination with adj. or attrib. sbs. qualifying the same sb.

1820 J. Baily *Farmer's Comp.* 45 Trench ploughing makes the sub with the surface soil. 1851 *Pall Mall Gaz.* 1 Dec. 6/2 The central, sub, and executive committees have been appointed.

**¶ 30.** Repeated (in senses of branch II) to denote further subordination or subdivision.

1845 C. CARTWRIGHT *Cert. Relig.* ii. 47 The many Religions which are lately sprung up, and the sub, sub, sub-divisions under them. 1821–31 BENTHAM *Logic App.* 332.

1851 VIII. 289 Division, sub-division, and sub-subdivisions. 1868 STEFFENS *Princ. Psychol.* (1880) I. particular feeling of redness associates itself irresistibly... with the sub-class of visual feelings, with the sub-sub-class of reds. 1899 *Daily Chron.* 29 Apr. 5/3 Under sub-contracts or sub-sub-contracts. 1903 EDEN *Phillpotts* xii. The sub-divided, re-divided, sub-divided, and sub-sub-divided... every conceivable sort of way.

**suba** (Juba). [Hungarian.] A type of long sheepskin cloak worn by Hungarian shepherds.

1905 G. A. BIRMINGHAM *Wayfarer in Hungary* xiv. 132 The suba is a long cloak of sheepskin reaching to the ankles... it has no sleeves... Only when the weather is bad is the suba fastened in front. 1929 *Times Lit. Suppl.* 4 Nov. 898/4 The Hungarian shepherd's 'suba', a magnificently voluminous sheepskin cloak. 1972 *Nat. Geogr. Mag.* Apr. 481 (caption) Shepherds wear huge wrap to escape summer's chill. 1972 SHEPHERDS *Full Dress of Europe* 15 In the last century, the suba, a sheepskin cloak, was developed from it. 1972 peasant wear is a garment of considerable elaboration and costliness... Circular, or nearly so...that great suba with radial sections joined in a shoulder yoke. The long seams... were decorated...on the skin side.

**subacid** (sub'æsid), a. and sb. [ad. L. *subacidus*: see SUB- 21 b and ACID. Cf. It., Sp. *subacido*.] A. *adj.* 1. a. Somewhat or moderately acid.

1669 W. SIMPSON *Hydrol. Chym.* 318 (1 temper'd with a sub-acid liquor in great abundance. 1696 GREW *Anat. Plants* Lect. ii. (1682) 344 Mercury... with Oyl of Vitriol, will not mix, nor with Oyl of Sulpher. But with Spirit of Nitre (presently harsh) 1742. Hence Mercury is a subacid Metal. 1753 SMELLIE s.v. *Sellici*, The sub-acid Orange, sharpens the Appetite. 1733 ARBUTHNOT *Rules of Diet in Aliments*, 10c. (1731) 254 All Fruits which contain a sub-acid essential salt. 1836 LANDOR *Per. & Asp.* Wks. 1846 II. 583 He enjoys a little wine after dinner, preferring the light and subacid. 1891 SCRIVENER *Fields & Cities* 130 The food of the human being cannot be 'suitable' unless varied by sub-acid substances of some kind.

**b.** *Chem.* Containing less than the normal proportion of acid.

1855 J. SCOFFERN in *Orr's Circ. Sci.*, *Elem. Chem.* 38 With regard to neutral and superacid, or subacid, salts... 1863 Somewhat acid or tart; verging on acidity or tartness.

1765 STERNE *Tr. Shandy* VIII. xx. Yorick, From a little subacid kind of devilish impatience in his nature, he would never submit to it. 1821 SYD. SMITH *Wks.* (1867) I. 203 A mere subacid Dissenter. 1862 SCOTT *Antiq. Asylum* P.71 An excellent temper, with a slight degree of subacid harshness. 1896 W. CLARK RUSSELL *It As the Mittel II.* 203 A hard, subacid expression...modified the character of her features. 1888 Miss. H. WARD *Rob. Elsmere* 428 Rose...was always ready to make him the target of a sub-acid merriment.

**B.** sb. 1. Subacid quality or flavour, subacidity.

1789 A. SEWARD *Lett.* 7 June (1811) I. 73 That unprovoked spleen...chuckling and attaining the nature of fine talents, and many excellent qualities...Let an un-warring, and correct sour acids and sub-acids of every sort. 1838 *Techanus Life, Lett. & Jrnls.* II. viii. ii. 168 He talked in his quiet way, showing sometimes a little subacid as Markham's statement. 1880 *Harper's Mag.* July 241/1 The subacid of the strawberry.

2. A subacid substance.

1848–50 WEBSTER, *Subacid*, a substance moderately acid. 1892 SCRIVENER *Fields & Cities* 130 Sub-acids in their most convenient form cannot be put into a pill form.

Hence **suba'cidity**, the quality or condition of being subacid; also, something slightly acid.

1823 CARLYLE *Misc. Ess.*, *Diderot* (1888) I. 42 There is a certain sardonic subacidity in Père Hoot. 1886 *Law Times* II. Jan. 37/1 The subacidity which gives a special flavour to his style.

† **subact**, *pa.* pple. and *ppl. a.* Obs. [ad. L. *subact-us*, pa. pple. of *subigere*, f. sub- SUB- 2, 26 + *agere* to bring.] Subdued, reduced; brought under control or discipline; brought under cultivation.

1430–50 tr. *Higden* (Rolls) I. 287 At the leste Fraunce was subacte to Iulius Cæsar, and occupyede by Romaynes. *Ibid.* II. 103 The Danes other soch by Sichus oþer subiecte. 1546 Pallad. on Husb. IV. 406 To November & Marche her braunchis arte In donged bond, subact. 1562 HOLINSH. *Tumull* (1673) 11 The stapulines and subact judgement of Iuvenal. 1694 MOTTEUX *Rabelais* v. xxii. 105 A subact and

sedate Intellection, associated with diligent and omnigenous Study. 1790 W. REEVE *Serm.* 357 The yoke of Christ is a reasonable service to a man of subact judgement.

† **su'bact**, v. Obs. [f. L. *subact-*, pa. ppl. stem of *subigere* (see prec.).]

1. *trans.* To work up, as in cultivating the ground, kneading, the process of digestion, or the like.

1624 JACKSON *Creed* III. vii. 51 That faith could not take roote in them, vnlesse first wrought and subacted by extraordinary figures and wonders. 1615 CROOKE *Body of Man* 411 He thinketh, that the blood is carried...into the right ventricle of the Hart...and is there digested and subacted. 1626 BACON *Sylva* §73 Trees that are planted in the Concert of Aire, but endeauour to subiect so pleasure in the Concert of Body. 1658 tr. *Porta's Nat. Magic* IV. viii 130 It is more Brasse Body..so subacted and subacted, and reduced by Lees of Oyl, that no. 177 He subacts the Bare-fares with Lees of Oyl. 1690 EVELYN *Numismata* To Mixt may not eat his Cow. 1697 Wars, nor altogether Rdr. Some Concert, and little Waste, nor altogether subacted. 1824 GOOD *Study Med.* 1. 10 Being softened or otherwise partially affected, instead of being entirely subacted, and reduced to rhyme or chyle.

2. To bring into subjection; to subject, subdue.

1645 Br. HALL *Rem. Discontents.* 515 The meek spirit is... so throughly subacted, that he takes his load from God... upon his knees. 1686 ? GOODWIN *Life* Wks. 1703 V. 7. [I lay bound as it were Hand and Foot, subjected under the Pleasure of the Guilt of Wrath.

Hence † **su'bacted** *ppl. a.*; † **su'bactor**, one who works up substances.

1657 TOMLINSON *Renou's Disp.* 615 Anoint the hands of the subacter... with Oyl. 1679 EVELYN *Sylva* (ed. 3) To Rdr., 1. Persons of right Palate and subacted Principles. 2 1706. *Ibid. Relig.* (1850) II. 373 A meek and subacted Christian. 1820 GOOD *Study Med.* IV. 279 The absorbents which drink up the subacted food from the alvine canal.

† **su'baction.** Obs. [ad. L. *subactiōnem*, n. of action f. *subact-*, see prec. and cf. *subigere*.]

1. The action of working up, reducing, or kneading.

1626 BACON *Sylva* 1838 There are of Concoction two Periods; The one Assimilation, or Absolute Concoction and Subaction; The other Maturation. 1657 TOMLINSON *Renou's Disp.* 132 New Unguents are made one whole by the fire...another while ready by long subaction. 1676 *Phil. Trans.* II. 771 In order to the subaction and derivation of the Trans. II. 771 In order to the subaction and derivation of the July 3. *Ibid.* in Reremy], *Subaction*,...Among Apothecaries, it is us'd for the working or self'ning of Plaisters. 1822 *Blackw. Mag.* Apr. 384 The smaller ruminating animals, whose food, from the complexity of the organs, has for a long space quiescent in a state of subaction.

2. Subjection, subdual. *rare*—

1626 BOUNDT *Glossogr.* [citing Bacon; cf. quot. 1626 above].

**subacute** (sub'kju:t), *a.* [SUB- 21.] Somewhat or moderately acute.

**a.** Of an angle.

1753 J. HILL *Hist. Anim.* 230 The pupil is...protended on the anterior part into a subacute angle.

**b.** *Zool.* and *Bot.*

1826 J. PARKINSON *Outl. Oryctol.* 232 *Plagiostoma*... *subcute*: ovate, lower part subacute. 1805 OLIVER *Encycl. nelect. art.* Sepals and petals subacute. 1872 OLIVER *Elem. Bot.* 307 Involucre...of...subacute, equal bracts.

**c.** *Med.* Between acute and chronic. *subacute sclerosing panencephalitis*, a frequently fatal degenerative disease of the central nervous system, caused by reactivation of a measles virus some years after the original infection.

1800 J. BELL *Anat. Med.* II. 771/1 The fever...symptoms... are...either of a sub-acute than highly inflammatory character. 1878 FOOTHERGILL *Dis. Abdomen* (ed. 3) 8 Mucous patches and gummata, which may be mistaken for abscesses or subacute gangrene. 1959 G. GREENFIELD in *Brain* LXXIII. 130 The name subacute sclerosing encephalitis is therefore applied. The Dr. van Bogaert's term 'leuco-encephalitis' emphasizes the characteristic damage to the white matter,...but leaves out of account the cortical changes which are also important. Perhaps the term 'panencephalitis' already adopted by Petit (1942) for forms which attack both grey and white matter could be usefully employed here, i.e. 'Subacute sclerosing panencephalitis'. 1967 *Brit. Med. Jrnl.* I 1549 This remarkable series of *subacute sclerosing panencephalitis* is significant... fitting and leucoencephalitis-inhibiting antibodies have been found in the serum of 12 patients with subacute sclerosing panencephalitis in significantly higher titre than in controls.

**d.** *gram.*

1881 *Sat. Rev.* 23 July 90 When a civil servant's mind has reached the stage of subacute discontent. 1896 *Jrnl.* CAPITS *Quaker Broadbrook* 159 The sub-acute passion of Harry Trung bound out in a few broken sentences.

So **suba'cutely** *adv.*, with or in a subacute form.

1853 DANA *Crust.* II. 1194 Cephalothorax subacutely rostrate. 1870 H. A. NICHOLSON *Palæont.* 326 Fins sub-acutely keeled.

**subado'lescent.** sb. and *a.* [SUB- 19.] A. *sb.* = PREADOLESCENT. B. *adj.* = PREADOLESCENT *a.*

1937 R. A. HERSKER *Door into Summer* II. 32 Did you ever try to discuss with a subadolescent something the child does not want to talk about? 1977 W. M. SPACKMAN *Armful of Warm Girl* 33 An enlarged snapshot of two baby boys and two sub-adolescent girls.

**subadult** (sub'ædʌlt, sʌbo'dʌlt), *a.* and *sb.* [SUB- 19.] A. *adj.* Not fully adult. B. *sb.* A subadult individual.

Applied chiefly to animals (cf. *preadult* s.v. PRE- B. 1).

1903 *Nature* 3 Dec. 112/1 A subadult Australian barn-owl in which large bunches of the nestling down are retained on the large. 1924 WESTER, *Subadult* a. 1946 *Nature* 28 Dec. 937/1 The author distinguishes between juvenile, young, sub-adult and adult,...the state of succeeding age [of sub-mammals]. 1962 B. HARGRAVE *Dromp. Open* 28. 106 (caption) Two subadults, paddle in pairs to get adults, carry the two-year-old and subadults termed cubs until they are two years old and subadults between the ages of two and four. 1976 *Ibid.* Apr. 136/3 Subadult gorillas form a semi-circle where a channel enters a pan, facing the inrushing water and snapping up the fish that emerge from the river.

**sub'aerial**, *a.* [SUB- 1. Cf. F. *subaérien*.] Chiefly *Geol.* and *Phys. Geog.* Taking place, existing, operating, or formed in the open air or on the earth's surface, as opposed to *subaqueous*, *submarine*, *subterraneous*.

1833 LYELL *Princ. Geol.* III. 177 We think that we shall not strain analogy too far if we suppose the same laws to govern the subaërial waste and deposition of land. 1867 *Intellect. Pract. Geol.* 172 Many subaërial volcanoes have ejected products in aerial lava. 1862 DANA *Crust.* 1. 8 Insects are essentially sub-aerial animals. 1874 H. N. MOSELEY *Nat. & Geog.* 15 Vast masses of curth have been removed by subaerial denudation. 1880 DARWIN'S *Early Tr.* 2/2 The early 2nd of Sub-aerial refuse-heaps compared with those in caves and under rocks.

Hence **sub'aerially** *adv.*; **sub'aerialist**, one who holds the view that a certain formation is subaerial; also *attrib.*

1870 *Contemp. Rev.* XV. 625 It must have accumulated, subaerially, upon the surface of a soil covered by a forest of cryptogamous plants. 1887 *Academy* 24 Sept. 210/1 165 the battle of the 'Uniformitarians' and 'Catastrophists', 'Sub-aerialists' and 'Marinists', was still raging. *Ibid.*, The most extreme... sub-aërialist views.

**sub-'agent.** [SUB- 6.] A subordinate agent; the agent of an agent. (*spec.* in *U.S. Law.*)

1841–56 BOUVIER *Law Dict.* (ed. 6) II. 532/2 A sub-agent is generally invested with the same rights, and incurs the same liabilities in regard to his immediate employers, as if he were the sole and real principal. 1863 H. Cox *Instit.* 1. 100, but for those of his agents, and for those of sub-agents appointed by them. 1882 *Act. Comm. Mag.* 83 Persons working and dealing in various mineral substances. Sub-order 1.—*Miners...* Underground Agents, Sub-Agents, Sub-order 1.—*Miners...*, Underground Agents, Sub-agents.

Hence **sub-'agency**, the position, condition, or residence of a sub-agent.

1843 R. W. HAMILTON *Pop. Educ.* iv. (ed. 2) 64 The anti-christian usurpation...puts [with an unwonted vigour...Its...sub agency is suffering through the land. 1900 *Jrnl. Rev. U.S. Qml. Surv.* IV. 44 Subagency of Southern Utes in Navajo Springs.

† **sub'agitate**, v. Obs. [f. L. *subagitāt-*, pa. ppl. stem of *subagitare*, var. of *subigitare*, f. sub- SUB- 25 + *agitare* to AGITATE.] *intr.* To have sexual intercourse. So † **sub'agitatory** *a.*, pertaining to sexual intercourse.

1657 HOWELLS *Phar. Decl.* II. 113 Can they walke? Or do they sleepe? Pace. They do... Nay more than that, sometimes they subagitate After their Mode. 1865 [*Urquhart's Rabelais* III. xli. 96 This grand subagitatory Achievement.

† **sub'agitation.** Obs. *rare.* [ad. L. *subagitātiō-*, *-ōnem*, n. of action f. *subagitāre* (see prec.).]

1. Carnal knowledge.

1656 BLOUNT *Glossogr.*, *Subagitation* (*subagitatio*), the act of copulation.

2. Used for SUBACTION (sense 1).

1643 R. C. tr. *Bacon's Hist. Winds*, etc. 266 With us by the subagitation [orig. *subactione*] and concoction of the Celericals, every tangible thing is not only not condensed or the least, but is also nixt with some spirit.

‖**subah** (su'baː). *Anglo-Indian.* Also soobah, &c. [Urdu = Arab. *ṣūbā*.]

1. A province of the Mogul empire.

1753 HANWAY *Trav.* (1762) II. xxv. v. 385 Mahommed Khan was...deprived of...four provinces [etc.]. These the indians call subahs's, (four-royalties were Allahabad [etc.]. 1808 T. MAURICE *Ind. Antiq.* I. 134 So accurate an account of the geography of the Indian Subahs. 1858 BRANDON *Hist. India* I. 1 [Akbar's] administrative divisions of the empire into provinces or subahs.

2. SUBAHDAR.

1755 ORME *Hist. Frag.* (1805) 400 A Nabob, although appointed by a Subah, ought to have his commission confirmed by the King. 1768 BOLTS *Sp.* 298 If Hastings Wks. XIII. 96 There was once a captain of a band of ragged imposters that looked for any thing less than the deposition of the subahs. 1844 *Penycyl. Brit.* XVII. 343/1 The revenue, when collected by the various subahs, is transmitted under an escort to the Government treasury.

‖**subahdar** (su:bəʹdaɹ(r)). *Anglo-Indian.* Also ?-9 subidar, § subadashdar; § 900-, 900-, subadar, etc. [Urdu *ṣūbā'dār*, f. SUBAH + Pers. *dār* possessor, master.]

1. A governor of a subah or province. Also, 'a local commandant or chief officer' (Y.).

1698 J. FRYER *Acc. E. Ind. & P.* 77 The Subidar of this Town being a Person of Quality. 1708 SCHMIDT *Amst. Gmp.* II. 122 Twelve grand divisions, each with was committed to the government of a Soobadar or Viceroy. 1808 T. MAURICE *Indian Antiq.* I. 134 The office of Soobahdar or chief...not in the country between these towns and Delhi, of all the country between these towns and Allahabad. 1881 *Encycl. Brit.* XII. 796/1 The title of

**Substitutivity** ... *Substitutive Particles*, which serve to supply the room of some sentence or complete part of it, are called INTERJECTION. ...

**b.** *Logic.* Of a proposition or judgement: *conditional.* ...

**Substitutive**, ... It is also a term in Logic, as *Proposition substitutive*, a conditional Proposition. ...

**3.** *Theol.* Involving a theory of substitution. ...

**4.** Dependent upon a legal substitution or designation of heirs in remainder. ...

Hence **substitutively** *adv.*, vicariously.

**substitutivity.** *Logic.* ... The capacity of terms to function so logically-equivalent substitutes for one another ...

**substitutory** (ˈsʌbstɪtjʊtərɪ), *a.* [f. L. substitūt- (see SUBSTITUTE v.) + -ORY.] Serving as a substitute. ...

**†subtract** *v. trans. Obs. rare.* [ad. med.L. subtrahĕre, imper. of substrahĕre to SUBTRACT. Cf. SUBTRAY.] *trans.* To subtract.

**subtract** (sʌbˈtrækt) *v.* Now *illiterate.* [f. med.L. subtract-, pa. ppl. stem of substrahĕre, alteration of subtrahĕre to SUBTRACT after abstrahĕre to ABSTRACT. Cf. OF. Fr. soustraire, subtraire, Sp. sub(s)traer.] ...
**†1.** *trans.* To withdraw, withhold (a thing) from a person, etc. *Obs.* ...

**2.** *trans.* To take (one number or quantity) from, *†out of* another, as a mathematical process. ...

**†subˈtraction** *v.* Now *illiterate.* [f. subtract v.] *trans.* To subtract.

**†subˈtractor** *Obs. rare⁻¹.* [f. SUBTRACT v. + -OR.] A detractor, calumniator.

**†subˈtrahend.** *Obs.* [ad. med.L. subtrahenda, neut. or gerundive of subtrahĕre to SUBTRACT.] = SUBTRAHEND.

**subtraction** (sʌbˈtrækʃən). Now *illiterate.* [ad. med.L. *subtractio,* -ōnem, n. of action f. substrahĕre to SUBTRACT. Cf. OF. soustraction, subtraction, Sp. subtraccion.] = SUBTRACTION.

**1.** The operation of taking one number or quantity from another; an instance of this. Also *transf.* and *gen.* Deduction, abstraction. ...

**2.** The withdrawing or withholding of something necessary, due, essential, or customary. ...

**3.** *Biol.* ... Hence **†subˈtractory** *a.*, of subtraction. ...

**†subˈtractive**, *a. Obs. rare.* [f. L. subtract- (see SUBTRACT v.) + -IVE.] = SUBTRACTIVE.

**†subˈtractor** *Obs. rare⁻¹.* [f. SUBTRACT v. + -OR.] A detractor, calumniator. ...

**†subˈtrahend.** *Obs.* [ad. med.L. subtrahend- substrahĕre to SUBTRACT.] = SUBTRAHEND.

**[substramen** (sʌbˈstræmen). *rare⁻¹.* [L., f. substernĕre (see SUBSTRATE 2.).] = SUBSTRATUM.] ...

**substratal** (sʌbˈstreɪtəl), *a.* [f. next or SUBSTRATUM + -AL.] Underlying: fundamental. ...

**substrate** (ˈsʌbstreɪt), *sb.* = SUBSTRATUM. ...

**substrate** (ˈsʌbstreɪt), *sb.* = SUBSTRATUM. ...

**1.** That which is spread or laid beneath; a substratum. ...

**2.** *Biochem.* The substance upon which an enzyme acts, i.e. whose reaction it brings about. ...

**3.** *Biol.* The surface or material on which any particular organism occurs or grows. ...

**4.** Any underlying bulk phase, layer, etc., on which something is deposited. Cf. SUBSTRATUM. ...

**†ˈsubstrate,** *a. Obs.* [ad. L. substrātus, pa. pple. of substernĕre, f. sub- SUB- 2 + sternĕre to throw or lay down.] Underlying: forming a substratum; constituting the subject-matter. ...

**ˈsubstrate,** *v.* [f. L. substrāt-: see prec.] **1.** *trans.* To form a substratum to. ...

**2.** *pass.* To be underlying or subjacent; to be or form a substratum. ...

SUBSTRATION

74

SUBSULTIVE

# SUBSTRATION

**So † substrated** *ppl. a.*, underlying.
1663 Boyle *Usef. Exp. Nat. Philos.* II. App. 552 We have more then once had the bottom of the Retort melted... the melted glass being supported by the substrated sand.

**substration** (sŏb'streɪʃən). [ad. L. substrātiō, -ōnem, n. of action f. substrāt-, subternere (see SUBSTRATE d.).]
† 1. The prostration of the class of penitents known as substrati; also, the place where these penitents knelt. Obs.
1859 H. L'Estrange *Alliance Div. Off.* 370 This place was called *substration*, because there they did... they prostrate themselves down to receive the Priests blessing. 1716 M. Davies *Athen. Brit.* II. 134 The different degrees of Penitential Station, Audition, Substration and Consistence, or standing together with the Orthodox Flock.

**substrative** (sŏb'streɪtɪv), *a.* [f. L. substrāt- (see SUBSTRATE d.) + -IVE.] Underlying; forming a substratum.
1823 Hope *Anc. Hist.* (1840) I. 404 The laws of superstition. 1838 J. B. Colebrooke in *Life. Rem.* (1830) VI. 227 That Idea labarum, the one substrative truth which is the form, manner, and involvent of all truths.

† **sub'strator.** *Eccl. Obs. rare.* [f. L. substrā-(see SUBSTRATE d.) + -OR.] One of a class of penitents in the early church called substrati; = KNEELER 2 b. (Cf. PROSTRATOR 2.)
1730 Bingham *Antiquities* xviii. i. 11 The mourners or weepers, the hearers, the substrators, and the co-consistent.

**substratum** (sŏb'streɪtəm). [mod.L., 19a. pple. neut. sing. of L. subternere to spread underneath, f. sub- SUB- 2 + sternere to lay down, strew.]
1. *Metaph.* That which is regarded as supporting attributes or accidents; the substance in which qualities inhere.
1653 Whitfield *Treat. Shaf. Men* iv. 11 The *Substratum* or subject of sin, namely, the inward motion or action wherein sin cleaves, is such a thing without which sin could not be. 1678 Hale *Prim. Orig. Man.* i. i. 2 The Substance or the Substratum of those Accidents of things which are derived to us by our Sense. 1690 Locke *Hum. Und.* ii. xxiii. 2 Something, which we take to be the substratum, or support, of those Ideas's we do know. 1790 Creech *Regimen* 34 Material Substance is the *Substratum* of Extension, Impenetrability, Passivity and Figure. 1837 Coleridge *Biog. Lit.* (1907) I. 58 Different modes of degrees in perfection, of a common substratum. 1878 H. Harwood tr. *Kant's Crit. Pure Reason* 176 Substance [as the phenomenon] as the substratum of all determinations of time. 1874 Sidgwick *Meth. Ethics* i. iii. 112 Permanent substratum or Noumena.

2. That which underlies, or serves as the basis or foundation of, an immaterial thing, condition, or activity; the basis on which an immaterial 'structure' is raised.
1651 J. Bulwer *Anthropometamorphosis* [*Man Transform.* Rejoined *Manual*] 31 It is their institution which impress their signification, and not simply their owne similitude, which is but the substratum. 1690 Walker *Nat. Relig.* i. xiv. (1715) 214 That basis or substratum upon which the Law is founded. 1798 J. Baxter *Lect. Delineated Soc.* 83 As a visible object the whole body is a substratum... of the sense of others. 1828 Coleridge *Gen. Crit. Ess.* in *Remains* (Bohn) 173 It is... the substratum of the fact. 1850 Hood's *Lives Aldg.* I. 47 The simple patriarchal faith... was never lost, and when the idolatrous superstitions were removed there was that substratum of truth. 1881 J. M. Ludlow *Hist. U.S.* 4 There are in several places substrata of foreign blood... the Dutch in New York and New Jersey, the Swedes in New Jersey and Delaware. 1870 Newman *Gram. Assent* ii. vii. 213 What in some minds seems like faith founded on a perilous substratum of doubt. 1878 Bosw. Smith *Carthage* 321 The interior themselves doubtless rest on a substratum of fact. 1904 J. Courtney *Idee Trag.* 38 In beauty I think we have a substratum of common sense, of self-control.
3. That upon which a material thing is 'built up' or from which it is created; the subject-matter or matter operated upon.
1695 Halde *Prim. Orig. Man.* 345 He used the Matter which he had created to be the substratum of the Corporeal Natures, even of Man himself. 1798 *Brit. Apollo* No. 2. 2/1 Water and Earth are the two Principles or Substratum of matter. 1799 *Med. Jrnl.* I. 359 The substratum of combination of the substratum of salts, the oxid, the carbonic, the carbon, sulphur, and phosphorus, with the carbonic, sulphuric, and phosphoric acids. 1835 Mrs Browning *Aurora Leigh* (1883) II. 133 Matter here now 'tis needed, or breed. 1836 Sir J. F. W. Herschel *Outlines Astron.* 333 Quite Elem. *Astr.* (ed. 4) § 5 The skeleton... constitutes the substratum on which parts are, as it were, built up. 1873 Dawson & J. Taft *Unseen Univ.* vii. (ed. 5) 223 ...every substratum of the material universe. 1898 Bald. tr. *Quertius's Compl. Anat.* viii. 316 This... living body we observe a number of activities of its material substratum, by which the series of phenomena spoken of as life are conditioned.
4. b. An under-layer of any material substance.
1730 Bailey (fol.), *Substratum*... any Layer of Earth or any other Thing that lies under another. 1764 Burn *Husbandry* Cr. (1797) 79. 122 en set at it expose from even the very first... growth of that health... in any sense spring from the fallen wood, its neighbouring substratum. 1848 R. Ritchie *Railways* 10 Substrata of small stones, several feet in

thickness. 1859 Dickens *T. Two Cities* i. ii, A loaded blunderbuss lay at the top of six or eight loaded horse pistols, deposited on a substratum of cutlass. 1858 Ansted *Phoces. Geol.* ix. 77 When it is required to cover the entire plane of... the other substrata, it is usual to wet the plate with water of these substrata. 1892 *Pharmac. Acc.* 8 327 The plates with an albumen substratum.

b. An under-layer of soil or earthy matter.
1789 (see above). 1861 J. Jones tr. *Buzey's Trans. Fr. Rep.* 179 The substratum is gravel or sand. 1873 Bakewell... 3 When the substratum is gravel or sand. 1874 R. Blore *Encycl. Agric.* 94 sub-soil and the position of the sub-strata is necessary. 1804 G. Chalmers *Caledonia* III. 308 Even the more level, and more genial sub-soil, from the subterranean. 1872 A. C. Ramsay *Phys. Geog.* (ed. 3) xviii. 268 The Vale of a Gwydyn, where... the substratum of old red sandstone is... in Denbighshare—the substratum of which consists of New Red Sandstone.
c. *Bot.* The matter upon which a fungus or other plant grows.
1876 H. Wagner's *Gen. Pathol.* 492 In the substratum the process of decomposition affects with the fungus germent. 1882 Vines tr. *Sachs' Bot.* 307 Fungi grow exclusively upon organic substrata.
d. In immaterial sense.
1853 D. D. Black (catalogue *Beggar Boy* (1852) 3 Such as have passed through the various substrata of divided society. 1873 Cudworth *Hist. Bookseller* 365 As the business is conducted by houses to home traditions, a substratum of the public [is read] which [etc.]. 1878 J. Grant *Burgh Sch. Scot.* iii. 308 Children belonging to the substratum of society.
5. a. *Linguistics.* Elements or features of a language which are identified by linguists as being relics of, or due to the influence of, an earlier extinct language, usually of the same region. Cf. SUPERSTRATUM 2 b.
1932 O. Jespersen *Language* xi. 192 Many scholars have recently attached great importance to the... influence exerted by one language on another in those cases in which a population speaking its original language and adopts that of another race... There is thus created what is now generally regarded as *substratum* underlying the new language. 1935 L. Bloomfield *Language* 471. 386 There is no direct way of attestation of the substratum theory, we must turn to the typical version of the substratum theory, which attributes changes, e.g. in modern Germanic languages to a 'Celtic substratum'. 1956 I. Whatmough *Language* iv. 51 We have superimposed or adjacent languages [superstratum, substratum, and adstratum]. 1972 H. Vogtlin *Studies in Area Linguistics* 122 The phonemic system of Gullah shows some clear influence of the African substratum.
b. *attrib.* and *Comb.*, as *substratum influence, language, etc.; substratum theory*, a theory that attributes linguistic change to the influence of a substratum language.
1933 L. Bloomfield *Language* xxi. 386 The *substratum theory* attributes sound-change to transference of languages: a community which adopts a new language will speak it... with the phonetics of its mother-tongue. 1937 J. Orr in *Modern Language Review* xxxii. 12 An historical *Jordan's Introd.* to *Romance Linguistics* i. 13 An historical summary of the substratum problem. 1952 R. Hall in *Language* III. 145 The basic prerequisite for the possibility of substratum influence is a language transfer which takes place through a stage of bilingualism. 1954 *Word* X. 395 Diachronic dialectology deals... with convergence, i.e. of studies partial similarities increasing at the expense of differences [traditionally, substratum and adstratum studies... and the like]. 1962 Bendor & Bonuck in *Householder & Saporta Probl. Lexicogr.* 165 Words which had the force of generic terms in substratum languages may not be used as generic terms by the present-day populace. 1971 *Archivum Linguisticum* II. i. 110 In regard to the so-called Black English, William A. Stewart was the first to advocate a creole substratum view. 1980 *English World-Wide* I. i. 150 It is not legitimate to compare a single description of creole with a static description of a substratum language.

† **sub'strature.** *Obs. rare⁻¹.* [f. L. *substrāt-*: see SUBSTRATE d.) + -URE.] A substratum.
1706 Lond. Alberti's *Archit.* I. 23/2 The substrature or layer under the pavement.

**substruct** (sŏb'strʌkt), *v. rare.* [f. L. *substruct-*, pa. ppl. stem of *substruere*, f. *sub-* SUB- 2 + *struere* to build, erect.] Trans. To construct beneath; to lay a foundation.
1847 Emerson *Repr. Men, Plato* Wks. (Bohn) I. 295 The excellence of Europe and Asia is in their brain. Metaphysics and natural philosophy expressed the genius of Europe; he substructs the religion of Asia, as their base. *Ibid.* 328 A land does not more readily write her deed... has filled and substructed it herself by her will.

**substruction** (sŏb'strʌkʃən). [ad. F. *substruction* or L. *substructio, -ōnem*, n. of action f. *substruere* to SUBSTRUCT.]
1. *Arch.* The under-structure of a building or other work.
1604 Wotton *Elem. Archit.* 23 We must first examine the Bed of Earth... upon which we will Build; and then the under-billings or Substructions, as the Auncients did call it. 1656 Fuller *Pisgah* II. iii. 239 It was contrived into rooms, and furnished with substructions therein, fit for the receipt of a Prince. 1727 Bradley *Fam. Treat Dict.* Wks. 1871 IV. 333 A great quadrangular substruction... whereof the substructions only now remain. 1776 J. Chambers *Trav. Asia M.* (1825) 1. 33 [He] found a substructing somewhat like the modern substructions of a theatre. 1843 Hist. *Rome* i. 32 The many a large temple... 1838 Arnold *Hist. Rome* v. i. 32 The many substructions which [a] Capitoline temple. 1862 *Hist. Antiq. Civil.* (1845) III. 27 The most beautiful of the solid substructions below. 1866 Felton *Greece, Anc. & Mod.* II. ii. 382 A part of this road is still to be seen... with the ruined masses of the immense substructions which supported it. 1898 Q. Rev. Oct. 598 Upon terraces and

substructions of enormous breadth rose storied palaces, arsenals, barracks, libraries, and temples. 1626 Weale's *Willis & Clark Cambridge* (1886) II. 224 The Ground plot of the Substruction Cloister.
534 The Ground plot of the Substruction Cloister.
b. *fig.* A basis, foundation.
1705 Blackmore *Creation* I. 479. 494 The Tears of Oleron... 1789 Burke in Europe as the ground and substruction of all their marine constitutions. 1966 *Ibid.* iv. 575. 51 A substruction and foundation of their new polity. 1821 T. Erskine *Ess. Faith* (1831) 32 A scaffolding or substruction for the doctrine. 1866 *Daily Tel.* 23 Jan. [no mention] *Antique Meter* 23/1 The historic influence of a system supported by astrological calculation.
† 2. (See quot.) *Obs. rare⁻⁰.*
1696 Bulover *Glossogr.*, *Substruction*, an underpinning or grounseiling of a house. 1708 Chambers *Cycl.*
Hence **sub'structional** *a.* (in next quot.).

**substructure** (sŏb'rʌktjʊə(r)). [f. SUB- 3 + STRUCTURE, after prec.] *a. Arch.* That part of a building which supports the superstructure; an under-structure, substruction.
1726 Leoni *Alberti's Archit.* I. 4b/1 These... Stones must be distinguished from the Substructure. 1840 Longf. *Keramos* 44 He is to make a kind of be-... build'd with the under Structure. 1840 Longf. *previous prepar pp...* protect the Substructures. 1840 Longf. *Skel. Arm.* (1882) The substructure of a windmill. 1861 Ruskin *Stones Engl. Cathedral* 2906 C. By The medieval Scantlings... obviate the risk of crashing down the substructure. 1876 Encycl. Brit. IV. 184/1 The substructure of a bridge consists of foundations, abutments, and piers. 1892 *Manch. Exam.* 12 Dec. 5/3 The sub-structure of the pier.
b. *transf.* and *fig.*
1735 B. Hardes *Comm.* 53rd Ch. Isa. Pref. 16 A history... substructure of their chronology, geography, and history. 1851 Neal *Anat. Soc. Bazaar* i. The kingdom of Heaven... rests upon a venerable substructure of several centuries of human faith. 1859 Kant *Crit.* (ed. II. xxvii. 277 Thro' the Wide valley. 1878 Kant *Metaph. Syst.* 55 Thus following the placid... shaped prudently as substructure, suddenly became a irregularities of its rocky bed. 1857 M. Wierus *Life in Christ* i. iv. (1878) 50 cross-rooted hill. 1877 S. Bowles *Tariff* 73 decisive sanctification of immortality for [1878] 77 No decisive sanctification of immortality for mankind as a substructure for religious faith can be deduced.
Hence **sub'structural** *a.*, of the nature of a substructure; **substructured** *a.* [-URE], having a substructure.
1866 *Pall Mall Gaz.* 12 May 11 A narrative of sheep public works, mostly underground and substructured. 1884 Hueffer *Monthly Sept.* 684 These are the substructured truths of revelation. 1956 Green & Marsdale tr. M. *Weber's Anc. Judaism* III. 2. 224 Babylonia and Egypt knew no undated, religiously substructured color. 1975 *Black Scholar* June 42/1 The substructured prison movements are gaining momentum.

**subtylar** (ʌb'staɪlə(r)), *a.* (*sb.*) Also -ilar, -ilar. [ad. mod.L. *subtylaris* (sc. *linea* line): see SUB-1 and STYLAR.] **subtylar line** = SUBSTYLE. Also *ellipt.* as *sb.*
1669 Stobart *Mariner's Mag.* VII. xli. 18 To find what Hour... the Substiler is distant from the Meridian. *Ibid.* xxvi. 40 Cause some convenient place in your Subtitler Line... and there draw the line. 1704 J. Harris *Lex. Techn.* s.v. *Dial.* 224 Draw the continuing substilar line. 1704 Ibid. The substilar line, that is, a line right angles. 1795 Hutton *Math. Dict.* II. 576 In easterly or erect westerly dials, the substilar line is the line of 6 o'clock.

**substyle** ('ʌbstaɪl). Also -ile. [See prec. and STYLE.] In dialling, the line on which the style or gnomon stands.
1695 *J693 Horologiogr.* 70 Extend your compasses, the one foot being placed in *P* in the foot of the Substile toward C, unto H. 1699 Leybourn *Curs. Math.* 704 To find the true Hour distances upon the Plain from the Substiles. 1735 Gregory *Astron.* (ed. 3) 332 That they may be distinguished, and not confounded with the Substyle. 1764 J. Ferguson *Lect.* 197 In dialling dials, the substyle makes an angle with the hour-line of XII. 1793 Hutton *Math. Dict.* II. 536.
b. *attrib.*
1676 in Rigaud *Corr. Sci. Men* (1841) I. 27 How it comes to pass that Mr. Gunter and yourself should differ in placing the substile line. 1669 Stobart *Mariner's Mag.* 57 There are two Lines called by the Names of Style and Substyle-Scale. 1784 J. Ferguson *Lect.* 327 No Dial on which the style or gnomon stands (commonly called the substyle-line).

† **sub'sult**, *v. Obs. rare⁻¹.* [ad. L. *subsultare*, frequent. of *subsilīre*, f. *sub-* SUB- 26 + *salīre* to leap.] *intr.* To hop, jump about. Hence **subsultation**, hopping, jumping up and down.
1656 Blount *Glossogr.*, *Subsult*, to leap or hop under or about. 1691 T. H[ale] *Acc. New Invent.* 117 The *Subsultation*, or Leaping of the Ship. 1706 Phillips (ed. Kersey), *Subsultation*, a shaking or trembling of the Body; also a leaping up and down. 1657 Tomlinson *Renou's Disp.* 577 Shipping this... occasions subsultions. 1809 Coleridge *Friend* (1818) I. 199 Hot, whereby it is tossed up, and subsults.

**sub'sultim**, *adv.* Also *subsultimus*. *rare⁻⁰.* [f. as prec.] = next.
1730 Bailey (fol.), *Subsultim*, by leaps and bounds, or starts.

**subsultive** (ʌb'sʌltɪv), *a. rare.* [f. L. *subsult-*, stem of *subsultus* (see prec.).] Moving up and down like the tolling of a bell. Thus sort of subsultive motion is ever accounted the most dangerous.

premises of the Council of Europe at Strasbourg.

1972 *Guardian* 14 July 10/3 There is now some recognition at Strasbourg that with the growth in members it must change its ways. *Ibid.* 23 Oct. 19/2 No doubt progress towards an effective European Parliament must take time. There are nevertheless measures which can be taken at once to lift Strasbourg out of its futile and legalistic rut. 1976 *Times* 8 Mar. 13/1 (*heading*) Who governs, Strasbourg or Westminster?

**strase**, obs. pl. of STRAW.

**strass¹** (stræs). [G. *strass*, F. *stras* (*Dict. Acad.* 1762); said to be from the name of the inventor, Josef Strasser.] A vitreous composition used as a basis in the manufacture of artificial stones. = PASTE *sb.* 5.

1820 *Ann. Reg.* '453/1 What is technically called 'Strass', and which forms the basis and body of all artificial stones. 1844 *E. A. Parnell's Appl. Chem.* II. 44 The variety of glass known by the name of *Strass* (*fond*.. So called from the name of its German inventor), which is used as a general colourless basis for factitious gems, on account of its remarkable lustre. 1876 *'Ouida' In Winter City* vi. She threw them all into the well as so many diamond clasps east of strass.

1878 *Lady Bird* 6 Apr. 197/1 Strass ornaments imitating peacock's feathers.

**strass²** (stræs). [a. F. strasse, in Cotgr. *estrace, estrasia*, 'raw silk thats so ruffled, or tangled, as it cannot be wound', ad. It. *straccio*.]

1. (See quot.) *rare.*

1598 SINDANESSE *Dict. Trade, Strasse* (French), the waste or refuse of silk in working it up into skeans.] 1879 KNIGHT *Dict. Mech., Strass.. 2 (Silk.)* The refuse of silk in the process of working into skeins.

2. A kind of waxed straw with a silky appearance, used for dress trimmings, etc.

1908 *Weston. Gaz.* 10 Mar. 7/3 Raspberry red strasse (a sort of waxed straw) was made into rosettes for a trimming on one black frock. 1917 *Daily News* 8 Apr. 3/4 Beneath the large strass-trimmed fronds to the belt in front fell a full panel of white georgette trimmed with strasse.

**strata,** pl. of STRATUM.

**stratagem** ('strætədʒəm). Forms: 5–7 strateagem, 6 -geame, 7 stratagem, 6– stratagem. [a. F. *stratagème* (= Sp., Pg. *estratagema*, It. *stratagema*), ad. (with alteration of vowel in the second syllable) L. *stratēgema*, a. Gr. στρατήγημα a piece of generalship, stratagem, f. στρατηγεῖν to be a general, f. στρατηγός STRATEGUS.]

1. An operation or act of generalship; usually, an artifice or trick designed to outwit or surprise the enemy.

1489 CAXTON *Faytes of A.* II. i. 91 Whiche subtilites and wylis are called strataegemes of armes. c1526 HALL *Chron., Hen. VI,* 171b, Therle of Salisbury.. knewe the sleightes, strataegemes and policies of warlike affaires. 1555 EDEN *Decades* (Arb.) 93 By this strataegeme or policie, they came sodenly vppon the Spaniardes, and tooke hym prisoner. 1603 N. MASS *discende. Warre* 1. 303 Brede.. was once by the Hollander surprised, by a Strataegeme of a Boate laden with Turffe, in whose Keele was imbarqued very closely diuers valiant Gentlemen. 1653 H. COGAN tr. *Pinto's Trav.* v. 11 Hee was aduertised by spies what strataegems the enemy would vse against vs. 1712 DE FOE *Crusoe* i. (Globe) 229, I presently thought of a Strataegem to fetch them back again. 1840 THIRLWALL *Greece* VIII. 281 Antigonus.. surprised the victory by a strataegem something like Lysander's at Ægospotami. 1865 LIVINGSTONE *Zambesi* ix. 190 Attempting to carry out the skilful plans and strataegems of some eminent leader.

fig. 1665 BOYLE *Occas. Refl.* Introd. (1848) p. xxii, In the spiritual Warfare, where our Aduersary is the old Serpent, Strataegems are as harmful as Expedition. 1859 GEO. ELIOT *Adam Bede* xix. It is the favourite strataegem of our passions to sham a retreat. 1880 [see last ev. 1]. It is the favourite strataegem of our passions that the moment we have made up our minds that the day is our own.

b. In generalized sense: Military artifice.

1599 SHAKS. *Hen. V,* iv. viii. 113 Without strataegem, But in plaine shock, and euen play of Battaile. 1727 LADY M. W. MONTAGU *Let. to Cons. Mar* 30 Jan.. The Turks were once attempted to gain it [Rhode] by strataegem. 1833 SIR H. DOUGLAS *Milit. Bridges* 100 In the following campaign, by having recourse to strataegem, he succeeded byrnes. 1867 BANCROFT *Footpr. Time* i. 77 He then turned his arms against Babylon which he took by strataegem after a long siege.

2. Any artifice or trick; a device or scheme for obtaining an advantage.

1588 *Marprel. Epist.* (Arb.) 38, I doubt not in my visitation, but to get a hundreth of those strateagemes. 1598 KYD *Sp. Trag.* II. v. 32, I must alreedy found a strataegeme. To sound the bottome of this doubtfull shower. 1662 J. DAVIES tr. *Olearius' Voy. Ambass.* 12 It was a Strataegeme of the Inhabitants, who had inuent'd the fleet, purposely to prevent our lodging in the Village. 1796 *VOLNEY Law Nature* vi. 187 For her own breakfast she'll project a scheme, Nor take her tea without a strataegem. 1836 JOHNSON *Rambler* No. 35 P 12, I shall not trouble you with a history of the strateagemes practised on my judgements. 1850 HENSCHEL *Stud. Nat. Phil.* 2 His existence would be one continued subterfuge or strataegem. 1885 JOWETT tr. *Plato's* (ed. 2) I. 581/2 The strataegem was for the time.. successful.

b. In generalized sense: Skill in devising expedients; artifice, cunning.

1588 SHAKS. *Tit. A.* ii. 1 10. 'Tis pollicie and strataegeme must doe That you affect. 1737 BRACKEN *Farriery Impr.* (1757) II. 81 A Horse in a noble Creature, naturally strong and courageous, and, for this Reason, he is not endowed

with so much Strataegem as others of less account. 1837 THIRLWALL *Greece* xxxi. IV. 361 Notorious for his mastery in the arts of strataegem and intrigue. 1879 GEO. ELIOT *in the mid of strataegem. "Obliged to get my coals by strataegem.

† 3. Used loosely for: A deed of blood or violence. *Obs.*

1588 GREENE *Pandosto* (1607) G 4 To close vp the Comedie with a Tragicall strataegeme, he slew himselfe. 1589 —— *Tullies Loue* (1616) N 2, The Senators seeing what bloudy strataegeme would ensue of this quarrell, parted them. 1590 [see MELODY]. 1593 J. Morris *Troubles Cath. Forefathers* (1877) 31 Of these late executions, you shall have shortly a more particular and true advertisement, by a priest who was present at the strataegeme. 1593 SHAKS. 3 *Hen. VI,* ii. v. 89 What Strat[a]geme how full how Butcherly? Erroneous, mutinous and vnnaturall, This deadly quarrell daily doth beget? 1601 TWELFTH *Too Trag.* ii. i. in Bullen O. *Pl.* IV. Blood-sucking Avarice, and in a place where thou hast no bloodie strataegeme. 1606 G. W[OODCOCKE] *Hist. Iustine* B. 116 Fearing his enemie would compasse the treason by strataegeme, which they could not by poyson [L.. *ne insidiis*. quod terraret eum peteret, *ferre peragrerat*].

**† strata('matic,** *a.* [ad. Gr. στρατηγηματικός (16th c. in Godefroy), strataego- (Cotgr.), or ad. L. strataegmaticus, f. strataegma, strataegema STRATAGEM.] Relating to, versed in, strataegem or strategy.

1589 PUTTENHAM *Eng. Poesie* i. viii. (Arb.) 35 Of this sorte of pharisaike are all good Poets, notable Captaines strataegmatique, all cunning artificers and engineers. 1629 MAYWELL tr. *Herodian* vi. 3 appz, In which words the exellent Author hath commended the parts of *Marce* viz. Tactick and Strataegematick. 1646 J. HALL *Horæ Vac.* 163 Greece and Rome did render to their Commanders, whether the Tacticke or the Strataegematicke part. 1690 —— *Paradoxes* 93 Many great strataegmaticall wits, have no better ways either of starcheing their enemies, or retaining their friends, then by increasing the numbers of their dangers.

**† strata('matical,** *a.* *Obs.* = prec.
1611 COTGR *Cracklity* 375 In these wais so very wisand and surious Townes, being built with a pretty kinde of strataegmatical invention. 1623 [see STAVE 3].

Hence *† strata('matically *adv.* *Obs.*
1599 C. HARVEY *Four Lett.* F 2 The fine Discouerer, and curious Intelligencer, pos insatible, & strataegematically dicery many hidden priuities of publique, and priuate misgouernment.

**† strate('gematist.** *Obs.* [f. (with alteration of the second vowel) Gr. στρατηγηματ-, στρατήγημα STRATAGEM + -IST.] One versed in strataegem. 'Where he show'd all wherein wit can assist The workings of a strataegematist.' 1684 tr. *Rapin's Yam. Arts* viii. 48 Sophisters.. like Strataegematists fly for Refuge to the strength of Memory.

**strata('matical** (stræ'tədʒɪmɪkl), *a.* ? *Obs.* [irreg. f. STRATAGEM + -IC + -AL.] Belonging to, concerned with, of the nature of, strataegem.
1585 DAVID, P. *Swords' Disc. Imprese* etc. H ij. A Calltrope, a Strataegematicall instrument vsed in warre. 1599 R. LINCLER *Ans. Fiction* V iij, The house of Isles.. is built in an obscure corner of Thwaia, where the people wholy giue and addict themselues to warrs and strataegematicall policies. 1600 W. WATSON *Decacordon* (1602) 331 Their [the Jesuits'] paradoxed, pragmaticall, and strataegematicall doctrine. 1688 I SWIFT *Trojan Battel. Brett.* Ent. *Life Swift* (1826) 76 His wife, who, in gaze entirely his affections, sent him this strataegematicall epistle. R. DAVIES *Dropsey Wks.* (1878) 14 To prouide a strataegematicall stratagem.
In every species of controversy, there is scope for the concept of strataegematical weapons.

Hence strata('matically *adv.*
1600 W. WATSON *Decacordon* (1601) 104 Which to performe strataegmatically, they commanded his said Voele exceedingly. 1828 B. CORNEY *Cnabron* 12 A fact or argument of an inconueniently formidable nature, may be met strataegematically.

**† strata('matizer.** *Obs. rare.* [irreg. f. STRATAGEM + L. agent-suffix -(t)TOR.] ? A deviser of strataegems.
1600 W. WATSON *Decacordon* (1602) 102 As politicall a strataegematizer as I thinke hath bin in any age. *Ibid.* 160 That *Ashwell* strataegematizer. 1611 T. JAMES *Jesuit's Downefall* 49 A dangerous Polyprataegmon.. Athwall Strataegematizer.

**† strata('gemous,** *a. Obs. rare⁻¹.* [f. STRATAGEM + -OUS.] Of, or consisting of, strataegems.
1626 WARNER *Alb. Eng.* xv. xcv. 379 Guy Fayd] Helz strataegemous Quintessence, Romes subtle-created Foe.

**strata('tral** (stræmal, 'strætr-), *a.* [f. STRAT-UM + -AL.] Of or belonging to a stratum (or strata).
1873 A. SMITH *New Hist. Aberdeensh.* II. 1253 The strataeral direction of the vein. 1902 S. N. LAME *Qut. Steady, Green* 1 These several systems may be called strataal systems, and each may be said to be associated with a stratum of linguistical structure. 1903 G. Hays *Sacred, Congregational Linguistics* viii. 184 A strataal conversion is a mapping or introduction of the representation of an utterance on one stratum into the representation of the same utterance on an adjacent stratum.

**strata('ruchy** (stræmtərk.) *rare⁻¹.* [ad. Gr. στρατατρχία, the office of a general, f. στρατατρχος, also στρατάτρχος, a general, f. στρατ-ός army + ἄρχειν to rule.] The system of rule in an army.
1827 OLIMPHANT in *1916 Cent. Mar.* 18 A hierarchy.. is broadly distinguished from a strataarchy, from the corps of officers of an army, where an absolute obedience is due from

the private soldier, and from every successive grade, to a superior.

**† strata'rithmetry.** *Obs. rare⁻¹.* [irreg.¹ f. Gr. στρατ-ός army + -αρίθ-ος number + -μετρία -METRY.] The art of drawing up an army or body of men in a given geometrical figure, and of estimating the number of men contained in such a figure.
1570 J. DEE *Math. Praef.* aiij, Moreouer, of the former knowledge Geometricall, are growen the Feates & Artes of Geographie, Chorographie, Hydrographie, and Strataarithmetrie. *Ibid.* aiiij b, [also C. JONES *Juncis Dict.* has the correct form Strataarithmometry.]

**stratche, strate,** obs. ff. STRETCH *v.,* STREET.

**† strate('ge.** *Obs. rare⁻¹.* [ad. L. *strategus*—a. Gr. στρατηγός (also *strataegus*).] = STRATAGUS.
1628 MITFORD *Hist. Greece* v. §4. I. 287 The Athenian Strataege.. was the general officer.

**strata('gic** (stræ'dʒɪk), *a.* [ad. Gr. στρατηγικ-ός, f. στρατηγός: see STRATAGEM.] = STRATEGIC.
1828 W. H. KELLY tr. *L. Blanc's Hist. Ten Y.* II. 393 Fieschi had invented the fatal machine with three cords'st strataegic. 1860 *TROLLOPE N. Amer.* II. 131 He.. entertained an idea that Cairo was the nucleus or point of all really strataegic movements in this terrible national struggle. 1870 AMERICAN *Mission Amer. Board* IV. 229 So acquainted with the field, with its wants, and its strataegic points.

**strata('getical** (stræ'dʒəɪkl), *a.* = prec. [f. prec. + -AL.] = prec.
1828 NAPIER *Penin. War* I. iv. I. 54 Hence Zaragoza.. was a strataegical point of importance [ed. 1831 I. 33 was of strataegical value]. 1849 GOUGH in *Bombay Newsp. Mag.* 16 May 216/2, A city of the highest importance in a strataegical point of view, as being the place where several roads.. intersect each other.

**strata('gian** (stræ'dʒɪən). *rare.* [Formed as STRATEGY + -AN.]
† 1. Used by Holland to render Pliny's *strategia* (στρατηγία), a government or province. Cf. STRATEGY 1. *Obs.*
1601 HOLLAND *Pliny* vi. ix. 1. 119 This is well knowne, that divided it [Armenia] is into certaine regiments, which they call Strataegians.

2. A strataegist.
1901 HEDWIG *Black Mask* vi. 107 Rufflea.. was both strataegian and tactician, and we all now know the difference between the two. 1923 A. P. WERTH in *Everyman* 15 Nov. 135 The strataegians of the covered path.

**strata('gic** (stræ'dʒɪk, *strātdʒ-k), *a. and sb.* [a. F. *stratègique* or ad. Gr. στρατηγικ-ός of or pertaining to a general, f. στρατηγός STRATEGUS.]

**A.** *adj.* 1. Of or belonging to strategy; useful or important in regard to strategy.
1810 (*title*) F. de pont strataegique, a position determined so important in a plan of campaign. 1825 J. A. GILBERT *Expos. Gen. Milit. Comm.* 3 Strataegic movements and maneuvers. *Ibid.* 67 Choosing a field of battle which has all the advantages of a strataegic position. 1841 *Turston Gen. of Battle O Strategy* (ed. 2) 172 The importance of strataegic resources. 1861 JEFF. DAVIS *Message to Confederate Congr.* 18 Nov., Our armies were marched into that State to repel the enemy and prevent their occupation of certain strataegic points which would have given them great advantages in the conduct of the war. 1869 *Eng. Engineer* 9 Mar. 193/1 The strataegic railway connecting Trenton with Shae-whan River.

1890 MAHAN *W. Lore's Diary Gladstone* Pref. 133 The Sergeant-at-Arms.. more than once has had occasion to sally forth from his chair, and by strataegic movements interrupt that gentleman's unbounded advance towards the doors.

2. Of, pertaining to, or designating nuclear weapons intended to destroy an enemy's capacity to make war. Cf. TACTICAL *a.* 1 c.
1957 *Listener* 26 Dec. 1058/1 Nobody has managed.. to draw an effective distinction between 'strataegic' and 'tactical' atomic weapons. 1957 *Times* 28 Nov. 9. 1/2 Between 1946.. and 1950, strataegic stockpiling had hardly begun. 1958 *Spectator* 21 Feb. 221/1 If Russia were to launch a major attack on the West, even with conventional forces only, the West would have to hit back with strataegic nuclear weapons. 1961 *Contemp.* 18 Nov. 9/1 We see not to create a complete system of strataegic deterrence under Nato, but one which is at the same time to be a super-imposed problem. 1965 H. JAMES *De Escalation* v. 91 A high degree of strataegic weapons for this role. 1969 *Times* 27 Oct. 9/1 The discussions which will soon between the United States and Russia in Helsinki next month are.. the long awaited Salt conference, strataegic arms limitation talks. 1978 *Daily* XXII. 219 A desire to strengthen the linkage between theatre- and strateagic-nuclear forces. 1979 *Financial Post* 28 Sept. 10/3 It is not that the doctrine of strataegic deterrence is being discarded, but that it is being constantly adjusted to new technologies as each seeks asides to prevent the other from gaining a decisive advantage.

3. Of, pertaining to, or designating materials essential to a country for fighting a war.
1938 *Economist* 28 July 383 A reiteration of the embargo on strataegic exports to the countries has been in the wind for some time. 1939 *Listener* 21 Dec. 1053/1 On the British side the outbreak of the so-called strataegic controls. This is the agreement between Great Britain and America.. whereby these countries not to export to the U.S.S.R. certain goods which might be used for military purposes. 1965 *FULLER & OLTON Internat. Relations* *Decs.* iii. 76 Some of the most critical strataegic materials include

**A 535**

**STRATOCRACY**                    855                    **STRATUM**

*Spectacle* (1939) 162 Stratoliners from Kansas City ferry-in patrons for *Cosy and Dolls*. 1953 *Daily Progress* (Charlottesville, Va.) 18 Nov. 8/4 Chris is the tail-winds that may push future strato-planes on high-speed flights through the stratosphere were sought... here today by the astronomers watching the [...]

**stratocracy** (strə'tɒkrəsɪ). Also 7 stratocratie. [f. Gr. στρατό-ς army + -cρατία: see -CRACY. Cf. F. *stratocratie*.] Government by the army; military rule; a polity in which the army is the controlling power.

**stratography** (strə'tɒgrəfɪ). *rare⁻¹*. [f. Gr. στρατό-ς army + -γραφία -GRAPHY.] Military science.

**stratopause** ('strætə(ʊ)pɔːz). *Meteorol.* [f. STRATO(SPHERE + PAUSE sb.] The upper limit of the stratosphere, separating it from the mesosphere. (In current use at a greater height than formerly: cf. STRATOSPHERE 2.)

**strato'spheric**. *Hist.* *rare.* [ad. Gr. στρατοπέδαρχος, f. στρατόπεδο-ν camp + ἀρχός ruler.]

**stratose** (streɪtəʊs), *a. Bot.* [f. STRAT-UM + -OSE.] Stratified; arranged in layers.

**stratosphere** ('strætə(ʊ)sfɪə(r)). [f. STRATUM + -O + SPHERE sb.]

1. *Geol.* [ad. G. *stratosphäre* (E. Suess *Das Antlitz der Erde* (1901) III. i. i. 4).] (See quots.) Obs.

2. *Meteorol.* The region of the atmosphere extending from the top of the troposphere up to a height of about 50 km. (the stratopause), in the lower part of which there is little temperature variation with height in temperate latitudes and in the higher part the temperature increases with height; formerly, the lower part of this region only (up to a height of about 20 km.).

**stratosphere** ('strætə(ʊ)sferik), *a.* [f. prec. + -IC.] 1. Of or pertaining to the stratosphere; occurring or performed in the stratosphere.

**stratum** ('streɪtəm, 'strɑːtəm). Pl. strata ('streɪtə, 'strɑːtə); 9⁻ *rarely* stratums. [a. mod.L. use of L. *strātum*, lit. something spread or laid down (in classical use with the senses 'bedcover', 'horse-cloth', 'pavement'), neut. pa. pple. of *sternĕre* to throw down, lay prostrate, spread out. Cf. F. *strate* in sense I (1865 in Littré).]

1. *gen.* A quantity of a substance or material spread over a nearly horizontal surface to a more or less uniform thickness; a layer or coat; esp. one of two or more parallel layers or coats successively superposed one upon another.

2. *sing.*

3. *fig.*

**stratoum**. [...]

**STRATUS**                                    856                                    **STRAUSSIAN**

lowermost, and the alcohol uppermost, separated from each
other by the water. 1877 BUCKMAN *Inst. Leg., Spectre of
Toppington*, Rescued from the grave in which they [his
breeches] had been buried, like the strata of a Christmas pie.

¶ c. The form *strate* used as sing., with pl.
*stratæ. Obs.*

  1735 WFBB & PARSON *Dict., Strata*, a Layer or Bed of
different Soil or Matter. 1766 J. BARTRAM *Jrnl. 9 Jan.* 29 A
high bluff of sand…under which was a strata four feet thick,
of a brownish soft sand stone. 1768 HAMILTON *Venuvius in
Phil. Trans.* LIX. 10 The soil consists of strata of lavas,
ashes, pumice, and now-and-then a thin stratum of good
earth.

  2. A bed of sedimentary rock, usually
consisting of a series of 'layers' or 'laminæ' of
the same kind, representing continuous growth
of deposition.

  The precise signification of the term has varied, some
geologists having used it as equivalent to 'layer' or 'lamina'.
In the collective plural *strata*, which is much the most
frequent use, the distinction between the different uses
commonly disappears.

  **a.** *sing.*

  1693 J. SMITH in *Phil. Trans.* XXII. 485 This Stratum of
great Sand and Oyster-shells is…nigh 3 foot deep. 1709 T.
ROBINSON *Nat. Hist. Westmorld. & Cumb.* v. 27 Plants…
make up no particular Stratum of this Earth, but are a sort
of Mundrils. 1772 PENNANT *Tours Scotl.* (1774) 267 This
whole stratum lies in an inclined position. 1834 J. BARROW
*Trav. S. Africa* II. 81 In the same stratum…one of these
several large masses of pyramidal crystals of quartz. 1830
LYELL *Princ. Geol.* I. 303 One stratum, composed of many
layers, is of a compact nature and fifteen feet thick; it serves
as an excellent building stone. 1865 *Inter. Man Cont.* 91 A
stratum, the collection of layers of one kind which form a
rock as it lies between beds of other kinds…appears to con-
sist of many layers. 1879 JEVONSON *Engl. Lake Distr.*
(1879) 36 When ascend any given long Strakddh the stratum
of limestone is observed in the gill on the left.

  **b.** *pl. strata.*

  1671 H. O. tr. *Steno's Prodr. Diss. Solids* 37 To the
Sediments of Fluids do belong the Strata or Beds of the
Earth. 1695 WOODWARD *Nat. Hist. Earth* (1702) 29 Shells…
fell to the bottom at the same time that the Chalky Particles
did, and as were entombed in the Strata of Chalk. 1706
PHILLIPS (ed. Kersey), *Strata*, the Layers or Beds of
different kind of Earthy Matter, that lie one over another
without any regular Order, in the most part of the whole
Globe of Earth. 1790-96 *Thoulton Autumn* 1759 The
mineral strata there, Thrust blooming thwart the vegetable
world. 1758 T. SHORT in *Mem. T. Loyen* (1817) 133
Scarborough…at whose high cliffs and the great varieties of
strata therein and their present position, I further learned
and was confirmed in some things. 1784 COWPER *Task* iii.
151 Some drill and bore The solid earth, and from the strata
there Extract a regular by which [etc.]. 1840 *Penny Cycl.*
XXII. 104/2 In Geology, both the aqueously deposited
layers of rock, and the rocks formed of these similar layers
accumulated together, have received the name of strata.
1847 TENNYSON *Princess* iii. 139 That afternoon the Princess
rode to take The dip of certain strata to the North. 1875
DAWSON *Dawn of Life* ii. 5 The…Laurentian strata…are
seen to underlie…the Silurian beds. 1877 HUXLEY *Physiogr.*
ii. 24 The successive layers of rock, or as they are technically
called strata.

  **c.** *pl. stratums.* (Not in scientific use.)

  1843 MR. & MRS. S. C. HALL *Ireland* III. 177 The black
irregular strakls, the strakms of many colours and the *debris*
of a sloping bank.

  3. A region of the atmosphere, of the sea, or of
a quantity of fluid, assumed for purposes of
calculation as bounded by horizontal planes.

  **a.** *sing.*

  1796 H. HUNTER tr. *St. Pierre's Stud. Nat.* (1799) I. 38
That vast æonum of frozen air which surrounds our Globe,
about a league above the surface. 1878 *Gmt. Sci. (I—I 6o)
CHKNGE. Phys. Sci.* (ed. 8) 1845 275 See James Rose, who
found a stratum of constant temperature in the ocean at a
depth depending on the latitude. 1849 GROVE *Lect. Progr.
Phys. Sci.* 18 No action is perceptible in the intervening
stratum of liquid. 1890 HARRIS *Min. Sci. Papers* (1881) 304
A portion of a spherical stratum of atmosphere surrounding
an atomic centre. 1807 HUXLEY *Physiogr.* vi. 84 The
carbonic acid…would tend to settle down as a stratum near
the ground.

  **b.** *pl. strata.*

  1787 COL. REN. LXIV. 302 It was found that the change
really arose from the dense air above, mixing with the inferior
strata. 1812-16 PLAYFAIR *Nat. Phil.* (1819) I. 245 If,
therefore, the heights from the surface be taken increasing in
arithmetical progression, the densities of the strata of air will
decrease in geometrical progression. 1845 *Tomlinson* tr.
*Arago's Astron.* 167 But green being extensively
compressible, the lower strata…are necessarily more
compressed. 1858 JEVONS *Observ. Meteorol.* 204 The
temperature of the lower strata of the air.

  4. *Biol.* etc. One of a number of layers
composing an animal or vegetable tissue.

  **a.** *sing.*

  1846 G. E. DAY tr. *Simon's Anim. Chem.* II. 99 If a normal
stratum of epithelium is no longer formed,…the changes
impressed on the fluid must be different from those which it
would undergo during the ordinary secretion of healthy
mucus. 1866 *Trans. Int.* (1878) Dermal tissue…consists of
1884 BOWER & SCOTT *De Bary's Phaner.* 512 The cells of the
endodermis…often form the external cells of the vascular
layer. 1890 *Allbutt's Syst. Med.* VIII. 600 The collapsing
tissue of the superficial portion of the cuta may now
undergo a distinct sclerotic change.

  **b.** *pl. strata.*

  1745 A. *Monro Anat.* (ed. 3) 8 v…Strata or Layers, of
which the Periosteum is composed. 1866 LAYCOCK *Mind &
Brain* II. 559 Under certain circumstances the [ganglionic]
cells are arranged in layers or strata. 1884 BOWER & SCOTT
*De Bary's Phaner.* 87 The strata or intra are superposed on
the cuticle in the form of a continuous membrane.

  5. *Electr.* (Cf. STRATIFICATION 2 d.)

  1826 T. R. ROBINSON in *Proc. R. Irish Acad.* VI. 408 The
meniscoid strata were at first very distinct, but faded away in
a few seconds.

  6. *fig.* in various applications (chiefly after
sense 2) A portion of a class of institutions,
beliefs, etc., proceeding from one historical
period or representing one stage of devel-
opment; a level or grade in social position or
culture; the part of a population belonging to a
particular level in station or education, as *social
stratum*; and the like. *a. sing.*

  1807 G. CHALMERS *Caledonia* I. 229 note, The best
stratum of names on the map of North-Britain is Cambro-
British;…the second stratum…superinduced on the former,
was the Gaelic. 1890 CARLYLE *Latter-day Pamph.* iii. 79
From the lowest and broadest stratum of Society…there
was born…a Robert Burns. 1862 STANLEY *Jew. Ch.* (1877)
I. xix. 369 In modern times they have practically been
drawn from one stratum of society. 1870 MAX MÜLLER *Sci.
Relig.* (1873) 318 Odin belongs to the same stratum of
mythological thought as Dyaus in India. 1877 MRS. TOWLE
*Crtswr.* I. ii. 11 The Caroline race were Franks…a mixture
of Roman and Gallic, with only an upper stratum of the true
Frank. 1886 T. H. S. ESCOTT in P. Bailey *Leisure & Class* in
*Victorian England* (1976) II. 58 A social government…is now
steadily progressing in a lower social stratum…1902 L.
STEPHEN *Stud. Biogr.* IV. vi. 261. The habit of reading had
spread to a lower social stratum. 1963 *Blackw. Mag. Oct.*
304/2 He sprang from that stratum of the middle class…
which…owes its immediate fortunes to commercial
enterprise. 1977 P. SONDHEIM *Social Mobility* 141 There has
never existed a society in which vertical social mobility has
been absolutely nil and the transition from one social
stratum to another has had no resistance. 1973 E. BENCKMAN
*Victorian Album* 30 This murder…must have been in too
dark a social stratum…to attract even contemporary
attention.

  **b.** *pl. strata.*

  1830 CARLYLE *Latter-day Pamph.* iii. 38 In the lowest
bread strata of the population…are produced men of every
kind of genius. 1867 A. BARRY *Sir C. Barry* ii. 43 The
superimposed strata of Greek, Roman, Saracenic and
Gothic architecture. 1876 BROCK *Woman. Hist. Egypt* 15
Leaving as open questions the contemporaneity or sequence
of the dynasties, but recognising them as representing strata
of time. 1890 *BLANCH Els. Mir. of Soc. Int.* 108 In fact a
large proportion of the upper scare of English is merely
Latin and Greek in a very thin disguise. 1890 W. JAMES
*Princ. Psychol.* I. iv. 112 Habit…keeps different social strata
from mixing. 1923 SIR T. BARLOW in *Times* 7 Aug. 8/2 The
…study of sound variations in the ordinary dicta of Abbots
and children…in different social strata and in different
countries. 1937 R. H. LOWIE *Hist. Ethnological Theory* vi.
97 It is hard to understand how Morgan could have missed
certain the social strata of the caste-ridden Oceanians. 1968 G. P.
MITCHELL *Doct. Social.* 182 In theory social strata are made
up of individuals and families.

  c. *Statistics.* Each of the groups into which a
population is divided in the technique of
stratified sampling.

  1934 A. L. BOWLEY *Elements of Statistics* (ed. 4) ii. iv. 332
It may happen…that the universe consists of different
regions or strata in which the chances are different, and the
question arises whether we should proceed at random…or
…partially arrange the choice so as to take the same
proportion out of each region or stratum. 1935 A. HALD
*Statistical Theory* with *Engin. Applications* xvii. 493 In
sampling investigations of industrial products stratified
sampling is often useful. For example, when a lot is being
loaded a random sample of items may be taken from every
truckload, the truckloads being the strata. 1960 *Jrnl. Amer.
Statistical Assoc.* LV. 105 If the sample is allocated to the
strata in proportion to the number of elements in the strata,
it is virtually certain that the stratified sample estimates will
have a smaller variance than a random sample of the same
size. 1960 HANSEN & WARIS *Statistical Analysis* ii. 395
Stratified sampling is appropriate only if the variable of
interest is relatively homogeneous within strata and
heterogeneous among strata.

  ¶ d. The form *strata* used as sing., with pl.
*stratas.*

  1937 *Times* Lit. Suppl.* 27 Nov. 910/1 He marries a
penniless girl of a lower social strata than himself. 1946 M.
PEAKE *Titus Groan* i 79 The mixture of cunning and honesty
which he did not yet perceive to be a still deeper strata of
Swagroft's cleverness. 1866 177 The abstruct language with
which they communicated their deepest strata of conception.
1977 *Timber Trades Jrnl.* 14 Aug. 109/1 The era of the family
business is now a complex structure of top, middle and
lower stratas. 1986 *Good Housekeeping* Nov. 181/3 After this
comes a strata of accessories.

  7. *a. attrib. (in pl. form.)*

  1824 JAMESON in *Mem. Wernerian Soc.* II. 223 Two
conspicuous portions of rock, whether separated by strata-
streams or not. 1839 URE *Dict. Arts* 748 The flat veins, or
strata veins, seem to be nothing else than expansions of the
matter of the vein between the planes of the strata. 1844
SELBY *Brit. Forest Trees* 351 The strata-like form the
branches naturally assume. 1955 T. H. PEAR *Eng. Social
Differences* I. 17 Within the wholesale trade there are
interesting strata-differences. 1966 *[Loennrothing] (Strata
Titles) Act* in *Statutes of New S. Wales* 556/1 each 'strata plan'…
means a plan which…shows the whole or any part of the
land comprised therein as being divided into two or more
strata, whether or not any such strata is divided into one or
more lots. 1977 [see b below], 1982 *Polic. Sci.* Q XCVII.
282 The management and sale of strata-local forces.

  **b.** *(in sing. form.)*

  1955 T. H. PEAR *Eng. Social Differences* vi. 144
Neighbouring families for whom class-consciousness…was
usually submerged below stratum-consciousness. 1977
*Daedalus* Fall 73 Country-wide strata consciousness…
less pronounced stratum formation in ethnic, religious, or
regional channels.

  c. *Special Comb.:* strata-bound *a.*, confined
to a single stratum or group of strata; strata title
*Austral.* and *N.Z.*, the freehold or leasehold of

or title to a stratum or storey (or more than one)
of a building.

  1961 *Econ. Geol.* LVII. 372 It is…reasonable to expect
that a majority of strata-bound ore fields will be readily
explainable on explicit grounds of normal Ischemy. 1979
*Nature* 13 Nov. 143/1 Igneous subordinates of the most
part, is strata-bound and occurs in tonalite matrix and vups.
1965 *Statutes of New Zealand* I. No. 9 (title) Conveyancing
(strata titles) act. 1977 *Courier-Mail* (Brisbane) 7 Apr. 112
Many strata-title businesses control property owners run over
financial loss because of inadequate legal insurance on their
units. 1977 *E. Herald* 5 Jan. 2/1 (Advt.) Advt.), Home unit,
Avondale, as new, strata title, 2 brms, internal garage.

  **stratus** (ˈstreɪtəs, ˈstrɑːtəs). *Meteorol.* [a. L.
*strātus* (u stem), *L. strā-, sternĕre* to spread, lay
down. (See quot. 1803, and cf. STRATUM.)] One
of the sample forms of cloud, having the
appearance of a broad sheet of nearly uniform
thickness, usually existing at low elevations.

  1803 L. HOWARD *Modif. Clouds* (1865) 4 *Stratus*, a widely
extended, continuous, horizontal sheet, increasing from
below upwards…*Ibid.*, This application of the L. word
*stratus* is a little forced. But the substantive *stratum*, did not
agree in its termination with the other two words I intended,
and is besides already used in a different sense even on this
subject. e.g. a stratum of clouds; yet it was desirable to keep
the derivation from the verb *sternere*, so its significations here
as well with the circumstances of this Cloud. 1870
BREWSTER *Nat. Magic* vi. (1833) 141 A thin stratus or 'fog
bank' appeared in the same quarter. 1838 JEUENS *Observ.
Meteorol.* 192 Hence a mist will often appear in damp places,
while in others, where dews are of constant occurrence, a
mist, i.e. stratus, may be a thing. 1880 *Proctor's
Engineer's Holiday* II. 216 Extending…a considerable
distance towards the north, ley 1 thick horizontal layers of
stratus, above which was blue.

  attrib. 1850 TYNDALL *Glac.* i. xvii. 124 A grey stratus
cloud had drawn itself across the neck of the Matterhorn.
1883 *Harper's Mag.* Nov. 882/1 Its that low mass of stratus
clouds which overhung the town and now bore a vivid
convulsion.

  **strauch(e:** see STRAIGHT, STRETCH *v.*

  † **straught,** *a. Obs.* [Aphetic f. DISTRAUGHT *a.*]
Distraught, out of one's mind. Also, bereft of
(one's wits, mind).

  a1300 *Gestgar Agei. Ven. Tongues* Wis. 1843 l. 133 My
soules are not for releathinge vratught, For freakish Intosen
half mad and half straught. 1555 FABIAN. 419/1. I am
straught, ye pel straught. 1603 WARNER *Alb. Eng.* 508
PATHTE *Pol. Plut.* (15021) 147 His seemed rather to be a
man straught…than lyke one that had hys wittes. 1586
DRANT *Horace, Sat.* i. vi. D viij b. The most of men, yel
thincke me straughte of witte. 1590 GREENE *Orst. Mor.*
vi. (1593) 130 Berrowne his straughte Orphyo
straughte for feare. 1590-80 NORTH *Plutarch, Agesilaus*
(1595) 668 Senly worses also…raise vp and doone, a
straughte of their wits. L 827 *Doan Witters.* vii. i.
144 Being now straughte of mind, desperate, and a vain
look…1600 GAY *Beg. Bedall* Cr. N. l. (881) 72
Snombling! wheel snembling! I think the fellow be straught.

Hence † **straughtness,** *straughtedness.*

  1530 PALSGR. 277/1 Straught[h]nesse madnesse, *resuer*.
1553 HULOET, Straughtnes of the mynd by cause of fear,
*panicus.* 1587 GOLDING *Christ. ex Deut.* xxviii. 291 Fo
verill God have brought ye to this straughtednesse, we be
altogether blockish. [Ff., Car tu escus a fait que l'ony anon
ensure à tette forte, nous serions stupides du tout.]

  **straught:** see STRAIGHT *a.* and *v.*, STRETCH *v.*

  **strauhe, straunt,** obs. ff. STRAW, STRAIGHT.

  **strauht(e,** obs. pa. t. and pp. of STRETCH *v.*

  **straunc(h)e, straung(e,** obs. ff. STRANGE.

  **straunde,** obs. form of STRAND sb.[1]

  **straungeour, -er(e,** etc., obs. ff. STRANGER.

  **straungle,** obs. form of STRANGLE *v.*

  **Straussian** (ˈstraʊsɪən), *a.* and *sb.* [f. the name
of (1) the German composer Richard STRAUSS
(1864-1949), or (2) the Viennese family of
composers of whom Johann Strauss II
(1825-99) was the foremost member + -IAN.]

  **A.** *adj.* 1. Of, pertaining to, or characteristic of
the music of Richard Strauss.

  1900 O. B. SHAW in *Nation* 19 May. 963/2 To those of us
who are neither deaf nor blind nor anti-Straussian. 1900
(which is the more dulcing), she was superb Electra. 1950 A.
HOOKER *Age & Science* xi. 261 Wonderful…of all Straussian
Wagnerian bigotry and boarded-ress, all Mussolini-
vulgarity[1] 1959 *Observ. Rev.* 10 May. 24/3 Enough
room…between the tone range for voices and orchestra,…of which
'Hymnus' and 'Gesang der Apoleuroscruti'[2] (Ops 52) are
fine-most characteristic of Straussian rapture. 1969 *New Society*
Mar. 15/3 Earlier in the work he had not shown the sure
ability to sustain a true Straussian intensity of feeling. 1975
*Gramphe* 18 Mar. 14/3 It was no disappointment to find the
Italian versions rather than Straussian opulence.

  2. Of, pertaining to, or characteristic of the
music of the Strauss family.

  1935 *Punch* 8 May 509/3 The scheme and tone of the play
…has reverted from blank musing to…occur in a brief
snatch of the Blue Danube—borrowing from the glories of
the Straussian epoch. 1958 *Listener* 21 Aug. 28/1 The
commonplace of a Straussian waltz.

  **B.** *sb.* An admirer of Richard Strauss, or an
exponent of his music.

  1899 *Daily Chron.* 17 Nov. 163/3 What renowned Straussian,
Mr. Rudolf Kempe, wore…available to take charge. The
London Symphony Orchestra assembled all its forces so

# THE OXFORD ENGLISH DICTIONARY

## SECOND EDITION

*Prepared by*

J. A. SIMPSON *and* E. S. C. WEINER

## VOLUME VIII

Interval–Looie

CLARENDON PRESS · OXFORD

A 538

Oxford University Press, Great Clarendon Street, Oxford OX2 6DP

Oxford New York

Athens Auckland Bangkok Bogotá Buenos Aires Calcutta
Cape Town Chennai Dar es Salaam Delhi Florence Hong Kong Istanbul
Karachi Kuala Lumpur Madrid Melbourne Mexico City Mumbai
Nairobi Paris São Paulo Singapore Taipei Tokyo Toronto Warsaw
and associated companies in
Berlin Ibadan

Oxford is a registered trade mark of Oxford University Press

© Oxford University Press 1989

First published 1989
Reprinted 1991 (with corrections), 1998

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
without the prior permission in writing of Oxford University Press.
Within the UK, exceptions are allowed in respect of any fair dealing for the
purpose of research or private study, or criticism or review, as permitted
under the Copyright, Designs and Patents Act, 1988, or in the case of
reprographic reproduction in accordance with the terms of the licences
issued by the Copyright Licensing Agency. Enquiries concerning
reproduction outside these terms and in other countries should be
sent to the Rights Department, Oxford University Press,
at the address above

British Library Cataloguing in Publication Data
Oxford English dictionary.—2nd ed.
1. English language—Dictionaries
I. Simpson, J. A. (John Andrew), 1953–
II. Weiner, Edmund S. C., 1950–
423
ISBN 0-19-861220-6 (vol. VIII)
ISBN 0-19-861186-2 (set)

Library of Congress Cataloging-in-Publication Data
The Oxford English dictionary.—2nd ed.
prepared by J. A. Simpson and E. S. C. Weiner
Bibliography: p.
ISBN 0-19-861220-6 (vol. VIII)
ISBN 0-19-861186-2 (set)
1. English language—Dictionaries.    I. Simpson, J. A.
II. Weiner, E. S. C.    III. Oxford University Press.
PE1625.087 1989
423—dc19    88–5330

Data capture by ICC, Fort Washington, Pa.
Text-processing by Oxford University Press
Typesetting by Pindar Graphics Origination, Scarborough, N. Yorks.
Manufactured in the United States of America by
World Color Book Services, Taunton, Mass.

1062

known as 'the Lloyd Morgan canon'. 1964 A. KOESTLER in *Listener* 14 May 786/1 A principle which became a kind of eleventh commandment for psychologists, known as 'Lloyd Morgan's canon'. 1968 E. BORING in *Internat. Encycl. Social Sciences* X. 495/2 He [*sc.* Lloyd Morgan] is best known for what has come to be called Lloyd Morgan's canon, which demands parsimony in the inference of an animal's place on the scale of mind from its behavior.

**Lloyd's** (loidz). [f. the name of Edward Lloyd who opened a coffee-house in London in 1688, and supplied shipping information to his clients.] Name of a London association of underwriters and agency for arranging insurance (formerly marine insurance only, but now nearly all kinds); it also issues daily shipping intelligence, as *Lloyd's List* (of which the occasional newspaper *Lloyd's News* was a precursor). *Lloyd's Register* (of *Shipping*), an independent society which surveys ships to ensure compliance with standards of strength and maintenance; its annual classified list of such ships. Also *Lloyd's policy*, an insurance policy underwritten by Lloyd's; so *Lloyd's underwriter*.

1819 M. EDGEWORTH *Let.* 2 Mar. (1971) 174 He won £9,000 by a bit of gambling insurance on 2 missing ..ships. The ships re-appeared ... He never could shew his face at Lloyds afterwards. 1829 G. GRIFFIN *Collegians* (ed. 2) II. xxv. 248 A more crazy and precarious mode of conveyance could not be found, even among the ships matched with the very last letter in Lloyd's list. 1833 [see UNDERWRITER 2]. 1846 [see REGISTER *sb.*[2] 4 c]. 1876 F. MARTIN (title) History of Lloyd's and of marine insurance in Great Britain. 1882 J. ASHTON *Social Life in Reign of Anne* I. xii. 174 Lloyd's was then in Lombard Street, and indeed to this day, on Lloyd's policies, is stated that this policy should have the same effect as if issued in Lombard Street. 1911 *Encycl. Brit.* XV. 833/2 Lloyd's... Originally a mere gathering of business in a coffee-house kept by.. Edward Lloyd in Tower Street, London, the earliest notice of which occurs in the *London Gazette* of the 18th of February 1688. *Ibid.* XIX. 534/2 In 1696 Edward Lloyd .. started a thrice-a-week paper, *Lloyd's News*, which .. was the precursor of the *Lloyd's List* of the present day. *Ibid.* XXIV. 957/2 *Lloyd's Register*, at present constituted, has existed since 1834. 1922 *Ibid.* XXXI. 402/1 Lloyd's underwriters have shown a great deal of enterprise in scooping risks of a novel kind. 1959 *Chambers's Encycl.* VIII. 623/2 The incorporation of Lloyd's as a chartered body on 25 May 1871.

**lo** (lou), *int.*[1] *arch.* Forms: 1 lá, 2-4 la, 3-4 lou, low, 4 lowe, 4-6 loo, 6 loa, 6-7 loe, 3-lo. Also 3-4 *(as if imperative in)* loo. See also LEW *int.* [The evidence of rimes in ME. poetry shows that the spelling *lo* or *loo* represents two distinct words. (1) ME. *lō:*—OE. *lá*, an exclamation indicating surprise, grief, or joy, and also used (like OI) with vocatives. (2) ME. *lō* with close *ō*, prob. a shortened form of *lōke* (OE. *lōca*), imperative of LOOK *v.*; cf. ME. and mod. dial. *ta* for *take*, *ma* for *make*, also the mod. dial. *loo' thee* = 'look you'. The *lor* of the Cursor M., used in addressing a multitude, seems to be imper. pl. The peculiar early ME. forms *lou*, *low(e* may stand for *lo we* = 'look we'. The present pronunciation (lo) would normally represent OE. *lá*, but it may be a mere interpretation of the spelling, as the mod. *lo* corresponds functionally to the second of the two words, which should normally have become *"loo* (luː) in mod. Eng.]

**†a.** In early use, an interjection of vague meaning, corresponding approximately to the modern OI or Oh! (*obs.*). b. Used to direct attention to the presence or approach of something, or to what is about to be said; = Look! See! Behold! Freq. in phr. *lo and behold* (uʌu. jocular).

*Beowulf* 1700 [swā wē nū geseon magon]. *þē* 2 no [se] mid elne fremed. *etc.* *Gen. & Exod.* ... *Ags. Gosp. Matt.* iii. 7 [Þe cwæð to him] La naeddrena cyn [etc.]. *c1175 Lamb. Hom.* 89 [Lahwet and bip beon]? *Ibid.* La hu ne bið *þa* per here specah galtþeoes? *c1200 ORMIN* 17064 bīss blisse iss miñ is fullwiss. *c1225 Leg. Kath.* 2454 Low, þe ymte of elde lit þæt is te þet hire. 1e God it writ. *Ibid.* (1630 *Cursor M.* 16411 And tua it lei, La god it wrịt. *Ibid.* 16397 Pilat said, 'loe, þer yur king!' *c1380 WYCLIF* 2*Kil. Wks.* I. 77 Lo, þe boosm of clob he þiñ þat takib wery þe rymes of awiceld. 1393 LANGL. *P. Pl.* C. xx. 4 Loe, here þe letteres ... in latyn and in shrewe. *a1400-50 Alexander* 309 Lo, maister, slike a mynchefeld ... c1425 *Craft of Nombryng* (E.E.T.S.) 11 I purpose to say he puttyp figure 2 tote ... 1490 CAXTON *Chron. Eng. celvii.* (1482) 323 Lo what a mariage was this as to the comparison of that other. 1532 MORE *Confut. Tindale* Wks. 574/1 When they suffer wrong, they cannot forgiue loo, and when men take away their goodes they be angry, as they be lo. 1560 A. SCOTT *Poems* (S.T.S.) i. 55 For lymmer lawdis and litle lassis lo [*rime* riche, *fro*, do] Will argun bay wit bischop, preist, and freir. 1590 SPENSER *F. Q.* i. iv. 42 His clearet wast the trayour vile, 1611 BIBLE *Haggai* i. 9 Ye looked for much, and loe it came to little. 1650 PRYNNE *Antipathie* II. 167 Loe here wee haue expresse mention of sccured sorts of worlds. 1735 BERKELEY *Free-think. in Math.* §34 Lo! This is what you call 'no great, so unaccountable'. 1768 C. WESLEY *Hymn. Lo! He comes with clouds descending.* 1807 J. BARLOW *Columb.* iii. 177 The prince drew near; where lo! an altar stood. 1808 LADY

just told us how hard he had worked all the morning .. when, lo and behold! M. Desbayes himself appeared. 1841 LYTTON *Night & Morning* II. iv. 144 The fair bride was skipping down the middle ... when, lo and behold! the whiskered gentleman .. advanced .. and cried—'*Le voilà!*' 1849 DICKENS *Dav. Copp.* (1850) xxii. x74 What does he do, but, lo, and behold you, he goes into a performer's shop. 1859 FITZGERALD tr. *Omar* vii. (1899) 71 The Bird of Time has but a little way To fly—and Lo! the Bird is on the Wing. 1920 J. B. PRIESTLEY *Angel Pavement* ii. 60 And then—lo and behold—it was there all the time. 1947 T. WILLIAMS *Streetcar Named Desire* x. 151 You come in here and sprinkle the place with powder and spray perfume and cover the light-bulb with a paper lantern, and lo and behold the place has turned into Egypt and you are the Queen of the Nile!

**lo**, **'lo**, *int.*[2] Colloq. abbrev. of HALLO, HALLOA, HELLO, HULLO, HULLOA *int*.
1921 J. DOS PASSOS *Three Soldiers* I. i. 13 "Lo, buddy,' came a voice beside him... 'Goin' to the movies?' 1922 JOYCE *Ulysses* 287 Lo, Joe, says I. How are you blowing? 1938 F. D. SHARP'S *Sharpe of Flying Squad* ii. 16 "Lo,' said Meisher. "'Lo,' said Harry. 1968 R. CLAPPERTON *No News on Monday* viii. 99 "Lo, son. You the detective?" he murmured.

**Lo**, *sb.* U.S. [Humorously from Pope's line 'Lo, the poor Indian', etc., *Essay on Man* I. 99.] An American Indian. Also *Mr. (or Mrs.) Lo.*
1871 *Republican Rev.* (Albuquerque, New Mexico) 2 Sept. 1/4 Cowardly Lo prefers to attack none but very small parties of teamsters, farmers, or lone mail riders. 1873 G. W. PENNY *Buckskin Mose* vi. 88 This document set forth that the beavior was a good Lo. *Ibid.* 1878 He appeared again at the head of our train, in the company of thirty or forty other good Los. 1874 J. G. McCOY *Hist. Sk. Cattle Trade* 160 Crossing the plains was an undertaking fraught with great danger; especially as Mr. 'Lo was decidedly fond of horses. 1880 A. A. HAYES *New Colorado* (1881) iii. 40 Colonel Craig... and his men began, nor unsuccessfully, the repression and suppression of Mr. Lo. 1885 [see EVOLUTE *v.* 2]. 1904 *Minneapolis Daily Times* 12 June 6 The march of civilization has convinced Lo that fighting is not so profitable as it used to be. 1909 *N.Y. Even. Post* 6 Aug., On Florida's shield stands a placid and frozen Mrs. Lo, with fringed skirt falling to the knees. 1927 R. P. T. COFFIN *Yankee Coast* 210 He .. went to join Lo, the Poor Indian on the Happy Hunting Grounds.

**lo**, obs. form of LOW *sb.* and *a.*

**†Lo**, obs. abbreviation of LORD.
1610 *True Declar. Virginia* (1844) 13 That noble Gouernour, the Lo. Laware.

**†loa'** (lɔə). [Native name in Angola, used as a specific name in *Filaria loa* (T. S. Cobbold *Entozoa* (1864) xiv. 389) and as a generic name in *Loa loa* (C. W. Stiles 1905, in *Bull. U.S. Dept. Agric. Bur. Anim. Ind.* no. 79. 50).] A filarial worm of the monotypic genus so called, found in tropical Africa and infecting the eyes and subcutaneous tissues in man. Also *attrib.*
1864 T. S. COBBOLD *Entozoa* xiv. 389, I had independently arrived at the conviction that the *Loa* was a totally distinct worm from the *Filaria oculi.* *Ibid.* The parasite in question is rather more than an inch in length, it is ..termed *Loa.* 1889 *Syd. Soc. Lex., Loa-worm.* 1898 P. MANSON *Trop. Diseases* xxxxii. 518 The man remembered that when a lad, he had a loa in his eye. *Ibid.* 519 The blood of another patient, known to be the subject of loa infection. 1905 *Ann. Trop. Med. & Parasitol.* I. II. 178 (title) The relationship between human and simian Loa in the rain-forest zone of the British Cameroon. 1913 PRICE & HOPPER in R. A. Marchal-Rojas *Path. Protozool & Helminthic Dis.* III. 917/1 (*heading*) The eye worm, loa worm. *Ibid.*, He [*sc.* Guyot] described the worm under the native name 'loa'.

**loa**[2] (lōə). Pl. *loa* or *loas*. [ad. Haitian Creole *lwa*.] A deity in the voodoo cult of Haiti.
1933 J. H. CRAIGE *Black Bagdad* xv. 267 Thanks to the spells I have made in your behalf, the loa have held their hands over you, and you are free. 1937 M. J. HERSKOVITS *Life in Haitian Valley* ii. iv. 81 The ordinary pair or calabashes on which food is offered the *loa*, or African deities. 1959 H. CHARTERIS in *Mittmac's Voodoo in Haiti* 110 A *loa* moves into the head of an individual having first driven out .. one of the two souls that everyone carries in himself. 1960 *Spectator* 5 Aug. 218/3 The peculiar congregation, led by the Voodoo Priestess, start summoning up their favourite spirits or 'loas', who—dead on cue—take possession of the celebrants one after another. 1966 *Punch* 10 Aug. 235/1 The 'loa', the demon-gods who take possession of the initiates at Voodoo ceremonies and impose on them their own voice, features, and character.

**loac**, variant of LAKE *sb.*[1]

**loach** (lautʃ). Forms: 5 loche, 5-7 loch, 5-9 loche, 6- loach. [a. F. loche (13th c.), loach, also dial. slug; cf. mod. Norman *loque* loach, slug (Moisy). Sp. *loja* is from F.]
1. A small European fish, *Cobitis (Nemachilus) barbatula (-us)*, inhabiting small clear streams and highly prized for food; also, any fish of the family *Cobitidæ*, spinous loach, *Cobitis tænia.*
1357 [see 4]. 1*a.. Voc. in Wr.-Wülcker 585/18 *Fundulus*, a looche. 14.. Nom. *Ibid.* 705/1 *Hic cicua*, a loch. *Liber Cocorum* (1862) 52 Also smalle fysshe chur take.. sperlynges and menvvus withal And loches. 1558 *Act 1 Eliz.* c. 17 §4 Places where Smeltes, Loches, Mynnenis .. hathe been used to bee taken. c1560 A. SCOTT *Poems* (S.T.S.) ii. 57 All maner loche that skimmer gang, 1678 *Trans. R. Soc.* (1762) 15 Though no longer carried on horseback, a load of meal still means corn boiles. 1808 *Dan News* 16 June 3/2 Wheat futures are usually dealt with in 'loads'. A load is a thousand quarters.

---

breed several months in one year. 1789 G. WHITE *Selborne* xxvii, The 'loach' in its general aspect has a pellucid appearance. 1829 CRABBE *T. of Hall* xii. 6 Where in the shallow stream the loaches play. 1837 M. DONOVAN *Dom. Econ.* II. 33 That ugly little fish the loache. 1869 BLACKMORE *Lorna D.* vii. (ed. 12) 58 A jar of pickled loaches. 1882 J. WALKER *Jaunt to Auld Reekie* 116 The Coachman, sluggish as a bearded loach.

2. Applied to fishes of other genera.
**a.** The burbot or eel-pout. (In recent U.S. Dicts.). b. *sea-loach*, the whistle-fish.
*a1672 WILLUGHBY Ichthyogr.* (1686) 121 *Mustela vulgaris,* A Sea Loche *Cestria.* Whistle-fish in *Cornubia.* Sc 1769 *PENNANT Brit. Zool.* III. 164.]
†3. *fig.* A simpleton. *Obs.*
1605 *Tryall Chev.* iii. i. in Bullen *O. Pl.* III. 303 The Loach gets me into a Sutlers both and there sits me drinking for Ionnes best cop. c1620 *Poole's Jests* 17 This Loach appears not for any expence.

4. *attrib.* and *Comb.*
1357 *Act* 31 *Edw.* III, *Stat.* iii. c. 2 Le pesson de Doggerefisshe & locheffsh. 1587 *MARCALL Govt. Cattle,* Oxen (1596) 43 Some do take a loch fish quick, and put it down the beastes throat. 1869 BLACKMORE *Lorna D.* xv. (ed. 12) 90 Was not I but poor poor folk, by only fit for loach-sticking? 1882 *Fisheries Exhib. Catal.* 254 Loach Traps,... Loach Hook and Rod.

**loach:** see LOHOCH.

**load** (loud), *sb.* Forms: 1 lád, 3-6 lode, 5 lood, 6 loode, 6-7 loade, 6- load. β. *north.* and *Sc.* 4-9 lade, 5-9 laid, (5 layde). [OE. *lád* fem., way, course, journey, conveyance, corresp. to OHG. *leitō* course, leading, conveyance (MHG., mod.G. *leite*), ON. *leið* way, course—OTeut. *láidā* (whence *"laidjan* to LEAD), related to *"lipan* to go (OE. *liðan,* ON. *liða*). The development of meaning has been influenced by the association of the sb. with LADE *v.*; in extreme northern dialects this word is not distinguishable from LADE *sb.*[2] The words *load* and *LODE* are etymologically identical; the present article includes only those senses in which the mod. spelling is *load*, and obs. senses to 8 follow.

**†I. Carriage.** Also, an act of loading. *Obs.*
*c1000 Laws Northumbr., Priests* c. 55 in *Schmid Gesetze* 368 Sunnandæges cypinge we forbeodaþ.. and sfc weorc, and ælcne lade, ægðer ge on wæne ge on horse ge on byrdene. *c1380 Sir Ferumb.* 2707 W. paroun it lokede was hur gay in lode *fisdde.* *c1440 Promp. Parv.* 310/2 Loode, or caryage, *vectura.* 1393 FITZHERB. *Bk. Husb.* §35 The more hey euery be loded at a tide, and the faster he wyll lye.
2. **a.** That which is laid upon a person, beast, or vehicle to be carried; a burden. Also, the amount which usually is or can be carried; e.g. *cart-load, horse-load, wagon-load.*
*a1225 Anc. R.* 168 Hwi a mihede nere.. hux bonde mid him; bode hous & lode, and eke his meit ibid. hold mid him grande. *c1290 S. Eng. Leg.* I. 197/80 He let come planse of lre.. wel mid ano eartes lode. *c1300* [see CART-LOAD]. 1375 BARBOUR *Bruce* VII. 467 That kent thair ladis doun in hy ; 1382 WYCLIF *Gen.* xlv. 23 And *Lopset on asis bering of alle tresouris.. 1535 COVERDALE *Bible* 2 *Kings* v. 17 Shal there not be gyuen vnto thy seruaunt two mules ladinge of this earth? 1575 *Reg. Privy Council Scot.* I. 464 The Enens haue a lying loade; Nothing so heavy as these verses of mine. 1774 GOLDSM. *Nat. Hist.* (1776) II. 113 By wrapping the load round the shoulders of the person, who is to bear it. 1828 DICKENS *Old C. Shop* ii. Wagon were halt to rest from heavy loads. 1882 *Rep. to Ho. Repr. Prec. Met.* U.S. 99 In January, 1881, 11 car-loads from the mine yielded $1700.

**b.** The specific quantity of a substance which it is customary to load at one time; hence, taken as a unit of measure or weight for certain substances.

The equivalence of a load varies considerably according to the locality and to the substance. As a measure, a load of wheat is usually 40 bushels, of lime 64 (in some districts 32) bushels, of timber 50 cubic feet, of hay 36 trusses (= 18 cwt.), of bulrushes 63 bundles, of reed 2 fotills (Sc.). A load of lead ore (in the Mendip district) = 9 dishes (see DISH *sb.*); &c).

1384-5 *Durham Acc. Rolls* (Surtees) 590 In iij ladys calcis empt. c1386 CHAUCER *Knt.'s T.* 2060 Of stree firet ther was eyk ley til many a lode. 1449 *Durham Acc. Roll* 10 *Eng. Hist. Rev.* XIV. 509, xij ladas cariamentu crˠvi petras fert. 1428 NottingHam *Rec.* II. 120, ii. lod. de Baseforc stone. 1497 *Naval Acc. Hen. VII* (1896) 230 A lode in Grey Fryers Hauen. c1532 Ld. BERNERS *Huon* cxllii. 532 We then charge a lode of shote oysters cauld to brynge the nobule lady. 1550 CROMWLY *Epigr.* 201 A lode of coals] that of late years for a wyndf was solde. 1570 *Wills & Inv. N.C.* (Surtees) II. 169/1 ne lait of heir, ane laid of syns, 1697 HARRIS *Lex. Techn.* 171 [To] 37 Wheat of those Dishes they [*sc.* Derbyshire lead-miners] call Load of Ore. 1747 *Hoadon Miner's Diet.* M3/2, Three Loads few Dishes will he full enough to make a good up-set Vein Weight. 1823 J. SMITH *Panorama of Science* (1821) 105 Hay, the Load of 36 Trusses, each Truss 56 lbs. 1825 CORBETT *Rur. Rides* 194 This rich common ..what they call in Hampshire ten loads of wheat, that is to say, fifty quarters, or four hundred bushels. 1887 RIDERS *Agric. & Prices* V. 255 The price of ... Appleby.. is [*c* 1700 for peas, rye and wheat 4 bushels, of oats of barley and hogg 5 bushels. 1887 Cunningham *Diary* (Scot. Hist. Soc.) introd. 18 Though no longer carried on horseback, a load of meal still means corn boiles. 1808 *Daily News* 16 June 3/2 Wheat futures are usually dealt with in 'loads'. A load is a thousand quarters.

**c.** The material carried along by a stream in suspension by solution or by reaction (by some

**LOAD**    1063    **LOAD**

writers material carried in solution is included); the amount of material so carried; hence, by extension, the material carried by various other natural agents of transportation, as glaciers, winds, and ocean currents.

1888 J. W. POWELL in *Science* 16 Nov. 229/2 In erosion and corrasion the material which is transported may be called the 'load'. The load is transported by two methods, a portion floats with the water, and another portion is driven along the bottom. 1907 R. D. SALISBURY *Physiogr.* iv. 112 The sediment moved by a stream, whether in suspension or at the bottom, is its load. 1950 W. H. TWENHOFEL *Princ. Sedimentation* (ed. 3) vi. 226 These figures show that the suspended loads of rivers draining dry areas are larger than the dissolved loads. *Ibid.* 227 The loads of standing bodies of water are small in terms of any unit of volume... There is not a great deal of information respecting loads in the open ocean away from shallow water. 1968 R. W. FAIRBRIDGE *Encycl. Geomorphol.* 627/2 Load is an additional variable which changes together with flow along a stream wherever it is joined by a tributary. 1970 *Jrnl. Glaciol.* IX. 227 (*heading*) Contrast between the debris loads of polar and temperate glaciers.

3. a. A material object or a force, which acts or is conceived as a weight, clog, or the like.

1593 SHAKS. *2 Hen VI*, I. ii. 12 Why droopes my Lord like over-ripen'd Corn, Hanging the head at Ceres plenteous load? 1667 MILTON *P.L.* iv. 972 Fary heavier load thy self expect to feel From my prevailing arms. *Ibid.* v. 59 O fair Plant... with fruit surcharg'd, Deigns none to ease thy load and taste thy sweet? 1648 KELL. *Exem. Tr. Earth* (1734) 273 The great River of the Amazons... runs up to the Equator with a vast load of Waters. 1735 N. ROBINSON *Th. Physick* 260 Bleeding... lessens the additional Quantity of Blood, and removes its Load. 1832–51 I. MURRAY in *Whittle-Binkie* (Scot. Songs) Ser. III. 47 The hastle bushes bend'nae mair Beneath 'the lades that crushed them sair. 1842 A. COMBE *Physiol. Digestion* (ed. 4) 361 If we eat more than the system requires, the bowels become... weakened by their load. 1852 *Back's Pocket Dict.* 273 The luxuriance and profusion, I may say the loads of bloom.

b. The charge of a fire-arm.

1692 *Capt. Smith's Seaman's Gram.* 11. xiii. 7 The quantity of Powder will be a sufficient Load for such a Piece. 1813 *Sporting Mag.* XLII. 141 A gun with but one barrel... will, by a single operation on the trigger, discharge six or eight loads in succession. 1858 SIMMONDS *Dict. Trade*, *Load*, the charge of a gun.

c. *Electr.* The resistance to a dynamo or motor of the machinery which it drives, apart from its own friction.

1895 THOMPSON & THOMAS *Elect. Tab. &* *Mem.* 57 If the *Systemo* is put at constant speed, the motor also will run of itself at nearly constant speed, whatever its load. *Ibid.* 82 Lifting Power of Magnets.—The like is:—Load = *a* × the square of the cube root of the magnet's own weight.

d. *Building.* The pressure caused by gravity upon a structure or any part of it...

1872 R. S. BALL *Exper. Mech.* xi. 173 A structure has to support both its own weight and also any load that may be placed upon it. Thus a railway bridge must at all times sustain what is called a permanent load, and frequently, of course, the weight of one or more trains. 1879-81 *Cassell's* Techn. Educ. IV. 40 The columns... are... proportioned in thickness to their load, irrespective of their height.

e. *Phys.* The amount of resistance to be overcome by the contraction of a muscle.

1804 STARLING *Elem. Hum. Physiol.* 94.

f. *Electr. Engin.* The electric power that a generating system is delivering or required to deliver at any given moment; base load, the minimum value of the load during any period, generally met (in a grid system) by the continuous operation of the most efficient stations, without the intermittent and varying contribution of the less efficient ones.

In the earliest quots. identical with 3 c.

1888 *Proc. Inst. Mech. Engin.* Oct. 508 The efficiency of his working was limited to a constant load and a uniform speed, as when the dynamo was supplying a constant current with constant pressure. *Ibid.*, in many electric lighting installations... motors were required that would work economically between wide variations of load. 1892 *Min. Proc. Inst. Civil Engin.* CVI. 15 The cost of labour per unit... would continue to decrease so long as the duration of maximum load increased, up to a certain limit. 1894 [see ADOPTED 3]. 1900 *Westm. Gaz.* 21 May 1/1 Giving a day-load for traction and power and a night-load for light. 1903 *Electr. World & Engin.* 43 May 586/1 It is necessary at times of fall and winter peak loads to operate the steam plants as the three combination sub-station and subsidiary steam plants which the company was operating three years ago. 1928 *Daily Express* 4 June 15/3 We have, in twenty-two years, built up a huge base-load, with an annual output of over 25,000,000 units. 1936 *Nature* 4 Feb. 204/1 The prospect of competitive nuclear power with low operating costs means that this plant will carry the base load. 1966 *Economist* 14 May 724/1 Running charges have, since 1961, differed by day and by night, since costs for the best, base-load stations at night are so much lower than the average running costs in the mixed bag of stations, from good to awful, used by day. 1974 *Times* 15 Jan. 14/3 A mass switch-off, which would record several million watts being wiped off the national energy load.

g. *Electronics.* An impedance or circuit that receives the output of a transistor or other device, or in which the output is developed.

1918 *Physical Rev.* XII. 180 Variations in potential difference are set up between cathode and grid, and these cause variations in the current in the circuit *PFR*, the power developed in the load *R* being greater than the load into the input circuit. 1931 *Proc. IRE* XIX. 43 With the periodic... the maximum output was obtained at approximately a 10,000-ohm load. 1945 C. L. BOLTZ *Basic Radio* xv. 243 In a receiver the load on the output is a loudspeaker of

telephone. 1957 B. I. & B. BLEANEY *Electr. & Magn.* xiv. 362 In many applications the size of the load is fixed; if, for example, the load is a loud-speaker, its impedance... is generally in the range 5 to 15 ohms. 1962 SIMPSON & RICHARDS *Physical Princ. Junction Transistors* xi. 251 We require a current in the load of 2 mA. *Ibid.*, Since *R*L is assumed to be by-passed by a capacitor, the a.c. load consists of *R*c + *R*L.

h. Colloq. phr. *to take a load off* (one's feet): to sit or lie down; to relax.

1945 A. ROSES *Pursm Me* 35 How's about taking a load off your feet? 1968 J. HINTON *Cases of Need* iii. i. 175 'Sit down,' she said. ''Take a load off.'

4. *fig.* a. A burden (of affliction, sin, responsibility, etc.); something which weighs down, oppresses, or impedes. Esp. in phr. (*to take) a load off one's mind*: (to bring someone) relief from anxiety.

1593 SHAKS. *2 Hen VI*, III. i. 157 Sharpe Buckingham vnburthens with his tongue, The cnnious Load that lyes vpon his heart. 1599——*Much Ado* v. i. 28 Those that wring vnder the load of sorrow. c1646 MILTON *Sonnet on Mrs. C. Thomson*, Meekly thou didst resign this earthly load Of Death, call'd Life. 1700 DRYDEN *Pal. & Arc.* II. 265 Our life's a load. 1748 *Anson's Voy.* Introd., When I consider... of how tedious, and often unintelligible, a load of description it [sc. drawing] would rid them. 1764 GOLDSM. *Trav.* 374 And all that freedom's highest aims can reach, Is but to lay proportion'd loads on each. 1766 FORSYTE *Serm. Veg. Wom.* (1767) II. xxii. 100 From some people... a favour... is a load. 1792 BURNS *Lament Earl Glencairn* v, I bear alane my lade o' care. 1818 CRUISE *Digest* (ed. 2) II. 175 So did they give the heir the privilege of laying the load upon the personal estate. 1847 JEBROLD *St. Giles* xiv. 141 ...the thought, a load was lifted from the old man's heart. 1852 LYTTON *My Novel* (1853) III. C. vi. 132 It is a load off one's mind. 1855 MACAULAY *Hist. Eng.* xiv. III. 402 His spirit... sank down under the load of public abhorrence. 1857 DICKENS *Perils Eng. Prisoners* iii. in *Househ. Words* Christmas No., 7 Dec. 31/1 It takes a load off my mind to leave her in your charge. 1902 E. CALDWELL *Episode in Palmetto* vii. 136 It's a big load off my mind to hear you say that.

b. *slang.* An occurrence of venereal disease; = DOSE *sb.* 2 d. Cf. LOAD v. 4 (quots. 1799, 1818).
[1878 *N. & Q.* 10 Aug. 105/1 *Load*, an eruption, measles, smallpox.] 1937 PARTRIDGE *Dict. Slang* 488/1 *Load*, a venereal infection. 1962 F. SARGESON *Mem. Peon* ii. 28 They displayed their rubber goods, and... were doubly protected against finding themselves landed with either biological consequences or a load.

c. An amount of work, teaching, etc., to be done by one person; freq. with defining word prefixed, as *case-load*, *teaching-load*, *work-load*.

1908 *Nature* 17 Aug. 216/2 The scientific study of conditions affecting the work-load involved in various processes. 1939, etc. [see CASE-LOAD *s.v.* CASE *sb.*[1] 14]. 1958 C. HINDICH *Mistress in an Age* (1959) III. xiv. 304 His teaching load amounted to three and a half hours daily for five days a week. 1962 *Lancet* 5 Aug. 305/1 He committed the relationships by careful inquiry into examinations and study load. 1964 in *Rep. Comm. Inquiry Univ. Oxf.* (1966) II. 452 Please give as accurate estimates as you can for your average weekly load thus term. 1966 *Ibid.* 465 A quarter were critical of the heavy teaching load with its consequent adverse effects on research. 1971 *Black Scholar* Jan. 64/1 [Advt.], Normal load is 6 courses per year. 1975 *Sat. Rev.* (U.S.) 18 Dec. 56/2 Teaching loads at white schools often are only a fraction the size of those at black schools.

5. a. As much as one can 'carry' of drink (one's) fill; phr. *to have* (or *have taken), to get one's load, to have a load*, etc. (now esp. with on); also, a satisfying amount to eat; (*U.S.*) a dose of narcotics. *slang*. † b. to give (a person) his load: to beat soundly.

1598 LODGE & GREENE *Looking Glass Lond.* H 2 b, Fly it till euery man hath one his load. 1678 RAY *Prov.* 87 Proverbial Periphrases of one drunk... He has a jagg or Load. 1622 E. L. ESTRANGE *Fables. Life Æsop* (1708) 16 The Cups went round, and Xanthus by this Time had taken his Load, who was insipidly given to talk in his Drink. *Ibid.* clvii. 173 There are Those that can never Sleep without their Load. 1694 RICHARD *Plautus* 188 Give him his load as he far-shan't he able to find the way home. 1697 DAMPIER *Voy.* I. 269 Then we drank... The General leapt about... a little while; but having his Load soon went to sleep. 1890 *Century Dict.* x. H5 were before him with a good load of fat soup under their belts. 1930 J. B. PRIESTLEY *Good Companions* I. i. 32 You've got a load on ye'd be drunk. 1929 [see ANGEL *v.* 1]. 1934 J. O'HARA *Appointment in Samarra* (1935) xii. 202 What a load you had! Did you get home all right? 1942 WODEHOUSE *Money in Bank* (1946) xxv. 239 Drunk!... He's got a load on that would sink an ocean liner. 1948 V. PALMER *Golconda* ix. 65 We're not to blame if men get a load on and begin to fight. 1968 C. NICOLE *Self Lovers* ii. 38 I'm sorry about last night. I was carrying a load. Else I'd have recognised you.

c. *Mech.* (See quots.)

1855 OGILVIE, Suppl. s.v., In mech. an engine or other prime mover is said to be loaded when it is working to its full power, and the quantity of work it is then doing is called its load. 1875 KNIGHT *Dict. Mech.*, *Load*, the amount of work done by an engine worked up to its capacity. Not to be confounded with duty.

6. *loads* (also *a load*): a great number or quantity (esp. of something desirable or nonessential), 'lots', 'heaps'. *colloq.*

With the earlier quots. cf. CART-LOAD b.

1606 SHAKS. *Tr. & Cr.* v. ii. Loades a gruell i' th' backs, Lethragies, cold Palsies, and the like. 1655 *Nicholas Papers* (Camden) II. 205 There is a loade of newes. 1852

CLOUGH *Poems*, etc. (1869) I. 185 Sunday.—Loads of talk with Emerson all morning. 1860 EDKINS *Chinese Scenes* (1863) 73, I was very much pleased to get all the home letters on Monday last—This mail I had loads. 1943 C. H. WARD-JACKSON *Piece of Cake* 41 Load of gnff, a lot of humbug or nonsense. 1964 [see CRAP *sb.*1 D.]. 1965, etc. [see COB, above, cf CONWALLOP]. 1967 *Jazz Monthly* Dec. 12 Playing a load of rubbish, while sounding quite competent to the casual listener. 1968 [see CORBLER 1 c]. 1974 A. MORICE *Killing with Kindness* iv. 38 No man is an island... That's what Mike used to say. Mind you, I always thought it was a load of rubbish.

7. *Phrases.* (*Obs.* in a-d.) a. *to lay on load*: to deal heavy blows (occas. *to lay load about* or *about one*); *fig.* to speak with emphasis or exaggeration; to emphasize (the fact) *that...*; to exaggerate, 'lay it on thick'; also, to be extravagant in expenditure. Also, *to lay on load of reproaches. b. to lay load on* or *upon*: to belabour with blows; also *fig.* to blame, reproach. c. *to lay* (or *cast) the load*: to throw the blame. d. *to lay on by load*: to heap or pile on. e. *Phr. to get a load of* (freq. imp.): to look at, perceive, make oneself aware of, scrutinize; to listen carefully to. *slang* (orig. *U.S.*).

a. c1357 *Thewises* (Roxb. Club) 51, I wyll... laye on a lode with this hatye clubbe. 1579 CHURCHYARD *Gen. Rehearsal Wars* K3 b, He brake dioers of the Almaines... and laying loade about hym, he made such wise that the gate was free. 1586 FULKE *Disng. Rock* 169 He layeth on lode, that father and Calumnes authoritie is not like to Christes. 1586 WARNER *Alb. Eng.* i. vi. (1589) 19 The Dauter then vil Treapassers... hies hurl'e lode about. 1587 *Mirr. Mag., Cassar* xxxviii., They fell from words to sharpe, and layde on loade a heavye plenty. 1615 MAISE *Mericke Merolde Allarm Vo Rdr.*, Wks. (Grosart) I. 163 Who being both but newelie come to their Fathers lands and goods... lay on such loade, and spend al their losthouse. 1596 SPENSER *F.Q.* iv. ix. 22 So dreadfull strokes each did so other dreu, And laid on lode with all their might and maine, and power. 1598 CHAPMAN *Toxilos' Ann.* ii. iv. (1622) 37 They should... lay on thicke load, and strike at their fauts with their swords. 1611 COTGR., *Exaggerer*, to exaggerate, aggrauate, lay on load. 1623 DAY *Peritools* viii. (1615) 235 They lay on load of bitter Reproaches against it. 12890 J. DYER *Sel. Serm.* (1640) 211 Satan will be busie to lay on loads, and to affright a man with Hell and damnation. 1652 C. B. STAPYLTON *Herodian* vii. 57 They raile and scoff when ca' might be casie abroad. And of his lenal behauiour laies on Load. 1677 MIEZE *Eng.—Fr. Dict. s.v.*, They laid much load upon this expression, *ils exaggeroient beaucoup cette expression.* 1832 SIR S. FERGUSSON *Forging of Anchor* 22 Leap out, my masters; leap out and lay on load.

b. [c1450: see LADE *v.*[1] 1] 1556 WYVER *Lusty Juventus* D ij, Lay lode on the flesshe, what so euer befall You have strength inough to do it with all. c1560 INGELEND *Disobed. Child* (? 1570) F3, Disloge quicklye! Here the wyfe must laye on lode vppon her Husbande. 1577—87 HOLINSHED *Chron. Eng.* (1807) I. 226 With Ganymed the Romans with their arrowes and darts. 1647 H. MORE *Song of Soul* I. III. i, The vast thumps of mass'd laments upon Thee, and the groningt eval laid on such loads. 1679 DRYDEN *Œdipus* I. i. Drawn, Wks. 1725 IV. 378 Lay load upon the Romans with Freedom. 1689 *Temp.ü Mem.* Wks. 1731 I. 459 The Dutch began to lay Load upon their Allies, for their Backwardness. 1697 DRYDEN *Æneid* ix. 1097 Mnestheus lays hard load upon his Helm.

c. a1375 BURNET *Own Time* (1724) I. 251 The load of that marriage was cast on Lord Clarendon. *Ibid.* (1734) II. 365 It was moved to lay the Load of that Matter on *him.*

d. 1548 J. HEYWOOD *Proverbs* II. vi. (1867) 60 Much ado was blee lode on by byr hands.

e. 1929 D. HAMMETT *Dain Curse* (1930) xix. 217 The red-head nurse was getting a load at the keyhole.] 1929 D. RUNYON in *Hearst's International* Oct. 64/2, I am not so sure... Blake will care to let anybody's husband, and especially a husband like yours, get the pots a load of her. 1941 J. BAIRD *He rides Ship* 145 What do you think would have happened if Queen Bess had got a load of Air Force! 1958 *S. D. HULL* (Dunne?) *Kill-Joy* 38, I've had lots of this script. 1966 [see casting-couch *s.v.* CASTING *vbl. sb.* 4]. 1972 D. BLOODWORTH *Any Number* can Play xxiii. 217 Get a load of that chick over there.

8. *attrib.* and *Comb.*, as *load goods,* -*hauling,* -*wagon; load-bearing,* -*carrying* adjs.; *load-carrier,* a vehicle with the capacity to accommodate a load; *load cast Geol.*, a rounded protrusion on the underside of a stratum (usu. one of sandstone), owing to its having sunk before consolidation into the underlying bed (which is usu. shale); so *load-casted a.,* modified or covered by a load cast; *load-casting,* the formation of load casts; *load-cell,* an electronic device for weighing large quantities of material; *load displacement,* draught, the displacement or draught of a vessel when laden; *load factor,* the ratio of the average to the maximum amount of work, power, etc., of consumption to productive capacity, etc.; also, in *Aeronaut.,* (*a*) the ratio (or its reciprocal) of the weight of an aircraft to the maximum the wings can support, or that of the force exerted on a part of the structure in ordinary horizontal flight to that exerted in some other condition; (*b*) the ratio of the number of passenger seats occupied to the number available; † *load-horse,* a pack-horse; *load line, (a)* = LOAD-WATER-LINE; (*b*) *Electronics,* a straight line that crosses the characteristic curves (of output voltage against output current) of a valve or transistor and has a gradient and position determined by

the load, so that it represents the possible operating conditions of the device; †load-man, a man who bears or has charge of a load; †load-mark-line = *load-line*; load-penny *Hist.*, a market due anciently levied on loads; †load-pin, a bar inserted into the side of a wagon, to increase its capacity; load-rail, -tree, a broad rail fixed across the middle of a certain kind of corn or hay cart; load-shedding, a temporary curtailment of the supply of electricity to a specific area to prevent excessive load on the generating plant; also *transf.* and *fig.*; also load-spreading. Also LOAD-SADDLE, -WATER.

*1025 HULL & INGRESS Fire Resistance of Concrete Columns* 658 Pittsburgh gravel concrete was used in the †load-bearing portion and cinder concrete from bituminous cinders in the outer portion. *1947 Horizon* Oct. 65 No columns or load-bearing walls intervene. *1961 Architect & Building News* 21 June 821/1 The building has massive load-bearing walls facing on to the Fellows' Garden and the College Park. *1974 Times* 18 Feb. 12 Facilities include such items as load-bearing ceiling girders. *1636 Timer* 3 May 1964 The rear seat can be folded flat to convert the car into an exceptionally roomy †load-carrier. *1974 Country Life* 21 Nov. 1579/3 A very comfortable car and a handy load carrier. *1611 COTGR.* (1632) *Sommier*, any toyling, and †load carrying, drudge, or groome. *1895 Westm. Gaz.* 14 June 1/1 The fire-resisting material and the load-carrying material. *1980 R. W. MAREK Dynamisten World of B. Fuller* 55/1 For this reason the truss has an enormous load-carrying ability. *1953 F. H. KOENEN in Bull. Amer. Assoc. Petroleum Geologist* XXXVII. 1048 The basic is sharply cut and flat or forms pockets in its substratum, 'flow casts' in Shrock's terminology (1948). At this term tends to cause confusion it is here suggested to call them "load casts". *1969 BENEDICT & WRIGHT Geol. Hist. Brit. Isle* v. 101 Sedimentary structures, including flute casts, load casts, graded bedding, etc., have been described from the arenites. *1957 Jrnl. Geol.* LXV. 248/1 (*heading*) "Load-seared current markings. *1972 F. J. PETTIJOHN et al. Sand & Sandstone* iv. 123 Load-casted ripples. *1953 Bull. Amer. Assoc. Petroleum Geologist* XXXVII. 1051 They were not broken after deposition by †load casting. *1972 F. J. PETTIJOHN et al. Sand & Sandstone* iv. 124 If one turbidite flow follows on the heels of another, conditions are more favorable for load-casting. *1958 Engineering* 28 Feb. 39 (Advt.), A standard range of "loadcells designed for industrial weighing. *1884 Daily News* 9 Oct. 5/7 The Rodney ... has a †load-displacement of 9,740 tons. *1898 Ibid.* 12 Apr. 6/6 Her displacement of "load draught" will be 15,000 tons. *1892 R. E. B. CROMPTON in Min. Proc. Inst. Civil Engin.* CVI. 3 What, for want of a better term, is hereafter called the "†load-factor", that is, the relation which the actual output of a plant ... bears to what would be its output if worked continuously day and night, at the full load. *1898 Allbutt's Syst. Med.* V. 916 The load factor of the heart, the ratio between its average and its maximum work, is ample. *1899 Westm. Gaz.* 15 Feb. 4/1 The 'load factor', the proportion between the hours of daily consumption and the productive power. *1922 Encycl. Brit.* XXX. 217/2 The 'load factor' is the number of times the weight of the craft which the wings will support; a measure of the strength. *1943 Jrnl. R. Aeronaut. Soc.* XLVII. 195 Allowing for the 65 per cent. load factor which seems to be about the maximum that can be expected on any commercial service under normal peace-time conditions, that would call for an aircraft providing accommodations for 57 passengers. *1950 Load factor* [see *time*] *load s.v.* LIMIT sb. 5]. *1962 Times* 16 May 15/3 The passenger load factor (the proportion of passenger capacity used) dropped to 71.7 per cent. *1970 D. WATERFIELD Continental Waterboy* iii. 29 The B.C. Power Commission has a load-factor of around 52%. *1899 Daily News* 8 Nov. 5/7 When he left the camp of the Rear Guard he told them that they must not lose their †load goods. *1905 Daily Chron.* 16 Jan. 3/1 "Load-hauling and gradient-climbing. *1568 †Loads harre* [see LOADER 1]. *1697 TOPSELL Four-f. Beasts* (1658) 254 Of "Load or Pack Horses. *1884 H. SPENCER in Pop. Sci. Monthly* XXIV. 797 A compulsory "load-line for merchant-vessels. *1898 Westm. Gaz.* 4 June 8/1 The operation of the "load-line tables, which was so dear to the late Mr. Plimsoll. *1901 Scotsman* 5 Mar. 7/8 Light loadline bill. This bill ... provided for the marking of a second load-line ... to indicate the minimum depth to which a vessel might be immersed in water when she was in ballast. *1931 Proc. IRE* XIX. 47 The maximum output will be obtained when the slope of the load line equals minus the slope of the plate current curve. *1962 SIMPSON & EISEMANN Physical Princ. Junction Transistors* vii. 140 The straight line passing through the battery-voltage point ... has a slope (−1/$R_L$) corresponding to the resistance $R_L$ of the load and is called the load line. *1375 BARBOUR Bruce* viii. 306 The "loyd-men that persuait weill, Thai knaw thair laddie doun in by. *1598 SYLVESTER Du Bartas* II. iii. III. (1611) 86 But full thirtie years ... The loadmen all, and forty to succeed. *1580 North Plutarch* (1595) 749 Cesar enforced ... or their load-men to march to warre. *1375 Load-mark* [see LOAD sb. 7]. *1570 ACT 13 Eliz. c. 3 (preamble) Whosoever doth ... for the load-penny. *1885 Law Times* LXXVIII. 309/1 Certain ancient tolls, such as load-penny and wharfage. *1585 STANYHURST Æneis* Ded. (Arb.) 11 These loade-pins, which bear up the boords. *1877 N. W. SENIOR Jrnl. kept in France & Italy* (1871) II. 5 The two stags, harnessed in this load-cart. *1748 SMOLLETT Rod. Rand.* xli. 270 A load-tree for carrying of panniers. *1909 Westm. Gaz.* 24 Mar. 4/1 So-called "load-shedding" ... is a precaution against a too-great loss of energy. *1920 Glasgow Herald* 23 Jan. 7 (heading) Load shedding: electric lighting curtailment. *1948 Ann. Reg.* 1947 8 The cuts in coal and the "load-shedding"—a term now incorporated into the vocabulary of the citizen—were due to 'the wretched private coal-owners'. *1963 Guardian* 29 Apr. 8/6 Lord Longford has announced his resignation as chairman ... This load-spreading of some of his extensive social work. *1952 Engineering* 6 Apr. 402/2 Electricity "load spreading ... necessary ... owing to heavy demand for electricity. *1852 STANZERL Bk. Farm.* (ed. 2) II. 357 The "load-tree or rail. *1699 HOOLE tr. *Comenius' Orbis Sensualium* (1672) 173 A Wagon, which is either a Timber-Wagon or a "Load-Wagon.

**load** (ləud), *v.* Forms: 5–6 lode, 6 loade, 6– load. Pa. pple. (6 lode, 7 load), 7– loaded. Also (contr.) loden, 6–9, 9 dial. loaden. [f. LOAD sb. The strong pa. pple. loaden was formed on the analogy of LADEN.]

**1. a.** *trans.* To put a load on or in; to furnish with a burden, cargo, or lading; to charge with a load. *Freq.* in pa. pple. *loaded (†loaden) with* = laden with, having a load of. *loaded down:* weighed down with a load.

*1495 S. HAWES Example of Virtue* i. 19 A shyp ... with moche spyces ryght well lode. *1530 PALSGR.* 613/1, I lode a carte ... This horse is not halfe loden. *1576 GASCOIGNE Steele Gl.* Ep. Ded. (Arb.) 43, I have bin streaking me (like a lubber) when the sunn did shine, and now I strind al in vaine to loade the cart when it raineth. *1570 FENTON Guicciard.* vii. 308 Sundrie boates and lighters loaden with provisions. *1660 JER. TAYLOR *Duct. Dubit.* (1676) 808 Deploring his condition that his horse being loaden could not run fast. *1775 T. HUTCHINSON Diary* I Jan. I. 379 A large Dutch ship ... loaden with tea. *1847 A. M. GILLIAM *Trav. Mexico* 37 The water-carrier loaded down with the weight of his earthen-vessels. *1865 TROLLOPE Belton Est.* ii. 15 The men were loading another cart. *1867 W. W. SMYTH *Coal & Coal-mining* 154 Trams, weighing when loaded 25 to 32 cwt. each.

**b.** *intr.* (for *refl.*). Of a vehicle: To fill with passengers.

*1832 Examiner* 346/2 Last week the coach travelled nearly empty ... [Now] the coach loads better than ever. *1893 Times* 4 May 15/2 This coach always loads well.

**2. a.** To place on or in a vehicle as a load for transport; to put on board a ship, etc.; to carry (hay, etc.). In quot. 1495 *transf.* †Also *with in*, *out*.

*1495 Trevisa's Barth. De P.R.* XVII. XXIX. 290 Castors ... laye one of them vpryght on the grounde ... and layeth and lodeth the styckes and wode bytwene his legges and thus and draweth him home to their dennes. *1523 FITZHERB. Bk. Husb.* 511 He maye well lode onte his dounge before none, and lode heye or corne at after none. *1613 in Picton I. Jpool Munic. Rec.* (1883) I. 184 Ev'ie freeman may loade and carry goods from the waterside. *1714 Fr. Bk. of Rates* 431 The Dutch Ships which are to have Passports to load in France Wines, Brandy, and other Goods. *1720 DE FOE Capt. Singleton* v. (1840) 89 We ... fetched our baggage, and loaded it ... into the canoes. *1725 BRADLEY Fam. Dict.* s.v. *Unlay'd Earth, Dung*, is accordingly loaded in as a great Expence, more particularly in making an Asparagus-Bed. *1742 JONES in Buccleuch MSS.* (Hist. MSS. Comm.), I. 402 The whole Army should ... have their baggage loaded ... In a readiness to march by break of day. *1900 F. T. BULLEN *With Christ at Sea* ii. 39 We were to load mahogany for home.

**b.** *absol.* or *intr.* To take in one's load or cargo. Also *with up.*

*1720 Lond. Gaz.* No. 5856/4 Who has now a Ship loading thereof at St. Katherine's Dock. *1823 J. F. COOPER Pioneers* xxv. 402 He is loaden with his load of wood. *1626 Capt. Smith* 269 Jack was there loading up for home. *1884 F. BRETT HARTE *By Shore & Sedge* 108, Just as the *Mercedes* was loading at the South Pier.

**3. a.** To add or affix a weight to, to add to the weight of (something); to be a weight or burden upon; to bear down or oppress with a material weight; to weight, *esp.* to weight with lead (as LOADED *ppl. a.*); to increase the resistance in the working (of a machine) by the addition of a weight. *loaded with* = supporting the weight of. † *to load with earth:* to bury.

*1578 LYTE Dodoens* II. xlviii. 205 [The stalkes] being loden [with] litle flowres from the middle even up to the very top. *1665 BRADM. & E. BLOODY *Bro.* v. ii. (1670) I fs, When thou hast loaden me with earth-for ever. *1697 HARTWELL *Apol.* (1870) 58 So weightie art those loadens which press down the soule. *1746 HERV. *Medit.* (1818) 166 The first showers of rain should load them. *1748 SMOLLETT *Rod. Rand.* lxi. 410 The vessel is loaden ... and begins to load. *1767 *Fossils* 146 To load that which is loaden. *1813 Examiner* 9 Aug. 499/2 The Oven was loaden with fresh coals. *1776 WESLEY *Wks.* (1872) IX. 475 Loaden with sins and sorrows. *1895 BANCROFT in *Academy* 7 Dec. 496 The man loaden down with years. *1880 M. A. LEWIS in *Bound. loaden.

**b.** To insert a photographic film or plate in (a camera); also *with up* the into an object.

*1901 *Year Bk. Photogr.* 13 (Advt.), The 'Kaff Film' Automax will be preferred by many on account of the ease with which it may be loaded and unloaded in daylight. *1936 *Discovery* Aug. 237/1 This unique camera ... weighs 305 pounds when loaded. *1956 A. L. M. SOWERBY *Dict. Photogr.* (ed. 18) 88 A long roll of film ... was loaded into the camera at the factory.

**c.** To fill (a tobacco-pipe).

*1907 T. LOMMASE *On Approval* ii. 66 He crosses to stool down R, and loads his pipe.

**4. a.** *fig.* To weigh down, burden, oppress (*with* something immaterial); to clog, encumber.

*1526 Pilgr. Perf.* (W. de W. 1531) 232 b, He sholde ... fixe them in his hart, keping & laoding [*sic*] them with his owne synne. *1597 STANYHURST Æneid* x. 168 The peple loadned with many his syns. *1697 DRYDEN Virg., Æneid* x. 608 The Phrygians Troops once overlaid. The Greeks in vain, They, loaden'd with Variations, which are incident to many other tongues. *1835 BACON Ess., Superstition* (Arb.) 347 Over-great Reuerence of Traditions, which may load but the Church. *1819 LOVELACE *Poems* I. 3 Load with the filth of dallying Lust and Sin. *1871 MILTON P.R. iv. 316 He worderfull Oracle to be struck ... loaden with stormy blasts. *1777 J. ADAM in Fam. Lett. (1876) 272, I have been now for three weeks ... continually loaded with a cold. *1805 J. H. NEWMAN *Gerontius* 14 Last so strain a solitude should load And break my being. *1884 A. R. PENNINGTON *Wycliff* viii. 227 The frivolous vanities with which Conformation was loaded, led him to speak in a disparaging tone of it. *1902 *Daily Tel-Truth's N.Y. Gift* 9 A frowns lodeth, and a smile lighteneth; to rivet therefore kindly. a hero to Iollowy but loading crabbedly, men vndoe themselves speadily.

**b.** To overwhelm *with* abuse, reproaches, etc. †Also, to throw blame upon; to charge *with* something opprobrious.

*1662 GUNNALL Chr. in Arm.* (1669) 226/2 A few silly men, loaden with the vilest reproaches, that the wit of man could invent. *1692 R. L'ESTRANGE *Fables* xcv. (1708) 31 To be loaded as an imputation upon ... Reproaches. *1697 DRYDEN Virg. Æneid* xi. 335 These are the Crimes, with which they load the Name of Tarquin. *1799 STANHOPE *Paraphr.* IV. 583 They Load his Doctrine with Impostur and Blasphemy. *1757 BURKEY *Own Time* (1734) II. 172 Every thing was acceptable there, that loaded their Name ... and these Lords. *Ibid.* 284 The Design was now formed, to load the late Administration that was possible. *1726 SWIFT Gulliver* III. i, While the Dutchman ... loaded me with all the curses and injurious terms his language could afford.

more widely, to provide with a load (LOAD sb. 3 g) consisting of any kind of impedance.

*1891 M. J. PUPIN in *Trans. Amer. Inst. Electr. Engin.* XVII. 451 Though a given cord may be properly loaded for some wave-length it will not be properly loaded for shorter wave-lengths. *1922 GLAZEBROOK *Dict. Appl. Physics* II. 853/2 The effect of loading a line in such a way is approximately the same as though inductance were uniformly distributed along the circuit. *1923 E. W. MARCHANT *Radio Telegr.* iii. 26 The frequency of oscillation in the aerial can be varied by varying its inductance; that is, coils of copper tube may be inserted which will have the effect of 'loading' it, and so bringing down the frequency of the oscillations. *1963 *Amer Conc. Encycl. Electr. Engin.* 84/1 Some low-frequency lines are 'loaded' with added inductance to give some approximation to the distortionless condition. *1970 J. EARL *Tuners & Amplifiers* iv. 82 Each source, whether it be radio tuner ... or ceramic pickup or tape head, requires to be loaded by a specific value of impedance or within a range of impedance.

**4.** To supply in excess or overwhelming abundance *with*. Chiefly in pa. pple. *loaded (†loaden) with:* charged, fraught, or heavily laden *with;* having an abundance of. Also *to load up* with (something).

*1577–87 HOLINSHED *Chron.* III. 7/1 The Danes, being laden with riches and spoiles ... departed to their ships. *1611 BIBLE *Ps.* lxviii. 19 Blessed be the Lord, who daily loadeth vs with benefits. *1674 BREVINT *Saul & Endor* 163 A Rich Noble-Man, notoriously loaden with Crimes. *1709 STEELE *Tatler* No. 69 P1 If a Man be loaded with Riches and Honours. *1709 BERKELEY Th. Vision* 77 The air ... may be loaded with a greater quantity of interspersed vapours. *1726 LADY M. W. MONTAGU *Let. to C'tess Bristol* 21 Aug., The shops [are] loaded with incomparable. *1799 SL. UNDERWOOD Dir. Children* (ed. 4) I. 188 When they have slept in the same bed with one loaded with th (f. small-pox). *1818 JAS. MILL *Brit. India* II. IV. v. 212 He returned to Moorshedabad, loaded with riches. *1828 SCOTT *F.M. Perth* xxiv, Old Torquil ... loaded him with praises and with blessings. *1869 E. A. PARKER *Pract. Hygiene* (ed. 2) 93 The air of London is so loaded with carbonic acid. *1880 MARK TWAIN *Tramp Abroad* xxxviii. 435 I loaded them up with paragoric and put them to bed. *1882 Miss BRADDON *Mt. Royal* II. vii. 138 He would have loaded her with gifts, had she been willing to accept them. *1895 MARK TWAIN *Amer. Claimant* iii. 21 He loads up the house with cripples and idiots and stray cats. *1925 E. TENNANT *Ride on Stranger* (1968) I. 3 Other men got married without being loaded up with kids, kids, and then more kids.

**5. a.** To put the charge into (a firearm); also *absol. to be loaded:* (of a body of men) to have their arms charged.

*1626 CAPT. SMITH *Accid. Yng. Seamen* 32 To loade a peece. *1688 SHADWELL *Sqr. Alsatia* v. Wks. 1720 IV. 105 [She snaps a pistol at Belfond.] *Belfond.* Thank you, Madam; are you not a Devill 'twas loaden. *1799 *Instit. & Reg. Cavalry* (1813) 131/1 The same principle of reserving the fire with the front line, till the rear support is loaded. *1804 W. TAYLOR in *Ann. Rev.* II. 262 Several pieces of heavy ordnance, loaden with grape-shot. *1847 THACKERAY *Drum* II. xlv, They head and fire. *1853 HARE *Illustr. Ecbō. & Exhib.* 146 At one operation, these caps are loaded with fulminating-powder. *1897 MARY KINGSLEY *W. African J.* 145 How many barrels are loaded?

**6. a.** To weigh down, oppress (from *wine* or *excessive* food).

*1601 SHAKS. *Jul. C.* II. i. 290 Though he be fretful and quarrelsome, loaded with wine.

[remaining text illegible]

# THE OXFORD ENGLISH DICTIONARY

SECOND EDITION

*Prepared by*

J. A. SIMPSON *and* E. S. C. WEINER

VOLUME VII

Hat–Intervacuum

CLARENDON PRESS · OXFORD

A 543

*Oxford University Press, Great Clarendon Street, Oxford OX2 6DP*

*Oxford  New York*

*Athens  Auckland  Bangkok  Bogotá  Buenos Aires  Calcutta*
*Cape Town  Chennai  Dar es Salaam  Delhi  Florence  Hong Kong  Istanbul*
*Karachi  Kuala Lumpur  Madrid  Melbourne  Mexico City  Mumbai*
*Nairobi  Paris  São Paulo  Singapore  Taipei  Tokyo  Toronto  Warsaw*
*and associated companies in*
*Berlin  Ibadan*

*Oxford is a registered trade mark of Oxford University Press*

© *Oxford University Press 1989*

*First published 1989*
*Reprinted 1991 (with corrections), 1998*

*All rights reserved. No part of this publication may be reproduced,*
*stored in a retrieval system, or transmitted, in any form or by any means,*
*without the prior permission in writing of Oxford University Press.*
*Within the UK, exceptions are allowed in respect of any fair dealing for the*
*purpose of research or private study, or criticism or review, as permitted*
*under the Copyright, Designs and Patents Act, 1988, or in the case of*
*reprographic reproduction in accordance with the terms of the licences*
*issued by the Copyright Licensing Agency. Enquiries concerning*
*reproduction outside these terms and in other countries should be*
*sent to the Rights Department, Oxford University Press,*
*at the address above*

*British Library Cataloguing in Publication Data*
*Oxford English dictionary.—2nd ed.*
*1. English language—Dictionaries*
*I. Simpson, J. A. (John Andrew), 1953–*
*II. Weiner, Edmund S. C., 1950–*
*423*
*ISBN 0-19-861219-2 (vol. VII)*
*ISBN 0-19-861186-2 (set)*

*Library of Congress Cataloging-in-Publication Data*
*The Oxford English dictionary.—2nd ed.*
*prepared by J. A. Simpson and E. S. C. Weiner*
*Bibliography: p.*
*ISBN 0-19-861219-2 (vol. VII)*
*ISBN 0-19-861186-2 (set)*
*1. English language—Dictionaries.  I. Simpson, J. A.*
*II. Weiner, E. S. C.  III. Oxford University Press.*
*PE1625.087 1989*
*423—dc19   88-5330*

*Data capture by ICC, Fort Washington, Pa.*
*Text-processing by Oxford University Press*
*Typesetting by Pindar Graphics Origination, Scarborough, N. Yorks.*
*Manufactured in the United States of America by*
*World Color Book Services, Taunton, Mass.*

**A 544**

demarcation . . of the line of frontier . . as well as the placing of the indicating posts, will be reserved for Commissioners, . . which the two Governments will furnish with powers for this purpose.

**indication** (ɪndɪˈkeɪʃən). [a. F. *indication* (Paré, 16th c.), ad. L. *indicātiōn-em* (found only in the sense of 'valuation'), n. of action from *indicāre* to INDICATE.]

1 a. The action of indicating, pointing out, or making known; that in which this is embodied; a hint, suggestion, or piece of information from which more may be inferred.

1626 BACON *Sylva* §479-80 But these are Idle and Ignorant Conceits; And forsake the true Indication of the Causes. 1677 HALE *Prim. Orig. Man.* IV. vi. 340 The configurations and indications of the various Phases of the Moon . . and divers other curious indications of Celestial Motions. 1793 BURKE *Corr.* (1844) IV. 134 His skill consists . . following the indications given by nature, times, and circumstances. 1866 GEO. ELIOT *F. Holt* xv. (ed. 2) II. 6 The case was nothing short of a heavenly indication. 1885 TAIT *Properties Matter* i. 1 The indications of the senses are always imperfect, and often misleading.

b. *spec.* in *Med.* A suggestion or direction as to the treatment of a disease, derived from the symptoms observed. (App. the earliest use in Eng.)

1541 COPLAND *Galyen's Terap.* 2 Bivb, It is euydent yᵗ none indication is taken of the cause that hath existed and made the vlcere. *Ibid.* 2 G§b, What is the indicacyon curatyfe taken of olde Sores? 1651 WITTIE *Primrose's Pop. Err.* 43 The use of indications, without which no remedy can be applyed. 1793 BEDDOES *Calculus* 261 It is probable that the true indication of cure in typhus is to restore the oxygene. 1875 H. C. WOOD *Therap.* (1879) 19 The term *ex tempore indication* for a given remedy, being in constant use, ought to be distinctly understood; by it is meant the pointings of nature, or, in other words, the evident needs of the system.

c. The degree of some physical state, as pressure, temperature, etc., indicated by an instrument, as a barometer, anemometer, thermometer, etc.; the reading of a graduated instrument.

*a1734* NORTH *Lives* (1826) II. 197 Settling the grand affair of the mercurial barometer, and its indications. 1860 TYNDALL *Glac.* II. iii. 245 The effect . . produced was very large as measured by the indications of the instrument. *Ibid.* 252 §81 In comparing an English and French barometer it is therefore necessary to reduce the lications of each to 32° Fahr.

2 a. A sign, token, or symptom; an expression by sign or token.

1660 H. MORE *Myst. Godl.* v. xv. 175 There are other indications of the beginning of a new Systeme of Prophecies. 1712 STEELE *Spect.* No. 350 §2 Modesty is the certain Indication of a great Spirit, and Impudence the Affectation of it. 1749 F. SMITH *Voy. Disc.* II. 16 A Black-Bird was seen . . which was looked on as an Indication that the Dene would soon follow. 1828 CRUISE *Digest* (ed. 2) VI. 569 The will contained indications of such an intention. 1860 MAURY *Phys. Geog. Sea* iii. §158 Perhaps the best indication as to these cold-currents, may be derived from the fish of the sea. 1863 LYELL *Antiq. Man* 16 No traces of grain . . nor any other indication that the ancient people had any knowledge of agriculture.

b. *Mining*. Something which indicates the presence of valuable ore, oil, etc. *U.S.*

1865 *Southern Californian* (Los Angeles) 28 Mar. 177 Mineral indications in Southern California . . differ in many respects with the mineral indications of the earth's surface in Central, or Northern California. 1862 'MARK TWAIN' *Lett.* (1917) I. 80 We went and looked at the ledges, and both of them acknowledged that there was nothing in them but good 'indications'. 1873 J. H. BEADLE *Undevel. West* xviii. 326 My comrades are off down the mountain side picking at 'indications', and mapping out the 'run of the country rock'. 1877 B. HARTE *Story of a Mine* 304 Luckily the fertile alluvium of these valleys . . offered no 'indications' to attract the goldseekers. 1948 *Duncan (Oklahoma) Daily Banner* 2 July 1/3 The location was one of three staked by the Ohio Oil Co. on indications given by the Palmer No. 1 Leard-Amerada.

**indicative** (ɪnˈdɪkətɪv, ˈɪndɪkeɪtɪv), *a.* (*sb.*). [ad. F. *indicatif*, *-ive* (Oresme, 14th c.) = Sp., It. *indicativo*, ad. L. *indicātīv-us* (in sense 2 below), f. *indicāt-*: see INDICATE and -IVE. The first pronunciation is that used in sense 2; the second is frequent, though not exclusive, in sense 2, in which it is recognized by Smart, 1836.]

A. *adj.*

1. *Gram.* That points out, states, or declares: applied to that mood of a verb of which the essential function is to state a relation of objective fact between the subject and predicate (as opposed to a relation merely conceived, ught of, or wished, by the speaker).

.30 PALSGR. 84 The indicative mode they use whan they . . ewe or tell a thyng to be done. 1669 MILTON *Accid. Grammar* Wks. (1851) 447 The Indicative Mood sheweth or declareth, as *laudo* I praise. 1795 HICKERINGILL *Priest-cr.* 1. (1721) 16 The original Greek Word, translated *search*, may as well be translated in the Indicative Mood. 1818 MASON *Eng. Gram.* (ed. 21) 82 *nate*, In modern English it is getting . . more and more common to use the Indicative Mood in cases where the Subjunctive would be more correct. 1842 SWEET *Eng. Gram.* L. 105 The statement he *comes* is in the 'indicative' mood.

b. Of a form of statement: Having the verb in the indicative mood: assertive of objective fact.

*a1667* JER. TAYLOR *Duct. Instit. Office Ministerial* (R.), The instance of Isaac Beeckman Jacob, which in the several parts was expressed in all forms, indicative, optative, causative. 1870 D. SHIPLEY *Glos. Eccl. Terms* s.v. *Absolve* iv, It is a matter of controversy whether the indicative or the precative form of absolution was the earliest.

2. That indicates, points out, or directs; that hints or suggests. †*indicative day* (see quot. and cf. INDICANT *a.*).

1624 F. WHITE *Reply Fisher* 535 It is a Precept indicative, or significatiue, what it is to be done, but not obligat. 1647 LILLY *Chr. Astrol.* xlvii. 292 It was the first Indicative day, whereas the Physitian might expect how the disease then would shew it selfe. 1655 R. GARDINER *Physiogn.* 12 The text is called Index, the indicative or demonstrative finger, because with it we point at any thing. 2711 SHAFTESB. *Charac.* IV. iv. (1733) III. 271 That which we . . have already term'd her permissive or indicative Effort. 2748 RICHARDSON *Clarissa* (1811) I. 12. 73, I shall pass over these whole hundred of his puerile reguaries (although indicative ones I may say). 1865 W. COLLINS *Armadale* IV. v, The lawyer's indicative snuff-box was . . in one of his hands, as he opened the door with the other.

b. Furnishing indications of; suggestive of.

1663 J. SPENCER *Prodigies* (1665) 315 There are no such indicative Signs of any changes in States and times as mention hath been made of. 1772 *Ann. Reg.* 582 These transactions seemed indicative of some such consequences as followed. 1822 SIR H. DAVY *Chem. Philos.* 7 The earlier philosophical work of the Romans, as it indicative of the youth of the people, is marked by power and genius, by boldness and incorrectness. 1882 WESTCOTT *St. John* Introd. 8 The particulars of the people in the fourth Gospel is no less indicative of its Jewish authorship.

B. *absol.* and as *sb. Gram.* The indicative mood; an instance of this, a verb in the indicative mood.

1530 PALSGR. 19 The first persone singuler of the indiffnite tense of the indicative. *a1679* POOLE in *Spurgeon Treas. Dav. Ps.* xxv, The infinitive is here thought to be put for the future tense of the indicative. 1870 MORLISON in *Winer's Gram. N.T.* iii. 353, The indicative denotes the actual, the conjunctive and optative that which is merely possible. 1879 ROBY *Lat. Gram.* II. 235 Principal clauses which contain an indicative or imperative. 1892 SWEET *Eng. Gram.* L. 107 The inflections of the English verb are so scanty that . . the distinction between indicative and subjunctive is very slight.

**indicatively** (see prec.), *adv.* [f. prec. + -LY².]

1. *Gram.* In the indicative mood.

*a1693* T. CARTWRIGHT *Confut. Rhem. N.T.* (1618) 647 Whether it be turned Imperatively or Indicatively, it hurteth not us. 1882 WESTCOTT *St. John* viii. 30 If 'do' be taken imperatively in v. 38, the connexion is [etc.]. If it be taken indicatively, then the answer is [etc.].

2. As regards indications given.

*a1731* GREW (J.), These images, formed in the brain, are indicatively of the same species with those of sense.

3. In an indicative manner; so as to point out. 1856 DICKENS *Rogue's Life* ii, I heard her say sweetly and indicatively 'my father'.

**indicator** (ˈɪndɪkeɪtə(r)). [a. late L. *indicātor*, agent-noun from *indicāre* to INDICATE; cf. F. *indicateur* (1160 noun in Hatz.-Darm.).]

1 a. One who or that which points out, or directs attention to, something.

1829 (*title*) The indicator. 1831 CARLYLE *Sart. Res.* III. v We ourselves, restricted to the duty of Indicator, shall forbear commentary. 1835 SOUTHEY *Doctor, etc.* lxvii. I. 72 O youth, The indicator of the crooked plough. 1879 FROUDE *Cæsar* ii. Birds . . were celestial indicators of the gods' commands. 1907 *New Pictorial & Gen. Rdg. Guide to Malvern* 36 Many of the more prominent objects and principal sites may be identified by . . the help afforded by the Indicator, or Toposcope, erected on the summit of the hill. 1927 *Glasgow Herald* 4 June 9 (*heading*) Mountain Indicator. *Ibid.*, The indicator . . points out over ninety places famous in Border song and story. 1967 *Listener* 10 Aug. 167/2 There's a recent book which displays, at a glance, what's distinctive about the scientific analysis of international politics. In the *World Handbook of Political and Social Indicators.*

b. *Anat.* The muscle which extends the index or forefinger; the *extensor indicis.*

1696 PHILLIPS, *Indicator*, one of the Muscles extending the Fore-finger. 1782 A. MONRO *Anat. Bones, Nerves, etc.* 191 The tendons of the indicator.

c. In a microscope, A pointer which indicates the position of a special object in the field of view.

1837 GORING & PRITCHARD *Microgr.* 51 It would perhaps be advisable to have the tire of the wheel made broad enough to admit of four sets of divisions, over which the indicator should extend with a sharp edge. 1883 J. HOGG *Microsc.* 191 Finders and Indicators.

d. *Philos.* = *token-reflexive word*; see quots. Also *indicator-word.*

1951 N. GOODMAN *Struct. Appearance* xi. 290 Roughly speaking, a word is an indicator if . . it states something not named by some replica of the word . . . Among the commonest indicators are the personal indicators, the spatial indicators, and the temporal indicators. Of the personal indicators, an 'I' or 'me' normally refers to its own utterer. 1952 A. J. AYER in *Mind* LXI. 444, I shall refer to predicators instead of properties and to individual signs, to which I shall give the name of indicators, instead of individuals. 1954 *Mind* LXXII. 380 Luke Professor Ayer I shall . . speak of indicators and predicates rather than of individuals and properties. 1960 W. V. QUINE *Word & Object* §11. 101 The indicator words: 'that', 'that', 'I', 'you', 'he', 'now', 'here', 'then', 'there', 'today', 'tomorrow'.

2 a. That which serves to indicate or give a suggestion of something; an indication of

1666 J. SMITH *Old Age* (ed. 2) 73 They are the true indicators of strength. 1760–72 H. BROOKE *Fool of Qual.* (1809) II. 98 Our silence and our looks were too sure indicators of the fatal tidings. 1860 TYNDALL *Glac.* I. ii. 5 The shells became the indicators of an action to which the mass . . had been subjected. 1882 FROUDE *Carlyle* II. 130 They [clothes] were the outward indicators of the inward and spiritual nature.

b. Anything used in a scientific experiment to indicate the presence of a substance or quality, change in a body, etc.; *spec.* (i) a substance which may be added to a solution to indicate whether the concentration of hydrogen ions or of some other ion in the solution is above or below a particular value, esp. by giving different colours for the two conditions.

1842–3 GROVE *Corr. Phys. Forces* (1846) 19 The substance we use as an indicator does not under the same physical change as those whose dynamical relations we are examining. *c1860* FARADAY *Forces Nat.* v. 129 You need be in no want of indicators to discover the presence of this attraction. 1869 ROSCOE *Chem.* (1871) 315 Solids expand too little and gases too much to be convenient indicators. 1874 *Jrnl. Chem. Soc.* XXVII. 191 (*heading*) Indication as an indicator in volumetric analysis. 1902 *Encycl. Brit.* XXVIII. 112/1 Para-nitro-phenol has colourless molecules, but an intensely yellow negative ion. In neutral and still more in acid solutions, the dissociation of the indicator is practically working, and the liquid is colourless. 1930 *Jrnl. Amer. Chem. Soc.* LII. 2347 The use of various organic substances . . as irreversible oxidation-reduction indicators in the titration of trivalent antimony with ceric sulfate was proposed by Ruehberg. 1938 H. E. OESPER in *Böttger's Newer Methods Volumetric Chem. Analysis* i. 19 The fluorescent indicators are related to the ordinary acidimetric color indicators. However, a change of the pH value of the solution produces in them no color change, but a fluorescence appears or disappears. 1959 P. J. DURRANT *Gen. & Inorg. Chem.* ii. 214 An indicator may be used for determining the pH value of a solution, or for deciding at what stage during an acid-alkali titration the pH value of a solution has reached a certain value. 1966 *Word Lock's Compl. Gardening* v. 78 Certain chemical indicators are available for testing a soil in the field so as to approximate pH. 1970 R. U. BRUMLEY *First Course Inorg. Chem.* i. 19 By adsorption indicators are organic compounds with rather complex molecules which undergo a change in colour due to a slight structural change which occurs when they are adsorbed on the surface of colloidal particles.

(ii) An isotope (usually a radioactive one) used as a tracer (see TRACER²).

1929 [see ISOTOPE *n.* 4]. 1926 R. W. LAWSON tr. *Henry & Penwth's Man. Radioactivity* xv. 122 In problems of this kind, where the radio-element is not the object but the agent of the investigation, we say that the radio-elements serve as 'indicators'. 1938 *Ibid.* (ed. 2) xviii. 168 In those rare cases in which inactive isotopes are readily accessible they can be used as indicators in fundamentally the same manner, though other methods of measurement must be used. . . Such experiments have been carried out with deuterium ¹D and the oxygen and nitrogen isotopes ¹⁸O, and ¹⁵N. 1943 *Thorpe's Dict. Appl. Chem.* (ed. 4) VI. 431/2 The hydride of bismuth was discovered by using thorium-C as indicator and causing hydrogen to be generated in an apparatus in which this radioactive indicator had been placed. The gas which escaped was found . . to have radioactive properties. 1956 E. DE B. BARNETT *Mechanism Org. Chem. Reactions* i. 13 The use of an isotopic indicator or tracer often gives useful information as regards mechanism.

c. A geological clue to the presence of gold.

1894 R. A. F. MURRAY in A. W. HOWITT *Miners' Handbk.* 5 Where the gold cease is usually near and above the line of reef or vein whence it was derived . . . 'Indicators' or small veins of pyrites, ironstone, and other kinds of peculiar rocks, intersected by small quartz veins, should . . be carefully looked for. 1945 VON SEMMERITZ & CHILLSON *Handbk. Prospectors* (ed. 4) xvii. 100 A lead-bismuth mineral is an indicator in the Quartzburg district of Idaho. . . The soil is intimately associated with it, yet live.

d. *Zoology.* A group of plants or animals whose presence acts as a sign of particular environmental conditions. Also *attrib.*

1906 E. W. HILGARD *Soils* 545 Its [sc. alkali-heath's] perennial, deep-rooting habit of growth, and flexible, somewhat wiry rootstock, which enables it to persist even in cultivated ground, render it a valuable plant as an alkali indicator. 1920 F. E. CLEMENTS *Plant Indicators* iv. 112 These [acres] so that indicates] furnish an enormous amount of indicator material. 1949 W. C. ALLEE et al. *Princ. Animal Ecol.* iv. xxix. 567/2 Typical or characteristic organisms . . are biotic indicators. 1964 J. M. MACLENNAN tr. *Viktorov's Short Guide Geo-Bot. Surveying* vi. 132 The composition, structure, and other features of the plant cover may often serve as indicators of various environmental conditions. 1970 *Nature* 25 July 387/1 They [*sc.* cheetographs] have also frequently been used as 'indicator species' for water masses.

e. A board or device in a railway station used to indicate the times and platform numbers of arriving and departing trains.

1853 LD. MONKSWELL *Railways Gt. Brit.* iii. 163 A large indicator showing the platform at which each train will depart, is displayed high up on the side of one of the buildings flanking the concourse. 1924 H. M. HALLSWORTH *Elem. Railway Operating* iii. 46 Since there are trains for different destinations frequently departing from the same platform at or about the same time passengers are liable to board the wrong train. This is a danger which must be provided for by suitable indicators. 1962 *Trains Illustr.* Jan. 32/1 (*caption*) The new train indicator board for the Cambridge main line departure platforms. 1972 *Travelling Winter* 43/3 New automatic departure and arrival indicators will be installed. 1973 *Railway Mag.* Mar. 153/2 A new form of train departure indicator is replacing the printed sheets at many stations on BR.

f. In *Cryptography* (see quot.).

TAB 38

EXHIBIT 8

RECEIVED

APR 2 3 2004

HALE AND DORR
LIBRARY

# McGraw-Hill
# DICTIONARY OF
# SCIENTIFIC AND
# TECHNICAL
# TERMS

## Fourth Edition



### Sybil P. Parker

EDITOR IN CHIEF



McGRAW-HILL BOOK COMPANY

New York
St Louis
San Francisco

| | |
|---|---|
| Auckland | Bogotá |
| Caracas | Colorado Springs |
| Hamburg | Lisbon |
| London | Madrid |
| Mexico | Milan |
| Montreal | New Delhi |
| Oklahoma City | Panama |
| Paris | San Juan |
| São Paulo | Singapore |
| Sydney | Tokyo |
| Toronto | |

A 547

On the cover: Pattern produced from white light by a computer-generated diffraction plate containing 529 square apertures arranged in a 23 × 23 array. (R. B. Hoover, Marshall Space Flight Center)

On the title pages: Aerial photograph of the Sinai Peninsula made by Gemini spacecraft. (NASA)

Included in this Dictionary are definitions which have been published previously in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; W. H. Allen. ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Aeronautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology*, White Sands Missile Range, New Mexico, National Bureau of Standards, AD 467-424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms in Information ▓▓▓▓▓▓*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Terminology* ▓▓▓▓ Space Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical ▓▓▓▓▓ Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the ▓▓▓▓▓ 7.

McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS, Fourth Edition
Copyright © 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

1 2 3 4 5 6 7 8 9 0     DOW/DOW     8 9 5 4 3 2 1 0 9 8

ISBN 0-07-045270-9

Library of Congress Cataloging-in-Publication Data

McGraw-Hill dictionary of scientific and technical terms.

  1. Science—Dictionaries     2. Technology—Dictionaries.
I. Parker, Sybil P.
Q123.M34     1989          503'(21)          88-13490
ISBN 0-07-045270-9

For more information about other McGraw-Hill materials, call 1-800-2-MCGRAW in the United States. In other countries, call your nearest McGraw-Hill office.

a description and the standards for purity and strength for each. { ,fär·mə·kō'pē·ə }

**pharmacosiderite** [MINERAL] $Fe_3(AsO_4)_2(OH)_3·5H_2O$ Green or yellowish-green mineral composed of a hydrous basic iron arsenate and commonly found in cubic crystals. Also known as cube ore. { ,fär·mə·kō'sīd·ə,rīt }

**pharmacotherapy** [MED] The treatment of disease by means of drugs. { ,fär·mə·kō'ther·ə·pē }

**pharmacy** [MED] 1. The art and science of the preparation and dispensation of drugs. 2. A place where drugs are dispensed. { 'fär·mə·sē }

**pharyngeal aponeurosis** [ANAT] The fibrous submucous layer of the pharynx. { fə'rin·jē·əl ,ap·ō·nu'rō·səs }

**pharyngeal bursa** [EMBRYO] A small pit caudal to the pharyngeal tonsil, resulting from the ingrowth of epithelium along the course of the degenerating tip of the notochord of the vertebrate embryo. { fə'rin·jē·əl 'bər·sə }

**pharyngeal cleft** [EMBRYO] One of the paired open clefts on the sides of the embryonic pharynx between successive visceral arches in vertebrates. { fə'rin·jē·əl 'kleft }

**pharyngeal plexus** [ANAT] 1. A nerve plexus innervating the pharynx. 2. A plexus of veins situated at the side of the pharynx. { fə'rin·jē·əl 'plek·səs }

**pharyngeal pouch** [EMBRYO] One of the five paired sacculations in the lateral aspect of the pharynx in vertebrate embryos. Also known as visceral pouch. { fə'rin·jē·əl 'pau̇ch }

**pharyngeal tonsil** See adenoid. { fə'rin·jē·əl 'tän·səl }

**pharyngeal tooth** [VERT ZOO] A tooth developed on the pharyngeal bone in many fishes. { fə'rin·jē·əl 'tüth }

**pharyngitis** [MED] Inflammation of the pharynx. { ,far·ən'jīd·əs }

**Pharyngobdellae** [INV ZOO] A family of leeches in the order Arhynchobdellae distinguished by the lack of jaws. { fə,riŋ,gäb'del·ə,dē }

**pharyngology** [MED] The science of the pharyngeal mechanism, functions, and diseases. { ,far·iŋ'gäl·ə·jē }

**pharyngoscope** [MED] An instrument for examining the pharynx. { fə'riŋ·gə,skōp }

**pharynx** [ANAT] A chamber at the oral end of the vertebrate alimentary canal, leading to the esophagus. { 'far·iŋks }

**phase** [ASTRON] One of the cyclically repeating appearances of the moon or other orbiting body as seen from earth. [CHEM] Portion of a physical system (liquid, gas, solid) that is homogeneous throughout, has definable boundaries, and can be separated physically from other phases. [MATH] An additive constant in the argument of a trigonometric function. [MET] A constituent of an alloy that is physically distinct and is homogeneous in chemical composition. [PHYS] 1. The fractional part of a period through which the time variable of a periodic quantity (alternating electric current, vibration) has moved, as measured from an arbitrary time origin; usually expressed in terms of angular measure, with one period being equal to 360° or 2π radians. 2. For a sinusoidally varying quantity, the phase (first definition) with the time origin located at the last point at which the quantity passed through a zero position from a negative to a positive direction. 3. The argument of the trigonometric function describing the space and time variation of a sinusoidal disturbance, $y = A \cos[(2\pi/\lambda)(x - vt)]$, where $x$ and $t$ are the space and time coordinates, $v$ is the velocity of propagation, and $\lambda$ is the wavelength. [THERMO] The type of state of a system, such as solid, liquid, or gas. { fāz }

**phase advancer** [ELEC] Phase modifier which supplies leading reactive volt-amperes to the system to which it is connected; may be either synchronous or asynchronous. { 'fāz id,van·sər }

**phase age** See age of phase inequality. { 'fāz ,āj }

**phase-alternation line system** [COMMUN] A color television system used in Europe, in which the phase of the color subcarrier is changed from scanning line to scanning line, requiring transmission of a line switching signal as well as a color burst. Abbreviated PAL system. { 'fāz ,ȯl·tər,nā·shən ,līn ,sis·təm }

**phase angle** [PHYS] The difference between the phase of a sinusoidally varying quantity and the phase of a second quantity which varies sinusoidally at the same frequency. Also known as phase difference. { 'fāz ,aŋ·gəl }

**phase-angle meter** See phase meter. { 'fāz 'aŋ·gəl ,mēd·ər }

**phase-balance relay** [ELEC] Relay which functions by reason of a difference between two quantities associated with different phases of a polyphase circuit. { 'fāz ,bal·əns 'rē,lā }

**phase behavior** [PETRO ENG] The equilibrium relationships between water, liquid hydrocarbons, and dissolved or free gas, either in reservoirs or as liquids and gases are separated above ground in gas-oil separator systems. { 'fāz bi,hāv·yər }

**phase boundary** [PHYS] The interface between two or more separate phases, such as liquid-gas, liquid-solid, gas-solid, or, for immiscible materials, liquid-liquid or solid-solid. { 'fāz ,bau̇n·drē }

**phase change** [PHYS] 1. The metamorphosis of a material or mixture from one phase to another, such as gas to liquid, solid to gas. 2. See phase shift. { 'fāz ,chānj }

**phase-change coefficient** See phase constant. { 'fāz 'chānj ,kō·i,fish·ənt }

**phase coherence** [PHYS] The existence of a statistical or time relationship between the phases of two or more waves. { 'fāz kō,hir·əns }

**phase comparator** [COMPUT SCI] A comparator that accepts two radio-frequency input signals of the same frequency and provides two video outputs which are proportional, respectively, to the sine and cosine of the phase difference between the two inputs. { 'fāz kəm,par·əd·ər }

**phase-comparison relaying** [ELEC] A method of detecting faults in an electric power system in which signals are transmitted from each of two terminals every half cycle so that a continuous signal is received at an intermediate point if there is no fault between the terminals, while a periodic signal is received if there is a fault. { 'fāz kəm,par·ə·sən 'rē,lā·iŋ }

**phase conductor** [ELEC] In a polyphase circuit, any conductor other than the neutral conductor. { 'fāz kən,dək·tər }

**phase conjugate system** [OPTICS] An adaptive optics system in which the wavefront to be corrected is measured directly, using either a geometric or interferometric test. { 'fāz 'kän·jə·gət ,sis·təm }

**phase constant** [ELECTROMAG] A rating for a line or medium through which a plane wave of a given frequency is being transmitted; it is the imaginary part of the propagation constant, and is the space rate of decrease of phase of a field component (of the voltage or current) in the direction of propagation, in radians per unit length. Also known as phase-change coefficient; wavelength constant. { 'fāz ,kän·stənt }

**phase-contrast microscope** [OPTICS] A compound microscope that has an annular diaphragm in the front focal plane of the substage condenser and a phase plate at the rear focal plane of the objective, to make visible differences in phase or optical path in transparent or reflecting media. { 'fāz ,kän,trast 'mī·krə,skōp }

**phase control** [ELECTR] 1. A control that changes the phase angle at which the alternating-current line voltage fires a thyratron, ignitron, or other controllable gas tube. Also known as phase-shift control. 2. See hue control. { 'fāz kən,trōl }

**phase converter** [ELEC] A converter that changes the number of phases in an alternating-current power source without changing the frequency. { 'fāz kən,vərd·ər }

**phase-correcting network** See phase equalizer. { 'fāz kə¦rek·tiŋ 'net,wərk }

**phase correction** [COMMUN] Process of keeping synchronous telegraph mechanism in substantially correct phase relationship. { 'fāz kə,rek·shən }

**phase crossover** [CONT SYS] A point on the plot of the loop ratio at which it has a phase angle of 180°. { 'fāz 'krȯs,ō·vər }

**phased array** [ELECTROMAG] An array of dipoles on a radar antenna in which the signal feeding each dipole is varied so that antenna beams can be formed in space and scanned very rapidly in azimuth and elevation. { 'fāzd ə'rā }

**phase delay** [COMMUN] Ratio of the total phase shift (radians) of a sinusoidal signal in transmission through a system or transducer, to the frequency (radians/second) of the signal. { 'fāz di,lā }

**phase detector** [ELECTR] A circuit that provides a direct-current output voltage which is related to the phase difference between an oscillator signal and a reference signal; true in controlling the oscillator to keep it in synchronism with the reference signal. Also known as phase discriminator. { 'fāz di,tek·tər }

**phase deviation** [COMMUN] The peak difference between



PHARYNGOBDELLAE

Dorsal and ventral view of *Erpobdella punctata*, a jawless leech common in lakes and streams in the Northern Hemisphere.

PHASE ANGLE



$$y(t) = A \sin\left(2\pi \frac{t}{T}\right)$$

$$y(t) = A \sin\left(2\pi \frac{t}{T} + 1\right)$$

An illustration of the meaning of phase of a sinusoidal wave. $y(t)$. The difference in phase between waves 1 and 2 is φ and is called the phase angle. For each wave, $A$ is the amplitude and $T$ is the period.

sion of fluid flowing at speeds less than the speed of sound in the fluid. { 'səb'sän·ik 'in‚ler }

**subsonic nozzle** [ENG] A nozzle through which a fluid flows at speed less than the speed of sound in the fluid. { 'səb'sän·ik 'näz·əl }

**subsonic speed** [FL MECH] A speed relative to surrounding fluid less than that of the speed of sound in the same fluid. { 'səb'sän·ik 'spēd }

**subspace** [MATH] A subset of a space which, in the appropriate context, is a space in its own right. { 'səb‚spās }

**subspecies** [SYST] A geographically defined grouping of local populations which differs taxonomically from similar subdivisions of species. { 'səb'spē·shēz }

**substance** [PHYS] Tangible material, occurring in macroscopic amounts. { 'səb·stəns }

**substance P** [BIOCHEM] An undecapeptide widely distributed in the central nervous system and found in highest concentrations in superficial layers of the dorsal horn of the spinal cord, in the trigeminal nerve nucleus, and in the substantia nigra; acts as a neurotransmitter. { 'səb·stəns 'pē }

**substandard propagation** [ELECTROMAG] The propagation of radio energy under conditions of substandard refraction in the atmosphere; that is, refraction by an atmosphere or section of the atmosphere in which the index of refraction decreases with height at a rate of less than 12 N units (unit of index of refraction) per 1000 feet (304.8 meters). { ‚səb'stan·dərd ‚präp·ə'gā·shən }

**substantive dye** See direct dye. { 'səb·stan·tiv 'dī }

**substation** [ELEC] See electric power substation. An intermediate compression station to repressure a fluid being transported by pipeline over a long distance. [MIN ENG] A subsidiary station for the conversion of power to the type, usually direct current, and voltage needed for mining equipment and fed into the mine power system. { 'səb‚stā·shən }

**substellar point** [ASTRON] The geographical position of a star; that point on the earth at which the star is in the zenith at a specified time. Also known as substaral point. { 'səb'stel·ər 'pöint }

**substituent** [ORG CHEM] An atom or functional group substituted for another in a chemical structure. { səb'stich·ə·wənt }

**substitute mode** [COMPUT SCI] One method of exchange buffering, in which segments of storage function alternately as buffer and as program work area. { 'səb·stə‚tüt ‚mōd }

**substitutional impurity** [SOLID STATE] An atom or ion which is not normally found in a solid, but which resides at the lattice structure, and replaces it. { ‚səb·stə'tü·shən·əl im'pyür·əd·ē }

**substitution cipher** [COMMUN] A cipher in which the characters of the original message are replaced by other characters according to a key. { ‚səb·stə'tü·shən ‚sī·fər }

**substitution reaction** [CHEM] Replacement of an atom or radical by another one in a chemical compound. { ‚səb·stə'tü·shən rē‚ak·shən }

**substitution solid solution** [MET] A solid alloy having the atoms of the solute located at some lattice of points of the solvent. { ‚səb·stə'tü·shən 'sil·əd sə'lü·shən }

**substitutive nomenclature** [ORG CHEM] A system in which the name of a compound is derived by using the functional group (the substituent) as a prefix or suffix to the name of the parent compound to which it is attached; for example, in 2-chloropropane a chlorine atom has replaced a hydrogen atom on the central carbon of the propane chain. { 'səb·stə‚tüd·iv 'nō·mən‚klā·chər }

**substrate** [BIOCHEM] The substance with which an enzyme reacts. [ELECTR] The physical material on which a microcircuit is fabricated; used primarily for mechanical support and insulating purposes, as with ceramic, plastic, and glass substrates; however, semiconductor and ferrite substrates may also provide useful electrical functions. [ENG] Basic surface on which a material adheres, for example, paint or laminate. [ORG CHEM] A compound with which a reagent reacts { 'səb‚strāt }

**substratosphere** [METEOROL] A region of indefinite lower limit just below the stratosphere. { 'səb'strad·ə‚sfir }

**substratum** [GEOL] Any layer underlying the true soil. { 'səb'strad·əm }

SUBTENSE BAR



The subtense bar used in the subtense technique of distance measurement. (Lockwood, Kessler, and Bartlett Inc.)

**substring** [COMPUT SCI] A sequence of successive characters within a string. { 'səb‚striŋ }

**substructure** [CIV ENG] The part of a structure which is below ground. { 'səb'strək·chər }

**subsurface contour** See structure contour. { 'səb'sər·fəs 'kän‚tùr }

**subsurface current** [OCEANOGR] An underwater current which is not present at the surface or whose core (region of maximum velocity) is below the surface. { 'səb'sər·fəs 'kə·rənt }

**subsurface flow** [HYD] Interflow plus groundwater flow. { 'səb'sər·fəs 'flō }

**subsurface geology** [GEOL] The study of geologic features beneath the land or sea-floor surface. Also known as underground geology. { 'səb'sər·fəs jē'äl·ə·jē }

**subsurface tillage** [AGR] A method of stirring the soil with blades that leaves stubble on or just below the surface { 'səb'sər·fəs 'til·ij }

**subsurface waste disposal** [ENG] A waste disposal method for manufacturing wastes in porous underground rock formations. { 'səb'sər·fəs 'wāst di‚spōz·əl }

**subsurface wave** [ELECTROMAG] Electromagnetic wave propagated through water or land; operating frequencies for communications may be limited to approximately 35 kilohertz due to attenuation of high frequencies. { 'səb'sər·fəs 'wāv }

**subsynchronous** [ELEC] Operating at a frequency or speed that is related to a submultiple of the source frequency. { 'səb'siŋ·krə·nəs }

**subsystem** [ENG] A major part of a system which itself has the characteristics of a system, usually consisting of several components. { 'səb‚sis·təm }

**subtend** [BOT] To lie adjacent to and below another structure, often enclosing it. { səb'tend }

**subtense bar** [ENG] The horizontal bar of fixed length in the subtense technique of distance measurement method { 'səb'tens 'bär }

**subtense technique** [CIV ENG] A distance measuring technique in which the transit angle subtended by the subtense bar enables the computation of the transit-to-bar distance { 'səb'tens tek'nēk }

**subterranean ice** See ground ice. { 'səb·tə'rā·nē·ən 'īs }

**subterranean stream** [HYD] A subsurface stream that flows through a cave or a group of communicating caves. { ‚səb·tə'rā·nē·ən 'strēm }

**subtilin** [MICROBIO] An antibiotic substance obtained from Bacillus subtilis, active against gram-positive bacteria { 'səb·tə·lən }

**subtractor** [COMPUT SCI] A computer device that can form the difference of two numbers or quantities. { səb'trak·tər }

**subtractor** [ELECTR] A circuit whose output is determined by the differences in analog or digital input signals. { səb'trak·tər }

**subtraction** [MATH] The addition of one quantity with the negative of another; in a system with an additive operation this is formally the sum of one element with the additive inverse of another. { səb'trak·shən }

**subtractive primaries** [OPTICS] The three colors, usually yellow, magenta, and cyan (greenish-blue), which are mixed together in a subtractive process { səb'trak·tiv 'prī‚mer·ēz }

**subtractive process** [OPTICS] The process of producing colors by mixing absorbing media or filters of subtractive primary colors. { səb'trak·tiv 'prä·səs }

**subtrahend** [MATH] A quantity which is to be subtracted from another given quantity. { 'səb·trə‚hend }

**subtree** [MATH] A subgraph of a tree which is itself a tree. { 'səb‚trē }

**Subtriquetridae** [INV ZOO] A family of arthropods in the suborder Paracephaloidea. { ‚səb·trə'ke·trə‚dē }

**subtropic** [METEOROL] An indefinite belt in each hemisphere between the tropic and temperate regions; the polar boundaries are considered to be roughly 35–40° northern and southern latitudes, but vary greatly according to continental influence, being farther poleward on the western coasts of continents and farther equatorward on the eastern coasts { 'səb'träp·ik }

**subtropical anticyclone** See subtropical high. { ‚səb'träp·ə·kəl ‚anti'sī‚klōn }

**Subtropical Convergence** [OCEANOGR] The zone of converging currents, generally located in midlatitudes. { ‚səb'träp·ə·kəl kən'vər·jəns }

**resistance-capacitance oscillator** [ELECTR] Oscillator in which the frequency is determined by resistance and capacitance elements. Abbreviated R-C oscillator. { ri'zis·təns·kə'pas·əd·əns 'äs·ə,lād·ər }

**resistance coefficient 1** [FL MECH] A dimensionless number used in the study of flow resistance, equal to the resistance force in flow divided by one-half the product of fluid density, the square of fluid velocity, and the square of a characteristic length. Symbolized $c_r$. { ri'zis·təns ,kō·i,fish·ənt 'wən }

**resistance coefficient 2** See Darcy number 1 { ri'zis·təns ,kō·i,fish·ənt 'tü }

**resistance commutation** [ELEC] Commutation of an electric rotating machine in which brushes with relatively high resistance span at least one commutator segment, in order to achieve a linear variation of current with time, and thereby minimize self-inductive voltage in the coils { ri'zis·təns,kam·yə'tā·shən }

**resistance-coupled amplifier** See resistance-capacitance coupled amplifier. { ri'zis·təns 'kəp·əld 'am·plə,fī·ər }

**resistance coupling** [ELECTR] Coupling in which resistors are used as the input and output impedances of the circuits being coupled; a coupling capacitor is generally used between the resistors to transfer the signal from one stage to the next. Also known as R-C coupling; resistance-capacitance coupling; resistive coupling. { ri'zis·təns ,kəp·liŋ }

**resistance drop** [ELEC] The voltage drop occurring between two points on a conductor due to the flow of current through the conductor; multiplying the resistance in ohms by the current in amperes gives the voltage drop in volts. Also known as IR drop. { ri'zis·təns ,dräp }

**resistance element** [ELEC] An element of resistive material in the form of a grid, ribbon, or wire, used singly or built into groups to form a resistor for heating purposes, as in an electric soldering iron. { ri'zis·təns ,el·ə·mənt }

**resistance factor** See R factor. { ri'zis·təns ,fak·tər }

**resistance furnace** [ENG] An electric furnace in which the heat is developed by the passage of current through a suitable internal resistance that may be the charge itself, a resistor embedded in the charge, or a resistor surrounding the charge. Also known as electric resistance furnace. { ri'zis·təns ,fər·nəs }

**resistance grounding** [ELEC] Electrical grounding in which lines are connected to ground by a resistive (totally dissipative) impedance. { ri'zis·təns ,graünd·iŋ }

**resistance heating** [ELEC] The generation of heat by electric conductors carrying current; degree of heating is proportional to the electrical resistance of the conductor; used in electrical home appliances, home or space heating, and heating ovens and furnaces. { ri'zis·təns ,hēd·iŋ }

**resistance lamp** [ELEC] Electric lamp used to prevent the current in a circuit from exceeding a desired limit. { ri'zis·təns ,lamp }

**resistance loss** [ELEC] Power loss due to current flowing through resistance; its value in watts is equal to the resistance in ohms multiplied by the square of the current in amperes. { ri'zis·təns ,lòs }

**resistance magnetometer** [ELEC] A magnetometer that depends for its operation on variations in the electrical resistance of a material immersed in the magnetic field to be measured. { ri'zis·təns ,mag·nə'täm·əd·ər }

**resistance material** [ELEC] Material having sufficiently high resistance per unit length or volume to permit its use in the construction of resistors. { ri'zis·təns mə'tir·ē·əl }

**resistance measurement** [ELEC] The quantitative determination of that property of an electrically conductive material, component, or circuit called electrical resistance. { ri'zis·təns ,mezh·ər·mənt }

**resistance meter** [ENG] Any instrument which measures electrical resistance. Also known as electrical resistance meter. { ri'zis·təns ,mēd·ər }

**resistance methanometer** [ENG] A catalytic methanometer, with platinum used as the filament, which both heats the detecting element and acts as a resistance-type thermometer. { ri'zis·təns ,meth·ə'näm·əd·ər }

**resistance noise** See thermal noise. { ri'zis·təns ,nòiz }

**resistance pyrometer** See resistance thermometer. { ri'zis·təns pī'räm·əd·ər }

**resistance-rate flowmeter** See resistive flowmeter. { ri'zis·təns ,rāt 'flō,mēd·ər }

**resistance seam welding** [MET] Resistance welding process which produces a series of individual spot welds, overlapping spot welds, or a continuous nugget weld made by circular or wheel-type electrodes. { ri'zis·təns 'sēm ,weld·iŋ }

**resistance spot welding** [MET] Resistance welding process in which the parts are lapped and held in place under pressure; the size and shape of the electrodes (usually circular) control the size and shape of the welds. { ri'zis·təns 'spät ,weld·iŋ }

**resistance-start motor** [ELEC] A split-phase motor having a resistance connected in series with the auxiliary winding; the auxiliary circuit is opened when the motor attains a predetermined speed. { ri'zis·təns 'stärt ,mōd·ər }

**resistance strain gage** [ELECTR] A strain gage consisting of a strip of material that is cemented to the part under test and that changes in resistance with elongation or compression. { ri'zis·təns 'strān ,gāj }

**resistance thermometer** [ENG] A thermometer in which the sensing element is a resistor whose resistance is an accurately known function of temperature. Also known as electrical resistance thermometer; resistance pyrometer { ri'zis·təns thər'mäm·əd·ər }

**resistance transfer factor** [GEN] A carrier of genetic information in bacteria which is considered to control the ability of self-replication and conjugal transfer of R factors. Abbreviated RTF. { ri'zis·təns 'trans·fər ,fak·tər }

**resistance welding** [MET] Joining metals together under pressure by making use of heat developed by an electric current, the work being part of the electrical circuit. { ri'zis·təns ,weld·iŋ }

**resistance wire** [MET] Wire made from a metal or alloy having high resistance per unit length, such as Nichrome; used in wire-wound resistors and heating elements. { ri'zis·təns ,wīr }

**resistite** [GEOL] A sediment consisting of minerals that are chemically resistant and are enriched in the residues of weathering processes. Also known as residual sediment. { ri'zis,tīt }

**resist-dyeing** [TEXT] A cross-dyeing method in which a chemical is applied to certain yarns before weaving so that, when the material is dyed, only the untreated yarns take the dye, producing a colorful pattern; the chemical is later removed from the fabric. { ri'zist ,dī·iŋ }

**resisting moment** [MECH] A moment produced by internal tensile and compressive forces that balances the external bending moment on a beam. { ri'zist·iŋ ,mō·mənt }

**resistive coupling** See resistance coupling. { ri'zis·tiv 'kəp·liŋ }

**resistive flowmeter** [ENG] Liquid flow-rate measurement device in which flow rates are read electrically as the result of the rise or fall of a conductive differential-pressure manometer fluid in contact with a resistance-rod assembly. Also known as resistance-rate flowmeter. { ri'zis·tiv 'flō,mēd·ər }

**resistive load** [ELEC] A load whose total reactance is zero, so that the alternating current is in phase with the terminal voltage. Also known as nonreactive load. { ri'zis·tiv 'lōd }

**resistive unbalance** [ELEC] Unequal resistance in the two wires of a transmission line. { ri'zis·tiv ,ən'bal·əns }

**resistivity** See electrical resistivity. { ,rē,zis'tiv·əd·ē }

**resistivity factor** See formation factor. { ,rē,zis'tiv·əd·ē ,fak·tər }

**resistivity index** [PETRO ENG] Ratio of the true electrical resistivity of a rock system at a specified water saturation, to the resistivity of the rock itself; used for calculation of electrical well-logging data. { ,rē,zis'tiv·əd·ē ,in,deks }

**resistivity method** [ENG] An electrical exploration method in which current is introduced in the ground by two contact electrodes and potential differences are measured between two or more other electrodes. { ,rē,zis'tiv·əd·ē ,meth·əd }

**resistivity well logging** [PETRO ENG] The measurement of subsurface electrical resistivities (normal and lateral to the borehole) during electrical logging of oil wells. { ,rē,zis'tiv·əd·ē 'wel ,läg·iŋ }

**resistor** [ELEC] A device designed to have a definite amount of resistance; used in circuits to limit current flow or to provide a voltage drop. Also known as electrical resistor. { ri'zis·tər }

**resistor bulb** [ENG] A temperature-measurement device inside of which is a resistance winding; changes in temperature cause corresponding changes in resistance, varying the current in the winding. { ri'zis·tər ,bəlb }



RESISTANCE
THERMOMETER

Industrial-type resistance thermometer. (From D.M. Considine, ed., Process Instruments and Controls Handbook, McGraw-Hill, 1957.)

**resistor-capacitor-transistor logic** [ELECTR] A resistor-transistor logic with the addition of capacitors that are used to enhance switching speed. { ri'zis·tər kə'pas·əd·ər tran'zis·tər ,läj·ik }

**resistor-capacitor unit** *See* rescap. { ri'zis·tər kə'pas·əd·ər ,yü·nət }

**resistor color code** [ELEC] Code adopted by the Electronic Industries Association to mark the values of resistance on resistors in a readily recognizable manner; the first color represents the first significant figure of the resistor value, the second color the second significant figure, and the third color represents the number of zeros following the first two figures; a fourth color is sometimes added to indicate the tolerance of the resistor. { ri'zis·tər 'kəl·ər ,kōd }

**resistor core** [ELEC] Insulating support on which a resistor element is wound or otherwise placed. { ri'zis·tər ,kor }

**resistor element** [ELEC] That portion of a resistor which possesses the property of electric resistance. { ri'zis·tər ,el·ə·mənt }

**resistor furnace** [ENG] An electric furnace in which heat is developed by the passage of current through distributed resistors (heating units) mounted apart from the charge. { ri'zis·tər ,fər·nəs }

**resistor network** [ELEC] An electrical network consisting entirely of resistances. { ri'zis·tər 'net,wərk }

**resistor oven** [ENG] Heating chamber relying on an electrical-resistance element to create temperatures of up to 800°F (430°C); used for drying and baking. { ri'zis·tər 'əv·ən }

**resistor termination** [ELECTR] A thick-film conductor pad overlapping and contacting a thick-film resistor area. { ri'zis·tər ,tər·mə'nā·shən }

**resistor-transistor logic** [ELECTR] One of the simplest logic circuits, having several resistors, a transistor, and a diode. Abbreviated RTL. { ri'zis·tər tran'zis·tər ,läj·ik }

**resitin** *See* C-stage resin. { 're,zit }

**resitol** *See* B-stage resin. { 'rez·ə,tol }

**resnatron** [ELECTR] A microwave-beam tetrode containing cavity resonators, used chiefly for generating large amounts of continuous power at high frequencies. { 'rez·nə,trän }

**resolution** [CONT SYS] The smallest increment in distance that can be distinguished and acted upon by an automatic control system. [ELECTR] In television, the maximum number of lines that can be discerned on the screen at a distance equal to tube height; this ranges from 350 to 400 for most receivers. [ELECTROMAG] In radar, the minimum separation between two targets, in angle or range, at which they can be distinguished on a radar screen. Also known as resolving power. [OPTICS] *See* resolving power. [ORG CHEM] The process of separating a racemic mixture into the two component optical isomers. [PHYS] 1. For a measurement of energy or momentum of a collection of particles, the difference between the highest and lowest energies at which the response of an instrument to a beam of monoenergetic particles is at least half its maximum value, divided by the energy of the particles. 2. The procedure of breaking up a vectorial quantity into its components. [SPECT] *See* resolving power. { ,rez·ə'lü·shən }

**resolution chart** [COMMUN] *See* test pattern. [OPTICS] A device to test resolving power; usually alternate black and white lines of equal width arranged in groups of decreasing line width, identified as the number of line pairs per millimeter. { ,rez·ə'lü·shən ,chärt }

**resolution error** [COMPUT SCI] An error of an analog computing unit that results from its inability to respond to changes of less than a given magnitude. { ,rez·ə'lü·shən ,er·ər }

**resolution factor** [COMPUT SCI] In information retrieval, the ratio obtained in dividing the total number of documents retrieved (whether relevant or not to the user's needs) by the total number of documents available in the file. { ,rez·ə'lü·shən ,fak·tər }

**resolution in azimuth** [ENG] The angle by which two targets must be separated in azimuth in order to be distinguished by a radar set when the targets are at the same range. { ,rez·ə'lü·shən in 'az·ə·məth }

**resolution in range** [ENG] Distance by which two targets must be separated in range in order to be distinguished by a radar set when the targets are on the same azimuth line. { ,rez·ə'lü·shən in 'rānj }

**resolution of a vector** [MATH] The determination of vectors parallel to specified (usually perpendicular) axes such that their sum equals a given vector. { ,rez·ə'lü·shən əv ə 'vek·tər }

**resolution of the identity** [MATH] A family of linear projection operators on a Banach space used in studying the spectra of linear operators. { ,rez·ə'lü·shən əv thē ə'den·əd·ē }

**resolution reading** [OPTICS] A number indicating how many lines per millimeter are contained in the finest group which can be distinguished on a resolution chart. { ,rez·ə'lü·shən ,rēd·in }

**resolution wedge** [COMMUN] On a television test pattern, a group of gradually converging lines used to measure resolution. { ,rez·ə'lü·shən ,wej }

**resolve motion-rate control** [CONT SYS] A form of robotic control in which the controlled variables are the velocity vectors of the end-points of a manipulator, and the angular velocities of the joints are determined to obtain the desired results. { ri'zolv 'mō·shən ,rāt kən,trōl }

**resolvent kernel** [MATH] A function appearing as an integrand in an integral representation for a solution of a linear integral equation which often completely determines the solutions. { ri'zäl·vənt 'kər·nəl }

**resolvent of an operator** [MATH] The function, defined on the complement of the spectrum of a linear operator $T$ of Banach spaces, given by $(T - \lambda)^{-1}$ for each $\lambda$ in this complement, where $I$ is the identity operator; this enables a study of $T$ relative to its eigenvalues. { ri'zäl·vənt əv ən 'äp·ə,rād·ər }

**resolvent set** [MATH] Those scalars $\lambda$ for which the operator $T - \lambda I$ has a bounded inverse, where $T$ is some linear operator on a Banach space, and $I$ is the identity operator. { ri'zäl·vənt 'set }

**resolver** [ELEC] A synchro or other device whose rotor is mechanically driven to translate rotor angle into electrical information corresponding to the sine and cosine of rotor angle; used for interchanging rectangular and polar coordinates. Also known as sine-cosine generator; synchro resolver. [ELECTR] 1. A synchro or other device whose input is the angular position of an object, such as the rotor of an electric machine, and whose output is electric signals, usually proportional to the sine and cosine of an angle, and often in digital form; used to interchange rectangular and polar coordinates, and in servomechanisms to report the orientation of controlled objects. Also known as angular resolver. 2. A device that accepts a single vector-valued analog input and produces two output either analog or digital signals proportional to two or three orthogonal components of the vector. Also known as vector resolver. { ri'zäl·vər }

**resolving cell** [ELECTROMAG] In radar, volume in space whose diameter is the product of slant range and beam width, and whose length is the pulse length. { ri'zäl·vin ,sel }

**resolving power** [ELECTROMAG] 1. The reciprocal of the beam width of a unidirectional antenna, measured in degrees. 2. *See* resolution. [OPTICS] A quantitative measure of the ability of an optical instrument to produce separable images of different points on an object; usually, the smallest angular or linear separation of two object points for which they may be resolved according to the Rayleigh criterion. Also known as resolution. [PHYS] A measure of the ability of a mass spectroscope to separate particles of different masses, equal to the ratio of the average mass of two particles whose mass spectrum lines can just be completely separated, to the difference in their masses. [SPECT] A measure of the ability of a spectroscope or interferometer to separate spectral lines of nearly equal wavelength, equal to the average wavelength of two equally strong spectral lines whose images can barely be separated, divided by the difference in wavelengths; for spectroscopes, the lines must be resolved according to the Rayleigh criterion; for interferometers, the wavelengths at which the lines have half of maximum intensity must be equal. Also known as resolution. { ri'zäl·vin ,pau·ər }

**resolving time** [COMPUT SCI] In computers, the shortest permissible period between trigger pulses for reliable operation of a binary cell. [ENG] Minimum time interval, between events, that can be detected; resolving time may refer to an electronic circuit, to a mechanical recording device, or to a counter tube. { ri'zäl·vin ,tīm }

**resonance** [ELEC] A phenomenon exhibited by an alternating-current circuit in which there are relatively large currents near certain frequencies, and a relatively unimpeded oscillation of energy from a potential to a kinetic form; a special case of



**RESISTOR NETWORK**

A thin-film resistor network. (TRW Inc.)



**RESISTOR-TRANSISTOR LOGIC**

Resistor-transistor logic circuit; $R_1, R_2, R_3$ are resistors coupling the logic circuit to preceding logic circuits. With resistor $R_4$ and positive supply voltage $+V_B$ they form the gate circuit. $D$ is the diode and $T$ the transistor. $V_a$ = input signal voltage; $V_c$ = collector voltage; $V_{out}$ = output voltage.

1320 | ootype

open-circuit voltage



**OPALINATA**

primary line

secondary line

An opalinid (*Protoopalina axonucleata*) showing primary and secondary lines of blepharoplasts.



**OPEN-BELT DRIVE**

pitch line / belt thickness / angle of contact / effective radius / pulley diameter / driven pulley / pitch surface / driving pulley / start spacing

Diagram of open-belt drive; 1 and 2 indicate two pulleys whose shafts are parallel.



**OPEN CAISSON**

Underside of open caisson for Greater New Orleans bridge over Mississippi River. Note prefabricated steel cutting edge. (*Dravo Corp.*)

---

**sion** of the basal segment of a thoracic appendage that aids in forming an egg receptacle. { ə'să tə,jit }

**ootype** [INV ZOO] In trematodes and tapeworms, a thickening of the oviduct near the ovaries. { 'ō·ə,tīp }

**oovold** [PETR] A void in the center of an incompletely replaced oolith. { 'ō·ə,void }

**ooze** [GEOL] **1.** A soft, muddy piece of ground, such as a bog, usually resulting from the flow of a spring or brook. **2.** A marine pelagic sediment composed of at least 30% skeletal remains of pelagic organisms, the rest being clay minerals. **3.** Soft mud or slime, typically covering the bottom of a lake or river. { ūz }

**opacifier** [MATER] A substance, used to treat a solid rocket propellant, that absorbs light and heat and protects the propellant from deterioration until ready for use. { ō'pas·ə,fī·ər }

**opacite** [PETR] Masses of opaque, microscopic grains in rocks, particularly in the groundmass of an igneous rock. { 'ō·prə,sīt }

**opacity** [OPTICS] The light flux incident upon a medium divided by the light flux transmitted by it. { ō'pas·əd·ē }

**opacus** [METEOROL] A variety of cloud (sheet, layer, or patch), the greater part of which is sufficiently dense to obscure the sun; found in the genera altocumulus, altostratus, stratocumulus, and stratus; cumulus and cumulonimbus clouds are inherently opaque. { ō'pā·kəs }

**opal** [MINERAL] A natural hydrated form of silica; it is amorphous, usually occurs in botryoidal or stalactic masses, has a hardness of 5–6 on Mohs scale, and specific gravity is 1.9–2.2. { 'ō·pəl }

**opal agate** [PETR] A variety of banded opal that displays different shades of color, is agatelike in structure, and consists of alternating layers of opal and chalcedony. { 'ō·pəl 'ag·ət }

**opal-CT** [PETR] A poorly ordered crystalline form of silica thought to be the intermediate phase in quartz chert formation. { 'ō·pəl 'sē·tē }

**opalescence** [OPTICS] The milky, iridescent appearance of a dense, transparent medium or colloidal system when it is illuminated by polychromatic radiation in the visible range, such as sunlight. { ō·pə'les·əns }

**opal glass** [MATER] Translucent or opaque glass, often milky white, made by adding impurities such as fluorine compounds to the melt; it appears white by reflected light but shows color images through thin sections; used for ornamental glass and as an efficient light diffuser. { 'ō·pəl ,glas }

**Opalinata** [INV ZOO] A superclass of the subphylum Sarcomastigophora containing highly specialized forms which resemble ciliates. { ,ō·pal·ə'nä·tə }

**opaline** [MINERAL] **1.** Any of several minerals related to or resembling opal. **2.** An earthy form of gypsum. { 'ō·pə,līn }

**opalized wood** [GEOL] Silicified wood. { 'ō·pə,līzd 'wúd }

**opaque attritus** [GEOL] Attritus that does not contain large quantities of transparent humic degradation matter. { ō'pāk ə'trīd·əs }

**opaque medium** [OPTICS] A medium impervious to rays of light, that is, not transparent to the human eye. [PHYS] **1.** A medium which does not transmit electromagnetic radiation of a specified type, such as that in the infrared, x-ray, ultraviolet, and microwave regions. **2.** A medium which prevents the passage of particles of a specified type. { ō'pāk ,mēd·ē·əm }

**opaque projector** [OPTICS] A projector designed to project the image of an opaque object, or of graphic material on an opaque support, by reflected light. { ō'pāk prə'jek·tər }

**opaque sky cover** [METEOROL] In United States weather observing practice, the amount (in tenths) of sky cover that completely hides all that might be above it; opposed to transparent sky cover. { ō'pāk 'skī ,kəv·ər }

**opaquing** [GRAPHICS] A technique in photoengraving or offset lithography in which unwanted areas are eliminated from a negative by application of an opaque substance. { ō'pāk·iŋ }

**OPDAR** [ENG] A laser system for measuring elevation angle, azimuth angle, and slant range of a missile during its firing period. Derived from optical direction and ranging. Also known as optical radar. { 'ōp,där }

**Opegraphaceae** [BOT] A family of the Hysteriales characterized by elongated ascocarps; members are crustose on bark and rocks. { ,ōp·ə·grə'fās·ē,ē }

**open** [ELEC] **1.** Condition in which conductors are separated so that current cannot pass. **2.** Break or discontinuity in a circuit which can normally pass a current. { 'ō·pən }

---

**open ammunition space** [ORD] Ground area prepared or improvised for storage of ammunition in open areas to supplement magazine space. { 'ō·pən ,am·yə'nish·ən ,spās }

**open-angle glaucoma** [MED] Bilateral, increased intraocular tension due to reduced aqueous outflow but with the angle open and the aqueous in free contact with the trabecula. { 'ō·pən ,aŋ·gəl glau'kō·mə }

**open arc** [ASTRON] A crater arc in which the craters do not touch each other. { 'ō·pən 'ärk }

**open-arc furnace** [MET] An electrosmelting furnace in which the arc is generated above the level of the furnace feed. { 'ō·pən ,ärk ,fər·nəs }

**open association** [ARCHEO] An assumed relationship between two or more objects that are found together, when it cannot be proved that they were deposited together. { 'ō·pən ,ə·sō·sē'ā·shən }

**open ball** [MATH] In a metric space, an open set about a point *x* which consists of all points within a fixed distance from *x*. { 'ō·pən 'bȯl }

**open bay** [GEOGR] An indentation between two capes or headlands which is so broad and open that waves coming directly into it are nearly as high near its center as they are in adjacent parts of the open sea. { 'ō·pən 'bā }

**open-belt drive** [DES ENG] A belt drive having both shafts parallel and rotating in the same direction. { 'ō·pən ,belt ,drīv }

**open berth** [CIV ENG] An anchorage berth in an open roadstead. { 'ō·pən 'bərth }

**open bundle** [BOT] A vascular bundle containing cambium. { 'ō·pən 'bən·dəl }

**open caisson** [CIV ENG] A caisson in the form of a cylinder or shaft that is open at both ends; it is set in place, pumped dry, and filled with concrete. { 'ō·pən 'kā,sän }

**open-cast mining** See open-pit mining. { 'ō·pən ,kast 'mīn·iŋ }

**open-cell foam** [MATER] Foamed material, natural or synthetic, rigid or flexible, organic or metallic, in which there is interconnection between the cells. { 'ō·pən ,sel 'fōm }

**open-center plan position indicator** [ENG] A plan position indicator on which no signal is displayed for a set distance from the center. { 'ō·pən ,sen·tər 'plan pə,zish·ən 'in·də,kād·ər }

**open chain** [ASTRON] A crater chain in which the craters do not touch each other. { 'ō·pən 'chān }

**open channel** [SCI TECH] Any natural or artificial, covered or uncovered conduit in which liquid (usually water) flows with its top surface bounded by the atmosphere. { 'ō·pən 'chan·əl }

**open-circle deoxyribonucleic acid** See relaxed circular deoxyribonucleic acid. { 'ō·pən ,sər·kəl dē,äk·sē,rī·bō·nü'klē·ik 'as·əd }

**open circuit** [ELEC] An electric circuit that has been broken, so that there is no complete path for current flow. { 'ō·pən 'sər·kət }

**open-circuited line** [ELECTROMAG] A microwave discontinuity which reflects an infinite impedance. { 'ō·pən ,sər·kəd·əd 'līn }

**open-circuit grinding** [MECH ENG] Grinding system in which material passes through the grinder without classification of product and without recycle of oversize lumps; in contrast to closed-circuit grinding. { 'ō·pən ,sər·kət 'grīnd·iŋ }

**open-circuit impedance** [ELEC] Of a line or four-terminal network, the driving-point impedance when the far end is open. { 'ō·pən ,sər·kət im'pēd·əns }

**open-circuit jack** [ELEC] Jack that normally leaves its circuit open; the circuit can be closed only through a circuit connected to the plug that is inserted in the jack. { 'ō·pən 'sər·kət 'jak }

**open-circuit potential** [PHYS CHEM] The steady-state or equilibrium potential of an electrode in absence of external current flow to or from the electrode. { 'ō·pən ,sər·kət pə'ten·chəl }

**open-circuit scuba** [ENG] The simplest type of scuba equipment, in which all exhaled gas is discharged directly into the water and the utilization of gas is therefore equal to the mass exhaled. { 'ō·pən 'sər·kət 'skü·bə }

**open-circuit signaling** [COMMUN] Type of signaling in which no current flows while the circuit is in the idle condition. { 'ō·pən 'sər·kət 'sig·nə·liŋ }

**open-circuit voltage** [ELEC] The voltage at the terminals of

the final testing of a computer system, as opposed to test data. { 'liv 'dad·ə }

**live end** [ACOUS] The end of a radio studio that gives almost complete reflection of sound waves { 'liv 'end }

**live load** [MECH] A moving load or a load of variable force acting upon a structure, in addition to its own weight { 'liv 'lōd }

**live oil** [MATER] An oil containing dissolved gas { 'liv·òil }

**liver** [ANAT] A large vascular gland in the body of vertebrates consisting of a continuous parenchymal mass covered by a capsule; secretes bile, manufactures certain blood proteins and enzymes, and removes toxins from the systemic circulation. [MATER] Intermediate layer of dark-colored, oily material formed by hydrolyzation of acid sludge from sulfuric acid treatment of petroleum oil; insoluble in weak acid and oil { 'liv·ər }

**liver failure** [MED] Severe functional disability of the liver marked clinically by a variety of signs and symptoms, including jaundice, coma, and abnormal blood levels of such things as ammonia, bilirubin, and alkaline phosphatase { 'liv·ər ,fāl·yər }

**liver fluke** [INV ZOO] Any trematode, especially *Clonorchis sinensis* that lodges in the biliary passages within the liver { 'liv·ər ,flük }

**live-roller conveyor** [MECH ENG] Conveying machine which moves objects over a series of rollers by the application of power to all or some of the rollers { 'liv ,rōl·ər kən,vā·ər }

**liver room** [ACOUS] A room having a minimum of sound-absorbing material { 'liv ,rüm }

**liver phosphorylase** [BIOCHEM] An enzyme that catalyzes the breakdown of liver glycogen to glucose-1-phosphate. { 'liv·ər ,fäs'fōr·ə,lās }

**liverwort** [BOT] The common name for members of the Marchantiales { 'liv·ər,wərt }



**LIVERWORT**

Leafy liverworts of the Jungermanniales. (a) *Herberta*, showing three ranks of equal bifid leaves (dorsal aspect). (b) *Lepidozia*, ventral aspect, showing reduced ventral leaves (after A. Lorenz). (From B W. Sinnott and K. S. Wilson, *Botany: Principles and Problems, 5th ed., McGraw-Hill, 1955*)

**live steam** [MECH ENG] Steam that is being delivered directly from a boiler under full pressure { 'liv 'stēm }

**live system** [COMPUT SCI] A computer system on which all testing has been completed so that it is fully operational and ready for production work Also known as production system { 'liv 'sis·təm }

**live-virus vaccine** [IMMUNOL] A suspension of attenuated live viruses injected to produce immunity { 'liv 'vī·rəs vak'sēn }

**liveware** [COMPUT SCI] The people involved in the operation of a computer system, thought of as a component of the system along with hardware and software { 'liv,wer }

**living fossil** [BIOL] A living species belonging to an ancient stock otherwise known only as fossils { 'liv·iŋ 'fäs·əl }

**Livingstone sphere** [ENG] A clay atmometer in the form of a sphere; evaporation indicated by this instrument is supposed to be somewhat representative of that from plant growth { 'liv·iŋ·stən ,sfir }

**livingstonite** [MINERAL] HgSb₄S₇ A lead-gray mineral with red streak and metallic luster; a source of mercury { 'liv·iŋ·stə,nīt }

**livor mortis** [PATH] The reddish-blue discoloration of the cadaver that occurs in the dependent portions of the body due to gradual gravitational flow of unclotted blood. { 'lī,vor 'mòrd·əs }

**livre** [MECH] A unit of mass, used in France, equal to 0.5 kilogram { 'lēv·rə }

**lixiviate** [CHEM ENG] To extract a soluble component from a solid mixture by washing or percolation processes { lik'siv·ə,āt }

**lixiviation** *See* leaching { ,lik syü'rā·shən }

**lizard** [VERT ZOO] Any reptile of the suborder Sauria { 'liz·ərd }

**Lizard** *See* Lacerta { 'liz·ərd }

**lizard-hipped dinosaur** [PALEON] The name applied to members of the Saurichia because of the comparatively unspecialized three-pronged pelvis { 'liz·ərd ,hipt 'dī·nə,sòr }

**L. joint** *See* primary flat joint { 'el ,jòint }

**Ljungstraum heater** [MECH ENG] Continuous, regenerative, heat-transfer air heater (recuperator) made of slow-moving rotors packed with closely spaced metal plates or wires with a housing to confine the hot and cold gases to opposite sides { 'yüŋ strəm ,hēd·ər }

**Ljungstraum steam turbine** [MECH ENG] A radial out-



**LLOYD'S MIRROR INTERFERENCE**

Splitting of a light source with Lloyd's mirror. The slit S₁ and its virtual image S'₁ constitute the double source. Part of the light falls directly on the screen at P, and part is reflected at grazing incidence from a plane mirror.

ward-flow turbine having two opposed rotation rotors. { 'yüŋ strəm ,stēm 'tər·bən }

**LK virus** [VIROL] A type of equine herpesvirus { ¦el¦kā 'vī rəs }

**LL** *See* line link

**LL. virus** [VERT ZOO] Any of three species of South American artiodactyl mammals of the genus *Lama* in the camel family; differs from the camel in being smaller and lacking a hump { 'yäm ə }

**Llandeilian** [GEOL] Upper Middle Ordovician geologic time { lan'del·yən }

**Llandoverian** [GEOL] Lower Silurian geologic time. { ,lan do,vir·ē·ən }

**llano** [ECOL] A savannah of Spanish America and the southwestern United States having few trees. { 'yä·nō }

**Llanvirnian** [GEOL] Lower Middle Ordovician geologic time. { ,lan'vir·nē·ən }

**llebetjado** [METEOROL] In northeastern Spain, a hot, squally wind descending from the Pyrenees and lasting for a few hours { ,yä bet'hä dō }

**LLL circuit** *See* low-level logic circuit { ¦el¦el¦el ,sər·kət }

**Lloyd's mirror interference** [OPTICS] The interference pattern produced when part of the light from a slit falls directly on a screen, and part is reflected from a mirror whose surface makes a small angle with the incident beam { 'lòidz ¦mir·ər ,in·tər'fir·əns }

**lm** *See* lumen

**LM** *See* lunar excursion model

**L/M** [NUC PHYS] The ratio of the number of internal conversion electrons emitted from the *L* shell in the de-excitation of a nucleus to the number of such electrons emitted from the *M* shell

**LMC** *See* Large Magellanic Cloud.

**L meson** [PARTIC PHYS] A *K*-meson resonance having a mass of 1781 ± 14 MeV (megaelectronvolts), and a width of 70 MeV; its decay modes are dominantly *Kπ*π, with some *Kω* (5%) { 'el 'mā,sän }

**lm-hr** *See* lumen-hour

**lm-sec** *See* lumen-second

**lm/w** *See* lumen per watt.

**L network** [ELECTR] A network composed of two branches in series, with the free ends connected to one pair of terminals; the junction point and one free end are connected to another pair of terminals { 'el ,net,wərk }

**LNG** *See* liquefied natural gas

**LNG ship** [NAV ARCH] A specially designed, insulated tanker for shipping liquefied natural gas. { ¦el¦en¦jē ,ship }

**loach** [VERT ZOO] The common name for fishes composing the family Cobitidae; most are small and many are eel-shaped { lōch }

**load** [COMPUT SCI] 1. To place data into an internal register under program control 2. To place a program from external storage into central memory under operator (or program) control, particularly when loading the first program into an otherwise empty computer. 3. An instruction, or operator control button, which causes the computer to initiate the load action. 4. The amount of work scheduled on a computer system, usually expressed in hours of work [ELEC] 1. A device that consumes electric power. 2. The amount of electric power that is drawn from a power line, generator, or other power source 3. The material to be heated by an induction heater or dielectric heater Also known as work [ELECTR] The device that receives the useful signal output of an amplifier, oscillator, or other signal source [ENG] 1. To place ammunition in a gun, bombs on an airplane, explosives in a missile or borehole, fuel in a fuel tank, cargo or passengers into a vehicle, and the like 2. The quantity of gas delivered or required at any particular point on a gas supply system; develops primarily at gas-consuming equipment [MECH] 1. The weight that is supported by a structure. 2. Mechanical force that acts on a body 3. The burden placed on any machine, measured by units such as horsepower, kilowatts, or tons. [SIN ENG] Unit of weight of ore used in the South African diamond mines; equal to 1600 pounds (725 kilograms); the equivalent of about 16 cubic feet (0.453 cubic meter) of broken ore { lōd }

**load-and-carry equipment** [MECH ENG] Earthmoving equipment designed to load and transport material { 'lōd an 'kar·ē i,kwip·mənt }

**load-and-go** [COMPUT SCI] An operating technique with no

# TAB 39

EXHIBIT 9

IS RECEIVED    2 7 1995

REF
Q
121
.V 3
1995
v. 2

# VAN NOSTRAND'S SCIENTIFIC ENCYCLOPEDIA

## Eighth Edition

Animal Life
Biosciences
Chemistry
Earth and Atmospheric Sciences
Energy Sources and Power Techonology
Mathematics and Information Sciences
Materials and Engineering Sciences
Medicine, Anatomy, and Physiology
Physics
Plant Sciences
Space and Planetary Sciences

## DOUGLAS M. CONSIDINE, P.E.
Editor

## GLENN D. CONSIDINE
Managing Editor



VAN NOSTRAND REINHOLD
I(T)P A Division of International Thomson Publishing Inc.

New York • Albany • Bonn • Boston • Detroit • London • Madrid • Melbourne
Mexico City • Paris • San Francisco • Singapore • Tokyo • Toronto

A 556

Copyright © 1995 by Van Nostrand Reinhold
I(T)P™    A division of International Thomson Publishing Inc.
The ITP logo is a trademark under license

Printed in the United States of America
For more information, contact:

Van Nostrand Reinhold
115 Fifth Avenue
New York, NY 10003

International Thomson Publishing GmbH
Königswinterer Strasse 418
53227 Bonn
Germany

International Thomson Publishing Europe
Berkshire House 168-173
High Holborn
London WCIV 7AA
England

International Thomson Publishing Asia
221 Henderson Road #05-10
Henderson Building
Singapore 0315

Thomas Nelson Australia
102 Dodds Street
South Melbourne, 3205
Victoria, Australia

International Thomson Publishing Japan
Hirakawacho Kyowa Building, 3F
2-2-1 Hirakawacho
Chiyoda-ku, 102 Tokyo
Japan

Nelson Canada
1120 Birchmount Road
Scarborough, Ontario
Canada M1K 5G4

International Thomson Editores
Campos Eliseos 385, Piso 7
Col. Polanco
11560 Mexico D.F. Mexico

All rights reserved. No part of this work covered by the copyright hereon may
be reproduced or used in any form or by any means—graphic, electronic, or
mechanical, including photocopying, recording, taping, or information storage
and retrieval systems—without the written permission of the publisher.

1 2 3 4 5 6 7 8 9 10 ARCKP 01 00 99 98 97 96 95 94

Library of Congress Cataloging-in-Publication Data
Van Nostrand's scientific encyclopedia / Douglas M. Considine, editor
    Glenn D. Considine, managing editor.—8th ed.
        p.    cm.
    Includes bibliographical references and index.
    ISBN 0-442-01864-9 (set) —ISBN 0-442-01865-7 (v.  1)—ISBN
0-442-01868-1 (v.  2 )
    1. Science — Encyclopedias.    2. Engineering—Encyclopedias.
I. Considine, Douglas M.    II. Title: Scientific encyclopedia.
Q121.V3    1994                                                    94-29100
503—dc20                                                           CIP

**A 557**

2834    SHOOTING STAR

the forces are Coulombic in origin and the shocks are termed "collisionless." In this situation, shock waves lie more properly in the realm of plasma physics

See also Aerodynamics; and Supersonic Aerodynamics.

**SHOOTING STAR.** The popular term used to designate meteors These objects bear little if any relation to the stars other than that they are seen as bright, rapidly moving objects against the dark sky.

**SHORE EFFECT.** The change in the characteristics of an electromagnetic wave as it passes along a land-sea boundary, due to a difference in the propagation characteristics of the two regions. A source of error in radio direction-finders.

**SHORT CIRCUIT.** An electrical circuit is considered to be shorted when the terminals are connected directly together with only the impedance of the short connecting leads between them, thus for all practical purposes there is no resistance between them, hence no voltage can exist between them. While shorting a circuit which does not contain and is not connected to any source of voltage will produce no harmful effects, shorting a set of terminals across which a voltage normally exists will produce in many instances disastrous current flows In power circuits, protection is often provided by circuit breakers or fuses which open the circuit under the high values of current which will flow on short-circuits. Even then the transient effects which result from short circuits may cause generators to arc over. A short obviously puts the circuit out of use

See also Circuit Breaker; and Fuse (Electric).

**SHORT-RANGE FORCE.** A force between two particles which is essentially ineffective when the interparticle separation exceeds a certain distance; usually applied to nuclear forces which have a range of several times $10^{-13}$ centimeter

**SHOVELLER.** See Waterfowl.

**SHOWER.** See Precipitation and Hydrometeors.

**SHREWS.** See Moles and Shrews.

**SHRIKE** (*Aves, Passeriformes*). This bird (*Lanius*) is chiefly known for its habit of catching other birds and small animals and impaling uneaten remnants on thorns. It is also known as the butcher bird. The beak is notched and in some species hooked. The numerous species occur on all continents but South America. See accompanying illustration The minivet is a brightly-colored shrike (cuckoo-shrike), several species of which inhabit eastern Asia and India The bird is about 6 inches (15 centimeters) long, is black along the back, with bright orange underneath and on the tail and wings. The female tends to be dark gray with a dull yellow coloration Nests are cup-shaped and made of roots, pine needles, spider webs, and twigs. There are three to four green eggs with pale pink spots



Shrike

**SHUNT (Electrical).** An electrical bypath so arranged that an electric current divides and flows partially through a second path (termed *shunt*). Shunts are employed in instrument circuits and other electrical equipment. For example, in the shunt-wound generator, the field coils are shunted across the armature circuit The shunt resistance is very

high and consequently only a very small portion of the current flows through the shunt winding

A current by-pass often is used with permanent-magnet moving-coil electrical instruments because only currents up to about 50 milliamperes can be taken into a moving-coil through the springs Direct current instruments in excess of this range require the use of a parallel resistance circuit formed by one or several shunts. Where these ranges are moderate, the shunts usually are self-contained On higher ranges, the shunts become physically large and convert more than a few watts into heat. One kilowatt for 50 millivolts, 20,000 amperes. Thus, they are used as accessories external to the instrument Small or large, these devices consist of one or several manganin conductors terminating in copper blocks which are provided with separate terminals for connection to the instrument to avoid errors

The manganin sections are soldered into the copper blocks Shunt construction is such that heat is carried off at a rate sufficient to keep the operating temperature below the softening point of the solder. Adequate conductors tightly fastened, clean contact surfaces, and free air circulation are important

Ammeters for use with external shunts are provided with special leads for shunt connection. Shunts are usually made to produce a standard potential drop, such as 50 millivolts at rated current and the associated dc mechanism is then built to give fullscale deflection on a slightly smaller potential so as to allow for lead resistance. As the leads form part of the mechanism circuit, shown in Fig 1, their resistance must not be altered.



Fig 1  Use of a shunt with a permanent-magnet moving-coil ammeter

Usually the current through the mechanism is a negligble portion of the total and the potential drop across the shunt terminals is nearly the same with or without the mechanism in the circuit In instruments of moderate precision and fairly high current range, this difference can be neglected and shunts and instruments made interchangeable. In instruments of high precision and in instruments of low current range, the shunt adjustment must take into account the instrument current Such combinations are usually not interchangeable

Multirange shunts should be connected as shown in Fig 2 to avoid the use of a switch with its variable contact resistance between shunts and mechanism



Fig. 2  Preferable manner for connecting a multirange shunt to avoid use of switch.

Because of the relatively high current consumption of alternating current instruments, shunts are not used for obtaining either multiple ranges or extending the base range. The division of current between mechanism and shunt would become unfavorable and would invite inaccuracies due to the difficulty of obtaining good pressure contacts, as well as the fact that the current division would be a function not merely

TAB 40



THE ART OF ELECTRONICS

Paul Horowitz HARVARD UNIVERSITY

Winfield Hill SEA DATA CORPORATION, NEWTON, MASSACHUSETTS



The right of the
University of Cambridge
to print and sell
all manner of books
was granted by
Henry VIII in 1534.
The University has printed
and published continuously
since 1584.

CAMBRIDGE UNIVERSITY PRESS
Cambridge
London New York
New Rochelle Melbourne Sydney

A 559

Published by the Press Syndicate of the University of Cambridge
The Pitt Building, Trumpington Street, Cambridge CB2 1RP
32 East 57th Street, New York, NY 10022, USA
296 Beaconsfield Parade, Middle Park, Melbourne 3206, Australia

© Cambridge University Press 1980

First published 1980
Reprinted 1981 (thrice), 1982, 1983 (twice), 1984 (twice)

Printed in the United States of America
Typeset by Science Press, Inc., Ephrata, Pennsylvania
Printed and bound by Hamilton Printing Company, Rensselaer, New York

Library of Congress Cataloging in Publication Data

Horowitz, Paul, 1942–

The art of electronics.

1. Electronics. 2. Electronic circuit design.
I. Hill, Winfield, joint author. II. Title.
TK7815.H67   1980   621.381   79-27170
ISBN 0 521 23151 5 hard covers
ISBN 0 521 29837 7 paperback



Figure 1-1

via one path through a circuit equals the sum by any other route equals the voltage between $A$ and $B$. Sometimes this is stated as follows: The sum of the voltage drops around any closed circuit is zero. This is Kirchhoff's voltage law.

**3.** The power (work per unit time) consumed by a circuit device is

$$P = VI$$

This is simply (work/charge) × (charge/time). For $V$ in volts and $I$ in amps, $P$ comes out in watts. Watts are joules per second (1W = 1J/s).

Power goes into heat (usually), or sometimes mechanical work (motors), radiated energy (lamps, transmitters), or stored energy (batteries, capacitors). Managing the heat load in a complicated system (e.g., a computer, in which many kilowatts of electrical energy are converted to heat, with the energetically insignificant by-product of a few pages of computational results) can be a crucial part of the system design.

Soon, when we deal with periodically varying voltages and currents, we will have to generalize the simple equation $P = VI$, but it's correct as a statement of instantaneous power just as it stands.

Incidentally, don't call current "amperage"; that's strictly bush-league. The same caution will apply to the term "ohmage" when we get to resistance in the next section.

### 1.02 Relationship between voltage and current: resistors

This is a long and interesting story. It is the heart of electronics. Crudely speaking, the name of the game is to make and use gadgets that have interesting and useful $I$ versus $V$ characteristics. Resistors ($I$ simply proportional to $V$), capacitors ($I$ proportional to rate of change of $V$), diodes ($I$ only flows in one direction), thermistors (temperature-dependent resistor), photoresistors (light-dependent resistor), strain gauges (strain-dependent resistor), etc., are examples. We will gradually get into some of these exotic devices; for now, we will start with the most

---

PREFIXES

These prefixes are universally used to scale units in science and engineering:

| Multiple | Prefix | Symbol |
|----------|--------|--------|
| $10^{12}$ | tera | T |
| $10^{9}$ | giga | G |
| $10^{6}$ | mega | M |
| $10^{3}$ | kilo | k |
| $10^{-3}$ | milli | m |
| $10^{-6}$ | micro | $\mu$ |
| $10^{-9}$ | nano | n |
| $10^{-12}$ | pico | p |
| $10^{-15}$ | femto | f |

When abbreviating a unit with a prefix, the symbol for the unit follows the prefix without space. Be careful about upper-case and lower-case letters (especially m and M) in both prefix and unit: 1mW is a milliwatt, or one-thousandth of a watt; 1MHz is 1 million hertz. In general, units are spelled with lower-case letters, even when they are derived from proper names. The unit name is not capitalized when it is spelled out and used with a prefix, only when abbreviated. Thus: hertz and kilohertz, but Hz and kHz; watt, milliwatt, and megawatt, but W, mW, and MW.



### EXERCISE 1.5

Show that it is not possible to exceed the power rating of a ¼ watt resistor of resistance greater than 1k, no matter how you connect it, in a circuit operating from a 15 volt battery.

### EXERCISE 1.6

Optional exercise: New York City requires about $10^{10}$ watts of electrical power, at 110 volts (this is plausible: 10 million people averaging 1 kilowatt each). A heavy power cable might be an inch in diameter. Let's calculate what it means if we try to supply the power through a cable 1 foot in diameter made of pure copper. Its resistance is $0.05\mu\Omega$ ($5 \times 10^{-8}$ ohms) per foot. Calculate (a) the power lost per foot from "$I^2R$ losses," (b) the length of cable over which you will lose all $10^{10}$ watts, and (c) how hot the cable will get, if you know the physics involved ($\sigma = 6 \times 10^{-12} \text{ W/}°\text{K}^4\text{cm}^2$).

If you have done your computations correctly, the result should seem preposterous. What is the solution to this puzzle?

### 1.03  Voltage dividers

This use of resistors is everywhere. Show us a circuit and we'll show you a half dozen voltage dividers. This simple circuit is shown in Figure 1.5. What is $V_{out}$? Well, the current



Figure 1.5

(same everywhere, assuming no "load" on the output) is

$$I = \frac{V_{in}}{R_1 + R_2}$$

(We've used the definition of resistance and the resistance law.) Then, for $R_2$,

$$V_{out} = IR_2 = \frac{R_2}{R_1 + R_2} V_{in}$$

Note that the output voltage is always less than (or equal to) the input voltage; that's why it's called a divider. You could get amplification (more output than input) if one of the resistances were negative. This isn't as crazy as it sounds; it is possible to make devices with negative "incremental" resistances (e.g., the tunnel diode) or even true negative resistances (e.g., the negative-impedance converter that we will talk about later in the book). However, these applications are rather specialized and need not concern you now.

Voltage dividers are often used in circuits to generate a particular voltage from a larger fixed (or varying) voltage. For instance, if $R_2$ is an adjustable resistor, you have a "volume control." The humble voltage divider is even more useful, though, as a way of *thinking* about a circuit: the input voltage and upper resistance might represent the output of an amplifier, say, and the lower resistance might represent the input of the following stage. In this case the voltage divider equation tells you how much signal gets to the input of that last stage. This will all become clearer after you know about a remarkable fact (Thévenin's theorem) that will be discussed later. First, though, a short aside on voltage and current sources.

### 1.04  Voltage and current sources

A perfect voltage source is a two-terminal *black box* that maintains a fixed voltage drop across its terminals, regardless of load resistance. (For instance, this means that it must supply a current $I = V/R$ when a resistance $R$ is attached to its terminals. A real voltage source can supply only a finite maximum current, and in addition it generally behaves like a perfect voltage source with a small resistance in series. Obviously, the smaller this series resistance, the better. A voltage source "likes" an open-circuit load and "hates" a short-circuit load, for obvious reasons. The symbols used to indicate a voltage source are shown in Figure 1.6.

A perfect current source is a two-terminal black box that maintains a constant current through the external circuit, regardless of load resistance or applied voltage. In order to

**FOUNDATIONS**
8    Voltage, current, and resistance



Figure 1.6

do this it must be capable of supplying any necessary voltage across its terminals. Real current sources (a much-neglected subject in most textbooks) have a limit to the voltage they can provide (called the *output voltage compliance*, or just *compliance*), and in addition they do not provide absolutely constant output current. A current source "likes" a short-circuit load and "hates" an open-circuit load. The symbols used to indicate a current source are shown in Figure 1.7.



Figure 1.7

A battery is a real-life approximation of a voltage source (there is no analog for a current source). A standard D-size flashlight cell, for instance, has a terminal voltage of 1.5 volts, an equivalent series resistance of about ¼ ohm, and a total energy capacity of about 10,000 watt-seconds (its characteristics gradually deteriorate with use; at the end of its life the voltage may be about 1.0 volt, with an internal series resistance of

several ohms). It is easy to construct voltage sources with far better characteristics, as you will learn when we come to the subject of feedback. Except in devices intended for portability, the use of batteries in electronic devices is rare.

**1.05   Thévenin's theorem**

Thévenin's theorem states that any two-terminal network of resistors and voltage sources is equivalent to a single resistor $R$ in series with a single voltage source $V$. This is remarkable. Any mess of batteries and resistors can be mimicked with one battery and one resistor (Fig. 1.8). (Incidentally, there's



Figure 1.8

another theorem, Norton's theorem, that says you can do the same thing with a current source in parallel with a resistor.)

How do you figure out the Thévenin equivalent $R_{Th}$ and $V_{Th}$ for a given circuit? Easy! $V_{Th}$ is the open-circuit voltage of the Thévenin equivalent circuit; so if the two circuits behave identically, it must also be

**MULTIMETERS**

There are numerous instruments that let you measure voltages and currents in a circuit. The oscilloscope (see Appendix A) is the most versatile; it lets you "see" voltages versus time at one or more points in a circuit. Logic probes and logic analyzers are special-purpose instruments for troubleshooting digital circuits. The simple multimeter provides a good way to measure voltage, current, and resistance, often with good precision; however, it responds slowly, and thus cannot replace the oscilloscope where changing voltages of are interest. Multimeters are of two varieties: those that indicate measurements on a conventional moving-pointer meter movement and those of the more recent digital variety.

The standard VOM (volt-ohm-millimeter) multimeter uses a meter movement that measures current (typically 50µA full scale). (See a less-design-oriented electronics book for

FOUNDATIONS
24  Impedance and reactance



Figure 1.41

the current at zero output voltage is the same as that of the current source, is also drawn for comparison. (Real current sources generally have output compliances limited by the power supply voltages used in making them, so the comparison is realistic.) In the next chapter, which deals with transistors, we will design some current sources, with some refinements to follow in the chapters on operational amplifiers (op-amps) and field-effect transistors (FETs). Exciting things to look forward to!

EXERCISE 1.15

A current of 1mA charges a $1\mu F$ capacitor. How long does it take the ramp to reach 10 volts?

## INDUCTORS AND TRANSFORMERS

### 1.16  Inductors

If you understand capacitors, you won't have any trouble with inductors (Fig. 1.42).



Figure 1.42

They're closely related to capacitors; the rate of current change in an inductor depends on the voltage applied across it, whereas the rate of voltage change in a capacitor depends on the current through it. The defining equation for an inductor is

$$V = L \frac{dI}{dt}$$

where $L$ is called the *inductance* and is measured in henrys (or mH, $\mu H$, etc.). Putting a voltage across an inductor causes the current to rise as a ramp (for a capacitor, supplying a constant current causes the voltage to rise as a ramp); 1 volt across 1 henry

produces a current that increases at 1 amp per second.

The symbol for an inductor looks like a coil of wire; that's because, in its simplest form, that's all it is. Variations include coils wound on various core materials, the most popular being iron (or iron alloys, laminations, or powder) and ferrite, a black, nonconductive, brittle magnetic material. These are all ploys to multiply the inductance of a given coil by the "permeability" of the core material. The core may be in the shape of a rod, a toroid (doughnut), or even more bizarre shapes, such as a "pot core" (which has to be seen to be understood; the best description we can think of is a doughnut mold split in half, if doughnuts were made in molds).

Inductors find heavy use in radiofrequency (RF) circuits, serving as RF "chokes" and as parts of tuned circuits. A pair of closely coupled inductors form the interesting object known as a transformer. We will talk briefly about them in the next section.

An inductor is, in a real sense, the opposite of a capacitor. You will see how that works out in the next few sections of this chapter, which deal with the important subject of *impedance*.

### 1.17  Transformers

A transformer is a device consisting of two closely coupled coils (called primary and secondary). An ac voltage applied to the primary appears across the secondary, with a voltage multiplication proportional to the turns ratio of the transformer. The current is, of course, correspondingly reduced. Figure 1.43 shows the circuit symbol for a lami-

Figure 1.43

nated-core transformer (the kind used for 60Hz ac power conversion).

Transformers are quite efficient (output power is very nearly equal to input power); thus a step-up transformer gives higher voltage at lower current. Jumping ahead for a moment, a transformer of turns ratio $n$

**A 564**

25

increases the impedance by $n^2$. There is very little primary current if the secondary is unloaded.

Transformers serve two important functions in electronic instruments: They change the ac line voltage to a useful (usually lower) value that can be used by the circuit, and they "isolate" the electronic device from actual connection to the power line, since the windings of a transformer are electrically insulated from each other. "Power transformers" (meant for use from the 110 volt power line) come in an enormous variety of secondary voltages and currents: outputs as low as 1 volt or so up to several thousand volts, current ratings from a few milliamps to hundreds of amps. Typical transformers for use in electronic instruments might have secondary voltages from 10 to 50 volts, with current ratings of 0.1 to 5 amps or so.

Transformers for use at audio frequencies and radiofrequencies are also available. At radiofrequencies you sometimes use tuned transformers, if only a narrow range of frequencies is present. There is also an interesting class of transmission-line transformers that we will discuss briefly in Section 3.10. In general, transformers for use at high frequencies must use special core materials or construction to minimize core losses, whereas low-frequency transformers (e.g., power transformers) are burdened instead by large and heavy cores. The two kinds of transformers are in general not interchangeable.

### IMPEDANCE AND REACTANCE

Warning: This section is somewhat mathematical; you may wish to skip over the mathematics, but be sure to pay attention to results.

Circuits with capacitors and inductors are more complicated than the resistive circuits talked about earlier, in that they depend on frequency; they "corrupt" inputs such as are waves, as we just saw. Yet it is possible to generalize Ohm's law, replacing the word "resistance" with "impedance," in order to describe any circuit containing these linear passive devices (resistors, capacitors, and inductors). You could think

of the subject of impedance and reactance as Ohm's law for circuits that include capacitors and inductors. Some important terminology: Impedance is the "generalized resistance"; inductors and capacitors have *reactance* (they are "reactive"); resistors have *resistance* (they are "resistive"). In other words, impedance = resistance + reactance (more about this later). However, you'll see statements like "the impedance of the capacitor at this frequency is . . ." The reason you don't have to use the word reactance in such a case is that impedance covers everything. In fact, you frequently use the word impedance even when you know it's a resistance you're talking about; you say "the source impedance" or "the output impedance" when you mean the Thévenin equivalent resistance of some source. The same holds for "input impedance."

In all that follows, we will be talking about circuits driven by sine waves at a single frequency. Analysis of circuits driven by complicated waveforms is more elaborate, involving the methods we used earlier (differential equations) or decomposition of the waveform into sine waves (Fourier analysis). Fortunately, these methods are seldom necessary.

### 1.18  Frequency analysis of reactive circuits

Let's start by looking at a capacitor driven by a sine-wave voltage source (Fig. 1.44). The current is

$$I(t) = C\frac{dV}{dt} = C\omega V_0 \cos \omega t$$

i.e., a current of amplitude $I$, with the phase leading the input voltage by 90°. If we consider amplitudes only, and disregard phases, the current is

$$I = \frac{V}{1/\omega C}$$

(Recall that $\omega = 2\pi f$.) It behaves like a frequency-dependent resistance $R = 1/\omega C$, but in addition the current is 90° out of phase with the voltage (Fig. 1.45). For example, a $1\mu F$ capacitor put across the

351



input

D

Q

output

Figure 8.56

you may not know they are present. They can clock subsequent flip-flops erratically, and they may be widened or narrowed to extinction by passage through gates and inverters.

EXERCISE 8.24

Demonstrate that the preceding pulse synchronizer circuit (Fig. 8.55) does not generate glitches.

A few comments about synchronizers: The input to the $D$ flip-flop can come from other logic circuitry, rather than from a debounced switch. There are applications in computer interfacing, etc., where an asynchronous signal must communicate with a clocked device; in such cases clocked flip-flops or synchronizers are ideal. In this circuit, as in all logic, unused inputs must be handled properly. For instance, SET and CLEAR must be connected so that they are not asserted (for a 7474, tie them HIGH; for a 4013, they are grounded). Unused inputs that have no influence on the outputs can be left unconnected (e.g., inputs to unused gates), except in CMOS, where they should be grounded to prevent output-stage current (more on that in Chapter 9). A dual synchronizer is available as the 74120, although it has not been widely used.

MONOSTABLE MULTIVIBRATORS

The monostable multivibrator, or "one-shot" (emphasis on the word "one"), is a variation of the flip-flop (which is sometimes called a bistable multivibrator) in which the output of one of the gates is capacitively coupled to the input of the other gate. The result is that the circuit sits in one state. If it is forced to the other state by a momentary input pulse, it will return to the original state after a delay time determined by the capacitor value and the circuit parameters (input current, etc.). It is very useful (some would say too useful) for generating pulses of selectable width and polarity. Making one-shots with gates and $RC$s is tricky, and it depends on the details of the gate's input circuit, since, for instance, you wind up with voltage swings beyond the supply voltages. Rather than encourage bad habits by illustrating such circuits, we will just treat the one-shot as an available functional unit. In actual circuits it is best to use a packaged one-shot; you construct your own only if absolutely necessary, e.g., if you have a gate available and no room for an additional IC package (even then, maybe you shouldn't).

8.20    One-shot characteristics

*Inputs*

One-shots are triggered by a rising or falling edge at the appropriate inputs. The only requirement on the triggering signal is that it have some minimum width, typically 25ns to 100ns. It can be shorter or longer than the output pulse. In general, several inputs are provided so that several signals can trigger the one-shot, some on positive edges and some on negative edges (remember, a negative edge means a HIGH-to-LOW transition, not a negative polarity). The extra inputs can also be used to inhibit triggering. Figure 8.57 shows four examples.

Each horizontal row of the table represents a valid input triggering transition. For example, the 74121 will trigger when one of the $A$ inputs makes a HIGH-to-LOW transition, if the $B$ input and the other $A$ input are both HIGH. The 9602 is a dual monostable with OR gating at the input; if only one input is used, the other must be disabled, as shown. The 74121 has three inputs, with a combination of OR and AND gating (and triggering), as shown. Its $B$ input is a Schmitt trigger, more forgiving with slowly rising or noisy input signals. This monostable also includes a not-too-good internal



TAB 41

# Webster's
# Third
# New International
# Dictionary

## OF THE ENGLISH LANGUAGE
## UNABRIDGED

*A Merriam-Webster*

REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than*
*one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER
EDITORIAL STAFF



MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 2002 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 2002 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove
and the Merriam-Webster editorial staff.
    p.    cm.
    ISBN 0-87779-201-1 (blue sturdite).—ISBN 0-87779-202-X
(carrying case).—ISBN 0-87779-206-2 (imperial buckram).
    1. English language—Dictionaries.    I. Gove, Philip Babcock,
1902–1972.    II. Merriam-Webster, Inc.
PE1625.W36
423-dc20

*All rights reserved. No part of this book covered by the copyrights hereon may be
reproduced or copied in any form or by any means—graphic, electronic, or me-
chanical, including photocopying, taping, or information storage and retrieval
systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

535455QKY0504

A 568

ideally, the entire logico-dialec-
tical process —Frank Thilly)
: POTENTIALLY — contrasted
with *in esse*



inpolygons

¹in·pour \'ᵊₙ,ᵊᵣ\ *n* [⁴*in* + *pour* (after *pour in*, v.)] : a pouring in
: INRUSH ⟨the ~ of tumultuous Irish immigrants —Helen
Sullivan⟩

²in·pour \(')ᵊₙ,ᵊᵣ\ *vi* : to pour in ⟨goods and money *inpoured*
—J.J.Mallon⟩

inpouring \'ᵊₙ,ᵊᵣᵢ\ *n* -s [⁴*in* + *pouring* (after *pour in*, v.)] : IN-
POUR ⟨viewed the ~ of bedraggled foreigners with alarm —
A.D.Graeff⟩

in-print \'ᵊₙ,ᵊᵣ\ *n* [fr. the phrase *in print*] : a title that is in
print

in-process \ᵊₙ+\ *adj* [fr. the phrase *in process*] : being
worked on in manufacture in distinction from raw materials
and from finished products

in pro·pria per·so·na \ᵊₙ'prōprēapə(r)'sōnə\ *adv* [L] : in
one's own person : without the assistance of an attorney
: PERSONALLY

in·put \'in,pút, *usu* -úd·+V\ *also* im·put \'im,-\ *n* [*input* fr.
⁴*in* + *put* (after *put in*, v.); *imput* alter. of *input*] **1** : something
that is put in: as **a** *chiefly Scot* : a contribution of money
**b** : an amount put in ⟨increase the ~ of fertilizer⟩  **c** : power
or energy put into a machine or system for storage (as into a
storage battery) or for conversion in kind (as into a mechani-
cally driven electric generator or a radio receiver) or conversion
of characteristics (as into a transformer or electronic ampli-
fier) usu. with the intent of sizable recovery in the form of out-
put  **d** : a component of production (as land, labor, or mate-
rials) ⟨~s such as seed, twine, ginning fees, and containers
—D.G.Johnson⟩  **e** : data or similar information fed into a
computer or accounting machine  **2 a** : the point at which an
input (as of energy, material, or data) is made  **b** : the method
or equipment used in making an input  **3** : the act, process, or
an instance of putting in ⟨requires a continuous ~ of energy
both for maintenance and for propagation —G.A.Bartholo-
mew & J.B.Birdsell⟩

input well *n* : INJECTION WELL

in querpo *var of* IN CUERPO

in·quest \'in,kwest\ *n* [ME *enquest, inquest,* fr. OF *enqueste,*
fr. fem. of (assumed) *enquest,* fr. (assumed) VL *inquaestus,*
past part. of *inquaerere* to inquire — more at INQUIRE]  **1 a** : a
judicial or official inquiry or examination esp. before a jury
⟨a coroner's ~⟩ ⟨an ~ to fix damages⟩  **b** : a body of men esp.
a jury assembled to hold such an inquiry  **c** : the finding of
the jury upon such inquiry or the document recording it
**2** : INQUIRY, INVESTIGATION ⟨a two-year ~ into the conduct of
the executive —W.E.Binkley⟩  *syn* see INQUIRY

often by a
similar inve
⟨it turned o
translated h
at the *inqu*
*inquest* on
*Repulse* and
in this sens
discover so
the disbarri
refunds⟩  R
to uncover
tice has es
usurpation
Congress u
*searches* . .
bilities grea
*Americana*⟩
inquiry age
in-quis·ite
of *inquirere*
to inquisiti
can stand c
**2** *obs* : INQ
¹in·qui·si·ti
*inquisition,*
of *inquirere*
instance of
VESTIGATIO
Adams⟩ ⟨p
—John Buc
tion usu. be
or for fixing
jury or the
*tion-, inquis*
astical tribu
period hav
ment, and
tribunal se
with the ol
Judaism, cr
by the extr
inquiry or
for individ
bias, or hos
by the auth
Davis⟩ ⟨th
acteristic o
or searchin

solete ⟨the electric trolley ~s the horse car⟩ ⟨the machine has *outmoded* human slavery —become unfashionable or obsolete ⟨equipman hairdos —J.T.Winterich⟩

*adj* [*out* (*of*) *mode* + -*ed*] **1** : left behind ⟩ : not in style ⟨the most ridiculous and ~ Bennett⟩ **2** : no longer acceptable or ⟨n ~ building⟩ ⟨~ ideas⟩ ⟨an ~ textbook⟩ t *also chiefly Brit* : *ma͟st\ adj [³out* + r ⟨from the centers of fashion to the o-ilized world —Edward Sapir⟩

+ -*ness*] : the quality or state of being out; or state of being distinguishable from the exisiting in space and possessing materiality : more than thought and have an ~, a -S.T.Coleridge⟩

, *vt* [*out-* + *number*] : to exceed in number . OE *ūt of, fr. ūt* out (adv.) + *of* — more used as a function word to indicate direc-om an enclosed space to the outside ⟨fell ok his hands *out of* his pockets⟩ ⟨hit the rk⟩ ⟨stomped up the aisle and *out of* . Thurber⟩ **b** — used as a function word or situation outside the bounds of a group, or condition ⟨voted him *out of* the club⟩ faith⟩ ⟨born *out of* wedlock⟩ ⟨*out of* the sed as a function word to indicate a change form ⟨the patient is *out of* danger⟩ ⟨trans-Latin into English⟩ ⟨woke up *out of* a deep s a function word to indicate a state of ormal, usual, or correct ⟨the trees grew ere . . . and many of them were *out of* line ster⟩ ⟨his prices are *out of* line⟩ ⟨the mi-cus⟩ ⟨made some remarks that were *out of* a function word to indicate a position or at is familiar or expected ⟨*out of* his depth⟩ *out of* his class⟩ **3 a** — used as a function rection, motion, or distance from a point · or starting point ⟨he has gone *out of* town y were ten miles *out of* port before they ⟩ ⟨the salesmen operate *out of* New York⟩ ction word usu. with a specified number to om a place or limit ⟨a suburb two miles ands of miles *out of* the earth's gravitation-as a function word to indicate removal or n the effective action of some faculty or ed *out of* range⟩ ⟨he was soon *out of* sight⟩ *ut of* control⟩ **4 a** — used as a function rigin or birth ⟨many capable performers nares with below average records —F.A. oy *out of* the Middle West⟩ **b** — used as a ndicate basis or source ⟨a farmer who had rawberries —Roy Lewis & Angus Maude⟩ ne *out of* steel⟩ ⟨growth must be financed J.Martin b.1906⟩ **c** — used as a function ause or motive ⟨acted *out of* reverence nsibility —R.M.Weaver⟩ ⟨obeys him *out of* n arose *out of* many different factors⟩ nction word to indicate exclusion from or office or position ⟨was forced *out of* his ed *out of* his post⟩ **b** — used as a function e fact or condition of being without some-rly possessed ⟨the store was *out of* sugar⟩ eath when he ran up⟩ ⟨the car is *out of* gas⟩ ction word to indicate choice or selection

halt, in bivouac, or in battle position, to protect it from ob-servation or surprise by the enemy **b** : the post or station of such detachment **c** : a military base established by treaty or agreement in another country ⟨an important U.S. military ~ in the Far East —*Americana Annual*⟩ **2 a** : an outlying settlement ⟨a last-chance ~ at the beginning of the swamp country —B.H.Scott⟩ **b** : the most advanced position or outermost limit of something : FRONTIER ⟨at the last ~ of the mind —*Times Lit. Supp.*⟩ ⟨the last ~ of our knowledge of the evolution of man as such —R.W.Murray⟩ ⟨the highest ~ of the trees —G.R.Stewart⟩ **c** : an outlying branch or position of a main organization or group ⟨four Eastern networks, each with an ~ on the West coast —*Time*⟩ **3 a** : an oil or gas well near the boundary of an adjoining oil or gas field

²**outpost** \"\ *vt* : to guard or place under observation by an outpost detachment ⟨~ the road⟩ ⟨~ the farmhouse⟩

**outpouching** \ˈs͟‚s͟‚s\ *n* -s [³out + pouching, gerund of pouch (after pouch out, v.)] : EVAGINATION

¹**outpour** \(ˈ)͟‚s͟‚ˈs\ *vt* [¹out + pour] : to pour out

²**outpour** \ˈs͟‚s͟‚s\ *n* [³out + pour (after pour out, v.)] : OUT-POURING

**outpouring** \ˈs͟‚s͟‚s\ *n* -s [³out + pouring, gerund of pour (after pour out)] **1** : the act of pouring out ⟨~s of the spirit —L.P. Smith⟩ ⟨a steady ~ of research work —S.M.Spencer⟩ **2** : some-thing that pours out or is poured out : OUTBURST, OUTFLOW ⟨the ~s of lava buried the village⟩ ⟨believes that a work of art is not an oracular ~ —Edmund Wilson⟩

**outpray** \(ˈ)͟‚s͟‚ˈs\ *vt* [*out-* + *pray*] : to surpass in praying

**outpreach** \(ˈ)͟‚s͟‚ˈs\ *vt* [*out-* + *preach*] : to outdo in preaching

**outprize** \(ˈ)͟‚s͟‚ˈs\ *vt* [*out-* + *prize*] : to surpass in value or estimation

**outproduce** \ˈs͟‚s͟‚ˈs\ *vt* [*out-* + *produce*] : to surpass in produc-tion

**outpull** \ˈ(ˈ)͟‚s͟‚ˈs\ *vt* [*out-* + *pull*] : to attract a larger audience than ⟨~s all other shows in town⟩

¹**output** \ˈs͟‚s͟‚s\ *n* [³out + put (after put out, v.)] **1** : something that is put out or produced: as **a** : mineral, agricultural, or industrial production ⟨coal ~⟩ ⟨wheat ~⟩ ⟨new car ~⟩ **b** : mental or artistic production ⟨his enormous symphonic ~⟩ ⟨his small literary ~⟩ ⟨a period of great scientific ~⟩ **c** : the amount produced by a person in a given time ⟨the average daily ~ of coal miners⟩ **d** (1) : power or energy delivered by a machine or system for storage ⟨as by a storage battery⟩ or for conversion in kind ⟨as by a mechanically driven electric generator or a radio receiver⟩ or for conversion of character-istics ⟨as by a transformer or electronic amplifier⟩ (2) : the terminal for the output on an electrical device **e** (1) : the information fed out by a computer or accounting machine (2) : the recording or printing device or its product ⟨as magnetic tape, punched cards, or printed records⟩ to which such information is transferred **2** : the act, process, or an instance of putting out

²**output** \(ˈ)͟‚s͟‚ˈs\ *vt* [¹out + put] : to put out : PRODUCE

**output shaft** *n* : a shaft that transmits power from the prime mover to the units or parts to be operated

**outrace** \(ˈ)͟‚s͟‚ˈs\ *vt* [*out-* + *race*] : to run faster than : OUT-DISTANCE ⟨inflation is *outracing* production —Eliot Janeway⟩

¹**out-rage** \ˈau̇t‚rāj\ *n* [OE, fr. OF, excess, outrage, fr. *outre* beyond ⟨fr. L *ultra*⟩ + -*age* — more at ULTERIOR] **1** : an act of violence : a brutal attack ⟨arranged ~s and assassinations —Anthony West⟩ **2** : an injury or insult to a person or thing : an act or condition that violates accepted standards of be-havior or taste ⟨an ~ alike against decency and dignity —John Buchan⟩ ⟨an ~ upon journalism and upon society —F.L.Mott⟩ **3** : a feeling of anger and resentment aroused by something regarded as an injustice or insult ⟨his sense of ~

demand for electric Republic) **2** : to ⟨~ed his unsuspecti gled in his own plo ~ing slyness —Owe ⟨alert to the ~ing t ²**outreach** \ˈs͟‚s͟‚ˈs\ act or process of toward beauty of f of reach ⟨away fr Johnson⟩ ⟨his evan Comfort⟩

**ou·tre·cuid·ance** aunce, utterquidair cuider, outrecuidier + cuider, cuidier to think, think about t

**outrelief** \ˈs͟‚s͟‚ˈs\ *n* living outside an in : extreme self-conc

**outride** \(ˈ)͟‚s͟‚ˈs\ *vt* or farther than ~ them and ~ them storm⟩ ⟨patience to that lie ahead —H.

²**outride** \ˈs͟‚s͟‚ˈs\ *n* [ stressed syllable o sprung rhythm but lack of effect upon

**outrider** \ˈs͟‚s͟‚ˈs\ *n* [ attendant on horse riage ⟨rode in a si —*Time*⟩ (2) : a r to the starting po or person ⟨a long —Albert Hubbell⟩ ~s brushing repo ber of an advance cedes or announce BINGER, PORTENT ⟨ zons the ~s of an sugar maple . . . Barnes⟩ **2** *dial* : rides on inspection was acting as ~, —James Thurber⟩

**out·rig** \ˈau̇t‚rig, ( equip with outrig —Geneva J. Yock

**out·rig·ger** \-gə(r



**1 a** : a light proje tached to a seagoi to prevent it from out from a ship's s to extend a rope o

,sig͵moi'dektəmē\ n -ES [²sigmoid + -moval of part of the sigmoid flexure : an S-shaped curve (as in the neck of a  sigmoid colon : the contracted and ntestine between the descending colon nating in the latter at the brim of the STION illustration

s\ n -ES [NL, fr. ISV ²sigmoid + NL of the sigmoid flexure of the colon rved depression on the upper border of the coronoid process and the articula- lower primates and some extinct men

g'mȯidə,skōp\ n [²sigmoid + -o- + ow tubular instrument designed to be d colon through the anus and to permit treatment, and photography — sig- ⸗ⁱskäpik\ adj — sig·moid·os·co·py -ES

sig͵mȯi'dästəmē\ n -ES [ISV ²sigmoid + bdominal formation of an artificial anus ns of surgery

LUNAR VALVE

nse 10b [ME signe, fr. OF, fr. L signum ge; perh. akin to L secare to cut — more n, gesture, or bodily action by which a r a command or a wish is made known nit of language (as a word) that means, or denotes something to an interpreter X, SYMBOL  d : one of the members of a ares used to represent language directly er by letter — compare DACTYLOLOGY  mark or device having a recognized d used in place of words  b : an ideo- r picture conventionally used in writing nt a usu. technical term or conception ly used in bibliographical work as a ~ Bowers)  c : a character standing for ion in braille or other system of writing : of the 12 divisions of the zodiac that itions of the 12 zodiacal constellations . of intersection of the ecliptic and the eastward each being now because of the noxes displaced 30 degrees to the west aring its name

NS OF THE ZODIAC

| ME | SYMBOL | SUN ENTERS |
| --- | --- | --- |
| n | ♈ | March 21 |
| ull | ♉ | April 20 |
| wins | ♊ | May 21 |
| rab | ⊗ | June 22 |
| | ♌ | July 23 |
| gin | ♍ | August 23 |
| ance | ♎ | September 23 |
| corpion | ♏ | October 24 |
| e Archer | ♐ | November 22 |
| e Goat | ♑ | December 22 |
| Water Bearer | ♒ | January 20 |
| hes | ♓ | February 19 |

t flat, sharp) used in musical notation; haracter indicating a relation between ion, = equality) or an operation per- l √, integral ∫, factorial !); also : a art of a representation of a number (as : a heraldic or military device (as on a : STANDARD, BANNER, ENSIGN  c signs obs : an attesting mark (as on a seal) MPRINT  6 a : a lettered board or other n or top, or ousine ame of ducti placed

²sign \'\ vb -ED/-ING/-S [ME signen, fr. MF signer, fr. L sig- nare to mark, seal, fr. signum sign, mark, figure, image — more at ¹SIGN] vt  1 a : to place a sign upon : consecrate, bless, or mark esp. with the sign of the cross  b : CROSS 3a  c : to represent or indicate by a sign  2 a : to affix a signature to : ratify or attest by hand or seal  ⟨~ a legislative bill into law⟩ : subscribe in one's own handwriting  ⟨confession was typed out and read to the prisoner, who then ~ed it⟩  b : to write down (one's name)  ⟨~ed his name with a flourish⟩  c : to identify (a printed signature) with a symbol at the bottom of the first page  3 a : to assign or convey formally  ⟨~ed away his rights in the invention⟩  ⟨~ed over the property to his brother⟩  b : to accept as a professional obligation : agree to perform or carry out  ⟨~ed to direct two plays for the newly formed company⟩  4 : to communicate by making a sign  ⟨~ed that he was ready to leave, glancing toward the door⟩ : signify or express in signs or a sign language  5 : to engage or hire by securing the signature of  ⟨~ed to act in a movie⟩ ⟨the club has ~ed two new pitchers⟩  6 : to place signs on or along  ⟨~ a street⟩  ⟨~ a highway intersection⟩ ~ vi  1 : to write one's name esp. as a token of assent, responsibility, or obligation  2 : to make a sign or signal : communicate or converse by signs or a sign language  3 obs : to be an omen or portent : BODE ⟨music in the air . . . it ~s well, does it not —Shak.⟩  4 : to place signs (as along a highway)

signa pl of SIGNUM

sign·a·ble \'sīnəbəl\ adj  1 : suitable to be signed  2 : re- quiring signature

¹sig·nal \'signəl, -n²l\ n -s [ME, fr. MF seignal, segnel, signal, fr. ML signale, fr. LL, neut. of signalis of a sign, fr. L signum sign + -alis -al — more at SIGN]  1 obs : EMBLEM, SYMBOL  2 ar- chaic : TOKEN, INDICATION ⟨in ~ of my love to thee —Shak.⟩  3 a : an act, event, or watchword that has been agreed upon as the occasion of concerted action  ⟨~ fires of rebellion⟩  b : something that incites to action : an immediate cause or impulse ⟨his remark was the ~ for a storm of weeping⟩  4 a : a sound or gesture made to give warning or command  ⟨~ that warns of an air raid⟩ ⟨waiting for the ~ to open fire⟩  b : an object placed to convey notice or warning: as  (1) : a device (as a colored light) for regulating vehicular or pedes- trian traffic  (2) : a device used to warn trainmen or persons approaching a railroad of danger or to convey orders or in- formation to a train crew  5 : an object (as a flag on a pole) centered over a point so as to be observed from other positions in surveying  6 a : an identifying tab (as of a thumb index) fastened to a book leaf at its fore edge  b : a small projecting tab that attaches to the edge of a card or folder as an aid in filing or indexing  7 : a play indicating to one's partner in a card game that one holds certain cards or desires a certain play  8 : the beam of light reflected from the face of a crystal rotated into a particular position in a goniometer  9 a : an object used to transmit or convey information beyond the range of human voice ⟨flying a flag as a distress ~⟩  b : the intelli- gence, message, sound, or image conveyed in telegraphy, teleph- ony, radio, radar, or television  c : a detectable physical quantity or impulse (as a voltage, current, magnetic field strength) by which messages or information can be transmitted  10 : a speech sound or form or combination of sounds and forms that communicates a meaning or a difference in meaning — compare MORPHEME, PHONEME

²signal \'\ vb signaled or signalled; signaled or signalled; signaling or signalling; signals vt  1 : to notify by a signal : make a signal to ⟨~ed his wife to leave the room⟩ ⟨~ed the fleet to turn back⟩  2 a : to communicate (a message) by signals ⟨~ orders to a field unit⟩  b : announce by signal ⟨the ship ~ed her departure with warning blasts on the whistle⟩  c : to determine or fix (meaning) in a speech utterance ⟨the kind of sentence . . . is ~ed by special contrastive patterns in the arrangement of . . . parts of speech —C.C.Fries⟩ : con- stitute a characteristic feature of (a meaningful linguistic form) ⟨plurality is usually ~ed by s⟩  3 : SIGNALIZE ⟨waiter with tray ~s a café —Nat'l Geographic⟩ ~ vi : to make or send a signal ⟨frantically ~ing with both arms⟩

³signal \'\ adj [modif. of F signalé, past part. of signaler to distinguish, fr. OIt segnalare to signal, distinguish, fr. segnale signal, fr. ML signale]  1 : distinguished from what is ordinary : NOTICEABLE, OUTSTANDING ⟨~ achievement⟩ ⟨students of ~ promise⟩ ⟨~ experience⟩  2 : SIGNIFICATIVE, DISTINCTIVE ⟨~ markings⟩  3 : employed or used in signaling ⟨~ beacon⟩ ⟨~ flags⟩ ⟨~ corps⟩  syn see NOTICEABLE

A 571

TAB 42

Amended[1] Exhibit A
List Of Agreed Upon Claim Term Constructions

**Claim Terms Common To The Wilcox/Flatness Patents**

| Claim Limitation | Agreed Construction |
|---|---|
| turning both switching transistors simultaneously OFF<br><br>('178 claims 41, 57)<br><br>('258 claim 34) | The limitation only requires that both the switching transistors be held off or be disabled for an overlapping period of time. The switching transistors do not need to be turned off or disabled at the same instant. |
| output capacitor<br><br>('178 claims 1, 34, 41, 55, 57)<br><br>('694 claims 1, 5)<br><br>('885 claims 1, 11, 32, 35)<br><br>('066 claim 1)<br><br>('258 claims 1, 34) | a capacitor connected in parallel to the load which is used to assist in smoothing the current pulses from the switching transistors |
| monitoring<br><br>('178 claims 1, 41, 44, 51)<br><br>('694 claim 5)<br><br>('885 claim 1)<br><br>('066 claim 1)<br><br>('258 claims 1, 34, 35) | "monitoring a signal" means to keep track of it |
| duty cycle<br><br>('178 claims 1, 34, 41, 44, 51, 55, 57)<br><br>('066 claim 1)<br><br>('258 claims 1, 34, 35) | a measure of the ratio of the interval of time that one of the switching transistors is ON during a switch cycle to the duration of the entire switch cycle |

[1] Subsequent to the filing of the List of Agreed Upon Claim Term Constructions for Linear's patents, the parties agreed on the construction of some claim limitations. The parties jointly and respectfully submit that, if the Court deems it appropriate, the Court include the agreed-upon claim construction in its Claim Construction Order, or in the alternative, that this agreed upon construction is a binding stipulation between the parties. The newly agreed upon limitations and constructions are indicated by underlined text.

U.S. Patent No. 5,481,178

| Claim Limitation | Agreed Construction |
|---|---|
| current supplied to the load (Claims 1, 34, 41, 55, 57) | the output current |
| polarity reversal condition (Claims 44) | the condition when the instantaneous inductor current is negative or flowing away from the load |
| voltage feedback signal (Claim 34) | a feedback signal indicating the value of a voltage node in a circuit. |
| output circuit (Claims 1, 34, 41, 55, 57) | a circuit on the load side of the switching transistors, which includes a capacitor, that smoothes the current pulses generated by switching the switching transistors ON and OFF |
| output circuit (Claims 44 and 51) | a circuit on the load side of the switching transistors, which includes an output terminal and an inductor that smoothes the voltage pulses generated by switching ON and OFF the pair of synchronously switched switching transistors |
| output terminal (Claims 1, 34, 41, 44, 51, 55, 57) | a point or node of the switching regulator to which the load is coupled |
| a first circuit for monitoring a signal from the output terminal to generate a first feedback signal (Claim 1) | This claim limitation is not subject to 35 U.S.C. §112, ¶6.

This element includes recitation of structure "in support thereof." Furthermore, the structures of this claim are not limited to the circuitry of Fig. 2. |
| a second circuit for generating a first control signal . . . to maintain the output terminal at the regulated voltage (Claim 1) | This claim limitation is not subject to 35 U.S.C. §112, ¶6.

This element includes recitation of structure "in support thereof." Furthermore, the structures of this claim are not limited to the circuitry of Fig. 2. |
| threshold fraction of maximum rated output current (Claims 1, 34, 57) | a number greater than zero that represents the proportionality of two positive numbers, the proportion being relative to a rated maximum output current |

- 2 -

A 573

| Claim Limitation | Agreed Construction |
|---|---|
| a third circuit for generating a second control signal . . . whereby operating efficiency of the regulator at low output current levels is improved (Claim 1) | This claim limitation is not subject to 35 U.S.C. §112, ¶6.<br><br>This element includes recitation of structure "in support thereof." Furthermore, the structures of this claim are not limited to the circuitry of Fig. 2. |
| a first means for generating a voltage feedback signal indicative of the voltage at the output (Claim 34) | This claim limitation is a means-plus-function and is interpreted under 35 U.S.C. §112, ¶6. As such, the claim should be construed to cover the corresponding structure, material, or acts described in the specification and equivalents thereof.<br><br>The corresponding structure in the specification for carrying out the recited function is:<br><br>(i) the combination of resistors 36A and 36B;<br><br>(ii) the combination of resistors R1 and R2 and operation amplifier 602 (acting as an inverter); and<br><br>(iii) voltage feedback circuit 220. |
| a third means for generating a second control signal . . . the period of time having a duration which is a function of the current supplied to the load by the regulator. (Claim 34) | This paragraph of Claim 34 recites a means-plus-function and is interpreted under 35 U.S.C. §112, ¶6. As such, the claim should be construed to cover the corresponding structure, material or acts described in the specification and equivalents thereof.<br><br>The corresponding structure in the specification for carrying out the recited function is:<br><br>(i) the combination of hysteretic comparator 74, the offset voltage $V_{OS}$ 76, constant current source $I_1$ 72, logic gates 66, 68 and 69, and reference voltage 37; and<br><br>(ii) the circuitry disclosed in Figure 7 (72, 74, $V_{OS}$, comparator 315, NAND gate 316 and related sleep control logic. |

- 3 -

| Claim Limitation | Agreed Construction |
|---|---|
| monitoring a signal from the output terminal to generate a first feedback signal (Claim 41) | This claim limitation is not subject to 35 U.S.C. §112, ¶6.  It recites acts in support of the functional language it uses. |
| varying the duty cycle of the switching transistors in response to the first feedback signal to maintain the output terminal at the regulated voltage during a first state of circuit operation (Claim 41) | This claim limitation is not subject to 35 U.S.C. §112, ¶6.  It recites acts in support of the functional language it uses. |
| turning both switching transistors simultaneously OFF for a period of time during a second state of circuit operation . . . and having a duration which is a function of the current supplied to the load by the regulator (Claim 41) | This claim limitation is not subject to 35 U.S.C. §112, ¶6.  It recites acts in support of the functional language it uses. |
| turning at least one of said switching transistors ON to recharge the output capacitor following the second state of circuit operation (Claim 41) | This claim limitation is not subject to 35 U.S.C. §112, ¶6.  It recites acts in support of the functional language it uses. |
| a first circuit for monitoring a signal from the output terminal to generate a first feedback signal (Claim 44) | This claim limitation is not subject to 35 U.S.C. §112, ¶6.  It recites acts in support of the functional language it uses. |
| a second circuit for generating a first control signal . . . to maintain the output terminal at the regulated voltage (Claim 44) | This claim limitation is not subject to 35 U.S.C. §112, ¶6.  It recites acts in support of the functional language it uses. |

- 4 -

A 575

| Claim Limitation | Accused Configuration |
|---|---|
| a third circuit for monitoring the current to the output terminal . . . such that the switch circuit is prevented from coupling the output circuit to ground (Claim 44) | This claim limitation is not subject to 35 U.S.C. §112, ¶6. The third circuit is a physical structure. This structure is an assembly of electronic components. |
| monitoring a signal from the output terminal to generate a first feedback signal (Claim 51) | This claim limitation is not subject to 35 U.S.C. §112, ¶6. It recites acts in support of the functional language it uses. |
| varying the duty cycle of the switching transistors in response to the first feedback signal . . . wherein the current to the load has a polarity (Claim 51) | This claim limitation is not subject to 35 U.S.C. §112, ¶6. It recites acts in support of the functional language it uses. |
| following a first state of circuit operation (Claim 51) | a "first state of circuit operation" in connection with claim 51 is the same as in connection with claim 1 of this patent. "Following" has no special or uncommon meaning. |
| maintaining one of said switching transistors OFF for a period of time . . . so as to prevent the current to the load from reversing polarity (Claim 51) | This claim limitation is not subject to 35 U.S.C. §112, ¶6. It recites acts in support of the functional language it uses. |
| drive circuitry for the pair of synchronously switched switching transistors (Claim 55) | This claim limitation is not subject to 35 U.S.C. §112, ¶6. It recites acts in support of the functional language it uses. |
| feedback circuitry, coupled to the drive circuitry to control . . . the regulator conditions the duty cycle of the pair of synchronously switched switching transistors (Claim 55) | This claim limitation is not subject to 35 U.S.C. §112, ¶6. The "feedback circuitry" is a physical structure. This structure is an assembly of electronic components. |
| logic circuitry, coupled to the feedback circuitry and the drive circuitry, which prevents the drive circuitry . . . from being | This claim limitation is not subject to 35 U.S.C. §112, ¶6. The "logic circuitry" is a physical structure. This structure is an assembly of electronic components. |

- 5 -

A 576

| Claim Limitation | Agreed Construction |
|---|---|
| turned on for a period of time that is a function of the current supplied to the load by the regulator (Claim 55) | |
| circuitry incorporated in the control circuit for detecting . . . the period of time having a duration which is a function of the current supplied to the load by the regulator (Claim 57) | This claim limitation is not subject to 35 U.S.C. §112, ¶6. The "circuitry incorporated in the control circuit" is a physical structure. This structure is an assembly of electronic components. |

**U.S. Patent No. 5,731,694**

| Claim Limitation | Agreed Construction |
|---|---|
| switching circuitry (Claims 1, 5) | a circuit which includes a switching transistor |
| output circuitry (Claims 1, 5) | a circuit on the load side of the switching transistors |
| error amplifier (Claim 1) | an "error amplifier" amplifies the difference between two signals |
| hysteretic comparator (Claim 1) | a type of comparator that has different trip points depending on the state of the output of the comparator |
| monitoring the current through the inductive element to generate a first feedback signal (claim 5) | This claim limitation is not subject to 35 U.S.C. §112, ¶6.  It recites acts in support of the functional language it uses. |
| monitoring an output voltage of the regulator to generate a second feedback signal (Claim 5) | This element is not subject to 35 U.S.C. §112, ¶ 6. It recites acts in support of the functional language it uses. |
| generating a minimum current threshold (Claim 5) | This element is not subject to 35 U.S.C. §112, ¶ 6. It recites acts in support of the functional language it uses. |

- 6 -

A 577

| Claim Limitation | Accused Construction |
|---|---|
| generating a current threshold responsive to the second feedback signal, the current threshold being maintained at or above the minimum current threshold (Claim 5) | This element is not subject to 35 U.S.C. §112, ¶ 6. It recites acts in support of the functional language it uses. |
| generating a first control signal to turn the transistor on and off responsive to magnitudes of the first feedback signal and the current threshold (Claim 5) | This element is not subject to 35 U.S.C. §112, ¶ 6. It recites acts in support of the functional language it uses. |
| generating a second control signal responsive to the second feedback signal exceeding a voltage threshold, the second control signal gating the first control signal to prevent the transistor from turning on regardless of the first control signal, so that the transistor is held off, and the output current is supplied by the output capacitor (Claim 5) | This element is not subject to 35 U.S.C. §112, ¶ 6. It recites acts in support of the functional language it uses. |

**U.S. Patent No. 5,994,885**

| Claim Limitation | Accused Construction |
|---|---|
| output node (Claims 11, 35) | an output terminal |
| terminal (Claims 11, 35) | a point of a circuit or element to which a circuit or element can be coupled |
| control capacitor (Claim 35) | a capacitor for controlling the off-time of the one-shot generator |

- 7 -

A 578

| Claim Limitation | Agreed Construction |
|---|---|
| a first circuit for monitoring an output to generate a first feedback signal (Claim 1) | This element is not subject to 35 U.S.C. §112, ¶ 6. This element includes recitation of structure "in support thereof." |
| a second circuit for generating a first control signal . . . the first period of time being responsive to at least one of the input voltage and the output voltage. (Claim 1) | This element is not subject to 35 U.S.C. §112, ¶ 6. This element includes recitation of structure "in support thereof." |
| input node (Claims 11, 35) | a point of the switching voltage regulator to which the input voltage is coupled |
| a driver circuit having a first terminal, and a second terminal coupled to the second terminal of the switching transistor; (Claim 11) | This element is not subject to 35 U.S.C. §112, ¶ 6. This element includes recitation of structure "in support thereof." |
| a feedback circuit having a first terminal coupled to the output node, and a second terminal, the feedback circuit producing a feedback signal at the second terminal of the feedback circuit (Claim 11) | This element is not subject to 35 U.S.C. §112, ¶ 6. This element includes recitation of structure "in support thereof." |
| a feedback control circuit having a first terminal . . . said trigger signal being produced responsive to the feedback signal (Claim 11) | This element is not subject to 35 U.S.C. §112, ¶ 6. This element includes recitation of structure "in support thereof." |
| an off-time control circuit having a first terminal and a second terminal . . . being coupled to one of the input node or the output node (Claim 11) | This element is not subject to 35 U.S.C. §112, ¶ 6. This element includes recitation of structure "in support thereof." |

| Claim Limitation | Agreed Construction |
|---|---|
| means for generating a voltage feedback signal (Claim 32) | This paragraph of Claim 32 recites a means-plus-function and is interpreted under 35 U.S.C. §112, ¶ 6. As such, the claim should be construed to cover the corresponding structure, material or acts described in the specification and equivalents thereof.<br><br>The corresponding structure in the specification for carrying out the recited function is:<br><br>A resistor divider or other conventional voltage feedback circuits. |
| a driver circuit having a first terminal, and a second terminal coupled to the second terminal of the switching transistor; (Claim 35) | This element is not subject to 35 U.S.C. §112, ¶ 6.  This element includes recitation of structure "in support thereof." |
| a feedback circuit having a first terminal coupled to the output node, and a second terminal (Claim 35) | This element is not subject to 35 U.S.C. §112, ¶ 6.  This element includes recitation of structure "in support thereof." |
| an off-time control circuit having . . . a variable current source that controls the discharging rate of the control capacitor (Claim 35) | This element is not subject to 35 U.S.C. §112, ¶ 6.  This element includes recitation of structure "in support thereof." |

**U.S. Patent No. 6,304,066**

| Claim Limitation | Agreed Construction |
|---|---|
| a first circuit for monitoring the output to generate a first feedback signal (Claim 1) | This element is not subject to 35 U.S.C. §112, ¶ 6.  This element includes recitation of structure "in support thereof." |

- 9 -

| Claim Limitation | Aspect Contribution |
| --- | --- |
| a second circuit for generating a first control signal during a first state of circuit operation, the first control signal being responsive to the first feedback signal to vary the duty cycle of the switching transistors to maintain the output at the regulated voltage<br><br>(Claim 1) | This element is not subject to 35 U.S.C. §112, ¶ 6. This element includes recitation of structure "in support thereof." |
| a third circuit for generating a second control signal during a second state of circuit operation to cause both switching transistors to be simultaneously OFF for a period of time longer than a switching cycle of the switching transistors, during which period of time the output capacitor maintains the output substantially at the regulated voltage.<br><br>(Claim 1) | This element is not subject to 35 U.S.C. §112, ¶ 6. This element includes recitation of structure "in support thereof." |

**U.S. Patent No. 5,580,258**

| Claim Limitation | Aspect Contribution |
| --- | --- |
| a first circuit for monitoring the output to generate a first feedback signal<br><br>(Claims 1, 35) | This element is not subject to 35 U.S.C. §112, ¶ 6. This element includes recitation of structure "in support thereof." |
| a second circuit for generating a first control signal during a first state of circuit operation, the first control signal being responsive to the first feedback signal to vary the duty cycle of the switching transistors to maintain the output at the regulated voltage; and<br><br>(Claims 1, 35) | This element is not subject to 35 U.S.C. §112, ¶ 6. This element includes recitation of structure "in support thereof." |

- 10 -

| Claim Limitation | Accused Construction |
|---|---|
| a third circuit for generating a second control signal during a second state of circuit operation to cause both switching transistors to be OFF for a first period of time during which the output capacitor maintains the output substantially at the regulated voltage (Claims 1, 35) | This element is not subject to 35 U.S.C. §112, ¶ 6. This element includes recitation of structure "in support thereof." |
| monitoring the output to generate a first feedback signal (Claim 34) | This element is not subject to 35 U.S.C. §112, ¶ 6.  It recites acts in support of the functional language it uses. |
| varying the duty cycle of the switching transistors in response to the first feedback signal to maintain the output at the regulated voltage during a first state of circuit operations (Claim 34) | This element is not subject to 35 U.S.C. §112, ¶ 6.  It recites acts in support of the functional language it uses. |
| turning both switching transistors OFF for a first period of time following the first state of circuit operation so as to allow the output capacitor to maintain the output substantially at the regulated voltage by discharging during a second state of circuit operation (Claim 34) | This element is not subject to 35 U.S.C. §112, ¶ 6. It recites acts in support of the functional language it uses. |
| (d) turning at least one of said switching transistors ON to recharge the output capacitor following the second state of circuit operation (Claim 34) | This element is not subject to 35 U.S.C. §112, ¶ 6. It recites acts in support of the functional language it uses. |
| a first circuit for monitoring the output to generate a first feedback signal (Claim 35) | This element is not subject to 35 U.S.C. §112, ¶ 6. It recites acts in support of the functional language it uses. |

- 11 -

A 582

| Claim Limitation | Agreed Construction |
|---|---|
| a second circuit for generating a first control signal during a first state of circuit operation, the first control signal being responsive to the first feedback signal to vary the duty cycle of the switching transistors to maintain the output at the regulated voltage (Claim 35) | This element is not subject to 35 U.S.C. §112, ¶ 6. It recites acts in support of the functional language it uses. |
| a third circuit for monitoring the current to the load to generate a second control signal during a second state of circuit operation to cause one of said switching transistors to be maintained OFF when the magnitude of the monitored current falls below a current threshold. (Claim 35) | This element is not subject to 35 U.S.C. §112, ¶ 6. It recites acts in support of the functional language it uses. |

U.S. Patent No. 5,212,618

| Claim Limitation | Agreed Construction |
|---|---|
| abutting (Claims 1, 21) | directly contacting |
| Said collector region being … diode-connected to said substrate (Claim 1) | the interface between the abutting collector and the substrate forms a PN junction, or diode. |
| A PN junction connecting said substrate to said collector region (Claim 21) | an interface formed by a collector region of one dopant type abutting the substrate of an opposite dopant type |

- 12 -

U.S. Patent No. 6,100,678

| Claim Limitation | Correct Construction |
|---|---|
| SHORT CIRCUIT DETECTION signal<br>(Claims 1, 5, 21) | a signal that indicates a short has been detected |
| draining current from the capacitor through the single package pin<br>(Claim 21) | the draining current passes through the same package pin |
| first comparator output<br>(Claim 21) | a logic signal that indicates the capacitor voltage is below a threshold voltage |

- 13 -

TAB 43

bias - a definition from Whatis.com

bias                                            Activate your FREE membe



Learn to solve the current technology-specific problems you face.    TechTarget E

     

 What is your .NET application management strategy? Download this IDC White paper "J2EE & .Net Applications" now.

**Whatis.com** *Target Search*™
**Search our IT-specific encyclopedia for:**

[          ] [Search]  or jump to a topic: [Application Security ▾] [Go]

**Advanced Search**

**Browse alphabetically:**
A **B** C D E F G H I J K L M N O P Q R S T U V W X Y Z #

All Categories → Electronics

## bias

Bias is direct current (DC) deliberately made to flow, or DC voltage deliberately applied, between two points for the purpose of controlling a circuit. In a bipolar transistor, the bias is usually specified as the direction in which DC from a battery or power supply flows between the emitter and the base. In a field-effect transistor (FET), the bias is DC voltage from a battery or power supply deliberately applied between the source and the gate.

Certain bias conditions are used for specified purposes. In a semiconductor P-N junction, forward bias occurs when the P-type material is positive with respect to the N-type material; in reverse bias, the P-type material is negative with respect to the N-type material. When two electrodes are at the same potential, they are said to be at zero bias.

A semiconductor junction normally conducts when it is forward-biased beyond a certain point called the forward breakover. The junction normally does not conduct when it is reverse-biased or is at zero bias. Because of the way semiconductor devices behave as the bias varies, they can be used as amplifiers, oscillators, and high-s[ switches.



▶▶▶ *LEARN HOW IBM BLADECENTER™ STAY WITH IBM COOL BLUE™ TECHNOLOGY.*

IBM BladeCenter features Quad-core Intel®)

🔗 **WHATIS RELATED LINKS**

**Ads by Google**

**Transistor**
Free Transistor info Find what you're looking for!
www.ElectronicsResource.net

**High Voltage Power Supply**

A 585

Up to 20kW and 70kV capacitor charging high voltage supplies
www.gaep.com

**original semiconductors**
great prices and large selection ship world wide from stock on hand
www.pacificsemi.com

**On Transistor**
Rated #1 for overall performance 15 Years in a Row. Same Day Shipping.
www.digikey.com

**Buy Transistors**
Online - Large Inventory Products 7,000,000 components - $39 minimum!
americanmicrosemiconductor.com

**Last updated on:** Jul 11, 2003

**Looking for a PDA?** PDA Clearance deals, Coupons & Rebates

**Laptop Reviews** Click here

**What's New?**

**WORD OF THE DAY...**
JavaScript hijacking

**LEARN MORE ABOUT...**
triangulated forecasting

- Quiz: Top 25 Storage Terms
- Whatis.com Podcasts
- Our Latest Discovery
- Learning Guides and Tutorials
- Our Favorite Cheat Sheets
- Quiz Central: Do you speak Geek ?
- Daily Tech Trivia
- IT Acronym Challenge
- Secret Word of the Day
- Recently added or updated
- Whatis.com RSS Feeds

**Email a friend:**

**Send this page to a friend!** Email a friend
**Note:** Email addresses will only be used to send site content to your friend(s).

| HOME | LOOK IT UP | ITKNOWLEDGE EXCHANGE | FAST REFERENCES | PRODUCT DEMOS | CAREERS |

About Us | Contact Us | For Advertisers | For Business Partners | RSS | Awards

TechTarget provides enterprise IT professionals with the information they need to perform their jobs - from developing strategy, to mai

A 586

effective IT purchase decisions and managing their organizations' IT projects - with its network of technology-specific Web sites, event magazines.

TechTarget Corporate Web Site  |  Media Kits  |  Reprints  |  Site Map

All Rights Reserved, Copyright 2007, TechTarget | Read our Privacy Policy

A 587