IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANALOG DEVICES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim- Defendant, | ) | |
| | ) | C.A. No. 06-346-GMS |
| vs. | ) | |
| | ) | |
| LINEAR TECHNOLOGY CORP., | ) | |
| | ) | |
| Defendant/Counterclaim-Plaintiff. | ) | |
| | ) | |

## JOINT CLAIM CONSTRUCTION APPENDIX FOR PATENTS ASSERTED BY ANALOG DEVICES, INC.

Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Analog Devices, Inc.

Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com
Karen Jacobs Louden (#2881)
klouden@mnat.com
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Attorneys for Linear Technology Corp.

# TABLE OF CONTENTS

| Tab | Description | Page(s) |
|-----|-------------|---------|
| 1 | U.S. Patent No. 4,929,909 | B1-6 |
| 2 | Amendment, dated December 26, 1989 in the '909 Patent Prosecution History | B7-21 |
| 3 | U.S. Patent No. 6,262,633 | B22-36 |
| 4 | Amendment, dated April 13, 2001 in the '633 Patent Prosecution History | B37-47 |
| 5 | Notice of Allowability | B48-54 |
| 6 | Excerpts from the *IEEE Standard Dictionary of Electrical and Electronics Terms* (4th ed. 1988) | B55-56 |
| 7 | Excerpts from the *Webster's New Universal Unabridged Dictionary* (1996 ed.) | B57-59 |
| 8 | Excerpts from the *McGraw-Hill Dictionary of Scientific and Technical Terms* (5th ed. 1994) | B60-62 |
| 9 | Excerpts from *IEEE 100: The Authoritative Dictionary of IEEE Standards Terms* (7th ed. 2000) | B63-65 |
| 10 | Excerpts from a hearing transcript in *Thermo Finnigan LLC v. Applera Corp.*, C.A. No. 04-1505-GMS) (D. Del. Apr. 27, 2005)) | B66-67 |
| 11 | Excerpts from a hearing transcript in *Analog Devices, Inc. v. Linear Tech., Corp.*, C.A. No. 06-346-GMS (D. Del. Sept. 21, 2006) | B68-69 |
| 12 | Excerpts from a hearing transcript in *Analog Devices, Inc. v. Linear Tech., Corp.*, C.A. No. 06-346-GMS (D. Del. June 13, 2007) | B70-72 |
| 13 | Declaration of Robert A. Blauschild, dated June 6, 2007 | B73-119 |
| 14 | (Blauschild Ex. 1) Resume of Robert Blauschild | B120-125 |
| 15 | (Blauschild Ex. 2) A. Paul Brokaw, *A Simple Three-Terminal IC Bandgap Reference, IEEE Journal of Solid-State Circuits,* Vol. SC-9, No. 6, | B126-132 |

| **Tab** | **Description** | **Page(s)** |
|---|---|---|
| | December 1974 | |
| 16 | (Blauschild Ex. 3) Wyn Palmer, Barry Hilton, *Session XIV: Wideband Amplifiers, THAM 14.5: A 500V/µs 12b Transimpedance Amplifier,* 1987 IEEE International Solid State Circuits Conference | B133-136 |
| 17 | (Blauschild Ex. 4) Derek Bowers, *A 20-µW Precision Operational Amplifier, IEEE Journal of Solid-State Circuits,* Vol. SC-22, No. 3, June 1987 | B137-145 |
| 18 | (Blauschild Ex. 5) Michael Timko, *A Two-Terminal IC Temperature Transducer, IEEE Journal of Solid-State Circuits,* Vol. SC-11, No. 6, December 1976 | B146-151 |
| 19 | (Blauschild Ex. 6) Karel Kuijk, *A Precision Reference Voltage Source, IEEE Journal of Solid-State Circuits*, Vol. SC-8, No. 3, June 1973 | B152-157 |
| 20 | (Blauschild Ex. 7) Paul Brokaw, *A Monolithic Conditioner for Thermocouple Signals, IEEE Journal of Solid-State Circuits,* Vol. SC-18, No. 6, December 1983 | B158-168 |
| 21 | (Blauschild Ex. 8) Excerpts from Paul Gray, Robert Meyer, *Analysis and Design of Analog Integrated Circuits* (2nd Ed. 1977) | B169-176 |
| 22 | (Blauschild Ex. 9) "Short Circuit" definition, www.dictionary.com (May 30, 2007) | B177-178 |
| 23 | (Blauschild Ex. 10) Excerpt from *Random House Dictionary of the English Language* (2nd Ed. 1989) | B179-182 |
| 24 | (Blauschild Ex. 11) Excerpt from *Webster's Ninth New Collegiate Dictionary* (1986) | B183-176 |
| 25 | Supplemental Declaration of Robert A. Blauschild with Respect to the ADI Patents, dated June 27, 2007 | B187-192 |
| 26 | (Blauschild Ex. 12) Excerpts from Paul Horowitz, Winfield Hill, *The Art of Electronics* (2nd Ed. 1989) | B193-196 |

| **Tab** | **Description** | **Page(s)** |
|---|---|---|
| 27 | (Blauschild Ex. 13) Ernest Long, Thomas Frederiksen, *High-grain 15-W Monolithic Power Amplifier with Internal Fault Protection, IEEE Journal of Solid-State Circuits,* Vol. SC-6, No. 1, February 1971 | B197-206 |
| 28 | (Blauschild Ex. 14) U.S. Patent No. 5,648,735 | B207-217 |
| 29 | (Blauschild Ex. 15) U.S. Patent No. 4,475,169 | B218-229 |
| 30 | (Blauschild Ex. 16) U.S. Patent No. 5,398,008 | B230-245 |

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2007, I electronically filed the foregoing with the Clerk

of Court using CM/ECF which will send notification of such filing(s) to the following and which

has also been served as noted:

#### BY HAND DELIVERY:

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899

I hereby certify that on June 29, 2007, the foregoing document was sent to the following

non-registered participants in the manner indicated:

#### BY E-MAIL and FEDERAL EXPRESS (Monday delivery):

Robert C. Morgan
Laurence S. Rogers
Ropes & Gray, LLP
1251 Avenue of the Americas
New York, NY  10020

Mark D. Rowland
Ropes & Gray, LLP
525 University Avenue
Suite 300
Palo Alto, CA  94301

Kelly E. Farnan  (#4395)

RLF1-3018521-2

**TAB 01**

# United States Patent [19]

## Gilbert

[11] Patent Number: 4,929,909

[45] Date of Patent: May 29, 1990

[54] DIFFERENTIAL AMPLIFIER WITH GAIN COMPENSATION

[75] Inventor: Barrie Gilbert, Beaverton, Oreg.

[73] Assignee: Analog Devices, Inc., Norwood, Mass.

[21] Appl. No.: 328,946

[22] Filed: Mar. 27, 1989

[51] Int. Cl.⁵ ..................................... H03F 3/45
[52] U.S. Cl. ............................. 330/256; 330/261
[58] Field of Search ................. 330/256, 261, 289

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,238,738 | 12/1980 | Komori | 330/256 |
| 4,274,061 | 6/1981 | Kraemer | 330/289 X |
| 4,323,854 | 4/1982 | Hester | 330/256 |
| 4,604,586 | 8/1986 | Rinderle | 330/256 X |

4,724,337  2/1988  Mazda et al. ............. 330/256 X

FOREIGN PATENT DOCUMENTS

64126  11/1982  European Pat. Off. ........ 330/261
2067374  7/1981  United Kingdom .......... 330/261

Primary Examiner—James B. Mullins
Attorney, Agent, or Firm—Wolf, Greenfield & Sacks

[57]                    ABSTRACT

A differential amplifier including circuit means for generating a tail current which is not only proportional to absolute temperature, but also is adjusted to compensate for the non-ideal transistor geometries and properties, including finite beta and non-zero, temperature-dependent intrinsic resistances, so as to result in an amplification ratio which is substantially independent of all component variations.

10 Claims, 2 Drawing Sheets



**B1**



FIG. 1 PRIOR ART



FIG. 2



FIG. 3

4,929,909

1

# DIFFERENTIAL AMPLIFIER WITH GAIN COMPENSATION

## FIELD OF THE INVENTION

This invention relates to differential amplifier circuits, and, more particularly, gain-compensated differential amplifier circuits.

## BACKGROUND OF THE INVENTION

The differential amplifier is a very common circuit configuration used to amplify the difference voltage between two input signals. In the ideal case, the output is entirely independent of the individual signal voltages and is dependent only on their difference. Differential amplifiers are widely used in applications where weak signals are to be amplified, particularly weak signals which may be contaminated by common-mode noise. They are universally used in operational amplifiers and are very important in DC amplifier design. Referring to FIG. 1, a schematic circuit diagram is shown for a classic bipolar transistor differential amplifier 10, or "long-tail pair", having a single-ended output.

The differential gain, G, of a differential amplifier and its temperature stability, dG/dT, are typically parameters of great significance in its design and use. The differential mode gain G for the circuit of FIG. 1, taking into account finite current gain (beta) and finite emitter and base resistances for transistors 12 and 14 (which are assumed to be matched), is given by the equation

$$G = R_c / 2(r + r_e)$$

where $R_c$ is the resistance of the collector load resistor 13; $r_e$ is the intrinsic "electronic" emitter resistance, kT/qI, of each of the transistors 14 and 12, where k is Boltzmann's constant, T is the absolute temperature, q is electronic charge, and I is half of the tail current in the lead 18; and r is the total ohmic emitter resistance, $r = r_{ex} + r_{bb'}/(\text{beta})$, $r_{ex}$ being the emitter resistance, $r_{bb'}$ being the base resistance and (beta) being the current gain of each transistor.

Many temperature-dependent factors appear in the foregoing equation. The intrinsic emitter resistance obviously is a function of temperature and perfect stabilization of that quantity requires that the tail current be proportional to absolute temperature (PTAT). The base resistance is very temperature-dependent. The ohmic emitter resistance is also temperature-dependent to a lesser degree. Further, these resistance values are very geometry sensitive and can, with $R_c$ and beta, vary from wafer to wafer (and lot to lot) in the fabrication process.

Accordingly, it is an object of the present invention to provide a differential amplifier with improved temperature stability of gain.

Yet another object of the invention is to provide a differential amplifier in which temperature stabilization and gain uncertainty is minimized from lot to lot in the fabrication process.

## SUMMARY OF THE INVENTION

The foregoing and other objects of the invention are achieved in a differential amplifier including tail current generator means for providing a tail current which is PTAT and which includes a component of current which compensates for the ohmic resistances of the transistors and finite beta. This latter component of current is a function of the transistor geometries and

2

therefore compensates automatically for lot-to-lot variations. The tail current generator means includes a current source biased by a $\Delta V_{BE}$ cell which employs device geometries related to those of the transistors in the long-tail pair.

The invention will be more fully understood from the following detailed description, which should be read in conjunction with the accompanying drawing, in which like numerals are used to identify like elements.

## BRIEF DESCRIPTION OF THE DRAWING

In the drawing:

FIG. 1 is a schematic circuit diagram of a basic differential amplifier circuit according to the prior art;

FIG. 2 is a simplified schematic circuit diagram of a tail current generator according to the present invention, for use with a differential amplifier to achieve temperature-stable gain; and

FIG. 3 is a detailed schematic circuit diagram of a gain-compensated differential amplifier according to the present invention.

## DETAILED DESCRIPTION

In the circuit of FIG. 1, the ideal small signal differential voltage gain (assuming infinite beta transistors and negligible base and emitter resistances) is $R_c/2r_e$. Thus, the actual gain differs from the ideal gain by the factor $1/(1 + r/r_e)$. Using typical values such as $r = 2.5$ ohms and $r_e = 26$ ohms, the small signal gain error, due to the assumption that $r < r_e$, is about 10 percent. Since $r_e$ is a function of the tail current, an expression can be derived for setting the tail current to a value which will restore the gain to the idealized value. This expression is

$$2I = 2GV_T/R_c(1 - 2Gr/R_c) \qquad (1)$$

where G is the desired gain and $V_T$ is the thermal voltage, kT/q. If r were known, it would be a simple matter to raise the tail current by the appropriate factor. However, this ohmic resistance is not easy to measure and, in any event, it varies significantly from one production lot to the next. A design is needed, therefore, which is self-compensating.

A first consideration in the design of a gain-stable, temperature-compensated long-tail pair is the requirement that the tail current be PTAT in order to make the intrinsic emitter resistance constant. For this purpose, the $\Delta V_{BE}$ cell 20 of FIG. 2 is used to bias a current source 22 for generating the tail current, 2I. The use of a $\Delta V_{BE}$ cell as means to generate a tail current which is PTAT is well documented in the literature, as prior art. The current source comprises a common-emitter NPN transistor 24 having an emitter resistor 26, of resistance $R_e$, connected to the negative supply (or ground, if a single-sided supply is used). The $\Delta V_{BE}$ cell 20 is formed by a pair of transistors 28 and 32, a first emitter resistor 34 and a second emitter resistor 36. Transistor 32 has a unit-area emitter, transistor 28 has an emitter area of A units, and transistor 24 has an emitter area of M units. Transistors 28 and 32 are driven to equal current densities by a high-gain feedback circuit 38, which forces an appropriate base voltage. Under the assumption that the differential amplifier is an ideal amplifier, half of the tail current is given by the formula

**B4**

4,929,909

**3**

$$I = \frac{V_T}{R_g} \ln (A)$$ (4)

If the ohmic emitter resistances are included, though, and the assumption is made that the smaller transistor, transistor 32, has an emitter resistance r and the larger device, transistor 28, emitter resistance r/A, then the equation for I becomes

$$I = \frac{(V_T \ln (A))/R_g}{1 - (r/R_g)(1 - 1/A)}$$ (40)

The denominator of equation 40 will readily be seen to have the same form as that of equation 18; it will further be seen that algebraic manipulation yields the equation

$$\frac{IG}{R_c} = \frac{A(1 - 1/A)}{R_g}$$ (41)

The area ratio A may be chosen to suit the $V_{BE}$ requirements, but is usually much greater than unity, so the term $(1 - 1/A)$ is not very dependent on A. Since r appears on both sides of the equation, it may be eliminated. Rearranging shows that the primary control is in the ratio $R_g/R_c$:

$$\frac{R_g}{R_c} = \frac{A(1 - 1/A)}{IG}$$ (42)

Thus in theory, once G, A, and $R_c$ are chosen, $R_g$ can be selected to achieve compensation.

Most of the long-tail pair transistors' internal resistance arises in $R_{BV}$, in the bases; $R_{eV}$ is usually much less significant. $R_{BV}$ is not only troublesome because of its effect on the gain of the long-tail pair (since it appears as $R_{BV}$/beta in the emitter circuit, and is often comparable to the electronic $r_e$), but also because it introduces noise. $R_{BV}$ also has an impact on the bandwidth; the higher $R_{BV}$, the lower the amplifier bandwidth. Minimization of $R_{BV}$ is thus desirable. To minimize $R_{BV}$, the transistor geometry should have narrow emitter stripes and base contacts spaced as closely as possible to the emitter edge. A nominal value of $R_{BV}$ for such a transistor, for example, may be about 57 ohms. However, $R_{BV}$ may well be subject to a large tolerance. For example, a design nominally intended to yield 57 ohms could produce an $R_{BV}$ equal to 80 ohms. If the long-tail pair is designed to have a nominal 10 dB gain and the transistors have a minimum beta of 65, then even with negligible $R_{eV}$, the actual gain may be as low as 9.54 dB, which is a considerable deviation from the designed gain. Trimming could restore this gain to the desired value, but only at a specific temperature as $R_{BV}$ is very temperature-dependent. Hence it is desirable to compensate for the base-defect error in a more exact way, which tracks with temperature.

Use of the $\Delta V_{BE}$ cell makes this possible. The operation of a $\Delta V_{BE}$ cell as a means to generate a tail current which is PTAT is well documented in the literature, as prior art. However, this invention shows how, with proper design, this $\Delta V_{BE}$ cell can be used to bias the current source (i.e., transistor 24 and emitter resistor 26) to a point which adds to the tail current a component keyed to and tracking the ohmic resistances associated with the device geometries.

**4**

In the discussion of FIG. 2 above, a somewhat simplified analysis was used, assuming, among other things, that series emitter resistors were not used in the long-tail pair and that only intrinsic emitter resistances need be considered. The present invention has greatest utility when series emitter resistors in the long-tail pair are small (relative to the electronic emitter resistances of the transistors) or are not used, of course, but use of such resistors is not uncommon. The analysis also failed to consider a number of other sources of error. A more rigorous, more generalized circuit model is shown in FIG. 3, which depicts a complete resistance-corrected, gain-compensated differential amplifier according to the invention, with all emitter-related resistances shown explicitly.

Transistor 32 is assumed to have a unit area emitter geometry, with intrinsic emitter resistance r and series emitter resistor 52 (of resistance $NR_T$). The other $\Delta V_{BE}$ cell transistor 28 has emitter area of A units, intrinsic emitter resistance r/A, series resistors 54 (of resistance $NR_T/A$) and 34 (of resistance $R_g$). Transistors 28 and 32 operate at the same current density, although at different collector currents. The long-tail pair transistors 12 and 14 have N-unit emitter areas, intrinsic emitter resistance r/N and, for generality, series emitter resistors 56 and 58 of resistance $R_T$. The current-source transistor 24 has emitter area of M units, intrinsic emitter resistance r/M and a series emitter resistor 26 of resistance $R_g/M$. The quiescent collector current for each of the differential amplifier transistors 12 and 14 is intended to be a constant value, I, over some temperature range of interest. As will be seen, this is provided by establishing an appropriate bias voltage on bias line 60 to the base of transistor 24.

The transconductance of the long-tail pair, and thus its gain, actually is a function of the collector current, not the tail current. Thus, to set the collector current to the desired value, an increase must be made to the tail current to compensate for finite B. Consequently, the tail current $I_{tail}$ (i.e., $I_{tail}=2I$, as shown in FIG. 2 and FIG. 3), which is also the collector current of transistor 24, must be 2I(1+1/beta). Further, there is a difference between the emitter current $I_{E24}$ of current source transistor 24 and the tail current $I_{tail}$ of the long-tail pair. Each of these B-compensation factors amounts to about 1% gain error, with an associated temperature drift of typically 100 ppm/° C. To correctly compensate for this total error, the voltage applied to bias line 60 has to produce across the series combination of emitter resistor 26 and intrinsic emitter resistance r/M a voltage adequate to cause the emitter current in transistor 24, $I_{E24}$, to be (1+1/beta) times the tail current, or to a first order approximation (1+2/beta) times the total collector current, 2I. Additionally, the long-tail pair may (and normally would be) driven by an emitter follower on each input (not shown). The differential output resistance of the emitter followers typically introduces another "one-alpha" error for which similar compensation may be provided; in such a situation, the emitter current $I_{E24}$ should be 2I(1+3/beta), since second-order terms can be ignored.

A high-gain feedback circuit 38 forces the collectors of transistors 28, 32 and the base of transistor 24 drives transistor 32 via a resistance $SR_g$, where S is a factor chosen to eliminate the beta-dependence in the system.

The operation of the $\Delta V_{BE}$ cell 20 is well documented in the literature. It provides on line 60 a drive

4,929,909

5

voltage $V_{bkg}$ which produces PTAT. Assuming the various transistors have reasonably matched current gains, the tail current is thus both PTAT and adjusted (i.e., set to an appropriate level) to account for the characteristics (particularly beta) of the transistors in the differential amplifier and the intrinsic emitter resistance of the current source.

Having thus described the inventive concept and an embodiment of the invention, various modifications, alterations and improvements will readily occur to those skilled in the art. Such modifications, alterations and improvements are intended to be suggested though not expressly discussed, as the foregoing detailed description is offered by way of example only and is not intended to be limiting. The invention is limited only by the following claims and equivalents thereto.

What is claimed is:

1. A gain-compensated differential amplifier circuit comprising:

(a) a transistor differential amplifier, with reasonably matched current gains, operating at a tail current $I_{tail}$;

(b) a transistor current source responsive to a control voltage for generating said tail current as a function of the control voltage;

(c) control voltage generating means for generating, as the control voltage, a voltage which varies proportionately to absolute temperature; and

(d) the control voltage generating means including means for functionally relating the control voltage to the intrinsic emitter resistance of the current source.

2. The amplifier of claim 1 wherein the control voltage generating means is adapted to generate, as the control voltage, a voltage which generates a tail current having a component that is functionally related to and tracks the ohmic resistances associated with the geometries and current gain characteristics of the differential amplifier transistors and the transistor current source.

3. The amplifier of either claim 1 or claim 2 wherein the current source comprises a common-emitter transistor whose collector is connected to receive the emitter currents of the transistors of the differential amplifier and the control voltage generating means includes a $\Delta V_{BE}$ cell for supplying to the base of the common-emitter transistor a control voltage which produces in the collector of the common-emitter transistor a current which is a function of the current gain of the differential amplifier transistors.

4. The amplifier of claim 3 wherein the control voltage produces in the emitter of the common-emitter transistor a current $2I(1+2/beta)$ and a tail current of $2I(1+1/beta)$, where beta is the current gain of the differential amplifier transistors, over a selected temperature range.

6

5. The amplifier of claim 3 wherein the current source further includes an emitter resistor connected between the emitter of the common-emitter transistor and a voltage reference, and wherein the differential amplifier transistors have finite intrinsic emitter resistance and the control voltage is a function of the emitter resistance, the finite intrinsic emitter resistance of the common-emitter transistor and the current gains of the differential amplifier transistors.

6. A gain-compensated differential amplifier circuit comprising:

(a) a transistor differential amplifier, with reasonably matched current gains, operating at a tail current $I_{tail}$;

(b) a current source responsive to a control voltage for generating said tail current as a function of the control voltage;

(c) control voltage generating means for generating, as the control voltage, a voltage which varies proportionately to absolute temperature, and which is provided by a $\Delta V_{BE}$ cell; and

(d) the $\Delta V_{BE}$ cell including means for functionally relating the control voltage to the intrinsic emitter resistance of the current source.

7. The amplifier of claim 6 wherein the control voltage generating means is adapted to generate, as the control voltage, a voltage which generates a tail current having a component that is functionally related to and tracks the resistances associated with the transistor geometries and current gain characteristics of the transistors of the differential amplifier and the current source.

8. The amplifier of either claim 6 or claim 7 wherein the current source comprises a common-emitter transistor whose collector is connected to receive the emitter currents of the transistors of the differential amplifier and the $\Delta V_{BE}$ cell supplies to the base of the common-emitter transistor a control voltage which produces in the collector of the common-emitter transistor a current which is a function of the current gain of the differential amplifier transistors.

9. The amplifier of claim 8 wherein the control voltage generating means produces in the emitter of the common-emitter transistor a current $2I(1+2/beta)$ and a tail current of $2I(1+1/beta)$, where beta is the current gain of the differential amplifier transistors, over a selected temperature range.

10. The amplifier of claim 8 wherein the current source further includes an emitter resistor connected between the emitter of the common-emitter transistor and a voltage reference, and wherein the differential amplifier transistors have finite intrinsic emitter resistance and the control voltage is a function of the emitter resistance, the finite intrinsic emitter resistance of the common-emitter transistor and the current gains of the differential amplifier transistors.

* * * * *

**TAB 02**

RECYCLED

ALL-STATE LEGAL SUPPLY CO.  1-800-222-0510   EDI1



RAH:sp
DEC-22-89
0472U

RECEIVED

JAN 1 8 1990

GROUP 250

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Applicant: | Barrie Gilbert |
| Serial No.: | 07/328,946 |
| Filing date: | 03/27/89 |
| For: | DIFFERENTIAL AMPLIFIER WITH GAIN COMPENSATION |
| Examiner: | James B. Mullins |
| Art Unit: | 252 |

_1-17-90_

_1-17-90_

CERTIFICATE OF MAILING UNDER 37 C.F.R.  §1.8

The undersigned hereby certifies that this document is being placed in the United States mail with first-class postage attached, addressed to Commissioner of Patents and Trademarks, Washington, D.C. 20231, on the 22nd of December, 1989.

Steven J. Henry,  Reg. No. 27,900
Attorney for Applicant

Hon. Commissioner of Patents and Trademarks
Washington, D.C.

AMENDMENT

Sir:

In response to the Official Action of July 5, 1989, please amend this application as follows:

**B7**

Serial No. 07/328,946          -2-                    Patent

MAIL ROOM
68
DEC
20
1989
PAT. & TRADEMARK OFF.

RECEIVED
JAN 1 2, 1990
GROUP 250

IN THE SPECIFICATION

On page 1
    in line 4, delete "often called "long-tail pairs"";
    in line 5, change "long-tail" to --differential amplifier--;
    in line 22, change "The gain" to --The differential gain, G, --; and
    in line 23, after "temperature stability" add --, dG/dT,--.

MAIL ROOM
68
DEC
26
1989
PAT. & TRADEMARK OFF.

On page 2
    in line 7, change "12" to --13--;
    in line 8, after "resistance" add --, $kT/qI$,--;
    in line 9, change "16 and re = $kT/qI$" to --12--;
    in line 12, change "the ohmic" to --the total ohmic--; and
    in line 14, change "emitter-emitter" to --emitter--.

On page 3
    in line 18, after "component" add --of current--; and
    in line 22, change "$V_{BE}$ cell" to --$\Delta V_{BE}$ cell--.

On page 5
    in line 3, change "gain error is thus" to --small signal gain
Q1 error, due to the assumption that r << $r_e$, is--;
    in line 8, change "$I=GV_t/R_C(1-2Gr/R_C)$" to
Q2 --$2I=2GVt/Rc(1-2Gr/Rc)$--;
    in line 21, change "$V_{BE}$ cell" to --$\Delta V_{BE}$ cell--; and
    in line 23, after "2I," add --The use of a $\Delta V_{BE}$ cell as
Q3 means to generate a tail current which is PTAT is well documented
in the literature, as prior art.--.

On page 6
    in line 3, change "$V_{BE}$ cell" to --$\Delta V_{BE}$ cell--; and
    in line 11, change "Under ideal assumptions, (half of)" to
Q4 --Under the assumption that the differential amplifier is an
ideal amplifier, half of--.

**B8**

Serial No. 07/328,946         –3–             Patent

On page 7
    in line 1, delete "the variable r may be forced out of the equations by"; and
    in line 2, change ", to yield" to --yields--.

On page 8
    in line 22, change "Use of the $V_{BE}$ cell makes this possible. With proper design, this $V_{BE}$ cell" to --Use of the $\Delta V_{BE}$ cell makes this possible. The operation of a $\Delta V_{BE}$ cell as means to generate a tail current which is PTAT is well documented in the literature, as prior art. However, this invention shows how, with proper design, this $\Delta V_{BE}$ cell--.

On page 9
    in line 18, change "$V_{BE}$" to --$\Delta V_{BE}$ cell--.

On page 10
    in line 11, change "a 'one-alpha' increase" to --an increase--;
    in line 13, after the first occurence of "current" add --to compensate for finite ß--;
    in line 13, after "$I_{tail}$ add --(i.e., $I_{tail}=2I$, as shown in Fig. 1 and Fig. 2)--
    in line 16, delete "'one alpha'";
    in line 19, change "'one-alpha'" to --ß-compensation--; and
    in line 19, delete ", or 0.1 db,".

On page 11
    in line 14, change "$V_{BE}$ cell" to --$\Delta V_{BE}$ cell--;
    in line 16, delete "is" to --produces--; and
    in line 19, after "(i.e., set" add --to--.

**B9**

Serial No. 07/328,946          -4-          Patent

IN THE ABSTRACT

On page 15
    in line 10, change "with" to --which--.

RECEIVED

JAN 18 1990

IN THE CLAIMS

GROUP 250

Amend Claim 1 as follows:

1.  (Amended) A gain-compensated differential amplifier circuit comprising:

    (a)  a transistor differential amplifier, <u>with reasonably matched current gains,</u> operating at a tail current $I_{tail}$;

    (b)  a transistor current source [response] <u>responsive</u> to a control voltage for generating said tail current as a function of the control voltage; [and]

    (c)  control voltage generating means for generating, as the control voltage, a voltage which varies proportionately to absolute temperature[.]; and

    (d)  the control voltage generating means including means for functionally relating the control voltage to the intrinsic emitter resistance of the current source.

Amend Claim 2 as follows:

    2.  (Amended)  The amplifier of <u>claim 1</u> wherein the control voltage generating means is adapted to generate , as the control voltage , a voltage which [depends on the] <u>generates a tail current having a component that is functionally related to and tracks the ohmic resistances associated with the geometries and current gain</u> characteristics of the differential amplifier transistors <u>and the current source</u> <u>transistor</u>.

**B10**

Serial No. 07/328,946          –5–                    Patent

Amend Claim 3 as follows:

3.  (Amended)  The amplifier of either [of] claim[s] 1 or claim 2
wherein the current source comprises a common-emitter transistor
whose collector is connected to receive the emitter currents of
the transistors of the differential amplifier and the control
voltage generating means includes a $\underline{\Delta V_{BE}}$ cell for supplying
to the base of the common-emitter transistor a control voltage
which produces in the collector of the common-emitter transistor
a current which is a function of the current gain of the
differential amplifier transistors.)

Amend Claim 5 as follows:

5.  (Amended)  The amplifier of claim 3 wherein the current
source further includes an emitter resistor connected between the
emitter of the common-emitter transistor and a [supply] voltage
reference, and wherein the differential amplifier transistors
have finite intrinsic emitter resistance and the control voltage
is a function of the emitter resistance, the finite intrinsic
emitter resistance of the common-emitter transistor and the
current gains of the differential amplifier transistors.

Add Claim 6 as follows:

6.  A gain-compensated differential amplifier circuit comprising:

(a)  a transistor differential amplifier, with reasonably
matched current gains, operating at a tail current $I_{tail}$;

(b)  a current source responsive to a control voltage for
generating said tail current as a function of the control
voltage;

**B11**

Serial No. 07/328,946          –6–                    Patent

(c)  control voltage generating means for generating, as the
control voltage, a voltage which varies proportionately to
absoluce temperature, and which is provided by a $\Delta V_{BE}$
cell; and

(d)  the $\Delta V_{BE}$ cell including means for functionally
relating the control voltage to the intrinsic emitter
resistance of the current source.

Add Claim 7 as follows:

7.  The amplifier of claim 6 wherein the control voltage
generating means is adapted to generate, as the control voltage,
a voltage which generates a tail current having a component that
is functionally related to and tracks the resistances associated
with the transistor geometries and current gain characteristics
of the transistors of the differential amplifier and the current
source ~~transistor~~.

Add Claim 8 as follows:

8.  The amplifier of either claim 6 or claim 7 wherein the
current source comprises a common-emitter transistor whose
collector is connected to receive the emitter currents of the
transistors of the differential amplifier and the $\Delta V_{BE}$ cell
supplies to the base of the common-emitter transistor a control
voltage which produces in the collector of the common-emitter
transistor a current which is a function of the current gain of
the differential amplifier transistors.

B12

Serial No. 07/328,946          —7—                    Patent

Add Claim 9 as follows:

9.  The amplifier of claim 8 wherein the control voltage produces in the emitter of the common-emitter transistor a current 2I(1+2/beta) and a tail current of 2I(1+1/beta), where beta is the current gain of the differential amplifier transistors, over a selected temperature range.

Add Claim 10 as follows:

10.  The amplifier of claim 8 wherein the current source further includes an emitter resistor connected between the emitter of the common-emitter transistor and a voltage reference, and wherein the differential amplifier transistors have finite intrinsic emitter resistance and the control voltage is a function of the emitter resistance, the finite intrinsic emitter resistance of the common-emitter transistor and the current gains of the differential amplifier transistors.

## REMARKS

In the Office Action of July 5, 1989 the Examiner rejects claims 1-3 under 35 U.S.C. 102(b) as "being anticipated by either Hester or Maeda et al", and he rejects claims 4 and 5, under 35 U.S.C. 103, as obvious over Hester and Maeda et al., a "matter of design choice in order to arrive at optimum performance of the reference circuits".

**B13**

Serial No. 07/328,946          -8-                    Patent

In rejecting claims 1-3, the Examiner specifically notes that "Fig. 2 and source 70 of Hester and Figs. 1 and 2 of Maeda et al." anticipate this application.

Upon reviewing the references, it appears that the Examiner has correctly identified Hester and Maeda as anticipating claim 1, which was unnecessarily broad. Accordingly, claim 1 is amended to distinguish over these references.

Parts a through c of amended claim 1 encompass the original claim, and recite the prior art use of a control voltage means to control the tail current of a differential amplifier so that it is PTAT (i.e., proportional-to-absolute-temperature). Part d of amended claim 1, however, adds the novel, unobvious feature:

"(d) including means for functionally relating the control voltage to the intrinsic emitter resistance of the current source."

The specification derives the equations (see pp. 5-11) that relate parameters in the control circuit to a component of the tail current that is proportional to, and tracks, both the resistances associated with the device geometries, and the current gain, of the differential amplifier transistors. The relationships on pages 10 and 11 were not known before the present invention.

These are important relationships. For example, there is a need to correct for the junction resistances in the differential transistors of a differential amplifier. This is crucial to producing a robust design, as it often is the largest source of gain error in a practical product. Such compensation is not addressed in any of the patents which the Examiner has cited. Even Maeda et al., which purportedly addresses the need to control the gain of a differential amplifier, does not correct for the ohmic resistances.

B14

Serial No.  07/328,946          -9-                    Patent

   There is also a need for special care in dealing with the
many small, but cumulative, errors that are due to finite beta
(e.g.,  the ß of: the differential pair, the current source
transistor, the next stage transistors, etc.).  This is also not
addressed in any of the patents which the Examiner cited.

   No one previously knew how to use a control voltage to
compensate simultaneously for geometry-dependent-parameters,
temperature-dependencies and lot-to-lot variations in a
differential amplifier.  Nor was it obvious to those already
using a $\Delta V_{BE}$ cell (to generate a PTAT tail current) that a
$\Delta V_{BE}$ cell could be configured to accomplish this very
desirable end.

   The present application teaches, for the first time, how to
design a control voltage generator, such as a $\Delta V_{BE}$ cell that
controls the tail current, in a manner that compensates for the
lot-to-lot and temperature variations of the differential
transistors' geometry-dependent-parameters.  This is an important
advance in controlling a differential amplifier's tail current so
that the differential amplifier has a stable, predictable gain.

   By contrast, Hester's entire patent focuses on means for
generating a differential amplifier current source that is <u>only</u>
temperature compensated. e.g.,
(Hester claim 1) "A temperature compensated current source
comprising:"
(Hester claim 2) "...that ... has a positive temperature
coefficient."
(Hester claim 5) "A temperature compensated differential
amplifier circuit comprising:"...

**B15**

Serial No. 07/328,946          -10-                    Patent

Hester's patent describes a current source which is proportional to temperature and "has a high degree of independence from variations because of the individual transistor gains" of the transistors in the current source itself, not the differential transistors.

The invention in the Maeda et al. patent is also different from this invention, because Maeda et al. focuses on means for automatic gain control of a differential amplifier. e.g., (Maeda claim 1) "An automatic gain control detection circuit, comprising:"
(Maeda claim 2-5) "An automatic gain control detection circuit ..."

Maeda's patent is for the design of a better AGC detection circuit, and is not a method for compensating for the lot-to-lot or ß variations of a differential amplifier.

Neither Hester's current source nor Maeda's current source accounts for the ohmic resistances or ß of the differential transistors. Neither do these patents teach us how to compensate for lot-to-lot or temperature varying parameters in the differential amplifier transistors.

McKinnis et al. state that they have addressed the problem of maintaining a specific and stable gain "over temperature, voltage, and manufacturing processing". However, their patent shows different circuitry, governed by different equations, which, more importantly, do not account for the junction resistance of the differential pair or any of the various finite beta errors.

The present application focuses on a design approach that compensates for the differential transistors' geometry-dependent-parameters which vary from lot-to-lot and with temperature. This is unique. In fact, no previous designer has shown a way to compensate for junction resistances or beta in a differential

Serial No.  07/328,946          -11-              Patent

amplifier.  There is no evidence that anyone skilled in the are
even believed that means could exist to compensate for these
errors, and no one saw that a $\Delta V_{BE}$ cell of a specific design,
could accomplish this.  It is an important advance in controlling
the tail current in a differential amplifier to produce a stable,
predictable gain, and the prior art does not teach this invention.

    Having distinguished claim 1 from the prior art, such as
shown in Hester, Maeda et al., and McKinnis et al., no further
argument is necessary to support the patentability of dependent
claims 2-5.  Nevertheless, the applicant notes that the further
limitations detailed in claims 2-5 are not taught, or hinted at,
by either Hester or Maeda et al.  For example, without limitation,
none of the references disclose the use of the differential
amplifier tail-current, or tail-current generating means, to
correct for finite beta or the junction resistances in the
differential pair.  Furthermore, the relationship between the
geometry-related parameters and circuit elements of the $\Delta V_{BE}$
cell and the geometry-related parameters of a differential
amplifier is found nowhere in the literature, and is neither
obvious nor a simple matter of design choice when designing a
PTAT current source for a differential amplifier.  The present
invention teaches that by proper selection of device geometries
in the $\Delta V_{BE}$ cell, the gain of each differential amplifier
will be the same throughout a product line, and in particular,
independent of lot-to-lot manufacturing differences and
temperature variation.

    The Examiner also rejects claims 3-5 under 35 U.S.C. 112 "as
being indefinite for failing to particularly point out and
distinctly claim the subject matter which applicant regards as
the invention."

Serial No. 07/328,946          -12-                    Patent

In claim 3, the Examiner feels that lines 8-11 of the unamended claim do "not appear to accurately reflect the circuit operation." Apparently, the Examiner is concerned that there does not appear to be some linking relationship (e.g., feedback signal) causing the control voltage to be a function of the differential amplifier gain. However, the specification shows equations that link the design parameters of the $\Delta V_{BE}$ cell with geometry-related parameters of the differential amplifier transistors, which is easily accomplished in monolythic fabrication. Claim 3 is accurate and is based on those circuit and parameter design relationships.

The Examiner comments that "In claim 4, the term 'I' should be defined." However, as the revised specifation makes clear, the term "I" in claim 4 refers to the value of the current that would have existed in that part of the circuit before the compensation factor of this invention was included. The claim, therefore, is not indefinite since the specification shows a designer how to include the compensation factor into the emitter and collector currents of the current source transistor in a differential amplifier. The claim must be read in light of the specification, and it is not required that every definition be repeated in the claims.

The Examiner correctly points out that the term 'The transistor, in claim 5, does not have a definite antecedent. The amended claim 5 corrects that indefiniteness.

The Examiner will please note that we have added claims 6 through 10 to cover aspects of the invention not previously claimed.

Serial No. 07/328,946          -13-                    Patent

The Examiner will also note that we have changed Fig. 1 of the drawing to insert reference numerals, which are now identified in the specification as well. The revised Fig. 1 has been submitted separately for inclusion in the application, with the approval of the Examiner. Additionally, the specification is amended to correct grammitical and syntactical errors, for greater clarity. Throughout, the term "$V_{BE}$ cell" is changed to "$\Delta V_{BE}$ cell" to conform the terminology to standard usage in the industry.

Applicant submits that the application, as herein amended, is now in condition for allowance and respectfully requests the Examiner to issue a Notice of Allowance at the earliest possible date.

The Examiner is further requested to contact the undersigned attorney of record, by collect telephone call, to advance the prosecution of this application in any respect.

Please charge any fee or fee deficiency occasioned by this response to Deposit Account No. 23/2825. A duplicate copy of this page is enclosed.

Respectfully submitted,

Steven J. Henry
Reg. No. 27,900
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA  02210-2211
Tel.: (617) 720-3500

SJH/sp
0472U

**B19**

In re application of:      Barrie Gilbert
Serial No:           07/328,946
Filed:              March 27, 1989
For:               DIFFERENTIAL AMPLIFIER WITH GAIN COMPENSATION

Examiner:         J. Mullins           RECEIVED
Art Unit:         252

                                      JAN 1 2 1990
THE COMMISSIONER OF PATENTS AND TRADEMARKS
WASHINGTON, D.C. 20231

Sir:                              GROUP 250

Transmitted herewith is an amendment in the above-identified application.

The fee has been calculated as shown below:

CLAIMS AS AMENDED

| | Claims Remaining After Amendment | | Highest No. Previously Paid For | | Present Extra | Rate | Additional Fee |
|---|---|---|---|---|---|---|---|
| TOTAL CLAIMS | 10 | MINUS | 20 | = | 0 | X $ 12 = | $ 0.00 |
| INDEP. CLAIMS | 2 | MINUS | 3 | = | 0 | X $ 34 = | $ 0.00 |

MULTIPLE DEPENDENT CLAIM.................................$100

PETITION FOR THREE MONTH EXTENSION OF TIME......................430.00

               TOTAL ADDITIONAL FEE FOR THIS AMENDMENT =   $430.00

[ ] No additional fee is required.

[X] Petition for Three Month Extension of Time.

[X] A check in the amount of $430.00 is attached.

[ ] Charge $ to Deposit Account 23/2825 of the undersigned attorneys. A duplicate of this sheet is enclosed.

**B20**

-2-

[X]  Please charge any additional fees or credit overpayment to Deposit
     Account No. 23/2825.  A duplicate of this sheet is enclosed.

Steven J. Henry, Esq.
Reg. No. 27,900
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
Tel. (617)720-3500
Attorneys of Record

Docket No. A0312/7089
December 22, 1989

8266K

I hereby certify that this correspondence is being
deposited with the United States Postal Service as first
class mail in an envelope addressed to: Commissioner
of Patents and Trademarks, Washington, D.C. 20231,
on_____
               DATE

_____

I hereby certify that this paper (postage) is being
deposited with the United States Postal Service as first
class mail in an envelope addressed to: Commissioner
of Patents and Trademarks, Washington, D.C. 20231,
on_____Dec 22  1589_____
               DATE

**TAB 03**



US006262633B1

(12) **United States Patent**
Close

(10) Patent No.: **US 6,262,633 B1**
(45) Date of Patent: **Jul. 17, 2001**

(54) **HIGH OUTPUT CURRENT OPERATIONAL AMPLIFIER OUTPUT STAGE**

(75) Inventor: JoAnn P. Close, Los Altos, CA (US)

(73) Assignee: Analog Devices, Inc., Norwood, MA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 09/560,305

(22) Filed: Apr. 27, 2000

(51) Int. Cl.[7] ............................................. H03F 3/26
(52) U.S. Cl. ...................... 330/267; 330/268; 330/255
(58) Field of Search .......................... 330/255, 267, 330/268

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,041,407 | * 8/1977 | Mala | 330/13 |
| 6,084,475 | * 7/2000 | Rincon-Mora | 330/255 |
| 6,100,762 | * 8/2000 | Kato | 330/255 |

OTHER PUBLICATIONS

Analog Devices AD8041 Data Sheet (1995) pp. 1–16.

* cited by examiner

*Primary Examiner*—Robert Pascal
*Assistant Examiner*—Henry Choe
(74) *Attorney, Agent, or Firm*—Koppel & Jacobs

(57) **ABSTRACT**

A rail-to-rail op amp output stage is configured to provide one or more additional base drive paths for each of its output transistors, reducing the stage's distortion and increasing its maximum output current without substantially increasing quiescent current. The additional base drive paths reduce the demand on the transistors driving the output transistors, lowering the distortion they might otherwise contribute to the output current. In a preferred embodiment, the collectors of the stage's clamp transistors are connected to the bases of their opposing output transistors, so that each clamp transistor provides an additional base drive path to a respective output transistor, thereby increasing maximum output current without substantially increasing quiescent current, and substantially reducing crossover distortion.

18 Claims, 7 Drawing Sheets





FIG. 1
(Prior Art)



FIG.2a



FIG.2b



FIG.3a



FIG.3b



FIG.4a



FIG.4b



FIG.5a



FIG.5b

US 6,262,633 B1

1

# HIGH OUTPUT CURRENT OPERATIONAL AMPLIFIER OUTPUT STAGE

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates to the field of operational amplifier output stages, and particularly to high output current, low distortion, rail-to-rail output stages.

### 2. Description of the Related Art

The characteristics of an operational amplifier (op amp) are defined with various specifications. Three of these, i.e., maximum output current, quiescent current, and distortion, tend to be interrelated. For example, the quiescent current, i.e., the current drawn from the power supplies when no signal is applied to the op amp, tends to limit the maximum output current, with an increase in maximum output current requiring a corresponding increase in quiescent current. An increase in quiescent current also tends to improve the distortion performance of the op amp, though at the cost of higher power dissipation.

A known op amp output stage is shown in FIG. 1, which is a simplified schematic of the output stage of an AD8041 op amp from Analog Devices, Inc. in Norwood, Mass. A drive circuit 10 produces complementary drive signals 12 and 14 to drive a complementary pair of output transistors Q1 and Q4, respectively. Q1 and Q2 are connected in series between supply voltages VCC and VEE, with the junction of their collectors serving as the stage's output terminal OUT. Q1 and Q2 conduct respective currents $I_{Q1}$ and $I_{Q2}$ in response to drive signals 12 and 14, which are summed at the output terminal to produce an output current $I_o$.

Drive circuit 10 is arranged to receive differential inputs V+ and V−, and to produce complementary drive signals 12 and 14 in response; i.e., as drive signal 12 pulls down harder on Q1's base to increase the current $I_{Q1}$ conducted by Q1 to the output, drive signal 14 also decreases to reduce the current $I_{Q2}$ conducted by Q2. Similarly, drive circuit 10 manipulates drive signals 12 and 14 so that when $I_{Q1}$ is increased, $I_{Q1}$ is decreased.

A number of implementations can be employed to obtain the A/B-type behavior from drive circuit 10, one of which is illustrated in FIG. 1. Differential inputs V− and V+ are connected to transistors Q3 and Q4, respectively, each of which is connected as an emitter follower. V− and V+ are also connected to transistors Q5 and Q6, which are also connected as emitter followers; Q3 and Q4 are of opposite polarity to that of Q5 and Q6. A pair of transistors Q7 and Q8 are connected to receive the outputs of emitter followers Q3 and Q4, respectively, and to conduct first and second currents in response. A pair of transistors Q9 and Q10 are connected to receive the outputs of emitter followers Q5 and Q6, respectively, and to conduct third and fourth currents in response. A current mirror circuit 16 made from transistors Q11 and Q12 is connected to mirror the current conducted by Q7 to Q8, with the difference current between the mirrored current and the Q8 current being drive signal 14. Similarly, a current mirror 18 made from transistors Q13 and Q14 is connected to mirror the current conducted by Q9 to Q10, with the difference current between the mirrored current and the Q10 current being drive signal 12. The emitters of Q7 and Q9 are connected together at a junction 20 and the emitters of Q8 and Q10 are connected together at a junction 22. A compensation capacitor is connected between V− and OUT, and a resistor Rl is connected between junctions 20 and 22 to improve the stage's stability. A complementary pair of clamp transistors Q15 and Q16 are

2

biased with respective bias voltages $V_{bias1}$ and $V_{bias2}$ to prevent current mirror transistors Q14 and Q12, respectively, from saturating.

The output stage also includes a transistor Q17 connected between mirror transistor Q11 and VCC via a resistor R2, and a transistor Q18 connected between mirror transistor Q13 and VEE via a resistor R3. Q17/R2 and Q18/R3 are part of the scheme to bias output transistors Q1 and Q2 at the proper quiescent current. The collector currents of Q17 and Q18 are mirrored via Q11/Q12 and Q13/Q14, respectively, to provide known currents through Q15 and Q16. Thus, along with bias voltages $V_{bias1}$ and $V_{bias2}$, and the relative sizes of Q1, Q15, Q2 and Q16 set the output transistors' quiescent operating point.

In operation, when V− drops below V+, the voltages at the bases of Q7 and Q9 decrease. This results in the current through Q7 and Q10 (via R1) to be increased, and that through Q8 and Q9 to decrease. The Q10 current is greater than the mirrored Q9 current, and the resulting difference current (drive signal 12) pulls down on the base of output transistor Q1, increasing the current IQ. provided to the output terminal. At the same time, the mirrored Q7 current is greater than the Q8 current, and the resulting difference current (drive signal 14) reduces the drive to Q2, and thereby reduced $I_{Q2}$. With IQ, increased and $I_{Q2}$ decreased, the net output current $I_{out}$ is increased.

Similarly, when V+ falls below V−, more current flows through the Q9/R1/Q8 path, and less flows through the Q10/R1/Q7 path, increasing the drive to output transistor Q2 and reducing it to Q1, producing a net reduction in $I_o$.

The maximum amount of current from Q1 is limited by the amount of current conducted by Q10, which is in turn limited by the current sources 14 and 11 connected in series with follower transistors Q3 and Q6. Specifically, the maximum current from Q1 is given by the lesser of $1)\beta_{Q1}*\beta_{Q10}*14$ and $2)\beta_{Q1}*\beta_{Q7}*11$. Similarly, Q2 is limited by the amount of current conducted by Q8, which is limited by the current sources 12 and 13 connected in series with follower transistors Q4 and Q5, with the maximum current from Q2 given by the lesser of $1)\beta_{Q2}*\beta_{Q8}*13$ and $2)\beta_{Q2}*\beta_{Q9}*12$. Thus, the stage's quiescent current depends on the magnitudes of the 11–14 currents, along with the relative sizes of several of the transistor' emitters. Increasing 11–14 increases the maximum value of $I_o$, though doing so also increases the stage's quiescent current and power dissipation.

The stage's quiescent current also affects its distortion performance. Some nonlinearity is introduced into the output by the driver stage, primarily due to the behavior of transistors Q7–Q10 as they act to sink and source the required base currents by the output transistors. The magnitude of the nonlinearity is directly related to the percentage change of the currents through Q7–Q10. Increasing the stage's quiescent current lowers this percentage change, which reduces the nonlinearity and thus improves the distortion performance. However, as noted above, increasing quiescent current causes a corresponding and often undesirable increase in power dissipation.

## SUMMARY OF THE INVENTION

An op amp output stage is presented which, when compared with prior art output stages, provides lower distortion and up to twice as much output current for the same quiescent current. Alternatively, the new stage provides an output current equivalent to that of a prior art amplifier while reducing quiescent current by up to half.

B30

US 6,262,633 B1

3

This improved performance is accomplished by providing one or more additional base drive paths for each of the output transistors of an output stage that otherwise resembles the circuit depicted in FIG. 1. Several means are described by which this is done. For example, a pair of transistors can be employed to mirror components of the output transistors' drive signals back to their respective output transistors, thereby providing an additional base drive path to each. The additional base drive reduces the demand on the drive signal transistors (Q7–Q10), which lowers the distortion they might otherwise contribute. Alternatively, the collectors of the clamp transistors are connected to the bases of their opposing output transistors, rather than to the supply voltages as in FIG. 1; when so arranged, each clamp transistor provides an additional base drive path to a respective one of the output transistors. Another alternative combines both of these methods to provide multiple additional base drive paths for the output transistors. All of these techniques reduce the demands on the drive circuit transistors by half or more for a given output current, which decreases the distortion contribution of the output stage when the amplifier is driving a heavy current load.

Further features and advantages of the invention will be apparent to those skilled in the art from the following detailed description, taken together with the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic diagram of a known op amp output stage.

FIG. 2a is a schematic diagram of an operational amplifier output stage per the present invention.

FIG. 2b is an alternative embodiment of the operational amplifier output stage of FIG. 2a, with the output stage's clamp transistors connected to provide additional base drive paths to the output transistors.

FIG. 3a is a schematic diagram of the preferred embodiment of an operational amplifier output stage per the present invention, which depicts the operation of an additional base drive path for one of the output transistors.

FIG. 3b is a schematic diagram of the preferred embodiment of an operational amplifier output stage per the present invention, which depicts the operation of an additional base drive path for the other output transistor.

FIG. 4a is a block diagram of a current feedback amplifier employing an output stage per the present invention.

FIG. 4b is a block diagram of a voltage feedback amplifier employing an output stage per the present invention.

FIG. 5a is a simulated graph of second harmonic distortion versus frequency for an amplifier comprising a current feedback input stage and a prior art output stage, and an amplifier comprising the same current feedback input stage and an output stage per the present invention.

FIG. 5b is a simulated graph of third harmonic distortion versus frequency for an amplifier comprising a current feedback input stage and a prior art output stage, and an amplifier comprising the same current feedback input stage and an output stage per the present invention.

DETAILED DESCRIPTION OF THE INVENTION

An op amp output stage 25 in accordance with the present invention is shown in FIG. 2a. As in FIG. 1, the output stage includes a complementary pair of bipolar output transistors Q1 and Q2 connected in series between first and second

4

supply voltages VCC and VEE. The collectors of Q1 and Q2 are connected together at an output terminal OUT; Q1 conducts a current $I_{Q1}$ and Q2 conducts a current $I_{Q2}$, which are summed at the output terminal to produce the output stage's output current $I_o(=I_{Q1}-I_{Q2})$. Output transistors Q1 and Q2 are driven by complementary drive signals 12 and 14, respectively, which are provided by drive circuit 10. As noted above, drive signals 12 and 14 are "complementary" with respect to the effect they have on the output transistors, such that when Q1 is driven to increase $I_{Q1}$, Q2 is driven to reduce $I_{Q2}$, and vice versa.

The output stage is configured to include a pair of transistors (discussed below) which mirror components of drive signals 12 and 14 back to the bases of their respective output transistors, thereby providing additional base drive to Q1 and Q2. This is illustrated by reference to the exemplary implementation of drive circuit 10 shown in FIG. 2a. Here, rather than connect current mirrors between Q7 and Q8 and between Q9 and Q10 (as in FIG. 1), diode-connected transistors Q17 and Q18 are connected between VCC and Q9, and between VEE and Q7, respectively; in addition, a first current source 15 is connected to the collector of Q10, and a second current source is connected to the collector of Q8.

As in FIG. 1, the output stage also includes a complementary pair of clamp transistors Q15 and Q16, with Q15 connected between the base of Q1 and VEE and Q16 connected between the base of Q2 and VCC. Q15 and Q16 are biased with respective voltage bias sources $V_{bias1}$ and $V_{bias2}$ to ensure that Q1 and Q2 are never completely cut off; Q15 and Q16 are also part of the scheme to set the quiescent current of output transistors Q1 and Q2, as noted above.

A pair of transistors Q19 and Q20 are added to the output stage to provide additional base drive paths for output transistors Q1 and Q2. Q19 is connected in a mirror configuration with diode-connected transistor Q17, with its collector connected to the base of Q2. Similarly, Q20 is connected in a mirror configuration with diode-connected transistor Q18, with its collector connected to the base of Q1. When connected in this way, Q19 mirrors the Q9/R1/Q8 current component of drive signal 14 to the base of Q2, and Q20 mirrors the Q10/R1/Q7 current component of drive signal 12 to the base of Q1.

In operation, a differential voltage is applied across the drive circuit's input terminals V+ and V−. When V− falls below V+, current flows via the Q10/R1/Q7 current path. The difference between the current from 15 and the Q10 current form a difference current (drive signal 12), which pulls down on the base of Q1 and increases $I_{Q1}$. An increased current in the Q10/R1/Q7 current path results in a decrease in current in the Q9/R1/Q8 current path, with the difference between the 16 current and the Q8 current providing a difference current (drive signal 14) which reduces the voltage at the base of Q2 and reduces $I_{Q2}$. Simultaneously, the Q10/R1/Q7 current is mirrored to the base of Q1 via Q20 (arrows 32), so that Q1's base is pulled down even harder to increase the $I_{Q1}$ current. The increase in $I_{Q1}$, combined with the decrease in $I_{Q2}$ results in a net increase in $I_o$.

Similarly, when V− rises above V+, drive signal 14 increases the voltage at the base of Q2 via the Q9/R1/Q8 current path, increasing $I_{Q2}$. The increased Q9/R1/Q8 current results in a reduction in the Q10/R1/Q7 current, with the difference between the 15 current and the Q10 current providing a difference current (drive signal 12) which reduces the downward pull on the base of Q1 and thereby reduces $I_{Q1}$. Similarly, when V− is greater than V+, the

US 6,262,633 B1

5

Q9/R1/Q8 current (arrows 34) is mirrored to the base of Q2 via Q19 (arrows 36), which serves to increase $I_{Q2}$. The increase in $I_{Q2}$ combined with the decrease in $I_{Q1}$ results in a net decrease in $I_{o}$.

The additional base drive currents provided by Q19 and Q20 serve to offload the demands on drive circuit transistors Q7–Q10. As noted above, the output stage's output current is limited by the magnitude of the output transistors' respective base drives. In the prior art, all of the base drive was necessarily produced by drive circuit 10, with Q1's base drive conducted through Q10 and Q7. The magnitude of Q1's base drive was in turn dependent on the base currents of Q10 and Q7, which were received from current sources I4 and I1, respectively. In this way, the magnitude of the currents provided by I4 and I1 determined the maximum current from Q1. Similarly, the magnitude of the current provided by current sources I3 and I2 determined the maximum current through Q2. As such, maximum output current could only be increased by increasing I1–I4; however, this increases the stage's quiescent current and power dissipation. With the addition of Q19 and Q20, the currents required from Q7–Q10 for a given output current are reduced, lowering the distortion these transistors would otherwise introduce. Alternatively, Q19 and Q20 permit the maximum output current from the output stage to be increased, without a corresponding increase in distortion from the drive signal transistors. Using Q19 and Q20 to increase output current will necessarily result in an increase in quiescent current, however.

Even more benefits are realized when the output stage's clamp transistors are connected as shown in FIG. 2b, which depicts only a portion of the output stage; the portion not shown is the same as in FIG. 2a. Here, rather than connect each clamp transistor between the base of an output transistor and a respective supply voltage (as in FIG. 1), they are connected between the bases of the two output transistors. Thus, the collector of clamp transistor Q15 is moved from VEE to the base of Q2 (with Q15 now being labeled Q15'), and the collector of clamp transistor Q16 is moved from VCC to the base of Q1 (and becomes Q16'). In the prior art, the main task of the clamp transistors is to keep mirror transistors Q12 and Q14 out of saturation (if drive circuit 10 is configured per FIG. 1), and/or to keep the output transistors from being completely cut off (if configured per FIG. 2a). When connected as shown in FIG. 2b, however, clamp transistors Q15' and Q16' still provide the clamping functions, and also provide some additional base drive to the output transistors; i.e., Q15' provides an additional base drive path for Q2, and Q16' does the same for Q1. These additional base drive paths also serve to greatly decrease the output stage's crossover distortion.

Q15' and Q16' operate as follows: as has been previously described, drive signals I2 and I4 are complementary; i.e., when drive signal I2 acts to increase $I_{Q2}$ (by reducing the voltage at the base of Q2), drive signal I4 acts to reduce $I_{Q1}$ (by reducing the voltage at the base of Q1). Assume that V– is less than V+, so that drive signal I2 pulls down on Q1's base, and drive signal I4 decreases the voltage on Q2's base. The base of Q16' is at a fixed voltage set by $V_{bias1}$. Thus, the lower Q2 base voltage (and Q16' emitter voltage) increases the base-emitter voltage of Q16', causing the current it conducts to be increased. With its collector connected to the base of Q1, Q16' pulls its additional current from the base of Q1, further increasing $I_{Q1}$. Similarly, when V– is greater than V+, the base voltages of Q1 and Q2 increase. The increased voltage at the base of Q1 (and at the emitter of Q15') acts to increase the base-emitter voltage of Q15', so

6

that it conducts more current to the base of Q2 and thereby further increases $I_{Q2}$.

As noted above, connecting clamp transistors Q15' and Q16' as shown in FIG. 2b lowers distortion by offloading the drive circuit transistors Q7–Q10. However, this configuration of the clamp transistors provides additional improvements in distortion performance as follows: when the component currents making up an output transistor's base drive—i.e., Q1's base current, the emitter current of Q15', and the collector current of Q16' (for Q1); Q2's base current, the emitter current of Q16', and the collector current of Q15' (for Q2)—are added together, they cancel each other so as to virtually eliminate crossover distortion.

A preferred implementation of the invention is shown in FIGS. 3a and 3b, in which the only additional base drive paths are those provided by the clamp transistor connection scheme of FIG. 2b. Drive circuit 10 is as it was in FIG. 1, with current mirror 16 arranged to mirror the Q7 current to Q8, with the difference between the mirrored current and the Q8 current generating a difference current (drive signal I4) which is delivered to the base of Q2. Similarly, current mirror 18 mirrors the Q9 current to Q10, with the difference between the mirrored current and the Q10 current generating a difference current (drive signal I2) which is delivered to the base of Q1. Clamp transistors Q15' and Q16' are connected as in FIG. 2b, with Q15' providing an additional base drive path for output transistor Q2, and Q16' doing the same for Q1.

As connected in FIG. 3a, clamp transistors Q15' and Q16' keep Q14 and Q12 out of saturation. The emitter of Q15' is connected to the collector of mirror transistor Q14, and its base is connected to a bias voltage source 50. The output of bias voltage source 50 is set so that Q15' prevents the voltage at the collector of Q14 from getting any higher than one base-emitter voltage ($V_{be}$) below VCC. This is easily accomplished with a pair of diode-connected transistors Q21 and Q22 connected in series and biased with a current source 17. This arrangement makes the voltage at the base of Q15' two $V_{be}$'s below VCC. With the voltage at the emitter of Q15' one $V_{be}$ higher than that at its base, the collector of Q14 is kept one $V_{be}$ below VCC. This is sufficient to keep Q14 from saturating, which, if not prevented, could introduce a considerable amount of distortion into the output current.

Q16' is connected in a similar fashion. A bias voltage source 52, suitably implemented with a pair of diode-connected transistors Q23 and Q24 connected in series with a current source 18, places a voltage on the base of Q16' which prevents the collector of Q12 from getting any lower than one $V_{be}$ from VEE. This is sufficient to keep Q12 out of saturation, and thus prevents the occurrence of distortion that might otherwise be introduced into the output current.

Using diodes (diode-connected transistors Q21–Q24) and fixed current sources (17, 18) to establish the outputs for bias voltage sources 50 and 52 results in particularly well-controlled quiescent currents in output transistors Q1 and Q2 (i.e., temperature and process insensitive).

As noted above, the novel way in which clamp transistors Q15' and Q16' are connected enable them to provide additional base drive paths for the output transistors. The use of clamp transistor Q16' to provide an additional base drive path for output transistor Q1 is illustrated in FIG. 3a. Assume that V– is less than V+. This condition was previously determined to cause drive signal I2 to pull down on output transistor Q1 via the current path formed by Q10, R1 and Q7—as indicated by arrows 54. This current is reflected by current mirror 16 to Q8 to create drive signal I4. Because

US 6,262,633 B1

7

the mirrored current is greater than the small current con-
ducted by Q8, the voltage at the base of output transistor Q2
falls, reducing $I_{O2}$. However, the lowered voltage at the base
of Q2 is also connected to the emitter of clamp transistor
Q16'. The base voltage of Q16' is fixed by bias voltage
source 52; thus, lowering the emitter voltage of Q16'
increases its base-emitter voltage, thereby increasing the
amount of current conducted by Q16'. With the collector of
Q16' connected to the base of Q1, the increased current
through Q16' serves to significantly increase Q1's base
drive. In this way, clamp transistor Q16' provides an addi-
tional base drive path (as indicated by arrows 56) for Q1.

When V− is greater than V+, clamp transistor Q15'
provides additional base drive for Q2, as illustrated in FIG.
3b. As described above, when V− is greater than V+, output
transistor Q2 is driven, via Q9, R3 and Q8 (arrows 58), to
increase $I_{O2}$. This drive current is mirrored by current mirror
18 to Q10. Because the mirrored current is greater than the
small current through Q10, the difference current (drive
signal 12) increases the voltage at the base of Q1, thereby
reducing $I_{O1}$. However, the emitter of Q15' is also connected
to the base of Q1, so that Q1's increased base voltage also
increases the base-emitter voltage of Q15'. The resulting
increase in the current conducted by Q15' is fed to the base
of Q2, significantly increasing its base drive. Thus, Q15'
provides an additional base drive path (as indicated by
arrows 60) for Q2.

The embodiment shown in FIGS. 3a and 3b is preferred
because it provides an increase in maximum output current
with only a nominal increase in quiescent current, lowers
distortion by offloading drive circuit transistors Q7–Q10 and
by canceling crossover distortion, and requires no more
components than did the prior art. That is, all the above
benefits are achieved using the same number of transistors as
were used in FIG. 1.

As illustrated in FIG. 3a, the magnitude of Q1's base
drive current is equal to the sum of the current 54 flowing
through the Q1₆/R1/Q7 current path, given by $I_o/[(1+R_{16})$
$\beta_{Q7}]$, and the current 56 flowing through the Q16'/Q12
current path, given by $(R_{16}*I_o)/[(1+R_{16})\beta_{Q3}]$, where $I_o$ is the
output current, $\beta_{Q7}$ is Q7's beta, and $R_{16}$ is the current
mirror ratio for mirror 16. For example, if the ratio between
Q11 and Q12 is 1:1, Q1's base drive is split 50/50. However,
if the ratio between Q11 and Q12 is 1:2 (and Q13/Q14
remains 1:1), then the Q10/R1/Q7 current path contributes
⅓ of the base drive, and the Q16'/Q12 path contributes ⅔ of
the base drive.

The components of Q2's base drive current are illustrated
in FIG. 3b. As shown, Q2's base drive is equal to the sum
of the current 58 flowing through the Q9/R3/Q8 current
path, given by $I_o/[(1+R_{18})\beta_{Q8}]$, and the current 60 flowing
through the Q15'/Q14 current path, given by $(R_{18}*I_o)/[(1+
R_{18})\beta_{Q2}]$, where $\beta_{Q2}$ is Q2's beta, $I_o$ is as defined above, and
R18 is the current mirror ratio for mirror 18.

To ensure that Q1 and Q2 receive well-controlled quies-
cent currents, drive circuit 10 is preferably arranged so that
both Q14/Q10 and Q8/Q12 produce known difference cur-
rents such that, when V+=V−, the current in Q12 ($I_{Q12}$) is
arranged, the collector currents of Q15' and Q16' can go
towards zero, resulting in large and poorly-controlled qui-
escent currents in Q1 and Q2. Ensuring the presence of
difference currents can be accomplished by, for example,
using current mirrors having ratios higher than 1:1, as
discussed above.

As noted above, bias voltage sources 50 and 52 are
arranged to keep Q14 and Q12 out of saturation. To ensure

8

that this is accomplished, current sources 17 and 18 must be
properly sized. When mirror transistor Q12 demands more
current than Q8 can provide, the remainder is taken up by
Q16'. If the current from I8 is too small, all of I8's current
will be stolen by the base of Q16' when Q16' needs to absorb
a lot of current, causing the voltage at the base of Q16' to
drop. This in turn causes the collector voltage of Q12 to
drop, which may cause it to saturate. I8 should thus be
arranged to produce current sufficient to keep Q12 out of
saturation even when Q16' must absorb the maximum
expected Q8/Q12 difference current. Similarly, I7 must be
sized to keep Q14 out of saturation even when Q15' must
absorb the maximum expected Q14/Q10 difference current.
With these I7 and I8 limitations taken into account, the
maximum output current $I_o(max)$ of an output stage con-
figured as shown in FIGS. 3a and 3b when V− is smaller
than V+ (output transistor Q1 dominant) is determined by
the smaller of:

1) $I1*\beta_{Q7}*\beta_{Q3}*(1+R_{16})$
2) $I4*\beta_{Q10}*\beta_{Q3}*(1+R_{16})$, or
3) $I8*\beta_{Q14}*\beta_{Q3}*[(1+R_{16})/R_{16}]$.

Similarly, when V− is greater than V+ (output transistor Q2
dominant), the maximum output current is given by the
smaller of:

1) $I3*\beta_{Q9}*\beta_{Q2}*(1+R_{18})$,
2) $I2*\beta_{Q9}*\beta_{Q2}*(1+R_{18})$, or
3) $I7*\beta_{Q13}*\beta_{Q2}*[(1+R_{18})/R_{18}]$

where I1-I4-I7 and I8 are the output currents of their
respective current sources, $\beta_x$ is the beta value of their
subscripted transistor, and $R_{16}$ and $R_{18}$ are the current mirror
ratios of mirrors 16 and 18, respectively.

The novel output stage can be combined with an input
stage to form either a current feedback amplifier or a voltage
feedback amplifier; examples of each are shown in FIGS. 4a
and 4b, respectively. In FIG. 4a, current feedback amplifier
100 comprises an input stage 102 connected to drive output
stage 25, with the overall output OUT fed back to the input
stage via feedback resistors R2 and R3. In FIG. 4b, voltage
feedback amplifier 110 has an input stage 112 connected to
drive output stage 25, with feedback via R2 and R3. In each
case, the amplifier's gain G is determined by the value of its
feedback resistors, as given by: G=(R2+R3)/R2. The output
stage can be driven differentially, or, as shown in FIGS. 4a
and 4b, with a single-coded input (with the other input of
output stage 25 connected to a fixed voltage $V_{fixed}$), with the
same benefits provided in either case.

As noted above, the invention improves both the output
current and distortion performance of an op amp output
stage. The improvement in distortion performance afforded
by the present invention is illustrated in FIGS. 5a and 5b,
which are simulated plots of second and third harmonic
distortion, respectively, versus frequency for both an ampli-
fier made from a current feedback input stage and an output
stage configured per FIG. 1, and an amplifier made from the
same current feedback input stage and an output stage
configured per FIGS. 3a and 3b. For each graph, the
amplifier: has a gain of +2; is powered with ±2.5 volt
supplies with Q15/Q16 set to a fixed voltage of 2.5 volts;
receives a sinusoidal input voltage sweeping between −1
volt and +1 volt connected to the amplifier input IN; and
drives a load resistance of 25 ohms. In both graphs, the
output stage current mirrors 16 and 18 are arranged with
ratios of 1:2. As is clearly evident, the invention reduces
distortion over a wide range of frequencies.

While particular embodiments of the invention have been
shown and described, numerous variations and alternate

US 6,262,633 B1

9

embodiments will occur to those skilled in the art. Accordingly, it is intended that the invention be limited only in terms of the appended claims.

I claim:

1. An operational amplifier output stage, comprising:

complementary bipolar output transistors, the collector-emitter circuits of which are connected in series between a first supply voltage and a second supply voltage, the junction between said collector-emitter circuits being said output stage's output terminal, said output transistors connected to conduct respective currents in response to complementary drive signals with the difference current between said respective currents delivered to said output terminal as said output stage's output current,

a drive circuit connected to provide said complementary drive signals to the bases of said output transistors, said drive circuit arranged to receive an output stage input signal at an output stage input and to conduct components of said complementary drive signals through first and second current paths, the magnitude of said complementary drive signals varying with said output stage input signal, said drive circuit having a given quiescent current which limits the maximum amplitude of said drive signals,

first and second complementary bipolar clamp transistors biased with respective bias voltages, said clamp transistors connected to the bases of respective output transistors to set the quiescent current of said output transistors and to prevent said output transistors from being cut off, and

first and second transistors connected to mirror the currents in said first and second current paths, the collectors of said first and second transistors connected to the bases of their opposing output transistors such that each provides an additional base drive path for its output transistor, said additional base drive paths reducing the amplitudes of the drive signals needed from said drive circuit for a given output current and thereby decreasing the amount of distortion that would otherwise be introduced into said output current by said drive circuit.

2. The output stage of claim 1, wherein the collector-emitter circuits of said clamp transistors are connected between the bases of said output transistors such that each provides an additional base drive path for the output transistor to which its collector is connected, said additional base drive paths via said clamp transistors reducing crossover distortion and further reducing the amplitudes of the drive signals needed from said drive circuit for a given output current and thereby increasing the maximum output current available from said output stage for said given quiescent current.

3. The output stage of claim 1, further comprising an input stage having at least one input and providing said output stage input signal to said output stage input, said output stage input signal varying with said at least one input, said input stage and said output stage forming an operational amplifier.

4. The output stage of claim 3, wherein said output stage input is a differential input and said output stage input signal is a differential voltage.

5. The output stage of claim 3, wherein said output stage input is a single-ended input and said output stage input signal is a single-ended voltage.

6. The output stage of claim 3, wherein said operational amplifier is a current feedback amplifier.

7. The output stage of claim 3, wherein said operational amplifier is a voltage feedback amplifier.

10

8. An operational amplifier output stage, comprising:

complementary bipolar output transistors, the collector-emitter circuits of which are connected in series between a first supply voltage and a second supply voltage, the junction between said collector-emitter circuits being said output stage's output terminal, said output transistors connected to conduct respective currents in response to complementary drive signals with the difference current between said respective currents delivered to said output terminal as said output stage's output current,

a drive circuit connected to provide said complementary drive signals to the bases of said output transistors, said drive circuit having a given quiescent current which limits the maximum amplitude of said drive signals, and

complementary bipolar clamp transistors biased with respective bias voltages, the collectors of said clamp transistors connected to the bases of their opposing output transistors such that each provides an additional base drive path for the output transistor to which its collector is connected, said additional base drive paths reducing the amplitudes of the drive signals needed from said drive circuit for a given output current and thereby increasing the maximum output current available from said output stage for said given quiescent current.

9. The output stage of claim 8, wherein said drive circuit comprises:

first and second inputs connected to receive a differential voltage,

first and second transistors connected as emitter followers, the bases of which are connected to respective ones of said first and second inputs,

third and fourth transistors connected as emitter followers, the bases of which are connected to said first and second inputs, respectively, the polarities of said third and fourth transistors being complementary to those of said first and second transistors,

fifth and sixth transistors connected to receive the outputs of said first and second emitter followers, respectively, and to conduct first and second currents in response, the polarities of said fifth and sixth transistors being complementary to those of said first and second transistors,

a first diode-connected transistor connected to conduct said first current,

a first current source connected in series with said sixth transistor, the difference current between the output of said first current source and said current being one of said complementary drive signals,

seventh and eighth transistors connected to receive the outputs of said third and fourth emitter followers, respectively, and to conduct third and fourth currents in response, the polarities of said seventh and eighth transistors being complementary to those of said third and fourth transistors,

a second diode-connected transistor connected to conduct said third current,

a second current source connected in series with said eighth transistor, the difference current between the output of said second current source and said fourth current being the other of said complementary drive signals,

the collector-emitter circuits of said fifth and seventh transistors connected in series between said first and

US 6,262,633 B1

11

second diode-connected transistors and the collector-emitter circuits of said sixth and eighth transistors connected in series between said first and second current sources,

a resistor connected between the junction of said fifth and seventh transistors and the junction of said sixth and eighth transistors, and

ninth and tenth transistors connected in mirror configurations with said first and second diode-connected transistors, respectively, and to said output transistors to mirror said first and third currents to the bases of respective output transistors such that each provides an additional base drive path for the output transistor to which it is connected, said additional base drive paths reducing the amplitudes of the drive signals needed from said drive circuit for a given output current and thereby decreasing the amount of distortion that would otherwise be introduced into said output current by said drive circuit.

10. The output stage of claim 8, wherein said drive circuit comprises:

first and second inputs connected to receive a differential voltage,

first and second transistors connected as emitter followers, the bases of which are connected to respective ones of said first and second inputs,

third and fourth transistors connected as emitter followers, the bases of which are connected to said first and second inputs, respectively, the polarities of said third and fourth transistors being complementary to those of said first and second transistors,

fifth and sixth transistors connected to receive the outputs of said first and second emitter followers, respectively, and to conduct first and second currents in response, the polarities of said fifth and sixth transistors being complementary to those of said first and second transistors,

a first current mirror having an input and an output, said first current mirror connected to mirror said first current to said sixth transistor, the difference current between said mirrored first current and said second current being one of said complementary drive signals,

seventh and eighth transistors connected to receive the outputs of said third and fourth emitter followers, respectively, and to conduct third and fourth currents in response, the polarities of said seventh and eighth transistors being complementary to those of said third and fourth transistors,

a second current mirror having an input and an output, said second current mirror connected to mirror said third current to said eighth transistor, the difference current between said mirrored third current and said fourth current being the other of said complementary drive signals, the collector-emitter circuits of said fifth and seventh transistors connected in series between the inputs of said first and second current mirrors and the collector-emitter circuits of said sixth and eighth transistors connected in series between the outputs of said first and second current mirrors, and

a resistor connected between the junction of said fifth and seventh transistors and the junction of said sixth and eighth transistors.

11. The output stage of claim 8, wherein said drive circuit is arranged to receive a differential voltage across first and second inputs and to conduct said complementary drive

12

signals through respective current paths, the magnitude of said complementary drive signals varying with said differential voltage, further comprising an input stage having at least one input and providing said differential voltage to said first and second inputs, said differential voltage varying with said at least one input, said input stage and said output stage forming an operational amplifier.

12. The output stage of claim 11, wherein said operational amplifier is a current feedback amplifier.

13. The output stage of claim 11, wherein said operational amplifier is a voltage feedback amplifier.

14. The output stage of claim 8, wherein said drive circuit is arranged to receive a single-ended voltage at an output stage input and to conduct said complementary drive signals through respective current paths, the magnitude of said complementary drive signals varying with said single-ended voltage, further comprising an input stage having at least one input and providing said single-ended voltage to said output stage input, said single-ended voltage varying with said at least one input, said input stage and said output stage forming an operational amplifier.

15. The output stage of claim 14, wherein said operational amplifier is a current feedback amplifier.

16. The output stage of claim 14, wherein said operational amplifier is a voltage feedback amplifier.

17. An operational amplifier output stage, comprising:

complementary bipolar output transistors, the collector-emitter circuits of which are connected in series between a first supply voltage and a second supply voltage, the junction between said collector-emitter circuits being said output stage's output terminal, said output transistors connected to conduct respective currents in response to complementary drive signals with the difference current between said respective currents delivered to said output terminal as said output stage's output current,

a drive circuit connected to provide said complementary drive signals to the bases of said output transistors, said drive circuit having a given quiescent current which limits the maximum amplitude of said drive signals, said drive circuit comprising:

first and second inputs connected to receive a differential voltage,

first and second transistors connected as emitter followers, the bases of which are connected to respective ones of said first and second inputs,

third and fourth transistors connected as emitter followers, the bases of which are connected to said first and second inputs, respectively, the polarities of said third and fourth transistors being complementary to those of said first and second transistors,

fifth and sixth transistors connected to receive the outputs of said third and fourth emitter followers, respectively, and to conduct first and second currents in response, the polarities of said fifth and sixth transistors being complementary to those of said first and second transistors,

a first current mirror having an input and an output, said first current mirror connected to mirror said first current to said sixth transistor, the difference current between said mirrored first current and said second current being one of said complementary drive signals,

seventh and eighth transistors connected to receive the outputs of said third and fourth emitter followers, respectively, and to conduct third and fourth currents in response, the polarities of said seventh and eighth

B35

US 6,262,633 B1

13

14

transistors being complementary to those of said third and fourth transistors,

a second current mirror having an input and an output, said second current mirror connected to mirror said third current to said eighth transistor, the difference current between said mirrored third current and said fourth current being the other of said complementary drive signals, the collector-emitter circuits of said fifth and seventh transistors connected in series between the inputs of said first and second current mirrors and the collector-emitter circuits of said sixth and eighth transistors connected in series between the outputs of said first and second current mirrors, and

a resistor connected between the junction of said fifth and seventh transistors and the junction of said sixth and eighth transistors, and

complementary bipolar clamp transistors biased with respective bias voltages, the collectors of said clamp transistors connected to the bases of their opposing output transistors such that each provides an additional base drive path for the output transistor to which its collector is connected, said additional base drive paths reducing the amplitudes of the drive signals needed from said drive circuit for a given output current and thereby increasing the maximum output current available from said output stage for said given quiescent current.

18. The output stage of claim 17, wherein said first and second current mirrors each have ratios of greater than 1:1.

* * * * *

**TAB 04**

4-13-201 12:57PM    FROM KOPPEL AND JACOBS 805 373 0251                        P.2

PATENT
ABSC1622088

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants: J. Close

Serial No. 09/560,305                          Examiner: H. Choe

Filed: April 27, 2000                          Art Unit:

Title: HIGH OUTPUT CURRENT OPERATIONAL AMPLIFIER OUTPUT STAGE

Assistant Commissioner for Patents
Washington, D. C. 20231

AMENDMENT

Sir:

In response to a telephone conversation with Examiner Choe
on April 13, 2001, kindly amend the above application as follows:

Claims

Please amend claims 1, 8 and 17 as follows:

1.    (amended) An operational amplifier output stage, com-
prising:

complementary bipolar output transistors, the
collector-emitter circuits of which are connected in series be-
tween a first supply voltage and a second supply voltage, the
junction between said collector-emitter circuits being said out-
put stage's output terminal, said output transistors connected
to conduct respective currents in response to complementary drive
signals with the difference current between said respective cur-
rents delivered to said output terminal as said output stage's
output current,

a drive circuit connected to provide said complementary
drive signals to the bases of said output transistors, said drive
circuit arranged to receive an output stage input signal at an
output stage input and to conduct components of said complemen-
tary drive signals through first and second current paths, the
magnitude of said complementary drive signals varying with said
output stage input signal, said drive circuit having a given

**B37**

Serial No. 09/560,305 . . . . . . . . . . . . . . . . . Page 2

quiescent current which limits the maximum amplitude of said
drive signals,

A 1
cr'd

          first and second complementary bipolar clamp transis-
tors biased with respective bias voltages, said clamp transistors
connected to the bases of respective output transistors to set
the quiescent current of said output transistors and to prevent
said output transistors from being cut off, and

          first and second transistors connected to mirror the
currents in said first and second current paths, the collectors
of said first and second transistors connected to the bases of
their opposing output transistors such that each provides an
additional base drive path for its output transistor, said addi-
tional base drive paths reducing the amplitudes of the drive
signals needed from said drive circuit for a given output current
and thereby decreasing the amount of distortion that would other-
wise be introduced into said output current by said drive cir-
cuit.

          8.    (amended) An operational amplifier output stage, com-
prising:

A2

          complementary   bipolar   output   transistors,   the
collector-emitter circuits of which are connected in series be-
tween a first supply voltage and a second supply voltage, the
junction between said collector-emitter circuits being said out-
put stage's output terminal; said output transistors connected
to conduct respective currents in response to complementary drive
signals with the difference current between said respective cur-
rents delivered to said output terminal as said output stage's
output current,

          a drive circuit connected to provide said complementary
drive signals to the bases of said output transistors, said drive
circuit having a given quiescent current which limits the maximum
amplitude of said drive signals, and

          complementary bipolar clamp transistors biased with

Serial No. 09/560,305 . . . . . . . . . . . . . . . . . Page 3

*B~ con~fd*

respective bias voltages, the collectors of said clamp transistors connected to the bases of their opposing output transistors such that each provides an additional base drive path for the output transistor to which its collector is connected, said additional base drive paths reducing the amplitudes of the drive signals needed from said drive circuit for a given output current and thereby increasing the maximum output current available from said output stage for said given quiescent current.

17.    (amended) An operational amplifier output stage, comprising:

complementary   bipolar   output   transistors,   the collector-emitter circuits of which are connected in series between a first supply voltage and a second supply voltage, the junction between said collector-emitter circuits being said output stage's output terminal, said output transistors connected to conduct respective currents in response to complementary drive signals with the difference current between said respective currents delivered to said output terminal as said output stage's output current,

*A3*

a drive circuit connected to provide said complementary drive signals to the bases of said output transistors, said drive circuit having a given quiescent current which limits the maximum amplitude of said drive signals, said drive circuit comprising:

first and second inputs connected to receive a differential voltage,

first and second transistors connected as emitter followers, the bases of which are connected to respective ones of said first and second inputs,

third and fourth transistors connected as emitter followers, the bases of which are connected to said first and second inputs, respectively, the polarities of said third and fourth transistors being complementary to those of said first and second transistors,

Serial No. 09/560,305 . . . . . . . . . . . . . . . . . Page 4

fifth and sixth transistors connected to receive
the outputs of said first and second emitter followers, respec-
tively, and to conduct first and second currents in response, the
polarities of said fifth and sixth transistors being complemen-
tary to those of said first and second transistors,

a first current mirror having an input and an
output, said first current mirror connected to mirror said first
current to said sixth transistor, the difference current between
said mirrored first current and said second current being one of
said complementary drive signals,

A3
int

seventh and eighth transistors connected to re-
ceive the outputs of said third and fourth emitter followers,
respectively, and to conduct third and fourth currents in re-
sponse, the polarities of said seventh and eighth transistors
being complementary to those of said third and fourth transis-
tors,

a second current mirror having an input and an
output, said second current mirror connected to mirror said third
current to said eighth transistor, the difference current between
said mirrored third current and said fourth current being the
other of said complementary drive signals, the collector-emitter
circuits of said fifth and seventh transistors connected in se-
ries between the inputs of said first and second current mirrors
and the collector-emitter circuits of said sixth and eighth tran-
sistors connected in series between the outputs of said first and
second current mirrors, and

a resistor connected between the junction of said
fifth and seventh transistors and the junction of said sixth and
eighth transistors, and

complementary bipolar clamp transistors biased with
respective bias voltages, the collectors of said clamp transis-
tors connected to the bases of their opposing output transistors
such that each provides an additional base drive path for the
output transistor to which its collector is connected, said addi-

**B40**

Serial No. 09/560,305 . . . . . . . . . . . . . . . . . Page 5

*A3
cont*

tional base drive paths reducing the amplitudes of the drive
signals needed from said drive circuit for a given output current
and thereby increasing the maximum output current available from
said output stage for said given quiescent current.

## REMARKS

This amendment is filed in response to a telephone conversa-
tion with Examiner Choe on 4/13/01. Entry of this Amendment is
respectfully requested. In accordance with the recently revised
rules, the amended claim is reproduced completely without indica-
tion of insertions or deletions. The amendment is also given in
the older format, with insertions and deletions, in Attachment
A following these remarks.

Claims 1, 8 and 17 have each been amended as noted to better
clarify the structural relationships between their respective
elements.

All of the claims presently in the application are believed
to be in proper form for allowance. A Notice of Allowance is
respectfully requested.

Respectfully submitted,

Steven C. Patrick
Registration No. 40,341
Attorney for Applicant

April 13, 2001

KOPPEL & JACOBS
555 St. Charles Drive, Suite 107
Thousand Oaks, California 91360
(805)373-0060

**B41**

Serial No. 09/560,305 . . . . . . . . . . . . . . . . . Page 6

Attachment A:

Amended claims with insertions and deletions indicated.

1.    (amended) An operational amplifier output stage, comprising:

complementary bipolar output transistors, the collector-emitter circuits of which are connected in series between a first supply voltage and a second supply voltage, the junction between said collector-emitter circuits being said output stage's output terminal, said output transistors connected to conduct respective currents in response to complementary drive signals with the difference current between said respective currents delivered to said output terminal as said output stage's output current,

a drive circuit connected to provide said complementary drive signals to the bases of said output transistors, said drive circuit arranged to receive an output stage input signal at an output stage input and to conduct components of said complementary drive signals through first and second current paths, the magnitude of said complementary drive signals varying with said output stage input signal, said drive circuit having a given quiescent current which limits the maximum amplitude of said drive signals,

first and second complementary bipolar clamp transistors biased with respective bias voltages, said clamp transistors connected to the bases of respective output transistors to set the quiescent current of said output transistors and to prevent said output transistors from being cut off, and

first and second transistors connected to mirror the currents in said first and second current paths, the collectors of said first and second transistors connected to the bases of their opposing output transistors [to the bases of respective output transistors] such that each provides an additional base



**B42**

Serial No. 09/560,305 . . . . . . . . . . . . . . . . .    Page 7

drive path for its output transistor, said additional base drive
paths reducing the amplitudes of the drive signals needed from
said drive circuit for a given output current and thereby de-
creasing the amount of distortion that would otherwise be intro-
duced into said output current by said drive circuit.

    8.    (amended) An operational amplifier output stage, com-
prising:

        complementary    bipolar    output    transistors,    the
collector-emitter circuits of which are connected in series be-
tween a first supply voltage and a second supply voltage, the
junction between said collector-emitter circuits being said out-
put stage's output terminal, said output transistors connected
to conduct respective currents in response to complementary drive
signals with the difference current between said respective cur-
rents delivered to said output terminal as said output stage's
output current,

        a drive circuit connected to provide said complementary
drive signals to the bases of said output transistors, said drive
circuit having a given quiescent current which limits the maximum
amplitude of said drive signals, and

        complementary bipolar clamp transistors biased with
respective bias voltages, the collectors of said clamp transis-
tors connected to the bases of their opposing [collector-emitter
circuits of said clamp transistors connected between the bases
of said] output transistors such that each provides an additional
base drive path for the output transistor to which its collector
is connected, said additional base drive paths reducing the am-
plitudes of the drive signals needed from said drive circuit for
a given output current and thereby increasing the maximum output
current available from said output stage for said given quiescent
current.

    17.    (amended) An operational amplifier output stage, com-



Serial No. 09/560,305 . . . . . . . . . . . . . . . . . Page 8

prising:

complementary bipolar output transistors, the collector-emitter circuits of which are connected in series between a first supply voltage and a second supply voltage, the junction between said collector-emitter circuits being said output stage's output terminal, said output transistors connected to conduct respective currents in response to complementary drive signals with the difference current between said respective currents delivered to said output terminal as said output stage's output current,

a drive circuit connected to provide said complementary drive signals to the bases of said output transistors, said drive circuit having a given quiescent current which limits the maximum amplitude of said drive signals, said drive circuit comprising:

first and second inputs connected to receive a differential voltage,

first and second transistors connected as emitter followers, the bases of which are connected to respective ones of said first and second inputs,

third and fourth transistors connected as emitter followers, the bases of which are connected to said first and second inputs, respectively, the polarities of said third and fourth transistors being complementary to those of said first and second transistors,

fifth and sixth transistors connected to receive the outputs of said first and second emitter followers, respectively, and to conduct first and second currents in response, the polarities of said fifth and sixth transistors being complementary to those of said first and second transistors,

a first current mirror having an input and an output, said first current mirror connected to mirror said first current to said sixth transistor, the difference current between said mirrored first current and said second current being one of said complementary drive signals,

**B44**

Serial No. 09/560,305 . . . . . . . . . . . . . . . . Page 9

seventh and eighth transistors connected to receive the outputs of said third and fourth emitter followers, respectively, and to conduct third and fourth currents in response, the polarities of said seventh and eighth transistors being complementary to those of said third and fourth transistors,

a second current mirror having an input and an output, said second current mirror connected to mirror said third current to said eighth transistor, the difference current between said mirrored third current and said fourth current being the other of said complementary drive signals, the collector-emitter circuits of said fifth and seventh transistors connected in series between the inputs of said first and second current mirrors and the collector-emitter circuits of said sixth and eighth transistors connected in series between the outputs of said first and second current mirrors, and

. a resistor connected between the junction of said fifth and seventh transistors and the junction of said sixth and eighth transistors, and

. complementary bipolar clamp transistors biased with respective bias voltages, the collectors of said clamp transistors connected to the bases of their opposing [collector-emitter circuits of said clamp transistors connected between the bases of said] output transistors such that each provides an additional base drive path for the output transistor to which its collector is connected, said additional base drive paths reducing the amplitudes of the drive signals needed from said drive circuit for a given output current and thereby increasing the maximum output current available from said output stage for said given quiescent current.

4-13-201 12:57PM    FROM KOPPEL AND JACOBS 805 373 0051                    P.1

## KOPPEL & JACOBS
AN ASSOCIATION OF PROFESSIONAL LAW CORPORATIONS

RICHARD S. KOPPEL, P.C.
MARVIN E. JACOBS, P.C.
STEVEN C. PATRICK
WILLIAM L. JOHNSON
JAY R G. HEVEL
MICHAEL J. RAM, D.Sc.
JOSEPH COMPTON
PETER GANJIAN

*PATENT AGENT*

555 ST. CHARLES DRIVE, SUITE 107
THOUSAND OAKS, CALIFORNIA 91360
PHONE (805) 373-0060
FAX (805) 373-0051

PATENTS
TRADEMARKS
COPYRIGHTS

*Supplement of Amdt A/#3*
*4/13/01    H-c.*

### FAX COVER SHEET

DATE: April 13, 2001

FROM: Steven Patrick

TO: Examiner Henry Choe

RE: Amendment

DOCKET NO.: A8SC1622US

FAX NO.: 703-305-0142

MESSAGE: Examiner Choe:

Please find attached an amendment prepared in accordance with our telephone conversation of today. Let me know if there is anything else you need from me. Thank you.

*[signature]*

Steven C. Patrick

NUMBER OF PAGES (Including cover): 10

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S POSTAL SERVICE.

**B46**

| *Interview Summary* | Application No.<br>09/560,305 | Applicant(s)<br><br>Close | |
|---|---|---|---|
| | Examiner<br>Henry Choe | Group Art Unit<br>2817 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) _Henry Choe_ _____     (3) _____

(2) _Steven Patrick_ _____     (4) _____

Date of Interview _____ Apr 13, 2001 _____

Type:  ☒Telephonic  ☐Personal (copy is given to   ☐applicant   ☐applicant's representative).

Exhibit shown or demonstration conducted:   ☐Yes   ☒No.  If yes, brief description: _____

_____

Agreement  ☒was reached.   ☐was not reached.

Claim(s) discussed: _Yes_ _____

Identification of prior art discussed:
_Yes_ _____

_____

Description of the general nature of what was agreed to if an agreement was reached, or any other comments:
_We agreed to amend the claim languages (more detail) in the independent claims 1, 8 and 17._ _____

_____
_____
_____
_____
_____
_____
_____

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendents which would render the claims allowable is available, a summary thereof must be attached.)

1.  ☒  It is not necessary for applicant to provide a separate record of the substance of the interview.

Unless the paragraph above has been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW. (See MPEP Section 713.04). If a response to the last Office action has already been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.

2.  ☒  Since the Examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action. Applicant is not relieved from providing a separate record of the interview unless box 1 above is also checked.

Examiner Note: You must sign and stamp this form unless it is an attachment to a signed Office action.

U.S. Patent and Trademark Office
PTO-413 (Rev. 10-95)                    Interview Summary                    Paper No. ___5___

**B47**

**TAB 05**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| 09/560,305 | 04/27/00 | CLOSE | | | A88L16.2U5 |

KOPPEL & JACOBS
SUITE 107
555 ST CHARLES DRIVE
THOUSAND OAKS CA 91360

MM91/0418

| EXAMINER |
|---|
| CHOE, H |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2817 | 5 |

DATE MAILED:
04/18/01

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

PTO-90C (Rev.11/00)

* File Copy

**B48**

| *Notice of Allowability* | Application No.<br>09/560,305 | Applicant(s)<br>Close |
|---|---|---|
| | Examiner<br>Henry Choe | Group Art Unit<br>2817 |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to _the supplemental amendment filed on 4/13/2001_

☒ The allowed claim(s) is/are _1-18_

☒ The drawings filed on ____Apr 27, 2000____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐Some* ☐None 'of the CERTIFIED copies of the priority documents have been

        ☐ received.

        ☐ received in Application No. (Series Code/Serial Number) _____ .

        ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☐ Applicant MUST submit NEW FORMAL DRAWINGS

    ☐ because the originally filed drawings were declared by applicant to be informal.

    ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _____ .

    ☐ including changes required by the proposed drawing correction filed on _____ , which has been approved by the examiner.

    ☐ including changes required by the attached Examiner's Amendment/Comment.

    Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

    ☒ Notice of References Cited, PTO-892

    ☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). ___2___

    ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

    ☐ Notice of Informal Patent Application, PTO-152

    ☒ Interview Summary, PTO-413

    ☐ Examiner's Amendment/Comment

    ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

    ☒ Examiner's Statement of Reasons for Allowance

U.S. Patent and Trademark Office
PTO-37 (Rev. 9-95)             Notice of Allowability             Part of Paper No. ___6___

**B49**

Application/Control Number: 09/560305                                    Page 2

Art Unit:


## DETAILED ACTION


### Reasons for Allowance

1.     Claims 1-18 are allowed.

2.     The following is an examiner's statement of reasons for allowance:  Regarding claim 1, the

closest prior art of record, applicant's prior art (Fig. 1 of drawing) discloses an operational

amplifier comprising complementary bipolar output transistors (Q1 and Q2 in Fig. 1 of drawing),

a drive circuit (Q7-Q10 and R1 in Fig. 1 of drawing) which are connected to provide the

complementary drive signals (12 and 14 in Fig. 1 of drawing) to the bases of the output transistors

(Q1 and Q2 in Fig. 1 of drawing), first (Q15 in Fig. 1 of drawing) and second (Q16 in Fig. 1 of

drawing) complementary bipolar clamp transistors, and first (Q14 in Fig. 1 of drawing) and

second (Q12 in Fig. 1 of drawing) transistors which are connected to mirror the currents in the

first and second current paths and wherein the collectors (collectors of Q14 and Q12 in Fig. 1 of

drawing) of the first (Q14 in Fig. 1 of drawing) and second (Q12 in Fig. 1 of drawing) transistors

connected to the bases of their same output transistors (a collector of Q14 is connected to a base

of Q1; a collector of Q12 is connected to a base of Q2).  As described above, applicant's prior

art (Fig. 1 of drawing) discloses all the limitations in the claim 1 except for that the collectors

(collectors of Q19 and Q20 in Fig. 2a of drawing) of the first (Q19 in Fig. 2a of drawing) and

second (Q20 in Fig. 2a of drawing) transistors connected to the bases of their opposing output

transistors (a collector of Q19 is connected to a base of Q2 which is shown in Fig. 2a of drawing;

**B50**

Application/Control Number: 09/560305

<div align="right">Page 3</div>

Art Unit:

a collector of Q20 is connected to a base of Q1 which is shown in Fig. 2a of drawing) which provides an additional base drive path for its output transistor. Regarding claims 8 and 17, the closest prior art of record, applicant's prior art (Fig. 1 of drawing) discloses all the limitations in the claims except for that the collectors (collectors of Q15' and Q16' in Fig. 3a of drawing) of the clamp transistors (Q15' and Q16' in Fig. 3a of drawing) connected to the bases of their opposing output transistors (a collector of Q15' is connected to a base of Q2 which is shown in Fig. 3a of drawing; a collector of Q16' is connected to a base of Q1 which is shown in Fig. 3a of drawing) which provides an additional base drive path for the output transistors. Whereas the applicant's prior art (Fig. 1 of drawing) discloses that the collectors of the clamp transistors connected to the supply lines. These unique features are not taught or suggested by applicant's prior art (Fig. 1) or in combination of other references.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

<div align="right">**B51**</div>

Application/Control Number: 09/560305                                    Page 4

Art Unit:

## *Conclusion*

3.      The prior art made of record and not relied upon is considered pertinent to applicant's disclosure.

Patent numbers (6,100,762; 6,084,475; 4,041,407) are the differential amplifiers with the push pull output stages.

4.      Any inquiry concerning this communication or earlier communications from the examiner should be directed to Henry Choe whose telephone number is (703)305-0576.

# Notice of References Cited

| | Application No. 09/580,305 | Applicant(s) Close |
| --- | --- | --- |
| | Examiner Henry Choe | Group Art Unit 2817 | Page 1 of 1 |

## U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
| --- | --- | --- | --- | --- | --- | --- |
| X | A | 6,100,782 | 8/2000 | Kato | 330 | 255 |
| X | B | 6,084,475 | 7/2000 | Rincon-Mora | 330 | 255 |
| X | C | 4,041,407 | 8/2000 1977 | Main | 330 | 13 |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

## FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | N | | | | | | |
| | O | | | | | | |
| | P | | | | | | |
| | Q | | | | | | |
| | R | | | | | | |
| | S | | | | | | |
| | T | | | | | | |

## NON-PATENT DOCUMENTS

| * | | DOCUMENT (including Author, Title, Source, and Pertinent Pages) | DATE |
| --- | --- | --- | --- |
| | U | | |
| | V | | |
| | W | | |
| | X | | |

\* A copy of this reference is not being furnished with this Office action
(See Manual of Patent Examining Procedure, Section 707.05(a).)

U. S. Patent and Trademark Office
PTO-892 (Rev. 9-95)

Notice of References Cited

Part of Paper No. 6

B53



| FORM PTO-1449 (Modified) | Docket No. A8SC1622 | Application Number 09/560,305 |
| INFORMATION DISCLOSURE CITATION IN AN APPLICATION | Applicant JoAnn B. Close | |
| (Use several sheets if necessary) | Filing Date 4-27-00 | Group Art Unit 2817 |

#### U.S. PATENT DOCUMENTS

| Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

#### FOREIGN PATENT DOCUMENTS

| | Document Number | Date | Country | Class | Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

#### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| H.c. | ANALOG DEVICES AD8041 DATA SHEET (1995) pages1-16. |
|---|---|
| | |
| | |
| | |

| Examiner Henry Choe | Date Considered 4/12/01 |
|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
(7-R.)

Patent and Trademark Office - U.S. DEPARTMENT OF COMMERCE

**B54**

**TAB 06**

*An American National Standard*

*Acknowledged as An American National Standard*
*July 8, 1988*

**IEEE
Standard Dictionary
of
Electrical and
Electronics
Terms**

**Fourth Edition**

difference signal                    260                    differential gain

the boresight axis. *See:* difference channel.     13
difference signal. *See:* differential signal.
difference slope (radar). In a monopulse radar, the slope of the difference-pattern voltage (normalized with respect to the sum-pattern voltage) as a function of target angle from the boresight axis. The slope is usually specified at the point on the curve where the difference-pattern voltage is zero, which corresponds to the boresight axis.     13
differential (photoelectric lighting control). The difference in foot-candles between the light levels for turn-on and turn-off operation. *See:* photoelectric control.     206
differential aeration cell. An oxygen concentration cell. *See:* electrolytic cell.     221,205
differential amplifier (1). An amplifier whose output signal is proportional to the algebraic difference between two input signals. *See:* amplifier.     185
(2) (signal-transmission system). An amplifier that produces an output only in response to a potential difference between its input terminals (differential-mode signal) and in which outputs from common-mode interference voltages on its input terminals are suppressed. *Note:* An ideal differential amplifier produces neither a differential-mode nor a common-mode output in response to a common-mode interference input. *See:* amplifier; signal.     188
differential analyzer (analog computer). A computer designed primarily for the convenient solution of differential equations.     9
differential capacitance (nonlinear capacitor). The derivative with respect to voltage of a charge characteristics, such as an alternating charge characteristic or a mean charge characteristic, at a given point on the characteristic. *See:* nonlinear capacitance.     191
differential-capacitance characteristic (nonlinear capacitor). The function relating differential capacitance to voltages. *See:* nonlinear capacitor.     191
differential capacitance voltage (power switchgear). The difference in magnitudes of the root-mean-square (rms) system normal frequency line-to-neutral voltage multiplied by the square root of two, with and without the capacitance connected. *Note:* This can be calculated from the equations:

$$\Delta V = \sqrt{2}\, E_S \frac{X_L}{X_C - X_L}$$

$$\Delta V = \sqrt{2}\, E_S \frac{\text{kVAR}}{\text{kVA}_{SC} - \text{kVAR}}$$

where
$\text{kVA}_{SC}$ = $\Delta V$ = differential capacitance voltage in volts
$E_S$ = system phase-to-neutral voltage in volts rms
$X_L$ = source inductive reactance to point of application, in ohms per phase

$X_C$ = capacitance reactance of bank being switched in ohms per phase
kVAR = size of bank being switched (three phase)
$\text{kVA}_{SC}$ = system short-circuit kVA at point of capacitor application (symmetrical three phase)     27, 103

differential compounded (rotating machinery). Applied to a compound machine to denote that the magnetomotive forces of the series field winding is opposed to that of the shunt field winding.     63
differential control. A system of load control for self-propelled electrically driven vehicles wherein the action of a differential field wound on the field poles of a main generator (or of an exciter) and connected in circuit between the main generator and the traction motors, serves to limit the power demand from the prime mover. *See:* multiple-unit control.     328
differential control current (magnetic amplifier). The total absolute change in current in a specified control winding necessary to obtain differential output voltage when the control current is varied very slowly (a quasistatic characteristic).     171
differential control voltage (magnetic amplifier). The total absolute change in voltage across the specified control terminals necessary to obtain differential output voltage when the control voltage is varied very slowly (a quasistatic characteristic).     171
differential *dE/dx* detector (1) (charged particle detectors). A transmission detector whose thickness is small compared to the range of the incident particle.     119

(2) (germanium gamma-ray detectors). A transmission detector whose thickness is small compared to the range of the incident particle, and whose entrance and exit dead layers are small compared to the thickness of the detector.     528
differential Doppler frequency (radio wave propagation). The time rate of change of difference in phase path at two frequencies in a dispersive medium. *Note:* Sometimes called the dispersive Doppler frequency.     146

differential duplex system. A duplex system in which the sent currents divide through two mutually inductive sections of the receiving apparatus, connected respectively to the line and to a balancing artificial line, in opposite directions so that there is substantially no net effect on the receiving apparatus; whereas the received currents pass mainly through one section; or though the two sections in the same direction, and operate the apparatus. *See:* telegraphy.     328
differential gain (video transmission system). The difference between (1) the ratio of the output amplitudes of a small high-frequency sine-wave signal at two stated levels of a low frequency signal on which it is superimposed, and (2) unity. *Note:* (A) Differential gain may be expressed in percent by multiplying the above difference by 100 (B) Differential gain may be expressed in decibels by multiplying the common logarithm of the ratio described in (1) above by 20 (C) In this definition, level means a specified position on an amplitude scale applied to a signal wave-form. (D)

TAB 07

# WEBSTER'S
## NEW UNIVERSAL
# UNABRIDGED
# DICTIONARY

Acknowledgments and Permissions

The "A Dictionary of the English Language" section of this book
(*Webster's New Universal Unabridged Dictionary*) is based on the second edition of
*The Random House Dictionary of the English Language,
the Unabridged Edition*, copyright 1993, 1987.

Copyright 1996 by Random House Value Publishing, Inc.
All rights reserved under International and Pan-American Copyright Conventions.

No part of this book may be reproduced or transmitted in any form
or by any means electronic or mechanical including photocopying, recording,
or by any information storage and retrieval system, without permission
in writing from the publisher.

This edition published by Barnes & Noble, Inc.
by arrangement with Random House Value Publishing, Inc.

1996 Barnes & Noble Books

ISBN 0-7607-0288-8

Printed and bound in the United States of America

M 9 8 7 6 5 4 3 2

**transference**                              2010                              **transition**

transferred or removed, as from one place to another. 2 *Law.* a person to whom a transfer is made, as of property. [1730–40; TRANSFER + -EE]

**trans·fer·ence** (trans fûr′ens, trans′fer ens), *n.* 1. the act or process of transferring. 2. the fact of being transferred. 3. *Psychoanal.* a. the shift of emotions, esp. those experienced in childhood, from one person or object to another, esp. the transfer of feelings about a parent to an analyst. b. displacement. [1675–85; < NL *trānsferentia.* See TRANSFER, -ENCE]

**transfer′ence num′ber,** *Physical Chem.* that fraction of the total electric current that anions and cations carry in passing through an electrolytic solution. Also called transport number. [1895–1900]

**trans·fer·en·tial** (trans′fe ren′shal), *adj.* of, pertaining to, or involving transference. [1885–90; < NL *trānsferenti(a)* (TRANSFERENCE + -AL)]

**transfer′ fac′tor,** *Immunol.* a lymphocyte product that, when extracted from T cells of an individual with immunity to a particular antigen, can confer that immunity when administered to another individual of the same species. [1965–60]

**transfer′ mold′ing,** a method of molding thermosetting plastic in which the plastic enters a closed mold from an adjoining chamber in which it has been softened. [1935–40]

**transfer′ of train′ing,** *Psychol.* transfer (def. 19).

**trans·fer·or** (trans fûr′or), *n.* *Law.* a person who makes a transfer, as of property. [1870–75; TRANSFER + -OR²].

**trans′fer or′bit,** the flight path of a space vehicle moving from a nearby circular orbit to one with different parameters.

**transfer′ pay′ment,** 1. any payment made by a government for a purpose other than that of purchasing goods or services, as for welfare benefits. 2. any money received that is neither a payment for goods or services nor investment income. [1940–45]

**trans·fer·ral** (trans fûr′el), *n.* transferral.

**trans·fer·rin** (trans fer′in), *n. Biochem.* a plasma glycoprotein that transports dietary iron to the liver, spleen, and bone marrow. [1947; *trans-* + L. *ferr(um)* iron + -IN²]

**transfer RNA,** *Genetics.* a small RNA molecule, consisting of a strand of nucleotides folded into a clover-leaf shape, that picks up an unattached amino acid within the cell cytoplasm and conveys it to the ribosome for protein synthesis. *Abbr.:* tRNA. [1960–65]

**transfer′ sta′tion,** a place where residential garbage and commercial wastes are compressed, baled, and loaded on vehicles for moving to disposal sites, as for landfill.

**trans·fig·u·ra·tion** (trans′fig yə rā′shən, trans fig′-), *n.* 1. the act of transfiguring. 2. the state of being transfigured. 3. (cap.) the supernatural and glorified change in the appearance of Jesus on the mountain. Matt. 17:1–9. 4. (cap.) the church festival commemorating this, observed on August 6. [1250–76; ME *Transfiguracion* < L *trānsfigurātiōn-* (s. of *trānsfigurātiō*) change of shape; See TRANSFIGURE, -ATION]

**trans·fig·ure** (trans fig′yər or, esp. Brit., -fig′ər), *v.t.,* -ured, -ur·ing. 1. to change in outward form or appearance; transform. 2. to change so as to glorify or exalt. [1250–1300; ME *transfiguren* < L *trānsfigūrāre* to change in shape. See TRANS-, FIGURE] —**trans·fig′ur·ment,** *n.*
—Syn. 1. transmute, renew.

**trans·fi·nite** (trans fī′nīt), *adj.* 1. going beyond or surpassing the finite. —*n.* 2. See transfinite number. [1900–05; TRANS- + FINITE]

**transfi′nite num′ber,** *Math.* an infinite cardinal or ordinal number. [1900–05]

**trans·fix** (trans fiks′), *v.t.,* -fixed or fixt, fix·ing. 1. to make or hold motionless with amazement, awe, terror, etc. 2. to pierce through with, or as if with a pointed weapon; impale. 3. to hold or fasten with or on something that pierces. [1580–90; < L *trānsfīxus* (ptp. of *trānsfīgere* to pierce through, equiv. to *trāns-* TRANS- + *fīg(ere)* to pierce + -*tus*, var. of -*tus* ptp. suffix]
—**trans·fix·ion** (trans fik′shən), *n.*
—Syn. 1. fascinate, spellbind, engross, captivate.

**trans·form** (v. trans fôrm′; n. trans′fôrm), *v.t.* 1. to change in form, appearance, or structure; metamorphose. 2. to change in condition, nature, or character; convert. 3. to change into another substance; transmute. 4. *Elect.* a. to increase or decrease (the voltage and current characteristics of an alternating-current circuit), esp. by means of a transformer. b. to change the form of (a figure, expression, etc.) without its general changing the value. 6. *Physics.* to change into another form of energy. —*v.i.* 7. to undergo a change in form, appearance, or character; become transformed. —*n.* 8.-*Math.* a. a mathematical quantity obtained from a given quantity by an algebraic, geometric, or functional transformation. b. the transformation itself. 9. the result of a transformation. 10. a transformation. 11. *Logic.* transformation (def. 6). 12. *Ling.* a structure derived by a transformation. [1300–50; ME *transformen* < L *trānsfōrmāre* to change in shape. See TRANS-, FORM] —**trans·form′a·ble,** *adj.* —**trans·form′a·tive,** *adj.*

**trans·for·ma·tion** (trans′fər mā′shən), *n.* 1. the act or process of transforming. 2. the state of being transformed. 3. change in form, appearance, nature, or character. 4. *Theat.* a seemingly miraculous change in the appearance of scenery or objects in view of the audience. 5. *Logic.* Also called transform, one of a set of algebraic formulas used to express the relations between elements, sets, etc., that form parts of a given system. 6. *Math.* a. the act, process, or result of transforming or mapping. b. function (def. 4a). 7. *Ling.* a. See transformational rule. b. the process by which deep structures are converted into surface structures using transformational rules. c. the transformation of genetic material from one cell to another resulting in a genetic change in the recipient cell. 8. a way or hairpiece. —*n.* a woman. [1400–50; late ME < L *trānsfōrmātiōn-* (s. of *trānsfōrmātiō*) change of shape. See TRANS-, -ATION] —**trans′for·ma′tion·al,** *adj.*

**trans·for·ma·tion·al-gen′er·a·tive gram′mar** (trans′fər mā′shə nl jen′ər ə tiv, -rā′tiv), a grammar that combines the principles of generative grammar and transformational grammar. [1975–80]

**transforma′tional gram′mar,** a system of grammatical analysis, esp. a form of generative grammar, that posits the existence of deep structure and surface structure, using a set of transformational rules to derive surface structure forms from deep structure; a grammar that uses transformations to express the relations between equivalent structures. [1960–65]

**trans·for·ma·tion-al′ist** (trans′fər mā′shə nist), *n.* a person who follows or promotes the theories of transformational grammar. [1960–65] —**trans·for·ma·tion·al·ism,** *n.* —**trans·for·ma·tion·al·ism,** *n.*

**transforma′tional rule′,** *Ling.* a rule of transformational grammar that relates two phrase markers in the course of a derivation from the deep to the surface syntactic representation of a sentence, as by reordering, inserting, or deleting elements; a rule that converts deep structures into surface structures.

**trans·for·ma·tion·ist** (trans′fər mā′shə nist), *n.* transformist. [1885–90; TRANSFORMATION + -IST]

**transforma′tion point′,** *Metall.* a temperature at which the transformation of one microconstituent to another begins or ends during heating or cooling. Also called transformation-temperature.

**transforma′tion range′,** *Metall.* the temperature range within which austenite forms when a ferrous metal is heated, or within which it disappears when the metal is cooled.

**trans·for·mer** (trans fôr′mer), *n.* 1. a person or thing that transforms. 2. *Elect.* an electric device consisting essentially of two or more windings wound on the same core, which, by electromagnetic induction, transforms electric energy from one set of one or more circuits to another set of one or more circuits and that the frequency of the energy remains unchanged while the voltage and current usually change. [1595–1605; TRANSFORM + -ER¹]

**trans′form fault′,** *Geol.* a strike-slip fault that offsets a mid-ocean ridge in opposing directions on either side of an axis of seafloor spreading. Cf. fracture zone.

**trans·for·mism** (trans fôr′miz əm), *n.* *Biol.* 1. the doctrine of gradual transformation of one species into another by descent with modification through many generations. 2. such transformation itself. 3. any doctrine or instance of evolution. [1875–80; TRANSFORM + -ISM, modeled on F *transformisme*]

**trans·form·ist** (trans fôr′mist), *n.* an adherent of transformism. [1790–1800; TRANSFORM + -IST, modeled on F *transformiste*] —**trans·form·is′tic,** *adj.*

**trans·fuse** (trans fyōōz′), *v.t.,* -fused, -fus·ing. 1. to transfer or pass from one to another; transmit; instill. 2. to transfuse a flow of literature to one's students. 3. to diffuse into or through; permeate; imbue. 3. *Med.* a. to transfer (blood) into the veins or arteries of a person or animal. b. to inject, as a saline solution, into a blood vessel. 4. *Archaic.* to pour from one container into another. [1375–1425; late ME *transfusen* < L *trānsfūsus* (ptp. of *trānsfundere* to pour; equiv. to *trāns-* TRANS- + *fūs(us)*, ptp. of *fundere* to pour + -us)] —**trans·fu·sa·ble, trans·fu·si·ble,** *adj.* —**trans·fu·sive** (trans fyōō′siv, -ziv), *adj.*

**trans·fu·sion** (trans fyōō′zhən), *n.* 1. the act or process of transfusing. 2. *Med.* the direct transferring of blood, plasma, or the like into a blood vessel. [1570–80; < L *trānsfūsiōn-* (s. of *trānsfūsiō*) describing, intermingling; equiv. to *trānsfūs(us)* (see TRANSFUSE) + -iōn]

**trans·gen·ic** (trans jen′ik, tranz-), *adj.* of, pertaining to, or containing a gene or genes transferred from another species. [1980–85]

**trans·gress** (trans gres′, tranz-), —*v.t.* 1. to violate a law, command, moral code, etc.; offend; sin. —*v.t.* 2. to pass over or go beyond (a limit). 3. to transgress bounds of prudence. 3. to go beyond the limits imposed by (a law, command, etc.); violate; infringe; to transgress the will of God. [1520–30; < L *trānsgressus* (ptp. of *trānsgredī* to step across), equiv. to *trāns-* TRANS- + *-gred-* (comb. form of *gradī* to step; see CRADE) + -*tus* ptp. suffix, with *d > ss*] —**trans·gres′sive,** *adj.* —**trans·gres′sive·ly,** *adv.* —**trans·gres′sor,** *n.*
—Syn. 1. err, trespass. 3. contravene, disobey.

**trans·gres·sion** (trans gresh′ən, tranz-), *n.* an act transgressing; violation of a law, command, etc.; sin. [1400–50; late ME < L *trānsgressiōn-* (s. of *trānsgressiō*) a stepping across. See TRANSGRESS, -ION]
—Syn. See breach.

**trans·ship** (trans ship′), *v.t.,* *v.i.,* -shipped, -ship·ping, -transship.
—**trans·ship′ment,** *n.* —trans-ship′per, *n.*

**trans·hu·mance** (trans hyōō′mans or, often *yōō′*trans-), *n.* the seasonal migration of livestock and people who tend them between lowlands and adjacent mountains. [1900–05; < F, equiv. to *transhum(er)* (< L *trāns-* TRANS- + *hūmus* ground (modeled on Sp *trashumar*) + *-ance*] —**trans·hu′mant,** *adj.*

**trans·ience** (tran′shəns, -zhəns, -zē əns), *n.* transient state or quality. Also, **tran′sien·cy.** [1735–45; TRANSIENT + -ENCE]

**tran·sient** (tran′shənt, -zhənt, -zē ənt), *adj.* 1. not lasting, enduring, or permanent; transitory. 2. lasting only a short time; existing briefly; temporary; *transient authority.* 3. staying only a short time: the *transient guests of a hotel.* 4. *Physics.* transient. —*n.* 5. a person or thing that is transient; esp. a temporary guest, boarder, laborer, or the like. 6. *Math.* a. a function that tends to zero as the independent variable tends to infinity. b. a solution, esp. of a differential equation, having this property. 7. *Physics.* a. a nonperiodic signal of short duration. b. a decaying signal, wave, or oscillation. 8. *Elect.* a sudden pulse of voltage or current. [1590–1600; < L *trānsiēns* (stem *trāns-ē-*) to go by, lit. to go across = *trāns-* TRANS- + *īre* to go] —**tran′sient·ly,** *adv.* —**tran′sient·ness,** *n.*
—Syn. 2. fleeting, fitting, flying, fugitive, evanescent. See temporary. —Ant. 2. permanent.

**tran′sient ische′mic attack′,** *Pathol.* a brief vascular spasm in which a partial arterial artery impedes blood flow to the brain, resulting in symptoms such as impaired vision, dizziness, numbness, or unconsciousness that lasts a few minutes. *Abbr.:* TIA.

**tran′sient modula′tion,** *Music.* a modulation of temporary nature. Also called passing modulation.

**tran·sig·ni·fi·ca·tion** (tran sig′nə fi kā′shən), *n.* *Theol.* (in the Eucharist) a change in the significance of the bread and wine to symbolize the body and blood of Christ. Cf. transubstantiation. [1965–70; TRANS(-), SIGNIFICATION]

**tran·sil·i·ent** (tran sil′ē ənt, -sil′yənt), *adj.* leaping, passing from one thing or state to another. [1805–15; L *trānsili(ēns-*) (s. of *trānsiliēns*), prp. of *trānsilīre* to leap across, equiv. to *trāns-* TRANS- + *-silīre* (comb. form of *salīre* to leap) + *-ent*] —**tran·sil′i·ence,** *n.*

**trans·il·lu·mi·nate** (trans′i lōō′mə nāt′, tranz-), *v.t.,* -nat·ed, -nat·ing. 1. to cause light to pass through. *Med.* to throw a strong light through (an organ or part of the body, as a means of diagnosis. [1885–90; TRANS- + ILLUMINATE] —**trans·il·lu′mi·na′tion,** *n.* —**trans·il·lu′mi·na′tor,** *n.*

**tran·sis·tor** (tran zis′tər, -sis′-), *n.* 1. *Electronics.* a semiconductor device that amplifies, oscillates, or switches the flow of current between two terminals by varying the current or voltage between one of the terminals and a third; although much smaller in size, than a vacuum tube, it performs similar functions without requiring current to heat a cathode. 2. *Informal.* a transistor radio. [1948–50; TRANS(FER) + (RES)ISTOR]

**tran·sis·tor·ize** (tran zis′tə rīz′), *v.t.,* -ized, -iz·ing. *Electronics.* to equip with or convert to a circuit employing transistors. Also, esp. Brit. **tran·sis′tor·ise.** [1950–55; TRANSISTOR + -IZE]

**tran·sit** (tran′sit, -zit), *n.,* *v.,* -sit·ed, -sit·ing. —*n.* 1. the act or fact of passing across or through; passage from one place to another. 2. conveyance or transportation from one place to another, as of persons or goods, esp. local public transportation: *city transit.* Cf. mass transit. 3. a transition or change. 4. *Astron.* a. the passage of a heavenly body across the meridian of a given location or through the field of a telescope. b. the passage of Mercury or Venus across the disk of the sun, or of a satellite or its shadow across the face of its primary. c. See meridian circle. 5. *Astrol.* the passing of a planet in transit to another planet or a specific point in a horoscope. 6. *Survey.* a. Also called transit instrument, an instrument, as used in surveying, mounted on a tripod and so transited, used for measuring horizontal and sometimes vertical angles. b. a repeating-transit theodolite. [1400–50; < L *trānsitus* a passing across (s. of *trānsīre* to go across; see TRANSIENT)] —*v.t.* 7. to pass across or through. 8. *Astron.* to pass across a meridian, celestial body, etc. [1400–50; late ME] —*v.i.* 9. to make a transit. 10. *Astron.* to make a transit across a meridian, celestial body, etc. [1400–50; late ME] —*v.t.* 11. to pass over or through something; make a transit. 12. *Astron.* to make a transit across a meridian, celestial body, etc. [1400–50; late ME] to transit; var. a suffix of tr action]

**tran·sit·a·ble** (tran′si tə bəl), *adj.* capable of being crossed or passed over. [1835–45; TRANSIT + -ABLE]

**tran′sit cir′cle,** *Astron.* See meridian circle.

**tran′sit in′strument,** 1. *Astron.* See meridian circle. 2. *Survey.* transit (def. 6a). [1805–15]

**tran·si·tion** (tran zish′ən, -sish′-), *n.* 1. movement, passage, or change from one position, state, stage, subject, concept, etc., to another; change: *the transition from adolescence to adulthood.* 2. *Music.* a. a passing from one key to another; modulation. b. a brief modulation; a modulation used in passing. c. a sudden, unprepared

*(footnotes/etymology key at foot of columns; various run-over forms)*

trans′os·son′ti·tor′, *adj.* —*stood.*  trans′-foa′ture, *u.t.,* -tured, -tur·ing.   trans′-fix′u·ra′tion, *n.* trans′-lin-e-a′tion, *adj.*
  -at·ing.                               trans′-fil-tra′tion, *n.*                     trans′-for′ma·ble, *adj.* trans′-in-di-vid′u-al, *adj.*
trans′-Eu-phra′tes, *adj.*                 trans′-flu′ent, *adj.*                         trans′-Ger-man′ic, *adj.* trans′-in′su·lar, *adj.*
trans′-fla′va·tor′, *adj.;* -tor, *n.*     trans′-flu′vi-al, *adj.*                       trans′-Gram′pi·an, *adj.* trans′-i-ra′ni·an, *adj.*
trans′-fash′ion, *n.*                      trans′-flux′, *n.*                             trans′-Him-a-lay′an, *adj.*  trans′- in-di-an, *adj.*

B59

TAB 08

# McGraw-Hill
# Dictionary of
# Scientific and
# Technical
# Terms

## Fifth Edition

Sybil P. Parker

Editor in Chief

McGraw-Hill, Inc.

New York    San Francisco    Washington, D.C.
Auckland    Bogotá    Caracas    Lisbon    London    Madrid    Mexico City    Milan
Montreal    New Delhi    San Juan    Singapore    Sydney    Tokyo    Toronto

On the cover: Photomicrograph of crystals of vitamin B₁.
(*Dennis Kunkel, University of Hawaii*)

Included in this Dictionary are definitions which have been published previously in the following works: P. B. Jordan, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Aeronautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology*, White Sands Missile Range, New Mexico, National Bureau of Standards, AD 467-424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-3097.

McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS,
Fifth Edition

Copyright © 1994, 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976. no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher.

1 2 3 4 5 6 7 8 9 0     DOW/DOW     9 9 8 7 6 5 4 3

ISBN 0-07-042333-4

Library of Congress Cataloging-in-Publication Data

McGraw-Hill dictionary of scientific and technical terms /
    Sybil P. Parker, editor in chief. —5th ed.
        p.    cm.
    ISBN 0-07-042333-4
    1. Science—Dictionaries.    2. Technology—Dictionaries.
I. Parker, Sybil P.
Q123.M34    1993
503—dc20                                        93-34772
                                                  CIP

INTERNATIONAL EDITION

Copyright © 1994. Exclusive rights by McGraw-Hill, Inc. for manufacture and export. This book cannot be re-exported from the country to which it is consigned by McGraw-Hill. The International Edition is not available in North America.

When ordering this title, use ISBN 0-07-113584-7

**B61**

**bipinnate** [BOT] Pertaining to a leaf that is pinnate for both its primary and secondary divisions. { bī'pin,āt }

**biplane** [AERO ENG] An aircraft with two wings fixed at different levels, especially one above and one below the fuselage. { 'bī,plān }

**biplate** [OPTICS] 1. Two plates of glass cemented together with a small angle between them, for producing a double image of a slit in interference experiments. 2. Two half-wave plates of doubly refracting material, each cut parallel to its optical axis and cemented together with axes perpendicular; used to detect optical polarization. Also known as Bravais biplate. { 'bī,plāt }

**bipolar** [SCI TECH] 1. Having two poles. 2. Capable of assuming positive or negative values, such as an electric charge, or pertaining to a quantity with this property, such as a bipolar transistor. { bī'pō·lər }

**bipolar amplifier** [ELECTR] An amplifier capable of supplying a pair of output signals corresponding to the positive or negative polarity of the input signal. { bī'pō·lər 'am plə,fī·ər }

**bipolar circuit** [ELECTR] A logic circuit in which zeros and ones are treated in a symmetric or bipolar manner, rather than by the presence or absence of a signal; for example, a balanced arrangement in a square-loop-ferrite magnetic circuit. { bī'pō·lər 'sər·kət }

**bipolar coordinate system** [MATH] 1. A two-dimensional coordinate system defined by the family of circles that pass through two common points, and the family of circles that cut the circles of the first family at right angles. 2. A three-dimensional coordinate system in which two of the coordinates depend on the x and y coordinates in the same manner as in a two-dimensional bipolar coordinate system and are independent of the z coordinate, while the third coordinate is proportional to the z coordinate. { bī,pō·lər kō'ord·ən·ət ,sis·təm }

**bipolar disorder** [PSYCH] A major affective disorder in which there are episodes of both mania and depression. Also known as manic-depressive illness. { bī'pō·lər dis'ord·ər }

**bipolar electrode** [ELEC] Electrode, without metallic connection with the current supply, one face of which acts as anode surface and the opposite face as a cathode surface when an electric current is passed through a cell. { bī'pō·lər i'lek,trōd }

**bipolar flagellation** [MICROBIO] The presence of flagella at both poles in certain bacteria. { bī'pō·lər ,flaj·ə'lā·shən }

**bipolar format** [COMPUT SCI] A method of representing binary data in which 0 bits have zero voltage and each 1 bit has a polarity opposite that of the preceding 1 bit. { ˌbī'pō·lər 'fȯr,mat }

**Bipolarina** [INV ZOO] A suborder of protozoan parasites in the order Myxosporida. { bī'pō·lə'rī·nə }

**bipolar integrated circuit** [ELECTR] An integrated circuit in which the principal element is the bipolar junction transistor. { bī'pō·lər 'int·ə,grād·əd 'sər·kət }

**bipolar magnetic driving unit** [ENG ACOUS] Headphone or loudspeaker unit having two magnetic poles acting directly on a flexible iron diaphragm. { bī'pō·lər mag'ned·ik 'drīv·iŋ ,yü·nət }

**bipolar memory** [COMPUT SCI] A computer memory employing integrated-circuit bipolar junction transistors as bistable memory cells. { bī'pō·lər 'mem·rē }

**bipolar nebula** [ASTRON] A nebula consisting of two relatively symmetrical bright lobes with a star between them. { bī,pō·lər 'neb·yə·lə }

**bipolar power supply** [ELEC] A high-precision, regulated, direct-current power supply that can be set to provide any desired voltage between positive and negative design limits, with a smooth transition from one polarity to the other. { bī'pō·lər 'paȯ·ər sə'plī }

**bipolar signal** [COMMUN] A signal in which different logical states are represented by electrical voltages of opposite polarity. { bī'pō·lər 'sig·nəl }

**bipolar transistor** [ELECTR] A transistor that uses both positive and negative charge carriers. { bī'pō·lər tranz'is·tər }

**bipotential** [BIOL] Having the potential to develop in either of two mutually exclusive directions. { ˌbī·pə'ten·chəl }

**bipotential electrostatic lens** [ELECTR] An electron lens in which image and object space are field-free, but at different potentials; examples are the lenses formed between apertures of cylinders at different potentials. Also known as immersion electrostatic lens. { ˌbī·pə'ten·chəl i,lek·trə'stad·ik 'lenz }


**BIPOLAR INTEGRATED CIRCUIT**

Photomicrograph of three-input bipolar logic gate circuit—one of the earliest digital integrated circuits. (Fairchild Semiconductor)

**bipotentiality** [BIOL] 1. Capacity to function either as male or female. 2. Hermaphroditism. { ˌbī·pə,ten·chē'al·əd·ē }

**biprism** [OPTICS] A prism with apex angle only a little less than 180°, which produces a double image of a point source, giving rise to interference fringes on a nearby screen. { 'bī,priz·əm }

**biprism interference** [OPTICS] Light interference fringes seen on a screen near a biprism. { 'bī,priz·əm ,int·ər'fir·əns }

**bipropellant** [MATER] A rocket propellant consisting of two unmixed or uncombined chemicals (fuel and oxidizer) fed to the combustion chamber separately. { ˌbī'prə'pel·ənt }

**2,2'-bipyridine** See 2,2'-dipyridyl. { ˌtü'bī·prīm ˌbī'pir·ə,dēn }

**biquadratic** [MATH] Any fourth-degree algebraic expression. Also known as quartic. { ˌbī'kwə'drad·ik }

**biquadratic equation** See quartic equation. { ˌbī'kwə'drad·ik i'kwā·zhən }

**biquartic filter** [ELECTR] An active filter that uses operational amplifiers in combination with resistors and capacitors to provide infinite values of Q and simple adjustments for band-pass and center frequency. { ˌbī'kwȯrd·ik 'fil·tər }

**biquartz** [OPTICS] A device consisting of two adjoining pieces of quartz of equal thickness that rotate the plane of polarization of light in opposite directions; used with a Nicol prism or other analyzer to increase the accuracy of the latter in determining the properties of polarized light. { 'bī,kwȯrts }

**biquinary abacus** [MATH] An abacus in which the frame is divided into two parts by a bar which separates each wire into two- and five-counter segments. { bī'kwin·ə·rē 'ab·ə·kəs }

**biquinary notation** [MATH] A mixed-base notation system in which the first of each pair of digits counts 0 or 1 unit of five, and the second counts 0, 1, 2, 3, or 4 units. Also known as biquinary number system. { bī'kwin·ə·rē nō'tā·shən }

**biquinary number system** See biquinary notation. { bī'kwin·ə·rē 'nəm·bər ,sis·təm }

**biradial symmetry** [BIOL] Symmetry both radial and bilateral. Also known as disymmetry. { bī'rād·ē·əl 'sim·ə·trē }

**biradical** [CHEM] A chemical species having two independent odd-electron sites. { bī'rad·ə·kəl }

**biramous** [BIOL] Having two branches, such as an arthropod appendage. { bī'rā·məs }

**birch** [BOT] The common name for all deciduous trees of the genus Betula that compose the family Betulaceae in the order Fagales. { bərch }

**birch tar oil** [MATER] A toxic liquid mixture of guaiacol, phenols, cresol, xylenol, and creosol; derived from distillation of birch tar and by dry distillation of the wood of Betula alba; used as a disinfectant, in leather dressing, and in medicine. { bərch ,tär ,ȯil }

**bird** [VERT ZOO] Any of the warm-blooded vertebrates which make up the class Aves. { bərd }

**birdcaged wire** [ENG] Wire rope whose strands have been distorted into the shape of a birdcage by a sudden release of load during a hoisting operation. { 'bərd,kājd ,wīr }

**bird's-foot delta** [GEOL] A delta with long, projecting distributary channels that branch outward like the toes or claws of a bird. { 'bərdz ,fût 'del·tə }

**bird-hipped dinosaur** [PALEON] Any member of the order Ornithischia, distinguished by the birdlike arrangement of the hipbones. { 'bərd ,hipt 'dīn·ə,sȯr }

**bird louse** [INV ZOO] The common name for any insect of the order Mallophaga. Also known as biting louse. { 'bərd ,laus }

**birdnesting** [ORD] Clumping together of chaff dipoles after they have been dispensed from an aircraft. { 'bərd,nest·iŋ }

**bird of prey** [VERT ZOO] Any of various carnivorous birds of the orders Falconiformes and Strigiformes which feed on meat taken by hunting. { 'bərd əv 'prā }

**birdseye** [MATER] A small localized area in wood in which the fibers are indented and otherwise contorted to form few to many circular or elliptical figures on the tangential surface. { 'bərdz,ī }
A fabric woven on a Dobby loom that is characterized by diamond-shaped spots. { 'bərdz,ī }

**bird's-eye rot** [PL PATH] A fungus disease of the grape caused by Elsinoe ampelina and characterized by small, dark, sunken spots with light centers on the fruit. { 'bərdz 'ī ,rät }

**bird's-eye spot** [PL PATH] 1. A plant disease characterized by dark, round spots surrounded by lighter tissue. 2. A fungus disease of tea leaves caused by Orcospora theae. 3. A leaf

TAB 09

SEP 1 6 2005

# IEEE 100
# The Authoritative Dictionary of IEEE Standards Terms

### Seventh Edition



Published by
Standards Information Network
IEEE Press

Trademarks and disclaimers

*IEEE believes the information in this publication is accurate as of its publication date; such information is subject to change without notice. IEEE is not responsible for any inadvertent errors.*

*Other tradenames and trademarks in this document are those of their respective owners.*

*The Institute of Electrical and Electronics Engineering, Inc*
*3 Park Avenue. New York, NY, 10016-5997, USA*

*Copyright © 2000 by the Institute of Electrical and Electronics Engineers, Inc. All rights reserved. Published December 2000. Printed in the United States of America.*

*No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher*

*To order IEEE Press publications, call 1-800-678-IEEE.*

*Print ISBN 0-7381-2601-2*          *SP1122*

See other standards and standards-related product listings at: http://standards.ieee.org/

*The publisher believes that the information and guidance given in this work serve as an enhancement to users, all parties must rely upon their own skill and judgement when making use of it. The publisher does not assume any liability to anyone for any loss or damage caused by any error or omission in the work, whether such error or omission is the result of negligence or any other cause. Any and all such liability is disclaimed.*

*This work is published with the understanding that the IEEE is supplying information through this publication, not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought. The IEEE is not responsible for the statements and opinions advanced in this publication*

Library of Congress Cataloging-in-Publication Data

IEEE 100 : the authoritative dictionary of IEEE standards terms.— 7th ed.
    p. cm.
  ISBN 0-7381-2601-2 (paperback : alk. paper)
    1. Electric engineering—Dictionaries. 2. Electronics—Dictionaries. 3. Computer engineering—Dictionaries. 4. Electric engineering—Acronyms. 5. Electronics—Acronyms
6. Computer engineering—Acronyms I. Institute of Electrical and Electronics Engineers.

TK9 I28 2000
621 3'03—dc21                                        00-050601

**B64**

impedance

the voltage
ritching de-
ransient re-
ng the volt-
om current
le rate may
lected as a
-frequency
ntial func-
o voltage
tween the
switching
ent recov-
y voltage
ge rate, or
o the type
ng actual
which the

100-1992
transient
low The
ie, over-
applica-
of inter-
lay time
A-1978s
ly vary-
-1970w
unit, or
it.
0-1992
:crease
3y-state
ecified
ly-state
output
cent of
nimum
curring
e elec-
t of the
f rated
58, [5]
tem if,
y-state

) [10]
: ratio
ow at
erred.
n.
[10]
mum
: sys-
/hich
ility.
[10]
r in-
ergy
used
969r
The
per-
it or
inc-
ame
Yer-
ider
of a
See
ent
'6]

**transient thermal rating** The transient thermal rating is that final current ($I_t$) that yields the maximum allowable conductor temperature ($T_{max}$) in a specified time after a step change in electrical current from some initial current, $I_i$.
(T&D/PE) 738-1993

**transient voltage capability (thyristor)** Rated nonrepetitive peak reverse voltage. The maximum instantaneous value of any nonrepetitive transient reverse voltage that may occur across a thyristor without damage.    (IA/IPC) 428-1981w

**transient voltage surge suppressor (TVSS)** A device that functions as a surge protective device (SPD) or surge suppressor.    (IA/PSE) 1100-1999

**transimpedance (of a magnetic amplifier)** The ratio of differential output voltage to differential control current.
(MAG) 107-1964w

**transinformation (of an output symbol about an input symbol)** The difference between the information content of the input symbol and the conditional information content of the input symbol given the output symbol. *Notes:* 1. If $x_i$ is an input symbol and $y_j$ is an output symbol, the transinformation is equal to

$$[-\log p(x_i|y_j)] - [-\log p(x_i|y_j)]$$

$$= \log \frac{p(x_i|y_j)}{p(x_i)} = \log \frac{p(x_i,y_j)}{p(x_i)p(y_j)}$$

where $p(x_i|y_j)$ is the conditional probability that $x_i$ was transmitted when $y_j$ is received, and $p(x_i,y_j)$ is the joint probability of $x_i$ and $y_j$. 2. This quantity has been called transferred information, transmitted information, and mutual information. *See also:* information theory    (TT) [123]

**transistor** (1) An active semiconductor device with three or more terminals. It is an analog device    (ED) 216-1960w (2) A semiconductor device for controlling the flow of current between two terminals, the emitter and the collector, by means of variations in the current flow between a third terminal, the base, and one of the other two. *See also:* logic gate.
(C) 610.10-1994w

**transistor, conductivity-modulation** *See:* conductivity-modulation transistor.

**transistor equivalent** (A) A model approximating the behavior of an electronic component using only transistors, resistors, capacitors and inductors. (B) An approximation of the size of an integrated circuit. counting all circuit elements as transistors or portions thereof    (C) 610.10-1994

**transistor, filamentary** *See:* filamentary transistor

**transistor, junction** *See:* junction transistor

**transistor, point-contact** *See:* point-contact transistor.

**transistor, point-junction** *See:* point-junction transistor.

**transistor reset preamplifier** An integrating preamplifier in which the charge that accumulates on the feedback capacitor is drained off through a transistor when the charge exceeds a predetermined value.    (NPS) 325-1996

**transistor-transistor logic (TTL)** A family of bipolar integrated circuit logic in which the multiple inputs on gates are provided by multiple transistors    (C) 610.10-1994w

**transistor, unipolar** *See:* unipolar transistor.

**transit** (1) (navigation aids) A radio navigation system using low orbit satellites to provide world-wide coverage, with transmissions from the satellites at vhf (very high frequency) and uhf (ultra high frequency). in which fixes are determined from measurements of the Doppler shift of the continuous wave signal received from the moving satellite.
(AES/GCS) 172-1983w
(2) An instrument primarily used during construction of a line to survey the route. to set hubs and point on tangent (POT) locations, to plumb structures, to determine downstream angles for locations of anchors at the pull and tension sites, and to sag conductors. *Synonyms:* site marker; level; scope.
(T&D/PE) 524-1992r

**transit angle** The product of angular frequency and the time taken for an electron to traverse a given path. *See also:* electron emission.    (ED) 161-1971w. [45]

**transition** (1) (A) (data transmission) (signal transmission) The change from one circuit condition to the other, that is. to change from mark to space or from space to mark. (B) (data transmission) (waveform) (pulse techniques) A change of the instantaneous amplitude from one amplitude to another amplitude level. (C) (data transmission) (transition frequency) (disk recording system) (crossover frequency) (turnover frequency) The frequency corresponding to the point of intersection of the asymptotes to the constant-amplitude and the constant-velocity portions of its frequency response curve This curve is plotted with output voltage ratio in decibels as the ordinate and the logarithm of the frequency as the abscissa.    (PE) 599-1985
(2) (A) (pulse) A portion of a wave or pulse between a first nominal state and a second nominal state. Throughout the remainder of this document the term transition is included in the term pulse and wave. (B) (pulse) The region of a pulse in which a major change in amplitude occurs, such as the leading edge (first transition) or final trailing edge (last transition)    (NPS) 300-1988
(3) A joint that connects two cable types. A joint on extruded cable rated 46–138 kV connecting an ethylene propylene rubber (EPR) insulated cable to a crosslinked polyethylene (XLPE) or high-molecular-weight polyethylene (HMWPE) insulated cable should be considered a transition joint.
(PE/IC) 404-1993
(4) (of a pulse) The region of a pulse in which a major change in amplitude occurs, such as at the leading edge (first transition) or final trailing edge (last transition)
(NPS) 325-1996
(5) The change of a logic signal from one state to another (as in " a transition at the input shall cause ") or the pair of logic states between which a transition may occur (as in ". the delay for a low-to- high transition. ")
(C/DA) 1481-1999
(6) *See also:* software transition    (C/SE) J-STD-016-1995

**transitional mode** The change from the nonoperating to the operating mode, caused by switching the input to the relay from the nonoperating to the operating input, or vice versa.
(SWG/PE/PSR) C37.100-1992, C37 98-1977s

**transition compartment** The compartment specifically designed for joining gas-insulated substation equipment of different design or manufacture. This compartment provides the necessary transition for the current-carrying conductor and the gas enclosure.
(SWG/PE/SUB) C37 100-1992, C37.122.1-1993, C37.122-1993

**transition contacts** For resistance-type LTCs, a set of contacts that is connected in series with a transition impedance and makes and breaks current.    (PE/TR) C57.131-1995

**transition current** The current required at a given temperature and duration to cause a current-protective device to change state.    (SPD/PE) C62 36-1994

**transition density** The number of times the stream of bits within an 8B/10B code-group changes its value.
(C/LM) 802.3-1998

**transition duration** (1) (pulse terminology) The duration between the proximal point and the distal point on a transition waveform.    (IM/WM&A) 194-1977w
(2) (of a step response) The duration between the proximal point (10%) and the distal point (90%) on the recorded output response transition, for an ideal input step with designated baseline and topline.    (IM/WM&A) 1057-1994w

**transition frequency** (disk recording) The frequency corresponding to the point of intersection of the asymptotes to the constant-amplitude and the constant-velocity portions of its frequency response curve This curve is plotted with output voltage ratio in decibels as the ordinate and the logarithm of the frequency as the abscissa. *Synonyms:* turnover frequency;

**TAB 10**

1

1              IN THE UNITED STATES DISTRICT COURT

2              IN AND FOR THE DISTRICT OF DELAWARE

3                        -   -   -

4    THERMO FINNIGAN LLC,          :       Civil Action
                                   :
5              Plaintiff,          :
                                   :
6         v.                       :
                                   :
7    APPLERA CORPORATION,          :
                                   :
8              Defendant.          :    No. 04-1505 (GMS)

9                        -   -   -

10                   Wilmington, Delaware
                  Wednesday, April 27, 2005
11                      10:00 a.m.
                      In Chambers
12
                         -   -   -
13
     BEFORE:  HONORABLE GREGORY M. SLEET, U.S.D.C.J.
14
     APPEARANCES:
15
             FREDERICK L. COTTRELL, III, ESQ.
16           Richards, Layton & Finger
                    -and-
17           WAYNE L. STONER, ESQ., and
             STEPHEN M. MULLER, ESQ.
18           Wilmer Cutler Pickering Hale and Dorr LLP
             (Boston, Massachusetts)
19
                       Counsel for Plaintiff
20
             JOSY W. INGERSOLL, ESQ.
21           Young Conaway Stargatt & Taylor, LLP
                    -and-
22           WALTER E. HANLEY, JR., ESQ.,
             JAMES GALBRAITH, ESQ., and
23           WILLIAM JAMES, ESQ.
             Kenyon & Kenyon
24           (New York, New York)

25                     Counsel for Defendant

**B66**

1   process.  But you are not going to see it on paper.  Don't

2   be disconcerted when you get your order.

3           So that way, I am able to promise you that

4   within 30 days of your hearing, you will have a chance to

5   get your experts to opine and they won't have to do so in

6   the alternative, given the schedule that you have proposed.

7           The Markman hearing itself, my practice is

8   typically not to take extrinsic evidence.  I am aware that

9   that is not an absolute, that there may be occasions that

10  extrinsic evidence is necessary.  But for the most part, the

11  Court has made it very clear, I think, in this Circuit, that

12  we should steer away from that.

13          So it's more I guess, if you will, more of a

14  pure Markman process.  I am not saying it is better or worse

15  than anybody else's.  I quite frankly think that the Chief

16  Judge, her process has a lot to commend itself.  I may try

17  it.  She combines summary judgment with Markman.

18          I tend to get confused.  I am being a little

19  facetious, but it can be tempting to look at expert reports

20  and things that we are told we are not supposed to look at

21  in determining what something should mean, what some

22  element, how it should be construed.

23          That is why I do it that way.

24          MR. STONER:  Excuse me, Your Honor.  Would Your

25  Honor likes the parties to have a technology tutorial

TAB 11

1              IN THE UNITED STATES DISTRICT COURT
              IN AND FOR THE DISTRICT OF DELAWARE

2

3                           -   -   -

    ANALOG DEVICES, INC.,         :    Civil Action
4                           :

        Plaintiff/Counterclaim     :
5        Defendant,              :
                           :
6        v.                   :
                           :
7    LINEAR TECHNOLOGY CORP.,      :
                           :
8        Defendant/Counterclaim     :
        Plaintiff.           :    No. 06-346-GMS
9                           -   -   -

10                 Wilmington, Delaware
            Thursday, September 21, 2006
11                   Conference
                   10:45 a.m.
12                   -   -   -

13    BEFORE:  HONORABLE GREGORY M. SLEET, U.S.D.C.J.

14    APPEARANCES:

15         FREDERICK L. COTTRELL, III, ESQ.
         Richards, Layton & Finger
16               -and-
         WAYNE M. STONER, ESQ., and
17         BENJAMIN M. STERN, ESQ.
         WilmerHale
18         (Boston MA)

19                   Counsel for Plaintiff

20         JACK B. BLUMENFELD, ESQ., and
         KAREN JACOBS LOUDEN, ESQ.
21         Morris, Nichols, Arsht & Tunnell
               -and-
22         LAURENCE S. ROGERS, ESQ.,
          ROBERT C. MORGAN, ESQ., and
23         ALEXANDER SHVARTS, ESQ.
         Ropes & Gray
24         (New York, New York)

25                   Counsel for Defendant

1     Either that or actually live.

2                    I am not sure we need an expert.  We might want

3     to bring experts in, or simply have a DVD or VCR-type

4     presentation to Your Honor that the lawyers give.

5                    MR. STONER:  Your Honor, that is fine with us.

6     Whatever would be most helpful to the Court.  Of course, in

7     our Markman briefs we would endeavor to provide guidance on

8     the technology as well.  Whether the Court thinks --

9                    THE COURT:  I really don't want to hear from

10    dueling experts.

11                   MR. MORGAN:  Then perhaps the best thing would

12    be the parties and perhaps one counsel could make the

13    presentation with suitable graphics, just to give you and

14    your clerks an idea of what the technology is that they are

15    going to be reading when they come into the Markman briefs.

16                   MR. STONER:  That is fine, Your Honor.  Whether

17    you want it before the briefs, at the time of the hearing,

18    whatever works best.

19                   THE COURT:  A DVD presentation might be nice.

20    But I understand those are fairly costly.

21                   MR. STONER:  The other disadvantage in my

22    experience is it doesn't give the Court the opportunity to

23    ask questions.

24                   MR. MORGAN:  Perhaps counsel can both do the

25    talking, to the extent they have graphics to present, we can

TAB 12

1               IN THE UNITED STATES DISTRICT COURT

2               IN AND FOR THE DISTRICT OF DELAWARE

3                           -   -   -

4    ANALOG DEVICES, INC.,                :        Civil Action
                                          :
5              Plaintiff/Counterclaim     :
               Defendant,                 :
6                                         :
          v.                              :
7                                         :
     LINEAR TECHNOLOGY CORP.,             :
8                                         :
               Defendant/Counterclaim     :
9              Plaintiff.                  :       No. 06-346-GMS

10                          -   -   -

11                   Wilmington, Delaware
                   Wednesday, June 13, 2007
12                        9:30 a.m.
                   Telephone Conference
13                          -   -   -

14
     BEFORE:  HONORABLE GREGORY M. SLEET, U.S.D.C.J.
15
     APPEARANCES:
16
               FREDERICK L. COTTRELL, III, ESQ., and
17             KELLY FARNAN, ESQ.
               Richards, Layton & Finger
18                    -and-
               WAYNE M. STONER, ESQ., and
19             BENJAMIN M. STERN, ESQ.
               WilmerHale
20             (Boston MA)

21                             Counsel for Plaintiff.

22

23

24

25

1    looms out there as to whether, even if they weren't, whether

2    there was a waiver of the ability to generate new arguments

3    or new positions on claim construction in this Court.

4    MR. STERN:  Your Honor, for Analog.  I think the

5    parties have worked to address the issues that you raised.

6    Subsequent to the filing of the joint claim charts, the

7    parties realized, as you did, that the number of claim

8    limitations in dispute was quite lengthy and couldn't

9    reasonably fit in the brief to be presented to Your Honor.

10    Given that, what the parties have done, Your

11    Honor is correct, we have agreed, or dropped I think

12    virtually all of the claims in dispute that both the

13    Northern District of California previously construed and the

14    Federal Circuit construed.

15    We also -- as Your Honor may be aware, these the

16    ITC just recently issued an initial determination in which

17    it included construction of some of three claim terms in the

18    most recent of the Wilcox patents that are used throughout

19    the patent.

20    THE COURT:  I was not aware of that.

21    MR. STERN:  So what we would like to do, Your

22    Honor, is, the briefing has advanced beyond the stage of the

23    joint claim charts.  As I said, we have dropped a lot of

24    claim terms, and have reached agreement or closer agreement,

25    and isolated the ones that are actually in dispute.  What we

1    would like to do -- I think we have substantially,

2    substantially reduced the number. What we would like to do

3    is file amended joint claim charts now that the parties'

4    opening briefs have been submitted, so that the Court has

5    claim charts that actually reflect what is in dispute rather

6    than what was initially in dispute.

7             THE COURT: Well, that is happy news. Let's

8    hear from the other side.

9             MR. ROWLAND: Your Honor, Mark Rowland.

10            I agree with what I have heard. It does appear

11   that many of the issues that had been raised by Analog

12   Devices have now been dropped in light of the constructions

13   from the District Court in California and the Federal

14   Circuit, some of those reflected in the briefs, not all of

15   them.

16            So I agree with the procedure that we should

17   submit revised claim charts. We should probably also then

18   identify what aspects of even the opening briefs Your Honor

19   may not have to consider in light of those revised claim

20   charts, because I think we can reach even more agreement

21   based on the briefs themselves.

22            THE COURT: That would be helpful as well.

23            MR. ROWLAND: Then, as far as the ITC is

24   concerned, that matter is still pending. It was simply an

25   initial determination, subject the review by the full

ALL-STATE LEGAL® 800-222-0510

# TAB 13

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ANALOG DEVICES, INC., )<br><br>*Plaintiff/Counterclaim*<br>*Defendant,* )<br><br>vs. )<br><br>LINEAR TECHNOLOGY CORP., )<br><br>*Defendant/Counterclaim*<br>*Plaintiff.* ) | Civil Action No. 1:06-346-GMS |

## DECLARATION OF ROBERT A. BLAUSCHILD

I, ROBERT A. BLAUSCHILD, declare as follows:

1)    My name is Robert A. Blauschild. I reside at 22351 Hartman Drive, Los Altos, CA 94024. I have been retained by Linear Technology Corp. as an expert witness in this case.

2)    Unless indicated as being on information and belief, the facts and opinions stated in this declaration are based on my own personal knowledge. If asked to testify in Court under oath about the matters discussed in the declaration, I could and would so testify.

## I.    QUALIFICATIONS

3)    Since obtaining a B.S.E.E. degree from Columbia University in 1971 and an M.S.E.E degree from U.C. Berkeley in 1973, I have been involved in the design and analysis of analog and mixed-signal (analog + digital) electronic circuits and systems. I have worked as a consultant to numerous companies, in addition to having worked for Philips Semiconductors for 24 years. I have 15 patents, was on the program committee for the International Solid-State

1

B73

Circuits Conference for 15 years, and have twice been the guest editor of the Journal of Solid-State Circuits. I also have been involved as a testifying expert witness in several patent cases relating to analog and digital circuit design. A copy of my current Curriculum Vitae is attached to this declaration as Exhibit 1.

4)    I have designed numerous bipolar and MOS voltage and current references, voltage regulators, differential amplifiers, and amplifier output stages.

## II.    COMPENSATION

5)    I am being compensated for my work in this case at my usual and customary consulting rate of $450 per hour. My compensation is not dependent on the outcome of the case.

## III.    PRIOR TESTIMONY

6)    In the past four years I have testified at trial or at deposition in the role of an expert witness in the following matters on behalf of the underscored party:

2003  Presented a tutorial regarding transistor operation and switching voltage regulator design in court in <u>Linear Technology, Inc.</u> vs. Micrel, Northern District of California.

2005  Testified in deposition and trial in <u>Linear Technology, Inc.</u> vs. Micrel, Northern District of California.

2005  Testified in deposition, <u>Linear Technology, Inc.</u> vs. Monolithic Power Systems, ITC, Washington D.C., regarding switching voltage regulator design.

2006  Testified in deposition and trial, <u>Power Integrations</u> vs. System General, ITC, Washington D.C., regarding switching voltage regulator design.

2006  Testified in deposition and at trial in <u>Power Integrations</u> vs. Fairchild Semiconductor, Wilmington, Delaware. The case involved switching voltage regulators and analog circuit design.

## IV.    GILBERT U.S. PATENT 4,929,909

### A.    Materials Reviewed

7)    I have read Gilbert U.S. Patent No. 4,929,909 (to which I will refer as the
"'909 Patent"), the prosecution history of the '909 patent, and the prior art cited during
prosecution of the patent's application.  In addition, I have reviewed the parties' proposed claim
constructions and other materials that are referenced in this declaration.

### B.    Technological Background and Explanation Of
### The Written Description Of The '909 Patent

8)    The '909 Patent relates to a design of a bipolar differential amplifier that
has a fixed gain, despite variations in temperature, transistor current gain (beta), and transistor
geometry-related resistances.

9)    The stated goals of the '909 Patent are to (1) "provide a differential
amplifier in with improved temperature stability of gain" [1:53-55]; and (2) "provide a
differential amplifier in which temperature stabilization and gain uncertainty is minimized from
lot to lot in the fabrication process" [1:56-59].

10)    To understand the '909 Patent, it is appropriate first to have a basic
understanding of differential amplifiers – what they are, how they work, and how their operation
may be affected by temperature and other factors.

11)    A differential amplifier is a two-transistor circuit, the purpose and
operation of which is to amplify the difference of two input voltages.

3



A differential amplifier functions like a valve that steers current one way or the other. The current is called the "tail current," and is supplied by a current source. In the differential amplifier shown above, $V_{IN1}$ and $V_{IN2}$ are the two differential amplifier input voltages. If $V_{IN1}$ is at a much higher voltage than $V_{IN2}$, substantially all of the current from the current source will flow through transistor Q1, and almost none will flow through Q2. If $V_{IN2}$ is at a much higher voltage than $V_{IN1}$, substantially all of the current from the current source will flow through Q2, and almost none will flow through Q1.

If the difference in voltage between the two inputs (DIFFERENTIAL INPUT VOLTAGE) is small and variable, the ratio of the current conducted by Q1 and Q2 will vary. As the voltage at $V_{IN2}$ varies with respect to the voltage at $V_{IN1}$, more or less of the current from the current source will flow through transistor Q2 into load resistor R. The resulting variable voltage across resistor R creates a variable output voltage $V_{OUT}$ which is proportional to the difference in voltage between $V_{IN1}$ and $V_{IN2}$.

The GAIN or amplification of the differential amplifier is defined as the ratio of the output voltage change to the change in differential input voltage ($V_{IN1}$-$V_{IN2}$).

B76

12)    The '909 patent relates to circuitry for producing a fixed differential amplifier gain (meaning a fixed ratio of output voltage to differential input voltage), but in doing so also uses the term "current gain." CURRENT GAIN is a property of the individual transistors in the circuit. A bipolar transistor is a semiconductor device that has three electrodes or terminals, the EMITTER, the BASE, and the COLLECTOR, and is made with a layer of n-type (or p-type) semiconductor (the base region) sandwiched between two regions of p-type (or n-type) semiconductor (the collector and emitter regions), thus forming two p-n junctions back to back. The current flowing into or out of the base electrode controls the amount of current flowing between the collector and emitter electrodes. (I note that ADI has proposed that a bipolar transistor be construed as "A three-terminal semiconductor device with an n- (or p-) type semiconductor region between two p- (or n-) type semiconductor regions." I disagree with such a construction, which describes other semiconductor devices that are not bipolar transistors. For example, see Fig. 2.39a of *Analysis and Design of Analog Integrated Circuits* [excerpts attached as Exhibit 8], which shows both a bipolar transistor and a JFET, both of which have a p-type semiconductor region between two n-type semiconductor regions.) In the differential amplifier shown above, the emitter terminals of Q1 and Q2 are connected together, and the amplifier output voltage appears at the collector terminal of Q2. The two input voltages are applied at the base terminals of Q1 and Q2. For a bipolar transistor to allow current to flow between its emitter and collector terminals, a small control current must be applied to its base terminal. A measure of the ratio of the current flowing between the emitter and collector terminals and the control current is called the CURRENT GAIN. Specifically, the ratio of the currents flowing in the collector and base terminals is defined as the BETA "$\beta$" of the transistor. A typical value of beta can be 100.

5

13)    The control current flowing into the transistor base terminal flows out of the emitter terminal, and thus the emitter current is equal to the sum of the collector and base currents. In the amplifier depicted above, because the collector current of Q2 is less than the steered emitter current of Q2 (reduced by the level of the base current), the gain of the amplifier is less than it would have been if there was no base current loss going through the transistor. As the transistor beta decreases (current loss through the transistor increases), amplifier gain decreases for a given level of differential input voltage, because even though the steering is the same in the transistor emitters, less current flows into the load resistor.

14)    Bipolar transistor current gain (beta) varies from one production lot to another. In addition, beta increases as temperature increases. Differential amplifier gain thus varies from lot-to-lot and over temperature as beta changes.

15)    The level of amplification or gain of a differential amplifier also depends on the ratio of current steering obtained for a given differential input voltage. For bipolar transistors, this ratio is proportional to kT/qI, where k and q are physical constants (Boltzman's constant and electronic charge), T is absolute temperature, and I is half the tail current. kT/qI is called the INTRINSIC EMITTER RESISTANCE. This is not a physical resistance of a semiconductor region, but instead is a property of the transistor base-emitter junction. Because the steering ratio depends on absolute Kelvin temperature, differential amplifier gain will vary with temperature if the tail current is fixed.

16)    The current steering ratio also depends on voltage drops inside each transistor across finite base and emitter region resistances, which subtract from the actual differential input voltage. These resistances are called OHMIC resistances, and correspond to the physical resistance of the semiconductor material in each region. As these ohmic resistances

6

B78

increase, less of the differential input voltage actually goes into current steering, and amplifier gain is reduced. These ohmic resistances vary from one production lot to another. In addition, the ohmic resistances vary as temperature increases. Differential amplifier gain thus varies from lot-to-lot and over temperature as the ohmic resistances of the transistors change.

17)    Long before the application for the '909 Patent was filed, it was well-known to persons skilled in the art how to create a tail current for a differential amplifier so as to compensate for temperature dependency of the differential amplifier's transistor's intrinsic emitter resistance. This was done by causing the tail current to vary with temperature in the same manner as intrinsic emitter resistance. Because intrinsic emitter resistance varies with absolute (Kelvin) temperature and inversely with tail current, by making the tail current also vary with absolute temperature, the intrinsic emitter resistance $kT/qI$ can be caused to remain constant as temperature varies. This would cause the amplification or gain of the differential amplifier to remain constant (were it not for additional variation due to the finite beta and ohmic resistance variation discussed above).

18)    The tail current that varies with absolute temperature is called a PTAT (Proportional-To-Absolute-Temperature) current, and was typically generated, long before the application for the '909 patent was filed, using DELTA-VBE ($\Delta$VBE) cells and BANDGAP VOLTAGE REFERENCES (which include Delta-VBE cells). As acknowledged in the '909 patent: *The operation of a $\Delta$VBE cell as a means to generate a tail current which is PTAT is well documented in the literature, as prior art.* [3:60-63]

19)    A Delta-VBE cell operates by running two or more bipolar transistors at different current densities. Transistor current density is proportional to the ratio of emitter current to the area of the emitter region of the transistor through which the current flows. For

7

example, a large transistor conducting a low level of current has a lower current density than that of a small transistor conducting a high level of current. If two different-sized transistors conduct the same level of current, the smaller transistor will have a higher current density.

20)     The voltage between the base and emitter terminals of a transistor (VBE) depends on current density. The temperature variation of VBE also depends on current density. Therefore the difference between the VBEs of two transistors operating at different current densities will change in proportion to absolute temperature as temperature changes. A Delta-VBE cell uses the difference between two or more VBEs of transistors operated at different current densities to generate a control or bias voltage which can then be applied to the base of a current source transistor to cause that transistor to generate a PTAT current for use in a differential amplifier.

21)     A control voltage that itself is PTAT can not be used with the transistor/resistor current source to produce a PTAT current. If a control voltage that is PTAT were used, the negative-temperature-coefficient of the current source transistor VBE would result, when subtracted form the PTAT varying control voltage, in a voltage across the current source resistor that varies at a more than linear rate with temperature. Such a current source would have too much temperature variation to compensate for intrinsic resistance in a differential amplifier. In other words, to cause a transistor current source to produce a PTAT current to compensate for the effects of intrinsic emitter resistance on a differential amplifier's gain, the control voltage applied to the base of the current source transistor can not be PTAT.

22)     Long before the application for the '909 Patent was filed, many different architectures for Delta-VBE cells were known.

23)     For example, the '909 Fig. 2 delta-VBE configuration of transistors 32 and

8

28 and resistors Rg and Re in combination with a high-gain amplifier driving the bases of

transistors 32 and 28 is seen in Fig. 2 of *A Simple Three-Terminal IC Bandgap Reference*

[attached as Exhibit 2], published approximately 15 years before the filing of the '909 patent.

        24)    Fig. 2 of *A 500V/us Transimpedance Amplifier* [attached as Exhibit 3]

shows Q64, Q63, and R21 connected in the same way as the delta-VBE loop of transistors 32

and 28 and resistor Rg in the '909 Fig. 2 circuit.

        25)    Fig. 7 of *A 20uW Precision Operational Amplifier* [attached as Exhibit 4]

shows delta-VBE circuit Q26, Q25, R14, and R15 used to bias current source transistor Q32.

        26)    Figures 1, 2, and 3 of *A Two-Terminal IC Temperature Transducer*

[attached as Exhibit 5] show the use of a different delta-VBE circuit configuration to generate

PTAT current.

        27)    Figure 1 of *A Precision Reference Voltage Source* [attached as Exhibit 6]

shows another different delta-VBE circuit uses to produce a ΔVBE voltage across R3.

        28)    Figures 5, 6, and 7 of *A Monolithic Conditioner for Thermocouple Signals*

[attached as Exhibit 7] show "crossed-quad" PTAT bias circuitry using yet another different

delta-VBE configuration.

        29)    Figure 2 of the '909 patent shows a Delta-VBE cell [20] used to generate

the control voltage for a PTAT current source (transistor 24 and resistor 26). Fig.2 shows

transistors 32 and 28 having different emitter areas. If transistors 28 and 32 in the Delta-VBE

cell were operated with the same current level, because they have different areas (ratio=A:1),

their current densities and therefore their VBEs would differ. That difference voltage appears

across resistor Rg, resulting in a PTAT current flowing through resistors Rg and Re. The

resulting PTAT voltage across resistor Re is added to the negative-coefficient-VBE of transistor

32 to produce a Delta-VBE cell output voltage that has a non-PTAT temperature variation.
When that voltage is applied to the control terminal of the current source (base of transistor 24),
the negative-temperature-coefficient of the VBE voltage of transistor 24 subtracts from the
control voltage to produce a PTAT voltage across resistor 26, leading to a PTAT current source
output current. (This is how a Delta-VBE cell is supposed to work. However, as explained
below, the '909 patent specifies that the transistors of the Fig. 2 Delta-VBE cell are operated at
equal current densities. Such a design could not be used to produce a PTAT current.)

      30)    As earlier explained, the stated goals of the '909 Patent are to provide a
differential amplifier (1) having "improved temperature stability of gain," and (2) "in which
temperature stabilization and gain uncertainty is minimized from lot to lot in the fabrication
process." To achieve these goals, the '909 Patent describes a particular type of delta-$V_{BE}$
("$\Delta V_{BE}$") cell that compensates for three things. First, the circuit compensates for the
temperature dependence of amplifier transistor intrinsic resistance by producing a PTAT current.
But in addition to this, the '909 circuit is described to further compensate for two other types of
errors: errors due to "ohmic resistance" of the differential amplifier transistors, and errors
caused by "finite beta" of those transistors (see col. 1:60-67).

      31)    When all of the foregoing compensations are applied to the differential
amplifier, the patent says the amplifier is "gain-compensated." [2:20-22; 4:10-15] That is, the
effects of temperature and transistor parameter (beta and ohmic resitances) change due to
temperature and lot-to-lot variation are compensated for, and gain remains stable at the desired
value.

      32)    As explained above, the first aspect to compensation of the differential
amplifier is to apply temperature compensation to account for the temperature variation of

intrinsic emitter resistance.   The patent states:  *The intrinsic emitter resistance obviously is a function of temperature and perfect stabilization of that quantity requires that the tail current be proportional to absolute temperature (PTAT).* [1:44–47]

      33)     The '909 patent explains that the Delta-VBE cell of Fig. 2 can be used to bias a current source to produce a PTAT tail current:  *A first consideration in the design of a gain-stable, temperature-compensated long-tail pair is the requirement that the tail current be PTAT in order to make the intrinsic emitter resistance constant.  For this purpose, the ΔVBE cell 20 of FIG. 2 is used to bias a current source 22 for generating the tail current , 2I.* [2:47-50]. The '909 patent acknowledges that using a ΔVBE cell for this type of compensation was well known prior to the filing of the '909 patent:  *The use of a ΔVBE cell as means to generate a tail current which is PTAT is well documented in the literature, as prior art.* [2:52-54]

      34)     But as discussed above, there are other sources of gain instability besides the temperature variation of intrinsic emitter resistance.  Making the tail current PTAT does not by itself compensate for gain variation due to transistor ohmic resistances and beta.  The patent states that the ΔVBE cell of Fig. 2 can be designed, however, to bias the current source using additional compensation for ohmic resistances and beta:  *The operation of a ΔVBE cell as means to generate a tail current which is PTAT is well documented in the literature, as prior art. However, this invention shows how, with proper design, the ΔVBE cell can be used to bias the current source (i.e., transistor 24 and emitter resistor 26) to a point which adds to the tail current a component keyed to and tracking the ohmic resistances associated with device geometries.* [3:60-68]  and *The foregoing and other objects of the invention are achieved in a differential amplifier including tail current generator means for providing a tail current which is PTAT and which includes a component of current which compensates for the ohmic resistances*

11

*of the transistors and finite beta.* [1:62-67]

35)     The '909 patent shows how the circuit of Fig. 3 adds these further
compensations. Fig. 3 is described as a *gain-compensated differential amplifier according to the
present invention* [2:20-22; 4:10-15], and is the only embodiment described in the patent for
providing for a gain-compensated differential amplifier.

36)     Because the PTAT current flowing through current source resistor 26 is
reduced by one base current from the emitter to collector of current source transistor 24, and
further reduced by a second base current from the emitter to the collector of amplifier transistor
14, the current flowing into load resistor RC varies as beta (and therefore base current) varies.
The patent explains that compensation for this effect can be achieved by increasing the current
source control voltage (applied on line 60) by a beta-dependent amount. If this is done, the
current flowing through current source resistor 26 will start out at a higher level than if there had
been no beta-compensation included to the control voltage. This increase in the control voltage
compensates for the beta-dependent losses through transistors 24 and 14.

37)     The means of adding a beta-dependent component to the current source
control voltage is disclosed a resistor SRE in the Fig. 3 circuit. The voltage drop across resistor
SRE is proportional to the base currents flowing in transistors 28 and 32 of the ΔVBE cell. Thus,
as beta decreases, these base currents increase, increasing the voltage across resistor SRE. This
in turn increases the current source control voltage, which produces an increased level of
amplifier tail current to compensate for increasing beta-dependent losses in the current source
and amplifier transistors.

38)     The means of compensating for the effects on gain caused by the amplifier
transistors ohmic resistances is disclosed in the Fig. 3 circuit as the use of unit geometries in the

12

ΔVBE cell and the differential amplifier. As the ohmic resistance of the differential amplifier transistors increases, gain is reduced. [2:25-30]  A transistor's ohmic resistances depend on the geometry (e.g., emitter length and width and distance to base contact) of the transistor. These ohmic resistances are temperature dependent, and can vary from lot to lot. [1:47-52]

39)    If the ohmic resistances of the differential amplifier transistors change in a different way the amplifier's gain will change, lot-to-lot and wafer-to-wafer. If, however, the same geometries are used for the amplifier and ΔVBE cell transistors, then their ohmic resistances will change in the same way, and compensation can be achieved. [2:2-5]

40)    This technique is used in the Fig. 3 circuit. All of the transistors in the Fig. 3 circuit are designed using ratios of unit-area emitter geometries. [4:16-28]  In this manner, any lot-to-lot area change of the unit-area transistor will not effect the ratios. For example, the patent specifies that transistor 32 has a unit area emitter and transistor 28 has an emitter area of A units. [4:16-19]  Despite lot-to-lot changes in the unit emitter geometry, the ratio of total emitter area of transistor 28 will remain A times larger than the emitter area of transistor 28.

41)    Thus, the amplifier of Fig. 3 of the '909 patent is "gain-compensated" in three simultaneous respects: 1) it is compensated for variations in intrinsic emitter resistance (by generating a control voltage that causes the tail current to be PTAT); 2) it is compensated for variations in ohmic resistance (by using ratios of unit area emitter geometries in all of the transistors of the circuit); and 3) it is compensated for beta variations (by using resistor SRE). These compensations are achieved using the specific ΔVBE cell of Fig. 3, constructed and operated as specifically described in the '909 patent.

42)    The '909 Patent contains several errors and irreconcilable ambiguities. For example, the first equation, $G=RC/2(r+re)$ [1:32] is only correct for infinite beta transistors,

13

even though the text describes the equation incorrectly as taking into account finite current gain (beta). [1:26-32] This can be seen by comparing that equation to the equation for gain at 1:27, which is RC/2re. This latter equation, as stated in the text, assumes infinite beta and negligible ohmic resistances. If the ohmic resistance term in the first equation is also neglected, the equations are the same, yet they are described differently (the first accounting for finite beta, and the second neglecting Equation (18) at 2:37 is incorrect. It is the equation for I, not 2I as incorrectly stated in the patent. This can be determined by substituting the equation for intrinsic emitter resistance into the equation at 1:32 and solving for I.

43) The '909 patent incorrectly states at 2:64-65 that transistors 28 and 32 in the ΔVBE cell of Fig. 2 are driven to equal current densities. The VBE of a bipolar transistor depends on its current density, which is the ratio of emitter current to a process constant that depends on transistor emitter area. Two transistors running at the same current density will have the same VBE. If transistors 28 and 32 were operated at the same current density as the '909 patent states, the VBEs of transistors 28 and 32 would be equal, and there would be no voltage across resistor Rg in the Fig. 2 circuit. This would result in no current flow in any of the transistors, and the circuit would not work.

44) Equation (18) at 2:37 is incorrect. It is the equation for I, not 2I as incorrectly stated in the patent. This can be determined by substituting the equation for intrinsic emitter resistance into the equation at 1:32 and solving for I.

45) The equation at the top of '909 column 3 does not correlate with the statement in the text that transistors 28 and 32 are driven to equal current densities. That equation is only correct for the case in which transistors 28 and 32 conduct equal currents (despite the text saying that they have equal current densities – which would require that their

14

currents be unequal in the ratio of A:1), and the current source transistor 24 has a 2X unit geometry, not scaled by the factor M as shown incorrectly in the figure and described in the text.

46)     Equation (40) at 3:12 relates tail current to certain delta-VBE cell variables and is only correct if transistors 32 and 28 run at equal currents (not equal current densities as incorrectly stated in the patent), and the value of M (the number of units used for current source transistor 24) is equal to 2, even though the variable M is not shown in the equation.

47)     Equation (41) at 3:20 appears to be incorrect. The ln(A) tail current dependency has been dropped from the equation. In addition, the "algebraic manipulation" referred to at 3:17 is not shown, and it is unclear which equations were combined to arrive at equation (41).

48)     The discussion of Fig. 3 at 4:16-35 incorrectly refers to the variable r as being intrinsic emitter resistance, even though r is explicitly defined at 1:39-42 as ohmic resistance. The description of Fig. 3 at 4:10-15 describes the figure as explicitly showing the ohmic resistances. This is at odds with the following description at 4:16-35 which incorrectly describes the resistances shown in the figure as intrinsic emitter resistances.

49)     Similar to the discussion of Fig. 2, the '909 patent incorrectly states at 4:21-22 that transistors 28 and 32 in the Fig. 3 circuit operate at equal current densities. This can not be correct. As described above, if transistors 28 and 32 were operated with equal current densities there would be no PTAT current produced for compensation of intrinsic emitter resistance. In addition, there would be no compensation for the effects on gain of resistors 56 and 58 in the differential amplifier. Because the ratios of the emitter areas of transistors 28 and 32 is A:1, equal current density means that the ratio of their collector currents is also A:1. If that

B87

were true, then the voltages across compensation resistors 54 and 52 would cancel, and there would be no gain compensation for resistors 56 and 58 in the differential amplifier, despite the description of Fig. 3 as showing a complete resistance-corrected, gain-compensated differential amplifier. [4:1-15]

50)    The equation for VBIAS in Fig. 3 is inconsistent with the description of Fig. 3 showing a complete resistance-corrected, gain-compensated differential amplifier. Note that there is no term in the equation accounting for the drop across resistor 52, the resistor included to compensate for the addition of resistors 56 and 58 in the differential amplifier. The equation for VBIAS is incorrect.

### C.    The Asserted Claims of The '909 Patent

51)    I understand that Analog is asserting that LTC has infringed claims 1,3, 5, 6, 8, and 10 of the '909 Patent. I have been asked to explain these claims, and to provide my opinion as how I believe a person of ordinary skill in the art would understand certain of the terms and phrases used by these claims.

52)    Based on my knowledge working in the field (besides a great deal of other work on references, amplifiers, current sources, and PTAT circuits, one of my patents describes a Delta-VBE-based current source (U.S. No. 3,947,704, issued March 30, 1976) and another describes a differential amplifier (U.S. No. 4,649,352)), and the level and knowledge of others I have worked with, I believe one of ordinary skill in the art at the time of the alleged '909 invention (late 1980's) would have had a BSEE degree and 4 years working experience or an MSEE degree and 2 years working experience, with that experience being in the field of designing bipolar analog integrated circuits. That level of skill and experience would also apply today to one of ordinary skill in the art who would be reading the '909 patent.

16

53)     The asserted claims of the '909 patent include means-plus-function elements. My understanding of how such an element is to be construed is that first, the function that is described in the claim must be determined, and then the structures disclosed in the patent for performing that function must be identified.

54)     '909 Claim 1 requires "operating at a tail current $I_{tail}$:". "Itail" is not a term of ordinary meaning to one of skill in the art, and as the claim language states, is a particular tail current. Itail is described in the '909 patent as a PTAT current (which compensates for intrinsic emitter resistance), containing components that compensate for finite beta and ohmic resistances [see, e.g., Fig. 3 and 1:60-68], and meets the equations Itail=2I(1+1/Beta) and I=([VT ln (A)]/Rg)/(1-(r/Rg)(1-1/A)). [Fig. 3 and equation (40)] These equations are necessary to the operation of the alleged '909 invention. In order to overcome a rejection during the prosecution history, ADI told the patent examiner *The relationships on pages 10 and 11 were not known before the present invention.* [Amendment, B14] Pages 10 and 11 of the original application discuss compensation for current gain, with ADI stating *Itail, which is also the collector current of transistor 24, must be 2I(1+1/beta)*. The '909 patent includes an additional equation Rg/Rc = (1-1/A)/2G (42). This equation does not include all of the compensation factors required for gain compensation.

55)     The amendment also discusses the equations on application pages 5-11, which include equations (18), (40), (41), and (42) of the '909 patent, and states *The specification derives the equations (see pp. 5-11) that relate parameters in the control circuit to a component of the tail current that is proportional to, and tracks, both the resistances associated with the device geometries, and the current gain of the differential amplifier transistors. The relationships on pages 10 and 11 were not known before the present invention. These are important*

17

B89

*relationships. ... Even Maeda et al., which purportedly addresses the need to control the gain of a differential amplifier, does not correct for ohmic resistances.* [Amendment, B14]

      56)    Asserted Claim 1 also requires a control voltage generating means for generating a control voltage for the current source, and requires that the control voltage be PTAT. The '909 patent does not disclose any such control voltage generating means.

      57)    For gain compensation to occur, the '909 patent teaches that the control voltage "must" produce a tail current that compensates for not only intrinsic emitter resistance, but also for beta. [see, e.g., 4:35-61] As discussed above, the disclosed means for performing this compensation is resistor SRE. The compensation is achieved by raising the voltage on bias line 60 due to the voltage drop across resistor SRE. [4:62-66] Thus the control voltage must include the voltage across resistor SRE, and must therefore be at the base of current source transistor 24 (bias line 60).

      58)    This is consistent with other aspects of the patent disclosure. In Fig. 3, the control voltage (which the patent calls a bias voltage) for the current source is applied at the base terminal of current source transistor 24. [Fig. 3] The '909 patent states: *The quiescent current for each of the differential amplifier transistors 12 and 14 is intended to be a constant value, I, over some temperature range of interest. As will be seen, this is provided by establishing an appropriate bias voltage on bias line 60 to the base of transistor 24.* [4:29-34] The patent describes and claims that a ΔVBE cell provides the control (bias) voltage to the base of the current source transistor to produce a PTAT current in the current source. [4:67-5:7; Fig. 3; Claim 3] However, for this to occur, as explained above, the control voltage applied to the base of current source transistor 24 can not be a PTAT voltage. If it were, then the current generated by the current source would not be a PTAT current, and the goal of temperature compensation

18

using a PTAT tail current for the differential amplifier would be thwarted. The claim is thus in error in reciting that the control voltage is PTAT. This is a mistake in the claim, confusing a control voltage that produces a PTAT current in the current source (what the specification describes) with a control voltage that is itself PTAT (what the claim actually requires). If a circuit were constructed in accordance with this claim element, it would not be "gain-compensated" as required by the claim and would not be in accordance with the invention as described in the '909 patent.

59)    The only voltages in the Fig. 3 circuit that are PTAT (outside of the differential amplifier and the current source) are the voltages across the resistors 52, 54, 34, and 36 inside the ΔVBE cell. None of these voltages is a control voltage, and none of these voltages includes the disclosed beta compensation voltage of Claim 1. In addition, referring to one of the internal voltages inside the ΔVBE cell as the control voltage that the current source is responsive to would be contrary to the way one of skill in the art would interpret the Claim 1 term "a transistor current source responsive to a control voltage." The control voltage for the current source is an input to the current source, not some other voltage inside another circuit.

60)    Element (d) specifies that the control voltage generating means includes *means for functionally relating the control voltage to the intrinsic emitter resistance of the current source.* This appears to be yet another mistake in the claim. ADI described this element to the patent office as distinguishing the prior art because it supposedly provides the compensation for current gain, and for resistances associated with device geometries (i.e., ohmic resistance compensation [3:67-68]). [Amendment, B14-17] Neither of these compensations has anything to do with intrinsic emitter resistance. Ohmic compensation is meant to compensate for the ohmic resistances of the differential amplifier transistors. This can not be done by

19

relating anything in the ΔVBE cell to anything in the current source, independent of the geometries of the differential amplifier transistors. For example, gain compensation will not be achieved if the differential amplifier transistor ohmic resistances vary differently than the variation of current source and ΔVBE cell transistor ohmic resistances.

61)     The '909 specification describes the compensation of ohmic resistance as being done by a ΔVBE cell which employs device geometries related to those of the transistors in the differential amplifier. [1:63-2:5]

62)     If one of skill in the art was to try to re-write element (d) to require beta and ohmic compensation, then the only disclosed means for performing ohmic and beta compensation (which ADI described in the prosecution history as the added functionality of element (d)) is the circuitry shown in Fig. 3, which includes the specification of scaling the transistors in the ΔVBE cell with respect to the current source and differential amplifier transistors and resistors using unit transistor geometries in the ratios and using the equations shown in the figure, including choosing the factor S of resistor SRE to eliminate the beta-dependence in the system [4:62-66], as well as the design features discussed below.

63)     The disclosed means of Fig. 3 also includes designing the ratio of resistors Rg and RC to be equal to (1-1/A) /2G, where A is the number of unit transistor geometries used for transistor 28, and G is the desired gain of the differential amplifier. [2:39; equation (42); 3:33-34]

64)     In addition, the disclosed means of Fig. 3 shows that the unit area emitter geometries of the ΔVBE cell, current source, and differential amplifier transistors are all the same (unit = e). [Fig. 3; 2:60-63; 4:16-28]  As explained above, this is necessary for tracking ohmic resistance and beta changes.

20

B92

65)     Furthermore, the specification discloses that transistors 28 and 32 in the ΔVBE cell operate at different levels of collector current. [4:21-23]

66)     Dependent Claim 2 adds that the control voltage generating means generates a control voltage that in turn generates a tail current that has a component that is functionally related to and tracks the geometries and current gains of the differential amplifier and current source transistor. In effect, Claim 2 adds the relationship between the ΔVBE cell transistors and current source and differential amplifier transistors that ADI said was in element (d) of Claim 1.

67)     Dependent Claim 3 adds that the base of the current source transistor is supplied with *a control voltage which produces in the collector of the common-emitter transistor a current which is a function of the current gain of the differential amplifier transistors.* This means that the control voltage includes a component that varies as a function of the beta of the differential amplifier transistors. This further supports an understanding that there is a relationship between the differential amplifier transistors and the transistors in the ΔVBE cell. Were it not for using the same unit geometries in the differential amplifier and the ΔVBE cell, the compensation component added by the ΔVBE cell (which depends on the beta of transistors in the ΔVBE cell) would not compensate for the beta loss in the differential amplifier transistors (which depends on the beta of the differential amplifier transistors. The disclosed way to have the loss and compensation track is to use the same unit geometry (which would have the same beta) in both circuit blocks.

68)     Independent Claim 6 parallels Claim 1, with the exception of explicitly specifying that the control voltage is provided by a ΔVBE cell, and that the ΔVBE cell includes means for functionally relating the control voltage to the intrinsic emitter resistance of the

21

current source. As explained above, the only disclosed means for performing the functions of

elements (c) and (d) of Claims 1 and 6 (putting aside the above discussed errors in Claim 1,

repeated in Claim 6) is the specific ΔVBE cell 20 shown in Fig. 3, having the specified device

geometry relationships and with device values selected to cause the circuit to comply with the

stated equations.


## V.    CLOSE U.S. PATENT 6,262,633

### A.    Materials Reviewed

69)    I have read Close U.S. Patent No. 6,262,633 (to which I will refer as the

"'633 Patent"), the prosecution history of the '633 patent, and the prior art cited during the

prosecution of the patent's application. In addition, I have reviewed the parties' proposed claim

constructions and other materials that are referenced in this declaration.

### B.    Technological Background and Explanation Of
The Written Description Of The '633 Patent

70)    The '633 patent relates to the field of operational amplifier (op amp)

output stages. [1:7-8]

71)    An op amp is a high-gain amplifier with differential inputs and an output

stage capable of providing drive current to a load. The differential inputs can be part of a

differential amplifier stage, and the output drive can be provided by an output stage. Integrated

circuit operational amplifiers have been designed and sold since the late 1960's.

72)    Some op amp applications, for example, in audio systems, require the op

amp to provide high output current, and amplify an input signal with minimum distortion. This

can be achieved by having a large amount of gain in the op amp circuit, and an output stage

designed to provide the high output current.

22

73)    The operating current required to run the circuitry in the op amp is called the op amp's QUIESCENT CURRENT. Part of the design task for an op amp designer is to make the circuit as efficient as possible for a given drive capability specification. This can be done using one of many well known output stages that use little quiescent current when there is no output drive needed, but are driven to provide large current gain when a differential input signal is provided to the op amp and high output drive is needed.

74)    One problem associated with running output stage transistors at low quiescent current when there is no output signal required, and high current when a large output current signal is required, is distortion. Transistors are non-linear devices. They provide more amplification for small input signals than they do for large input signals. For a signal that varies over a large range, different parts of the signal will be amplified different amounts, leading to distortion of the amplified output signal.

75)    The amount of distortion is related to the quiescent current that the transistor is running at. For example, if the transistor is operating with high quiescent current and a small input signal is applied, the percentage change in current flowing in the transistor is small, and distortion is low. Conversely, if the transistor is operating with low quiescent current and a large input signal is applied, the percentage change in current flowing in the transistor is large, and distortion is high.

76)    The '633 patent relates particularly to high output current, low distortion, rail-to-rail output stages [1:6-8] using complementary bipolar output transistors. ['633 figures; 9:6; 10:2; 12:27]

77)    I have designed several operational amplifiers with rail-to-rail output stages using complementary bipolar output transistors. One of my patents (U.S. No. 4,649,352,

23

**B95**

issued March 10, 1987) describes a complementary rail-to-rail op amp input stage that was used as part of the design of several integrated circuit operational amplifiers with complementary bipolar rail-to-rail output stages.

78)    A complementary rail-to-rail output stage includes a PNP output transistor with its emitter coupled to the circuit positive supply voltage (sometimes labeled VCC) and its collector coupled to the op amp output node, and an NPN output transistor with its emitter coupled to the circuit negative supply voltage (sometimes labeled VEE or GND) and its collector coupled to the op amp output node.   The PNP and NPN transistors conduct drive current to and from the load, respectively.

79)    The circuit nodes to which the positive and negative supply voltages are applied are called the "rails."  Because the PNP and NPN output transistors are capable of operating with very low voltage across their collector-emitter circuits, the op amp output voltage can swing over nearly the complete positive to negative supply voltage range (rail-to-rail operation).

80)    The '633 patent describes two alleged improvements in the drive circuitry for complementary bipolar op amp output stage transistors.

81)    In the prior art '633 Fig. 1 circuit, Q1 is the PNP output transistor, and Q2 is the NPN output transistor.  Drive current to the base of Q2 is provided by transistor Q8, and drive current to the base of Q1 is provided by Q10. When the V+ input to the output stage is higher in voltage than the V- input, node 22 is driven to a higher voltage than node 20, and current through resistor R1 and transistors Q10 and Q7 increases.  The increased Q10 current provides increased drive to output transistor Q1, and the increased Q7 current is mirrored by Q11 and Q12 to decrease drive to output transistor Q2. [2:15-26]

24

82)    When the V− input to the output stage is higher in voltage than the V+ input, node 20 is driven to a higher voltage than node 22, and current through resistor R1 and transistors Q9 and Q8 increases. The increased Q8 current provides increased drive to output transistor Q2, and the increased Q9 current is mirrored by Q13 and Q14 to decrease drive to output transistor Q1. [2:27-30]

83)    In the first alleged improvement, instead of using the increased Q7 or Q9 currents to reduce drive to Q2 or Q1 as shown in Fig. 1, those currents are mirrored to provide extra drive to Q1 or Q2. This is shown in Fig. 2a. For example, when the V+ input to the output stage is higher in voltage than the V− input, node 22 is driven to a higher voltage than node 20, and current through resistor R1 and transistors Q10 and Q7 increases. The increased Q10 current provides increased drive to output transistor Q1, and the increased Q7 current is mirrored by Q18 and Q20 to provide additional drive to output transistor Q1. [4:45-59]

84)    Conversely, when the V− input to the output stage is higher in voltage than the V+ input, node 20 is driven to a higher voltage than node 22, and current through resistor R1 and transistors Q8 and Q9 increases. The increased Q8 current provides increased drive to output transistor Q2, and the increased Q9 current is mirrored by Q17 and Q19 to provide additional drive to output transistor Q2. [4:60-5:4] Mirror input transistor Q17 is incorrectly shown in the Fig. 2a as having its base and emitter terminals shorted together.

85)    By providing two drive currents instead of one for the same differential input voltage, a smaller differential input voltage can be used to produce the same op amp output current. This results in lower distortion. [3:1-11]

86)    The second alleged improvement relates to the connection of two transistors used in the circuitry that sets the quiescent current level in the output stage transistors.

25

87)    In the prior art Fig. 1 circuit, transistors Q15 and Q16 are used to clamp the negative swing on the bases of output transistors Q1 and Q2, and are also used as part of the circuitry to set the quiescent current flowing in the output transistors. [ 1:67-2:14] As shown in Figures 1 and 2a, the collectors of clamp transistors Q15 and Q16 are connected to the negative and positive supply rails, respectively.

88)    The alleged improvement, as shown in Figs. 2b and 3a, is to instead connect the collectors of the clamp transistors to the bases of the opposite output transistors. The collector of Q1 clamp transistor Q15 is connected to the base of Q2, and the collector of Q2 clamp transistor Q16 is connected to the base of Q1. [5:37-40]

89)    With V+ at a higher voltage than V-, the current that flows through Q16 to reduce current flowing in output transistor Q2 also flows into the base of Q1. [6:58-7:12]  With V- at a higher voltage than V+, the current that flows through Q15 to reduce current flowing in output transistor Q1 also flows into the base of Q2. [7:13-27] These additional drive paths to Q1 and Q2 also reduce distortion as described above. [3:11-22]

C.    The Meaning of the Word "Connected" As Used By The '633 Patent

90)    I understand that there is a dispute about how one of skill in the art would understand the meaning of the term "connected" in certain parts of the '633 claims.

91)    Based on my knowledge working in the field, and the level and knowledge of others I have worked with, I believe one of ordinary skill in the art at the time of the alleged '633 invention would have had a BSEE degree and 4 years working experience or an MSEE degree and 2 years working experience, with that experience being in the field of designing bipolar analog integrated circuits. That level of skill and experience would also apply today to one of ordinary skill in the art who would be reading the '633 patent.

92)    Each of the electronic components in a circuit has terminals allowing connection to other components. For example, each transistor has base, emitter, and collector terminals. Capacitors and resistors each have two connection terminals. When the '633 patents states that a terminal of one component is "connected" to a terminal of another component, it is teaching how to build the described circuit (i.e., attach this to that).

93)    I believe that one of skill in the art would understand "connected," as used in the '633 claims, when describing a connection between two terminals, elements, or circuits, to mean wired together with no intervening components. This is how the phrase "connected" is used throughout the specification to describe terminal, device, and circuit connections, and commonly understood by those of skill in the art (as well as being the plain meaning of the word). In other words, in this context "connected" means "*this* is attached to *that*."

94)    For example, Claim 8 contains the phrase: *the collectors of said clamp transistors* <u>*connected*</u> *to the bases of their opposing output transistors such that each provides an additional base drive path for the output transistor to which its collector is* <u>*connected*</u>. [emphasis added] This describes the attachment or wiring together of the collector terminal of Q16' and the base terminal of Q1, and the attachment or wiring together of the collector terminal of Q15' and the base terminal of Q2 as shown in Figs. 2b and 3a. This is how the word "connected" is used throughout the abstract and specification of the '633 patent when describing the connection of a terminal of one component to a terminal of another component.

95)    For example, describing the architecture of Fig. 1, the '633 patent states: *The emitters of Q7 and Q9 are connected together at a junction 22.* [ 1:61-64] This describes the physical attachment of the two emitter terminals together with a wire as shown in Fig. 1.

96)    Describing the Fig. 2a, 2b, and 3a architectures, the '633 patent states:

27

B99

*Alternately, the collectors of the clamp transistors are connected to the bases of their opposing output transistors, rather than to the supply voltages as in Fig. 1;* [3:11-14] and *The collector of Q1 and Q2 are connected together at an output terminal OUT;* [4:1-2] and *a first current source I5 is connected to the collector of Q10, and a second current source is connected to the collector of Q8.* [4:21-24] and *Q19 is connected in a mirror configuration with diode-connected transistor Q17, with its collector connected to the base of Q2. Similarly, Q20 is connected in a mirror configuration with diode-connected transistor Q18, with its collector connected to the base of Q1.* [4:35-40] and *With its collector connected to the base of Q1, Q16' pulls ...* [5:62-63] and *The emitter of Q15' is connected to the collector of emitter transistor Q14, and its base is connected to a bias voltage source 50.* [6:30-32] and *However, the lowered voltage at the base of Q2 is also connected to the emitter of clamp transistor Q16'.* [7:20-21] and *However, the emitter of Q15' is also connected to the base of Q1,* [7:20-21]  All of these occurrences of the word "connected" are shown as physical attachments in the figures, with no intervening components.

97)      The '633 specification and claims also use the phrase form "connected to ("do something")" as in "connected to provide" or "connected to receive" or "connected to mirror" or "connected to drive" or "connected to conduct." [e.g., 10:53; 11:22; 1:51-52; 6;18; 8:37; 10:59; 10:7]  This does not describe terminal-to-terminal connections, but rather the function that results from the connections.  This is a different use of the word "connected," and does not apply to the attachment of one terminal to another.

98)      ADI has proposed that the term "connected" in the '633 claims be construed to mean "coupled."  ADI does not provide a definition for "coupled" with respect to the '633 patent.  I can only assume that they mean it to be broader than "connected."  There is no support in the '633 patent for such any such broadened meaning of "connected."

28

99)     Those of skill in the art understand that "coupled" is a looser term than "connected." The '633 patentee had the option to use the looser "coupled" term, but instead chose to use the more specific "connected" term.

## VI.     LTC Burst Mode Patents

### A.  Overview of the LTC Burst Mode Patents

100)    The discussion below describing the operation of the circuitry of the '178 patent also applies to LTC's '6,580,258', '5,994,885', '6,394,066', and '5,731,694' patents which share the same specification as the '178 patent.

101)    The '178 patent relates to circuitry for controlling the operation of a synchronously switched switching regulator. A synchronously switched switching regulator uses two switching transistors that alternately turn on to supply current to a load.

102)    The '178 patent describes circuitry and methods in which a synchronous switching regulator automatically switches between normal synchronously switched operation at high or moderate load currents, and alternating between switching and sleep mode operation at low load currents, thereby achieving improved efficiency over a wide range of load currents.

103)    In addition, the '178 patent discloses circuitry and methods to solve the problem of reverse current flow previously associated with the use of synchronously driven switching transistors. By providing a solution to this problem, synchronously driven switching transistors could be used at low as well as high load currents, with or without the automatic sleep mode feature.

104)    In a first state of operation, at heavy or moderate load current levels, the '178 system operates by generating a control signal to vary the duty cycle of the synchronously

switched switching transistors to keep the output at the regulated voltage, controlled to be in a range about a nominal value. Both switches operate synchronously, providing high efficiency.

105)     For example in the embodiment of Fig. 2 of the '178 patent, below a desired load current threshold level, when the output capacitor can supply current to the load to maintain the regulator output substantially at the regulated voltage for a period of time, both switching transistors are turned OFF (second state of circuit operation), improving efficiency by saving the power needed to continuously turn both switching transistors ON and OFF. And with the bottom switch turned OFF, reverse current flow in the inductor is avoided. When the regulator voltage droops to a predetermined level, at least one of the switching transistors is turned ON again to recharge the output capacitor. If the load current remains below the threshold level, both switching transistors will then be turned off again. If the load current goes back up, the regulator returns to the first state of circuit operation. The output voltage in the second state of circuit operation is still regulated (controlled), but its range of variation may be larger than that achieved in the first state of circuit operation.

106)     As described above, with synchronous switching, when instantaneous inductor current reverses, charge is pulled from the output capacitor and conducted to ground instead of to the load. The '178 inventors solved this problem by turning the bottom switching transistor OFF when a reverse polarity condition exists. Breaking the current path between the output circuit and ground prevents the flow of reverse inductor current. By turning off the switch when the inductor current is about to or has just crossed zero, inefficiency due to drawing charge back from the output capacitor is minimized, and drawing power from the load is prevented. A synchronous switching voltage regulator using the '178 control system can therefore achieve high efficiency at both high and low load current levels.

107)   Based on my experience, a person of ordinary skill in the art would have either a BSEE or MSEE degree in electrical engineering, which would acquaint them with the basic equations for calculating voltages and currents in a circuit, including both dc and transient analysis based on the values of components such as resistors, inductors, and capacitors. Such a person would also have 3-7 years experience designing analog electronic circuitry in general, and be familiar with the basic textbook topologies of switching power supplies (e.g., step-down, step-up, and inverting).

B.     '178 Claim Construction Issues

108)   While both parties have agreed that there are no means-plus-function elements in Claim 1 of the '178 patent, I note that ADI has taken the position that Claim 1 is directed to the circuit shown in Fig. 2. One of skill in the art would recognize that the Fig. 7 and Fig. 9 circuits also have all the elements of Claim 1.

109)   The Fig. 2 circuit is a step-down switching regulator. This means that the input voltage is higher than the voltage at the load. [3:5-9; 5:44-48; 18:60-62] The Fig. 9 circuit is a step-up switching regulator. This means that the input voltage is less than the voltage at the load. [3:37-39; 18:65-67]

110)   Independent Claim 1 clearly covers circuitry other than the step-down configuration of Fig. 2. Claim 32, which depends from Claim 1, further specifies that the circuit of Claim 1 is a step-up voltage regulator. An example of such a step-up switching regulator is the Fig. 9 circuit. The Fig. 9 circuit has all the same control circuitry for controlling its two synchronously switched switching transistors as the Fig. 2 circuit, arranged in the same way.

111)   The Fig. 7 circuit is a more detailed schematic diagram of a step-down switching regulator. [12:1-6] The Fig. 7 circuit shows more detail of the one-shot timing

31

circuitry for controlling the switching transistors. As with the Fig. 2 circuit, the Fig. 7 circuit also has a continuous mode of operation for high load currents and a sleep mode of operation at low load currents. [12:14-13:7] As with the Fig. 2 circuit, the Fig. 7 circuit switches between continuous operation (synchronous switching) and sleep mode automatically to provide high efficiency over a broad range of load currents, including low load currents. [8:1-16; 12:1-13:7]

112)    A one-shot is a circuit that outputs a pulse once it is triggered by an input, and then returns to its original state where it remains until it is triggered again. The one-shot pulse width can be fixed (e.g., as shown in Fig. 2) or variable (e.g., as shown in Figs. 5 and 7).

113)    Dependent Claims 14-17 claim details of the one-shot circuit, including timing dependency on inputs from the regulator input and output voltages. These claims ultimately depend from Claim 1, and therefore Claim 1 must cover more than a control circuit with the fixed time one-shot shown in the Fig. 2 control circuit.

114)    I also agree with the District Court's construction of "coupled" -- circuit elements are coupled when a current path exists between them. I note that ADI had proposed that "coupled" be construed to mean that there is an electrical or magnetic connection between circuit elements. I find no support in the '178 patent for such a construction, and ADI has not described what it means by "electrical connection" and "magnetic connection."

115)    ADI construes a "load" to be a device, circuit, or system that consumes electric power. I agree that a load is a device, circuit, or system, but I do not agree that it must consume electric power. It can consume electric power if current is supplied to it by the regulator. However, if the load's power requirement is shut off (for example, by turning off a switch in the load), the load would still be a device, circuit, or a system, and it would still be coupled to the regulator, but it would not be consuming electric power. I agree with the

32

proposed LTC construction that a "load" is a device, circuit, or system coupled to the output terminal to which the regulator can supply current.

116)    I disagree with the ADI proposed construction that "first state of circuit operation" is a state in which both switching transistors are enabled for being synchronously switched. The switching transistors are more than "enabled" for being synchronously switched. They are synchronously switched. The patent states: *For example, at high output current levels during a first state of circuit operation the switch continually alternates between an ON state and an OFF state to maintain the output voltage VOUT at the regulated voltage level VREG.* [8:4-8] See also, for example, 5:59-6:16, contrasting the sleep mode state of operation in which both of the switching transistors are simultaneously OFF to a mode in which one of the two switching transistors is substantially ON at all times.   I agree with the District Court construction the "first state of circuit operation" is the state in which the switching transistors are both enabled for switching and are synchronously switched, such that one transistor is ON and the other is OFF, with a varying duty cycle to maintain a regulated voltage at the output terminal.

117)    The definition of "first state of circuit operation" as described above applies to circuits with two switching transistors, and the District Court construed the term in that context.  Claim 1 of the '885 patent describes a circuit that can be used with one or more switching transistors. If there is only one switching transistor, then the definition of the "first state of circuit operation" would not require synchronous switching, but would require that the switching transistor be enabled for switching with a varying duty cycle to maintain a regulated voltage at the output terminal.

118)    I disagree with the ADI proposal that the "second state of circuit operation" requires that both switching transistors are caused to be off and held off in response to

33

a change in the state of the second control signal. This improperly takes a limitation from one claim and imports it into other claims. '178 Claim 1 requires *a third circuit for generating a second control signal during a second state of circuit operation to cause both switching transistors to be simultaneously OFF for a period of time ...* [16:49-52, emphasis added]. '178 Claim 41 recites a step of *turning both switching transistors simultaneously OFF for a period of time during a second state of circuit operation ...* [20:5-7] The act of generating a second control signal is not required by the language of Claim 41, yet ADI would improperly add that step by building it into the construction of "second state of circuit operation." See also '258 Claim 34, which has a second state of circuit operation but makes no mention of a second control signal.

119)    I also disagree with the ADI proposed construction of a "threshold" as being a fixed value. Such a construction would be inconsistent with the '178 patent. For example, the threshold for comparator 39 in the Fig. 1, 2, 7, and 9 circuits is described as varying with load current (e.g., *As the output load current increases, the voltage drop across R2 resistor 36B will decrease. This translates into a small error voltage at input 38B of transconductance amplifier 38 that will cause 38A to increase, thus setting a higher threshold for current comparator 39.* [4:47-50]).

120)    I disagree with the ADI proposed construction of "output current" as being the current flowing in the load. The "output current" in the '178 patent refers to the output current of the regulator. There may be currents flowing in the load that are provided from sources other than the regulator. For example, there could be a backup battery in the load, or the load (or part of the load) could also be driven by another regulator. I agree with the District Court's construction in the Impala litigation that "output current" is the current that flows from

34

B106

the output terminal to the load having a value that is dependent upon characteristics of the load.

121)    I also disagree with ADI if, by construing a "switching voltage regulator" to require a "constant" output voltage that they mean that the output voltage must be invariant. As explained in the patent and discussed above, in the second state of circuit operation, the output voltage of the preferred embodiments varies as the output capacitor supplies charge to the load. [6:61-7:21] The patent also describes variation in the regulator output voltage in the first state of circuit operation. [4:24-30; 4:46-50]

122)    The '178 patent describes circuitry and methods for controlling a switching voltage regulator. One of skill in the art would recognize that the regulator output voltage is not invariant, but is controlled in value, and that there will be some tolerance on the output voltage.

123)    ADI has proposed construing "substantially at the regulated voltage" to mean "a voltage that has a different average value than the regulated voltage." There is no support in the '178 patent for this. To the contrary, one of skill in the art would understand from reading the specification that the regulator output voltage could have the same average output voltage operating in the second state of circuit operation as it does in the first state of circuit operation. In the preferred embodiments of '178 Figs. 2 and 7, the output voltage levels in the second state of circuit operation are set by the upper and lower threshold voltages of hysteretic comparator 74. [7:6-17] The upper level of output voltage in the second state is above the regulated voltage VREG [6:55-58], and the lower level of output voltage in the second state is below the regulated voltage level. [7:10-15] The amount of second state output voltage swing above and below the regulated voltage VREG is determined by the amount of hysteresis in comparator 74. [6:64-7:5; 7:15-17] There is no limitation specified on the exact comparator

35

thresholds, or the level of hysteresis. If the comparator thresholds are chosen to correspond to output voltages above and below the regulated voltage VREG by the same amounts, then the average output voltage in the second state will be exactly the same as the average output voltage in the first state of circuit operation.

124)     One of skill in the art would recognize that the second state of circuit operation need not be triggered by an output voltage level higher than an output voltage level maintained in the first state of circuit operation. The patent states: *the sleep mode control signal could be generated in response to a monitored output current.* [16:10-11]

125)     One of skill in the art would also recognize that switching need not be resumed when the output voltage level has dropped any particular amount. The patent states: *Furthermore, the switching regulator could be taken out of the sleep mode a predetermined time period after going into such a mode, instead [of] after the output voltage falls below a predetermined threshold voltage, as illustrated above.* [16:12-16]

126)     The level of output voltage variation need not be greater in the second state of circuit operation than in the first state of circuit operation. This is clearly demonstrated by the discussion of the alternatives to triggering the beginning and end of sleep mode operation as opposed to the use of a hysteretic comparator. I agree with the District Court construction in the Impala litigation that "substantially at the regulated voltage" allows for, but does not require, greater variation in the voltage having a controlled value. [CCO, pp. 25-26]

127)     I do not agree with ADI that the first, second, and third means of '178 Claim 34 are limited to the disclosure of Fig. 2 as indicated in their intrinsic evidence cites. As discussed above, the Fig. 7 circuit has all the elements of apparatus Claim 1, and Claim 34 is similar to Claim 1 except written in means-plus-function form. I agree with the District Court

36

opinion in the Impala litigation, which identified structures in other figures of the '178 patent, including the Fig. 7 circuit, for performing the functions of Claim 34. [CCO pp. 22-23]  In addition, the Fig. 2 circuit uses one-shot circuitry to vary duty cycle, as opposed to PWM circuitry. [9:12-20]  The Federal Circuit ruled that PWM circuitry is disclosed structure corresponding to the claimed function of "varying the duty cycle" in Claim 34 [Fed. Circ. Opinion, pp. 17-20]  Claim 34 therefore can not be limited to covering only the structures shown in the '178 Fig. 2 circuit.

128)    The disclosed structures for generating a voltage feedback signal indicative of the voltage at the output [first means of Claim 34] include: a resistor divider [e.g., Figs. 2, 7, 8, and 9], with or without an operational amplifier [e.g., Fig. 10], or other conventional voltage feedback circuits[e.g., Fig. 5].

129)    The disclosed structures for generating a first control signal … responsive to the voltage feedback signal to vary the duty cycle …[second means of Claim 34] include: drive circuit 20, transconductance amplifier 38, offset voltage VOS 76, reference voltage 37, current comparator 39, a feedback current path between inductor L1 32 and current comparator 39, and a constant off-time one-shot circuit 25, which outputs the first control signal [Fig. 2]; or combinations having a pulse-width modulator circuit or a variable-off-time one-shot circuit [e.g., Fig. 5; 9:12-21; 10:11-16]; or the combination of resistors $R_{SENSE}$ and R3, reference voltage VREF, offset voltage VOS, current comparator 39, amplifier 38, one shot circuit 245, off-time controller 250, and capacitor $C_{CON}$ [Fig. 7].

130)    The disclosed structures for generating a second control signal … [third means of Claim 34] include: as illustrated in Fig. 2, hysteretic comparator 74, VREF, current source I1 72, and logic gates 66, 68, and 69 [6:34-46]; or as illustrated in Fig. 7, hysteretic

B109

comparator 74, current source I1 72, comparator 315, gate 316, VREF, and related sleep control logic [12:46-13:2]; or combinations such as those disclosed at 16:5-12.

131)    I do not agree with ADI's proposal that an "output inductor" is an inductor that is coupled to the output terminal. An inductor in the load would not be part of the regulator, but could be coupled to the regulator output terminal. The output inductor of the '178 claims is part of the regulator, and more specifically, an inductor in the output circuit.

132)    I disagree with ADI's proposal that current to the output terminal (Claim 44) be construed as "the output current." This construction is particularly senseless in light of ADI's construction of output current as being current flowing in the load. Current flowing in the load could come from another source (other than the regulator) and be taking any path in the load circuit, and does not have to flow from or to the regulator output terminal.

133)    Claim 44 is directed towards preventing the switch circuit (of the regulator) from coupling the output circuit (of the regulator) to ground. [20:49-51] Thus the claim is about current that flows to or from the regulator output terminal through the regulator output circuit and one of the switching transistors in the regulator, not current flowing in the load.

134)    This is confirmed by comparing Claims 44 and 45. Claim 44 describes a *third circuit for monitoring the current to the output terminal to generate a second control signal.* [20:43-44] Dependent Claim 45 states that *the third circuit monitors the current through the inductor to generate the second control signal.* [20:52-54] As discussed above, inductor current is not necessarily current flowing in the load, but it is a current that flows to or from the output terminal from the switching transistors.

135)    For the above reasons, I agree with the LTC construction of "current to the

38

output terminal" as being the current that flows to the output terminal from the switching transistors.

136)    I note that ADI has taken the position that there is no circuitry disclosed in the '178 patent for "monitoring current to the output terminal." This position is incorrect. The '178 patent is about the circuitry of the regulator, including how that circuitry monitors current to the output terminal. I agree with the LTC construction of "current to the output terminal" as being the current that flows to the output terminal from the switching transistors. There is structure disclosed in the '178 patent for monitoring the current flowing to the output terminal from the switching transistors.

137)    For example, the Fig. 8 circuit directly monitors inductor current, which flows between the switching transistors and the output terminal. [14:37-39] Resistor RSENSE is used for such monitoring as shown in the Fig. 7 circuit. In addition, the Fig. 2 and Fig. 7 circuits monitor current to the output terminal indirectly by measuring the voltage on the one-shot capacitor (Fig. 7), which is a proxy for the inductor current, and output voltage, which can be indicative of inductor current being above a low load current level. [7:58-65; 12:46-65]

138)    For Claim 51, ADI once again incorrectly states that there is no structure disclosed for monitoring current to the output terminal. Dependent Claim 53 states that monitoring the current to the output terminal includes monitoring the current through the inductor. As discussed above, there are structures disclosed in the '178 patent for monitoring inductor current.

139)    I disagree with ADI that a "selected sleep mode current level" represents a percentage of maximum rated output current. The plain claim language says that it's just a level, not a percentage of anything. The '178 patent states: *In accordance with the present invention,*

*regulator circuit 50 goes into sleep mode at low output current levels as follows.* [6:34-36] I agree with the LTC construction that the "selected sleep mode current level" is a current level below which the regulator enters into a second mode of operation.

140)    Claim terms discussed above with respect to the '178 patent should be construed the same when they are used in the other burst mode patent claims.  In the discussion below about non-'178 claim terms, the cites given are from the '178 patent, which shares the same specification.

### C.    '258 Claim Construction Issues

141)    I disagree with the ADI proposed construction of "output" as being an output circuit connected directly between the output of a switch and the output terminal.  The meaning of "output" depends on the context in which it is used.  For example, the "output" 38A of transconductance amplifier 38 [4:37] is a current, and the "output" of hysteretic comparator 74 [6:24] is a voltage.  Claim 1 also includes the phrase "to maintain the output at the regulated voltage." ['258, 16:51-52]  A terminal can be maintained at a voltage, but a circuit can not.  Thus limiting the term "output" to being an "output circuit" as proposed by ADI does not fit with this further use of the term "output."

### D.    '694 Claim Construction Issues

142)    Contrary to ADI's proposed construction, a "current comparator circuit" is not limited to comparing two current signals.  Those of skill in the art know that in current mode controllers, inductor current (as typically sensed by the voltage across a sense resistor, sometimes followed by amplification) is compared to the output of an error amplifier (typically a voltage indicative of the desired peak current level).  Even though the actual comparison is done with two voltages, the comparator is called a "current comparator."  The '694 patent shows

40

examples of a current comparator either comparing two currents (Fig. 2), or comparing two voltages indicative of currents (Fig. 7). Comparator 39 in the Fig. 7 circuit is described as a "current comparator" [12:21], even though it compares two voltages that are indicative of currents. [12:19-22] I agree with the District Court construction in the Impala litigation that current comparators compare currents or signals indicative of currents. [CCO, p. 18]

143) One of skill in the art is very familiar with the use of bias voltages and bias currents. The use of the term "bias source" in '694 Claim 1 could refer to either a bias voltage source or a bias current source.

144) I disagree with the extra limitation proposed by ADI that a minimum feedback current threshold be "constant." First, as discussed above the '694 patent discloses variable thresholds.

145) ADI points to the minimum feedback current threshold being set by the current signal output by constant current source 72 in Fig. 2 of the '694 patent. Even if it were proper to read a "constant" limitation into the claim based on a specific embodiments (it is not), this example would be incorrect. Those of skill in the art know that the word "constant" in the phrase "constant current source" refers to the invariance of a current source to changes in the voltage applied at the output of the current source. The current source value can still change with respect to some other variable. For example, the value of current produced by the constant current source can vary as temperature or a voltage used to produce that current source varies. See, for example, Fig. 4.8 of *Analysis and Design of Analog Integrated Circuits* [excerpts attached as Exhibit 8], which shows a constant current source that varies in value with temperature and the voltage +VCC.

146) ADI's also proposes that the "minimum feedback current threshold" sets a

41

level which the current feedback signal will not go below. This is the opposite of what the '694 patent teaches. With the '694 control circuit, when the switching transistor turns on, current through the inductor ramps up. At low load currents, the switch is held on at levels of inductor current that would otherwise cause the switch to be turned off. The switch is held on until at least a minimum level of current is reached, corresponding to the minimum feedback current threshold. Thus once the switching transistor is turned on, the current feedback signal will start at a low level and increase until it at least reaches the minimum feedback current threshold. [6:47-53]

### E.    '885 Claim Construction Issues

147)    The ADI construction of "feedback circuit" ("a circuit for producing a signal at a second terminal") completely removes the concept of feedback. A feedback signal is indicative of another signal. A feedback circuit produces a signal that is indicative of another signal. In the context of '885 Claims 11 and 35, the feedback circuit produces a signal at a second terminal that is indicative of a signal at the first terminal.

148)    One of skill in the art would not understand Claims 11 and 35 to be limited to having an off-time control circuit that has a time based on both the input and output voltages, as proposed by ADI. First, Claims 11 and 35 themselves are not so limiting: *second terminal of the off-time control circuit being coupled to ONE of the input node OR the output node.* [17:55-57; 20:30-31, emphasis added]

149)    Dependent claims 15 further specifies that the second control terminal is coupled to the input node for input voltage dependency, and claim 17 specifies that the second terminal is coupled to the output node for output voltage dependency. It is not until Claim 19 that the timing is made dependent on both the input and output voltages, and a third terminal is

42

added to provide that capability. See also dependent claims 40-42.

150) For the above mentioned reason I also disagree with the ADI proposal to add the limitation that "control capacitor" and "variable current source" require control by both the input and output voltages.

## VII. Additional Claim Construction Issues

### A. '618 Patent

151) The '618 patent relates to electrostatic discharge clamp protection circuitry and devices. [1:6-8] Electrostatic discharge (ESD) is the release of built-up static electricity that can occur, for example, when a person walks across a carpet and then touches a doorknob. While the momentary discharge can be uncomfortable to a human, it can be destructive when applied to very small devices within an integrated circuit. For this reason, the input terminals of integrated circuits are provided with protection circuitry to protect sensitive structures internal to the circuit from being damaged by the high current flow associated with electrostatic discharge. [1:9-17] The protection circuitry and devices must also be designed in a way to not interfere with the normal operation of the circuit in the absence of any ESD pulse. [e.g., 1:61-62; 3:43-46]

152) The '618 patent makes reference to a tubsubstrate diode. [3:37-39] One of skill in the art would recognize this as a reference to the diode formed by the P-type substrate and the N-type collector "tub," shown as region 22 in the Fig. 2A and 3A embodiments.

153) I note that ADI proposes construing "current limiting resistive element" to require circuitry having more than nominal resistance of at least several ohms. The '618 patent states for a particular embodiment (Fig. 2A): *the value of the resistor from the base of the clamp to ground is noncritical and can vary from several ohms to several hundred ohms.* [3:6-8] One

43

**B115**

of skill in the art would understand that there is nothing that would prevent the invention from working with a resistance of less than several ohms. A very large clamp transistor could have a very low value of base resistance. All that the triggering of the clamp requires is that the voltage across the base resistance exceeds the transistor base-emitter forward voltage. [1:65-2:4]

154) I further note that ADI proposes to construe the phrase "collector-base breakdown voltage" as a voltage above which the transistor conducts current from an electrostatic discharge pulse. One of skill in the art would impose no such limitation on this phrase. The collector-base breakdown voltage is the voltage above which, when applied between the collector and base, the junction between the collector and base breaks down. This means that the junction no longer blocks reverse current flow. That reverse current flow may be due to sources other than electrostatic discharge. For example, applying a circuit supply voltage that is too high, applying a test voltage to the transistor collector that is above the breakdown voltage, or applying an input to the base of the transistor that is too low with respect to the collector voltage can all lead to collector-base breakdown, without an electrostatic discharge pulse present.

155) I also disagree with ADI when they add similar electrostatic discharge limitations to the simple claim terms/phrases "inactive" and "forms a current path." '618 Claim 1 describes the transistor as forming a current path when the input voltage exceeds a pre-selected level and being inactive when the input is below a breakdown voltage level. This means that the transistor either conducts current (forms a current path), or it doesn't (thereby acting as an open circuit). One of skill in the art would understand that, as discussed above, this is a function of the applied voltage, which need not come from an electrostatic discharge pulse.

156) ADI also proposes adding a limitation to the terms "forms a current path"

44

and "inactive" that current from an electrostatic discharge pulse is conducted "to ground" or not conducted "to ground." Claims 1 and 21 contain the phrase "forms a current path for discharging excess charge on said input terminal." The claims do not specify that the current path must be to ground or that the excess charge must be discharged to ground. This additional limitation proposed by ADI would also be contrary to the teaching of the '618 patent. Several of the '618 embodiments show clamp transistors between an input pad and the circuit substrate (e.g., Figs. 2A, 3A, and 4B). One of skill in the art knows that the substrate is typically connected to the most negative voltage in the circuit. This might be ground, or it might be a negative voltage provided by a negative power supply. The '618 patent itself shows protection devices between an input pad and a supply voltage labeled "V-," which one of skill in the art would recognize as a negative supply voltage.

**B.     '678 Patent**

157)    The voltage across a capacitor increases (charges up) when a current is provided to it, and decreases (discharges) when a current is drawn from it. One of skill in the art would not add limitations as proposed by ADI to these simple terms that charging or discharging each require both charge and discharge currents in an unequal proportion. A capacitor will clearly charge up if a charge current is provided and no discharge current is present. Thus ADI's additional limitation that a discharge current must also be present is not correct. A capacitor will clearly discharge if a current is drawn from it and no charge current is provided. Thus ADI's additional limitation that a charge current also must be provided is incorrect. One of skill in the art would know that charging or discharging a capacitor simply requires providing a current or drawing a current that increases or decreases the voltage across the capacitor.

158)    I disagree with ADI's proposed construction of "short circuit" to mean

45

zero or substantially zero resistance between two connected nodes such that there is no voltage difference between the two nodes. This is not the common meaning of "short circuit" understood by those of skill in the art. A short circuit is a low resistance connection between two nodes in a circuit. One of skill in the art would know that the zero-voltage limitation proposed by ADI is not always present in a short circuit situation. For example, the output of an amplifier would be considered short-circuited if a voltage source were placed between the output and ground. The voltage source provides a low resistance path between the output and ground, but the voltage difference between the amplifier output and ground would not be zero volts.

159)    Dictionary definitions agree with my understanding of the term "short circuit." For example, the American Heritage Dictionary defines "short circuit" thusly: *A low-resistance connection established by accident or intention between two points in an electric circuit. The current tends to flow through the area of low resistance, bypassing the rest of the circuit.* [Exhibit 9]

160)    The Random House Dictionary of the English language defines "short-circuit" as *an abnormal, usually unintentional condition of relatively low resistance between two points of different potential in a circuit, usually resulting in a flow of excess current.* [Exhibit 10] This definition directly contradicts ADI's proposal that there be no voltage between the two nodes.

161)    Webster's Ninth New Collegiate Dictionary states that a "short circuit" is

//

//

//

//

46

B118

*a connection of comparatively low resistance accidentally or intentionally made between points*

*on a circuit between which the resistance is normally much greater.* [Exhibit 11]


I declare under penalty of perjury that the foregoing is true and correct.


Dated: _JUNE 6_ , 2007               _Robert A Blauchild_

                                      Robert A. Blauschild

47

TAB 14

# EXHIBIT 1

# Resume of Robert Blauschild

I have worked extensively in the field of analog and mixed-signal circuit design. After presenting two technical papers at the 1978 International Solid-State Circuits Conference (ISSCC), I was chosen by the 1979 conference chairman to serve on the ISSCC Program Committee, and have been similarly chosen 15 times since then. I was twice a member of the European Solid-State Circuits Conference Program Committee. My work on these committees consisted of evaluating submitted papers for originality and import, and deciding on rejection or acceptance for presentation at the conferences.

After obtaining a BSEE degree from Columbia University in 1971 and an MSEE degree from U.C. Berkeley in 1973, I joined the Analog Research Department of Signetics. I became Manager of Analog Research in 1976, with a department charter to investigate the application of new process technologies to analog functions.

My status with Signetics became that of a consultant in 1981, which allowed me to work with other companies including Hughes, MicroLinear, Exar, Stanford Telecom, and many others. I rejoined Signetics as Manager of Advanced Development in 1990.

The charter of my department was to do advanced designs with existing IC processes, the first designs with new IC processes, and consult with other departments on the development of all projects with analog content. We were also responsible for working with the wafer fabrication groups in developing new IC processes and devices.

I have participated as a panelist at various industry conferences, and taught several short courses and seminars in the U.S., Europe, and Japan. My designs and lectures have spanned a wide range of technologies, including NMOS, CMOS, BiCMOS, and Bipolar processing.

I have worked on and consulted on designs of a wide range of analog and mixed-signal circuits, including data converters, amplifiers, voltage and current references and regulators, timing circuits, line drivers and receivers, display circuits, phase-locked loops, and modems.

I have fifteen US patents and have designed over two dozen products with cumulative sales above $250 Million.

1

**B121**

## Robert A. Blauschild Educational Background and Professional Activities

### Educational Background

| | | |
|---|---|---|
| 1967-71 | Columbia University | (BSEE) |
| 1971-73 | UC, Berkeley | (MSEE) |

### Work Experience

| | |
|---|---|
| 2005 - present | Consultant (Ikanos/MySource Communications/Winbond) |
| 2004 | Consultant (Ikanos/line driver design) |
| 2000 - 2004 | Ikanos Corporation (Circuit Design for DSL Communications Chips) |
| 1997 - 1999 | Consultant (Philips/ CDMA cellphone chip and Ikanos Communications/data communications boards and chip design) |
| 1973 - 1997 | Signetics Corporation (Philips Semiconductors) |
| 1973 | Member of Analog, Research Department |
| 1976 | Manager of Analog Research |
| 1981 | Consultant / Manager of Analog Research Department |
| 1990-1997 | Manager of Advanced Development |
| 1981-1989 | Design Consultant (Signetics, Micro Linear, Exar, Hughes, SSI, et. al.) doing analog and mixed signal product design including data converters, amplifiers, PLLs, data communications, voltage references and regulators. |

### Product Development

*Primary Design Responsibility*

NE520S High-frequency Amplifier
NE5211, NE5212 High-speed Fiberoptic Preamps
NE5224, NE5225 Fiberoptic Post-Amplifiers
NE5080, KE5081 FSK Modem Chip Set
NE5180, NE5181 Octal RS232/433 Line Receivers

2

**B122**

NE5170 Octal RS232/433 Line Driver
NE568A 150MHz PLL
Several High-volume Automotive custom circuits for engine control,
       anti- lock braking, and display systems
L272 Dual Op amp

*Design Contributions*

NE5210 Fiberoptic Preamp
NE3842 SMPS Controller

NE7025 1GHz Low-voltage Frequency Synthesizer
CD8360 CDMA Baseband Chip for Cellular Phones
NE660 Low-voltage Dolby Processor
NE569 Video CRT Driver
NE5230 Op amp
High-Voltage Ballast Controller
Various Bandgap Voltage References for Large Digital Chips
EEPROM Voltage Reference and Programmer Supply
Multi-channel IR Signal Processor
Automotive Bus Transceiver

*Supervision of Development*

NE5206 High-frequency Power Amplifier
NE5222 Fiberoptic Preamplifier
NE5214, NE5217 Fiberoptic Post-amplifiers
NE5209 Wideband Variable-Gain Amplifier
Switched-Mode Ballast Controller

*Circuit Design Consulting Areas*

Amplifiers
Line Drivers and Receivers
Voltage References
Linear and Switching Voltage Regulators
Phase-Locked Loops
Codecs and Modems
Oscillators

Professional Activities

ISSCC Program Committee (16 times, Analog Sub-committee Chair in 1984)

ESSIRC (European Solid-State Circuits Conference) Program Committee

Guest Editor of the Journal of Solid-State Circuits (1980 and 1986)

3

ISSCC Panel Organizer and Participant (4 times)

Panelist at Wescon and Custom Integrated Circuit Conferences

6 ISSCC Presentations

7 Journal of Solid-State Circuits Papers

Short Courses Developed and Taught

High-speed Analog Design

High-frequency Phase-locked Loops

Signal Amplification and Gain Control in Disk Drives

High-frequency PLLs for Disk Drives

Practical Examples of PLLs for Transceiver

Parasitic Effects In High-Frequency ICs

Transistor-Level Design of an Off-Line SMPS Controller

Technical Publications

High-voltage Analog Performance with Low-voltage Digital Devices, Journal of Solid-State Circuits, Dec. 1978

A New NMOS Temperature-Stable Voltage Reference, Journal of Solid-State Circuits, Dec. 1978

An Open-loop Programmable Amplifier with Extended Frequency Range/Journal of Solid-State Circuits, Dec. 1981

A Four-Terminal Wide-band Monolithic Amplifier, Journal of Solid-State Circuits, Dec. 1981

A 14-bit PCM DAC, Journal of Solid-State Circuits, Dec. 1982

An 8-bit, 50nsec A/D, Digest of Technical Papers, 1983 International Solid-State Circuits Conference

Fleetest FSK Modem Chip-set Goes the Distance, Electronic Design, August 14, 1983

A Wide-band Low-noise Monolithic Transimpedance Amplifier, Journal of Solid-State Circuits, August 1986

A Wide-band Class-B Video Output Driver, Digest of Technical Papers, 1989 International Solid-State Circuits Conference

"Understanding Why Things Don't Work", Analog Circuit Design - Art, Science, and Personalities, Butterworth-Heinemann, 1991, pp. 123-126

An Integrated Time Reference Digest of Technical Papers, 1994 International Solid-State Circuits Conference

**B125**

TAB 15

EXHIBIT 2

388                                                                                    IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-9, NO. 6, DECEMBER 1974

# A Simple Three-Terminal IC Bandgap Reference

A. PAUL BROKAW, MEMBER, IEEE

*Abstract*—A new configuration for realization of a stabilized bandgap voltage is described. The new two-transistor circuit uses collector current sensing to eliminate errors due to base current. Because the stabilized voltage appears at a high impedance point, the application to circuits with higher output voltage is simplified. Incorporation of the new two-transistor cell in a three-terminal 2.5-V monolithic reference is described. The complete circuit is outlined in functional detail together with analytical methods used in the design. The analytical results include sensitivity coefficients, gain and frequency response parameters, and biasing for optimum temperature performance. The performance of the monolithic circuit, which includes temperature coefficients of 5 ppm/°C over the military temperature range, is reported.

## I. INTRODUCTION

THE REQUIREMENT for a stable reference voltage is almost universal in electronic design. The temperature-compensated avalanche breakdown diode fills many of the needs, but cannot be used with low voltage supplies and often suffers from long-term stability problems. Use of a transistor base emitter diode temperature compensated to the bandgap voltage of silicon is a technique which overcomes some of the avalanche diode limitations. Bandgap circuits can be operated from low voltage sources and depend mainly upon subsurface effects which tend to be more stable than the surface breakdowns generally obtained with avalanche diodes.

The conventional three-transistor bandgap cell works well for very low voltage two-terminal or "synthetic Zener diode" requirements. The three-transistor cell is less flexible in three-terminal applications and in circuits where the desired output is not an integral multiple of the bandgap voltage.

The two-transistor cell presented here is simpler, more flexible in three-terminal applications, and eliminates sources of error inherent in the three-transistor cell. The two-transistor cell offers separate control over output voltage and temperature coefficient in a circuit using only a single control loop.

The new bandgap circuit has been used as the basis of a monolithic three-terminal reference circuit supplying a stable 2.5-V output and operating down to 4-V input.

## II. CONVENTIONAL CIRCUIT

Conventional bandgap circuits are based on the concept illustrated in Fig. 1. The transistors $Q_1$ and $Q_2$ are

Manuscript received May 6, 1974; revised July 25, 1974. This paper was presented at the International Solid-State Circuits Conference, Philadelphia, Pa., February 1974.

The author is with the Semiconductor Division, Analog Devices, Inc., Wilmington, Mass.



Fig. 1.  Conventional bandgap circuit.

operated at different current densities to produce temperature proportional voltages across $R_3$ and $R_2$. A third transistor $Q_3$ is used to sense the output voltage through $R_2$. As a result, $Q_3$ drives the output to a voltage which is the sum of its $V_{BE}$ and the temperature-dependent voltage across $R_2$. When the output voltage is set to approximate the bandgap voltage of silicon, the voltage across $R_2$ will compensate the temperature coefficient of $V_{BE}$, and the output voltage will be temperature invariant [1]. To minimize the output voltage temperature coefficient the collector current of $Q_3$ must be made proportional to temperature, as are the currents in $Q_1$ and $Q_2$. This large temperature-dependent current at the point where the stabilized voltage appears makes it inconvenient to produce an output greater than the bandgap voltage. Higher voltages can be generated by stacking several junctions to produce, in effect, several circuits like Fig. 1 in series [2].

The theory used to predict the temperature behavior of circuits like Fig. 1 neglects the effect of base current flowing in $R_1$ and $R_2$. The variability in this current due to processing and temperature effects on $h_{FE}$ gives rise to an output voltage error and drift. This effect is particularly severe when the current in $Q_2$ is made much smaller than currents in $Q_1$ and $Q_3$ to produce the required current density difference. Use of "Super Beta" processing to reduce this problem results in low-voltage transistors not suitable for a three-terminal reference.

An additional temperature stability problem arises out of the nonlinearity and nonuniformity of the temperature characteristics of diffused resistors. The nonlinearity cannot easily be compensated, and the nonuniformity cannot be accommodated in the design.

The idealized circuit shown in Fig. 2 minimizes the difficulties of obtaining outputs above the bandgap voltage, reduces the problem of $h_{FE}$ variability to one of $\alpha$ match, and can be implemented with thin-film resistors on the monolithic chip to virtually eliminate nonlinear

BROKAW: THREE-TERMINAL IC BANDGAP REFERENCE    389



Fig. 2. Idealized circuit illustrating two-transistor bandgap cell.



Eliminate error due to base current in $R_4$ by setting:

$$R_3 = \frac{R_2}{R_1} \cdot \frac{R_4 R_5}{R_4 + R_5}$$

Fig. 3. Simplified circuit for developing higher output voltages.

temperature coefficients of resistance (TCR) as an error factor. The circuit uses two transistors and collector-current sensing to establish the bandgap voltage. The voltage appears at active transistor (as opposed to diode-connected) bases, so that it is a straight forward and simple matter to obtain overall output voltages above the bandgap voltage.

## III. BASIS OF THE NEW CONFIGURATION

### A. Generating the Bandgap Voltage

In the circuit of Fig. 2 the emitter area of $Q_2$ is made larger than that of $Q_1$ (by a ratio of 8-to-1 in the example given). When the voltage at their common base is small, so that the voltage drop across $R_2$ is small, the larger area of $Q_2$ causes it to conduct more of the total current available through $R_1$. The resulting imbalance in collector voltages drives the op amp so as to raise the base voltage. Alternatively, if the base voltage is high, forcing a large current through $R_1$, the voltage developed across $R_2$ will limit the current through $Q_2$ so that it will be less than the current in $Q_1$. The sense of the collector voltage imbalance will now be reversed, causing the op amp to reduce the base voltage. Between these two extreme conditions is a base voltage at which the two collector currents match, toward which the op amp drives from any other condition. Assuming equal $\alpha$ or common-base current transfer ratio for $Q_1$ and $Q_2$, this will occur when the emitter current densities are in the ratio 8-to-1, the emitter area ratio.

When this difference in current density has been produced by the op amp, there will be a difference in $V_{BE}$, between $Q_1$ and $Q_2$, which will appear across $R_2$. This difference will be given by the expression

$$\Delta V_{BE} = \frac{kT}{q} \ln \frac{J_1}{J_2}. \qquad (1)$$

Since the current in $Q_1$ is equal to the current in $Q_2$, the current in $R_1$ is twice that in $R_2$ and the voltage across $R_1$ is given by

$$V_1 = 2 \frac{R_1}{R_2} \frac{kT}{q} \ln \frac{J_1}{J_2}. \qquad (2)$$

Assuming that the resistor ratio and current density ratio are invariant, this voltage varies directly with $T$, the absolute temperature. This is the voltage which is used to compensate the negative temperature coefficient of $V_{BE}$.

The voltage at the base of $Q_1$ is the sum of the $V_{BE}$ of $Q_1$ and the temperature-dependent voltage across $R_1$. This is analogous to the output voltage of the conventional bandgap circuit and can be set, by adjustment of $R_1/R_2$, to a temperature stable value, as described in the Appendix.

### B. Increasing the Stabilized Output Voltage

Assuming that the amplifier of Fig. 2 has sufficient gain, it will balance the collector currents of $Q_1$ and $Q_2$ despite an additional voltage drop added between its output and the common-base connection. This additional drop will not affect the base voltage which results in collector current balance. If the voltage is introduced by means of a resistive voltage divider, the op amp output voltage will be proportional to the common-base voltage.

The circuit of Fig. 3 uses an active load to sense the collector current of $Q_1$ and $Q_2$ more directly. The function of the op amp is replaced by $Q_{10}$, $Q_{11}$, and $Q_7$. The p-n-p transistors form a simple current mirror which takes the difference of the collector currents of $Q_1$ and $Q_2$. This difference current drives the base of $Q_7$ which supplies the circuit output voltage. This voltage is divided by $R_4$ and $R_5$ and applied to the base of $Q_1$. The sense of the signal to $Q_7$ drives $Q_1$ and $Q_2$ to minimize the collector current difference. By designing the circuit to stabilize the base voltage at the bandgap voltage the output will be stabilized at a higher voltage. Since the output voltage depends upon $R_4$ and $R_5$ it can be set to any convenient value and need not be an integral multiple of the bandgap voltage.

390                                                                                    IEEE JOURNAL OF SOLID-STATE CIRCUITS, DECEMBER 1974

*C. Base Current Error Correction*

In the circuit of Fig. 3 the base current of $Q_1$ and $Q_2$ must flow through $R_4$. This current will require an increase above the nominal output voltage to bring the base of $Q_1$ to the proper level. This increase will be an $h_{FE}$ dependent output voltage error which will vary from lot to lot and drift with temperature. The effect can be minimized by using relatively low values for $R_4$ and $R_5$, or $R_3$ can be added to compensate the effect. The proper value of $R_3$ is given by the following analysis.

To simplify the analysis, neglect the effects of finite $h_{FE}$ and output conductance in Fig. 3 to idealize the performance of the $Q_{10}$, $Q_{11}$, $Q_7$ amplifier function.

If $E$ is taken to be the circuit output voltage in the absence of base current for $Q_1$ and $Q_2$, then $E'$ resulting from considering $R_3$ and the two base currents is given by

$$E' = E + R_4(i_{b1} + i_{b2})$$
$$- i_{b2}R_3(2R_1/R_2)(1 + R_4/R_5). \quad (3)$$

This relation contains a term due to the base currents through $R_4$ and an offsetting term due to reduction of $\Delta V_{BE}$ by base current through $R_5$. If $E'$ is set equal to $E$, (3) can be reduced to a constraint on $R_3$. Expressing the relationship between the base currents in terms of a parameter $P_1 = i_{b1}/i_{b2}$ permits (3) to be reduced to

$$R_3 = (P_1 + 1)R_2R_4R_5/2R_1(R_4 + R_5). \quad (4)$$

In the case shown in Fig. 3 the collector currents and hence the base currents are assumed to match, making $P_1$ equal to 1 and resulting in the reduced expression shown in the figure. The general form of (4) is useful in circuits where the current density ratio is controlled by forcing unequal collector currents, rather than by emitter area ratios.

## IV. PRACTICAL REALIZATION OF THE CONCEPT

Although the circuit of Fig. 3 can be used in some simple applications a number of factors limit its applicability. Base width modulation of $Q_1$ and $Q_2$, finite output impedance of $Q_{11}$ and the finite $h_{FE}$ of $Q_7$, $Q_{10}$, and $Q_{11}$ all combine to raise the circuit's dynamic impedance and to degrade its input-voltage rejection. The configuration shown in Fig. 4 reduces these problems and has been built and tested in monolithic form.

The circuit elements shown in Fig. 4 correspond, roughly, to similarly numbered elements in the other figures. The basic two-transistor bandgap cell consisting of $Q_1$, $Q_2$, $R_1$, and $R_2$ is the same in all the figures. In Fig. 4 the current mirror transistor $Q_{10}$ and $Q_{11}$ are bootstrapped to the output voltage to improve the supply voltage rejection of the circuit. Degeneration resistors $R_7$ and $R_8$ have been added to raise the output impedance of $Q_{11}$ and improve the emitter current match of the pair. To minimize the effect of p-n-p $h_{FE}$ $Q_8$ drives the common-bases of $Q_{10}$ and $Q_{11}$. The output control voltage is picked off at the collector of $Q_{11}$ by $Q_9$. A level translator consisting of $Q_{12}$, $R_9$, and $Q_8$ then applies the output



Fig. 4. Complete circuit of the monolithic three-terminal reference chip.

signal to the base of $Q_4$. This transistor forms a Darlington connection with $Q_7$, the output transistor, and provides the current-mirror bootstrap voltage as well.

The circuit, as shown in Fig. 3, has a stable "off" or no-current state. An epitaxial layer FET, $Q_{15}$, is incorporated into the circuit of Fig. 4 to provide starting. The FET insures that a minimum current flows into the current mirror $Q_{15}$ and $Q_{14}$ even when the base voltage of $Q_1$ and $Q_2$ is zero. This current is "reflected" by $Q_{15}$ and $Q_{14}$ to drive $Q_4$ and turn on the circuit. Once the circuit is on, the collector current of $Q_{14}$ becomes nearly equal to the currents in $Q_{10}$ and $Q_{11}$. As a result, the $V_{BE}$ of $Q_3$ is equal to that of $Q_4$ which has twice the emitter area and supplies roughly twice the current. Moreover, the voltage drop across $R_6$ (which is equal in resistance to $R_7$ and $R_8$) is made equal to the voltage drops across $R_7$ and $R_8$. The emitter of $Q_{12}$ is the same size as the emitters of $Q_{10}$ and $Q_{11}$ so that they all operate at the same current density and provide nearly equal emitter voltages for $Q_8$ and $Q_9$. The collector of $Q_{12}$ is split to provide equal emitter currents for $Q_8$ and $Q_9$.

The operating bias level for $Q_{14}$ is controlled by $Q_5$. This transistor is matched to $Q_1$ and has its emitter current forced by $R_{10}$ and $R_{11}$. These resistors are in inverse ratio to $R_4$ and $R_5$ so that their open-circuit equivalent voltage with respect to the output is the same as the voltage across the base emitter of $Q_1$ in series with $R_1$. Their parallel resistance is twice the resistance of $R_1$ so that the current in $Q_5$ is matched to the current in $Q_1$. The fraction of the current bypassed by $Q_{15}$ has a negligibly small effect on the $V_{BE}$ of $Q_6$ and hence on the total current forced by $R_{10}$ and $R_{11}$. The total current through $Q_5$ and $Q_{15}$ drives $Q_{13}$. The resistors $R_{12}$ and $R_{13}$ raise the output impedance and improve the current matching of the simple current mirror $Q_{13}$ and $Q_{14}$.

Output current limiting is provided by $R_0$ and $Q_6$.

391



$$gm = \frac{di_o}{dE}\Big|_{i_o=0} = \frac{1}{R_1}\left(\frac{\ln(J_1/J_2)}{2+\ln(J_1/J_2)}\right)$$

$$F_0\Big|_{i_o=0} = \left(\frac{\ln(J_1/J_2)}{2+\ln(J_1/J_2)}\right)\frac{1}{2\pi R_1 C_1}$$

Fig. 5. Transconductance and frequency compensation model.

## V. FREQUENCY COMPENSATION

The amplifier in this circuit operates in a closed loop to regulate the output voltage. A composite junction-MOS capacitor $C_1$ is used to control the open-loop cross-over frequency and stabilize the closed-loop response. The analytical basis for this compensation is illustrated by Fig. 5. When the two-transistor bandgap cell is operated into a current mirror an output current is produced whenever the common-base voltage departs from the nominal voltage determined by the current density ratio and by $R_1$ and $R_2$. The change in this current as a function of the departure of base voltage from its nominal value has the dimensions of transconductance and can be used as such in design. The following incremental approximation gives a simple result which is more than adequate for most design procedures.

Incremental changes in the base voltage of $Q_1$ give rise to changes in collector current which can be approximated by the ratio of the voltage change to $R_e$, the incremental emitter resistance. This same voltage increment also drives $R_2$ and the incremental impedance of $Q_2$. If the transistors are operating at equal currents, the two $R_e$ terms will be equal, making the total effective resistance in the $Q_2$ branch higher. This will result in a lower incremental current in $Q_2$. Equating the incremental base voltage changes gives

$$\Delta i_{e_1} R_{e_1} = \Delta i_{e_2} (R_{e_2} + R_2). \tag{5}$$

Substituting for $R_e$ and for $R_2$ in terms of the voltage across it and current through it converts (5) to

$$\Delta i_{e_1}\frac{kT}{qi_{e_1}} = \Delta i_{e_2}\left(\frac{kT}{qi_{e_2}} + \frac{kT}{qi_{e_2}}\ln\frac{J_1}{J_2}\right). \tag{6}$$

A second approximation made is that the total incremental current is due to the voltage change across $R_1$ resulting from a voltage change $\Delta E$ at the common bases. That is

$$\Delta i_{e_1} + \Delta i_{e_2} = \frac{\Delta E}{R_1}, \tag{7}$$

which neglects $R_2$ as compared with the value of $R_1$. After eliminating common factors and assuming $i_{e_1} = i_{e_2}$, the combination of (6) and (7) can be manipulated to form

$$\frac{\Delta i_{e_1} - \Delta i_{e_2}}{\Delta E} = \frac{1}{R_1}\left(\frac{\ln(J_1/J_2)}{2+\ln(J_1/J_2)}\right). \tag{8}$$

The difference in the $Q_1$, $Q_2$ collector currents is the output current $i_o$ and is approximately given by the difference of the emitter current increments. Taking (8) to the limit at $i_o = 0$ yields

$$\frac{d_{i_o}}{dE}\Big|_{i_o=0} = \frac{1}{R_1}\left(\frac{\ln(J_1/J_2)}{2+\ln(J_1/J_2)}\right). \tag{9}$$

With a current density ratio of 8:1, the term $\ln J_1/J_2$ is approximately 2, so that the "transconductance" of the entire circuit is approximately $1/(2R_1)$.

A capacitive load on the current output of the circuit in Fig. 5 will give a 6 dB/octave rolloff of voltage transfer ratio. The frequency at which the capacitive reactance equals the transconductance will be the unity-gain frequency of the simple circuit. This is given by the expression for $F_0$ in the figure. In the circuit of Fig. 4, the loop attenuation due to $R_4$ and $R_5$ reduces the overall unity-gain frequency by the ratio of the bandgap voltage to 2.5 V, which is approximately two.

The transconductance can also be used to estimate a low frequency "gain." In the simple circuit of Fig. 3, the gain is expressed as the ratio of the voltage at the base of $Q_7$ to a small-signal input applied to the base of $Q_1$ at balance. Using a value of 3 kΩ for $R_1$ and estimating the output impedance of $Q_{11}$ at about 300 kΩ gives a gain of about 50. In the monolithic circuit, the effective open-loop gain is increased several orders of magnitude by the bootstrap connection to the current mirror.

## VI. MONOLITHIC CIRCUIT PERFORMANCE

The circuit of Fig. 4 is shown in Fig. 6 as it appears in monolithic form. Several diffusion lots have been made and measurements of these units indicate the typical properties given by the following table.

| Typical Reference Circuit Parameters (−55 to +125°C) | |
|---|---|
| Output voltage | 2.5 V ±2 percent |
| Minimum input voltage | 4 V |
| Load regulation, 0 to 10 mA | 3 mV |
| Supply rejection, 4.5 to 7 V | 0.25 mV |
| Supply rejection, 7 to 30 V | 0.25 mV |
| Standby current | 1 mA |
| Output voltage temperature coefficient (γ) $\left(\gamma = \frac{(V_{max} - V_{min})}{(V_{nominal})(\Delta T)}\right)$ | 5 to 60 ppm/°C |

The observed variation in temperature coefficients

392

IEEE JOURNAL OF SOLID-STATE CIRCUITS, DECEMBER 1974

## Appendix

### Theoretical Temperature Behavior

#### A. Optimum Cell Voltage

The optimum voltage at the base of $Q_1$ is approximately the bandgap voltage. A general analysis of the two-transistor bandgap cell yields a more-exact result and some insight into the residual temperature drift in an optimally adjusted circuit.

As a matter of convenience, the circuit description has involved the assumption that the required current density ratio is established by the use of emitter area ratio alone. The circuit can also be based on different collector currents and equal areas or a combination of unequal areas and currents.

The equation describing the voltage across $R_1$ can be generalized by including a parameter $P_1$ which is the ratio of emitter currents $i_{e_1}/i_{e_2}$ as follows:

$$V_1 = (P_1 + 1) \frac{R_1}{R_2} \frac{kT}{q} \ln \frac{J_1}{J_2}. \qquad (10)$$

An expression given by Brugler [3] has been modified by the addition of a current-dependent term to give the $V_{BE}$ of $Q_1$ as

$$V_{BE_1} = V_{go}\left(1 - \frac{T}{T_o}\right) + V_{BE_o} \frac{T}{T_o}$$
$$+ \frac{mkT}{q} \ln \frac{T_o}{T} + \frac{kT}{q} \ln \frac{J}{J_o} \qquad (11)$$

where $V_{go}$ is the bandgap voltage of silicon and $V_{BE_0}$ is the value of $V_{BE_1}$ at a reference temperature $T_o$.

Since the voltages across both $R_1$ and $R_2$ are proportional to temperature, it follows that the current and the current density in $Q_1$ are also proportional to temperature. Therefore, the current density ratio in the last term of (11) can be equated to a temperature ratio as $J/J_o = T/T_o$. This relation can be used to reduce the sum of $V_1$ and $V_{BE_1}$ to the form

$$E = V_{go} + \frac{T}{T_o} (V_{BE_o} - V_{go}) + (m - 1) \frac{kT}{q} \ln \frac{T_o}{T}$$
$$+ (P_1 + 1) \frac{R_1}{R_2} \frac{kT}{q} \ln \frac{J_1}{J_2}. \qquad (12)$$

This represents the stable voltage established at the base of $Q_1$ in the circuit of Fig. 1. Differentiating this result twice with respect to temperature yields

$$\frac{dE}{dT} = \frac{1}{T_o} (V_{BE_o} - V_{go}) + (P_1 + 1) \frac{R_1}{R_2} \frac{k}{q} \ln \frac{J_1}{J_2}$$
$$+ (m - 1) \frac{k}{q} \ln \frac{T_o}{T} - 1 \qquad (13)$$

and



Fig. 6.   Illustration of 37 × 62 mil monolithic die showing thin-film resistors and balanced thermal layout.

arises mainly from variability in absolute voltage at the base of $Q_1$ and variation in the coefficient $m$ (see Appendix). Units showing a very constant temperature coefficient generally show a good correlation between absolute output voltage and drift.

Several units showing large but constant temperature coefficients have been adjusted to very small final temperature coefficients. This has been done by measuring the temperature coefficient calculating the ideal zero temperature coefficient voltage correction and laser-trimming $R_1$ or $R_2$ as required. Other units which are closer to the nominal output voltage exhibit very stable temperature characteristics initially. In extremely low-drift units, the performance of the basic cell appears to be masked by other drifts arising in the remainder of the circuit. These residual drifts are on the order of 2 to 4 ppm/°C over a temperature range of −55 to +125°C.

Some diffusion lots have shown a greater curvature in the temperature characteristic. These units exhibit the roughly parabolic temperature characteristic, which is implied by (14) of the Appendix. They show good temperature performance around a peak which occurs at a temperature related to initial output voltage. At temperature extremes the temperature coefficient may increase to 60 ppm/°C or more, if the peak is not centered in the −55 to +125°C range.

The elapsed time since obtaining the first completed units has not been sufficient to accumulate long-term drift results. Accelerated life tests have been made at high temperatures to uncover any gross drift problems. The temperature stability and monitoring equipment have not been adequate to determine the ultimate stability of the device. Examination of data taken over the course of 1000 hours at +125°C does not reveal any trends or systematic drifts at the 100 ppm level, which approximates the repeatability of the measurements.

B131

$$\frac{d^2E}{dT^2} = -(m-1)\frac{k}{q}\frac{1}{T}. \qquad (14)$$

Equating the first derivative to zero results in the equation

$$V_{BE_1} + (P_1 + 1)\frac{R_1}{R_2}\frac{kT_o}{q}\ln\frac{J_1}{J_2} = V_{go} + (m-1)\frac{kT_o}{q}. \qquad (15)$$

The left side of (15) is the value of $E$ at $T = T_o$. This means that, in principle, if the base voltage of $Q_1$ is set to $V_{go} + (m-1)\ kT_o/q$ at temperature $T_o$, the temperature coefficient of the output voltage will be zero. Assuming values of $m$ greater than one in (14) implies, however, a nonzero temperature coefficient at temperatures other than $T_o$. Experimental data indicate that values of $m$ as low as 1.2 have been achieved.

Examination of (13) and (15) shows that departures from the optimum output voltage will result in an approximately constant temperature coefficient. The magnitude of this coefficient will be the absolute error voltage divided by the absolute temperature. For example, a 3 percent absolute voltage error at 300 K will result in a 3 percent/300 K = 100 ppm/°C temperature coefficient.

### B. Effects of Resistor Temperature Coefficients

Both the common and differential temperature coefficients of resistance of $R_1$ and $R_2$ enter into the overall output voltage stability. The differential TCR may be treated by assuming that the total change in resistor ratio is due to change in $R_1$. Since the remainder of the circuit forces a predetermined current in $R_1$, its temperature coefficient of resistance is translated to an error voltage in equal proportion. The effect on the overall output voltage is reduced by the fact that the voltage across $R_1$ accounts for only a fraction of the total output. This fraction is variable, but is about 1/2 at room temperature. Therefore, the differential TCR of $R_1$ and $R_2$ appears as about half the equivalent proportional change in the output voltage.

The common TCR affecting both resistors equally does not affect the voltage across $R_1$, which depends only upon their ratio. It does affect the total current in the transistors, however, and therefore affects the $V_{BE}$ of $Q_1$.

This effect can be evaluated by expressing $V_{BE_1}$ as

$$V_{BE_1} = \frac{kT}{q}\ln\left(\frac{i_{s_1}}{I_s}\right). \qquad (16)$$

Differentiating

$$\frac{dV_{BE_1}}{dR_2} = \frac{kT}{q}\frac{I_s}{i_{s_1}}\left(\frac{-i_{s_1}}{R_2 I_s}\right) = \frac{-kT}{qR_2} \qquad (17)$$

and

$$\frac{dV_{BE_1}}{dR_2}R_2 = \frac{-kT}{q} \qquad (18)$$

which at room temperature is about −26 mV or −260 μV/percent. Dividing this coefficient by the cell's output voltage of about 1.22 V gives a relative coefficient of about −2.13 × 10⁻⁴/percent of output voltage change as a function of relative resistance change. This is a reduction in sensitivity of about 47 times.

Despite this reduction, the TCR of diffused resistors is so large, nonlinear, and nonuniform that it still represents a serious temperature drift. The monolithic circuit described here uses thin-film-on-silicon resistors with a total TCR of about −60 ppm so that the 47 times reduction makes the uncorrectable component of TCR sensitivity less than 1 ppm/°C.

The effects of the TCR of other resistors, or of ratios such as $R_4$ and $R_5$, are readily evaluated by standard analytical techniques. The low differential TCR inherent in thin-film resistor pairs keeps these effects on the output voltage at a minimum.

### REFERENCES

[1] R. J. Widlar, "New developments in IC voltage regulators," *IEEE J. Solid-State Circuits*, vol. SC-6, pp. 2–7, Feb. 1971.
[2] K. E. Kuijk, "A precision reference voltage source," *IEEE J. Solid-State Circuits*, vol. SC-8, pp. 222–226, June 1973.
[3] J. S. Brugler, "Silicon transistor biasing for linear collector current temperature dependence," *IEEE J. Solid-State Circuits* (Corresp.), vol. SC-2, pp. 57–58, June 1967.



**A. Paul Brokaw** (M'73) was born in Minneapolis, Minn., on January 18, 1935. He received the B.S. degree in physics from Oklahoma State University, Stillwater, in 1962.

From 1962 to 1963, he was a Design Engineer at Lubko Scientific, Inc. In 1963, he joined the technical staff of Arthur D. Little, Inc. as an Electronic Circuit Designer. After six years at ADL, he joined the design staff of Communication Technology, Inc. In 1971, he started at Nova Devices, Inc., now the Semiconductor Division of Analog Devices, Inc., where he is the Director of Advanced Product Development.

B132

**TAB 16**

# EXHIBIT 3

ISSCC87 THURSDAY FEBRUARY 26, 1987 CHINESE AMERICAN SOUTH CLEAR

*[See page 386 for Figure 6.]*

## SESSION XIV: WIDEBAND AMPLIFIERS

### THAM 14.5: A 500V/μs 12b Transimpedance Amplifier

*Wyn Palmer, Barry Hilton*

*Analog Devices*

*Wilmington, MA*

TRENDS IN DATA ACQUISITION towards higher precision at ever higher speed require operational amplifiers that offer previously unobtainable combinations of ac and dc performance. Traditional solutions have consisted of voltage amplifiers with an input transconductance stage followed by a second stage formed of either a Miller integrator, or a folded cascode, and finally a unity gain output buffer[1,2]. The Miller integrator approach provides excellent dc performance, but compromises bandwidth and slew rate. The folded-cascode design offers optimal bandwidth and slew rate, but at the expense of dc performance. Both approaches require large standing currents for slewing. Voltage amplifiers also suffer from a constant gain-bandwidth product, with the option of an external compensation capacitor which forces a tradeoff between slew rate and bandwidth.

This paper will discuss a precision wideband transimpedance amplifier which satisfies the tradeoffs in slew rate, bandwidth, and standing current, while achieving near 100ns 12b settling time for a 10V step. To illustrate the relative behavior of voltage and transimpedance amplifiers, consider the inverting gain closed loop transfer function, G(s), for a dominant pole compensated system:

(a)     voltage amplifier          (b)     transimpedance amplifier

$$G(s) = \frac{Go}{1 + C_C g_m^{-1} [1 - Go]s} \qquad G(s) = \frac{Go}{1 + C_C [R_F + [1 - Go] R_{in}]s}$$

where; $R_F$ = feedback resistor, $C_C$ = compensation capacitor, Go = closed loop voltage gain $(-RF/RS)$, $R_{in}$ = inverting input terminal input impedance, $g_m$ = input stage transconductance.

The small-signal bandwidth of the voltage amplifier is inversely proportional to (1-Go). The transimpedance amplifier behaves differently. At low closed-loop gains RF primarily defines the bandwidth, whereas at high closed-loop gains $R_{in}$Go dominates and the circuit then approximates a 700MHz gain bandwidth product operational voltage amplifier. Transimpedance amplifiers use transient error current injected to the inverting input to slew, so 500V/μS slew rate can be obtained with only 5mA of standing current. The slew current is conveyed through mirrors to charge the compensation capacitor. Figure 1 is the block diagram of a transimpedance amplifier. Figure 2 shows the circuitry

[1] Russel, R.W. and Moyer, J.C., "A Bi-Fet Operational Amplifier with 400ns Settling Time", *ISSCC DIGEST OF TECHNICAL PAPERS*, p. 134-135; Feb., 1985.

[2] Cotreau, G.M., "An Opamp with 375V/μS Slew Rate, ± 100mA Output Current", *ISSCC DIGEST OF TECHNICAL PAPERS*, p. 138-139; Feb., 1985.

of the proportional-to-absolute-temperature (PTAT) current generator, a bias servo loop, and the translinear input stage. Figure 3 shows a signal current mirror and the unity gain buffer.

The dc precision is achieved by cancelling the base current error of each signal path transistor. To do this the base current of an identical emulating device operating under similar $I_C$ and $V_{CE}$ conditions as the signal device is injected into the emitter of the signal device, reducing the base current error by a factor of β. This also increases the output impedance by a similar ratio. This base current compensation technique has a minimal impact on ac performance, while greatly enhancing dc precision. Referring to Figure 2, the kernel of the translinear input stage consists of Q1, 2, 23, and 24. Q9 and Q10 compensate for the base errors of Q1 and Q2 respectively. Q4 cascodes Q1 and is compensated by Q11. Q1 and 2 are operated under zero $V_{CB}$ conditions and are biased by Q23 and Q24, respectively. For the collector current of Q3 to equal Iref, the PTAT reference current, the bias current out of the collector of Q27 must equal Iref plus two NPN base currents minus a PNP base current. R8, 9, 10, 11 are trimmed to null the input voltage offset.

The bias servo loop provide this scaled version of Iref by adding the base currents from Q49 and Q13 and subtracting the base current from Q59. Q21 is servoed to absorb this current. Q29 mirrors Q21 current and is cascoded by Q27 to provide input stage positive biasing. Q15 compensates for Q27 base current. The negative bias servo similarly provides Iref plus two PNP base currents and minus one NPN base current.

The transimpedance of the amplifier is the impedance seen at the compensation node. The output impedance of the signal mirrors and the input impedance of the output stage must therefore be large. In Figure 3 a Wilson current mirror containing Q5, 7, 39 and 37 is cascoded with Q35, which is compensated by Q51. This yields an output impedance of approximately β²VA/IC. or nearly $10^9$ ohms. R1 and R5 are trimmed to null the inverting input bias current. To ensure a high-input impedance output stage, a class A-B triplet is used. This provides a current gain of $10^7$ even when driving 10V into a 200Ω load. Additionally, the input is bootstrapped as the input devices, Q73 and Q42, operate at constant $V_{CB}$. Q53 is added to correct for the static current error introduced by Q73 and to increase output stage bias current during slewing.

Table 1 lists measured performance data. Figure 4 shows the closed loop frequency responses for −1 and −10 gains with RF = 1kΩ. Figure 5 shows the 10V step responses for −1 and −10 gains. Figure 6 is a photomicrograph of the amplifier. Care was taken to ensure symmetry along the thermal axis.

The process employed has 600MHz $f_T$ NPN transistors and 700MHz $f_T$ PNP transistors, with beta-early voltage products of $10^4$ or more and VCEOs higher than 36V. Low collector series resistances are obtained by the use of buried layers and plugs. Junction isolation provides low thermal resistance and short collector-isolation electrical time constants, which are necessary for fast settling to 0.01%. Figure 7 shows cross sections of a PNP and NPN transistor.



FIGURE 1—Amplifier block diagram.



FIGURE 3—Signal current mirror and X1 buffer.



FIGURE 5—Top trace = X1 gain 10V step response; bottom trace = X10 gain 10V step response.



FIGURE 2—Input stage biasing.



FIGURE 4—Closed-loop frequency responses: —1 gain: —3dB point @ 46MHz; — 10 gain: —3dB point @ 31MHz.



FIGURE 7—Cross section of complementary bipolar transistors.



FIGURE 6—Photomicrograph of transimpedance amplifier.

TAB 17

EXHIBIT 4

322                                    IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-22, NO. 3, JUNE 1987

# A 20-μW Precision Operational Amplifier

DEREK F. BOWERS, MEMBER, IEEE

*Abstract* — A precision operational amplifier is described which draws 12 μA of quiescent current and can operate from a 1.6-V supply while requiring no external components such as the usual biasing resistor. The amplifier has dc characteristics comparable to the industry standard OP-07 and ac characteristics as good as available "micropower" devices. The circuit has an input voltage range and an output swing which include the negative supply to facilitate its use in battery-powered and other single-supply applications.

## I. INTRODUCTION

THE PRODUCT to be described resulted from the desire to produce a high-precision op amp suitable for very-low-power systems such as satellites, remote data loggers, and portable instrumentation. It was felt from the outset that many such systems were single supply in nature and that the op amp should be designed with this strongly in mind. Additionally, low-voltage operation is mandatory for many battery-powered applications and this provided yet another design consideration.

To summarize, the following characteristics were deemed of the greatest importance.

1) A well-controlled supply current in the low-microampere range that is substantially independent of supply voltage, ambient temperature, and process variations.

2) Ability to operate from a low supply voltage, preferably that of a single cell.

3) Single-supply operation: in practice this means that the input voltage range and the output swing should include the negative supply rail.

4) High precision: this involves a multiplicity of factors including offset voltage, offset voltage drift, common-mode rejection, power-supply rejection, and voltage gain. In general, the dc characteristics of the highly accepted OP-07 provided a useful design goal.

5) The ability to maintain all of the above over the full military temperature range.

## II. POWER CONSUMPTION

Several fundamental factors in any op-amp design contribute to overall power consumption. For example, many precision op amps, including incidentally the OP-07, use three stages of gain. Clearly reduction of the number of gain stages will reduce the current consumption of a given

Manuscript received September 23, 1986; revised December 18, 1986. The author is with Precision Monolithics Inc., Santa Clara, CA 95052. IEEE Log Number 8713962.

device. Two other areas where power is often wasted are the biasing circuit and output stage, and optimization in these areas again is vital to minimize current draw.

However, even after the design is carefully tailored to a low-power objective, a decision has to be made concerning stage currents and this is the area of biggest compromise.

One solution is to leave the current setting to the user. This is the basis of the so-called "programmable" amplifier. Such amplifiers have their internal stage currents set by an external current which in practice usually becomes defined by a resistor stretched across the power supplies. This of course demands at least one external component, and also results in severe dependence of supply current upon supply voltage. Consequently, it was decided to abandon the "programmable" format.

The problem of choosing suitable currents is the next to be addressed. It was fairly obvious from the outset that speed would be a major sacrifice, but another victim of low stage currents, voltage noise, cannot be compromised too severely if the design is to be classed as a precision one. An additional area of concern is junction leakage at elevated temperature, and suffice it to say that a supply current goal of 10 μA was chosen after some protracted thought. The practical design actually consumes about 30 percent more than this.

The question of supply voltage range is somewhat more straightforward. Bipolar operational amplifiers have been designed to operate with a total supply voltage of less than 1 V [1], and indeed this was the original design goal. However, such designs become very complicated which rapidly destroys the low-power advantage. With today's prevalence of lithium cells having an output voltage of around 3 V it was decided that raising the minimum voltage slightly would not significantly degrade the usefulness of the part. The achieved design operates from a total supply voltage of 1.6–36 V.

## III. INPUT STAGE

The standard type of input stage for single-supply bipolar amplifiers is the Darlington p-n-p configuration of Fig. 1 [2]. With the inputs at the negative rail, ample room exists for an active load at the collectors of $Q2$ and $Q3$. The active load is usually a "current mirror," though symmetric loads have been used when the input stage is followed by a differential second stage. There are problems with this stage, however. First, more devices contribute to

0018-9200/87/0600-0322$01.00 ©1987 IEEE



Fig. 1.  Darlington input stage.

the offset voltage than with a simpler input stage, which in turn has an adverse effect on the offset drift. Second, the stage is at least a factor of $\sqrt{2}$ noisier than a simple differential pair, and often much more than this depending upon the values of $I1$ and $I2$ and how they are generated. This is particularly disadvantageous for low-power operation where accumulation of voltage noise is already a major concern. Third, this input stage requires about 1.4 V of clearance from the positive supply, resulting in almost no common-mode input range when operating from low supply voltages.

The input configuration actually used is shown in Fig. 2, and combines the input characteristics of a resistively loaded differential pair with the gain of a more conventional actively loaded stage. $Q3$ and $Q4$ form a "foldback cascode" circuit which allows the active load ($Q5$ and $Q6$) to be placed at the positive supply. The active load now has sufficient headroom to be degenerated and thus lower its contribution to noise and drift. The contribution from $Q3$ and $Q4$ can be made arbitrarily small by allowing large voltage drops across $R3$ and $R4$ but this is not practical in a single-supply design. With the inputs at the negative supply, any voltage drop across $R3$ and $R4$ constitutes forward bias on the collector–base junctions of the input transistors. This forward biasing does not result in excessive input current as might at first be thought because parasitic vertical p-n-p action diverts most of the current to the substrate. However, any imbalance in the currents has to flow through the input devices resulting in an offset contribution. Because of the exponential characteristics of forward biasing, this would mean that small $V_{be}$ mismatches in $Q3$ and $Q4$ or in the $C-B$ junctions of $Q1$ and $Q2$ would produce an offset shift as the inputs approached the negative supply, resulting in poor CMRR. More severe forward biasing can result in amplifier phase reversal with the input signal feeding directly to the emitters of $Q3$ and



Fig. 2.  Principle of the input stage used.

$Q4$. Clearly, the allowable voltage across $R3$ and $R4$ is something of a compromise.

$Q3$ and $Q4$ are in practice split into four devices and arranged as a cross-coupled quad. This minimizes the imbalances described above. Additionally, the collectors of $Q1$ and $Q2$ are designed to be as small as the process will allow, which minimizes the forward biasing itself. Even so, with the low stage currents used and at elevated temperature the voltage across $R3$ and $R4$ must be limited to 120 mV to avoid trouble. The nature of the bias circuitry reduces this to 80 mV at room temperature.

324                                                                IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-22, NO. 3, JUNE 1987

The overall noise of the amplifier was measured at 55 nV/√Hz, which is about 84 percent higher than the calculated noise of the input transistors alone. This is considerably better performance than would be achieved with a Darlington input stage.

The process used has lateral p-n-p gains of about 120 at low currents, yielding an input bias current around 4 nA. This is comparable to that achieved with vertical p-n-p inputs.

Resistors $R1$ and $R2$ in series with the inputs limit the current into the base tubs if the inputs are forced below the substrate. Together with the high base–emitter breakdown of the lateral p-n-p transistors (110 V), this affords a ±30-V input overload protection, even with the supplies removed.

## IV. SECOND STAGE

The overall voltage gain of the first stage is about 4000, and so the remainder of the amplifier gain must be contributed by the second stage. In essence, the second gain stage is a dynamically loaded p-n-p transistor since this is capable of a wide output voltage swing. Coupling the p-n-p base directly to the active load of Fig. 2 would severely load the input stage, so additional buffer circuitry must be added (Fig. 3).

$Q12$ and $Q13$ form a complementary Darlington buffer feeding the common-emitter gain stage $Q7$. Balance is restored to the active load by a similar pair on the opposite side, $Q8$ and $Q9$. The dynamic load on $Q7$ yields a stage gain of 300, giving the overall op amp a voltage gain of 1.2 million, which is more than adequate for precision applications.

Several hidden dangers exist in this section, however. First, owing to the very low currents used, extreme care must be taken to avoid collector–base forward biasing of $Q5$ and $Q6$. Even a few tens of millivolts can produce significant leakages at elevated temperatures. This is compounded by the fact that the voltage at $Q5$ collector cannot be made exactly equal to that of $Q6$, due to inherent asymmetry in the stage. The potential for forward biasing arises from the voltage drops across $R6$ and $R7$, and because the $V_{be}$'s of $Q9$ and $Q13$ are smaller than those of $Q8$ and $Q12$ due to the lower doping of p-n-p transistors compared to n-p-n's. To alleviate this, the emitter areas of $Q8$ and $Q12$ are made large (5×) and resistors $R8$ and $R9$ are added. The difference in values of these resistors approximately balances the stage under nominal conditions.

Further complications apply when the op amp is driven into positive saturation. Under these conditions $Q6$ turns off and its collector ramps negatively until $Q10a$ turns on. Without this clamp transistor the voltage at $Q6$ collector would end up close to the negative supply causing long overload recovery, excessive current in $R9$, and possible avalanche breakdown damage to $Q12$. $Q10b$ is added on the opposite side to balance leakage currents under normal operating conditions.



Fig. 3.  Active load and second stage.



Fig. 4.  Structure of $Q7$.

Under clamped conditions the base current of $Q7$ is limited to 4 μA by the presence of $R9$. While this does not seriously affect the supply current of the amplifier, it must be noted that $Q7$ will now be in saturation and its collector able to re-emit current to the substrate. This can cause the base current to be multiplied many times because $Q7$ now appears as a vertical p-n-p connected between the supplies. It has to be admitted that this was overlooked on the initial silicon which drew approximately 85 μA of supply current under these conditions. To fix this, $Q7$ was given a second collector almost completely surrounding

the first. Connecting this collector back to the base causes $Q7$ to appear as a diode under saturated conditions and base current multiplication no longer occurs. The structure of $Q7$ is shown in Fig. 4.

## V.  OUTPUT STAGE

Although a very-low-power amplifier would not normally be expected to drive heavy loads, even getting a moderately useful drive capability from such low stage currents demands some unusual techniques. In view of this it was decided to increase the versatility of the amplifier by aiming for the full $\pm 5$-mA output current available from more general-purpose types. Fig. 5 shows the output stage used.

When sourcing current, $Q15$ supplies the load directly. The 25 $\mu$A or so of base current required by $Q15$ is easily supplied by $Q7$, removing the need for a Darlington pair which would drastically reduce the positive output swing. The penalty paid for such a direct arrangement is reduced gain with heavy loads.

Assuming a beta of 200, a 2-k$\Omega$ load would be reflected at the collector of $Q7$ as an impedance of 400 k$\Omega$, thus reducing the small-signal gain of the second stage to only 22. This does increase somewhat as the load is driven because the base current of $Q15$ increases the transconductance of $Q7$, and the resulting average open-loop gain is about 130 000.

Most of the sink current is provided by $Q20$, a large lateral p-n-p transistor. $Q20$ is biased into class $AB$ operation by $Q14$ and $Q18$ and runs with about 1.5 $\mu$A of quiescent current. The current in $Q17$ is limited to 2 $\mu$A and clearly cannot supply the necessary base drive to $Q20$ so a current "boost" circuit is added to improve sink capability. $Q19$ "samples" the current in $Q20$ and feeds about one-fourteenth back to the base via the current mirror formed by $Q21$ and $Q22$. Thus $Q21$ can continue to supply sufficient drive until the beta of $Q20$ rolls off to 14, which happens at around 7 mA. This arrangement does amount to positive feedback, but this is well controlled as long as $Q14$ can absorb the excess boost current. The roll-off of $Q20$ provides an automatic short-circuit limit which has been found to be quite predictable, however, the initial silicon had a tendency to latch up at high temperature if the output was short circuited. This was traced to saturation of $Q22$ which causes the mirror gain of $Q21$ and $Q22$ to increase dramatically. To eliminate this, $Q22$ was given a very large collector area and $R11$ was added to prevent gross overboosting. No problems have since been observed even at 150°C.

Short-circuit protection for the positive direction is afforded by $R10$ and $D1$. The effect of conduction in $D1$ is to turn $Q11$ hard on, which in turn diverts base current from $Q7$. The location of $R10$ in the collector, rather than in the emitter, of $Q15$ prevents any reduction in output swing when sourcing current.

One requirement for single-supply amplifiers is to be able to drive a ground-referred load all the way down to ground. This is achieved by allowing the circuitry associ-



Fig. 5.   Output stage.

ated with sinking current to turn off completely as the negative supply is approached, allowing the load itself to provide the necessary pull-down. This happens fairly automatically with this configuration since $Q19$ and $Q20$ become reverse biased under these conditions. Note that $Q17$ saturates at this point which is the reason that the current provided by it is not derived directly from the bias line. Under overdrive conditions $I1$ also saturates and precautions (described later) are taken to ensure that it does not shut down the bias line completely, which might result in recovery problems.

## VI.  FREQUENCY COMPENSATION

One advantage of two-stage amplifier designs is that a dominant pole can be forced with the addition of a single capacitor [3]. Unfortunately, the design presented here does not conform to an ideal two-stage model, even though only two stages are employed. Fig. 6 serves to illustrate the frequency compensation scheme.

Capacitor $C2$ sets the dominant pole in a conventional "pole-splitting" fashion. Signal perturbations at the collector of $Q7$ suffer excess phase shift before reaching the base of $Q7$ compared to those at the collector of $Q4$ because they must pass through the entire active load. $C1$ serves to block this path at high frequencies which considerably improves overall stability. The dominant pole capacitor $C2$ completes an integrator loop consisting of $Q12$, $Q13$, $R9$, and $Q7$. This loop itself requires stabilization, which is achieved by the addition of $C3$.

Finally, a common problem with single-supply amplifiers is a tendency toward instability when driving loads

326                                                                    IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-22, NO. 3, JUNE 1987



Fig. 6.  Frequency compensation scheme.

near the negative rail, especially if significant capacitance is present at the output. This is due to the $f_t$ of the output transistor approaching zero as it becomes starved of current. To alleviate this, C4 provides a feedforward function around Q15 causing the ac model of the amplifier to approximate a transconductance function under these conditions.

The gain–bandwidth product was measured at 40 kHz and the slew rate at 12 V/ms. Phase margin at unity gain is 50°.

Most bipolar amplifier designs concentrate heavily on the avoidance of lateral p-n-p transistors in the signal path, due to their notorious high-frequency characteristics. It is interesting to note that at the stage currents used here there is not much to choose between n-p-n's and p-n-p's, since both are operating well below optimum current. In fact, the intrinsic base–emitter and collector–base capacitance is lower for a lateral p-n-p than for an n-p-n, causing the p-n-p to be a higher frequency device in most locations.

## VII. BIASING CIRCUITRY

The requirement for the biasing scheme is that it generate a stable and predictable current reference without itself wasting significant power. It was decided to use proportional-to-absolute-temperature (PTAT) current sources throughout the amplifier since this tends to stabilize the transconductance of bipolar gain stages, and is easy to generate.

Operation of the bias circuitry is best understood by referring to the complete schematic of Fig. 7. P-N-P transistors Q23 and Q24 provide regenerative feedback until the collector currents of Q25 and Q26 are approximately equal. Under these conditions the PTAT difference in base–emitter voltages of Q25 and Q26 is forced across R14, thus defining all operating currents. With the 20:1 ratio used, this voltage is about 78 mV at 25°C, fixing the operating currents at 350 nA per side.

Such a large ratio at first seems wasteful of area, but it serves to improve supply-line rejection because changes in the base–emitter differential of Q25 and Q26 due to Early effect are referred to a considerably higher voltage than usual. The degeneration resistors R12 and R13 provide a high output impedance for Q24 which also contributes to improved regulation. Current regulation of this circuit was measured at 1 percent/V over a 30-V supply range. Note that the usual "cascode" circuits cannot be used to improve regulation because there is insufficient headroom when running from low supply voltages.

Like many similar circuits, the current regulator has a theoretically valid operating point with all currents equal to zero. This condition must be avoided with a suitable start-up circuit. To achieve this, an ion-implanted JFET (J1) with an $L/W$ ratio of 80 is added. This produces an FET with an $I_{DSS}$ of around 150 nA, which is used to bias Q28. If a zero current condition occurs within the regulator, there will be no voltage drop across R15 and Q27 will mirror the current from J1 into Q23, thus ensuring start-up. After start-up has occurred, the current in Q27 is



Fig. 7. Overall schematic of the amplifier (less trimming circuitry).

reduced by a factor of 50 by the voltage drop across R15, and thus the start-up circuit is virtually disconnected.

A final point concerns Q32, which as mentioned earlier can saturate when the output is driven hard negative. To prevent shutdown of the bias circuit, J2 is placed in series with its base, and acts as a 350-kΩ resistor. Without this, recovery from amplifier saturation could be very slow.

## VIII. TRIMMING

Unadjusted offset voltage of the amplifier is about 200 µV, with a two-sigma point at about 650 µV. To reduce these values, wafer-stage trimming is applied using the zener-zap technique.

The easiest resistors to adjust are R3 and R4, and a detail of the trim section is shown in Fig. 8. Shorting zener Z1 gives a shift of −1 mV, and Z2 causes a −63-µV shift. The zeners on the other side give positive shifts of 500, 250, and 125 µV. This rather unusual scheme ensures that units with the lowest initial offset get the least amount of trimming, and thus would be expected to exhibit the lowest possible drift. In practice, all trimmed units are better than 0.7 µV/°C, and this is largely thanks to the PTAT biasing used.

Conventionally, all trim zeners would be placed in a common V+ epi tub, but in this case the resulting high-temperature leakage would be intolerable. Further, this leakage is difficult to compensate because its effect on the amplifier is a function of which zeners are shorted. However, in normal operation all zeners are within 4 mV of V−, allowing the pocket to be connected to V−. Direct connection is not allowable because this would prevent proper zapping, so a small JFET (J3) is used as a pull-down device. During zapping, the pocket is free to rise to the full zap voltage (around 30 V in this case). The trim scheme allows all amplifiers with an initial offset of less than 900 µV to be trimmed below 50 µV. This obviates the need for external trimming in most applications, though trim pins are provided for trimming if desired.

## IX. PROCESS

The process used is an all-implanted bipolar process with an epitaxial resistivity of 3.5 Ω·cm and 12 µm thickness. The following additional steps are available as standard and were fully utilized in the design of this amplifier:

1) silicon-nitride capacitors with a dielectric thickness of 90 nm, yielding 0.68-fF/µm² of capacitance;
2) silicon-chromium thin-film resistors with a sheet resistance of 2 kΩ/sq. These make the high values of resistance used throughout the amplifier practical in a reasonable die area; and

328    IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-22, NO. 3, JUNE 1987



Fig. 8.   Offset trim circuit.



Fig. 9.   Photomicrograph of the micropower amplifier.

B144

Fig. 10. Photomicrograph of the quad version

TABLE I
MEASURED PERFORMANCE OF THE OPERATIONAL AMPLIFIER

| | |
|---|---|
| Supply Current at ±0.8 V | 10 μA |
| at ±15 V | 12 μA |
| Input Offset Voltage | 30 μV |
| Offset Voltage Tempco | 0.3 μV/°C |
| Input Bias Current | 4 nA |
| Input Offset Current | 50 pA |
| Common-Mode Rejection Ratio | 125 dB |
| Power-Supply Rejection Ratio | 130 dB |
| Voltage Gain (10-kΩ load) | 800 000 |
| Supply Voltage Range | 1.6–36 V |
| Input Voltage Range | $V^-$ to 0.6 V below $V^+$ |
| Gain-Bandwidth Product | 40 kHz |
| Slew Rate | 12 V/ms |

3) high-voltage (36 V) ion-implanted JFET's with a nominal pinch-off voltage of 1.5 V.

## X. CONCLUSION

Fig. 9 shows a photomicrograph of the op amp, which is a reasonably compact 3.7 mm². Note that the ability to drive a 2-kΩ load mandates a thermally symmetric layout as with other precision op amps.

Recently, a quad version of the amplifier has been integrated (Fig. 10). No offset trimming was included on the quad but otherwise the circuitry is identical. Four separate bias generators were used to eliminate possible crosstalk problems, however, the start-up circuit is common to all amplifiers. Die area of the quad is 10.3 mm².

Performance of the single version is summarized in Table I. It can be seen that the only parameter significantly sacrificed to obtain ultra-low power is speed. Even so, the speed/power trade-off is still as good or better than the majority of available "micropower" op amps.

## ACKNOWLEDGMENT

The author would like to acknowledge the help of his assistant, M. Zaharioudakis, in breadboarding and layout of the above circuits. Thanks also to the Product and Test Engineering departments at Precision Monolithics for characterization of the devices.

## REFERENCES

[1] R. J. Widlar, "Low voltage techniques," *IEEE J. Solid-State Circuits*, vol. SC-13, p. 838, Dec. 1978.
[2] K. R. Fukahori *et al.*, "A high precision micropower operational amplifier," *IEEE J. Solid-State Circuits*, vol. SC-14, p. 1048, Dec. 1979.
[3] J. E. Solomon, "The monolithic op amp: A tutorial study," *IEEE J. Solid-State Circuits*, vol. SC-9, pp. 314–332, Dec. 1974.
[4] J. H. Huijsing and D. Linebarger, "A low-voltage operational amplifier with rail-to-rail input and output ranges," *IEEE J. Solid-State Circuits*, vol. SC-20, p. 1144, Dec. 1985.

**Derek F. Bowers** (M'85) was born in Maesteg, Wales, on December 9, 1954. He received the B.Sc. degree in physics and mathematics from the University of Sheffield, Sheffield, England, in 1976.

Following a brief employment with the University Space Physics Group, he joined Triad Computing Systems, London, in 1977 where he worked on robotics and parts inspection systems. In 1978 he joined Bourns U.K. as Applications Specialist for Precision Monolithics products, and transferred to Precision Monolithics Inc., Santa Clara, CA, as a Senior Design Engineer in 1980. He currently holds the position of Senior Design Fellow, and has been responsible for the development of precision operational amplifiers, instrumentation amplifiers, and several data conversion products.

TAB 18

# EXHIBIT 5

784    IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-11, NO. 6, DECEMBER 1976

# A Two-Terminal IC Temperature Transducer

MICHAEL P. TIMKO, MEMBER, IEEE

*Abstract*—A monolithic IC temperature transducer with an operating temperature range of −125°C to +200°C has been designed, fabricated, and tested. The two-terminal device, which is fabricated using laser trimmed thin-film-on-silicon technology, is a calibrated temperature-dependent current source with an average output impedance of 10 MΩ over the 3.5-V to 30-V range of input voltage. Overall absolute accuracies of ±0.5°C from −75°C to +150°C have been achieved on a scale of 1 μA/K under optimum operating conditions.

## I. INTRODUCTION

SILICON bipolar transistors have a property which can be exploited to produce a voltage that is directly proportional to absolute temperature (PTAT). If the transistors are designed so as to minimize other temperature effects, this voltage will be a highly accurate representation of the temperature over a wide range. A temperature sensor, however, must have several other important properties to be truly flexible and widely useful. A list of specifications for all temperature transducers includes the following:

1) accuracy versus temperature (the predictability of the output parameter);
2) linearity (the constancy of the change in output parameter per degree over the temperature range);
3) interchangeability (absolute calibration);
4) signal level;
5) remote sensing capability (the maximum allowable distance between the sensor and supporting electronics and the number and quality of connections necessary);
6) temperature range;
7) cost [including support electronics to allow for deficiencies in 2)–5)].

While an IC temperature transducer probably cannot be as accurate as, for instance, a platinum resistance thermometer and the temperature range is limited to about −125°C to +200°C, the flexibility of monolithic integration allows the designer to include many features that no other medium can achieve.

Previous IC designs using the PTAT voltage specifically to sense temperature concentrated on amplifying and buffering the voltage over a limited temperature range with only rough calibration [1]. In contrast, the emphasis in this new design is the best achievable accuracy over the widest possible temperature range. This goal has reached a point never before obtained in an integrated circuit by combining a unique circuit configuration with the latest laser-trimmed thin-film resistor technology to produce a calibrated PTAT *current*. The fact that the output parameter is current, and that the sensor

Manuscript received May 29, 1976; revised August 4, 1976.
The author is with the Semiconductor Division, Analog Devices, Wilmington, MA 01887.

is relatively insensitive to the voltage across it, makes the device easy to use, even over long wires.

## II. TEMPERATURE DEPENDENCE

The temperature sensitive parameter of interest is the difference between the $V_{be}$'s of two transistors operating at a constant ratio of collector current densities. This can be derived from the equation for emitter current density [2]:

$$J_e = \frac{1}{\alpha} J_s(e^{qV_{be}/kT} - 1) \tag{1}$$

where

$J_e$    emitter current density;
$J_s$    emitter saturation current density;
$\alpha$    common base current gain;
$V_{be}$    base emitter voltage;
$q$    charge on an electron;
$k$    Boltzmann's constant:

and

$T$    absolute temperature.

If we assume $J_e \gg J_s$, then for two transistors at current densities $J_{e1}$ and $J_{e2}$:

$$V_T = V_{be1} - V_{be2} = \frac{kT}{q} \ln \frac{\alpha_1 J_{e1} J_{s2}}{\alpha_2 J_{e2} J_{s1}}. \tag{2}$$

For $V_T$ to be proportional to absolute temperature, the logarithmic term must be constant. For well-matched transistors $\alpha_1 = \alpha_2$ and $J_{s1} = J_{s2}$. (In the circuit, as long as these parameters remain in constant ratio over temperature, the resulting error will be removed by the calibration trim.)

If $J_{e1}/J_{e2}$ is a constant $r$, then

$$V_T = T \frac{k}{q} \ln r. \tag{3}$$

There are several ways to achieve the desired ratio of current densities. Two identical transistors operated at two different collector currents, held at a constant ratio, could be used. However, a more practical method is to operate two transistors of unequal emitter areas at equal collector currents. In order to have control over this ratio, the larger transistor emitter can be made up of a number of parallel emitters similar to that of the smaller transistor. The area ratio is then accurately equal to the ratio of the number of emitters. (In the schematic diagrams in this paper, a number immediately adjacent to an emitter refers to the number of similar emitters in that transistor relative to other transistors of the same type, n-p-n or p-n-p.)

Fig. 1 is an elementary application of the above principle. Neglecting for the moment the variation of $J_c$ with $V_{ce}$ and the

TIMKO: IC TEMPERATURE TRANSDUCER                                                    785



Fig. 1. Elementary example of a PTAT generating circuit.

effects of base current, this circuit will conduct a current proportional to absolute temperature for any voltage greater than two $V_{be}$ across the device. Transistors $Q_1$ and $Q_2$ constrain the collector currents of $Q_3$ and $Q_4$ to be equal. Since the emitter area ratio of $Q_3$ and $Q_4$ is $r$, the difference in their $V_{be}$'s is $V_T$ in (3). For $r = 8$,

$$V_T = \frac{kT}{q} \ln 8 = T \times 0.1792 \text{ mV/K.} \qquad (4)$$

or 53.44 mV at 25°C.

This voltage, when amplified and buffered, would make a useful output parameter. But, since $V_T$ is impressed across resistor $r$, the current drawn by each side of the circuit is

$$I = \frac{V_T}{R} = \frac{kT}{q} \frac{\ln r}{R}. \qquad (5)$$

If $R$ has a temperature coefficient of zero, then the total current drawn by the circuit is also proportional to absolute temperature. Under the original assumptions for this elementary circuit, the supply current would be independent of input voltage (above two $V_{be}$'s) and the output impedence would be infinite.

Naturally, the circuit of Fig. 1 is insufficient for good results when made with real components. The Early effect and finite $\beta$ would reduce the output impedance drastically, the circuit would not start up dependably, and once started, it would probably oscillate under some otherwise useful conditions.

### III. The New Circuit: DC Accuracy

Fig. 2 is a simplified schematic of the new circuit in which the idealized principle of Fig. 1 can be approached with real components. Transistors $Q_1$, $Q_3$, $Q_9$, and $Q_{11}$ correspond to the four transistors of Fig. 1. These transistors make up what will be referred to as the PTAT core since they define the temperature dependence of the circuit.

The collector currents of $Q_1$ and $Q_3$ are equal assuming only equal emitter areas and equal voltages at the bases of $Q_7$ and $Q_8$. The collector currents of $Q_9$ and $Q_{11}$ are forced to be equal to each other and to those of $Q_1$ and $Q_3$ by the combined action of $Q_7$ and $Q_8$.

Bias current for $Q_7$ and $Q_8$ is provided by diode $Q_{10}$ such that no nonPTAT component is added to the total supply current. The terminal current of this configuration is then three times the current in each branch or



Fig. 2. Simplified schematic of the new circuit showing the major components contributing to the dc operation.

$$I = 3 \frac{kT}{q} \frac{\ln 8}{R_6} \qquad (6)$$

Note that the value for $R_6$ on the schematic results in a scale factor of 1 μA/°C.

Transistor $Q_5$, which has half the emitter area of $Q_1$ or $Q_3$, operates at about half the current available from $Q_{10}$. As a result, the collector currents of $Q_7$ and $Q_8$ are nearly equal. The Early effect still causes errors between the two diodes and their associated transistors, creating an offset between $Q_7$ and $Q_8$. Since these errors are reduced from those of Fig. 1 by n-p-n $\beta$ (typically 400), they are insignificant except at temperature extremes.

Diode $Q_{10}$ is the key to the success of this circuit configuration. Its importance lies in the fact that it forces all currents to $V-$ that are not in the $Q_1$, $Q_3$, $Q_9$, $Q_{11}$ loop to sum to a PTAT current. Later, it is shown that even the high-temperature leakage currents can be measured in this way to extend the upper limit of operation.

In order to have good accuracy over temperature, $R_6$ must have a low temperature coefficient (TC). To put it another way, any TC in $R_6$ will show up as a TC in the absolute error of the sensor. This fact precludes the use of diffused resistors which have TC's of ≃2000 ppm. SiCr thin-film resistors, however, can be made with consistent TC's of −30 to −50 ppm/°C. The effects of the aluminum interconnect and emitter resistance TC's are of the same order and were experimentally adjusted for optimum results. The inclusion of thin film also allows these devices to be laser trimmed at the wafer level to obtain excellent absolute accuracy as well as PTAT performance. Exact calibration allows for direct interchangeability of the finished devices.

### IV. The Complete Circuit

Fig. 3 is a complete schematic of the new circuit showing the additional components necessary to make the chip more closely approximate the ideal.

The absolute calibration of this device is accomplished by laser trimming $R_5$ and $R_6$ at the wafer level. Resistor $R_5$ was added to allow the initial current of the device to be either increased or decreased as needed so that the nominal design value could be the desired target value. The average amount

786                                                                      IEEE JOURNAL OF SOLID-STATE CIRCUITS, DECEMBER 1976



Fig. 3.  Complete schematic of the two-terminal temperature transducer.

of trimming needed is thereby minimized and the yield is improved. The effective resistance for determining output current from $V_T$ is now $R_6 - 2R_5$ since the emitter currents of $Q_{10}$ and $Q_{11}$ through $R_5$ cancel part of the voltage drop across $R_6$.

$Q_{12}$ provides a small current to start the device when power is applied. Note that this current finds its way to $V^-$ through $Q_{10}$ without contributing to output error.

As shown in the schematic, the gate of $Q_{12}$ (the chip substrate) is not connected to $V^-$ as is normally the case in monolithic IC's. This unusual configuration is important in helping to extend the temperature range of the device well beyond the point at which leakage currents become significant. The single largest source of junction leakage current is the pocket containing $C_1$ and transistors $Q_1$ through $Q_5$. This current does not upset the balance of the PTAT core but, if simply brought out to $V^-$, would add an error to the result. By connecting this and all other substrate currents to the positive side of $Q_{10}$, these currents are measured by the circuit. The leakage currents eventually accounted for the high temperature limit of the circuit by upsetting the balance of $Q_7$ and $Q_8$. At some point (about 210°C) the collector current of $Q_8$ is reduced to zero and the device no longer functions. Instead of a direct connection between the substrate and $Q_{10}$, $R_3$ has been inserted to isolate certain substrate capacitances which otherwise would have a detrimental effect on the frequency stability of the circuit.

Since the substrate of this chip is not electrically connected to either output lead, special packaging considerations are required. The prototype devices were assembled in TO-52 metal transistor packages with an aluminum oxide substrate between the chip and the header. A special temperature sensor package would be necessary to realize the full capabilities of this device.

Resistor $R_1$ and $R_2$ were added to provide emitter degeneration and therefore reduce the base width modulation effects between $Q_5$ and the quad of lateral p-n-p's.

The combination of $R_4$ and $C_1$ determines the frequency compensation for the main feedback loop. The values shown, which were those used in the prototypes, somewhat overcompensate the circuit.

Transistor $Q_6$ balances the collector voltages of $Q_7$ and $Q_8$. More importantly, it provides protection for the device if the applied voltage is inadvertently reversed.

The simplicity of this design is a major factor in extending its useful temperature range. Additional components could be added to refine the accuracy at the cost of more parasitic leakage and a reduced upper temperature limit. The overall accuracy of the transducer compares very favorably with conventional sensors which are more difficult and less convenient to use.

## V. LAYOUT

In this device, the layout design is as important as the circuit design. Fig. 4 is a chip photograph of a prototype device. While on-chip dissipation is not a major problem, the critical temperature sensing transistors $Q_9$, $Q_{10}$, and $Q_{11}$ are located at the opposite end of the chip from the main power consuming components $Q_1$, $Q_2$, $Q_3$, $Q_4$, $Q_7$, and $Q_8$. Note that $Q_9$ has eight large rectangular emitters with interdigitated base stripes. $Q_{11}$ is made in the same way with one identical emitter. (The two unconnected emitters were included for experimentation with other emitter ratios and current densities.) Note that the base box and isolation pocket of $Q_{11}$ are identical to those of $Q_9$. This provides first-order cancellation of leakage currents through these junctions at high temperatures.

$Q_{10}$ (which also has an extra unconnected emitter) has an additional interesting design feature. In an ordinary diode-connected transistor, the combination of falling $V_{be}$ and rising collector resistance produces saturation problems at high temperatures. $Q_{10}$ is designed to avoid this as shown in Fig. 5. The majority of the collector resistance of a monolithic n-p-n transistor is in the epi between the buried layer and the



(a)



(b)

Fig. 4 (a) Photograph of the 37 × 62-mil chip.  (b) Key to Fig. 4(a) showing the location of all components.

surface collector contact.  By making two surface contacts on opposite ends of the transistor and using them as a Kelvin



Fig. 5. Detail of diode $Q_{10}$.



Fig. 6.  $V–I$ plot of a typical device at three temperatures.

contact, the voltage of buried layer is maintained near the base voltage over the whole temperature range.  The voltage at the terminal into which the collector current flows changes with epi resistance, but this voltage is not critical to the accuracy of the circuit.  While not as critical, $Q_5$ is also Kelvin-connected for the same reason.

Transistors $Q_1$ through $Q_4$ are wired as a cross-connected quad [3] and carefully matched in geometry and parasitics to insure faithful tracking over temperature.

## VI. PERFORMANCE

Fig. 6 shows the $V–I$ characteristic for voltage from zero through the operating region.  While this particular device enters its linear region at about 2.7 V, the minimum guaranteeable operating voltage, taking into account process variables, is 3.5 V.  The output impedance varies over the active region from 5 MΩ at 5 V to over 20 MΩ at 15 V and above.  Actually, the output current changes no more than about 2–3 μA over the whole useful voltage range.  Maintaining the voltage across the device within a volt of any operating point keeps this error below 0.2°C.

A supply voltage of 5 V was chosen as a convenient level at which to trim the devices.  All measurements for absolute accuracy were also made with 5 V across the device.

As mentioned earlier, these devices are adjusted to a scale factor of 1 μA/K by the laser wafer trim process discussed elsewhere [4].  The temperature of the wafer is carefully measured during the trim procedure and each device is then trimmed to indicate that temperature.  This procedure presently yields a spread of results after assembly and burn-in such that about half the devices are accurate to within ±1°C at 25°C.

Fig. 7 shows the absolute error of three different devices between −125°C and +200°C.  These devices were selected for good calibration at 25°C in order to emphasize the relative

788                                                                IEEE JOURNAL OF SOLID-STATE CIRCUITS, DECEMBER 1976



Fig. 7. Absolute error versus temperature.



Fig. 8. Typical application as a centigrade thermometer.

linearity. The measurements were done by mounting the devices under test in an aluminum block suspended in a temperature chamber into which a calibrated thermocouple was also inserted. A direct comparison was made between the thermocouple and the devices when the block had settled near the desired temperature. The figure shows accuracy within ±0.5°C from -75°C to +150°C on all three units. This nonlinearity over this range compares favorably with the only other IC temperature transducer available which specifies a nonlinearity of 1.8°C over the -55°C to +125°C range. Thermocouples, the most widely used sensors, have a standard limit of error of ±0.8°C over a similar temperature range.

At the extremes of temperature, the inherent linearity is degraded but some devices remain useful for another 50°C on each end. At high temperatures, junction leakages, saturation resistances, and high-level injection effects eventually come into play. Most devices are useful at +175°C and a selected few will operate at +200°C. At the low end, $\beta$ degradation and increasing current in $Q_{12}$ cause the errors. We found it very difficult to evaluate the devices below -125°C because the test fixture would not settle long enough to do the measurements. The only other point we could get was to immerse the device and the thermocouple into liquid nitrogen. Most of the devices still functioned but the output impedance was seriously degraded and the accuracy at 5 V was no better than ±5°C. Early devices which were placed on 200°C powered burn-in have shown only a few tenths of a degree C change in over 2000 h after a 100-h initial burn-in period.

## VII. APPLICATION

The current mode operation of this device lends itself to numerous applications. Fig. 8 is probably the simplest and most straightforward way to use the two-terminal temperature transducer as a centigrade thermometer. Resistor $R_1$ converts the current to an accurate voltage. Voltage divider $R_2$ and $R_3$ provides the Kelvin to centigrade conversion using whatever low TC reference is available. (In most cases, the reference and power supply are available from the meter.) For a Fahrenheit thermometer, the resistors are simply changed for a different scale factor and offset. For a Kelvin thermometer (or for centigrade with digital conversion from Kelvin), $R_2$, $R_3$, and the reference are not needed. The meter would then be connected directly across $R_1$. (The TC's of $R_1$ and the meter are, of course, critical in this circuit.) The current mode output also makes this device uniquely useful for creating a variety of linearly or functionally temperature dependent signals to use to compensate for known temperature coefficients.

## VIII. CONCLUSION

The two-terminal IC temperature transducer described in this paper develops a total supply current that is directly proportional to absolute temperature by relying on a fundamental property of bipolar transistors. The inherent linearity, insensitivity to operating voltage, and laser trim calibration make the device uniquely useful and applicable among the other sensors presently available.

## REFERENCES

[1] R. C. Dobkin, "Monolithic temperature transducer," in *ISSCC Digest Tech. Papers*, pp. 126–127, Feb. 1974.
[2] P. E. Gray et al., *Physical Electronics and Circuit Models of Transistors*. New York: Wiley, 1964.
[3] M. A. Maidique, "A high-precision monolithic super-beta operational amplifier," *IEEE J. Solid-State Circuits*, vol. SC-7, pp. 480–487, Dec. 1972.
[4] P. R. Holloway, "A high-yield, second generation 10-bit monolithic DAC," to be published in the *IEEE J. Solid-State Circuits*, Apr. 1977.



Michael P. Timko (M'76) was born in Ames, IA, on July 28, 1947. He received the B.S. and M.S. degrees from the Massachusetts Institute of Technology, Cambridge, in 1970.

Except for two intervening years in the U.S. Air Force, he has worked for the Semiconductor Division of Analog Devices (formerly Nova Devices), Wilmington, MA, since 1970, where he is a Senior Design Engineer.

Mr. Timko is a member of Tau Beta Pi, Eta Kappa Nu, and Sigma Xi.

TAB 19

EXHIBIT 6

222    IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-8, NO. 3, JUNE 1973

# A Precision Reference Voltage Source

KAREL E. KUIJK

*Abstract*—With increasing temperature the base-emitter voltage of a transistor with a constant current decreases, while the difference in base-emitter voltages of two identical (integrated) transistors having a constant current ratio increases.

From the sum of the two voltages a nearly temperature-independent output voltage is obtained if this sum equals the gap voltage of silicon.

A reference voltage source of 10 V based on this principle is described. The reference part of the circuit is an integrated circuit, and thin-film resistors with a small relative temperature coefficient are used. An operational amplifier and a few resistors and capacitors complete the circuit.

The source has a parabolic temperature characteristic and the temperature peak can be controlled by resistor adjustment.

A change of ± 10 K in respect to the peak temperature causes an output voltage change of −250 μV, while a change of ± 30 K causes a change of −2.2 mV. A long-term stability of 10 ppm/month was measured. The circuit can compete with the best available Zener diode sources, and has the added advantage that practically no selection is necessary.

## I. Introduction

AN IDEAL dc reference voltage source should supply an output voltage with a very low temperature coefficient, a great long and short-term stability, a low internal resistance, and should be insensitive to loading. At the present time there are two types of voltage sources, namely the standard cell (saturated and unsaturated) and the Zener diode [1]. Saturated standard cells have a voltage of 1.018 V, stable to within 1 μV/yr. However they have a high temperature coefficient, amounting to −40 μV/K at 20°C. Unsaturated standard cells have a low temperature coefficient of about −5 μV/K, but they have a drift of 20-40 μV/yr. Both cells show temperature hysteresis and cannot be loaded at all.

Zener diodes with a low temperature coefficient are made by placing a Zener diode with a positive temperature coefficient (Zener voltage > 5 V) in series with a diode (negative temperature coefficient). By selection, a temperature coefficient of <5 ppm/K can be obtained. Low long-term drift of <25 ppm/yr is possible by selection that requires measurements over a period of some months [1], [2].

The principle of the reference source described here will be explained with the help of Fig. 1 [3]. In this figure $D_1$ and $D_2$ are integrated transistors, connected as diodes.

It applies

$$I_1 = I_{o1}(\exp (qV_{bo1}/kT) - 1)$$
$$I_2 = I_{o2}(\exp (qV_{bo2}/kT) - 1). \quad (1)$$

On the assumption that the input currents $I_3$ and $I_4$ of the operational amplifier are negligibly small, compared to $I_2$ and $I_1$, the output voltage $V_0$ of the operational amplifier will be

Manuscript received November 2, 1972; revised January 30, 1973.
The author is with the Philips Research Laboratories, Eindhoven, The Netherlands.



Fig. 1. Fundamental circuit.

$$V_0 = V_{bo1} + \frac{R_2}{R_3}\frac{kT}{q}\ln\frac{R_2}{R_1}\frac{I_{o2}}{I_{o1}}. \quad (2)$$

In the case of integrated transistors the ratio of the saturation currents is equal to the ratio of the emitter areas and hence temperature independent. The second term in (2) will consequently increase in proportion to temperature if the resistor ratios $R_2/R_3$ and $R_2/R_1$ are temperature independent [4]. The first term in (2) shows an almost proportional decrease with temperature:

$$V_{bo1} \simeq V_{oo} - CT \quad (3)$$

where $V_{oo}$ is the gap voltage of silicon at 0 K. Hence the output voltage is temperature independent if the temperature dependences cancel each other, in which case the output voltage is [5]

$$V_0 = V_{oo} \quad (4)$$

A more exact calculation of the temperature behavior will now be given. From (1) it follows that

$$V_{bo1} = \frac{kT}{q}\ln\left(\frac{I_1}{I_{o1}} + 1\right). \quad (5)$$

From [6] we have

$$I_o = ATn_i^2\mu_n$$
$$n_i^2 = BT^3 \exp (-qV_{oo}/kT)$$
$$\mu_n = CT^{-n} \quad (6)$$

where $\mu_n$ is the mobility of electrons, $n_i$ the intrinsic carrier concentration, $n$ a parameter depending on the doping level, $V_{oo}$ the linearly extrapolated gap voltage of silicon at 0 K, $V_{oo} = 1.205$ V [6, p. 24], and $A$, $B$, and $C$ are temperature-independent parameters. From (6) it can be deduced that

$$I_o = DT^n \exp (-qV_{oo}/kT), \quad (7)$$

where $D = ABC$ and $\eta = 4 - n$.

Substitution of (5) and (7) in (2) on the assumption that the output voltage is temperature independent at $T = T_0$, after a few calculations gives

$$V_0 = V_{oo} + (\eta - 1)\frac{kT}{q} - (\eta - 1)\frac{kT}{q}\ln\frac{T}{T_0}. \quad (8)$$

Writing $T = T_0 + \Delta T$, one finds as a good approximation, if $\Delta T/T_0 \ll 1$, that

$$V_0 = V_{g0} + (\eta - 1)\frac{kT_0}{q} - \tfrac{1}{2}(\eta - 1)\frac{kT_0}{q}\left(\frac{\Delta T}{T_0}\right)^2. \quad (9)$$

This means that the output voltage is theoretically a parabolic function of temperature. The output voltage at $T = T_0$ is equal to

$$(V_0)_{T_0} = V_{g0} + (\eta - 1)\frac{kT_0}{q} \quad (10)$$

Using the curves in [6, p. 39, 41] it can be deduced that $n \simeq 1.8$ at the normal base doping level of $5.10^{16}$ atoms/cm³, hence $\eta \simeq 2.2$. If this value is substituted in (10), together with $V_{g0} = 1.205$ V, we find $(V_0)_{300\text{ K}} = 1.236$ V. A temperature shift of $\Delta T = 30$ K should give an output voltage change of $-156\ \mu$V.

In the next section it will be shown that the value of $(V_0)_{300\text{ K}}$ is in agreement with the measurements, but that the curvature of the measured parabola differs from the one found with the theory given previously.

## II. CIRCUIT CONSIDERATIONS AND TEMPERATURE MEASUREMENTS

Owing to a few sources of error, the circuit of Fig. 1 is not directly useful in practice. One of the major sources of error is the voltage drift of the operational amplifier, at least if this is not a special one chosen for low drift. This voltage drift will cause a shift of the parabolic temperature curve. The influence of the voltage drift can be reduced by the insertion of more diode pairs and a low drift preamplifier, as was done in the practical solution (Fig. 2), where 8 diode pairs and a preamplifier stage plus emitter followers were integrated.

This circuit is expected to have a parabolic temperature dependence, with a peak at $T_0 = 300$ K if the output voltage is $8 \times 1.236 = 9.888$ V. If the temperature should vary $\pm 30$ K, an output voltage change of $8 \times -156 = -1248\ \mu$V is expected, according to the calculations in the previous section.

From the measurements it was found that the temperature dependence is parabolic with a peak at $T_0 \simeq 300$ K if the output voltage is $(V_0)_{T_0} = 9.880$ V. The spread of the peak temperature, measured on 31 samples, is given in Fig. 3. A temperature change of $\pm 30$ K, however, gives an output voltage change of about $-2.2$ mV. From these values $V_{g0}$ and $\eta$ can be calculated using (9), which gives $\eta = 3.125$ and $V_{g0} = 1.180$ V. A measured curve and a curve calculated using these values are shown in Fig. 4. These values for $\eta$ and $V_{g0}$ are not in agreement with those reported in the literature. An explanation for the differences has not yet been given.

The previously mentioned figures for $V_{g0}$ and $\eta$ can be used in further calculations. For instance it can be calculated that a shift in the peak temperature of 10 K will correspond to an extra output voltage drift of 49 $\mu$V/K or a shift in peak voltage of 14.7 mV. The measurement given in Fig. 5 shows that a variation of $\pm 15$ mV in peak voltage caused a change in peak temperature of about $+12.5$ and $-9.5$ K, which is in reasonable agreement with this theory. It also can be calculated that resistors should be used with a small difference in temperature coefficients ($\leq 3$ ppm/K) while the absolute temperature coefficient



Fig. 2. Integrated part of the circuit, consisting of 8 diode pairs, a preamplifier stage, and emitter followers.



Fig. 3. Spread of the peak temperature, measured on 31 samples.



Fig. 4. Measured and calculated temperature curve using the empirically found values of $V_{g0}$ and $\eta$.



Fig. 5. Temperature behavior of a sample at three different output voltages.







B154

224                                                                                              IEEE JOURNAL OF SOLID-STATE CIRCUITS, JUNE 1973



Fig. 6. Complete circuit of the reference voltage source.



is far less important. A thin-film resistor network is very suitable for this purpose. Furthermore it turns out that the input voltage drift of the preamplifier, which is $\leq 2\ \mu V/K$, is still an important source of error, together with extra drift occurring between the rows of diodes. The variations of the peak temperature in Fig. 3 are probably due to this extra drift.

Fig. 6 shows the complete circuit of the reference voltage source, designed so as to make all other drift contributions much smaller than the input voltage drift of the preamplifier. The supply voltage for the preamplifier is derived from the output voltage. The output voltage is adjusted to its nominal value by means of the potentiometer, in which case the nominal temperature behavior occurs.

### III. SETTLING TIME, NOISE, AND STABILITY

With a view to stability and speed of response to fast load variations, the preamplifier is bypassed with a capacitor $C_1$, and a second capacitor $C_2$ equal to $C_1$ is connected to ground. The response of the circuit to fast load variations is now determined by the time constant of the operational amplifier. When a $\mu A741$ operational amplifier is used with a time constant $\tau = 0.32\ \mu s$ ($f_{0\ dB} = 0.5$ MHz), an output voltage variation will have a value equal to 0.1 percent of its initial value after a time $7\tau = 2.2\ \mu s$.

The measurements given in Fig. 7 indicate that a sudden increase in output current of 5 and 10 mA corresponds to output voltage changes of 400 and 600 mV, respectively, which are eliminated in 1.5 and 2.2 $\mu s$. This is in good agreement with the theory.

The LF noise was measured as the difference between two reference sources. Fig. 8 gives the result of a 20-

min measurement in a bandwidth from dc to 0.07 Hz. A noise voltage of 17 $\mu V_{pp}$ was measured that means 9 $\mu V_{pp}$ for each circuit. In a bandwidth from dc to 100 kHz the noise voltage was 100 $\mu V_{pp}$, and in the full bandwidth from dc to 500 kHz it was 200 $\mu V_{pp}$.

To measure the long-term drift, seven randomly chosen circuits, kept at a temperature of $36.6°C \pm 0.8°C$), were compared for a month with a differential voltmeter (J. Fluke, model 881 A). A drift of 10 ppm/month was measured for the worst circuit and of 0 ppm for the best circuit (see Fig. 9), while maximum daily variations of $\pm 2$ ppm around the average value occurred.

### IV. OTHER OUTPUT VOLTAGES

If another output voltage is wanted, for instance 10.000 V, instead of 9.880 V, the method shown in Fig. 10 can be used. It can easily be calculated that

$$V_0' = m\left[ V_{be1}\left\{ 1 + \frac{R_2}{R_3 + R_6\left(1 + \frac{R_2}{R_1}\right)} \right\} + \frac{R_2}{R_3}\frac{kT}{q}\ln\frac{I_{02}}{I_{01}}\frac{R_2}{R_1} \right], \quad (11)$$

under the condition

$$\frac{R_6}{R_4} = \frac{R_2}{R_1}. \quad (12)$$

If

$$\frac{R_2}{R_6 + R_6\left(1 + \frac{R_2}{R_1}\right)} = \alpha, \quad (13)$$

225









Fig. 7. Circuit for the measurement of the settling time and the results of the measurement.

Fig. 8. Circuit for the measurement of the LF noise and the result of the measurement.



Fig. 9. Best and worst results of a long-term drift measurement performed on seven randomly chosen circuits.

(11) can be written as

$$V_0' = m(1 + \alpha)\left[V_{b+1} + \frac{1}{1 + \alpha}\frac{R_2}{R_3}\frac{kT}{q}\ln\frac{I_{02}}{I_{01}}\frac{R_2}{R_1}\right]. \quad (14)$$

If (14) is compared with (2), it is obvious that again a parabolic temperature behavior is found with a peak at $T = T_0$, if

$$(V_0')_{T_0} = m(1 + \alpha)(V_0)_{T_0}. \quad (15)$$

Therefore a peak voltage of 10.000 V at 300 K is obtained with $m = 8$, if $\alpha = 0.012$. This was confirmed by measurements.

## V. SPECIFICATIONS

| | |
|---|---|
| Output voltage (40°C) | 9.880 V (10.000 V is possible). |
| Temperature dependence | 2.2 mV for 60-K change. |
| Long-term stability | <10 ppm/month. |
| Noise: 0.0008–0.07 Hz | 9 μV$_{pp}$. |
| dc–100 kHz | 100 μV$_{pp}$. |
| dc–500 kHz | 200 μV$_{pp}$. |
| Load regulation | 70 μV for 5-mA variation. |
| Settling time | 1.3 μs for 5-mA load variation; 2.2 μs for 10-mA load variation. |
| Supply voltage | 13–30 V. |



B156

226

IEEE JOURNAL OF SOLID-STATE CIRCUITS, JUNE 1973



Fig. 10.  Proposed method to obtain other output voltages.

Supply voltage sensitivity    $1 \ \mu V/V$.
Output current                10 mA continuous.
Supply current                2.3 mA.
  (unloaded)

## VI.  Conclusions

The adjustable reference source described, which supplies a voltage of about 10 V, has a parabolic temperature dependence with a drift of about 2.2 mV over 60 K. The circuit has low-noise, good long-term stability, good rejection of supply voltage variations, and a small time constant for load variations. The performance of the circuit can be compared with the best available Zener diode sources, and has the added advantage that practically no selection is necessary.

### Acknowledgment

The author wishes to thank J. H. J. Kokenberg for the careful execution of nearly all measurements.

### References

[1] E. Hineman and J. Roberson, "Solid state voltage references," *Instrum. Contr. Syst.*, pp. 133–135, Mar. 1971.
[2] R. P. Baker and J. Nagy, Jr., "An investigation of long-term stability of Zener voltage references," *IEEE Trans. Instrum.*, vol. I-9, pp. 220–231, Sept. 1960.
[3] D. F. Hilbiber, "A new semiconductor voltage standard," in *ISSCC Dig. Tech. Papers*, 1964, pp. 32–33.
[4] C. M. Hart and C. Mulder, "An all-silicon timing circuit for automatic cameras," *Microelectron. Rel.*, vol. 9, pp. 335–340, 1970.
[5] R. J. Widlar, "New developments in IC voltage regulators," *IEEE J. Solid-State Circuits*, vol. SC-6, pp. 2–7, Feb. 1971.
[6] S. M. Sze, *Physics of Semiconductor Devices.* New York: Wiley, 1969, pp. 27, 39, 41, 269.

Karel E. Kuijk was born in Deventer, The Netherlands, on November 16, 1940. He received the Ir. degree in electrical engineering from the Technical University of Eindhoven, Eindhoven, The Netherlands, in 1964.

Since 1965 he has been working in the Philips Research Laboratories, Eindhoven, The Netherlands, on circuit design for instrumentation. He has patents pending in the areas of triangular wave generation and linear integrated circuits.





# n-Channel Ion-Implanted Enhancement/Depletion FET Circuit and Fabrication Technology

## LEONARD FORBES

*Abstract*—n-channel enhancement/depletion technology and circuits are described. The threshold voltage adjustment to form the enhancement- and depletion-mode devices are achieved by ion implantation. This allows optimization of the performance and circuit density. The calculated and experimentally observed speed-power product is 10 pJ/pF with a single +5-V power supply.

Inversion of the field region on the high resistivity p-type substrate is completely eliminated by the use of an implanted field shield.

## Introduction

DEPLETION-MODE FET load devices can give a two- to tenfold improvement in the speed-power product of FET circuits in comparison to linear load resistors or saturated mode FET load devices [1], [2]. A depletion-mode device is normally ON and acts almost like a constant current source charging the

Manuscript received October 11, 1972; revised January 2, 1973. The author was with the IBM Components Division, Manassas, Va. He is now with the Department of Electrical Engineering, University of Arkansas, Fayetteville, Ark. 72701.

load capacitance during the period of time when the output voltage is rising. The speed-power product improvement is due to the fact that the load capacitance is charged by a constant current source rather than a linear or nonlinear load resistor.

This report describes an n-channel FET technology and circuits that employ enhancement-mode switching devices and depletion-mode load devices. The threshold voltage adjustments to form the enhancement- and depletion-mode devices on the same silicon chip are achieved by ion implantation. Ion implantation allows the threshold voltages to be adjusted so as to optimize the performance and circuit density. A single +5-V power supply is used to make the circuits compatible with the standard transistor–transistor logic (TTL) bipolar circuits. Field inversion on the high resistivity p-type substrate is completely eliminated by the use of an ion-implanted field shield.

The following sections will describe the device design,

TAB 20

# EXHIBIT 7

IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-18, NO. 6, DECEMBER 1983
707

# A Monolithic Conditioner for Thermocouple Signals

A. PAUL BROKAW, SENIOR MEMBER, IEEE

*Abstract*—The subject of this paper is a monolithic signal conditioner for direct thermocouple input which provides gain, common mode signal rejection, and cold-junction compensation. It provides 50 to 1 ambient temperature rejection and a nominal 10 mV/°C output range. It operates on as little as 800 µW, provides a thermocouple fault alarm, and has provision for use as a set-point feedback controller, in addition to its signal measurement capability. The circuit is fabricated on a standard linear IC process and uses laser-wafer-trimmed thin-film resistors to achieve 1°C temperature calibration.

## Introduction

THERMOCOUPLES are widely used for temperature measurement. Their popularity is due to their adaptability, low cost, ruggedness, ready availability, and the large temperature ranges over which they are effective. They are used in many industrial, commercial, and scientific applications despite certain complications of their use.

These complications arise from the fact that thermocouples measure only temperature differences and that the signal is intrinsically at a relatively low level. Unlike passive temperature sensors, which often give an absolute temperature measurement, the thermocouple is an active sensor which depends on a temperature difference to produce an output signal. The temperature measurement is inferred from a pre-established relationship between the thermocouple output voltage and the test temperature compared to a standard reference temperature. Although any convenient temperature may be used as a reference, careful and extensive measurements have been made to relate common thermocouple types to the water icepoint. This is a convenient standard due to its reproducibility under laboratory conditions. It is not very convenient for direct use in the field.

The thermal EMF associated with ordinary thermocouple types is quite low when compared to other interfering signals commonly present in the field. The output of a common $J$ type thermocouple is only about 52 µV/°C around room temperature.

The integrated circuit which is the subject of this paper addresses both of these problems. It provides a correction signal to compensate for the use of an ambient temperature reference rather than one at ice temperature. It also ampli-

Manuscript received May 9, 1983; revised August 25, 1983.
The author is with Analog Devices Semiconductor, Wilmington, MA 01887.

fies the corrected signal to a more convenient level of about 10 mV/°C, and provides a differential input channel, with common mode signal rejection, for the thermocouple input. A fault alarm output is included on the chip which is configured to provide a variety of convenience features.

## Functional Description

Fig. 1 is a combined block diagram and pin configuration for the conditioner IC. The preamplifier on the left is a "floating" or in-amp type differential stage. It is intended to be the input from a thermocouple loop which uses the local temperature as its reference. The IC is intended to be at the local temperature also, and the ice point compensation section produces a voltage equal to the deficiency in the locally referenced thermocouple loop. This signal is applied to a second preamplifier, made identically to the first one, and the combined outputs of the preamplifiers drives a main amplifier. The output from the main amplifier is, typically, connected to a feedback circuit which fixes the gain for the combined signal. The compensation voltage is scaled to equal the voltage which would be produced by an ice bath referenced thermocouple measuring the IC temperature. When this signal is added to the locally referenced loop voltage the sum corresponds to the loop voltage which would result from an ice point reference.

When the main amplifier is unable to balance its input, by way of the feedback connection, an input overload results. This condition is detected and drives a current limited n-p-n transistor which can be used in a variety of configurations to signal an alarm. This response will be triggered by an open circuit at either or both of the in-amp inputs when no return path is provided for amplifier input current.

Several of the internal temperature controlled voltages are made available along with nodes of the feedback circuit. These access points permit the calibration of the circuit to be adjusted. These adjustments may range from optimization "tweaks" to complete recalibration for thermocouples other than $J$ type, which is the calibration as the circuit is manufactured. Power is supplied to 3 pins as $V+$, $V-$, and common. The $V-$ pin may be connected to common when single supply operation is desired. This is the option shown in Fig. 2, a minimum single supply

0018-9200/83/1200-0707$01.00 ©1983 IEEE

708                                                              IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-18, NO. 6, DECEMBER 1983



Fig. 1.  Block diagram of the monolithic circuit combining cold-junction compensation with amplification and including utility features.



Fig. 2.  Basic interconnections for single supply operation.

configuration of the device. In this figure a type *J* thermocouple is shown directly connected to pins 1 and 14. Breaking the thermocouple loop in this way forms an effective reference junction at the temperature of these pins. These pins should be at the same temperature as the active portions of the die. A dotted line connection is shown from the thermocouple to common. This connection should be made as a return path for the in-amp input currents only if the thermocouple is "floating." Frequently, the thermocouple will be "grounded" or have a small common mode potential at the thermocouple junction itself, which can be accommodated by the IC.

The feedback from the main amplifier output is directed to the right-hand preamplifier. It should be clear that this arrangement stabilizes the voltage gain for the ice point compensation signal. What may be less apparent is that it also controls the gain for the left-hand preamp as well. The thermocouple signal applied to this input induces an effective offset in the feedback preamp and so creates a "virtual thermocouple" at its input.

## INSTRUMENTATION AMPLIFIER

The instrumentation amplifier operates by nulling the difference between the outputs of two identical preamplifiers. Their outputs will match when their inputs match so that the circuit which nulls their difference must drive the input which it controls to match the voltage of the one it does not control. The effect is similar to amplifier closed-loop input offsets induced by unbalance in the second stage. In this case the unbalance is provided by an identical input stage so that the induced offset is precisely controlled. For illustrative purposes, the block diagrams indicate that the preamps have a gain *G*. This is not actually the case, since the preamps are nonlinear and nonsymmetrical around zero. Nevertheless, as long as they are well matched and the preamplifiers are sufficiently well behaved, the in-amp will operate as described.

A more detailed, and I hope satisfying, description of the operation is based on Fig. 3. The outputs of two differential preamplifiers are summed, the sum drives a high gain



$$E_0 = A\epsilon_1 = A\{f(x) - f(\beta E_0 - y)\}$$

$$E_0{}^* = \lim_{x - (\beta E_0 - y) \to 0} E_0 = \frac{A\{f(x) - f(\beta E_0 - y)\}}{\{x - (\beta E_0 - y)\}} \quad \{x - (\beta E_0 - y)\}$$

$$E_0{}^* = A\frac{df}{dx} \{x - (\beta E_0 - y)\} \Longrightarrow E_0{}^* = \frac{x + y}{\frac{1}{A\frac{df}{dx}} + \beta}$$

$$\lim E_0{}^* = \frac{x + y}{\beta} \Longrightarrow x - (\beta E_0 - y) = x - \{(x + y) - y\} = 0$$
$$A\frac{df}{dx} \to \infty$$

$$\therefore \lim_{A\frac{df}{dx} \to \infty} E_0{}^* = E_0 = (x + y)/\beta$$

Fig. 3. A model of the in-amp principle.

amplifier, and the output drives one of the preamplifiers by way of an attenuating network.

Note that the lower preamp is labeled $-f(x)$ which means that its output is reversed in sign from the upper one. A signal applied to the upper amplifier will cause a signal $\epsilon_1$ to disturb the input to the main amplifier. This signal will appear amplified at the output and drive the feedback amplifier by way of the $\beta$ network. The change in signal at the feedback amplifier will diminish the error signal $\epsilon_1$. The error will approach zero as the differential feedback signal approaches $X_{in}$, the overall input signal.

If an additional signal $Y$ is applied to the feedback amplifier, its output will change, once again disturbing the main amplifier. The overall output will move in a direction to restore balance at the main amplifier input. The balance will be restored when the differential feedback input equals $X_{in}$ so that the signal applied to the lower (+) feedback input will be the sum of $X_{in}$ and $Y$. The output signal required to produce this effect will be magnified by the inverse of $\beta$. The analysis shown as part of Fig. 3 supports the hand waving argument and helps to illustrate the constraints on the amplifying $f(x)$. The output signal is expressed algebraically as the result of factors including the output. A dummy variable $E_0{}^*$ is defined as the limit of $E_0$ as the difference between the differential amplifier input and the feedback amplifier input becomes small. Multiplying and dividing by this difference leaves $E_0{}^*$ unchanged, but alters the form of the expression to include the derivative of $f(x)$.

In order to proceed with the analysis $df/dx$ must exist as the limit of $(f(x) - f(BE_0 - Y))/(x - (BE_0 - Y))$. This constrains the preamp function $f(x)$ to be continuous and differentiable at every point of intended operation.

Since $E_0{}^*$ is the limiting case of $E_0$, the expression can be manipulated algebraically to yield the result on the right of the third line. This should be recognizable as one of the usual forms for a feedback amplifier response. Taking the limit as the gain factor $A(df/dx)$ becomes large leads to the usual result, that the dummy variable $E_0{}^*$ is the input variable $(x + y)$ divided by the feedback attenuation $\beta$. Making the gain large forces the limit which causes $E_0{}^*$ to approach $E_0$, so that the actual output is the desired result.

The requirement that $A(df/dx)$ be large everywhere in the operating range implies that $df/dx \neq 0$. This, in turn, requires that $f(x)$ be monotonic.

The requirement that $f(x)$ be continuous, differentiable, monotonic, and have a "large" derivative all just supports the intuitive observation that if the preamps are well matched and have a lot of gain, a little nonlinearity will not hurt. In fact, the circuit actually used for this function is not only nonlinear, but is nonsymmetrical about zero as well.

The applicability of the model of Fig. 3 to the block diagram in Figs. 1 and 2 should be clear. The differential amplifier is the thermocouple input, and the feedback amplifier combines the feedback with the ice-point compensation signal. In practice, the compensation is applied differentially, as distinguished from the single-ended signal $Y$ in Fig. 3. The principle of the "virtual thermocouple" signal which is reflected from the differential signal channel to the feedback input is the same, of course.

## COLD-JUNCTION REFERENCE COMPENSATION

The ice point compensation voltage is intended to simulate the output of a thermocouple loop measuring the temperature of the IC with respect to a reference temperature of 0°C. This voltage will make up the deficiency in the voltage of the actual measurement loop when it is referenced to the IC temperature.

The compensation voltage should be zero at 0°C and should increase with temperature by the same amount as the voltage from the selected thermocouple type.

The ice point, or equilibrium temperature between ice and water, is used as a reference temperature for thermocouple measurements because it is a primary standard which is convenient to produce and near the temperatures which people and instruments find comfortable. Silicon integrated circuits do not exhibit any phase changes or other basis for a primary standard near 0°C or any habitable temperature. They do, however exhibit temperature behavior predictably related to 0 K.

When two matched transistors are operated at different current density their base voltages differ by an amount proportional to absolute temperature (PTAT). This voltage is given by the well-known expression $\Delta V_{BE} = (kT/q)\ln J_1/J_2$ [1].

A second voltage which is dependably temperature sensitive can be derived from the base-emitter voltage of a transistor. This voltage falls, with rising temperature, to

710    IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-18, NO. 6, DECEMBER 1983



Fig. 4.  Ice point compensation from the difference of a PTAT and a CTAT voltage

zero at a temperature related to how the transistor is made and the collector current of the device. If this decline is extrapolated to low temperatures, however, the voltage at zero (absolute) will be nearly independent of how the transistor is made, as long as the collector current function used has zero as its limit at zero and is positive for all other positive transistor temperatures. That is, the temperature behavior of the base–emitter voltage around room temperature can be extrapolated toward a single value at zero. If the collector current is made to be PTAT the voltage intercept at zero will be almost independent of how the transistor is made or of the actual room temperature bias current.

The intercept approximates the extrapolated bandgap voltage. This extrapolated voltage is the complement of a PTAT voltage with respect to the intercept value of the bandgap voltage or is complementary to absolute temperature (CTAT).

Fig. 4 shows a plot of a voltage scaled from the idealized base–emitter voltage and a CTAT voltage tangent to it as in Tsividis [2]. The figure also includes a PTAT voltage proportional to the $\Delta V_{BE}$ of transistors operated at different current density. These voltages are assumed to have been adjusted relative to one another, so that they are equal to 0°C, making their difference zero. They have also been scaled, together, so that their difference at temperatures other than 0°C will closely approximate the voltage of an ice referenced thermocouple measuring the temperature of the transistors [3].

In practice, the desired voltage is a nonlinear function of temperature. The PTAT and CTAT voltages are adjusted so that their difference gives the best fit to the desired thermocouple characteristics over the intended operating temperature range.

The two voltages from which the temperature compensation is derived are developed by the four transistors shown in Fig. 5. Once this circuit has been "started," the current $i_2$ driving $Q_4$ will equal $i_1$, the current output of $Q_3$. This current drives the base of $Q_3$ positive and thereby turns on

$Q_2$. As the base voltage of $Q_2$ rises, the collector current increases until an equilibrium is reached with $Q_2$ sinking most of $i_2$. Neglecting base currents, the base voltage of $Q_2$ will stabilize at a voltage determined by $i_2$ in its collector. Since $i_2$ also flows in the diode connected $Q_4$, its base–emitter voltage will equal that of $Q_2$. In fact, the base–emitter voltages of $Q_2$, $Q_3$, and $Q_4$ are all equal since the current mirror causes them to operate at equal current density. The same current also flows in $Q_1$, but since $Q_1$ has double the emitter area it has half the current density of the others. This lowers its base–emitter voltage by the amount $(kT/q)\ln 2$. With these voltages established, the various node voltages can readily be determined. Call the base–emitter voltage common to the three transistors $V_B$, then the base of $Q_2$ is at $V_B$, the base of $Q_3$ is "up" one more at $2V_B$. The drop of $Q_4$ reduces the base voltage of $Q_1$ to $V_B$ again. And, since the base–emitter voltage of $Q_1$ is $(KT/q)\ln 2$ less than $V_B$, that must be its emitter voltage. Note that this result does not depend upon the current $i_1$, and, incidently, it does not actually require $i_2$ to equal $i_1$, as long as base currents are neglected.

The base voltage of $Q_3$ is just $2V_{BE}$, so that it can easily be scaled down to make a small CTAT voltage. The voltage at the emitter of $Q_1$ is PTAT since it depends only on $KT/q$ and the emitter area ratio. The resistor from this point to common establishes $i_1$ and $i_2$ which are, of course, both PTAT. This assures that the CTAT voltage will have the desired form.

CONNECTING THE PIECES

A diagram combining simplified circuits of the instrumentation amplifier and ice point compensation is shown in Fig. 6. The four transistors making up the temperature compensation are at the lower left with the associated current mirror shown above. The current mirror establishes the amplifier bias as well as the compensation bias. The split collector p-n-p $Q29$ dispenses equal current to the two identical input stages. The thermocouple input stage consists of a current mirror, shown as $Q13$ and $Q14$, which is driven by two p-n-p emitter followers $Q34$ and $Q35$. When the differential input is zero, the mirror "reflects" the output of $Q29$ directly to the base of $Q41$. This transistor is a voltage gain stage which drives the output by way of the complementary buffer $Q18$ and $Q44$.

A differential voltage applied to $Q34$ and $Q35$ by way of device pins 1 and 14 will unbalance the n-p-n mirror changing the current driving $Q41$. Assuming that the collector current of $Q37$ balanced that of $Q14$ before the input disturbance, the change will cause the output at pin 9 to change. In normal operation, pins 8 and 9 are joined so that this change drives the base of $Q32$. A second current mirror, $Q7$ and $Q8$, is energized by $Q29$ and controlled by $Q32$ and $Q33$ in the same way as the thermocouple input at pins 1 and 14. The feedback from the amplifier output to the base of $Q32$ will unbalance this second mirror and change the current driving the p-n-p mirror consisting of $Q36$ and $Q37$. This will continue until the output current



Fig. 5.  A cross-connected transistor quad provides CTAT voltage in the form of $2V_{BE}s$ and PTAT voltage from the difference of $V_{BE}s$.



Fig 6.  Simplified schematic of the amplifier-compensator combination.

of $Q37$ has changed sufficiently to balance the changed output of $Q14$. When this balance is reestablished, the output will remain at its new value.

The output required to balance a given thermocouple input signal is, of course, the voltage required to produce an equal offset between the bases of $Q32$ and $Q33$. The attenuation of the feedback network is selected to give it a desired gain, which is about 200.

In order to establish the proper voltage across the feedback input, the amplifier must develop the voltage with respect to whatever signal is at the base of $Q33$. This voltage is a fraction of the PTAT voltage at $Q1$'s emitter and is about 8 mV at room temperature. As this voltage changes with temperature, a corresponding and amplified change is required at the amplifier output to maintain the difference voltage between the bases of $Q32$ and $Q33$.

Moreover, the open-loop voltage at the base of $Q32$ is not zero, so that an output signal is generated by this voltage as well. The open circuit voltage is a fraction of the CTAT voltage from the base of $Q3$ selected to equal the voltage at the base of $Q33$ when the IC temperature is 0°C, or, more accurately, to be just slightly above that voltage so that the amplifier output is required to be zero as it balances the feedback amplifier in the presence of the common mode potential on the difference network.

The ratios of $R50$ to $R51$ and $R52$ to $R53$ are selected to scale the PTAT and CTAT signals so that the open circuit voltage applied to the feedback amplifier will be zero at 0°C. The value of $R54$ is selected to work against $R53$ and $R52$ to give the desired gain. These five resistors are all provided with trimming tabs so that their values can be adjusted with a laser. By trimming these resistors we can

Case 1:06-cv-00346-GMS     Document 66-5     Filed 06/29/2007     Page 15 of 41

712

IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-18, NO. 6, DECEMBER 1983

TABLE I
TYPICAL PERFORMANCE CHARACTERISTICS

| | |
|---|---|
| **Temperature** | |
| Calibration (includes V$_{OS}$) | ±1°C |
| Ambient Rejection (includes V$_{OS}$ drift) | 50°F |
| Nominal Scale Factor | 10mV/°C |
| **Electrical** | |
| Gain | 192.3 |
| Input Bias Current | 50nA |
| Common Mode Range | V$_S$ − 3V to − V$_S$ − 0.2V |
| Common Mode Sensitivity | 0.4°C/V |
| Power Supply Sensitivity | 0.2°C/V |
| Power Supply Current | 160μA |
| Power Supply Voltages | +5 to ±V$_S$ = 30V |
| **Fault Alarm** | |
| V$_{CE(SAT)}$ at 2mA | 150mV |
| Short Circuit Current | 25mA |

do more than tweak the errors in temperature calibration due to fabrication tolerances. We also "swallow" the offset and drift of the instrumentation amplifier by active trimming the temperature calibration using the amplifier. This overcomes the problem of the need for postassembly calibration which is common in discrete component systems.

## PERFORMANCE OF THE CIRCUIT

After temperature calibration, by trimming one or more of $R51$ through $R54$, the circuits are characterized by performance like that shown in Table I. The characteristics are separated into those related directly to temperature calibration and those which are primarily electrical.

The temperature calibration includes the effects of the in-amp input offset voltage, and the ambient rejection includes the amplifier drift. Ambient rejection is the ratio of ambient temperature change to indicated temperature with the measurement thermocouple maintained at a fixed temperature. This ratio is an indication of how well the ice point compensation voltage would match the voltage produced by an ice bath referenced thermocouple over the ambient temperature range. The rejection indicated in the table is averaged over the 0 to 50°C range.

The nominal scale factor is actually related to the electrical gain and the actual scale factor changes due to nonlinearity in the thermocouple. Its room temperature nominal value is listed as a convenience.

The amplifier gain is, of course, the amount by which the compensated signal from the thermocouple loop is amplified. This fixed gain permits the signal conditioner output to be correlated with thermocouple temperature by the use of a standard thermocouple table.

A slight complication arises in this regard due to the nonlinearity of the hypothetical thermocouple reference loop. Since the ice point compensation is approximately linear and the thermocouple characteristic is not, the temperature coefficient of the compensation is adjusted to give a minimum error around "room temperature" and to have the best possible absolute calibration at 25°C. An ideally trimmed device will be correct when indicating the temperature of a 25°C thermocouple and slightly in error at 0°C. This means that a small, predictable, zero offset as well as

the gain factor must be accounted for in determining the thermocouple temperature from the output voltage of the signal. The zero offset is about 23 μV. This effect is comprehended by an equation used to relate the circuit output to the compensated input voltage, so that a standard table of thermocouple voltages can be used. The implied compensated input voltage is given by (output voltage)/192.3) −23 μV.

Other electrical parameters of general interest are listed in Table I. Because the amplifier input stage is made with p-n-p followers, the amplifier will continue to operate even though the inputs may be slightly more negative than the $V-$ power supply. This is a useful feature in single supply operation with $V-$ terminal returned to common. In this case, it is still possible to ground either side of the thermocouple and accommodate both negative signals and a small amount of common mode noise which may be present.

Since the circuit operates at fixed closed-loop gain, the common mode and power supply sensitivities can be referred to the output and expressed in terms of the nominal temperature scale factors. The sensitivities in the Table indicate the typical worst performance over a small range. Performance over a larger range is usually better than might be inferred from linear extrapolation of these numbers. The initial calibration remains, typically, within ±0.5°C over a wide range of supply voltages.

Since the operating current is about 160 μA, the entire circuit can operate on about 800 μW. As a result, self heating is minimized and contributes less than 0.1°C error under this circumstance.

The power supply range is quite flexible and will be described more completely in the following section. The fault alarm output is made to sink at least one TTL load and is protected by current limiting to about 25 mA. Its function will also be described more completely.

## MORE DETAILS

It will be apparent to the experienced reader that the circuit of Fig. 6 will not likely yield the performance shown in Table I. A complete schematic diagram of the signal conditioner circuit is shown in Fig. 7. The similarity to Fig. 6 should be apparent, in particular since the same part numbers have been used wherever possible. Most of the complication results from improvements to the various current mirrors used so extensively in both biasing and signal paths. Additional features, not shown in Fig. 6, include output current limiting and the details of the alarm circuit.

The alarm output transistor is $Q21$, which has its collector and emitter available at pins 12 and 13. A small resistor in series with the emitter is used by $Q20$ to sense the output current. This transistor turns on at high output currents and steals away the limited current drive to the base of $Q19$. The Darlington connected $Q19$ drives the base of $Q21$ in response to collector current from either of $Q39$ or $Q42$. These transistors are off in normal operation, but

B164

713



Fig. 7.  Schematic diagram of the complete thermocouple signal conditioner.

turn on in case of input overload. If pin 14 is open circuited, the collector current of $Q16$ drops to zero and the collector of $Q37$ will swing positive until it is caught by the emitter of $Q39$. It will then deliver its output current to $Q39$ which will convey it to the base of $Q19$.

Alternatively, if pin 1 is opened while pin 14 is within the common mode range, the collector current of $Q16$ will become large driving the base of $Q40$ and, hence of $Q41$ and $Q42$, negative. When $Q42$ goes sufficiently negative it will divert from $Q31$ the current produced by $Q29$. This current will then drive $Q19$ and the alarm output.

The errant emitter shown on $Q21$ is to indicate an emitter dot used as an inverted mode collector. If the $-ALM$ pin (13) is grounded, for instance, and $+ALM$ pin (12) is open, the output current limit transistor $Q20$ will not operate. The alarm drive currents could cause $Q19$ to draw excessive supply current. The function of the inverted collector is to steal base drive from $Q19$ as $Q21$ is driven hard into bottom, and thereby limit the current delivered by $Q19$ to the base of $Q21$.

An output overload on $Q18$ will be limited by $Q17$ sensing voltage produced by load current in $R60$ and stealing base drive from $Q18$. In this case, the feedback signal will fail to go sufficiently positive, lowering the output of $Q10$ and allowing the base of $Q40$ to go negative. As a result of voltage developed across $R59$, $Q42$ will steal the drive from $Q29$ to the thermocouple input stage. This

will reduce the collector current of $Q16$ and limit the current from $Q41$ which $Q17$ is required to sink.

When $V-$ at pin 7 is connected to common at pin 4, pulldown current for the output is provided only by the load and the feedback resistor. If a negative supply is connected, current from $Q12$ can drive the Darlington pair $Q43$ and $Q44$. These transistors will supply current to drive a grounded load negative. Safe current limiting results from high injection $\beta$ falloff combined with the small current available from $Q12$.

Closed-loop frequency stabilization is provided by $C70$ in a conventional pole-splitting configuration. Its value is selected to provide adequate stability margin for the maximum anticipated signal which produces maximum input stage $g_m$. An additional capacitance, $C71$, reduces the effect of the right plane zero. This characteristic is inherent in the pole-splitting scheme, and is made troublesome by the limited bandwidth of the lateral p-n-p amplifier stages.

The cross-connected n-p-n quad and current mirror arrangement shown in Fig. 5 and 6 has a stable "off" state. To ensure turn on a pinched epitaxial FET, $Q49$ is used to start this loop. The FET is subject to wide variations in gate–source voltage as a function of negative supply. Its maximum current must not exceed the nominal output of the current mirror, so a large base pinch resistor $R68$ is used in the source lead to minimize variations in drain current.

714                                                           IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. SC-18, NO. 6, DECEMBER 1983



Fig. 8.  Powering options to accommodate a full range of thermocouple signals from available power.

## FEATURES OF THE CONFIGURATION

This thermocouple signal conditioner circuit is designed to be used as a component in a variety of applications. The basic functions are arranged and pinned out for maximum flexibility. Many applications involve measuring temperatures from about 25°C to a few hundred degrees. The circuit has been designed to operate from a single power supply as low as 5 V for ease of use in these applications.

If negative temperature indication is required, the amplifier can be supplied with a negative voltage permitting it to drive the output negative. Larger positive supply voltage will be required for greater positive temperature range and the circuit is designed to use virtually any supply voltages with a combined maximum of 36 V, the nominal limitation of the bipolar process used. This flexibility is shown in Fig. 8.

The alarm transistor can be used as a current limited switch to drive loads either positive or negative. The only constraints on its application are that its available terminals must not be made more negative than $V-$, the collector to $V-$ voltage should not exceed 36 V, and the emitter voltage should be constrained to about 4 V below $V+$. It can be used as an open collector logic output, LED driver, relay driver, and so forth.

An important use of the circuit is facilitated by the external connection of the feedback resistor to the output. This arrangement permits the circuit to be used as the temperature comparator in a set-point controller. The feedback resistor can be driven with a voltage which corresponds to the normal output indication for a desired temperature. The open-loop output voltage will then switch from low to high as the temperature of the measurement thermocouple is increased through the selected temperature. This behavior can be used as the basis for a set-point

temperature controller of the kind shown in Fig. 9.

## PHYSICAL DESIGN

The physical arrangement of the circuit is shown in the die photograph of Fig. 10. The electrical design of the chip is made to minimize self-heating effects. Since the circuit may be required to drive a load, however, the potential for thermal feedback exists. Self heating can produce two types of error. First is the obvious error which results if the chip temperature is higher than the actual "cold" or reference junction of the thermocouple loop. The magnitude of this error is related to the actual chip to ambient temperature difference.

A second error can result from temperature differences on the chip. The two differential amplifier stages are required to match for linear operation, as shown in Fig. 3. Temperature difference between them produces a mismatch of 2 or more millivolts per degree. This will result in an error of about 40° for a temperature difference of 1°. The two input stages are positioned on opposite sides of the midline at the extreme left of the chip. The two output transistors, $Q18$ and $Q44$, are positioned on this line at the right of the chip. As a result, the corresponding elements of the two amplifier input stages are on isothermal lines with respect to the output.

The split collector p-n-p which biases the input stages is made to straddle the midline and the current mirror transistors are also placed on isotherms.

The four transistors of Fig. 5 which make up the cold-junction compensation are at the lower left center. Their emitters are positioned so that first order effects of gradients cancel.

Surrounding the temperature correction circuit are the five trim resistors which are designed to minimize sensitiv-



Fig. 9   Pin option feedback makes simple set-point controller.



Fig. 10.   Photograph of the 59×90 mil² monolithic die.

ity of their ratios to photolithographic variations. As a result, a minimum of actual trimming is required.

The two large resistors at the upper left provide some measure of input overdrive protection in the difficult to control industrial environment.

## Conclusions

The component described here is the first monolithic circuit to combine cold-junction compensation with an instrumentation amplifier for thermocouple signal condi-

tioning. It is an effective and practical low-cost solution to many measurement and control problems.

### ACKNOWLEDGMENT

I want to specially acknowledge the contributions of B. Gilbert whose unpublished "ADS-AMP" idea was the inspiration for the amplifier in this circuit, and B. Dobkin who first tantalized both Barrie and me with the "crossed-quad PTAT maker."

### REFERENCES

[1] M. P. Timko, "A two-terminal IC temperature transducer," *IEEE J. Solid-State Circuits*, vol. SC-11, pp. 784–788, Dec. 1976.
[2] Y. P. Tsividis, "Accurate analysis of temperature effects in $I_c - V_{BE}$ characteristics with application to bandgap reference sources," *IEEE J. Solid-State Circuits*, vol. SC-15, pp. 1076–1084, Dec. 1980.
[3] G. C. M. Meijer, "Integrated circuits and components for bandgap references and temperature transducers," dissertation, Electron. Res. Lab., Dep. Elec. Eng., Delft Univ. Technol., Delft, The Netherlands, Mar. 18, 1982, pp. 38–44.
[4] J. S. Bugler, "Silicon xter biasing for linear collector current temperature dependence," *IEEE J. Solid-State Circuits*, vol SC-2, pp. 57–58.



A. Paul Brokaw (M'73–SM'82) was born in Minneapolis, MN, in 1935. He received the B.S. degree in physics from Oklahoma State University, Stillwater, in 1962.

During 1962 and 1963 he developed spacecraft experimental packages at Labko Scientific Inc. In 1963 he joined the Technical Staff of Arthur D. Little Inc., where he worked as an Electronic Circuit Designer and Consultant to government and industry. After six years at ADL he joined the design staff of Communication Technology Inc., where he developed standard products and produced contract designs for telecommunication suppliers. In 1971 he started at Nova Devices Inc., now the Semiconductor Division of Analog Devices Inc., Wilmington, MA, where he developed linear integrated circuits and is now a Division Fellow. He is the author of numerous technical articles, three of which have appeared in the IEEE JOURNAL OF SOLID-STATE CIRCUITS. Several of his 21 electronic patents relate to the design of integrated circuits.

# A Monolithic High-Speed Sample-and-Hold Amplifier for Digital Audio

RUDY J. VAN DE PLASSCHE AND HANS J. SCHOUWENAARS

*Abstract* —A monolithic high-speed sample-and-hold amplifier is described which has an acquisition time of 1.5 µs to 0.001 percent for a 10 V step and an aperture uncertainty of less than 0.5 ns. Distortion is 0.001 percent over the audio band, while in an A/D and D/A converter loop a signal-to-noise ratio better than 90 dB is measured. Chip size is 1.5×2.5 mm².

## INTRODUCTION

IN high-resolution A/D converter systems for digital audio, the sample-and-hold amplifier is the crucial part. Overall system performance, such as dynamic range, distortion, and noise, strongly depends on the sample-and-hold performance. Monolithic versions at reasonable prices have hitherto not been available on the market. This paper describes a sample-and-hold amplifier which meets the digital audio requirements.

The circuit uses high-speed operational amplifiers with new frequency compensation techniques. A specially designed wide-band class-*B* output amplifier is used for the necessary switching operation. The switches are optimized for a low track-to-hold offset step. The whole circuit is made in a standard bipolar technology using double layer metal.

## GENERAL SAMPLE-AND-HOLD AMPLIFIER CIRCUIT

A general sample-and-hold circuit diagram is shown in Fig. 1. The operational amplifier $A_2$ with the capacitor $C_H$ forms the hold function. In the track mode, the resistors $R$ perform a negative feedback and set the gain at $-1$. The amplifier $A_1$ decouples the holding capacitor $C_H$ from the feedback resistor $R$. Furthermore, this amplifier can supply a large amount of current to the holding capacitor to get a small acquisition time [1]. The switch $S_1$ is used to mini-

Manuscript received March 29, 1983; revised August 29, 1983.
R. J. van de Plassche was with Philips Research Laboratories, Eindhoven, The Netherlands. He is now with Philips Research Laboratories, Sunnyvale, Signetics Corporation, Sunnyvale, CA 94086.
H. J. Schouwenaars is with Philips Research Laboratories, Eindhoven, The Netherlands.

0018-9200/83/1200-0716$01.00 ©1983 IEEE

TAB 21

# EXHIBIT 8

# ANALYSIS AND DESIGN OF ANALOG INTEGRATED CIRCUITS

## SECOND EDITION

**PAUL R. GRAY**

**ROBERT G. MEYER**

University of California, Berkeley

**JOHN WILEY & SONS**
New York · Chichester · Brisbane · Toronto · Singapore

B170

Copyright © 1977, 1984, by John Wiley & Sons, Inc.

All rights reserved. Published simultaneously in Canada.

Reproduction or translation of any part of
this work beyond that permitted by Sections
107 and 108 of the 1976 United States Copyright
Act without the permission of the copyright
owner is unlawful. Requests for permission
or further information should be addressed to
the Permissions Department, John Wiley & Sons.

*Library of Congress Cataloging in Publication Data:*

Gray, Paul R., 1942–
    Analysis and design of analog integrated circuits.

    Includes index.
    1.  Linear integrated circuits.    2.   Metal oxide
semiconductors.    3.   Bipolar transistors.    I.  Meyer,
Robert G., 1942–           II. Title.

TK7874.G688   1984           621.381'73         83-17098
ISBN 0-471-87493-0

Printed in the United States of America

10 9 8 7 6 5 4 3 2 1

B171

**124    Bipolar and MOS Integrated-Circuit Technology**

back side of the starting wafer, which will become the isolation regions in the finished circuit. These grooves are about 20 $\mu$ deep for typical analog circuit processing. This step, called *moat etch*, can be accomplished with a variety of techniques, including a preferential etch that allows precise definition of the depth of the moats. Next an oxide is grown on the surface and a thick layer of polycrystalline silicon is deposited on the surface. This layer will be the mechanical support for the finished wafer and thus must be on the order of 200 $\mu$ thick. Next the starting wafer is etched or ground from the top side until it is entirely removed except for the material left in the isolated islands between the moats, as illustrated in Fig. 2.38c. After the growth of an oxide, the wafer is ready for the rest of the standard process sequence. Note that the isolation of each device is accomplished by means of an oxide layer.

### 2.6.2  Compatible Processing for High-Performance Active Devices

Many specialized circuit applications require a particular type of active device other than the *npn* and *pnp* transistors which result from the standard process schedule. These include JFETs for analog switching and low-input-current amplifiers, MOSFETs for the same applications, high-beta ("superbeta") *npn* transistors for low-input-current amplifiers, and high-speed *pnp* transistors for fast analog circuits. The fabrication of these devices generally requires the addition of one or more mask steps to the basic fabrication process. We now describe the more important of these special structures.

*Double-Diffused JFETs.* Junction FETs can be fabricated on the same die with bipolar devices by a number of different techniques. If the base region of a standard bipolar integrated-circuit transistor is used as the channel of the JFET, as in the pinch resistor of Fig. 2.32, the resulting pinch-off voltage is much too high because of the relatively wide channel width of the resulting structure. A narrower-channel double-diffused device can be fabricated on the same die, however, by inserting an additional diffusion in the process as illustrated in Fig. 2.39a. In this process a separate $n^+$ diffusion is used to form the top gate of the JFET. The predeposition for this diffusion is made after the base diffusion. A short diffusion is then performed to partially redistribute these impurities into the wafer, and the standard emitter predeposition and diffusion are then performed. Since the gate predeposition was performed earlier, those impurities diffuse further, resulting in a pinched channel region in the JFET which is narrower than the base of the *npn* transistor. In physical structure, the JFET is conceptually identical to the pinch resistor shown in Fig. 2.32, but usually has different lateral dimensions. Similar structures can be formed by using two separate *p*-base diffusions and a single $n^+$ diffusion.

The resulting JFET structure has a typical pinch-off voltage of from 2 to 5 V, and a gate leakage current in the 10- to 100-pA range. This technique has been widely used to fabricate FET-input operational amplifiers. As an input device in such applications, the structure has several drawbacks. The channel width of the device is quite narrow, and a relatively small variation in conditions during the predeposition and diffusion will result in large variations in the channel width and

the pinchoff voltage. Also, since the bottom gate is more lightly doped than the channel, most of the depletion layer associated with this junction occurs in the lightly doped material, the gate material. As a result, the bottom gate contributes little to the transconductance of the device. Another drawback is the fact that the breakdown voltage from drain to gate is limited to that of an emitter-base junction of a bipolar transistor, or about seven volts. Therefore these devices must be used in an input stage that limits the source-drain voltage applied to the JFETs. The application of these devices in operational amplifier circuits is discussed in Chapter 6.

*Ion-Implanted JFETs.* The drawbacks of the double-diffused structure can be overcome by fabricating the JFET with a sequence of ion implantation steps of the type discussed in Section 2.2.6.[3] A typical ion-implanted JFET structure is shown in Fig. 2.39b. One p-type implantation is used to form the channel, and



Figure 2.39a   Compatible double-diffused JFET structure.



Figure 2.39b   Ion-implanted JFET structure.

B173

**244    Transistor Current Sources and Active Loads**

base recombination current, the percentage change in base current when $V_{CE}$ is changed at a constant $V_{BE}$ would equal that of the collector current, and $r_\mu$ would be related to $r_o$ by a factor $\beta_0$. If this were the case, the effect of $r_\mu$ would be to reduce the output resistance of the cascode current source by a factor of 2 and to affect the Widlar source much less significantly.

In an actual integrated-circuit *npn* transistor, however, only a very small percentage of the base current results from recombination in the base. Since only this component is modulated by the Early effect, the observed values of $r_\mu$ are a factor of 10 or more larger than $\beta_0 r_o$. This means that the feedback resistor has a negligible effect in the *npn* current sources considered so far. For the case of lateral *pnp* transistors, the feedback resistance, $r_\mu$, is much smaller than for *npn* transistors because most of the base current results from base-region recombination. The actual value of this resistance depends on a number of processes and device geometry variables but observed values range from twice to five times $\beta_0 r_o$. Thus for *pnp* transistors, the effect of the feedback resistance can be significant when the base of the transistor is connected to a high incremental resistance.

In considering current sources that give output resistances higher than $\beta_0 r_o$, the effects of $r_\mu$ must be considered, of course. Also, for the cases we have considered so far, the base of the current-source transistor has been returned to a low-impedance point, so that current variations in $r_\mu$ did not change $V_{BE}$. If this is not the case, the variations in the current flowing in $r_\mu$ flow into the base and are amplified by the beta of the transistor, resulting in much larger variations in output current than in the cases we have considered.

### 4.2.3  Wilson Current Source

As is apparent from Fig. 4.7b, current sources that achieve Thévenin equivalent voltages in the thousand-volt range require large numbers of devices. One relatively simple circuit configuration that achieves a Thévenin voltage much larger than the Early voltage is the Wilson configuration[4] shown in Fig. 4.8. This source uses the negative feedback provided by $Q_3$ to raise the output resistance. Furthermore, first-order cancellation of the base currents is achieved with this configuration, making the ratio of the output current to reference current less sensitive to $\beta_F$. The reference current is developed by the resistor, $R$.

From a qualitative standpoint, the difference between the reference current and $I_{C1}$ will flow into the base of $Q_2$. This base current is multiplied by $(\beta_F + 1)$ and flows in the diode-connected transistor, $Q_3$, which causes current of the same magnitude to flow in $Q_1$. A feedback path is thus formed that regulates $I_{C1}$ so that it is nearly equal to the reference current. Note that transistors $Q_1$ and $Q_3$ operate at collector-emitter voltages that are different by only one diode drop, and that transistor $Q_3$ does not experience a variation in collector-emitter voltage when the voltage across the current source is varied. Thus the collector current of $Q_3$ remains very nearly equal to that in $Q_1$, independent of the voltage on the collector of $Q_2$. This implies that the collector current of $Q_2$ remains nearly constant, giving high output impedance.

**Current Sources    245**



**Figure 4.8**  Wilson current source.

For the purposes of dc analysis, we assume that $V_A = \infty$ and that the transistors are identical. The emitter current of $Q_2$ is equal to the collector current of $Q_3$ plus the base currents of $Q_1$ and $Q_3$.

$$-I_{E2} = I_{C3} + I_{B3} + I_{B1} = I_{C3}\left(1 + \frac{1}{\beta_F}\right) + \frac{I_{C1}}{\beta_F} \qquad (4.26)$$

$$= I_{C3}\left(1 + \frac{2}{\beta_F}\right) \qquad (4.27)$$

The collector current of $Q_2$ is then:

$$I_{C2} = -I_{E2}\left(\frac{\beta_F}{1+\beta_F}\right) = I_{C3}\left(1 + \frac{2}{\beta_F}\right)\left(\frac{\beta_F}{1+\beta_F}\right) \qquad (4.28)$$

using (4.27). Rearranging (4.28) we obtain

$$I_{C3} = I_{C2}\left[\frac{1}{\left(1 + \dfrac{2}{\beta_F}\right)\left(\dfrac{\beta_F}{1+\beta_F}\right)}\right] \qquad (4.29)$$

Summing currents at the base of $Q_2$,

$$I_{C1} = I_{\text{ref}} - \frac{I_{C2}}{\beta_F} \qquad (4.30)$$

We assumed in writing (4.26) that the transistors are identical, so that:

$$I_{C1} = I_{C3} \qquad (4.31)$$

B175

**246    Transistor Current Sources and Active Loads**

Inserting (4.29) and (4.30) into (4.31), we find

$$I_{C2} = I_{ref}\left(1 - \frac{2}{\beta_F^2 + 2\beta_F + 2}\right) \qquad (4.32)$$

Thus the output and reference currents differ by only a factor on the order of $2/\beta_F^2$. A small-signal analysis of the circuit, carried out in the same way as in the Widlar source, and neglecting $r_\mu$, gives an output resistance and Thévenin voltage of

$$R_o \approx \beta_0 r_{o2}/2 \qquad (4.33)$$

$$V_{Thev} \approx \beta_0 V_A/2 \qquad (4.34)$$

In the discussion of the simple current source and the Widlar and Wilson circuits, we have concentrated on the problem of obtaining the desired value of output current, which may be small, and on the problem of obtaining high output resistance in the current source. The Widlar circuit is useful for obtaining small output currents, and the Wilson circuit for obtaining high output resistance and low sensitivity to transistor base currents.

Particular circuit design problems frequently require careful control of other aspects of the performance of transistor current sources. For example, the need often arises for the generation of two currents that are equal to as high a degree of accuracy as possible. The ability to produce such matched current sources is usually limited by mismatches in the devices which make up the circuit. This problem is discussed more thoroughly in Appendix A4.1 at the end of this chapter.

A second frequently encountered requirement is that the performance of the integrated circuit be invariant when the power-supply voltage and/or the temperature varies between specified limits. This generally requires that the biasing current sources within the circuit have output currents that are insensitive to variations in power-supply voltage and temperature. The design of bias circuits to achieve these objectives is discussed in Appendices A4.2 and A4.3.

## 4.3  CURRENT SOURCES AS ACTIVE LOADS

In conventional differential amplifiers of the type discussed in Chapter 3, resistors are used as the collector load element as shown in Fig. 3.26. For this circuit, the voltage gain is

$$A_{dm} = -g_m R_C = -\frac{I_C R_C}{V_T} \qquad (4.35)$$

In order to achieve large voltage gain, the $I_C R_C$ product must be made large. This requires both a large power-supply voltage and large values of resistance.

TAB 22

# EXHIBIT 9

*American Heritage Dictionary – Cite This Source*
**short circuit**
n.   A low–resistance connection established by accident or
intention between two points in an electric circuit. The current
tends to flow through the area of low resistance, bypassing the
rest of the circuit.

*(Download Now or Buy the Book)*
*The American Heritage® Dictionary of the English Language, Fourth
Edition*
*Copyright © 2006 by Houghton Mifflin Company.*
*Published by Houghton Mifflin Company. All rights reserved.*

**B178**

**TAB 23**

EXHIBIT 10

# THE
# RANDOM HOUSE
# DICTIONARY
# OF THE
# ENGLISH
# LANGUAGE

## Second Edition

## Unabridged

B180

*Dedicated to the memory of*
*Jess Stein*

COPYRIGHT © 1987, BY RANDOM HOUSE, INC.

First Edition: Copyright © 1983, 1981, 1979, 1973, 1971, 1970, 1969, 1967, 1966, by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without permission in writing from the publisher. All inquiries should be addressed to Reference Department, Random House, Inc., 201 E. 50th Street, New York, N.Y. 10022. Published in the United States by Random House, Inc., and simultaneously in Canada by Random House of Canada Limited, Toronto

*The Random House Dictionary of the English Language* and its abbreviations, RHD, RHDEL, RHD–I, and RHD–II, are trademarks of Random House

Library of Congress Cataloging-in-Publication Data
The Random House dictionary of the English language.
(Random House dictionaries)
1. English language---Dictionaries. I. Flexner,
Stuart Berg. II. Series.
PE1625.R3   1987      423      87-4500
ISBN 0-394-50050-4; 0-394-56500-2 deluxe ed.

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all words or terms in which proprietary rights may exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other proprietary term.

*The Concise French Dictionary,* edited by Francesca L. V. Langbaum, Copyright © 1983, 1954, by Random House, Inc.

*The Concise German Dictionary,* edited by Jenni Karding Moulton, Copyright © 1983, 1959, by Random House, Inc.

*The Concise Italian Dictionary,* edited by Robert A. Hall, Jr., Copyright © 1983, 1957, by Random House, Inc.

*The Concise Spanish Dictionary,* edited by Donald F. Solá, Copyright © 1983, 1954, by Random House, Inc.

Entire contents of the *Atlas,* © Copyright Hammond Incorporated, Maplewood, N.J.

*International Phonetic Alphabet,* courtesy International Phonetic Association.

**B181**

to disparage or underestimate: *Don't sell Tom short; he's really an excellent engineer.* —n. **34.** something that is short. **35.** that which is deficient or lacking. **36.** the sum and substance of a matter; gist (usually prec. by *the*). **37.** shorts, **a.** trousers, knee-length or shorter. **b.** short pants worn by men as an undergarment. **c.** knee breeches, formerly worn by men. **d.** *Finance.* short-term bonds. **e.** *Mining.* crushed ore failing to pass through a given screen, thus being of a larger given size than a specific grade. Cf. **fine** (def. 29a). **f.** remnants, discards, or refuse of various cutting and manufacturing processes. **38.** a size of garment for men who are shorter than average: *He wears a 42 short.* **39.** a garment, as a suit or overcoat, in such a size. **40.** *Mil.* a shot that strikes or bursts short of the target. **41.** *Elect.* See short circuit. **42.** *Pros.* a short sound or syllable. **43.** *Baseball.* shortstop (def. 1). **44.** *Motion Pictures.* See short subject. **45.** *Finance.* See short seller. **46.** a deficiency or the amount of a deficiency. **47.** *Chiefly Brit.* a small drink of straight whiskey; shot. **48.** for short, by way of abbreviation: *Her name is Patricia, and she's called Pat for short.* **49.** in short, **a.** in summary. **b.** in few words; in brief: *In short, this has been rather a disappointing day.* —v.t. **50.** to cause a short circuit in. **51.** to cheat by giving less than is expected or deserved: shortchange. —v.t. **52.** to short-circuit. [bef. 900; ME short (adj.), OE sceort; c. OHG scurz short, ON skortr shortness, scarcity] —short'ness, n.

—Syn. **4.** SHORT, BRIEF are opposed to *long,* and indicate slight extent or duration. SHORT may imply duration but is also applied to physical distance and certain purely spatial relations: *a short journey.* BRIEF refers esp. to duration of time: *brief intervals.* **5.** terse, succinct, laconic, condensed. **6.** curt, sharp, testy. **7.** poor, deficient, inadequate, wanting, lacking. **12.** crumbly. **14.** brachycephalic. —Ant. **3, 4.** long.

**short′ account′,** *Finance.* **1.** the account of a short seller. **2.** See short interest. [1900–05]

**short-age** (shôr′tij), n. **1.** a deficiency in quantity: *a shortage of cash.* **2.** the amount of such deficiency. [1865–70; SHORT + -AGE]
—Syn. **1.** lack, want, scarcity.

**short′ bal′lot,** a ballot containing only candidates for the most important legislative and executive posts, leaving judicial and lesser administrative posts to be filled by appointment. [1910–15]

**short′-billed′ marsh′ wren′** (shôrt′bild′, -bild′). See **sedge wren.** [1870–75]

**short-bread** (shôrt′bred′), n. a butter cookie commonly made in thick, pie-shaped wedges or rolled and cut in fancy shapes. [1795–1805; SHORT + BREAD]

**short-cake** (shôrt′kāk′), n. **1.** a cake made with a relatively large amount of butter or other shortening. **2.** a dessert made of short, sometimes sweetened, biscuit dough baked or split in layers, with a filling or topping of strawberries or other fruit. [1685–95; SHORT + CAKE]

**short-change** (shôrt′chānj′), v.t., **-changed, -chang-ing. 1.** to give less than the correct change to. **2.** to deal with unfairly or dishonestly, esp. to cheat. [1890–95, *Amer.*] —**short′chang′er,** n.

**short′ cir′cuit,** *Elect.* an abnormal, usually unintentional condition of relatively low resistance between two points of different potential in a circuit, usually resulting in a flow of excess current. [1875–80]

**short-cir-cuit** (shôrt′sûr′kit), v.t. **1.** *Elect.* **a.** to make (an appliance, switch, etc.) inoperable by establishing a short circuit in. **b.** to carry (a current) on a short circuit. **2.** to bypass, impede, hinder, or frustrate: *Bad weather short-circuited my vacation plans.* —v.i. **3.** *Elect.* to form a short circuit or become inoperable due to a short circuit. [1870–75]

**short-com-ing** (shôrt′kum′ing), n. a failure, defect, or deficiency in conduct, condition, thought, ability, etc.: *a social shortcoming; a shortcoming of his philosophy.* [1670–80; SHORT + COMING]
—Syn. fault, flaw, failing, weakness.

**short-com-mons** (shôrt′kom′onz), n. (used with a singular v.) *Southern U.S.* a scanty allowance of food.

**short′ con′,** *Slang.* any simple confidence game involving a relatively small amount of money.

**short′ cov′ering,** *Finance.* purchases that close out short sales on stocks or commodities.

**short-cut** (shôrt′kut′), n., v., **-cut, -cut-ting. —n.t. 1.** to cause to be shortened by the use of a shortcut. —v.t. **2.** to use or take a shortcut. [1560–70] —**short′-cut′ter,** n.

**short-cut** (shôrt′kut′), n. **1.** a shorter or quicker way. **2.** a method, procedure, policy, etc., that reduces the time or energy needed to accomplish something. —adj. **3.** constituting or providing a shorter or quicker way: *shortcut methods.* [1560–70; SHORT + CUT]

**short-day** (shôrt′dā′), adj. *Bot.* requiring a short photoperiod. [1915–20]

**short′ divi′sion,** *Math.* division, esp. by a one-digit divisor, in which the steps of the process are performed mentally and are not written down. [1895–1900]

**short′-eared′ owl′** (shôrt′ērd′), a streaked, buffy brown, cosmopolitan owl, *Asio flammeus,* having very short tufts of feathers on each side of the head. Also called *prairie owl.* [1805–15, *Amer.*]

**short-en** (shôrt′n), v.t. **1.** to make short or shorter. **2.** to reduce; decrease; take in, etc.: *to shorten sail.* **3.** to

—Syn. **1.** condense, lessen, limit, restrict, SHORTEN, ABBREVIATE, ABRIDGE, CURTAIL mean to make shorter or briefer. SHORTEN is a general word meaning to make less in extent or duration: *to shorten a dress, a prisoner's sentence.* The other three terms suggest methods of shortening. To ABBREVIATE is to make shorter by omission or contraction: *to abbreviate a word.* To ABRIDGE is to reduce in length or size by condensing, summarizing, and the like: *to abridge a document.* CURTAIL suggests deprivation and lack of completeness because of omitting some part: *to curtail an explanation.* **5.** contract, lessen.

**short-en-ing** (shôrt′ning, shôrt′n ing), n. **1.** butter, lard, or other fat, used to make pastry, bread, etc., short. **2.** *Phonet.* the act, process, or an instance of making or becoming short. **3.** *Ling.* **a.** the act or process of dropping one or more syllables from a word or phrase to form a shorter word with the same meaning; as in *forming piano from pianoforte* or *phone from telephone.* **b.** See clipped form. [1535–45; SHORTEN + -ING¹]

**Shor-tor** (shôr′tor), n. Frank, born 1947, U.S. marathon runner.

**Short′er Cat′echism,** one of the two catechisms established by the Westminster Assembly in 1647, used chiefly in Presbyterian churches.

**short-fall** (shôrt′fôl′), n. **1.** the quantity or extent by which something falls short; deficiency; shortage. **2.** the act or fact of falling short. [1890–95; SHORT + FALL from v. phrase *fall short*]

**short′ field′,** *Baseball.* the area of the infield between third base and second, covered by the shortstop. [1855–60, *Amer.*]

**short′fin corvi′na** (shôrt′fin′). See under **corvina.**

**short′ fuse′,** a quick temper: *A person with a short fuse has to be handled diplomatically.* [1965–70]

**short′ game′, 1.** the aspect of golf considered in relation to the ability of a player to hit medium or short shots, as chip shots, pitch shots, and putts, with accuracy. Cf. long game (def. 1). **2.** a card game in which not all cards in the pack are dealt before play. Cf. long game (def. 2). [1850–55, *Amer.*]

**short-grass** (shôrt′gras′, -gräs′), n. any of several range grasses of short stature, as buffalo grass, prevalent in semiarid regions of the Great Plains. [1835–45, *Amer.;* SHORT + GRASS]

**short-haired** (shôrt′hârd′), adj. (of an animal) having short hair lying close to the body. [1615–25; SHORT + HAIR + -ED²]

**short′ hairs′,** *Slang.* pubic hair. [1925–30]

**short-hand** (shôrt′hand′), n. **1.** a method of rapid handwriting using abbreviations, symbols, or phrases (distinguished from *longhand*). **2.** a simplified or makeshift manner or system of communication: *We spoke in a kind of pidgin shorthand to overcome the language barrier.* —adj. **3.** using or able to use shorthand. **4.** written in shorthand. **5.** of or pertaining to shorthand. [1630–40; SHORT + HAND]



**short-hand-ed** (shôrt′han′did), adj. not having the usual or necessary number of workers, helpers, etc. [1615–25] —**short′hand′ed·ness,** n.

**short′ haul′.** See **haul** (def. 22).

**short-haul** (shôrt′hôl′), adj. of, pertaining to, or engaged in transportation over short distances: *a short-haul trucking firm.* [1925–30]

**short-head** (shôrt′hed′), n. **1.** a brachycephalic person. **2.** a head with a cephalic index of 81 or over. [1890–95; SHORT + HEAD] —**short′head′ed,** adj.

**Short-horn** (shôrt′hôrn′), n. one of an English breed of red, white, or roan beef cattle having short horns. Also called Durham. [1820–30; SHORT + HORN]

**short′-horned′ grass′hopper** (shôrt′hôrnd′), locust (def. 1). [1885–90]

**short-ie** (shôrt′ē), n., adj. shorty.

**short′ in′terest,** *Finance.* the total amount by which a single seller or all sellers are short in a particular stock or commodity or in the market as a whole. Also called short account. [1885–90, *Amer.*]

**short′ i′ron,** *Golf.* a club, as a pitcher, pitching niblick, or mashie, with a short shaft and an iron head the face of which has great slope, for hitting approach shots. Cf. long iron. [1930–35]

**short-ish** (shôr′tish), adj. rather short. [1790–1800; SHORT + -ISH¹]

**short′-laid′** (shôrt′lād′), adj. *Ropemaking.* hard-laid. [1785–95]

**short′loaf pine′** (shôrt′lōf′), **1.** a pine, *Pinus echinata,* of the southern U.S., having short, flexible leaves. **2.** the hard, brownish-yellow wood of this tree, used in the construction of houses, for making furniture, and for pulp. [1790–1800, *Amer.*]

**short′ line′,** a bus or rail route covering only a limited

**short′ or′der,** a dish or serving of food that is prepared upon request at a lunch counter. [1890]

**short-or-der** (shôrt′ôr′dər), adj. **1.** of, pertaining to or specializing in short orders: *a short-order cook.* order diner. **2.** performed or supplied quickly: *De tained a short-order divorce decree.* [1900–05]

**short′ posi′tion,** *Finance.* See **short interest.**

**short-range** (shôrt′rānj′), adj. having a limit tent, as in distance or time: *a short-range shot; a range plan.* [1865–70]

**short′ rate′,** *Insurance.* a charge, proporti higher than the annual rate, made for insurance or continued in force by the insured for less th year.

**short′-run** (shôrt′run′), adj. happening or pr for a short period of time: *a short-run motion* [1935–40]

**short′ sale′,** an act or instance of selling who sells short: —**short′ sell′ing.**

**short′ sell′er,** *Finance.* a person, as a spec who sells short: —**short′ sell′ing.**

**short-sheet** (shôrt′shēt′), v.t. **1.** to fold and f the top sheet of (a bed) so that it simulates both and bottom sheets when the victim of this joke the bed, his or her legs are obstructed by the fold short-sheet the bed of (someone). Cf. apple-pie b

**short′ sto′ry,** a piece of prose fiction, usually fiction, much more condensed than the average story.

**short′ shrift′, 1.** a brief time for confession o lution given to a condemned prisoner before his execution. **2.** little attention or consideration in t with a person or matter: *to give short shrift to ar nent's arguments.* [1585–95]

**short-sight-ed** (shôrt′sī′tid), adj. **1.** unable far; nearsighted; myopic. **2.** lacking in fore shortsighted plan. [1615–25] —**short′sight′ed·l short′sight′ed·ness,** n.
—Syn. **2.** undiscerning, heedless, careless, impro
—Ant. **2.** prudent.

**short′ splice′,** a splice used when an increased area of the united rope is not objectionable, made laying the rope ends in a certain distance, uniting t that their strands overlap, then tucking each alter over and under others several times. Cf. long spli illus. under **splice.** [1760–70]

**short-spo-ken** (shôrt′spō′kən), adj. speakin short, brief, or curt manner. [1860–65]

**short′stop** (shôrt′stop′), n. **1.** *Baseball.* **a.** th tion of the player covering the area of the infi between second and third base. **b.** a fielder who cov position. **2.** Also called short′stop bath′. *Phot* stop bath. [1835–45, *Amer.*; SHORT + STOP]

**short′ sto′ry,** a piece of prose fiction, usually 10,000 words. [1885–90] —**short′-sto′ry, adj.**

**short′ sub′ject,** *Motion Pictures.* a short fil documentary or travelogue, shown as part of a p with a feature-length film. Also called short. [1

**short′ sweet′ening,** *Chiefly Southern and M U.S.* sugar. Cf. long sweetening. [1840–50, *Am*

**short′-tailed′ shear′water** (shôrt′tāld′). See mutton bird.

**short′-tailed′ shrew′,** a grayish-black shre flava brevicauda, common in eastern North A that has a tail less than half the length of the bo illus. under **shrew.**

**short-tem-pered** (shôrt′tem′pərd), adj. has quick, hasty temper; irascible. [1885–90]
—Syn. irritable, testy, choleric, waspish.

**short-term** (shôrt′tûrm′), adj. **1.** covering or ing to a relatively short period of time, **2.** Fin over a relatively short period of time: *a short-ter* **3.** (of profit, loss, interest, etc.) of or pertaining to term, esp. one year or less. [1900–05]

**short′-term mem′ory,** information retained brain and retrievable from it over a brief span. A (contrasted with *long-term memory*). [1965–70]

**short′ time′,** a period or schedule during wh number of working hours is reduced: *The recess put most of the manufacturing plants on shor* —**short′-time′, adj.**

**short-tim-er** (shôrt′tī′mər), n. *Informal.* a per a soldier, who has a short period of time left to se a tour of duty. [*short time* + -ER¹]

**short′ ti′tle,** an abridged listing in a catalog o ography, giving only such essential information author's name and the book's title, publisher, an and place of publication. [1835–40]

**short′ ton′.** See under **ton¹** (def. 1). Also call ton. [1880–85]

**short-waist-ed** (shôrt′wā′stid), adj. of less th erage length between the shoulders and waistlin ing a high waistline. Cf. long-waisted. [1580–90]

**short-wall** (shôrt′wôl′), adj. *Mining.* pertaini means of extracting coal when the working face li a third the length of the longwall system and mi done by a continuous cutter rather than by longw chinery. [1910–15; SHORT + WALL]

**short-wave** (shôrt′wāv′), n., adj., v., **-waved,**

TAB 24

# EXHIBIT 11

# Ninth New Collegiate Dictionary

A Merriam-Webster®

MERRIAM-WEBSTER INC., *Publishers*
Springfield, Massachusetts, U.S.A.



# WEBSTER'S



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*A Merriam-Webster®* is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1986 by Merriam-Webster Inc.

Philippines Copyright 1986 by Merriam-Webster Inc.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's ninth new collegiate dictionary.

   Based on Webster's third new international dictionary.
   Includes index.
   1. English language—Dictionaries.  I. Merriam-Webster Inc.
PE1628.W5638    1985     423      84-18979
ISBN 0-87779-508-8
ISBN 0-87779-509-6 (indexed)
ISBN 0-87779-510-X (deluxe)


Webster's Ninth New Collegiate Dictionary principal copyright 1983

COLLEGIATE trademark Reg. U.S. Pat. Off.

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

shoot-'em-up \'shüt-əm-,məp\ n (1947) : a movie or television show with much shooting and bloodshed

shoot·er \'shüt-ər\ n (13c)  1 : one that shoots: as  a : a person who uses a missile-discharging device (as a rifle or bow)  b : the person whose shooting or whose turn it is to shoot  2 : something that is used in shooting: as  a : a marble shot from the hand  b : REVOLVER — usu. used in combination (six-shooter)

shooting gallery n (1836)  1 : a usu. covered range equipped with targets for practice with firearms  2 slang : a place where one can obtain narcotics and shoot up

shooting iron n (1787) : FIREARM

shooting script n (ca. 1930)  1 : the final completely detailed version of a motion-picture script in which scenes are grouped in the order most convenient for shooting  2 : the final version of a television script used in the production of a program

shooting star n (1593)  1 : a visual meteor appearing as a temporary streak of light in the night sky  2 : any of several No. American perennial herbs (genus Dodecatheon, esp. D. meadia) of the primrose family that have entire oblong leaves and showy flowers with reflexed petals

shooting stick n (1683) : a spiked stick with a top that opens into a seat

shoot-out \'shüt-,aut\ n (1948)  1 : a battle fought with handguns or rifles  2 : something resembling a shoot-out; broadly : SHOWDOWN

shoot-the-chutes \shüt-thə-'shüts\ n pl but sing in constr (1923) : an amusement ride consisting of a steep incline down which boats slide into a pool at the bottom

shoot up \(')shüt-'əp\ vt (1577)  1 : to shoot or shoot at esp. indiscriminately or recklessly (cowboys shooting up the town)  2 : to inject (a narcotic drug) into a vein ~ vi : to inject a narcotic into a vein —
shoot-up \'shüt-,əp\ n

shop \'shäp\ n, often attrib [ME shoppe, fr. OE sceoppa booth; akin to OE (G scop) shed] (bef. 12c)  1 : a handicraft establishment : ATELIER  2 a : a building or room stocked with merchandise for sale : STORE  b : a larger 'shop'  3 : a small retail establishment or a department in a large one offering a specified line of goods or services (a millinery ~) (a sandwich ~)  3 : FACTORY, MILL  4 a : a school laboratory equipped for manual training  b : the art or science of working with tools and machinery  5 a : a business establishment; esp : OFFICE  b : SHOP-TALK

2shop vb shopped; shop·ping vi (1764)  1 a : to examine goods or services with intent to buy  b : to hunt through a market in search of the best buy  2 : to make a search : HUNT ~ vt  1 : to examine the stock or offerings of (~ the stores for Christmas gift ideas)

shop-keep·er \'shäp-,kē-pər\ n (ca. 1530) : STOREKEEPER 2

shop·lift \-,lift\ vb [back-formation fr. shoplifter] vt (1698) : to steal goods on display) from a store ~ vi : to steal displayed goods from a store

shop·lift·er \-,lif-tər\ n (1680) : one who shoplifts

shop·per \'shäp-ər\ n (1862)  1 : one that shops  2 : one whose occupation is shopping as an agent for customers or for an employer  3 : a usu. free paper carrying advertising and sometimes local news

shopping bag n (1926) : a bag (as of strong paper) that has handles and is intended for carrying purchases

shopping-bag lady n (1976) : a homeless woman who roams the streets and carries her possessions in a shopping bag

shopping center n (1939) : a group of retail stores and service establishments usu. with ample parking facilities and usu. designed to serve a community or neighborhood — called also shopping plaza

shopping list n (1970) : a list of items to be purchased; broadly : a list of related items (the biggest possible shopping list of budget cuts —Leonard Silk)

shopping mall n (1959)  1 : a pedestrian mall lined by shops  2 : a shopping center with stores facing an enclosed mall

shop steward n (1915) : a union member elected as the union representative of a shop or department in dealings with the management

shop·talk \-,tok\ n (1881) : the jargon or subject matter peculiar to an occupation or a special area of interest

shop-worn \-,wō(ə)rn, -,wó(ə)rn\ adj (1871)  1 : faded, soiled, or otherwise impaired by remaining too long in a store  2 : stale from excessive use or familiarity (~ clichés)  3 : WORN-OUT (think of himself as a Hollywood cynic —A.H. Johnston)

sho·ran \'shō(ə)r-,an, 'shó(ə)r-\ n [short-range navigation] (ca. 1932) : a system of short-range navigation in which two radar signals transmitted by an airplane are intercepted and rebroadcast to the airplane by two ground stations of known position so as to determine the position of the airplane

shore \'shō(ə)r, 'shó(ə)r\ n, often attrib [ME, fr. (assumed) OE scor; akin to OE sciran to cut — more at SHEAR] (14c)  1 : the land bordering a usu. large body of water; specif : COAST  2 : a boundary or the country or place that it bounds (hold him accountable for difficulties beyond our ~s that he could do nothing about—Dorothy Fosdick)  3 : land as distinguished from the sea (shipboard and ~-duty)

shore vt shored; shor·ing [ME shoren; akin to ON skortha to prop] (14c)  1 : to support by a shore : PROP  2 : to give support to : BRACE — usu. used with up

shore n (15c) : a prop for preventing sinking or sagging

shore·bird \'shō(ə)r-,bərd, 'shó(ə)r-\ n (1672) : any of a suborder (Charadrii) of birds (as a plover or snipe) that frequent the seashore

shore dinner n (1892) : a dinner consisting chiefly of seafoods

shore·front \-,frənt\ n (1919) : land along a shore; specif : BEACHFRONT

shore leave n (ca. 1909) : a leave of absence to go on shore granted to a sailor or naval officer

—— column 2 ——

(a ~ vacation)  b : not retentive (a ~ memory)  c : EXPEDITIOUS, QUICK (made ~ work of the problem)  d : seeming to pass quickly (made great progress in just a few ~ years)  3 a of a speech sound : having a relatively short duration  b : being the member of a pair of similarly spelled vowel or vowel-containing sounds that is, descended from a vowel that was short in duration but is no longer so and that does not necessarily have duration as its chief distinguishing feature (~ i in sin)  c of a syllable in prosody  (1) : of relatively brief duration  (2) : UNSTRESSED  4 : limited in distance (a ~ trip)  5 a : not coming up to a measure or requirement : INSUFFICIENT (in ~ supply)  b : not reaching far enough (the throw to first was ~)  c : enduring privation  d : insufficiently supplied (~ of cash) (~ on brains)  6 a : ABRUPT, CURT  b : quickly provoked  7 : CHOPPY 1  8 : payable at an early date  9 a : containing or cooked with shortening; also : FLAKY (~ pastry)  b of metal : brittle under certain conditions  10 a : not lengthy or drawn out  b : made briefer : ABBREVIATED  11 a : not having goods or property that one has sold in anticipation of a fall in prices  b : consisting of or relating to a sale of securities or commodities that the seller does not possess or has not contracted for at the time of the sale (~ sale)  12 : near the end of a tour of duty  syn see BRIEF — short-ish \'short-ish\ adj — in short order : with dispatch : QUICKLY

2short adv (14c)  1 : in a curt manner  2 : for a during a brief time (short-lived)  3 : at a disadvantage : UNAWARES (caught ~)  4 : in an abrupt manner : SUDDENLY (the car stopped ~)  5 : at some point or degree before a goal or limit aimed at or under consideration (the shells fell ~)  6 : quit a month ~ of graduation)  6 : clean across (the axle was snapped ~)  7 : by or as if by a short sale

3short n (1586)  1 : the sum and substance : UPSHOT  2 a : short syllable  b : a short sound or signal  3 pl  a : a by-product of wheat milling that includes the germ, fine bran, and some flour  b : refuse, clippings, or trimmings discarded in various manufacturing processes  4 a : knee-length or less than knee-length trousers — usu. used in pl.  b pl : short drawers  c : size in clothing for short men  5 a : one who operates on the short side of the market  b pl : short-term bonds  6 pl : DEFICIENCIES  7 : SHORT CIRCUIT  8 : SHORT SUBJECT — in short : by way of summary : BRIEFLY

4short vt (1952)  1 : SHORTCHANGE, CHEAT  2 : SHORT-CIRCUIT

short account n (ca. 1902) : the total of open short sales in a given subject of trade or in the market as a whole

shortage \'short-ij\ n (1868) : LACK, DEFICIT

short ballot n (ca. 1911) : a ballot limiting the number of elective offices to the most important legislative and executive posts and leaving minor positions to be filled by appointment

short·bread \'short-,bred\ n (1801) : a thick cookie made of flour, sugar, and a large amount of shortening

short·cake \-,kāk\ n (1594)  1 : a crisp and often unsweetened biscuit or cookie  2 a : a dessert made typically of very short bakingpowder-biscuit dough spread with sweetened fruit  b : a dish consisting of a rich biscuit-split and covered with a meat mixture

short-change \-'chānj\ vt (1903)  1 : to give less than the correct amount of change to  2 : to deprive of or give less than something due : CHEAT — short·chang·er n

short-cir·cuit vt (1873)  1 : to apply a short circuit to or establish a short circuit in  2 : BYPASS 3 : FRUSTRATE, IMPEDE

short circuit n (1876) : a connection of comparatively low resistance accidentally or intentionally made between points on a circuit between which the resistance is normally much greater

short·com·ing \'short-,kəm-iŋ, (')short-'\ n (1680) : DEFICIENCY, DEFECT

short·cut \'short-,kət, -'kət\ n (1796)  1 : a route more direct than the one ordinarily taken  2 : a method of doing something more directly and quickly than and often not so thoroughly as by ordinary procedure

2shortcut vt (1972) : to shorten (as a route or procedure) by use of a shortcut; also : CIRCUMVENT ~ vi : to take or use a shortcut

short-day \'short-,dā\ adj (ca. 1929) : responding to or relating to a short photoperiod — used esp. of a plant; compare DAY-NEUTRAL, LONG-DAY

short division n (ca. 1897) : mathematical division in which the successive steps are performed without writing out the remainders

short·en \'short-ən\ vb short·ened; short·en·ing \'short-niŋ, -ən-iŋ\ vt (1513)  1 a : to reduce the length or duration of  b : to cause to seem short  2 a : to reduce in power or efficiency (is my hand ~ed, that I cannot redeem —Isa 50:2 (RSV))  b obs : to deprive of effect  3 : to add fat to (pastry dough) in order to make tender and flaky ~ vi : to become short or shortened — short·en·er \'short-nər, -ən-ər\ n
syn SHORTEN, CURTAIL, ABBREVIATE, ABRIDGE, RETRENCH mean to reduce in extent. SHORTEN implies reduction in length or duration; CURTAIL adds an implication of cutting that in some way deprives of completeness or adequacy; ABBREVIATE implies a making shorter usu. by omitting some part; ABRIDGE implies a reduction in compass or scope with retention of essential elements and a relative completeness in the result; RETRENCH suggests a reduction in extent or costs of something felt to be excessive.

short·en·ing \'short-niŋ, -ən-iŋ\ n (1542)  1 : the action or process of making or becoming short; specif : the dropping of the latter part of word so as to produce a new and shorter word of the same meaning : an edible fat used to shorten baked goods

short·fall \'short-,fol\ n (1895) : a failure to come up to expectation or need; also : the amount of such failure

short-grass \-,gras\ n (1844) : any of various drought-tolerant grasses of short stature that form the dominant feature of dry upland plains

**TAB 25**

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

ANALOG DEVICES, INC.,                     )
                                          )
          Plaintiff/Counterclaim          )
          Defendant,                      )
                                          )     Civil Action No. 1:06-346-GMS
          vs.                             )
                                          )
LINEAR TECHNOLOGY CORP.,                  )
                                          )
          Defendant/Counterclaim          )
          Plaintiff.                      )

## SUPPLEMENTAL DECLARATION OF ROBERT A. BLAUSCHILD WITH RESPECT TO THE ADI PATENTS

I, ROBERT A. BLAUSCHILD, declare as follows:

1.      I am the same Robert A. Blauschild who submitted a Declaration preiously in this case.

2.      I note that ADI has taken the position that, with respect to the '909 patent, LTC *unnecessarily and incorrectly defines "intrinsic emitter resistance" of a transistor as KT/qI.* For the reasons discussed below, I disagree.

3.      There are two types of emitter resistances associated with bipolar transistors discussed in the '909 patent. The first type of emitter resistance is called "ohmic emitter resistance." Ohmic resistance refers to the resistance of a physical material to current flow due to the resistivity and shape of its structure. For example, the resistance of a

1

semiconductor RESISTOR is "ohmic" resistance, and varies with the shape of the resistor. A long, narrow resistor will have more resistance than a short, wide resistor.

4.      Transistor regions (emitter, base, and collector) are made out of physical material and therefore have ohmic resistance. These ohmic resistances vary with the size and shape of the transistor. A transistor with large emitter and base regions will have lower ohmic resistances than a transistor that has small emitter and base regions.

5.      The '909 patent assigns the variable "r" to the total ohmic emitter resistance. [1:39-42]

6.      The second type of emitter resistance associated with a bipolar transistor is called the "intrinsic emitter resistance." This resistance is not a function of the size or shape of the transistor, but instead describes a non-linear "electronic resistance" that is a measure of how small changes in the base-to-emitter voltage change the current flowing through the transistor. The intrinsic emitter resistance varies linearly with temperature, and inversely with transistor operating current.

7.      Those of ordinary skill in the art know (and also knew at the time of the alleged '909 invention) that "intrinsic emitter resistance" refers to the electronic quantity $kT/qI$.

8.      "Intrinsic emitter resistance" is defined as being $kT/qI_C$ on pages 80 and 81 of the textbook The Art of Electronics, Horowitz and Hill, Cambridge University Press. [Exhibit 12]

9.      In discussing the gain of an amplifier, "intrinsic emitter resistance" is defined as $kT/qI_E$ in "High-Gain 15-W Monolithic Power Amplifier with Internal Fault Protection," Long and Frederiksen, Journal of Solid State Circuits, Feb. 1971, p. 38. [Exhibit 13]

2

**B188**

10.    "Intrinsic emitter resistance" is defined as $kT/qI_C$ in U.S. Pat. No. 5,548,735 [2:34-42], which is assigned to ADI and lists Derek Bowers, an ADI Fellow, as an inventor. [Exhibit 14]

11.    Intrinsic emitter resistance is commonly referred to by those of skill in the art using the variable name "$r_e$." Each of the references listed above define intrinsic emitter resistance as KT/qI, and assign it the variable name "$r_e$." The '909 patent defines intrinsic "electronic" emitter resistance as KT/qI and assigns it the well-known variable name "$r_e$." [1:35-39]

12.    One of skill in the art would understand that in the '909 patent, "intrinsic "electronic" emitter resistance" refers to the "intrinsic emitter resistance" of a bipolar transistor. The "electronic" adjective is used to describe how the intrinsic emitter resistance is electronic in nature and different from ohmic resistance.

13.    The '909 patent further distinguishes intrinsic emitter resistance from ohmic emitter resistance, and describes "intrinsic "electronic" emitter resistance" in the same way as it describes "intrinsic emitter resistance." As described above and in my previous declaration, intrinsic emitter resistance varies linearly with temperature and inversely with operating current. The temperature dependency of intrinsic emitter resistance can be cancelled by operating a transistor with a current that also varies linearly with temperature (a PTAT current). The '909 patent states: *The intrinsic emitter resistance obviously is a function of temperature and perfect stabilization of that quantity requires that the tail current be proportional to absolute temperature (PTAT).* This is also seen in the formula given in the '909 patent in its description of "intrinsic "electronic" emitter

3

**B189**

resistance." The '909 patent goes on to describe different temperature dependency for the ohmic emitter resistance. [1:44-50]

14.        Further distinguishing intrinsic emitter resistance from ohmic emitter resistance, the '909 patent correctly describes ohmic emitter resistance as being very geometry sensitive. [1:50-51] There is no such dependency for intrinsic emitter resistance, which varies only with temperature and operating current.

15.        Claim 1 of the '909 patent requires *a transistor current source responsive to a control voltage for generating said tail current as a function of the control voltage.* [5:23-25] One of skill in the art would understand that the control voltage referred to is the voltage applied to the control terminal of the transistor current source, and that the control voltage for a transistor current source is applied to the base of the current source transistor.

16.        A transistor has an output current that varies as the voltage applied to the transistor base varies. The output current varies under the control of the voltage applied to the base terminal.

17.        Figures 2 and 3 of the '909 patent show delta-VBE cells providing a voltage to the base of current source transistor 24, and refers to the applied voltage as a bias voltage. [e.g., 4, 2:32-34] The applied bias voltage controls the amount of current flowing in current source transistor 24.

18.        This is consistent with how the same named ADI inventor described the control of current sources in U.S. Patent No. 4,475,169. See. Fig. 5, with the base connection of transistor current sources labeled "CONTROL BIAS." [Exhibit 15]

4

19.    Others have also described the voltage applied to the base of transistor current sources as a "control voltage" that drives the current sources. See, for example, control voltage $U_S$ and current source transistors T7, T8, and T9 in Fig. 6 of U.S. patent No. 5,398,008. [7:3-8] Note that the '909 patent also describes the voltage applied to current source transistor 24 as a "drive" voltage.[4:68-5:1] [Exhibit 16]

20.    The gain of a differential amplifier can vary from lot to lot as the ohmic resistances of the differential amplifier transistors vary from lot to lot. The '909 patent describes providing a tail current for the differential amplifier that includes a component of current that is a function of (tracks) the differential amplifier transistor geometries to compensate for this lot to lot variation of ohmic resistance. [1:62-2:2; 3:63-68] For this compensation/tracking to occur, the geometry of the transistors in the delta-VBE cell must be related to the geometry of the transistors in the differential amplifier. The '909 patent states: *The tail current generator means includes a current source biased by a ΔVBE cell which employs device geometries related to those of the transistors in the long-tail pair.* [2:2-5]

21.    By using unit emitter areas in the delta-VBE cell and the differential amplifier (as shown in Fig. 3 and described at 4:16-26), lot to lot changes in the tail current produced using the delta-VBE cell track lot to lot changes in the ohmic resistance of the differential amplifier transistors. For example, in the Fig. 3 circuit, differential amplifier transistors 12 and 14 are N emitter units, and transistors 32 and 28 in the delta-VBE cell are 1 and A emitter units, respectively. The unit emitter area (and thus the ohmic emitter resistance of the transistors) will change from lot to lot, but because all of the unit geometries change in the same way, tracking occurs. For example, if the area of each of the N emitter units

5

of differential amplifier transistor 12 change by 10% from one lot to the next, the total transistor 12 emitter area change will also be 10%. Similarly, if the area of each of the A emitter units of delta-VBE cell transistor 28 changes by the same 10%, the total transistor 28 emitter area change will also be 10%.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _JUNE 27_, 2007                    _Robert A. Blauschild_ (signature)

Robert A. Blauschild

6

**TAB 26**





# THE ART OF ELECTRONICS
## Second Edition

**Paul Horowitz**   HARVARD UNIVERSITY

**Winfield Hill**   ROWLAND INSTITUTE FOR SCIENCE, CAMBRIDGE, MASSACHUSETTS



CAMBRIDGE
UNIVERSITY PRESS

B193

PUBLISHED BY THE PRESS SYNDICATE OF THE UNIVERSITY OF CAMBRIDGE
The Pitt Building, Trumpington Street, Cambridge, United Kingdom

CAMBRIDGE UNIVERSITY PRESS
The Edinburgh Building, Cambridge CB2 2RU, UK
40 West 20th Street, New York, NY 10011-4211, USA
10 Stamford Road, Oakleigh, VIC 3166, Australia
Ruiz de Alarcón 13, 28014 Madrid, Spain
Dock House, The Waterfront, Cape Town 8001, South Africa

http://www.cambridge.org

© Cambridge University Press 1980, 1989

This book is in copyright. Subject to statutory exception and
to the provisions of relevant collective licensing agreements,
no reproduction of any part may take place without
the written permission of Cambridge University Press.

First edition published 1980
Second edition published 1989
Reprinted 1990 (twice), 1991, 1993, 1994 (twice), 1995, 1996, 1997,
1998 (twice), 1999, 2001

Printed in the United States of America

Typeset in Times

*A catalog record for this book is available from the British Library*

*Library of Congress Cataloging in Publication Data is available*

ISBN 0 521 37095 7 hardback

**TRANSISTORS**

**80**    **Chapter 2**

as a current amplifier whose input circuit behaved like a diode. That's roughly correct, and for some applications it's good enough. But to understand differential amplifiers, logarithmic converters, temperature compensation, and other important applications, you must think of the transistor as a *transconductance* device – collector current is determined by base-to-emitter *voltage.*

Here's the modified property 4:

**4.** When rules 1–3 (Section 2.01) are obeyed, $I_C$ is related to $V_{BE}$ by

$$I_C = I_S \left[ \exp \left( \frac{V_{BE}}{V_T} \right) - 1 \right]$$

where $V_T = kT/q = 25.3\text{mV}$ at room temperature (68°F, 20°C), $q$ is the electron charge ($1.60 \times 10^{-19}$ coulombs), $k$ is Boltzmann's constant ($1.38 \times 10^{-23}$ joules/°K), $T$ is the absolute temperature in degrees Kelvin (°K =°C + 273.16), and $I_S$ is the saturation current of the particular transistor (depends on $T$). Then the base current, which also depends on $V_{BE}$, can be approximated by

$$I_B = I_C/h_{FE}$$

where the "constant" $h_{FE}$ is typically in the range 20 to 1000, but depends on transistor type, $I_C$, $V_{CE}$, and temperature. $I_S$ represents the reverse leakage current. In the active region $I_C \gg I_S$, and therefore the $-1$ term can be neglected in comparison with the exponential.

The equation for $I_C$ is known as the Ebers-Moll equation. It also approximately describes the current versus voltage for a diode, if $V_T$ is multiplied by a correction factor $m$ between 1 and 2. For transistors it is important to realize that the collector current is accurately determined by the base-emitter voltage, rather than by the base current (the base current is then roughly determined by $h_{FE}$), and that this exponential law is accurate over an enormous range of currents, typically from nanoamps to milliamps. Figure 2.32

makes the point graphically. If you measure the base current at various collector currents, you will get a graph of $h_{FE}$ versus $I_C$ like that in Figure 2.33.



Figure 2.32.    Transistor base and collector currents as functions of base-to-emitter voltage $V_{BE}$.



Figure 2.33.    Typical transistor current gain ($h_{FE}$) versus collector current.

Although the Ebers-Moll equation tells us that the base-emitter voltage "programs" the collector current, this property may not be directly usable in practice (biasing a transistor by applying a base voltage) because of the large temperature coefficient of base-emitter voltage. You will see later how the Ebers-Moll equation provides insight and solutions to this problem.

### Rules of thumb for transistor design

From the Ebers-Moll equation we can get

several important quantities we will be using often in circuit design:

*1.* The steepness of the diode curve. How much do we need to increase $V_{BE}$ to increase $I_C$ by a factor of 10? From the Ebers-Moll equation, that's just $V_T \log_e 10$, or 60mV at room temperature. *Base voltage increases 60mV per decade of collector current.* Equivalently, $I_C = I_{C0}e^{\Delta V/25}$, where $\Delta V$ is in millivolts.

*2.* The small-signal impedance looking into the emitter, for the base held at a fixed voltage. Taking the derivative of $V_{BE}$ with respect to $I_C$, you get

$$r_e = V_T/I_C = 25/I_C \text{ ohms}$$

where $I_C$ is in milliamps. The numerical value $25/I_C$ is for room temperature. This *intrinsic* emitter resistance, $r_e$, acts as if it is in series with the emitter in all transistor circuits. It limits the gain of a grounded emitter amplifier, causes an emitter follower to have a voltage gain of slightly less than unity, and prevents the output impedance of an emitter follower from reaching zero. Note that the transconductance of a grounded emitter amplifier is $g_m = 1/r_e$.

*3.* The temperature dependence of $V_{BE}$. A glance at the Ebers-Moll equation suggests that $V_{BE}$ has a positive temperature coefficient. However, because of the temperature dependence of $I_S$, $V_{BE}$ *decreases* about 2.1mV/°C. It is roughly proportional to $1/T_{abs}$, where $T_{abs}$ is the absolute temperature.

There is one additional quantity we will need on occasion, although it is not derivable from the Ebers-Moll equation. It is the Early effect we described in Section 2.06, and it sets important limits on current-source and amplifier performance, for example:

*4.* Early effect. $V_{BE}$ varies slightly with changing $V_{CE}$ at constant $I_C$. This effect is caused by changing effective base width, and it is given, approximately, by

$$\Delta V_{BE} = -\alpha \Delta V_{CE}$$

where $\alpha \approx 0.0001$.

These are the essential quantities we need. With them we will be able to handle most problems of transistor circuit design, and we will have little need to refer to the Ebers-Moll equation itself.

## 2.11 The emitter follower revisited

Before looking again at the common-emitter amplifier with the benefit of our new transistor model, let's take a quick look at the humble emitter follower. The Ebers-Moll model predicts that an emitter follower should have nonzero output impedance, even when driven by a voltage source, because of finite $r_e$ (item 2, above). The same effect also produces a voltage gain slightly less than unity, because $r_e$ forms a voltage divider with the load resistor.

These effects are easy to calculate. With fixed base voltage, the impedance looking back into the emitter is just $R_{out} = dV_{BE}/dI_E$; but $I_E \approx I_C$, so $R_{out} \approx r_e$, the intrinsic emitter resistance [$r_e = 25/I_C(\text{mA})$]. For example, in Figure 2.34A, the load sees a driving impedance of $r_e = 25$ ohms, since $I_C = 1\text{mA}$. (This is paralleled by the emitter resistor $R_E$, if used; but in practice $R_E$ will always be much larger than $r_e$.) Figure 2.34B shows a more typical situation, with finite source resistance $R_S$ (for simplicity we've omitted the obligatory biasing components – base divider and blocking capacitor – which are shown in Fig. 2.34C). In this case the emitter follower's output impedance is just $r_e$ in series with $R_s/(h_{fe}+1)$ (again paralleled by an unimportant $R_E$, if present). For example, if $R_s = 1\text{k}$ and $I_C = 1\text{mA}$, $R_{out} = 35$ ohms (assuming $h_{fe} = 100$). It is easy to show that the intrinsic emitter $r_e$ also figures into an emitter follower's *input* impedance, just as if it were in series with the load (actually, parallel combination of load resistor and

**TAB 27**

# High-Gain 15-W Monolithic Power Amplifier With Internal Fault Protection

ERNEST L. LONG AND THOMAS M. FREDERIKSEN, MEMBER, IEEE

*Abstract*—A combination of circuit and device innovations has resulted in the development of a 15-W integrated-circuit power amplifier that incorporates a preamplifier on the same chip to give an overall closed-loop gain of 60 dB. Two novel devices used are a new high-frequency drift-lateral p-n-p to improve stability and a new 3-A n-p-n power transistor design with individual emitter ballasting to achieve a larger safe-operating area. Other interesting features are an externally adjustable short-circuit current limit, a built-in thermal shutdown circuit that automatically limits the junction temperature to 175°C, an electronic shutdown control to mute the amplifier; a supply voltage range of 10–40 V, excellent power-supply rejection (55 dB), and a unique biasing technique that ensures that the output quiescent point remains at one-half the supply voltage with the total bias current changing only 3 mA over the complete supply voltage range (10–40 V).

## INTRODUCTION

THE primary objective was to build a fully protected amplifier that could be easily adaptable to applications in the 3–10-W range. Amplifier characteristics for these applications are varied. For example a voltage gain $A_v$ of 26 dB and an input impedance $Z_{in}$ of 1 MΩ is required for a ceramic cartridge phonograph and a voltage gain of 60 dB and a $Z_{in}$ of 2 kΩ is needed for tape systems. To obtain this desired flexibility, the gain was split into two blocks; a preamplifier and a power amplifier, as shown in Fig. 1.

In an attempt to make a "universal" amplifier, where the external feedback elements are used to exchange gain for input impedance (and also for frequency shaping) and to thereby extend the operational versatility, undesired oscillations may be encountered with the various feedback loops. The decision to divide the overall amplifier function into two gain blocks simplifies the realization because fewer problems are encountered as less available open-loop gain is needed in each amplifier to attain the required system linearity. Further, for optimum output Q-point control, a unity gain dc feedback loop is desirable. Large-valued capacitors are usually needed in the feedback network to obtain this dc response while simultaneously providing the required lower cutoff frequency in the closed-loop voltage gain. Establishing the initial charge on these capacitors can cause a delayed turn-on and, therefore, has required the additional complexity of separate ac and dc feedback networks. When the gain is split between two amplifiers, the smaller ratio of feedback resistors (corresponding to

Manuscript received May 5, 1970; revised June 24, 1970.
The authors are with the Semiconductor Products Division, Integrated Circuits Center, Motorola Inc., Mesa, Ariz.



Fig. 1. Audio system.

the reduced closed-loop gain) reduces the capacitor values required. Finally, to reduce the total number of external capacitors, a cascade of shunt-feedback amplifier blocks was selected.

## OUTPUT-STAGE SELECTION

The major circuit-design problems usually encountered in the fabrication of monolithic power amplifiers are due to process limitations. Only n-p-n transistors, diffused resistors, and p-n-p transistors with limited performance characteristics have typically been available. An all n-p-n stage, Fig. 2, appears to be the most capable of realization in IC form [1]. The problem with this stage is that the voltage gain is asymmetric with a poor negative swing performance that is difficult to improve without using excessive bias current.

An output stage with good overall characteristics (simplified biasing and good linearity) is the complementary common-collector class-AB output stage. A commonly used discrete version of this circuit is shown in Fig. 3(a) and a monolithic realization is shown in Fig. 3(b). Because of the lack of a high current p-n-p in the monolithic technology, the p-n-p power transistor must be simulated by using a lateral p-n-p and two n-p-n power transistors in a composite connection [2]. The difficulty in using this composite p-n-p is that the phase shift through the lateral p-n-p reduces the allowable loop transmission and limits the performance of the amplifier. The time delay through the lateral p-n-p also causes the local loop of the composite connection to have a very poor gain and phase margin. These imperfections can be solved by using a high-frequency p-n-p that would then make this stage ideal for monolithic realiza-



Fig. 2. Basic diode-coupled all n-p-n output stage.



Fig. 3. Complementary common-collector output stages. (a) Discrete. (b) Monolithic.

tion. To help solve these problems, a high-frequency field-aided lateral p-n-p transistor has been developed.

### FIELD-AIDED LATERAL P-N-P TRANSISTOR

The field-aided lateral p-n-p structure has performance characteristics ($h_{FE}$ and $f_T$), which are significantly better than the conventional lateral p-n-p. Two basic mechanisms are used to improve the transistor performance. Both result from an electric field that is set up in the base region by applying a biasing voltage between two n$^+$ contacts in the n-epi (base) layer that are located just beyond the p-emitter and the p-collector diffusions as shown in Fig. 4. This establishes a lateral voltage drop under the emitter that causes the bottom and remote emitter edges to be debiased. Therefore, emission is only from the edge closest to the collector. This stops the vertical diode action [3] and also reduces the effective basewidth. In addition, the minority carriers are accelerated through the basewidth by drift action because of this field.

It can be shown that for a conventional double-collector lateral p-n-p the effective basewidth is given by



Fig. 4. Field-aided lateral p-n-p.

$$W_{be} = (W_e/2 - W_b) \bigg/ \left[ \ln\left(\frac{W_e/2}{W_b}\right) \right] \quad (1)$$

where $W_e$ is the width of the emitter and $W_b$ the distance between the emitter and collector as measured at the surface. This effective basewidth can be reduced by applying a dc voltage $V_B$ between the positive and negative base contacts. This will create an electric field given by

$$E = -V_B/d \quad (2)$$

where $d$ is the separation between the contacts. This field establishes a debiasing voltage $V_D$ under the emitter given by

$$V_D = -E\, d_e \quad (3)$$

where $d_e$ is the lateral distance measured from the leading edge of the emitter back toward the positive base contact, as shown in Fig. 4. For typical field strengths, the injected current density is decreased by an order of magnitude one-tenth mil back from the leading edge of the emitter that reduces the effective basewidth to the smallest possible value $W_b$.

Assuming that the emitter current is collected at the edge of the collector that faces the emitter, the same techniques can be used in the analysis of the field-aided lateral p-n-p as have been used for the graded-base vertical transistor. It has been shown that for a transistor that is limited by base transient-time effects, the cutoff frequency is given by [4]

$$f_\alpha = \frac{2.43 D}{2\pi W_{be}^2} \left[ 1 + \left(\frac{\eta}{2}\right)^{4/3} \right] \quad (4)$$

where $D$ is the diffusion constant of minority carriers in the base, $W_{be}$ the effective basewidth, and $\eta$ the normalized measure of the electric field in the base as given by

$$\eta = qEW_b/kT. \quad (5)$$

From (4) the cutoff frequency is increased, due to the effects of the electric field, by a factor of

$$\left[ 1 + \left(\frac{\eta}{2}\right)^{4/3} \right]\left[ \frac{W_{be}\ (\text{no field})}{W_{be}\ (\text{with field})} \right]. \quad (6)$$

LONG AND FREDERIKSEN: MONOLITHIC POWER AMPLIFIER WITH FAULT PROTECTION    37

Experimental results show that $f_\alpha$ increases by about a factor of 10, which correlates with theoretical predictions. With an electric field, typical values for $\eta$ are from 5 to 10; when the field is absent, $\eta$ is equal to zero. The effective basewidth $W_{be}$ ranges from 0.45 to 0.55 mil.

The current gain $h_{FE}$ is also increased due to this electric field. To understand this improvement the effects of recombination and emitter efficiency are considered separately. The stored charge in the base region $Q_s$ has been shown to be [4]

$$Q_s = \frac{I_p W_{be}^2}{D}\left(\frac{\eta - 1 + e^{-\eta}}{\eta^2}\right) \qquad (7)$$

where $I_p$ is the current in the base due to hole flow from the emitter to the collector. For large values of $\eta$

$$Q_s \cong I_p W_{be}^2/D\eta. \qquad (8)$$

Since the base recombination current is directly proportional to $Q_s$, it will also be reduced by

$$\frac{Q_s \text{ (no field)}}{Q_s \text{ (with field)}} = \eta\left[\frac{W_{be} \text{ (no field)}}{W_{be} \text{ (with field)}}\right]^2, \qquad (9)$$

which is the ratio of $Q_s$ without a field [from (7)] to $Q_s$ with a field [from (8)] at a fixed value of $I_p$.

The excess minority carrier concentration at the emitter edge can be expressed as [4]

$$\hat{P}_0 = I_p W_{be}(1 - e^{-\eta})/qA\ D\eta, \qquad (10)$$

which for large $\eta$ can be approximated as

$$\hat{P}_0 \cong I_p W_{be}/qAD\eta. \qquad (11)$$

The ratio of $\hat{P}_0$ without a field to $\hat{P}_0$ with a field ($I_p$ constant) is therefore given by

$$\frac{\hat{P}_0 \text{ (no field)}}{\hat{P}_0 \text{ (with field)}} = \eta\left[\frac{W_{be} \text{ (no field)}}{W_{be} \text{ (with field)}}\right]. \qquad (12)$$

This will cause the inverse injection to be reduced by the same factor. Therefore, the base current due to emitter efficiency will also be reduced by this factor. The current gain $h_{FB}$ typically was increased by a factor of 20 for the initial experimental devices. The variation of $h_{FB}$ with bias voltage $V_B$ is shown in Fig. 5. The measured data have been corrected to remove the effects of the parasitic substrate p-n-p, which may only collect 5 percent of the total emitted current, but contribute 40 percent of the base current. For example, with an emitter current of 30 $\mu$A the lateral collector will carry 28.5 $\mu$A and the total base current will be 0.1 $\mu$A.

The theoretical increase in $h_{FB}$, which was calculated using the above simplified theory, is also shown in Fig. 5. The departure of the calculated values from the measured data of $h_{FB}$ at the larger field strengths results from the approximation that current is only collected on the leading edge of the collector and is not valid at



Fig. 5.   Current gain enhancement due to field aiding.



Fig. 6.   Biasing the field-aided lateral p-n-p.

high electric fields. Also, the base current due to the parasitic substrate p-n-p is difficult to predict and to accurately subtract from the measurements at high values of the electric field.

The biasing current that is required for this field-aided transistor can be obtained as shown in Fig. 6. The current source $I_0$ supplies both the base drive for the upper output transistor $Q_1$ and the biasing current for $Q_2$, the field-aided lateral p-n-p.

Other uses of this field-aided lateral p-n-p structure are being considered for high-frequency linear circuits.

Case 1:06-cv-00346-GMS    Document 66-6    Filed 06/29/2007    Page 17 of 35

IEEE JOURNAL OF SOLID-STATE CIRCUITS, FEBRUARY 1971

A complete analysis of this new device with some interesting beam deflection variations is forthcoming.

## AC Design of the Gain Stages

### Power-Output Stage

A dominately single-pole open-loop amplifier is desirable for the output-power stage of an audio amplifier and the open-loop frequency response should extend to approximately 20 kHz [5]. This requirement is most easily met by using the single common-emitter gain stage shown in Fig. 3(b). To achieve high gain, a lateral p-n-p current source and Darlington connected output transistors are used to present a large ac impedance to the gain transistor. This provides a gain larger than the limit that exists when a resistor is used as the load impedance. In addition to the gain improvement, several other advantages result from the use of a current source load as discussed in the next section. Some care must be taken in the layout design to prevent the power dissipation of the output transistors from changing the quiescent states of the amplifiers in the audio range.

### Preamplifier Stage

The preamplifier is also basically a single-stage common-emitter amplifier. A biased Darlington transistor pair is used at the input to raise the input impedance and a Darlington transistor pair is used to isolate the load impedance. The bias current of this amplifier is supplied by a lateral p-n-p current source as shown in Fig. 7.

For a resistive load [Fig. 8(a)] the maximum gain of a single common-emitter stage is given by

$$A_v = R_L/r_e = qV_{ee}/kT \qquad (13)$$

where $r_e$ is the intrinsic emitter resistance ($kT/qI_E$) and $I_E$ is the dc emitter biasing current. When using a current source load [Fig. 8(b)], the maximum gain is

$$A_v = 1/(y_{22L} + y_{22G})r_e \qquad (14)$$

where $y_{22L}$ is the output admittance of the load transistor and $y_{22G}$ is the output admittance of the gain transistor. It can be shown that the output admittance of a transistor is proportional to the emitter current $I_E$ [6] or

$$y_{22} = CI_E. \qquad (15)$$

The gain, from (14), is then given by

$$A_v \leq q/kT(C_L + C_G) \qquad (16)$$

where $C_L$ and $C_G$ are the constants of the load transistor and the gain transistor, respectively. The maximum gain is a function of the transistor parameters and is independent of the magnitude of the supply voltage and the emitter biasing current. For typical IC transistors, the maximum voltage gain, from (16), is about 3200 V/V.



Fig. 7. Basic preamplifier stage.



Fig. 8. Simple common-emitter stages.

The two important results of this analysis are 1) the available gain of a common-emitter stage can be made independent of the biasing current and the supply voltage, and 2) the linearity of this stage is very good because the intrinsic emitter resistance $r_e$ and the load impedance $1/y_{22}$ are both inversely proportional to $I_E$, which cancels the usual nonlinear effects due to variations only in $r_E$.

The measured and calculated gain agree very well. The open-loop distortion of the preamplifier is less than 1 percent and will be reduced to less than 0.1 percent for all typical values of closed-loop gain.

## Biasing Considerations

Solving the dc biasing problems is a significant part of a power amplifier design. The excellent component symmetry and the additional transistors that are available for IC realizations allow increased emphasis to be placed on the bias problem and results in improved performance.

It is desirable to have the bias current independent of the magnitude of the supply voltage. This provides a constant open-loop gain and keeps the bias current from increasing needlessly at high supply voltages. In biasing an audio amplifier, it is important to have the output quiescent voltage dependent on the magnitude of the supply voltage to ensure a maximum undistorted power

in the external load. Consequentially a bias reference network is required that samples the supply voltage and causes the necessary biasing currents to change to maintain optimum performance. The remaining biasing currents of the amplifier can be fixed in value and made independent of the magnitude of the supply voltage. Both of these biasing requirements have been accomplished with a single bias reference network that will now be discussed.

*Bias Reference Network*

In the bias reference network that is shown in Fig. 9, a reference current $I_o$ is made dependent on the magnitude of the supply voltage and is used to establish the output quiescent voltage. This voltage should be one-half the supply voltage so that the maximum peak-to-peak undistorted voltage swing can be obtained. The dc output quiescent voltage is the dc level shift voltage $I_o R_f$ plus the forward base–emitter voltage of the input Darlington pair, or

$$V_o = I_o R_f + 2V_{BE}. \tag{17}$$

The reference current $I_o$ is given by

$$I_o = \frac{V_{CC} - 4V_{BE}}{R_1 + R_2 + R_4}. \tag{18}$$

To obtain the proper output Q point, select

$$R_f = (R_1 + R_2 + R_4)/2 \tag{19}$$

and to ensure that the bias current in $R_f$ is equal to $I_o$ also requires that

$$R_5 = R_4 \tag{20}$$

then substituting (18), (19), and (20) into (17) provides

$$V_o = V_{CC}/2, \tag{21}$$

which is independent of temperature and guarantees the proper output quiescent voltage for all supply voltage values.

*Power-Supply Independent Bias Currents*

Once the output quiescent voltage has been established the remaining biasing currents are made independent of the supply voltage by again making use of the same bias reference network. As shown in Fig. 9, the voltage $V_R$ is equal to $2V_{BE}$ as an additional resistor $R_3$ (where $R_3 = R_4$) has been added in a manner as to cancel dependency on supply voltage. Two biasing currents are needed for the complete audio amplifier, one for the power stage and a second for the preamplifier. These currents are referenced to $V_R$ as shown in Fig. 9 and are given by

$$I_{bias} = V_{BE}/R. \tag{22}$$

The power amplifier bias current $I_1$ (Fig. 9) is derived from this reference via a double-collector lateral p-n-p



Fig. 9.   Biasing circuit.

$Q_1$ [7]. This current is given by

$$I_1 = NI_{bias} \tag{22'}$$

where $N$ is the ratio of the collecting area for collector 1 to the collecting area for collector 2. The advantages of this type of biasing will be discussed in the next section.

*Temperature-Compensated Class-AB Biasing of the Output Stage*

A very difficult problem in the design of a Class-AB output stage is to establish a stable Class-A biasing current in the output transistors [8]. The stage in Fig. 10 shows the incorporation of the field-aided lateral p-n-p and a resistor–diode–transistor biasing network. A biasing voltage $V_{Bs}$ is developed between the base of the lateral p-n-p and the base of the power transistor $Q_1$, with the proper magnitude and temperature coefficient to give the desired bias current for Class-AB operation.

To understand the basic operation of the biasing circuit, initially let $R_2$ and $R_3$ be equal to zero. ($R_3$ is the bulk base resistance of the field-aided lateral p-n-p and $R_2$ is a resistor that will be used to cancel the effects of this bulk resistance.) The biasing voltage between the bases of $Q_1$ and $Q_3$, $V_{Bs}$, is given by

$$V_{Bs} = 2V_{BE} - I_1 R_1. \tag{23}$$

If $I_1$ is referenced to a forward base–emitter voltage, that is,

$$I_1 = NV_{BE}/R \tag{24}$$

then,

$$V_{Bs} = V_{BE}(2 - NR_1/R) \tag{25}$$

and $V_{Bs}$ can be made any multiple of a $V_{BE}$ and will have the same temperature coefficient as a $V_{BE}$. This is the proper temperature coefficient to keep the Class-A bias current constant and will allow it to be set at the desired value by adjusting $R_1$.

40                                                                                    IEEE JOURNAL OF SOLID-STATE CIRCUITS, FEBRUARY 1971



Fig. 10.   Temperature-compensated Class-AB biasing.

Including $R_2$ and $R_3$, $V_{B_s}$ becomes

$$V_{B_s} = 2V_{BE} + NV_{BS}/R[(R_2 - R_3) - R_1].\quad (26)$$

If $R_3$ is made equal to $R_2$ the effects of the bulk base resistance will be cancelled. The resistor $R_2$ should be made from the n-epi material, as this is the material that forms the bulk base resistance of $Q_3$, so that this cancellation will be independent of temperature and processing variations.

Two other advantages are obtained by referencing $I_1$ to a $V_{BB}$. The first is that $I_1$ will have a negative temperature coefficient (TC) and the requirement for base drive of the upper power transistor also has a negative TC due to the variation of beta with temperature. Even though these two TCs do not exactly match, it does decrease the value of $I_1$ that is required to ensure the full output current capability independent of temperature. The second advantage is that $I_1$ will be independent of the magnitude of the supply voltage so that full load current can be obtained even at low supply voltages.

## Obtaining Ripple Rejection

It is desirable to have an amplifier that is capable of operating from an unregulated power supply and will transfer only a minimal amount of the ripple to the output. For a general-purpose amplifier, the output voltage is usually established at one-half the supply voltage, and therefore, one-half of the ripple on the supply line $v_r$ will appear at the output unless a low-pass filter is placed in the biasing circuit. This was done by providing a tap on the bias reference network and placing an external capacitor from this point to ground to give the desired filtering, Fig. 9.

The ac current in the remainder of the bias reference network, following the external capacitor, for example

in $R_2$, is given by

$$i_{R_2} = \frac{v_r}{(1 + SCR_p)(R_2 + R_4)}\quad (27)$$

where $R_p$ is the parallel combination of

$$R_1 \text{ with } (R_2 + R_4).\quad (28)$$

Since the current in the shunt feedback resistor $R_f$ is equal to the current in the bias reference network, the ratio of the output ripple $v_{or}$ to the supply ripple $v_r$ is given by

$$\frac{v_{or}}{v_r} = \frac{R_f}{(1 + SCR_p)(R_2 + R_4)},\quad (29)$$

which gives the ripple rejection as a function of the filter capacitor $C$.

A filtered supply for the preamplifier is obtained by referencing an emitter–follower to the point where the filter capacitor is attached, Fig. 9.

## Protecting the Power Amplifier

Power amplifiers are easily destroyed during abnormal fault conditions. To ensure protection, there are four limits that must not be exceeded:

1) the maximum voltage ratings—to prevent destructive voltage breakdown;
2) the safe-operating-area limits of the power transistors—a safe-operating-area failure is nearly always catastrophic;
3) the maximum current limits of both the die surface interconnect metal and the bonding wires—excessive currents can fuse either and result in an open circuit;
4) the maximum junction temperature limits of the silicon die—in addition to reduced life, high junction temperatures usually cause failure due to fusing of the surface interconnect metal ($T_j \geq +576^\circ C$).

### Safe-Operating-Area Limit

To fully protect an amplifier, the safe-operating area of the power transistors must be sufficient to permit one-half of the supply voltage to occur simultaneously with the maximum short-circuit current. Otherwise, the output transistors could fail from second breakdown. This is caused by the concentration of current in a small section of an emitter that creates a local destructive hot spot.

Current-equalizing emitter resistors are employed to improve the safe-operating area of discrete power transistors [9]. In the integrated-circuit power transistor, this was accomplished by using a wide emitter stripe with only a narrow contact down the middle, Fig. 11. This makes use of the emitter bulk resistance between the metallized contact and the edge of the emitter to form a distributed system of individual emitter ballast-



Fig. 11.  Distributed emitter ballasting.



Fig. 12.  Current limiting circuit.



Fig. 13.  Thermal shutdown circuit.

ing resistors [10]. This method is superior to the use of a discrete ballasting resistor for each emitter because every infinitesimal portion of each emitter has its own equalizing resistor and the area taken up by the ballasting resistors is also part of the active emitter. Representative results of the dc safe-operating-area curve are 2 A at 30 V and 1 A at 40 V.

*Current Limiting*

An important characteristic for a power amplifier is the capability of having its output shorted to ground without causing failure. To accomplish this, it is necessary to limit the maximum current to a safe value considering the safe-operating area of the output transistors and the maximum current densities in the bonding wires and the surface metal. This is accomplished by monitoring both the positive and the negative output currents by sampling the voltage drop across a single external resistor $R_{SO}$, see Fig. 12. The positive output current is limited when the voltage across $R_{SO}$ will threshold the transistor $Q_1$, which will limit the base current to the upper power transistor and prevent the output current from increasing further. For negative output current limiting, when the voltage across $R_{SO}$ is equal to the forward threshold voltage of a diode, the base drive for the lateral p-n-p is shunted through diodes $D_1$ and $D_2$. Since the forward threshold voltage of the positive current limiting transistor and the negative current limiting diode is essentially the same, the positive and negative short-circuit currents are equal.

*Thermal Shutdown*

Under short-circuit condition, the power dissipation of the amplifier is several times greater than in normal operation. Heat sinking and packaging that would hold the junction temperature to a safe value for normal operation will not do so under a long-term short-circuit condition. Therefore, some other means to limit the junction temperature is necessary. The circuit shown in Fig.

13 will protect the amplifier from excessive junction temperature. The amplifier is disabled when $Q_3$ comes into conduction, as it denies current to the lower half of the biasing network. This causes the biasing currents for both the preamplifier and the power amplifier to go to zero, which prevents further heating of the die.

The temperature sensing portion of the circuit consists of a common-emitter amplifier $Q_1$, which has a regulated supply voltage $V_Z$ and an input voltage $V_{in}$ of two forward-biased diodes. The output voltage $V_o$, is given by

$$V_o = V_Z - I_T R_2 \qquad (30)$$

where

$$I_T = V_{BE}/R_1, \qquad (31)$$

therefore,

$$V_o = V_Z - V_{BE} R_2/R_1, \qquad (32)$$

which cause $Q_1$ to be saturated at normal temperatures. Transistor $Q_3$ will come into conduction when $V_o$ is equal to the forward threshold voltages of $Q_2$ and $Q_3$,

or when

$$V_o = 2V_{BE} = V_Z - V_{BE}R_2/R_1. \quad (33)$$

This happens when

$$V_Z = (2 + R_2/R_1)V_{BE}. \quad (34)$$

The temperature change of the Zener diode voltage is given by

$$V_Z(T) = V_{Z_o} + \alpha_Z V_{Z_o}(T - T_0), \quad (35)$$

and the temperature dependence of a forward-biased diode is given by

$$V_{BE}(T) = V_{BE_o} + \alpha_{BE}V_{BE_o}(T - T_0) \quad (36)$$

where $T_0 = +25°C$, $V_{Z_o}$ and $V_{BE_o}$ are the $+25°C$ values and $\alpha_Z$ and $\alpha_{BE}$ are the temperature coefficients of the Zener diode and the forward-biased diode, respectively. Substituting (35) and (36) into (34) and solving for $R_2/R_1$ gives

$$R_2/R_1 = \frac{V_{Z_o} + \alpha_Z V_{Z_o}(T_S - T_0)}{V_{BE_o} + \alpha_{BE}V_{BE_o}(T_S - T_0)} - 2 \quad (37)$$

where $T_S$ is the shutdown temperature. Knowing the values and the temperature coefficients of $V_Z$ and $V_{BE}$ the ratio $R_2/R_1$ can be chosen from (37) to give any desired shutdown temperature. For this design, $T_S$ of $+175°C$ was chosen.

*Electronic Shutdown*

An electronic shutdown control can be achieved by bonding the output voltage $V_o$ point of the thermal shutdown (Fig. 13) to an external pin. Now $V_o$ can be controlled with an external signal to mute the amplifier by forcing the bias current to zero in the preamplifier and power amplifier in the same manner as the thermal shutdown control.

### IC POWER TRANSISTOR DESIGN

It is difficult to design an IC power transistor above the 1-A collector current range. One problem is the debiasing of major portions of the multiple emitters due to voltage drops along the surface metal. For every 18-mV drop the current density will change by a factor of 2. With a metal sheet resistance of 30 mΩ/□ and currents of greater than 1 A, considerable care must be taken to keep all of the emitter area uniformly injecting. To keep the current density reasonably uniform, the forward voltage between each base and emitter should not vary more than approximately 10 mV over the entire transistor geometry. The voltage drop down a single emitter stripe, see Fig. 14, is given by

$$V(x) = \int_0^x \frac{R_s}{W} I(x) \, dx \quad (38)$$

where $R_s$ is a constant (the sheet resistance of the sur-



Fig. 14. Emitter metallization.



Fig. 15. Photomicrograph of the Darlington power transistor.

face interconnect metal) and $I(x)$ is given by

$$I(x) = \int_0^x WJ(x) \, dx \quad (39)$$

but

$$J(x) = J_0 \exp\left[-\frac{q}{kT}(V_o - V(x))\right]. \quad (40)$$

Substituting (39) and (40) into (38) gives

$$V(x) = \frac{R_s}{W} \int_0^x \left(\int_0^x WJ(x) \, dx\right) dx. \quad (41)$$

This equation is transcendental and only can be solved using a computer or by approximating the emitter as several small discrete sections. To simplify the calculation, it can be assumed that the current density is uniform along the emitter. Then the voltage drop down the emitter metal is given by

$$V_E \cong R_s L I_E / 2W. \quad (42)$$

If $V_E$ is less than 10 mV, this approximation is useful as a design aid, as (42) will always give a pessimistic value.

During high current operation, the beta of the power transistor decreases and the voltage drop along the base metal must also be considered. The base drive is separately supplied to the upper and lower sections of the transistor to minimize this problem, see Fig. 15.

Improper surface metal design will degrade the IC



Fig. 16. Complete IC amplifier.

transistor performance in three significant ways: 1) if the total transistor current is crowded into a small percent of the emitter area, causing the current density to be very high, beta will decrease due to a localized loss of emitter efficiency—even at a relatively low value of current; 2) if the current flow is dominantly in a small area of the power transistor, $R_{sat}$ will increase; and 3) since the power dissipation is also in a smaller area, the thermal resistance (junction to case) will increase. The Darlington power transistor, metallized as shown in Fig. 15, will carry 3 A with an overall beta of 3000.

### 15-W IC AMPLIFIER

The complete 15-W amplifier, Fig. 16, occupies a 74-by-75-mil chip, Fig. 17, and the two n-p-n power transistors (approximately 30-by-35 mils each) occupy approximately 40 percent of the area. Using the typical connection shown in Fig. 18 and operating from a 40-V power supply, 12 W of sinewave power can be delivered to an 8-ohm load with a total harmonic distortion of less than 0.5 percent. The typical performance is given in Table I.

### CONCLUSIONS

No fundamental limitations are peculiar to the monolithic technology to prevent ICs from handling high power. A method has been presented to design high current transistors in monolithic form. A major consideration is to provide sufficient area to properly heat-sink the power devices.



Fig. 17. Photomicrograph of 15-W amplifier die.



Fig. 18. Typical connection of 15-W amplifier.

B205

TABLE I
TYPICAL CHARACTERISTICS*

| Characteristic | Condition | Value |
|---|---|---|
| Distortion (THD) | $P_o = 125$ mW | 0.3 percent |
| Distortion (THD) | $P_o = 8$ W | 0.35 percent |
| Distortion (THD) | $P_o = 12$ W | 0.4 percent |
| Power bandwidth | THD = 10 percent | 550 kHz |
| Open-loop gain power amplifier | $R_L = 8$ ohms | 430 V/V |
| Open-loop gain preamplifier | $R_L = 1$ kΩ | 3500 V/V |
| Drain current | $V_{o_{ss}} = 0$ | 11 mA |
| Ripple rejection | $f = 120$ Hz | 48 dB |
| Maximum output current | Current limiting resistor $< 0.2$ ohm | 3 A |

* For the connection shown in Fig. 18 with $V^+ = 40$ V dc, $R_L = 8$ ohms, $f_0 = 1$ KHz, $T_C = 25°$C.

The IC power amplifier offers several advantages over the discrete approaches. The symmetry and the availability of small-signal devices allow the use of more sophisticated circuits to improve the performance, and add peripheral functions such as thermal shutdown, electronic shutdown, current limiting, and a preamplifier with only a small increase in the total die area. Also, with the one-chip approach it is easier to provide temperature compensation. A very important feature is the ability to sense the junction temperature and limit it to a safe value. This simplifies the packaging and heat sinking requirements. For extreme or fault conditions, the amplifier will shut itself down.

The low-frequency conventional lateral p-n-p transistor can be significantly improved by the addition of an electric field in the base region. This new field-aided lateral p-n-p transistor improves the performance of amplifiers that use the composite lateral p-n-p-Darlington n-p-n to simulate a Darlington power p-n-p transistor.

ACKNOWLEDGMENT

The authors would like to acknowledge the special efforts of D. Sikes in providing the masks for this project and the assistance of L. McMillian for the processing of the initial units.

REFERENCES

[1] T. M. Frederiksen and J. E. Solomon, "A high-performance 3-watt monolithic class-B power amplifier," *IEEE J. Solid-State Circuits*, vol. SC-3, pp. 152–160, June 1968.
[2] H. C. Lin, "Quasi-complementary transistor amplifier," *Electronics*, vol. 29, pp. 173–175, September 1956.
[3] S. Chou, "Detailed investigation of lateral transistor characteristics," presented at the IEEE Internat. Electron Devices Meeting, October 1969.
[4] J. Lindmayer and C. Y. Wrigley, *Fundamentals of Semiconductor Devices*. Princeton, N. J.: Van Nostrand, 1965, pp. 101–149.
[5] D. G. Daugherty and R. A. Greiner, "Some design objectives for audio power amplifiers," *IEEE Trans. Audio Electroacoust.*, vol. AU-14, pp. 43–48, March 1966.
[6] J. Lindmayer and C. Y. Wrigley, *Fundamentals of Semiconductor Devices*. Princeton, N. J.: Van Nostrand, 1965, pp. 101–149.
[7] H. C. Lin, "Dc analysis of multiple collector and emitter transistors in integrated structures," *IEEE J. Solid-State Circuits*, vol. SC-4, pp. 20–24, February 1969.
[8] L. Blaser and H. Franco, "Push-pull class-AB transformerless power amplifiers," *IEEE Trans. Audio*, vol. AU-11, pp. 6–14, January–February 1963.
[9] F. Bergmann and D. Gerstner, "Some new aspects of thermal instability of the current distribution in power transistors," *IEEE Trans. Electron Devices*, vol. ED-13, pp. 630–634, August–September 1966.
[10] W. Schroen and R. M. Scarlett, "Second breakdown in simplified transistor structures and diodes," *IEEE Trans. Electron Devices*, vol. ED-12 pp. 619–626 August–September 1966.

**TAB 28**

# United States Patent [19]

## Bowers et al.

[11] **Patent Number:** **5,648,735**

[45] **Date of Patent:** **Jul. 15, 1997**

[54] **COMPARATOR WITH A PREDETERMINED OUTPUT STATE IN DROPOUT**

[75] Inventors: **Derek F. Bowers**, Sunnyvale; **James J. Ashe**, Saratoga, both of Calif.

[73] Assignee: **Analog Devices, Inc.**, Norwood, Mass.

[21] Appl. No.: **636,719**

[22] Filed: **Apr. 23, 1996**

[51] **Int. Cl.$^6$** ................................ **H03K 5/22; H03L 5/00**
[52] **U.S. Cl.** ...................... 327/65; 327/307; 327/563
[58] **Field of Search** ............................ 327/63, 65–68, 327/77–79, 87, 88, 89, 307, 560–563; 330/252, 253; 326/56, 57, 58

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,272,728 | 6/1981 | Wittlinger | 330/253 |
| 4,336,502 | 6/1982 | Goto | 330/253 |
| 4,587,444 | 5/1986 | Emori et al. | 327/65 |
| 5,047,665 | 9/1991 | Burt | 330/253 |

| | | | |
|---|---|---|---|
| 5,530,444 | 6/1996 | Tice et al | 330/252 |

OTHER PUBLICATIONS

Paul Horowitz, Winfield Hill, *The Art of Electronics,* Cambridge University Press, New York, 1989, pp. 229–231, 355–368.

*Primary Examiner*—Toan Tran
*Attorney, Agent, or Firm*—Koppel & Jacobs

[57]                **ABSTRACT**

A comparator combines unbalanced differential input amplifiers to produce a balanced input stage that forces the comparator output to a predetermined state whenever the first differential amplifier enters dropout. The comparator's second differential amplifier is imbalanced to overcome the variable offset voltage which creates the comparator's hysteresis voltage. Its first differential amplifier is imbalanced to compensate for the imbalance of the second amplifier, thereby producing an input stage which is balanced overall and free of input offset voltages that would otherwise be present.

**19 Claims, 4 Drawing Sheets**







FIG.1
(Prior Art)



FIG.2
(Prior Art)

B208



FIG.3



FIG.4



FIG.5



FIG.6

4/4



FIG.7



FIG.8



FIG.9

B211

5,648,735

| 1 | 2 |

## COMPARATOR WITH A PREDETERMINED OUTPUT STATE IN DROPOUT

### BACKGROUND OF THE INVENTION

#### 1. Field of the Invention

The invention is related to integrated circuit comparators and, more particularly, to integrated circuit comparators which operate with relatively low supply voltages.

#### 2. Description of the Related Art

Comparators are used in a wide variety of applications such as squaring circuits, zero crossing detectors, oscillators, and voltage level detectors. Comparators are sometimes described as one-bit analog to digital converters and are important components within analog-to-digital converters of all resolutions. They are also employed within control circuits, to switch on lights and heaters, to control the operation of pumps, and to enable a switching power supply's oscillator. These are just a few of the myriad areas in which comparators find application.

Comparators are, in a first order analysis, simply differential amplifiers with positive feedback. Positive feedback takes the amplifier out of the linear region of operation, and promotes rapid switching from one output state to another. Positive feedback also adds hysteresis to the amplifier, thereby ensuring that the amplifier won't swing wildly from one state to another due to minor noise disturbances at the differential in-puts. For a more detailed description of comparators, see Paul Horowitz, Winfield Hill, *The Art of Electronics*, Cambridge University Press, New York, 1989, Pages 229–231.

FIG.1 illustrates the basic components of a comparator 9. A differential input stage 10 provides inverting and non-inverting inputs (marked − and +, respectively). The differential input stage is composed, primarily, of a balanced differential amplifier 12 that is connected to amplify a differential input signal Vdiff imposed across the comparator's inverting and noninverting inputs. The amplifier 12 provides a gain G1 for amplification of the input signal Vdiff. Since the amplifier 12 is balanced, in a first order analysis, no offset compensation is required, i.e., a differential input signal Vdiff will produce a differential output signal at the output of the differential input stage, Vout= (Vdiff)(G1). However, some comparators include an offset circuit 13, discussed in greater detail in relation to FIG.2, that produces a predetermined comparator output in some circumstances. Unfortunately, the offset circuit 13 creates an input offset that adds an error component to the differential input voltage Vdiff. The output of the differential input stage is connected to an output stage 14 which includes a differential to single-ended converter 16 and a positive feedback circuit 18 which provides the comparator 9 with hysteresis. Although, for convenience, the differential to single-ended converter 16 and positive feedback circuit 18 are drawn separately, they may, in fact, be implemented as a single circuit.

One could also view the positive feedback circuit 18 as a flip-flop, or cross-coupled inverters. To analyze the effect of the comparator's positive feedback, first assume that the output of the comparator is at its "positive rail", Vsat+. A portion of the output voltage is fed back, within the output stage 14 in this example, to effectively produces a variable offset which opposes changes in the comparator's output state. That is, to change the output from Vsat+ to Vsat−, not only must the inverting terminal voltage be greater than that at the noninverting terminal, it must be greater by at least the fedback signal. Similarly, once the output signal has swung

to the comparator's negative rail, the voltage at the noninverting terminal must exceed that at the inverting terminal by an amount at least equal to the fedback signal in order to change the comparator's output voltage back to the positive output rail, Vsat+.

In the following illustrative examples, which employ pnp transistors, the transistor control terminals are bases and are labeled bx, one of each transistor's current conduction terminals, the collector, is labeled cx and each transistor's other current conduction terminal, the emitter, is labeled ex. As is known in the art, differential amplifiers may, in alternative implementations employ npn transistors, or n-channel or p-channel FETs, with appropriate substitution of control and conduction terminals.

FIG.2 is a schematic diagram which illustrates the differential input stage 10 in greater detail. The balanced differential amplifier 12 includes a differential pair of transistors Q1, Q2 the bases of which b1 and b2 act as the inverting and noninverting inputs, respectively, of the comparator 9. Emitters e1 and e2 of the transistors Q1 and Q2, respectively, are connected through a bias current source I1 to a positive supply bus V+. Collectors c1 and c2 of the transistors Q1 and Q2 are connected, respectively, through load resistors R1 and R2 to a negative supply bus V− (naturally, either supply bus, V+ or V−, may, under the appropriate circumstances, be referenced to "ground"). The differential output is taken from the collectors c1 and c2. The transistors Q1 and Q2 are matched, that is, they are equal-sized transistors and yield substantially the same collector current for a given base-emitter voltage. Additionally, the resistors R1 and R2 are equal valued resistors.

The gain of the differential amplifier 12 is approximately equal to RC/re, where RC is the collector resistance, given by the value of R1 or R2 and re is the transistors' intrinsic emitter resistance, given by:

$$re = kT/qIc$$

where:

    k=Boltzmann's constant

    T=temperature Kelvin

    q=the electron charge

    Ic=the transistor's collector current

Assuming, for example, a temperature of 293 K., a collector current of 10 μA, and 20 k Ω load resistors, the gain of the differential amplifier would be approximately 8. The gain may be adjusted by adjusting the collector current Ic.

As described in the discussion related to FIG.1, the differential output of the differential input stage 10 is coupled to an output stage with hysteresis and, in order to change the output state of a comparator which employs the differential input stage 10, a differential input signal must be of sufficient magnitude to overcome the comparator's built in hysteresis. Although in normal operation this may not seem too daunting a task, in some situations the comparator may fail to operate in this manner. In particular, if the input signal is at one extreme of the comparator's common mode input range, the differential pair 12 may go into dropout, shutting off. That is, if the input signals at the inverting and noninverting inputs are too high to provide sufficient base-emitter voltages for transistors Q1 and Q2, the transistors Q1 and Q2 will turn off. Without the offset circuitry composed of a current source I2, and resistors R3 and R4, whenever the differential amplifier enters dropout the comparator output, because of positive feed-back, would remain in whatever state it was in immediately prior to dropout. The offset circuitry, a current source I2 connected from the positive supply terminal V+ through a resistor divider composed of

5,648,735

| 3 | 4 |

resistors R3 and R4 to the negative supply terminal V–, produces an offset voltage that forces the comparator output to a predetermined state whenever the differential amplifier 12 enters dropout.

The differential amplifier may enter dropout either because the input signals exceed a specified level or because the comparator's supply voltage drops to a level which does not provide sufficient "headroom" for the input amplifier 12 to operate. Under certain circumstances this could lead to disastrous results. In a control application, for example, whenever the comparator input stage is in dropout, the controlled process may be operating "open loop", or effectively without control. Whether the parameter being controlled is the pressure within a hydrogen tank, the temperature of a greenhouse, or the voltage output of a voltage regulator, allowing the process to run open loop could have costly, and possibly fatal, consequences. Systems which operate from low voltage supplies are particularly susceptible, e.g., as battery voltages fall, to this form of failure.

However, the offset which forces the comparator output to a predetermined state also creates, as mentioned in the discussion related to FIG.1, an offset error signal at the input to the comparator, thus requiring additional compensation circuitry.

## SUMMARY OF THE INVENTION

The invention is directed to a comparator that, in addition to "normal operation", i.e. providing an output signal which corresponds to the difference between its inverting and noninverting input terminals, provides a predetermined output whenever its input amplifier enters dropout.

The invention comprises a comparator with unbalanced input amplifiers forming its differential input stage. A first unbalanced input amplifier provides the inverting and non-inverting input terminals and amplifies differential signals applied to those terminals. The differential output of the first amplifier is fed to the differential input of a second unbalanced amplifier, the output of which is converted to a single-ended output with hysteresis. The imbalance in the second differential amplifier is sufficient to drive the output of the comparator to a predetermined state whenever the first differential amplifier is in dropout. The imbalance in the first differential amplifier compensates for the imbalance in the second differential amplifier so that no offset is presented to the signal inputs of the comparator. By imbalancing the differential input amplifiers in this manner, the new comparator not only produces a predetermined output which may be used as a "failsafe", it does so without creating an input offset.

In particular, the new comparator's input stage includes a first differential amplifier which include a differential transistor pair Q1 and Q2 and load resistor resistors R1 and R2. The control terminals of transistors Q1 and Q2 form the new comparator's differential signal inputs. The differential output of the first differential amplifier is connected to the control terminals of the second differential amplifier, which includes a differential pair of transistors Q3 and Q4 and load resistors R3 and R4. The second differential amplifier is unbalanced so that, with zero input voltage, it produces an output voltage of the proper sense and of sufficient magnitude to overcome the variable offset, or hysteresis, voltage of the comparator's output stage. The imbalance of the second differential amplifier may be created by mismatching the load resistors, by mismatching the transistors of the differential pair, i.e., using transistors with different doping profiles and/or different current-control areas, or by a combination of these methods. The first differential amplifier is imbalanced in a compensatory manner so that no input offset voltage is created as a result of the second differential amplifier's imbalance. This is achieved by maintaining the following ratio:

$$(Qd2/Qd1) (RL1/RL2)=(Qd4/Qd3)(RL3/RL4)G2$$

where G2 is the gain of the second differential amplifier, RL1–RL4 are the differential amplifiers' load resistors, and Qd1–Qd4 are, assuming matched doping profiles, the respective transistor areas that control each transistor's current, e.g., a pnp transistor's emitter area. In the preferred embodiment matched transistors are employed, i.e., the transistors are equal-area transistors having the same doping profiles, so the ratio reduces to the special case:

$$(RL1/RL2)=(RL3/RL4)G2.$$

The differential amplifiers may be implemented using pnp, npn, n-channel FET, or p-channel FET transistors.

The novel comparator is particularly suited to control applications. When employed within a burst-mode switching power supply controller, for example, the novel comparator produces an output which disables the controller's oscillator whenever the comparator's first differential amplifier enters dropout. This prevents a burst-mode switching power supply from "running away" whenever dropout occurs.

These and other features, aspects and advantages of the invention will be apparent to those skilled in the art from the following detailed description, taken together with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of a conventional comparator, illustrating the interconnection of the differential input stage, the differential to single-ended converter, and the output stage with hysteresis.

FIG. 2 is a schematic diagram of the differential input stage of the conventional comparator of FIG.1.

FIG. 3 is a block diagram of the new comparator.

FIGS. 4,5,6, and 7 are schematic diagrams of pnp bipolar, p-channel FET, npn bipolar and n-channel FET implementations, respectively, of a differential input stage used in the comparator of FIG. 3.

FIG. 8 is a schematic diagram of a burst-mode switching regulator/controller which employs the new comparator in combination with other components to form a novel burst mode switching regulator.

FIG. 9 is a block diagram of a feedback control system which employs the new comparator.

## DETAILED DESCRIPTION OF THE INVENTION

As mentioned in the discussion related to FIG.1, a comparator's input differential amplifier may enter dropout for a number of reasons. Whenever the amplifier's differential inputs too closely approach the comparator's supply voltage, there is insufficient "headroom" for the input differential amplifier to operate and the amplifier's transistors turn off. This may occur when the supply voltage remains fixed and, for some reason, the common mode input varies or it may occur when the supply voltage varies, e.g., when the supply voltage is provided by a source such as a battery, and the

5,648,735

supply voltage falls to a level that will not sustain operation with given input signals.

A new comparator 20 of FIG.3 provides an internal "failsafe" control of its output so that whenever its input differential amplifier enters dropout, the comparator's output goes to a known, predetermined state. The comparator 20 includes a differential input stage 22 which provides inverting (−) and noninverting (+) inputs. The differential input stage 22 provides a differential output signal to a differential-to-single-ended converter 24 which provides a single-ended signal and routes this signal to an output stage 26. The output stage 26 includes positive feedback which, in effect, provides a variable offset that tends to maintain the signal at the OUTPUT terminal in its current state.

The differential input stage 22 includes two unbalanced differential amplifiers. As noted in the discussion related to FIGS. 1 and 2, conventional comparators employ balanced differential amplifiers in their differential input stages. A first unbalanced differential amplifier 28 provides the inverting (−) and noninverting (+) inputs for the comparator 20. A differential input signal presented to the differential amplifier 28 is amplified and passed to a second unbalanced differential amplifier 30. As will be described in greater detail in relation to the discussion of FIG.4, the imbalances in the differential amplifiers 28 and 30 produce a predetermined signal at the OUTPUT terminal whenever the first differential amplifier 28 enters dropout.

By providing a known signal under these circumstances, any system which employs the comparator 20 may itself enter a failsafe mode of operation which ensures that no critical errors occur during this period of time. For example, if the comparator 20 is employed in a temperature control circuit in which one output state turns a furnace on and the other turns it off, then the failsafe output state from the comparator could be used to turn the furnace off to prevent overheating. On the other hand, if the real danger to the system being controlled involves low temperatures, the comparator's failsafe output state could be used to turn the furnace on.

One embodiment of the differential input stage 22 is illustrated in greater detail in the schematic diagram of FIG.4. Each differential amplifier 28,30 includes a differential pair of bipolar pnp transistors Q5, Q6 and Q7, Q8, respectively. The bases b5 and b6 of the first differential pair 28 act as the inverting and noninverting inputs, respectively, of the comparator 20. Emitters e5 and e6 of the transistors Q5 and Q6, respectively, are connected through a bias current source I3 to a positive supply bus V+. Collectors c5 and c6 of the transistors Q5 and Q6 are connected, respectively, through load resistors R5 and R6 to a negative supply bus V−. Similarly, the bases b7 and b8 of the second differential pair 30 are respectively connected to the collectors c6 and c5 of the first differential pair. Emitters e7 and e8 of the transistors Q7 and Q8 are respectively connected through a bias current source I4 to a positive supply bus V+. Collectors c7 and c8 of the transistors Q7 and Q8 are respectively connected through load resistors R7 and R8 to a negative supply bus V−.

In this embodiment of the novel comparator 20, resistors R5 and R6 are unequal-valued resistors, as are R7 and R8. The inequality of these resistors produces an imbalance in each of the differential amplifiers 28,30. The utility of this imbalance relates to the variable offset voltage which creates the comparator's hysteresis and will be discussed in the context of a low supply voltage forcing the differential amplifier 28 into dropout.

That is, assume for example that the noninverting input of the differential input stage 22 is connected to receive a reference voltage of 1.25 V and the inverting input of the differential input stage 22 is connected to receive a signal fed back from a controlled parameter (biased near 1.25 V). Although the signal appearing at the inverting input may vary slightly, in a first order approximation these signals may be viewed as fixed at approximately 1.25 V. If the positive supply voltage appearing on the V+ bus falls to a level (approximately 2.0 V) that will not support a forward diode drop from the emitters e5,e6 to the bases b5,b6 the transistors Q5 and Q6 will turn off. Consequently the load resistors R5 and R6 will pull the base terminals b7 and b8 to the negative supply voltage V−. If the differential amplifier 30 were balanced, i.e., transistors Q7 and Q8 having the same doping profiles and current-control areas (Q7=Q8) and R7=R8, the comparator output would remain in the same state it was in when the differential amplifier 28 entered dropout. The comparator output state would be left to chance and, in a critical control application, without other precautions the safety of the system would depend upon a coin toss.

The differential amplifier 30 is imbalanced. This imbalance may be achieved by mismatching (using transistors with different doping profiles and/or different current-control areas) the transistors Q7 and Q8, by mismatching the resistors R7 and R8 or by a combination of these methods. In the preferred embodiment the transistors Q7 and Q8 are matched transistors and the resistors R7 and R8 are unequal, with typical resistances of 8.5 kΩ and 13.7 kΩ, respectively. If both bases b7, b8 of the differential amplifier 30 are pulled to the negative supply voltage V−, the transistors Q7 and Q8 will share the current from the bias current source I4 equally. Equal currents through the unequal resistors R7 and R8 produce a differential output voltage at the output of the differential input stage 22. This output voltage is sufficient to overcome the variable offset voltage of the comparator 20 and guarantee that the comparator output will be a predetermined value, VSAT− in the preferred embodiment. That is, if the comparator output is already at VSAT− when the first differential amplifier 28 goes into dropout, it will remain in that state. If the comparator output is at VSAT+ when the first differential amplifier goes into dropout, the differential output created by the mismatched resistors R7 and R8 is greater than the comparator's variable offset voltage, i.e., that created by positive feedback to provide hysteresis, and will force the output of the comparator to switch from VSAT+ to VSAT−.

Given that the resistors R7 and R8 are mismatched in this fashion, an offset voltage is presented to the first differential amplifier 28. In normal operation, i.e., when the first differential amplifier 28 is not in dropout, this offset voltage would be reflected to the differential input of the comparator 20. For this reason, the differential amplifier 28 is also unbalanced and like the differential amplifier 30, this imbalance is created by making the resistors R5 and R6 unequal also: typically 20 kΩ and 16 kΩ in the preferred embodiment. The inequality of these resistors creates a counterbalancing offset so that no fixed offset appears at the differential input of the comparator 20.

To create the "failsafe" differential output from the differential input stage, the resistors R7 and R8 are chosen so that:

$$(\frac{1}{4})\,(I4)(R7-R8) > Vh$$

Where:

5,648,735

7

Vh=the variable offset, or hysteresis voltage
This ensures that the output of the comparator 20 will be forced into a predetermined state whenever the differential input voltage to the second stage equals zero. For a given resistor pair R7, R8 the resistors R5 and R6 are chosen so that:

$$R5/R6=(R7/R8)(1/G2)$$

where G2 is the gain of the second differential amplifier 30, i.e., approximately (R7+R8)(qI4/2kT), assuming that the output stage 23 presents a high input impedance. Reversing these ratios will produce a differential output of the opposite polarity, which could be used to implement a failsafe output from the comparator 20, of the opposite polarity. Additionally, the interconnections between the first differential amplifier 28 and the second 30 could be reversed, with appropriate adjustments in the ratios. For example, if the base b7 were connected to the collector c5 instead of the collector c6 and the base b8 connected to the collector c6 rather than to the collector c5, then the resistors R5 and R6 should be chosen so that R6/R5=(R 7/R8)(1/G2).

The differential input stage 22 may also be implemented, as illustrated in FIG. 5, with P-channel FETs. Each differential amplifier 28,30 includes a differential pair of transistors Q9, Q10 and Q11,Q12, respectively. The gates, G9 and G10, of the first differential pair 28 act as the inverting and noninverting inputs, respectively, of the comparator 20. Sources s9 and s10 of the transistors Q9 and Q10, respectively, and connected through a bias current source I5 to a positive supply bus V+. Drains d9 and d10 of the transistors Q9 and Q10 are connected, respectively, through load resistors R9 and R10 to a negative supply bus V−. Similarly, the gates G11 and G12 of the second differential pair 30 are respectively connected to the drains d10 and d11 of the first differential pair. Sources s11 and s12 of the transistors Q11 and 12 are respectively connected through a bias current source I6 to a positive supply bus V+. Drains d11 and d12 of the transistors Q11 and Q12 are respectively connected through load resistors R11 and R12 to a negative supply bus V−.

In this embodiment of the novel comparator 20, resistors R9 and R10 are unequal-valued resistors, as are R11 and R12. As described in relation to the discussion of FIG.4, the inequality of these resistors produces an imbalance in each of the differential amplifiers 28,30 with the net effect being that the comparator 20 has a "failsafe" output state and the offset in the differential amplifier 30 is compensated for by the imbalance in the differential amplifier 28.

Additionally, the input stage may be implemented, as illustrated in FIG. 6, with npn transistors. Each differential amplifier 28,30 includes a differential pair of transistors Q13, Q14 and Q15,Q16, respectively. The bases, b13 and b14, of the first differential pair 28 act as the inverting and noninverting inputs, respectively, of the comparator 20. Emitters e13 and e14 of the transistors Q13 and Q14, respectively, are connected through a bias current source I7 to a negative supply bus V−. Collectors c13 and c14 of the transistors Q13 and Q14 are connected, respectively, through load resistors R13 and R14 to a positive supply bus V+. Similarly, the bases b15 and b16 of the second differential pair 30 are respectively connected to the collectors c14 and c13 of the first differential pair 28. Emitters e15 and e16 of the transistors Q15 and Q16 are respectively connected through a bias current source I8 to a negative supply bus V−. Collectors c15 and c16 of the transistors Q15 and Q16 are respectively connected through load resistors R15 and R16 to a positive supply bus V+.

8

In this embodiment of the novel comparator 20, resistors R13 and R14 are unequal-valued resistors, as are R15 and R16. As described in relation to the discussion of FIGS. 4 and 5, the inequality of these resistors produces an imbalance in each of the differential amplifiers 28,30 with the net effect being that the comparator 20 has a failsafe output state and the offset in the differential amplifier 30 is compensated for by the imbalance in the differential amplifier 28.

In another implementation, illustrated in FIG.7, the differential input stage 22 includes differential amplifiers 28 and 30 that employ n-channel FETs. Each differential amplifier 28,30 includes a differential pair of transistors Q17, Q18 and Q19, Q20, respectively. The gates, G17 and G18, of the first differential pair 28 act as the inverting and noninverting inputs, respectively, of the comparator 20. Sources s17 and s18 of the transistors Q17 and Q18, respectively, are connected through a bias current source 19 to a negative supply bus V−. Drains d17 and d18 of the transistors Q17 and Q18 are connected, respectively, through load resistors R17 and R18 to a positive supply bus V+. Similarly, the gates G19 and G20 of the second differential pair 30 are respectively connected to the drains d18 and d17 of the first differential pair. Sources s19 and s20 of the transistors Q19 and Q20 are respectively connected through a bias current source I10 to a negative supply bus V−. Drains d19 and d20 of the transistors Q19 and Q20 are respectively connected through load resistors R19 and R20 to a positive supply bus V+.

In this embodiment of the novel comparator 20, resistors R17 and R18 are unequal-valued resistors, as are R19 and R20. This inequality produces the desired imbalance in each of the differential amplifiers 28,30, yielding a comparator 20 with a failsafe output state without an associated input offset voltage.

The failsafe output state of the new comparator 20 makes it particularly well-suited to control applications such as the burst-mode switching regulator of FIG.8. Switching regulators are known in the art and provide step-up or step-down, positive or negative regulated voltage outputs from unregulated voltage inputs. For a more detailed description of their operation, see Paul Horowitz, Winfield Hill, *The Art of Electronics*, Cambridge University Press, New York, 1989, Pages 355–368.

The regulator includes a transistor Q21 that, when turned on, establishes a current from an unregulated voltage terminal Vin through an inductor L1 to a return terminal V−. The transistor Q21 is turned off after establishing a current through the inductor L1 in this fashion. The energy stored in the inductor's magnetic field forces the voltage at the anode of a diode D1 higher until the diode is forward-biased, allowing the inductor L1 to charge a capacitor C1 which filters the regulated output Vreg.

An oscillator 32 controls the switching of the transistor Q21. The oscillator 32 is connected through an "enable" input to the output of the new comparator 20, which provides a failsafe output. The comparator derives power from the Vin and V− supply terminals and is connected at its noninverting input to receive a reference voltage Vref. The inverting input of the comparator 20 is connected to the tap 34, of a voltage divider formed by resistors R21 and R22 connected in series between the regulated output terminal Vreg and the negative supply terminal V−. In a preferred embodiment Vin=2.0 V, Vref=1.25 V, Vreg=5.0 V and R21/R22=3. In this illustrative burst-mode regulator, whenever the voltage fed back to the inverting input of the comparator 20 falls below 1.25 V, the comparator's output is HIGH. This HIGH output is fed to the "active HIGH" ENABLE terminal of the oscillator 32, thus enabling the oscillator to switch the

5,648,735

9                                          10

transistor Q21 on and off, thereby pumping charge into the capacitor C1 until the voltage across C1 equals the desired regulated output voltage. With the output voltage approximately equal to the desired voltage, the signal fed back to the inverting input of the comparator "trips" the comparator, thereby disabling the oscillator and stopping the previously described switching action.

The comparator's failsafe output can be used to disable the oscillator whenever the unregulated input voltage Vin falls to a level that will, as described in the discussion related to FIG.4, force the comparator's first differential amplifier 28 into dropout.

A feedback control system such as depicted in the block diagram of FIG.9 may also employ the new comparator 20. A voltage reference 40 is connected, in this implementation, to the noninverting input (+) of the comparator 20. The output of the comparator is used to drive a control circuit 42 which exercises control over a system parameter that is available for sensing at a terminal 44. A feedback circuit 46 is connected to feed a signal representative of the controlled parameter back to the other, inverting input of the comparator. The controller parameter available at the terminal 44 may be a physical quantity, such as temperature, voltage, or current, etc. and the feedback circuit may be a resistor divider, for example. In fact, a switching regulator such as discussed in relation to FIG.8 may be considered a special case of feedback control system and may be implemented as a buck or boost, inverting or noninverting regulator.

The forgoing description of specific embodiments of the invention has been presented for the purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise forms disclosed, and many modifications and variations are possible in light of the above teachings. For example, although a positive output boost regulator is illustrated, the comparator may be employed by a switching power supply controller to produce a positive or negative output, inverting or noninverting, step-down (buck) or step-up (boost) regulator. The comparator's failsafe output may be implemented as either a positive or negative output and the imbalances in the differential amplifiers may be reversed. The new comparator may also be employed within analog to digital converters.

The embodiments were chosen and described in order to best explain the principles of the invention and its practical application, to thereby enable others skilled in the art to best utilize the invention. It is intended that the scope of the invention be limited only by the claims appended hereto.

We claim:

1. A comparator, comprising:

a balanced differential input stage including first and second unbalanced differential amplifiers, each having a differential input and a differential output, the input of the first differential amplifier connected to form the comparator input and the output connected to the input of the second differential amplifier, the output of the second differential amplifier connected to provide the output of the input stage, and

an output stage having hysteresis, said output stage being connected to receive the differential output of the input stage, said input stage connected to force the output of the comparator to a predetermined state whenever the first differential amplifier enters dropout.

2. A comparator, comprising:

a differential input stage including a plurality of unbalanced differential amplifiers and having noninverting and inverting inputs, substantially zero input offset and a differential output, said differential output connected

to produce an offset whenever a part of the differential input stage enters dropout,

an output stage having hysteresis connected to receive the output of the differential input stage, the offset of the differential input stage being of sufficient magnitude and having the proper sense to force the output of the comparator to a predetermined state, and

positive and negative supply inputs for said input and output stages.

3. A comparator, comprising:

positive and negative supply terminals for recieving a supply voltage for the comparator;

a first unbalanced differential amplifier having an offsert,

a second unbalanced differential amplifier characterized by a gain and an offset and connected to receive the output of the first unbalanced differential amplifier, the offset of the first differential amplifier equaling the magnitude of the second amplifier offset divided by the gain of the second amplifier, said first amplifier offset also being of opposite polarity to the offset of the second amplifier,

an output stage having hysteresis connected to receive the output of the second unbalanced differential amplifier, the offset of the second differential amplifier being of sufficient magnitude and forcing the output of the comparator to a predetermined state whenever the supply voltage falls to a level which forces the first unbalanced differential amplifier into dropout.

4. The comparator of claim 3, wherein each differential amplifier comprises:

a bias current source,

a pair of load resistors, and

a differential pair of transistors, each transistor having first and second current conduction terminals and a control terminal, the first current conduction terminal of each transistor connected through said bias current source to one of said voltage supply terminal, the control terminals of said transistors connected to form the comparator's inverting and noninverting inputs, each second current conducting terminal connected through one of said load resistors to the other of said voltage supply terminals.

5. The comparator of claim 4, wherein the second conducting terminals of the first differential pair of transistors are connected to produce the output of the first differential amplifier.

6. The comparator of claim 5, wherein the control terminals of the second differential pair of transistors are connected to form the input terminals of the second differential amplifier and the second current conducting terminals of the second differential pair of transistors are connected to produce the differential input stage output.

7. The comparator of claim 6, wherein emitter areas of the transistors and the load resistors of the first differential amplifier form a product (Qd2/Qd1)(RL1/RL2) that is unequal to one, emitter areas of the transistors and the load resistors of the second differential amplifier form a product (Qd4/Qd3) (RL3/RL4) and

$$(Qd2/Qd1) (RL1/RL2) = (Qd4/Qd3) (RL3/RL4)/G2$$

where G2 is the gain of the second differential amplifier Qd1–Qd4 are the emitter areas of the differential amplifiers' transistors, and RL1–RL4 are the values of the differential amplifiers' load resistors.

8. The comparator of claim 6, wherein the load resistors of the first differential pair form a ratio RL1/RL2, where

5,648,735

## 11

RL1/RL2 is unequal to one, the resistors of the second differential pair form a ratio RL3/RL4, and the ratio of RL1/RL2 equals (1/G2) (RL3/RL4), where G2 is the gain of the second differential amplifier and RL1–RL4 are the values of the load resistors.

9. The comparator of claim 7, wherein said transistors are pnp bipolar transistors.

10. The comparator of claim 7, wherein said transistors are npn bipolar transistors.

11. The comparator of claim 7, wherein said transistors are p-channel FETs.

12. The comparator of claim 7, wherein said transistors are n-channel FETs.

13. A feedback control system, comprising:

a comparator, comprising:

inverting and noninverting signal inputs,

an output,

positive and negative supply terminals, for receiving a supply voltage for the comparator,

a first unbalanced differential amplifier having an offset,

a second unbalanced differential amplifier characterized by a gain and an offset and connected to receive the output of the first unbalanced differential amplifier, the offset of the first differential amplifier equaling the magnitude of the second amplifier offset divided by the gain of the second amplifier, said first amplifier offset also being of opposite polarity to the offset of the second amplifier, and

an output stage having hysteresis connected to receive the output of the second unbalanced differential amplifier, the offset of the second differential amplifier being of sufficient magnitude and forcing the output of the comparator to a predetermined state whenever the supply voltage falls to a level which forces the first unbalanced differential amplifier into dropout,

a voltage reference connected to provide an input signal to one of the signal inputs of the comparator,

a feedback circuit connected to feed a signal representative of a controlled parameter back to the other comparator signal input, and

a control circuit connected to control a parameter within the system based upon the state of the comparator's output.

14. A burst-mode switching regulator controller, comprising:

a comparator, comprising:

inverting and noninverting signal inputs,

an output,

positive and negative supply terminals, for recieving a supply voltage for the comparator;

a first unbalanced differential amplifier having an offset,

a second unbalanced differential amplifier characterized by a gain and an offset and connected to receive the output of the first unbalanced differential amplifier, the offset of the first differential amplifier equaling the magnitude of the second amplifier offset divided by the gain of the second amplifier, said first amplifier offset also being of opposite polarity to the offset of the second amplifier, and

an output stage having hysteresis connected to receive the output of the second unbalanced differential amplifier, the offset of the second differential ampli-

## 12

fier being of sufficient magnitude and forcing the output of the comparator to a predetermined state whenever the supply voltage falls to a level which forces the first unbalanced differential amplifier into dropout,

a voltage reference connected to provide an input signal to one of the signal input terminals of the comparator,

a feedback circuit connected to a regulated voltage terminal and to provide a signal representative of a voltage at the regulated voltage terminal to the other input terminal of the comparator, and

an oscillator connected to produce an oscillating output under control of the output of said comparator to control a switch that is connected to the regulated voltage terminal.

15. A burst-mode switching voltage regulator, comprising:

a comparator, comprising:

inverting and noninverting signal inputs,

an output,

positive and negative supply terminals for receiving a supply voltage for the comparator,

a first unbalanced differential amplifier having an offset,

a second unbalanced differential amplifier characterized by a gain and an offset and connected to receive the output of the first unbalanced differential amplifier, the offset of the first differential amplifier equaling the magnitude of the second amplifier offset divided by the gain of the second amplifier, said first amplifier offset also being of opposite polarity to the offset of the second amplifier, and

an output stage having hysteresis connected to receive the output of the second unbalanced differential amplifier, the offset of the second differential amplifier being of sufficient magnitude and forcing the output of the comparator to a predetermined state whenever the supply voltage falls to a level which forces the first unbalanced differential amplifier into dropout,

a voltage reference connected to provide an input signal to one of the signal input terminals of the comparator,

a feedback circuit connected to a regulated voltage terminal and to provide a signal representative of a voltage at the regulated voltage terminal to the other input terminal of the comparator, and

an oscillator connected to produce an oscillating output under control of the comparator output, and

a switch connected at a control terminal to the oscillator output and through its current conducting terminals to establish a current through an inductor, said inductor coupled to charge a capacitor and to thereby produce a regulated output voltage at the regulated voltage terminal.

16. The regulator of claim 15, wherein said regulator is an inverting regulator.

17. The regulator of claim 15, wherein said regulator is a noninverting regulator.

18. The regulator of claim 15, wherein said regulator is a boost regulator.

19. The regulator of claim 15, wherein said regulator is a buck regulator.

*  *  *  *  *

**TAB 29**

# United States Patent [19]

## Gilbert

[11]  Patent Number:  **4,475,169**

[45]  Date of Patent:  **Oct. 2, 1984**

[54]  **HIGH-ACCURACY SINE-FUNCTION GENERATOR**

[75]  Inventor:  **Barrie Gilbert**, Forest Grove, Oreg.

[73]  Assignee:  **Analog Devices, Inc.**, Norwood, Mass.

[21]  Appl. No.:  **344,543**

[22]  Filed:  **Feb. 1, 1982**

[51]  Int. Cl.³ ........................................ G06G 7/22
[52]  U.S. Cl. ........................... **364/817**; 307/498; 364/851
[58]  Field of Search ............ 364/815, 816, 817, 818, 364/850, 603, 607, 608, 851, 856; 307/490, 498, 260; 328/142, 161, 14; 340/347 SY

[56]  **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,868,680 | 2/1975 | Rhodes | 364/603 X |
| 3,984,672 | 10/1976 | Jones | 364/603 X |
| 4,164,729 | 8/1979 | Simon et al. | 340/347 X |

### OTHER PUBLICATIONS

Gilbert, "Monolithic Analog Read-only Memory for Character Generation" IEEE JSSC, vol. SC-6, No. 1, Feb. 1971.

*Primary Examiner*—Joseph F. Ruggiero
*Attorney, Agent, or Firm*—Parmelee, Bollinger & Bramblett

[57]  **ABSTRACT**

A sine-function generator comprising a plurality of bipolar transistors with their collectors connected to a pair of output terminals in alternating antiphase and their emitters connected in common to a single current source. The bases of the transistors are connected to respective nodal points of a base-bias network comprising a series-connected string of equal resistors. Current sources supply equal currents to the network nodal points to develop base voltages at those points according to a predetermined distribution pattern establishing a peak voltage along a line representing the nodal sequence. An input signal applied to the ends of the resistor string controls the location of this voltage peak along the nodal line, thereby controlling the current flow through the transistors in such a way that the net differential output current is proportional to the sine of the angle represented by the input signal. A ladder-type base-bias network also is disclosed.

20 Claims, 9 Drawing Figures





*Fig. 1.*



*Fig. 2*

TOTAL CURRENT = I

20

TOTAL RESISTANCE = R



*Fig. 3.*

22

I    I    I    I

+ANGLE INPUT
VOLTAGE

24

R    R    R    R    R

26

-ANGLE INPUT
VOLTAGE

$I_1$

12

$I_0$    DIFFERENTIAL
OUTPUT
CURRENT

$I_2$

14

$Q_1$    $Q_2$    $Q_3$    $Q_4$    $Q_5$    $Q_6$

$I_E$  (AMPLITUDE
CONTROL
CURRENT)

U.S. Patent    Oct. 2, 1984    Sheet 3 of 7    4,475,169

Fig. 4.



ANGULAR INPUT

THE OUTPUT FUNCTION

B221



Fig. 5.



Fig. 6.

FUNCTION & ERROR FOR ONE CONFIGURATION

.385

B223



*Fig. 7.*

SIGNAL COMMON

ALTERNATIVE BASE-NETWORK



*Fig. 9.*

DRIVER STAGE FOR THE
ALTERNATIVE BASE NETWORK



ELEVEN-TRANSISTOR SINE-SHAPER
USING ALTERNATIVE BASE-NETWORK

Fig. 8.

B225

4,475,169

1                                          2

## HIGH-ACCURACY SINE-FUNCTION GENERATOR

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to sine-function generators. More particularly, this invention relates to such generators producing an output signal having a precise sinusoidal relationship to analog input signals representing an input angle, and operable over a very large angular range, e.g. ±360°.

2. Description of the Prior Art

Many techniques have been used heretofore to generate an analog output signal having a sinusoidal relationship to an input signal representing an angle. Such prior techniques include piecewise linear approximations, polynomial and other continuous function techniques using multipliers, special translinear circuits, simple modifications of bipolar-transistor differential amplifiers, and circuits comprising large numbers of such differential amplifier stages connected in periodic antiphase.

With the exception of the last-mentioned, all of these approaches suffer from two limitations; first, they generally provide operation only over the angular range of ±90° (some offer ±180° range); second, they are usually of poor accuracy. The last-mentioned approach, as described by the present inventor in "Circuits for the Precise Synthesis of the Sine Function", in Electronic Letters, Vol. 13, Aug. 18, 1977, pp. 506, avoids these two limitations, but with a somewhat complex circuit. The present invention provides significantly greater simplicity and assured high performance in a practical commercial instrument.

### SUMMARY OF THE INVENTION

In one preferred embodiment of the invention, to be described hereinafter in detail, there is provided a sine-function generator having a plurality of transistors with their collectors connected to a pair of output terminals in alternating antiphase and their emitters connected in common to a single current source. The bases of the transistors are connected to respective nodal points of a base-bias network. This network is supplied by currents which develop voltages at the nodal points in accordance with a predetermined distribution pattern establishing a peak voltage at some point along a "line" (figuratively speaking) representing the nodal sequence. An input signal applied to the network controls the location of this voltage peak along the nodal line, thereby controlling the current flow through the transistors in such a way that the output current is proportional to the sine of the angle represented by the input signal.

Accordingly, it is an object of the invention to provide an improved sine-function generator capable of accurate operation over a wide angular range. It is a particular object of the invention to provide such apparatus which is simple in design and readily fabricated. Other objects, aspects and advantages of the invention will in part be pointed out in, and in part apparent from, the following detailed description considered together with the accompanying drawings.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a composite circuit diagram and graph depicting voltage distribution patterns for the bases of a set of transistors;

FIG. 2 is a diagrammatic representation of a base-bias network comprising a continuous resistance receiving along its length a distributed current flowing to the end points of the resistance to develop a parabolic voltage distribution along the resistance;

FIG. 3 is one preferred embodiment of a practical base-bias network for developing a parabolic voltage distribution and comprising a series-connected set of resistors receiving equal currents at their nodal points, to which the transistor bases are also connected;

FIG. 4 is a computer-generated plot of the differential output of the circuit of FIG. 3 for temperatures of $-55°$ C., 25° C., and 125° C.;

FIG. 5 is a detailed schematic of a sine-function generator in accordance with this invention;

FIG. 6 is a plot of the function generated by one particular implementation of the six-transistor circuit of FIG. 3, together with the calculated error compared to an exact sinusoid of the same period, amplitude and phase; the error is shown in dotted line with a maximum scale of ±1%;

FIG. 7 is a schematic diagram showing an alternative base-bias network for the six-transistor circuit of FIG. 3;

FIG. 8 is a schematic diagram showing an eleven-transistor sine-shaping circuit using a base-bias network similar to that of FIG. 7; and

FIG. 9 is a schematic diagram showing a driver stage for the base-bias networks of FIGS. 7 and 8.

### DESCRIPTION OF PREFERRED EMBODIMENTS

Referring now to the lower portion of FIG. 1, there is shown a six-transistor circuit Q1–Q6 which forms the core of a sine-function generator to be described in more detail hereinbelow. The collectors are connected in alternating antiphase to a pair of output terminals 12, 14, and a single emitter supply current $I_E$ is divided into the six transistors. The alternating collector connections recombine the individual transistor currents into a differential pair of currents $I_1$ and $I_2$, the sum of which always is $I_E$.

The difference between $I_1$ and $I_2$ is the output current of the circuit $I_o$. The magnitude of this differential current will be determined by the pattern of voltages $V_1$–$V_6$ on the bases of the transistors Q1–Q6. In analyzing this relationship, consider that the voltages become increasingly negative at the outer edges of the circuit. A relatively small bias, e.g. a few hundred millivolts, would completely cut off conduction in the outer transistors.

Taking first the case where $V_3 = V_4$ and all the other bases are biased down to, say, $-100$ mV, essentially all of $I_E$ will split equally between Q3 and Q4; any remaining current will split symmetrically between the outer pairs. Thus the differential output current $I_o$ will be zero. Now if $V_4$ is raised slightly, and $V_3$ lowered the same amount, $I_2$ will increase while $I_1$ will decrease, producing a net output current $I_o$. If the other base voltages are moved in a similar fashion, with increases shifting to the right-of-center of the transistor group, eventually $V_5$ will be sufficiently positive to cause conduction in Q5, thereby increasing $I_1$, lowering $I_2$, and

3

reducing $I_o$ from a maximum value. As $V_5$ approaches $V_4$, the differential current $I_o$ returns towards zero. Still further, $I_o$ passes through zero and increases to another maximum (but with opposite sign). Thereafter, $I_o$ decreases essentially to zero when $V_6 = V_5$ and all the other bases are biased negatively.

In accordance with a principal aspect of the present invention, it has been found that such changes in transistor base voltage pattern can be controlled by an angle input signal in such a manner that the differential output current $I_o$ will correspond essentially identically to the sine of the input angle. In an embodiment to be described, a base-biasing network establishes an initial voltage distribution for the transistor bases having a symmetrically located peak, that is, wherein the peak is centered on the "line" (figuratively speaking) of the transistor bases, half-way between the bases of Q3 and Q4. Advantageously, this voltage distribution is parabolic. An input signal is applied to the network to alter the voltage distribution in such a way that the peak is moved linearly along the base "line" in accordance with the magnitude of the input signal, resulting in the generation of the sine function in the output current $I_o$.

There are various ways of developing a parabolic voltage distribution for the base voltages $V_1$–$V_6$. As shown in FIG. 2, a parabolic distribution could be achieved by a continuous resistance 20, i.e. a long "bar" of resistive material having a total resistance R, receiving along its length a uniformly distributed current with a total value of I flowing symmetrically through the resistance and out the end points. It can be shown that with the given boundary conditions, the voltage along such a bar is parabolic in form and has a peak value of IR/8.

Examples of discrete networks for producing a parabolic voltage distribution are described in the article "Monolithic Analog READ-ONLY Memory for Character Generation" by the present inventor, published in the IEEE Journal of Solid-State Circuits, Vol. SC-6, No. 1, February 1971. FIG. 3 of this application shows one such discrete network 22 connected to the six-transistor circuit of FIG. 1. This network includes five resistors of value R connected between the transistor bases, with four current sources of magnitude I driving the network nodal points between the resistors.

If the outer ends of the base-biasing network are at ground potential, the six nodal voltages are 0, 2IR, 3IR, 3IR, 2IR and 0, respectively. This distribution is shown on the graph of FIG. 1, at the intersections between the curve identified as $\theta = 0$ and the vertical lines 1 through 6. These vertical graph lines correspond to the voltages $V_1$–$V_6$ at the transistor base terminals directly beneath those vertical lines. For this symmetrical parabolic distribution for $\theta = 0$, it will be evident that $I_1 = I_2$, so that $I_o = 0$.

The angle input signal is applied differentially as a voltage between the ends 24, 26 of the base-bias network 22. For an angle input corresponding to 90°, the voltage distribution pattern will follow the curve identified on the graph as $\theta = 90°$. It will be seen that the peak voltage of the parabola occurs at vertical line 4. Thus Q4 conducts heavily while very little current passes through the remaining transistors, producing a large net differential output current $I_o$. For an angle input of $\theta = 180°$, the voltages on $V_4$ and $V_5$ are equal (see vertical lines 4 and 5 on the graph), and Q4 and Q5 conduct equally so that $I_o$ approaches zero.

4

For angle inputs different from zero, it will be seen from the graph of FIG. 1 that the overall voltage distribution pattern is asymmetrical, with more transistors on one side of the peak than on the other. Thus, it is necessary to consider all of the transistor base voltages to determine the effect of such asymmetry on the net differential output current.

In a practical version of the FIG. 3 circuit (to be described hereinbelow), an angle input signal $\theta = 180°$ will cause the bases of Q3 and Q6 to be 75 mV lower in potential than those of Q4 and Q5. With such a circuit at 300° K., Q3 and Q6 will conduct about 1/18 the current of Q4 and Q5. The base of Q2 will be 225 mV lower, and it will conduct only 1/6000th of the current of Q4 and Q5. Q1 will be completely cut off.

In such a situation, less than 0.008% of $I_E$ is lost to Q2, and the rest divides equally into the pairs Q3/Q6 and Q4/Q5, so that $I_o$ will be to all practical purposes zero. Thus it will be apparent that the asymmetry for an angle input of 180° does not have a significant effect. In general, it will be found that such asymmetry has no significant effect on the net output signal.

With an angle input of $\theta = 270°$, the voltage peak appears at vertical line 5, corresponding to Q5, so there will be another peak in the output current $I_o$, as there was for $\theta = 90°$. However, the collector of Q5 is connected to the upper output terminal 12, so that the output current has a sign opposite to that of the peak occurring at $\theta = 90°$. At $\theta = 360°$, Q5 and Q6 conduct equally, producing another null in the output current $I_o$. Further increase in the input angle causes Q6 gradually to get all of $I_E$.

The general network of FIG. 3, using N transistors, $N - 1$ resistors and $N - 2$ current sources, driven at either end, will produce a differential output current which alternates in sign for an interval of $(N - 1)IR$ in input voltage, and crosses the zero axis $N - 1$ times.

The output current $I_o$ is given by the expression $I_o = -CI_E \sin(\theta_1 - \theta_2)$, where C is a temperature dependent factor determined by the network design. This current normally will be converted by the feedback resistance $R_F$ of a high-gain output amplifier to $V_o = CI_E R_F \sin(\theta_1 - \theta_2)$. FIG. 4 is a computer-generated plot of the differential output, where the three curves correspond to different temperatures: $-55°$ C., 25° C., and 125° C. The strong temperature dependence is a direct result of the fact that the transistor currents are a function of the thermal voltage kT/q. This is because the transfer characteristic for a conventional differential amplifier of a long-tailed-pair of transistors operating with a common emitter supply $I_E$ is:

$$I_{out} = I_E \tanh E_B / 2V_T$$

where

    $E_B$ is the differential base voltage

    $V_T$ is the thermal voltage kT/q

The temperature dependence of the output current can if desired be compensated for in various ways, using techniques available in the art. An alternative and superior way to avoid temperature dependence is disclosed in copending application Ser. No. 344,544, filed by the present inventor on Feb. 1, 1982.

It can be seen from FIG. 4 that the first zero occurs at ±180°, corresponding to a control input of ±2.5IR (which in the practical version referred to above was equal to ±187.5 mV). The scaling is determined by the product of the current I and the interbase resistance R.

4,475,169

5

The scaling factor IR preferably is optimized for various factors, and advantageously is referred back to a basic reference voltage. In the practical commercial design described herein, the final scaling was set by attenuators at both ends of the base-bias network so as to provide a scale factor of 20 mV/°, corresponding to a reference voltage of 1.8 volts for 90°.

By applying the 90° reference voltage to one input terminal 24, and the angle input signal ($\theta$) to the other input terminal 26, the output will be proportional to sin (90° − $\theta$), or cos $\theta$. Thus the device is also a cosine-function generator, and the expression "sine-function generator" or "sine(cosine)-function generator" should be so interpreted in considering the scope of the invention.

Optimization of the scaling factor IR involves certain trade-offs. As the bias in the transistor bases becomes stronger for IR >> kt/q, the transistors no longer steer the current smoothly from device to device, but rather tend to switch abruptly. Thus the output looks more like a series of square pulses, which would produce serious non-linearity. However, on the plus side, the output current would be much greater, resulting in high efficiency and fewer difficulties in maintaining low noise and drift at the output. Also, the higher base voltages would reduce errors due to $V_{BE}$ mismatches in Q1–Q6.

Going to lower values of IR, the conformance to the exact sine law will improve, up to a point. However, the amplitude rapidly gets smaller, so that beyond a certain point the net advantage may be negative due to errors arising from trying to use a small output in the presence of noise and other interfering conditions such as mismatches. At an optimum value of IR in the commercial design, the output very closely approximates a sine function. A rigorous mathematical analysis shows that for N approaching infinity, and IR << kT/q, the output becomes exactly sinusoidal.

FIG. 5 presents a detailed schematic of one preferred embodiment optimized in accordance with the above discussion as well as for operation over established temperature ranges. The final choice provides an IR product of about 75 mV (actually closer to 76.6 mV, to simplify trimming during fabrication). This is a relatively high value, selected to maintain a reasonable efficiency over temperature, and to minimize problems due to $V_{BE}$ mismatches and thermal gradients. With this choice, the error due to the basic network properties always decreases with increasing temperature, but the efficiency likewise decreases so that noise and offset errors will increasingly contribute to the total error budget referred to output.

FIG. 6 shows a plot of the function generated by the six-transistor circuit, together with the calculated error (dotted line, with a peak error of ±1%) compared to an exact sinusoid of the same period, amplitude and phase. These results are for an ideal simulated circuit. The simulation technique used resulted in an inconsequential 90° shift in the presented curves. The amplitude peak is 0.385, and the maximum error is 0.21% within a ±180° range.

FIG. 7 shows another base-bias network 30 to produce a parabolic voltage distribution for the six-transistor circuit of FIG. 1. (Such a network is also described in the above-mentioned article in the IEEE Journal of Solid-State Circuits.) This network is in the form of a specially designed ladder which avoids the use of current sources for the internal nodes, employing shunt resistors instead. The ends of the network are driven by

6

respective complementary current sources XI and (1−X) I having a constant sum I and a "modulation index" of X. Consider first that X=I, so that all of the driving current is applied to node 1 of the network. Under these conditions, node 1 will be the most negative. The resistive elements have values selected such that the voltages at nodes 1 through 6 increase in a parabolic sequence, with node 6 being the most positive.

Since the network 30 is symmetrical, a mirror-image result will arise for X=0. For any value of X, the net voltage distribution for the bases can be simply calculated by superposition, and it will always be parabolic in form. As with the network 20 previously described, a voltage peak is made to shift laterally across the nodes as X varies from 0 to 1.

An important characteristic of this type of network is that the position of the voltage peak along the nodal "line" is dependent only on a dimensionless factor, X. The magnitude of the voltages, however, is still determined by the product of the current I and the normalizing resistance R. The total angular range (for 0<X<1) of a sine-shaping network using the network 30 can be shown to be ±(N−1)90°, or ±450° for n=6 (as shown). FIG. 8 shows an eleven-transistor circuit having a total angular range of 1600°.

One advantage of this network configuration is that the IR product can be made proportional to absolute temperature (PTAT), so that the important factor IRq/kT can be made independent of temperature. In this way distortion can be held at an ideal minimum value, and the amplitude of the function will be independent of temperature.

FIG. 9 shows one way of performing the voltage-to-modulation-index conversion for the arrangements of FIG. 7 and 8.

Although preferred embodiments of the present invention have been described herein in detail, it is desired to emphasize that this is for the purpose of illustrating the principles of the invention, and should not necessarily be construed as limiting of the invention since it is apparent that those skilled in this art can make many modified arrangements of the invention without departing from the true scope thereof.

I claim:

1. A sine (cosine)-function generator comprising:
first and second output terminals;
a set of transistors;
first circuit means connecting the outputs of said transistors to said first and second output terminals in alternating antiphase to develop an output current;
a base bias network comprising resistance means having a sequence of separate nodes;
supply means connected to said bias network to develop voltages at said nodes according to a predetermined multi-valued distribution pattern having a peak located along a line representing the nodal sequence;
second circuit means connecting said nodal voltages to the bases of said transistors respectively to control the flow of currents therethrough in accordance with the nodal voltages; and
input means for said base bias network to receive an input signal representing an input angle, said input signal controlling the positioning of said peak along said nodal line to set the magnitude of said output

4,475,169

7

current to be linearly proportional to the sine (cosine) of said input angle.

2. Apparatus as claimed in claim 1, wherein said base bias network produces a parabolic distribution pattern.

3. Apparatus as claimed in claim 2, wherein said network comprises a set of series-connected resistors with the interconnections therebetween serving as said nodes.

4. Apparatus as claimed in claim 3, wherein said supply means comprises a plurality of current sources connected to said nodes, respectively.

5. Apparatus as claimed in claim 4, wherein said input means comprises means to apply to the end points of said resistors a voltage which is proportional to the magnitude of the input angle.

6. Apparatus as claimed in claim 1, wherein said transistors are identical:

the collectors of said transistors being connected to said first and second output terminals in alternating antiphase.

7. Apparatus as claimed in claim 6, wherein said resistors are of equal value.

8. Apparatus as claimed in claim 7, wherein said current sources produce equal currents.

9. Apparatus as claimed in claim 1, wherein said base bias network comprises a ladder with series and shunt resistors.

10. Apparatus as claimed in claim 9, wherein said ladder is driven at its ends by respective current sources controlled by said input signal.

11. Apparatus as claimed in claim 10, wherein said current sources produce complementary currents.

12. Apparatus as claimed in claim 11, wherein one of said current sources produces a current XI, and the

8

other produces a current $(1-X)I$, where X is a modulation index proportional to said input signal.

13. Apparatus as claimed in claim 9, wherein said ladder network produces nodal voltages having a parabolic sequence.

14. The method of generating a signal proportional to the sine (cosine) of an angle, comprising:

activating a resistive network to develop on a series of nodal points a set of voltages according to a predetermined pattern having a peak located along a line representing the sequence of nodal points;

controlling the bases of a set of transistors in accordance with said nodal voltages respectively;

directing the currents of said transistors to a pair of output terminals in alternating antiphase; and

altering said predetermined pattern of nodal voltages in accordance with an input angle signal to shift said peak along the sequence of bases of said transistors.

15. The method of claim 14, wherein said predetermined pattern corresponds to a parabolic function.

16. The method of claim 14, wherein said angle input signal is a differential signal, whereby an offset signal can be applied to one input side as a constant voltage corresponding to a predetermined fixed angle.

17. The method of claim 16, wherein said fixed offset signal corresponds to an angle of 90°.

18. The method of claim 14, wherein the collectors of said transistors are connected to said output terminals in alternating antiphase.

19. The method of claim 18, including the step of supplying the emitters of all of said transistors from a common current source.

20. The method of claim 14, wherein said input angle signal shifts said peak linearly in proportion to the magnitude of the input angle.

* * * * *

40

45

50

55

60

65

TAB 30

US005398008A

# United States Patent [19]

## Nissler et al.

[11] **Patent Number:** 5,398,008

[45] **Date of Patent:** Mar. 14, 1995

[54] **CIRCUIT ARRANGEMENT FOR AMPLITUDE-MODULATING THE DRIVE SIGNAL OF A LASER**

[75] Inventors: **Dieter Nissler,** Leinfelden-Echterd; **Norbert Kaiser,** Tamm; **Werner Manz,** Leinfelden-Echterdingen, all of Germany

[73] Assignee: **Alcatel N.V.,** Netherlands

[21] Appl. No.: **106,877**

[22] Filed: **Aug. 16, 1993**

[30] **Foreign Application Priority Data**

Aug. 17, 1992 [DE] Germany .................. 42 27 097.9
Aug. 17, 1992 [DE] Germany .................. 42 27 098.7

[51] Int. Cl.6 .................. H03C 1/54; H01S 3/13
[52] U.S. Cl. .................. 332/178; 332/152; 359/180; 359/181; 372/8; 372/26; 372/29; 372/31; 372/38
[58] Field of Search .................. 359/180, 181; 332/168, 332/178, 152; 372/8, 26, 29, 31, 38, 34

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,614,911 | 9/1986 | Kawano | 332/178 X |
| 4,654,607 | 3/1987 | Ishikawa | 332/178 X |
| 4,868,836 | 9/1989 | Howard | 372/38 |
| 4,899,344 | 2/1990 | Shibata et al | 372/31 |
| 5,038,189 | 8/1991 | Fukudome | 372/38 |
| 5,091,797 | 2/1992 | Proebster | 359/187 |
| 5,095,290 | 3/1992 | Sevenhans et al. | 332/152 |
| 5,115,147 | 5/1992 | Kusano et al. | 307/311 |
| 5,175,722 | 12/1992 | Minami et al | 372/29 X |
| 5,191,589 | 3/1993 | Amano et al | 372/38 |
| 5,297,157 | 3/1994 | Kaiser et al. | 372/38 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3508034 | 9/1986 | Germany | 372/38 |
| 3614691 | 11/1987 | Germany | |
| 0113546 | 6/1985 | Japan | 359/180 |
| 0182866 | 7/1989 | Japan | 372/26 |
| 0001730 | 1/1991 | Japan | 359/180 |
| 3-278728 | 12/1991 | Japan | 359/180 |
| 3-283926 | 12/1991 | Japan | 359/180 |

### OTHER PUBLICATIONS

"Laser Level Control for High Bit Rate Optical Fibre Systems" by D. W. Smith and T. G. Hodgkinson, 1980 IEEE, pp. 926–930.

*Primary Examiner*—Robert J. Pascal
*Assistant Examiner*—Arnold Kinkead
*Attorney, Agent, or Firm*—Ware, Fressola, Van Der Sluys & Adolphson

[57] **ABSTRACT**

The universally-applicable circuit arrangement of the invention makes possible an adjustment procedure for holding emitted optical power of a laser constant independent of temperature and aging. This circuit arrangement may be carried out as a three-stage cascade circuit supplied with operating voltages greater than 5 V. In accordance with the purpose of the invention, a circuit arrangement is provided which is universally applicable in a temperature range T=−40° C. to 100° C. for commercially available lasers and can be supplied by a standard 5 V source. In order to accomplish this as per the invention, differential amplifiers acting as current switches are arranged in a first cascade stage and the current sources feeding the differential amplifiers arranged in a second cascade stage. A data signal (D) serving to control the modulating current ($I_{mod}$) is logically combined with a pilot signal (P) serving to control the pilot currents ($I_{P1}$, $I_{P2}$) in at least one cascade stage.

**9 Claims, 8 Drawing Sheets**





FIG.1



FIG. 2



FIG.3



FIG.4



FIG.5

B235



FIG.6

B236



FIG. 7



FIG.8

B238

5,398,008

1

## CIRCUIT ARRANGEMENT FOR AMPLITUDE-MODULATING THE DRIVE SIGNAL OF A LASER

### TECHNICAL FIELD

The invention relates to a circuit arrangement, for amplitude-modulating the drive signal of a laser, which is positioned as an electro-optical converter in transmitter stages of optical communications systems for digital transmission signals.

### BACKGROUND OF THE INVENTION

In employing the laser in high bit rate transmission systems, the turn-on time, which is dependent on the prior firing history of the laser, interferes, leading to a bit pattern effect. The light pulse to be transmitted is released only after a certain switching delay. In order to lessen this delay, the laser is operated with a bias current which is approximately equal to the threshold current of the laser. The threshold current and the rise of the portion of the characteristic curve of the laser vary due to temperature and the influence of aging. But the bias current is to remain approximately equal to the threshold current, independent of these influences. In order for this to take place, it is necessary to recognize the alteration of the threshold current and correspondingly readjust the bias current. In addition, the average optical power must be held constant, independent of these influences, in order to insure constant system data. In order for this to take place, the alteration of the slope of the characteristic curve must be recognized in order to then correspondingly readjust a modulating current combined with the bias current. The emitted optical power becomes independent of temperature and aging through a separate adjustment of the bias current and modulating current. A procedure has been indicated for this purpose for which a low frequency pilot signal is modulated on the actual data signal, compare Smith, D. W. and Hodgkinson, T. G.: "Laser level control for high bit rate optical fiber systems", Proc. of IEEE, 13th International Symposium on Circuits and Systems, 28th to 30th April 1980, Houston, Tex., pages 926 through 930. The manipulated variables of bias current and modulating current are determined by evaluation of the amplification of the pilot signal, dependent on operating point of the laser, as well as evaluation of the average optical power. The amplitude of the bias current is adjusted at the inflection region of the characteristic curve of the laser, e.g., the bias current is adjusted to approximately the value of the threshold current.

A circuit arrangement is also known, in which a pilot current is combined with the bias current and the modulating current of the laser, compare DE 3,508,034. The circuit arrangement consists of a three stage cascade. The laser as load is connected in series to the transistors of the cascade. The first stage is switched corresponding to the level of the data signal; the second stage is switched according to the level of the pilot signal. The third stage consists of current-controlled current sources, so-called current mirrors, the image factors of which are determined by negative feedback with emitter resistors.

In order to maintain a powerful reverse feedback and a stable current injection for the differential amplifiers of the first and second cascade stages, the emitter resistance of the current sources must be selected to be much greater than the reciprocal value of the transistor steepness. The resulting voltage drop at the emitter resistor sharply reduces the collector-emitter voltages of the transistors in the differential amplifiers and the current sources for a given supply voltage, so that the transistors reach the state of saturation.

The output current of the current sources remains constant as long as the transistors are not overloaded. The current switches realized by means of the differential amplifiers have a good dynamic behavior with reference to response time and jitter only if the transistors do not reach the state of saturation. For solid-state integrated circuits with transistors in the state of saturation, the influence of the parasitic substrate transistor then becoming conductive can no longer be neglected. The circuit no longer operates dependably and can break down entirely. Following from these conditions for this circuit arrangement is the problem of regulating the operating points of the individual transistors such that an optimum optical diagram with minimal time jitter results. The number of stages in a cascade is consequently limited for a given supply voltage if the transistors are not to reach the saturation region. The following conditions should be fulfilled:

$$U_F + n \cdot U_{BE} + U_{RE} \times V_{EE},$$

where

$U_F$=forward voltage of the laser,
$U_{BE}$=base-emitter-voltage of a transistor,
$U_{RE}$=voltage drop at the emitter resistor of a current source,
$V_{EE}$=supply voltage, and
n=number of stages of the cascade.

In dimensioning this type of circuit arrangement it is to be considered that the forward voltage of a laser can amount to, according to type, up to 2.5 V. Likewise the negative temperature coefficient of the base-emitter-voltage of the transistors has an unfavorable effect on the function of the circuit arrangement. Thus, for example, the base-emitter voltage of monolithic integrated HF transistors increases at −40° C. up to 950 mV for a given collector current. Taking into consideration a typical voltage drop of 400 mV at the emitter resistor of a current source, a dependable function with a standard 5 V source cannot be insured for the three stage cascade indicated. Rather, a separate supply voltage must be generated within an optical transmitter with a DC/DC converter for this type of amplitude modulator.

### DISCLOSURE OF INVENTION

An object of the present invention is to provide a circuit arrangement for amplitude-modulating the drive signal of a laser which can be universally used in commercially available semiconductor lasers.

Another object of the present invention is to provide such a circuit arrangement which can be supplied by a standard 5 V source and which is to be realized as a solid state integrated circuit.

These objects are solved, according to the invention, by a circuit arrangement for amplitude-modulating the drive signal of a laser (LD), comprising a cascade of differential amplifiers and current sources which amplitude-modulates the modulating current ($I_{mod}$) of the laser (LD) with two pilot currents ($I_{P1}$, $I_{P2}$), wherein a first cascade stage includes differential amplifiers acting as current switches, wherein a second cascade stage includes the current sources feeding the differential

B239

5,398,008

3

amplifiers, and wherein in at least one cascade stage, a data signal (D) serving to control the modulating current ($I_{mod}$) is logically combined with a pilot signal (P) serving to control the pilot currents ($I_{P1}$, $I_{P2}$).

The essence of the invention consists in logically combining the data signal and the pilot signal in a two stage cascade such that bias current, modulating current and the two pilot currents to the laser current of the semiconductor laser are combined in such a fashion that the optical output signal of the semiconductor laser is amplitude-modulated symmetrically and in opposite phase and that the average optical output power of the semiconductor laser is constant.

In a first circuit variant, the differential amplifiers of the laser driver operating as the current switches are respectively activated contingent upon the logical combination of the data signal with the pilot signal on the current switch level and are fed by the voltage-controlled current sources arranged on a second level. This one current switch level is the only signal level with a direct logical combination of data signal and pilot signal.

In a second circuit variant, the differential amplifiers are controlled by the data signal and the voltage-controlled current sources connected contingent upon the pilot signal.

If deviation occurs from the operating point of the semiconductor laser regulated in this way, a control signal is derived from the average optical output power oscillating with the frequency of the pilot signal; this control signal is used to readjust the current combined with the laser current such that the original average optical output power is again reached. The circuit arrangement per the invention enables an extremely precise synchronization of modulating current and two pilot currents, always insuring an amplitude modulation of the optical output signal with no need for adjustment and independent of temperature and insuring a constant average optical output power of the semiconductor laser over the entire operating temperature range. A two stage cascade circuit only, of very simple construction, enables the transistors of the differential amplifiers and of the voltage-controlled current sources to operate outside of their saturation region and without curtailment of their switching speed, even under worst-case conditions, with the use of a standard 5 V source and in a temperature range of $T = -40°$ C. to $100°$ C. The pilot signal, as well as the data signal, can be transmitted at high frequency.

A superior pulse wave shape of the transmitted signal in comparison to known circuit arrangements is achieved with a circuit arrangement according to the invention. The circuit arrangement can be realized with npn-transistors of standardized technology and can be integrated completely monolithically. In this case, the comparatively limited supply voltage is advantageous as it contributes to an increase in the dependability of the circuit arrangement by means of the decreased power consumption. Systematically extending the circuit arrangement from two input variables to n input variable for a maximum $2^n$ states of the optical output signal can be done without difficulty.

These and other objects, features and advantages of the present invention will become more apparent in light of the detailed description of a best mode embodiment thereof, as illustrated in the accompanying drawing.

4

BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 a basic circuit diagram of a circuit arrangement, according to the invention, with a logical circuit;

FIG. 2 a timing chart of a pilot signal, an exemplary data signal, an amplitude modulated laser current and a representation of the four states of the optical output power, according to the invention;

FIG. 3 a laser characteristic curve $P_{opt} = (I_F)$ with the representation of the laser current envelope and of the optical power envelope, according to the invention;

FIG. 4 a circuit arrangement, according to the invention, wherein the logical circuit is realized with AND-gates;

FIG. 5 a circuit arrangement, according to the invention, wherein the logical circuit is realized with OR-gates;

FIG. 6 a detail circuit diagram of a circuit arrangement, according to the invention, with logic circuit;

FIG. 7 a circuit diagram of a circuit arrangement, according to the invention, with controlled differential amplifiers and controlled current sources; and

FIG. 8 a section from a circuit diagram for a variant of the circuit arrangement in FIG. 7.

BEST MODE FOR CARRYING OUT THE INVENTION

In accordance with FIG. 1, the circuit arrangement for amplitude-modulating the drive signal of a semiconductor laser (LD) in a first circuit variant consists of a first differential amplifier (T1, T2), a second differential amplifier (T3, T4) and a third differential amplifier (T5, T6) each with an associated respective first voltage-controlled current source ($I_{P2}$), a second voltage-controlled current source ($I_{P1}$) and a third voltage-controlled current source ($I_{mod}$) as well as a logical circuit (L).

The three differential amplifiers are connected in parallel on the output side. The first common terminal of the collectors is then applied via the semiconductor laser (LD) to the first pole of the operating voltage source. The second common terminal of the collectors is applied directly to the first pole of the operating voltage source; it is however also possible if required, to connect the collector terminals each via a resistor with the first pole of the operating voltage source. The differential amplifiers are controlled at the input side by the logical circuit (L). The logical circuit (L) combines the data signal (D) with the pilot signal (P) in such a fashion that the transistors of the differential amplifiers operating as current switches in large-signal operation switch the two pilot currents ($I_{P1}$, $I_{P2}$) and the modulating current ($I_{mod}$) to the semiconductor laser (LD) such that the optical output power ($P_{opt}$) is amplitude modulated in opposite phase. The voltage-controlled current sources ($I_{P1}$, $I_{P2}$, $I_{mod}$) are jointly controlled by a control voltage ($U_S$).

FIG. 2 shows the temporal progression of the laser current ($I_F$) as a function of the data signal (D) and the pilot signal (P) for an exemplary pulse model. The four current components ($I_V$, $I_{P1}$, $I_{P2}$, $I_{mod}$) are combined in the semiconductor laser (LD) to the laser current ($I_F$). At this time the optical output power (P) assumes four states (P0, P1, P00, P11).

This state of affairs is represented in FIG. 3 with the help of the laser characteristic curve $P_{opt} = (I_F)$. The optical output power ($P_{opt}$) is amplitude modulated symmetrically and in opposite phase. Since the two

modulation on ranges ($P_{P1}$, $P_{P2}$) are equal, the average optical output power $\overline{P_{opt}}$ does not vary with the frequency of the pilot signal $fp=1/T_p$, so that the spectral component of the pilot signal is not present in the frequency spectrum. This state, represented in FIG. 3, presupposes that all current components are regulated to a defined value. The ratio of the two pilot currents ($I_{P1}$:$I_{P2}$) corresponds to a ratio $\eta_2:\eta_3$; in the example represented $\eta_2:\eta_3=2:1$, whereby $\eta_2$ is the slope of the laser's characteristic curve in the output range of the upper optical power level (P1) and $\eta_3$ is the average rise of the laser's characteristic curve in output dynamic range of the lower optical power level (P0).

The functional interrelationship of the binary input variables data signal (D) and pilot signal (P) with the four states of the laser current ($I_F$) and the optical output power ($P_{opt}$) for a sample pulse pattern of the data signal (D) and the pilot signal (P) is represented in FIG. 2. The four current components ($I_V$, $I_{mod}$, $I_{P1}$ and $I_{P2}$) combine into the laser current ($I_F$), contingent upon the combinations of the input variables (D) and (P) arbitrarily selected from four possibilities, in such a way that the optical output power ($P_{opt}$) results with the four states (P0, P1, P00 and P11).

| D | P | $I_F$ | $P_{opt}$ |
|---|---|---|---|
| 1 | 1 | $I_V$ | P0 |
| 0 | 0 | $I_V + I_{mod}$ | P1 |
| 1 | 0 | $I_V + I_{P1}$ | P00 |
| 0 | 1 | $I_V + I_{mod} + I_{P2}$ | P11 |

with the significances:

| | | |
|---|---|---|
| P0 | quiescent power of the optical | "0" |
| P1 | quiescent power of the optical | "1" |
| P00 | modulated power of optical | "0" |
| P11 | modulated power of optical | "1" |

The three differential amplifiers (T1, T2; T3, T4; T5, T6) are now driven in such a way as to form the current overlay for the laser current ($I_F$) as indicated above. From this follows the truth table below with the auxiliary variables ($Q_1$, $Q_2$, $Q_3$) associated with the respective differential amplifiers:

| D | P | $P_{opt}$ | $Q_1$ | $Q_2$ | $Q_3$ |
|---|---|---|---|---|---|
| 0 | 0 | P1 | 0 | 0 | 1 |
| 0 | 1 | P11 | 1 | 0 | 1 |
| 1 | 0 | P00 | 0 | 1 | 0 |
| 1 | 1 | P0 | 0 | 0 | 0 |

The following disjunctive standard forms can be derived from the truth table:

$$Q_1 = \overline{D}\cdot P$$
$$Q_2 = D\cdot\overline{P}$$
$$Q_3 = \overline{D}\cdot\overline{P} + \overline{D}\cdot P$$

$$\text{For } Q_3 \text{ we have } Q_3 = \overline{D}(\overline{P}+P) = \overline{D}$$

applies.

FIG. 4 shows the corresponding circuit realization with AND-gates.

Additional realization possibilities follow from conversions of the aforementioned standard forms with the aid of Boolean algebra, for example

$$\overline{Q_1} = \overline{\overline{D}\cdot P} = D + \overline{P} \qquad \overline{Q_2} = \overline{D\cdot\overline{P}} = \overline{D} + P$$

FIG. 5 shows the realization form with OR-gates following from this.

An advantageous circuit realization of the drive circuit of the semiconductor laser (LD) is represented in FIG. 6. The collector-emitter path of an additional transistor (T11, T33) is connected in parallel to the collector-emitter path of the first transistor (T1) of the first differential amplifier (T1, T2) and the collector-emitter path of the first transistor (T3) of the second differential amplifier (T3, T4) respectively, such that the OR-function can be realized with this arrangement.

The differential amplifiers are each fed by the operating voltage source ($V_{EE}$), via a voltage-controlled current source consisting of a series circuit of a transistor (T7, T8, T9) and an emitter resistor ($R_{E7}$, $R_{E8}$, $R_{E9}$). The ratios of the three currents $I_{mod}$:$I_{P1}$:$I_{P2}$ of the voltage-controlled current sources are essentially determined by means of corresponding dimensioning of the respective emitter resistors ($R_{E7}$, $R_{E8}$, $R_{E9}$). In order to attain the required amplitude-modulating of the laser current ($I_F$), the differential amplifiers are driven as follows: The first differential amplifier (T11, T1, T2) which is fed by the second pilot current ($I_{P2}$), is driven via the OR-function of the first input by the data signal (D) and the negated pilot signal ($\overline{P}$); a constant reference signal (PR) is applied to the second input.

The second differential amplifier (T33, T3, T4) which is fed by the first pilot current ($I_{P1}$), is driven via the OR function of the first input by the negated data signal ($\overline{D}$) and from the pilot signal (P); the constant reference signal (PR) is likewise applied to at the second input. The third differential amplifier (T5, T6) is driven at its first input by the data signal ($\overline{D}$); the negated data signal (D) or a constant reference signal (DR) is applied to its second input.

This circuit arrangement has the advantage that the two pilot currents ($I_{P1}$, $I_{P2}$) are placed in readiness for a pilot adjustment particularly easily without interfering with the third differential amplifier (T5, T6) for the modulating current ($I_{mod}$) which switches at a higher speed.

The ratio of the pilot currents ($I_{P1}$:$I_{P2}$) of FIG. 6 corresponds to the ratio $\eta_2:\eta_3$ (compare FIG. 3). The modulation factor of the amplitude modulation $m=I_{P2}$.:$I_{mod}$ is regulated by the amplitude ratio from the combined second pilot current ($I_{P2}$) and the modulating current ($I_{mod}$). Synchronization of the pilot currents ($I_{P1}$, $I_{P2}$) is attained with extreme precision if the ratio of the emitter areas ($A_{E7}$:$A_{E9}$) of the transistors (T7, T8) of the first and second voltage-controlled current sources is selected to be equal to the ratio of their associated pilot currents ($I_{P2}$:$I_{P1}$). The temperature responses of the first and second voltage-controlled current sources are then compensated and the optical output power ($P_{opt}$) of the semiconductor laser (LD) amplitude is modulated without need for adjustment, independent of temperature across the entire operating temperature range, symmetrically and in opposite phase.

If the slope $\eta_2$ of the laser's characteristic curve in the output range of the upper optical power level (P1) changes, then the amplitude modulation of the optical output power ($P_{opt}$) becomes asymmetric, the average optical output power $\overline{(P_{opt})}$ varies with the frequency

5,398,008

| 7 | 8 |

($f_p$) of the pilot signal, thereby causing the appearance of the spectral components of the pilot signal in the frequency spectrum. From this is derived a control voltage ($U_S$) via an adjustment circuit, not represented here, with which the three voltage-controlled current sources are driven such that the average optical output power ($P_{opt}$) remains constant independent of the change in the slope ($\eta_2$) of the characteristic curve. In order to do this, the second pilot current ($I_{P2}$) must be altered to the same degree as the modulating current ($I_{mod}$). Synchronization of these currents is achieved with extreme precision if the ratio of the emitter junctions ($A_{E7}:A_{E9}$) of the transistors (T7, T9) of the first and third voltage-controlled current sources is selected to be equal to the corresponding current ratio ($I_{P2}:I_{mod}$).

The temperature responses of the current sources compensate each other and the modulation factor of the amplitude modulation and optical output power ($P_{opt}$) of the semiconductor laser (LD) are adjustment-free and constant, independent of temperature in the entire operating temperature range.

It is possible to make use of the circuit arrangement without difficulty even if the amplitude modulation is to be neither symmetrical nor in opposite phase. According to adjustment procedure and regulation of the bias current ($I_V$) in relationship to the threshold current ($I_S$) of the laser (LD) the ratio of the pilot currents ($I_{P1}:I_{P2}$) can be selected to be different in comparison to the above described example. In a borderline case, a pilot current can come to equal zero. The amplitude-modulation can then be symmetrical and in-phase, asymmetrical and in opposite phase or asymmetrical and in-phase. Since the optical modulation ranges ($P_{P1}$, $P_{P2}$) of the optical output power ($P_{opt}$) are consequently unequal, the average optical output power ($P_{opt}$) varies with the frequency of the pilot signal ($f_p$). The design state therefore exhibits a frequency spectrum component, on the amplitude of which the adjustment procedure can be laid out. With the circuit arrangement described, the number of input variables can be increased from two to an indefinite number (n) according to the application. Correspondingly, the optical output power ($P_{opt}$) with an expanded number of differential amplifiers with associated current sources then takes on not only four states, rather a maximum of $2^n$ states. According to the number (n) of input variables, a maximum of $2^n$ combinations may be indicated, each of which can be combined by means of a differently constructed logical circuit. Corresponding to the circuit arrangement represented in FIG. 6, collector-emitter-paths of additional transistors are connected in parallel to the collector-emitter-paths of the differential amplifiers contingent upon the number of the input variables and contingent upon their logical combination for realization of the OR-function.

FIG. 7 shows a second circuit variant of the circuit arrangement for amplitude-modulating the drive signal of a semiconductor laser (LD), consisting essentially of a first differential amplifier (T12, T42), a second differential amplifier (T22, T32) and a first voltage-controlled current source with a transistor (T52), a second voltage-controlled current source with a transistor (T62) and a third voltage-controlled current source with a transistor (T72) as well as a first and a second transistor stage (T82, T92) for controlling a first and a second pilot current ($I_{P1}$, $I_{P2}$).

The two differential amplifiers (T12, T42; T22, T32) are driven by the data signal to be transmitted. In order to do this, the respective corresponding bases of the transistors (T12, T22, T32, T42), e.g., the first and the second inputs respectively of the differential amplifiers (T12, T42, T22, T32) are connected in parallel. The data signal (D) is applied to the first inputs, and the negated data signal $\overline{D}$ or a constant reference signal ($D_R$) is applied to the second inputs.

The collectors of the transistors (T12, T22, T32, T42) are cross-connected, that is, the first output of the first differential amplifier (T12, T42) is connected to the second output of the second differential amplifier (T22, T32) and the second output of the first differential amplifier (T12, T42) is connected to the first output of the second differential amplifier (T22, T32). The first of the connecting points resulting in this fashion is connected via the laser diode (LD), and the second connecting point connected via a resistor ($R_{C1}$), with the positive potential terminal of an operating voltage source. This resistor ($R_{C1}$) can also be eliminated and replaced by a direct connection.

The differential amplifiers (T12, T42; T22, T32) act as current switches, i.e., in the large-signal operation, and are fed by voltage-controlled current sources. The first differential amplifier (T12, T42) is fed by the first voltage-controlled current source, which supplies a modulating current ($I_{mod}$), and by the third voltage-controlled current source, which supplies the second pilot current ($I_n$). The second differential amplifier (T22, T32) is fed by the second voltage-controlled current source, which supplies the first pilot current ($I_{P1}$). The two pilot currents are connected and/or disconnected in opposite phase by means of two pilot signals (P, $\overline{P}$), each the negation of the other; this occurs by the means that each pilot signal acts upon the base of the transistor (T62) of the second voltage-controlled current source and upon the base of the transistor (T72) of the third voltage-controlled current source via a transistor stage (T82, T92). The ratios of the three currents ($I_{mod}:I_{P1}:I_{P2}$) of the voltage-controlled current sources are also determined in this circuit variant essentially by means of a corresponding dimensioning of the respective emitter resistors ($R_{E5}$, $R_{E6}$, $R_{E7}$). The semiconductor laser (LD) is consequently supplied with the bias current ($I_V$), the modulating current ($I_{mod}$) and the pilot currents ($I_{P1}$, $I_{P2}$) by means of the circuit arrangement.

The values of the base series resistors ($R_{B6}$, $R_{B7}$) of the second and third voltage-controlled current source are expediently selected such that on the one hand, the base voltage of the transistor (T52) of the first voltage-controlled current source essentially remains unaltered during switching of the pilot signal and that on the other hand the transistors (T62, T72) of the second and third voltage-controlled current source can be securely blocked by means of the superposed transistor stages (T82, T92). The desire for limited power consumption leads to the selection of the highest-resistance base series resistors ($R_{B6}$, $R_{B7}$) possible.

Synchronization of the pilot currents ($I_{P1}$, $I_{P2}$) is attained with extreme precision if the resistance ratio of the base resistors ($R_{B6}:R_{B7}$) of the transistors (T62, T72) of the second and third voltage-controlled current source are selected to be equal to the inverse ratio of the pilot currents ($I_{P1}:I_{P2}$) associated with the voltage-controlled current sources and if the ratio of the emitter junctions of the cited transistors ($A_{E6}:A_{E7}$) is selected to be equal to the ratio of the pilot currents ($I_{P2}:I_{P2}$) associated with the second and the third current sources. The temperature responses of the second and third voltage-controlled current sources then compensate each other,

5,398,008

9

and the optical output power ($P_{opt}$) of the semiconductor laser (LD) is amplitude-modulated symmetrically and in opposite, without need for adjustment and independent of temperature across the entire operating temperature range.

In accordance with FIG. 8, it is possible to trigger the transistors (T62, T72) of the second and third voltage-controlled current sources via the emitters. The base series resistors ($R_{B6}$, $R_{B7}$) are then no longer necessary. An advantage to this circuit variant is the now favorable switching behavior of the transistors (T62, T72), such that the pilot signal frequency can be raised to the magnitude of the frequency of the data signal. The driving of the transistor stages (T82, T92) for the pilot signals must be laid out for maximum base voltage of the transistors (T52, T62, T72) of the voltage-controlled current sources or it may take place, as shown in FIG. 8, via a drive circuit 1 functionally dependent on the control voltage ($U_B$) of the voltage-controlled current sources.

The state of affairs for the first circuit variant, already represented with the help of FIGS. 2 and 3 applies equally to the second circuit variant. The embodiments likewise apply equally for selection of the pilot currents if the amplitude-modulating is not to be symmetrical nor in opposite phase.

Although the invention has been shown and described with respect to a best mode embodiment thereof, it should be understood by those skilled in the art that the foregoing and various other changes, omissions and additions in the form and detail thereof may be made therein without departing from the spirit and scope of the invention.

We claim:

1. A circuit arrangement for amplitude-modulating a drive signal of a laser (LD), comprising a cascade of differential amplifiers and current sources which amplitude-modulates a modulating current ($I_{mod}$) of the laser (LD) with two pilot currents ($I_{P1}$, $I_{P2}$), wherein a first (T1, T2), a second (T3, T4) and a third differential amplifier (T5, T6) are interconnected such that a first output of each differential amplifier is connected to a first pole of an operating voltage source and wherein a second output of each differential amplifier is connected via the laser (LD) to the first pole of the operating voltage source and wherein the inputs of the differential amplifiers (T1, T2; T3, T4; T5, T6) are connected to a combinatorial logical circuit (L) controlled by a data signal (D) and a pilot signal (P) and that the differential amplifiers (T1, T2; T3, T4; T5, T6) are each connected to a second pole of the operating voltage source ($V_{EE}$) via a voltage-controlled current source ($I_{P1}$, $I_{P2}$, $I_{mod}$), wherein the voltage-controlled current sources ($I_{P1}$, $I_{P2}$, $I_{mod}$) are jointly connected at their control inputs to an output of a control circuit, and wherein the differential amplifiers (T1, T2; T3, T4; T5, T6) each comprise a first transistor (T1, T3, T5) and a second transistor (T2, T4, T6), respectively, wherein the collector-emitter path of a third transistor T11, T33) is connected in parallel respectively to the collector-emitter path of the first transistor (T1) of the first differential amplifier (T1, T2) and to the collector-emitter path of the first transistor (T3) of the second differential amplifier (T3, T4) and wherein the base terminals of the transistors of the differential amplifiers are connected as follows: the base of the third transistor (T11) of the first differential amplifier and the base of the first transistor (T5) of the third differential amplifier to the data signal ($\overline{D}$), the base of

10

the first transistor (T1) of the first differential amplifier to a negated pilot signal ($\overline{P}$), the base of the second transistor (T2) of the first differential amplifier and the base of the second transistor (T4) of the second differential amplifier to a constant reference signal (PR), the base of the third transistor (T33) of the second differential amplifier to a negated data signal ($\overline{D}$), the base of the first transistor (T3) of the second differential amplifier to the pilot signal (P) and the base of the second transistor (T6) of the third differential amplifier to a reference signal ($D_R$) and wherein the voltage-controlled current sources ($I_{P1}$, $I_{P2}$, $I_{mod}$) each comprise a series circuit of a transistor (T7, T8, T9) and an emitter resistor ($R_{E7}$, $R_{E8}$, $R_{E9}$) and wherein the base terminals of these transistors are jointly kept at a control voltage ($U_S$).

2. The circuit arrangement of claim 1, wherein the reference signal ($D_R$) is a constant signal.

3. The circuit arrangement of claim 1, wherein the reference signal ($D_R$) is the negated data signal ($\overline{D}$).

4. The circuit arrangement of claim 1, wherein a number of input variables of the combinatorial logic circuit (L) as well as the number of differential amplifiers and current sources associated with these can be augmented.

5. A circuit arrangement for amplitude-modulating a drive signal of a laser (LD), comprising a cascade of differential amplifiers and current sources which amplitude-modulates a modulating current ($I_{mod}$) of the laser (LD) with two pilot currents ($I_{P1}$, $I_{P2}$), wherein a first (T12, T42) and a second (T22, T32) differential amplifier are arranged in a first cascade stage and wherein the inputs of the first and second differential amplifiers are connected to each other and wherein the outputs of the first and second differential amplifiers are cross-connected such that at a first connecting point a first output of the first differential amplifier (T12, T42) is connected to a second output of the second differential amplifier (T22, T32) and at a second connecting point a second output of the first differential amplifier (T12, T42) is connected to a first output of the second differential amplifier (T22, T32), and wherein the first connecting point is connected via the laser (LD) with a first pole of an operating voltage source, and the second connecting point is connected with the first pole of the operating voltage source, and wherein inputs of the differential amplifiers (T12, T42; T22, T32) are connected to a combinatorial logical circuit (L) controlled by a data signal (D) and a pilot signal (P) and wherein the differential amplifiers (T12, T42; T22, T32) are connected to a second pole of the operating voltage source via a first, a second and a third voltage controlled current source, the second and the third voltage-controlled current source are arranged in a second cascade stage and jointly controlled by means of a control voltage ($U_B$), wherein the first voltage-controlled current source for feeding the modulating current ($I_{mod}$) and the third voltage-controlled current source for feeding a second pilot current ($I_{P2}$) are connected to the first differential amplifier (T12, T42), wherein the second voltage-controlled current source for feeding a first pilot current ($I_{P1}$) is connected to the second differential amplifier (T22, T32) and wherein the second and third voltage-controlled current sources respectively are each alternately activated via a transistor stage (T82, T92) contingent upon the pilot signal (P, $\overline{P}$).

6. The circuit arrangement of claim 5, wherein the control voltage ($U_B$) is located adjacent to the base of the transistor (T52) of the first voltage-controlled cur-

5,398,008

11

rent source and located adjacent to the base of the transistors (T62, T72) of the second and third voltage-controlled current source via a resistor ($R_{B6}$, $R_{B7}$) respectively.

7. The circuit arrangement of claim 5, wherein the collectors of the transistors (T52, T72) of the first and third voltage-controlled current sources are connected to the emitters of the transistors (T12, T42) of the first differential amplifier and wherein the collector of the transistor (T62) of the second voltage-controlled current source is connected to the emitters of the transistors (T22, T32) of the second differential amplifier.

8. The circuit arrangement of claim 5, wherein the collector of the transistor (T82) of a first transistor stage is connected to the base of the transistor (T62) of the second voltage-controlled current source and wherein the collector of the transistor (T92) of a second transistor stage is connected to the base of the transistor (T72) of the third voltage-controlled current source and that the emitter of the transistor (T82) of the first transistor

12

stage and the emitter of the transistor (T92) of the second transistor stage respectively are wired to a negative pole of an operating voltage source.

9. The circuit arrangement of claim 5, wherein the emitter of the transistor (T82) of a first transistor stage is connected to the emitter of the transistor (T62) of a second voltage-controlled current source and wherein the emitter of the transistor (T92) of the second transistor stage is connected to the emitter of the transistor (T72) of the third voltage-controlled current source and wherein the first and second transistor stages are wired to a drive circuit (1) controlled by the control voltage ($U_B$) of the voltage-controlled current source and which transmits the pilot signal (P) and wherein the emitters of the transistors (T52, T62, T72) of the first, second and third voltage-controlled current source respectively are connected to a negative pole of an operating voltage source via an emitter resistor ($R_{E5}$, $R_{E6}$, $R_{E7}$).

* * * * *

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   :  5,398,008
DATED        :  March 14, 1995
INVENTOR(S)  :  Nissler et al.

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

At Column 9, line 59, please change "T11, T33)" to --(T11, T33)--.

Signed and Sealed this

Sixth Day of June, 1995

*Attest:*

BRUCE LEHMAN

*Attesting Officer*          *Commissioner of Patents and Trademarks*