# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

July 27, 2007

The Honorable Gregory M. Sleet                         *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE  19801

        Re:    *Analog Devices, Inc. v. Linear Technology Corporation*
             C.A. No. 06-346-GMS

Dear Chief Judge Sleet:

      I am writing jointly on behalf of Linear Technology Corporation and Analog Devices, Inc. to inform the Court of the constructions upon which the parties have agreed for certain claim terms concerning ADI's '909 and '633 patents, as discussed at the *Markman* Hearing.  The parties respectfully request that the Court adopt these agreed-upon constructions in its *Markman* ruling.  Otherwise, the parties will treat these constructions as binding stipulations.

      The constructions on which the parties agree are as follows:

| Claim Limitation | Agreed-Upon Construction |
| --- | --- |
| "bipolar transistor" ('633 patent, claims 8, 17) | A three-terminal semiconductor device with an n- (or p-) type semiconductor region (the "base" region) between two p- (or n-) type semiconductor regions (the "collector" and "emitter" regions), with p-n junctions formed between the base-emitter regions and between the base-collector regions.  The current flowing into or out of the base electrode, or the voltage between the base and emitter electrodes, controls the amount of current flowing between the collector and emitter electrodes. |
| "differential amplifier" ('909 patent, claims 1, 6) | A circuit configuration used to amplify the difference voltage between two input signals. |
| "tail current" ('909 patent, claims 1, 6) | The current drawn through the long-tail portion of a pair of transistors of a differential amplifier, wherein the long-tail portion is formed by the connection of the emitters of the transistors. |

The Honorable Gregory M. Sleet
July 27, 2007
Page 2

        The parties also have agreed upon a <u>portion</u> of the definition of the term "$\Delta V_{BE}$ cell," as set forth below:

| Claim Limitation | Portion of Construction Agreed-Upon |
|---|---|
| "$\Delta V_{BE}$ cell" ('909 patent, claims 3, 6, 10) | A circuit that produces a control voltage using the difference between the base-emitter voltages of two transistors. |

The only remaining issue in contention with regard to this term is whether the construction should include the language, "*as shown in FIG. 3 (circuit 20)*" following the word "transistors." LTC believes the construction should include that language, such that it reads: "A circuit that produces a control voltage using the difference between the base-emitter voltages of two transistors, as shown in FIG. 3 (circuit 20)." ADI believes the construction is complete as stated above, without reference to FIG. 3. The parties' respective positions are set forth in their briefs and the arguments made at the *Markman* Hearing.

                                                  Respectfully,

                                                  Jack B. Blumenfeld (#1014)

JBB/dlb
cc:     Clerk of the Court (Via Hand Delivery)
         Frederick Cottrell, Esquire (Via Electronic Mail and Hand Delivery)
         Wayne L. Stoner, Esquire (Via Electronic Mail and First Class Mail)
         Laurence S. Rogers, Esquire (Via Electronic Mail and First Class Mail)