IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANALOG DEVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-346 (GMS) |
| | ) | |
| LINEAR TECHNOLOGY CORP., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Khue V. Hoang of ROPES & GRAY, 1211 Avenue of the Americas, New York, NY 10036, to represent defendant and counterclaimant Linear Technology Corporation in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
   *Attorneys for defendant and counterclaimant
   Linear Technology Corporation*

Dated: August 2, 2007

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of is granted.

Dated: _____          _____
                                                        United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 7-30-2007

Khue V. Hoang
ROPES & GRAY
1211 Avenue of the Americas
New York, NY  10036-8704
(212) 596-9468

## CERTIFICATE OF SERVICE

I, James W. Parrett, Jr., hereby certify that on August 2, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Frederick L. Cottrell, III
RICHARDS, LAYTON & FINGER

I also certify that copies were caused to be served on August 2, 2007 upon the following in the manner indicated:

**BY E-MAIL & HAND DELIVERY**

Frederick L. Cottrell, III
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, DE 19801

**BY E-MAIL & FIRST CLASS MAIL**

Wayne L. Stoner
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109

*/s/ Karen Jacobs Louden*
Karen Jacobs Louden (#2881)