IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANALOG DEVICES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-346 (GMS) |
| | ) | |
| LINEAR TECHNOLOGY CORP., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

**REVISED NOTICE OF SUBPOENA**

PLEASE TAKE NOTICE that the subpoena directed to IEEE attached as Exhibit

A is being served.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ KAREN JACOBS LOUDEN*
_____

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
klouden@mnat.com
  *Attorneys for Defendant and Counterclaim-*
  *Plaintiff Linear Technology Corp.*

OF COUNSEL:

Robert C. Morgan
Laurence S. Rogers
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

Mark D. Rowland
Ropes & Gray LLP
525 University Avenue, Suite 300
Palo Alto, CA 94301
(650) 617-4000

August 28, 2007

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 28, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Frederick L. Cottrell, III
>RICHARDS, LAYTON & FINGER

I also certify that copies were caused to be served on August 28, 2007 upon the following in the manner indicated:

### BY HAND

>Frederick L. Cottrell, III
>Richards, Layton & Finger
>One Rodney Square
>P.O. Box 551
>Wilmington, DE  19899

### BY FEDERAL EXPRESS

>Wayne L. Stoner
>Wilmer Cutler Pickering Hale and Dorr LLP
>60 State Street
>Boston, MA  02109

*/s/ Karen Jacobs Louden*

Karen Jacobs Louden (#2881)
klouden@mnat.com

# EXHIBIT A

# UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

ANALOG DEVICES, INC.,

    *Plaintiff/Counterclaim-Defendant,*

        v.

LINEAR TECHNOLOGY CORP.,

    *Defendant/Counterclaim-Plaintiff.*

## SUBPOENA IN A CIVIL CASE

### CASE NO. 06-346 (GMS)

To:   IEEE
      445 Hoes Lane
      Piscataway, NJ, USA  08855-1331

| | |
|---|---|
| ☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case. | |

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

| | |
|---|---|
| ☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.  The deposition will be recorded by sound, video and/or stenographic means.  SEE SCHEDULE A ATTACHED HERETO | |

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, New York 10036 | 10:00 A.M.<br>September 12, 2007 |

| | |
|---|---|
| ☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): SEE SCHEDULE B ATTACHED HERETO | |

| PLACE | DATE AND TIME |
|---|---|
| Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York NY 10036 | 10:00 A.M.<br>September 12, 2007 |

| | |
|---|---|
| ☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below. | |

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which a person will testify.  Federal Rules of Civil Procedure 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) DEFENDANT | DATE |
|---|---|
| Attorney for Defendants *[signature]* | August 27, 2007 |

| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER | TELEPHONE |
|---|---|
| Khue V. Hoang<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York NY 10036 | (212) 596-9000 |

---

PROOF OF SERVICE

| | DATE | | PLACE | |
|---|---|---|---|---|
| SERVED | Date | | Place | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

---

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct:

Executed on: _____

| DATE | SIGNATURE OF SERVER |
|---|---|

ADDRESS OF SERVER

---

RULE 45, FEDERAL RULES OF CIVIL PROCEDURE, PARTS C & D

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except

that, subject to the provision of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## DEFINITIONS AND INSTRUCTIONS

1.     "LTC" means Linear Technology Corp. and its subsidiaries, successors, assignees, officers, employees and agents.

2.     "IEEE," "you" and "your" refer to the IEEE and any predecessors, successors, divisions, subsidiaries, or joint ventures thereof, including, without limitation, the IEEE Press, together with any parent or affiliated companies or corporations, and all officers, directors, employees, agents, attorneys, representatives, and all other persons acting or purporting to act or that have acted or purported to have acted on behalf of any of the foregoing.

3.     In construing these definitions and instructions:  (i) the singular shall include the plural and the plural shall include the singular; (ii) the masculine, feminine or neuter pronoun shall not exclude the other genders; (iii) the conjunctions "and" and "or" shall be read either disjunctively or conjunctively so as to bring within the scope of an interrogatory all information that might otherwise be construed to be outside its scope; and (iv) the word "any" shall be read to mean each and every.

4.     The terms "concerning" or variants thereof shall mean concerning, constituting, referring to, relating to, or variants thereof.

5.     The terms "person" or "persons" mean any natural person or any business, legal or governmental entity or association, including without limitation any corporation, partnership, unincorporated association, joint venture, sole proprietorship, or any and/or all other organization(s) or group of individuals together with the employees, agents, consultants, and attorneys thereof.

6.     "Entity" or "entities" includes natural persons, proprietorships, partnerships, firms, corporations, public corporations, municipal corporations, governments,

4

including foreign national governments, the government of the United States or any state or local government, and all departments and agencies thereof, political subdivisions, groups, associations or organizations.

      7.     "Document" and/or "thing" is defined to be synonymous in meaning and equal in scope to the usage of this term in Federal Rule of Civil Procedure 34(a) and shall be construed to mean, without limitation, any written, printed, typed, stored, xerographically copied, photographed, recorded, or otherwise reproduced communication, compilation or reproduction including computer or electronically generated or stored information or data, whether assertedly privileged or not. "Document" specifically includes all forms of electronic data (e.g., e-mails, digital files, web pages, electronic logs, etc.). A draft, translation or non-identical copy is a separate document within the meaning of this term. As used herein, "thing" also means any tangible item(s), other than a "document" as defined herein, which constitutes or contains matters within the scope of Rule 26(b) of the Federal Rules of Civil Procedure.

      8.     The "Book" means the book entitled, "Delta-Sigma Data Converters, Theory, Design, and Simulation," edited by Steven R. Norsworthy, Richard Schreier, and Gabor C. Temes, published by IEEE Press, ISBN 0-7803-1045-4, IEEE Order Number PC3954.

## SCHEDULE A

## DOCUMENTS REQUESTED

1.    Documents sufficient to show the date of first publication of the Book (see Definitions and Instruction No. 8).

2.    Documents sufficient to show the earliest date on which the Book was offered for sale to the public.

3.    Documents sufficient to show the earliest date on which the Book was first sold.

4.    Documents sufficient to show the earliest date on which a member of the public could obtain a copy of the Book.

5.    Documents to show orders received from third parties and/or shipments to third parties of the Book prior to November 6, 1996.

6.    Documents regarding submission of the Book to the United States Copyright Office.

7.    Documents regarding the submission of the Book to the Library of Congress.

8.    All advertisements, announcements, promotions, flyers, and the like for the Book published or distributed to third parties in 1996.

## SCHEDULE B

## TOPICS

1.    The authentication of the documents produced in response to Schedule A.

2.    The authentication of the documents attached to this Schedule B as Exhibits 1-6.

3.    The meaning and interpretation of the information described by the documents (a) produced in response to Schedule A, and (b) attached to this Schedule B.

4.    The nature of the documents produced in response to Schedule A and attached to this Schedule B (a) as records of regularly conducted business activities of IEEE, (b) as recorded recollections of a person who once had knowledge of the matters described therein, and/or (c) as to the trustworthiness of the information set forth in the documents.

5.    Facts and circumstances surrounding the earliest publication date of the Book, including without limitation the first submission of the Book to the U.S. Copyright Office and the Library of Congress.

6.    Facts and circumstances surrounding the earliest date on which the Book was published and/or made available to the public by sale or otherwise.

7.    Facts and circumstances surrounding the earliest date on which a copy of the Book was first sold or otherwise provided or distributed to the public.

8.    All advertisements, announcements, promotions, flyers, offers and the like concerning the Book which were placed, created or distributed prior to November 6, 1996.

# EXHIBIT 1

*Edited by*

STEVEN R. NORSWORTHY
RICHARD SCHREIER
GABOR C. TEMES



# Delta-Sigma
# Data Converters
Theory, Design, and Simulation



IEEE
PRESS

# Delta–Sigma
# Data Converters

IEEE Press
445 Hoes Lane, P.O. Box 1331
Piscataway, NJ 08855-1331

Editorial Board
John B. Anderson, *Editor in Chief*

| | | |
|---|---|---|
| P. M. Anderson | A. H. Haddad | P. Laplante |
| M. Eden | R. Herrick | R. S. Muller |
| M. E. El-Hawary | G. F. Hoffnagle | W. D. Reeve |
| S. Furui | R. F. Hoyt | D. J. Wells |
| | S. Kartalopoulos | |

Dudley R. Kay, *Director of Book Publishing*
John Griffin, *Senior Editor*
Lisa Dayne, *Assistant Editor*
Linda Matarazzo, *Editorial Assistant*
Savoula Amanatidis, *Production Editor*

IEEE Circuits & Systems Society, *Sponsor*
CAS-S Liaison to IEEE Press, Jaime Ramirez-Angulo

**Also of Interest from IEEE Press . . .**

*Oversampling Delta-Sigma Data Converters: Theory, Design and Simulation*
edited by James C. Candy, *AT&T Bell Laboratories* and Gabor C. Temes, *Oregon State Universit*
1992    Hardcover    512 pp    IEEE Order No. PC2741    ISBN 0-87942-285-8

*Clock Distribution Networks in VLSI Circuits and Systems*
edited by Eby G. Friedman, *University of Rochester*
1995    Hardcover    544 pp    IEEE Order No. PC4127    ISBN 0-7803-1058-6

*Nonvolatile Semiconductor Memories: Technologies, Design, and Applications*
edited by Chenming Hu, *University of California, Berkeley*
1991    Hardcover    496 pp    IEEE Order No. PC2634    ISBN 0-87942-269-6

*Monolithic Phase-Locked Loops and Clock Recovery Circuits: Theory and Design*
edited by Behzad Razavi, *AT&T Bell Laboratories*
1996    Hardcover    512 pp    IEEE Order No. PC5620    ISBN 0-7803-1149-3

*Routing in the Third Dimension: From VLSI Chips to MCMs*
Naveed A. Sherwani, Siddharth Bhingarde, and Anand Panyam, *Microprocessor Division, Intel Corporation*
1995    Hardcover    376 pp    IEEE Order No. PC4473    ISBN 0-7803-1089-6

*Circuits and Systems Tutorials*
Chris Toumazou, Editor; Nick Battersby and Sonia Porta, Assistant Editors
1996    Softcover    700 pp    IEEE Order No. PP5596    ISBN 0-7803-1170-1

# Delta–Sigma
# Data Converters

*Theory, Design,*
*and Simulation*

Edited by

**Steven R. Norsworthy**
Motorola

**Richard Schreier**
Oregon State University

**Gabor C. Temes**
Oregon State University



**IEEE
PRESS**

IEEE Circuits & Systems Society, *Sponsor*

The Institute of Electrical and Electronics Engineers, Inc., New York

This book and other books may be purchased at a discount
from the publisher when ordered in bulk quantities. Contact:

IEEE Press Marketing
Attn: Special Sales
445 Hoes Lane, P.O. Box 1331
Piscataway, NJ 08855-1331
Fax: (908) 981-9334

For more information about IEEE PRESS products,
visit the IEEE Home Page: http://www.ieee.org/



*TK 7887*
*.6*
*D45*
*1996*

© 1997 by the Institute of Electrical and Electronics Engineers, Inc.
345 East 47th Street, New York, NY 10017-2394

*All rights reserved. No part of this book may be reproduced in any form,
nor may it be stored in a retrieval system or transmitted in any form,
without written permission from the publisher.*

Printed in the United States of America

10   9   8   7   6   5   4   3   2   1

**ISBN 0-7803-1045-4**

**IEEE Order Number:  PC3954**

Library of Congress Cataloging-in-Publication Data

Delta-sigma data converters : theory, design, and simulation / edited
by Steven R. Norsworthy, Richard Schreier, Gabor C. Temes ; IEEE
Circuits & Systems Society, sponsor.
    p.   cm.
Includes index.
ISBN 0-7803-1045-4
    1. Analog-to-digital converters.    2. Digital-to-analog converters.
3. Modulators (Electronics)--Design:    I. Norsworthy, Steven R.
(date)  . II. Schreier, Richard (date)  . III. Temes, Gabor C.
(date)  . IV. IEEE Circuits & Systems Society.
TK7887.6.D45  1996
621.3815'322--dc20                                              96-14774
                                                                    CIP

# Contents

Preface  xv
Introduction  xvii

Chapter 1   An Overview of Basic Concepts  1
           J. C. Candy

1.1  Introduction  1
1.2  Digital Modulation  3
     1.2.1  Quantization  3
     1.2.2  Delta–Sigma Modulation  5
            1.2.2.1  First-Order Feedback Quantizer  5
            1.2.2.2  Modulation Noise in Busy Signals  7
            1.2.2.3  Pattern Noise from $\Delta\Sigma$ Modulation with dc Inputs  8
            1.2.2.4  Dead Zones in $\Delta\Sigma$ Modulation  10
            1.2.2.5  Influence of Circuit Parameters on $\Delta\Sigma$ Modulation  11
     1.2.3  High-Order Modulation  14
            1.2.3.1  Predicting In-Band Values of Quantization Error  14
            1.2.3.2  Noise in High-Order $\Delta\Sigma$ Modulation  14
            1.2.3.3  Dynamic Range of the Modulators  16
            1.2.3.4  Influence of Circuit Parameters on Second-Order Modulators  19
            1.2.3.5  Limit Cycles in Third-Order $\Delta\Sigma$ Modulators  20
            1.2.3.6  Noise Shaping Using Filters with Nonmonotonic Transfer Functions  22
     1.2.4  Some Alternative Modulator Structures  23
            1.2.4.1  Error Feedback  23
            1.2.4.2  Cascaded Modulators  24
            1.2.4.3  Delta Modulation  26

Contents

vi

1.3  Decimating the Modulated Signal  28
   1.3.1  Multistage Decimation  28
   1.3.2  Design of the First-Stage Decimator  29
   1.3.3  Implementing sinc Decimators  32
   1.3.4  The Low-Pass Filter  35
1.4  Oversampling D/A Converters  36
   1.4.1  Demodulating Signals at Elevated Word Rates  36
   1.4.2  Interpolating with $sinc^K$-Shaped Filter Functions  37
   1.4.3  Demodulator Stage  38
      1.4.3.1  Quantizing the Digital Signal  38
      1.4.3.2  Quantization with Error Feedback  38
      1.4.3.3  Cascaded Demodulators  40
      1.4.3.4  Circuit Design for $\Delta\Sigma$ Demodulation  40
1.5  Conclusion  41
   References  41

## Chapter 2  Quantization Noise in $\Delta\Sigma$ A/D Converters  44
*Robert M. Gray*

2.1  Introduction  44
2.2  Uniform Quantization  45
2.3  Additive White-Noise Approximation  46
2.4  Characteristic Function Method  53
2.5  Pulse Code Modulation Quantization Noise  55
2.6  Dithered PCM  58
2.7  Single-Loop $\Delta\Sigma$ Modulation  59
2.8  Two-Stage (Cascade or MASH) $\Delta\Sigma$ Modulation  64
2.9  Second-Order $\Delta\Sigma$ Modulation  66
2.10  Some Extensions  68
   2.10.1  Dithered Single-Loop $\Delta\Sigma$ Modulation  68
   2.10.2  Multistage and Higher Order $\Delta\Sigma$ Modulation  68
   2.10.3  Leaky Integrating $\Delta\Sigma$ Modulation  69
   2.10.4  Multibit Quantizer, Single-Bit Feedback  69
   2.10.5  Related Work  69
2.11  Conclusion  70
   Acknowledgments  70
   References  70

## Chapter 3  Quantization Errors and Dithering in $\Delta\Sigma$ Modulators  75
*Steven R. Norsworthy*

3.1  Introduction  75
   3.1.1  Problems with Empirically Based Reports on $\Delta\Sigma$ Modulators  77
   3.1.2  Steps Taken to Ensure Accuracy of Results  77
3.2  Basic Structures and Terminology  78

Contents

3.3    Observability of Periodic Sequences   80

3.4    Tones in Single-Stage $\Delta\Sigma$ Modulators   84

     3.4.1    Second-Order Modulator   85

     3.4.2    Third-Order Modulator   88

     3.4.3    Fifth-Order Modulator   92

     3.4.4    Baseband Demodulation of Tones Near $f_s/2$   95

     3.4.5    Higher-Order and Multibit Single-Stage Modulators   97

3.5    Tones in Multistage $\Delta\Sigma$ Modulators   98

3.6    Tones in $\Delta\Sigma$ Converter Hardware   100

     3.6.1    Third-Order Digital Modulator Test   101

     3.6.2    Fifth-Order Digital Modulator Test   102

     3.6.3    Multistage Modulator Test   104

3.7    Dither in PCM Quantizers   104

     3.7.1    Nonsubtractive Dither   104

     3.7.2    Subtractive Dither   105

3.8    Dither Topologies for $\Delta\Sigma$ Modulators   107

     3.8.1    Dither Topologies for Single-Stage Modulators   107

     3.8.2    Dither Topologies for Multistage Modulators   109

3.9    Empirical Studies of Noise-Shaped Dithering   112

     3.9.1    Second-Order Modulator   112

     3.9.2    Third-Order Modulator   116

     3.9.3    Fifth-Order Modulator   118

     3.9.4    Effect of Dither on Tones Near $f_s/2$   119

     3.9.5    Multistage Modulators   120

3.10    Dither Generation   121

3.11    Dither in A/D Modulators   121

     3.11.1    Single-Stage A/D Modulator Example   121

     3.11.2    Multistage A/D Modulators   121

3.12    Subtractive Noise-Shaped Dithering   123

3.13    Dynamic Noise-Shaped Dithering   124

     3.13.1    Theory of Dynamic Dither   124

     3.13.2    Implementation Considerations of Dynamic Dither   127

3.14    Dithered Multibit Noise-Shaping Coders   130

     3.14.1    Stability Test with Dither   130

3.15    Chaos versus Noise-Shaped Dither   131

3.16    Other Techniques   134

3.17    Conclusion   135

      References   136

## Chapter 4   Stability Theory for $\Delta\Sigma$ Modulators   141

*Robert W. Adams and Richard Schreier*

4.1    Introduction   141

4.2    Linear Analysis   142

     4.2.1    The Linear Model   142

     4.2.2    Root Locus of a High-Order Modulator   144

     4.2.3    Describing Function Method   145

4.3 First- and Second-Order Modulators  147
   4.3.1 First-Order Modulator  148
   4.3.2 Second-Order Modulator  149
4.4 Practical Design Methodology  152
   4.4.1 Cookbook Design Procedure  152
   4.4.2 SNR Limits  153
   4.4.3 Sixth-Order NTF  154
   4.4.4 Design Trade-Offs  156
4.5 Continuous-Time Design  158
4.6 Nonlinear Stabilization Techniques  162
4.7 Conclusion  163
   Acknowledgments  163
   References  163

**Chapter 5**    **The Design of High-Order Single-Bit $\Delta\Sigma$ ADCs  165**
*Robert W. Adams*

5.1 Introduction  165
5.2 Motivation for Using High-Order Single-Bit Loops  166
5.3 Design Choices: SC or Active-RC?  167
5.4 Stability  170
   5.4.1 Stability and the Uncontrolled Input Signal:
      A Practical Guide to Safe Operation  170
   5.4.2 Transient Input Signals and Stability:
      The Case for Mild Prefiltering  170
5.5 Choices for the NTF  172
   5.5.1 $n$th-Order Pure Differentiation  172
   5.5.2 Butterworth High-Pass Response  173
   5.5.3 Complex Zeros on the Unit Circle (Inverse Chebyshev)  174
5.6 Comparison of Loop Topologies  174
   5.6.1 Chain of Integrators with Weighted Feedforward Summation  176
   5.6.2 Chain of Integrators with Feedforward Summation and Local
      Resonator Feedbacks  177
   5.6.3 Chain of Integrators with Distributed Feedback  178
   5.6.4 Chain of Integrators with Distributed Feedback and Distributed
      Feedforward Inputs  179
   5.6.5 Error Feedback Only  180
5.7 Nonlinear Global Stabilization Techniques  183
5.8 Practical Measures for Preventing Idle Tones  185
5.9 Practical Implementation of a Stereo 18-Bit $\Delta\Sigma$ ADC IC  186
   5.9.1 Noise-Shaping Modulator IC  186
   5.9.2 Switched-Capacitor Loop Filter Design  186
   5.9.3 Circuit Noise Considerations  189
   5.9.4 Stabilization Using Integrator Reset  190
   5.9.5 Op-Amp Design  190
   5.9.6 Results and Comments  191
   References  192

Contents                                                                              ix

**Chapter 6   The Design of Cascaded $\Delta\Sigma$ ADCs  193**
*Mike Rebeschini*

6.1 Introduction 193
6.2 System Design 195
       6.2.1 Comparison of Single-Loop and Cascaded Designs 195
               6.2.1.1 Single-Loop Designs 195
               6.2.1.2 Cascaded Designs 196
       6.2.2 Analytical Linearized Modeling 196
       6.2.3 Software Simulations 197
6.3 Analysis of Specific Cascaded Architectures 199
       6.3.1 Third-Order (1–1–1) Modulator 199
       6.3.2 Third-Order (2–1) Modulator 203
6.4 Circuit Topologies for Third-Order (1–1–1) Cascade 204
       6.4.1 Autozeroed Integrator 204
       6.4.2 First Modulator of Third-Order (1–1–1) Cascade 206
       6.4.3 Second and Third Modulators of Third-Order (1–1–1) Cascade 207
6.5 Sources of Error for the Third-Order (1–1–1) Cascade 209
6.6 Experimental Results for the Third-Order (1–1–1) Cascade 211
6.7 Continuous-Time Cascaded $\Delta\Sigma$ Modulators 213
6.8 Conclusion 217
       References 218


**Chapter 7   High-Speed Cascaded $\Delta\Sigma$ ADCs 219**
*Brian Brandt*

7.1 Introduction 219
7.2 $\Delta\Sigma$ Modulation at Low Oversampling Ratios 220
7.3 A Cascaded Multibit $\Delta\Sigma$ Modulator 222
       7.3.1 Interstage Coupling 225
7.4 Implementation of the Cascaded Multibit Modulator 229
       7.4.1 Gain Error 230
       7.4.2 Incomplete Settling 232
       7.4.3 Integrator Leakage 232
7.5 Design of the Cascaded Multibit Modulator 233
7.6 Experimental Results 239
7.7 Summary 242
       References 242


**Chapter 8   Delta–Sigma ADCs with Multibit Internal Converters 244**
*Richard L. Carley, Richard Schreier, and Gabor C. Temes*

8.1 Introduction 244
8.2 Multibit Noise-Shaping Modulator Architectures 245
8.3 DAC Architectures for Improved Linearity 247

x

     8.3.1 Internal DAC Topology 247
     8.3.2 Element-Trimming Approaches 249
        8.3.2.1 One-Time Trimming Methods 249
        8.3.2.2 Repeated Trimming Methods 251
        8.3.2.3 Other Element-Matching Methods 251
     8.3.3 Dynamic Element Matching 251
        8.3.3.1 Dynamic Element Randomization 253
        8.3.3.2 Dynamic Element Rotation—Barrel Shifter 256
        8.3.3.3 Individual Level Averaging 259
        8.3.3.4 Noise-Shaped Element Usage 260
  8.4 Digital Correction Techniques 264
     8.4.1 $\Delta\Sigma$ ADC Architectures with Error-Storing Random-Access Memory 264
     8.4.2 The Calibration of the Digitally Corrected $\Delta\Sigma$ ADC 265
     8.4.3 An Improved Digital Correction System 267
     8.4.4 Cascade $\Delta\Sigma$ ADC Systems Using Digital Correction 269
     8.4.5 Digitally Corrected $\Delta\Sigma$ ADC with Companding Quantizer 270
  8.5 Dual-Quantizer ADC Architectures 273
     8.5.1 The Leslie–Singh Architecture 273
     8.5.2 Dual-Quantization Cascade ADC Architectures 275
     8.5.3 Dual-Feedback Single-Path ADC Architecture 276
  8.6 Conclusion 277
     References 278

**Chapter 9    The Design of Bandpass $\Delta\Sigma$ ADCs 282**
*Stephen Jantzi, Richard Schreier, and Martin Snelgrove*

  9.1 Introduction 282
  9.2 Bandpass $\Delta\Sigma$ Transfer Function Design 284
     9.2.1 The Linear Model 285
     9.2.2 Band Location 285
     9.2.3 Low-Pass Prototype Method 286
     9.2.4 Design by Generalized Filter Approximator 287
        9.2.4.1 The Design of $H(z)$ 287
        9.2.4.2 The Design of $G(z)$ 288
        9.2.4.3 An Example Modulator 288
     9.2.5 Modulator Performance 289
        9.2.5.1 Linear Model Predictions 289
        9.2.5.2 Simulations 290
        9.2.5.3 SNR versus Modulator Order and Oversampling Ratio 291
  9.3 Bandpass $\Delta\Sigma$ Modulator Design 292
     9.3.1 Standard Switched-Capacitor Design 292
     9.3.2 Switched-Capacitor $N$-Path Design 294
     9.3.3 Practical Considerations in Discrete-Time Systems 296
        9.3.3.1 Capacitor and $1/f$ Noise 296
        9.3.3.2 Op-amp Speed 297
        9.3.3.3 Sample-and-Hold Circuits 297
     9.3.4 Continuous-Time Design 297
  9.4 Decimation for Bandpass Modulators 300

Contents                                                                     xi

9.5 Experimental Results  301
    9.5.1 Reported Implementations of Bandpass $\Delta\Sigma$ Modulators  301
        9.5.1.1  September 1990  301
        9.5.1.2  September 1991  301
        9.5.1.3  May 1992  302
        9.5.1.4  June 1992  302
        9.5.1.5  February 1993  303
        9.5.1.6  May 1994  304
    9.5.2  Performance Summary  304
    9.5.3  Comments on Bandpass $\Delta\Sigma$ Modulator Performance  304
9.6 The Future of Bandpass $\Delta\Sigma$ Modulation  305
    9.6.1. High-Frequency Converters  305
    9.6.2. Bandpass $\Delta\Sigma$ DACs  306
9.7 Conclusion  306
    References  306


**Chapter 10    Architectures for $\Delta\Sigma$ DACs  309**
*Gabor C. Temes, Shaofeng Shu, and Richard Schreier*

10.1 Introduction  309
10.2 Architectures for the Noise-Shaping Loop  311
    10.2.1  Delta–Sigma Loop  311
    10.2.2  Error Feedback Structure  313
    10.2.3  Cascade Structure  315
    10.2.4  Multibit Quantizer Loops  316
10.3 Design Example 1: A Fifth-Order Single-Bit Noise-Shaping Loop  321
    10.3.1  The Noise Transfer Function  321
    10.3.2  The Modulator Structure  322
10.4 Design Example 2: A Third-Order (2+1) Multibit Cascade
    Noise-Shaping Loop  324
10.5 Conclusion  331
    References  332


**Chapter 11    Analog Circuit Design for $\Delta\Sigma$ ADCs  333**
*Brian Brandt, Paul F. Ferguson, and Mike Rebeschini*

11.1 Introduction  333
11.2 Architectural Considerations  334
11.3 Building Blocks  336
    11.3.1  Input Integrator  336
    11.3.2  Specifications  337
    11.3.3  Fully Differential SC Integrator  337
    11.3.4  Op-Amp  343
11.4 Circuit Nonidealities  348
    11.4.1  Effects of Component Nonidealities on the Integrator Performance  348
    11.4.2  Nonlinear Effects  350
    11.4.3  Intrinsic Noise  353

**xii**

11.5  Modulator Component Design Considerations  356
    11.5.1  The Feedback DAC  356
        11.5.1.1  Reference Nonidealities  356
        11.5.1.2  Charge-Taking Nonidealities  357
        11.5.1.3  Charge-Delivery Nonidealities  358
    11.5.2  The Comparator  360
    11.5.3  The Clock Generation Circuitry  361
11.6  System-Level Considerations  361
    11.6.1  Dynamic Range Considerations  361
    11.6.2  Clock Jitter  363
    11.6.3  Input Impedance  363
11.7  Layout Considerations  365
    11.7.1  Signal Paths  365
    11.7.2  Busses  365
    11.7.3  RF Coupling  366
    11.7.4  Interfacing to the ADC  367
11.8  Design Examples  369
    11.8.1  Second-Order Single-Stage $\Delta\Sigma$ Modulator  369
    11.8.2  Second-Order Cascaded Modulator (1–1)  373
11.9  Conclusion  378
    References  378

**Chapter 12  Analog Circuit Design for $\Delta\Sigma$ DACs  380**
*Mike Rebeschini and Paul F. Ferguson, Jr.*

12.1  Introduction  380
12.2  Building Blocks  381
    12.2.1  The Low-Resolution Input DAC  382
    12.2.2  Voltage References  384
    12.2.3  Reconstruction Filter  386
        12.2.3.1  Specifications  386
        12.2.3.2  Switched-Capacitor Reconstruction Using Biquads  387
        12.2.3.3  Noise-Shaping Filter  389
        12.2.3.4  Analog Decimation Filters for $\Delta\Sigma$ DACs  390
        12.2.3.5  Effect of Nonideal Integrator Transfer Function  394
    12.2.4  Discrete-Time/Continuous-Time Interface  395
        12.2.4.1  Final Discrete-Time Stage  395
        12.2.4.2  Continuous-Time Reconstruction Filter  396
    12.2.5  Other Nonideal Effects  397
        12.2.5.1  Intrinsic Noise  397
        12.2.5.2  Dynamic Range Considerations  398
12.3  Layout Considerations  398
    12.3.1  Differences from the ADC  398
    12.3.2  Layout Influences on the Architecture  399
12.4  Design Examples  399
    12.4.1  A One-Bit High-Order $\Delta\Sigma$ DAC  399
    12.4.2  A MASH DAC  403
    12.4.3  Recent Developments  404
    References  404

Contents                                                                                          xiii

**Chapter 13    Decimation and Interpolation for $\Delta\Sigma$ Conversion  406**
*Steven R. Norsworthy and Ronald E. Crochiere*

13.1  Introduction  406
13.2  Scope of Design Trade-Offs and Alternatives  408
13.3  Basic Principles of Sampling Rate Conversion—Algorithm Issues  408
        13.3.1  Decimation by $M$  410
        13.3.2  Interpolation by $L$  411
        13.3.3  Duality  411
        13.3.4  Fractional Rate Changing  413
13.4  Multistage Conversion  413
13.5  Filter Design Considerations  416
        13.5.1  sinc$^K$ Filters  416
        13.5.2  Half-Band Filters  418
        13.5.3  Ternary-Encoded FIR Filters  419
        13.5.4  Combining sinc$^K$ Filters with FIR and IIR Filters  420
        13.5.5  Minimum-Phase FIR Filters  421
        13.5.6  Compensation Techniques  421
13.6  Digital Filter Structures  422
        13.6.1  Direct-Form and Transpose Direct-Form Decimators and Interpolators  424
        13.6.2  Polyphase Architectures for Decimators and Interpolators  426
        13.6.3  Multistage Architectures  429
13.7  Hardware Implementation—Architectural Issues  432
        13.7.1  Historical Background  432
        13.7.2  Architectural Features and Styles  432
        13.7.3  Arithmetic Processing Issues  433
                13.7.3.1  Bit-Serial and Digit-Serial Arithmetic  433
                13.7.3.2  Parallel Multiplication  435
                13.7.3.3  Combined Bit-Serial and Bit-Parallel Architectures  435
                13.7.3.4  Single-Multiplier Architectures  436
        13.7.4  DSP and Programmable Implementations  438
                13.7.4.1  Multirate Filtering Efficiency on DSPs  440
                13.7.4.2  Multistage Implementation Including sinc$^K$ Filters  441
                13.7.4.3  Data Transfers and Buffering Between the Stages  441
        13.7.5  Mixed Analog and Digital Implementations  443
13.8  Conclusion  443
        Acknowledgments  444
        References  444

**Chapter 14    CAD for the Analysis and Design of $\Delta\Sigma$ Converters  447**
*Christopher Wolff, John G. Kenney, and L. Richard Carley*

14.1  Introduction  447
14.2  Multibit Converter Design  447
        14.2.1  Accumulation of Quantization Error  448
        14.2.2  Formulation and Solution of the Optimization Problem  449

Con

14.2.2.1  Quantization Noise  450
14.2.2.2  Constraints  450
14.2.2.3  Representation of Closed-Loop Poles for the Optimizer  451
14.2.3  Example Results  451
14.3  Simulation Based on Difference Equations  452
14.4  Simulation Based on the Quantizer Transfer Function  453
14.4.1  Statistical Average Quantizer Transfer Function  453
14.4.2  Distortion  455
14.5  Simulation Approaches  458
14.5.1  Overview  458
14.5.2  Model Comparison  459
14.5.3  Efficient Macromodel Simulation  460
14.6  Conclusion  463
References  464
For Further Reading  466

Index  469

About the Editors  475

Brian Brandt
Paul F. Ferguson
Mike Rebeschini

*Chapter 11*

# Analog Circuit Design for $\Delta\Sigma$ ADCs

## 11.1 INTRODUCTION

Much of the appeal of $\Delta\Sigma$ ADCs stems from their tolerance for component mismatch and circuit nonidealities. This tolerance can eliminate the need for component trimming or calibration and allows the implementation of these converters in VLSI technologies. Oversampled ADCs efficiently exchange speed for resolution and thereby exploit the high sampling rates afforded by the low parasitic capacitances and small feature sizes characteristic of VLSI technologies.

This chapter will explore the unique aspects of analog circuit design for oversampled ADCs. As will be seen, these robust converters considerably reduce the precision required of the analog circuits as compared to Nyquist-rate converters. They also simplify system integration by reducing the burden on the supporting analog circuitry. Specifically, they do not require precision sample-and-hold circuitry and they relax the performance requirements on the front-end analog antialias filter.

Section 11.2 discusses the implications of the choice of architecture on analog circuit design. It also distinguishes the critical and noncritical nodes and components of $\Delta\Sigma$ modulators and presents several general design considerations. Section 11.3 focuses on the design of key subcircuits commonly used to implement $\Delta\Sigma$ modulators. Section 11.4 describes the effects of some key circuit nonidealities, while Section 11.5 addresses important considerations for the design of the component blocks of $\Delta\Sigma$ modulators. Section 11.6 discusses some system considerations, such as dynamic range, clock jitter, and input impedance. Section 11.7 discusses the proper layout techniques for $\Delta\Sigma$ ADCs. The chapter concludes with two design examples of modulators that place different demands on the analog circuitry used for their implementation.

In an effort to limit the scope of the chapter, an emphasis has been placed on switched-capacitor implementations in CMOS VLSI technologies because of the relatively low cost of these technologies and their widespread use in digital signal processing applications. While most of the ΔΣ modulator implementations reported to date have employed established switched-capacitor design techniques, several continuous-time implementations have also been reported [1–4].

## 11.2 ARCHITECTURAL CONSIDERATIONS

Several ΔΣ modulator architectures have been presented in the preceding chapters of this text. These architectures can broadly be separated into two categories with respect to the requirements they place on the analog circuits used for their implementation. Single-stage modulators such as those presented in Chapters 1 and 5 are generally more tolerant of circuit nonidealities than the cascaded modulators presented in Chapters 4 and 6. For example, single-stage modulators are quite tolerant of gain errors that result from capacitor mismatch in switched-capacitor integrators. Gain variations of as much as 20% from the nominal value have only a minor impact on the performance of second-order ΔΣ modulators [5]. However, large integrator gain errors can lead to instability, especially in modulators of order greater than 2. Tolerance for gain error also translates into tolerance for incomplete settling of the integrator outputs if the settling process is linear.

Single-stage modulators are also quite tolerant of integrator leakage that results from the finite dc gain of nonideal operational amplifiers. While leakage reduces the attenuation of the quantization noise at low frequencies, a dc gain approximately equal to the oversampling ratio is sufficient to limit the baseband noise increase to less than 1 dB in second-order modulators [5]. In practice, larger dc gains may be needed to suppress harmonic distortion. Also, in first- and second-order modulators, large integrator leakage can result in a "dead zone" near the zero input in which small changes in the input to the modulator do not change the modulator output [6].

In contrast to single-stage modulators, the performance of cascaded modulators may be quite sensitive to circuit nonidealities. The performance of these modulators depends on the accurate matching between the analog noise shaping performed in the first stage and the digital noise shaping provided by the logic that combines the outputs of the individual stages. The combination of gain error from capacitor mismatch and leakage from finite operational amplifier dc gain prevents switched-capacitor integrators from achieving their ideal transfer function. As a result, first-order shaped quantization noise proportional to the gain error is leaked through to the combined output of a modulator composed of two or three cascaded first-order stages. In addition, *unshaped* quantization noise that is inversely proportional to the dc gain appears in the combined modulator output. As discussed in Chapters 6 (Section 6.3.2) and 8, tolerance for integrator gain error and leakage is improved significantly by employing a second-order modulator as the first stage in the cascade.

Both single-stage and cascaded modulators are sensitive to circuit nonidealities at their inputs. For example, electronic noise produced in the sampling switches and the operational amplifier of the first integrator ultimately limits the achievable dynamic range as the oversampling ratio is increased. Also, the sampling of the input to the modulator

and of the output of the feedback DAC, as well as the summing of these two signals, must be performed to the overall precision of the conversion. Offset dc voltages at the input to the first integrator appear directly in the transfer characteristic of the oversampled ADC, but are only a minor concern in many signal acquisition systems. Nonlinearity in the first integrator, on the other hand, represents the most significant source of harmonic distortion in modulators employing 1-bit quantizers. As a result, operational amplifiers with large dc gains and capacitors with low-voltage coefficients may be required to implement the first integrator. Also, slewing in the output of the first integrator must be avoided unless sufficiently accurate settling (determined by the required accuracy of the overall ADC) is allowed under all conditions.

Circuit imperfections at other points in $\Delta\Sigma$ modulators are less critical than those at the input. The effects of electronic noise, offsets, and nonlinearities in the second and succeeding integrators are attenuated by the gain of the preceding integrators. As a consequence, it is often possible to reduce the size and power consumption of these integrators. The performance of $\Delta\Sigma$ modulators is also relatively insensitive to electronic noise and offsets in the comparators, since the effects of these impairments are attenuated by the same noise shaping that attenuates the large quantization noise. While comparator hysteresis as large as 10% of the modulator input range is tolerable in second-order modulators [5], it may be problematic in higher order modulators, as discussed in Section 11.5.2.

The choice of oversampling ratio has an influence on the design of the circuits used to implement a $\Delta\Sigma$ modulator. For a given baseband frequency, the use of a higher oversampling ratio generally increases the operational amplifier's bandwidth and slew rate requirements. However, these increased performance requirements are mitigated to a large degree by the reduction in the size of the sampling and load capacitances that may accompany the increase in the oversampling ratio. Thus, modulators that operate at higher oversampling ratios do not necessarily place more stringent demands on the analog circuits used for their implementation. For example, if the oversampling ratio is doubled, the size of the sampling and integrating capacitors may be reduced by a factor of 2 in order to double the bandwidth and slew rate of a single-stage amplifier. A factor-of-2 increase in thermal noise power results from reducing the sampling capacitors and increasing the amplifier bandwidth. However, because of the increased oversampling ratio, the thermal noise is distributed over twice the bandwidth, yielding the same baseband noise power. The speed of the amplifier may be increased in this fashion until the unity-gain bandwidth approaches the nondominant pole frequencies, at which point the phase margin of the amplifier degrades. The use of a larger oversampling ratio also relaxes the performance requirements on the analog antialias filter preceding the modulator.

Because of the mixed-signal nature of oversampled ADCs, the use of differential modulator topologies to reject noise from digital circuitry is especially important. The use of a fully differential configuration attenuates power supply and substrate noise, clock feedthrough, switch charge injection errors, and even-order harmonic distortion. Moreover, in some operational amplifier topologies, such as the folded cascode [7], the use of a differential configuration removes current mirrors and their associated poles from the signal path. A differential architecture also doubles the available signal range of the modulator, which is especially important as supply levels migrate from 5 to 3 V and lower. Alternatively, the increased signal range may be leveraged to allow the use of smaller sampling capacitors so that the total capacitance of a differential integrator equals that of a

single-ended implementation. The minimum allowable capacitance is, however, also limited by mismatch and/or linearity considerations. Thus, the principal area and power penalty for the use of differential circuitry results from the feedback circuitry required to set the common-mode output level of the integrators. Depending on the application, single-ended to differential conversion circuitry may also be required.

## 11.3  BUILDING BLOCKS

### 11.3.1  Input Integrator

In discussing the basic building blocks that make up a $\Delta\Sigma$ modulator, it is appropriate to discuss the input integrator first. This is not only because of the location of the input integrator as the first block in the $\Delta\Sigma$ system, but also because of the importance of the input integrator in determining the overall performance of the modulator.

The reason that the first integrator is so important to the overall performance of a $\Delta\Sigma$ ADC has to do with noise shaping. The easiest way to determine the effect of a particular circuit impairment on the performance of a $\Delta\Sigma$ modulator is to refer it back to the input of the modulator. Referring a signal back through an integrator is equivalent to dividing it by the transfer function of the integrator. If the integrator has a transfer function

$$H(z) = 1/(1 - z^{-1})$$

then the unity-gain frequency $f_1$ of the integrator will occur when

$$\left| 1 - e^{-j2\pi(f_1/f_s)} \right| = 1$$

that is, when $f_1 = f_s/6$. Since $\Delta\Sigma$ modulators employ a reasonable amount of oversampling, usually the oversampling ratio satisfies $R = f_s/2B \geq 32$. Hence, the integrator will have a considerable amount of gain at frequencies in the baseband. Therefore, noise and distortion in the baseband due to circuit nonidealities occurring after the first integrator will be greatly attenuated when referred back through the integrator. The same reasoning applies to succeeding integrators. Baseband noise and distortion due to circuit nonidealities occurring after the second integrator are attenuated even more by virtue of being referred back through two integrators. Therefore, each succeeding integrator becomes less of a design challenge. However, enough benefit is gained from one order of noise shaping to make the first integrator the only one that requires special design consideration. Besides, if you can design the first integrator to full specifications, you know you can design the other integrators.

In a single-loop modulator, the noise and distortion performance of the modulator will be determined primarily by the noise and distortion performance of the first integrator. Single-loop modulators are relatively insensitive to integrator gain and pole errors. In a cascaded arrangement, the noise and distortion performance is most important in the first integrator of the first modulator in the cascade. Integrator gain and pole errors, which do have a significant effect on the performance of a cascaded $\Delta\Sigma$ modulator, are most important in the first integrator of the first modulator. If the order of the first modulator in the cascade is greater than 1, then gain and pole errors in the other integrators in the first modulator may be as important as errors in the first integrator, depending on the signal that is fed from the first modulator to the second modulator (Chapter 6).

In Sections 11.3.2–11.3.4 and 11.4.1–11.4.3, the effects of nonideal components on the characteristics of a switched-capacitor integrator are derived. First, a specification sheet for an SC integrator is created. Then a switch-level schematic of a fully differential SC integrator is presented, and the differential-mode and common-mode transfer functions are derived. It is then shown how such an integrator would actually be realized with MOSFET switches, capacitors, and an op-amp. A folded-cascode op-amp design is presented and analyzed. Sections 11.4.1 and 11.4.2 contain an analysis of the effect of nonideal switches, capacitors, and op-amps on the characteristics of the integrator. Thermal and flicker noise are covered in greater detail in Section 11.4.3.

### 11.3.2    Specifications

The schematic for a switched-capacitor integrator is shown in Figure 11.1. The ideal transfer function is given by

$$\frac{V_o^o}{V_i^e} = \frac{C_1}{C_2} \frac{z^{-1/2}}{1 - z^{-1}} \tag{11.1}$$

In reality, however, Eq. (11.1) will be insufficient to describe completely the characteristics of the integrator. Because the integrator is constructed from nonideal analog components, a complete description of the characteristics of the integrator should also take into account the noise and distortion generated in the integrator and the deviation of the transfer function from the ideal expression given in Eq. (11.1).

A data sheet is a convenient method for specifying the characteristics of a switched-capacitor integrator. Such a data sheet is shown in Table 11.1.

The mechanisms that determine the values of the parameters listed in Table 11.1 are examined in Sections 11.3.3–11.3.4, and in Sections 11.4.1–11.4.3.

### 11.3.3    Fully Differential SC Integrator

A switch-level diagram of a fully differential switched-capacitor integrator is shown in Figure 11.2. Fully differential circuitry has superior power supply noise rejection, as compared to a single-ended design, and also provides twice the output swing for a given supply voltage. In addition, the symmetry of a fully differential circuit provides for cancellation of even-order distortion components, regardless of their cause. For these reasons, fully differential circuits are recommended for high-performance switched-capacitor designs.

Analyzing fully-differential circuits directly can be both complicated and redundant. The best way to analyze these circuits is to take advantage of the symmetry of the circuit and use Bartlett's bisection theorem (see, e.g., G. Temes and J. LaPatra, *Introduction to*



**Figure 11.1**  Single-ended switched-capacitor integrator.

**TABLE 11.1**   DATA SHEET FOR SWITCHED-CAPACITOR INTEGRATOR

| Parameter | Symbol | Definition | Value |
|---|---|---|---|
| Maximum clock frequency | $f_s$, max | Maximum frequency the integrator can be clocked at and still meet specifications | |
| Input impedance | $Z_i$ | See Section 11.6.3 | |
| Gain error | $\alpha$ | Actual $H(z) = \dfrac{C_1}{C_2} \dfrac{(1-\alpha)z^{-1/2}}{1-(1-\beta)z^{-1}}$ | |
| Pole error | $\beta$ | See above | |
| Input referred thermal noise voltage | $e_T$ | | |
| Input referred flicker noise voltage | $e_{1/f}$ | | |
| Maximum output signal swing | $V_{o,\,max}$ | | |
| Signal-to-distortion ratio | $S/D$ | Signal-to-distortion ratio measured at a specified signal output level; may be frequency dependent | |

*Circuit Synthesis and Design,* McGraw-Hill, New York, 1977, p. 235) to create single-ended circuits for the differential- and common-mode responses. The following analysis will take into account the input signal $v_i$ and the charge injected into the summing junction per clock cycle, $Q_{inj}$.

First, the positive and negative inputs are defined in terms of common-mode and differential-mode components:

$$V_i^+ = V_{cm} + V_d \qquad V_i^- = V_{cm} - V_d \qquad (11.2)$$

$$Q_{inj}^+ = Q_{inj}^{cm} + Q_{inj}^d \qquad Q_{inj}^- = Q_{inj}^{cm} - Q_{inj}^d \qquad (11.3)$$



**Figure 11.2**   Fully differential switched-capacitor integrator.

Building Blocks                                                                   339



Figure 11.3 Differential-mode half-circuit.

From Eqs. (11.2) and (11.3), the common-mode and differential-mode components are given by

$$V_{cm} = \tfrac{1}{2}(V_i^+ + V_i^-) \qquad V_d = \tfrac{1}{2}(V_i^+ - V_i^-) \qquad (11.4)$$

$$Q_{inj}^{cm} = \tfrac{1}{2}(Q_{inj}^+ + Q_{inj}^-) \qquad Q_{inj}^d = \tfrac{1}{2}(Q_{inj}^+ - Q_{inj}^-) \qquad (11.5)$$

The schematic for the differential-mode circuit is shown in Figure 11.3. In the differential-mode circuit, the op-amp input terminal is held at a fixed voltage. The response to the input voltage is given by

$$V_o^d = V_i^d \frac{C_1}{C_2} \frac{1}{1 - z^{-1}} \qquad (11.6)$$

The response to $Q_{inj}^d$ (differential charge injected from switches per cycle) is given by

$$V_o^d = -Q_{inj}^d \frac{1}{C_2} \frac{1}{1 - z^{-1}} \qquad (11.7)$$

Note that $Q_{inj}^d$ represents one-half of the difference between the switch charge injection on the positive and negative halves of the fully differential circuit. This is one of the major advantages of fully differential circuitry: If everything matches, the switch charge injection will not show up in your signal, regardless of the charge cancellation scheme. This is only true if the switch charge injection is independent of the input signal. Signal-dependent charge injection will give rise to odd-order distortion even in a perfectly matched fully differential configuration.

The schematic for the common-mode circuit is shown in Figure 11.4. Here, $V_{AG}$ is the analog ground voltage.[1] The common-mode output is held to $V_{ref}$ by the common-mode feedback circuit. The response to the input signal is given by

$$V_-^{cm} = \left(2V_{AG} - V_i^{cm} z^{-1/2}\right) \frac{C_1/C_2}{1 - z^{-1} + C_1/C_2} \qquad (11.8)$$

The response to the common-mode channel charge injected per cycle, $Q_{inj}^{cm}$, is given by

$$V_-^{cm} = \frac{Q_{inj}^{cm}/C_2}{1 - z^{-1} + C_1/C_2} \qquad (11.9)$$

1. The circuits discussed in this section are all assumed to operate between 0 V and $V_{DD}$ (5 V) supply voltages. The analog ground voltage $V_{AG}$ is in between the voltages. It is denoted by an inverted triangle to distinguish it from $V_{ss} = 0$, which is denoted by the conventional ground symbol.



**Figure 11.4**   Common-mode half-circuit.

Thus, the common-mode charge injection does not cause an offset in the signal, but instead changes the steady-state bias voltage of the op-amp input terminals.

Note that $V_{AG}$ and $V_{ref}$ do not have to be equal. The common-mode output voltage of a fully differential amplifier can be different from the common-mode input voltage.

Having derived the differential-mode and common-mode transfer functions of the integrator from switch-level diagrams, the next step is to present a more detailed schematic for the switched-capacitor integrator. Figure 11.5 is a schematic of a fully differential switched-capacitor integrator that shows the implementation of the switches at a transistor level, along with the waveforms used to clock the switches. The bottom plate of the capacitors is designated by a curved line. This distinction is important because integrated capacitors are not generally symmetrical, and there is a larger parasitic capacitance to the substrate from the bottom plate than from the top plate. The capacitors should be connected such that the bottom plate is driven either directly or through a switch by a volt-



**Figure 11.5**   Detailed schematic of a fully differential switched-capacitor integrator.

age source or the output of an op-amp. This arrangement causes the parasitic capacitances to have the least effect on the operation of the circuit. Also, substrate noise coupling is reduced by this arrangement.

The switches are implemented with MOSFETs. In the arrangement shown in Figure 11.5, only $N$-channel devices are used for the summing junction switches, while full CMOS transmission gates are used for switches that are connected to a signal source or an op-amp output. In any switching scheme, it is desirable to minimize the number and sizes of the switch devices. This will minimize parasitics such as junction capacitances to the well and substrate and channel charge that degrade circuit performance. This would indicate the use of minimum-gate-length $N$-channel devices as switches whenever possible, since this would yield the minimum device size for a given on resistance. Switches that are coupled to the summing junction have one side connected to analog ground or to the summing junction of the op-amp. With the proper switching arrangement, the op-amp summing junction will also be at analog ground, independent of the input signal. By choosing analog ground to be a low enough voltage, it is only necessary to use $N$-channel devices for the summing junction switches. This is not the case for the switches coupled to the signal input or the output of op-amps. Because these switches must conduct over a wide range of voltages, it is necessary to use a full CMOS transmission gate. At lower supply voltages, even a full CMOS transmission gate may not be turned on over the full signal range. In this case, it may be necessary to make the device in the well a switched-tub switch, where the well of the device is connected to the source during the "on" phase (Figure 11.6). Further improvement may be achieved by charging up a capacitor to the supply voltage during the "off" phase and connecting the capacitor between the gate and source of the device during the "on" phase (Figure 11.7). This will result in a relatively constant gate-to-source voltage and will greatly extend the operating region of the device. It will also make the charge injection nearly signal independent.

The clocking scheme used in the circuit shown in Figure 11.5 uses a basic two-phase nonoverlapping clock ($\phi_1$ and $\phi_2$), along with the additional clocks $\phi_{1D}$ and $\phi_{2D}$. These clocks are identical to $\phi_1$ and $\phi_2$, except for a delay in the falling edge. The summing junction switches are clocked by $\phi_1$ and $\phi_2$, while the switches that operate over the signal range are clocked by $\phi_{1D}$ and $\phi_{2D}$ (or their inversions if $P$-channel devices are used). This will cause the switches coupled to the summing junction to turn off slightly before the signal conducting switches. Once the summing junction switches have turned off, there is no



**Figure 11.6** $N$-channel switch linearization through well biasing.



**Figure 11.7**  *N*-channel switch linearization through well biasing and constant gate-to-source drive.

conductive path to the top plate of the switched capacitor. The total charge on this node cannot change when the summing junction switches are open. Therefore, once the summing junction switches have turned off, the circuit may be disturbed by charge injection from other switches or interference of any kind without affecting the signal transmission. When the disturbances subside and the switches are closed for the next phase, these disturbances will not have affected the state of the circuit.

With this clocking arrangement, the charge injection from the signal conducting switches will (to a first approximation) not affect the circuit. The charge injected from the summing junction switches will be signal independent (to a first approximation), since both the source and drain of a summing junction switch will always be at analog ground when turn-off occurs. Therefore, charge injected from the summing junction switches will cause only a dc offset, not harmonic distortion. Offset is far less of a concern in ΔΣ modulators than harmonic distortion. Also, because of the fully differential architecture, the offset will be determined, not by the charge injection, but by the difference in charge injection between the negative and positive halves of the circuit.

It was mentioned earlier that the charge injection due to the summing junction switches is signal independent to a first-order approximation. A second-order effect that may cause distortion is that, even though the total channel charge of a turned-on summing junction switch is signal independent, the manner in which the charge divides when the switch turns off depends on the impedance on either side of the switch. Since the impedance of a conducting CMOS transmission gate is signal dependent, charge injection from summing junction switches can still give rise to some harmonic distortion. One possible solution to this problem is to place a shunt capacitor from the switched-capacitor side of the transmission gate to analog ground. If the *RC* time constant of the transmission gate and the shunt capacitor is much longer than the fall time of the clock that turns off the summing junction switch, then the impedance seen by the switch as it turns off will be determined by the capacitance of the shunt capacitor, which is voltage invariant, and no distortion will result. Another solution is to place a linear resistor (polysilicon, for example) in series with the CMOS transmission gate. The impedance of the series combination of a CMOS transmission gate and a resistor will exhibit a lower relative voltage coefficient than the impedance of a CMOS transmission gate alone.

Building Blocks                                                                      343



**Figure 11.8** ΔΣ modulator with switched input capacitor replaced by resistor.

As an alternative, the input switched capacitor of the ΔΣ modulator can be replaced by its equivalent valued resistor, as is shown in Figure 11.8. The impedance seen by the summing junction switches is now independent of the signal. If the resistor is external, then signals that exceed the supply rails of the chip can be converted.

### 11.3.4 Op-Amp

Having derived a fully differential switched-capacitor integrator architecture consisting of MOSFET switches, integrated capacitors, and an op-amp, the next step is to discuss the design of the fully differential op-amp. Since the SNR of any given order modulator can be increased by increasing the oversampling ratio, speed is of primary interest. Another motivation for designing a fast op-amp is that in a switched-capacitor implementation, if the op-amp is fast enough to allow the circuit to settle completely, the exact nature of the settling is unimportant. Thus, if the amplifier is fast enough, slewing during the settling time and voltage-dependent settling will not impact the overall circuit performance. The amplifier should have a fairly linear open-loop transfer function and possess a reasonable amount of low-frequency open-loop gain, so the distortion of the amplifier will be reduced even further when placed in a closed-loop configuration. The op-amp will be driving capacitive loads, the size of which will be determined by the level of in-band thermal noise required, so a high output impedance is acceptable.

Given these design criteria, a good choice for the op-amp in the switched-capacitor integrators of a ΔΣ modulator is a folded-cascode op-amp (Figure 11.9). The cascode arrangement yields a high-speed op-amp that has the low-frequency open-loop gain of a two-stage amplifier. At frequencies above the dominant pole frequency, the sources of $P_3$ and $P_4$ are at virtual ground, eliminating Miller multiplication of the gate drain



Figure 11.9  Fully differential folded-cascode op-amp.

capacitances of $N_8$ and $N_9$. The folded-cascode circuit has a greater output swing than a direct stack of transistors.

The output voltage swing of the op-amp is determined by the cascode $P$ devices, $P_3$ and $P_4$, in the positive direction, and by the cascode $N$ devices, $N_3$ and $N_4$, in the negative direction. For proper operation, all transistors should be operating in the saturation region. Since the voltage at the sources of the cascode devices is held constant, they will come out of saturation when their drain voltage changes such that the drain-to-source voltage falls below $V_{DS,\text{sat}}$, the minimum drain-to-source voltage required for a device to remain in saturation. From simple MOS device theory

$$V_{DS,\text{sat}} = \sqrt{\frac{2I_D L}{\mu W C_0}} \tag{11.10}$$

Two possible biasing schemes for cascode devices are shown in Figure 11.10. To obtain the greatest output swing, the drain of the current source device, 3, should be biased at the minimum voltage required for it to remain in saturation. If the bias is generated from two diode-connected devices in series, then the drain of 3 is biased at $V_{DS,\text{sat}} + V_T$. Deriving



Figure 11.10  Current biasing schemes for folded-cascode op-amps: (a) cascode current mirror; (b) current mirror with improved swing.

(a)                    (b)

the bias voltages from two separate diode-connected devices allows the drain of 3 to be biased at $V_{DS,\text{sat}}$. Device 2 is sized empirically to obtain the correct bias voltage.

Referring to Figure 11.9, the important small-signal parameters of the op-amp can be derived. The output impedance is given by

$$r_0 = g_{mP3} r_{dsP3} (r_{dsN9} \parallel r_{dsP1}) \parallel g_{mN3} r_{dsN3} r_{dsN1} \tag{11.11}$$

The dc voltage gain is given by

$$A = -g_{mN9} r_0 \tag{11.12}$$

The cascode op-amp is compensated by its load capacitance. The load capacitance will create a dominant pole at a frequency

$$\omega_{p1} = \frac{1}{r_0 C_L} \tag{11.13}$$

If a single pole response is assumed, then the unity-gain bandwidth of the amplifier is

$$\omega_1 = \frac{g_{mN9}}{C_L} \tag{11.14}$$

An important point, which is often overlooked, is that the source of cascode device $P_3$ is a virtual ground only at frequencies past the dominant-pole frequency [8]. A common-gate connected device has an input impedance that is a factor $g_m r_{ds}$ lower than its output impedance. This can still be a fairly high impedance if the output impedance is high enough. At frequencies above the dominant-pole frequency, the output impedance is reduced by the presence of load capacitor $C_L$. At dc, however, the output impedance is quite high.

The dc gain from the gate of $N_9$ to the source of $P_3$ is given by

$$A_1 = -g_{mN9} \left( (r_{dsN9} \parallel r_{dsP1}) \parallel \frac{r_{dsN1} g_{mN3} r_{dsN3}}{g_{mP3} r_{dsP3}} \right) \tag{11.15}$$

The gain from the source of $P_3$ to the output is

$$A_2 = g_{mP3} r_{dsP3} \tag{11.16}$$

Since the source of $P_3$ is not a virtual ground at low frequency, the parasitic gate-to-drain capacitance ($C_{gd}$) of an input MOSFET, $N_8$ or $N_9$, shows up as an equivalent fixed-feedback capacitor around the op-amp of value $C_{gd}/A_2$. One method for negating this effect is to place neutralizing capacitors of value $C_{gd}$ from gate $N_9$ to drain $N_8$ and from gate $N_8$ to drain $N_9$. Another solution is to place additional $N$-channel common-gate devices between the drains of the $N$-channel input devices and the sources of the $P$-channel cascode devices.

For greatest speed, $N$-channel devices were chosen for the input pair because of their higher mobility. Since the unity-gain bandwidth of the op-amp is determined by the ratio of the transconductance of an input device to the load capacitance, it would seem that the op-amp could be made arbitrarily fast by increasing the width and bias current of the input devices. However, to maintain stability, all nondominant poles must occur at frequencies higher than the unity-gain bandwidth of the op-amp. Therefore, the speed of the op-amp is limited by the location of the first nondominant pole. For the op-amp shown in Figure 11.9, this pole is given by $g_{mP3}/C_{sP3}$, the ratio of the transconductance of the cascode

P-channel device to the total capacitance on its source. Besides the parasitic diffusion capacitance on the source node, there is an intrinsic device gate-to-source capacitance. If the capacitance at the source of the device is dominated by the intrinsic gate-to-source capacitance, then using the first-order model for a saturated MOSFET gives the following expression for the nondominant pole:

$$\omega_{p2} \approx \frac{3g_m}{2C_0 WL} = \sqrt{\frac{9I_D\mu}{2C_0 WL^3}} \tag{11.17}$$

where $I_D$ is the drain current, $\mu$ is the hole mobility, and $W$ and $L$ are the device width and length, respectively. Assuming that the minimum allowable device length is used, the non-dominant-pole frequency can be increased by increasing the current density through the device. This is done at the expense of increasing $V_{DS,sat}$, which in turn reduces the output swing of the op-amp. Again from first-order MOS theory, the nondominant pole can be expressed in terms of $V_{DS,sat}$ as

$$\omega_p = \frac{3\mu V_{DS,sat}}{2L^2} \tag{11.18}$$

To perform a noise analysis of the switched-capacitor integrator, it is necessary to have an expression for the input-referred noise of the op-amp. The rms noise voltage of each device will be represented by $e_n$. For this analysis, it is not necessary to separate $e_n$ into flicker noise, wide-band thermal noise, and dc offset. The first step is to determine which devices in Figure 11.9 contribute to the noise of the op-amp. None of the devices in the common-mode amplifier contribute to the noise of the op-amp, because the output signal is taken differentially. Similarly, current source device $N_7$ does not contribute, because its noise also shows up as a common-mode signal. Cascode devices $N_3$, $N_4$, $P_3$, and $P_4$ do not contribute to the input-referred noise of the amplifier either, because the large impedance in the source leg of these devices greatly reduces the gain from the gates of these devices to the output of the amplifier. The input-referred noise contribution of the remaining devices is derived by multiplying the noise power by the square of the ratio of that device's transconductance to the input device's transconductance.

The expression for the input-referred noise is therefore

$$e_n^2 = 2\left[e_{nN9}^2 + e_{nP1}^2\left(\frac{g_{mP1}}{g_{mN9}}\right)^2 + e_{nN1}^2\left(\frac{g_{mN1}}{g_{mN9}}\right)^2\right] \tag{11.19}$$

The factor of 2 results from the fact that the fully differential circuit consists of two matched halves. The noise of the two half-circuits is uncorrelated, so the total noise power will be twice the noise power of one of the half-circuits.

The transfer function for a fully differential amplifier, $v_{o+} - v_{o-} = A(v_{i+} - v_{i-})$, relates the differential input voltage to the differential output voltage but says nothing about the absolute values of the output voltages. For practical reasons, in actual circuits, the outputs need to be centered about some voltage. This function is accomplished by the common-mode feedback circuitry. The performance requirements on the common-mode feedback circuitry are not nearly as stringent as for the main op-amp, because the signal of interest is the difference between the main op-amp outputs. If a single-ended output is obtained from a fully differential circuit by using only one of the fully differential outputs, then the degradation in the power supply rejection and harmonic



**Figure 11.11** Common-mode feedback scheme for a fully differential folded-cascode op-amp.

distortion performance compared to the fully differential output case will be determined by the performance of the common-mode feedback circuitry of the final stage.

The common-mode feedback circuitry in Figure 11.9 changes the common-mode output voltage by controlling the gates of $N_1$ and $N_2$. The common-mode op-amp compares the average of the op-amp outputs to the desired centering point. If the op-amp outputs are too high, more of $I_{P7}$ will flow through $P_5$ rather than $P_6$. This will increase the gate voltage of $N_1$ and $N_2$, pulling the outputs down. The average of $v_{o+}$ and $v_{o-}$ may be derived from a resistive divider, with switched capacitors functioning as resistors, as shown in Figure 11.11. The fixed capacitors pass high frequencies and perform a hold function [9].

Another common-mode feedback circuit, which does not require a common-mode feedback amplifier, is shown in Figure 11.12 [10]. Capacitors $C_1$ and $C_2$ perform the holding function and provide high-frequency feedback as before. Switched capacitors $C_3$ and



**Figure 11.12**   Common-mode feedback scheme that does not require a common-mode op-amp.

$C_4$ function as the resistive divider. $V_{bias}$ is the bias voltage that, when applied to the gates of $N_1$ and $N_2$ (see Figure 11.9), places the outputs of the op-amp in the active operating region. If $v_{o+}$ and $v_{o-}$ are not centered about $V_{ref}$, then the switched capacitors will transfer charge onto the gates of $N_1$ and $N_2$ to provide the correction. Note that capacitors from either op-amp output to a fixed voltage (such as ground) act as compensation capacitors for both the differential- and common-mode circuits, but capacitors connected between the op-amp outputs (such as $C_1$, $C_2$ in Figure 11.12) will not act as compensation for the common-mode circuit.

## 11.4 CIRCUIT NONIDEALITIES

### 11.4.1 Effects of Component Nonidealities on the Integrator Performance

A fully differential switched-capacitor integrator implemented with integrated capacitors, MOSFET switches, and an op-amp was presented in Section 11.3.3. In Section 11.3.4, the op-amp and the associated common-mode feedback circuitry were analyzed. In this section, the effects of nonidealities on the performance of the integrator will be analyzed, and the implications of using a nonideal integrator as the first integrator in a $\Delta\Sigma$ modulator are discussed. Referring back to the data sheet presented in Section 11.3.2, the factors determining the maximum operating frequency of the circuit will be discussed. The effects of nonideal components on the transfer function of the integrator, expressed in terms of gain and pole error, are analyzed. Expressions for the input-referred thermal noise are derived. The effects of nonlinear components on the performance of the integrator are discussed in Section 11.4.2. Thermal and flicker noise are discussed in more detail in Section 11.4.3, and the input impedance of the modulator is discussed in Section 11.6.3.

As mentioned previously, the maximum speed at which the integrator can be clocked is of particular interest in the design of $\Delta\Sigma$ modulators, because of their oversampled nature and because of the dramatic reduction of in-band quantization noise achieved with increased oversampling ratios. Switched-capacitor circuits operate on the assumption that complete settling occurs during each time slot. Therefore, unless the signal is used as a continuous-time signal, the manner in which the circuit settles is unimportant. Since the output of an ADC is digital, the only place the continuous-time properties of the signal are important is at the input sampler. The only time the value of the voltages at the integrator outputs matters is at the end of each time slot.

The circuit has to settle completely in one time slot. In the clocking scheme shown in Figure 11.5, the length of a time slot is equal to one-half of a clock period minus the delays put in for nonoverlap and charge injection reduction purposes. There are basically two factors that determine the settling time of the integrator: the $RC$ time constants of the MOSFET switches in series with the switched capacitors and the response time of the operational amplifier. The response time of the operational amplifier is determined by the slew rate, the unity-gain bandwidth, and the configuration in which it is placed. A very important distinction needs to be made between settling that is signal independent (linear settling) and settling that is signal dependent (nonlinear settling). Nonlinear settling may be due to the op-amp slewing, or the fact that the characteristics of the MOSFET devices

will be operating-point dependent (cf. the discussions in Section 11.8.1). If the integrator does not settle fully but the settling process is linear, then the resultant error shows up as a gain error in the integrator (to be discussed in more detail later). If, however, the settling process is nonlinear, the resultant error will show up as distortion (also to be discussed in more detail later). Of the two factors, nonlinear settling is by far the more serious problem. A linear settling error has very little effect on the performance of a single-loop modulator, and a linear settling to within 0.1% is more than adequate for most cascaded modulators. A nonlinear settling error, on the other hand, will degrade the performance of both single-loop and cascaded modulators. If the input capacitor of the modulator does not charge completely and the degree of charging is signal dependent, then the effect is the same as if the input capacitor were nonlinear. The error will show up as harmonic distortion and is not affected by the oversampling ratio.

The most straightforward solution for eliminating the effects of nonlinear settling is to make sure the circuit settles completely enough so that no matter what the signal dependence may be, the dynamic range requirements are still satisfied. For example, if the circuit settles to within 0.001% of final value, then a 100-dB dynamic range is guaranteed regardless of the nature of the settling. Settling problems due to the $RC$ time constant of the MOS switch and the switched capacitor can usually be solved simply by increasing the width of the switch, the limitation being that as the switch becomes larger in comparison to the switched capacitor, the effects due to channel charge injection and the parasitic junction capacitances also increase. The settling of the op-amp is a bit more involved since it depends on several factors: slew rate, unity-gain bandwidth, and gain configuration. The slew rate of the folded-cascode amplifier is determined by the ratio of the available output current to the load capacitance, so it can be increased by increasing the bias current through the amplifier. Unity-gain bandwidth can be improved at the expense of output swing, as pointed out in connection with Eq. (11.18). The configuration of the op-amp is also important in determining the charging time of the circuit. If the op-amp is assumed to have a single dominant pole and is not slewing, then the response of the integrator to a new input sample will be exponential with a time constant given by [11]

$$\tau \approx \frac{1}{\omega_1}\left(1 + \frac{\sum_m C_{im}}{\sum_m C_{fn}}\right) \qquad (11.20)$$

where $\omega_1$ is the unity-gain bandwidth, $C_{im}$ is the $m$th input capacitor, and $C_{fn}$ is the $n$th feedback capacitor. When using Eq. (11.20), it should be kept in mind that "input capacitor" also includes parasitic capacitance from the op-amp input to ac ground, such as the gate-to-source capacitance of the amplifier input device. From the above discussion, it can be seen that for the fastest op-amp settling the integrator gain (i.e., the ratio of switched input capacitor to integrating capacitor) should be made as small as possible. There is a trade-off here, because the smaller the gain of the first integrator, the greater the effect that noise sources following the first integrator will have on the overall modulator performance.

In the discussion of gain and pole errors that follows, it is helpful to derive first the transfer functions for a switched-capacitor integrator when effects such as nonzero switch

resistance, finite op-amp bandwidth, and finite op-amp gain are taken into account. The equations are derived for the single-ended integrator shown in Figure 11.1, but can easily be extended to the fully differential case, since the single-ended integrator is the differential-mode half-circuit of the fully differential integrator.

The integrator transfer function will differ from the ideal because of nonzero switch resistance, finite op-amp bandwidth, and finite op-amp gain. Considering these effects separately gives the following transfer functions. For finite op-amp gain $A$,

$$H(z) = \frac{(C_1/C_2)z^{-1/2}(1 - 1/A - C_1/(AC_2))}{1 - (1 - C_1/(AC_2))z^{-1}} \tag{11.21}$$

For finite op-amp bandwidth $B$ (in hertz)

$$H(z) = \frac{(C_1/C_2)z^{-1/2}[(1-\varepsilon) + z^{-1}\varepsilon C_2/(C_1+C_2)]}{1 - z^{-1}} \tag{11.22}$$

where $\varepsilon = e^{-\pi BT_s}$. For nonzero switch resistance $R_{on}$

$$H(z) = \frac{(C_1/C_2)z^{-1/2}(1 - 2e^{-T_s/4R_{on}C_1})}{1 - z^{-1}} \tag{11.23}$$

When considered together, these nonidealities will interact with each other. For a complete analysis see [12]. A word of caution: When analyzing circuits under the assumption that the op-amp gain is finite, the inverting op-amp terminal is no longer a virtual ground. Therefore, the effect of all switched and fixed capacitors connected to the summing junction, intentional or parasitic, must be considered.

The gain error is defined in Table 11.1 as the relative error in the gain of the integrator and is due to a number of different causes. Capacitor mismatch causes gain error in a straightforward manner, since the gain of the integrator is determined by the ratio of the switched input capacitor to the integration capacitor. As can be seen from Eqs. (11.21), (11.22), and (11.23), gain error is also caused by finite op-amp gain and incomplete linear settling due to switch resistance or finite op-amp bandwidth. Gain error has little effect on the performance of a single-loop modulator. In a cascaded modulator, gain error will cause a leakage of noise to the overall modulator output that is shaped to the same order as the order of the first modulator in the cascade. Integrator pole error is caused by finite op-amp gain [cf. Eq. (11.21)]. Note that finite settling time does not give rise to a pole error. A pole error has little effect on the performance of a single-loop modulator. In a cascaded modulator, however, a pole error will cause a leakage of noise to the overall modulator output that is shaped to one order less than the order of the first modulator in the cascade.

## 11.4.2  Nonlinear Effects

Nonlinear effects are in general much more difficult to treat analytically than linear effects. The approach taken here is to treat the nonlinearity as a small perturbation to the ideal system response. The effect of nonlinearities on the switched-capacitor integrator output is discussed, as well as their effect on the performance of the overall $\Delta\Sigma$ modulator.

The nonlinearities are due to voltage-dependent capacitors, signal-dependent switch charge injection, and the fact that the device parameters of the MOS transistors are operating-point dependent. The errors due to nonlinear capacitors, signal-dependent charge injection, or a nonlinear op-amp dc transfer function will occur even with infinite settling time. Some nonideal effects such as the settling of the op-amp dependent on its operating point and the nonlinear resistance of the MOS switches will only cause nonlinearities if the settling is incomplete. In the following analysis, only the effects of nonlinear capacitors and a nonlinear op-amp dc transfer function will be considered. Signal-dependent switch-charge injection and incomplete nonlinear settling due to finite switch on-resistance have the same effect as a nonlinear switched capacitor. Nonlinearities due to incomplete op-amp settling have a similar effect to a nonlinear op-amp dc transfer function but are more complex, since they are dependent on the prior state of the circuit as well as the present. System-level simulation based on a table look-up method [13] may be the best way to determine the combined effect of all the different causes of nonlinearity on your system performance.

In the following analysis, it will be assumed that the modulator is constructed with fully differential circuitry. This will result in the cancellation of all even-order distortion terms (harmonic and intermodulation), regardless of the cause of the distortion. This is one of the main advantages in using fully differential circuits for high-performance switched-capacitor circuits. It is also assumed, to simplify the analysis, that the power of a harmonic decreases with increasing harmonic order. Therefore, in this analysis, only third-order nonlinear terms are considered.

The charge–voltage relationship for the nonlinear capacitor is then given by

$$q = C_1 V + C_3 V^3 \qquad (11.24)$$

The nonlinear op-amp dc transfer function is given by

$$V_o = a_1 V_i + a_3 V_i^3 \qquad (11.25)$$

The effect that a nonlinear capacitor has on modulator performance depends on the placement of the capacitor within the modulator. If a 1-bit DAC is employed, then a nonlinearity in the switched input capacitor implementing the D/A feedback does not cause any distortion at the output of the modulator. This is because the feedback capacitor is charged to only two distinct voltage levels, so the feedback will be inherently linear. A nonlinearity in the switched input capacitor that carries the signal does cause distortion in the output of the modulator. The amount of distortion is easy to calculate, since the capacitor only passes the input signal. If the capacitor is described by Eq. (11.24), then for a sinusoidal input of amplitude $A$, the signal-to-third-harmonic distortion is given by

$$S/D = \frac{C_3}{4C_1} A^2 \qquad (11.26)$$

The effect of a nonlinear integrating capacitor is more difficult to calculate. The output of the first integrator will contain shaped noise in addition to the input signal. The effect of a nonlinearity in the integrating capacitor is harmonic distortion, plus a rise in the noise floor due to the intermodulation of the shaped broadband quantization noise. To see the effect this will have on the modulator output, the noise and distortion should be referred to

the input by dividing these terms by the transfer function of the integrator. This "noise-shaping" effect will cause a nonlinearity in the integrating capacitor to be much less of a problem than a nonlinearity in the switched input capacitor that carries the signal. The effect is difficult to handle analytically and is dependent on the structure and order of the modulator, so a single example will be given to demonstrate the magnitude of the problem. From computer simulation, a second-order single-loop modulator with an oversampling ratio of 128 has a $S/(N+D)$ of 84.4 dB with a 1-V peak-to-peak (p-p) sinusoidal input and a feedback of $\pm 1$ V. If the switched input capacitor is equal to the integrating capacitor and the parameters for the integrating capacitor as specified in Eq. (11.24) are $C_1 = 1$ and $C_3 = 0.035$, the $S/(N+D)$ will degrade to 81.2 dB due to the nonlinearity. Note that the same degree of nonlinearity in the switched input capacitor would yield a third harmonic only 53.2 dB down from the fundamental.

The effect of a nonlinear op-amp dc transfer characteristic on the distortion performance of the integrator is next calculated. For this calculation, the transfer characteristic of Eq. (11.25) is assumed. The nonlinearity is assumed to be a small perturbation, and only first-order terms in the perturbation are considered. The circuit is first solved for the fundamental, with $a_3 = 0$. Then the third-order term is calculated from the fundamental present at the output. Finally, the circuit is analyzed at the third-harmonic frequency to include the effect of feedback on reducing the third-harmonic term. The resultant expression is

$$V_{03} = \frac{(a_3/a_1^3)V_0^3}{1 + [a_1 k(1 - z^{-1})]/(1 - kz^{-1})} \tag{11.27}$$

Here, $V_{o3}$ is the third-order output term, $V_o$ is the fundamental output term, $k = C_2/(C_1 + C_2)$, $C_1$ is the value of the switched input capacitor, $C_2$ is the integrating capacitor, $a_1$ and $a_3$ are defined in Eq. (11.25), and $z = e^{j\omega\tau}$, where $\omega$ is the radian frequency of the component being evaluated, whether it is a third harmonic or an intermediate-frequency (IM) product.

Several observations can be made from Eq. (11.27). First, it is desirable to have an op-amp with a reasonably linear transfer function to begin with. For distortion components of frequencies less than $f_p/a_1$, the op-amp will essentially be operating open loop. The distortion performance will be improved by a factor of approximately the open-loop op-amp gain for distortion components of frequencies greater than $f_p$, the pole frequency of the switched input capacitor and the integrating capacitor. This indicates that for the same relative nonlinearity $(a_3/a_1^3)$, the higher the open-loop gain of the op-amp, the lower the distortion.

A nonlinear op-amp will have much the same effect as a nonlinear integrating capacitor in a ΔΣ modulator. The op-amp output contains both signal and shaped noise, so the nonlinearity will give rise to harmonics and an overall increase in the noise floor. When referred back to the input, the in-band noise is reduced by a factor $1 - z^{-1}$.

In concluding this section on the effect of nonlinear components on the performance of a ΔΣ modulator, the following observations are made:

1. Nonlinear effects are difficult to handle analytically, inaccurate to simulate, and sometimes even difficult to consider physically.

2. Because of noise shaping, nonlinear effects are most important at the input (switched input capacitor). The next most important nonlinearities are at the output of the first integrator (nonlinear integrating capacitor, nonlinear op-amp) and the input to the second integrator. Distortion in succeeding integrators is less important.

3. The effect of a nonlinear element will depend on the structure of the modulator, but in general there is no clear advantage to either single-loop or cascaded structures.

4. If the relative nonlinearity does not change, increasing the open-loop op-amp gain will help reduce distortion due to the op-amp.

5. Decreasing the gain of the integrator (i.e., the ratio of switched capacitor to integrating capacitor) will improve the distortion performance as well as the settling time but will increase the effect of nonidealities of the succeeding integrators.

6. The best approach to dealing with nonlinearities is to have a good qualitative understanding of their causes and effects. Design to minimize distortion without sacrificing too much performance in other areas. Fabricate the chip, analyze it to find out what is limiting your performance, tweak the design, and do a second pass. The only way to get quantitative results on the effect of nonlinearities on modulator performance is through computer simulation. This is not only cumbersome but may also be very inaccurate due to the difficulty of modeling these very small effects.

## 11.4.3   Intrinsic Noise

Intrinsic noise refers to noise that is generated in the device itself, as opposed to noise that couples in from an external interfering source. Intrinsic noise cannot be eliminated by shielding, filtering, or circuit layout, since it is a property of the device, but its value can be altered by choice of circuit topology and component size. In this section the two most important noise mechanisms in MOS devices, thermal noise and flicker (or $1/f$) noise, will be discussed.

Thermal noise is caused by the random fluctuation of carriers due to thermal energy and is present even at equilibrium (e.g., in a turned-on MOSFET with zero current flow). Because of this, it needs to be taken into account for both the switches and op-amps in a switched-capacitor circuit. Thermal noise has a white spectrum and a wide band, limited only by the time constants of the switched capacitors or the bandwidths of the op-amps. Since aliasing needs to be taken into account, calculations involving thermal noise are often complicated.

Consider a capacitor and a resistor in series with a switch that periodically opens, sampling a noise voltage onto the capacitor (Figure 11.13). If the pole associated with the $RC$ time constant is at a frequency much higher than the sampling frequency $f_s$ (usually a requirement for switched-capacitor circuits), then all the thermal noise power can be considered as being aliased into a band from 0 to $f_s/2$.



**Figure 11.13**  Periodically sampled capacitor.

To calculate the total noise power, model the resistor as having a noise source in series with a power source equal to the Johnson noise $4kTR \, \Delta f$. The total noise power can be found by evaluating the integral

$$e_T^2 = \int_0^\infty \frac{4kTR}{1 + (2\pi fRC)^2} \, df = \frac{kT}{C} \tag{11.28}$$

It is interesting to note that while the thermal noise is generated in the resistor, the total noise power depends only on the capacitor. Since the noise is aliased down to the band from 0 to $f_s/2$, the final spectrum is white with a spectral density

$$S(f) = \frac{2kT}{f_s C} \tag{11.29}$$

In most switched-capacitor circuits, there are two samplings of thermal noise per clock period, resulting in a spectral density

$$S(f) = \frac{4kT}{f_s C} \tag{11.30}$$

It should be noted that the noise spectral density of a switched capacitor is the same as that of its equivalent resistor, $R_{eq} = 1/f_s C$, in the band from 0 to $f_s/2$; that is,

$$S_T(f) = 4kTR_{eq} = \frac{4kT}{f_s C} \tag{11.31}$$

The thermal noise of an op-amp can be modeled as a noise voltage source in series with one of the input terminals. The gate-referred thermal noise spectral density of a MOSFET in saturation is white and is equal to $S(f) = 8kT/3g_m$. The value of the noise voltage source $e_T$ can be found for a particular op-amp by input referring the thermal noise of the individual transistors [see, e.g., Eq. (11.19)]. When the noise is sampled, the total noise power is aliased into the band from 0 to $f_s/2$. The total noise power is $e_T^2 = S_T B$, where $B$ is the noise bandwidth of the amplifier in a given configuration and $S_T$ is the input-referred spectral density. It is interesting to note that if the thermal noise of the amplifier is dominated by the input devices, then the aliased white-noise density will depend only on the compensation capacitor. This is because $S_T$ will be inversely proportional to the $g_m$ of the input devices, and the bandwidth will be proportional to $g_m$. Because of the gain provided by the first integrator at the lower in-band frequencies, the noise performance of a $\Delta\Sigma$ modulator is determined mainly by the switch noise and the op-amp noise in the first integrator. The spectral density due to the switch thermal noise is

$$S_T(f) = \frac{4kT}{f_s} \sum_i \frac{1}{C_i} \tag{11.32}$$

where the $C_i$ are the switched input capacitors.

Typically there will be two switched input capacitors, one carrying the signal and one providing the feedback from the modulator output. To calculate the in-band thermal noise power, the spectral density must be multiplied by the baseband cutoff frequency $f_c$. It is then seen that the in-band thermal noise power due to the switches will decrease by 3 dB per octave of oversampling. If the modulator is implemented with fully differential cir-

cuitry, an additional 3-dB improvement in the signal-to-thermal noise ratio will be realized. This is due to the fact that the number of switched input capacitors doubles for a fully differential circuit, but the noise is uncorrelated, so the thermal noise power doubles, or increases by 3 dB. On the other hand, a fully differential circuit also doubles the signal swing, which represents an increase in signal power of 6 dB.

The input-referred thermal noise spectral density of the op-amp is given by the total thermal noise power, $S_T B$, divided by $f_s/2$. The total thermal noise power of the op-amp depends on the relative transconductances of the noise-contributing devices that make up the amplifier and is inversely proportional to the value of the compensation capacitor. To determine the in-band thermal noise power, the power spectral density is multiplied by the baseband cut-off frequency $f_c$. Again, because the noise is unshaped, there is a 3-dB improvement per octave of oversampling. If the modulator is implemented as a fully differential circuit, then the signal power will increase by 6 dB, but the thermal noise power of the op-amp will not change. Therefore, using fully differential circuitry results in a 6-dB improvement over the single-ended case.

Flicker noise is also called $1/f$ noise because it has a spectral density that varies approximately inversely with frequency. This noise in MOS devices is attributed to the variation in channel charge caused by charges being captured and released by traps with a distribution of time constants. The $1/f$ noise in a MOSFET can be modeled by a voltage source in series with the gate. The spectral power density of the source is given by

$$S_{1/f}(f) = \frac{K}{WL}\frac{1}{f} \tag{11.33}$$

where $K$ is an empirically determined constant. The equivalent $1/f$ gate noise is usually modeled as being independent of bias conditions. The empirical constant $K$ is dependent on the process and whether the device is a $P$- or $N$-channel one. It is recommended that the $1/f$ noise be measured on a device with the same gate length and bias conditions and in the same process as the actual device that will be used in the circuit, since the data do not always fit the model very closely.

Since $1/f$ noise is caused by a fluctuation in the number of carriers in the channel, a device with no current flowing through it has no $1/f$ current noise. Another way to think of this is that the gate noise voltage is independent of bias current, and a device with no current flowing through it has a $g_m$ equal to zero. This implies that switches that are fully "on," with $V_{DS} = 0$, or fully "off" at the time of sampling contribute no $1/f$ noise. Therefore, in a switched-capacitor circuit, $1/f$ noise is only of concern in the op-amps. Flicker noise is easier to handle computationally than thermal noise, since it is predominant at low frequencies, and aliasing does not have to be taken into account.

The input-referred $1/f$ noise of a $\Delta\Sigma$ modulator is very nearly equal to the input-referred $1/f$ noise of the op-amp in the first integrator. Because of noise shaping, the contributions of op-amps in succeeding integrators to the overall $1/f$ noise of the $\Delta\Sigma$ modulator can be neglected. Equation (11.19) can be used to calculate the input-referred $1/f$ noise of the op-amp from the $1/f$ noise contributions of the devices that make up the op-amp.

Since $1/f$ noise predominates at low frequencies, it cannot be reduced substantially by increasing the oversampling ratio. Equation (11.33) suggests one method for decreasing the $1/f$ noise, namely by increasing the gate area of the MOSFETs that contribute to the op-amp noise. This technique will yield a 3-dB improvement for every doubling of

MOSFET gate area. A far more efficient method for reducing $1/f$ noise, which lends itself nicely to switched-capacitor circuits, is to employ an autozeroed integrator as the first integrator in the $\Delta\Sigma$ modulator. An example of such an integrator is described in Chapter 6, Section 6.4.1. The effect of the autozeroing operation is to store the value of $1/f$ noise present at the end of the previous half-period on an input capacitor. This value is then subtracted from the $1/f$ noise present at the end of the current period. This is equivalent to multiplying the $1/f$ noise voltage by a factor of $1 - z^{-1/2}$. Since a $\Delta\Sigma$ modulator employs a high degree of oversampling, the autozeroing operation usually causes the amplifier $1/f$ noise to no longer be of any concern in the design of the modulator.

## 11.5 MODULATOR COMPONENT DESIGN CONSIDERATIONS

### 11.5.1    The Feedback DAC

The purpose of a feedback DAC in a closed-loop ADC is to convert the ADC's digital output back into an analog form to be compared to its analog input. In essence, the DAC controls the mapping between the analog and digital domains. Therefore, the performance of the closed-loop ADC is completely dependent on the accuracy of its feedback DAC and the way in which its output is compared to the ADC input [14].

One of the primary features of $\Delta\Sigma$ converters is that they can use low-resolution DACs in their feedback paths. Low resolution, however, is not the same as low accuracy. In fact, if a multibit DAC is used, the linearity of that DAC must match the overall linearity requirements of the system. For example, if a four-level DAC is used in a 16-bit linear system, the matching requirements between any two steps in the DAC are as stiff as those of a 16-bit linear DAC. This is usually not possible without calibration or trimming, although dynamic matching may also be used.

It is for this reason that 1-bit DACs are typically used in $\Delta\Sigma$ converters. Since they only have two levels, these DACs are guaranteed to be free from differential nonlinearity, since all step sizes are identical (there is only one step). There are, however, other mechanisms for nonidealities in the 1-bit DAC. These mechanisms can be separated into three categories: nonidealities associated with the voltage reference, with the way the charge is taken from the reference, and with the way charge is delivered to the integrator.

*11.5.1.1   Reference Nonidealities.*   The output of the DAC is the product of the digital input and the voltage reference. This time-domain multiplication results in a convolution in the frequency domain. Therefore, if the reference has any signals on it (other than dc), their spectra will be convolved with the $\Delta\Sigma$ converter's bit stream. This can be particularly troublesome since the spectrum of the bit stream is far from white and, in fact, usually contains spectral lines (sticks) at high frequencies that are not reduced by the loop's noise-shaping properties. Signals on the reference with spectral components near those of the spectral sticks in the bit stream will cause those sticks to be modulated and convolved, transferring them down to audible frequencies near dc. This transference of frequencies results in unwanted tones in the passband of the converter, known as idle tones. A particularly troublesome reference interference frequency occurs at half of the modulator sampling frequency ($f_s/2$), since most of the spectral sticks in the bit stream occur near this frequency, and this frequency is common in most A/D conversion systems.



**Figure 11.14**  Effects of $f_s/2$ on the reference voltage: (a) original noise-shaping spectrum; (b) spectrum of the reference with $f_s/2$ pickup; (c) new spectrum with excess noise.

Figure 11.14 shows the effects of $f_s/2$ interference on the reference. The top graph shows a noise-shaped spectrum, the second graph shows the spectrum of the interfering noise, and the third the convolution of the voltage reference spectrum and the noise-shaped spectrum. Note how the high-frequency noise gets folded down into the low-frequency region to create increased in-band noise.

### 11.5.1.2   Charge-Taking Nonidealities.

In a switched-capacitor $\Delta\Sigma$ ADC, charge is taken from the reference and delivered to integrator(s) by the feedback DAC. The amount of charge and the instant in time at which it is taken from the reference must be identical for each clock cycle. If it is not, then the reference will be at a different potential each time a sample is taken from it. This will have the effect of putting unwanted signals on the reference.

There are two causes of charge-taking nonidealities: state-dependent reference loading and transition-dependent reference loading.

In state-dependent reference loading, a "1" in the bit stream will cause the feedback DAC to draw a different amount of charge from the reference than a "0." This will cause the reference voltage to vary with the 1's density in the bit stream, which will create a gain error in the converter. [The 1's density is defined as the ratio of the number of 1's to the number of possible 1's (or the number of data points) in the bit stream in a given time interval.]



**Figure 11.15**  Transition density versus 1's density for a fourth-order modu-
lator.

The second most common form of charge-taking nonideality occurs with transition-density-dependent DAC schemes. Transition density, like 1's density, is defined as the ratio of the number of transitions to the number of possible transitions (or the number of data points) in the bit stream in a given time interval. A transition occurs when the bit stream changes state, from a 0 to a 1 or from a 1 to a 0. For example, for an alternating 1–0–1–0 pattern, there is one transition per clock cycle and the transition density is 1. Therefore, near midscale, or a 50% 1's density, the transition density is highest. As the 1's density approaches 0 or 100%, the transition density approaches 0. A plot of transition density versus 1's density for a fourth-order modulator appears in Figure 11.15.

If the load on the reference depends on the transition density, the reference voltage may vary nonlinearly with 1's density. This can cause a bow in the input/output transfer function of the converter, which will cause integral nonlinearity and second-harmonic distortion.

### 11.5.1.3  Charge-Delivery Nonidealities.

Nonidealities can also occur when the charge is being delivered to the integrator. If the charge stored on the feedback capacitors in the DAC is not fully delivered to the integrator each clock cycle, then a gain error can result. If the time allowed to deliver the charge is also dependent on when the comparator makes its decision, then the amount of charge delivered could depend on the comparator's input voltage. This could create a signal dependence of the reference charge

delivered, which will create distortion and possibly a noise-folding problem. Therefore, it is important that the clock generation circuitry be designed in such a way as to ensure that the timing of charge delivery be independent of the timing of the comparator decision.

It is also important that the full logic-level signal be delivered to the switches, regardless of the comparator's decision. This requires full settling of the comparator.

Other charge-delivering nonidealities can occur due to parasitic switched capacitances in the circuit. Unintentional parasitic switched capacitances can cause input signals to be delivered to the integrator in a bit-stream-dependent way, which will also cause distortion.

We see from the discussion in this section that the design of a simple 1-bit DAC is really a very complex task. An example of a 1-bit DAC design that avoids the problems mentioned appears in Figure 11.16 [15]. The figure shows the first-stage integrator of a $\Delta\Sigma$ modulator with an input path and a 1-bit feedback path. During phase $\Phi_2$, the top capacitor charges to reference while the lower capacitor charges to ground. During phase $\Phi_1$, the



**Figure 11.16**  Commercially implemented differential 1-bit DAC.

comparator decision is used to decide which summing junction is to receive a positive reference charge and which is to receive a negative reference charge. If $x$ is high (and $\bar{x}$ is low), then a reference charge is taken from the lower summing junction, while a reference charge is delivered to the upper summing junction. If $x$ is low, the charge delivery is swapped.

This circuit guarantees that the reference sees the same load, independent of transition density, since both capacitors are charged between reference and ground every clock cycle. Some other schemes do not share this property, creating a transition-dependent reference load and second-harmonic distortion.

## 11.5.2  The Comparator

The purpose of the comparator in a $\Delta\Sigma$ modulator is to quantize a signal in the loop and provide the output of the modulator. This output is fed to the 1-bit DAC, which reconverts the digital signal to an analog one to be used in feedback to close the modulator loop. Since the comparator appears after the loop gain block and before the output terminal, nonidealities associated with it are shaped by the loop in the same way that the quantization noise it produces is shaped. This means that, at the frequencies of interest, the comparator nonidealities are reduced the most.

This can be most easily shown by considering the offset of the comparator. In a second-order loop, two integrators appear between the input terminal of the loop and the comparator. Therefore, if there is an offset in the comparator $V_{os,comp}$, then the input-referred offset of the loop will be $V_{os,\,input} = V_{os,\,comp}/A_{integ}^2$, where $A_{integ}^2$ is the combined dc gain of both integrators.

Even though the comparator nonidealities are reduced by the noise-shaping properties of the loop, there are still some circuit design issues to watch out for. The most important issue is one of metastability. If the input to the comparator is so small as to cause metastability, then it probably does not matter whether it puts out a 1 or a 0, since the inaccuracy and associated quantization noise from either decision will be nearly identical. It is very important, however, that a decision be made and delivered in time to the feedback DAC. It is also very important that the *same* decision that is delivered to the DAC be also delivered to the modulator output! If this does not happen in an audio converter, a loud "click" will be passed through the decimation filter, which will make the recording sound as if it was made from a scratched record.

Another area to watch out for is comparator hysteresis. Hysteresis in the comparator will cause decisions to be dependent on previous decisions, putting memory into the comparator. This memory can create unwanted system poles that may cause errors in the signal and noise transfer functions.

Figure 11.17 shows a comparator used in a commercial $\Delta\Sigma$ modulator implementation [15]. A dynamic latching comparator structure could be used since only periodic answers are required in all $\Delta\Sigma$ loops. Thus, power and chip area is saved. The EVAL input is used in one clock phase to reset the comparator to remove dependencies on previous decisions, and in the other phase to latch the answer and deliver it to the outputs. The output buffering inverters are sized so that they both put out 0's until the comparator has sufficient overdrive to make one output rise to a 1. A latch is placed at the comparator output and closed after a finite period of time. If the comparator does not make a decision within

System-Level Considerations 361



**Figure 11.17**  Commercially implemented differential comparator.

that period, the latch will receive two 0's and will assign a decision to be passed both to the DAC and the digital filter.

### 11.5.3    The Clock Generation Circuitry

Clock generation circuitry in a $\Delta\Sigma$ modulator is very similar to clock generation circuitry in a switched-capacitor filter. In their simplest form, the circuits require a two-phase nonoverlapping clocking scheme and data-dependent clocks for the feedback DAC. Improvements such as timing to open the summing junction switches first can be added, and additional phases can also be included for integrator offset correction or chopper stabilization. Clocks for the comparator and its associated logic should be designed so as to ensure that the comparator decision is delivered to the feedback DAC in a manner independent of the decision time. Finally, steps should be taken in the clock generation circuitry to ensure that the bit stream delivered to the feedback DAC is identical to that delivered to the decimation filter.

## 11.6  SYSTEM-LEVEL CONSIDERATIONS

### 11.6.1    Dynamic Range Considerations

When transferring the $\Delta\Sigma$ modulator design from a system diagram to an actual switched-capacitor circuit, the dynamic range of the analog components used in the circuit must be taken into account. Unlike the integrator in a software simulation, the value of the output of a physical switched-capacitor integrator will have an upper and lower bound determined by the output range of the operational amplifier. When the integrator output exceeds the output range of the op-amp, the integrator will saturate and become

very nonlinear. As the output of the integrator approaches the supply rails, it will eventually clip, or hard limit. When the integrator clips, an input that would cause the integrator output to move even further toward the supply rail will now have very little effect on the output of the integrator. In clip, the output of the integrator remains fixed, and the op-amp no longer has an effect on the circuit. The summing junction is no longer a virtual ground, but has a value determined by the input signal and by the passive $RC$ equivalent formed by the switched input capacitor and the integrating capacitor.

Dynamic range scaling is accomplished by adjusting the values of both the fixed integrating capacitors and the switched input capacitors. If the integrating capacitor of a switched-capacitor stage is multiplied by a scale factor and every capacitor that the op-amp for that stage drives is multiplied by the same scale factor, then the voltage at the output of that op-amp will be reduced by the same scale factor. However, unless the op-amp output being scaled is the final output, the overall system transfer function remains unchanged. It would seem reasonable to make the signal swing at the op-amp outputs as large as possible in order to minimize the effect of circuit noise; however, scaling up the op-amp outputs will cause the amplifiers to clip at a lower level of input signal. Once the amplifier outputs exceed their normal operating range, the system performance will begin to degrade. The usual method for dynamic range scaling is to scale the amplifier outputs such that all the amplifiers just go into saturation when the input signal reaches its maximum allowable value. This scaling is intended to maximize the dynamic range of the circuit. In cases where circuit noise is not limiting the circuit performance, it may be appropriate to scale differently. As mentioned in Section 11.4.2, it may be desirable to scale down an op-amp output to improve settling time or linearity at the expense of noise performance.

For single-loop higher order modulators, the signal swing at the output of each integrator will depend on the modulator topology and the pole/zero placement. In general, though, the excursions at the integrator outputs will increase at higher signal levels. In these types of modulators, the input range is restricted to be somewhat less than the full range, which (normalized to the reference voltage) is $\pm 1$, so that the modulator will remain stable. A possible dynamic range scaling scheme is to scale the integrator outputs such that they just saturate at the maximum allowed value of input signal. Simulations should then be performed to verify that the system operates to specification with this scaling. Some designers have even used the saturation and clipping of the op-amps as the mechanism for ensuring that the modulator remains in the stable operating region [16]. Dynamic range scaling for first- and second-order single-loop modulators is somewhat simpler, since the maximum signal swing at the integrator outputs of these structures is easy to predict, even without simulation. Dynamic range scaling for cascaded modulators is also fairly straightforward, since cascaded modulators are composed of first- and second-order single-loop modulators.

The integrator output of a first-order modulator that employs a (normalized) feedback of $\pm 1$ and has an integrator transfer function of $H(z) = 1/(1 - z^{-1})$ is constrained to lie between the values $\pm 2$. The maximum swing occurs for the case where the integrator output is just below zero and the modulator input is $+1$. The input signal will be added to the integrator output, and the feedback signal, which will be $-1$, will be subtracted from the integrator output. Therefore, the integrator output at the end of the next clock period will be just below $+2$. The analysis for a second-order single-loop modulator with a feed-

back of $\pm 1$ and integrator transfer functions of $H(z) = 1/(1 - z^{-1})$ is not as straightforward. It can be shown, however, that the output of the first integrator is constrained between the values $\pm 3$. The output of the second integrator could be bounded. A commonly used value for bounds on the second integrator is $\pm 5$. If this value is assumed, then the second integrator will not saturate until the input is greater than 0.64, or 4 dB down from full scale. This loss of dynamic range is generally not of great concern, since the SNR of a second-order single-loop modulator begins to degrade at about 3 dB below full scale anyway due to overload of the quantizer (assumed to be a comparator).

### 11.6.2  Clock Jitter

Calculating the effect of clock jitter on a $\Delta\Sigma$ ADC implemented in switched-capacitor technology is a fairly simple matter. The operation of switched-capacitor circuits depends on complete charging during each phase of the clock. Once the analog signal has been sampled, the switched-capacitor circuit is similar to an analog sampled-data computer. The lengths of the time slots and the variations in the lengths of the time slots have no direct effect. Therefore, the effect of clock jitter on a switched-capacitor circuit can be analyzed by examining its effect on the sampling of the input signal and on the reconstruction of the output signal. Since the output of an ADC is digital, the effect of clock jitter on the performance of a $\Delta\Sigma$ ADC is completely accounted for by taking into account the effect that it has on the sampling of the input signal. This also implies that the effect of clock jitter on a switched-capacitor $\Delta\Sigma$ modulator is independent of the structure or order of the modulator.

Consider the effect of clock jitter on the sampling of the input signal. A sinusoidal time jitter with amplitude $\alpha$ and frequency $\omega$ will cause a sampling of the input signal at time $\tau$ to instead occur at time $\tau + \alpha \sin \omega \tau$. The effect is the same as if the input signal $A \cos \omega_0 \tau$ were instead $A \cos [\omega_0 (\tau + \alpha \sin \omega \tau)]$. This can also be written in the form $A \cos (\omega_0 \tau + \alpha \omega_0 \sin \omega \tau)$, which is recognizable as the expression for FM modulation. For $\alpha \omega_0 \ll 1$, the jitter will give rise to a pair of sidebands at $\omega_0 - \omega$ and $\omega_0 + \omega$ with an amplitude $A \alpha \omega_0 / 2$. It can be seen that the jitter is modulated by the input signal and its power is scaled by the factor $A^2 \omega_0^2 / 2$. Whether oversampling will help to reduce the output error caused by the jitter depends on the nature of the jitter. If the jitter is assumed to be white [5] and has a power $(\Delta\tau)^2$, then the resultant error will have uniform power spectral density from 0 to $f_s/2$, with a total power of $(A\omega_0 \Delta\tau)^2/2$. In this case, the in-band noise power will be reduced by the oversampling ratio. On the other hand, if the clock jitter has a $1/f$ characteristic ("close-in noise"), then the error will have a spectrum that appears as a "skirt" on the spectral line of the fundamental. In this latter case, oversampling will not reduce the in-band noise, and a $\Delta\Sigma$ converter will have the same sensitivity to jitter as a Nyquist-rate converter. Note that for continuous-time loop filters the effects are much more complex and harmful.

### 11.6.3  Input Impedance

In the final analysis, it is the performance of the entire A/D system that must meet specification, not just that of the $\Delta\Sigma$ modulator. Therefore, it is important to also consider the external circuitry that interfaces to the $\Delta\Sigma$ modulator. The output of the modulator is

digital, so interface concerns will consist mainly of clock timing and set-up and hold times. However, the input to the modulator is analog, and the input characteristics of the modulator must be understood to ensure that the external analog circuitry does not cause a degradation in the system performance.

The diagram used as the basis of the following discussion regarding the input impedance of the modulator is depicted in Figure 11.18. The diagram is drawn for a single-ended modulator, although the results can be extended to the fully differential case.

The external components $R_x$ and $C_x$ form an antialiasing filter for the switched-capacitor circuitry. Resistance $R_x$ consists of the output resistance of the signal source, plus any additional external resistance. The varactor $C_{J1}$ is a voltage-variable capacitor representing any unswitched junction capacitance on the input to the chip. Most likely $C_{J1}$ will be dominated by the diodes in the electrostatic input protection network. Capacitor $C_1$ represents the switched-capacitor input and is a voltage-invariant capacitor that is alternately charged to the input voltage and discharged to analog ground at a frequency equal to the sampling rate $f_s$. Capacitor $C_{J2}$ represents the voltage-variable capacitance associated with the source-drain junctions on the capacitor side of the input switches. Capacitor $C_{J2}$ will be switched in a similar manner to $C_1$.

The effect of the input impedance of the analog modulator on the system performance depends on the output impedance of the signal source. Resistor $R_x$, in conjunction with the parallel combination of $C_x$ and $C_{J1}$, forms a low-pass filter. Since $C_{J1}$ is voltage variable, this filter can cause distortion. The amount of distortion will depend on the signal frequency, on the nonlinearity of $C_{J1}$, and on the relative values of $R_x$, $C_x$, and $C_{J1}$. For a fixed pole frequency, the magnitude of the distortion will vary inversely with the size of $C_x$. The distortion will also increase with increasing signal frequency at a rate of 20 dB/decade. Usually $C_x$ is of a large enough value to smooth out the current pulses from the switched capacitors $C_1$ and $C_{J2}$, so these capacitors appear as resistors for loading calculations. Switched-capacitor $C_1$ will be equivalent to a resistor of value $1/f_sC_1$ between the input and analog ground and will attenuate the signal to a degree determined by the value of $R_x$. Switched-capacitor $C_{J2}$ appears as a nonlinear resistor between the input and



**Figure 11.18**   Equivalent model for input to the modulator.

analog ground. The resistor divider formed by this nonlinear resistor and $R_x$ can give rise to distortion. This distortion will not vary with the signal frequency but will increase with an increase in the sampling frequency for a fixed value of $R_x$.

## 11.7 LAYOUT CONSIDERATIONS

### 11.7.1 Signal Paths

As in most IC layouts, the signal paths of a switched-capacitor $\Delta\Sigma$ ADC are the most critical. It is extremely important, for example, that noise at multiples of the sampling clock frequency does not get on the input lines or feedback DAC lines. Noise at those frequencies will be aliased by the sampling of the switched capacitors down near dc and will be indistinguishable from low-frequency signals.

On-chip noise coupling can occur even if the user provides proper antialiasing protection off chip. Clock lines going over sensitive input or feedback DAC lines can disturb these lines just before their signals are sampled, which will cause an increase in noise. If these disturbances have any bit-stream information in them, they can also cause distortion and tones. Substrate noise can also present a problem. It is very difficult to shield a circuit entirely from this noise source, so the best weapon against substrate coupling is the use of differential circuitry. If such circuits are employed, it is very important that both sides are disturbed by the substrate in an *identical* fashion. This means that they must be matched in area with each other, even if it means adding extra interconnect to do so. It is also a good idea to put sensitive nodes on the second metal layer and place a low-impedance noise-free signal in the first metal underneath them.

Noise coupling into the input nodes will create noise sources that are indistinguishable from the signal due to the proximity of the coupling in the loop. This is not so for noise coupling into internal nodes of the $\Delta\Sigma$ modulator loop. If noise is coupled into the summing junction at the comparator input, for example, it will receive the same noise shaping as the 1-bit quantization noise does. The effect can be observed in the output spectrum as a noise source that increases with increasing frequency. In another example, if the coupling causes a signal distortion at the input to the second stage, the loop will exhibit a signal distortion that increases with frequency at a rate of 6 dB/octave due to the shaping caused by the first stage.

### 11.7.2 Busses

In a differential circuit, it is always best to keep things as symmetric as possible. This often points to the use of mirror-symmetric cells. These are cells that are used in pairs like bookends, where one-half is the mirror image of the other and placed side-by-side with its counterpart. This concept can be carried to its extreme, placing a mirror-symmetric op-amp in the center of the layout, capacitors on either side of it, switches further out from center, and power bussing and logic signals on the far outside. This leads to a very inefficient layout, since the area required for the power bus, logic signal busses, and analog signal busses is all doubled for the benefit of exact signal symmetry. This layout practice is shown in Figure 11.19, which represents a stereo $\Delta\Sigma$ ADC modulator chip.



**Figure 11.19**   Fully differential layout carried to extremes.

It is for this reason that it is usually best to put the power busses on one side of the circuit, the logic and analog signal busses on the other, and the mirrored half-cells rotated 90 degrees between them. This layout practice can save a considerable amount of chip area relative to the first one and is shown for comparison in Figure 11.20. When using this practice, it is important to ensure that symmetrical coupling into the signal paths is maintained by either manually or automatically checking parasitic capacitance and resistance.

### 11.7.3    RF Coupling

It is very important to avoid RF coupling into the signal and reference paths of the sampling ΔΣ modulator. On-chip clock line coupling has already been mentioned. Coupling between the user-supplied antialiasing filter and the package pin can also cause problems. This can occur simply by using the wrong type of capacitor in the external low-pass filter. Polystyrene capacitors are sometimes used in audio circuits for their excellent linearity. These capacitors are large and hence make excellent antennas for the reception of RF signals, so they should not be used for the input bypassing capacitor on a switched-capacitor circuit. A much better choice would be a ceramic NPO (zero temperature coefficient) capacitor of the same value, and the best choice would be the surface-mount version of the ceramic NPO capacitor. If this capacitor is placed very near the package pin, the amount of wire that the RF noise can couple into can be minimized.

Layout Considerations



**Figure 11.20**   A smaller pseudo-differential layout saves area.

Even with these extraordinary measures, the RF coupling can still be picked up by the bond wires inside the package! These are usually long and thin and make excellent antennas for extremely high frequency signals. These signals can be sampled by the input sampling switches of the $\Delta\Sigma$ converter, since the roll-off frequency of these switches is usually 5–10 times the modulator sampling frequency to avoid distortion due to incomplete settling across the nonlinear MOSFET resistance. Some of the high-frequency noise can be reduced by placing a small amount of on-chip $RC$ filtering between the input bond wire and the sampling switch. Another technique is to arrange properly the bonding pads on the IC to place relatively clean signals such as analog ground next to the sensitive input and reference bonding pads.

Finally, it is very important to minimize the amount of RF transmission in and around the IC. This can be accomplished by minimizing the load on the digital output drivers to minimize the current spikes transmitted through the package bonding wires and nearby circuitry. It can also be accomplished by proper timing of the transmission of the digital signals from the chip with respect to the timing of the sampling instants. Figure 11.21 shows improper and proper relationships between logic transitions and sampling instants. The top graph shows the sampling of an input voltage being corrupted by an incompletely settled disturbance coupled to it. The bottom graph shows a proper relationship between the sampling instants and transitions on the serial output. The serial output is potentially particularly offensive, since it contains extremely distorted signal information, which can cause idle tones and noise if it is coupled back to the input and reference signals.

## 11.7.4   Interfacing to the ADC

The last and perhaps most important part of layout considerations is the way in which the $\Delta\Sigma$ converter is connected in an application. If the $\Delta\Sigma$ converter uses switched-capacitor inputs, it is important that signals have had proper antialiasing filtering at the input to the



**Figure 11.21**  Timing of digital interference is important: (a) shows sampling disturbance; (b) shows a proper relationship between output transitions and sampling instants.

switched-capacitor circuit. It is also very important that the action of the switched capacitors taking charge from the input circuitry do not cause a nonlinear event to occur. This means that the preamplifier circuit cannot be put into a situation where it goes into slew limiting.

Slew limiting can be avoided by placing enough series resistance between the preamplifier circuit and the switched-capacitor circuit. However, if this resistance becomes too large, the average current drawn by the switched-capacitor circuitry can create significant voltage drops across it that will cause a gain error in the circuit. A more troublesome effect comes when the input sampling switches are complementary MOS pass gates. The amount of charge injection from the opening of the pass gate MOS switches is a very nonlinear function of the input voltage. This charge injection happens every clock cycle, creating a nonlinear charge per sample period or nonlinear current to flow. If this current creates a large enough drop across the input resistor, a large nonlinear voltage distortion at the input can result. This distortion can be measured at the input to the switched-capacitor circuit with a spectrum analyzer.

The other important node in a ΔΣ converter is the reference input. If signals with frequencies near $f_s/2$ get coupled onto this node, quantization noise and tones will be folded down to the low frequencies where they can affect the performance of the converter. The reference should therefore be bypassed with a large capacitor with excellent high-frequency characteristics, such as a tantalum capacitor. Input signals can also be inductively coupled onto the reference lead if the leads carrying the input signals are near the reference signal leads either inside or outside the package. The current spikes in one wire can induce voltage drops across an adjacent wire in the same fashion as in a transformer. This will place an input signal component on the reference voltage that will cause a second-harmonic distortion at the converter output, as signal on the reference results in a squaring of the input signal in an ADC.

## 11.8 DESIGN EXAMPLES

### 11.8.1    Second-Order Single-Stage $\Delta\Sigma$ Modulator

As discussed in Section 11.2, single-stage $\Delta\Sigma$ modulators that employ 1-bit quantizers are quite tolerant of gain errors that result from capacitor mismatch or incomplete linear settling. They are also relatively insensitive to integrator leakage resulting from finite dc gain in operational amplifiers as well as to offset voltages and comparator hysteresis. As a result, the principal circuit design consideration for single-stage modulators is to minimize noise and distortion in the first integrator. As an example, special emphasis has been placed on preventing slewing distortion in the first integrator of the second-order $\Delta\Sigma$ modulator described in this section. The modulator was designed for digital-audio signal acquisition at an oversampling ratio of 256. The performance objective was a signal bandwidth of 20 kHz and a 16-bit resolution (98 dB dynamic range) while operating from a single 5-V power supply.

Figure 11.22 shows a fully differential switched-capacitor implementation of the modulator consisting of two identical parasitic-insensitive switched-capacitor integrators, a comparator that serves as a 1-bit ADC, and a distributed two-level (1-bit) DAC. The modulator operates on a two-phase nonoverlapping clock, similar to that employed in many digital systems. During phase 1, switches $S_1$ and $S_3$ conduct so that the differential input to the modulator is sampled onto the left sides of the first integrator's sampling



**Figure 11.22**  Fully differential CMOS implementation of a second-order $\Delta\Sigma$ modulator.

capacitors, $C_1$, while the right sides are connected to the desired common-mode input voltage of the operational amplifier, $V_{cmi}$. Likewise, the differential output of the first integrator is sampled onto capacitors $C_1$ of the second integrator. The comparator is strobed during phase 1, when the output of the second integrator is not changing.

At the end of phase 1, switches $S_3$ are opened slightly ahead of switches $S_1$ to reduce signal-dependent charge injection onto the sampling capacitors $C_1$ [17]. Since switches $S_3$ are near the virtual ground of the operational amplifier, and therefore at the same potential, ideally no differential charge is injected onto the sampling capacitors $C_1$ when they are turned off. When switches $S_1$ are opened a short time later, the right sides of the sampling capacitors $C_1$ are floating so that no differential charge from $S_1$ is injected onto these capacitors.

During phase 2, switches $S_4$ are closed and the left sides of the sampling capacitors $C_1$ are connected via the switches $S_2$ to either $V_{ref+}$ or $V_{ref-}$, depending on the result of the comparison performed during phase 1. This action performs both the D/A conversion and subtraction functions. As a result, a packet of charge proportional to the difference between each integrator's input and the DAC's output is transferred to the integrating capacitors $C_2$. At the end of phase 2, switches $S_4$ are opened slightly ahead of switches $S_2$ to isolate the inputs of the operational amplifiers from the differential charge injection introduced by opening $S_2$. The comparator is reset during phase 2 in preparation for the next comparison. (Note that this circuit does not use the DAC switching scheme of Figure 11.16, which may be preferable to avoid modulation of the reference voltage.)

According to the switching scheme just described, both integrators in Figure 11.22 include delays of one sample period in their forward paths. Also, both integrators include gain factors of $\frac{1}{2}$ at their inputs that are set by the ratio of their sampling and integrating capacitors, $C_1/C_2 = \frac{1}{2}$. These two modifications of the traditional second-order $\Delta\Sigma$ modulator that is described in [18] reduce the signal range required at the outputs of the integrators to about 1.7 times the modulator's input range [5]. The modifications also allow pipelining in the modulator that reduces the critical path delay to one integrator delay per clock cycle.

While the relative sizes of the sampling and integrating capacitors set the gain factor at the inputs of the integrators, their absolute sizes are chosen on the basis of slew rate and thermal noise considerations. (Matching considerations may also affect this choice.) The size of the capacitors should be minimized so as to reduce the output current that must be provided by the operational amplifier to meet slew rate requirements. Thermal noise introduced by the nonzero resistances of the sampling switches determines the minimum size of the sampling capacitors, which must be large enough to band limit this noise. At an oversampling ratio of 256, 1-pF sampling capacitors ($C_1$) were found to be large enough to allow greater than 16 bits of resolution in the context of this design. Note that it is possible to use smaller sampling capacitors in the second integrator since noise generated at its input undergoes first-order shaping.

The operational amplifier used in the integrators is the most critical element of the modulator. Incomplete settling of the integrator outputs does not degrade the performance of the modulator, provided that the settling process is linear. However, the settling should not be slew-rate limited. Simulations [19] indicate that a slew rate of 150 V/μS is sufficient to meet the performance objectives. Since the comparator can be designed to be quite fast, the settling speed of the integrator ultimately limits the achievable sampling rate of

Design Examples                                                              371



| Transistor | W/L |
|---|---|
| $M_1, M_2, M_5, M_6$ | 130/1.75 |
| $M_3, M_4, M_7, M_8$ | 130/1 |
| $M_9$–$M_{14}$ | 40/1 |
| $M_{15}$–$M_{20}$ | 40/1.75 |

**Figure 11.23**  Class AB operational amplifier.

the modulator, even if complete settling is not required. The need for high speed, coupled with a relatively modest gain requirement of 60 dB to suppress harmonic distortion, encouraged the use of a single-stage amplifier. The constraint of a single 5-V power supply dictated a low-noise, large-output-swing architecture. To achieve these performance objectives, especially the high slew rate, the class AB operational amplifier shown in Figure 11.23 was chosen here, because of its large output current capability [10]. Unlike amplifiers based on a differential pair, the output current of this amplifier is not limited by a tail current. By dynamically biasing the gates of the cascode output transistors M13–M16, this amplifier provides a large output current and a large output voltage range while maintaining a gain comparable to that of alternative single-stage designs.

In the circuit of Figure 11.23, the four input transistors M1–M4 develop a differential current between the currents $I_1$ and $I_2$. These currents are mirrored to the output branches through the current mirrors M9–M10, M11–M12, M17–M18, and M19–M20. Transistors M5–M8 serve as level shifters and set the quiescent values of $I_1$ and $I_2$ equal to $I_{bias}$. The cascode output transistors M13–M16 increase the output impedance and thus the gain of the amplifier. To meet the conflicting requirements of high output current and large output swing, the gates of these cascode transistors are dynamically biased to ensure that the common-source output transistors M9, M12, M17, and M20 remain saturated. During the initial part of the integration phase (phase 2), the current flowing in the common-source output transistors is necessarily large to provide a high slew rate. The gates of the cascode

transistors must therefore be moved toward $V_{DD}/2$ to keep the common-source transistors saturated. As the integrator outputs settle and currents are reduced toward their quiescent values (thereby increasing the gain of the amplifier), the gates of the cascode transistors are moved away from $V_{DD}/2$ to allow maximum output range. The relatively simple circuitry needed to accomplish this dynamic biasing is presented in [10].

While the use of a class AB amplifier topology is an effective means of preventing slewing distortion, the shift in the amplifier's pole and zero frequencies as currents increase during the initial part of the transient response may limit the settling linearity. In low-power applications, class AB amplifiers are used to achieve low quiescent current levels [10, 20]. In these applications, the ratio of the largest required slewing current to the quiescent current may exceed 45. In the design depicted in Figure 11.23, however, the quiescent bias current $I_{bias}$ was set at a relatively high level of 50 μA to limit the maximum change in current to a factor of 8.

An additional benefit of the modulator's fully differential architecture is that the common-mode input and output voltages of the operational amplifiers may be set independently to maximize the output current, which is limited by transistors M1–M4 entering the linear region of operation, and by the output range, respectively. The common-mode input voltage is set by the $V_{cmi}$ nodes in Figure 11.22. The common-mode output voltage is set by a switched-capacitor feedback circuitry similar to that presented in Figure 9 of [10].

The second major component of the modulator is the comparator. The performance of the modulator is relatively insensitive to comparator offset and hysteresis since the effects of these impairments are attenuated by the same second-order noise shaping that attenuates the large quantization noise. The regenerative latch shown in Figure 11.24 has been used to implement the comparator [21, 22]. In this latch, the cross-coupled devices M2A–M2B and M3A–M3B are strobed at their drains, rather than sources, to eliminate backgating effects and promote faster regeneration.

The latch is strobed at the beginning of the sampling phase when $\phi_1$ transitions from low to high. The latch is reset at the end of the sampling phase and the result of the comparison is stored in an RS latch (not shown). Note that the switching threshold of the output inverters in Figure 11.24 is set low intentionally. In the event that the comparator is unable to come to a decision before $\phi_1$ falls, the result of the previous comparison will remain in the RS latch. Also, because no preamplification or offset cancellation circuitry



**Figure 11.24**  Regenerative feedback comparator.

Design Examples



**Figure 11.25**   Measured signal-to-(noise+distortion) ratio.

precedes this latch, offset voltages were controlled by using nonminimum gate lengths in the input and cross-coupled transistors.

The modulator was fabricated in a 1-μm CMOS technology with highly linear metal-to-polycide capacitors [23]. The active die area of the modulator was 0.39 mm². Figure 11.25 shows the measured signal-to-(noise+distortion) ratio (SNDR) as a function of the input sine wave amplitude. An input level of 0 dB represents a sine wave whose peak-to-peak amplitude equals the spacing between the two levels of the DAC, which is 4 V (differential) in this implementation. The frequency of the input sine wave was 2.8 kHz and the modulator sampling rate was 12.8 MHz, which produced a 50-kHz Nyquist-rate output and a 23-kHz signal band at an oversampling ratio of 256. At the 12.8-MHz sampling rate, the modulator dissipates 13.8 mW from a single 5-V power supply.

The modulator achieves a 98-dB dynamic range and a peak SNDR of 94 dB. The roll-off in SNDR for input signals larger than –3 dB is due primarily to third-harmonic distortion in the first operational amplifier. As mentioned previously, the settling of the integrator outputs limits the achievable sampling rate of the modulator. Above 12.8 MHz, both the noise floor and distortion increase in the experimental circuit. At 12.8 MHz, the integrators have a period equal to approximately four time constants in which to settle. This represents a need for more complete settling than suggested by simulations based on linear settling and is a result of deviations from ideal exponential settling in the class AB operational amplifiers. The key performance parameters for the subcircuits described in this section are summarized in Table 11.2.

## 11.8.2   Second-Order Cascaded Modulator (1–1)

As a second design example, a second-order cascaded modulator will be discussed. For the sake of comparison, the design specifications will be the same as for the second-order single-stage modulator presented in Section 11.8.1: a signal bandwidth of 20 kHz

Design Examples



**Figure 11.26**   System diagram for second-order cascaded (1–1) modulator.

range, since the output of the second modulator is not amplified prior to being recombined with the output of the first modulator (see Section 6.3.1). The SNDR performance of the modulator in Figure 11.26 will be basically the same as for a second-order single-stage modulator, so an oversampling ratio of 256 will be required, as was the case for the example of Section 11.8.1. One of the principal circuit design considerations is to minimize noise and distortion in the first integrator, as is the case for the second-order single-stage modulator. Because of noise shaping, noise and distortion are most important in the first integrator in the first modulator. Noise and distortion from the integrator in the second modulator will be multiplied by $1 - z^{-1}$ when referred to the input of the overall converter. In the discussion that follows, it will be assumed that a fully differential version of the modulator shown in Figure 6.11 is used for the first modulator in the cascade and that a fully differential version of the modulator shown in Figure 6.12 is used for the second modulator in the cascade. The complete schematic for the 1–1 cascaded modulator is depicted in Figure 11.27. It is shown as a single-ended circuit for simplicity, but should actually be constructed as a fully differential circuit. As mentioned previously, fully differential circuits provide better interference rejection, double the allowed signal swing for a given supply voltage, and cause all even-order distortion products to be canceled.

Noise in the first integrator consists mostly of the op-amp's $1/f$ noise and also of thermal noise due to the switches and the op-amp. The $1/f$ noise in the op-amp can be reduced by increasing the size of the noise-contributing devices, since the $1/f$ noise power spectral density is inversely proportional to the gate area of the device. More efficient

Design Examples

If the full scale input signal is 4 $V_{p-p}$, as in Section 11.8.1, the full-scale signal power is 3.0 dBv, so 1-pF input capacitors should be large enough for a 16-bit dynamic range. Note that the thermal noise power is 3 dB higher than that of the modulator in Section 11.8.1, because the lack of a differential reference doubles the number of switched input capacitors. Distortion is also mainly a problem in the first integrator in the first modulator. The summing junction switches are turned off prior to turning off the switches that are connected to the signal input, or the output of an op-amp, to eliminate signal-dependent charge injection. Incomplete linear settling will cause a gain error in the integrator, but incomplete signal-dependent settling will also give rise to distortion. The solution chosen here is to make the circuitry fast enough such that nearly complete settling is achieved. Then even if the settling is signal dependent, the resultant distortion will be small.

All the design considerations mentioned up until this point, regarding noise and distortion, apply equally well to single-stage and cascaded modulators. The main differences between the second-order single-stage modulator and the second-order cascaded (1–1) modulator are as follows:

1. The SNDR of the cascaded modulator will increase with increasing input signal all the way to full scale.
2. The signal ranges at the integrator outputs in the cascaded modulator are well defined.
3. Uncanceled noise from the first modulator in the cascaded (1–1) modulator that leaks to the output has the characteristics of first-order modulator noise. Hence, the cascaded (1–1) modulator has more need of a dither signal than the single-stage modulator.
4. The second-order single-stage modulator is very tolerant to gain and pole errors in the integrators, whereas these same errors in the cascaded (1–1) modulator will cause leakage of first-order shaped and unshaped noise, respectively, to the output of the overall modulator.

Assuming $V_{ref} = 1$ V and an oversampling ratio of 256, the leakage of noise to the modulator output due to the pole error $\beta$ is given by

$$e^2_{pe} = -28.9 + 20\log\beta \qquad \text{dBv} \qquad (11.35)$$

The leakage of noise to the modulator output due to the gain error $\alpha$ is given by

$$e^2_{ge} = -71.9 + 20\log\alpha \qquad \text{dBv} \qquad (11.36)$$

The quantities $\alpha$ and $\beta$ were defined in Table 11.1. Pole error is due to the finite gain of the amplifier, and gain error is due to incomplete settling, capacitor mismatch, and finite op-amp gain.

The main requirement on the operational amplifier is speed. An oversampling ratio of 256 with a bandwidth of 20 kHz requires a clock frequency of at least 10.24 MHz. The actual clock frequency will need to be greater than this to allow for a transition band in the low-pass digital filter that follows the modulator. If the clock frequency is 12.8 MHz, then the time slots are 39 ns long minus the nonoverlap time. The requirements of high speed and a reasonable amount of gain dictate the use of a cascode structure. The amplifier shown in either Figure 11.23 or Figure 11.9 could be used for this application, the main

difference being that the amplifier in Figure 11.23 will be more power efficient, since it is able to deliver a greater output current during slewing than its output bias current. If the dc gain of the op-amp is limiting the performance, as may well be the case for the second-order cascaded modulator, then the gain-insensitive integrator shown in Figure 6.9 may be used for the first integrator in the first modulator.

The only requirement of the comparator is that it be fast, since offset, noise, and hysteresis are not particularly important due to noise shaping. A strobed regenerative latch, as might be used for a RAM sense amplifier, will suffice.

Scaling the capacitor values for dynamic range is straightforward for cascaded modulators. If $V_{ref} = 1$ V, then the single-ended feedback is $\pm 1$ V. If the switched input capacitor is equal to the switched feedback capacitor, then the single-ended input signal is limited to $\pm 1$ V. If it is assumed that the allowed voltage range of each op-amp output is $\pm 1$ V, then the integrating capacitor of the first integrator must be twice as large as the switched input capacitors. This gain of $\frac{1}{2}$ in the first integrator is compensated for by doubling the size of the switched input capacitor to the second modulator. The switched feedback capacitors in the second modulator are also doubled, because they are performing the dual functions of subtracting the comparator output of the first modulator and the comparator output of the second modulator. The feedback in the second modulator can be thought of as a tri-state feedback with values $-2$, $0$, $+2$. Note that the capacitors and op-amp in the second modulator do not have to be as large as the corresponding elements in the first modulator. Because of noise shaping, thermal noise in the second modulator is reduced considerably when referred to the input.

## 11.9 CONCLUSION

This chapter has discussed the analog circuit design techniques appropriate for $\Delta\Sigma$ ADCs. The practical aspects of design, including the minimization of the unavoidable nonideal effects, were emphasized in the discussions. Two different design examples, achieving the same goals, were used to illustrate the circuit techniques described in the chapter.

## REFERENCES

[1] R. Adams, "Design and implementation of an audio 18-bit analog-to-digital converter using oversampling techniques," *J. Audio Eng. Soc.*, vol. 34, pp. 153–166, March 1986.

[2] U. Roettcher, H. Fiedler, and G. Zimmer, "A compatible CMOS-JFET pulse density modulator for interpolative high-resolution A/D conversion," *IEEE J. Solid-State Circuits*, vol. SC-21, pp. 446–452, June 1986.

[3] R. Koch, B. Heise, F. Eckbauer, E. Englehardt, J. Fisher, and F. Parzefall, "A 12-bit sigma-delta analog-to-digital converter with a 15-MHz clock rate," *IEEE J. Solid-State Circuits*, vol. SC-21, pp. 1003–1010, Dec. 1986.

[4] K. Matsumoto, E. Ishii, K. Yoshitate, K. Amano, and R. Adams, "An 18b oversampling A/D converter for digital audio," in *ISSCC Dig. Tech. Papers, IEEE Int. Solid-State Circuits Conference*, San Francisco, CA, vol. 31, pp. 202–203, Feb. 1988.

References

[5] B. Boser and B. Wooley, "The design of sigma–delta modulation analog-to-digital converters," *IEEE J. Solid-State Circuits*, vol. SC-23, pp. 1298–1308, Dec. 1988.

[6] J. Candy and G. Temes, "Oversampling methods for A/D and D/A conversion," in J. Candy and G. Temes, eds., *Oversampling Delta–Sigma Data Converters*, IEEE Press, New York, 1992.

[7] T. Choi, R. Kaneshiro, P. Gray, W. Jett, and M. Wilcox, "High-frequency CMOS switched-capacitor filters for communications application," *IEEE J. Solid-State Circuits*, vol. SC-18, pp. 652–664, Dec. 1983.

[8] K. Matsui, T. Matsuura, S. Fukasawa, Y. Izawa, Y. Toba, N. Miyake, and K. Nagasawa, "CMOS video filters using switched capacitor 14-MHz circuits," *IEEE J. Solid-State Circuits*, vol. SC-20, pp. 1096–1102, Dec. 1985.

[9] D. Senderowicz and S. Dreyer, "A family of differential NMOS analog circuits for a PCM codec filter chip," *IEEE J. Solid-State Circuits*, vol. SC-17, pp. 1014–1023, Dec. 1982.

[10] R. Castello and P. Gray, "A high-performance micropower switched-capacitor filter," *IEEE J. Solid-State Circuits*, vol. SC-20, pp. 1122–1132, Dec. 1985.

[11] G. Temes, "Finite amplifier gain and bandwidth effects in switched-capacitor filters," *IEEE J. Solid-State Circuits*, vol. SC-15, pp. 358–361, June 1980.

[12] G. Fischer and G. Moschytz, "On the frequency limitations of SC filters," *IEEE J. Solid-State Circuits*, vol. SC-19, pp. 510–518, Aug. 1984.

[13] R. Bishop, J. Paulos, M. Steer, and S. Ardalan, "Table-based simulation of delta-sigma modulators," *IEEE Trans. Circuits Syst.*, vol. 37, pp. 447–451, March 1990.

[14] Engineering Staff of Analog Devices, Inc., *Analog–Digital Conversion Handbook*, Prentice-Hall, Englewood Cliffs, NJ, 1986, pp. 212–214.

[15] P. Ferguson, Jr., A. Ganesan, and R. Adams, "An 18 b 20 kHz dual DS A/D converter," in *ISSCC Dig. Tech. Papers*, pp. 68–69, Feb. 1991.

[16] F. Op't Eynde, G. Yin, and W. Sansen, "A CMOS fourth-order 14 b 500 k-sample/s sigma–delta ADC converter," in *ISSCC Dig. Tech. Papers*, pp. 62–63, Feb. 1991.

[17] K. Lee and R. Meyer, "Low-distortion switched-capacitor filter design techniques," *IEEE J. Solid-State Circuits*, vol. SC-20, pp. 1103–1113, Dec. 1985.

[18] J. Candy, "A use of double integration in sigma delta modulation," *IEEE Trans. Commun.*, vol. COM-33, pp. 249–258, March 1985.

[19] L. Williams, B. Boser, E. Liu, and B. Wooley, "MIDAS user manual, version 2.0," Integrated Circuits Laboratory, Stanford University, Aug. 1989.

[20] S. Nadeem, C. Sodini, and H.-S. Lee, "A 1 mW delta–sigma modulator for multichannel applications," in *1993 Symp. VLSI Circuits, Dig. Tech. Papers*, pp. 119–120, May 1993.

[21] A. Yukawa, "A CMOS 8-bit high speed A/D converter IC," *IEEE J. Solid-State Circuits*, vol. SC-20, pp. 775–779, June 1985.

[22] J. Wu, "High-speed analog-to-digital conversion in CMOS VLSI," Ph.D. Dissertation, Stanford University, March 1988.

[23] C. Kaya, H. Tigelaar, J. Paterson, M. de Wit, J. Fattaruso, D. Hester, S. Kiriaki, K. Tan, and F. Tsay, "Polycide/metal capacitors for high precision A/D converters," in *IEDM Tech. Digest*, pp. 782–783, Dec. 1988.

# BOOK ON LOAN FROM THE LIBRARY OF CONGRESS

**Patron:** Ropes & Gray
**Patron Group:** ILL-US

**Final Due Date:** 8/28/2006 05:00 AM

**Title:** Delta-Sigma data converters : theory, design, and simulation / edited by Steven R. Norsworthy, Richard Schreier, Gabor C. Temes ; IEEE Circuit & Systems Society, sponsor.

**Author:**
**Call Number:** TK7887.6 .D45 1996
**Enumeration:**
**Chronology:**
**Copy:** 1
**Item Barcode:** *00073822002*

**THIS CARD MUST BE RETURNED WITH BOOK. Please note Final Due Date above. Your borrowing privileges will be suspended if this book has not been checked in by that date.**

ELECTRICAL



LIBRARY OF CONGRESS

0 007 382 200 2

# Delta-Sigma Data Converters

## Theory, Design, and Simulation

Delta-sigma modulators are among the key components in digital audio and multimedia systems. This comprehensive guide offers a detailed treatment of the analysis, design, simulation, and testing of the full range of today's leading delta-sigma data converters. Written by professionals experienced in all practical aspects of delta-sigma modulator design, DELTA-SIGMA DATA CONVERTERS provides comprehensive coverage of low- and high-order single-bit and multibit, low-pass and bandpass, sampled-data and continuous-time, multistage modulators as well as advanced topics, including idle-channel tones, stability, decimation and interpolation filter design, and simulation. Features include:

* A detailed introductory tutorial
* Up-to-date research results
* Expert guidance on practical aspects
* Lots of hands-on advice!

With DELTA-SIGMA DATA CONVERTERS, you will be able to design cheaper, more reliable, and higher-performance data converters. This book will be of great value as a graduate or continuing-education textbook as well as supplemental reading for engineers who want to keep pace with this fast-developing technology.

## About the Editors

*Steven R. Norsworthy* is currently worldwide Operations Manager for the Wireless, Telecom, and Video Business Units of Motorola Semiconductor (Analog Division) in Tempe, Arizona. He has published numerous papers and holds 18 patents in the area of delta-sigma converters. In addition to having taught courses in digital processing at Pennsylvania State University, Mr. Norsworthy holds two degrees in music, and has performed in numerous professional symphony orchestras.

*Richard Schreier* is Associate Professor of Electrical Engineering at Oregon State University. From 1986 to 1988 he worked as a Member of the Scientific Staff in the CMOS cell library group of Bell-Northern Research in Ottawa, Canada.

*Gabor C. Temes* is Professor of Electrical Engineering at Oregon State University. He has written approximately 250 publications and is author of several books. A Fellow of the IEEE, Dr. Temes has received numerous IEEE awards, including the Centennial Medal, the Technical Achievement Award, and the IEEE Circuits and Systems Society Education Award.

IEEE Press
445 Hoes Lane
P.O. Box 1331
Piscataway, NJ 08855-1331 USA
1-800-678-IEEE

ISBN 0-7803-1045-4



9 780780 310452

90000

IEEE Order No. PC3954

**EXHIBIT 2**

08/09/2006 14:18 FAX 732 562 1746    IEEE BIS    @002

## IEEE Press Titles Published in 1998--sorted by technical category

| PC | Author | Title | In Stock | C/c | Co-publisher | Book type | Category | Sponsor | Series |
|---|---|---|---|---|---|---|---|---|---|
| PC5671 | Thomas | Cable Television Proof-of Performance | 03/06/98 | 1995 | Prentice-Hall | Authored-Copub | Application Areas | EMB | Telecommunications Handbook |
| PC4848 | Hertz/Smith | Human Motion Analysis | 04/28/98 | 1996 | | Edited | Application Areas | | |
| PC3461 | Sharma | Semiconductor Memories | 10/05/98 | 1997 | | Authored | Circuits & Devices | CAS | |
| PC3964 | Norsworthy et | Delta-Sigma Data Converters | 10/14/98 | 1997 | | Edited | Circuits & Devices | CAS | |
| PC5620 | Razavi | Monolithic Phase-Locked Loops and CI | 04/04/98 | 1996 | | Selected Reprint | Circuits & Devices | | |
| PC5662 | Chen | Fuzzy Logic and Neural Network Hand | 03/07/98 | 1995 | McGraw-Hill | Edited-Copub | Circuits & Devices | NNC | |
| PC5990 | Unger | Essence of Logic Circuits, 2/E, The | 08/09/98 | 1997 | | Authored | Circuits & Devices | | |
| PT8004 | Reference Point | Broadband Networks | 08/26/98 | 1998 | | Sublicense | Communication & Info. | | |
| PC5673 | Garg/Wilkes | Wireless and Personal Communication | 03/06/98 | 1996 | Prentice-Hall | Authored-Copub | Communication & Info. | | Telecommunications Handbook |
| PC5670 | Carne | Telecommunications Primer | 03/06/98 | 1996 | Prentice Hall | Authored-Copub | Communication & Info. | | Telecommunications Handbook |
| PC5672 | Black | ATM: Foundation for Broadband Netwo | 03/06/98 | 1996 | Prentice-Hall | Authored-Copub | Communication & Info. | | |
| PC5648 | Middleton | Introduction to Statistical Communicati | 04/24/98 | 1998 | | Classic Reissue | Communication & Info. | COMM | |
| PC4457 | Sklar/Shalf | SONET/SDH | 01/00/98 | 1996 | | Hybrid | Communication & Info. | COMM | |
| PT8041 | Reference Point | Multimedia | 08/27/98 | 1997 | | Sublicense | Communication & Info. | COMM | |
| PC4071 | Nellei/Gilbert | Telecommunications Wiring for Comm | 04/15/98 | 1998 | | Authored | Communication & Info. | | |
| PT8037 | Reference Point | Personal Communication Services (PC | 06/27/98 | 1998 | | Sublicense | Communication & Info. | | |
| PT8038 | Reference Point | Asynchronous Transfer Mode (ATM): | 06/26/98 | 1998 | | Sublicense | Communication & Info. | | |
| PT8039 | Reference Point | Fast Packet | 06/26/98 | 1997 | | Sublicense | Communication & Info. | | |
| PT8036 | Reference Point | SONET/SDH | 06/26/98 | 1998 | | Sublicense | Communication & Info. | | |
| PC5654 | Freer | Computer Communications and Netwo | 02/20/98 | 1996 | UCL Press | Authored-Copub | Communication & Info. | | |
| PC4242 | Laplante/Stoyenk | Real-Time Imaging | 09/03/98 | 1996 | | Edited | Computer & Software | | |
| PC4705 | Sinha | Distributed Operating Systems | 12/17/98 | 1997 | | Authored | Computer & Software | COMM | |
| PC3363 | Laplante | Real-Time Systems Design and Analys | 12/18/98 | 1997 | | Authored-Copub | Computer & Software | | |
| PC4150 | Zobrist/Leonard | Object-Oriented Simulation | 08/29/98 | 1997 | | Edited | Computer & Software | | |
| PP4507 | Sigfried, | Understanding Object-Oriented Softwa | 02/23/98 | 1998 | | Authored | Computer & Software | | Understanding Sci. & Technology |
| PC4655 | Laplante | Great Papers in Computer Science | 02/23/98 | 1996 | West Educational Pub. | Edited-Copub | Computer & Software | | |
| PC5829 | Beckley | Implementing Configuration Managem | 01/07/98 | 1996 | Computer Soc. Press | Authored-Copub | Computer & Software | COMP | |
| PC5699 | Whitaker | Electronics Handbook, The | 12/27/98 | 1997 | CRC Press | Edited Copub | Computer & Software | | |
| PC5569 | Lewis | Control Handbook, The | 03/19/98 | 1996 | CRC Press | Edited-Copub | Control & Automation | CS | CRC/Press Handbook |
| PC5594 | Baxter | Capacitive Sensors | 06/20/98 | 1997 | | Authored | Control & Automation | IE | Electronics Technology |
| PC5617 | Kraszewski | Microwave Aquametry | 04/08/98 | 1996 | | Edited | Electromagnetics | | |
| PC5669 | Mee/Daniel | Magnetic Recording Technology, 2/E | 03/14/98 | 1996 | McGraw-Hill | Edited-Copub | Electromagnetics | | |
| PC4374 | Ashar | Magnetic Disk Drive Technology | 06/19/98 | 1997 | | Authored | Electromagnetics | Mag | |
| PP5385 | Maas | Nonlinear Microwave Circuits | 08/12/98 | 1997 | | Back in Print-Authore | Electromagnetics | | |
| PP5842 | Markinsen | Guide to the EMC Directive 89/336/EE | 05/15/98 | 1998 | EPA UK | Authored-Copub | Electromagnetics | | |
| PC5828 | Jones | Methods in Electromagnetic Wave Pro | 01/27/98 | 1994 | Oxford Univ. Press | Authored-Copub | Electromagnetics | | IEEE/OUP EM Wave Theory |

IEEE Press titles Published in 1996 sorted by technical category

| PC | Author | Title | In Stock | C/r | Co-publisher | Book type | Category | Sponsor | Series |
|----|--------|-------|----------|-----|--------------|-----------|----------|---------|--------|
| PC5625 | Lindell | Methods for Electromagnetic Field Ana | 01/07/96 | 1992 | Oxford Univ. Press | Authored-Copub | Electromagnetics | | IEEE/OUP EM Wave Theory |
| PC5558 | Mee/Daniel | Magnetic Storage Handbook, 2/E | 08/26/96 | 1997 | McGraw-Hill | Authored-Copub | Electromagnetics | EMC | |
| PC4713 | Kodali | Engineering Electromagnetic Compatib | 02/06/96 | 1996 | | Authored | Electromagnetics | AP | |
| PC5677 | Ishimaru | Wave Propagation and Scattering in R | 10/17/96 | 1997 | | Authored | Electromagnetics | | |
| PC5624 | Van Bladel | Singular Electromagnetic Fields and S | 01/07/96 | 1991 | Oxford Univ. Press | Authored-Copub | Electromagnetics | EMC | IEEE/OUP EM Wave Theory |
| PC5061 | Ghose | Interference Mitigation | 02/06/96 | 1996 | | Authored | Electromagnetics | AP | IEEE/OUP EM Wave Theory |
| PC5681 | Levy | Structural Engineering of Microwave A | 02/28/96 | 1996 | | Authored | Electromagnetics | | |
| PC5676 | Bhushan | Tribology and Mechanics of Magnetic | 07/23/96 | 1996 | Springer-Verlag NY | Authored-Copub | Electromagnetics | | |
| PC5632 | Clemmow | Plane Wave Spectrum Representation | 09/27/96 | 1996 | Oxford Univ. Press | Authored-Copub | Electromagnetics | | IEEE/OUP EM Wave Theory |
| PC5606 | Christiansen | Electronics Engineers Handbook, 4/E | 10/31/96 | 1997 | McGraw-Hill | Edited-Copub | General Interest | | |
| PP4119 | Cabelman | New Engineer's Guide to Career Growt | 04/05/96 | 1996 | | Edited | General Interest | U.S. | |
| PP5930 | Irwin | On Becoming an Engineer | 12/20/96 | 1997 | | Authored | General Interest | | |
| PC5361 | Nader | Prentice Hall's Illustrated Dictionary of | 03/09/96 | 1995 | Prentice-Hall | Authored-Copub | General Interest | | |
| PP5379 | Thomas | Internet for Scientists and Engineers, T | 03/01/96 | 1996 | SPIE Press | Authored-Copub | General Interest | | |
| PC5637 | Wieranda | The BSO Low Energy Booster | 08/01/96 | 1997 | Springer-Verlag NY | Edited | Nuclear & Plasma Sci. | NPS | |
| PC5658 | Chiao | Amazing Light | 05/31/96 | 1996 | | Authored-Copub | Optics & Optoelectronics | | |
| PC5623 | Kenezenbaum | Inspection of Large Synchronous Mach | 04/29/96 | 1996 | | Authored | Power & Energy | PE | Power Engineering |
| PC5382 | Bose | Power Electronics and Variable Freque | 09/21/96 | 1997 | | Edited | Power & Energy | IE | |
| PC5995 | Rajashkhara et al | Sensorless Control of AC Motor Drives | 04/19/96 | 1996 | | Selected Reprint | Power & Energy | IE | |
| PC5655 | Wickerhauser | Adapted Wavelet Analysis from Theory | 04/05/96 | 1994 | A. K. Peters Ltd. | Authored-Copub | Signal Processing | | |
| PC5651 | Weeks | Fundamentals of Electronic Image Pro | 07/01/96 | 1997 | SPIE Press | Authored-Copub | Signal Processing | | SPIE/IEEE Imaging Sci. & Eng. |

t:NkustablablaRoPOBfs1vN4

# EXHIBIT 3

WILEY
Publishers Since 1807

Location: United States | change location

Shopping Cart My Account Help Contact Us

Product Search

By Keyword ▼ GO

Home | Browse Titles | Offers | About Wiley

Wiley > Engineering > Electrical & Electronics Engineering > Circuit Theory & Design > General Circuit Theory & Design > **Delta-Sigma Data Converters: Theory, Design, and Simulation**

## General Circuit Theory & Design

IEEE Learn More About
Wiley-IEEE Press ▣

**Related Subjects**

Quantum Electronics

VLSI

Join an Engineering Mailing
List

**Related Titles**

▣ **More By These Authors**

Analog MOS Integrated Circuits for
Signal Processing (Hardcover)

Oversampling Delta-Sigma Data
Converters : Theory, Design, and
Simulation (Paperback)

Understanding Delta-Sigma Data
Converters (Hardcover)

▣ General Circuit Theory &
Design

Delta-Sigma
Data Converters

**Delta-Sigma Data Converters: Theory, Design, and Simulation**
Steven R. Norsworthy (Editor), Richard Schreier (Editor), Gabor C. Temes (Editor)
ISBN: 0-7803-1045-4
Hardcover
512 pages
October 1996, Wiley-IEEE Press

US $148.00  Add to Cart
This price is valid for United States. Change location to view local pricing and availability.

Description
Table of Contents

Read Excerpt 1
(PDF)

Read Excerpt 2
(PDF)

Read Excerpt 3
(PDF)

Author Information

This comprehensive guide offers a detailed treatment of the analysis, design, simulation and testing of the full range of today's leading delta-sigma data converters. Written by professionals experienced in all practical aspects of delta-sigma modulator design, *Delta-Sigma Data Converters* provides comprehensive coverage of low and high-order single-bit, bandpass, continuous-time, multi-stage modulators as well as advanced topics, including idle-channel tones, stability, decimation and interpolation filter design, and simulation.

LINEAR 007555

**EXHIBIT 4**

U.S. Copyright Office - Search Records Results

**Copyright** | **Search Records Results**

Registered Works Database (Author Search)
**Search For:** NORSWORTHY, STEVEN R
**Item 1 of 1**

| | |
|---|---|
| 1. Registration Number: | TX-5-270-190 |
| Title: | Delta-sigma data converters : theory, design, and simulation / edited by aSteven R. Norsworthy, aRichard Schreier, aGabor C. Temes. |
| Imprint: | New York : IEEE Press, c1997. |
| Description: | 476 p. |
| Claimant: | acInstitute of Electrical and Electronics Engineers, Inc. (employer for hire) |
| Created: | 1996 |
| Published: | 14Oct96 |
| Registered: | 16Jan01 |
| Special Codes: | 1/B/L |

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

*US Copyright office database*
*www.Copyright.gov/records/cohn.html*

8/9/2006

LINEAR 007556

# EXHIBIT 5

Wiley-IEEE Press::Delta-Sigma Data Converters: Theory, Design, and Simulation          Page 1 of 1

**Circuits and Components**

Delta-Sigma Data Converters: Theory, Design, and Simulation
Steven R. Norsworthy (Editor), Richard Schreier (Editor). Gabor C. Temes (Editor)
ISBN: 0-7803-1045-4
Hardcover
512 pages
October 1996, Wiley-IEEE Press

US $148.00   🛒 Add to Cart

Description

Table of Contents

Read Excerpt 1
(PDF)

Read Excerpt 2
(PDF)

Read Excerpt 3
(PDF)

Author Information

This comprehensive guide offers a detailed treatment of the analysis, design, simulation and testing of the full range of today's leading delta-sigma data converters. Written by professionals experienced in all practical aspects of delta-sigma modulator design, *Delta-Sigma Data Converters* provides comprehensive coverage of low and high-order single-bit, bandpass, continuous-time, multi-stage modulators as well as advanced topics, including idle-channel tones, stability, decimation and interpolation filter design, and simulation.

Copyright © 2000-2006 by John Wiley & Sons, Inc, or related companies. All rights reserved. Please read our Privacy Policy

**LINEAR 007557**

# EXHIBIT 6



# IEEE TRANSACTIONS ON
# COMPUTER-AIDED DESIGN
## OF INTEGRATED CIRCUITS AND SYSTEMS

**A PUBLICATION OF THE IEEE CIRCUITS AND SYSTEMS SOCIETY**



JUNE 1996          VOLUME 15          NUMBER 6          ITCSDI          (ISSN 0278–0070)

---

## SPECIAL ISSUE ON LOW POWER DESIGN

Introduction ................................................................................. *M. Pedram and M. Fujita*    569

SPECIAL ISSUE PAPERS

Activity-Sensitive Architectural Power Analysis .................................... *P. E. Landman and J. M. Rabaey*    571
Towards a High-Level Power Estimation Capability ..................................... *M. Nemani and F. N. Najm*    588
Information Theoretic Measures for Power Analysis ................... *D. Marculescu, R. Marculescu, and M. Pedram*    599
Determining Accuracy Bounds for Simulation-Based Switching Activity Estimation ......... *A. M. Hill and S.-M. Kang*    611
Transforming Set Data Types to Power Optimal Data Structures ...... *S. Wuytack, F. V. M. Catthoor, and H. J. De Man*    619
Automatic Synthesis of Low-Power Gated-Clock Finite-State Machines ................. *L. Benini and G. De Micheli*    630
On Estimation Accuracy for Guiding Low-Power Resynthesis .......................... *C. K. Lennard and A. R. Newton*    644

SPECIAL ISSUE SHORT PAPERS

Transistor Sizing for Low Power CMOS Circuits ............................ *M. Borah, R. M. Owens, and M. J. Irwin*    665
Estimation of Energy Consumption in Speed-Independent Control Circuits
........................................................................ *P. A. Beerel, C.-T. Hsieh, and S. Wadekar*    672

REGULAR ISSUE PAPERS

*Circuit Reconfiguration*

Minimum Fault Coverage in Memory Arrays: A Fast Algorithm and Probabilistic Analysis ...........................
............................................................................. *C.-P. Low and H. W. Leong*    681

*Physical Design*

Post-Processing of Clock Trees via Wiresizing and Buffering for Robust Design ................................
............................................................... *S. Pullela, N. Menezes, and L. T. Pileggi*    691

LINEAR 007558

 **IEEE CIRCUITS AND SYSTEMS SOCIETY**

The Circuits and Systems Society is an association of IEEE members with professional interest in the field of circuits and systems theory. All members of the IEEE are eligible for membership in the Society and will receive this TRANSACTIONS upon payment of the annual Society membership fee of $7.00, plus an annual subscription fee of $21.00. For information on joining, write to the IEEE at the address below. *Member copies of Transactions/Journals are for personal use only.*

## IEEE TRANSACTIONS ON COMPUTER-AIDED DESIGN OF INTEGRATED CIRCUITS AND SYSTEMS

**Editor**
RANDAL E. BRYANT
Comp. Sci. Dept.
Carnegie Mellon Univ.
Pittsburgh, PA 15213
tcad@cs.cmu.edu

**Corresponding Editor**
JOAN MADDAMMA
Comp. Sci. Dept.
Carnegie Mellon Univ.
Pittsburgh, PA 15213
tcad@cs.cmu.edu

**Asian Representative**
TAKESHI YOSHIMURA
C&C Research Labs
NEC Corporation
4-1-1 Miyazaki Miyamae-ku
Kawasaki 216 Japan
yoshi@swl.cl.nec.co.jp

**Associate Editors**

*Logic Synthesis, Formal Verification, and Symbolic Function Manipulation*
MASAHIRO FUJITA
Fujitsu Labs. of America, Inc.
3350 Scott Blvd, Bldg #34
Santa Clara, CA 95054
fujita@fla.fujitsu.com

*Physical Design*

CHUNG-KUAN CHENG
Dept. Comp. Sci. & Eng.
Univ. of Calif., San Diego
9500 Gilman Dr.
La Jolla, CA 92093
kuan@cs.ucsd.edu

*Process Modeling/Device Simulation*
STEVEN G. DUVALL
Intel Corp.
MS RN2-40
2200 Mission College Blvd.
Santa Clara, CA 95052
duvall@sc9.intel.com

*Simulation, Timing and Power Analysis, and Optimization*
KARTIKEYA MAYARAM
AT&T Bell Labs.
Room 2A-226
1247 South Cedar Crest Blvd.
Allentown, PA 18103
k.mayaram@att.com

*Testing*

KWANG-TING CHENG
Elec. & Comp. Eng. Dept.
Univ. of California
Santa Barbara, CA 93106
timcheng@ece.ucsb.edu

ALEX SALDANHA
Cadence Berkeley Labs.
1919 Addison St.
Suites 303304
Berkeley, CA 94704
saldanha@cadence.com

RALPH H. J. M. OTTEN
Dept. Elec. Eng.
Delft Univ. of Technology
2600GA Delft,
The Netherlands
otten@donau.et.tudelft.nl

*High Level Synthesis*
RAUL CAMPOSANO
Synopsys
700 E. Middlefield Rd.
Mountain View, CA 94043
raul@synopsys.com

KAREM SAKALLAH
Dept. Elec. Eng. & Comp. Sci.
Univ. of Michigan
Ann Arbor, MI 48109
karem@eecs.umich.edu

WOJCIECH MALY
Dept. Elec. & Comp. Eng.
Carnegie Mellon Univ.
Pittsburgh, PA 15213
maly@aspen.ece.cmu.edu

FABIO SOMENZI
Dept. Elec. & Comp. Eng.
Univ. of Colorado
C. B. 425
Boulder, CO 80309
fabio@colorado.edu

MAJID SARRAFZADEH
Dept. Elec. Eng. &
Comp. Sci.
Northwestern Univ.
Evanston, IL 60208
majid@eecs.nwu.edu

MIKE McFARLAND
Dept. Comp. Sci.
Boston College
Chestnut Hill, MA 02167
mcfarlan@bc.edu

JACOB WHITE
Dept. Elec. Eng. & Comp. Sci.
Mass. Inst. Technol.
Cambridge, MA 02139
white@rle-vlsi.mit.edu

SUDHAKAR REDDY
Dept. Elec. Eng. & Comp.
Eng.
Univ. of Iowa
Iowa City, IA 52242
reddy@hitchcock.eng.uiowa.edu

GERHARD ZIMMERMANN
FB Informatik
Univ. Kaiserlautem
67653 Kaiserlautem, Germany
zimmerma@informatik.unikl.de

## THE INSTITUTE OF ELECTRICAL AND ELECTRONIC ENGINEERS, INC.

**Officers**

WALLACE S. READ, *President*
CHARLES K. ALEXANDER, *President-Elect*
TSUNEO NAKAHARA, *Secretary*
HOWARD L. WOLFMAN, *Treasurer*
JERRY R. YEARGAN, *Vice President, Educational Activities*

JOEL B. SNYDER, *Vice President, Professional Activities*
W. KENNETH DAWSON, *Vice President, Publication Activities*
RAYMOND D. FINDLAY, *Vice President, Regional Activities*
DONALD C. LOUGHRY, *Vice President, Standards Activities*
BRUCE A. EISENSTEIN, *Vice President, Technical Activities*

THEODORE W. HISSEY, JR., *Executive Director*
MICHAEL S. ADLER, *Director, Division I—Circuits and Devices*

**Executive Staff**
DANIEL J. SENESE, *General Manager*
RICHARD D. SCHWARTZ, *Staff Executive, Business Administration*
ANTHONY J. FERRARO, *Staff Executive, Publications*

IRVING ENGELSON, *Managing Director, Corporate Activities*
PETER A LEWIS, *Managing Director, Educational Activities*
CECELIA JANKOWSKI, *Managing Director, Regional Activities*

ANDREW G. SALEM, *Managing Director, Standards Activities*
W. THOMAS SUTTLE, *Managing Director, Professional Activities*
ROBERT T. WANGEMANN, *Managing Director, Technical Activities*

**IEEE Periodicals**
**Transactions/Journals Department**
*Staff Director:* FRAN ZAPPULLA
*Transactions Manager:* GAIL S. FERENC
*Electronic Publishing Manager:* JERI L. UZZO
*Editorial Manager:* VALERIE CAMMARATA
*Managing Editor:* MONA MITTRA
*Senior Editor:* GINA M. COLACCHIO
*Assistant Editor:* CARA M. ZANDOMENEGA

**LINEAR 007559**

IEEE TRANSACTIONS ON COMPUTER-AIDED DESIGN OF INTEGRATED CIRCUITS AND SYSTEMS is published monthly by the Institute of Electrical and Electronics Engineers, Inc. Responsibility for the contents rests upon the authors and not upon the IEEE, the Society/Council, or its members. **IEEE Corporate Office:** 345 East 47 Street, New York, NY 10017-2394. **IEEE Operations Center:** 445 Hoes Lane, P.O. Box 1331, Piscataway, NJ 08855-1331. **NJ Telephone:** 908-981-0060. **Price/Publication Information:** Individual copies: IEEE Members $10.00 (first copy only), nonmembers $20.00 per copy. (Note: Add $4.00 postage and handling charge to any order from $1.00 to $50.00, including prepaid orders.) Member and nonmember subscription prices available upon request. Available in microfiche and microfilm. **Copyright and Reprint Permissions:** Abstracting is permitted with credit to the source. Libraries are permitted to photocopy for private use of patrons, provided the per-copy fee indicated in the code at the bottom of the first page is paid through the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923. For all other copying, reprint, or republication permission, write to Copyrights and Permissions Department, IEEE Publications Administration, 445 Hoes Lane, P.O. Box 1331, Piscataway, NJ 08855-1331. Copyright © 1996 by the Institute of Electrical and Electronics Engineers, Inc. All rights reserved. Periodicals Postage Paid at New York, NY and at additional mailing offices. **Postmaster:** Send address changes to IEEE TRANSACTIONS ON COMPUTER-AIDED DESIGN OF INTEGRATED CIRCUITS AND SYSTEMS, IEEE, 445 Hoes Lane, P.O. Box 1331, Piscataway, NJ 08855-1331. GST Registration No. 125634188. Printed in U.S.A.



# COMPREHENSIVE TREATMENT OF DELTA-SIGMA MODULATOR AND DATA CONVERTER DESIGN!





DELTA-SIGMA DATA CONVERTERS

NEW!



**UNIFIED NOTATION & LOGICAL PRESENTATION**

# DELTA-SIGMA DATA CONVERTERS

### Theory, Simulation and Design

edited by S.R. Norsworthy, Motorola; R. Schreier, Oregon State Univ.; and G.C. Temes, Oregon State Univ.

Learn about the latest in data converter technology from experts in the field. **DELTA-SIGMA DATA CONVERTERS** covers the analysis, design, simulation and testing of all leading delta-sigma modulator architectures, including low and high-order single-bit, bandpass, continuous-time, multi-bit and multi-stage modulators. You'll gain an intuitive understanding of the delta-sigma technique, and learn to design more efficient, reliable and accurate data converters. An important companion to the Candy and Temes collection of selected readings, **OVERSAMPLING DELTA-SIGMA DATA CONVERSIONS** (IEEE Press, 1992), this book is a complete and ordered treatment of delta-sigma modulators, with up-to-date information on new modulator architectures, circuit design techniques, and performance records.

Key features of **DELTA-SIGMA DATA CONVERTERS** include:
◆ Up-to-date design techniques and research results
◆ Self-contained tutorial chapters
◆ Detailed chapters on all practical aspects of delta-sigma modulator design
◆ Coverage of advanced topics, such as idle-channel tones, stability, decimation, and interpolation filter design

> 1996/Hardcover/448pp
> List Price: $69.95
> Member Price: $56.00
> IEEE Order No. PC3954-QBZ
> ISBN 0-7803-1045-4

**TO HELP US SERVE YOU, PLEASE HAVE YOUR IEEE MEMBER / CUSTOMER NUMBER READY WHEN YOU CALL.**

## FOR FAST SERVICE CALL TOLL-FREE 1(800)678-IEEE

### OUTSIDE THE USA, CALL 1(908)981-0060 or FAX 1(908)981-9667
e-mail: customer.service@ieee.org

ORDER 24 HOURS A DAY 7 DAYS A WEEK!

THE INSTITUTE OF ELECTRICAL AND ELECTRONICS ENGINEERS, INC. 445 HOES LANE, PO BOX 1331, PISCATAWAY, NJ 08855-1331 USA

LINEAR 007560

IEEE TRANSACTIONS ON COMPUTER-AIDED DESIGN OF INTEGRATED CIRCUITS AND SYSTEMS, VOL. 15, NO. 6, JUNE 1996                569

# Introduction to the Special Issue on Low Power Design

LOW POWER has emerged as a principal theme in today's electronics industry. The need for low power is driven by different market forces ranging from battery powered wireless communication devices and portable electronics to high-end computers and digital signal processors. This has caused a major paradigm shift in that power dissipation has become as important a consideration as speed and area. As a result, the interest in lowering the power dissipation of VLSI circuits and systems has grown dramatically over the past few years.

This Special Issue presents the state-of-the-art in methodologies and techniques for designing low power digital circuits and systems. The principle goal of the Special Issue is to provide a representative sample of the wide range of techniques and tools that have been developed by researchers and workers in the field to address the "power problem." In the process, we hope to also provide an appreciation for the challenges that lie ahead and point out the areas that need further work.

This issue contains nine papers describing various techniques for power estimation and minimization from the architectural level to the layout level. It serves to remind us once again that concerted efforts in all areas of design are needed to reduce the power dissipation of VLSI circuits by the factors of at least one hundred that are required to maintain the projected improvement in the performance-density product into the twenty-first century.

The first paper by Landman and Rabaey describes a technique for extracting the switching activities through architectural simulation combined with some knowledge of how the logic is structured. This is an attempt to address all facets of the architectural power estimation problem in a unified framework.

The paper by Nemani and Najm describes a technique for power estimation at the register-transfer level by proposing an empirical relationship between average switching activity in a circuit and the sum of its input and output entropies.

Marculescu et al. present two information-theoretic measures of power estimation at the register-transfer level, i.e., average bit entropy and informational energy. After deriving the relationship between these measures and the average switching activity of a signal line, the authors present analytical (and compositional) techniques for calculating these measures from structural (and behavioral) circuit descriptions.

The paper by Hill and Kang addresses the issue of obtaining run-time and a priori estimates of the number of input patterns for a specified accuracy. These estimates are derived through the definition of a set of multinomial random variables and a set of functions based on the parameters of these random variables.

Wuytack et al. describe a method for power efficient organization of large table structures and the corresponding record data types used in network applications. In these applications, the major area and power cost is not due to data path or control circuitry, but due to the global communication and memory organization. The proposed cost model can account for a combination of power dissipation, memory size, and number of transactions for a given application.

Benini and De Micheli introduce a technique for automatic synthesis of finite state machines with gated clocks that reduces the power dissipation. The idea is to modify the machine architecture by adding a new activation signal whose purpose is to selectively stop the local clock when the machine is idle and does not perform state transitions. The activation function is implemented in the form of a combinational logic block that uses as its inputs the primary inputs and the state lines of the finite state machine.

Lennard and Newton present a don't care-based logic simplification procedure for use during multilevel logic synthesis that reduces the power consumption in logic circuits by resynthesizing some of the nodes. The proposed cost function considers both functional and spurious activity in the circuit.

Borah et al. tackle the problem of transistor sizing in a static CMOS circuit to minimize the capacitive plus short circuit power dissipations. It is shown that the power-optimal size for the transistors in a gate that is driving a given load, can be larger than minimum size. The authors next derive the power-delay optimal sizes for these transistors and present a greedy algorithm for calculating the optimal power sizing subject to a given delay constraint for all gates in a circuit.

The final paper by Beerel et al. presents techniques for estimating the average energy consumption per external signal transition in a speed-independent asynchronous control circuit. The proposed method is simulative in nature, but only requires a small number of input patterns proportional to the size of the high-level specification for the circuit.

MASSOUD PEDRAM, *Guest Editor*
University of Southern California
Los Angeles, CA 90089

MASAHIRO FUJITA, *Guest Editor*
Fujitsu Laboratories of America, Inc.
Santa Clara, CA 95054

KURT F. WENDT LIBRARY
COLLEGE OF ENGINEERING

JUL 01 1996

WWW.MADISON, WI 53706

Publisher Item Identifier S 0278-0070(96)04852-X.

LINEAR 007561