IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANALOG DEVICES, INC., ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | |
| v. ) | C.A. No. 06-346 (GMS) |
| ) | |
| LINEAR TECHNOLOGY CORP., ) | |
| ) | |
| Defendant/Counterclaim Plaintiff. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of 1) Linear Technology Corporation's Second Request for Production of Documents and Things (Nos. 68-101); and 2) Linear Technology Corporation's Second Set of Interrogatories (Nos. 92-134) were caused to be served on August 31, 2007 upon the following counsel in the manner indicated:

**BY E-MAIL AND HAND**

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
Wilmington, DE  19801


**BY E-MAIL**

Wayne L. Stoner
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Karen Jacobs Louden*
                    Jack B. Blumenfeld (#1014)
                    Karen Jacobs Louden (#2881)
                    1201 N. Market Street
                    P.O. Box 1347
                    Wilmington, DE  19899
                    (302) 658-9200
                    jblumenfeld@mnat.com
                    klouden@mnat.com
                      *Attorneys for Defendant and Counterclaimant*
                      *Linear Technology Corporation*

OF COUNSEL:

Robert C. Morgan
Laurence S. Rogers
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10036
(212) 596-9000

Mark D. Rowland
Ropes & Gray LLP
525 University Avenue
Suite 300
Palo Alto, CA  94301
(650) 617-4000

August 31, 2007
530525.1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 31, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Frederick L. Cottrell, III
>RICHARDS, LAYTON & FINGER

I also certify that copies were caused to be served on August 31, 2007 upon the following in the manner indicated:

### BY E-MAIL AND HAND

>Frederick L. Cottrell, III
>Richards, Layton & Finger
>One Rodney Square
>P.O. Box 551
>Wilmington, DE 19899

### BY E-MAIL

>Wayne L. Stoner
>Wilmer Cutler Pickering Hale and Dorr LLP
>60 State Street
>Boston, MA 02109

>*/s/ Karen Jacobs Louden (#2881)*
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200
>klouden@mnat.com