**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ANALOG DEVICES, INC.,<br><br>*Plaintiff/Counterclaim Defendant*,<br><br>v.<br><br>LINEAR TECHNOLOGY CORP.,<br><br>*Defendant/Counterclaim Plaintiff.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     C.A. No. 06-346-GMS |

## NOTICE OF DEPOSITION OF JOANN P. CLOSE

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant Linear Technology Corporation ("LTC"), by its counsel, shall take the deposition upon oral examination of JoAnn P. Close.

The deposition will commence at 9:30 a.m. on September 20, 2007 at the offices of ROPES & GRAY LLP, 525 University Avenue, Suite 300, Palo Alto, CA, or at such other time and place as agreed to by counsel. The deposition will be taken before an officer authorized by the laws of the United States to administer oaths and will be recorded by stenographic and videographic means. The deposition will continue from day to day until completed, with such adjournments as to time and place as may be necessary.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
*Attorneys for Defendant and Counterclaimant*
*Linear Technology Corporation*

*Of Counsel*:

Robert C. Morgan
Laurence S. Rogers
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036
(212) 596-9000

Mark D. Rowland
ROPES & GRAY LLP
525 University Avenue
Suite 300
Palo Alto, CA  94301
(650) 617-4000

August 31, 2007

## <u>CERTIFICATE OF SERVICE</u>

I, Karen Jacobs Louden, hereby certify that on August 31, 2007 I electronically

filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of

such filing(s) to the following:

> Frederick L. Cottrell, III
> RICHARDS, LAYTON & FINGER

I also certify that copies were caused to be served on August 31, 2007 upon the

following in the manner indicated:

> **<u>BY E-MAIL & HAND DELIVERY</u>**
> Frederick L. Cottrell, III
> Richards, Layton & Finger
> One Rodney Square
> Wilmington, DE  19801
>
> **<u>BY E-MAIL</u>**
> Wayne L. Stoner
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, MA  02109

> */s/ Karen Jacobs Louden* (#2881)
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899
> (302) 658-9200
> klouden@mnat.com