IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANALOG DEVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C. A. No. 06-346-GMS |
| vs. ) | |
| ) | **JURY TRIAL DEMANDED** |
| LINEAR TECHNOLOGY CORP., ) | |
| ) | |
| Defendant. ) | |
| ) | |

### MOTION AND ORDER FOR *PRO HAC VICE* APPEARANCE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Alexandra McTague of Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, NY 10022 to represent Plaintiff, Analog Devices, Inc., in this matter

*/s/ Kelly E. Farnan*
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Kelly E. Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Tel: (302) 651-7700
*Attorneys for Plaintiff Analog Devices, Inc.*

OF COUNSEL:

Wayne L. Stoner
Benjamin M. Stern
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000

Dated: September 7, 2007

### ORDER GRANTING MOTION

SO ORDERED this _____ day of September, 2007.

_____
U.S.D.J.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

                                                  Alexandra McTague
                                                  Wilmer Cutler Pickering Hale and Dorr LLP
                                                  399 Park Avenue
                                                  New York, NY 10022

DATE: September 7, 2007

RLF1-3197961-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND DELIVERY:

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

I hereby certify that on September 7, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS:

Robert C. Morgan
Laurence S. Rogers
Ropes & Gray, LLP
1251 Avenue of the Americas
New York, NY 10020

Mark D. Rowland
Ropes & Gray, LLP
525 University Avenue
Suite 300
Palo Alto, CA 94301

Kelly E. Farnan (#4395)