IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANALOG DEVICES, INC., ) | |
|     Plaintiff/Counterclaim ) | |
|     Defendant, ) | |
| vs. ) | Civil Action No. 06-346-GMS |
| LINEAR TECHNOLOGY CORP., ) | |
|     Defendant/Counterclaim ) | |
|     Plaintiff. ) | |

## NOTICE OF DEPOSITION OF ROBERT C. DOBKIN

Please take notice that, pursuant to Fed. R. Civ. P. 30, Plaintiff and Counterclaim-Defendant Analog Devices, Inc. ("Analog"), will take the deposition upon oral examination of Robert C. Dobkin.

The deposition will commence on September 18, 2007 at 9:00 a.m. before a notary public or other officer authorized to administer oaths, at the offices of Wilmer Cutler Pickering Hale and Dorr LLP, 1117 California Avenue, Palo Alto, California 94304.

The deposition will continue from day-to-day until completed and will be recorded by stenographic and/or videographic means.

You are invited to attend and cross-examine.

OF COUNSEL:
Wayne L. Stoner
Wayne M. Kennard
Donald R. Steinberg
Benjamin M. Stern
Amy L. Nash
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109

David L. Cavanaugh
Heath A. Brooks
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

Dated: September 7, 2007

*/s/ Kelly E. Farnan*
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Kelly E. Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
*Attorneys for Plaintiff/Counterclaim-Defendant Analog Devices, Inc.*

RLF1-3198208-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY HAND DELIVERY:**

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

I hereby certify that on September 7, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS:**

Robert C. Morgan
Laurence S. Rogers
Ropes & Gray, LLP
1251 Avenue of the Americas
New York, NY 10020

Mark D. Rowland
Ropes & Gray, LLP
525 University Avenue
Suite 300
Palo Alto, CA 94301

*Kelly E. Farnan*
Kelly E. Farnan (#4395)

RLF1-3018521-2