IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ANALOG DEVICES, INC.,                    )          C.A. No. 06-346 (GMS)
                                         )
    *Plaintiff/Counterclaim Defendant,*    )
                                         )
    v.                                   )
                                         )
LINEAR TECHNOLOGY CORP.,                 )
                                         )
    *Defendant/Counterclaim Plaintiff.*   )
                                         )

**REVISED NOTICE OF SUBPOENA OF
SEMICONDUCTOR RESEARCH CORPORATION**

TO PLAINTIFF ANALOG DEVICES, INC. AND ITS COUNSEL OF RECORD:

    **PLEASE TAKE NOTICE THAT,** pursuant to Rules 30(b)(6) and 45 of the Fed.

R. Civ. P., defendant Linear Technology Corp. ("LTC"), shall take the deposition upon oral

examination, pursuant to the accompanying form of subpoena *duces tecum* to be served on

Semiconductor Research Corporation ("SRC"), Brighton Hall, Suite 120, 1101 Slater Road,

Durham, NC 27703 by such person(s) as may be designated and competent to testify on behalf of

SRC with respect to the topics set forth on the attached Schedule B.  The deposition shall

commence at 8:00 a.m. on September 19, 2007 at the offices of Semiconductor Research

Corporation, Brighton Hall, Suite 120, 1101 Slater Road, Durham, NC 27703, or at such other

time and place agreed to by counsel.

    **PLEASE TAKE FURTHER NOTICE** that SRC shall be commanded by

subpoena to produce for inspection and copying on or before September 17, 2007, at the offices

of Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036 or at such other

time and place as may be agreed by counsel, all documents and things in its possession, custody and control that are called for by the document request attached hereto as Schedule A.

The deposition shall be recorded by stenographic and videographic means before a Notary Public or other officer authorized by law and pursuant to the Federal Rules of Civil Procedure. The deposition will continue from day to day until completed with such adjournments as to time and place as may be necessary.

You are invited to attend.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden (#2881)*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
klouden@mnat.com
*Attorneys for Defendant and Counterclaim-Plaintiff Linear Technology Corp.*

OF COUNSEL:

Robert C. Morgan
Laurence S. Rogers
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

Mark D. Rowland
Ropes & Gray LLP
525 University Avenue, Suite 300
Palo Alto, CA 94301
(650) 617-4000

September 10, 2007

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 10, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Frederick L. Cottrell, III
RICHARDS, LAYTON & FINGER

I also certify that copies were caused to be served on September 10, 2007 upon the following in the manner indicated:

### BY HAND AND EMAIL

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

### BY EMAIL AND U.S. MAIL

Wayne L. Stoner
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

*/s/ Karen Jacobs Louden*
Karen Jacobs Louden (#2881)
klouden@mnat.com

# EXHIBIT A

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

ANALOG DEVICES, INC.,

*Plaintiff/Counterclaim-Defendant,*

**SUBPOENA IN A CIVIL CASE**

v.

CASE NO. 06-346 (GMS)

LINEAR TECHNOLOGY CORP.,

*Defendant/Counterclaim-Plaintiff.*

TO:    Semiconductor Research Corporation
Brighton Hall, Suite 120
1101 Slater Road
Durham, NC 27703

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case. The deposition will be recorded by sound, video and/or stenographic means. SEE SCHEDULE B ATTACHED HERETO

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Semiconductor Research Corporation<br>Brighton Hall, Suite 120<br>1101 Slater Road<br>Durham, NC 27703 | 8:00 A.M.<br>September 19, 2007 |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): SEE SCHEDULE A ATTACHED HERETO

| PLACE | DATE AND TIME |
|---|---|
| Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, New York 10036 | 9:30 A.M.<br>September 17, 2007 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which a person will testify. Federal Rules of Civil Procedure 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) DEFENDANT | DATE |
|---|---|
| Attorney for Defendants | September 11, 2007 |

| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER | TELEPHONE |
|---|---|
| Khue V. Hoang<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York NY 10036 | (212) 596-9000 |

PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | Date | Place |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct:

Executed on: _____
                        DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

RULE 45, FEDERAL RULES OF CIVIL PROCEDURE, PARTS C & D

(c)   PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except

that, subject to the provision of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## DEFINITIONS AND INSTRUCTIONS

1.    "LTC" means Linear Technology Corp. and its subsidiaries, successors, assignees, officers, employees and agents.

2.    "SRC," "you" and "your" refer to Semiconductor Research Corporation and any predecessors, successors, divisions, subsidiaries, or joint ventures thereof, together with any parent or affiliated companies or corporations, and all officers, directors, employees, agents, attorneys, representatives, and all other persons acting or purporting to act or that have acted or purported to have acted on behalf of any of the foregoing.

3.    In construing these definitions and instructions:  (i) the singular shall include the plural and the plural shall include the singular; (ii) the masculine, feminine or neuter pronoun shall not exclude the other genders; (iii) the conjunctions "and" and "or" shall be read either disjunctively or conjunctively so as to bring within the scope of an interrogatory all information that might otherwise be construed to be outside its scope; and (iv) the word "any" shall be read to mean each and every.

4.    The terms "concerning" or variants thereof shall mean concerning, constituting, referring to, relating to, or variants thereof.

5.    The terms "person" or "persons" mean any natural person or any business, legal or governmental entity or association, including without limitation any corporation, partnership, unincorporated association, joint venture, sole proprietorship, or any and/or all other organization(s) or group of individuals together with the employees, agents, consultants, and attorneys thereof.

6.    "Entity" or "entities" includes natural persons, proprietorships, partnerships, firms, corporations, public corporations, municipal corporations, governments,

including foreign national governments, the government of the United States or any state or local government, and all departments and agencies thereof, political subdivisions, groups, associations or organizations.

7.    "Document" and/or "thing" is defined to be synonymous in meaning and equal in scope to the usage of this term in Federal Rule of Civil Procedure 34(a) and shall be construed to mean, without limitation, any written, printed, typed, stored, xerographically copied, photographed, recorded, or otherwise reproduced communication, compilation or reproduction including computer or electronically generated or stored information or data, whether assertedly privileged or not.  "Document" specifically includes all forms of electronic data (e.g., e-mails, digital files, web pages, electronic logs, etc.).  A draft, translation or non-identical copy is a separate document within the meaning of this term.  As used herein, "thing" also means any tangible item(s), other than a "document" as defined herein, which constitutes or contains matters within the scope of Rule 26(b) of the Federal Rules of Civil Procedure.

8.    "TECHCON '96" and "the conference" refer, collectively, to the conference and Technology Fair ("TechFair"), sponsored by SRC and held on September 12-14, 1996 in Phoenix, AZ.

9.    The "Abo Paper" means the document authored by Andrew Abo entitled "Low-Voltage, High-Speed, High-Precision, Switched-Capacitor Circuits," and all related materials which were presented and/or made available at TECHCON '96.

## SCHEDULE A

## DOCUMENTS REQUESTED

1.      Documents or other materials relating to the work of Andrew Abo presented, made available and/or distributed to conference attendees or others at or in connection with TECHCON'96.

2.      Documents or any other materials announcing, advertising, mentioning or summarizing Mr. Abo's presentation.

3.      Documents containing the names and/or affiliations of those invited to attend TECHCON'96.

4.      Documents containing the names and/or affiliations of those attending TECHCON'96.

5.      Documents containing the names and/or affiliations of those who attended Mr. Abo's presentation.

6.      Documents sufficient to show the date(s) on which Mr. Abo's materials were made available to non-conference attendees.

7.      Documents sufficient to show the date(s) on which Mr. Abo's materials were made available to non-members via the Internet, printed "proceedings," or otherwise.

8.      Documents sufficient to show SRC's policy, if any, regarding the copying and/or dissemination conference materials at SRC-sponsored conferences, including TECHCON '96.

9.      All documents referring or relating to project or task number DJ570 and DJ570.001.

**SCHEDULE B**

**TOPICS**

1.    The authentication of the documents produced in response to Schedule A.

2.    The authentication of the documents attached to this Schedule as Exhibits 1-6.

3.    The meaning and interpretation of the information described by the documents (a) produced in response to Schedule A, and (b) attached to this Schedule B.

4.    The nature of the documents produced in response to Schedule A and attached to this Schedule B (a) as records of regularly conducted business activities of SRC, (b) as recorded recollections of a person who once had knowledge of the matters described therein, and/or (c) as to the trustworthiness of the information set forth in the documents.

5.    The TECHCON '96 conference, including the means by which the conference was advertised; the date(s) the conference was held; the names and affiliations of those invited to attend the conference; the names and affiliations of those who attended the conference; the date(s) and duration of Mr. Abo's presentation; the names and affiliations of those who attended Mr. Abo's presentation; whether any materials relating to Mr. Abo's presentation were publicly accessible for any length of time following the presentation.

6.    Facts and circumstances surrounding the accessibility of the Abo Paper by the public at large during and after TECHCON '96, including the first date on which the Abo Paper was accessible to non-conference attendees.

7.    Facts and circumstances surrounding distribution, dissemination, and/or publication of the Abo Paper during and after TECHCON '96.

8.    Policies regarding the copying and/or dissemination of conference materials at SRC-sponsored conferences, including TECHCON '96.

9.      Facts and circumstances surrounding the receipt, procedure for receipt,

publication, discussion and/or any other means of dissemination or distribution of documents

relating or referring to project or task numbers DJ570 and DJ570.001.

# EXHIBIT 1



Semiconductor Research Corporation
P.O. Box 12053
Research Triangle Park, NC 27709-2053

August 29, 2007

Ms. Khuc V. Hoang, Esq.
Ropes & Gray
Fish & Neave IP Group
1211 Avenue of the Americas
New York, NY 10036

Re:  Request for Documents Presented at TECHCON '96

Dear, Ms. Hoang:

Pursuant to your letter request of August 14, 2007, relating to a presentation given by Mr. Andrew Abo at TECHCON '96, enclosed are the documents you requested. The first document is the paper that Mr. Abo made available for TECHCON. The second document is the abstract provided to SRC by the authors. We do not have the actual presentation that was made at the conference. Mr. Abo may have retained those materials.

Our records indicate that approximately 525 people attended the conference. However, we do not have a list of people who attended each presentation. That information is not something we maintain as a matter of course. The conference was held September 12-14, 1996. The presentation would have been made during that time period. We do not have any records having the additional date information you requested.

Distribution of presentations at TECHCON and on the SRC web site is controlled. Attendance at TECHCON is by invitation only. Access to the web site is password protected and is not available to non-members.

If you elect to proceed with a deposition relative to these documents, we appreciate your commitment to minimize the impact on SRC. Because of the long period of time since TECHCON '96, available information is extremely limited.

Very truly yours,

Michael C. Phillips
Direct, Contracts & Intellectual Property

# EXHIBIT 2

A. M. Abo and P. Gray; Univ. of California/Berkeley; 2-Jul-1996; (Pub Z96116); Task 570.001

For high-volume, dedicated analog-to-digital circuit interfaces, CMOS has emerged as the technology most suited to cost-effective integration. In this CMOS environment, switched-capacitor circuits have demonstrated high-performance analog signal processing for a large class of applications such as pipeline A/D converters, sigma-delta modulators, active filters, and sample-and-holds. Trends in CMOS technology, however, are driven by the needs of digital VLSI. For low power and scaled device reliability, these trends seek to lower the voltage supply. This poses several problems for switched-capacitor circuits integrated in a scaled technology. This research focuses on investigating the impact of technology voltage scaling on switched-capacitor circuits and developing circuit strategies and techniques to overcome these problems. At low voltage, where the threshold voltage is a large fraction of the voltage supply, the MOS switch becomes difficult to turn on. This research proposes a new technique for driving low-voltage MOS switches. A circuit has been developed which bootstraps the gate off of the signal voltage, allowing the switch to be turned on while keeping all terminal-to-terminal voltages less than one voltage supply and maintaining device reliability. The opamp also becomes difficult to design at low voltage. AC level-shifting has already proven useful for switched-capacitor circuits such as dynamic common-mode feedback. Using this technique in a new context and putting a dynamic AC level-shift in the signal path, more flexibility in opamp topology is gained. This research proposes a 1.5V folded-cascode, common-source cascade coupled with a dynamic AC level-shift. As a demonstration of these techniques, a low-voltage (1.5V), high-precision (10b), high-speed (20MS/s) pipeline analog-to-digital converter will be fabricated.

# EXHIBIT 3

# Low-voltage, High-Speed, High-Precision, Switched-Capacitor Circuits

Andrew M. Abo and Paul R. Gray

University of California, Berkeley

In high-volume, dedicated analog-to-digital circuit interfaces, the integration of analog and digital signal processing on the same chip has become a key trend in reducing production costs, power consumption, and form factor. In these applications, such as disk drive read channels, camcorders, and LAN transceivers, cost is often more important than raw performance. As a result, the circuit industry has witnessed increasing levels of integration in these areas. CMOS has emerged as the technology most suited to cost-effective, high-volume integration. In this CMOS environment, switched-capacitor circuits have demonstrated high-performance analog signal processing for a large class of applications such as pipeline A/D converters, sigma-delta modulators, active filters, and sample-and-holds.

Trends in CMOS technology, however, are driven by the needs of digital VLSI. For low power and scaled device reliability, these trends seek to lower the voltage supply. This poses several problems for switched-capacitor circuits integrated in a scaled technology. Circuit noise does not scale with the signal voltage, and SNR is degraded. Offset voltages also do not scale and actually increase for small geometry transistors. The two key building blocks, the MOS switch and the opamp, become difficult to operate at low voltage. Furthermore, lowering the voltage supply fundamentally trades off with an increase in power consumption (for high-resolution, class A, switched-capacitor circuits). This research focuses on developing circuit strategies to overcome these problems while avoiding costly process enhancements. These techniques will help sustain CMOS technology as a cost-effective medium for analog and digital circuit integration in the

future of scaled devices.

As the voltage supply is lowered, it is the loss of signal swing that greatly complicates the circuit design and causes fundamental degradation in performance. Therefore, the central strategy for designing low-voltage circuits is to maximize the available signal swing whenever possible. Differential operation becomes essential for maximizing swing and rejecting common-mode noise. It is also critical that the MOS switches and opamps have the largest output swing possible. Because the main motivation for lowering the voltage supply is to maintain the reliability of scaled devices, it is critical that achieving these goals does not simultaneously overstress the transistors with excessive voltages.

The signal swing of the MOS switch is greatly limited at low voltage. Here the threshold voltage can be a large fraction of the voltage supply, which limits the signal swing to $V_{dd}$-$V_t$. When the threshold voltage is larger than half of the voltage supply, complementary switches do not extend the signal swing. To achieve a near rail-to-rail swing, the switch's gate voltage must be driven outside the supply rails. Therefore, without special circuitry, the switch cannot be activated. Previous work has focused on using charge pumps to generate large on-chip voltages greater than the supply to drive the gate of the switch. For true low-voltage technologies, however, this introduces long-term reliability concerns, particularly gate oxide breakdown. This research proposes a new technique for driving low-voltage MOS switches. A circuit has been developed which bootstraps the gate off of the signal voltage, allowing rail-to-rail operation while keeping all terminal-to-terminal voltages less than one voltage supply. Thus, device reliability is ensured.

The opamp also becomes difficult to design at low voltage. The limited voltage headroom and the desire for large output swing precludes the use of many high-speed topologies, such as

telescopic and folded cascode opamps. Multi-stage opamps achieve high gain and high swing at low voltage, however they require nested frequency compensation. This solution tends to be low bandwidth and power inefficient. This research proposes a folded-cascode, common-source cascade topology that achieves high bandwidth, high gain, and high swing. This topology is made possible at low voltage by using a dynamic AC level-shift in the signal path. This technique allows critical DC operating voltages to be set independently and enables operation nearly down to $V_{gs}+V_{dsat}$. The common-source output provides rail-to-rail output swing to maximize the dynamic range for a given voltage supply.

These circuit strategies demonstrate that switched-capacitor circuits can be integrated with low-voltage, digital CMOS technology. The use of circuit solutions avoids the addition of process enhancements, preserving the cost-effectiveness of high-integration. As a demonstration of these techniques, a low-voltage (1.5V), high-precision (10b), high-speed (20MS/s) pipeline analog-to-digital converter will be fabricated. This work is supported by SRC contract 95-DJ-570.

# EXHIBIT 4

# Final Contract Report

## Research in Design Technologies for Low-Power, Low-Voltage Analog-Digital Interface

**Professors Paul R. Gray and Robert G. Meyer,**

**Electronics Research Laboratory**

**University of California, Berkeley**

**1997**

DJ-570                                    Paul R. Gray and Robert G. Meyer

## 1.  Executive Summary

The basic research objective is to enable high-integration implementations of A/D inter-
face systems at very low power levels on supply voltages as low as 1.5 volts. Most
design activity in low-power mixed-signal circuits is currently aimed at 3 volt systems.
However, it is clear that power optimization in the digital domain and technology scaling
will drive system power supplies down to the 1.5 volt range. Also, it is apparent that fur-
ther savings in power dissipation in the analog sections of mixed-signal integrated cir-
cuits can still be achieved by supply reduction to 1.5 volts, at least for the lower ranges of
resolution and dynamic range, and assuming that signal swings internally can be moved
to a larger fraction of the power supply voltage than is currently the case. Furthermore,
battery-powered operation is more attractive at this lower operative voltage since the
need for additional switch-mode power supplies to provide higher voltages will be elimi-
nated in some cases.

Lower supply voltage greatly complicates the realization of high-performance, wide
dynamic-range mixed-signal circuits. Internal signal swings must be reduced, and tradi-
tional amplifier topologies must be changed. Practical issues such as realization of trans-
mission gates must be addressed. With the increasing integration level of the digital part
of the system on the same chip, digital noise injection becomes an ever more difficult
problem.

We have directed this research at several specific problems in high-speed (i.e. 10MHz
and above) A/D interfaces:

1. Design and optimization techniques for low-power, low-voltage, high-speed multistage
operational amplifiers optimized for fixed capacitive source and load capacitances.

2. Development of a power optimization methodology in pipeline ADC's through device
and capacitance scaling coupled with automatic calibration to allow the use of minimum-
size energy storage elements.

3. Development of high-efficiency, low-oxide-stress, clock-boosting techniques for realiz-
ing full-swing transmission gate functions on 1.5 volt supplies in standard CMOS technol-
ogy.

4. Development of dynamic AC level shifting techniques for relaxing voltage headroom
constraints in low-voltage operational amplifiers and increasing flexibility in amplifier
topology.

5. Examine the use of parallelism to push the operating speed of high resolution CMOS
A/D converters suitable for use in the baseband receiver path of personal communication
applications.

DJ-570                                              Paul R. Gray and Robert G. Meyer

## 2.  Description of Current Research by Task

Task Title:  **Power Optimization in Low-Voltage Pipeline A/D Converters**
Task ID:  **570.001**
Leader:  **Paul R. Gray and Robert G. Meyer**

**Major Results and Findings**

We completed design and layout of the 1.5V Pipeline A/D converter. The prototype is currently being fabricated in a 0.5um CMOS technology. We expect to complete the evaluation of the prototype by the end of the year.

Embodied in the experimental prototype are several new low-voltage design techniques. The most significant advance is the development of carefully bootstrapped MOS switches which allow low-voltage operation without excessive device stress. This block is critical for any low-voltage, switched-capacitor application, such as A/D converters, filters, and sample-and-holds. We also have developed a design methodology for low-voltage CMOS opamps, capable of operation down to 1.5V and rail-to-rail output swing. The opamp bandwidth is sufficient for video-rate sampled-data applications at moderate resolution (10bits at 20MHz sampling). Also incorporated in the ADC prototype is a low-voltage comparator that overcomes potential metastability problems at such a low operating voltage.

Although achieving low power has been one of the goals of this task, for this class of mixed-signal circuit, lower supply voltages do not typically result in lower overall dissipation. Fundamentally sampling capacitor sizes must be increased to preserve signal-to-noise ratio, resulting in larger bias currents to maintain opamp bandwidth. The impact of this constraint was minimized by maximizing the signal swing whenever possible and carefully sizing capacitors in the pipeline chain to maintain the minimum required signal-to-noise ratio. One conclusion drawn at the completion of the design was that the sampling capacitors were not the dominant source of opamp loading. The other auxiliary circuits enabling low-voltage operation dominated the load, accounting for most of the power dissipation. Therefore, there are still substantial barriers to approaching the fundamental limits of power dissipation.

We completed the following deliverables as outlined in our previous proposal.

• F97001 Low-Voltage, Low-Power Analog-to-Digital Interface Design (Tech Findings); A. Abo and P. R. Gray; Univ. of California/Berkeley, 01/10/97, Task ID 570.001, 10 pp.

• Technology transfer course on low-power ADC and mixed-signal design (P:31-DEC-1997) (A:)

We have partially completed the milestone for this task:

• Completion of fabrication and evaluation of 20 MHz pipeline ADC (P:31-DEC-1996) (A:)

FINAL CONTRACT REPORT                                                      3

DJ-570                                                      Paul R. Gray and Robert G. Meyer

## Significant Changes in Research Directions

None

## Technology Transfer Interactions

| Researcher | Date, Contact & Company Name | Nature of Interaction and Technology Transferred |
| --- | --- | --- |
| A. Abo<br>G. Chien | Feb 6, 1997<br>C. Mangelsdorf, Analog Devices | Visit and discussion of ADC work at UCB |
| A. Abo<br>G. Chien<br>R. Meyer | April 8-9, 1997<br>Advanced Mirco Devices<br>Harris<br>Hewlett Packard<br>IBM<br>Motorola<br>National Semiconductor<br>Texas Instruments | Technology Transfer Workshop on Design Techniques for Low-Power Data Converters and RF IC Transceivers at UCB |
| A. Abo | Sep 28-30, 1997<br>SRC | Presentation of ADC work at SRC GFP Conference |

## Technologies Available for Transfer

None

DJ-570                                                    Paul R. Gray and Robert G. Meyer

Task Title: **Parallelism in Low-Power, Low-Voltage Pipeline ADC's**
Task ID: **570-002**
Leader: **Paul R. Gray and Robert G. Meyer**

## Major Results and Findings

We completed the major goal for this task which was the fabrication and evaluation of a 13 bit, 1.4 MS/s sigma-delta modulator. This modulator allows for programmable digital channel select filtering in the baseband path of direct-conversion and wideband IF with double-conversion RF receivers. The modulator meets the dynamic range, intermodulation and blocking requirements of the Digital European Cordless Telephone standard. A 2-2-2 cascade modulator oversampling at 16 X minimized power dissipation by providing the best trade-off between driving parasitic capacitances at high-speed and increased quantization noise at low oversampling ratios. Capacitor scaling to the minimum value required by kT/C noise considerations reduced power dissipation by 2.5 X as compared to the use of identical amplifiers in all stages of the cascade. A capacitive level-shift between the stages of a two-stage amplifier reduced power dissipation as compared to conventional designs by allowing an all NMOS signal path and reduced number of current legs. The modulator was implemented in a 0.72um CMOS technology, achieves 77 dB of dynamic range and dissipates 81 mW from a 3.3 V supply. It was characterized for the blocking and intermodulation requirements of a cordless telephone application.

We completed the deliverable for this task:

• Technology transfer course on low-power mixed signal and high performance ADC design (P:31-DEC-1997) (A:)

We completed the milestone for this task:

• Completion of fabrication and experimental evaluation of 14-bit, 2MHz sigma-delta MASH ADC (P:31-DEC-1996) (A:)

The findings from this completed milestone were submitted to the SRC and are available as the following SRC publication:

T97191 High-Speed, Low-Power Sigma-Delta Modulators for RF Baseband Channel Applications (Thesis-PhD); A. R. Feldman; Univ. of California/Berkeley, 10/29/97, Task ID 570.002, 148 pp.

## Significant Changes in Research Directions

None.

DJ-570                                                    Paul R. Gray and Robert G. Meyer

## Technology Transfer Interactions

| Researcher | Date, Contact & Company Name | Nature of Interaction and Technology Transferred |
|---|---|---|
| A. Feldman | April 8-9, 1997<br>Advanced Mirco Devices<br>Harris<br>Hewlett Packard<br>IBM<br>Motorola<br>National Semiconductor<br>Texas Instruments | Technology Transfer Workshop on Design Techniques for Low-Power Data Converters and RF IC Transceivers at UCB |
| A. Feldman | Feb 6, 1997, C. Mangelsdorf, Analog Devices | Visit and discussion of ADC work at UCB |

## Technologies Available for Transfer

None

# EXHIBIT 5

# Low-voltage, Low-Power Analog-to-Digital Interface Design

Andrew Abo and Paul R. Gray
University of California, Berkeley
SRC Contract 96-DJ-570
December 22, 1996

### Abstract

This technical report covers circuit design techniques for low-voltage, low-power CMOS analog-to-digital interfaces developed under SRC contract 96- DJ-570. This report also discusses the background motivation for this project and its current status.

## I. BACKGROUND

Great progress has been made over the past two decades in the integration of analog and digital signal processing onto a single chip. The result has been a dramatic reduction in cost, power consumption, and form factor for mixed analog and digital systems. CMOS VLSI technology has been largely responsible for enabling this trend. The advent of advanced scaled CMOS technologies, however, presents new challenges in the area of low-voltage, analog CMOS circuit design. New circuit techniques need to be developed to maintain the benefits of mixed signal integration.

In the typical mixed-signal VLSI system, the analog-to-digital interface provides a digital signal processing core with a means of interacting, with various real-world, analog media, such as shown in figure 1. This interface performs such tasks as analog pre-processing, filtering, signal conditioning, A/D conversion, D/A conversion, and media drivers. Some of the best examples of these systems include voiceband data communications, where very high integration levels have been achieved with modems [I], LAN controllers with fully integrated analog interfaces [2], magnetic storage devices with fully integrated A/D interfaces for DSP based read channels [3], and RF receiver front-ends integrated with baseband channel selection and A/D conversion [4].



Fig. 1. Role of analog-to-digital interfaces

These high levels of integration have been made possible by analog circuit designers who have been

able to exploit CMOS technology for mixed-signal design, allowing both analog and digital circuits to be fabricated on a single die. Advances in the miniaturization of CMOS devices, however, present a new challenge in low-voltage design.

Power supply voltages for integrated circuits have traditionally been 5V and higher. Only recently has there been a migration toward the 3.3V supply. The development of CMOS technology, however, is now at a point where dramatic scaling of the voltage supply is necessary for continued progress. As device dimensions shrink, the applied voltages must also be proportionately scaled in order to guarantee long-term reliability. Figure 2 shows the future of voltage supply scaling as projected by the Semiconductor Industry Association [5]. It is clear that circuits will need to operate as low as 1.5V in the near future.



Fig. 2. SIA technology roadmap for voltage scaling

There are several key mechanisms that limit the voltage applied to the device. Gate oxide breakdown, tunneling leakage, and device stability limit the voltage that can be applied across the gate of a MOS transistor [6]. Drain-substrate junction breakdown limits the absolute voltage that can be applied to the transistor drain. Hot electron effects can damage the device and degrade performance over time. This limits the voltage that can be applied from drain to source.

## II. LOW-VOLTAGE CIRCUIT TECHNIQUES

By understanding these limitations as they apply to circuit design, we have established simple design rules for reliable, low-voltage circuit design. Specifying a single voltage $(V_{dd})$ for reliable operation is overly restrictive. It is actually the device terminal-to-terminal voltages that determine lifetime before breakdown or performance degradation. Our examination has shown that if the technology can reliably be operated at a given $V_{dd}$, then the terminal-to-terminal voltages need only be kept below Vdd. This modification of reliability design rules greatly increases the flexibility in choosing circuit topologies. For example, certain bootstrapping techniques that might otherwise be considered unreliable are allowed.

These low-voltage circuit design techniques, however, must adhere to the overall goal of low-cost and low-power mixed-signal integration. Therefore, it is important that in the process of adapting analog circuits to operate at reduced voltage, we do not make costly demands on the technology, such as dual oxides, multiple threshold voltages, or high voltage devices. It is also critical that these techniques simultaneously minimize power dissipation for the given voltage supply, especially for portable applications. We have stroved to achieve both of these goals within the boundaries of reliable device operation.

*A. Challenges in Low-voltage Analog Design*

We have chosen to specifically address the design of low-voltage CMOS switched-capacitor circuits. Switched-capacitor circuits are pervasive in integrated analog/digital interfaces due to their ability to achieve high-performance analog signal processing in CMOS. Reduced supply voltage greatly complicates the realization of these high-speed, wide-dynamic-range circuits. Internal signal swings must be reduced, and traditional amplifier topologies must be changed. Practical issues such as realization of transmission gates must be addressed. Offset voltages do not scale and actually tend to worsen for smaller channel lengths. With the increasing integration level of the digital part of the system on the same chip, digital noise injection also becomes an ever more difficult problem.

Unlike in digital circuits, lowered voltage supply in an analog circuit results in a degradation of dynamic range. As the supply is lowered, fixed thermal noise because a large fraction of the available signal swing. More power must be consumed to recovered the lost dynamic range in a high-resolution, switched-capacitor circuit. This is a *fundamental limitation* of switched-capacitor circuits. Therefore, for power-optimized, analog, switched-capacitor circuits it is essential that the signal swing is maximized for a given voltage supply. This concept is central to our low-voltage, low-power design strategy. Differential circuit operation is essential both to maximize the available swing and reject substrate noise.

*B. Low-voltage, High-swing MOS Switch Design*

The MOS switch or transmission gate is critical to a switched-capacitor circuit. It allows voltages to be sampled onto capacitors such as shown in figure 3. The switch is typically implemented as either a single NMOS transistor or an NMOS in parallel with a PMOS device. By applying vdd or *Gnd* to the gates of the transistors we make a low on-resistance or very large off-resistance between drain and source. The effective on conductance is the sum of both the NMOS and PMOS devices.



gdsn + gdsp

Fig. 3. MOS switch

As the voltage supply vdd is lowered, however, it becomes more difficult to turn the switch on. Figure 4 shows the effective on-conductance for a transmission gate versus the input signal being passed through the switch for three different voltage supplies. In the first case (top), vdd >> vtn+Vtp, and a large on-conductance is maintained for full-swing signal from *Gnd to Vdd*. Notice the on-conductance for a single device goes to zero when $V_{gs} - Vt = Vdd - V_i - Vt = O$. In the second case (middle), vdd is only slightly large than $V_{tn} + V_{tp}$, and the on-conductance drops significantly for signals midway

between the supply rails. For the last case (bottom), vdd < Vtn+ $V_{tp}$, and the switch cannot even be turned on for a large fraction of the signal swing.



Fig. 4. MOS switch on-conductance vs signal swing

Several solutions have been proposed to solve the on-conductance problem. One solution is to dedicate a special low-threshold implant to the switch devices. Enhancing the process, however, is undesirable because it increases the cost and reduces the benefit of mixed-signal integration. It is more flexible and cost-effective to develop a circuit solution to this problem. Furthermore, the lower bound on Vt is set by sub-threshold currents which do not scale.

One circuit solution has been to generate a large on-chip voltage to drive the gate of the switching device [16]. By using a voltage doubling circuit, such as a charge pump, a large on-conductance can be established for full-swing signals. For scaled technologies, however, this presents a reliability problem. By generating a fixed voltage of twice the rated voltage supply, the gate oxide is over-stressed and subject to time-dependent dielectric breakdown.

Another circuit solution has been to use switched opamps [7]. This method eliminates the MOS switch. Instead of using a switch to disconnect an opamp output, the opamp is turned off and put in a high impedance state similar to a tri--state buffer. Using this technique, it is not necessary to generate large voltages that introduce reliability problems. The reported clock speeds of these circuits, however, is too low for high-speed video applications. The highest reported clock speed is 1.8MHz [8]. It is not clear if these speeds can be extended to video rate.

We have developed a technique for achieving high-speed, reliable MOS switches with rail-to-rail signal swing. Figure 5 illustrates the concept. A single NMOS transistor is used as the switch. In the off state, the gate is grounded and the drain to source resistance is very high regardless of the input signal applied to the source. In the on state, a constant voltage of Vdd is applied across the gate to source terminals, and a low on-resistance is established from drain to source independent of the input signal. Although the absolute voltage applied to the gate may exceed vdd for a positive

input signal, none of the terminal-to-terminal device voltages exceed $V_{dd}$. Thus, long-term reliability is ensured. Using this scheme, we can use rail-to-rail signal swings independent of the value of $V_t$, which is important in minimizing power consumption as described earlier.



Fig. 5.  Bootstrapped MOS switch

Figure 6 illustrates a circuit that implements this concept. It operates on a single phase clock that turns the switch on and off. The constant gate-source voltage is maintained by charging the capacitor $C$ to $V_{dd}$ during the off phase and connecting it across the gate-source of the switching device during the on phase. This circuit is carefully designed such that no device is stressed beyond a voltage of $V_{dd}$. Because the input signal voltages can be different for different switches, this circuit must be replicated for each switch.



Fig. 6.  Bootstrap circuit

There are several benefits to this approach. By not resorting to using large fixed on-chip voltages, we can guarantee long-term reliability. Since the gate over-drive is roughly independent of the input signal, the switch resistance is relatively signal independent. This improves the circuit linearity. Similarly the charge injection is less signal-dependent. This circuit is capable of low-voltage operation down to $V_t$, and it maximizes the signal dynamic range with rail-to-rail swings.

The trade-off of using this approach is the auxiliary circuitry needed to drive a single switch. This adds parasitic capacitance to the signal path, which tends to increase the opamp power consumption. Because this circuit must be replicated for each switch, there is some cost in area.

## C. Low-voltage, High-swing, High-speed Opamp Design

High-speed opamps are the second key building block for any switched-capacitor circuit. The summing node properties of the opamp provide precision signal processing capability. Because the opamp settling limits the clock frequency and throughput of a switched-capacitor circuit, high-speed topologies are required.

Low-voltage operation, however, places constraints on the allowable design choices. There must be enough voltage to bias the transistors in saturation at all times. The simplest possible amplifier consists of a cascade of common source stages as shown in figure 7. In this case, the minimum voltage supply that keeps all devices in saturation is $V_{dd} > V_{gs} + V_{dsat} = Vt + 2Vdsat$. This practical limit provides a benchmark against which any opamp can be measured. Any opamp, which approaches this limit is a good candidate for low-voltage design.



Fig. 7.  Minimum amplifier voltage supply

Recent work [9] [10] [11][12] has shown that cascades of three or more of these simple stages can realize stable opamps with sufficient gain. Nested Miller compensation, however, is required to stabilize these opamps with a significant penalty in speed and power. For low-power applications, it is desirable to use fewer stages, which yields inherently higher bandwidth and lower power.

By borrowing from AC coupling methods, we have found a way to relax the voltage headroom constraints in an amplifier cascade. Figure 8 illustrates this technique. A capacitor is used to dynamically generate a DC level shift. This allows the output voltage of the previous stage to be set independently of the input voltage of the next stage. This DC path no longer limits the supply allowing more choices in opamp topology.



Fig. 8.  Switched-capacitor level shift

The opamp topology we have chosen for this work is shown in figure 9. It is essentially a two-stage amplifier, which is higher bandwidth and lower power than a three stage nested Miller compensated amplifier but achieves comparable gain. Furthermore, cascode compensation is used, which is more bandwidth efficient than conventional Miller compensation [13] [14]. The opamp consists of a folded cascode input stage cascaded with a common-source output stage. The common-source output stage has a two-fold purpose. It increases the gain and provides the largest possible signal swing for a given voltage supply. Again, it is important to maximize swing to minimize power consumption for a high-resolution switched-capacitor circuit. A dynamic level shift is used between the two stages, which enables the circuit to operate at low-voltage. The minimum voltage supply is set by the high-swing cascode bias circuit. This sets the minimum supply voltage at $V_t + 3Vdsat$, which can approach the practical limit of Vt+ 2Vdsat.



Fig. 2. Low-voltage opamp

*D. Low-voltage Comparator Design*

In any analog-to-digital interface, a comparator is essential to perform signal quantization. Figure 10 shows a comparator with an input differencing network that is well-suited to low-voltage operation. By using AC coupling, the signal and reference common-mode voltage can be set independently of the comparator input common-mode voltage [17]. This relaxes the voltage headroom constraints placed on the comparator design.



Fig. 10. AC coupled comparator

Comparison decisions are made regeneratively with positive feedback as shown in figure 11. This topology is similar to previous work [15]. A low-voltage comparator, however, cannot use a typical, pure class B regeneration circuit such as a pair of cross-coupled inverters. If Vdd < Vtp + Vtn, then there exists a very slow meta-stable state in which neither the NMOS or PMOS devices are strongly inverted for small differential inputs. In this circuit, during phase one $(\phi_1)$ the input NMOS devices M1 and M2 establish a difference voltage across the reset device M9. At the end of phase one, the reset device turns off and the input devices are cut off from the output. This allows the external differencing network to reset the common-mode input and sample the reference voltage. Cross-coupled PMOS devices M7 and M8 amplify the voltage difference with positive feedback, while device M5 and M6 provide a class ,4 bias current for pull-down. A digital buffer can be used to generate full logic levels.



Fig. 11. Low-voltage comparator

## III. Low-voltage Pipeline A/D Converter

Switched-capacitor circuits have many applications in analog/digital interfaces. We have chosen to design a 1.5V, 20 MS/s, 10-bit pipeline analog-to-digital converter as a demonstration of our low-voltage, low-power switched-capacitor circuit techniques. Such a converter would be suitable for use in a portable cam-corder, cable TV decoder, or a wireless LAN transceiver. These circuit techniques are also applicable to a broad class of interface applications such as sigma-delta modulators, filters, and sample-and-holds.

Figure 12 shows a block diagram of a pipeline ADC. It incorporates all the low-voltage building blocks described. In this converter there is a strong trade off between signal swing and power consumption due to the high signal-to-noise ratio required. The larger the swing, the more thermal noise can be tolerated which results in reduced power consumption. We have minimized the power consumption by maximizing the voltage swing in both the switches and opamps. Further power savings can be achieved by careful scaling of each pipeline stage. The thermal noise requirements are relaxed as one proceeds down the stages, allowing the power consumption to be proportionately reduced. We are developing a systematic approach to this minimization.

Previous work in low-voltage switched-capacitor circuits has focused on relatively low clock rates and high resolution. Our design pushes the clock frequency to video-rate applications with moderate resolution. Figure 13 shows the speed and resolution of previous work with voltages supplies under 1.8V. Because one of the main issues driving the migration toward low voltage supplies is device reliability, we have emphasized reliable operation in all our circuits. Most of the previous approaches do not address this issue.

## IV. CONCLUSION

We have developed several circuit techniques for low-voltage, low-power switched-capacitor circuits. These techniques are appropriate for use in low-voltage, advanced CMOS technologies where device reliability is a real issue. These techniques include high-swing, low-voltage MOS switches, dynamic level-shifting, low-voltage opamp design, and low-voltage comparator design. We have incorporated these blocks in a 1.5V, 20 MS/s, 10-bit pipeline analog-to-digital converter. We anticipate completing layout in a 0.5 micron CMOS technology in April 1997 and experimental prototype evaluation in summer 1997.

## REFERENCES

[1] H. Ishida, et al, "A Single-Chip V.32bis Modem," Digest of Technical Papers, 1994 IEEE International Solid-State Circuits Conference, San Francisco, February, 1994.



Fig. 12. Switched-capacitor gainstage for pipeline ADC

[2]  J. Scott, et al, "A 16 Mb/see Adapter Chip for the Token-Ring Local Area Network," *Digest of Technical Papers*, 1989 IEEE International Solid-State Circuits Conference, San Francisco, February, 1989.

[3]  T. Schmerbeck, R. Richetta, L. Smith, "A 27MHz Mixed Analog-Digital Magnetic Recording Channel DSP Using Partial-Response Signaling With Maximum-Likelihood De Detection," *Digest of Technical Papers*, 1991 IEEE International Solid-State Circuits Conference, February, 19'31.

[4]  J. Rudell, J-J. Ou, T. Cho, G. Chien, F. Brianti, J. Weldon, P. Gray, "A 1.9GHz Wide-Band IF Double Conversion CMOS Integrated Receiver for Cordless Telephone Applications," *Digest of Technical Papers*, 1997 IEEE International Solid-State Circuits Conference, February, 1997.

[5]  "The National Technology Roadmap for Semiconductors," Semiconductor Industry Association, 1995.

[6]  C. Hu, "Gate Oxide Scaling Limits and Projection," *IEDM Technical Digest*, 1996 IEEE International Electron Devices Meeting, San Francisco, 1996.

[7]  J. Crols, M. Steyaert, "Switched-opamp: an approach to realize full CMOS switched-capacitor circuits at very low power supply voltages," *IEEE J. of Solid-State Circuits*, Aug. 1994, Vol.29, (no.8):936-42.

[8]  A. Baschirotto, R. Castello, "A IV 1.8 MHz CMOS Switched-OpAmp SC Filter with Rail-to-Rail Output Swing," *Digest Of Technical Papers*, 1997 IEEE International Solid-State Circuits Conference, San Francisco, February, 1997.

[9]  R. Eschauzier, et al, "A 100 MHz 100dB Operational Amplifier with Multipath Nested Miller Compensation," *IEEE J. of Solid-State Circuits*, Dec. 1992.

[10]  R. Hogenvorst, et al, "A Compact Power-Efficient, 3V CMOS Rail-to-Rail Input/Output Operational Amplifier for VLSI Cell Libraries," *Digest of Technical Papers, 1994* International Solid-State Circuits Conference, San Francisco, Feb. 1994.

[11]  R. G. H. Eschauzier, et al, "A Programmable 1.5V CMOS Class AB Operational Amplifier with Hybrid Nested Miller Compensation for 120dB Gain and 6MHz UGF," *Digest of Technical Papers, 1994* IEEE International Solid-State Circuits Conference, San Francisco, Feb. 1994.

[12]  J. H. Huijsing, R. Hogervorst, K. de Langen, "Low-Power Low-Voltage VLSI Operational Amplifier Cells," *IEEE Transactions on Circuits and Systems-I: Fundamental Theory and Applications*, Vol. 42. No. 11, Nov. 1995.

[13]  D. Ribner, M. Copeland, "Design Techniques for Cascoded CMOS OpAmps with Improved PSRR and Common-Mode Input, Range," *IEEE J. of Solid-State Circuits*, Vol. SC-19, No. 6, Dec. 1984.

[14]  B. Ahuja, "An Improved Frequency Compensation Technique for CMOS Operational Amplifiers," *IEEE J. of Solid-State Circuits*, Vol. SC-18, No. 6, Dec. 1983.

[15]  G. M. Yin, F. Op't Eynde, W. Sansen, "A High-Speed CMOS Comparator with 8-b Resolution," *IEEE J. of Solid-State Circuits*, Vol. 27, No. 2, Feb. 1992.

[16]  T. B. Cho, P. R. Gray, "A 10 b, 20 Msample/s, 35 mW pipeline A/D converter," *IEEE J. of Solid-State Circuits*, March 1995, Vol. 30, No.3.

[17]  L. Der, S. H. Lewis, P. J. Hurst, "A switched-capacitor differencing circuit with common-mode rejection for fully differential comparators," *Proceedings of the 36th Midwest Symposium on Circuits and Systems*, Detroit, 1993.

[18]  T. Matsuura, et al, "1.2 V mixed analog/digital circuits using 0.3 mu m CMOS LSI technology," *Digest of Technical papers, 1994* IEEE International Solid-State Circuits Conference, San Francisco, 1994.

[19]  H. Hasegawa, et al. "A 1.5 V 8b 8 mW BiCMOS video A/D converter," *Digest of Technical Papers*, 1996 IEEE International Solid-State Circuit Conference, San Francisco, 1996. '

[20]  Y. Matsuya, J. Yamada, "1 V power supply, low-power consumption A/D conversion technique with swing-suppression noise shaping," *IEEE J. of Solid-State Circuits*, Vol. 29, No. 12, Dec. 1994.



Fig. 13. Previous low-voltage switched-capacitor circuits

[21] J. Grilo, et al, "A 1.8 V 94 dB dynamic range Sigma Delta modulator for voice applications," Digest of Technical *Papers, 1996* IEEE International Solid-State Circuist Conference, San Francisco, 1996.

[22] S. Rabii, B. A. Wooley, "A 1.8 V, 5.4 mW, digital-audio Sigma Delta modulator in 1.2 mu m CMOS," Digest o.f *Technical Papers, 1996* IEEE International Solid-State Circuist Conference, San Francisco, 1996.

[23] R. 'Castello, L. Tomasini, "1.5-V high-performance SC filters in BiCMOS technology," *IEEE J. of Solid-State Circuits*, Vol. 26. No. 7, July, 1991.

[24] W. Chung-Yu, et al, "A 1.5 V CMOS balanced differential switched-capacitor filter with internal clock boosters," 1995 IEEE Symposium on Circuits and Systems, Seattle.

# EXHIBIT 6

# Renewal Proposal/Contract Annual Report

## Research in Design Technologies for Low-Power, Low-Voltage Analog-Digital Interface

### Professors Paul R. Gray and Robert G. Meyer,

### Electronics Research Laboratory

### University of California, Berkeley

### 1996/1997

# PART II:   CONTRACT ANNUAL REPORT

1. Table of Contents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

2. Executive Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

3. Description of Current Research by Task . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

      Power Optimization in Low-Voltage Pipeline A/D Converters . . . . . . . . . . . . . . 4

      Parallelism in Low-Power, Low-Voltage Pipeline ADCs . . . . . . . . . . . . . . . . . . 6

## 2.  Executive Summary

The basic research objective is to enable high-integration implementations of A/D inter-face systems at very low power levels on supply voltages as low as 1.5 volts. Most design activity in low-power mixed-signal circuits is currently aimed at 3 volt systems. However, it is clear that power optimization in the digital domain and technology scaling will drive system power supplies down to the 1.5 volt range. Also, it is apparent that fur-ther savings in power dissipation in the analog sections of mixed-signal integrated cir-cuits can still be achieved by supply reduction to 1.5 volts, at least for the lower ranges of resolution and dynamic range, and assuming that signal swings internally can be moved to a larger fraction of the power supply voltage than is currently the case. Furthermore, battery-powered operation is more attractive at this lower operative voltage since the need for additional switch-mode power supplies to provide higher voltages will be elimi-nated in some cases.

Lower supply voltage greatly complicates the realization of high-performance, wide dynamic-range mixed-signal circuits. Internal signal swings must be reduced, and tradi-tional amplifier topologies must be changed. Practical issues such as realization of trans-mission gates must be addressed. With the increasing integration level of the digital part of the system on the same chip, digital noise injection becomes an ever more difficult problem.

We have directed this research at several specific problems in high-speed (i.e. 10MHz and above) A/D interfaces:

1. Design and optimization techniques for low-power, low-voltage, high-speed multistage operational amplifiers optimized for fixed capacitive source and load capacitances.

2. Comparison of fundamentally achievable power dissipation figure of merit for different analog-digital conversion architectures, including pipeline, two-step flash, sigma-delta, and successive approximation.

3. Development of a power optimization methodology in pipeline ADCxd5 s through device and capacitance scaling coupled with automatic calibration to allow the use of minimum-size energy storage elements.

4. Development of high-efficiency, low oxide stress clock boosting techniques for realiz-ing full-swing transmission gate functions on 1.5 volt supplies in standard CMOS technol-ogy.

5. Development of dynamic AC level shifting techniques for relaxing voltage headroom constraints in low-voltage operational amplifiers and increasing flexibility in amplifier topology.

## 3.  Description of Current Research by Task

Task Title:  **Power Optimization in Low-Voltage Pipeline A/D Converters**
Task ID:  **570.001**
Leader:  **Paul R. Gray and Robert G. Meyer**

### *Major Results and Findings*

We have investigated the scaling properties of power dissipation in power-optimized pipeline ADC's. Fundamental considerations predicted power dissipation would scale to a power of the effective channel length of the technology. We have verified this result with the evaluation of an experimental prototype ADC fabricated in 0.6 micron technology. The converter achieves 10 bit resolution while dissipating less than 10mW at 20MS/sec and 28mW at 40MS/sec. This is the lowest reported power dissipation to date for this speed and resolution. These results were accepted at the 1996 VLSI Symposia on Technology and Circuits: T. Cho, G. Chien, F. Brianti, P. R. Gray, "A Power-Optimized CMOS Baseband Channel Filter and ADC for Cordless Applications." Comparison of this result with our previous prototype (10 bits, 35mW at 20MS/sec) demonstrates the scalability of power dissipation in pipeline ADC's follows a near square law reduction with transistor channel length.

We have investigated using parallelism as an architectural approach to reducing power dissipation in ADC's. Fundamentally, parallelism relaxes the speed requirements on each parallel channel while maintaining high overall throughput. Square-law transistor behavior predicts an overall reduction in power dissipation can be achieved with parallelism. We have determined that practical issues, such as clock generation and channel mismatches, however, limit its effectiveness as a means of power reduction.

The greatest power reduction will come from optimized sampling capacitor scaling and power-optimized operational amplifier design. At low voltage, maximization of signal swing is central to these optimizations. This relaxes constraints on the required sampling capacitance due to kT/C noise.

At the circuit level, we have developed new low-voltage techniques enabling high-swing, high-speed operation of the pipeline converter's key blocks: the transmission gate and operational amplifier. Using signal-dependent bootstrapping, the new transmission gate can pass rail-to-rail signals without being subjected to excessively large terminal voltages. Such large voltages have been common to previous clock boosting strategies and raise long-term reliability concerns for true low-voltage, scaled CMOS devices.

Alternatives in opamp topology have been very limited at low voltage. We have expanded the possible opamp topologies by incorporating a dynamic AC level shift in the signal path. This technique relaxes voltage headroom constraints and enables the design of low-voltage amplifiers with high gain, speed, and swing. We have completed the design of 1.5V, high-speed, high-precision opamp using this technique.

These new low-voltage techniques have been incorporated into the design of a 1.5V video-rate pipeline A/D converter.

*Renewal Proposal/Contract Annual Report*                                          *Paul R. Gray and Robert G. Meyer*

## Significant Changes in Research Directions

None

## Technology Transfer Interactions

| Researcher | Date, Contact & Company Name | Nature of Interaction and Technology Transferred |
| --- | --- | --- |
| P. R. Gray | Aug 4, 1995, T. R. Visvanathan, Texas Instruments | Visit and discussion of ADC and RF work |
| A. Abo, L. Lin, A. Feldman, G. Chien | Feb 6, 1996, C. Mangelsdorf, Analog Devices | Visit and discussion of ADC work at UCB |
| A. Abo, A. Feldman | Mar 10, 1996, C. Martinez, Maxim | Visit and discussion of ADC work at UCB |

## Technologies Available for Transfer

None

Task Title:  **Parallelism in Low-Power, Low-Voltage Pipeline ADC's**
Task ID:    **570-002**
Leader:     **Paul R. Gray and Robert G. Meyer**

## Major Results and Findings

We have completed a feasibility study of extending parallel pipeline techniques to the 10-bit resolution range. We have concluded that parallelism could extend 10-bit pipeline ADC sampling rates to 200MHz in a 0.6 micron technology. Reducing parallel channel mismatch, however, would require extensive calibration and clock generation with sub-picosecond jitter. These results will be presented in a Master's thesis: L. Lin, "Design Techniques for Parallel Pipelined ADC." We feel these results are conclusive enough that no clear research contribution would be gained by fabricating a prototype.

One of the research objectives in this program has also been to study alternative architectures for low-power A/D conversion particularly for PCS applications. In support of this goal, we have completed the design and layout of a 14-bit, 2MS/sec sigma-delta A/D converter in a 0.72 micron technology. The converter's MASH architecture exploits concurrent processing to achieve a high sampling rate. The oversampled nature of this converter makes it particularly attractive for digital baseband processing and channel selection in a personal communications receiver. By oversampling and performing channel selection in the digital domain, we achieve lower power dissipation and greater flexibility over conventional baseband, Nyquist rate, analog approaches. The expected stand-alone power dissipation of the converter is 80mW at a raw sampling rate of 32MHz with an oversampling ratio of 16. The prototype will be fabricated in June 1996 using National Semiconductor's 0.72 micron process.

## Significant Changes in Research Directions

We have concluded based on analysis that the utilization of parallelism in pipeline A/D converters can indeed yield the expected speed improvements, giving a sample rate in the 200MS/sec range. We have also concluded that traditional self-calibration approaches can indeed increase the path-mismatch limited resolution to the 10-bit range. However, these results are direct extrapolations of previously obtained results on parallel pipelines. We believe that more impact will result from finding novel ways to apply parallelism and concurrency to implement A/D converters that more closely match the needs of PCS transceivers. Hence the proposed shift in emphasis to low-power, high-resolution sigma-delta ADC's with adaptive cancellation of path mismatch errors.

*Renewal Proposal/Contract Annual Report*                          *Paul R. Gray and Robert G. Meyer*

## Technology Transfer Interactions

| Researcher | Date, Contact & Company Name | Nature of Interaction and Technology Transferred |
| --- | --- | --- |
| A. Feldman | Apr 19, 1996, L. Lewicki, J. Weiser, National Semiconductor | Design review at NSC with Data Acquisition and Telecom groups |

## Technologies Available for Transfer

None