# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

September 11, 2007

**VIA E-FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:  **Analog Devices, Inc. v. Linear Technology Corp.,
C.A. No. 06-346-GMS**

Dear Chief Judge Sleet:

I write on behalf of both parties in the above-referenced action. Enclosed for Your Honor's consideration is a Stipulated Amended Scheduling Order that seeks to extend all the remaining deadlines in this case, including the trial date, by approximately three months. For the Court's convenience we have also enclosed a chart that compares the current dates with the dates that the parties jointly propose for the Court's consideration.

The parties have been pursuing discovery since the Court entered the initial Scheduling Order in this case but believe that the complexity and size of this matter merits the requested extension.

First, as the Court is aware from the technology tutorial and the *Markman* proceedings held on July 26, there are eleven patents-in-suit (three asserted by Analog and eight asserted by LTC) which represent seven different technical areas of analog circuit design, ranging from power management to analog-to-digital converters. Subsequent to the Scheduling Conference, the parties identified 34 asserted claims, 282 accused products, 161 prior art references, and 95 individuals as persons with knowledge.

Second, although the parties propounded and responded to written discovery and provided each other with "representative" discovery several months ago, document collection was more complex and broader than was originally anticipated, particularly given the number of accused products, and document collection and production is still in progress. The parties have also served third party subpoenas and noticed several depositions. All of this has taken substantially longer than both parties predicted at the onset of the case.

RLF1-3199684-1

The Honorable Gregory M. Sleet
September 11, 2007
Page 2

Third, the parties have been engaged in substantive settlement discussions, including a mediation with Magistrate Judge Thynge, that are continuing. Although these discussions have occurred in parallel with the litigation process, they have, to a certain extent, distracted the parties from their discovery efforts.

Counsel look forward to discussing the proposed schedule with the Court at the September 18, 2007 conference at 3:00 pm.

Respectfully,

Frederick L. Cottrell, III

FLC,III/th

cc:    Clerk of the Court (via e-filing)
       Karen Jacobs Louden, Esq. (via e-filing and hand delivery)

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANALOG DEVICES, INC., | ) | |
| | ) | |
| *Plaintiff/Counterclaim* | ) | |
| *Defendant,* | ) | |
| | ) | C.A. No. 06-346-GMS |
| vs. | ) | |
| | ) | |
| LINEAR TECHNOLOGY CORP., | ) | |
| | ) | |
| *Defendant/Counterclaim* | ) | |
| *Plaintiff.* | ) | |

## STIPULATED AMENDED SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, subject to the approval of the Court, that the Scheduling Order dated September 29, 2006 is hereby amended as follows:

**5.**    **Discovery**. All fact discovery in this case shall be initiated so that it will be completed on or before February 1, 2008. Expert discovery in this case shall be initiated so that it will be completed on or before April 25, 2008. Opening expert reports on issues for which a party bears the burden of proof shall be served on February 22, 2008 with responsive expert reports on March 21, 2008.

a.    **Discovery Disputes.** Should counsel find they are unable to resolve a discovery dispute, the party seeking the relief shall contact chambers at (302) 573-6470 to schedule a telephone conference. Not less than forty-eight hours prior to the conference, by hand delivery or facsimile at (302) 573-6472, the party seeking relief shall file with the Court a letter agenda not to exceed two (2) pages outlining the issues in dispute. Should the Court find further briefing necessary upon conclusion of the telephone conference, the Court shall order the party seeking relief to file with the Court a **TWO PAGE LETTER**, exclusive of exhibits, describing

the issues in contention.  The responding party shall file within five (5) days from the date of

service of the opening letter an answering letter of no more than **TWO PAGES**.  The party

seeking relief may then file a reply letter of no more than **TWO PAGES** within three (3) days

from the date of service of the answering letter.

        b.     **Discovery Limits.**    The following limitations on discovery will apply in

this action:

        i.     **Interrogatories.**  The parties agree that each party may propound,

in total, no more than 150 interrogatories to any other party (including subparts) with no

one interrogatory directed to more than one patent-in-suit.

        ii.     **Requests For Admission.**  The parties agree that each party may

propound, in total, no more than 35 requests for admission (including subparts), except

that this limitation shall not apply to requests for admission that are directed to the

authenticity of documents or admissibility into evidence of documents.

        iii.     **Close Of Discovery Timing.**  The parties agree that all written

requests for discovery, including for example interrogatories or requests for admission,

must be served so that the 30-day response time occurs before the end of fact discovery.

        iv.     **Fact Depositions.**  At this stage of the case, the parties agree that

the limitations of depositions contained in Fed. R. Civ. P. 30(a)(2)(A) should be modified

as follows:  each side shall be permitted to take a maximum of 150 hours of depositions

of fact witnesses, including 30(b)(6) depositions.  Unless otherwise agreed to by the

parties, the deposition of an individual non-30(b)(6) witness is limited to one day of

seven (7) hours of actual examination, and no deposition of any witness shall exceed

seven (7) hours of examination in a single day; *provided*, however, that:  (A) a deposition

2

of an individual inventor shall not exceed fourteen (14) hours over two days; and (B) there shall be no specific hour limit with respect to depositions conducted pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, and such depositions may proceed for as many hours as reasonably necessary. The parties may seek leave of the Court to increase the number of depositions available to one or both of the parties or to seek additional time with particular witnesses. The parties and their counsel agree to cooperate in the scheduling, conduct, and location of all depositions.

    v. **Expert Depositions.** In view of the possibility of narrowing of issues, the parties agree to confer on time limitations for expert depositions prior to the commencement of the period for expert depositions as set by the Court. In the unlikely event that the parties cannot reach agreement, they may present this issue to the Court.

  **8.** **Summary Judgment Motions.** Prior to filing any summary judgment motion, the parties must submit letter briefs seeking permission to file the motion. The opening letter briefs shall be no longer than five (5) pages and shall be filed with the Court no later than February 27, 2008. Answering letter briefs shall be no longer than five (5) pages and filed with the Court no later than March 5, 2008. Reply letter briefs shall be no longer than three (3) pages and filed with the Court on or before March 12, 2008. The Court shall hold a telephonic status conference to hear argument and to determine whether the filing of any motion will be permitted on March___, 2008 at 8:30 a.m. **Unless the Court directs otherwise, no letter requests to file a motion for summary judgment may be filed at a time before the dates set forth in paragraph 8.**

  **9.** **Case Dispositive Motions.** Should the Court permit the filing of summary judgment motions an opening brief and affidavits, if any, in support of the motion shall be served

3

and filed on or before May 9, 2008. Answering briefs shall be filed on or before May 30, 2008. Reply briefs shall be filed on or before June 6, 2008. Parties must submit an original and two (2) copies.

13.    **Motions *in Limine*.**  No party shall file more than ten (10) motions *in limine*. Opening and answering briefs shall not exceed five (5) pages and reply briefs shall not exceed three (3) pages. Motions *in limine* are due on or before June 20, 2008 with oppositions due on July 3, 2008 and replies on July 11, 2008. All *Daubert* issues shall be briefed on the same schedule as *in limine* motions.

14.    **Pretrial Conference.**  On August___, 2008, the Court will hold a Pretrial Conference in Chambers with counsel beginning at 10:00 a.m. Unless otherwise ordered by the Court, the parties should assume that filing the pretrial order satisfies the pretrial disclosure requirement in Federal Rule of Civil Procedure 26(a)(3). Thirty (30) days before the joint proposed pretrial order is due, plaintiff's counsel shall forward to defendant's counsel a draft of the pretrial order containing the information plaintiff proposes to include in the draft. Defendant's counsel shall, in turn, provide to plaintiff's counsel any comments on the plaintiff's draft as well as the information defendant proposes to include in the proposed pretrial order. The parties shall file with the Court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order which accompanies this Scheduling Order on or before July 21, 2008.

15.    **Trial.**  This matter is scheduled for jury trial of at least 20 days beginning at 9:00 a.m. on September___, 2008. During the *Markman* hearing, the Court shall discuss with the parties the manner in which the case will be tried.

4

16.     **Scheduling**.    The parties shall direct any requests or questions regarding the

scheduling and management of this matter to Chambers at (302) 573-6470.


/s/Kelly E. Farnan                                          /s/Karen Jacobs Louden
Frederick L. Cottrell, III (#2555)                          Jack B. Blumenfeld (#1014)
cottrell@rlf.com                                            jblumenfeld@mnat.com
Kelly E. Farnan (#4395)                                     Karen Jacobs Louden (#2881)
farnan@rlf.com                                              klouden@mnat.com
Richards, Layton & Finger, P.A.                             Morris, Nichols, Arsht & Tunnell, LLP
One Rodney Square, P.O. Box 551                             1201 N. Market Street
Wilmington, DE 19899                                        PO Box 1347
(302) 651-7700                                              Wilmington, DE 19899
*Attorneys for Plaintiff/Counterclaim Defendant*           (302) 658-9200
*Analog Devices, Inc.*                                      *Attorneys for Defendant and Counterclaimant*
                                                            *Linear Technology Corporation.*


Dated:  September _____, 2007                               Dated:  September _____, 2007

OF COUNSEL:                                                 OF COUNSEL:
Wayne L. Stoner                                             Robert C. Morgan
Wayne M. Kennard                                            Laurence S. Rogers
Donald R. Steinberg                                         Ropes & Gray LLP
Benjamin M. Stern                                           1211 Avenue of the Americas
Amy L. Nash                                                 New York, NY 10036
Wilmer Cutler Pickering Hale and Dorr LLP                   (212) 596-9000
60 State Street
Boston, MA 02109                                            Mark D. Rowland
(617) 526-6000                                              Ropes & Gray LLP
                                                            525 University Avenue, Suite 300
Heath A. Brooks                                             Palo Alto, CA 94301
Wilmer Cutler Pickering Hale and Dorr LLP                   (650) 617-4000
1875 Pennsylvania Avenue, N.W.
Washington, D. C. 20006
(202) 663-6000


IT IS SO ORDERED this _____day of September, 2007.


_____
Chief Judge

# EXHIBIT B

**ANALOG DEVICES, INC. v. LINEAR TECHNOLOGY CORP.**
**C.A. No. 06-346-GMS**

| Original Date | Proposed New Date | Event |
|---|---|---|
| October 1, 2007 | February 1, 2008 | All fact discovery completed (all discovery requests must be served so as to be completed by this date) |
| October 23, 2007 | February 22, 2008 | Serve opening expert reports on issues for which a party bears the burden of proof |
| October 24, 2007 | February 27, 2008 | Letter brief to court requesting summary judgment motions |
| October 31, 2007 | March 5, 2008 | Answering letter brief to court re summary judgment due |
| November 7, 2007 | March 12, 2008 | Reply Letter brief to court re: summary judgment due |
| November 14, 2007 | March ___, 2008 | Telephone status conference to hear argument and to determine whether the filing of any summary judgment motion will be permitted |
| November 21, 2007 | March 21, 2008 | Serve responsive expert reports |
| December 21, 2007 | April 25, 2008 | Expert discovery completed |
| January 15, 2008 | May 9, 2008 | Summary judgment opening briefs due |
| February 15, 2008 | May 30, 2008 | Answering summary judgment briefs due |
| February 28, 2008 | June 6, 2008 | Reply summary judgment briefs due |
| March 14, 2008 | June 20, 2008 | Motions in limine / Daubert motions due |
| March 28, 2008 | July 3, 2008 | Oppositions to Motions in limine / Daubert motions due |
| April 4, 2008 | July 11, 2008 | Replies to Motions in limine/ Daubert motions due |
| April 21, 2008 | July 21, 2008 | File joint proposed final pretrial order |
| May 21, 2008 | August 2008 | Pretrial conference |
| June 16, 2008 | September ___, 2008 | Trial commences (20 day jury trial) |