IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANALOG DEVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-346 (GMS) |
| | ) | |
| LINEAR TECHNOLOGY CORP., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SUBPOENA OF PAUL GRAY**

**TO PLAINTIFF ANALOG DEVICES, INC. AND ITS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, pursuant to Rule 45 of the Federal Rules of Civil Procedure, defendant Linear Technology Corp. ("LTC") shall take the deposition upon oral examination, pursuant to the accompanying form of subpoena *duces tecum* attached as Exhibit A to be served on Paul Gray, 63 La Cuesta, Orinda, CA 94563. The deposition shall commence at 9:30 a.m. on October 10, 2007 at the Hotel Durant, 2600 Durant Avenue, Berkeley, CA 94704.

PLEASE TAKE FURTHER NOTICE that Dr. Gray is commanded by subpoena to produce for inspection and copying on or before October 1, 2007, at the offices of Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036 or at such other time and place as may be agreed by counsel, all documents and things in his possession, custody or control that are called for by the document request attached as Schedule A to the subpoena.

The deposition shall be recorded by stenographic and videographic means before a Notary Public or other officer authorized by law and pursuant to the Federal Rules of Civil Procedure. The deposition will continue from day to day until completed with such adjournments as to time and place as may be necessary.

You are invited to attend.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden (#2881)*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
klouden@mnat.com
  *Attorneys for Defendant and Counterclaimant*
  *Linear Technology Corporation*

OF COUNSEL:

Robert C. Morgan
Laurence S. Rogers
Khue V. Hoang
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036
(212) 596-9000

Mark D. Rowland
ROPES & GRAY LLP
525 University Avenue
Suite 300
Palo Alto, CA  94301
(650) 617-4000

September 18, 2007
1236212

## CERTIFICATE OF SERVICE

I, Karen Jacobs Louden, hereby certify that on September 18, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Frederick L. Cottrell, III
> Richards, Layton & Finger

I also certify that copies were caused to be served on September 18, 2007 upon the following in the manner indicated:

> **BY E-MAIL & HAND DELIVERY**
> Frederick L. Cottrell, III
> Richards, Layton & Finger
> One Rodney Square
> Wilmington, DE 19801
>
> **BY E-MAIL**
>
> Wayne L. Stoner
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, MA 02109

*/s/ Karen Jacobs Louden (#2881)*
_____
Karen Jacobs Louden (#2881)
klouden@mnat.com

# EXHIBIT A

# UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

ANALOG DEVICES, INC.,

    *Plaintiff/Counterclaim-Defendant,*

v.

LINEAR TECHNOLOGY CORP.,

    *Defendant/Counterclaim-Plaintiff.*

### SUBPOENA IN A CIVIL CASE

CASE NO. 06-346 (GMS)

TO:  Dr. Paul Gray
63 La Cuesta
Orinda, CA 94563

| | |
|---|---|
| ☐ | YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case. |

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

| | |
|---|---|
| ☒ | YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case. The deposition will be recorded by sound, video and/or stenographic means. SEE SCHEDULE A ATTACHED HERETO |

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Hotel Durant 2600 Durant Avenue Berkeley, CA 94704 | 9:30 A.M. October 10, 2007 |

| | |
|---|---|
| ☒ | YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): SEE SCHEDULE B ATTACHED HERETO |

| PLACE | DATE AND TIME |
|---|---|
| Ropes & Gray LLP 1211 Avenue of the Americas New York, NY 10036 | 9:30 A.M. October 1, 2007 |

| | |
|---|---|
| ☐ | YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below. |

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which a person will testify. Federal Rules of Civil Procedure 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) DEFENDANT | DATE |
|---|---|
| Attorney for Defendants | September 17, 2007 |

| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER | TELEPHONE |
|---|---|
| Khue V. Hoang Ropes & Gray LLP 1211 Avenue of the Americas New York NY 10036 | (212) 596-9000 |

| PROOF OF SERVICE | | |
|---|---|---|
| DATE | PLACE | |

SERVED

DATE          PLACE

SERVED ON (PRINT NAME)                               MANNER OF SERVICE

SERVED BY (PRINT NAME)                               TITLE

| DECLARATION OF SERVER | |
|---|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct:

Executed on: _____          _____
                        DATE                               SIGNATURE OF SERVER

                                                 _____
                                                 ADDRESS OF SERVER

---

RULE 45, FEDERAL RULES OF CIVIL PROCEDURE, PARTS C & D

(c)  PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except

that, subject to the provision of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## DEFINITIONS AND INSTRUCTIONS

1.      "LTC" means Linear Technology Corp. and its subsidiaries, successors, assignees, officers, employees and agents.

2.      "SRC" refers to the Semiconductor Research Corporation and any predecessors, successors, divisions, subsidiaries, or joint ventures thereof, together with any parent or affiliated companies or corporations, and all officers, directors, employees, agents, attorneys, representatives, and all other persons acting or purporting to act or that have acted or purported to have acted on behalf of any of the foregoing.

3.      "You" or "your" refers to Paul Gray.

4.      "TECHCON '96" refers to the conference and Technology Fair ("TechFair") sponsored by SRC and held on September 12-14, 1996 in Phoenix, AZ.

5.      In construing these definitions and instructions:  (i) the singular shall include the plural and the plural shall include the singular; (ii) the masculine, feminine or neuter pronoun shall not exclude the other genders; (iii) the conjunctions "and" and "or" shall be read either disjunctively or conjunctively so as to bring within the scope of an interrogatory all information that might otherwise be construed to be outside its scope; and (iv) the word "any" shall be read to mean each and every.

6.      The terms "concerning" or variants thereof shall mean concerning, constituting, referring to, relating to, or variants thereof.

7.      The terms "person" or "persons" mean any natural person or any business, legal or governmental entity or association, including without limitation any corporation, partnership, unincorporated association, joint venture, sole proprietorship, or any and/or all other

organization(s) or group of individuals together with the employees, agents, consultants, and attorneys thereof.

8.     "Entity" or "entities" includes natural persons, proprietorships, partnerships, firms, corporations, public corporations, municipal corporations, governments, including foreign national governments, the government of the United States or any state or local government, and all departments and agencies thereof, political subdivisions, groups, associations or organizations.

9.     "Document" and/or "thing" is defined to be synonymous in meaning and equal in scope to the usage of this term in Federal Rule of Civil Procedure 34(a) and shall be construed to mean, without limitation, any written, printed, typed, stored, xerographically copied, photographed, recorded, or otherwise reproduced communication, compilation or reproduction including computer or electronically generated or stored information or data, whether assertedly privileged or not. "Document" specifically includes all forms of electronic data (e.g., e-mails, digital files, web pages, electronic logs, etc.). A draft, translation or non-identical copy is a separate document within the meaning of this term. As used herein, "thing" also means any tangible item(s), other than a "document" as defined herein, which constitutes or contains matters within the scope of Rule 26(b) of the Federal Rules of Civil Procedure.

# SCHEDULE A

## DOCUMENTS REQUESTED

1.      All documents and things (including without limitation lab notebooks, loose notes, experimental data, simulations, photographs, drawings, and/or physical circuit realizations) concerning Andrew M. Abo's graduate work, including all versions of the following papers or slide sets:  (1) Andrew Abo, "Low-Voltage, High-Speed, High-Precision Switched-Capacitor Circuits," dated March 20, 1996 (hereafter the "March 20, 1996 Abo Paper," copy attached as Exhibit 1); and (2) Andrew Abo, "Low-Voltage, High-Speed, High-Precision Switched-Capacitor Circuits," dated September 11, 1996 (hereafter the "September 11, 1996 Abo Paper," copy attached as Exhibit 2).

2.      All documents and things (including without limitation lab notebooks, loose notes, experimental data, simulations, photographs, drawings, and/or physical circuit realizations) concerning any version of the circuits shown on pages 11-14 of the March 20, 1996 Abo Paper and/or pages 8-9 of the September 11, 1996 Abo Paper (hereinafter the "Abo Circuits").

3.      To the extent not produced in response to the previous document request, all documents and things concerning the conception and reduction to practice of the information shown on pages 11-14 of the March 20, 1996 Abo Paper and on pages 8-9 of the September 11, 1996 Abo Paper, including without limitation documents and things sufficient to show the date(s) upon which the Abo Circuits were conceived and reduced to practice (whether by actual construction or simulation).

4.      All documents and things, including programs, proceedings, summaries, invitations, and advertisements relating to any Industrial Liaison Program meetings sponsored by the College of Engineering or the Electrical Engineering and Computer Science department during which the Abo Papers or their subject matter were presented, discussed, distributed, disseminated, disclosed and/or published.

5.      All documents and things concerning the submission, presentation, distribution, dissemination, disclosure and/or publication of the Abo Papers or their subject matter during or in connection with TECHCON '96 (see Definition No. 4).

6.      To the extent not produced in response to the previous document requests, all documents and things concerning the submission, presentation, distribution, dissemination, disclosure and/or publication of the Abo Papers, or any version of the Abo Papers, to any third-party (a) prior to November 6, 1996, and/or (b) on or after November 6, 1996.

7.      All documents and things concerning the submission, presentation, distribution, dissemination, disclosure and/or publication of any version of the Abo Circuits to any third-party (a) prior to November 6, 1996, and/or (b) on or after November 6, 1996.

8.      All documents and things concerning the sale, offer for sale, or dissemination of any product or device incorporating the Abo Circuits or a version thereof (a) prior to November 6, 1996, and/or (b) on or after November 6, 1996.

9.      To the extent not produced in response to another document request, all documents and things concerning the construction of, use of, simulation of, dissemination of, inclusion in a product or device of any version of the Abo Circuits.

# EXHIBIT 1

# Low-Voltage, High-Speed, High-Precision Switched-Capacitor Circuits

## Andrew Abo
## University of California

## March 20, 1996

# Role of S-C Circuits in A/D Interfaces



For high-volume, dedicated A/D interfaces:

⇒ **Cost more important than raw performance**

⇒ **CMOS mixed-signal integration a cost-effective solution**

⇒ **Switched-capacitor circuits well-suited for CMOS**

<div style="border:1px solid;">

**High-volume, low-cost integration ⇒ CMOS S-C**

</div>

# Future of CMOS Voltage Scaling



**CMOS technology driven by the needs of *digital* VLSI:**

- **Scaled device reliability: hot carrier, oxide breakdown**

- **Low-voltage $\Rightarrow$ low-power digital: $P \sim C V^2 f$**

<div style="border:1px solid black">

**Integrated analog S-C circuits must operate at low-voltage**

</div>

# Research Proposal

**Problem**: How to cost-effectively integrate high-performance analog signal processing with low-voltage, digital CMOS?

**Solution**: Develop circuit strategies to enable low-voltage, switched-capacitor operation without process enhancement.

# Key Elements for Switched-Capacitor



## 1. MOS switch
   - Controls sampling events and capacitor configuration

## 2. Opamp
   - Provides precision summing node
   - Settling time limits clock frequency
   - Static bias dominates power consumption

# Fundamental Impact of Low Voltage

- **Loss of dynamic range tightens noise budget**

- **Increased sampling capacitance costs** *power*

**Class A**



$$P \sim I \cdot V_{dd}$$

$$I \sim g_m \cdot (V_{gs} - V_t)$$

$$\frac{g_m}{C} \sim f_S$$

$$DR \sim (\alpha V_{dd})^2 / \frac{kT}{C}$$

$$\Rightarrow \quad P \sim kT \cdot DR \cdot \left(\frac{V_{gs} - V_t}{\alpha^2 V_{dd}}\right) \cdot f_S$$

**Fundamental result**:  Power inversely proportional to $V_{dd}$

**Maximize signal swing $\alpha$ for minimum power**

# Low Voltage Strategies

| Problem | Solution |
|---|---|
| **Noise does not scale** | **<span style="color:red">Maximize swing</span>, differential operation essential** |
| **Device reliability** | **Keep terminal-to-terminal voltages < $V_{dd}$** |
| **$V_{os}$ does not scale: increases for small L** | **Offset insensitive architectures or cancellation techniques** |
| **Poor MOS switches** | **<span style="color:blue">New reliable bootstrapping technique</span>** |
| **Limited opamp topolgies** | **<span style="color:blue">New dynamic level shift increases flexibility</span>** |

# Low-voltage MOS switches





- Switches cannot pass rail-to-rail signals

- Ex: $V_g > V_{max} + V_{tn} = 1.2 + 0.8 = 2V > V_{dd}$

- Can we solve this problem with a *circuit* solution?

# Switched Opamp [Crols, Steyaert 94]



**critical switch**

- Only one switch must pass rail-to-rail signal

- Picking $V_{ref}$ trades output swing for low $R_{on}$

- Opamp turn on/off time limits clock ~ 100kHz

**Switched opamp too slow and limited swing**

# Voltage Boosting



- Charge pump generates large on-chip voltage

- Excessive gate overdrive: $V_{gs}$, $V_{gd}$  $V_{dd}$

- Oxide reliability problems

## Long-term oxide reliability problem

# New: Bootstrap Gate Off Signal

## OFF

## ON



**OFF**: Grounded gate ensures OFF state.

**ON**: $V_{gs}$ fixed to $V_{dd}$ ensures ON state without over driving gate.

**Keep terminal-to-terminal voltages ≤ $V_{dd}$**

# Bootstrap Circuit



$$V_{clk} = \frac{C}{C + C_p + C_{sw}} \cdot (V_{dd} + V_s) \quad \Rightarrow \quad V_{gs} \approx V_{dd}$$

**At most V$_{dd}$ across any device terminals**

# Bootstrapped 2-phase Clock Operation



# Impact of Bootstrapped Clock

**Advantages:**

- **Good long-term reliability**

- **Improved switch linearity: $g_{ds} = k(V_{gs}-V_t)$**

- **Charge injection less signal dependent: $Q_{ch} = C_{ox}(V_{gs}-V_t)$**

- **Operates down to $V_{dd} > V_t + V_{overdrive}$**

- **Maximizes dynamic range: allows rail-to-rail signal swing**

**Disadvantages: (e.g. 120/0.7 switch at 20MHz)**

- **Increased signal loading (10% ~ 100fF) $\Rightarrow$ increased power**

- **Dynamic switching power (<100$\mu$W) but scales with $V_{dd}$**

- **Increased area (10% of gain stage ~ (25$\mu$m)$^2$)**

# Key Opamp Specifications



- **High gain** ⇒ precision closed loop gain

- **Speed (BW)** ⇒ limits clock frequency

- **Headroom** ⇒ sets minimum $V_{dd}$ and output swing

- **Noise** ⇒ reduces allowable kT/C

- **Power** ⇒ trades off with speed/noise

# Practical Limits to $V_{dd}$ Scaling

**Analog**                    **Digital**




$$\textcolor{blue}{V_{dd} > V_t + 2\ V_{dsat} + \Delta V_t}$$   $$\textcolor{red}{V_{dd} > V_t + V_{ov} + \Delta V_t}$$

**Analog $V_{dd}$ min. close to digital $V_{dd}$ min.**

**Challenge: How do we approach this limit?**

# Brute-force Low-voltage Opamp



- **High gain:** $(g_m \cdot r_o)^3 \sim 1000$

- **Single-ended:** $CMRR = 0$

- **Nested compensation trades B/W for stability**

**Power must be increased to reclaim lost B/W**

# New: AC Level-shift Adds Flexibility



- **AC coupling capacitor allows DC operating points to be set independently**

- **Requires dynamic reset**

- **Some gain loss and increased parasitics**

# AC Level-shift Allows Cascodes



1) $V_{dd} > 4 \, V_{dsat}$

2) $V_{dd} > V_t + 3 \, V_{dsat} + V_{swing}/2$

$V_{dd}$ approaches practical limit

# Impact of Folded-Cascode Opamp

**Advantages:**

- **Fully differential: good CMRR**

- **High gain:** $(g_m \cdot r_o)^3$

- **Rail-to-rail output swing**

- **Higher bandwidth (less compensation)**

**Disadvantages:**

- **Requires CMFB and dynamic reset**

**Further work: optimize noise, swing, speed for min. power**

# Can $V_{dd}$ Be Scaled Further?



- **Can AC level-shift technique be extended to allow operation below $V_t$?**

- **How do we charge the capacitor?**

- **How do we turn on the switches?**

# Demonstration Vehicle: Pipeline ADC



# Target specifications

## Applications

- **Portable video camcorder  20MS/s, 8-12b**

- **CATV decoder  10-15 MS/s, 8-12b**

- **Wireless LAN  1-50MS/s, 6-10b**


**Resolution:   10 b**

**Speed:         20 MS/s**

**$V_{dd}$:           1.5 V**

**Power:        30 mW**

**Technology:  0.72 $\mu$m DPDM CMOS**

# Previous S-C work: $V_{dd} \leq 1.8$ v



# Expected Research Contributions

**Demonstrate that low-voltage, switched-capacitor circuits can be done through circuit techniques without process enhancements:**

- **New technique for *reliable* low-voltage MOS switches**

- **Design methodology for low-voltage, high-speed, precision opamps**

- **Expand low-voltage S-C operating regime to include video-rate, precision applications with ADC prototype**

**Applicable to broad class of applications:
pipeline ADC, sigma-delta, filters, sample-and-hold**

# EXHIBIT 2

08/01/2006 13:39 FAX 510 642 5745    UC BERKELEY    ⓪001

# Low-Voltage, High-Speed, High-Precision Switched-Capacitor Circuits

## Andrew Abo
## University of California

tech con 96

## September 11, 1996

# Role of S-C Circuits in A/D Interfaces



**Transmission Media** → **VLSI Digital System** → **Sensors and Actuators**

**Storage media** → → **Imagers and Displays**

For high-volume, dedicated A/D interfaces:

⇒ Cost more important than raw performance

⇒ CMOS mixed-signal integration a cost-effective solution

⇒ Switched-capacitor circuits well-suited for CMOS

High-volume, low-cost integration ⇒ CMOS S-C

08/01/2006 13:39 FAX 510 642 5745    UC BERKELEY    ⓩ002

# Future of CMOS Voltage Scaling



**SIA Technology Roadmap 1994**

CMOS technology driven by the needs of *digital* VLSI:

- Scaled device reliability: hot carrier, oxide breakdown

- Low-voltage $\Rightarrow$ low-power digital: $P \sim CV^2 f$

Integrated analog S-C circuits must operate at low-voltage

08/01/2006 13:40 FAX 510 642 5745    UC BERKELEY

# Key Elements for Switched-Capacitor



1. <u>MOS switch</u>
   - Controls sampling events and capacitor configuration

2. <u>Opamp</u>
   - Provides precision summing node
   - Settling time limits clock frequency
   - Static bias dominates power consumption

08/01/2006 13:41 FAX 510 642 5745    UC BERKELEY    ☒004

# Fundamental Impact of Low Voltage

- Loss of dynamic range tightens noise budget

- Increased sampling capacitance costs *power*

### Class A



$$P \sim I \cdot V_{dd}$$

$$I \sim g_m \cdot (V_{gs} - V_t)$$

$$\frac{g_m}{C} \sim f_S$$

$$DR \sim (\alpha V_{dd})^2 / \frac{kT}{C}$$

$$\Rightarrow \quad P \sim kT \cdot DR \cdot \left(\frac{V_{gs} - V_t}{\alpha^2 V_{dd}}\right) \cdot f_S$$

**Fundamental result**:  Power inversely proportional to $V_{dd}$

Maximize signal swing $\alpha$ for minimum power

08/01/2006 13:42 FAX 510 642 5745    UC BERKELEY    ⧉005

# Low Voltage Strategies

| Problem | Solution |
|---|---|
| Noise does not scale | Maximize swing, differential operation essential |
| Device reliability | Keep terminal-to-terminal voltages $< V_{dd}$ |
| $V_{os}$ does not scale: increases for small L | Offset insensitive architectures or cancellation techniques |
| Poor MOS switches | New reliable bootstrapping technique |
| Limited opamp topolgies | New dynamic level shift increases flexibility |

08/01/2006 13:42 FAX 510 642 5745          UC BERKELEY                    ☒006

# Low-voltage MOS switches



$G_{on} = g_{dsn} + g_{dsp}$



**Conductance vs. Voltage**
$(V_{Tn} = |V_{Tp}| = 0.8V)$

- **Switches cannot pass rail-to-rail signals**

- **Ex: $V_g > V_{max} + V_{tn} = 1.2 + 0.8 = 2V > V_{dd}$**

- **Can we solve this problem with a *circuit* solution?**

08/01/2006 13:43 FAX 510 642 5745        UC BERKELEY        ☑007

# New: Bootstrap Gate Off Signal



OFF: Grounded gate ensures OFF state.

ON: $V_{gs}$ fixed to $V_{dd}$ ensures ON state without over driving gate.

---

## Keep terminal-to-terminal voltages ≤ $V_{dd}$

08/01/2006 13:44 FAX 510 642 5745     UC BERKELEY     ☒008

08/01/2006 13:44 FAX 510 642 5745                    UC BERKELEY                    ☒009

# Bootstrap Circuit



$$V_{clk} = \frac{C}{C + C_p + C_{sw}} \cdot (V_{dd} + V_s) \implies V_{gs} \approx V_{dd}$$

## At most $V_{dd}$ across any device terminals

# Practical Limits to $V_{dd}$ Scaling

## Analog



## Digital



$$V_{dd} > V_t + 2\, V_{dsat} + \Delta V_t \qquad\qquad V_{dd} > V_t + V_{ov} + \Delta V_t$$

## Analog $V_{dd}$ min. close to digital $V_{dd}$ min.

Challenge: How do we approach this limit?

08/01/2006 13:45 FAX 510 642 5745 UC BERKELEY ✉010

# New: AC Level-shift Adds Flexibility



- **AC coupling capacitor allows DC operating points to be set independently**

- **Requires dynamic reset**

- **Some gain loss and increased parasitics**

08/01/2006 13:46 FAX 510 642 5745    UC BERKELEY

# AC Level-shift Allows Cascodes



1) $V_{dd} > 4\,V_{dsat}$

2) $V_{dd} > V_t + 3\,V_{dsat} + V_{swing}/2$

## $V_{dd}$ approaches practical limit

08/01/2006 13:46 FAX 510 642 5745    UC BERKELEY    ☒012

# Previous S-C work: $V_{dd} \leq 1.8$ v

