# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

JACK B. BLUMENFELD
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

September 25, 2007

**VIA E-FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

    Re:    *Analog Devices, Inc. v. Linear Technology Corp.*, C.A. No. 06-346-GMS
            *Linear Technology Corp. v. Monolithic Power Systems, Inc.*, C.A. No. 06-476-GMS

Dear Chief Judge Sleet:

      I write on behalf of Linear Technology Corporation ("Linear") to advise the Court of the September 24, 2007 Opinion of The International Trade Commission ("Commission") in *In the Matter of Certain Voltage Regulator Circuits, Components Thereof, and Products Containing Same*, ITC Inv. No. 337-TA-564, in which the Commission found a violation of Section 337 by AATI with respect to Linear's U.S. Patent No. 6,580,258 ("the '258 patent"). In doing so, the Commission rejected claim constructions for the '258 patent made by ALJ Harris in his Initial Determination. Monolithic Power Systems, Inc. and Analog Devices, Inc. had relied on ALJ Harris's now-rejected claim constructions in their briefs and at the July 26, 2007 Markman hearing. We will submit the Commission's Opinion for Your Honor's consideration as soon as there is a publicly-available version.

                                                               Respectfully,

                                                               Jack B. Blumenfeld (#1014)

JBB/bav
cc:    Clerk of the Court (By e-filing)
         All Counsel of Record (By e-filing and e-mail)

1245049