IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANALOG DEVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-346 (GMS) |
| | ) | |
| LINEAR TECHNOLOGY CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBPOENA OF THE LIBRARY OF CONGRESS

TO PLAINTIFF ANALOG DEVICES, INC. AND ITS COUNSEL OF RECORD:

**PLEASE TAKE NOTICE THAT**, pursuant to Rules 30(b)(6) and 45 of the

Federal Rules of Civil Procedure and 36 CFR §§ 703.15, 703.17 and 703.22, defendant Linear

Technology Corp. ("LTC") shall take the deposition upon oral examination of the Library of

Congress, Washington, DC 20540, by such person(s) as may be designated and competent to

testify on behalf of the Library of Congress with respect to the topics set forth in Schedule A in

the concurrently filed Subpoena.  The deposition shall commence at 10:00 a.m. on October 12,

2007 at the offices of Ropes & Gray LLP, 700 12th St. NW Suite 900, Washington, DC 20005,

or at such other time and place as may be agreed by counsel.

The deposition shall be recorded by stenographic and videographic means before

a Notary Public or other officer authorized by law and pursuant to the Federal Rules of Civil

Procedure.  The deposition will continue from day to day until completed with such

adjournments as to time and place as may be necessary.

You are invited to attend.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
klouden@mnat.com
*Attorneys for Defendant and Counterclaim-*
*Plaintiff Linear Technology Corp.*

OF COUNSEL:

Robert C. Morgan
Laurence S. Rogers
Khue V. Hoang
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

Mark D. Rowland
Ropes & Gray LLP
525 University Avenue, Suite 300
Palo Alto, CA 94301
(650) 617-4000

September 27, 2007

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 27, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Frederick L. Cottrell, III
RICHARDS, LAYTON & FINGER

I also certify that copies were caused to be served on September 27, 2007 upon the following in the manner indicated:

### BY HAND AND EMAIL

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

### BY EMAIL

Wayne L. Stoner
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

*/s/ Karen Jacobs Louden*
Karen Jacobs Louden (#2881)
klouden@mnat.com

# UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

ANALOG DEVICES, INC.,

*Plaintiff/Counterclaim-Defendant,*

v.

LINEAR TECHNOLOGY CORP.,

*Defendant/Counterclaim-Plaintiff.*

## SUBPOENA IN A CIVIL CASE

### CASE NO. 06-346 (GMS)

**TO:** **Library of Congress**
LM 601
Washington, DC 20540

| | |
|---|---|
| ☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case. | |
| PLACE OF TESTIMONY | COURTROOM |
| | DATE AND TIME |

| | |
|---|---|
| ☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.  The deposition will be recorded by sound, video and/or stenographic means.  SEE STATEMENT REQUIRED UNDER 36 CFR 703.17 AND SCHEDULE A ATTACHED HERETO | |
| PLACE OF DEPOSITION | DATE AND TIME |
| Ropes & Gray LLP<br>700 12th St. NW Suite 900<br>Washington, DC 20005 | 10:00 A.M.<br>October 12, 2007 |

| | |
|---|---|
| ☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): | |
| PLACE | DATE AND TIME |
| | |

| | |
|---|---|
| ☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below. | |
| PREMISES | DATE AND TIME |
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which a person will testify.  Federal Rules of Civil Procedure 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) DEFENDANT | DATE |
|---|---|
| *[signature]*<br>Attorney for Defendants | September 27, 2007 |
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER | TELEPHONE |
| Khue V. Hoang<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York NY 10036 | (212) 596-9000 |

| PROOF OF SERVICE | |
|---|---|
| DATE | PLACE |
| Date | Place |

| SERVED | | |
|---|---|---|

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct:

Executed on: _____

DATE                                                    SIGNATURE OF SERVER

ADDRESS OF SERVER

---

## RULE 45, FEDERAL RULES OF CIVIL PROCEDURE, PARTS C & D

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection, copying, testing, or sampling may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises — or to producing electronically stored information in the form or forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, copying, testing, or sampling. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection, copying, testing, or sampling commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i)    fails to allow reasonable time for compliance;

(ii)    requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;

(iii)    requires disclosure of privileged or other protected matter and no exception or waiver applies; or

(iv)    subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii)    requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii)    requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(D) DUTIES IN RESPONDING TO SUBPOENA.

(1) (A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(B) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.

(C) A person responding to a subpoena need not produce the same electronically stored information in more than one form.

(D) A person responding to a subpoena need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) (A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial-preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

(B) If information is produced in response to a subpoena that is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

**STATEMENT REQUIRED UNDER 36 CFR 703.17**

Ropes & Gray LLP is counsel for Linear Technologies Corp. ("LTC") in a patent litigation pending in the United States District Court for the District of Delaware (C.A. No. 1:06-346-GMS), styled *Analog Devices, Inc. v. Linear Technology Corp.*  Our client, LTC, has been accused of patent infringement by Analog Devices.

As part of the ongoing discovery in this matter, we are seeking information regarding the prior art status of a book edited by Steven Norsworthy, Richard Schreier, and Gabor C. Temes, entitled *Delta-Sigma data converters: Theory, Design, and Simulation*, IEEE Press (1997) (ISBN 0-7803-1045-4).  The Library of Congress Online Catalog contains a listing for this book which provides data relevant to our investigation.

In accordance with 36 CFR §§ 703.15-703.19 and 703.22, we request the Library of Congress's assistance in obtaining information regarding the limited topics set forth in attached Schedule A.

A reasonably diligent search shows that the testimony requested is not readily available from other sources.  We have been informed during several telephone conversations with representatives of the Library, including Ms. Judith Kuhagen, Catalog Administrator, that the information sought is not available in any printed publication and is known only to the Library's employees.

## DEFINITIONS

1.      "The Library of Congress," "the Library," "you" and "your" refer to The Library of Congress, together with any employees, agents, representatives, and all other persons acting or purporting to act or that have acted or purported to have acted on behalf of any of the foregoing.

2.      The "Book" means the book entitled, "Delta-Sigma Data Converters, Theory, Design, and Simulation," edited by Steven R. Norsworthy, Richard Schreier, and Gabor C. Temes, published by IEEE Press, ISBN 0-7803-1045-4, IEEE Order Number PC3954.

**SCHEDULE A**

**TOPICS**

1.      The authentication of the documents attached hereto as Exhibits 1 and 2 (Exhibit 2 is a copy of the cover and first four (4) pages of the Book as obtained on loan from the Library of Congress; a true and complete copy of the Book from which Exhibit 2 was made will be available at the deposition for authentication).

2.      The meaning and significance of the information contained in the Library of Congress Online Catalog record's "MARC Tags" section of Exhibit 1, including the dates contained in line 955.

3.      The earliest date that a member of the public using the Library of Congress Catalog (either online, or in person at the Library) could have become aware of, learned of, accessed and/or seen the Book's listing in the Catalog (whether or not the Book was available for loan to or otherwise accessible by such person as of such date).

4.      The "Library of Congress" stamp that appears inside the fourth page of the Book (see Exhibit 2), including the significance of the "October 31, 1996" date therein.

# EXHIBIT 1

Brief Record (Library of Congress Online Catalog)

 The Library of Congress                                    >> Go to Library of Congress Authorities

LIBRARY OF CONGRESS ONLINE CATALOG 

 **Help** ⓘ | **New Search** | **Search History** | **Headings List** | **Titles List** | **Request an Item** | **Account Status** | **Other Databases** | **Start Over**

**DATABASE:** Library of Congress Online Catalog

**YOU SEARCHED:** Title = Delta-Sigma Data Converters, Theory, Design, and Simulation

**SEARCH RESULTS:** Displaying 1 of 1.

◀ Previous   Next ▶

| **Brief Record** | Subjects/Content | Full Record | MARC Tags |

*Delta-Sigma data converters : theory, design, and simulation / edited by...*

**LC Control No.:** 96014774

**Type of Material:** Book (Print, Microform, Electronic, etc.)

**Main Title:** Delta-Sigma data converters : theory, design, and simulation / edited by Steven R. Norsworthy, Richard Schreier, Gabor C. Temes ; IEEE Circuit & Systems Society, sponsor.

**Published/Created:** New York : IEEE Press, 1996.

**Description:** xiv, 476 p. : ill. ; 27 cm.

**ISBN:** 0780310454

**Links:** Contributor biographical information

Publisher description

Table of Contents

---

**CALL NUMBER:** TK7887.6 .D45 1996

Copy 1

-- **Request in:** Jefferson or Adams Bldg General or Area Studies Reading Rms

-- **Status:** c.1 Charged: Due - 11-04-2007

---

**CALL NUMBER:** TK7887.6 .D45 1996

Brief Record (Library of Congress Online Catalog)

Copy 2

-- **Request in:** Jefferson or Adams Bldg General or Area Studies Reading Rms

-- **Status:** Not Charged

◀ **Previous**   **Next** ▶

| Save, Print or Email Records (View Help) |
| --- |
| Select Download Format: Text (Full Information) |
| Press to SAVE or PRINT |
| **Email Text (Full Info) to:** |
| Press to SEND EMAIL |

Help - Search - History - *Headings* - Titles - Request - Account - Databases - Exit



**The Library of Congress**
URL: http://www.loc.gov/
*Mailing Address:*
101 Independence Ave, S.E.
Washington, DC 20540

**Catalog/authority record errors?**
Use our Error Report Form
**Questions about searching?**
Ask a Librarian

**Library of Congress Online Catalog**
*URL:* http://catalog.loc.gov/
**Library of Congress Authorities**
*URL:* http://authorities.loc.gov/

8

Subject/Contents (Library of Congress Online Catalog)

 The Library of Congress                                            >> Go to Library of Congress Authorities

# LIBRARY OF CONGRESS ONLINE CATALOG 

 | Help ❶ | New Search | Search History | Headings List | Titles List | Request an Item | Account Status | Other Databases | Start Over |

**DATABASE:** Library of Congress Online Catalog
**YOU SEARCHED:** Title = Delta-Sigma Data Converters, Theory, Design, and Simulation
**SEARCH RESULTS:** Displaying 1 of 1.

◀ Previous   Next ▶

| Brief Record | Subjects/Content | Full Record | MARC Tags |

*Delta-Sigma data converters : theory, design, and simulation / edited by...*

**LC Control No.:** 96014774

**Subjects:** Analog-to-digital converters.

Digital-to-analog converters.

Modulators (Electronics)--Design.

**LC Classification:** TK7887.6

**Links:** Contributor biographical information

Publisher description

Table of Contents

---

**CALL NUMBER:** TK7887.6 .D45 1996

Copy 1

-- **Request in:** Jefferson or Adams Bldg General or Area Studies Reading Rms

-- **Status:** c.1 Charged: Due - 11-04-2007

---

**CALL NUMBER:** TK7887.6 .D45 1996

Copy 2

-- **Request in:** Jefferson or Adams Bldg General or Area Studies Reading Rms

http://catalog.loc.gov/cgi-bin/Pwebrecon.cgi?v...lation&Search%5FCode=TALL&CNT=25&PID=693&SID=1 (1 of 2) [9/27/2007 3:11:25 PM]

Subject/Contents (Library of Congress Online Catalog)

-- **Status:** Not Charged

◀ **Previous   Next** ▶

| **Save, Print or Email Records (View Help)** |
|---|
| Select Download Format: Text (Brief Information) |
| Press to SAVE or PRINT |
| **Email Text (Full Info) to:** |
| Press to SEND EMAIL |

Help - Search - History - *Headings* - Titles - Request - Account - Databases - Exit



**The Library of Congress**
URL: http://www.loc.gov/
*Mailing Address:*
101 Independence Ave, S.E.
Washington, DC 20540

**Catalog/authority record errors?**
Use our Error Report Form
**Questions about searching?**
Ask a Librarian

**Library of Congress Online Catalog**
*URL:* http://catalog.loc.gov/
**Library of Congress Authorities**
*URL:* http://authorities.loc.gov/

Full Record (Library of Congress Online Catalog)

The Library of Congress                                >> Go to Library of Congress Authorities

 

LIBRARY OF CONGRESS ONLINE CATALOG

| Help ℹ | New Search | Search History | Headings List | Titles List | Request an Item | Account Status | Other Databases | Start Over |

**DATABASE:** Library of Congress Online Catalog

**YOU SEARCHED:** Title = Delta-Sigma Data Converters, Theory, Design, and Simulation

**SEARCH RESULTS:** Displaying 1 of 1.

◀ Previous   Next ▶

| Brief Record | Subjects/Content | Full Record | MARC Tags |

*Delta-Sigma data
converters : theory,
design, and
simulation / edited
by...*

**LC Control No.:** 96014774

**Type of Material:** Book (Print, Microform, Electronic, etc.)

**Main Title:** Delta-Sigma data converters : theory, design, and simulation / edited by Steven R. Norsworthy, Richard Schreier, Gabor C. Temes ; IEEE Circuit & Systems Society, sponsor.

**Published/Created:** New York : IEEE Press, 1996.

**Related Names:** Norsworthy, Steven R., 1956-

Schreier, Richard, 1961-

Temes, Gabor C., 1929-

IEEE Circuit & Systems Society.

**Description:** xiv, 476 p. : ill. ; 27 cm.

**ISBN:** 0780310454

**Notes:** Includes bibliographical references (p. 464-466) and index.

**Subjects:** Analog-to-digital converters.

Digital-to-analog converters.

Modulators (Electronics)--Design.

**LC Classification:** TK7887.6 .D45 1996

**Dewey Class No.:** 621.3815/322 20

Full Record (Library of Congress Online Catalog)

**Electronic File Information:** Contributor biographical information http://www.loc.gov/catdir/bios/wiley043/96014774.html

Publisher description http://www.loc.gov/catdir/description/wiley036/96014774.html

Table of Contents http://www.loc.gov/catdir/toc/onix07/96014774.html

**Links:** Contributor biographical information

Publisher description

Table of Contents

---

**CALL NUMBER:** TK7887.6 .D45 1996

Copy 1

-- **Request in:** Jefferson or Adams Bldg General or Area Studies Reading Rms

-- **Status:** c.1 Charged: Due - 11-04-2007

---

**CALL NUMBER:** TK7887.6 .D45 1996

Copy 2

-- **Request in:** Jefferson or Adams Bldg General or Area Studies Reading Rms

-- **Status:** Not Charged

◀ **Previous**   **Next** ▶

| **Save, Print or Email Records (View Help)** |
|---|
| Select Download Format: Text (Brief Information) |
| Press to SAVE or PRINT |
| **Email Text (Full Info) to:** |
| Press to SEND EMAIL |

Help - Search - History - *Headings* - Titles - Request - Account - Databases - Exit



**The Library of Congress**
URL: http://www.loc.gov/
Mailing Address:
101 Independence Ave, S.E.
Washington, DC 20540

**Catalog/authority record errors?**
Use our Error Report Form
**Questions about searching?**
Ask a Librarian

**Library of Congress Online Catalog**
URL: http://catalog.loc.gov/
**Library of Congress Authorities**
URL: http://authorities.loc.gov/

http://catalog.loc.gov/cgi-bin/Pwebrecon.cgi?v...lation&Search%5FCode=TALL&CNT=25&PID=693&SID=1 (2 of 3) [9/27/2007 3:13:53 PM]

MARC Tags (Library of Congress Online Catalog)



The Library of Congress                                    >> Go to Library of Congress Authorities

## LIBRARY OF CONGRESS ONLINE CATALOG



| Help ❶ | New Search | Search History | Headings List | Titles List | Request an Item | Account Status | Other Databases | Start Over |

**DATABASE:** Library of Congress Online Catalog
**YOU SEARCHED:** Title = Delta-Sigma Data Converters, Theory, Design, and Simulation
**SEARCH RESULTS:** Displaying 1 of 1.

◀ Previous   Next ▶

|  Brief Record | Subjects/Content | Full Record | MARC Tags |

*Delta-Sigma data*
*converters : theory,*
             *design, and*
*simulation / edited*
                    *by...*

**LC Control No.:** 96014774

**000** 01662pam a2200361 a 450

**001** 1634049

**005** 20040621195201.0

**008** 960321s1996 nyua b 001 0 eng

**035** __ |9 (DLC) 96014774

**906** __ |a 7 |b cbc |c orignew |d 1 |e ocip |f 19 |g y-gencatlg

**925** 0_ |a acquire |b 2 shelf copies |x policy default

**955** __ |a pc18 to ja00 03-21-96; jf06 to subj 03-22-96; jf08 03-22-96 to SL;jf12 03-22-96;aa05 03-25-96; CIP ver. yk05 12-02-96; copy 2 added; jg22 06-06-00; to BCCD 06-06-00

**010** __ |a 96014774

**020** __ |a 0780310454

**040** __ |a DLC |c DLC |d DLC

**050** 00 |a TK7887.6 |b .D45 1996

**082** 00 |a 621.3815/322 |2 20

**245** 00 |a Delta-Sigma data converters : |b theory, design, and simulation / |c edited by Steven R. Norsworthy, Richard Schreier, Gabor C. Temes ; IEEE Circuit & Systems Society, sponsor.

MARC Tags (Library of Congress Online Catalog)

**260** __ |**a** New York : |**b** IEEE Press, |**c** 1996.

**300** __ |**a** xiv, 476 p. : |**b** ill. ; |**c** 27 cm.

**504** __ |**a** Includes bibliographical references (p. 464-466) and index.

**650** _0 |**a** Analog-to-digital converters.

**650** _0 |**a** Digital-to-analog converters.

**650** _0 |**a** Modulators (Electronics) |**x** Design.

**700** 1_ |**a** Norsworthy, Steven R., |**d** 1956-

**700** 1_ |**a** Schreier, Richard, |**d** 1961-

**700** 1_ |**a** Temes, Gabor C., |**d** 1929-

**710** 2_ |**a** IEEE Circuit & Systems Society.

**856** 42 |**3** Contributor biographical information |**u** http://www.loc.gov/catdir/bios/ wiley043/96014774.html

**856** 42 |**3** Publisher description |**u** http://www.loc.gov/catdir/description/ wiley036/96014774.html

**856** 4_ |**3** Table of Contents |**u** http://www.loc.gov/catdir/toc/onix07/96014774. html

**984** __ |**a** gsl

**991** __ |**b** c-GenColl |**h** TK7887.6 |**i** .D45 1996 |**t** Copy 1 |**w** BOOKS

---

**CALL NUMBER:** TK7887.6 .D45 1996

Copy 1

-- **Request in:** Jefferson or Adams Bldg General or Area Studies Reading Rms

-- **Status:** c.1 Charged: Due - 11-04-2007

---

**CALL NUMBER:** TK7887.6 .D45 1996

Copy 2

-- **Request in:** Jefferson or Adams Bldg General or Area Studies Reading Rms

-- **Status:** Not Charged

◀ **Previous**   **Next** ▶

| Save, Print or Email Records (View Help) |
|---|

Select Download Format: Text (Brief Information)

Press to SAVE or PRINT

**Email Text (Full Info) to:**

Press to SEND EMAIL

Help - Search - History - *Headings* - Titles - Request - Account - Databases - Exit



**The Library of Congress**
URL: http://www. loc.gov/
*Mailing Address:*
101 Independence Ave, S.E.
Washington, DC 20540

**Catalog/authority record errors?**
Use our Error Report Form
**Questions about searching?**
Ask a Librarian

**Library of Congress Online Catalog**
*URL:* http://catalog.loc.gov/
**Library of Congress Authorities**
*URL:* http://authorities.loc. gov/

**EXHIBIT 2**

*Edited by*

STEVEN R. NORSWORTHY

RICHARD SCHREIER

GABOR C. TEMES



# Delta-Sigma Data Converters

## Theory, Design, and Simulation



IEEE PRESS

# Delta–Sigma
# Data Converters

IEEE Press
445 Hoes Lane, P.O. Box 1331
Piscataway, NJ 08855-1331

Editorial Board
John B. Anderson, *Editor in Chief*

| | | |
|---|---|---|
| P. M. Anderson | A. H. Haddad | P. Laplante |
| M. Eden | R. Herrick | R. S. Muller |
| M. E. El-Hawary | G. F. Hoffnagle | W. D. Reeve |
| S. Furui | R. F. Hoyt | D. J. Wells |
| | S. Kartalopoulos | |

Dudley R. Kay, *Director of Book Publishing*
John Griffin, *Senior Editor*
Lisa Dayne, *Assistant Editor*
Linda Matarazzo, *Editorial Assistant*
Savoula Amanatidis, *Production Editor*

IEEE Circuits & Systems Society, *Sponsor*
CAS-S Liaison to IEEE Press, Jaime Ramirez-Angulo

### Also of Interest from IEEE Press . . .

*Oversampling Delta-Sigma Data Converters: Theory, Design and Simulation*
edited by James C. Candy, *AT&T Bell Laboratories* and Gabor C. Temes, *Oregon State Universit*
1992    Hardcover    512 pp    IEEE Order No. PC2741    ISBN 0-87942-285-8

*Clock Distribution Networks in VLSI Circuits and Systems*
edited by Eby G. Friedman, *University of Rochester*
1995    Hardcover    544 pp    IEEE Order No. PC4127    ISBN 0-7803-1058-6

*Nonvolatile Semiconductor Memories: Technologies, Design, and Applications*
edited by Chenming Hu, *University of California, Berkeley*
1991    Hardcover    496 pp    IEEE Order No. PC2634    ISBN 0-87942-269-6

*Monolithic Phase-Locked Loops and Clock Recovery Circuits: Theory and Design*
edited by Behzad Razavi, *AT&T Bell Laboratories*
1996    Hardcover    512 pp    IEEE Order No. PC5620    ISBN 0-7803-1149-3

*Routing in the Third Dimension: From VLSI Chips to MCMs*
Naveed A. Sherwani, Siddharth Bhingarde, and Anand Panyam, *Microprocessor Division, Intel Corporation*
1995    Hardcover    376 pp    IEEE Order No. PC4473    ISBN 0-7803-1089-6

*Circuits and Systems Tutorials*
Chris Toumazou, Editor; Nick Battersby and Sonia Porta, Assistant Editors
1996    Softcover    700 pp    IEEE Order No. PP5596    ISBN 0-7803-1170-1

# Delta–Sigma Data Converters

*Theory, Design, and Simulation*

Edited by

## Steven R. Norsworthy
Motorola

## Richard Schreier
Oregon State University

## Gabor C. Temes
Oregon State University



IEEE
PRESS

IEEE Circuits & Systems Society, *Sponsor*

The Institute of Electrical and Electronics Engineers, Inc., New York

This book and other books may be purchased at a discount
from the publisher when ordered in bulk quantities. Contact:

IEEE Press Marketing
Attn: Special Sales
445 Hoes Lane, P.O. Box 1331
Piscataway, NJ 08855-1331
Fax: (908) 981-9334

*TK 7887
.6
D45
1996*

For more information about IEEE PRESS products,
visit the IEEE Home Page: http://www.ieee.org/



© 1997 by the Institute of Electrical and Electronics Engineers, Inc.
345 East 47th Street, New York, NY 10017-2394

*All rights reserved. No part of this book may be reproduced in any form,
nor may it be stored in a retrieval system or transmitted in any form,
without written permission from the publisher.*

Printed in the United States of America

10     9     8     7     6     5     4     3     2     1

**ISBN 0-7803-1045-4**

**IEEE Order Number: PC3954**

**Library of Congress Cataloging-in-Publication Data**

Delta-sigma data converters : theory, design, and simulation / edited
   by Steven R. Norsworthy, Richard Schreier, Gabor C. Temes ; IEEE
   Circuits & Systems Society, sponsor.
      p.   cm.
   Includes index.
   ISBN 0-7803-1045-4
   1. Analog-to-digital converters.   2. Digital-to-analog converters.
3. Modulators (Electronics)--Design.   I. Norsworthy, Steven R.
(date)   . II. Schreier, Richard (date)   . III. Temes, Gabor C.
(date)   . IV. IEEE Circuits & Systems Society.
TK7887.6.D45   1996
621.3815'322--dc20                                        96-14774
                                                            CIP