IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANALOG DEVICES, INC., | ) | |
| Plaintiff/Counterclaim | ) | |
| Defendant, | ) | C. A. No. 06-346-GMS |
| vs. | ) | |
| LINEAR TECHNOLOGY CORP , | ) | |
| Defendant/Counterclaim | ) | |
| Plaintiff. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 1, 2007 Analog Devices, Inc.'s Objections and

Responses to Linear Technology Corporation's Second Request for Production of Documents and

Things (Nos. 68-101) were served upon the following counsel of record at the addresses and in the

manner indicated:

**BY E-MAIL and HAND DELIVERY**

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899

**BY E-MAIL**

Robert C. Morgan, Esquire
Laurence S. Rogers, Esquire
Ropes & Gray, LLP
1251 Avenue of the Americas
New York, NY  10020

Mark D. Rowland, Esquire
Ropes & Gray, LLP
525 University Avenue, Suite 300
Palo Alto, CA  94301

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P. O. Box 551
Wilmington, DE  19899
(302) 651-7700
*Attorneys for Plaintiff*

Dated:  October 2, 2007

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND DELIVERY:

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

I hereby certify that on October 2, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS:

Robert C. Morgan
Laurence S. Rogers
Ropes & Gray, LLP
1251 Avenue of the Americas
New York, NY 10020

Mark D. Rowland
Ropes & Gray, LLP
525 University Avenue
Suite 300
Palo Alto, CA 94301

Kelly E. Farnan (#4395)