IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANALOG DEVICES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) ) | |
| | ) | |
| VS. | ) | C.A. No. 06-346 GMS |
| | ) | |
| LINEAR TECHNOLOGY CORP., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) ) | |

**AMENDED SCHEDULING ORDER**

This 3rd day of October 2007, the Court having conducted a Scheduling Teleconference on September 18, 2007, the court hereby ORDERS that the Scheduling Order dated September 29, 2006 shall be amended as follows:

1. **Discovery**. All fact discovery in this case shall be initiated so that it will be completed on or before **February 1, 2008**. Expert Discovery in this case shall be initiated so that it will be completed on or before **February 15, 2008**. Opening expert reports on issues for which a party bears the burden of proof shall be served on **December 14, 2007** with responsive expert reports on **January 15, 2008**.

   a. **Discovery and Scheduling Matters**: Should counsel find they are unable to resolve a discovery or scheduling matter, the party seeking the relief shall contact chambers at (302) 573-6470 to schedule a telephone conference. Not less than forty-eight hours prior to the teleconference, the parties shall file with the court, via electronic means (CM/ECF), a **joint**, **non-**

**argumentative** letter agenda not to exceed two (2) pages outlining the issue(s) in dispute. A sample letter can be located on this court's website at www.ded.uscourts.gov. After the parties have had three (3) discovery teleconferences, they will be required to file a joint letter showing good cause why the court should permit a fourth discovery teleconference. Should the court find further briefing necessary upon conclusion of the telephone conference, unless otherwise directed, the party seeking relief shall file with the court a **TWO PAGE LETTER**, exclusive of exhibits, describing the issues in contention. The responding party shall file within five (5) days from the date of service of the opening letter an answering letter of no more than **TWO PAGES**. The party seeking relief may then file a reply letter of no more than **TWO PAGES** within three (3) days from the date of service of the answering letter.

    2.   **Summary Judgment Motions**. Prior to filing any summary judgment motion, the parties must submit letter briefs seeking permission to file the motion. The opening letter brief shall be no longer than five (5) pages and shall be filed with the Court no later than **February 27, 2008**. Answering letter briefs shall be no longer than five (5) pages and filed with the court no later than **March 5, 2008**. Reply letter briefs shall be no longer than three (3) pages and filed with the Court on or before **March 12, 2008**. The Court shall hold a Status Conference to hear argument and to determine whether the filing of any motion for summary judgment will be permitted on **March 20, 2008** at **9:30 a.m. Unless the Court directs otherwise, no letter requests to file a motion for summary judgment may be filed at a time before the dates set forth in paragraph 8.**

    3.   **Case Dispositive Motions**. All case dispositive motions and an opening brief and affidavits, if any, in support of the motion shall be served and filed on or before **April 3, 2008.** Briefing will be presented pursuant to the court's Local Rules, unless the parties agree to an

alternative briefing schedule. Any such agreement shall be in writing and filed with the Court for the Court's approval. Any request for extensions of time as set forth in this Scheduling Order **must** be accompanied by an explanation or your request will be denied.

    4. **Pretrial Conference**. On **September 22, 2008**, beginning at **10:00 a.m**., the Court will hold a Pretrial Conference in Chambers with counsel. Unless otherwise ordered by the Court, the parties should assume that filing the Joint Pretrial Order satisfies the pretrial disclosure requirement in Federal Rule of Civil Procedure 26(a)(3). A sample form of Pretrial Order can be located on this court's website at www.ded.uscourts.gov. Thirty (30) days before the Joint Proposed Pretrial Order is due, plaintiff's counsel shall forward to defendant's counsel a draft of the pretrial order containing the information plaintiff proposes to include in the draft. Defendant's counsel shall, in turn, provide to plaintiff's counsel any comments on the plaintiff's draft as well as the information defendant proposes to include in the proposed pretrial order. The parties shall file with the court the **joint** proposed final pretrial order with the information required by the form of Final Pretrial Order which can be located on this court's website at www.ded.uscourts.gov on or before **August 25, 2008**.

    5. **Trial**. This matter is scheduled for a 20-day jury trial beginning at **9:30 a.m.** on **October 20, 2008**.

    6. **Scheduling**: The parties shall contact chambers, at (302) 573-6470, only in situations where scheduling relief is sought, and only then when ALL participating counsel is on the line for purposes of selecting a new date.

    /s/ Gregory M. Sleet
    CHIEF, UNITED STATES DISTRICT JUDGE