IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANALOG DEVICES, INC., ) | |
|     Plaintiff/Counterclaim ) | |
|     Defendant, ) | C. A. No. 06-346-GMS |
| vs. ) | |
| LINEAR TECHNOLOGY CORP., ) | |
|     Defendant/Counterclaim ) | |
|     Plaintiff. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 5, 2007 Analog Devices, Inc.'s Supplemental Responses to Linear Technology Corporation's Interrogatory Nos. 20, 21, 26-28, 39-41, 44-46, 54-56, 59-61, 64-66, 69-72, 74-76, 86, 91 were served upon the following counsel of record at the addresses and in the manner indicated:

**BY E-MAIL and HAND DELIVERY**

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

**BY E-MAIL**

Robert C. Morgan, Esquire
Laurence S. Rogers, Esquire
Ropes & Gray, LLP
1251 Avenue of the Americas
New York, NY 10020

Mark D. Rowland, Esquire
Ropes & Gray, LLP
525 University Avenue, Suite 300
Palo Alto, CA 94301

/s/ Kelly E. Farnan
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P. O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Plaintiff*

Dated: October 8, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY HAND DELIVERY:**

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

I hereby certify that on October 8, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS:**

Robert C. Morgan
Laurence S. Rogers
Ropes & Gray, LLP
1251 Avenue of the Americas
New York, NY 10020

Mark D. Rowland
Ropes & Gray, LLP
525 University Avenue
Suite 300
Palo Alto, CA 94301

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)

RLF1-3018521-2