RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

November 1, 2007

**BY E-FILING**

The Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

    Re: **Analog Devices, Inc. v. Linear Technology Corp.**
         Civil Action No. 06-346-GMS

Dear Chief Judge Sleet:

    Attached please find a letter (Exhibit A) from my co-counsel, Wayne Stoner, alerting Your Honor to a potential scheduling issue in the above-referenced case. While I understand the Court requires that correspondence come from local counsel, because this letter is addressed to this Court and the Eastern District of Texas, I hope Your Honor will find the submission appropriate.

    If Your Honor has any questions, counsel is available at the Court's convenience.

Respectfully,

Frederick L. Cottrell, III (#2555)

FLCIII.th
Enclosure
cc: Clerk, U.S. District Court (via e-filing)
      Jack B. Blumenfeld (via e-filing and hand delivery)
      Karen Jacobs Louden, Esq. (via e-filing and hand delivery)

RLF1-3219430-1

**EXHIBIT A**

WILMERHALE

November 1, 2007

Wayne L. Stoner

+1 617 526 6863 (t)
+1 617 526 5000 (f)
wayne.stoner@wilmerhale.com

Honorable Ron Clark
United States District Judge
  for the Eastern District of Texas
300 Willow Street, Suite 221
Beaumont, Texas  77701

Honorable Gregory M. Sleet
United States District Judge
  for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE  19801-3570

Re:   Analog Devices, Inc., v. Linear Technology Corp.,
      Civil Action No. 06-346-GMS (D. Del.)

      Ariba, Inc. v. Emptoris, Inc.,
      Civil Action No. 9:07-CV-90-RC (E.D. Tex.)

Dear Chief Judge Sleet and Judge Clark:

I write respectfully to apprise Your Honors of a potential trial scheduling issue I have in the above-identified cases. I am lead trial counsel for both the plaintiff in the Delaware action and the defendant in the Texas action. The Court in the Delaware action has set a trial date of October 20, 2008; the Court in the Texas action has set a trial date of October 14, 2008. While these presently conflicting trial dates may not ultimately present an actual conflict for a variety of reasons, I wanted to apprise the Courts of the situation in the event that they do.

Originally, the Delaware action was scheduled for trial on June 16, 2008, and the Texas Court preliminarily proposed a trial date of October 14, 2008, which presented no conflict. The parties in the Delaware action then asked for a modification of the Scheduling Order with a trial date in September 2008. On October 3, 2007, the Delaware Court ordered an October 20, 2008 trial date. At that time, no Scheduling Order had been entered in the Texas action, and there was a motion to stay that action pending. Last week, however, the Texas Court denied the motion to stay and scheduled a trial date of October 14, 2008.

WILMERHALE

Chief Judge Sleet & Judge Clark
November 1, 2007
Page 2

      I apologize for burdening Your Honors with this matter but would like to apprise you of the situation now instead of only bringing it up later if it becomes an actual conflict. If the conflict still exists as of June 1, 2008, I will make an appropriate scheduling application with Your Honors.

Respectfully,

Wayne L. Stoner

WLS:vfm

cc:    Jack Blumenfeld, Esquire
        Robert Morgan, Esquire
        Fredrick Cottrell, III, Esquire
        Robert Fram, Esquire
        Michael Smith, Esquire
        David Beck, Esquire

WILMERHALE

Chief Judge Sleet & Judge Clark
November 1, 2007
Page 3

bcc:  Stephen Muller, Esquire
      Benjamin Stern, Esquire