IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANALOG DEVICES, INC., ) | |
|     Plaintiff/Counterclaim ) | |
|     Defendant, ) | |
|     ) | |
| v. )  | C.A. No. 06-346 (GMS) |
|     ) | |
| LINEAR TECHNOLOGY CORP., ) | |
|     Defendant/Counterclaim ) | |
|     Plaintiff. ) | |

## STIPULATION ON EXPERT DISCOVERY

WHEREAS, in the interests of efficiency, the parties have agreed, subject to the approval of the Court, to complete fact discovery pursuant to the Court's Amended Scheduling Order (D.I. 111) prior to the exchange of expert reports;

WHEREAS the parties have agreed to a modified schedule on expert discovery that does not alter any of the filings or deadlines affecting the Court in the Amended Scheduling Order;

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, subject to the approval of the Court, that expert discovery in this case shall be initiated so that it will be completed on or before April 25, 2008.

| | |
|---|---|
| /s/ Kelly E. Farnan | /s/Karen Jacobs Louden |
| Frederick L. Cottrell, III (#2555) | Jack B. Blumenfeld (#1014) |
| Cottrell@rlf.com | jblumenfeld@mnat.com |
| Kelly E. Farnan (#4395) | Karen Jacobs Louden (#2881) |
| farnan@rlf.com | klouden@mnat.com |
| Richards, Layton & Finger, P.A. | Morris, Nichols, Arsht & Tunnell LLP |
| One Rodney Square, P.O. Box 551 | 1201 N. Market Street, P.O. Box 1347 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 651-7700 | (302) 658-9200 |
| Attorneys for Plaintiff/Counterclaim Defendant | Attorneys for Defendant/Counterclaim Plaintiff |

SO ORDERED this _____ day of _____, 2007.

_____
The Honorable Gregory M. Sleet

RLF1-3224083-1