IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANALOG DEVICES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-346 (GMS) |
| | ) | |
| LINEAR TECHNOLOGY CORP., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Linear Technology Corp.'s Supplemental Responses To Analog Devices, Inc.'s Interrogatories Nos. 4-9, 56-63* were caused to be served on November 21, 2007 upon the following counsel in the manner indicated:

### BY E-MAIL

Frederick L. Cottrell, III
Kelly E. Farnan
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Wayne L. Stoner
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

                                   MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                   */s/ Karen Jacobs Louden*

                                   Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
klouden@mnat.com
  Attorneys for defendant Linear Technology
  Corporation

OF COUNSEL:

Robert C. Morgan
Laurence S. Rogers
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY  10020
(212) 596-9000

Mark D. Rowland
Ropes & Gray LLP
525 University Avenue
Suite 300
Palo Alto, CA  94301
(650) 617-4000

November 26, 2007

549438

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on November 26, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Frederick L. Cottrell, III
>RICHARDS, LAYTON & FINGER

I also certify that copies were caused to be served on November 26, 2007 upon the following in the manner indicated:

### BY HAND

>Frederick L. Cottrell, III
>Kelly E. Farnan
>Richards, Layton & Finger
>One Rodney Square
>P.O. Box 551
>Wilmington, DE 19899

### BY E-MAIL

>Wayne L. Stoner
>Wilmer Cutler Pickering Hale and Dorr LLP
>60 State Street
>Boston, MA 02109

>*/s/ Karen Jacobs Louden*
>klouden@mnat.com