IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANALOG DEVICES, INC., | ) |
|     Plaintiff/Counterclaim Defendant, | ) ) ) |
| v. | )    C.A. No. 06-346 (GMS) |
| LINEAR TECHNOLOGY CORP., | ) ) ) |
|     Defendant/Counterclaim Plaintiff. | ) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Linear Technology's Responses To Analog Devices, Inc.'s Third Set Of Document Requests (Nos. 88-133)* were caused to be served on December 3, 2007 upon the following counsel in the manner indicated:

### BY U.S. MAIL AND E-MAIL

Frederick L. Cottrell, III
Kelly E. Farnan
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Benjamin M. Stern
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Karen Jacobs Louden*
          _____
          Jack B. Blumenfeld (#1014)
          Karen Jacobs Louden (#2881)
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE  19899
          (302) 658-9200
          klouden@mnat.com
            Attorneys for defendant Linear Technology
            Corporation

OF COUNSEL:

Robert C. Morgan
Laurence S. Rogers
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY  10020
(212) 596-9000

Mark D. Rowland
Ropes & Gray LLP
525 University Avenue
Suite 300
Palo Alto, CA  94301
(650) 617-4000

December 4, 2007

549438

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 4, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Frederick L. Cottrell, III
> RICHARDS, LAYTON & FINGER

I also certify that copies were caused to be served on December 4, 2007 upon the following in the manner indicated:

### BY HAND AND E-MAIL

> Frederick L. Cottrell, III
> Kelly E. Farnan
> Richards, Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, DE  19899

### BY E-MAIL

> Wayne L. Stoner
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, MA  02109


> /s/ Karen Jacobs Louden
> klouden@mnat.com