IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANALOG DEVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-346 (GMS) |
| | ) | |
| LINEAR TECHNOLOGY CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Linear Technology Corporation's Third Set of Interrogatories (Nos. 135-140) were caused to be served on December 10, 2007 upon the following counsel in the manner indicated:

### BY HAND

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

### BY E-MAIL

Wayne L. Stoner
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

2

      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

      */s/ Karen Jacobs Louden (#2881)*
      Jack B. Blumenfeld (#1014)
      Karen Jacobs Louden (#2881)
      1201 N. Market Street
      P.O. Box 1347
      Wilmington, DE  19899
      (302) 658-9200
      klouden@mnat.com
        *Attorneys for Defendant and Counterclaimant*
        *Linear Technology Corporation*

OF COUNSEL:

Robert C. Morgan
Laurence S. Rogers
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10036
(212) 596-9000

Mark D. Rowland
Ropes & Gray LLP
525 University Avenue
Suite 300
Palo Alto, CA  94301
(650) 617-4000

December 10, 2007
530525.1

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on December 10, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Frederick L. Cottrell, III
> RICHARDS, LAYTON & FINGER

I also certify that copies were caused to be served on December 10, 2007 upon the following in the manner indicated:

**BY HAND**

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**BY E-MAIL**

Wayne L. Stoner
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109

*/s/ Karen Jacobs Louden (#2881)*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
klouden@mnat.com