IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANALOG DEVICES, INC., <br>     Plaintiff/Counterclaim <br>     Defendant, <br> vs. <br> LINEAR TECHNOLOGY CORP., <br>     Defendant/Counterclaim <br>     Plaintiff. | ) <br> ) <br> ) <br> )   Civil Action No. 06-346-GMS <br> ) <br> ) <br> ) |

### NOTICE OF DEPOSITION OF TODD NELSON

Please take notice that, pursuant to Fed. R. Civ. P. 30, Plaintiff and Counterclaim-Defendant Analog Devices, Inc. ("Analog"), will take the deposition upon oral examination of Todd Nelson.

The deposition will commence on January 22, 2008 at 9:00 a.m. before a notary public or other officer authorized to administer oaths, at the offices of Wilmer Cutler Pickering Hale and Dorr LLP, 1117 California Avenue, Palo Alto, California 94304.

The deposition will continue from day-to-day until completed and will be recorded by stenographic and/or videographic means.

You are invited to attend and cross-examine.

| | |
|---|---|
| OF COUNSEL: <br> Wayne L. Stoner <br> Wayne M. Kennard <br> Donald R. Steinberg <br> Benjamin M. Stern <br> Amy L. Nash <br> Wilmer Cutler Pickering Hale and Dorr LLP <br> 60 State Street <br> Boston, Massachusetts 02109 <br><br> David L. Cavanaugh <br> Heath A. Brooks <br> Wilmer Cutler Pickering Hale and Dorr LLP <br> 1875 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20006 | /s/ Kelly E. Farnan <br> Frederick L. Cottrell, III (#2555) <br> Cottrell@rlf.com <br> Kelly E. Farnan (#4395) <br> Farnan@rlf.com <br> Richards, Layton & Finger, P.A. <br> One Rodney Square, P.O. Box 551 <br> Wilmington, Delaware 19899 <br> (302) 651-7700 <br> *Attorneys for Plaintiff/Counterclaim-Defendant Analog Devices, Inc.* |

Dated: December 12, 2007

RLF1-3233828-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY E-MAIL and HAND DELIVERY:**

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

I hereby certify that on December 12, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

**BY E-MAIL and FEDERAL EXPRESS:**

Robert C. Morgan
Laurence S. Rogers
Ropes & Gray, LLP
1251 Avenue of the Americas
New York, NY 10020

Mark D. Rowland
Ropes & Gray, LLP
525 University Avenue
Suite 300
Palo Alto, CA 94301

_____
Kelly E. Farnan (#4395)

RLF1-3018521-2