IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANALOG DEVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 06-346-GMS |
| v. | ) ) | |
| LINEAR TECHNOLOGY CORP., | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF DEPOSITION OF ANALOG DEVICES, INC.
PURSUANT TO RULE 30(b)(6)**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6), Fed.R.Civ.P., and commencing at 9:30 a.m. on January 9, 2008 at the offices of Ropes & Gray, 525 University Avenue, Suite 300, Palo Alto, California, or at such other time and place agreed to by counsel, defendant Linear Technology Corporation ("LTC") shall take the deposition by oral examination of plaintiff Analog Devices, Inc. ("Analog"), by one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf and who are most knowledgeable with respect to each of the topics listed in attached Schedule A.

LTC requests that Analog provide written notice at least five (5) business days in advance of the deposition of (1) the name and position of each designee who has consented to testify on its behalf, and (2) the topics in Schedule A as to which each such designee has consented to testify.

The deposition shall be recorded by stenographic and videographic means before a Notary Public or other officer authorized by law and pursuant to the Federal Rules

of Civil Procedure. The deposition will continue from day to day until completed with such adjournments as to time and place as may be necessary.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
klouden@mnat.com
   Attorneys for Defendant and Counterclaimant
   Linear Technology Corporation

OF COUNSEL:

Robert C. Morgan
Laurence S. Rogers
Khue V. Hoang
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

Mark D. Rowland
ROPES & GRAY LLP
525 University Avenue
Suite 300
Palo Alto, CA 94301
(650) 617-4000

December 20, 2007
1344042

2

## DEFINITIONS AND INSTRUCTIONS

LTC incorporates by reference its Definitions and Instructions recited in its First Set of Interrogatories (Nos. 1-91), its Second Set of Interrogatories (Nos. 92-134) and its First Set of Document Requests (1-67).

## SCHEDULE A

### TOPICS

1. The identification of every product or other device, or family of products, designed, developed, tested, made, used, demonstrated, imported, offered for sale, or sold by Analog, that is (or includes) an electrostatic discharge protection clamp for an input terminal, wherein the clamp includes a vertical bipolar transistor.

2. The identification of every product or other device, or family of products, designed, developed, tested, made, used, demonstrated, imported, offered for sale, or sold by Analog, that contains the same electrostatic discharge protection clamp for an input terminal as contained in at least one of the ADR390, ADR391, ADR392, or ADR395 Analog products.

3. The structure, circuitry, and operation of the products or other devices the identification of which is requested by topics 1 and 2 above.

4. The design, development, manufacture and testing of the products or other devices the identification of which is requested by topics 1 and 2 above.

5. Analog's gross and net profit (or operating profit) margin, revenue, and unit volume of sales for the products or devices the identification of which is requested by topics 1 and 2 above, including projections and forecasts thereof, and the method of computation of such gross and net profit (or operating profit).

6. The dates of first sale, offer for sale, use, or importation of the products or other devices the identification of which is requested by topics 1 and 2 above.

7. The locations, types, and descriptions of documents recording information encompassed by the foregoing topics.

8. The identity and location of persons knowledgeable about the foregoing topics and documents recording information encompassed by the foregoing topics.

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 20, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Frederick L. Cottrell, III
> Richards, Layton & Finger

I also certify that copies were caused to be served on December 20, 2007 upon the following in the manner indicated:

### BY E-MAIL & HAND DELIVERY

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

### BY E-MAIL

Wayne L. Stoner
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

/s/ Karen Jacobs Louden
_____
klouden@mnat.com