UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ANALOG DEVICES, INC., <br><br>  Plaintiff/<br>  Counterclaim Defendant,<br><br>v.<br><br>LINEAR TECHNOLOGY CORP.,<br><br>  Defendant/<br>  Counterclaim Plaintiff. | Civil Action No. 06-346-GMS |

## [PROPOSED] STIPULATED ORDER OF DISMISSAL

The Parties having reached settlement of this action and stipulated through their respective counsel to entry of this Order;

It is **HEREBY ORDERED**:

1. This action, including all claims and counterclaims, is dismissed in its entirety with prejudice.

2. Each Party is to bear its own costs and attorneys' fees.

3. This Stipulated Order of Dismissal shall have no *res judicata*, collateral estoppel or other preclusive effect except as between the Parties to this action.

| | |
|---|---|
| /s/ Kelly E. Farnan | /s/ Karen Jacobs Louden |
| Frederick L. Cottrell, III (#2555) | Jack B. Blumenfeld (#1014) |
| Cottrell@rlf.com | jblumenfeld@mnat.com |
| Kelly E. Farnan (#4395) | Karen Jacobs Louden (#2881) |
| farnan@rlf.com | klouden@mnat.com |
| Richards, Layton & Finger, P.A. | Morris, Nichols, Arsht & Tunnell LLP |
| One Rodney Square, P.O. Box 551 | 1201 N. Market Street, P.O. Box 1347 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 651-7700 | (302) 658-9200 |
| Attorneys for Plaintiff/Counterclaim Defendant | Attorneys for Defendant/Counterclaim Plaintiff |

SO ORDERED this _____ day of _____, 2008.

_____
The Honorable Gregory M. Sleet