UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| ANALOG DEVICES, INC., </br></br>    Plaintiff/</br>    Counterclaim Defendant,</br></br>v.</br></br>LINEAR TECHNOLOGY CORP.,</br></br>    Defendant/</br>    Counterclaim Plaintiff. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> )  Civil Action No. 06-346-GMS </br> ) </br> ) </br> ) </br> ) </br> ) |

### [PROPOSED] STIPULATED ORDER OF DISMISSAL

The Parties having reached settlement of this action and stipulated through their respective counsel to entry of this Order;

It is **HEREBY ORDERED**:

1. This action, including all claims and counterclaims, is dismissed in its entirety with prejudice.

2. Each Party is to bear its own costs and attorneys' fees.

3. This Stipulated Order of Dismissal shall have no *res judicata*, collateral estoppel or other preclusive effect except as between the Parties to this action.

/s/ Kelly E. Farnan

Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Plaintiff/Counterclaim Defendant

/s/ Karen Jacobs Louden

Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com
Karen Jacobs Louden (#2881)
klouden@mnat.com
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Attorneys for Defendant/Counterclaim Plaintiff

SO ORDERED this 7th day of Feb., 2008.

_____
The Honorable Gregory M. Sleet

FILED
FEB - 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE